1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

                Plaintiffs,

      v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

                Defendants.

Case No. 17-CV-02162 EMC

**TRIAL DECLARATION OF ELLEN T.**
**CHANG, SC.D.**

**TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Table of Contents**

I.     Qualifications .................................................................................................. 1

II.    Subject of Opinion ......................................................................................... 2

III.   Summary of Conclusions ............................................................................... 2

IV.    Methodology ................................................................................................ 10

   A. Systematic Review .................................................................................... 10

   B. Analysis .................................................................................................... 16

V.     Overarching Concerns Regarding Articles Reviewed ................................. 18

   A. Low-Quality Literature Sources ............................................................... 18

   B. Editorial Bias ............................................................................................ 20

   C. Publication Bias ........................................................................................ 21

VI.    Overarching Discussion of Statistical Bias ................................................. 23

VII.   Meta-Analyses ............................................................................................. 24

   A. Tang et al. (2008) ..................................................................................... 25

   B. Choi et al. (2012) ...................................................................................... 29

   C. Duan et al. (2018) ..................................................................................... 31

VIII.  Results of Further Systematic Review and Analysis: Less-Informative Studies ........... 33

   A. Categorization of Less-Informative Studies ............................................ 33

   B. Weak Study Design .................................................................................. 35

   C. High Potential for Selection Bias ............................................................. 36

   D. Uncontrolled Confounding ...................................................................... 37

   E. Heterogeneity in Study Results and Methods .......................................... 39

IX.    Results of Further Systematic Review and Analysis: More-Informative Studies ........... 40

A. Summary of Results in the Ten More-Informative Studies ................................................... 41

B. Nine-Factor Analysis....................................................................................................... 47

   1. Strength ....................................................................................................................... 47

   2. Consistency ................................................................................................................. 48

   3. Biological Gradient ..................................................................................................... 50

   4. Plausibility ................................................................................................................. 57

   5. Coherence ................................................................................................................... 58

   6. Specificity ................................................................................................................... 59

   7. Temporality ................................................................................................................ 59

   8. Experiment ................................................................................................................. 61

   9. Analogy ...................................................................................................................... 61

X.     Further Context on the Mexico City and Canadian Birth Cohort Studies .......................... 61

   A. Uncontrolled Confounding ........................................................................................... 62

   B. Flawed Exposure Measurements................................................................................... 63

   C. High Potential for Selection Bias ................................................................................. 68

XI.    Epidemiologically Unsupported Conclusions by Plaintiffs' Expert Dr. Thiessen ............ 69

XII.   References..................................................................................................................... 71

I, Ellen Chang, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury, that the statements contained herein are true and correct.

## I.   Qualifications

1. I am an Epidemiologist and Principal Scientist at Exponent, Inc., an international science and engineering consulting company. I am also a member of the Stanford Cancer Institute, and a Visiting Professor at the Sun Yat-sen University Cancer Center. I earned my undergraduate degree at Harvard College in 1998 and my doctorate degree (Doctor of Science, Sc.D.) in epidemiology with a minor in biostatistics from the Harvard School of Public Health in 2003. I completed a post-doctoral fellowship in medical epidemiology and biostatistics at the Karolinska Institute in Stockholm, Sweden, in 2005.

2. Prior to joining Exponent, I was a research scientist at the Cancer Prevention Institute of California. I was also the Chief Epidemiologist at the Asian Liver Center at Stanford University, Consulting Assistant Professor in the Division of Epidemiology, Department of Health Research and Policy at the Stanford University School of Medicine.

3. I have conducted epidemiological studies of a wide range of exposures in association with risk of various chronic diseases and conditions, including chlorinated solvents, air pollution, occupational exposures, infections, immunological biomarkers, medication use, reproductive factors, physical activity, body size, diet and nutrition, and genetic variation. My prior work includes multiple systematic literature reviews on associations of various environmental exposures with neurodevelopmental outcomes (Reiss et al. 2015, Tsuji et al. 2015, Fordyce et al. 2018, Leonhard et al. 2019). The general conclusions of my systematic literature reviews are consistent with those of public health and regulatory agencies.

4. I have published more than 190 peer-reviewed scientific articles and reviews and 12 book chapters. The *curriculum vitae* that I submitted earlier for this case is attached as Exhibit

A (also submitted as U.S. Exhibit 504), and I have since published 10 more peer-reviewed articles.

5. My areas of expertise include epidemiology, including environmental and nutritional epidemiology and biostatistics; and systematic literature review, meta-analysis, and synthesis of evidence, including reviews of the epidemiology of fluoride and other environmental exposures with respect to neurotoxicity and neurodevelopmental outcomes. I am also familiar with the epidemiological literature on fluoride's potential impact, if any, on the thyroid as it may relate to potential neurotoxic effects.

## II.   Subject of Opinion

6. Counsel for Defendants Environmental Protection Agency et al. asked me to provide expert epidemiological opinions as part of a response to Plaintiffs' designated expert witnesses regarding the alleged unreasonable risk of neurotoxicity posed by community water fluoridation in the United States.

7. For this case, I reviewed the opinions that Plaintiffs' designated experts Philippe Grandjean, Howard Hu, Bruce Lanphear, and Kathleen M. Thiessen provided relating to epidemiology. I also reviewed the opinion of EPA's designated expert, Joyce Tsuji. I relied primarily upon my own systematic review of relevant scientific literature that I identified independently using methods documented later in this declaration.

8. I previously submitted an expert report in this case, and my declaration is based upon and conforms with that report.

## III.   Summary of Conclusions

9. Plaintiffs' experts' opinions are based on limited, non-systematic review of an incomplete selection of studies. Their opinions are not based on a reliable assessment of the overall weight of the scientific evidence.

10. All of Plaintiffs' experts failed to employ the only reliable means of taking all of the relevant scientific evidence into account: a systematic literature review based on clearly

specified criteria for the selection and analysis of literature. In the absence of such a complete and systematic approach, an evaluation of the literature is susceptible to bias favoring studies with a certain pattern of results, instead of being based on objective indicators of study quality. The results of some studies are likely to be emphasized over others based on subjective or arbitrary characteristics. Interpretations of individual studies are also susceptible to bias, particularly when those studies are not considered in the context of a full systematic review.

11. In contrast to Plaintiffs' experts, I undertook a systematic literature review of the published epidemiological evidence on any potential association between fluoride exposure and developmental neurotoxicity in humans. I defined *a priori* criteria that would distinguish relevant search results from irrelevant results, searched multiple databases, identified approximately 2,707 potentially relevant articles, applied my relevancy criteria to screen the titles and abstracts of the identified articles, reviewed the full text of 123 potentially relevant studies, and synthesized and interpreted the results using accepted epidemiological considerations of study quality.

12. Of these 123 studies, 31 studies lacked original data, leaving 92 relevant studies with original data.

13. My assessment based on this systematic literature review is that the overall weight of scientific evidence does not establish that neurodevelopmental harm is likely to be a hazard of community water fluoridation in the U.S.

14. The overall weight of the scientific evidence does not establish a strong, consistent, coherent, or biologically plausible association between consumption of fluoridated drinking water in the range of 0.7 mg/L and adverse neurodevelopmental outcomes in humans, such as a reduction of childhood intelligence quotient (IQ) or development of attention deficit disorder/attention deficit hyperactivity disorder (ADD/ADHD).

15. Without having systematically reviewed the scientific literature, Plaintiffs' experts overemphasize reported adverse health associations in some studies without comprehensively considering the limitations of the studies and the lack of consistency within and among studies.

16. My opinions employ some key epidemiological terms.

17. In any epidemiological study, an observed statistical association between an exposure and a health outcome may be due to a non-causal explanation, including bias, confounding, or chance. Only if those non-causal explanations are reasonably excluded can an epidemiologist conclude that there is a true, causal relationship between an exposure and a health outcome. In other words, relationships between an exposure and a health outcome are true or false. Even if a study shows a statistical association between an exposure and a health outcome, that relationship may be false.

18. *Bias*, also known as systematic error, refers to any non-random pattern of inaccuracy in the design, conduct, or analysis of a study, that can lead to invalid results. Examples include a systematic difference between study participants and non-participants in characteristics that are associated with the exposure and health outcome of interest ("selection bias") or a systematic difference in data quality, validity, or completeness between comparison groups ("information bias"). Types of information bias include recall bias, a systematic difference in accuracy or completeness of recollected or reported information (e.g., exposure history) between comparison groups (e.g., cases and controls); interviewer bias, a systematic difference in accuracy or completeness of data collection by study staff between comparison groups; and response bias, a systematic difference in the voluntary completion of data collection between comparison groups.

19. *Confounding* refers to distortion of an observed statistical association due to the influence of an alternative risk factor, but not necessarily a cause, that can produce a spurious result

if not measured in adequate detail and sufficiently controlled by statistical adjustment or study design restrictions.

20. *Chance*, also known as random error or luck, refers to the inevitable variability that arises from sampling a finite number of study subjects from a complete underlying population or from imprecise measurement of exposures, outcomes, or confounders. The probability of chance as an explanation for a statistical association can be reduced, but not completely eliminated.

21. Epidemiologists do not begin from a presumption that a relationship between an exposure and an outcome is true. Bias, confounding, and chance must reasonably be ruled out as possible explanations before an epidemiologist can conclude that a relationship is true.

22. My assessment based on my systematic review is that the overall weight of the scientific evidence does not establish that any observed statistical associations between community water fluoridation in the range of 0.7 mg/L and neurodevelopmental harm are a result of anything other than bias, confounding, or chance.

23. Instead of conducting their own systematic reviews, Plaintiffs' experts relied in part on three previously published meta-analyses of fluoride exposure and neurodevelopmental outcomes. Meta-analysis is not systematic review, but a statistical procedure, originally used in the context of randomized controlled trials, for combining results from multiple studies that address the same scientific hypothesis using similar methods and settings. Plaintiffs' experts discussed the following three meta-analyses:

- Tang QQ, Du J, Ma HH, et al. Fluoride and children's intelligence: a meta-analysis. *Biol Trace Elem Res* 2008; 126(1-3):115-120 ("Tang et al. 2008").

- Choi AL, Sun G, Zhang Y, et al. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect* 2012; 120(10):1362-1368 ("Choi et al. 2012").

- Duan Q, Jiao J, Chen X, et al. Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis. *Public Health* 2018; 154:87-97 ("Duan et al. 2018").

24. The three meta-analyses include 36 of the 92 studies with original data that I fully reviewed.

25. Not a single study reviewed in the three meta-analyses was methodologically rigorous. Not a single study in the three meta-analyses evaluated drinking water fluoride levels in the range of 0.7 mg/L. All of the studies assessed in the three meta-analyses were conducted in China, India, or Iran, often in rural, impoverished areas with naturally high fluoride levels and/or exposure to various types of environmental pollution, limiting the relevance of these studies to the U.S. population.

26. Of the remaining 56 studies with original data that were not reviewed in the three meta-analyses, 44 studies considered populations with high exposures to fluoride substantially above 0.7 mg/L. An additional two studies were conducted in the U.S., but were poorly designed to analyze the relationship between fluoride exposure and health outcomes, because the studies considered only state-level data, thereby ignoring variation in community water fluoridation within states and cities.

27. Only 10 studies of the 123 studies that I reviewed in full contained original, individual person-level data and were conducted in Western populations. These populations had lower exposure to fluoride, potentially in the range of community water fluoridation in the U.S.

28. Overall, the results of these 10 more-informative studies do not establish a true relationship between consumption of fluoridated drinking water in the range of 0.7 mg/L and neurodevelopmental outcomes in humans. The reported associations between fluoride exposure and specific neurodevelopmental outcomes in these studies were inconsistent in direction and magnitude. Specifically, five studies on four populations did

not find any statistically significant associations between fluoride exposure and neurodevelopmental outcomes after adjusting for confounding variables. Five other studies on two populations found statistically significant associations, but the results were varied, with some non-significant associations, some adverse associations, and at least one beneficial association between fluoride exposure and neurodevelopmental outcomes. Few independent studies examined the same specific neurodevelopmental outcome, yielding a sparse scientific evidence base; for instance, only one of these 10 studies assessed infant mental development, two studies assessed child ADHD, three studies assessed child behavioral problems, and three studies assessed child IQ.

29. Plaintiffs' experts focus on the latter set of five studies on two populations, one in Mexico City and one in Canada. Because they did not conduct systematic reviews, Plaintiffs' experts failed to discuss all 10 of the more-informative studies that I identified. After reading my report, they submitted additional opinions discounting the five studies that did not find statistically significant associations. Plaintiffs' experts' failure to systematically identify all relevant studies before reaching their conclusions increases the susceptibility of their opinions to bias.

30. Plaintiffs' experts also failed use standard, pre-defined, well-accepted epidemiological considerations to critically assess the methodological strengths and weaknesses of the five studies on the Mexico City and Canadian populations. In light of their methodological limitations, as well as the meager scientific evidence base from only two independent study populations, these studies do not establish that neurodevelopmental harm is a hazard of fluoride exposure. These studies also do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L. These studies do not provide persuasive evidence that such a hazard is likely when the studies are considered alone, in combination with each other, and in the context of the broader literature.

31. An important limitation of both the Mexico City and Canadian cohort studies is that they used urinary fluoride levels to estimate exposure. Urinary fluoride levels reflect short-term exposure (in the time frame of hours), fluctuate throughout the day and over longer time intervals, and are influenced by individual physiological factors such as age, sex, body size, diet, and kidney function, as well as hydration status. Urinary fluoride levels do not capture long-term exposure to fluoride, nor do they accurately predict fluoride intake from drinking water or other sources. Due to these limitations, urinary fluoride levels are not reliable indicators of actual fluoride exposure, and associations with urinary fluoride levels are highly susceptible to confounding; consequently, statistical associations with urinary fluoride levels cannot reliably be interpreted as true, causal effects of fluoride exposure,

32. In the Mexico City cohort, where salt is fluoridated at 250 ppm and natural fluoride levels in water reportedly range from 0.15 to 1.38 mg/L, several statistically significant associations were observed between maternal prenatal urinary fluoride levels (but not child urinary fluoride levels) and adverse cognitive and neurobehavioral outcomes in children. An exposure-response analysis suggested no association with child IQ below approximately 0.8 mg/L urinary fluoride in mothers and approximately 1.0 mg/L urinary fluoride in children. As noted above, estimation of fluoride exposure based on urinary levels is problematic due to the short-term, fluctuating nature of these measures and the challenges of accounting for individual differences in physiology and hydration status. Results in the Mexico City cohort were also susceptible to selection bias due to incomplete data, and confounding by measured and unmeasured influences on fluoride levels and neurodevelopmental outcomes. Moreover, the findings were sensitive to the influence of only three outlier subjects, showing different patterns of association with and without those three observations. Overall, the results from the Mexico City cohort do not establish that fluoride exposure causes neurodevelopmental harm. The results also do not

provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L.

33. In the Canadian cohort, where mother-child pairs were enrolled from six cities across Canada, several statistically significant associations were observed between maternal prenatal urinary fluoride levels and adverse cognitive outcomes in boys, but not girls. Associations were also observed with estimated fluoride exposure from drinking water based on residential postal codes, and with estimated fluoride intake from drinking water (again based in part on residential postal codes). As described above, urinary fluoride levels are not reliable estimates of long-term fluoride exposure, and they are influenced by personal factors that can generate spurious associations due to confounding. Estimation of fluoride exposure from drinking water based on residential address does not account for individual differences in water intake or fluoride absorption and clearance. Low initial participation and incomplete data in the Canadian cohort made the results vulnerable to selection bias, and confounding remained a threat to validity. Influential outliers were included in the analysis, and alternative results excluding those individuals were not presented by the authors. Therefore, the results from the Canadian cohort do not establish that fluoride exposure causes neurodevelopmental harm. The results from the Canadian cohort also do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L.

34. Subgroup findings were inconsistent within and between the Mexico City and Canadian cohorts. In Mexico City, associations with child IQ were seen for maternal but not child urinary fluoride, and in Canada, associations with child IQ were seen for boys but not girls. The latter pattern of gender-divergent findings, however, was not observed in Mexico City.

35. The general lack of consistency of results within and among studies (as well as the heterogeneity of methods among studies, which reduces comparability) does not weigh in favor of concluding that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L. Consistent observation of an association across study settings and research groups reduces the likelihood that an anomalous finding is due to chance. Given the inconsistencies within and among these studies, these studies do not show that any observed statistical association between fluoride exposure and neurodevelopmental outcomes is attributable to anything other than bias, confounding, or chance.

## IV.   Methodology

36. Epidemiology is the scientific study of the distribution and determinants of diseases and health outcomes in populations. Epidemiological research is required to measure disease occurrence, to identify the causes of specific health outcomes in humans, to assess the contribution of various causal factors to the human health effects that can be induced by multiple agents, and to determine exposure-response relationships between causes and human health effects. Epidemiological studies are the most relevant and informative scientific basis on which to evaluate the relationship between fluoride exposure and neurotoxicity in humans.

### A. Systematic Review

37. A systematic literature review aims to identify and integrate all of the available scientific evidence relevant to a given research question in a methodical manner that is unbiased, comprehensive, transparent, and reproducible. Essential components of a systematic literature review include explicit specification of the research question at issue, use of a wide-ranging and clearly documented search strategy, uniform application of literature selection criteria, and rigorous critical assessment of the methodological quality and

results of the relevant literature based on standard, pre-defined, and well-accepted considerations.

38. For example, the Institute of Medicine (IOM) (now called the National Academy of Medicine) recommends the systematic literature review process for the evaluating the comparative effectiveness of health care interventions in an objective, transparent, and scientifically valid manner.

39. The systematic literature review process was used by the U.S. National Toxicology Program (NTP) to identify, evaluate, and synthesize the existing experimental animal studies on fluoride and neurobehavioral outcomes.

40. In contrast and in response to Plaintiffs' experts, I undertook a systematic literature review of the published epidemiological evidence on the association between fluoride exposure and developmental neurotoxicity in humans.

41. My systematic review enables me to give opinions based on the overall weight of the scientific evidence. Because Plaintiffs' experts did not conduct systematic reviews, their opinions are not based on a reliable assessment of the overall weight of the scientific evidence.

42. Prior to searching the literature, I determined that epidemiological studies relevant to this matter should meet the following eligibility criteria:

    a. Evaluation of developmental exposure to fluoride, where "developmental" refers to early life and childhood, defined broadly as including gestation through age 18 years;

    b. Evaluation of neurological outcomes, defined broadly as including cognitive, behavioral, and other neuropsychological endpoints, at any age;

    c. Presentation of quantitative results, such as relative risks, risk differences (e.g., differences in group means), and/or correlation coefficients, for the association between developmental exposure to fluoride and neurological outcomes.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

43. I excluded animal studies, *in vitro* studies, editorials, commentaries, letters without original research data, and reviews.

44. The primary source that I used to identify relevant studies was PubMed (https://www.ncbi.nlm.nih.gov/pubmed), an online search engine developed and maintained by the U.S. National Library of Medicine that provides access to more than 29 million citations for biomedical literature from MEDLINE (a bibliographic database of articles from more than 5,200 international biomedical and life sciences journals (U.S. National Library of Medicine 2019b)), additional life science journals, and online books.

45. Because several of the studies included in prior meta-analyses were published in the journal *Fluoride*, which is not included in MEDLINE, I also searched the *Fluoride* website (http://www.fluorideresearch.org/). I also searched for relevant studies in the reference lists of articles that I reviewed, as well as Plaintiffs' responses to requests for production and Plaintiffs' experts' reports.

46. Using the following search string, I identified 1,457 articles in PubMed as of July 1, 2019 (Figure 1):

(fluorid* OR fluoride OR fluoridation OR fluoridated OR fluoridate) AND (intell* OR intelligence OR intellectual OR IQ OR cognit* OR cognitive OR behavior* OR behavior OR behavioral OR neuro* OR neurolog* OR neurotox* OR neurodevelopment* OR psycho* OR psycholog* OR psychomotor* OR mental OR attention OR hyperactiv* OR autism OR autistic OR nervous) AND (water OR urine OR urinary OR blood OR serum OR plasma).

47. Based on a review of the titles and abstracts, I identified 44 of these articles as being potentially relevant original epidemiological research studies of fluoride exposure and neurodevelopmental outcomes.

48. Using the following search string, I identified approximately 1,250 results (although the number of hits fluctuated substantially over time) on the *Fluoride* journal website as of July 1, 2019 (Figure 1):

(intelligence OR intellectual OR intellect OR IQ OR cognitive OR cognition OR behavior OR behavioral OR neurodevelopment OR neurodevelopmental OR psychological OR psychomotor OR neuropsychological OR mental OR attention OR hyperactivity OR autism OR nervous).

49. Based on a review of the titles, I identified 39 of these results as being potentially relevant original epidemiological research studies, including full-length articles and abstracts.

50. Finally, from reference lists of reviewed articles, as well as Plaintiffs' responses to requests for production and Plaintiffs' experts' reports, I identified 40 additional potentially relevant original epidemiological research studies (Figure 1).

51. I reviewed the full text of all 123 potentially relevant studies and excluded 31 that lacked original data on fluoride exposure and neurodevelopmental outcomes. I separated out the 36 articles that were previously reviewed in the three meta-analyses described above (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). This left 56 original research articles, apart from the 36 that were covered in prior meta-analyses, that I included in my review.

52. I did not attempt a quantitative meta-analysis of the included studies for two main reasons. First, in light of the statistically significant heterogeneity among study results identified by prior met-analyses (Choi et al. 2012, Duan et al. 2018), as well as the obvious qualitative heterogeneity in study settings, methods, and fluoride exposure levels among the available studies, providing a single summary estimate of the association between fluoride exposure and any neurodevelopmental outcome would be of questionable scientific validity.

53. That is, a single relative risk estimate would not validly reflect the wide range of relative risk results reported in individual studies, especially given that some of the observed diversity in findings may be due to true differences in study populations, study design characteristics, and fluoride exposure levels. Second, conducting a meta-analysis would have required at a minimum that I restrict the analysis to studies that assessed the same general exposure metric (e.g., fluoride in drinking water) and the same general neurodevelopmental outcome (e.g., IQ), thereby excluding informative studies and detracting from consideration of other relevant outcomes (e.g., studies of maternal prenatal urinary fluoride or studies of behavior and conduct problems).

54. Therefore, to encompass the totality of epidemiological studies of fluoride exposure and neurodevelopmental outcomes, I undertook a qualitative assessment of the methodological quality and results of all of the studies identified by my literature search. To ensure a systematic approach to this assessment, I evaluated the studies according to accepted epidemiological considerations, including study design, study population, exposure assessment, outcome assessment, and confounder adjustment. I also considered the potential for other types of bias.

55. Figure 1: Flow chart of literature search process to identify original epidemiological studies of fluoride exposure and neurodevelopmental outcomes (U.S. Exhibit 505.0034)



**B. Analysis**

56. The ultimate goal of epidemiological research is to identify the causes of human health problems and, ideally, the means of preventing them. Therefore, a systematic review of epidemiological literature naturally leads to the question of whether the available evidence supports a hypothesis that an exposure causes a harm. However, a conspicuous gap in the Plaintiffs' experts' reports in this matter is that none of them present a structured analysis of the relevant epidemiological studies of fluoride exposure and developmental neurotoxicity.

57. Without such an analysis, an epidemiologist cannot say whether the statistical associations observed in many of the available epidemiological studies are truly due to the impact of fluoride exposure.

58. A causal analysis also enables the structured presentation of conclusions regarding the overall weight of the scientific evidence. That is because a causal analysis requires an evaluation of the overall weight of the scientific evidence from relevant epidemiological studies, taking into account evidence from relevant toxicological and mechanistic studies.

59. In a causal analysis, an epidemiologist considers the possibility of bias, confounding, and chance as explanations for a given statistically significant association observed in an individual epidemiological study.

60. I conducted a formal causal analysis to assess the association between fluoride exposure and human developmental neurotoxicity. In so doing, I was able to organize my conclusions regarding the overall weight of the scientific evidence using considerations that are widely accepted as relevant to assessing epidemiological evidence.

61. As a framework for this causal analysis I used the set of general guidelines formulated by Sir Austin Bradford Hill; these guidelines or "viewpoints" are commonly used by epidemiologists and accepted in the scientific community and in legal settings. Hill's nine considerations are described briefly below.

- *Strength*: Magnitude of the observed association between the exposure and the health outcome of interest; all else being equal, strong associations are less likely than weak associations to be due to confounding or bias.

- *Consistency*: Repeated observation of an association between the exposure and the health outcome of interest by different investigators across different study settings; repetition helps to reduce the probability of chance as an explanation for an observed association.

- *Specificity*: Limitation of an observed association to a single exposure and a single health effect; absence of specificity does not necessarily reduce the likelihood of causality.

- *Temporality*: Sequence by which a cause must precede an effect in time.

- *Biological gradient*: Exposure-response trend by which occurrence of the health outcome increases in accordance with greater exposure.

- *Plausibility*: Credibility of a causal relationship based on current knowledge in toxicology, biology, and other fields; depends on present scientific evidence, which is subject to change.

- *Coherence*: Accordance of a causal relationship with the known natural history and biology of the health outcome of interest; depends on present scientific evidence, which is subject to change.

- *Experiment*: Evidence from studies with controlled or quasi-controlled exposures, such as interventions or preventive actions; such evidence often is absent or not applicable.

- *Analogy*: Comparability to similar exposure-outcome associations; often can be postulated to support or oppose a causal relationship, and does not necessarily enhance or reduce the likelihood of causality.

62. These guidelines were intended for the evaluation of statistically significant associations—that is, associations described by Hill as being beyond the play of chance.

63. These guidelines are not intended to be used in a checklist fashion to determine whether an observed association is likely to be causal; instead, they provide a general framework to evaluate a causal hypothesis.

64. The evaluation of whether a statistical association more likely to be causal or spurious should take into account the quality of the underlying data and whether the association is likely to be due to confounding, bias, or chance.

## V.   Overarching Concerns Regarding Articles Reviewed

### A. Low-Quality Literature Sources

65. After reading the articles identified by my systematic review, my first concern relates to the poor quality of articles published in non-MEDLINE journals and those relied upon by Plaintiffs' experts.

66. MEDLINE is the world's leading biomedical bibliographic database, which currently includes citations from more than 5,200 journals in about 40 languages, and about 60 languages from older journals.

67. Scientific journals are selected for indexing in MEDLINE by the Director of the U.S. National Library of Medicine, based on an evaluation of scientific merit by the Literature Selection Technical Review Committee, an advisory committee of the National Institutes of Health. Critical elements taken into consideration by the committee include the journal's scope and coverage as they relate to biomedicine; the scientific quality of the content, including validity, importance, originality, and contribution to the coverage of the journal's field; the quality of editorial work, including demonstration of features that contribute to the objectivity, credibility, and quality of the journal's contents; the production quality, including layout, printing, graphics, and illustrations; and the journal's audience, which should be primarily those in the health professions. The criteria for selection are the same for English-language and non-English-language journals.

68. For biomedical journals, except those that are new, not being indexed in MEDLINE thus generally can be interpreted as an indicator of poor quality.

69. A large proportion of the articles that I identified during my literature search and identification process—and an even larger proportion of those included in the meta-analyses by Tang et al. (2008), Choi et al. (2012), and Duan et al. (2018) that were heavily relied upon by Plaintiffs— either were published in the journal *Fluoride*, which is not indexed in MEDLINE, or were originally published in foreign languages in other journals not indexed in MEDLINE.

70. These foreign-language articles were subsequently translated into English and published in *Fluoride* or FluorideAlert.org, the website of the Fluoride Action Network, one of the Plaintiffs in this matter.

71. Articles published in non-MEDLINE journals comprised 14 (88%) of the 16 articles reviewed by Tang et al. (2008), 24 (89%) of the 27 articles reviewed by Choi et al. (2012), and 20 (77%) of the 26 articles reviewed by Duan et al. (2018).

72. Non-MEDLINE articles also comprised 18 (32%) of the 56 additional articles included in my literature review, which did not overlap with the three meta-analyses.

73. In the case of *Fluoride*, the journal's editors have published reports documenting that they repeatedly applied for but were rejected from inclusion in MEDLINE, with reasons for rejection including several issues related to poor quality of scientific content, editorial work, and production.

74. Reasons why other journals, primarily from China, that published fluoride epidemiology studies have not been indexed in MEDLINE most likely also relate to poor scientific, editorial, and production quality.

75. The low quality of the journals increases the likelihood of serious methodological flaws in the studies contained within.

**B. Editorial Bias**

76. Regarding the articles identified by my systematic review, my second concern relates to the high potential for selective publication and translation of poor-quality articles, originally written in a non-English language, that show a positive association between fluoride exposure and developmental neurotoxicity. Among the reasons given by the Literature Selection Technical Review Committee for rejecting the journal *Fluoride* from MEDLINE indexing were that there is an insufficient balance among articles, and the articles seem to emphasize fluoride as a biological or toxicological detriment.

77. Moreover, for more than two decades, the editors of the journal have published editorials and commentaries expressing concerns about potential neurotoxic effects of fluoride, and urging the suspension of public drinking water fluoridation programs. Editors can influence the content of their journals both directly (e.g., by rejecting manuscripts that do not support their scientific opinions, or by assigning submitted manuscripts to reviewers known to favor a certain scientific opinion) and indirectly (e.g., by fostering a reputation that encourages authors with positive findings to submit their manuscripts for publication, while discouraging authors with negative or null findings from doing so). The fact that nearly all epidemiological studies of fluoride exposure and neurodevelopmental outcomes published in *Fluoride* found a statistically significant adverse association suggests some "anti-fluoride" editorial influence, whether intentional or not.

78. Likewise, the fact that nearly all English-language translations of epidemiological studies of this issue found a statistically significant adverse association also suggests selective translation of foreign-language articles. In my experience as a scientist, and having conducted numerous systematic literature reviews, I have rarely located independent English-language translations of full-length scientific papers, especially freely available translations. The availability of dozens of English-language translations of epidemiological studies of fluoride exposure and neurodevelopmental outcomes is thus

highly unusual, and the similarity of their findings makes these papers even more anomalous. All of the English-language translations are available from the journal *Fluoride* and/or the Fluoride Action Network website, FluorideAlert.org. Moreover, a published acknowledgement from the editors of *Fluoride* make it clear that at least a dozen of the journal's translated articles were underwritten by the Fluoride Action Network.

79. The clear stances of the Fluoride Action Network and the editors of *Fluoride* on the issue of the potential developmental neurotoxicity of fluoride, combined with the nearly uniformly adverse findings in the translated articles, raise questions about how these articles were identified and selected for translation.

80. In particular, I am concerned that other foreign-language articles that did not find adverse associations may not have been brought to the attention of the Fluoride Action Network and the editors of *Fluoride*, or may have selectively been left untranslated due to their results. Because the journals that initially published these articles in their original language are not indexed in MEDLINE, I am unable to conduct a systematic search in the same journals for other relevant articles that were not translated to English.

81. Notably, however, two of the three Chinese-language articles that I identified that were not translated into English found no significant association between drinking water fluoride levels and child IQ scores.

82. Therefore, although I cannot ascertain the true number of untranslated foreign-language epidemiological studies of fluoride exposure and neurodevelopmental outcomes, the studies that have been translated into English may comprise a non-representative, biased subset of all such studies.

**C. Publication Bias**

83. My third concern relates to the influence of publication bias on the articles that I reviewed.

84. In general, positive scientific results (i.e., studies that find statistically significant associations) are well known to be more likely to be published than null results (i.e., studies that do not find statistically significant associations), and the magnitude of reported associations tends be exaggerated, in part because positive results are perceived to be more newsworthy or to have greater potential scientific or public-health impact than null results.

85. Studies have shown that most published scientific research findings are anticipated to be false; that the proportion of false-positive findings outweighs the proportion of false-negative findings in epidemiology; that the magnitude of true associations tends to be overestimated in published studies; and that this pattern of publication bias can so distort the available literature that false claims can become accepted as scientific fact.

86. Publication bias and even outright scientific misconduct are especially rampant in China, the origin of the majority studies finding positive associations between fluoride exposure and neurodevelopmental harm, where the academic culture creates high pressure and incentives to publish a large quantity of scientific papers.

87. Indeed, one Chinese paper on fluoride exposure and child IQ was withdrawn from the journal *Environmental Health Perspectives*, apparently because of previous publication of many of the results in a previous paper (i.e., self-plagiarism).

88. The earlier paper from this study population was published in the journal *Fluoride*. This same journal also accepted and published subsequent results based on this study population, after the withdrawal of the paper from *Environmental Health Perspectives*.

89. Thus, the high proportion of poor-quality Chinese studies with positive findings on the association between fluoride exposure and neurodevelopmental outcomes could be strongly influenced by publication bias.

## VI.     Overarching Discussion of Statistical Bias

90. Plaintiffs' expert Dr. Grandjean is incorrect in suggesting that imprecise measurement of exposures or outcomes leads predictably to bias toward the null. This is a common misconception.

91. On the contrary, systematic error in exposure or outcome misclassification—for example, differences in ascertainment of neurodevelopmental outcomes between children living in low-fluoride and high-fluoride areas—can readily lead to bias away from the null, that is, overestimation of associations.

92. In addition, even when exposure or outcome misclassification is non-differential (i.e., random), the resultant direction of bias in the estimated association can be either toward or away from the null.

93. Strict conditions must hold for non-differential misclassification to lead predictably to bias toward the null, and even under such uncommon scenarios, the direction of bias is a general tendency, and any given estimate may by chance be away from the null.

94. Likewise, insufficient adjustment for confounders often leads to bias away from the null, and it can be difficult to determine the overall direction and magnitude of bias due to failure to control for multiple confounders that act in opposing ways.

95. Although small studies may have insufficient statistical power to detect a true association, such studies are also more likely than larger studies to yield false-positive, inflated results. That is, statistically significant results from small studies are more likely to be false (due to chance) than significant results from larger studies; and the magnitude of an observed association, regardless of statistical significance, is more likely to be overestimated in smaller studies.

96. Thus, Dr. Grandjean's suggestion that epidemiological studies inevitably or even usually produce underestimated associations is wrong.

## VII.     Meta-Analyses

97. Three prior meta-analyses were conducted based on separate systematic literature reviews of a subset of published epidemiological studies of fluoride exposure and neurodevelopmental outcomes, restricted to studies that examined child intelligence as an outcome (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). Other neurodevelopmental outcomes were not addressed in these meta-analyses, nor did any of them include any studies published after 2016.

98. These three meta-analyses are cited by Plaintiffs' expert Dr. Grandjean, who co-authored the review by Choi et al. (2012). Tang et al. 2008 and Choi et al. 2012 were also cited in Plaintiffs' 2016 petition to EPA and in EPA's response to that petition.

99. In light of Plaintiffs' reliance on these meta-analyses, I considered them as background for my own systematic review of the relevant epidemiological literature.

100.     As stated earlier, meta-analysis is a statistical procedure used to combine data from multiple studies of the same scientific hypothesis. A meta-analysis is not a systematic review. When all included studies show similar associations, meta-analyses can be used to detect that effect with greater statistical precision based on aggregated data. When the association varies among studies, meta-analyses can help to identify sources of heterogeneity.

101.     However, meta-analyses cannot on their own be used to identify, confirm, or refute true relationships between an exposure and a health outcome. That is, calculating an overall statistical association from the results of several studies does not strengthen or weaken the scientific evidence for causality, which must be evaluated based on the methodological quality and results of the underlying studies themselves.

102.     Meta-analysis is especially problematic when applied to observational epidemiological studies, because such studies can vary substantially by source population, subject recruitment exposure and outcome assessment, control for

confounding, and other characteristics, and because observational studies have inherent limitations for making inferences about causal effects.

103.    In the presence of such heterogeneity, even if the heterogeneity is not detectable using formal statistical tests, a single quantitative estimate of association may not be scientifically meaningful when summarized across diverse study settings.

104.    In addition, even when studies are homogeneous, meta-analysis may not demonstrate a scientifically valid association, since this technique cannot overcome low-quality study design and conduct.

105.    Instead, given that confounding and bias cannot be eliminated from observational epidemiological studies, modest associations detected across multiple studies may simply be due to shared biases, rather than a true causal association.

106.    Therefore, it remains essential to take the setting, methods, and results of each individual study into consideration in the process of a systematic literature review.

107.    In Exhibit B (also submitted as U.S. Exhibit 505.0028-.0030), I summarize my assessment of all of the studies included in the three prior meta-analyses—Tang et al. 2008, Choi et al. 2012, and Duan et al. 2018.

**A. Tang et al. (2008)**

108.    Tang et al. (2008) is a meta-analysis of 16 epidemiological studies that compared various measures of intelligence in children between geographic areas with and without endemic fluorosis—that is, regions where chronic, high-level exposure to fluoride leads to widespread mottling of dental enamel in the population.

109.    Average levels of fluoride in drinking water in the designated "exposed" population were $\geq 1.8$ mg/L in 12 of the 16 studies. Of the other four study populations, three had high levels of fluoride in air and food due to long-term coal burning, and the other had elevated levels of arsenic in drinking water.

110.    Tang et al. (2008) did not comment on the quality of the studies included in their meta-analysis.

111.    Dr. Grandjean also did not discuss the quality of the studies in Tang et al. (2008).

112.    As shown in Table 1, all 16 studies in the Tang et al. (2008) meta-analysis were conducted in China in regions with high fluoride exposure, and the results of those studies have correspondingly limited relevance to the U.S. population.

113.    Also, the study populations included in Tang et al. (2008) were generally based in rural, impoverished environments, where children may experience other adverse environmental and behavioral influences on neurodevelopment. For example, in such settings, limited educational resources (including poorly educated parents), infectious diseases, food deficiency and stunting, deficiencies in essential nutrients such as folate, iodine, and iron, physical stressors, and co-exposure to neurotoxins such as lead and mercury from environmental pollution could interact with fluoride exposure to influence cognitive outcomes in children. Such differences between these regions and the U.S. may prevent generalization of results from prior studies to the present matter.

114.    Additionally, 14 (88%) of the 16 articles reviewed by Tang et al. (2008) were published in non-MEDLINE journals, most likely indicating poor quality, as discussed in Paragraphs 65-68, 72-75.

115.    A major limitation of the studies in Tang et al. (2008) is that nine (56%) of the studies failed to adjust for confounding by any of numerous potential influences on child intelligence (Table 1), such as age, sex, body size, nutrition, drinking water intake, health status, family size and structure, socioeconomic position, quality of the home environment, exposure to industrial pollution or coal burning, climate, and maternal and paternal intelligence, education, and occupation.

116.    In general, methods of reducing bias due to confounding include restriction of a study population to a certain subgroup of a confounder (e.g., conducting stratified

26  TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.
Case No. 3:17-cv-02162 EMC

analyses limited only to boys or girls, thereby controlling for the confounding influence of sex) and statistical adjustment, provided that sufficient information is available on important confounders.

117.　　Without adjustment for potential confounders, such as those listed above, any observed associations cannot reliably be attributed to differences in fluoride exposures, as opposed to many other possible differences between comparison groups.

118.　　Of the seven studies in Tang et al. (2008) that accounted for confounding, four adjusted only minimally through stratification by age or sex, and the other three adjusted crudely for child or parent education or family income. These limited confounder adjustments were insufficient to reliably attribute differences in child intelligence to differences in fluoride exposure.

119.　　Another concern is that most studies did not report study participation rates. If study participation varied between fluorosis-endemic and non-endemic areas in a manner that was related to IQ, then results would be distorted by selection bias—that is, systematic differences in exposures and health outcomes between study participants and non-participants.

120.　　In the absence of information on participation rates and differences between participants and non-participants, the potential direction and magnitude of selection bias cannot be determined, but such bias would undermine the validity of results.

121.　　A further limitation of the underlying basis for the Tang et al. (2008) meta-analysis is that all of the included studies were cross-sectional in design. Because cross-sectional studies assess exposures and outcomes simultaneously, these studies cannot establish causal exposure-response relationships. On the other hand, water fluoride concentrations would be expected to be stable over time in the study areas, and some studies limited eligible children to those born and raised in the study region, such that

current exposure to fluoride in drinking water was probably indicative of long-term exposure.

122.     Another limitation is that twelve (75%) of the 16 studies included in the Tang et al. (2008) meta-analysis were ecological in design.

123.     Ecological studies are considered by epidemiologists to be especially weak. Their limitations include unmeasured variation in exposure levels among persons within groups, such that associations observed at the group level may not apply to individuals; difficulty in controlling for confounding by both group-level and individual-level covariates; temporal ambiguity regarding the sequence of exposure (typically based on current residential area) and health outcome; and failure to account for migration across groups.

124.     Although the authors of several studies reviewed in Tang et al. (2008) described high-fluoride and low-fluoride communities as being sociodemographically and environmentally comparable, similarities at the group level do not necessarily extend to individuals; that is, children from villages or regions that are comparable on average can be strikingly different from each other.

125.     Therefore, matching study communities on certain sociodemographic and environmental factors is not sufficient to control for confounding by individual-level characteristics.

126.     As ecological cross-sectional studies with no or minimal control for confounding, nearly all of the studies in Tang et al. (2008) were of very poor quality and provided no reliable scientific basis for drawing conclusions on the relationship between fluoride exposure and neurodevelopmental harm.

**B. Choi et al. (2012)**

127.     In a subsequent meta-analysis that was co-authored by Plaintiffs' expert Dr. Grandjean, Choi et al. (2012) identified 27 epidemiological studies of fluoride exposure and child cognitive function.

128.     Of the 27 studies included in Choi et al. (2012), 25 were conducted in China and the other two were conducted in Iran.

129.     Average levels of fluoride in drinking water in the designated "exposed" population were ≥ 1.8 mg/L in 19 of the 24 studies that reported drinking water fluoride levels. Four of the five studies with lower average fluoride levels in water had high airborne and food levels of fluoride due to long-term coal burning, and the other had elevated levels of arsenic in drinking water. (Of the three studies that did not report drinking water fluoride levels, two were conducted in fluorosis-endemic populations, and the third was conducted in a population described by the authors as being exposed to "high fluoride and low iodine.")

130.     Of the 27 articles reviewed by Choi et al. (2012), 24 articles were published in non-MEDLINE journals, most likely indicating poor quality, as discussed in Paragraphs 65-68, 72-75.

131.     Of the 27 articles included in Choi et al. (2012), 19 articles reported only ecological (group-level) comparisons between high- vs. low-exposure groups. Individual exposures were not reported in these studies. In fact, Choi et al. (2012) explicitly excluded three studies that did not report results for crude comparisons between high- and low-exposure groups.

132.     Choi et al. (2012) acknowledged methodological limitations of using ecological studies, stating that "the actual exposures of the individual children are not known. Misclassification of children in both high- and low-exposure groups may have occurred if the children were drinking water from other sources (e.g., at school or in the field)."

133.     Additionally, all 27 of the articles reviewed by Choi et al. (2012) were cross-sectional studies, which cannot prove a causal link, as discussed in Paragraph 121, because exposures and outcomes are measured simultaneously.

134.     Most of the studies (16 out of 27 studies (59%)) reviewed in Choi et al. (2012) did not adjust for confounding factors. Eight additional studies adjusted only for age or sex through stratification. Three studies crudely adjusted for child or parent education or family income.

135.     Choi et al. (2012) remarked that each article had deficiencies and some had serious deficiencies, thereby limiting their utility for causal inference: "Still, each of the articles reviewed had deficiencies, in some cases rather serious ones, that limit the conclusions that can be drawn." I agree with this assessment.

136.     Choi et al. (2012) did not conclude that the reviewed studies demonstrated that exposure to high fluoride levels, including in drinking water, had an adverse effect on cognitive function in children.

137.     In a meta-analysis, the $I^2$ statistic, which is used to quantify the inconsistency of study results, represents the percentage of variation among studies that is due to heterogeneity rather than chance. Relatively high values of $I^2$ (e.g., $\geq 75\%$) may indicate considerable heterogeneity, meaning that results differ substantially among the included studies. Under such circumstances, combining the results of multiple studies into a single summary meta-analytic estimate, as if that estimate were generalizable across all study populations, may be scientifically inappropriate.

138.     Choi et al. (2012) reported that the $I^2$ statistic for the overall meta-analysis of 27 studies was 80.0%, indicating substantial inter-study variability in the association between high vs. low fluoride exposure and child IQ. Statistical tests also showed statistically significant heterogeneity in findings across studies.

139.     Although Choi et al. (2012) attempted to identify sources of heterogeneity, such as year of publication, mean age of the study children, type of IQ test, and source of fluoride exposure, no clear explanation emerged.

140.     Reasons for the inconsistent results may be related to study validity. This important area of uncertainty limits the conclusions that can be drawn from the results of the overall meta-analysis or any single study included in the meta-analysis.

141.     Choi et al. stated that the results of the studies reviewed "tended to support the potential for fluoride-mediated developmental neurotoxicity at relatively high levels of exposure in some studies" and concluded that their findings "support the possibility of adverse effects of fluoride exposures on children's neurodevelopment," but cautioned that further research was needed to evaluate dose-response trends based on individual-level exposure measures over time, especially prenatally; to implement more extensive standardized measures of neurobehavioral outcomes; and to improve assessment and control of potential confounders.

142.     The results of Choi et al. (2012) do not provide persuasive evidence that the consumption of fluoridated drinking water, even at relatively high levels that arise from natural fluoridation, is likely to affect child intelligence

**C. Duan et al. (2018)**

143.     Duan et al. (2018) is a meta-analysis of 26 epidemiological studies of drinking water fluoride exposure in association with child intelligence.

144.     Studies were restricted to those that reported quantitative drinking water fluoride concentrations in a highly exposed population compared with a reference population, thereby enabling an exposure-response analysis.

145.     Eight of the included studies were published after Choi et al. (2012) conducted their literature search, while nine studies included in the Choi et al. (2012) meta-analysis were not included by Duan et al. (2018).

146.     Average drinking water fluoride levels were ≥ 1.8 mg/L in the designated "exposed" population in 23 of the 26 studies included in Duan et al. (2018). Among the other three studies, one had an average fluoride level of 1.40 mg/L, one had a median level above 1.5 mg/L, and the third (with an average level of 0.8 mg/L) reported elevated drinking water arsenic levels.

147.     Of the 26 studies in Duan et al. (2018), 18 were conducted in China, four were conducted in India, and four were conducted in Iran.

148.     Of the 26 articles reviewed by Duan et al. (2018), 20 (77%) were published in non-MEDLINE journals, most likely indicating poor quality, as discussed in Paragraph 65-68, 72-75.

149.     All 26 of the studies were cross-sectional studies, which cannot prove a causal link due to their simultaneous measurement of exposures and outcomes, as discussed in Paragraph 121.

150.     Additionally, 19 of the studies were ecological (and several of the others included ecological analyses), exhibiting the inability to identify individual-level associations, as discussed in Paragraph 121.

151.     Further, 14 of the studies did not adjust for any confounders, while 6 adjusted only minimally for age or sex through stratification.

152.     Nearly all studies did not report participation rates, which is concerning for the reasons stated in Paragraphs 119-120.

153.     The studies included in this meta-analysis exhibited considerable heterogeneity ($I^2$ = 69.1% and statistically significant test for heterogeneity), as that term is explained in Paragraph 137.

154.     Evaluation of sources of heterogeneity identified child's age as a significant modifier of the observed association, which was attenuated with older age; however, only eight studies with reported information on age group were included in this analysis.

Otherwise, considerable heterogeneity remained after Duan et al. (2018) assessed country, child's gender, drinking water fluoride level, and type of intelligence test as potential sources of variability in study results.

155.       The dose-response analysis indicated a counterintuitive non-linear, J-shaped relationship between absolute or relative fluoride concentration and child IQ, with an inverse association up to 3–4 mg/L, followed by a positive association at higher levels (i.e., higher IQ with higher levels of drinking water fluoride).

156.       A random-effects meta-analysis model yielded a standardized mean difference of –0.52 (95% CI = –0.62, –0.42) in IQ between high- and low-fluoride areas.

157.       Given the low-quality of studies included in this analysis, the results of Duan et al. (2018) do not provide persuasive evidence that that consumption of fluoridated drinking water, even at relatively high levels that arise from natural fluoridation, is likely to affect child intelligence.

## VIII.   Results of Further Systematic Review and Analysis: Less-Informative Studies

158.       In addition to the 36 articles reviewed in the prior meta-analyses, my systematic review yielded 56 additional articles with original epidemiological data on the association between fluoride exposure and neurodevelopmental outcomes in humans. I summarize key information from these articles in Table 2.

159.       I determined that 46 of the 56 articles are of limited relevance to the question whether neurodevelopmental harm is a hazard of exposure to fluoride in U.S. drinking water.

### A. Categorization of Less-Informative Studies

160.       Only two of the 46 studies were conducted in the U.S. These studies were on ADHD and the prevalence of community drinking water fluoridation. I determined that these studies do not provide insight into any potential relationship between artificial drinking water fluoridation and ADHD because of their poor study design. The studies

were based on state-level data, making them highly susceptible to confounding and misclassification of both individual-level exposures and neurodevelopmental outcomes. That is, within a given state, children with ADHD could in theory have little or no overlap with children living in fluoridated communities, and countless factors at the state, local, and individual levels could be responsible for any observed statistical association between state-level drinking water fluoridation prevalence and ADHD prevalence. Further, an apparent association between fluoridation and ADHD found in the first study disappeared after adjustment for state-level household income and elevation above sea level in a subsequent study using the same data, thereby casting doubt on the initial findings.

161.      Forty-four of these 46 studies are of minimal relevance to the present matter due to their disparate sociodemographic, geographical, cultural, and environmental settings that diverge substantially from those in the U.S., their substantial potential for publication and editorial bias, and their high fluoride exposure levels.

162.      Specifically, 43 of the 44 non-U.S. studies of limited relevance were conducted in areas with endemic dental fluorosis or reportedly high natural or anthropogenic levels of fluoride in water and/or air, such as China, India, Sudan, Turkey, or fluorosis-endemic areas of Mexico.

163.      The remaining study was an ecological analysis of area-level drinking water fluoride levels in relation to cognitive and non-cognitive test scores for military conscripts and national income and employment data in Sweden, with a weak study design that is uninformative about potential causal effects of fluoride exposure on neurodevelopment.

164.      Most of the forty-three other non-U.S. studies have major methodological limitations as well. I still considered these studies in my analysis, though with lesser weight.

**B. Weak Study Design**

165.    Seventeen of these forty-six less-informative studies used an ecological cross-sectional study design, meaning that they measured fluoride exposure only at the group level, and they measured fluoride exposure and neurodevelopmental outcomes simultaneously. Two others of these less-informative studies used an ecological retrospective design, meaning that group-level fluoride exposure was measured after the measurement of neurodevelopmental outcomes.

166.    As discussed earlier, the ecological cross-sectional (or retrospective) design is among the weakest of epidemiological study designs because it cannot distinguish the temporal sequence between exposure and outcome, and it cannot identify associations at the level of individual persons rather than groups. Where studies restricted children to lifelong residents of a study area with certain natural levels of fluoride in drinking water or fluoride levels in air and food from long-term coal burning activity, fluoride exposure most likely preceded current neurodevelopmental outcomes, which were primarily IQ scores (although neurodevelopment begins during gestation). However, currently measured fluoride exposure levels in cross-sectional studies may not accurately represent those in the past, i.e., at a time that would be etiologically relevant to current neurodevelopmental outcomes. Moreover, group-level exposure classification based on average drinking water fluoride levels in ecological studies does not capture individual variation in drinking water intake or fluoride absorption and clearance.

167.    In light of their major methodological limitations, which could readily produce spurious statistical associations due to confounding or bias, these studies are not sufficient to establish a causal relationship between relatively high-concentration, naturally fluoridated drinking water and developmental neurotoxicity in humans.

168.    An additional concern regarding outcome assessment pertains to the studies that compared children living in communities with high versus low levels of fluoride in

drinking water. In these studies, blinding of test administrators to subjects' exposure status may have been impossible. Therefore, knowledge of the study hypothesis and prior study results could have influenced study staff (unconsciously or consciously) to treat children differently between the exposed and unexposed communities. Given the expectation of an association between higher fluoride exposure and lower IQ, investigator bias most likely would have resulted in exaggerated adverse associations between fluoride and IQ.

**C. High Potential for Selection Bias**

169.     The lack of information on participation rates is especially problematic in cross-sectional studies, which comprise the majority of the available studies on this topic. In such studies, if participation is incomplete, then selection bias is highly likely due to the influences of concurrently existing exposure status and health status (or factors associated with both, such as socioeconomic status) on subject identification, recruitment, and/or participation. Because of the potential for factors such as socioeconomic status and maternal IQ to influence baseline fluoride exposure, future neurodevelopmental outcomes in children, and the decision to enroll in a research study, non-reporting of participation rates is also concerning for prospective studies of this topic.

170.     Especially in studies that evaluated drinking water fluoride as an ecological variable, averaged across a community, the assumption that all individuals in a community were equally exposed to fluoride ignores individual variation in numerous factors that affect fluoride exposure and biological dose of fluoride. Such factors include residential mobility in studies that were not restricted to lifelong residents of a given area; intake of drinking water and other ingestion sources of fluoride (e.g., other water sources, locally grown plants, locally produced animal meat, fluoridated salt, and fluoridated dental products); inhalation exposure to airborne fluoride in industrialized, occupational, and certain other settings; and pharmacokinetic processes of fluoride absorption,

distribution, and elimination. Studies with ecological exposure assessment provided no or minimal information on the frequency, timing, or location of drinking water sampling. Therefore, it is unclear whether reported average drinking water levels of fluoride in a community were based on robust sampling, or whether fluoride levels varied over location or time within communities. Measurement of drinking water fluoride levels at subjects' place of residence is an improvement over ecological estimation because it is specific to individuals, but it still fails to account for individual-level drinking water intake, other sources of exposure to fluoride, and pharmacokinetics. Questionnaire-based fluoride exposure assessments also ignore individual differences in pharmacokinetics and unassessed sources, and are prone to reporting error.

**D. Uncontrolled Confounding**

171.     Given that many epidemiological studies on fluoride exposure controlled for no or few confounders, the degree to which each study evaluated and adjusted for confounding is a key indicator of study quality. Therefore, in contrast and in response to Plaintiffs' experts, I systematically classified the studies in my literature review according to their level of confounder adjustment. *See* Exhibit C (also submitted as U.S. Exhibit 505.0091- .0147).

172.     Eighteen studies in this less-informative set of 46 studies did not adjust for any confounders, leaving them highly susceptible to bias from numerous factors that can influence place of residence (which in turn affects fluoride exposure as classified in these studies) and neurodevelopmental outcomes. *See* Exhibit C.

173.     Another 15 studies in this less-informative set of 46 studies, adjusted only for age, sex, or both, mostly by stratification. *See* Exhibit C.

174.     The first U.S. ecological cross-sectional study of ADHD discussed in Paragraph 160 adjusted only for state-level median household income. As also discussed in that Paragraph, the subsequent U.S. ecological cross-study was also based on state-level data,

but controlled for other confounders. This addition control eliminated the statistical association found in the first study, suggesting that the initial finding was due to confounding.

175.     Even though the authors of most of the studies with no or minimal confounder control stated that high-fluoride and low-fluoride communities were sociodemographically similar, they did not provide data demonstrating such comparability. Moreover, similarities on average between communities may not apply to individuals within those communities, who can vary widely around the community-level average; therefore, confounding by individual-level sociodemographic, behavioral, occupational, familial, medical, and other factors still could have occurred.

176.     The remaining 11 studies in this set of 46 less-informative studies did consider multiple potential confounders, typically including child's age and sex, parental education, and some measure of socioeconomic status, and in some instances also including child's birth weight and/or current weight and height, family structure, maternal smoking, quality of the child's home environment, and other factors. However, as discussed above in Paragraph 162, 10 of these studies were conducted in high-fluoride areas of Mexico, China, or India, limiting the relevance of these findings to U.S. populations, and the 11th study was the methodologically weak Swedish ecological analysis.

177.     One of the studies in a high-fluoride area that controlled for multiple confounders was the birth cohort study by Valdez Jiménez et al. (2017), conducted in endemic hydrofluorosis areas of Mexico. This study was of relatively high methodological quality due to its prospective design, individual-level exposure assessment, collection of first-morning urine samples, and adjustment for multiple confounders. However, the relatively high levels of fluoride in tap water (geometric mean ± standard error = 2.6–3.7 ± 1.0–1.1 mg/L, depending on trimester of pregnancy), bottled water (2.0–2.9 ± 1.0–1.1 mg/L), and

maternal urinary fluoride (1.9–2.7 ± 1.0–1.1 mg/L, adjusted for specific gravity) reduce the relevance of this study's findings to artificially fluoridated communities in the U.S. The authors did not report results for associations with fluoride levels in drinking water. The participation rate was also relatively low (36%) in this study. Due to the lack of generalizability to the U.S., the results of Valdez Jiménez et al. (2017) carried lesser weight in my causal analysis.

### E. Heterogeneity in Study Results and Methods

178.     The distribution and frequency of neurodevelopmental outcomes varied substantially among the 46 studies in this group. This variability could be due to true heterogeneity—that is, real differences in neurodevelopmental status among study populations—that could limit the generalizability of results across distinct populations. The variability could also be due to artifactual heterogeneity generated by use of different assessment methods or inconsistent application of the same assessment methods among studies.

179.     For example, in eight studies of children spanning ages 7–15 years in China and India that reported the distribution of scores on Raven's Standard Progressive Matrices, a non-verbal test of abstract reasoning, the prevalence of below average or impaired IQ (generally defined as between the 5th and 25th percentiles and below the 5th percentile, respectively) among reference children in areas with lower drinking water fluoride levels or without dental fluorosis was variously reported as 0.0%, 2.9%, 12.2%, 12.5%, 15.6%, 30%, 42.1% and 50%. These differences were not well-correlated with average drinking water fluoride levels, indicating that they are influenced by other discrepancies in study population or study conduct that make results non-comparable among studies.

180.     As another example, among studies that used the Combined Raven's Standard and Colored Progressive Matrices to assess children aged 6-18 years (mostly up to 13 years) in China and India, the reported prevalence of borderline or impaired IQ among reference

children ranged between 0.6% and 6.0%, and the reported mean IQ score among reference children ranged between 96.8 and 113.7 points (including reference and exposed children). Again, these differences in IQ scores did not clearly correspond with average fluoride exposure levels, and instead point to unidentified sources of heterogeneity that may contribute to inconsistent results among studies.

181.      In summary, due to their limited relevance to the U.S. population and/or their methodological weaknesses, 46 of the 56 original epidemiological studies that I identified in my systematic literature review carried lesser weight in my analysis. With their methodological weaknesses, inconsistencies, and limited informative value, these studies do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L. The remainder of this declaration focuses primarily on the other 10 studies.

## IX.   Results of Further Systematic Review and Analysis: More-Informative Studies

182.      My analysis is based primarily on the 10 non-ecological studies based in non-fluorosis-endemic Western areas: the Christchurch, New Zealand prospective birth cohort studies (Shannon et al. 1986, Spittle et al. 1998); the Boston, Massachusetts cross-sectional study (Morgan et al. 1998); the Dunedin, New Zealand prospective birth cohort study (Broadbent et al. 2015); the Canadian cross-sectional study (Barberio et al. 2017); the Mexico City prospective birth cohort studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018); and the Canadian birth cohort studies (Green et al. in press, Till et al. in review).

183.      Anticipated or measured average drinking water fluoride levels in these study populations were at or below 1.38 mg/L.

184.      In these relatively more-informative, methodologically superior epidemiological studies conducted in Western regions, some statistically significant associations were observed between early-life lower-level fluoride exposure and subsequent adverse

neurodevelopmental outcomes, especially in the two sets of studies that Plaintiffs' experts emphasize: the Canadian cohort studies and the Mexico City cohort studies.

185.     However, these associations were modest, inconsistent, of questionable biological plausibility, and not coherent with secular trends in IQ.

186.     No significant associations between fluoride exposure and adverse neurodevelopmental outcomes were observed in the studies based in Christchurch, New Zealand, Dunedin, New Zealand, and Boston, Massachusetts. No significant associations were observed between dilution-adjusted urinary fluoride levels and neurodevelopmental outcomes in the Canadian cross-sectional study, where the only significant associations (of borderline statistical significance) were between unadjusted urinary fluoride levels and learning disability, but not ADHD or ADD.

187.     All of these studies are limited by vulnerability to selection bias, uncertainties and variation in exposure assessment, heterogeneity and limited reliability in outcome assessment, and high potential for confounding.

188.     Therefore, I conclude that bias, confounding, and chance are reasonable explanations for the observed associations in the small number of study populations where statistically significant associations were found.

189.     These studies do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L.

190.     The observed associations cannot reliably be attributed to a true relationship between fluoride exposure and neurodevelopmental outcomes.

**A. Summary of Results in the Ten More-Informative Studies**

191.     Shannon FT, Fergusson DM, Horwood LJ. Exposure to fluoridated public water supplies and child health and behaviour. *NZ Med J* 1986; 99(803):416-418 ("Shannon et al. 1986"

Spittle B, Ferguson D, Bouwer C. Intelligence and fluoride exposure in New Zealand children (abstract). *Fluoride* 1998; 31(3):S13. ("Spittle at al. 1998")

In the 1986 Christchurch, New Zealand, cohort study of children followed from birth to age 6 or 7 years, no significant differences in conduct disorder or behavior disturbance scores were detected by duration of residence in a community with artificially fluoridated drinking water at a concentration of 1 mg/L, compared with <0.1 mg/L in non-fluoridated communities. Outcome scores at a given age varied by at most 0.23 points, relative to mean scores of approximately 10 points within categories. The subsequent 1998 follow-up study of the Christchurch, New Zealand children to age 8 or 9 years revealed no significant association between duration of residence in a fluoridated area and IQ scores. IQ scores varied by a maximum of 2.5 points across exposure categories, compared with a standardized mean of 100 points.

192.     Morgan L, Allred E, Tavares M, et al. Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. *Pediatr Dent* 1998;20(4):244-252 ("Morgan et al. 1998"):

This cross-sectional Boston-area study found no significant differences in scores for total, internalizing, or externalizing behavior problems in children aged 7–11 years, according to aggregated fluoride exposure, dental fluorosis score, community drinking water fluoridation status, receipt of concentrated infant formula mixed with fluoridated water, or nearly any other measure of fluoride exposure (including use of fluoridated toothpaste, use of fluoride supplementation, and receipt of topical fluoride treatment). At the time of the study, the optimal level of fluoridation in the U.S. was considered to be 1 mg/L. Differences in median behavior problem scores between exposure groups were on the order of 0–4 points, compared with group medians around 40–46 points (range = 24–77 points) within exposure groups.

193.     Broadbent JM, Thomson WM, Ramrakha S, et al. Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. *Am J Public Health* 2015;105(1):72-76. ("Broadbent et al. 2015"):

In the Dunedin, New Zealand, prospective birth cohort study, no significant differences in child IQ at ages 7–13 years were observed across various classifications of fluoride exposure, including residence in an area with community water fluoridation at 0.7-1.0 mg/L (vs. 0.0-0.3 mg/L in unfluoridated areas), use of fluoridated toothpaste, and use of fluoride tablets. Observed non-significant differences in mean IQ scores between exposure groups ranged from –0.25 to 0.83 points on a scale with a standardized mean of 100 points and a standard deviation of 15 points. Adult IQ at 38 years also was not strongly associated with childhood exposure to fluoride, with differences in mean IQ scores ranging from 0.19 to 3.00 points (significantly higher among those residing in areas with community water fluoridation).

194.     Barberio AM, Quinonez C, Hosein FS, et al. Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. *Can J Public Health* 2017;108(3):e229-e239. ("Barberio et al. 2017"):

The Canadian cross-sectional study of children aged 3–12 years found no significant association between a parent-reported diagnosis of any learning disability, ADHD, or ADD and children's urinary fluoride levels. Among study participants with information on fluoride concentration in tap water, the mean was 0.23 mg/L. All observed odds ratios per unit increase in urinary fluoride level (1 μmol/L or 1 μmol/mmol, depending on adjustment for specific gravity or creatinine) were between 0.79 and 1.04, i.e., between a 21% decrease and a 4% increase in the odds of any learning disability, ADHD, or ADD. A borderline statistically significant positive association was found between unadjusted urinary fluoride levels and any learning disability, but this

association was attenuated and statistically non-significant after adjustment for urinary specific gravity (i.e., dilution).

195. Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. *Environ Health Perspect* 2017;125(9):097017. ("Bashash 2017")

Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. *Environ Int* 2018;121(Pt 1):658-666. ("Bashash 2018")

Thomas D, Sanchez B, Peterson K, et al. Prenatal fluoride exposure and neurobehavior among children 1-3 years of age in Mexico (abstract). *Fluoride* 2018;51(4):385-386. ("Thomas 2018")

This series of analyses of a prospective birth cohort was conducted in Mexico City, Mexico, an area where salt is fluoridated at 250 ppm, and natural levels of fluoride in drinking water may range from 0.15 to 1.38 mg/L, but were not measured for study participants. Several statistically significant associations with modest decrements in cognitive and neurobehavioral outcomes were detected in the Mexico City birth cohort. For each 0.5 mg/L increase in creatinine-adjusted maternal prenatal urinary fluoride, the mean difference in score in the General Cognitive Index, a composite performance for preschool-aged children, was −3.15 (95% confidence interval[1] = −5.42, −0.87) at age 4 years, relative to a mean of 96.88 points and a standard deviation of 14.28. For children aged 6-12 years, the mean difference in IQ score on the Wechsler Abbreviated Scale of Intelligence per 0.5 mg/L creatinine-adjusted maternal prenatal urinary fluoride was −2.50 (95% confidence interval = −4.12, −0.59), relative to a mean of 95.98 points and a

---

[1] A confidence interval is a measure of variability or precision, that is, a margin of error around a point estimate. With repeated sampling of the same underlying study population and in the absence of bias (i.e., systematic, non-random error), a confidence interval contains the value of the point estimate of interest with a frequency no less than the stated confidence level (usually set at 95% by convention).

standard deviation of 11.11 points (Bashash et al. 2017). By definition, the standard deviations indicate that about 68% of General Cognitive Index scores were between 82.60 and 111.16 points, and about 68% of IQ scores were between 84.87 and 107.09 points. Moreover, IQ scores between 90 and 109 points on the Wechsler Intelligence Scale are classified as "average." Thus, differences of 3.15 and 2.50 points are small relative to the range of variation in this cohort. Likewise, differences in scores for cognitive problems or inattention or indices of ADHD at ages 6–12 years, where statistically significant (that is, omitting smaller, statistically non-significant differences in scores for restlessness/impulsivity, hyperactivity, hyperactivity-impulsivity, and attention problems), were all below 3 points per 0.5 mg/L creatinine-adjusted maternal prenatal urinary fluoride, compared with standardized means of 50 and standard deviations of 10. Among 1- to 3-year-olds, the Mental Development Index of the Bayley Scales of Infant Development, a series of measurements used to assess infant and toddler cognitive and motor development, differed by –1.20 points (95% confidence interval = –2.19, –0.20) per 0.5 mg/L creatinine-adjusted maternal prenatal urinary fluoride, compared with a typical standardized mean of 100 points and a standard deviation of 15 points (Thomas et al. 2018). Results were not reported for the Bayley Psychomotor Development Index, the other part of the Bayley Scales.

196.    Green R, Lanphear B, Hornung R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. in press. ("Green et al. in press")[2]

Green RR, Lanphear BP, Flora D, et al. Effects of trimester-specific prenatal fluoride exposure and childhood IQ in a Canadian birth cohort [Abstract]. 59th Annual Teratology Society Meeting. Birth Defects Res 2019;111:498. ("Green et al. 2019")

[2, 3] I understand that these studies have been published since I issued my expert report, but I am using the same references as in my expert report.

Till C, Green R, Flora D, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. in review. ("Till et al. in review")[3]

The Canadian prospective birth cohort study enrolled mother-child pairs from six cities across Canada. The mean change in full-scale IQ at ages 3-4 years, measured using the Wechsler Preschool and Primary Scale of Intelligence, was statistically non-significant for boys and girls combined (–1.95 points (95% confidence interval = –5.19, 1.28, per 1 mg/L maternal prenatal urinary fluoride, adjusted for specific gravity)) (Green et al. in press). This association differed significantly between boys (–4.49 points (95% confidence interval = –8.38, –0.60), and girls (+2.40 points (95% confidence interval = –2.53, 7.33) for girls. The mean difference in full-scale IQ per 1 mg/L residential postal-code-level drinking water fluoride was –5.29 points (95% confidence interval = –10.39, –0.19); that per 1 mg/day estimated fluoride intake from beverages was –3.66 points (95% confidence interval = –7.16, –0.15); and that per 0.5 mg/day estimated fluoride intake from infant formula was –2.69 points (95% confidence interval = –7.38, 2.01). Estimated mean differences were generally slightly larger for performance IQ (a measure of non-verbal reasoning, spatial processing, and visual-motor performance), in the negative direction for boys and in the positive direction for girls, whereas differences were generally slightly smaller for verbal IQ (a measure of verbal reasoning and comprehension). Among boys, only maternal prenatal urinary fluoride in the second trimester of pregnancy, and not in the first or third trimester, was significantly associated with lower full-scale IQ and lower performance IQ, but not verbal IQ (Green et al. 2019). However, associations with full-scale IQ in boys were strongest for maternal prenatal urinary fluoride averaged across all three trimesters. These average differences can be compared with a standardized mean IQ of 100 points and a standard deviation of 15

points, where 68% of scores lie within 1 standard deviation of the mean (85 to 115 points), and scores between 90 and 109 points are classified as "average."

## B. Nine-Factor Analysis

197.     As discussed in Paragraphs 161-64, I considered the following nine factors in my analysis to assess the association between fluoride exposure and neurodevelopmental outcomes, based on the standard, generally-accepted framework of the Hill guidelines: (1) strength; (2) consistency; (3) specificity: (4) temporality; (5) biological gradient; (6) plausibility; (7) coherence; (8) experiment; and (9) analogy.

198.     For each factor, I came to a conclusion regarding whether the overall weight of the scientific evidence supports the hypothesis that neurodevelopmental harm is a hazard of fluoride exposure in the range of 0.7 mg/L.

199.     In my analysis, I gave more weight to the 10 more-informative studies identified in my systematic literature review, and less weight to the remaining studies with low relevance to artificial drinking water fluoridation in the U.S. population and/or an ecological study design.

### 1. Strength

200.     Holding all other factors constant, strong statistical associations are less likely than weak ones to result exclusively from confounding and bias. However, small sample sizes can produce inflated estimates of association—that is, associations that falsely appear to be strong—due to sparse data bias.

201.     The magnitude of the observed associations, if any, in the ten more-informative studies was relatively small in comparison with normal, expected variation in each outcome measure as indicated by average values and standard deviation. The relatively modest associations observed in these studies are plausibly explained by a modest degree of bias (e.g., selection bias in study participant enrollment or retention, or bias in exposure and/or outcome measurement) or confounding (e.g., by various demographic,

socioeconomic, anthropometric, social, familial, medical, behavioral, and other factors that may affect neurodevelopment, and also may vary by level of fluoride exposure). Thus, the strength of the observed associations does not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of fluoride exposure in the range of 0.7 mg/L.

202.     This factor also does not weigh in favor of a true causal relationship.

**2. Consistency**

203.     In general, consistent observation of an association across study settings and research groups reduces the likelihood that an anomalous finding is due to chance.

204.     In the Christchurch, Boston, and Dunedin studies, associations between low-level fluoride exposure and neurodevelopmental outcomes in Western populations were quite consistently null. That is, no statistically significant association was detected between duration of residence in a community with artificially fluoridated drinking water and conduct disorder or behavior disturbance (Shannon et al. 1986) or IQ (Spittle et al. 1998). No significant association of behavioral problems was found in relation to dental fluorosis score, residence in a fluoridated community, use of fluoridated toothpaste, receipt of fluoride supplementation, receipt of topical fluoride treatment, receipt of concentrated formula mixed with fluoridated water, or aggregated fluoride exposure, other than a single borderline statistically significant positive association with use of both topical fluoride at ages 3–6 years and fluoridated toothpaste at ages 1 and 2 years (Morgan et al. 1998). In the Dunedin cohort, other than a single borderline statistically significant association between childhood residence in a fluoridated community and higher IQ in adulthood at 38 years, all other associations with child and adult IQ were statistically non-significant for residence in a fluoridated community, use of fluoridated toothpaste, and receipt of supplemental fluoride tablets (Broadbent et al. 2015).

205.     Additionally, in the Canadian cross-sectional study, creatinine-adjusted or specific-gravity adjusted urinary fluoride in children was not significantly associated with any learning disability, ADD, or ADHD in the majority of analyses, although a borderline positive association with any learning disability was seen with unadjusted urinary fluoride in some subgroups (Barberio et al. 2017).

206.     By contrast, in the Mexico City birth cohort, positive associations were found between creatinine-adjusted maternal prenatal urinary fluoride and some, but not all, measures of cognitive problems or inattention and ADHD (Bashash et al. 2018). And in the Canadian birth cohort, the adverse association with full-scale IQ among Canadian boys was seen consistently for three measures of fluoride exposure used in the study (Green et al. in press), but the fourth measure—estimated fluoride intake from infant formula—was not significantly associated with full-scale IQ among boys and girls combined (sex-stratified results not reported) (Till et al. in review).

207.     Within the Mexico City and Canada birth cohorts, there were inconsistent results. Among the Mexican children, no significant association was detected between full-scale IQ and specific-gravity-adjusted child urinary fluoride (Bashash et al. 2017), and among the Canadian children, no association of full-scale IQ with maternal prenatal urinary fluoride was observed among girls; on the contrary, point estimates indicated a non-significant association between higher fluoride levels and higher IQ scores in girls (Green et al. in press). By contrast, divergent results between boys and girls were not seen in the Mexico City study (Bashash et al. 2017). The authors of the Mexico City study did not present findings stratified by infant feeding status, nor did they report results for IQ subscales. Thus, they did not provide a basis for comparison with the results of the Canadian study, in which an inverse association between drinking water fluoride level and full-scale IQ was detected only among formula-fed infants; and inverse associations

were generally stronger for performance IQ than verbal IQ, indicating that higher fluoride levels were associated with higher IQ scores (Green et al. in press, Till et al. in review).

208.     Overall, these results do not demonstrate a consistent association between exposure to low-level fluoride in drinking water and neurodevelopmental outcomes. Few independent studies examined a given specific neurodevelopmental outcome such as IQ or ADD/ADHD/inattention, yielding limited opportunity to demonstrate consistent findings across study populations. Results for each association were varied, with some adverse, some null, and (for adult IQ, evaluated in only one study of childhood fluoride exposure) one beneficial association. This general lack of consistency does not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L.

209.     This factor also does not weigh in favor of a true causal relationship.

**3. Biological Gradient**

210.     Higher risk or greater severity of an outcome with increasing exposure—that is, a positive exposure-response trend or gradient—can provide support for a causal hypothesis. Of the 10 more-informative studies, 8 studies in four independent study populations classified fluoride exposure in a manner that enabled consideration of potential exposure-response trends—the studies of the Christchurch birth cohort, the Canadian cross-sectional sample, the Mexico City birth cohort, and the Canadian birth cohort.

211.     As discussed above, the Christchurch cohort study and the Canadian cross-sectional study did not find statistically significant associations between fluoride exposure and neurodevelopmental outcome.

212.     The Mexico City and Canadian birth cohort studies employed linear regression models, which assume a fixed change in the outcome (e.g., odds of learning disability or IQ score) per unit change in the exposure (e.g., 1 mg/L urinary fluoride).

213.        Where the Mexico City birth cohort study investigators reported results including and excluding outliers, the findings changed between the two sets of analyses. As shown below in Figure S1 of Bashash et al. (2018) (submitted as U.S. Exhibit 505.0083), including the full dataset produced an inverse U-shaped exposure-response curve between maternal prenatal urinary fluoride and several indices of ADHD symptoms in children, whereas removal of only three outlier observations produced a monotonic increasing trend. In other words, the full dataset produced a curve suggesting that ADHD symptoms increased with fluoride exposure up to a certain point and then decreased, but by excluding just three outliers, the study investigators changed the shape of the curve in a way that would support a linear exposure-response trend.

**Figure S1 from Bashash et al. (2018), showing results with (a) and without (b) three influential outliers**

**(a) with outliers**



**(b) without three influential outliers**



214.      In another analysis of the Mexico City birth cohort, focusing on General Cognitive Index and IQ, three outliers were again removed from the dataset, but the authors did not show did not show their results including those observations (Bashash et al. 2017). Therefore, an analysis of the results including the outliers cannot be done for this study as it can for the Bashash 2018 study.

215.      By contrast, the authors of the Canadian birth cohort included outliers with the highest maternal prenatal urinary fluoride concentrations and estimated fluoride intake from beverages (Green et al. in press). Without those few unusual individuals, the regression lines would have been much closer to flat (i.e., no association).

216.      In each case, the decision of the study investigators to exclude outliers (Bashash et al. 2017, Bashash et al. 2018) or to include them (Green et al. in press) led to more linear-appearing positive exposure-response gradients.

217.      The distorting effect of imposing a trend line using linear regression is illustrated by comparing figures from Bashash et al. (2017), Bashash et al. (2018), and Green et al. (in press) with and without the regression lines and shaded 95% confidence intervals, as shown below. In the absence of visually distracting linear regression lines, the figures reveal substantial variability in the relationship between maternal urinary fluoride and neurodevelopmental outcomes, as illustrated by scattershot distribution of the individual observation points. These figures were originally submitted as U.S Exhibit 505.0080-.0082.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Figures 2 and 3 from Bashash et al. (2017), with (above) and without (below) linear regression trend lines and 95% confidence intervals**

**Figure 2 (original)**          **Figure 3 (original)**





**Figure 2 (revised)**          **Figure 3 (revised)**





**Figure 3 from Bashash et al. (2018) with (above) and without (below) linear regression trend lines and 95% confidence intervals**

**Figure 3 (original)**





**Figure 3 (revised)**



**Figure 3 from Green et al. (in press) with (above) and without (below) linear regression trend lines and 95% confidence intervals**

**Figure 3 (original)**



**Figure 3 (revised)**



218.        As a whole, while these results provide some evidence of a monotonic exposure-response trend, the limited assessment of non-monotonic trends, the key influence of outlier observations, and high degree of variability around the imposed linear regression lines detract from these findings. Moreover, exposure measurement error can often lead to spurious linearization of apparent exposure-response relationships. Overall, the evidence on a potential biological gradient does not provide substantial evidence that neurodevelopmental harm is likely to be a hazard of fluoride exposure in the range of 0.7 mg/L.

219.        This factor also does not weigh in favor of a true causal relationship.

**4. Plausibility**

220.        The biological plausibility of a developmental neurotoxic effect of low-level fluoride exposure can be evaluated based largely on the toxicological literature on fluoride. The U.S. National Toxicology Program ("NTP") recently conducted a systematic literature review of experimental animal studies of ingestion exposure to fluoride and neurobehavioral outcomes including learning and memory (NTP 2016). Based on this review, NTP concluded that there was a "low" level of evidence for an effect in animals exposed to fluoride above 0.7 ppm (= 0.7 mg/L) during development, which is particularly relevant to assessing the biological plausibility of Plaintiffs' claims of neurodevelopmental harm. In animals exposed as adults, the NTP found a "moderate" level of evidence for a pattern of findings suggestive of an effect of fluoride exposure above 0.7 ppm (= 0.7 mg/L) on learning and memory. NTP downgraded their level-of-evidence conclusions due to concerns for indirectness in the assessment of learning and memory, as well as risk of bias. NTP also noted that very few studies assessed learning and memory effects in experimental animals exposed to fluoride levels near 0.7 ppm.

221.        My consideration of the toxicological data relies on Dr. Tsuji's expert opinions, which are based on her detailed review of the relevant studies included in the 2016 NTP

review and those published subsequently, including a study by McPherson et al. in 2018 conducted by NTP investigators. Taken together, the studies covered in the 2016 NTP review and the 2018 McPherson study by NTP investigators provide little evidence to support a biologically plausible effect of fluoride at concentrations in artificially fluoridated U.S. community drinking water on neurodevelopmental outcomes in humans.

222.　　Of note, the epidemiological studies that I identified in my systematic literature review predominantly did not report any association between fluoride exposure and birth weight or child body size or growth, although many studies may not have tested this hypothesis. In a separate literature search that I conducted for epidemiological studies of this association, I identified few relevant studies; these were generally of limited methodological quality, with inadequate control for confounding and inconsistent findings overall. Based on my review of these studies, I conclude that no association, much less a causal effect, has been established between fluoride exposure and birth weight, body size, or growth in children. These findings support Dr. Tsuji's opinion that observed effects of relatively high fluoride doses on reduced body weight gain in experimental animal studies do not indicate a direct neurotoxic effect.

### 5. Coherence

223.　　An evaluation of the coherence of a potentially causal relationship with the known natural history of developmental neurotoxicity can take into account secular trends in child IQ in concert with the history of community drinking water fluoridation in the U.S. The first U.S. city to fluoridate its water was Grand Rapids, Michigan, in 1945. The U.S. Public Health Service in 1962 released recommendations for optimal fluoride concentrations in drinking water for community water systems. This public health measure was subsequently rapidly adopted in cities throughout the U.S. As of 2014, two thirds of the U.S. population and three quarters of those on community water systems received water with adjusted fluoride levels for the purpose of minimizing tooth decay.

224.     Across the same time period, from the 1960s and into the 2010s, several studies show that IQ scores in U.S. children have steadily improved. Numerous explanations have been provided for this observed trend in the U.S. and other Western societies. Nevertheless, these observed gains in child IQ over time in the U.S. are not coherent with an adverse effect of drinking water fluoridation on neurodevelopmental outcomes.

### 6. Specificity

225.     An association between a given exposure and a specific health outcome, such as between a pathogen and an infectious disease, can weigh in favor of a causal conclusion. In the case of neurodevelopmental outcomes such as child intelligence, numerous potential influences have been identified, such as age, sex, body size, nutrition, drinking water intake, health status, family size and structure, socioeconomic position, quality of the home environment, exposure to industrial pollution, climate, and maternal and paternal intelligence, education, and occupation. Also, neurotoxicity is not the only hypothesized health effect of fluoride exposure, which also has dental and skeletal effects. The lack of a specific relationship between fluoride exposure and neurodevelopmental outcomes does not weigh against or in favor of a true causal relationship.

### 7. Temporality

226.     A causal exposure must precede an outcome in time. Eight of the 10 more-informative studies in non-fluorosis-endemic Western populations, addressing four independent study populations, were prospective in design, meaning that they assessed fluoride exposure prior to neurodevelopmental outcomes (Shannon et al. 1986, Spittle et al. 1998, Broadbent et al. 2015, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). The exposures assessed in these studies were thus more likely to be etiologically relevant, and less likely to be biased by

neurodevelopmental outcome status, than exposures measured simultaneously with or after the measurement of outcomes.

227.     Nevertheless, other substantial temporal uncertainties exist in these studies. The Mexico City birth cohort and the main analyses of the Canadian birth cohort study used prenatal maternal urinary fluoride levels averaged across all three trimesters (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). This approach ignores fluctuation in urinary fluoride levels during pregnancy, when factors such as plasma volume expansion, maternal kidney function, and gestational diabetes can affect measured levels. Use of average levels across pregnancy also prevents consideration of putative windows of susceptibility that may occur during certain periods of gestation. A subsequent analysis of the Canadian birth cohort found significant inverse associations between maternal urinary fluoride in the second trimester, but not the first or third trimester, and child IQ in boys, suggesting potential trimester-specific effects, although associations were strongest with maternal urinary fluoride averaged across all three trimesters (Green et al. 2019). By evaluating duration of early-childhood residence in a community with artificially fluoridated drinking water, the Christchurch prospective cohort study also could not distinguish among potential windows of susceptibility (Shannon et al. 1986, Spittle et al. 1998). In the same vein, the Dunedin prospective cohort study assessed exposure to fluoride in drinking water and toothpaste at age 5 years (and, for drinking water fluoride, also at age 3 years), prior to the assessment of child IQ at 7–13 years, but it did not evaluate exposure at other ages (Broadbent et al. 2015).

228.     The two cross-sectional studies with individual-level data in Western regions mitigated some of the limitations of the simultaneous assessment of exposure and outcome by conducting some secondary analyses restricted to children who had resided in their current home for at least three years (Barberio et al. 2017) or by asking parents to

report fluoride exposures in the past, at least one year and in some instances more than a decade ago (Morgan et al. 1998). However, exposures in these studies were more susceptible to bias from the influence of co-existing neurodevelopmental outcome status or confounders. Like the prospective cohort studies, these studies also had limited flexibility for assessing temporal patterns of past fluoride exposure.

229.        Overall, the temporal relationships observed in these 10 studies are bolstered by the prospective exposure assessment in the majority of studies. However, remaining uncertainties about the timing of exposure relative to the outcome diminish the evidence in favor of causality.

**8. Experiment**

230.        Quasi-experimental evidence could potentially be derived from comparisons of neurodevelopmental outcomes in communities before and after artificial drinking water fluoridation. Over long time periods and across broad populations, as described in the prior section, child IQ has improved rather than declined with time after implementation of community drinking water fluoridation. However, no  study has compared neurodevelopmental outcomes within a community before and after artificial drinking water fluoridation, precluding experimental support for a true causal relationship.

**9. Analogy**

231.        Analogies can be drawn to other naturally occurring elements, especially certain metals, that are or may potentially be linked to developmental neurotoxicity; however, many other elements are not. On balance, such comparisons do not appreciably affect an evaluation of the potential causality of exposure to artificially fluoridated drinking water on neurodevelopmental outcomes.

**X.      Further Context on the Mexico City and Canadian Birth Cohort Studies**

232.         None of Plaintiffs' experts conducted a systematic review or undertook a causal analysis considering pre-defined factors as I did. My methodology enabled me to provide

greater context for my conclusions; that context is largely documented in the two appendices attached.

233.     The following narrative context provides additional scientific background for interpreting the most recently published prospective birth cohort studies—those based in Mexico City and Canada.

**A. Uncontrolled Confounding**

234.     Because of their potential influence on neurodevelopment, myriad demographic, socioeconomic, anthropometric, social, familial, medical, behavioral, and other factors may be important confounders because of the association between fluoride exposure and neurodevelopmental outcomes.

235.     Additional potential confounders include place of residence and other determinants of fluoride exposure, such as (depending on the region and culture) parental occupation, coal burning, use of infant formula, bottled or well water, water filters, fluoride toothpaste, fluoride tablets and other supplemental dental products, professional fluoride treatments, fluoridated salt, and certain foods and beverages, such as chicken, some seafoods, grapes and grape products, tea, and locally grown crops.

236.     Given the large number of possible confounders of the association between fluoride exposure and neurodevelopmental outcomes, as well as the anticipated strong impact of some factors on both the exposure and the outcome (making them strong potential confounders), confounding is a plausible explanation for any observed findings in any epidemiological study of this association.

237.     This is especially true in settings with lower exposure levels, where relatively small increments in fluoride exposure may correspond to relatively large differences in other, potentially confounding influences on neurodevelopment. Confounding can also occur due to insufficient adjustment for important confounders—for example, due to

crude classification of a confounding variable as a yes v. no or ever vs. never, instead of a more granular level—thereby leading to "residual confounding."

238.      In observational epidemiological studies, where exposures are not randomly assigned to participants, and people largely choose their own exposures either directly or indirectly, confounding is virtually impossible to eliminate. The likelihood that any reported association is the product of confounding (or other sources of bias, as well as chance) underscores the importance of taking the full scope of epidemiological evidence into account.

239.      Neither the Mexico City nor Canadian birth cohort studies controlled for all potential confounders, especially at a sufficient level of detail to prevent residual confounding.

240.      Potentially important confounders in the Mexico City and Canadian birth cohort studies include dietary patterns (especially given the artificial fluoridation of table salt in Mexico City), fluid intake, socioeconomic status, residential history, family structure, child and family medical and dental history, parental occupational history, parental IQ, and quality of the home environment (in the Mexico City study; assessed in the Canadian study).

241.      Although no observational (non-randomized) study can realistically be expected to control for all known and unknown confounders, it is also unrealistic to rule out confounding as a reasonable explanation for modest associations observed in a small number of studies, especially when the exposure and outcomes at issue have numerous influences.

**B. Flawed Exposure Measurements**

242.      The U.S. National Research Council, Agency for Toxic Substances and Disease Registry, and Scientific Committee on Health and Environmental Risks of the European Commission, among others, have reviewed the strengths and limitations of using

potential biomarkers of fluoride exposure and effects in scientific research studies. Fluoride does not produce any metabolites, so fluoride ion is directly measured as a biomarker. Because of rapid absorption of fluoride from all routes of exposure, and little accumulation of fluoride in soft tissues over long time periods, the peak dose in bodily fluids such as urine and serum can occur within 1 hour after exposure. Thus, concentrations of fluoride in bodily fluids tend to reflect acute (short-term current or recent) fluoride exposure. By contrast, fluoride levels in teeth and bones may reflect chronic or cumulative longer-term exposure, depending in part on bone type, site, and time since exposure cessation.

243.    The biological dose of fluoride, which is determined by fluoride uptake, retention, and excretion, is affected by several individual-level factors such as age, sex, body size, diet, and kidney function, resulting in wide variability in the relationship between biomarkers and environmental exposure levels. Concentrations of fluoride measured in urine or serum in individuals in epidemiological studies cannot reliably be interpreted as corresponding to quantitative fluoride exposure levels measured in drinking water or other sources.

244.    In a recent review of the scientific literature on daily urinary fluoride excretion rates as a function of daily fluoride exposure, fluoride concentrations in spot urine samples were found to deviate by several fold across and within individual persons due to variation in urinary flow rate, creatinine excretion rate, urinary fluoride excretion fraction, and the rapid elimination kinetics of fluoride. Therefore, the authors concluded that although fluoride biomarkers can be used to estimate average population exposures, they should not be used to estimate individual person-level exposures. That is, a person's urinary concentration of fluoride cannot be used to accurately predict that person's level of fluoride intake from drinking water or other sources.

245.    Because urinary fluoride levels are poorly correlated with exposure to fluoride from drinking water, and because numerous physiological factors influence urinary

fluoride levels, similar concentrations of urinary fluoride between two populations do not imply that associations with urinary fluoride levels observed in one population are generalizable to another. On the contrary, similar urinary fluoride concentrations can correspond to disparate drinking water fluoride concentrations.

246.     In the Canadian cohort, Till et al. (2018) found that although mean maternal prenatal urinary fluoride concentrations were nearly two times higher among women living in communities with a fluoridated public water supply than those living in unfluoridated communities, community drinking water fluoridation level explained only 22–24% of the variance in maternal urinary fluoride concentration. This finding confirms that no straightforward conversion exists between fluoride concentrations in urine and in drinking water.

247.     The short-term nature of fluoride concentrations in urine and serum is problematic for epidemiological research because measured levels are unstable within individuals. Therefore, urinary and serum fluoride may not reflect past etiologically relevant levels, where the timing of urine sampling on one day or a few days may not coincide with the potential window of susceptibility for neurodevelopmental toxicity. (If such a window exists, it has not been established for humans.)

248.      For instance, several studies have demonstrated substantial diurnal variation in urinary and serum fluoride levels, with lower levels at night than during the day for children, but the opposite pattern for adults. This daily cycle is believed to follow patterns of intake of food and beverages, which are the main source of fluoride exposure in most populations. Thus, fluoride levels in urine and serum can fluctuate considerably within individuals throughout a given day, as well as over longer time periods.

249.     Compared with the highly variable levels that may be measured in spot urine samples, which are collected at convenient, non-fixed times of day, urinary fluoride levels appear to be relatively stable when measured in 24-hour urine specimens, i.e.,

urine collected from an individual over a full 24-hour period, or even multiple-day urine specimens.

250.     The Mexico City birth cohort study collected early-morning, non-fasting, second-void urine samples from mothers, and averaged the measured fluoride concentrations across all three trimesters (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). From children, the Mexico City study collected spot urine samples taken at convenient, unfixed times of the day.

251.     The Canadian birth cohort study collected spot urine samples from mothers, and averaged the measured fluoride concentrations across all three trimesters in most analyses (Green et al. in press, Till et al. in review). Trimester-specific results were presented in a conference abstract (Green et al. 2019).

252.     Because the Mexico City and Canadian birth cohort studies did not measure fluoride levels in 24-hour urine samples, or even first-morning urine samples for which collection time would have been standardized for all subjects, these studies do not account for diurnal variation in urinary fluoride excretion. Thus, these studies are susceptible to exposure measurement error or even bias from spot urine sampling (e.g., if urine collection times tended to be earlier in the day for children with neurodevelopmental problems).

253.      Another limitation of using urinary fluoride to estimate individual exposure to fluoride is that urinary analyte concentrations are heavily dependent on fluid intake and time since last urination, which can vary substantially among individuals. Creatinine, a chemical waste product generated from normal muscle metabolism and to a lesser extent from dietary intake of meat, is eliminated in the urine. Dividing urinary analyte concentration by urinary creatinine concentration is commonly used to adjust for dilution, assuming that daily urinary creatinine excretion is relatively constant.

254.     However, this assumption is incorrect: urinary creatinine excretion is affected by age, sex, race/ethnicity, body size and surface area, diabetes, kidney function, pregnancy, diet, and other factors. Urinary specific gravity, i.e., the ratio of urine density to water density, might be less susceptible to some of these influences than urinary creatinine, but this question is poorly studied. Consequently, discrepancies in these factors between exposure groups of interest, rather than the exposure itself, can be responsible for observed associations between creatinine-adjusted and perhaps specific-gravity-adjusted urinary analyte concentrations and a given health outcome. For instance, an apparent association between higher maternal prenatal creatinine-adjusted urinary fluoride concentration and lower child IQ could be due to an underlying association between lower plasma volume expansion or poorer maternal kidney function and adverse neurodevelopmental outcomes. Thus, these adjustments may not account sufficiently for differences in hydration status, and can even introduce confounding.

255.     Although Green et al. (in press) reported some results in the Canadian birth cohort with adjustment for either urinary creatinine or urinary specific gravity, the remaining studies reported results with adjustment only for urinary creatinine (Bashash et al. 2017 results for maternal fluoride, Bashash et al. 2018, Thomas et al. 2018) or with adjustment only for urinary specific gravity (Bashash et al. 2017 results for child fluoride, Till et al. in review), but not both, precluding an evaluation of whether findings were consistent between the two types of adjustment.

256.     In the Mexico City birth cohort, study-wide average creatinine-adjusted maternal prenatal urinary fluoride levels did not differ substantially from average levels without creatinine adjustment. Study-wide average creatinine-adjusted maternal prenatal urinary fluoride levels also were fairly stable across the first, second, and third trimesters of pregnancy. However, these comparisons apply only to group averages, not individual participants, among whom the intraclass correlation coefficient across pregnancy—a

measure of stability within individuals—was only 0.25, indicating that personal urinary fluoride levels fluctuated considerably across pregnancy.

257.      In the Canadian birth cohort, intraclass correlation coefficients for maternal prenatal urinary fluoride levels across trimesters of pregnancy were modest at only 0.37–0.40, whether or not they were adjusted for creatinine or specific gravity. As opposed to the stable concentrations across trimesters in the Mexico City cohort, average maternal prenatal urinary fluoride levels in the Canadian cohort increased linearly throughout pregnancy, regardless of adjustment. Additionally, unadjusted maternal prenatal urinary fluoride values were only moderately correlated with values adjusted for creatinine or specific gravity, indicating that dilution adjustment made an appreciable difference in results.

258.      Thus, the ideal method, if any, to account for dilution when measuring urinary fluoride remains unclear, as do patterns of change in maternal urinary fluoride levels during pregnancy (as these patterns different between the Mexico City and Canadian cohorts) and how best to account for them when analyzing associations with neurodevelopmental outcomes.

**C. High Potential for Selection Bias**

259.      As discussed earlier in this declaration, in studies with relatively high participation rates, the potential magnitude of selection bias is limited. By contrast, in studies with relatively low participation rates, selection bias can have a substantial influence on observed exposure-outcome associations if the reasons for study non-participation or incomplete participation are related to the exposure and outcome of interest.

260.      The authors of the Mexico City birth cohort study did not report participation rates in the overall study out of all eligible pregnant women recruited; however, only 214 to 401 (21–40%) of 997 participating mother-child pairs had sufficient data to be

included in the analyses of fluoride exposure and neurodevelopmental outcomes (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). The low frequency of data completeness raises concerns about selection bias due to missing data. Any differences in neurodevelopmental outcomes and unmeasured covariates between these groups were unknown.

261.     Initial participation of pregnant women in the Canadian birth cohort study was low--only 39%--and participation of children in the developmental assessment at ages 3–4 years was not reported by the authors. Of the participating children with IQ data, 85% had complete maternal prenatal urine samples and covariate data (including 61% who also had drinking water data), 67% had information on estimated fluoride intake from beverages (Green et al. in press), and 67% had information on estimated fluoride intake from infant formula (Till et al. in review).

262.     The sizeable proportions of non-participation and/or missing data in the Mexico City and Canadian birth cohorts translate to a consequential risk of selection bias. Although the magnitude and direction of selection bias cannot be estimated with certainty due to the lack of information on non-participants, this issue represents another important area of uncertainty in the interpretation of results from these studies.

**XI.     Epidemiologically Unsupported Conclusions by Plaintiffs' Expert Dr. Thiessen**

263.     Plaintiffs' expert Kathleen Thiessen states opinions regarding susceptible subpopulations, but she does not identify sufficient epidemiological support for those opinions.

264.     In particular, Dr. Thiessen does not identify any epidemiological studies of humans to support her opinion that the elderly, those with kidney disease, populations with nutritional deficiencies, populations with greater water intake, or racial/ethnic minorities are more susceptible to neurodevelopmental health risks from fluoride

exposure. To my knowledge, no published epidemiological studies have tested these hypotheses.

265.     Dr. Thiessen cites two epidemiological studies conducted in China that evaluated whether associations between fluoride exposure and neurodevelopmental outcomes varied by genotype, yet these two studies found conflicting results, with an apparent gene-environment interaction in one study, but not the other. A third study not cited by Dr. Thiessen evaluated a different genetic variant than the other two studies, and hence does not provide a basis for assessing consistency of results across study populations.

266.     In general, studies of gene-environment interactions are known to be highly prone to false-positive results, largely due to multiple hypothesis testing and publication bias. Replication of such findings across multiple study populations is essential before reaching a conclusion that an observed association is real. Therefore, the available epidemiological evidence base is insufficient to support Dr. Thiessen's conclusion that genetic susceptibility modifies the potential association between fluoride exposure and neurodevelopmental outcomes.

267.     Dr. Thiessen cites three epidemiological studies of prenatal fluoride exposure and neurodevelopmental outcomes to support her opinion that susceptibility is greater for individuals exposed *in utero* than those exposed after birth. However, two of these studies did not compare associations of neurodevelopmental outcomes with prenatal vs. postnatal fluoride exposure, precluding a test of this hypothesis. The third cited study was unable to distinguish reliably between prenatal and postnatal exposure, but its findings suggested a stronger association postnatal exposure, based on residential address. Thus, the available epidemiological studies do not support Dr. Thiessen's opinion that prenatal vs. postnatal exposure to fluoride results in increased susceptibility to potential neurodevelopmental effects.

**XII.    References**

268.    A bibliography of the scientific authorities on which I relied in my expert report and in this declaration is attached as Exhibit D (also submitted as U.S. Exhibit 505.0148-.0162).

269.    Based on the word count feature of Microsoft Word, this declaration consists of no more than 18,493 words, excluding bibliography, tables, charts, figures, and other graphics.


I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 20th Day of May, 2020

*Ellen T. Chang*

ELLEN T. CHANG

1
2
3
4
5
6
7
8
9
10
11
12
13
14 **TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.**

15 **EXHIBIT A:**

16 *CURRICULUM VITAE* **OF ELLEN T. CHANG, SC.D.**

17
18
19
20
21
22
23
24
25
26
27
28



## Ellen Chang, Sc.D.

Principal Scientist | Health Sciences
149 Commonwealth Drive | Menlo Park, CA 94025
(650) 688-6734 tel | echang@exponent.com

## Professional Profile

Dr. Chang has two decades of experience in designing, conducting, and interpreting epidemiologic studies, with a particular focus on studies of cancer and other chronic diseases. She provides scientific consultation on the potential human health effects of various chemicals (such as dioxins, chlorinated solvents, pesticides, polychlorinated biphenyls [PCBs], and perfluoroalkyl and polyfluoroalkyl substances [PFAS]), air pollutants, metals and metalloids, fibers, pharmaceuticals, medical devices, electromagnetic fields, and nutrients. She has expertise in qualitatively and quantitatively synthesizing the weight of epidemiologic evidence on causal effects of environmental exposures.

Dr. Chang's recent projects include evaluations of the epidemiologic evidence on PFAS, including perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS) in association with cancer, immune outcomes, and other health conditions; diesel engine exhaust in association with lung cancer mortality; glyphosate, TCDD, trichloroethylene, and perchloroethylene in association with non-Hodgkin lymphoma and other cancers; benzene in association with leukemia; talc in association with mesothelioma; fine particulate matter, ozone, and oxides of nitrogen in association with all-cause and cause-specific mortality; and organophosphate insecticides in association with birth and developmental outcomes. Dr. Chang also frequently conducts and coordinates analyses of cancer incidence, mortality, and survival in population-based cancer registries, and investigates potential cancer clusters in communities, schools, and workplaces.

Dr. Chang has led original research studies of cancers of the head and neck, nasopharynx, stomach, liver, lung and bronchus, skin, breast, uterus, ovary, prostate, thyroid, and lymphatic system. These studies focused on a wide range of exposures including genetic variation, physical activity, body size, diet and nutrition, alcohol consumption, tobacco smoking, ultraviolet radiation, immunologic biomarkers, microbial infections, use of nonsteroidal anti-inflammatory drugs and other medications, use of hormone therapy and oral contraceptives, reproductive factors, medical history, family structure, and demographic characteristics. In addition, Dr. Chang has conducted cancer surveillance research at one of the U.S. National Cancer Institute's Surveillance, Epidemiology, and End Results (SEER) registries, and contributed to community-based research on hepatitis B and liver cancer awareness, detection, prevention, and medical management at the Asian Liver Center at Stanford University.

Dr. Chang earned her undergraduate degree in English and American literature and language from Harvard College. She earned her Sc.D. (Doctor of Science) in epidemiology with a minor in biostatistics from the Harvard School of Public Health, and she completed a post-doctoral fellowship at the Karolinska Institute. She is a member of the Stanford Cancer Institute and a former Consulting Assistant Professor in the Division of Epidemiology, Department of Health Research and Policy at the Stanford University School of Medicine. Dr. Chang has published more than 180 peer-reviewed research articles and reviews, and 12 book chapters.

U.S. EXHIBIT 505.0164

## Academic Credentials & Professional Honors

Sc.D., Epidemiology, Harvard University, 2003

A.B., English and American Literature and Language, Harvard University, 1998

National Cancer Institute Minority Investigators Workshop on Behavioral Methodologies Fellowship

New York Academy of Sciences (NYAS) Science Alliance Program Membership

National Institutes of Health Ruth L. Kirschstein National Research Service Award

American Association for the Advancement of Science (AAAS)/Science Program for Excellence in Science Membership

Harvard University Sheldon Traveling Fellowship

Harvard School of Public Health Department of Epidemiology Seiden Scholarship

Harvard University Pforzheimer Public Service Fellowship

National Cancer Institute/Harvard School of Public Health Cancer Epidemiology Pre-Doctoral Training Program Fellowship

## Academic Appointments

Visiting Professor, Sun Yat-sen University Cancer Center, 2019-2022

Member, Stanford Cancer Institute, 2005-present

## Prior Experience

Consulting Assistant Professor, Division of Epidemiology, Department of Health Research and Policy, Stanford University School of Medicine, 2005-2017

Research Scientist, Cancer Prevention Institute of California, 2005-2012

Consulting Assistant Investigator, Department of Health Policy Research, Palo Alto Medical Foundation Research Institute, 2008-2012

Chief Epidemiologist, Asian Liver Center at Stanford University, 2006-2011

Post-Doctoral Fellow, Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, 2003-2005

## Professional Affiliations

American College of Epidemiology (Fellow)

Society for Epidemiologic Research

Ellen Chang, Sc.D.
07/19   |   Page 2

## Languages

Mandarin

French

## Publications

Xu M, Yao Y, Chen H, Zhang S, Cao SM, Zhang Z, Luo B, Liu Z, Li Z, Xiang T, He G, Feng QS, Chen LZ, Guo X, Jia WH, Chen MY, Zhang X, Xie SH, Peng R, Chang ET, Pedergnana V, Feng L, Bei JX, Xu RH, Zeng MS, Ye W, Adami HO, Lin X, Zhai W, Zeng YX, Liu J. Genome sequencing analysis identifies Epstein-Barr virus subtypes associated with high risk of nasopharyngeal carcinoma. Nature Genetics 2019; 51(7): 1131-1136.

Barrett D, Ploner A, Chang ET, Liu Z, Zhang CX, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Past and recent salted fish and preserved food intakes are weakly associated with nasopharyngeal carcinoma risk in adults in southern China. Journal of Nutrition 2019 May 25 [Epub ahead of print].

Tsuji JS, Chang ET, Gentry PR, Clewell HJ, Boffetta P, Cohen SM. Dose-response for assessing the cancer risk of inorganic arsenic in drinking water: the scientific basis for use of a threshold approach. Critical Reviews in Toxicology 2019 Apr 1:1-49 [Epub ahead of print].

Leonhard MJ, Chang ET, Loccisano AE, Garry MR. A systematic literature review of epidemiologic studies of developmental manganese exposure and neurodevelopmental outcomes. Toxicology 2019; 420: 46-65.

Feng R, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Zhang Y, Yun J, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Ye W. Body mass index, body shape, and risk of nasopharyngeal carcinoma: A population-based case-control study in southern China. Cancer Medicine 2019 Feb 21 [Epub ahead of print].

Feng RM, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang Q-H, Xie SH, Cao SM, Zhang Y, Yun J, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Adami HO, Ye W. Reproductive history and risk of nasopharyngeal carcinoma: A population-based case–control study in southern China. Oral Oncology 2019; 88: 102-108.

Williams AL, Bates CA, Pace ND, Leonhard MJ, Chang ET, DeSesso JM. Impact of chloroform exposures on reproductive and developmental outcomes: A systematic review of the scientific literature. Birth Defects Research 2018; 110(17): 1267-1313.

Yeo YH, Le MH, Chang ET, Henry L, Nguyen MH. The prevalence of undetectable vaccine-induced immunity against hepatitis B virus in US adults at high risk for infection. Hepatology 2019; 69(4): 1385-1397.

Trinh S, Le AK, Chang ET, Hoang J, Jeong D, Chung M, Lee MH, Wang U, Henry L, Cheung R, Nguyen MH. Changes in renal function in patients with chronic HBV infection treated with tenofovir disoproxil fumarate vs entecavir. Clinical Gastroenterology and Hepatology 2019; 17(5): 948-956.

U.S. EXHIBIT 505.0166

Ji MF, Liu Z, Chang ET, Yu X, Wu BH, Deng L, Feng QJ, Wei KR, Liang XJ, Lian SF, Quan W, Wang PP, Du Y, Liang ZH, Xia SL, Lin H, Li FG, Cheng WM, Chen WQ, Yuan Y, Ye W. Mass screening for liver cancer: results from a demonstration screening project in Zhongshan City, China. Scientific Reports 2018; 8(1): 12787.

Kurtz SM, Lau EC, Son MS, Chang ET, Zimmerli W, Parvizi J. Are we winning or losing the battle with periprosthetic joint infection: trends in PJI and mortality risk for the Medicare population. Journal of Arthoplasty 2018; 33(10): 3238-3245.

Xiao X, Zhang Z, Chang ET, Liu Z, Liu Q, Cai Y, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Adami HO, Ye W. Medical history, medication use, and risk of nasopharyngeal carcinoma. American Journal of Epidemiology 2018; 187(6): 1210-1219.

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Reanalysis of diesel engine exhaust and lung cancer mortality in the Diesel Exhaust in Miners Study (DEMS) cohort using alternative exposure estimates and radon adjustment. American Journal of Epidemiology 2018; 187(6): 1210-1219.

Moolgavkar SH, Chang ET, Watson HN, Lau EC. An assessment of the Cox proportional hazards regression model for epidemiologic studies. Risk Analysis 2018; 38(4): 777-794.

Fordyce TA, Leonhard MJ, Chang ET. A critical review of developmental exposure to particulate matter, autism spectrum disorder, and attention deficit hyperactivity disorder. Journal of Environmental Science and Health, Part A 2018; 53(2): 174-204.

Ye W, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Liang L, Ernberg I, Vaughan TL, Huang G, Zeng Y, Zeng YX, Adami HO. Development of a population-based cancer case-control study in southern China. Oncotarget 2017; 8(50): 87073-87085.

Chen V, Le A, Podlaha O, Estevez J, Li B, Vutien P, Chang E, Rosenberg-Hasson Y, Pflanz S, Jiang Z, Ge D, Gaggar A, Nguyen M. Soluble intercellular adhesion molecule-1 is associated with hepatocellular carcinoma risk: multiplex analysis of serum markers. Scientific Reports 2017; 7(1): 11169.

Estevez J, Chen V, Podlaha O, Li B, Le A, Vutien P, Chang E, Rosenberg-Hasson Y, Jiang Z, Pflanz S, Ge D, Gaggar A, Nguyen M. Differential serum cytokine profiles in patients with chronic hepatitis B, C, and hepatocellular carcinoma. Scientific Reports 2017; 7(1): 11867.

Chang ET, Lau E, Mowat FS, Teta MJ. Therapeutic radiation for lymphoma and risk of secondary primary malignant mesothelioma. Cancer Causes Control 2017; 28(9): 971-979.

Chang ET, Liu Z, Hildesheim A, Liu Q, Cai Y, Zhang Z, Chen G, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Active and passive smoking and risk of nasopharyngeal carcinoma: a population-based case-control study in southern China. American Journal of Epidemiology 2017; 185(12): 1272-1280.

Mezei G, Chang ET, Mowat FS, Moolgavkar SH. Epidemiology of mesothelioma of the pericardium and tunica vaginalis testis. Annals of Epidemiology 2017; 27(5): 348-359 e311.

Liu Z, Chang ET, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Liang L, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Quantification of familial risk of nasopharyngeal carcinoma in a high-incidence area. Cancer 2017; 123(14): 2716-2725.

Ellen Chang, Sc.D.
07/19 | Page 4

Glimelius I, Eloranta S, Ekberg S, Chang ET, Neovius M, Smedby KE. Increased healthcare use up to 10 years among relapse-free Hodgkin lymphoma survivors in the era of intensified chemotherapy and limited radiotherapy. American Journal of Hematology 2017; 92(3): 251-258.

Hummel D, Topp MS, Chang ET, Chia VM, Kelsh MA, Doernland ML, Alekar S, Stein AS. Adverse events in adults with relapsed or refractory acute lymphoblastic leukemia (ALL): a literature review of recent clinical trials. Journal of Leukemia 2016; 4(1): 208.

Cui Q, Feng FT, Xu M, Liu WS, Yao YY, Xie SH, Li XZ, Ye ZL, Feng QS, Chen LZ, Bei JX, Feng L, Huang QH, Jia WH, Cao SM, Chang ET, Ye W, Adami HO, Zeng YX. Nasopharyngeal carcinoma risk prediction via salivary detection of host and Epstein-Barr virus genetic variants. Oncotarget 2016; 8(56): 95066-95074.

Payne JL, Bush AM, Chang ET, Heim NA, Knope ML, Pruss SB. Extinction intensity, selectivity and their combined macroevolutionary influence in the fossil record. Biol Letters 2016; 12(10): pii: 20160202.

Liu Z, Chang ET, Liu Q, Cai Y, Zhang Z, Chen G, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Oral hygiene and risk of nasopharyngeal carcinoma - a population-based case-control study in China. Cancer Epidemiology, Biomarkers & Prevention 2016; 25(8): 1201-1207.

Wang HY, Chang YL, To KF, Hwang JS, Mai HQ, Feng YF, Chang ET, Wang CP, Kam MK, Cheah SL, Lee M, Gao L, Zhang HZ, He JH, Jiang H, Ma PQ, Zhu XD, Zeng L, Chen CY, Chen G, Huang MY, Fu S, Shao Q, Han AJ, Li HG, Shao CK, Huang PY, Qian CN, Lu TX, Li JT, Ye W, Ernberg I, Ng HK, Wee JT, Zeng YX, Adami HO, Chan AT, Shao JY. A new prognostic histopathologic classification of nasopharyngeal carcinoma. Chinese Journal of Cancer 2016; 35(1): 41.

Breckenridge CB, Berry C, Chang ET, Sielken RL, Mandel JS. Association between Parkinson's disease and cigarette smoking, rural living, well-water consumption, farming and pesticide use: systematic review and meta-analysis. PLoS ONE 2016; 11(4): e0151841.

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. Journal of Environmental Science and Health, Part B 2016; 51(6): 402-434.

Berndt SI, Camp NJ, Skibola CF, Vijai J, Wang Z, Gu J, Nieters A, Kelly RS, Smedby KE, Monnereau A, Cozen W, Cox A, Wang SS, Lan Q, Teras LR, Machado M, Yeager M, Brooks-Wilson AR, Hartge P, Purdue MP, Birmann BM, Vajdic CM, Cocco P, Zhang Y, Giles GG, Zeleniuch-Jacquotte A, Lawrence C, Montalvan R, Burdett L, Hutchinson A, Ye Y, Call TG, Shanafelt TD, Novak AJ, Kay NE, Liebow M, Cunningham JM, Allmer C, Hjalgrim H, Adami HO, Melbye M, Glimelius B, Chang ET, Glenn M, Curtin K, Cannon-Albright LA, Diver WR, Link BK, Weiner GJ, Conde L, Bracci PM, Riby J, Arnett DK, Zhi D, Leach JM, Holly EA, Jackson RD, Tinker LF, Benavente Y, Sala N, Casabonne D, Becker N, Boffetta P, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Chaffee KG, Achenbach SJ, Vachon CM, Goldin LR, Strom SS, Leis JF, Weinberg JB, Caporaso NE, Norman AD, De Roos AJ, Morton LM, Severson RK, Riboli E, Vineis P, Kaaks R, Masala G, Weiderpass E, Chirlaque MD, Vermeulen RC, Travis RC, Southey MC, Milne RL, Albanes D, Virtamo J, Weinstein S, Clavel J, Zheng T, Holford TR, Villano DJ, Maria A, Spinelli JJ, Gascoyne RD, Connors JM, Bertrand KA, Giovannucci E, Kraft P, Kricker A, Turner J, Ennas MG, Ferri GM, Miligi L, Liang L, Ma B, Huang J, Crouch S, Park JH, Chatterjee N, North KE, Snowden JA, Wright J, Fraumeni JF, Offit K, Wu X, de Sanjose S, Cerhan JR, Chanock SJ, Rothman N, Slager SL. Meta-analysis of genome-wide association studies discovers multiple loci for chronic lymphocytic leukemia. Nature Communications 2016; 7: 10933.

Chang ET, Adami HO, Boffetta P, Wedner HJ, Mandel JS. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans. Critical Reviews in Toxicology 2016; 46(4): 279-331.

Ellen Chang, Sc.D.
07/19   |   Page 5

U.S. EXHIBIT 505.0168

Clément-Duchêne C, Stock S, Xu X, Chang ET, Gomez SL, West DW, Wakelee HA, Gould MK. Survival among never-smokers with lung cancer in the Cancer Care Outcomes Research and Surveillance (CanCORS) study. Annals of the American Thoracic Society 2016; 13(1): 58-66.

Liu Z, Fang F, Chang ET, Adami HO, Ye W. Sibship size, birth order and risk of nasopharyngeal carcinoma and infectious mononucleosis: a nation-wide study in Sweden. International Journal of Epidemiology 2016; 45(3): 825-834.

Sampson JN, Wheeler WA, Yeager M, Panagiotou O, Wang Z, Berndt SI, Lan Q, Abnet CC, Amundadottir LT, Figueroa JD, Landi MT, Mirabello L, Savage SA, Taylor PR, Vivo ID, McGlynn KA, Purdue MP, Rajaraman P, Adami HO, Ahlbom A, Albanes D, Amary MF, An SJ, Andersson U, Andriole G Jr, Andrulis IL, Angelucci E, Ansell SM, Arici C, Armstrong BK, Arslan AA, Austin MA, Baris D, Barkauskas DA, Bassig BA, Becker N, Benavente Y, Benhamou S, Berg C, Van Den Berg D, Bernstein L, Bertrand KA, Birmann BM, Black A, Boeing H, Boffetta P, Boutron-Ruault MC, Bracci PM, Brinton L, Brooks-Wilson AR, Bueno-de-Mesquita HB, Burdett L, Buring J, Butler MA, Cai Q, Cancel-Tassin G, Canzian F, Carrato A, Carreon T, Carta A, Chan JK, Chang ET, Chang GC, Chang IS, Chang J, Chang-Claude J, Chen CJ, Chen CY, Chen C, Chen CH, Chen C, Chen H, Chen K, Chen KY, Chen KC, Chen Y, Chen YH, Chen YS, Chen YM, Chien LH, Chirlaque MD, Choi JE, Choi YY, Chow WH, Chung CC, Clavel J, Clavel-Chapelon F, Cocco P, Colt JS, Comperat E, Conde L, Connors JM, Conti D, Cortessis VK, Cotterchio M, Cozen W, Crouch S, Crous-Bou M, Cussenot O, Davis FG, Ding T, Diver WR, Dorronsoro M, Dossus L, Duell EJ, Ennas MG, Erickson RL, Feychting M, Flanagan AM, Foretova L, Fraumeni JF Jr, Freedman ND, Beane Freeman LE, Fuchs C, Gago-Dominguez M, Gallinger S, Gao YT, Gapstur SM, Garcia-Closas M, García-Closas R, Gascoyne RD, Gastier-Foster J, Gaudet MM, Gaziano JM, Giffen C, Giles GG, Giovannucci E, Glimelius B, Goggins M, Gokgoz N, Goldstein AM, Gorlick R, Gross M, Grubb R 3rd, Gu J, Guan P, Gunter M, Guo H, Habermann TM, Haiman CA, Halai D, Hallmans G, Hassan M, Hattinger C, He Q, He X, Helzlsouer K, Henderson B, Henriksson R, Hjalgrim H, Hoffman-Bolton J, Hohensee C, Holford TR, Holly EA, Hong YC, Hoover RN, Horn-Ross PL, Hosain GM, Hosgood HD 3rd, Hsiao CF, Hu N, Hu W, Hu Z, Huang MS, Huerta JM, Hung JY, Hutchinson A, Inskip PD, Jackson RD, Jacobs EJ, Jenab M, Jeon HS, Ji BT, Jin G, Jin L, Johansen C, Johnson A, Jung YJ, Kaaks R, Kamineni A, Kane E, Kang CH, Karagas MR, Kelly RS, Khaw KT, Kim C, Kim HN, Kim JH, Kim JS, Kim YH, Kim YT, Kim YC, Kitahara CM, Klein AP, Klein RJ, Kogevinas M, Kohno T, Kolonel LN, Kooperberg C, Kricker A, Krogh V, Kunitoh H, Kurtz RC, Kweon SS, LaCroix A, Lawrence C, Lecanda F, Lee VH, Li D, Li H, Li J, Li YJ, Li Y, Liao LM, Liebow M, Lightfoot T, Lim WY, Lin CC, Lin D, Lindstrom S, Linet MS, Link BK, Liu C, Liu J, Liu L, Ljungberg B, Lloreta J, Lollo SD, Lu D, Lund E, Malats N, Mannisto S, Marchand LL, Marina N, Masala G, Mastrangelo G, Matsuo K, Maynadie M, McKay J, McKean-Cowdin R, Melbye M, Melin BS, Michaud DS, Mitsudomi T, Monnereau A, Montalvan R, Moore LE, Mortensen LM, Nieters A, North KE, Novak AJ, Oberg AL, Offit K, Oh IJ, Olson SH, Palli D, Pao W, Park IK, Park JY, Park KH, Patiño-Garcia A, Pavanello S, Peeters PH, Perng RP, Peters U, Petersen GM, Picci P, Pike MC, Porru S, Prescott J, Prokunina-Olsson L, Qian B, Qiao YL, Rais M, Riboli E, Riby J, Risch HA, Rizzato C, Rodabough R, Roman E, Roupret M, Ruder AM, Sanjose Sd, Scelo G, Schned A, Schumacher F, Schwartz K, Schwenn M, Scotlandi K, Seow A, Serra C, Serra M, Sesso HD, Setiawan VW, Severi G, Severson RK, Shanafelt TD, Shen H, Shen W, Shin MH, Shiraishi K, Shu XO, Siddiq A, Sierrasesúmaga L, Sihoe AD, Skibola CF, Smith A, Smith MT, Southey MC, Spinelli JJ, Staines A, Stampfer M, Stern MC, Stevens VL, Stolzenberg-Solomon RS, Su J, Su WC, Sund M, Sung JS, Sung SW, Tan W, Tang W, Tardón A, Thomas D, Thompson CA, Tinker LF, Tirabosco R, Tjønneland A, Travis RC, Trichopoulos D, Tsai FY, Tsai YH, Tucker M, Turner J, Vajdic CM, Vermeulen RC, Villano DJ, Vineis P, Virtamo J, Visvanathan K, Wactawski-Wende J, Wang C, Wang CL, Wang JC, Wang J, Wei F, Weiderpass E, Weiner GJ, Weinstein S, Wentzensen N, White E, Witzig TE, Wolpin BM, Wong MP, Wu C, Wu G, Wu J, Wu T, Wu W, Wu X, Wu YL, Wunder JS, Xiang YB, Xu J, Xu P, Yang PC, Yang TY, Ye Y, Yin Z, Yokota J, Yoon HI, Yu CJ, Yu H, Yu K, Yuan JM, Zelenetz A, Zeleniuch-Jacquotte A, Zhang XC, Zhang Y, Zhao X, Zhao Z, Zheng H, Zheng T, Zheng W, Zhou B, Zhu M, Zucca M, Boca SM, Cerhan JR, Ferri GM, Hartge P, Hsiung CA, Magnani C, Miligi L, Morton LM, Smedby KE, Teras LR, Vijai J, Wang SS, Brennan P, Caporaso NE, Hunter DJ, Kraft P, Rothman N, Silverman DT, Slager SL, Chanock SJ, Chatterjee N. Analysis of heritability and shared heritability based on genome-wide association studies for thirteen cancer types. Journal of the National Cancer Institute 2015; 107(12): pii: djv279.

Ellen Chang, Sc.D.
07/19   |   Page 6

Tsuji JS, Garry MR, Perez V, Chang ET. Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. Toxicology 2015; 337: 91-107.

Glimelius I, Ekberg S, Jerkeman M, Chang ET, Björkholm M, Andersson TM, Smedby KE, Eloranta S. Long-term survival in young and middle-aged Hodgkin lymphoma patients in Sweden 1992-2009-trends in cure proportions by clinical characteristics. American Journal of Hematology 2015; 90(12): 1128-1134.

Hollander P, Rostgaard K, Smedby KE, Chang ET, Amini RM, de Nully Brown P, Glimelius B, Adami HO, Melbye M, Glimelius I, Hjalgrim H. Autoimmune and atopic disorders and risk of classical Hodgkin lymphoma. American Journal of Epidemiology 2015; 182(7): 624-632.

Glaser SL, Clarke CA, Keegan TH, Chang ET, Weisenburger DD. Time trends in rates of Hodgkin lymphoma histologic subtypes: true incidence changes or evolving diagnostic practice? Cancer Epidemiology, Biomarkers & Prevention 2015; 24(10): 1474-1488.

Epstein M, Chang ET, Zhang Y, Fung TT, Batista JL, Ambinder RF, Zheng T, Mueller NE, Birmann BM. Dietary pattern and risk of Hodgkin lymphoma in a population-based case-control study. American Journal of Epidemiology 2015; 182(5): 405-416.

Reiss R, Chang ET, Richardson RJ, Goodman M. A review of epidemiologic studies of low-level exposures to organophosphorus insecticides in non-occupational populations. Critical Reviews in Toxicology 2015; 45(7): 531-651.

Chao SD, Wang BM, Chang ET, Ma L, So SK. Medical training fails to prepare providers to care for patients with chronic hepatitis B infection. World Journal of Gastroenterology 2015; 21(22): 6914-6923.

Liu Z, Fang F, Chang ET, Ye W. Cancer risk in the relatives of patients with nasopharyngeal carcinoma — a register-based cohort study in Sweden. British Journal of Cancer 2015; 112(11): 1827-1831.

Glaser SL, Chang ET, Clarke CA, Keegan TH, Yang J, Gomez SL. Hodgkin lymphoma incidence in ethnic enclaves in California. Leukemia & Lymphoma 2015; 56(12): 3470-3280.

Glimelius I, Ekberg S, Linderoth J, Jerkeman M, Chang ET, Neovius M, Smedby KE. Sick leave and disability pension in Hodgkin lymphoma survivors by stage, treatment, and follow-up time-a population-based comparative study. Journal of Cancer Survivorship 2015; 9(4): 599-609.

Chang ET, Boffetta P, Adami HO, Mandel JS. A critical review of the epidemiology of Agent Orange or 2,3,7,8-tetrachlorodibenzo-p-dioxin and lymphoid malignancies. Annals of Epidemiology 2015; 25(4): 275-292.

Goodman M, Narayan KM, Flanders D, Chang ET, Adami HO, Boffetta P, Mandel JS. Dose-response relationship between serum 2,3,7,8-tetrachlorodibenzo-p-dioxin and diabetes mellitus: a meta-analysis. American Journal of Epidemiology 2015; 181(6): 374-384.

Moolgavkar SH, Chang ET, Luebeck G, Lau EC, Watson HN, Crump K, Boffetta P, McClellan R. Diesel engine exhaust and lung cancer mortality - time-related factors in exposure and risk. Risk Analysis 2015; 35(4): 663-675.

Perez V, Chang ET. Sodium-to-potassium ratio and blood pressure, hypertension, and related factors. Advances in Nutrition 2014; 5(6): 712–741.

Ellen Chang, Sc.D.
07/19 | Page 7

Wang SS, Flowers CR, Kadin M, Chang ET, Hughes AM, Ansell SM, Feldman AL, Lightfoot T, Boffetta P, Melbye M, Lan Q, Sampson JN, Morton LM, Zhang Y, Weisenburger DD. Medical history, lifestyle, family history, and occupational risk factors for peripheral T-cell lymphomas (PTCL): The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 66-75.

Aschebrook-Kilfoy B, Cocco P, La Vecchia C, Chang ET, Vajdic CM, Kadin ME, Spinelli JJ, Morton LM, Kane EV, Sampson JN, Kasten C, Feldman AL, Wang SS, Zhang Y. Medical history, lifestyle, family history, and occupational risk factors for mycosis fungoides and Sézary syndrome: The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 98-105.

Mbulaiteye SM, Morton LM, Sampson JN, Chang ET, Costas L, de Sanjosé S, Lightfoot T, Kelly J, Friedberg JW, Cozen W, Marcos-Gragera R, Slager SL, Birmann BM, Weisenburger DD. Medical history, lifestyle, family history, and occupational risk factors for sporadic Burkitt lymphoma: The InterLymph Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 106-114.

Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF, Bracci PM, de Sanjosé S, Smedby KE, Chiu BC, Zhang Y, Mbulaiteye SM, Monnereau A, Turner JJ, Clavel J, Adami HO, Chang ET, Glimelius B, Hjalgrim H, Melbye M, Crosignani P, di Lollo S, Miligi L, Nanni O, Ramazzotti V, Rodella S, Costantini AS, Stagnaro E, Tumino R, Vindigni C, Vineis P, Becker N, Benavente Y, Boffetta P, Brennan P, Cocco P, Foretova L, Maynadié M, Nieters A, Staines A, Colt JS, Cozen W, Davis S, de Roos AJ, Hartge P, Rothman N, Severson RK, Holly EA, Call TG, Feldman AL, Habermann TM, Liebow M, Blair A, Cantor KP, Kane EV, Lightfoot T, Roman E, Smith A, Brooks-Wilson A, Connors JM, Gascoyne RD, Spinelli JJ, Armstrong BK, Kricker A, Holford TR, Lan Q, Zheng T, Orsi L, Dal Maso L, Franceschi S, La Vecchia C, Negri E, Serraino D, Bernstein L, Levine A, Friedberg JW, Kelly JL, Berndt SI, Birmann BM, Clarke CA, Flowers CR, Foran JM, Kadin ME, Paltiel O, Weisenburger DD, Linet MS, Sampson J. Etiologic heterogeneity among NHL subtypes: The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 130-144.

Chang ET, Boffetta P, Adami HO, Cole P, Mandel JS. A critical review of the epidemiology of Agent Orange/TCDD and prostate cancer. European Journal of Epidemiology 2014; 29(10): 667-723.

Moolgavkar SH, Anderson EL, Chang ET, Lau EC, Turnham P, Hoel DG. A review and critique of U.S. EPA's risk assessments for asbestos. Critical Reviews in Toxicology 2014; 44(6): 499-522.

Chang ET, Adami HO, Boffetta P, Cole P, Starr TB, Mandel JS. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and cancer risk in humans. Critical Reviews in Toxicology 2014; 44 Suppl 1: 1-81.

Chang ET, Adami HO, Bailey WH, Boffetta P, Krieger RH, Moolgavkar SH, Mandel JS. Validity of geographically modeled environmental exposure estimates. Critical Reviews in Toxicology 2014; 44(5): 450-466.

Glaser SL, Clarke CA, Chang ET, Yang J, Gomez SL, Keegan TH. Hodgkin lymphoma incidence in California Hispanics: Influence of nativity and tumor Epstein-Barr virus. Cancer Causes & Control 2014; 25(6): 709-725.

Ai WZ, Keegan TH, Press DJ, Pincus L, Kim YH, Chang ET. Outcomes after diagnosis of mycosis fungoides before 30 years of age: a population-based study. JAMA Dermatology 2014; 150(7): 709-715.

Park Y, Wang S, Kitahara CM, Moore SC, Berrington de Gonzalez A, Bernstein L, Chang ET, Flint AJ, Freedman DM, Gaziano JM, Hoover RN, Linet MS, Purdue M, Robien K, Schairer C, Sesso HD, White E, Willcox BJ, Thun MJ, Hartge P, Willett WC. Body mass index and risk of death in Asian Americans. American Journal of Public Health 2014; 104(3): 520-525.

Ellen Chang, Sc.D.
07/19 | Page 8

Moolgavkar SH, Chang ET, Watson H, Lau EC. Cancer mortality and quantitative oil production in the Amazon region of Ecuador, 1990-2010. Cancer Causes & Control 2014; 25(1): 59-72.

McAllister SC, Shedd D, Mueller NE, Chang ET, Miller G, Bhaduri-McIntosh S. Serum IgA to Epstein-Barr virus Early Antigen-Diffuse identifies Hodgkin's lymphoma. Journal of Medical Virology 2014; 86(9): 1621-1628.

Alexander DD, Weed DL, Chang ET, Miller PE, Mohamed MA, Elkayam L. A systematic review of multivitamin-multimineral use and cardiovascular disease and cancer incidence and total mortality. Journal of the American College of Nutrition 2013; 32(5): 339-354.

Monnereau A, Glaser SL, Schupp CW, Ekström Smedby K, de Sanjosé S, Kane E, Melbye M, Forétva L, Maynadié M, Staines A, Becker N, Nieters A, Brennan P, Boffetta P, Cocco P, Glimelius I, Clavel J, Hjalgrim H, Chang ET. Exposure to ultraviolet radiation and risk of Hodgkin lymphoma: A pooled analysis. Blood 2013; 122(20):3492-3499.

Patel MI, Schupp CW, Gomez SL, Chang ET, Wakelee HA. How do social factors explain outcomes in non-small cell lung cancer among Hispanics in California? Journal of Clinical Oncology 2013; 31(28): 3572-3578.

Kamper-Jørgensen M, Rostgaard K, Glaser SL, Zahm SH, Cozen W, Smedby KE, Sanjose S, Chang ET, Zheng T, La Vecchia C, Serraino D, Monnereau A, Kane EV, Miligi L, Vineis P, Spinelli JJ, McLaughlin JR, Pahwa P, Dosman JA, Vornanen M, Foretova L, Maynadie M, Staines A, Becker N, Nieters A, Brennan P, Boffetta P, Cocco P, Hjalgrim H. Cigarette smoking and risk of Hodgkin lymphoma and its subtypes - a pooled analysis from the International Lymphoma Epidemiology Consortium. Annals of Oncology 2013; 24(9): 2245-2255.

Berndt SI, Skibola CF, Joseph V, Camp NJ, Nieters A, Wang Z, Cozen W, Monnereau A, Wang SS, Kelly RS, Lan Q, Teras LR, Chatterjee N, Chung CC, Yeager M, Brooks-Wilson AR, Hartge P, Purdue MP, Birmann BM, Armstrong BK, Cocco P, Zhang Y, Severi G, Zeleniuch-Jacquotte A, Lawrence C, Burdette L, Yuenger J, Hutchinson A, Jacobs KB, Call TG, Shanafelt TD, Novak AJ, Kay NE, Liebow M, Wang AH, Smedby KE, Adami HO, Melbye M, Glimelius B, Chang ET, Glenn M, Curtin K, Cannon-Albright LA, Jones B, Diver WR, Link BK, Weiner GJ, Conde L, Bracci PM, Riby J, Holly EA, Smith MT, Jackson RD, Tinker LF, Benavente Y, Becker N, Boffetta P, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Rabe KG, Achenbach SJ, Vachon CM, Goldin LR, Strom SS, Lanasa MC, Spector LG, Leis JF, Cunningham JM, Weinberg JB, Morrison VA, Caporaso NE, Norman AD, Linet MS, De Roos AJ, Morton LM, Severson RK, Riboli E, Vineis P, Kaaks R, Trichopoulos D, Masala G, Weiderpass E, Chirlaque MD, Vermeulen RC, Travis RC, Giles GG, Albanes D, Virtamo J, Weinstein S, Clavel J, Zheng T, Holford TR, Offit K, Zelenetz A, Klein RJ, Spinelli JJ, Bertrand KA, Laden F, Giovannucci E, Kraft P, Kricker A, Turner J, Vajdic CM, Ennas MG, Ferri GM, Miligi L, Liang L, Sampson J, Crouch S, Park JH, North KE, Cox A, Snowden JA, Wright J, Carracedo A, Lopez-Otin C, Bea S, Salaverria I, Martin-Garcia D, Campo E, Fraumeni JF Jr, de Sanjose S, Hjalgrim H, Cerhan JR, Chanock SJ, Rothman N, Slager SL. Genome-wide association study identifies multiple risk loci for chronic lymphocytic leukemia. Nature Genetics 2013; 45(8): 868-876.

Clarke CA, Morton LM, Lynch C, Pfeiffer RM, Hall EC, Gibson TM, Weisenburger DD, Martinez-Maza O, Hussain SK, Yang J, Chang ET, Engels EA. Risk of lymphoma subtypes after solid organ transplantation in the U.S. British Journal of Cancer 2013; 109(1): 280-288.

Wang SS, Voutsinas J, Chang ET, Clarke CA, Lu Y, Ma H, West D, Lacey JV, Bernstein L. Anthropometric, behavioral, and female reproductive factors and risk of multiple myeloma: a pooled analysis. Cancer Causes Control 2013; 24(7): 1279-1289.

Ellen Chang, Sc.D.
07/19  |  Page 9

Sieh W, Lichtensztajn DY, Nelson DO, Cockburn M, West DW, Brooks JD, Chang ET. Treatment and mortality in men with localized prostate cancer: a population-based study in California. Open Prostate Cancer Journal 2013; 6: 1-9.

Yang EJ, Cheung CM, So SKS, Chang ET, Chao SD. Education and counseling of pregnant patients with chronic hepatitis B: perspectives from obstetricians and perinatal nurses in Santa Clara County, California. Asian Pacific Journal of Cancer Prevention 2013; 14(3): 1707-1713.

Gao Y, Li Q, Bassig BA, Chang ET, Dai M, Qin Q, Zhang Y, Zheng T. Subtype of dietary fat in relation to risk of Hodgkin lymphoma: a population-based case-control study in Connecticut and Massachusetts. Cancer Causes & Control 2013; 24(3): 485–494.

Li Q, Chang ET, Bassig BA, Dai M, Qin Q, Gao Y, Zhang Y, Zheng T. Body size and risk of Hodgkin's lymphoma by age and gender: a population-based case-control study in Connecticut and Massachusetts. Cancer Causes & Control 2013; 24(2): 287-295.

Simard JF, Baecklund F, Chang ET, Baecklund E, Hjalgrim H, Adami HO, Glimelius B, Smedby KE. Lifestyle factors, autoimmune disease and family history in prognosis of non-Hodgkin lymphoma overall and subtypes. International Journal of Cancer 2013; 132(11): 2659-2666.

Keegan THM, Moy LM, Foran JM, Shema SJ, Alizadeh AA, Chang ET, Schupp CW, Clarke CA, Glaser SL. Rituximab use and survival after diffuse large B-cell or follicular lymphoma: a population-based study. Leukemia & Lymphoma 2013; 54(4): 743-751.

Levin LI, Chang ET, Ambinder RF, Lennette ET, Rubertone MV, Mann RB, Borowitz M, Weir EG, Abbondanzo SL, Mueller NE. Atypical prediagnosis Epstein-Barr virus serology restricted to EBV-positive Hodgkin lymphoma. Blood 2012; 120(18): 3750-3755.

Johannesdottir SA, Chang ET, Mehnert F, Schmidt M, Olesen AB, Sørensen HT. Nonsteroidal anti-inflammatory drugs and risk of skin cancer: A population-based case-control study. Cancer 2012; 118(19): 4768-4776.

Chao SD, Cheung CM, Yang EJ, So SKS, Chang ET. Low levels of knowledge and preventive practices regarding vertical hepatitis B transmission among perinatal nurses. Journal of Obstetrical, Gynecological, and Neonatal Nursing 2012; 41(4): 494-505.

Dikalioti SK, Chang ET, Dessypris N, Papadopoulou C, Skenderis N, Pourtsidis A, Moschovi M, Polychronopoulou S, Athanasiadou-Piperopoulou F, Sidi V, Kalmanti M, Petridou ETh. Allergy-associated symptoms in relation to childhood non-Hodgkin's as contrasted to Hodgkin's lymphomas: a case-control study in Greece and meta-analysis. European Journal of Cancer 2012; 48(12): 1860-1866.

Chang ET, Gomez SL, Fish K, Schupp CW, Parsonnet J, DeRouen MC, Keegan THM, Clarke CA, Glaser SL. Gastric cancer incidence among Hispanics in California: patterns by time, nativity, and neighborhood characteristics. Cancer Epidemiology, Biomarkers & Prevention 2012; 21(5): 709-719.

Ha NB, Ha NB, Ahmed A, Ayoub W, Daugherty TJ, Chang ET, Lutchman GA, Garcia G, Cooper AD, Keeffe EB, Nguyen M. Risk factors for hepatocellular carcinoma in patients with chronic liver disease: a case-control study. Cancer Causes & Control 2012; 23(3): 455-462.

Edgren G, Liang L, Adami HO, Chang ET. Enigmatic sex disparities in cancer incidence. European Journal of Epidemiology 2012; 27(3): 187-196.

Horn-Ross PL, Chang ET, Clarke CA, Keegan TH, Rull RP, Quach T, Gomez SL. Nativity and papillary thyroid cancer incidence rates among Hispanic women in California. Cancer 2012; 118(1): 216-222.

U.S. EXHIBIT 505.0173

Ai WZ, Chang ET, Fish K, Fu K, Weisenburger DD, Keegan THM. Racial patterns of extranodal natural killer/T-cell lymphoma, nasal type, in California: a population-based study. British Journal of Haematology 2012; 156(5): 626-632.

Liu Y, Huang Q, Liu W, Liu Q, Jia W, Chang E, Chen F, Liu Z, Guo X, Mo H, Chen J, Rao D, Ye W, Cao S, Hong M. Establishment of VCA and EBNA1 IgA-based combination by enzyme-linked immunosorbent assay as preferred screening method for nasopharyngeal carcinoma: A two-stage design with a preliminary performance study and a mass screening in southern China. International Journal of Cancer 2012; 131(2): 406-416.

Chen JJ, Chang ET, Chen YR, Bergin M, So SK. A model program for hepatitis B vaccination and education of schoolchildren in rural China. International Journal of Public Health 2012; 57(3): 581-588.

Bertrand KA, Chang ET, Abel GA, Zhang SM, Spiegelman D, Quereshi AA, Laden F. Sunlight exposure, vitamin D, and risk of non-Hodgkin lymphoma in the Nurses' Health Study. Cancer Causes & Control 2011; 22(12): 1731-1741.

Chang ET, Frøslev T, Sørensen HT, Pedersen L. A nationwide study of aspirin, other non-steroidal anti-inflammatory drugs, and Hodgkin lymphoma risk in Denmark. British Journal of Cancer 2011; 105(11): 1772-1782.

Wang HY, Sun BY, Zhu ZH, Chang ET, To KF, Hwang JSG, Jiang H, Kam MKM, Chen G, Cheah SL, Lee M, Liu ZW, Chen J, Zhang JX, Zhang HZ, He JH, Chen FL, Zhu XD, Huang MY, Liao DZ, Fu J, Shao Q, Cai MB, Du ZM, Yan LX, Hu CF, Ng HK, Wee JTS, Qian CN, Liu Q, Ernberg I, Ye W, Adami HO, Chan AT, Zhen YX, Shao JY. An eight-signature classifier for prediction of nasopharyngeal carcinoma survival. Journal of Clinical Oncology 2011; 29(34): 4516-4525.

Lipsett MJ, Ostro BD, Reynolds P, Goldberg D, Hertz A, Jerrett M, Smith DF, Garcia C, Chang ET, Bernstein L. Long-term exposure to air pollution and cardiorespiratory disease in the California Teachers Study Cohort. American Journal of Respiratory and Critical Care Medicine 2011; 184(7): 828-835.

Chang ET, Canchola AJ, Cockburn M, Lu Y, Wang SS, Bernstein L, Clarke CA, Horn-Ross PL. Adulthood residential ultraviolet radiation, sun sensitivity, dietary vitamin D, and risk of lymphoid malignancies in the California Teachers Study. Blood 2011; 118(6): 1591-1599.

Kasperzyk JL, Chang ET, Birmann BM, Kraft P, Zheng T, Mueller N. Nutrients and genetic variation involved in one-carbon metabolism and Hodgkin lymphoma risk: a population-based case-control study. American Journal of Epidemiology 2011; 174(7): 816-827.

Lu Y, Wang SS, Reynolds P, Chang ET, Ma H, Sullivan-Halley J, Clarke CA, Bernstein L. Cigarette smoking, passive smoking, and non-Hodgkin lymphoma risk: evidence from the California Teachers Study. American Journal of Epidemiology 2011; 174(5): 563-573.

Zhou B, Xiao L, Wang Z, Chang ET, Chen J, Hou J. Geographical and ethnic distribution of HBV C/D recombinant on the Qinghai-Tibet plateau. PLoS ONE 2011; 6(4): e18708.

Payne JL, Truebe S, Nützel A, Chang ET. Local and global abundance associated with extinction risk in late Paleozoic and early Mesozoic gastropods. Paleobiology 2011; 37(4): 616-632.

U.S. EXHIBIT 505.0174

Smedby KE, Foo JN, Skibola CF, Darabi H, Conde L, Hjalgrim H, Kumar V, Chang ET, Rothman N, Cerhan JR, Brooks-Wilson AR, Rehnberg E, Irwan ID, Ryder LP, Brown PN, Bracci PM, Agana L, Riby J, Cozen W, Davis S, Hartge P, Morton LM, Severson RK, Wang SS, Slager SL, Fredericksen ZS, Novak AJ, Kay NE, Habermann TM, Armstrong B, Kricker A, Milliken S, Purdue MP, Vajdic CM, Boyle P, Lan Q, Zahm SH, Zhang Y, Zheng T, Leach S, Spinelli JJ, Smith MT, Chanock SJ, Padyukov L, Alfredsson L, Klareskog L, Glimelius B, Melbye M, Liu ET, Adami HO, Humphreys K, Liu J. GWAS of follicular lymphoma reveals allelic heterogeneity at 6p21.32 and suggests shared genetic susceptibility with diffuse large B-cell lymphoma. PLoS Genetics 2011; 7(4): e1001308.

Clarke CA, Glaser SL, Gomez SL, Wang SS, Keegan THM, Yang J, Chang ET. Lymphoid malignancies in US Asians: incidence rate differences by birthplace and acculturation. Cancer Epidemiology, Biomarkers & Prevention 2011; 20(6): 1064-1077.

Gomez SL, Chang ET, Shema SJ, Fish K, Sison JD, Reynolds P, Clément-Duchêne C, Wrensch M, Wiencke JL, Wakelee HA. Survival following non-small cell lung cancer among Asian/Pacific Islander and Latina women who have never smoked. Cancer Epidemiology, Biomarkers and Prevention 2011; 20(3): 545-554.

Horn-Ross PL, McClure LA, Chang ET, Clarke CA, Keegan THM, Rull RP, Quach T, Gomez SL. Papillary thyroid cancer incidence rates vary significantly by birthplace in Asian American women. Cancer Causes & Control 2011; 22(3): 479-485.

Bailey MB, Shiau R, Zola J, Fernyak SE, Fang T, So SKS, Chang ET. San Francisco Hep B Free: A grassroots community coalition to prevent hepatitis B and liver cancer. Journal of Community Health 2011; 36(4): 538-551.

Chang ET, Canchola AJ, Clarke CA, Lu Y, West DW, Bernstein L, Wang SS, Horn-Ross PL. Dietary phytocompounds and risk of lymphoid malignancies in the California Teachers Study cohort. Cancer Causes & Control 2011; 22(2): 237-249.

Chu KP, Shema S, Wu S, Gomez SL, Chang ET, Le Q. Head and neck cancer specific survival based on socioeconomic status in Asians and Pacific Islanders. Cancer 2011; 117(9): 1935-1945.

Enciso-Mora V, Broderick P, Ma Y, Jarrett RF, Hjalgrim H, Hemminki K, van den Berg A, Olver B, Lloyd A, Dobbins SE, Lightfoot T, van Leeuwen FE, Försti A, Diepstra A, Broeks A, Vijayakrishnan J, Shield L, Lake A, Montgomery D, Roman E, Engert A, von Strandmann EP, Reiners KS, Nolte IM, Smedby KE, Adami HO, Russell NS, Glimelius B, Hamilton-Dutoit S, de Bruin M, Ryder LP, Molin D, Sorensen KM, Chang ET, Taylor M, Cooke R, Hofstra R, Westers H, van Wezel T, van Eijk R, Ashworth A, Rostgaard K, Melbye M, Swerdlow AJ, Houlston RS. A genome-wide association study of Hodgkin's lymphoma identifies new susceptibility loci at 2p16.1 (REL), 8q24.21 and 10p14 (GATA3). Nature Genetics 2010; 42(12): 1126-1130.

Smedby KE, Eloranta S, Duvefelt K, Melbye M, Humphreys K, Hjalgrim H, Chang ET. Vitamin D receptor genotypes, ultraviolet radiation exposure and risk of non-Hodgkin lymphoma. American Journal of Epidemiology 2011; 173(1): 48-54.

Telli ML, Chang ET, Kurian AW, Keegan THM, McClure LA, Lichtensztajn D, Ford JM, Gomez SL. Asian ethnicity and breast cancer subtypes: A study from the California Cancer Registry. Breast Cancer Research and Treatment 2011; 127(2): 471-478.

Lu Y, Wang SS, Sullivan-Halley J, Chang ET, Clarke CA, Henderson KD, Ma H, Duan L, Lacey JV Jr, Deapen D, Bernstein L. Oral contraceptives, menopausal hormone therapy use and risk of B-cell non-Hodgkin lymphoma in the California Teachers Study. International Journal of Cancer 2011; 129(4): 974-982.

Ellen Chang, Sc.D.
07/19  |  Page 12

Stram DO, Liu Y, Henderson KD, Sullivan-Halley J, Luo J, Saxena T, Reynolds P, Chang ET, Neuhausen SL, Horn-Ross PL, Ursin G. Age-specific effects of hormone therapy use on overall mortality and ischemic heart disease mortality among women in the California Teachers Study. Menopause 2011; 18(3): 253-261.

Chang ET, Clarke CA, Canchola AJ, Lu Y, Wang SS, Ursin G, West DW, Bernstein L, Horn-Ross PL. Alcohol consumption over time and risk of lymphoid malignancies in the California Teachers Study cohort. American Journal of Epidemiology 2010; 172(12): 1373-1383.

Chang ET, Yang J, Alfaro-Velcamp T, So SK, Glaser SL, Gomez SL. Disparities in liver cancer incidence by nativity, acculturation, and socioeconomic status in California Hispanics and Asians. Cancer Epidemiology, Biomarkers & Prevention 2010; 19(12): 3106-3118.

Canchola AJ, Chang ET, Bernstein L, Largent JA, Reynolds P, Deapen D, Henderson KD, Ursin G, Horn-Ross PL. Body size and the risk of ovarian cancer by hormone therapy use in the California Teachers Study cohort. Cancer Causes & Control 2010; 21(9): 1407-1416.

Bertrand KA, Birmann BM, Chang ET, Spiegelman D, Aster JC, Zhang SM, Laden F. A prospective study of Epstein-Barr virus antibodies and risk of non-Hodgkin lymphoma. Blood 2010; 116(18): 3547-3553.

Conde L, Halperin E, Akers NK, Brown KM, Smedby KE, Rothman N, Nieters A, Slager SL, Brooks-Wilson A, Agana L, Riby J, Liu J, Adami HO, Darabi H, Hjalgrim H, Low HQ, Humphreys K, Melbye M, Chang ET, Glimelius B, Cozen W, Davis S, Hartge P, Morton LM, Schenk M, Wang SS, Armstrong B, Kricker A, Milliken S, Purdue MP, Vajdic CM, Boyle P, Lan Q, Zahm SH, Zhang Y, Zheng T, Becker N, Benavente Y, Boffetta P, Brennan P, Butterbach K, Cocco P, Foretova L, Maynadié M, de Sanjosé S, Staines A, Spinelli JJ, Achenbach SJ, Call TG, Camp NJ, Glenn M, Caporaso NE, Cerhan JR, Cunningham JM, Goldin LR, Hanson CA, Kay NE, Lanasa MC, Leis JF, Marti GE, Rabe KG, Rassenti LZ, Spector LG, Strom SS, Vachon CM, Weinberg JB, Holly EA, Chanock S, Smith MT, Bracci PM, Skibola CF. Genome-wide association study of follicular lymphoma identifies a risk locus at 6p21.32. Nature Genetics 2010; 42(8): 661-664.

Canchola AJ, Chang ET, Bernstein L, Largent JA, Reynolds P, Deapen D, Ursin G, Horn-Ross PL. Body size and the risk of endometrial cancer by hormone therapy use in postmenopausal women in the California Teachers Study cohort. Cancer Causes & Control 2010; 21(9): 1407-1416.

Lu Y, Ma H, Sullivan-Halley J, Henderson KD, Chang ET, Clarke CA, Neuhausen SL, West DW, Bernstein L, Wang SS. Parents' ages at birth and risk of adult-onset hematological malignancies among California female teachers. American Journal of Epidemiology 2010; 171(12): 1262-1269.

Hjalgrim H, Rostgaard K, Johnson PCD, Lake A, Shield L, Little A-M, Smedby KE, Adami HO, Glimelius B, Hamilton-Dutoit S, Kane E, Taylor GM, McConnachie A, Ryder LP, Sundstrom C, Andersen PA, Chang ET, Alexander FE, Melbye M, Jarrett RF. HLA-A alleles and infectious mononucleosis suggest a critical role for cytotoxic T-cell response in EBV-related Hodgkin lymphoma. Proceedings of the National Academy of Science 2010; 107(14): 6400-6405.

Gomez SL, Clarke CA, Shema SJ, Chang ET, Keegan TH, Glaser SL. Disparities in breast cancer survival among Asian women by ethnicity and immigrant status: a population-based study. American Journal of Public Health 2010; 100(5): 861-869.

Chao J, Chang ET, So SK. Hepatitis B and liver cancer knowledge and practices among healthcare and public health professionals in China: a cross-sectional study. BMC Public Health 2010; 10(1): 98.

Clarke CA, Miller T, Chang ET, Yin D, Cockburn MG, Gomez SL. Racial and social class gradients in life expectancy in contemporary California. Social Science and Medicine 2010; 70(9): 1373-1380.

Ellen Chang, Sc.D.
07/19 | Page 13

Fernberg P, Chang ET, Duvefelt K, Hjalgrim H, Eloranta S, Sørensen KM, Porwit A, Humphreys K, Melbye M, Smedby KE. Genetic variation in chromosomal translocation breakpoint and immune function genes and risk of non-Hodgkin lymphoma. Cancer Causes & Control 2010; 21(5): 759-769.

Filion EJ, McClure LA, Huang D, Seng K, Kaplan MJ, Colevas AD, Gomez SL, Chang ET, Le QT. Higher incidence of head and neck cancers among Vietnamese American men in California. Head & Neck 2010; 32(10): 1336-1344.

Gomez SL, Quach T, Horn-Ross PL, Pham JT, Cockburn M, Chang ET, Keegan THM, Glaser SL, Clarke CA. Hidden breast cancer disparities in Asian women: Disaggregating incidence rates by ethnicity and migrant status. American Journal of Public Health 2010; 100 Suppl 1: s125-3.

Chang ET, Cronin-Fenton DP, Friis S, Hjalgrim H, Sørensen HT, Pedersen L. Aspirin and other nonsteroidal anti-inflammatory drugs in relation to Hodgkin lymphoma risk in Northern Denmark. Cancer Epidemiology, Biomarkers & Prevention 2010; 19(1): 59-64.

Prescott J, Lu Y, Chang ET, Sullivan-Halley J, Henderson KD, Clarke CA, Ma H, Templeman C, Deapen D, Bernstein L. Reproductive factors and non-Hodgkin lymphoma risk in the California Teachers Study. PLoS ONE 2009; 4(12): e8135.

West-Wright CN, Henderson KD, Sullivan-Halley J, Ursin G, Deapen D, Neuhausen S, Reynolds P, Chang E, Ma H, Bernstein L. Long-term and recent recreational physical activity and survival after breast cancer: The California Teachers Study. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(11): 2851-2859.

Lu Y, Sullivan-Halley J, Cozen W, Chang ET, Henderson K, Ma H, Deapen D, Clarke C, Reynolds P, Neuhausen SL, Anton-Culver H, Ursin G, West D, Bernstein L. Family history of haematopoietic malignancies and non-Hodgkin's lymphoma risk in the California Teachers Study. British Journal of Cancer 2009; 100(3): 524-526.

Lu Y, Prescott J, Sullivan-Halley J, Henderson KD, Ma H, Chang ET, Clarke CA, Horn-Ross PL, Ursin G, Bernstein L. Body size, recreational physical activity and B-cell non-Hodgkin lymphoma risk among women in the California Teachers Study. American Journal of Epidemiology 2009; 170(10): 1231-1240.

Chang ET, Shema SJ, Wakelee HA, Clarke CA, Gomez SL. Uncovering disparities in survival after nonsmall-cell lung cancer among Asian/Pacific Islander ethnic populations in California. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(8): 2248-2255.

Keegan THM, Clarke CA, Chang ET, Shema SJ, Glaser SL. Disparities in survival after Hodgkin lymphoma: a population-based study. Cancer Causes & Control 2009; 20(10): 1881-1892. NIHMSID153475.

Chao SD, Chang ET, So SK. Eliminating the threat of chronic hepatitis B in the Asian and Pacific Islander community: a call to action. Asian Pacific Journal of Cancer Prevention 2009; 10(3): 497-512.

Lin SY, Chang ET, So K. Stopping a silent killer in the underserved Asian and Pacific Islander community: A chronic hepatitis B and liver cancer prevention clinic by medical students. Asian Pacific Journal of Cancer Prevention 2009; 10(3): 383-386.

Hausauer AK, Keegan THM, Chang ET, Glaser SL, Howe H, Clarke CA. Recent trends in breast cancer incidence in US white women by urban/rural and poverty status. BMC Medicine 2009; 7: 31.

Phillips KA, Milne RL, West DW, Goodwin PJ, Giles GG, Chang ET, Figueiredo JC, Friedlander ML, Keegan THM, Glendon G, Apicella C, O'Malley FP, Southey MC, Andrulis IL, John EM, Hopper JL. Prediagnosis reproductive factors and all-cause mortality for women with breast cancer in the Breast Cancer Family Registry. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(6): 1792-1797.

Chang ET, Nguyen BH, So SK. Attitudes toward hepatitis B and liver cancer prevention among Chinese Americans in the San Francisco Bay Area. Asian Pacific Journal of Cancer Prevention 2008; 9(4): 605-613.

Chang ET, Birmann BM, Kasperzyk JL, Conti DV, Kraft P, Ambinder RF, Zheng T, Mueller NE. Polymorphic variation in aspirin-related genes and risk of Hodgkin lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(3): 976-986.

Chao SD, Chang ET, Le PV, Prapong W, Kiernan M, So SK. The Jade Ribbon Campaign: a model program for community outreach and education to prevent liver cancer in Asian Americans. Journal of Immigrant and Minority Health 2009; 11(4): 281-290.

Raz DJ, Gomez SL, Chang ET, Kim JY, Keegan THM, Pham J, Kukreja J, Hiatt RA, Jablons DM. Epidemiology of non-small cell lung cancer in Asian Americans: incidence patterns among six subgroups by nativity. Journal of Thoracic Oncology 2008; 3(12): 1391-1397.

Chang ET, Milne RL, Phillips K, Figueiredo JC, Sangaramoorthy M, Keegan THM, Andrulis IL, Hopper JL, Goodwin PJ, O'Malley FP, Weerasooriya N, Apicella C, Southey MC, Friedlander ML, Giles GG, Whittemore AS, West DW, John EM. Family history of breast cancer and all-cause mortality after breast cancer diagnosis in the Breast Cancer Family Registry. Breast Cancer Research and Treatment 2009; 117(1): 167-176.

Wiklund F, Lageros YT, Chang ET, Bälter KA, Stattin P, Adami HO, Grönberg H. Lifetime total physical activity and prostate cancer risk: a population-based case-control study in Sweden. European Journal of Epidemiology 2008; 23(11): 739-746.

Biggar RJ, Johansen JS, Smedby KE, Rostgaard K, Chang ET, Adami HO, Glimelius B, Molin D, Hamilton-Dutoit S, Melbye M, Hjalgrim H. Serum YKL-40 and interleukin 6 levels in Hodgkin lymphoma. Clinical Cancer Research 2008; 14(21): 6974-6978.

Chang ET, Sue E, Zola J, So SK. 3 For Life: A model program to prevent hepatitis B and liver cancer in Asian and Pacific Islander Americans. American Journal of Health Promotion 2009; 23(3): 176-181.

Glaser SL, Gulley ML, Clarke CA, Keegan THM, Chang ET, Shema SJ, Craig FE, DiGiuseppe JA, Dorfman RF, Mann RB, Anton-Culver H, Ambinder RF. Racial/ethnic variation in EBV-positive classical Hodgkin lymphoma in California populations. International Journal of Cancer 2008; 123(7): 1499-1507.

Henderson KD, Sullivan-Halley J, Reynolds P, Horn-Ross PL, Clarke CA, Chang ET, Neuhausen S, Ursin G, Bernstein L. Incomplete pregnancy is not associated with breast cancer risk: the California Teachers Study. Contraception 2008; 77(6): 391-396.

Schöllkopf C, Melbye M, Munksgaard L, Smedby KE, Rostgaard K, Glimelius B, Chang ET, Roos G, Hansen M, Adami HO, Hjalgrim H. Borrelia infection and risk of non-Hodgkin lymphoma. Blood 2008; 111(12): 5524-5529.

Chang ET, Lee VS, Canchola AJ, Dalvi TB, Clarke CA, Reynolds P, Purdie DM, Stram DO, West DW, Ziogas A, Bernstein L, Horn-Ross PL. Dietary patterns and risk of ovarian cancer in the California Teachers Study cohort. Nutrition and Cancer 2008; 60(3): 285-291.

U.S. EXHIBIT 505.0178

Schöllkopf C, Smedby KE, Hjalgrim H, Rostgaard K, Jensen IP, Vinner L, Chang ET, Glimelius B, Porwit A, Sundström C, Hansen M, Adami HO, Melbye M. Hepatitis C infection and risk of malignant lymphoma. International Journal of Cancer 2008; 122(8): 1885-1890.

Chang ET, Lin SY, Sue E, Bergin M, Su J, So SK. Building partnerships with traditional Chinese medicine practitioners to increase hepatitis B awareness and prevention. Journal of Alternative & Complementary Medicine 2007; 13(10): 1125-1127.

Hausauer AK, Keegan THM, Chang ET, Clarke CA. Recent breast cancer trends among Asian/Pacific Islander, Hispanic, and African-American women in the US: Changes by tumor subtype. Breast Cancer Research 2007; 9(6):R90.

Keegan THM, Chang ET, John EM, Horn-Ross PL, Wrensch MR, Glaser SL, Clarke CA. Recent changes in breast cancer incidence and risk factor prevalence in San Francisco Bay Area women: 1988-2004. Breast Cancer Research 2007; 9(5):R62.

Smedby KE, Hjalgrim H, Chang ET, Rostgaard K, Glimelius B, Adami HO, Melbye M. Childhood social environment and risk of non-Hodgkin lymphoma in adults. Cancer Research 2007; 67(22): 11074-11082.

Czene K, Adami HO, Chang ET. Sex- and kindred-specific familial risk of non-Hodgkin lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2007; 16(11): 2496-2499.

Lin SY, Chang ET, So SK. Why we should routinely screen Asian American adults for hepatitis B: a cross-sectional study of Asians in California. Hepatology 2007; 46(4): 1034-1040.

Hjalgrim H, Smedby KE, Rostgaard K, Amini R-M, Molin D, Hamilton-Dutoit S, Schöllkopf C, Chang ET, Ralkiaer E, Adami HO, Glimelius B, Melbye M. Cigarette smoking and risk of Hodgkin lymphoma: a population-based case-control study. Cancer Epidemiology, Biomarkers & Prevention 2007; 16(8): 1561-1566.

Glaser SL, Chang ET, Horning SJ, Clarke CA. Understanding the validity of self-reported positive family history of lymphoma in extended families to facilitate genetic epidemiology and clinical practice. Leukemia & Lymphoma 2007; 48(6): 1110-1118.

Wu CA, Lin SY, So SK, Chang ET. Hepatitis B and liver cancer knowledge and preventive practices among Asian Americans in the San Francisco Bay Area, California. Asian Pacific Journal of Cancer Prevention 2007; 8(1): 127-134.

Chang ET, Keegan THM, Gomez SL, Le GM, Clarke CA, So SK, Glaser SL. The burden of liver cancer in Asians and Pacific Islanders the Greater San Francisco Bay Area, 1990 through 2004. Cancer 2007; 109(10): 2100-2108.

Alexander DD, Mink PJ, Adami HO, Chang ET, Cole P, Mandel JS, Trichopoulos D. The non-Hodgkin lymphomas: A review of the epidemiologic literature. International Journal of Cancer 2007; 120(S12): 1-39.

Hjalgrim H, Smedby KE, Rostgaard K, Molin D, Hamilton-Dutoit S, Chang ET, Ralkiaer E, Sundström C, Adami HO, Glimelius B, Melbye M. Infectious mononucleosis, childhood social environment and risk of Hodgkin lymphoma. Cancer Research 2007; 67(5): 2382-2388.

Wakelee HA, Chang ET, Gomez SL, Keegan THM, Feskanich D, Clarke CA, Holmberg L, Yong LC, Kolonel LN, Gould MK, West DW. Lung cancer incidence in never-smokers. Journal of Clinical Oncology 2007; 25(5): 472-478.

Ellen Chang, Sc.D.
07/19  |  Page 16

Melbye M, Smedby KE, Lehtinen T, Rostgaard K, Glimelius B, Munksgaard L, Schöllkopf C, Sundström C, Chang ET, Koskela P, Adami HO, Hjalgrim H. Atopy and risk of non-Hodgkin lymphoma. Journal of the National Cancer Institute 2007; 99(2): 158-166.

Chang ET, Lee VS, Canchola AJ, Clarke CA, Purdie DM, Reynolds P, Anton-Culver H, Bernstein L, Deapen D, Peel D, Pinder R, Ross RK, Stram DO, West DW, Wright W, Ziogas A, Horn-Ross PL. Diet and risk of ovarian cancer in the California Teachers Study cohort. American Journal of Epidemiology 2007; 165(7): 802-813.

Chang ET, Canchola AJ, Lee VS, Clarke CA, Purdie DM, Reynolds P, Bernstein L, Stram DO, Anton-Culver H, Deapen D, Mohrenweiser H, Peel D, Pinder R, Ross RK, West DW, Wright W, Ziogas A, Horn-Ross PL. Wine and other alcohol consumption and risk of ovarian cancer in the California Teachers Study cohort. Cancer Causes & Control 2007; 18(1): 91-103.

Hedelin M, Chang ET, Wiklund F, Bellocco R, Klint Å;, Adolfsson J, Shahedi K, Xu J, Adami HO, Grönberg H, Bälter KA. Association of frequent consumption of fatty fish with prostate cancer risk is modified by COX-2 polymorphism. International Journal of Cancer 2007; 120(2): 398-405.

Chang ET, Bälter KA, Torrång A, Smedby KE, Melbye M, Sundström C, Glimelius B, Adami HO. Nutrient intake and risk of non-Hodgkin's lymphoma. American Journal of Epidemiology 2006(12): 1222-1232.

Chang ET, Adami HO. The enigmatic epidemiology of nasopharyngeal carcinoma. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(10): 1765-1777.

Hedelin M, Bälter KA, Chang ET, Bellocco R, Klint Å;, Johansson J-E, Wiklund F, Thellenberg-Karlsson C, Adami HO, Grönberg H. Dietary intake of phytoestrogens, estrogen receptor-beta polymorphisms and the risk of prostate cancer. Prostate 2006; 66(14): 1512-1520.

Keegan THM, Glaser SL, Clarke CA, Dorfman RF, Mann RB, DiGuiseppe JA, Chang ET, Ambinder RF. Body size, physical activity and risk of Hodgkin's lymphoma in women. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(6): 1091-1101.

Nordenvall C, Chang ET, Adami HO, Ye W. Cancer risk among patients with condylomata acuminata. International Journal of Cancer 2006; 119(4): 888-893.

Smedby KE, Lindgren C, Hjalgrim H, Humphreys K, Schöllkopf C, Chang ET, Roos G, Falk K, Palmgren J, Melbye M, Glimelius B, Adami HO. Variation in DNA repair genes ERCC2, XRCC1, and XRCC3 and risk of follicular lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(2): 258-265.

Hedelin M, Klint Å;, Chang ET, Bellocco R, Johansson J-E, Andersson S-O, Heinonen S-M, Adlercreutz H, Adami HO, Grönberg H, Bälter KA. Dietary phytoestrogen, serum enterolactone and risk of prostate cancer: The Cancer Prostate Sweden Study. Cancer Causes & Control 2006; 17(2): 169-180.

Chang ET, Smedby KE, Hjalgrim H, Glimelius B, Adami HO. Reliability of self-reported family history of cancer in lymphoma cases and controls compared with Swedish Cancer Register data. Journal of the National Cancer Institute 2006; 98(1): 61-68.

Smedby KE, Hjalgrim H, Askling J, Chang ET, Gregersen H, Porwit-MacDonald A, Sundström C, Å;kerman M, Melbye M, Glimelius B, Adami HO. Autoimmune and chronic inflammatory disorders and risk of non-Hodgkin lymphoma by subtype. Journal of the National Cancer Institute 2006; 98(1): 51-60.

Chang ET, Smedby KE, Hjalgrim H, Porwit-MacDonald A, Roos G, Glimelius B, Adami HO. Family history of hematopoietic malignancy and risk of lymphoma. Journal of the National Cancer Institute 2005; 97(18): 1466-1474.

Ellen Chang, Sc.D.
07/19 | Page 17

Chang ET, Smedby KE, Hjalgrim H, Schöllkopf C, Porwit-MacDonald A, Sundström C, Tani E, d'Amore F, Melbye M, Adami HO, Glimelius B. Medication use and risk of non-Hodgkin's lymphoma. American Journal of Epidemiology 2005; 162(10): 965-974.

Morton LM, Zheng T, Holford TR, Holly EA, Chiu BCH, Costantini AS, Stagnaro E, Willett EV, Dal Maso L, Serraino D, Chang ET, Cozen W, Davis S, Severson RK, Bernstein L, Mayne ST, Dee FR, Cerhan JR, Hartge P. Alcohol consumption and risk of non-Hodgkin lymphoma: A pooled analysis. Lancet Oncology 2005; 6(7): 469-476.

Chang ET, Hedelin M, Adami HO, Grönberg H, Bälter KA. Alcohol drinking and risk of localized versus advanced and sporadic versus familial prostate cancer in Sweden. Cancer Causes & Control 2005; 16(3): 275-284.

Chang ET, Blomqvist P, Lambe M. Seasonal variation in the diagnosis of Hodgkin lymphoma in Sweden. International Journal of Cancer 2005; 115(1): 127-130.

Chang ET, Smedby KE, Zhang SM, Hjalgrim H, Melbye M, Öst Å;, Glimelius B, Wolk A, Adami HO. Dietary factors and risk of non-Hodgkin lymphoma in men and women. Cancer Epidemiology, Biomarkers & Prevention 2005; 14(2): 512-520.

Chang ET, Hjalgrim H, Smedby KE, Å;kerman M, Tani E, Glimelius B, Adami HO, Melbye M. Body mass index and risk of malignant lymphoma in Scandinavian men and women. Journal of the National Cancer Institute 2005; 97(3): 210-218.

Chang ET, Smedby KE, Zhang SM, Hjalgrim H, Melbye M, Öst Å;, Wolk A, Adami HO, Glimelius B. Alcohol intake and risk of non-Hodgkin lymphoma in men and women. Cancer Causes & Control 2004; 15(10): 1067-1076.

Chang ET, Zheng T, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Childhood social environment and Hodgkin's lymphoma: New findings from a population-based case-control study. Cancer Epidemiology, Biomarkers & Prevention 2004; 13(8): 1361-1370.

Chang ET, Montgomery SM, Richiardi L, Ehlin A, Ekbom A, Lambe M. Number of siblings and Hodgkin's lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2004; 13(7): 1236-1243.

Chang ET, Zheng T, Lennette ET, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Heterogeneity of risk factors and antibody profiles in Epstein-Barr virus genome-positive and genomenegative Hodgkin's lymphoma. Journal of Infectious Diseases 2004; 189(12): 2271-2281.

Chang ET, Zheng T, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Aspirin and the risk of Hodgkin's lymphoma in a population-based case-control study. Journal of the National Cancer Institute 2004; 96(4): 305-315.

Chang CCY, Sakashita N, Ornvold K, Lee O, Chang ET, Dong R, Lin S, Lee CYG, Stron SC, Kashyap R, Fung JJ, Farese RV Jr., Patoiseau JF, Delhon A, Chang TY. Immunological quantitation and localization of ACAT-1 and ACAT-2 in human liver and small intestine. Journal of Biological Chemistry 2000; 275(36): 28083-28092.

Chang CCY, Lee CYG, Chang ET, Cruz JC, Levesque MC, Chang TY. Recombinant acyl-CoA:cholesterol acyltransferase-1 (ACAT-1) purified to essential homogeneity utilizes cholesterol in mixed micelles or in vesicles in a highly cooperative manner. Journal of Biological Chemistry 1998; 273(52): 35132-35141.

Ellen Chang, Sc.D.
07/19 | Page 18

Lavan BE, Fantin VR, Chang ET, Lane WS, Keller SK, Lienhard GE. A novel 160-kDa phosphotyrosine protein in insulin-treated embryonic kidney cells is a new member of the insulin receptor substrate family. Journal of Biological Chemistry 1997; 274(34): 21403-21407.

## Book Chapters, Research Letters, and Invited Commentaries

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Re: "Diesel exhaust and lung cancer—aftermath of becoming an IARC group 1 carcinogen". American Journal of Epidemiology 2019; 188(2): 489-491.

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Chang et al. reply. American Journal of Epidemiology 2019; 188(2): 485-486.

Ong KL, Chang ET. The need for standardization, terminology, and interfacing retrieval analysis with registries. In: Beyond the Implant: Retrieval Analysis Methods for Implant Surveillance, ASTM STP1606. Mihalko WM, Lemons JE, Greenwald AS, Kurtz SM (eds), West Conshohocken, PA: ASTM International, 2018: 39-48.

Chang ET, Adami HO. Chapter 8: Nasopharyngeal carcinoma. In: Textbook of Cancer Epidemiology, 3rd edition. Adami HO, Hunter D, Lagiou P, Mucci L (eds), New York: Oxford University Press, 2018: 159-181.

Chang ET, Liu Z, Hildesheim A, Adami HO, Ye W. Five authors reply. American Journal of Epidemiology 2018; 187(2): 399.

Chang ET, Hildesheim A. Chapter 26. Nasopharyngeal cancer. In: Schottenfeld and Fraumeni: Cancer Epidemiology and Prevention, 4th edition. Thun MJ, Linet MS, Cerhan JR, Haiman CA, Schottenfeld D (eds), New York: Oxford University Press, 2017: 489-504.

Hjalgrim H, Chang ET, Glaser SL. Chapter 39. Hodgkin lymphoma. In: Schottenfeld and Fraumeni: Cancer Epidemiology and Prevention, 4th edition. Thun MJ, Linet MS, Cerhan JR, Haiman CA, Schottenfeld D (eds), New York: Oxford University Press, 2017: 745-765.

Moolgavkar SH, Chang ET, Mezei G, Mowat FS. Chapter 3. Epidemiology of mesothelioma. In: Asbestos and Mesothelioma. Testa JR (ed), Cham, Switzerland: Springer, 2017: 43-72.

Glaser SL, Chang ET, Clarke CA, Keegan TH. Chapter 1. Epidemiology. In: Hodgkin Lymphoma: A Comprehensive Overview, 2nd Edition. Engert A, Younes A (eds), New York: Springer, 2015: 3-26.

Chang ET and Barraj L. Chapter 3-7. Clinical Research for Medical Devices. In: Bringing Your Medical Device to Market. Reiss JB (ed), Washington, D.C.: The Food and Drug Law Institute 2013; 239-251.

Glaser SL, Chang ET, Clarke CA, Keegan THM. Chapter 1. Epidemiology. In: Hodgkin Lymphoma: A Comprehensive Update on Diagnostics and Clinics. Engert A, Horning S (eds), New York: Springer, 2010: 3-20.

Gomez SL, Lichtensztajn D, Kurian AW, Telli ML, Chang ET, Keegan THM, Glaser SL, Clarke CA. Increasing mastectomy rates for early-stage breast cancer? Population-based trends from California. Journal of Clinical Oncology 2010; 28(10): e155-157.

U.S. EXHIBIT 505.0182

Chang ET, So SK. Chapter 9. Chronic hepatitis B and liver cancer: The greatest health disparity between Asian and non-Asian Americans. In: Praeger Handbook of Asian American Health: Taking Notice and Taking Action. Bateman WB, Abesamis-Mendoza N, Ho-Asjoe H (eds), Santa Barbara, CA: ABC-CLIO, 2009: 177-199.

Wakelee HA, Gomez SL, Chang ET. Sex differences in lung cancer susceptibility: A smoke screen? Lancet Oncology 2008; 9(7): 609-610.

Chang ET, So SK. Re: "Ten largest racial and ethnic health disparities in the United States based on Healthy People 2010 objectives". American Journal of Epidemiology 2007; 166(9): 1105-1106.

Gomez SL, Clarke CA, Chang ET, Keegan THM, West DW, So SK, Glaser SL. Response to McCracken et al.: Cancer Surveillance Among Asian Americans, CA: A Cancer Journal for Clinicians 2007 Aug 28 (eLetter).

Chang ET, Adami HO. Chapter 8. Nasopharyngeal carcinoma. In: Textbook of Cancer Epidemiology, 2nd Edition. Adami HO, Hunter D, Trichopoulos D (eds), New York: Oxford University Press, 2008: 175-195.

Mueller NE, Grufferman S, Chang ET. Chapter 2. The epidemiology of Hodgkin lymphoma. In: Hodgkin Lymphoma, 2nd Edition. Hoppe RT, Armitage JO, Diehl V, Mauch PM, Weiss LM (eds), Philadelphia, PA: Lippincott Williams & Wilkins, 2007: 7-23.

Chang ET, Clarke CA, Glaser SL. Making sense of seasonal fluctuations in lymphoma diagnosis. Leukemia & Lymphoma 2007; 48(2): 223-224.

Chang ET, Hedelin M, Adami HO, Grönberg H, Bälter KA. Re: Zinc supplement use and risk of prostate cancer. Journal of the National Cancer Institute 2004; 96(14): 1108.

Birmann B, Chang ET, Mueller NE. Chapter 2. Epidemiology of lymphoma. In: Malignant Lymphomas. Grossbard ML (ed), Hamilton, Ontario: BC Decker, Inc., 2002: 31-46.

**Abstracts, Posters, and Presentations**

Chang ET. Epidemiology of cancer and inorganic arsenic in drinking water and the basis for estimated threshold of 100 μL. Presentation and panel discussion at The Toxicology Forum 45th Annual Summer Meeting, Alexandria, Virginia, July 8, 2019.

Chang ET. Separating association from causation using epidemiology. Webinar for DRI Toxic Torts and Environmental Law Committee, May 21, 2019.

Lewis RC, Chang ET. Beyond compliance: a greater understanding of exposure limits for informing risk communication. Webinar for PLAC, May 16, 2019.

Yeo YH, Le MH, Chang ET, Henry L, Nguyen MH. The majority of previously uninfected high-risk adults in the United States do not have immunity against hepatitis B virus: a population-based study. Abstract and presentation at AASLD The Liver Meeting, San Francisco, California, November 9-13, 2018.

Pace N, Chang ET. The epidemiology of chloroform exposure and developmental outcomes: a systematic review. Abstract and presentation at Teratology Society 58th Annual Meeting, Clearwater, Florida, June 23-27, 2018.

Ellen Chang, Sc.D.
07/19  |  Page 20

McClellan RO, Chang ET, Lau EC, Van Landingham C, Crump KS, Moolgavkar SH. Case study in data access and reanalysis: Diesel engine exhaust and lung cancer mortality in the Diesel Exhaust in Miners (DEMS) cohort using alternative exposure estimates and radon adjustment. Abstract and presentation at Society for Risk Analysis 2017, Arlington, Virginia, December 10-14, 2017.

Kurtz SM, Lau E, Chang E, Son M, Zimmerli W, Parvizi J. Are we winning or losing the war with PJI: trends in PJI and mortality risk for the Medicare population. Abstract and presentation at The Knee Society 2017, Naples, Florida, September 14-16, 2017.

Chen VL, Podlaha O, Estevez J, Li B, Le A, Vutien P, Chang ET, Pflanz S, Jiang Z, Ge D, Gaggar A, Nguyen MH. High serum soluble intracellular adhesion molecule 1 (sICAM-1) concentration is assocated with hepatocellular carcinoma development in hepatitis B virus, hepatitis C virus, and non-viral liver disease: Multiplex analysis of 51 cytokines and other serum markers. Abstract and presentation at Digestive Disease Week 2016, San Diego, California, May 21-24, 2016.

Estevez J, Chen VL, Podlaha O, Li B, Le A, Vutien P, Chang ET, Jiang Z, Pflanz S, Ge D, Gaggar A, Nguyen MH. Differential cytokine profiles in patients with hepatocellular carcinoma related to hepatitis B virus (HBV) and hepatitis C virus (HCV) infection. Abstract and presentation at Digestive Disease Week 2016, San Diego, California, May 21-24, 2016.

Chang ET. Weight-of-evidence synthesis in epidemiology: What's the bottom line? Presentation at DRI Toxic Torts and Environmental Law Seminar, New Orleans, Louisiana, March 17-18, 2016.

Chen VL, Vutien P, Li B, Podlaha O, Chang ET, Jiang Z, Ge D, Gaggar A, Nguyen MH. Differential serum cytokine profiles in patients with hepatitis B virus (HBV), hepatitis C virus (HCV), and non-viral non-autoimmune liver disease, with or without hepatocellular carcinoma (HCC). Abstract and poster at AASLD The Liver Meeting 2015, San Francisco, California, November 13-17, 2015.

Plenary speaker. NPC international incidence and risk factors. 7th International Biannual Symposium on Nasopharyngeal Carcinoma 2015, Yogyakarta, Indonesia, June 3-6, 2015.

Session chair for plenary session on genetics and epigenetics of nasopharyngeal carcinoma. 7th International Biannual Symposium on Nasopharyngeal Carcinoma 2015, Yogyakarta, Indonesia, June 3-6, 2015.

Invited speaker. Reanalysis of the Diesel Exhaust in Miners Study (DEMS) cohort. Mario Negri Institute for Pharmacological Research, Milan, Italy, March 12, 2015.

Epstein MM, Chang ET, Zhang Y, Fung T, Batista JL, Ambinder RF, Zheng T, Mueller NE, Birmann BM. Diet patterns and risk of Hodgkin lymphoma in a population-based case-control study. Abstract and presentation at 2014 InterLymph Annual Meeting, Los Angeles, CA, June 17-20, 2014.

Hjalgrim H, Monnereau A, Glaser SL, Chang E. Risk factors for classical Hodgkin lymphoma. Presentation at 2013 InterLymph Annual Meeting, Dijon, France, June 24-26, 2013.

Birmann BM, Epstein MM, Chang ET, Zhang Y, Fung T, Kasperzyk J, Ambinder RF, Zheng T, Mueller NE. Dietary patterns and risk of Hodgkin lymphoma in a population-based case-control study [Abstract 491-S]. American Journal of Epidemiology 2013; 177(11Suppl): S123. Poster at 46th Annual Society for Epidemiologic Research (SER) Meeting, Boston, MA, June 18-21, 2013.

Gao L, Chang E, Nelson D, Vutien P, Rosenberg-Hassan Y, Nguyen MH. Serum cytokine profiles and hepatocellular carcinoma (HCC) in patients with chronic hepatitis C. Poster at Digestive Disease Week, Orlando, FL, May 18–21, 2013.

Ellen Chang, Sc.D.
07/19 | Page 21

Vutien P, Chang E, Nelson D, Gao L, Rosenberg-Hassan Y, Nguyen MH. Serum cytokine profiles in patients with hepatitis B virus (HBV) infection and associated hepatocellular carcinoma (HCC). Poster at Digestive Disease Week, Orlando, FL, May 18–21, 2013.

Monnereau A, Glaser SL, Chang ET. Ultraviolet radiation (UVR) and risk of Hodgkin lymphoma: A pooled analysis. Presentation at InterLymph Consortium Annual Meeting, Washington, DC, June 7, 2012.

Invited speaker. Gastric cancer incidence patterns in California Hispanics. Northern California Cancer Registrars Association Conference, Fremont, CA, December 14, 2011.

Ai W, Chang E, Fu K, Fish K, Weisenburger DD, Keegan T. Racial/ethnic patterns of NK/T cell lymphoma in California: A population-based study. Abstract at International Conference on Malignant Lymphoma, Lugano, Switzerland, June 15-18, 2011.

Colevas AD, Clarke CA, Lichtensztajn D, Chang ET. A population-based evaluation of incidence trends in oropharynx cancer focusing on socioeconomic status, sex, and race/ethnicity. Poster at American Society of Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, June 4-8, 2010.

Clément-Duchêne C, Xu X, Gomez SL, Chang ET, West DW, Wakelee HA, Gould MK. Survival among never and ever smokers with lung cancer in the Cancer Care Outcomes Research and Surveillance Consortium (CanCORS) study. Poster at American Society of Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, June 4-8, 2010.

Chang ET. Ultraviolet radiation exposure & sensitivity and risk of Hodgkin lymphoma: A pooled analysis. Presentation at InterLymph Consortium 9th Annual Meeting, Washington, DC, April 15, 2010.

Chang ET, Nguyen BH, So SK. Motivations for hepatitis B and liver cancer prevention in Bay Area Chinese Americans. Poster at Stanford Cancer Center Members' Retreat, Menlo Park, CA, April 7, 2010.

Wakelee HA, Chang ET, Sherna SJ, Reynolds P, Clément-Duchêne C, Wiencke J, Gomez SL. Survival after non-small cell lung cancer in never-smoking Asian/Pacific Islander and Latina women. Journal of Thoracic Oncology 2009; 4(9 Suppl 1): s310 (Abstr#A7.6). Oral presentation at 13th World Conference on Lung Cancer, San Francisco, CA, July 31-August 4, 2009.

Chang ET, Kasperzyk JL, Birmann BM, Kraft P, Zheng T, Mueller NE. One-carbon metabolism nutrients and genes and Hodgkin lymphoma risk. Oral presentation at InterLymph Consortium 8th Annual Meeting, Vancouver, British Columbia, July 19-22, 2009.

Marshall SF, Chang ET, Clarke CA, Cress R, Deapen D, Horn-Ross PL, Largent J, Neuhausen S, Reynolds P, Templeman C, Bernstein L. Hormone therapy before diagnosis and breast cancer survival in the 10 California Teachers Study. Abstract at San Antonio Breast Cancer Symposium, San Antonio, TX, December 10-14, 2008.

Telli ML, Kurian AW, Chang ET, Keegan THM, McClure LA, Ford JM, Gomez SL. Differences in breast cancer subtype distribution exist among ethnic subgroups of Asian women in California. Abstract at San Antonio Breast Cancer Symposium, San Antonio, TX, December 10-14, 2008.

Telli ML, Kurian AW, Chang ET, Keegan THM, Ford JM, Gomez SL. Asian race and breast cancer subtypes: a study from the California Cancer Registry. Poster at 44th American Society for Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, May 30-June 3, 2008.

Invited speaker. Hepatitis B and liver cancer prevention in Asian/Pacific Islander Americans. Department of Epidemiology, Harvard School of Public Health, Boston, MA, April 1, 2008.

Ellen Chang, Sc.D.
07/19  |  Page 22

U.S. EXHIBIT 505.0185

Chen JJ, Bergin M, Chang ET, So SK. A model HBV catch-up immunization and education project in Qinghai, China. Workshop presentation at 42nd National Immunization Conference, Atlanta, GA, March 17-20, 2008.

Bergin M, Rao A, Chang ET, So SK. Motivating youth to take action in public health: 5th Annual Youth Leadership Conference on Asian and Pacific Islander Health. Poster at 42nd National Immunization Conference, Atlanta, GA, March 17-20, 2008.

Invited speaker. Integration of population sciences with clinical research. Cancer Clinical Trials Forum, Stanford University School of Medicine, Stanford, California, July 18, 2007.

Chang ET, Nguyen BH, So SK. Determinants of hepatitis B awareness and prevention in Chinese Americans. Poster and presentation at Stanford Cancer Center retreat, Menlo Park, CA, March 12, 2007.

Chang ET, Lin SY, So SK. The Jade Ribbon Campaign: Hepatitis B virus screening and education in Asian/Pacific Islander Americans. Presentation at 2006 National Asian American Pacific Islander Health Summit, San Jose, CA, September 15, 2006.

Chang ET, Canchola AJ, Lee VS, Clarke CA, Reynolds P, Horn-Ross PL, and the California Teachers Study Investigators. Wine and other alcohol consumption and risk of ovarian cancer in the California Teachers Study cohort. Abstract and poster at 2nd North American Congress of Epidemiology, Seattle, WA, June 21-24, 2006.

Invited speaker. The role of the Epstein-Barr virus in Hodgkin lymphoma. Viruses and Cancer Symposium, Harvard School of Public Health, Boston, MA, May 5, 2006.

Invited speaker. The changing racial/ethnic burden of liver cancer in the Greater San Francisco Bay Area. Greater Bay Area Cancer Registry Certified Tumor Registrars Meeting, Fremont, CA, April 5, 2006.

Invited speaker. The role of the Epstein-Barr virus in Hodgkin lymphoma. Department of Epidemiology, University of Michigan School of Public Health, Ann Arbor, MI, January 12, 2005.

Invited speaker. Department of Epidemiology, University of Washington School of Public Health and Community Medicine, and Seattle Epidemiologic Research and Information Center, Seattle, WA, August 17, 2004.

Levin LI, Lennette ET, Ambinder RF, Chang ET, Rubertone M, Mueller NE. Prediagnosis Epstein-Barr virus serologic patterns in relation to the molecular status of Hodgkin's lymphoma in young adults. Abstract and poster at American Association for Cancer Research International Conference on Molecular and Genetic Epidemiology of Cancer, Waikoloa, HI, January 18-23, 2003.

Chang ET, Ambinder RF, Weir EG, Borowitz M, Mann RB, Zheng T, Mueller NE. Inverse association between nursery school and Hodgkin's lymphoma, independent of EBV tumor status. Abstract and poster at 10th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, Cairns, Australia, July 16-21, 2002.

Levin LI, Lennette ET, Ambinder RF, Chang ET, Rubertone M, Mueller NE. Prediagnosis Epstein-Barr virus serologic patterns in EBV-positive and EBV-negative Hodgkin's lymphoma. Abstract and poster at 10th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, Cairns, Australia, July 16-21, 2002.

U.S. EXHIBIT 505.0186

Chang ET, Ambinder RF, Zheng T, Mueller NE. Inverse association between childhood history of nursery school and Hodgkin's lymphoma in a population-based case-control study. Leukemia & Lymphoma 2001; 42(Suppl 2): 39-40. Abstract and poster at 5th International Symposium on Hodgkin's Lymphoma, Cologne, Germany, September 22-25, 2001.

Chang ET, Ambinder RF, Zheng T, Mueller NE. Inverse association between aspirin use and Hodgkin's lymphoma in a population-based case-control study. Leukemia & Lymphoma 2001; 42(Suppl 2): 41. Abstract and poster at 5th International Symposium on Hodgkin's Lymphoma, Cologne, Germany, September 22-25, 2001.

Chang ET, Birmann B, Ambinder RF, Zheng T, Mueller NE. Serum sCD23 levels in Hodgkin's disease patients are higher in EBV genome-positive than EBV genome-negative cases. Abstract, poster, and presentation at 9th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, New Haven, Connecticut, June 22-27, 2000.

## Advisory Appointments

Steering Committee Member, Subcommittee on Application of Environmental Epidemiology for Risk Assessment and Decision Making, Health and Environmental Sciences Institute (HESI), 2019–present

Contributor, American Cancer Society *Cancer Facts & Figures*, 2014–2019

Member, Faculty of 1000 Medicine, 2007–2017

Steering Committee Member, California Teachers Study, 2007–2012

Scientific Member, Institutional Review Board, Cancer Prevention Institute of California, 2006–2012

Ad hoc member, ZRG1 PSE-P (02) M: NIH Special Emphasis Panel/Scientific Review Group for EPIC (Epidemiology of Cancer), March 2014

Ad hoc member, EPIC (Epidemiology of Cancer), NIH Population Sciences and Epidemiology Integrated Review Group, February and October 2010, June 2012

Ad hoc member, ZCA1 SRLB-3 (J1): NIH-Supported Centers for Population Health and Health Disparities Special Emphasis Panel, October 2009

Reviewer, Academia Sinica Investigator Award, 2009

## Peer Reviewer

Acta Oncologica

American Journal of Epidemiology

American Journal of Public Health

Annals of Epidemiology

Annals of Oncology

Ellen Chang, Sc.D.
07/19   |   Page 24

Blood

Breast Cancer Research

Cancer

Cancer Causes & Control

Cancer Epidemiology

Cancer Epidemiology, Biomarkers & Prevention

Cancer Research

Clinical Cancer Research

Critical Reviews in Toxicology

Environment International

Environmental Research

Epidemiology

European Journal of Epidemiology

Hepatology

International Journal of Cancer

JAMA

Journal of Medical Virology

Journal of the National Cancer Institute

Journal of the National Cancer Institute (JNCI) Cancer Spectrum

Leukemia Research

Molecular Carcinogenesis

Nutrition and Cancer

PLoS ONE

Risk Analysis

Social Science & Medicine

Ellen Chang, Sc.D.
07/19 | Page 25

U.S. EXHIBIT 505.0188

1
2
3
4
5
6
7
8
9
10
11
12
13

**TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.**

**EXHIBIT B:**

**SELECTED CHARACTERISTICS OF EPIDEMIOLOGICAL STUDIES OF FLUORIDE**

**EXPOSUE AND CHILD COGNITIVE OUTCOMES INCLUDED IN PRIOR META-**

**ANALYSES (TANG ET AL. 2008, CHOI ET AL. 2012, DUAN ET AL. 2018)**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Table 1. Selected characteristics of epidemiological studies of fluoride exposure and child cognitive outcomes included in prior meta-analyses (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018)**

| Author | Year | Source | Country | Study Design | Confounders Adjusted | High-Exposure Fluoride Level (Arithmetic or Geometric Mean ± SD, Median, or Range) |
|---|---|---|---|---|---|---|
| An J et al. | 1992 | Choi, Duan, Tang | China | Ecological cross-sectional | None | 5.2–7.6 mg/L water |
| Chen Y et al. | 1991 (trans. 2008) | Choi, Duan, Tang | China | Ecological cross-sectional | Sex (stratified) | 4.55 mg/L water |
| Eswar P et al. | 2011 | Duan | India | Ecological cross-sectional | None | 2.45 mg/L water |
| Fan Z et al. | 2007 | Choi, Duan, Tang | China | Cross-sectional | None | 3.15 mg/L water<br>2.89 ± 1.97 mg/L urine |
| Guo X et al. | 1991 (trans. 2008) | Choi, Tang | China | Ecological cross-sectional | None | 0.0298 mg/m³ indoor air (from coal burning)<br>0.5 mg/L water<br>0.1483 ± 0.0473 mg/L serum |
| Hong F et al. | 2001 (trans. 2008) | Choi, Duan, Tang | China | Ecological cross-sectional | Preschool education or parental education (stratified) | 2.90 mg/L water |
| Karimzade S et al. | 2014 | Duan | Iran | Ecological cross-sectional | None | 3.94 mg/L water |
| Li F et al. | 2009 | Choi | China | Cross-sectional | None | 2.336 ± 1.128 mg/L urine (from coal burning) |
| Li X et al. | 2010 | Choi | China | Cross-sectional | None | 2.47 ± 0.75 mg/L water |
| Li XS et al. | 1995 | Choi, Duan, Tang | China | Ecological cross-sectional | Age or sex (stratified) | 2.69 mg/L urine (from coal burning) |
| Li Y et al. | 1994 (trans. 2008) | Choi, Tang | China | Ecological cross-sectional | None | 0.02–0.51 mg/m³ air (from coal burning)<br>0.3 mg/L water |
| Li YP et al. | 2003 (trans. 2008) | Choi | Inner Mongolia/ China | Cross-sectional | Sex (stratified) | NR (58.19% with dental fluorosis) |

27

U.S. EXHIBIT 505.0028

| Author | Year | Source | Country | Study Design | Confounders Adjusted | High-Exposure Fluoride Level (Arithmetic or Geometric Mean ± SD, Median, or Range) |
|---|---|---|---|---|---|---|
| Lin FF et al. | 1991 | Choi | China | Ecological cross-sectional | None | 0.88 mg/L water (with deficient iodine) 2.56 mg/L urine |
| Lu Y et al. | 2000 | Choi, Duan, Tang | China | Cross-sectional | None | 3.15 ± 0.61 mg/L water 4.99 ± 2.57 mg/L urine |
| Mondal D et al. | 2016 | Duan | India | Ecological cross-sectional | None | 0.33–18.08 mg/L water 59.46% samples > 1.5 mg/L water 0.39–20.1 mg/L urine |
| Poureslami HR et al. | 2011 | Choi, Duan | Iran | Ecological cross-sectional | Sex (stratified) | 2.38 mg/L water |
| Ren D et al. | 1989 (trans. 2008) | Choi | China | Ecological cross-sectional | Sex (stratified) | NR |
| Sebastian and Sunitha | 2015 | Duan | India | Ecological cross-sectional | Age, sex, parental education, family income (adjusted) | 2.20 mg/L water |
| Seraj B et al. | 2006 | Choi, Duan | Iran | Ecological cross-sectional (based on abstract only) | None (based on abstract only) | 2.5 mg/L water |
| Seraj B et al. | 2012 | Duan | Iran | Ecological cross-sectional | None | 5.2 ± 1.1 mg/L |
| Sun M et al. | 1991 | Choi | China | Ecological cross-sectional | Age (stratified) | NR (99.51% with dental fluorosis) |
| Trivedi MH et al. | 2012 | Duan | India | Ecological cross-sectional | Sex (stratified) | 2.3 ± 0.87 mg/L water 2.69 ± 0.92 mg/L urine |
| Wang G et al. | 1996 (trans. 2008) | Choi, Duan, Tang | China | Ecological cross-sectional | None | > 1.0–8.6 mg/L water |
| Wang SX et al. | 2005 | Tang | China | Ecological cross-sectional | None | 8.31 ± 1.85 mg/L water 5.09 mg/L urine |
| Wang SX et al. | 2007 | Choi, Duan, Tang | China | Cross-sectional | None | 8.3 ± 1.9 mg/L water 5.1 ± 2.0 mg/L urine |
| Wang XH et al. | 2001 | Choi, Duan | China | Ecological cross-sectional | None | 2.97 mg/L water (with high iodine) |

28

1807950.000 – 7057

| Author | Year | Source | Country | Study Design | Confounders Adjusted | High-Exposure Fluoride Level (Arithmetic or Geometric Mean ± SD, Median, or Range) |
|---|---|---|---|---|---|---|
| | | | | | | 3.08 ± 1.03 mg/L urine |
| Wang ZH et al. | 2006 | Choi, Duan | China | Cross-sectional | None | 5.54 ± 3.88 mg/L water |
| | | | | | | 5.50 ± 2.40 mg/L urine |
| Xiang Q et al. | 2003a | Choi, Duan, Tang | China | Cross-sectional | Age, sex, family income, or parental education (stratified); urinary creatinine (adjusted) | 2.47 ± 0.79 mg/L water (stratified by 1.0–1.9, 2.0–2.9, 3.0–3.9, or > 3.9 mg/L) |
| | | | | | | 3.47 ± 1.95 mg/L urine |
| Xiang Q et al. | 2011 | Duan | China | Cross-sectional | Age, sex (adjusted) | 2.47 ± 0.79 mg/L water |
| | | | | | | 0.081 ± 0.019 mg/L serum |
| Xu Y et al. | 1994 | Choi, Duan, Tang | China | Ecological cross-sectional | None | 1.8 mg/L water |
| Yang Y et al. | 1994 (trans. 2008) | Choi | China | Ecological cross-sectional | None | 2.97 mg/L water (with high iodine) |
| | | | | | | 2.08 ± 1.03 mg/L urine |
| Yao L et al. | 1996 | Choi, Duan | China | Ecological cross-sectional | None | 2.0–11.0 mg/L water |
| Yao L et al. | 1997 | Choi, Duan, Tang | China | Ecological cross-sectional | Age (stratified) | 2.0 mg/L water |
| Zhang J et al. | 1998 | Choi, Duan, Tang | China | Ecological cross-sectional | Age (stratified) | 0.8 mg/L water |
| Zhang S et al. | 2015 | Duan | China | Cross-sectional | Age, sex, parental education, thyroid hormones (thyroxine, triiodothyronine, thyroid-stimulating hormone), drinking water fluoride (adjusted); genotype (stratified or interaction) | 1.40 mg/L water |
| | | | | | | 2.40 ± 1.01 mg/L urine |
| | | | | | | 0.18 ± 0.11 mg/L serum |
| Zhao LB et al. | 1996 | Choi, Duan, Tang | China | Ecological cross-sectional | Age, sex, or parental education (stratified) | 4.12 mg/L water |

29

U.S. EXHIBIT 505.0030

1
2
3
4
5
6
7
8
9
10
11

**TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.**

**EXHIBIT C:**

**KEY CHARACTERISTICS AND RESULTS OF ORIGINAL EPIDEMIOLOGICAL**

**STUDIES OF FLUORIDE EXPOSURE AND CHILD NEURODEVELOPMENTAL**

**OUTCOMES INCLUDED IN UPDATED SYSTEMATIC LITEREATURE REVIEW**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Table 2. Key characteristics and results of original epidemiological studies of fluoride exposure and child neurodevelopmental outcomes included in updated systematic literature review

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Aggeborn and Ohman | 2017 | Ref list | Sweden | Ecological retrospective | Residents of Sweden born in 1985–1992 (born 1987–1992 for national math test data; males born 1985–1987 for psychologist assessment data; males only for cognitive test data), identified in national registers at age 16 y or older, with complete residential history tracked through linkage with mother's address; "It should be noted that the fluoride level is constant back in time because the bedrock has not changed"; followed 1985–2014; missing/inconsistent data exclusions NR, complete participation (registry linkage) | 0 to 16 y, 18–20 y, or up to 29 y | 51,322 cognitive ability  41,730 non-cognitive ability  337,404 math test score  415,341 annual income  475,414 employment status | Drinking water in small area(s) of residence at 0–16 y (weighted average; ~750 residents per small area in 2011, 9,000 small areas in Sweden) | Drinking water fluoride (ppm): mean = 0.353, overall SD = 0.325, between-municipality SD = 0.295, within-municipality SD = 0.189, range = 0–4  Fluoride in municipal water potentially reduced by water treatment authorities if > 1.5 ppm | Cognitive ability test at military conscription (18–20 y) including verbal, spatial, logical, and technical knowledge subtests, scored 1–9 overall: mean = 5.02, SD = 1.93; "A Stanine point roughly equals 6-8 IQ points."  Non-cognitive ability assessment at military conscription (18–20 y) by psychologist during half-hour interview to evaluate ability to function in a war scenario, scored 1–9: mean = 4.75, SD = 1.82  National math test at 16 y (points): mean = 26.19, SD = 8.57  Annual income in 2014 (SEK): mean = 164,173, SD = 134,308  Employment in 2014 (1 if worked ≥1 hour/week): mean = 70%, SD = 46%  Correlation between cognitive and non-cognitive tests: ρ = 0.43 | Marital status, education, paternal education, paternal income, paternal cognitive ability, paternal non-cognitive ability, paternal immigrant status, maternal education, maternal income, maternal immigrant status, gender (small dataset only) | Change in cognitive score (points) per 0.1 mg/L drinking water fluoride: β = 0.0073, SD = 0.0039, 0.05 ≤ p < 0.10 β = 0.0035, SD = 0.0050, p ≥ 0.10, resided in same small area for ages 0–16 y **β = 0.0231, SD = 0.0081, p < 0.01, moved only within municipality**  Change in non-cognitive score (points) per 0.1 mg/L drinking water fluoride: β = 0.0087, SD = 0.0067, p ≥ 0.10, resided in same small area for ages 0–16 y **β = 0.0347, SD = 0.0150, p < 0.05, moved only within municipality**  Change in math test score (points) per 0.1 mg/L drinking water fluoride: β = −0.0110, SD = 0.0136, p ≥ 0.10 β = −0.0208, SD = 0.0132, p ≥ 0.10, resided in same small area for ages 0–16 y β = −0.0180, SD = 0.0237, p ≥ 0.10, moved only within municipality  Change in income (log SEK) per 0.1 mg/L drinking water fluoride: **β = 0.0040, SD = 0.0010, p < 0.01** β = 0.0026, SD = 0.0016, p ≥ 0.10, resided in same small area for ages 0–16 y β = 0.0029, SD = 0.0031, p ≥ 0.10, moved only within municipality  Change in employment status (%) per 0.1 mg/L drinking water fluoride: **β = 0.0012, SD = 0.0005, p < 0.05** β = 0.0005, SD = 0.0007, p ≥ 0.10, resided in same small area for ages 0–16 y β = 0.0000, SD = 0.0013, p ≥ 0.10, moved only within municipality |

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aravind et al. | 2016 | PubMed | India | Ecological cross-sectional | Government school students who were permanent residents of 3 villages with different natural fluoride levels in drinking water (in Karnataka state: Virajpet = low, Banavara = medium, Mastihalli = high) and who consumed drinking water from a single source, excluding children with psychiatric disorders and defective audio, speech, or visual activity; August-October 2014; participation rates NR | 10–12 y | 96 high-fluoride 96 medium-fluoride 96 low-fluoride | Drinking water in village of residence | High fluoride: > 2 ppm Medium fluoride: 1.2–2 ppm Low fluoride: < 1.2 ppm | Raven's Standard Progressive Matrices 25/288 (9%) "below average" (59% high-fluoride, 0% medium-fluoride, 16% low-fluoride) | Sex (stratified) | High exposure (> 2 ppm): mean IQ = 31.59, SD = 16.81 Medium exposure (1.2–2 ppm): mean IQ = 56.68, SD = 14.51 Low exposure (< 1.2 ppm): mean IQ = 41.03, SD = 16.36; **p = 0.0001** Similar results by sex IQ ≥ 95% (intellectually superior): 0% high vs. 0% medium vs. 0% low IQ > 75–< 95% (definitely above average): 0% high vs. 8.3% medium vs. 3.12% low IQ > 25–≤ 75% (intellectually average): 40.62% high vs. 81.25% medium vs. 81.25% low IQ > 5–≤ 25% (definitely below average): 59.37% high vs. 0% medium vs. 15.6% low IQ ≤ 5% (intellectually impaired): 0% high vs. 0% medium vs. 0% low; **p = 0.0001** |
| Asawa et al. | 2014 | Ref list | India | Cross-sectional | Schoolchildren born and raised in Kutch District, Gujarat, India, a coastal fishing community with high fluoride levels, excluding children with current or past genetic, congenital, or acquired diseases related to nervous system; January–February 2013; participation rates NR | 8–10 y | 303 | Dental fluorosis, classified using Dean's index | Fluorosis grade: Normal: 30 (9.9%) Questionable: 13 (4.3%) Very mild: 30 (9.9%) Mild: 72 (23.8%) Moderate: 65 (21.5%) Severe: 93 (30.7%) (1 excluded) | Seguin Form Board Test, 3 trials Average time: mean = 30.64, SD = 4.97 Shortest time: mean = 29.10, SD = 5.37 Total time: mean = 91.98, SD = 14.99 | None (Multivariate model includes fluorosis, socioeconomic status, educational status, and body mass index, but does not provide an adjusted estimate for fluorosis) | Mean ± SD score for average time (seconds) by fluorosis grade: Normal: 27.30 ± 7.39 Questionable: 28.69 ± 6.04 Very mild: 27.35 ± 6.18 Mild: 25.75 ± 6.56 Moderate: 27.16 ± 6.28 Severe: 29.56 ± 6.67 **p = 0.001** Linear regression for change in average time (seconds) by fluorosis grade: Fluorosis only: r = 0.122, $r^2$ = 0.016, **p < 0.001** Fluorosis + all covariates: r = 0.248, $r^2$ = 0.066, **p < 0.001** |

91

U.S. EXHIBIT 505.0092

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bai et al. | 2014 | Ref list | China | Cross-sectional (abstract only, except for numbers from tables) | Schoolchildren living in areas seriously or lightly affected or unaffected by arsenism and fluorosis from coal burning in southern Shaanxi, China; 2011–2012; participation rates NR in abstract | 8–12 y | 487<br><br>162 high-fluoride/arsenic<br>161 medium-fluoride/arsenic<br>164 low-fluoride/arsenic | [Spot] urine | Median urinary fluoride (mg/L):<br>Seriously affected area: 1.96<br>Lightly affected area: 0.81<br>Unaffected area: 0.54<br><br>Median urinary arsenic (μg/L):<br>Seriously affected area: 23<br>Lightly affected area: 19<br>Unaffected area: 18 | Combined Raven's Test, 2nd edition<br><br>≥ 130 (outstanding): 2.9%<br>120–129 (excellent): 10.1%<br>110–119 (high average): 23.4%<br>90–109 (average): 51.3%<br>80–89 (low average): 9.5%<br>70–79 (borderline): 2.3%<br>≤ 69 (impaired): 0.6% | None | IQ score by area:<br>Seriously affected: mean = 101.22, SD = 15.97<br>Lightly affected: mean = 104.83, SD = 12.78<br>Unaffected: mean = 107.92, SD = 13.62<br><br>IQ grade in seriously affected, lightly affected, and unaffected areas, respectively:<br>Outstanding: 1.2% vs. 1.2% vs. 6.1%<br>Excellent: 6.8% vs. 11.2% vs. 12.2%<br>High average: 21.6% vs. 24.7% vs. 24.1%<br>Average: 50.6% vs. 52.8% vs. 50.6%<br>Low average: 14.8% vs. 6.8% vs. 6.7%<br>Borderline: 3.7% vs. 2.5% vs. 0.6%<br>Impaired: 1.2% vs. 0.6% vs. 0.0%<br>**p < 0.01**<br><br>IQ score and urinary fluoride: Spearman **ρ = −0.560, p < 0.05**<br>IQ score and urinary arsenic: Spearman **ρ = −0.353, p < 0.05** |

1807950.000 – 7057

U.S. EXHIBIT 505.0093

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barberio et al. | 2017 | PubMed | Canada | Cross-sectional | Child participants in cycles 2 and 3 of the Canadian Health Measures Survey, a cross-sectional survey of a nationally representative sample of Canadians living in private households in 10 provinces, representing ~96% of target population; 2009–2011 (cycle 2) and 2012–2013 (cycle 3): 54.4% participation in cycle 2, 55.6% participation in cycle 3 urine sub-samples<br><br>Constrained subsample for cycle 2: attended a fluoridated data collection site, identified tap water as primary drinking water source, and lived in current home for ≥ 3 y; constrained subsample for Cycle 3: attended a fluoridated data collection site, reported using fluoride-containing dental products at home, and ever received fluoride treatments at dentist | 3–12 y (2016 thesis includes ages 3–79 y; results not shown here) | 1,120 cycle 2 (273 constrained) 1,101 cycle 3 (294 constrained) | Spot urine (with or without adjustment for creatinine or specific gravity)<br><br>Tap water at home (cycle 3 only) | Urinary fluoride (μmol/L): Cycle 2 mean = 32.06, 95% CI = 29.65–34.46 Cycle 2 constrained mean = 39.39, 95% CI = 35.63–43.16 Cycle 3 mean = 26.17, 95% CI = 22.57–29.76 Cycle 3 constrained mean = 30.01, 95% CI = 24.77–35.25<br><br>Creatinine-adjusted urinary fluoride (μmol/mmol): Cycle 2 mean = 4.50, 95% CI = 4.09–4.91 Cycle 2 constrained mean = 5.12, 95% CI = 4.26–5.98 Cycle 3 mean = 4.23, 95% CI = 3.50–4.97 Cycle 3 constrained mean = 4.87, 95% CI = 3.48–6.27<br><br>Specific-gravity-adjusted urinary fluoride (μmol/L): Cycle 2 mean = 37.78, 95% CI = 34.78–40.79 Cycle 2 constrained mean = 43.46, 95% CI = 39.19–47.81 Cycle 3 mean = 34.25, 95% CI = 29.00–39.50 Cycle 3 constrained mean = 40.71, 95% CI = 32.66–48.75<br><br>Tap water fluoride (mg/L) Cycle 3 mean = 0.23, 95% CI = 0.15–0.32 Cycle 3 constrained mean = 0.36, 95% CI = 0.23–0.49 | Current diagnosis of a learning disability, parent-reported (or self-reported at age 12 y)<br><br>Further reported as ADD without hyperactivity, ADHD, dyslexia, or other (cycle 2 only)<br><br>Prevalence of currently diagnosed learning disability: 7.58%, 95% CI = 4.80–10.37% in cycle 2; 3.78%, 95% CI = 1.34–6.23% in cycle 3<br><br>Prevalence of ADD: 1.75%, 95% CI = 0.58–2.92% in cycle 2 Prevalence of ADHD: 2.46%, 95% CI = 0.50–4.41% in cycle 2<br><br>Health Utility Index Mark 3 cognitive dimension (ages ≥ 6 y; cycle 2 only; results shown for all ages only in 2016 thesis) | Age, sex, household income adequacy, highest attained education in household | Learning disability: OR per μmol/L urinary fluoride, cycle 2 = 1.01, 95% CI = 0.99–1.04 OR per μmol/L urinary fluoride, cycle 3 = 1.02, 95% CI = 0.99–1.04 OR per μmol/L urinary fluoride, cycles 2 & 3 = **1.02, 95% CI = 1.00–1.03** OR per μmol/L urinary fluoride, constrained cycles 2 & 3 = **1.02, 95% CI = 1.00–1.04**<br><br>OR per μmol/mmol creatinine-adjusted urinary fluoride, cycle 2 = 1.04, 95% CI = 0.95–1.15 OR per μmol/mmol creatinine-adjusted urinary fluoride, cycle 3 = 1.03, 95% CI = 0.86–1.23 OR per μmol/mmol creatinine-adjusted urinary fluoride, cycles 2 & 3 = 1.04, 95% CI = 0.98–1.10 OR per μmol/mmol creatinine-adjusted urinary fluoride, constrained cycles 2 & 3 = 1.04, 95% CI = 0.97–1.12<br><br>OR per μmol/L specific-gravity-adjusted urinary fluoride, cycle 2 = 1.01, 95% CI = 0.99–1.02 OR per μmol/L specific-gravity-adjusted urinary fluoride, cycle 3 = 1.01, 95% CI = 0.99–1.03 OR per μmol/L specific-gravity-adjusted urinary fluoride, cycles 2 & 3 = 1.01, 95% CI = 1.00–1.02 OR per μmol/L specific-gravity-adjusted urinary fluoride, constrained cycles 2 & 3 = 1.01, 95% CI = 1.00–1.02<br><br>OR per mg/L tap water fluoride, cycle 3 = 0.88, 95% CI = 0.068–11.33 |

1807950.000 – 7057

U.S. EXHIBIT 505.0094

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|----------------------|---------|
| Barberio et al. | 2017 | " | " | " | " | " | " | " | " | " | " | ADHD, cycle 2: OR per $\mu$mol/L urinary fluoride = 1.02, 95% CI = 0.97–1.09<br><br>OR per $\mu$mol/mmol creatinine-adjusted urinary fluoride 1.01, 95% CI = 0.85–1.21<br><br>OR per $\mu$mol/L specific-gravity-adjusted urinary fluoride = 1.01, 95% CI = 0.96–1.06<br><br>ADD, cycle 2: OR per $\mu$mol/L urinary fluoride = 0.99, 95% CI: 0.93–1.05<br><br>OR per $\mu$mol/mmol creatinine-adjusted urinary fluoride = 0.79, 95% CI = 0.59–1.06<br><br>OR per $\mu$mol/L specific-gravity-adjusted urinary fluoride = 0.98, 95% CI = 0.94–1.03 |

1807950.000 – 7057

U.S. EXHIBIT 505.0095

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bashash et al. | 2017 | PubMed | Mexico | Prospective birth cohort (some cross-sectional) | Mother-child pairs in 2 (of 4) cohorts from 3 hospitals in Mexico City, Mexico, that serve low-to-moderate-income families; cohort 2A = observational study of prenatal lead and neurodevelopment in women pregnant or planning to become pregnant; cohort 3 = randomized trial of calcium supplementation and blood lead in pregnant women; eligible if recruited at ≤ 14 weeks' gestation, planning to stay in Mexico City study area for ≥ 5 y, with no history of psychiatric disorders, high-risk pregnancies, or gestational diabetes, no current use of daily alcohol, illegal drugs, or continuous prescription drugs, no diagnosis of preeclampsia, renal disease (but "not screened for renal problems that could potentially affect the urinary fluoride levels," per Thomas et al. 2016), circulatory disease, hypertension, or seizure during index pregnancy; recruited May 1997–July 1999 (cohort 2A) or 2001–2003 (cohort 3); participation rates NR<br><br>Of 971 mothers aged ≥ 18 y, 825 had sufficient urine, 515 had urine creatinine, 512 had non-outlier values, 312 had offspring with General Cognitive Index and 234 had offspring with IQ, and 287 (30% of eligible) and 211 (22% of eligible), respectively, had complete covariate data (more likely to be female than those without outcome and covariate data) | Prenatal to 4 y for General Cognitive Index<br><br>Prenatal to 6–12 y for IQ | 211 with IQ<br><br>287 with General Cognitive Index<br><br>199 with both, 299 with either | Early morning, non-fasting second void prenatal maternal urine, averaged over trimesters 1, 2, and 3, adjusted for creatinine<br><br>(General Cognitive Index analysis: 49% with 1 sample, 42% with 2 samples, 9% with 3 samples<br><br>IQ analysis: 56% with 1, 39% with 2, 5% with 3)<br><br>Spot child urine at 6–12 y, adjusted for specific gravity<br><br>Prenatal maternal plasma fluoride measured, not used | Maternal urinary fluoride, creatinine-adjusted (mg/L): General Cognitive Index analysis: mean = 0.90, SD = 0.36, median = 0.84, IQR = 0.65–1.11, range = 0.23–2.36<br>IQ analysis: mean = 0.89, SD = 0.36, median = 0.82, IQR = 0.64–1.07, range = 0.23–2.14<br><br>Overall mean with creatinine adjustment = 0.91 mg/L, without adjustment = 0.85 mg/L<br>Intraclass correlation coefficient by trimester = 0.25<br><br>Child urinary fluoride, specific-gravity-adjusted (mg/L): IQ analysis: mean = 0.82, SD = 0.38, median = 0.73, IQR = 0.54–1.01, range = 0.18–2.8<br><br>Spearman ρ = 0.54, p = 0.44 for maternal and child urinary fluoride<br>Spearman ρ = −0.24 to 0.29, most p > 0.05 for maternal urinary and plasma fluoride by trimester (overall mean plasma fluoride = 0.221 mg/L)<br><br>Sources: fluoridated salt (250 ppm) and naturally occurring fluoride in drinking water (possible range: 0.15–1.38 mg/L; NR for | General Cognitive Index from McCarthy Scales of Children's Abilities, Spanish translation, at 4 y<br><br>Mean = 96.88, SD = 14.28, median = 96, IQR = 88–107, range = 50–125<br><br>Wechsler Abbreviated Scale of Intelligence, Spanish version, at 6–12 y<br><br>Mean = 95.98, SD = 11.11, median = 96, IQR = 88–107, range = 67–131 | Child's gestational age, birth weight, birth order, sex, and age at test; maternal marital status, smoking history, age at delivery, IQ, and education; study cohort<br><br>Sensitivity analyses in subsets with data: HOME score (after 2003), child urinary fluoride at 6–12, family possession score, maternal patella bone lead at 1 month postpartum, average maternal blood mercury during pregnancy, IQ test psychologist | Change in General Cognitive Index per 0.5 mg/L creatinine-adjusted maternal urinary fluoride:<br>**β = −3.15, 95% CI = −5.42, −0.87** (linear; Figure 2)<br>< 10% change in β in sensitivity analyses of additional confounders<br><br>Change in IQ per 0.5 mg/L creatinine-adjusted maternal urinary fluoride:<br>**β = −2.50, 95% CI = −4.12, −0.59** (non-linear with no association < ~0.8 mg/L; Figure 3A)<br>< 10% change in β in sensitivity analyses of additional confounders<br>β = −1.79, 95% CI = −3.80, 0.22 in subset with child urinary fluoride data (n = 189), unadjusted<br>β = −1.73, 95% CI = −3.75, 0.29 in subset with child urinary fluoride data, adjusted (non-linear with no association < ~1.0 mg/L; Figure 3B)<br><br>Change in IQ per 0.5 mg/L specific-gravity-adjusted child urinary fluoride (cross-sectional):<br>β = −0.89, 95% CI = −2.63, 0.85 unadjusted for maternal urinary fluoride<br>β = −0.77, 95% CI = −2.53, 0.99 adjusted for maternal urinary fluoride |

95

U.S. EXHIBIT 505.0096

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | | | | | public water supply) | | | |
| | | | | | | | | | Some exposure information from Thomas et al. 2016 | | | |

1807950.000 – 7057

U.S. EXHIBIT 505.0097

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bashash et al. | 2018 | PubMed | Mexico | Prospective birth cohort | Same as Bashash et al. 2017: Mother-child pairs in 2 (of 4) cohorts from 3 hospitals in Mexico City, Mexico, that serve low-to-moderate-income families; cohort 2A = observational study of prenatal lead and neurodevelopment in women pregnant or planning to become pregnant; cohort 3 = randomized trial of calcium supplementation and blood lead in pregnant women; eligible if recruited at ≤ 14 weeks' gestation, with no history of psychiatric disorders, no current use of daily alcohol, illegal drugs, or continuous prescription drugs, no diagnosis of high-risk pregnancy, gestational diabetes, preeclampsia, renal disease (but "not screened for renal problems that could potentially affect the urinary fluoride levels"), circulatory disease, hypertension, or seizure during index pregnancy; recruited 1997–1999 (cohort 2A) or 2001–2003 (cohort 3); participation rates NR

Of 997 mothers, 509 had urine creatinine and fluoride, 223 had offspring with Conners' Continuous Rating Scale - Revised and 225 had offspring with Conners' Continuous Performance Test II, and 210 (21% of eligible) and 210 (21% of eligible), respectively, had complete covariate data (excluding 3 outliers) | Prenatal to 6–12 y | 210 with Conners' Continuous Rating Scale - Revised

210 with Conners' Continuous Performance Test II

206 with both, 214 with either | Early morning, non-fasting second void prenatal maternal urine, averaged over trimesters 1, 2, and 3, adjusted for creatinine

(82% trimester 1, 37% trimester 2, 29% trimester 3; 57% with 1 sample, 36% with 2 samples, 7% with 3 samples)

Prenatal maternal plasma and child urine (not analyzed in association with ADHD/ADD) | Maternal urinary fluoride, creatinine-adjusted (mg/L): Mean = 0.85, 95% CI = 0.81–0.90

Overall mean with creatinine adjustment = 0.91 mg/L, without adjustment = 0.85 mg/L

Intraclass correlation coefficient by trimester = 0.25

Sources: fluoridated salt (250 ppm) and naturally occurring fluoride in drinking water (possible range: 0.15–1.38 mg/L; NR for public water supply)

Some exposure information from Thomas et al. 2016 | Conners' Continuous Rating Scale - Revised, Spanish version:

3 ADHD scales corresponding with Diagnostic and Statistical Manual of Mental Disorders - 4th edition (DSM-IV) criteria for ADHD: DSM-IV Inattention Index, DSM-IV Hyperactive-Impulsive Index, and DSM-IV Total Index (sum)

2 behavioral problems (of 7 measured): Cognitive Problems/Inattention, Hyperactivity

2 index scores (of 4 measured): ADHD, Restless-Impulsive

Conners' Continuous Performance Test II:

3 measures of sustained attention and inhibitory control: errors of omission, errors of commission, hit reaction time (response latency)

All measures standardized for age and sex with mean = 50, SD = 10; all observed means and 95% CIs within average range of 50 ± 10 | Child's gestational age, birth order, sex, age at test, and family possession score; maternal marital status, smoking history, age at delivery, and education; study cohort

Sensitivity analyses in subsets with data: HOME score, child specific-gravity-adjusted urinary fluoride at 6–12 , maternal bone lead, maternal blood mercury | Change per 0.5 mg/L creatinine-adjusted maternal urinary fluoride:
Cognitive Problems/Inattention: **β = 2.54, 95% CI = 0.44, 4.63** (nonlinear with plateau > ~1.0 mg/L in Figure 2; downturn > ~1.5 mg/L in Figure A1A)
Restless-Impulsive: β = 1.92, 95% CI = −0.07, 3.91
Hyperactivity: β = 1.05, 95% CI = −0.91, 3.00
ADHD Index: **β = 2.47, 95% CI = 0.43, 4.50** (linear in Figure 2; downturn > ~1.5 mg/L in Figure S1A)
DSM-IV Inattention: **β = 2.84, 95% CI = 0.84, 4.84** (nonlinear with plateau > ~1.0 mg/L in Figure 2; downturn > ~1.5 mg/L in Figure S1A)
DSM-IV Hyperactivity-Impulsivity: β = 1.69, 95% CI = −0.33, 3.70
DSM-IV ADHD Total: **β = 2.38, 95% CI = 0.42, 4.34** (linear in Figure 2; downturn > ~1.5 mg/L in Figure S1A)

Omission errors: β = 0.22, 95% CI = −2.30, 2.74
Commission errors: β = −0.43, 95% CI = −2.38, 1.51
Hit reaction time: β = 1.07, 95% CI = −1.19, 3.32

Adjustment for additional confounders "did not appreciably change the results for the [Conners' Continuous Rating Scale - Revised] scores" (results NR for subsets without adjustment, precluding evaluation of % change in β estimate); no significant interaction with sex |

U.S. EXHIBIT 505.0098

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Broadbent et al. | 2015 | PubMed | New Zealand | Prospective cohort | Children born consecutively in 1 calendar year in Dunedin, New Zealand, identified at age 3 y, with follow-up assessments at 5, 7, 9, 11, 13, 15, 18, 21, 26, 32, and 38 y; born April 1, 1972–March 31, 1973; 91% of eligible births enrolled, 95.4% follow-up at age 38 y | 5 y to 7–13 y and 38 y | 992 with child IQ<br><br>942 with adult IQ | Use of 0.5-mg fluoride tablets by age 5 y (ever or never), parent-reported<br><br>Use of fluoridated toothpaste at age 5 y (always, sometimes, never, or unknown), parent-reported<br><br>Residence in an area with community water fluoridation (0.7–1.0 ppm) or without fluoridation (0.0–0.3 ppm) at residential address at age 5 y (or 3 y if unavailable) | Child IQ cohort: 891 (90%) lived in community water fluoridation area (0.7–1.0 ppm vs. 0.0–0.3 ppm without fluoridation) at age 5 y (or 3 y)<br>634 (64%) always used fluoridated toothpaste at age 5 y, 240 (24.2%) sometimes 139 (14%) ever used fluoride tablets by age 5 y<br><br>Adult IQ cohort: 847 (90%) lived in community water fluoridation area at age 5 y (or 3 y) 608 (65%) always used fluoridated toothpaste at age 5 y, 217 (24.2%) sometimes 136 (14%) ever used fluoride tablets by age 5 y | Wechsler Intelligence Scale for Children–Revised: averaged over ages 7, 9, 11, and 13 y and standardized<br><br>Mean ± SD = 100.0 ± 15.1 for residents of fluoridated area by age 5 y, 99.8 ± 14.5 for non-residents<br><br>Subtest scores: Verbal Comprehension Index, Perceptual Reasoning Index, Working Memory Index, Processing Speed Index<br><br>Wechsler Adult Intelligence Scale-4th Edition: age 38 y<br><br>Mean ± SD = 100.2 ± 15.1 for residents of fluoridated area by age 5 y, 98.1 ± 14.4 for non-residents<br><br>Standardized to population norms (mean = 100, SD = 15) | Sex, childhood socioeconomic status, low birth weight, breastfeeding<br><br>Associations with adult IQ also adjusted for educational achievements | Change in child IQ at 7–13 y: Residence in area with community water fluoridation: β = −0.14, 95% CI = −3.49, 3.20 Always use of fluoride toothpaste: β = 0.83, 95% CI = −0.96, 2.63 Ever use of fluoride tablets: β = −0.25, 95% CI = −3.18, 2.68<br><br>Change in adult IQ at 38 y: Residence in area with community water fluoridation: **β = 3.00, 95% CI = 0.02, 5.98** Always use of fluoride toothpaste: β = 0.19, 95% CI = −1.42, 1.80 Ever use of fluoride tablets: β = 1.61, 95% CI = −0.97, 4.19<br><br>No significant association of childhood community water fluoridation, fluoride toothpaste use, or fluoride tablet use with [child] IQ subtest scores<br><br>No significant interaction with breastfeeding |
| Calderón et al. | 2000 | Ref list | Mexico | Cross-sectional | Children in San Luis Potosí, Mexico, where > 90% of children have "some degree of dental fluorosis"<br><br>Quantitative results from Expert Report of Jacqueline Calderon Hernández, Ph.D. | 6–8 y | 61 | Spot urine, creatinine-adjusted<br><br>Tap water (not analyzed in association with cognitive outcomes) | Tap water fluoride (mg/L): range = 1.2–3<br><br>Urinary fluoride (mg/g creatinine): mean = 4.3, range = 1.6–10.8<br><br>Blood lead (μg/dL): mean = 6.2, range = 2.0–15.6 | Wechsler Intelligence Scale for Children, Revised Mexican Version<br><br>Rey-Osterreith complex figure test<br><br>Continuous Performance Test | NR ("significant confounders") | Adjusted [partial] correlation for change per unit increase in urinary fluoride: Reaction time: **r = 0.28, p = 0.04**<br><br>Visuospatial organization: **r = −0.27, p = 0.05**<br><br>IQ: r = NR, p ≥ 0.05 |

98

U.S. EXHIBIT 505.0099

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|-------------|------------------|-----|---|---------------------|-----------------|--------------------|---------------------|---------|
| Chang et al. | 2017 | Ref list | China | Prospective | Infants born to pregnant women with coal-burning fluorosis or full-term infants born to "normal healthy" pregnant women, Henan, China; study dates and participation rates NR | 3–12 months | 118 | Maternal dental fluorosis | Coal-burning dental fluorosis: n = 68 mothers (58%) with fluorosis n = 50 mothers (42%) without fluorosis | Standardized infants' Mental Development Index and Psychomotor Development Index at 3, 6, 9, and 12 months | Age (stratified) No significant difference in maternal age or gestational age | Mental Development Index at 3 months, mean ± SD: Maternal fluorosis: 95.38 ± 10.25 No maternal fluorosis: 103.42 ± 12.48, **p < 0.05** Mental Development Index at 6 months, mean ± SD: Maternal fluorosis: 102.63 ± 8.95 No maternal fluorosis: 108.96 ± 10.44, **p < 0.05** Mental Development Index at 9 months, mean ± SD: Maternal fluorosis: 106.52 ± 5.84 No maternal fluorosis: 114.72 ± 8.33, **p < 0.05** Mental Development Index at 12 months, mean ± SD: Maternal fluorosis: 110.39 ± 7.58 No maternal fluorosis: 116.34 ± 8.09, **p < 0.05** Psychomotor Development Index at 3 months, mean ± SD: Maternal fluorosis: 98.74 ± 7.22 No maternal fluorosis: 105.45 ± 9.47, **p < 0.05** Psychomotor Development Index at 6 months, mean ± SD: Maternal fluorosis: 101.56 ± 6.40 No maternal fluorosis: 108.45 ± 8.35, **p < 0.05** Psychomotor Development Index at 9 months, mean ± SD: Maternal fluorosis: 104.26 ± 4.58 No maternal fluorosis: 108.32 ± 9.46, **p < 0.05** Psychomotor Development Index at 12 months, mean ± SD: Maternal fluorosis: 104.39 ± 6.57 No maternal fluorosis: 110.28 ± 7.05, **p < 0.05** |

1807950.000 – 7057

U.S. EXHIBIT 505.0100

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Choi et al. | 2015 | PubMed | China | Cross-sectional ("pilot") | First-grade children at Primary School of Sunshui Village, Mianning County, southern Sichuan, China, an area with widely ranging but "very stable fluoride levels" in drinking water, excluding those with a chronic or acute disease that might affect neurobehavioral function tests; 2011; participation rate NR | 6–8 y | 51 | First-morning urine, collected after drinking 330 mL fluoride-free water the prior night following emptying bladder and before bedtime, with no other water sources in intervening time<br><br>Drinking water in community of residence from pregnancy onward<br><br>Dental fluorosis, classified using Dean's Index | Urinary fluoride (mg/L): geometric mean = 1.64, IQR = 1.10–2.64, range = 0.22–5.84<br><br>Water fluoride (mg/L): geometric mean = 2.20, IQR = 1.57–3.63, range = 1.0–4.07<br><br>$p = 0.66$, $p < 0.001$ for urinary and water fluoride<br><br>Dental fluorosis score: 19% normal/questionable 21% very mild/mild 60% moderate/severe<br><br>"Apart from seasonal changes, the well-water fluoride concentrations have remained the same over the years, and the residents generally consistently use the same source for their drinking water needs. Well-water fluoride concentrations of the mother's residence during pregnancy and onwards were therefore used to characterize a child's lifetime exposure." | Wide Range Assessment of Memory and Learning: Finger Windows, Design Memory, and Visual Learning subtests<br><br>Mean ± SD = 9.96 ± 3.1, 18.9 ± 6.0, and 13.3 ± 6.7 (total), respectively<br><br>Wechsler Intelligence Scale for Children–Revised : digit span and block design<br><br>Mean ± SD = 10.7 ± 2.7 (total) and 2.62 ± 1.1, respectively<br><br>Wide Range Assessment of Visual Motor Ability: Drawing subtest<br><br>Mean ± SD = 12.9 ± 2.5<br><br>Finger tapping task: preferred hand, non-preferred hand<br><br>Mean ± SD = 30.6 ± 5.0 and 28.0 ± 4.2, respectively<br><br>Grooved pegboard task: dominant hand, non-dominant hand<br><br>$\log_{10}$ mean ± SD = 2.0 ± 0.1 and 2.1 ± 0.1, respectively<br><br>Age-adjusted raw scores (Chinese norms not available) | Child's sex, age, parity, illness before age 3 y, household income in last year, caretaker's age, caretaker's education | Change per unit increase in $\log_{10}$ urinary fluoride:<br>Finger Windows: β = −0.84, 95% CI = −4.59, 2.92<br>Visual Learning total: β = −2.11, 95% CI = −9.34, 5.12<br>Visual Learning delay: β = −0.39, 95% CI = −3.82, 3.04<br>Visual Learning difference: β = 0.62, 95% CI = −1.57, 2.80<br>Design Memory: β = 3.48, 95% CI = −4.13, 11.1<br>Squareroot block design: β = 0.09, 95% CI = −1.38, 1.56<br>Digit span forward: β = −0.82, 95% CI = −3.29, 1.65<br>Digit span backward: β = −0.85, 95% CI = −2.92, 1.22<br>Digit span total: β = −1.67, 95% CI = −5.46, 2.12<br>Drawing: β = 0.90, 95% CI = −2.09, 3.89<br>Finger tapping preferred hand: β = 0.85, 95% CI = −5.0, 6.71<br>Finger tapping non-preferred hand: β = 0.45, 95% CI = −4.81, 5.70<br>Grooved pegboard $\log_{10}$ dominant hand: β = 0.17, 95% CI = −0.06, 0.29<br>Grooved pegboard $\log_{10}$ non-dominant hand: β = 0.03, 95% CI = −0.09, 0.14<br><br>Change per unit increase in $\log_{10}$ drinking water fluoride:<br>Finger Windows: β = 1.46, 95% CI = −3.81, 6.74<br>Visual Learning total: β = 0.92, 95% CI = −9.30, 11.1<br>Visual Learning delay: β = 0.53, 95% CI = −4.30, 5.35<br>Visual Learning difference: β = −0.44, 95% CI = −3.52, 2.65<br>Design Memory: β = 4.81, 95% CI = −5.90, 15.5<br>Squareroot block design: β = 1.10, 95% CI = −0.94, 3.14<br>Digit span forward: β = −0.95, 95% CI = −4.44, 2.53<br>Digit span backward: β = −0.44, 95% CI = −3.37, 2.50<br>Digit span total: β = −1.39, 95% CI = −6.76, 3.98<br>Drawing: β = 1.02, 95% CI = −3.19, 5.24<br>Finger tapping preferred hand: β = 1.23, 95% CI = −7.01, 9.46<br>Finger tapping non-preferred hand: β = 5.03, 95% CI = −2.17, 12.2 |

100

U.S. EXHIBIT 505.0101

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|----------------------|---------|
| | | | | | | | | | | | | Grooved pegboard $\log_{10}$ dominant hand: $\beta$ = 0.07, 95% CI = −0.11, 0.25 |
| | | | | | | | | | | | | Grooved pegboard $\log_{10}$ non-dominant hand: $\beta$ = −0.02, 95% CI = −0.18, 0.14 |

1807950.000 – 7057

U.S. EXHIBIT 505.0102

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Choi et al. | 2015 | " | " | " | " | " | " | " | " | " | " | Change for very mild/mild vs. normal/questionable fluorosis: Finger Windows: β = 0.94, 95% CI = −3.26, 5.14 Visual Learning total: β = 1.05, 95% CI = −6.81, 8.90 Visual Learning delay: β = 0.50, 95% CI = −3.07, 4.08 Visual Learning difference: β = −1.41, 95% CI = −3.91, 1.09 Design Memory: β = 3.07, 95% CI = −5.77, 11.9 Squareroot block design: β = 0.59, 95% CI = −1.08, 2.26 Digit span forward: β = −0.62, 95% CI = −3.21, 1.97 Digit span backward: β = −1.34, 95% CI = −3.43, 0.75 Digit span total: β = −1.97, 95% CI = −5.87, 1.94 Drawing: β = 1.99, 95% CI = −1.33, 5.31 Finger tapping preferred hand: β = 0.06, 95% CI = −6.56, 6.68 Finger tapping non-preferred hand: β = 5.10, 95% CI = −0.19, 10.4 Grooved pegboard $\log_{10}$ dominant hand: β = −0.01, 95% CI = −0.15, 0.12 Grooved pegboard $\log_{10}$ non-dominant hand: β = −0.02, 95% CI = −0.14, 0.10<br><br>Change for moderate/severe vs. normal/questionable fluorosis: Finger Windows: β = 0.47, 95% CI = −3.78, 4.72 Visual Learning total: β = 0.70, 95% CI = −7.24, 8.65 Visual Learning delay: β = 0.60, 95% CI = −3.01, 4.21 Visual Learning difference: β = 0.09, 95% CI = −2.43, 2.52 Design Memory: β = 3.77, 95% CI = −5.16, 12.7 Squareroot block design: β = 0.33, 95% CI = −1.36, 2.01 Digit span forward: β = −2.15, 95% CI = −4.77, 0.47 Digit span backward: **β = −2.13, 95% CI = −4.24, −0.02** Digit span total: **β = −4.28, 95% CI = −8.22, −0.33** Drawing: β = 1.21, 95% CI = −2.14, 4.56 Finger tapping preferred hand: β = −0.78, 95% CI = −7.47, 5.92 Finger tapping non-preferred hand: β = 4.11, 95% CI = −1.24, 9.46 |

102

1807950.000 – 7057

U.S. EXHIBIT 505.0103

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | | | | | | | | Grooved pegboard $\log_{10}$ dominant hand: $\beta$ = 0.03, 95% CI = −0.10, 0.17 |
| | | | | | | | | | | | | Grooved pegboard $\log_{10}$ non-cominant hand: $\beta$ = −0.004, 95% CI = −0.12, 0.11 |

103

U.S. EXHIBIT 505.0104

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cui et al. | 2018 | PubMed | China | Cross-sectional | Schoolchildren at 4 schools in areas with or without historical endemic fluorosis in Jinghai and Dagang Districts, Tianjin, China, with cluster sampling to select grades in each school according to child age, and random selection of classrooms, including all students in selected classrooms; 2014–2015; 9% with no signed informed consent form or relocation out of area, 11% with no genotyping data | 7–12 y | 323 | Spot morning urine<br><br>Drinking water in residential district<br><br>Dopamine receptor D2 (*DRD2*) Taq1A single-nucleotide polymorphism (rs1800497) | Urinary fluoride (mg/L): median = 1.3, IQR = 0.9–1.7<br><br>Historical endemic fluorosis area (drinking water fluoride = 1.52–2.49 mg/L) or non-endemic area (0.20–1.00 mg/L)<br><br>*DRD2* Taq1A polymorphism: 31.9% CC, 54.5% CT, 13.6% TT | Combined Raven's Test for the Rural in China<br><br>Mean = 113.7 | Child's age, maternal education, family member smoking, stress, anger; considered but excluded others (e.g., child's sex, ethnicity, body mass index, and abnormal birth; mother's age at delivery, smoking during pregnancy, family income, iodine region, etc.)<br><br>"The residents within the areas of the four selected schools have similar living habits, economic situations, and educational standards. There are no other environmental toxic substances that may affect intelligence, such as high arsenic and iodine deficiency according to the Tianjin Centers for Disease Prevention and Control." | Change in IQ per unit increase in $\log_{10}$ urinary fluoride:<br>Overall, linearized: β = −2.47, 95% CI = −4.93, −0.01<br><br>Overall, bootstrapped: β = −2.47, 95% CI = −4.97, 0.03<br><br>*DRD2* CC/CT, linearized: β = −1.59 , 95% CI = −4.24, 1.05<br>*DRD2* CC/CT, bootstrapped: β = −1.59 , 95% CI = −4.14, 0.95<br><br>*DRD2* TT, linearized: β = −12.31, 95% CI = −18.69, −5.94<br>*DRD2* TT, bootstrapped: β = −12.31, 95% CI = −19.66, −4.96<br><br>*DRD2* TT subgroup (n = 44):<br>Quintile 1: mean urinary fluoride = 0.84 mg/L, 95% CI = 0.75–0.92, median of (individual IQ – mean IQ) = 7.09<br>Quintile 2: mean urinary fluoride = 1.05 mg/L, 95% CI = 0.99–1.12, median of (individual IQ – mean IQ) = 6.09<br>Quintile 3: mean urinary fluoride = 1.31 mg/L, 95% CI = 1.25–1.36, median of (individual IQ – mean IQ) = 0.09<br>Quintile 4: mean urinary fluoride = 1.73 mg/L, 95% CI = 1.51–1.97, median of (individual IQ – mean IQ) = −2.91<br>Quintile 5: mean urinary fluoride = 3.06 mg/L, 95% CI = 2.59–3.60, median of (individual IQ – mean IQ) = −6.91 |

1807950.000 – 7057

U.S. EXHIBIT 505.0105

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Das and Mondal | 2016 | PubMed | India | Cross-sectional | Schoolchildren at 8 primary schools in villages of Laxmisagar, Simlapal Block, Bankura District, India, a hot, arid, drought-prone area with water scarcity as a "major problem"; ~2014 (water sampling in November 2014); participation rates NR | 6–18 y | 149 | [Spot] urine<br><br>"Fluoride exposure dose" = groundwater concentration (mg/L) × est. age-specific water intake (L/day) / body weight (kg)<br><br>Well water, 50 random samples from village<br><br>Dental fluorosis, classified using Dean's Index | Urinary fluoride (mg/L) ranges by fluorosis score: means = 2.50–4.82, minimums = 0.45–0.86, maximums = 5.10–17.00<br><br>"Fluoride exposure dose" (mg/kg/day) ranges by fluorosis score: means = 0.060–0.099, minimums = 0.017–0.046, maximums = 0.024–0.203<br><br>Groundwater fluoride (mg/L): mean = 2.11, SD = 1.64, range = 0.25–9.40, 58% above World Health Organization permissible limit of 1.5 mg/L<br><br>$\rho$ = 0.272, p < 0.01 for urinary and groundwater fluoride<br>$\rho$ = 0.513, p < 0.01 for urinary fluoride and "fluoride exposure dose"<br><br>Dental fluorosis score: 2.7% normal, 11.4% questionable, 18.1% very mild, 23.5% mild, 28.9% moderate, 15.4% severe<br><br>Other groundwater characteristics: Total dissolved solids (mg/L): mean = 380.95, SD = 229.11, range = 31.00–987.00<br>Chlorine (mg/L): mean = 95.77, SD = 114.30, range = 2.33–456.60, 47% above World | Combined Raven's Test for the Rural in China<br><br>Ranges by fluorosis score: means = 84.51–108.3, minimums = 8.00–64.0, maximums = 141.00–184.0<br><br>≥ 130 (outstanding): 12.08%<br>120–129 (excellent): 10.74%<br>110–119 (above average): 9.40%<br>90–109 (average): 24.16%<br>80–89 (below average): 10.07%<br>70–79 (borderline): 5.34%<br>≤ 69 (low): 24.16%<br>(total = 95.95% ≠ 100%) | None<br><br>"Multivariate statistical methods" are mentioned, but NR for IQ as outcome | "Fluoride exposure dose" (mg/kg/day) and IQ: $\rho$ = –0.343, p < 0.01<br><br>Urinary fluoride (mg/L) and IQ: $\rho$ = –0.751, p < 0.01<br><br>Dental fluorosis and IQ: $\rho$ = –0.253, p < 0.01 |

1807950.000 – 7057

U.S. EXHIBIT 505.0106

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|----------------------|---------|
| | | | | | | | | | Health Organization permissible limit 28% "permissible for drinking"  $\rho = -0.231$ for groundwater fluoride and calcium | | | |

U.S. EXHIBIT 505.0107

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ding et al. | 2011 | PubMed | China | Cross-sectional | Schoolchildren at 4 elementary schools in an endemic fluorosis area, including Mianduhe Town, Donghu District, Nan District, and Zhalainuo'er District, Manzhouli City, Hulunbuir, northeastern Inner Mongolia, China, limited to children residing in study area for ≥ 1 year; ~2009; participation rates NR, but 4 of 335 (1%) did not consent to IQ test | 7–14 y | 331 | Spot urine<br><br>Drinking water sampled from small-scale water supply systems and tube wells (n = 3–6 per study site)<br><br>Dental fluorosis, classified using Dean's Index | Drinking water fluoride (mg/L):<br>Overall (n = 16 samples): mean = 1.31, SD = 1.05, range = 0.24–2.84<br>Mianduhe (n = 3): mean = 0.28, SD = 0.03, range = 0.24–0.31<br>Nan (n = 4): mean = 0.79, SD = 0.33, range = 0.47–1.32<br>Donghu (n = 3): mean = 1.78, SD = 0.60, range = 1.14–2.58<br>Zhalainuo'er (n = 6): mean = 1.82, SD = 1.00, range = 0.32–2.84<br><br>Urinary fluoride (mg/L) by quartile:<br>Quartile 1: mean = 0.389, SD = 0.12<br>Quartile 2: mean = 0.676, SD = 0.07<br>Quartile 3: mean = 1.035, SD = 0.15<br>Quartile 4: mean = 2.058, SD = 0.62<br><br>Dental fluorosis score: 41.1% normal, 16.3% questionable, 22.4% very mild, 11.8% mild, 8.6% moderate<br><br>Urinary fluoride (mg/L) by dental fluorosis score:<br>Normal: Mean = 0.80, SD = 0.55<br>Questionable: Mean = 1.13, SD = 0.73<br>Very mild: mean = 1.11, SD = 0.74<br>Mild: mean = 1.31, SD = 0.78<br>Moderate: mean = | Combined Raven's Test for the Rural in China<br><br>Mean ≈ 103.6 | Age<br><br>"These four elementary schools chosen to carry out our investigation appear to be very similar in teaching quality based on the information provided by local educational bureau. None of these four sites was exposed to potential neurotoxic that are recognized as contaminates influencing IQ value, like arsenic in drinking water [SX Wang et al., EHP 2007], nor delimitated into endemic areas of iodine deficiency disorders." | Change in IQ per 1 mg/L urinary fluoride:<br>**β = −0.59, 95% CI = −1.09, −0.08**<br><br>Mean IQ ± SD and % with IQ ≤ 89 by dental fluorosis score:<br>Normal/questionable: 103.77 ± 13.61; 12.11%<br>Very mild: 101.70 ± 13.68; 16.22%<br>Mild: 107.36 ± 13.62; 5.13%<br>Moderate: 103.27 ± 13.68; 21.43%<br>p = 0.307 for % IQ ≤ 89 across first 3 categories<br>p = 0.548 for mean IQ in moderate vs. other categories |

107

U.S. EXHIBIT 505.0108

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1.46, SD = 0.79 | | | |

1807950.000 – 7057

U.S. EXHIBIT 505.0109

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dong et al. | 2018 | Ref list | China | Cross-sectional | Children living in 6 villages with endemic fluorosis from drinking water (2 seriously affected: Hetou, Xiaoyang; 2 moderately affected: Liulin, Xiazhu; 2 lightly affected: Huidong, Xingnan) and 1 non-fluorosis village (Deng), Xi'an, China; 2016; participation rates NR | 8–12 y | 321 | Drinking water in village, n = 3 samples per village (not assessed in association with outcome)

Dental fluorosis, classified using Dean's index; by child or by village (prevalence) | Drinking water fluoride (mg/L): All fluorosis villages (n = 18 samples): mean = 0.78, SD = 0.43, range = 0.16–1.28 Fluorosis village 1 (n = 3): mean = 0.17, SD = 0.01, range = 0.16–0.18 Fluorosis village 2 (n = 3): mean = 1.26, SD = 0.02, range = 1.24–1.28 Fluorosis village 3 (n = 3): mean = 0.29, SD = 0.02, range = 0.27–0.31 Fluorosis village 4 (n = 3): mean = 1.24, SD = 0.03, range = 1.21–1.27 Fluorosis village 5 (n = 3): mean = 0.81, SD = 0.05, range = 0.76–0.86 Fluorosis village 6 (n = 3): mean = 0.89, SD = 0.02, range = 0.87–0.91 Non-fluorosis village (n = 3): mean = 0.25, SD = 0.01, range = 0.24–0.26

Dental fluorosis prevalence: All fluorosis villages: 30.32% High fluorosis villages: 60.97% Medium fluorosis villages: 29.78% Low fluorosis villages: 16.28% Non-fluorosis village: 2.00% | Combined Raven's Test for the Rural in China

Fluorosis villages: mean = 100.15 ± 13.74, range = 69–129 Non-fluorosis villages: mean = 108.68 ± 10.83, range = 84–141

Children with dental fluorosis: mean = 94.96 ± 13.75 Children without dental fluorosis: 105.26 ± 10.19 | Sex (stratified)

Villages described as being socioeconomically and educationally similar; no significant difference in sex, restricted to families with no intellectual disorder or history of mental illness | IQ score (mean ± SD, range, and % ≤ 89 points) by village fluorosis prevalence: Non-fluorosis: 108.68 ± 10.83, 84–141, 3.00% Low fluorosis: 102.54 ± 12.54, 76–129, 19.77%; **p < 0.05 vs. non** Medium fluorosis: 101.70 ± 14.85, 70–129, 20.21%; **p < 0.05 vs. low** High fluorosis: 93.45 ± 10.84, 69–117, 31.71%; **p < 0.05 vs. medium** Total fluorosis: 100.15 ± 13.74, 69–129; **p < 0.01 vs. non**

IQ score (mean ± SD) by village fluorosis status and sex: Non-fluorosis, boys: 108.49 ± 11.03 Fluorosis, boys: 98.13 ± 14.38; **p < 0.05 vs. non** Non-fluorosis, girls: 108.88 ± 10.70 Fluorosis, girls: 102.12 ± 12.84; **p < 0.05 vs. non**

IQ score (mean ± SD, range, and % ≤ 89 points) by child fluorosis grade: Normal: 105.86 ± 10.50, 69–129, 2.26% Questionable: 102.87 ± 7.66, 90–116, 0.00% Very mild: 98.82 ± 13.70, 80–124, 21.43%; **p < 0.01 vs. normal** Mild: 93.31 ± 14.26, 77–119, 30.00%; **p < 0.01 vs. normal, p < 0.05 vs. questionable or very mild** Moderate: 91.93 ± 13.46, 78–127, 60.00%; **p < 0.01 vs. normal, p < 0.05 vs. questionable or very mild** Severe: 90.50 ± 13.20, 75–105, 50.00%; **p < 0.01 vs. normal, p < 0.05 vs. questionable or very mild** Any: 94.96 ± 13.75; **p < 0.01 vs. normal** |

U.S. EXHIBIT 505.0110

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Green et al. | in press and 2019 | Ref list | Canada | Prospective birth cohort | Mother-child pairs recruited during pregnancy from 7 hospitals in 6 cities across Canada, restricted to mothers with 3 urine samples and child IQ; 2,001 participants (39%) of 5,108 eligible pregnant women in overall cohort<br><br>Of 610 children evaluated at ages 3–4 y (participation rate NR), 601 (99%) had child IQ; of these, 512 (85%) had 3 maternal prenatal urine samples and complete covariate data, and 369 (61%) also had drinking water fluoride data, including 228 living in non-fluoridated area and 141 living in fluoridated area; 400 (67%) had beverage-based fluoride intake data<br><br>Some information from Arbuckle et al. (2013) | Prenatal to 3–4 y | 512 maternal urinary fluoride<br><br>369 maternal urinary fluoride and drinking water fluoride<br><br>400 fluoride intake from beverages | Prenatal maternal spot urine, averaged over trimesters 1, 2, and 3, adjusted for creatinine or specific gravity<br><br>Drinking water in postal code area, averaged across pregnancy<br><br>Estimated intake from water-based beverages and green and black tea, reported twice during pregnancy | Maternal urinary fluoride, specific-gravity-adjusted (mg/L): mean = 0.51, SD = 0.36, IQR = 0.33, 10th–90th pctl = 0.70<br><br>Residential drinking water fluoride (mg/L): mean = 0.31, SD = 0.23<br><br>Fluoride intake from water-based beverages and green and black tea (mg/day): mean = 0.54, SD = 0.44, IQR = 0.62, 10th–90th pctl = 1.04 | Wechsler Preschool and Primary Scale of Intelligence, 3rd edition: full-scale, verbal, and performance IQ<br><br>Standardized by age and sex | Sex, race, city, quality of child's home environment, and maternal education, and secondhand smoke in fluoride intake models; sensitivity analyses of maternal urine models with addition of maternal blood lead, mercury, manganese, or perfluorooctanoic acid or maternal urinary arsenic; also evaluated several other maternal and paternal characteristics, gestational age, and birth weight | Change in full-scale IQ per 1 mg/L specific-gravity-adjusted maternal urinary fluoride: β overall = −1.95, 95% CI = −5.19, 1.28 β for girls = 2.40, 95% CI = −2.53, 7.33 **β for boys = −4.49, 95% CI = −8.38, −0.60** Persistent inverse association among boys in sensitivity analyses<br><br>**β for boys, 2nd-trimester fluoride: −3.39, p = 0.04**; multi-trimester model: −2.28, p = 0.25 β for boys, 1st- or 3rd-trimester fluoride: p ≥ 0.05 β for girls, 1st-, 2nd-, or 3rd-trimester fluoride: p ≥ 0.05<br><br>Change in full-scale IQ per 1 mg/L residential drinking water fluoride: **β overall = −5.29, 95% CI = −10.39, −0.19**<br><br>Change in full-scale IQ per 1 mg/day fluoride intake from beverages: **β overall = −3.66, 95% CI = −7.16, −0.15** |

U.S. EXHIBIT 505.0111

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Green et al. | in press and 2019 | Ref list | " | " | " | " | " | " | " | " | " | Change in performance IQ per 1 mg/L specific-gravity-adjusted maternal urinary fluoride: β overall = −1.24, 95% CI = −4.88, 2.40 **β for boys −4.63, 95% CI = −9.01, −0.25** β for girls = 4.51, 95% CI = −1.02, 10.05 **β for boys, 2nd-trimester fluoride: −4.92, p = 0.01; multi-trimester model: −4.70, p = 0.04** β for boys, 1st- or 3rd-trimester fluoride: p ≥ 0.05 β for girls, 1st-, 2nd-, or 3rd-trimester fluoride: p ≥ 0.05 Change in performance IQ per 1 mg/L residential drinking water fluoride: **β overall = −13.79, 95% CI = −18.82, −7.28** Change in performance IQ per 1 mg/day fluoride intake from beverages: β overall = −2.74, 95% CI = −6.82, 1.34 Change in verbal IQ per 1 mg/L specific-gravity-adjusted maternal urinary fluoride: β overall = −1.60, 95% CI = −4.74, 1.55 β for boys = −2.82, 95% CI = −6.62, 0.98 β for girls = 0.50, 95% CI = −4.32, 5.33 Trimester-specific results NR Change in verbal IQ per 1 mg/L residential drinking water fluoride: β overall = 3.37, 95% CI = −1.50, 8.24 Change in verbal IQ per 1 mg/day fluoride intake from beverages: β overall = −3.08, 95% CI = −6.40, 0.25 |
| He and Zhang | 2010 | Ref list | China | Ecological cross-sectional (abstract only) | Children living in a fluorosis-endemic area with or without changed water, Pucheng County, Shaanxi Province, China; 2009; participation rates NR in abstract | 8–12 y | 431 200 changed water 231 unchanged water | Drinking water in residential area Dental fluorosis, classified using Dean's index | Drinking water fluoride levels NR in abstract Prevalence of dental fluorosis: Changed water: 28.50% Unchanged water: 87.88% | Raven's Test Overall prevalence of IQ > 90: 362/400 (90.5%) | None | Prevalence of IQ > 90: Changed water: 179/200 (89.5%) Unchanged water: 183/200 (91.5%) p > 0.05 |

1807950.000 – 7057

U.S. EXHIBIT 505.0112

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jin et al. | 2017 | Ref list | China | Cross-sectional | Schoolchildren residing for ≥ 5 years in coal-burning endemic fluorosis area of Liupanshui City, Guizhou Province, or non-coal-burning area of Dangwu Township, Gui'an District, Guizhou Province, China; March 2015; participation rates NR | 8–12 y | 284 | Dental fluorosis, classified using Dean's index, by child or by village | Prevalence of dental fluorosis: Fluorosis area: 53.9% Non-fluorosis area: 0.0% p < 0.01 | Raven's Standard Progressive Matrices Standardized score | Age (stratified) Villages described as socioeconomically and culturally similar; restricted to families with no intellectual disorder or history of mental illness | Raven's score: Fluorosis area: median = 10.0, IQR = 5.0–37.5 Non-fluorosis area: median = 25.0, IQR = 10.0–50.0 **p = 0.002** Raven's score by fluorosis area, stratified by age: p ≥ 0.05 for ages 8, 9, 10, and 11 y **p = 0.001 for age 12 y** Raven's score by fluorosis grade: Normal: median = 25.0, IQR = 10.0–50.0 Questionable: median = 10.0, IQR = 8.75–50.0 Very mild: median = 10.0, IQR = 5.0–25.0 Mild: median = 10.0, IQR = 5.0–25.0 Moderate: median = 7.5, IQR = 5.0–20.0 p = 0.281 |
| Kang et al. | 2011 | Ref list | China | Cross-sectional | Schoolchildren attending four rural primary schools and lifelong residents Hanginhou Qi, Inner Mongolia, China, an area with high levels of fluoride and arsenic in drinking water, restricted to children born full-term, with no personal or maternal history of smoking or drinking, excluding those with mothers who had occupational exposure to toxic and hazardous substances within 5 years before pregnancy, close familial intermarriage, or a family history of low intellect; study dates and participation rates NR | 6–12 y | 268 | Drinking water in household | Household drinking water fluoride (mg/L): mean = 1.24, SD = 0.74 Household drinking water arsenic (mg/L): mean = 0.13, SD = 0.16 | Combined Raven's Test for the Rural in China, 2nd edition | Considered: age, sex, family size, number of children in family, family per capita annual income, parity, pregnancies, mother's age at childbirth, parental education, father's and mother's occupation, family type, feeding method, passive smoking, hospitalization, child's medical and hospitalization history, others | Raven's score and fluorosis grade: Spearman ρ = −0.134, p = 0.096 Household drinking water fluoride (mg/L) by IQ score: IQ < 100: mean = 1.31, SD = 0.84 IQ ≥ 100: mean = 1.15, SD = 0.59 p > 0.05 IQ score by drinking water fluoride: ≥ 1.2 mg/L (national standard): mean = 96.8, SD = 16.3 < 1.2 mg/L: mean = 96.8, SD = 12.7 p > 0.05 Adjusted odds ratio for IQ < 100 associated with drinking water fluoride ≥ 1.2 mg/L: Total: OR = 1.14, 95% CI = 0.62–2.07 Boys: OR = 1.48, 95% CI = 0.58–3.76 Girls: OR = 0.90, 95% CI = 0.35–2.34 Ages 6–9 y: OR = 0.43, 95% CI = 0.13–1.41 Ages 10–12 y: OR = 1.68, 95% CI = 0.75–3.79 |

1807950.000 – 7057

U.S. EXHIBIT 505.0113

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Khan et al. | 2015 | PubMed | Incia | Cross-sectional | Schoolchildren in a high-fluoride area (Asoha Block, Unnao District) and a low-fluoride area (Tiwariganj Block, Lucknow District), Uttar Pradesh, India, continuously residing in study area since birth and drinking water from the same source, with no history of chronic illness, head trauma, congenital or acquired diseases affecting intelligence, severe extrinsic stains on teeth, or current medication use; study year(s) (6 months' duration) and participation rates NR | 6–11 y | 429 215 high-fluoride 214 low-fluoride | Drinking water in residential block Dental fluorosis, classified using Dean's index | High-fluoride block (Asoha) = 2.41 ppm Low-fluoride block (Tiwariganj) = 0.19 ppm Dental fluorosis score overall: Normal: 56.2% Very mild: 22.4% Mild: 10.3% Moderate: 10.0% Severe: 1.2% | Raven's Colored Progressive Matrices, 1998 edition Mean = 100.0, SD = 15.0, range = 59.7–124.1 ≥ 95th percentile (intellectually superior): 1.4% 75th–94th percentile (definitely above average): 45.7% 25th–74th percentile (intellectually average): 40.3% 6th–24th percentile (definitely below average): 7.0% ≤ 5th percentile (intellectually impaired): 5.6% | None "The areas selected were rural areas having similar climatic conditions, with majority of the population belonging to lower socio-economic status with similar standards of living, quality of education, medical facilities and cultural status. The children included in the study had comparable physical health and nutrition. Each of the two selected areas had only one government secondary school. All the children studying in these schools were residing within a radius of 1-2 kms." | Prevalence of IQ grade in high-fluoride vs. low-fluoride area, respectively: Superior: 0.0% vs. 2.8% Above average: 16.7% vs. 74.8% Average: 58.1% vs. 22.4% Below average: 14.0% vs. 0.0% Impaired: 11.2% vs. 0.0% **p < 0.001** Mean IQ ± SD and range by fluorosis score: Normal: 110.1 ± 9.0, 79.7–124.1 Very mild: 92.6 ± 7.9, 70.8–110.8 Mild: 85.9 ± 9.2, 68.6–108.6 Moderate: 79.0 ± 7.9, 66.4–99.7 Severe: 62.4 ± 2.4, 59.7–66.4 **p < 0.001** Fluorosis score and IQ: **Spearman ρ = 0.766**, p-value NR |

1807950.000 – 7057

U.S. EXHIBIT 505.0114

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kundu et al. | 2015 | Ref list | Incia | Cross-sectional | Schoolchildren permanently/continuously residing in study area and drinking groundwater since birth, attending one government school (of 12) in high-fluoride area of Najafgarh or one government school (of 4) in low-fluoride area of Defence Colony, Delhi, India, restricted to biological children with "similar socioeconomic status," excluding those with birth defects, any form of neurological injury, brain wound, injury to the brain, or any systemic medical problem; study dates and participation rates NR | 8–12 y | 200<br><br>100 high-fluoride<br>100 low-fluoride | Dental fluorosis, classified using Dean's index<br><br>Drinking water in area of residence (based on 4 samples each; results NR) | Dental fluorosis score in high-fluoride area (Najafgarh) vs. low-fluoride area (Defence Colony):<br>0: 10% vs. 94%<br>1: 20% vs. 6%<br>2: 24% vs. 0%<br>3: 21% vs. 0%<br>4: 25% vs. 0%<br>p = 0.001<br><br>Drinking water fluoride levels NR | Raven's Standard Progressive Matrices | Mother's diet during pregnancy ("routine" or "special"); also considered father's education, mother's education, occupation, and nutritional status<br><br>"Equal numbers of male and female children were included in the study. Most of the parents were illiterate or read up till primary or middle primary level. Majority of the fathers of children residing in high [fluoride] area were unskilled and those in low [fluoride] area were occupied in skilled nonmanual occupations." | IQ score by area:<br>High fluoride: mean = 76.20, SD = 19.101<br>Low fluoride: mean = 85.80, SD = 18.854<br>**p = 0.013**<br><br>Difference in IQ by area, adjusted for mother's diet during pregnancy:<br>**β = 7.720, SE = 3.169, p = 0.017** |

1807950.000 – 7057

U.S. EXHIBIT 505.0115

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Li J et al. | 2004 (pub. 2008) | Fluoride | China | Ecological cross-sectional | Mother-infant pairs at 5 hospitals in Zhaozhou County, Heilongjiang Province, China, a region with high fluoride in drinking water, limited to infants born vaginally or via Caesarean section to healthy women aged 20–31 y without "pregnant high blood pressure syndrome," heart disease, diabetes, any infectious disease, threatened abortion, or family genetic disease, in same residence since pregnancy; 2002–2003; randomly selected from 273 neonates, participation rates NR | 0 y (neonates) | 91 <br><br> 44 high-fluoride <br> 47 low-fluoride | Drinking water in village of residence <br><br> Maternal perinatal urine (not assessed in association with outcome) | High-fluoride villages (Shuanfa, Yongsheng, Yushu, Shuanglong, and Tuogu): 1.7–6.0 mg/L <br> Low-fluoride villages (Chapeng, Yongle, Wanbao, and Leyuan): 0.5–1.0 mg/L <br><br> Maternal perinatal urinary fluoride (mg/L): <br> High fluoride: mean = 3.58, SD = 1.47 <br> Low fluoride: mean = 1.74, SD = 0.96 <br> $p < 0.01$ | Neonatal Behavioral Neurological Assessment: behavioral capability, passive muscle tension, agonistic muscle tension, primary reflection, and general reaction <br><br> Various neurobehavioral capabilities: tolerance to light, tolerance to clicking sounds, directional reaction to non-biological audition, directional reaction to non-biological vision, directional reaction to biological vision and audition, placebo | None <br><br> "The two study groups are located in the same area with similar climate, living habits, economic and nutritional conditions, and cultural backgrounds ... As can be seen in Table 1, there was no statistically significant difference in the delivery mode, birth weight, infant length, and sex." | Total Neonatal Behavioral Neurological Assessment score: <br> High fluoride: mean = 36.48, SD = 1.09 <br> Low fluoride: mean = 38.28, SD = 1.10 <br> **$p < 0.05$** <br><br> Behavioral capability: <br> High fluoride: mean = 10.05, SD = 0.94 <br> Low fluoride: mean = 11.34, SD = 0.56 <br> **$p < 0.05$** <br><br> Passive muscle tension: <br> High fluoride: mean = 7.89, SD = 0.32 <br> Low fluoride: mean = 7.87, SD = 0.34 <br> $p \geq 0.05$ <br><br> Agonistic muscle tension: <br> High fluoride: mean = 6.80, SD = 0.70 <br> Low fluoride: mean = 7.40, SD = 0.68 <br> **$p < 0.05$** <br><br> Primary reflection: <br> High fluoride: mean = 5.89, SD = 0.32 <br> Low fluoride: mean = 5.89, SD = 0.31 <br> $p \geq 0.05$ <br><br> General reaction: <br> High fluoride: mean = 5.84, SD = 0.37 <br> Low fluoride: mean = 5.79, SD = 0.41 <br> $p \geq 0.05$ |

115

1807950.000 – 7057

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Li J et al. | 2004 (pub. 2008) | " | " | " | " | " | " | " | " | " | " | Total score of behavioral capability:<br>High fluoride: mean = 10.05, SD = 0.94<br>Low fluoride: mean = 11.34, SD = 0.56<br>**$p < 0.05$**<br><br>Tolerance to light:<br>High fluoride: mean = 1.95, SD = 0.21<br>Low fluoride: mean = 1.98, SD = 0.15<br>$p \geq 0.05$<br><br>Tolerance to clicking sounds:<br>High fluoride: mean = 1.93, SD = 0.26<br>Low fluoride: mean = 1.89, SD = 0.31<br>$p \geq 0.05$<br><br>Directional reaction to non-biological audition:<br>High fluoride: mean = 1.95, SD = 0.21<br>Low fluoride: mean = 1.98, SD = 0.15<br>$p \geq 0.05$<br><br>Directional reaction to non-biological vision:<br>High fluoride: mean = 0.98, SD = 0.63<br>Low fluoride: mean = 1.66, SD = 0.52<br>**$p < 0.05$**<br><br>Directional reaction to biological vision and audition:<br>High fluoride: mean = 1.09, SD = 0.64<br>Low fluoride: mean = 1.77, SD = 0.48<br>**$p < 0.05$**<br><br>Placebo:<br>High fluoride: mean = 1.99, SD = 0.17<br>Low fluoride: mean = 1.98, SD = 0.15<br>$p \geq 0.05$ |

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Liu S et al. | 2000 (pub. 2008) | Fluoride | China | Cross-sectional | Schoolchildren randomly selected from population living in one of two villages, one with high fluoride levels in drinking water and one with relatively low levels, in Tianjin Xiqing District, China; study dates and participation rates NR | 10–12 y | 118<br><br>60 high-fluoride<br>58 low-fluoride | First morning urine<br><br>Drinking water in village of residence | First morning urinary fluoride (mg/L)<br>High-fluoride village: mean = 4.99, SD = 2.57<br>Low-fluoride village: mean = 1.43, SD = 0.64<br><br>Drinking water fluoride (mg/L):<br>High-fluoride village: 3.15<br>Low-fluoride village: 0.37 | Chinese Raven's Test<br><br>≥ 130 (outstanding): 1.7%<br>120–129 (excellent): 5.9%<br>110–119 (above average): 16.1%<br>90–109 (average): 48.3%<br>80–89 (below average): 15.3%<br>70–79 (borderline): 8.5%<br>≤ 69 (low): 4.2% | None<br><br>"The villages of the two areas are approximately five kilometers apart, neither area is iodine deficient, and both areas have similar standards of living, medical facilities, levels of development, educational quality, etc." | IQ score:<br>High fluoride: mean = 92.27, SD = 20.45<br>Low fluoride: mean = 103.05, SD = 13.86<br>**p < 0.01**<br><br>IQ score in high-fluoride vs. low-fluoride village:<br>> 130: 0.0% vs. 3.4%<br>120–129: 3.3% vs. 8.6%<br>110–119: 11.7% vs. 20.7%<br>90–109: 43.3% vs. 53.4%<br>80–89: 20.0% vs. 10.3%<br>70–79: 13.3% vs. 3.4%<br>≤ 69: 8.3% vs. 0.0%<br>**p < 0.05**<br>< 80 (misreported as < 70): 21.7% vs. 3.4%<br>p < 0.01<br><br>Urinary fluoride and IQ score: **p = −0.3186, p < 0.01** |
| Lu et al. | 2019 | PubMed | Turkey | Ecological cross-sectional and quasi-experimental | Children in Hanliyenice, Turkey, who exclusively drank well water with high fluoride levels, who substituted their drinking water with fluoride-free bottled water, or who lived in another village and drank from a low-fluoride water source in the town where all children attended school; study dates and participation rates NR | 7–13 y | 26 high-fluoride well water<br>3 fluoride-free bottled water<br>2 low-fluoride water source | Drinking water source | Drinking water fluoride:<br>Village well water: 2.5 mg/L<br>Bottled water: 0 mg/L<br>Other water source: < 0.5 mg/L | Serum serotonin, sampled in morning | None | Serum serotonin (ng/mL):<br>Village well water: mean = 267, SD = 45<br>Bottled water: mean = 187, SD = 9, **p < 0.001 vs. village well water**<br>Other water source: mean = 84, SD = NR, **p < 0.05 vs. village well water** |

117

1807950.000 – 7057

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Malin and Till | 2015 | PubMed | United States | Ecological cross-sectional | Children whose parents participated in the U.S. National Survey of Children's Health, a cross-sectional random-digit telephone survey; 2003, 2007, and 2011; participation rates NR | 4–17 y | 79,264 in 2003 73,123 in 2007 76,015 in 2011 | State-level prevalence of receiving optimally (per U.S. Department of Health and Human Services) fluoridated water from public water supplies in 1992 (artificially or naturally fluoridated), 2000, 2002, 2004, 2006, and 2008 | % of state population receiving optimally fluoridated water: 1992: median = 58.16, IQR = 30.33 2000: median = 58.62, IQR = 31.83 2002: median = 63.93, IQR = 29.61 2004: median = 66.24, IQR = 26.99 2006: median = 65.75, IQR = 30.52 2008: median = 66.33, IQR = 30.39 | Diagnosis of ADD or ADHD, parent-reported  If yes, current diagnosis, severity, and (in 2011 only) age at diagnosis  Lifetime prevalence = 7.8% in 2003, 9.5% in 2007, 11% in 2011 | State median household income | State-level artificial fluoridation prevalence in 1992 and ADHD prevalence: ADHD in 2003: **Pearson $\rho$ = 0.46, p < 0.001** ADHD in 2007: **Pearson $\rho$ = 0.42, p = 0.001** ADHD in 2011: **Pearson $\rho$ = 0.48, p < 0.001**  State-level natural fluoridation prevalence in 1992 and ADHD prevalence: ADHD in 2003: **Pearson $\rho$ = –0.29, p = 0.02** ADHD in 2007: Pearson $\rho$ = –0.19, p = 0.09 ADHD in 2011: Pearson $\rho$ = –0.22, p = 0.06  State-level fluoridation prevalence and ADHD prevalence: ADHD in 2003 and fluoridation in 1992, 2000, 2002, 2004, 2006, and 2008: **Pearson $\rho$ = 0.32– 0.39, p < 0.05 for all years** ADHD in 2007 and fluoridation in 1992, 2000, 2002, 2004, 2006, and 2008: **Pearson $\rho$ = 0.21– 0.35, p < 0.05 for all years except 2008 (p = 0.07)** ADHD in 2011 and fluoridation in 1992, 2000, 2002, 2004, 2006, and 2008: **Pearson $\rho$ = 0.25– 0.39, p < 0.05 for all years**  Change in 2003 ADHD prevalence per % increase in fluoridation prevalence in 1992, adj. for median income in 1992: Artificial fluoridation: **β = 0.017, p < 0.05** Natural fluoridation: **β = –0.071, p < 0.05** Median income: β = –0.010, p ≤ 0.01 Model $R^2$ = 0.34  Change in ADHD prevalence per % increase in artificial fluoridation prevalence in 1992, adj. for median income in 1992: ADHD in 2003: **β = 0.023, 95% CI = 0.008– 0.038, p = 0.004** ADHD in 2007: **β = 0.031, 95% CI = 0.007– 0.055, p = 0.011** ADHD in 2011: **β = 0.042, 95% CI = 0.015– 0.068, p = 0.002** Multivariable results NR for natural fluoridation prevalence in 1992 |

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manju et al. | 2017 | PubMed | Incia | Ecological cross-sectional ("pilot") | Schoolchildren born and raised in Hutti, Raichur District, a historical gold-mining area with high fluoride and arsenic levels, or the control area of Sandur, Bellary District, North Karnataka, India, limited to children drinking from the common water source, with no history of congenital or acquired neurological disease and/or head injury; study dates and participation rates NR | 10–14 y | 40<br><br>20 high-fluoride/arsenic<br>20 low-fluoride/arsenic | Drinking water (fluoride and arsenic) in village of residence<br><br>(Hair and nail arsenic) | Drinking water fluoride (mg/L):<br>High-exposure village (Hutti): mean = 0.80<br>Low-exposure village (Sandur): mean = 0.10<br><br>Drinking water arsenic (mg/L):<br>High-exposure village (Hutti): mean = 0.09<br>Low-exposure village (Sandur): mean = "negligible" | Raven's Standard Progressive Matrices<br><br>≥ 95th percentile (intellectually superior): 2.5%<br>≥ 75th–94th percentile (definitely above average): 0%<br>≥ 25th–74th percentile (intellectually average): 37.5%<br>≥ 6th–24th percentile (definitely below average): 40.0%<br>≤ 5th percentile (intellectually impaired): 20.0% | None<br><br>"The selected villages were similar in population and general demographic characteristics." | Mean IQ score:<br>High exposure: 17.95<br>Low exposure: 30.55<br>**p < 0.001**<br><br>IQ score in high-exposure vs. low-exposure village:<br>Intellectually superior: 0% vs. 5%<br>Above average: 0% vs. 0%<br>Intellectually average: 10% vs. 65%<br>Below average: 70% vs. 10%<br>Intellectually impaired: 20% vs. 20%<br>**p < 0.001** |

1807950.000 – 7057

U.S. EXHIBIT 505.0120

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan et al. | 1998 | PubMed | United States | Cross-sectional | Children from a pediatric dental practice in a suburb of Boston, Massachusetts, recruited via letters mailed to parents, including children with permanent incisors and first molars, no history of pervasive developmental disorders or mental retardation, and no sibling enrolled in the study; study dates HR; questionnaire completed and not withdrawn (n = 2 withdrawals) by 197 (80%) of 246 eligible children examined, participation rate in examination NR | 7–11 y | 197 | Dental fluorosis, classified using Dean's index, sum of all 12 teeth, sum of 8 incisors, maximum, median of 12 teeth, or mode of 12 teeth  Fluoride exposure history questionnaire, parent-reported  Sum of fluorosis scores for 8 incisors used to classify high vs. low fluorosis due to strongest correlation with reported fluoride exposure history | Prevalence of dental fluorosis using Dean's index: 69% (39% very mild, 17% mild, 13% moderate to severe)  Dental fluorosis using sum of 8 incisors: 47 (24%) high, 150 (76%) low  Lived in fluoridated community any time between birth and 6 y: 86% Lived in fluoridated community any time between birth and 3 y: 80% Used fluoridated toothpaste before 2 y: 74% Received fluoride supplementation any time between birth and 6 y: 53% Received fluoride supplementation any time between birth and 3 y: 52% Received any form of topical fluoride treatment from birth to 3 y: 30% Received concentrated formula mixed with fluoridated water: 25% Used fluoridated toothpaste before 1 y: 19%  Only use of supplemental fluoride before 3 y was significantly higher in high-fluorosis than low-fluorosis group (p = 0.049); "fluoride history variables, in aggregate, were not | Child Behavior Checklist: total problems, internalizing behaviors, externalizing behaviors (higher score = more behavior problems) | None  "We examined social and medical variables to see if they confounded the relationship between the fluorosis score and the [Child Behavior Checklist] score or the relationship between fluoride exposure and the [Child Behavior Checklist] score. We found no significant relationships." | Median (range) of Child Behavior Checklist scores, high vs. low dental fluorosis score: Total: 41 (26–65) vs. 44 (24–76), p = 0.22 Externalizing: 40 (30–60) vs. 44 (30–73), p = 0.07 Internalizing: 46 (33–71) vs. 46 (31–77), p = 0.96  Likelihood ratio tests for aggregated fluoride exposure variables in association with Child Behavior Checklist scores: Total: p = 0.98 Externalizing: p = 0.99 Internalizing: p = 0.77  "Only one of the fluoride exposure variables was significantly associated with a high [Child Behavior Checklist] score. Children who both used topical fluoride between the ages of 3 and 6 years and fluoridated toothpaste between the ages of 1 and 2 years were more likely to have more behavior problems (**p = 0.05**)." |

1807950.000 – 7057

120

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | | | | | significantly associated with clinical assessments of fluorosis" (p = 0.41). | | | |

1807950.000 – 7057

U.S. EXHIBIT 505.0122

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mustafa et al. | 2018 | Fluoride | Sudan | Ecological cross-sectional | Schoolchildren at 27 primary schools in rural, agricultural villages in Khartoum State, Sudan, where residents depend on groundwater as the main source of drinking water (same source at home and at school); study dates and student and school participation rates NR | 6–14 y | 775 | Ground water sampled from 16 different rural areas, once each in rainy and dry seasons | Drinking water fluoride (mg/L): Dry season range: 0.14–2.07; 9/16 (56%) ≥ 1.0 mg/L Rainy season range: 0.01–1.34; 2/16 (13%) ≥ 1.0 mg/L $p = 0.667$, $p < 0.01$ for water fluoride level and dryness of season  "Although the [fluoride] level [is] not extremely high, frequent water drinking may occur due to several factors such as the rural human activities, arid conditions, and high temperatures. In addition, food products also contribute to the [fluoride] intake as the people in these areas consume their own crops [Erdal et al. 2004]. These crops may possibly accumulate [fluoride] to considerable levels." | School-level mean score and percentage of scores > 70% on primary school examination: total score, Islamic studies I and II, Arabic, English, mathematics, sciences, history, and technology (food and health)  Mean total score by school: range = 51–81% Mean subject score by school: range = 19–91%  Percentage of total or subject scores > 70% by school: range = 0–100% | None  "The main activities in these villages are agriculture and animal breeding. The villages lack any industrial and mining activities and are located away from high traffic roads." | Mean primary school examination score and drinking water fluoride (mg/L): Total: **Pearson $\rho = -0.51$, $p = 0.007$** Islamic studies I: **Pearson $\rho = -0.50$, $p = 0.008$** Islamic studies II: **Pearson $\rho = -0.47$, $p = 0.013$** Arabic: Pearson $\rho = -0.32$, $p = 0.1$ English: **Pearson $\rho = -0.46$, $p = 0.016$** Mathematics: Pearson $\rho = -0.33$, $p = 0.097$ Sciences: **Pearson $\rho = -0.53$, $p = 0.005$** History: **Pearson $\rho = -0.59$, $p = 0.001$** Technology: Pearson $\rho = -0.30$, $p = 0.158$  Percentage primary school examination score > 70% and drinking water fluoride (mg/L): Total: **Pearson $\rho = -0.48$, $p = 0.012$** Islamic studies I: **Pearson $\rho = -0.59$, $p = 0.001$** Islamic studies II: Pearson $\rho = -0.35$, $p = 0.078$ Arabic: **Pearson $\rho = -0.47$, $p = 0.014$** English: **Pearson $\rho = -0.41$, $p = 0.034$** Mathematics: **Pearson $\rho = -0.39$, $p = 0.045$** Sciences: **Pearson $\rho = -0.60$, $p = 0.001$** History: **Pearson $\rho = -0.46$, $p = 0.016$** Technology: Pearson $\rho = -0.22$, $p = 0.265$ |
| Nagarajappa et al. | 2013 | PubMed | India | Ecological cross-sectional | Schoolchildren at one primary school each in high-fluoride Mundra village and low-fluoride Bhuj village, Kutch District, Gujarat, India, with education in Hindi and "parents with middle social class having undergraduate level of education only"; Mundra children restricted to those with moderate fluorosis and born and raised in study areas, excluding those with change in water source since birth and those with past or current genetic, congenital, or acquired nervous system disease (eligibility criteria for Bhuj children NR); July 2012; participation rates | 8–10 y | 100  50 high-fluoride 50 low-fluoride | Drinking water in village of residence | High-fluoride village (Mundra): 2.4–3.5 mg/L Low-fluoride village (Bhuj): 0.5 mg/L | Seguin Form Board Test | Sex (stratified)  "Similar socioeconomic conditions and level of education" | Average time (seconds), mean ± SD, high vs. low fluoride (faster = better): All: 30.45 ± 4.97 vs. 23.20 ± 6.21, **$p = 0.002$** Boys: 31.24 ± 4.45 vs. 23.53 ± 7.53, p-value NR Girls: 29.59 ± 5.44 vs. 22.84 ± 4.51, p-value NR  Shortest time (seconds), mean ± SD, high vs. low fluoride: All: 28.86 ± 5.33 vs. 21.58 ± 6.17, **$p = 0.003$**  Total time for 3 trials (seconds), mean ± SD, high vs. low fluoride: All: 91.40 ± 14.97 vs. 69.62 ± 18.65, **$p = 0.005$** |

U.S. EXHIBIT 505.0123

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|---------------------|---------|
| | | | | | NR | | | | | | | |
| Pang et al. | 2018 | Ref list | China | Ecological cross-sectional | Locally born and raised children randomly selected from endemic fluorosis areas and non-fluorosis areas, not specified; China; study dates and participation rates NR | 8–12 y | 268 | Dental fluorosis by residential area | Prevalence of dental fluorosis in endemic fluorosis areas: 30% Mean IQ in fluorosis areas: 91.07 overall | Combined Raven's Test and subscales | Sex (stratified) *COMT* genotype in Hardy-Weinberg equilibrium in both areas, but higher frequency of met/val genotype and val allele in fluorosis areas (53.30% met/val, 27.9% met/met, 18.9% val/val) than non-fluorosis areas (12.4% met/val, 45.9% met/met, 41.7% val/val) | Mean IQ score: Lower in fluorosis areas (91.07) vs. non-fluorosis areas (NR), **p < 0.05** Fluorosis areas, boys: 93.24 Fluorosis areas, girls: 91.75 Non-fluorosis areas, boys: 98.85 Non-fluorosis areas, girls: 94.67 Prevalence of IQ < 69: Higher in fluorosis vs. non-fluorosis areas, **p < 0.05** Mean subscale scores (perceptual discrimination, similarities, comparative reasoning, series relationship, abstract reasoning): Lower in fluorosis vs. non-fluorosis areas, **all p < 0.05** (**p < 0.01** for comparative reasoning) In fluorosis areas, mean IQ score higher for val/val than met/met, p < 0.05 In non-fluorosis areas, mean IQ score higher for val/val than met/val or met/met, p < 0.001 |

1807950.000 – 7057

U.S. EXHIBIT 505.0124

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perrott | 2018 | PubMed | United States | Ecological cross-sectional | Same as Malin and Till 2015, limited to 2011: children whose parents participated in the U.S. National Survey of Children's Health, a cross-sectional random-digit telephone survey; 2011; participation rate NR | 4–17 y | From Malin and Till 2015: 76,015 in 2011 | From Malin and Till 2015: state-level prevalence of receiving optimally (per U.S. Department of Health and Human Services) fluoridated water from public water supplies, limited to 1992 only | From Malin and Till 2015: % of state population receiving optimally fluoridated water: Limited to 1992 only: median = 58.16, IQR = 30.33 | From Malin and Till 2015: diagnosis of ADD or ADHD, parent-reported  Lifetime prevalence = 11% in 2011 | From Malin and Till 2015: state median household income  From Huber et al. *J Atten Disord* 2015: state mean elevation, % overweight/obese youth, % low birth weight, % uninsured, % ever diagnosed with depression, % ever diagnosed with anxiety, % Hispanic, % non-Hispanic black, % other race, % living in a two-person household, % homeownership, % with bachelor's degree, % adults who smoked, % aged > 65 y, longitude | State-level fluoridation prevalence in 1992 and ADHD prevalence in 2011: **Pearson ρ = 0.48, p < 0.001** (same as Malin and Till 2015)  Change in ADHD prevalence in 2011 per % increase in fluoridation prevalence in 1992, adj. for median income in 1992 and mean state elevation: β = 0.01502, 95% CI = −0.012, 0.042, p = 0.269 (Covariates statistically significantly associated with ADHD prevalence in 2011: per capital personal income in 2009 and mean state elevation) |
| Qin et al. | 1990 (pub. 2008) | Fluoride | China | Ecological cross-sectional | Elementary school students who had grown up drinking well water (the main local water source for ≥ 10 y) in their home village, recruited from 22 villages with varying drinking water fluoride levels in eight townships in Jing County, Hubei Province, China; July–November 1988; participation rates NR | 9–10.5 y | 447  141 high-fluoride  159 normal-fluoride  147 low-fluoride | Drinking water in village of residence | High-fluoride villages (n = 5): 2.1–4.0 mg/L  Normal-fluoride villages (n = 9): 0.5–1.0 mg/L  Low-fluoride villages (n = 8): 0.1–0.2 mg/L | Raven's Standard Progressive Matrices, Chinese version, age-standardized  > 95th percentile (high intelligence): 0.7%  > 75th–95th percentile (above average intelligence): 4.0%  > 25th–75th percentile (average intelligence): 32.4%  5th–25th percentile (below average intelligence): 37.1%  < 5th percentile (intellectually | Age (stratified)  "The proportion of each gender and all other relevant factors was essentially the same across subject groups" | Mean IQ score:  High fluoride: 21.17%  Normal fluoride: 28.14%  Low fluoride: 23.03%  High vs. low p > 0.05  High vs. normal and low vs. normal **p < 0.01**  Prevalence of IQ grade in high-fluoride, normal-fluoride, and low-fluoride villages, respectively:  High: 0.71% vs. 1.26% vs. 0%  Above average: 2.13% vs. 5.66% vs. 4.08%  Average: 21.28% vs. 50.94% vs. 23.13%  Below average: 37.59% vs. 28.93% vs. 45.58%  Deficient: 38.30% vs. 13.21% vs. 27.21%  Average or higher: 24.11% vs. 57.86% vs. 27.21% |

124

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | deficient): 25.7% | | |
| Razdan et al. | 2017 | PubMed | India | Ecological cross-sectional | Schoolchildren in villages with one high school each that had a stable public drinking water supply for all residents, located in high-fluoride, fluorosis-endemic region of Mathura District, Uttar Pradesh, India, restricted to children who had resided in the same village since birth, born to mothers who lived in the same village since pregnancy, excluding children with any birth defects, genetic disorders, history of head injury, systemic diseases, or history of long-term residence at places other than place of birth; August–October 2016; participation rates NR | 12–14 y | 219

75 high-fluoride
75 medium-fluoride
69 low-fluoride | Drinking water in village of residence

Dental fluorosis, classified using Dean's index

Water consumption information, parent-reported (not used in analysis) | High-fluoride village (Raya): 4.99 ppm (shown in Table 1 as 2.99 ppm, Table 4 as 4.99 ppm)
Medium-fluoride village (Farah): 1.70 ppm
Low-fluoride village (Charora): 0.60 ppm

Dental fluorosis score in high-fluoride, medium-fluoride, and low-fluoride village, respectively:
Normal: 0% vs. 0% vs. 100%
Questionable/very mild: 0% vs. 0% vs. 0%
Mild: 10.7% vs. 18.7% vs. 0%
Moderate: 60.0% vs. 53.3% vs. 0%
Severe: 29.3% vs. 28.0% vs. 0% | Raven's Standard Progressive Matrices

Classifications by percentile:
Superior: 4.1%
Above average: 17.4%
Average: 49.3%
Below average: 20.5%
Intellectually impaired: 8.7% | None

ªThe villages under study were of similar geographic and demographic characteristics with the inhabitants having similar educational, socioeconomic status, and possessing similar occupation as per the reports of the block development office.ª | Prevalence of IQ grade in high-fluoride, medium-fluoride, and low-fluoride villages, respectively:
Superior: 0% vs. 0% vs. 13.0%
Above average: 0% vs. 0% vs. 55.1%
Average: 33.3% vs. 81.3% vs. 31.9%
Below average: 46.7% vs. 13.3% vs. 0%
Impaired: 20.0% vs. 5.3% vs. 0%
**p = 0.001**

Mean IQ score:
High fluoride: mean = 13.9467, SD = 5.13571
Medium fluoride: mean = 18.9467, SD = 4.38330
Low fluoride: mean = 38.6087, SD = 6.33668
**p = 0.001**

Pairwise comparisons of mean IQ score:
High vs. low fluoride: mean difference = 24.66203, SE = 0.88676, **p < 0.001**
Medium vs. low fluoride: mean difference = 19.66203, SE = 0.88676, **p < 0.001**
High vs. medium fluoride: mean difference = 5.0000, SE = 0.86809, **p < 0.001** |

1807950.000 – 7057

U.S. EXHIBIT 505.0126

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rocha-Amador et al. | 2007 | PubMed | Mexico | Cross-sectional | Schoolchildren in first through third grades in public schools in three rural areas of Mexico with varying levels of fluoride and arsenic (Moctezuma and Salitral, northwestern San Luis Potosí State, and 5 de Febrero, central Durango State), living in the area since birth; study dates NR; 85% response rate among 155 randomly selected of 308 eligible; "No significant differences in age, gender proportion, or time of residence were observed between study participants and non-participants." | 6–10 y | 132<br><br>60 high-fluoride/arsenic<br>20 medium-fluoride/arsenic<br>52 low-fluoride/arsenic | Spot urine, adjusted for creatinine<br><br>Tap and bottled water at home | Drinking water fluoride (mg/L), geo mean ± SD:<br>High exposure (5 de Febrero): 9.4 ± 0.9<br>Medium exposure (Salitral): 5.3 ± 0.9<br>Low exposure (Moctezuma): 0.8 ± 1.4<br><br>Drinking water arsenic (mg/L), geo mean ± SD:<br>High exposure: 194 ± 1.3<br>Medium exposure: 169 ± 0.9<br>Low exposure: 5.8 ± 1.3<br><br>Urinary fluoride (mg/g creatinine), geo mean ± SD, % > 2 mg/g:<br>High exposure: 5.5 ± 3.3; 98%<br>Medium exposure: 6.0 ± 1.6; 100%<br>Low exposure: 1.8 ± 1.5; 38.5%<br><br>Urinary arsenic (µg/g creatinine), geo mean ± SD, % > 50 µg/g:<br>High exposure: 52.5 ± 2.2; 52%<br>Medium exposure: 116 ± 2.2; 80%<br>Low exposure: 12.6 ± 2.0; 3.8%<br><br>Blood lead (µg/dL), geo mean ± SD, % > 10 µg/dL:<br>High exposure: 4.3 ± 3.4; 10%<br>Medium exposure: 6.7 ± 2.1; 4.5%<br>Low exposure: 7.1 ± 2.2; 10% | Wechsler Intelligence Scale for Children, Revised Mexican Version; age-adjusted full, verbal, and performance IQ | Blood lead, mother's education, socioeconomic status, height-for-age z-score, transferrin saturation; not adjusted for urinary or drinking water arsenic<br><br>"The three selected communities were similar in population and general demographic characteristics."<br><br>Lower urinary fluoride and arsenic levels in 5 de Febrero than Salitral are explained by access to bottled water for drinking in 5 de Febrero. | Change in IQ per unit increase in $\log_{10}$ urinary fluoride:<br>Performance IQ: $\beta = -13.0$, $p < 0.001$<br>Verbal IQ: $\beta = -15.6$, $p < 0.001$<br>Full-scale IQ: $\beta = -16.9$, $p < 0.001$<br><br>Change in IQ per unit increase in $\log_{10}$ drinking water fluoride:<br>Performance IQ: $\beta = -6.7$, $p < 0.001$<br>Verbal IQ: $\beta = -11.2$, $p < 0.001$<br>Full-scale IQ: $\beta = -10.2$, $p < 0.001$ |

1807950.000 – 7057

U.S. EXHIBIT 505.0127

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rocha-Amador et al. | 2008 | Ref list | Mexico | Cross-sectional | Schoolchildren in first through third grades in public schools in four rural areas of Mexico with varying levels of fluoride and arsenic (Soledad, Moctezuma, and Salitral in northwestern San Luis Potosí State, and 5 de Febrero in central Durango State), living in the area since birth; study dates NR; see Rocha-Amador et al. (2007) for participation rates<br><br>Same study population as in Rocha-Amador et al. (2007); some information from Expert Report of Jacqueline Calderon Hernández, Ph.D. | 6–10 y | 132<br><br>60 high-fluoride/arsenic<br>20 medium-fluoride/arsenic<br>52 low-fluoride/arsenic | Spot urine, adjusted for creatinine<br><br>Tap water at home | Urinary fluoride (mg/g creatinine), geo mean ± SD, % > 2 mg/g:<br>High (5 de Febrero): 5.5 ± 3.3; 98%<br>Medium (Salitral): 6.0 ± 1.6; 100%<br>Low (Soledad & Moctezuma): 1.8 ± 1.5; 38.5%<br><br>Drinking water fluoride (mg/L), mean (range):<br>5 de Febrero: 9.4 (8.1–15.7)<br>Salitral: 5.3 (5.0–5.6)<br>Soledad: 0.7 (0.3–1.4)<br>Moctezuma: 0.9 (0.9–1.3)<br><br>Urinary arsenic (µg/g creatinine), geo mean ± SD, % > 50 µg/g:<br>5 de Febrero: 52.5 ± 2.2; 52%<br>Salitral: 116 ± 2.2; 80%<br>Soledad & Moctezuma: 12.6 ± 2.0; 3.8%<br><br>Drinking water arsenic (µg/L), mean (range):<br>5 de Febrero: 194 (141–794)<br>Salitral: 170 (148–186)<br>Soledad: 4.3 (2.9–7.1)<br>Moctezuma: 6.9 (4.2–8.9)<br><br>Blood lead (µg/dL), mean (range):<br>5 de Febrero: 4.8 (0.2–15.7)<br>Salitral: 6.8 (2.2–10.5)<br>Soledad: 7.3 (3.1–11.9)<br>Moctezuma: 7.0 (4.2–12.6) | Wechsler Intelligence Scale for Children, Revised Mexican Version; age-adjusted full, verbal, and performance IQ | Blood lead, mother's education, urinary arsenic | Change in IQ per unit increase in $\log_{10}$ urinary fluoride:<br>Full-scale IQ: β = −0.52, p < 0.001, adjusted for urinary arsenic<br>Full-scale IQ: β = −0.43, p < 0.001, unadjusted for urinary arsenic<br><br>Performance IQ: β = −0.44, p < 0.01, adjusted for urinary arsenic<br>Performance IQ: β = −0.38, p < 0.01, unadjusted for urinary arsenic<br><br>Verbal IQ: β = −0.52, p < 0.01, adjusted for urinary arsenic<br>Verbal IQ: β = −0.43, p < 0.01, unadjusted for urinary arsenic |

127

U.S. EXHIBIT 505.0128

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rocha-Amador et al. | 2009 | PubMed | Mexico | Cross-sectional | Schoolchildren attending public schools in three areas with environmental pollution with either fluoride and arsenic (5 de Febrero, Durango State), lead and arsenic (Morales, San Luis Potosí State), or DDT and PCBs (El Ramonal, Quintana Roo), living in the study area since birth, excluding those with diagnosed neurological disease; study dates and participation rates NR | 6–11 y | 166<br><br>80 fluoride-arsenic<br>13 lead-arsenic<br>73 DDT-PCBs | Spot urine, adjusted for creatinine | Urinary fluoride (mg/g creatinine):<br>Fluoride-arsenic area: mean = 5.6, SD = 1.7, range = 1.2–24.9, 97.5% > 2 mg/g<br><br>Urinary arsenic (µg/g creatinine):<br>Fluoride-arsenic area: mean = 64.2, SD = 2.3, range = 10.0–325.3, 59.0% > 50 µg/g<br>Lead-arsenic area: mean = 57.5, SD = 1.5, range = 27.9–142.2, 58.0% > 50 µg/g<br><br>Blood lead (µg/dL):<br>Fluoride-arsenic area: mean = 5.2, SD = 3.2, range = 0.1–15.7, 8.0% > 10 µg/dL<br>Lead-arsenic area: mean = 12.7, SD = 6.1, range = 5.0–26.0, 50.0% > 10 µg/dL<br>DDT-PCBs area: mean = 4.2, SD = 1.5, range = 0.1–7.6, 0.0% > 10 µg/dL<br><br>Plasma levels in DDT-PCBs area only (ng/mL):<br>p,p'-DDT: mean = 5.5, SD = 6.4, range = 0.3–89.1<br>p,p'-DDE: mean = 53.7, SD = 6.6, range = 0.3–598.6<br>Sum of PCBs: mean = 8.3, SD = 2.9, range = 0.8–50.05 | Rey-Osterrieth Complex Figure Test, children's version: Copy test (visuoconstructional ability) and Immediate Recall test (spatial and visual memory)<br><br>% with Copy z-score below −1 SD: 132/166 (79.5%)<br><br>% with Immediate Recall z-score below −1 SD: 87/166 (52.4%) | Age | Prevalence of Copy z-score below −1 SD:<br>Fluoride-arsenic area: 71/80 (89%)<br>Lead-arsenic area: 8/13 (62%)<br>DDT-PCBs area: 53/73 (73%)<br><br>Prevalence of Immediate Recall z-score below −1 SD:<br>Fluoride-arsenic area: 47/80 (59%)<br>Lead-arsenic area: 8/13 (62%)<br>DDT-PCBs area: 32/73 (44%)<br><br>Age-adjusted partial correlation for change in score per unit increase in $\log_{10}$ creatinine-adjusted urinary fluoride:<br>Copy score, fluoride-arsenic area: r = −0.29, p < 0.01<br>Immediate Recall score, fluoride-arsenic area: r = −0.27, p < 0.05<br>(Not significantly associated with $\log_{10}$ creatinine-adjusted urinary arsenic) |

128

U.S. EXHIBIT 505.0129

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saxena et al. | 2012 | PubMed | Incia | Cross-sectional | Schoolchildren in fifth and sixth grades in government schools in villages of high-fluoride region of Karera Block, Shivpuri District, and low-fluoride region of Parwaliya Village, Bhopal District, Madhya Pradesh State, India, restricted to lifelong residents of the area, with no change in source of water since birth, and no history of congenital or acquired neurological disease or head injury; study dates and participation rates NR | 12 y | 170<br><br>38 high-fluoride<br><br>43 medium-high-fluoride<br><br>39 medium-low-fluoride<br><br>50 low-fluoride | First morning urine<br><br>Drinking water fluoride at home<br><br>Drinking water fluoride in village of residence | High fluoride: > 4.5 ppm<br>Medium-high fluoride: 3.1–4.5 ppm<br>Medium-low fluoride: 1.5–3.0 ppm<br>Low fluoride: < 1.5 ppm<br><br>First morning urinary fluoride (ppm) by village water fluoride group:<br>High fluoride: mean = 7.01, SD = 1.02, range = 5.6–8.4<br>Medium-high fluoride: mean = 4.85, SD = 0.50, range = 4.1–6.0<br>Medium-low fluoride: mean = 3.28, SD = 0.48, range = 2.5–4.3<br>Low fluoride: mean = 2.25, SD = 0.28, range = 1.7–2.8<br>$p < 0.001$<br><br>Other first morning urinary measures (µg/L), range of means by village water fluoride group:<br>Iodine: 275.04–277.97<br>Lead: 31.69–32.29<br>Arsenic: 5.74–6.34<br>No significant differences across groups | Raven's Standard Progressive Matrices<br><br>≥ 95th percentile (intellectually superior; grade I)<br>≥ 75th–94th percentile (definitely above average; grade II)<br>≥ 25th–74th percentile (intellectually average; grade III)<br>≥ 6th–24th percentile (definitely below average; grade IV)<br>≤ 5th percentile (intellectually impaired; grade V) | "Stepwise multiple linear regression"; covariates considered NR; covariates collected included age, sex, socioeconomic status, education of head of family, height for age, weight for height<br><br>"The selected villages were similar in population and general demographic characteristics."<br><br>"No statistically significant differences were observed in the participant's gender proportion, SES, education of the head of the family, height for age ratio, or weight for height ratio." | Mean IQ grade by drinking water fluoride (higher = worse):<br>High: 4.45<br>Medium-high: 4.23<br>Medium-low: 3.85<br>Low: 3.16<br><br>Multivariate model for IQ and urinary fluoride:<br>r = 0.542, p < 0.001<br><br>"In stepwise multiple linear regression analysis the only significant independent variable was urinary fluoride." |

1807950.000 – 7057

U.S. EXHIBIT 505.0130

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shannon et al. | 1986 | PubMed | New Zealand | Prospective cohort | Birth cohort of children born in Christchurch urban region, New Zealand, studied at birth, 4 months, and annually until age 7 y; born mid-1977; participation rates NR; 81% of original cohort of 1,265 children, 88% of those residing in New Zealand at age 7 y<br><br>"Comparisons between the sample of 1028 children and the original cohort of 1265 children suggested that losses to follow-up were unrelated to a broad range of factors including maternal age, education, ethnicity, family type and family socioeconomic status, the child's sex and birthweight."<br><br>Updated in Spittle et al. (1998) | 0–7 y | 1,028 | Duration of residence in an area with a fluoridated public water supply, based on residential address reported by mother in annual interview | Years resident in a fluoridated area:<br>0 y: 621 (60%)<br>1–3 y: 113 (11%)<br>4–6 y: 104 (10%)<br>7 y: 190 (19%) | Conduct disorder or behavior disturbance based on Rutter and Conners behavior scales at ages 6 and 7 y, maternal rating and teacher rating | Combined measure of family social position based on maternal education, maternal age, child's ethnicity, one- vs. two-parent family, and family socioeconomic status<br><br>"In all cases adjustment for the effects of social background had no detectable effect on the apparently consistent absence of correlation with exposure to water fluoridation." | Mean problem behavior score by duration of residence in fluoridated area:<br>Maternal rating, age 6 y:<br>0 y: 9.99<br>1–3 y: 9.98<br>4–6 y: 10.06<br>7 y: 10.03<br>p ≥ 0.05<br><br>Teacher rating, age 6 y:<br>0 y: 10.00<br>1–3 y: 10.07<br>4–6 y: 9.94<br>7 y: 9.94<br>p ≥ 0.05<br><br>Maternal rating, age 7 y:<br>0 y: 9.97<br>1–3 y: 10.12<br>4–6 y: 10.05<br>7 y: 9.96<br>p ≥ 0.05<br><br>Teacher rating, age 7 y:<br>0 y: 10.00<br>1–3 y: 10.02<br>4–6 y: 10.13<br>7 y: 9.90<br>p ≥ 0.05 |
| Sharma et al. | 2009 | Fluoride | India | Ecological cross-sectional | Children (and adults) residing in 20 villages with high, low, or medium levels of fluoride in drinking water, Sanganer Tehsil, India; study years and participation rates NR | Up to 18 y | 1,145<br><br>Ages < 6 y: 146<br>Ages 6–12 y: 277<br>Ages 12–18 y: 722<br><br>High-fluoride: 418<br>Medium-fluoride: 355<br>Low-fluoride: 372 | Drinking water fluoride in village of residence | High fluoride: > 1.5 ppm<br>Medium fluoride: 1.0–1.5 ppm<br>Low fluoride: < 1.0 ppm | Neurological manifestations, self-reported: headache, insomnia, lethargy, depression (results NR), polyuria, polydipsia | Age, sex (stratified) | Prevalence of neurological manifestations in high-fluoride vs. medium-fluoride vs. low-fluoride villages, respectively:<br>Headache: 11.24% (all ages 12–18 y) vs. 0% vs. 0% [Fisher's exact p < 0.001]<br>Insomnia: 3.83% (all ages 12–18 y) vs. 0% vs. 0% [Fisher's exact p < 0.001]<br>Lethargy: 1.44% (all ages 12–18 y) vs. 0% vs. 0%<br>Polyuria: 0% vs. 0% vs. 0%<br>Polydipsia: 0% vs. 0% vs. 0% |

130

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shivaprakash et al. | 2011 | PubMed | India | Cross-sectional | Schoolchildren in high-fluoride Hungund taluk and low-fluoride Bagalkot taluk, Bagalkot District, Karnataka, India, with normal birth history and permanently residing in region, no history of head trauma, chronic illness, or current medication use; included 80 with dental fluorosis of 150 examined from Hungund taluk, 80 without dental fluorosis of 120 examined from Bagalkot taluk; study dates and participation rates NR | 7–11 y | 160

80 with dental fluorosis

80 without dental fluorosis | Dental fluorosis, classified using Dean's index, excluding questionable cases

Groundwater fluoride in region of residence (not analyzed in association with IQ) | Mild, moderate, or severe dental fluorosis; distribution NR

Groundwater fluoride (ppm):
High-fluoride region (Hungund taluk): 2.5–3.5 ppm
Low-fluoride region (Bagalkot taluk): < 0.5 ppm | Raven's Colored Progressive Matrices | Sex (stratified)

"Apart from these [fluorosis] criteria, by every other comparison i.e., the cultural level, standard of living, lifestyle habits, were essentially the same for the two regions" | IQ score by dental fluorosis status:
Fluorosis: mean = 66.6250, SD = 18.0908
No fluorosis: mean = 76.3625, SD = 20.8431, **p = 0.0019**

Fluorosis, boys: mean = 68.6667, SD = 16.2100
No fluorosis, boys: mean = 75.1429, SD = 22.8592; p = 0.1285
Fluorosis, girls: mean = 64.3684, SD = 19.9410
No fluorosis, girls: mean = 78.2903, SD = 17.3689; **p = 0.0032**

IQ score by dental fluorosis severity:
None: 75.8850 [unclear why different from above]
Mild: mean = 66.7290; **p = 0.0332 vs. none**, p = 0.9998 vs. moderate, p = 0.9874 vs. severe
Moderate: mean = 66.3130; p = 0.2795 vs. none, p = 0.9687 vs. severe
Severe: mean = 66.4000; p = 0.7179 vs. none

Prevalence of IQ grade by fluorosis vs. no fluorosis:
Superior: 0% vs. 1.25%
High average: 1.25% vs. 3.75%
Average: 15.00% vs. 25.00%
Low average: 11.25% vs. 22.50%
Borderline: 17.50% vs. 10.00%
Extremely low: 55.00% vs. 37.50%
**p = 0.0460** |

1807950.000 – 7057

U.S. EXHIBIT 505.0132

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Singh et al. | 2013 | Ref list | Incia | Ecological cross-sectional | Schoolchildren from the rural area of Dausa District, a high-fluoride region, and Jaipur District, a low-fluoride region, in Rajasthan, India; subject recruitment sources (e.g., schools), eligibility criteria, study dates, and participation rates NR | 9–14 y | 142<br><br>70 high-fluoride<br>72 low-fluoride | Drinking water in district of residence<br><br>Drinking water at home (not analyzed in association with IQ)<br><br>Spot urine (not analyzed in association with IQ)<br><br>Serum (not analyzed in association with IQ) | Drinking water fluoride (ppm):<br>High-fluoride district (Dausa): mean = 6.8, SD = 1.6; overall district > 2 ppm<br>Low-fluoride district (Jaipur): mean = 1.03, SD = 0.15; overall district < 1.5 ppm<br>p < 0.001<br><br>Urinary fluoride (unit NR):<br>High-fluoride district: mean = 5.23, SD = 2.1<br>Low-fluoride district: mean = 1.79, SD = 0.2<br>p < 0.001<br><br>Serum fluoride (unit NR):<br>High-fluoride district: mean = 0.986, SD = 0.03<br>Low-fluoride district: mean = 0.029, SD = 0.012<br>p < 0.001 | Raven's Standard Progressive Matrices<br><br>≥ 130 (outstanding): 0%<br>120–129 (excellent): 2.1%<br>110–119 (high average): 4.9%<br>90–109 (average): 38.7%<br>80–89 (low average): 33.1%<br>70–79 (borderline): 16.2%<br>≤ 69 (impaired): 4.9% | None<br><br>"The subjects were similar in living conditions, parental literacy, socioeconomic status, and health history. Moreover, age- and sex-matched controls were selected from the rural area of Jaipur district." | IQ grade in high-fluoride vs. low-fluoride district:<br>Outstanding: 0% vs. 0%<br>Excellent: 1.4% vs. 2.8%<br>High average: 2.8% vs. 6.9%<br>Average: 29.2% vs. 47.2%<br>Low average: 34.7% vs. 30.6%<br>Borderline: 22.2% vs. 9.7%<br>Impaired: 6.9% vs. 2.8%<br>p-value NR (Fisher's exact p = 0.07) |
| Spittle et al. | 1998 | Fluoride | New Zealand | Prospective cohort (abstract only) | Birth cohort of children born in Christchurch, New Zealand, studied at ages 8 and 9 y, comparing those living in artificially fluoridated Waimairi County with those living in non-fluoridated Christchurch; born mid-1977; participation rates NR<br><br>Update of Shannon et al. (1986) | 8 and 9 y | 1,265 | Duration of residence in an area with a fluoridated public water supply up to age 7 y | Years resident in a fluoridated area (1 ppm), compared with a non-fluoridated area (< 0.1 ppm): 0, 1–3, 4–6, or 7 y (frequencies NR) | Wechsler Intelligence Scale for Children–Revised | NR; assume similar to Shannon et al. 1986 (composite measure of family social position) | Mean IQ score by duration of residence in fluoridated area at age 8 y:<br>0 y: 100.0<br>1–3 y: 99.04<br>4–6 y: 99.40<br>7 y: 100.5<br>p > 0.30<br><br>Mean IQ score by duration of residence in fluoridated area at age 9 y:<br>0 y: 99.9<br>1–3 y: 99.3<br>4–6 y: 98.7<br>7 y: 101.2<br>p > 0.70 |

1807950.000 – 7057

U.S. EXHIBIT 505.0133

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sudhir et al. | 2009 | Ref list | Incia | Ecological cross-sectional | Schoolchildren who were lifelong residents and for first 10 years of life consumed drinking water from same source in Nalgonda District, Andhra Pradesh, India, a region with various drinking water fluoride levels, stratified into four groups for study, excluding children with a history of brain disease, head injury, congenital or acquired disease affecting intelligence, orthodontic brackets, severe extrinsic stains on teeth, or non-permanent residence; August–October 2006; participation rates NR | 13–15 y | 1,000<br><br>250 in each of 4 fluoride levels | Drinking water in village of residence (1–2 samples per school)<br><br>Dental fluorosis, classified using Dean's index | Drinking water fluoride (ppm):<br>Level 4 villages: > 4.0<br>Level 3 villages: 1.3–4.0<br>Level 2 villages: 0.7–1.2<br>Level 1 villages: < 0.7<br><br>Dental fluorosis grade:<br>0.5: 1.0%<br>1: 17.9%<br>2: 15.7%<br>3: 41.4%<br>4: 24.0% | Raven's Standard Progressive Matrices, 1992 edition<br><br>≥ 95th percentile (intellectually superior, grade 1): 0%<br>≥ 75th–94th percentile (definitely above average, grade 2): 0.4%<br>≥ 26th–74th percentile (intellectually average, grade 3): 16.7%<br>≥ 6th–25th percentile (definitely below average, grade 4): 27.8%<br>≤ 5th percentile (intellectually impaired, grade 5): 55.1% | None<br><br>Age, sex, and socioeconomic status not significantly associated with IQ grade | Mean IQ grade by drinking water fluoride (higher = worse):<br>≥ 4.1 ppm: 4.6<br>1.3–4.0 ppm: 4.4<br>0.7–1.2 ppm: 4.4<br>≤ 0.6 ppm: 4.1<br>p-value NR<br><br>Distribution of IQ grades by dental fluorosis grade:<br>Fluorosis 0.5: 10.0% grade 2, 40.0% grade 3, 50.0% grade 4, 0.0% grade 5<br>Fluorosis 1: 0.0% grade 2, 31.8% grade 3, 24.6% grade 4, 43.6% grade 5<br>Fluorosis 2: 0.6% grade 2, 23.6% grade 3, 24.8% grade 4, 51.0% grade 5<br>Fluorosis 3: 0.2% grade 2, 9.9% grade 3, 33.8% grade 4, 56.0% grade 5<br>Fluorosis 4: 0.4% grade 2, 11.7% grade 3, 20.8% grade 4, 67.1% grade 5<br>**p < 0.001** |
| Thomas et al. | 2018 | Fluoride | Mexico | Prospective birth cohort (abstract only) | Same as Bashash et al. 2017: Mother-child pairs in 2 (of 4) cohorts from 3 hospitals in Mexico City, Mexico, that serve low-to-moderate-income families; cohort 2A = observational study of prenatal lead and neurodevelopment in women pregnant or planning to become pregnant; cohort 3 = randomized trial of calcium supplementation and blood lead in pregnant women; eligible if recruited at ≤ 14 weeks' gestation, with no history of psychiatric disorders, no current use of daily alcohol, illegal drugs, or continuous prescription drugs, no diagnosis of high-risk pregnancy, gestational diabetes, preeclampsia, renal disease (but "not screened for renal problems that could potentially affect the urinary fluoride levels"), circulatory disease, hypertension, or seizure during index pregnancy; recruited 1997–1999 (cohort 2A) | Prenatal to 3 y | 401 | Early morning, non-fasting second void prenatal maternal urine, averaged over trimesters 1, 2, and 3, adjusted for creatinine<br><br>Prenatal maternal plasma and child urine (not analyzed in association with Mental Development Index) | Maternal urinary fluoride, creatinine-adjusted (mg/L):<br>Median = 0.835, range = 0.195–3.673<br><br>Overall mean with creatinine adjustment = 0.91 mg/L, without adjustment = 0.85 mg/L<br>Intraclass correlation coefficient by trimester = 0.25<br><br>Sources: fluoridated salt (250 ppm) and naturally occurring fluoride in drinking water (possible range: 0.15–1.38 mg/L: NR for public water supply)<br><br>Some exposure information from Thomas et al. 2016 | Bayley Scales of Infant Development-II, Mental Development Index subscale | Maternal age, education, marital status, study cohort, child's sex, child's age | Change in Mental Development Index per 0.5 mg/L creatinine-adjusted maternal urinary fluoride:<br>**β = −1.20, 95% CI = −2.19, −0.20**<br><br>Results NR for Bayley Psychomotor Development Index |

133

U.S. EXHIBIT 505.0134

**August 1, 2019**

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | or 2001–2003 (cohort 3); participation rates NR | | | | | | | |

U.S. EXHIBIT 505.0135

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|---------------------|---------------------|---------|
| Till et al. | in review | Ref list | Canada | Prospective birth cohort | Mother-child pairs recruited during pregnancy from 7 hospitals in 6 cities across Canada, restricted to mothers with child IQ and postal codes linked to a water treatment plant with fluoride measurements, and without primary drinking source from a well or "other" source; 2,001 participants (39% of 5,108 eligible pregnant women in overall cohort<br><br>Of 610 children evaluated at ages 3–4 y (participation rate NR), 601 (99%) had child IQ; of these, 398 (67%) reported drinking tap water and had water fluoride data and complete covariate data; 350 (58%) also had maternal prenatal urinary fluoride data<br><br>Some information from Arbuckle et al. (2013) | Prenatal to 3–4 y | 398 fluoride intake from infant formula (200 breastfed for ≥ 6 months, 198 formula-fed)<br><br>350 also with maternal urinary fluoride | Estimated intake from infant formula, based on residential drinking water fluoride, mother-reported formula intake in first year, and assumed daily water intake<br><br>Prenatal maternal spot urine, averaged over trimesters 1, 2, and 3, adjusted for specific gravity<br><br>Drinking water in postal code area, averaged across pregnancy | Residential drinking water fluoride (mg/L): Breastfed, fluoridated area: mean = 0.58, SD = 0.08<br>Breastfed, unfluoridated area: mean = 0.13, SD = 0.06<br>Formula-fed, fluoridated area: mean = 0.59, SD = 0.07<br>Formula-fed, unfluoridated area: mean = 0.13, SD = 0.05<br><br>Fluoride intake from infant formula (mg/day): Breastfed, fluoridated area: mean = 0.12, SD = 0.07<br>Breastfed, unfluoridated area: mean = 0.02, SD = 0.02<br>Formula-fed, fluoridated area: mean = 0.34, SD = 0.12<br>Formula-fed, unfluoridated area: mean = 0.08, SD = 0.04<br><br>Maternal urinary fluoride, specific-gravity-adjusted (mg/L): Breastfed, fluoridated area: mean = 0.70, SD = 0.39<br>Breastfed, unfluoridated area: mean = 0.42, SD = 0.28<br>Formula-fed, fluoridated area: mean = 0.64, SD = 0.37<br>Formula-fed, unfluoridated area: mean = 0.38, SD = 0.27 | Wechsler Preschool and Primary Scale of Intelligence, 3rd edition: full-scale, verbal, and performance IQ<br><br>Standardized by age and sex | Age, sex, race, city, quality of child's home environment, maternal education, and secondhand smoke; maternal prenatal urinary fluoride in alternative models; formula-feeding status in unstratified models | Change in full-scale IQ per 0.5 mg/L drinking water fluoride:<br>**β for formula-fed = −4.40, 95% CI = −8.34, −0.46; β = −3.58, 95% CI = −7.83, 0.66 adj. for maternal urinary F**<br>β for breastfed = −1.34, 95% CI = −5.04, 2.38; β = −1.69, 95% CI = −5.66, 2.27 adj. for maternal urinary F<br><br>Change in performance IQ per 0.5 mg/L drinking water fluoride:<br>**β for formula-fed = −9.26, 95% CI = −13.77, −4.76; β = −7.93, 95% CI = −12.84, −3.01 adj. for maternal urinary F**<br>**β for breastfed = −6.19, 95% CI = −10.45, −1.94; β = −6.30, 95% CI = −10.92, −1.68 adj. for maternal urinary F**<br><br>Change in verbal IQ per 0.5 mg/L drinking water fluoride:<br>β for formula-fed = 0.89, 95% CI = −2.87, 4.65; β = 2.60, 95% CI = −1.98, 7.16 adj. for maternal urinary F<br>β for breastfed = 3.06, 95% CI = −0.49, 6.61; β = −4.20, 95% CI = −0.06, 8.45 adj. for maternal urinary F<br><br>Change in full-scale IQ per 0.5 mg fluoride from infant formula:<br>β = −2.69, 95% CI = −7.38, 2.01; β = −1.94, 95% CI = −7.09, 3.21 adj. for maternal urinary F<br><br>Change in performance IQ per 0.5 mg fluoride from infant formula:<br>**β = −8.76, 95% CI = −14.18, −3.34; β = −7.62, 95% CI = −13.64, −1.60 adj. for maternal urinary F**<br><br>Change in verbal IQ per 0.5 mg fluoride from infant formula:<br>β = 3.08, 95% CI = −1.40, 7.55; β = 3.05, 95% CI = −1.89, 7.89 adj. for maternal urinary F<br><br>Change in IQ per 0.5 mg/L maternal urinary fluoride: sig. lower performance IQ after adj. for F from infant formula, but not drinking water |

135

U.S. EXHIBIT 505.0136

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Trivedi et al. | 2007 | Fluoride | Incia | Ecological cross-sectional | Schoolchildren in sixth and seventh grades at the one local school per area in high-fluoride Sachana, Sanand District, and low-fluoride Chandlodia, Ahmedabad District, Gujarat, India, limited to lifelong residents of their respective locations; study dates and participation rates NR | 12–13 y | 190<br><br>89 high-fluoride<br><br>101 low-fluoride | Drinking water in area of residence<br><br>Spot urine, averaged by area of residence | Urinary fluoride (mg/L): High-fluoride area (Sachana): mean = 6.13, SD = 0.67 Low-fluoride area (Chandlodia): mean = 2.30, SD = 0.28<br><br>Drinking water fluoride (mg/L): High-fluoride area (Sachana): mean = 5.55, SD = 0.41 Low-fluoride area (Chandlodia): mean = 2.01, SD = 0.009 | IQ assessed by "questionnaire prepared by Professor JH Shah, copyrighted by Akash Manomapan Kendra, Ahmedabad, India, and standardized on the Gujarati population with 97% reliability rate in relation to the Stanford-Binet Intelligence Scale"<br><br>≥ 130 (very superior): 1.1%<br>120–129 (superior): 1.6%<br>110–119 (bright normal): 18.9%<br>90–109 (normal): 58.9%<br>80–89 (dull normal): 12.1%<br>70–79 (borderline): 5.3%<br>≤ 69 (mental retardation): 2.1% | Sex (stratified)<br><br>"The nutritional and middle class socioeconomic status of both areas is very similar and good, but slightly lower in Sachana." | IQ score by district: High fluoride: mean = 91.72, SD = 1.13 Low fluoride: mean = 104.44, SD = 1.23 p < 0.001 Similar results after stratification by gender or both grade and gender<br><br>IQ grade in high-fluoride vs. low-fluoride district: Very superior: 0% vs. 1.98% Superior: 0% vs. 2.97% Bright normal: 2.25% vs. 33.66% Normal: 69.66% vs. 49.50% Dull normal: 15.73% vs. 8.91% Borderline: 8.99% vs. 1.98% Mental retardation: 3.37% vs. 0.99% |

1807950.000 – 7057

U.S. EXHIBIT 505.0137

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Valdez Jiménez et al. | 2017 | PubMed | Mexico | Prospective birth cohort | Mother-infant pairs with women recruited during pregnancy from health centers in two endemic hydrofluorosis areas, Durango City and Lagos de Moreno, Jalisco, Mexico, restricted to women ≤ 12 weeks' gestation at recruitment, with no history of thyroid disease or clinically diagnosed diabetes, with ≥ 5 years' residence in study area; recruited 2013–2014; 182 potential participants identified, 90 (49%) consented, 65 (36%) approved neuropsychological evaluation of infants<br><br>No significant differences between those with and without consent for neuropsychological evaluation, but those with consent were older, less well educated, more likely to be unmarried, housewife/non-working, and parous, and to use bottled vs. tap water for cooking. No significant differences in characteristics or prenatal urinary fluoride levels (2.2 vs. 2.1 mg/mL) between women who provided samples in 1st and 2nd trimesters vs. 1st only | Mean = 8 months, range = 3–15 months | 65<br><br>1st trimester: 65<br>2nd trimester: 46<br>3rd trimester: 29 | First morning urine in each trimester, adjusted for specific gravity<br><br>Tap and bottled water at home in each trimester (drinking water fluoride not analyzed in association with outcomes) | First morning urinary fluoride (mg/L) by trimester, specific-gravity-adjusted:<br>First: geo mean = 1.9, SE = 1.0, range = 0.16–4.9, 96.0% > 0.65 mg/L<br>Second: geo mean = 2.0, SE = 1.1, range = 0.7–6.0, 100.0% > 0.65 mg/L<br>Third: geo mean = 2.7, SE = 1.1, range = 1.3–8.2, 100.0% > 0.65 mg/L<br><br>Tap water fluoride (mg/L) by trimester:<br>First: geo mean = 2.6, SE = 1.1, range = 0.5–10.8, 81.5% ≤ 1.5 mg/L<br>Second: geo mean = 3.1, SE = 1.1, range = 0.7–10.0, 86.7% ≤ 1.5 mg/L<br>Third: geo mean = 3.7, SE = 1.0, range = 0.6–12.5, 92.2% ≤ 1.5 mg/L<br><br>Bottled water fluoride (mg/L) by trimester:<br>First: geo mean = 2.3, SE = 1.1, range = 0.01–5.7, 52.0% ≤ 0.7 mg/L<br>Second: geo mean = 2.0, SE = 1.0, range = 0.02–8.1, 50.0% ≤ 0.7 mg/L<br>Third: geo mean = 2.9, SE = 1.0, range = 0.02–7.9, 66.7% ≤ 0.7 mg/L | Bayley Scales of Infant Development-II, Mental Development Index and Psychomotor Development Index subscales<br><br>Age-standardized to mean = 100, SD = 15<br><br>Mental Development Index: mean = 91.6, SD = 14.3, range = 60–135; 38.5% ≤ 85, 11.9% ≥ 115<br><br>Psychomotor Development Index: mean = 90.9, SD = 13.5, range = 54–131; 20.9% ≤ 85, 6.0% ≥ 115 | Gestational age, child's age, marginalization index (socioeconomic status), bottled vs. tap for drinking water | Change in Mental Development Index per unit increase in $\log_{10}$ maternal prenatal urinary fluoride, specific-gravity-adjusted:<br>1st trimester: **β = −19.05, SE = 8.9, standard β = −0.32, p = 0.04**<br>2nd trimester: **β = −19.34, SE = 7.46, standard β = −0.36, p = 0.013**<br><br>(Change in Mental Development Index for use of tap vs. bottled drinking water:<br>1st trimester: β = −13.3, SE = 5.4, standard β = 0.38, **p = 0.02**<br>2nd trimester: β = −11.39, SE = 4.88, standard β = 0.34, **p = 0.025**)<br><br>Results for Psychomotor Development Index analyzed but NR<br><br>Results NR for associations with drinking water fluoride, if analyzed |

1807950.000 – 7057

137

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wang Q et al. | 2012 | Ref list | China | Cross-sectional | Children living in Wamiao Village, a severe endemic fluorosis area, and Xinhuai Village, a fluorosis-non-endemic area about 64 km away, Sihong County, Jiangsu Province, China, excluding children absent from either village for ≥ 2 years, or with a history of brain disease or head injury; study dates NR; 97% participation in Wamiao, 95% participation in Xinhuai<br><br>Overlaps with Xiang et al. (2003, 2013, 2015) | 8–13 y | 526<br><br>236 high-fluoride<br><br>290 low-fluoride | Drinking water fluoride in area<br><br>Total fluoride intake, based on food + water + air<br><br>Dietary fluoride intake, based on food and water testing and dietary survey in 6 families per exposure group<br><br>Air fluoride levels, based on 5-day sampling in 5 households (indoors) and 2 equally spaced points (outdoors) per village | Drinking water fluoride (mg/L):<br>High-fluoride village (Wamiao): mean = 2.45, SD = 0.80, range = 0.57–4.50<br>Low-fluoride village (Xinhuai): mean = 0.36, SD = 0.11, range = 0.18–0.76<br>$p < 0.001$<br><br>Total fluoride intake (mg/person/day):<br>High-fluoride village (Wamiao): mean = 3.05, SD = 0.99, range = 0.73–5.57<br>Low-fluoride village (Xinhuai): mean = 0.78, SD = 0.13, range = 0.57–1.27<br>$p < 0.001$ | Combined Raven's Test for the Rural in China<br><br>≥ 130 (very superior)<br>120–129 (superior)<br>110–119 (high average)<br>90–109 (average)<br>80–89 (low average)<br>70–79 (borderline)<br>≤ 69 (defective)<br><br>Dichotomized at 80 | Age, sex (odds ratios only); sex (stratified)<br><br>"The two villages are approximately 64 km apart, there is no significant difference in annual per capita income (t = 1.28, P>0.05), and transportation, education, medical conditions, the natural environment, and lifestyle are essentially consistent between the two. The two villages have no fuel coal or industrial fluoride pollution, and the residents do not drink Tibeti.ᵃ | Mean ± SD (range) IQ in high-fluoride village vs. low-fluoride village:<br>Total: 92.02 ± 13.00 (54–125) vs. 100.41 ± 13.21 (60–128), **p < 0.01**<br>Males: 94.73 ± 13.09 vs. 100.69 ± 13.52, **p < 0.01**<br>Females: 88.72 ± 12.16 vs. 100.0 ± 12.87, **p < 0.01**<br><br>Total fluoride intake (mean ± SD, mg/person/day), IQ score (mean ± SD), and % with IQ < 80 by village drinking water fluoride group:<br>Group E (≥ 4.00 mg/L): 4.51 ± 0.43; 87.97 ± 11.99; 26.47%<br>Group D (3.0–3.99 mg/L): 3.52 ± 0.25; 90.98 ± 13.40; 17.50%<br>Group C (2.0–2.99 mg/L): 2.61 ± 0.27; 93.40 ± 13.19; 13.33%<br>Group B (1.0–1.99 mg/L): 1.34 ± 0.32; 99.16 ± 13.32; 3.51%<br>Group A (< 1.0 mg/L): 0.75 ± 0.09; 100.68 ± 13.07; 6.02%<br>p-value NR<br><br>Change in IQ score per mg/person/day total fluoride intake:<br>**β = −3.519, $r^2$ = 0.1102, p < 0.001**<br>**ρ = −0.332, p < 0.001**<br><br>Change in prevalence of low IQ < 80 (%) per mg/person/day total fluoride intake:<br>**β = 5.779, r2 = 0.966, p = 0.008**<br>**ρ = 0.966**<br><br>Odds ratio for IQ < 80 vs. ≥ 80 per mg/person/day total fluoride intake, adjusted for age and sex:<br>**1.106, 95% CI = 1.052–1.163** |

1807950.000 – 7057

U.S. EXHIBIT 505.0139

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wang S et al. | 2005 (pub. 2008) | Fluoride | China | Cross-sectional | Children randomly selected from registered students in Zhijin County, Guizhou, China, including children with skeletal fluorosis or only dental fluorosis from a zone with severe fluoride poisoning due to burning of contaminated coal, and children from a zone with relatively low fluoride; October–November 2004; participation rates NR, 203/226 (90%) participants included in IQ analysis, per Table 5 | 7–12 y | 203<br><br>57 high-fluoride, skeletal fluorosis<br>97 high-fluoride, only dental fluorosis<br>49 low-fluoride (per Table 5 with IQ results) | Spot urine<br><br>Dental fluorosis, classified using Dean's index or Chinese "3 types, 9 classifications" index<br><br>Skeletal fluorosis based on x-ray of pelvis and right crus of diaphragm (and tarsus if needed)<br><br>No data on drinking water fluoride levels | Urinary fluoride (mg/L):<br>High-fluoride zone: mean = 1.352, SD = 0.457<br>Low-fluoride zone: mean = 1.611, SD = 0.467<br>Authors' statement in discussion: "This study found that the children from the severely endemic zone had higher urine fluoride than those from the control zone."<br>Editorial comment: "The data in Table 2 and in the summary in English in the paper as originally published appear to contradict this statement"<br><br>Dental fluorosis (selection criterion): 119/203 (58.6%) | Raven's Standard Theoretical Intelligence Test, Chinese version<br><br>≥ 95th percentile (high)<br>75th–94th percentile (good): 11.8%<br>high/good<br>25th–74th percentile (average): 61.1%<br>5th–24th percentile (below average): 19.7%<br>≤ 4th percentile (intellectual deficit): 7.4% | None<br><br>"[B]oth zones were free from iodine deficiency, with the basic conditions, including standard of living, level of medical treatment available, sanitation, and cultural development all essentially the same." | Prevalence of IQ grades in skeletal fluorosis vs. dental fluorosis vs. controls (low-fluoride), respectively):<br>High/good: 3.5% vs. 8.2% vs. 28.6%<br>Average: 63.2% vs. 60.8% vs. 59.2%<br>Below average: 21.1% vs. 24.7% vs. 8.2%<br>Deficit: 12.3% vs. 6.2% vs. 4.1%<br>p < 0.01 for high-fluoride vs. low-fluoride<br><br>Urinary fluoride and IQ score: ρ = −0.494, p < 0.01 |
| Wei et al. | 2014 | Ref list | China | Cross-sectional | Schoolchildren at primary schools in Shadi Village of Xiaba Village and Qianxixiang Zhongtun Village, Yachi Township (long-term treatment group, where the stove/furnace upgrade program and health education had been running for > 3 years), Haizijie Township and Maoliping Village of Bazai Township (short-term treatment group, where a cooking stove upgrade program and health education had been running for < 1 year), and a control school in Qixingguan District, Bijie City, Guizhou Province, an area affected by coal-burning-induced endemic fluorosis and non-iodine deficiency; 2012; participation rates NR | 8–12 y | 741<br><br>298 long-term treatment (72 with urinary fluoride)<br>339 short-term treatment (51 with urinary fluoride)<br>104 control (42 with urinary fluoride) | Duration of cooking stove upgrade and health education program<br><br>Spot urine<br><br>Dental fluorosis, classified using Dean's index | Urinary fluoride (mg/L):<br>Short-term treatment group: mean = 3.03, SD = 0.16<br>Long-term treatment group: mean = 2.33, SD = 0.18<br>Control group: mean = 1.34, SD = 0.64<br><br>Prevalence of dental fluorosis:<br>Short-term treatment group: 85.3%<br>Long-term treatment group: 72.5%; p < 0.01 vs. short-term<br>Control group: 0% | Raven's Standard Progressive Matrices<br><br>≥ 95th percentile (superior): 0.7%<br>75th –< 95th percentile (good): 22.8%<br>25th–< 75th percentile (average): 39.3%<br>5th–< 25th percentile (below average): 29.4%<br>< 5th percentile (intellectually deficient): 7.8% | Age (stratified)<br><br>Villages selected on the basis of "comparable local geographical environments, socioeconomic conditions, living standards, and the duration of comprehensive endemic treatment and control measures involving cooking stove upgrade, health education and so on." | IQ grade in short-term treatment vs. long-term treatment vs. control group:<br>Superior: 0% vs. 0.7% vs. 2.9%<br>Good: 14.5% vs. 19.1% vs. 60.6%<br>Average: 41.0% vs. 39.6% vs. 33.7%<br>Below average: 34.8% vs. 32.2% vs. 2.9%<br>Intellectually deficient: 9.7% vs. 8.4% vs. 0%<br>p > 0.05 for short-term vs. long-term; p < 0.01 across 3 groups<br><br>IQ score and urinary fluoride in affected areas: ρ = −0.553, p < 0.01 |

139

U.S. EXHIBIT 505.0140

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xiang et al. | 2013 | Fluoride | China | Ecological retrospective | From Xiang et al. 2003a and 2015: children living in Wamiao Village, a severe endemic fluorosis area with 3,097 residents in 2002, and Xinhuai Village, located 64 km away, a fluorosis-non-endemic area with 3,208 residents in 2002, Sihong County, Jiangsu Province, China, excluding children absent from either village for ≥ 2 years, or with a history of brain disease or head injury; since 2004 in Wamiao and 2009 in Xinhuai, almost all villagers have used tap water rather than well water; September–December 2002 for IQ and initial exposure assessment, June 2013 for updated exposure assessment; 93% participation in Wamiao, 95% participation in Xinhuai<br><br>Xiang et al. 2013 adds arsenic (and concurrent fluoride) exposure assessment in shallow well water to Xiang et al. (2003) | 8–13 y | From Xiang et al. 2003a: 512<br><br>222 high-fluoride<br><br>290 low-fluoride | Drinking water from household shallow wells still in use as of 2013 (n = 17 in Wamiao, 20 in Xinhuai) | Water fluoride (mg/L) in household shallow wells:<br>High-fluoride village (Wamiao): mean = 2.28, SD = 0.44, range = 1.66–3.18<br>Low-fluoride village (Xinhuai): mean = 0.38, SD = 0.21, range = 0.15–0.77<br>p < 0.001<br><br>Water arsenic (µg/L) in household shallow wells:<br>High-fluoride village: mean = 0.24, SD = 0.26, range = 0–0.50, 9/17 (53%) non-detectable<br>Low-fluoride village: mean = 16.40, SD = 19.11, range = 0–48.50, 7/20 (35%) non-detectable<br><br>p = −0.264, p = 0.305 for well water fluoride and arsenic in high-fluoride village<br>p = −0.765, p < 0.001 for well water fluoride and arsenic in low-fluoride village | From Xiang et al. 2003a: Combined Raven's Test for the Rural in China<br><br>≥ 130 (very superior): 0%<br>120–129 (superior): 3.7%<br>110–119 (bright normal): 15.4%<br>90–109 (normal): 49.8%<br>80–89 (dull normal): 20.9%<br>70–79 (borderline): 7.6%<br>≤ 69 (mental retardation): 2.5% | None | From Xiang et al. 2003a:<br><br>IQ score by village:<br>High fluoride, low arsenic: mean = 92.02, SD = 13.00, range = 54–26<br>Low fluoride, high arsenic: mean = 100.41, SD = 13.21, range = 60–128<br>**p < 0.01**<br><br>IQ grade in high-fluoride, low-arsenic village vs. low-fluoride, high-arsenic village:<br>Very superior: 0% vs. 0%<br>Superior: 2.25% vs. 4.83%<br>Bright normal: 5.86% vs. 22.76%<br>Normal: 47.30% vs. 51.72%<br>Dull normal: 29.28% vs. 14.48%<br>Borderline: 11.71% vs. 4.48%<br>Mental retardation: 3.60% vs. 1.72%<br>p-value NR |

1807950.000 – 7057

U.S. EXHIBIT 505.0141

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xiang et al. | 2015 | Fluoride | China | Cross-sectional (assumed) | From Xiang et al. 2003a and 2015: children living in Wamiao Village, a severe endemic fluorosis area with 3,097 residents in 2002, and Xinhuai Village, located 64 km away, a fluorosis-non-endemic area with 3,208 residents in 2002, Sihong County, Jiangsu Province, China, excluding children absent from either village for ≥ 2 years, or with a history of brain disease or head injury; since 2004 in Wamiao and 2009 in Xinhuai, almost all villagers have used tap water rather than well water; September–December 2002 for IQ and initial exposure assessment, June 2013 for updated exposure assessment; 93% participation in Wamiao, 95% participation in Xinhuai<br><br>Xiang et al. (2015) reports some results from Xiang et al. (2010), which was retracted by *Environmental Health Perspectives*, apparently due to duplication of data previously published in Xiang et al. (2003a) | 8–13 y | From Xiang et al. 2003a: 512<br><br>222 high-fluoride<br><br>290 low-fluoride | Serum fluoride (year of measurement NR; assumed to be 2003, based on Xiang et al. 2003b) | NR | From Xiang et al. 2003a: Combined Raven's Test for the Rural in China<br><br>≥ 130 (very superior): 0%<br>120–129 (superior): 3.7%<br>110–119 (bright normal): 15.4%<br>90–109 (normal): 49.8%<br>80–89 (dull normal): 20.9%<br>70–79 (borderline): 7.6%<br>≤ 69 (mental retardation): 2.5% | Age, sex | Change in IQ per unit serum fluoride (mg/L; unclear if log-transformed), adjusted for age and sex:<br>High fluoride, low arsenic: β = −104.70, 95% CI = −192.41, −16.98<br>Low fluoride, high arsenic: β = 59.82, 95% CI = −110.68, 230.32<br><br>OR for IQ < 80 vs ≥ 80 by serum fluoride level, both villages combined<br>< 0.05 mg/L: OR = 1.00 (reference)<br>0.05–0.08 mg/L: OR = 2.22, 95% CI = 1.42–3.47<br>> 0.08 mg/L: OR = 2.48, 95% CI = 1.85–3.32<br>p-trend < 0.0001<br>p-interaction for village and serum = 0.092 |

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Yu et al. | 2018 | PubMed | China | Cross-sectional | Local children residing since birth in 24 villages randomly sampled within each of three historically high-fluoride towns and four low-fluoride towns that were randomly selected within rural areas of Tianjin City, China, where fluoride concentrations have been stable over the past decade, without endemic iodine deficiency or excess exposure to lead, arsenic, or mercury, excluding children with congenital or acquired diseases affecting intelligence, history of cerebral trauma or neurological disorders, positive screening test history (e.g., for hepatitis B infection, *Treponema palladium* infection, Down syndrome), or adverse exposures (smoking, drinking) during maternal pregnancy; 2015; participation rates NR | 7–13 y | 2,886<br><br>1,250 > 1.0 mg/L water fluoride<br><br>1,636 ≤ 1.0 mg/L water fluoride | Spot (early-morning) urine<br><br>Drinking water in village of residence<br><br>Dental fluorosis, classified using Dean's index | Urinary fluoride (mg/L):<br>High-fluoride villages (> 1.0 mg/L): mean = 1.37, SD = 1.08<br>Low-fluoride villages (≤ 1.0 mg/L): mean = 0.41, SD = 0.49<br><br>Drinking water fluoride (mg/L):<br>High-fluoride villages (> 1.0 mg/L): mean = 2.00, SD = 0.75<br>Low-fluoride villages (≤ 1.0 mg/L): mean = 0.50, SD = 0.27<br><br>Dental fluorosis prevalence in high-fluoride vs. low-fluoride villages:<br>Very mild: 17.3% vs. 11.1%<br>Mild: 64.4% vs. 13.7%<br>Moderate: 9.8% vs. 1.0% | Combined Raven's Test for the Rural in China, 2nd edition<br><br>≥ 130 (excellent): 4.5%<br>120–129 (superior): 10.7%<br>110–119 (high normal) --<br>90–109 (normal): 76.4% 90–119<br>80–89 (dull normal): 8.3% < 90<br>70–79 (marginal) --<br>≤ 69 (retarded) -- | Age, sex, paternal education, maternal education, low birth weight for drinking water or urinary fluoride models | Change in IQ per 0.5 mg/L drinking water fluoride:<br>Water fluoride 0.20–3.40 mg/L: β = −0.04, 95% CI = −0.33, 0.24<br>Water fluoride 3.40–3.90 mg/L: **β = −4.29, 95% CI = −8.09, −0.48**<br><br>Change in IQ per 0.5 mg/L urinary fluoride:<br>Urinary fluoride 0.01–1.60 mg/L: β = 0.36, 95% CI = −0.29, 1.01<br>Urinary fluoride 1.60–2.50 mg/L: **β = −2.67, 95% CI = −4.67, −0.68**<br>Urinary fluoride 2.50–5.54 mg/L: β = −0.84, 95% CI = −2.18, 0.50<br><br>ORs vs. normal IQ (90–109) for drinking water fluoride > 1.0 vs. ≤ 1.0 mg/L:<br>Excellent IQ: **OR = 0.47, 95% CI = 0.32–0.71**<br>Superior IQ: OR = 0.89, 95% CI = 0.69–1.15<br>High normal IQ: OR = 0.96, 95% CI = 0.80–1.15<br>Dull normal IQ: OR = 0.85, 95% CI = 0.62–1.17<br>Marginal IQ: OR = 1.25, 95% CI = 0.69–2.26<br><br>ORs vs. normal IQ (90–109) for urinary fluoride > 1.60 vs. ≤ 1.60 mg/L:<br>Excellent IQ: **OR = 0.49, 95% CI = 0.26–0.93**<br>Superior IQ: OR = 0.84, 95% CI = 0.58–1.20<br>High normal IQ: OR = 0.87, 95% CI = 0.68–1.12<br>Dull normal IQ: OR = 0.63, 95% CI = 0.39–1.01<br>Marginal IQ: OR = 1.44, 95% CI = 0.72–2.91<br><br>OR vs. normal IQ (90–109) per 5 mg/L drinking water or urinary fluoride:<br>Excellent IQ, water fluoride 0.20–1.40: **OR = 0.60, 95% CI = 0.47–0.77**<br>Excellent IQ, water fluoride 1.40–3.90: OR = 1.09, 95% CI = 0.88–1.36<br>Excellent IQ, urinary fluoride: OR = 0.87, 95% CI = 0.76–1.01<br>Superior IQ, water fluoride: OR = 0.99, 95% CI = 0.93–1.06<br>Superior IQ, urinary fluoride: OR = 0.96, 95% CI = 0.89–1.04<br>High normal IQ, water fluoride: OR = 0.98, 95% CI = 0.94–1.03<br>High normal IQ, urinary fluoride: OR = 0.99, 95% CI = 0.94–1.04 |

142

U.S. EXHIBIT 505.0143

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yu et al. | 2018 | " | " | " | " | " | " | " | " | " | Age, sex, paternal education, maternal education, low birth weight for drinking water or urinary fluoride models; also, urinary or drinking water fluoride in combined analysis | OR vs. normal IQ (90–109) for per 5 mg/L drinking water or urinary fluoride: |
| | | | | | | | | | | | | Dull normal IQ, water fluoride: OR = 0.96, 95% CI = 0.88–1.05 |
| | | | | | | | | | | | | Dull normal IQ, urinary fluoride: OR = 0.90, 95% CI = 0.81–1.00 |
| | | | | | | | | | | | | Marginal IQ, water fluoride: OR = 1.04, 95% CI = 0.89–1.23 |
| | | | | | | | | | | | | Marginal IQ, urinary fluoride: OR = 1.07, 95% CI = 0.91–1.25 |
| | | | | | | | | | | | | OR vs. normal IQ (90–109) by dental fluorosis grade vs. none: |
| | | | | | | | | | | | Age, sex, paternal education, maternal education, body mass index for dental fluorosis model | Excellent IQ, very mild fluorosis: **OR = 0.41, 95% CI 0.20–0.83** |
| | | | | | | | | | | | | Excellent IQ, mild fluorosis: **OR = 0.56, 95% CI = 0.37–0.86** |
| | | | | | | | | | | | | Excellent IQ, moderate fluorosis: **OR = 0.21, 95% CI = 0.05–0.87** |
| | | | | | | | | | | | | Excellent IQ, per fluorosis grade: **OR = 0.70, 95% CI = 0.57–0.86** |
| | | | | | | | | | | | | OR vs. normal IQ (90–109) by dental fluorosis grade vs. none: |
| | | | | | | | | | | | | Superior IQ, very mild fluorosis: OR = 1.08, 95% CI = 0.74–1.59 |
| | | | | | | | | | | | | Superior IQ, mild fluorosis: OR = 0.83, 95% CI = 0.62–1.12 |
| | | | | | | | | | | | | Superior IQ, moderate fluorosis: OR = 0.54, 95% CI = 0.26–1.11 |
| | | | | | | | | | | | | Superior IQ, per fluorosis grade: OR = 0.89, 95% CI = 0.78–1.01 |
| | | | | | | | | | | | | OR vs. normal IQ (90–109) by dental fluorosis grade vs. none: |
| | | | | | | | | | | | | High normal IQ, very mild fluorosis: OR = 1.23, 95% CI = 0.93–1.63 |
| | | | | | | | | | | | | High normal IQ, mild fluorosis: OR = 1.04, 95% CI = 0.84–1.28 |
| | | | | | | | | | | | | High normal IQ, moderate fluorosis: OR = 0.74, 95% CI = 0.46–1.18 |
| | | | | | | | | | | | | High normal IQ, per fluorosis grade: OR = 0.99, 95% CI = 0.90–1.08 |
| | | | | | | | | | | | | OR vs. normal IQ (90–109) by dental fluorosis grade vs. none: |
| | | | | | | | | | | | | Dull normal IQ, very mild fluorosis: OR = 0.77, 95% CI = 0.45–1.33 |
| | | | | | | | | | | | | Dull normal IQ, mild fluorosis: OR = 1.04, 95% CI = 0.73–1.49 |
| | | | | | | | | | | | | Dull normal IQ, moderate fluorosis: OR = 0.52, 95% CI = 0.20–1.35 |
| | | | | | | | | | | | | Dull normal IQ, per fluorosis grade: OR = 0.96, |

1807950.000 – 7057

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|--------------------|-----------------|--------------------|--------------------|---------|
|        |      |        |         |              |                  |     |   |                    |                 |                    |                    | 95% CI = 0.82–1.13 OR vs. normal IQ (90–109) by dental fluorosis grade vs. none: Marginal IQ, very mild fluorosis: OR = 1.54, 95% CI = 0.68–3.48 Marginal IQ, mild fluorosis: OR = 0.53, 95% CI = 0.23–1.22 Marginal IQ, moderate fluorosis: OR = 1.18, 95% CI = 0.33–4.18 Marginal IQ, per fluorosis grade: OR = 0.86, 95% CI = 0.62–1.19 |

1807950.000 – 7057

U.S. EXHIBIT 505.0145

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang and Cheng | 2015 | Ref list | China | Cross-sectional | Children in a coal-burning endemic fluorosis region, Liupanshui City, Guizhou Province, China, including severely endemic, moderately endemic, mildly endemic, and non-endemic areas; study dates and participation rates NR | 7–13 y | 120<br><br>30 severely endemic fluorosis<br>30 moderately endemic fluorosis<br>30 mildly endemic fluorosis<br>30 normal | [Spot] urine<br><br>Dental fluorosis, classified using Dean's index | Urinary fluoride (mg/L):<br>Severely endemic: mean = 3.32, SD = 1.02, p < 0.01 vs. normal<br>Moderately endemic: mean = 2.41, SD = 0.76, p < 0.05 vs. normal<br>Mildly endemic: mean = 1.54, SD = 0.57, p < 0.05 vs. normal<br>Normal: mean = 0.83, SD = 0.71<br><br>Prevalence of dental fluorosis:<br>Severely endemic: 86.7%, p < 0.01 vs. normal<br>Moderately endemic: 46.7%, p < 0.05 vs. normal<br>Mildly endemic: 16.7%, p < 0.05 vs. normal<br>Normal: 3.3% | Combined Raven's Test for the Rural in China | None<br><br>"When comparing the general information between the populations in the two groups, the difference was not statistically significant (P>0.05), the groups are comparable." | IQ score by group:<br>Severely endemic: mean = 90.52, SD = 10.37, **p < 0.01** vs. normal<br>Moderately endemic: mean = 94.01, SD = 11.24, **p < 0.05** vs. normal<br>Mildly endemic: mean = 97.89, SD = 12.43, **p < 0.05** vs. normal<br>Normal: mean = 110.34, SD = 11.52<br><br>IQ grade in severely endemic, moderately endemic, mildly endemic, and normal groups, respectively:<br>Very superior: 0% vs. 3.33% vs. 6.67% vs. 10%<br>Superior: 3.33% vs. 3.33% vs. 6.67% vs. 6.67%<br>High average: 13.3% vs. 20% vs. 20% vs. 33.3%<br>Average: 23.3% vs. 26.7% vs. 30% vs. 36.7%<br>Low average: 23.3% vs. 23.3% vs. 20% vs. 10%<br>Borderline: 26.7% vs. 16.7% vs. 10% vs. 3.33%<br>Extremely low: 10% vs. 6.67% vs. 6.67% vs. 0%<br>p-value NR |
| Zhao et al. | 2019 | PubMed | China | Ecological cross-sectional | Local children residing since birth in high-fluoride town of Dakoutun or normal-fluoride town of Lintingkou, Baodi District, Tianjin Province, China, where annual surveillance data divide areas into high- and normal-fluoride areas, and fluoride concentrations have been stable over past decades; 2015; participation rates NR<br><br>Possible overlap with Zhou et al. (2019) and/or Yu et al. (2018) | 8–12 y | 25 high-fluoride<br>27 normal-fluoride | Drinking water in village of residence | Drinking water fluoride NR<br><br>[Circulating levels of mitochondrial fission/fusion molecules in peripheral blood lymphocytes as possible markers of fluoride-related mitochondrial disruption:<br>Fission-related protein-1 (pg/mL):<br>High fluoride: mean ≈ 490, SD ≈ 90<br>Normal fluoride: mean ≈ 570, SD ≈ 90<br>p < 0.05<br><br>Mitofusin-2 (μg/mL):<br>High fluoride: mean ≈ | Combined Raven's Test for the Rural in China, 2nd edition | None | IQ score by village:<br>High fluoride: mean ≈ 99, SD ≈ 6<br>Normal fluoride: mean ≈ 112, SD ≈ 5<br>**p < 0.05**<br><br>[Other results with unclear relevance:<br>IQ score and fission-related protein-1: Pearson ρ = 0.293, p = 0.035<br>IQ score and mitofusin-2: Pearson ρ = -0.313, p = 0.024] |

145

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|----------------------|---------|
| | | | | | | | | | 126, SD ≈ 25 Normal fluoride: mean ≈ 112, SD ≈ 21 $p < 0.05$] | | | |
| Zhou et al. | 2019 | Ref list | China | Cross-sectional | Random "representative sample" of local children residing since birth in high-fluoride or low-fluoride areas, Tianjin Province, China, where annual surveillance data divide areas into high- and normal-fluoride areas, fluoride concentrations have been stable over the past decade, and lead, arsenic, and mercury contamination are absent; 2015; participation rates NR<br><br>Possible overlap with Zhao et al. (2019) and/or Yu et al. (2018) | 8–12 y | 25 high-fluoride 25 normal-fluoride | Household drinking water<br><br>Fasting urine | Household drinking water fluoride (mg/L) by area: High fluoride: mean ≈ 1.7, SD ≈ 0.7 Normal fluoride: mean ≈ 0.6, SD ≈ 0.2 $p < 0.001$<br><br>Urinary fluoride (mg/L) by area: High fluoride: mean ≈ 2.0, SD ≈ 0.5 Normal fluoride: mean ≈ 0.2, SD ≈ 0.2 $p < 0.001$<br><br>[Circulating levels of autophagy proteins in peripheral blood lymphocytes as possible markers of fluoride-related autophagy and potential apoptosis: Autophagy-related protein 5: mean NR Microtubule-associated protein 1 light chain 3-II: mean NR] | Combined Raven's Test for the Rural in China, 2nd edition | None<br><br>"The age and gender of the two groups of children were matched well." | IQ score and household drinking water fluoride: **Pearson $p$ = -0.604, $p < 0.001$**<br><br>IQ score and urinary fluoride: **Pearson $p$ = -0.804, $p < 0.001$**<br><br>IQ score by village: High fluoride: mean ≈ 99, SD ≈ 5 Normal fluoride: mean ≈ 113, SD ≈ 5 **$p < 0.001$**<br><br>[Other results with unclear relevance: Household drinking water fluoride and autophagy-related protein 5: Pearson $p$ = -0.315, $p$ = 0.026 Urinary fluoride and autophagy-related protein 5: Pearson $p$ = -0.415, $p$ = 0.003 IQ score and autophagy-related protein 5: Pearson $p$ = 0.386, $p$ = 0.006 Household drinking water fluoride and microtubule-associated protein 1 light chain 3-II: Pearson $p$ = -0.342, $p$ = 0.015 Urinary fluoride and microtubule-associated protein 1 light chain 3-II: Pearson $p$ = -0.412, $p$ = 0.003 IQ score and microtubule-associated protein 1 light chain 3-II: Pearson $p$ = 0.435, $p$ = 0.002] |

1807950.000 – 7057

U.S. EXHIBIT 505.0147

**TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.**

**EXHIBIT D:**

**REFERENCES**

# References

Agency for Healthcare Research and Quality. Methods Guide for Effectiveness and Comparative Effectiveness Reviews. AHRQ Publication No. 10(14)-EHC063-EF. Rockville, Maryland: Agency for Healthcare Research and Quality, 2014.

Aggeborn L, Öhman M. The effects of fluoride in the drinking water. Working Paper Series 2017:20, IFAU - Institute for Evaluation of Labour Market and Education Policy. (Earlier version dated June 27, 2016: https://editorialexpress.com/cgi-bin/conference/download.cgi?db_name=EEAESEM2016&paper_id=206) 2017.

Allen R. Creatinine corrections for obesity and pregnancy to pesticide doses estimated from NHANES urinary data. Epidemiology 2008;19(6):S74.

An J, Mei S, Liu A, et al. The effects of high fluoride on the intelligence level of primary and secondary students. Chin J Control Endem Dis 1992;7(2):93-94.

Anderson PL, Cronin ME, Kazmierski S. WISC-R stability and re-evaluation of learning-disabled students. J Clin Psychol 1989;45(6):941-944.

Arango-Lasprilla JC, Rivera D, Ertl MM, et al. Rey-Osterrieth Complex Figure - copy and immediate recall (3 minutes): Normative data for Spanish-speaking pediatric populations. NeuroRehabilitation 2017;41(3):593-603.

Aravind A, Dhanya RS, Narayan A, et al. Effect of fluoridated water on intelligence in 10-12-year-old school children. J Int Soc Prev Community Dent 2016;6(Suppl 3):S237-S242.

Arbuckle TE, Fraser WD, Fisher M, et al. Cohort profile: the Maternal-Infant Research on Environmental Chemicals research platform. Paediatr Perinat Epidemiol 2013;27(4):415-425.

Asawa K, Pujara P, Thakkar JP, et al. Assessment of intelligence quotient among schoolchildren of fishermen community of Kutch, Gujarat, India. Int Marit Health 2014;65(2):73-78.

Atkinson TM, Konold TR, Glutting JJ. Patterns of memory: a normative taxonomy of the Wide Range Assessment of Memory and Learning-Second Edition (WRAML-2). J Int Neuropsychol Soc 2008;14(5):869-877.

ATSDR. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR), 2003.

ATSDR. Toxicological Profile for Iodine. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR), 2004.

ATSDR. Toxicological Profile for Arsenic. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR), 2007.

Augustyniak M, Mrozek-Budzyn D, Kieltyka A, et al. Stability of the mental and motor Bayley Scales of Infant Development (2nd ed.) in infants over first three years of life. Przegl Epidemiol 2013;67(3):483-486, 581-484.

Axelrod BN. Validity of the Wechsler Abbreviated Scale of Intelligence and other very short forms of estimating intellectual functioning. Assessment 2002;9(1):17-23.

Aylward LL, Hays SM, Vezina A, et al. Biomonitoring equivalents for interpretation of urinary fluoride. Regul Toxicol Pharmacol 2015;72(1):158-167.

1807950.000 – 7057

U.S. EXHIBIT 505.0148

Baez RJ, Baez MX, Marthaler TM. Urinary fluoride excretion by children 4-6 years old in a south Texas community. Rev Panam Salud Publica 2000;7(4):242-248.

Bai A, Li Y, Fan Z, et al. Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. Chin J Endemiol 2014;33(2):160-163.

Barberio AM, Quinonez C, Hosein FS, et al. Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. Can J Public Health 2017;108(3):e229-e239.

Barr DB, Wilder LC, Caudill SP, et al. Urinary creatinine concentrations in the U.S. population: implications for urinary biologic monitoring measurements. Environ Health Perspect 2005;113(2):192-200.

Barrett-Connor E. Commentary: Observation versus intervention—what's different? Int J Epidemiol 2004;33(3):457-459.

Basavarajappa, Venkatesan D, Vidya M. Normative data on Seguin Form Board Test. Indian J Clin Psychol 2009;35(2):93-97.

Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Environ Health Perspect 2017;125(9):097017.

Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int 2018;121(Pt 1):658-666.

Beltrán-Aguilar ED, Barker L, Dye BA. Prevalence and severity of dental fluorosis in the United States, 1999-2004. NCHS Data Brief 2010(53):1-8.

Bingham WC, Burke HR, Murray S. Raven's progressive matrices: construct validity. J Psychol 1966;62(2):205-209.

Bodner KE, Williams DL, Engelhardt CR, et al. A Comparison of Measures for Assessing the Level and Nature of Intelligence in Verbal Children and Adults with Autism Spectrum Disorder. Res Autism Spectr Disord 2014;8(11):1434-1442.

Broadbent JM, Thomson WM, Ramrakha S, et al. Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. Am J Public Health 2015;105(1):72-76.

Burgstahler AW, Colquhoun J. Neurotoxicity of fluoride. Fluoride 1996;29(2):57-48.

Burgstahler AW. Influence of fluoride and lead on children's IQ: U.S. tolerance standards in question. Fluoride 2003;36(2):79-81.

Burgstahler AW, Neurath C. Translations of twelve Chinese studies on developmental fluoride neurotoxicity. Fluoride 2008;41(2):111-114.

Burgstahler AW, Spittle B. MEDLINE again rejects Fluoride. Fluoride 2009;42(4):256-259.

Button KS, Ioannidis JPA, Mokrysz C, et al. Power failure: why small sample size undermines the reliability of neuroscience. Nat Rev Neurosci 2013;14(5):365-376.

Calderón J, Blenda M, Marielena N, et al. Influence of fluoride exposure on reaction time and visuospatial organization in children. Abstract. 2000 Annual Conference of the ISEE (International Society for Environmental Epidemiology), Buffalo, New York. Epidemiol 2000;11(4):S153.

Camargo-Figuera FA, Barros AJ, Santos IS, et al. Early life determinants of low IQ at age 6 in children from the 2004 Pelotas Birth Cohort: a predictive approach. BMC Pediatr 2014;14:308.

148

U.S. EXHIBIT 505.0149

CDC. Achievements in public health, 1900-1999: fluoridation of drinking water to prevent dental caries. JAMA 2000;283(10):1283-1286.

CDC. National Water Fluoridation Statistics. Available: https://www.cdc.gov/fluoridation/statistics/2014stats.htm. Revised: July 2016. Reviewed: 19 August 2016.  2016.

Chang AM, Shi Y, Sun HQ, et al. [Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coal-burning fluorosis]. Chin J Control Endem Dis 2017;32(8):872-873.

Chang LY, Wang MY, Tsai PS. Diagnostic Accuracy of Rating Scales for Attention-Deficit/Hyperactivity Disorder: A Meta-analysis. Pediatrics 2016;137(3):e20152749.

Chen YX, Han FL, Zhou ZL, et al. Research on the intellectual development of children in high fluoride areas. [Translated by Julian Brooke and published with the concurrence of the Chinese Journal of Control of Endemic Diseases 1991;6 Suppl:99-100.]. Fluoride 2008;41(2):120-124.

Cheung KL, Lafayette RA. Renal physiology of pregnancy. Adv Chronic Kidney Dis 2013;20(3):209-214.

Chmielewska A, Dziechciarz P, Gieruszczak-Bialek D, et al. Effects of prenatal and/or postnatal supplementation with iron, PUFA or folic acid on neurodevelopment: update. Br J Nutr 2016:1-6.

Choi AL, Sun G, Zhang Y, et al. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 2012;120(10):1362-1368.

Choi AL, Zhang Y, Sun G, et al. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. Neurotoxicol Teratol 2015;47:96-101.

Cole P. Causality in epidemiology, health policy, and law. Environ Law Rep 1997;27(6):10279-10285.

Colhoun HM, McKeigue PM, Davey Smith G. Problems of reporting genetic associations with complex outcomes. Lancet 2003;361(9360):865-872.

Connolly BH, Dalton L, Smith JB, et al. Concurrent validity of the Bayley Scales of Infant Development II (BSID-II) Motor Scale and the Peabody Developmental Motor Scale II (PDMS-2) in 12-month-old infants. Pediatr Phys Ther 2006;18(3):190-196.

Cook DJ, Mulrow CD, Haynes RB. Systematic reviews: synthesis of best evidence for clinical decisions. Ann Intern Med 1997;126(5):376-380.

Cowell DC, Taylor WH. Ionic fluoride: a study of its physiological variation in man. Ann Clin Biochem 1981;18 (Pt 2):76-83.

Cui Y, Zhang B, Ma J, et al. Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. Ecotoxicol Environ Saf 2018;165:270-277.

Das K, Mondal NK. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. Environ Monit Assess 2016;188(4):218.

de Vocht F, Burstyn I, Sanguanchaiyakrit N. Rethinking cumulative exposure in epidemiology, again. J Expo Sci Environ Epidemiol 2015;25(5):467-473.

Den Besten PK. Dental fluorosis: its use as a biomarker. Adv Dent Res 1994;8(1):105-110.

1807950.000 – 7057

U.S. EXHIBIT 505.0150

Denison HJ, Dodds RM, Ntani G, et al. How to get started with a systematic review in epidemiology: an introductory guide for early career researchers. Arch Public Health 2013;71(1):21.

DHHS. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Rep 2015;130(4):318-331.

Dietary Guidelines Advisory Committee. Scientific Report of the 2015 Dietary Guidelines Advisory Committee: Advisory Report to the Secretary of Health and Human Services and the Secretary of Agriculture. Washington, DC: U.S. Department of Agriculture, Agricultural Research Service, 2015.

Diez-Roux AV, Kiefe CI, Jacobs DR, Jr., et al. Area characteristics and individual-level socioeconomic position indicators in three population-based epidemiologic studies. Ann Epidemiol 2001;11(6):395-405.

Ding Y, YanhuiGao, Sun H, et al. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. J Hazard Mater 2011;186(2-3):1942-1946.

Dong L, Yao PJ, Chen W, et al. [An investigation of children's dental fluorosis and intelligence drinking water-type of endemic fluorosis area in Xi'an]. Chin J Epidemiol 2018;37(1):45-48.

Downs SH, Black N. The feasibility of creating a checklist for the assessment of the methodological quality both of randomised and non-randomised studies of health care interventions. J Epidemiol Community Health 1998;52(6):377-384.

Duan Q, Jiao J, Chen X, et al. Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis. Public Health 2018;154:87-97.

Duncan LE, Keller MC. A critical review of the first 10 years of candidate gene-by-environment interaction research in psychiatry. Am J Psychiatry 2011;168(10):1041-1049.

Edwards MC, Gardner ES, Chelonis JJ, et al. Estimates of the validity and utility of the Conners' Continuous Performance Test in the assessment of inattentive and/or hyperactive-impulsive behaviors in children. J Abnorm Child Psychol 2007;35(3):393-404.

Eriksen HL, Kesmodel US, Underbjerg M, et al. Predictors of intelligence at the age of 5: family, pregnancy and birth characteristics, postnatal influences, and postnatal growth. PLoS One 2013;8(11):e79200.

Eswar P, Nagesh L, Devaraj CG. Intelligence quotients of 12–14 year old school children in a high and a low fluoride village in India. Fluoride 2011;44(3):168-172.

Fan ZX, Dai HX, Bai AM, et al. The effect of high fluoride exposure on the level of intelligence in children (translated). Environ Health J 2007;24(10):802-803.

Fanelli D. Do pressures to publish increase scientists' bias? An empirical support from US states data. PLoS One 2010;5(4):e10271.

Fanelli D. Negative results are disappearing from most disciplines and countries. Scientometrics 2012;90(3):891-904.

Faupel-Badger JM, Hsieh CC, Troisi R, et al. Plasma volume expansion in pregnancy: implications for biomarkers in population studies. Cancer Epidemiol Biomarkers Prev 2007;16(9):1720-1723.

150

U.S. EXHIBIT 505.0151

Flynn JR. The mean IQ of Americans: Massive gains 1932 to 1978. Psychological Bulletin 1984;95(1):29-51.

Fordyce TA, Leonhard MJ, Chang ET. A critical review of developmental exposure to particulate matter, autism spectrum disorder, and attention deficit hyperactivity disorder. J Environ Sci Health A Tox Hazard Subst Environ Eng 2018;53(2):174-204.

Franco A, Malhotra N, Simonovits G. Social science. Publication bias in the social sciences: unlocking the file drawer. Science 2014;345(6203):1502-1505.

Goh DS, Youngquist J. A comparison of the McCarthy Scales of Children's Abilities and the WISC-R. J Learning Disabilities 1979;12(5):64-68.

Gollenberg AL, Lynch CD, Jackson LW, et al. Concurrent validity of the parent-completed Ages and Stages Questionnaires, 2nd Ed. with the Bayley Scales of Infant Development II in a low-risk sample. Child Care Health Dev 2010;36(4):485-490.

Green R, Lanphear B, Hornung R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. in press.

Green RR, Lanphear BP, Flora D, et al. Effects of trimester-specific prenatal fluoride exposure and childhood IQ in a Canadian birth cohort [Abstract]. 59th Annual Teratology Society Meeting. Birth Defects Res 2019;111:498.

Greenland S, Schwartzbaum JA, Finkle WD. Problems due to small samples and sparse data in conditional logistic regression analysis. Am J Epidemiol 2000;151(5):531-539.

Greenland S, Mansournia MA, Altman DG. Sparse data bias: a problem hiding in plain sight. BMJ 2016;352:i1981.

Guo XC, Wang R, Cheng CW, W. S., et al. A preliminary investigation of the IQs of 7–13 year-old children from an area with coal burning-related fluoride poisoning. [Translated by Julian Brooke and published with the concurrence of the Chinese Journal of Endemiology 1991;10(2):98-100.]. Fluoride 2008;41(2):125-128.

Guyatt GH, Oxman AD, Montori V, et al. GRADE guidelines: 5. Rating the quality of evidence--publication bias. J Clin Epidemiol 2011a;64(12):1277-1282.

Guyatt GH, Oxman AD, Vist G, et al. GRADE guidelines: 4. Rating the quality of evidence--study limitations (risk of bias). J Clin Epidemiol 2011b;64(4):407-415.

Hack M, Taylor HG, Drotar D, et al. Poor predictive validity of the Bayley Scales of Infant Development for cognitive function of extremely low birth weight children at school age. Pediatrics 2005;116(2):333-341.

Haddad FA, Juliano JM, Vaughan D. Long-term stability of individual WISC-R IQS of learning disabled children. Psychol Rep 1994;74(1):15-18.

He MZ, Zhang CN. Investigation of children's intelligence quotient and dental fluorosis in drinking water-type of endemic fluorosis area in Pucheng county Shaanxi province before and after drinking water change. Chin J Endemiol 2010;29(5):547-548.

Herrington DM, Howard TD. From presumed benefit to potential harm--hormone therapy and heart disease. N Engl J Med 2003;349(6):519-521.

Higgins JPT, Green S eds. Cochrane Handbook for Systematic Reviews of Interventions. Version 5.1.0. Available: https://handbook-5-1.cochrane.org/front_page.htm. Updated: 2011 March The Cochrane Collaboration, 2011.

Hill AB. The environment and disease: association or causation? Proc R Soc Med 1965;58:295-300.

Hong FG, Cao YX, Yang D, et al. Research on the effects of fluoride on child intellectual development under different environmental conditions. [Translated by Julian Brooke

151

U.S. EXHIBIT 505.0152

and published with the concurrence of Chinese Primary Health Care 2001;15(3):56-7.] Fluoride 2008;41(2):156-160.

Huang J, Zhu T, Qu Y, et al. Prenatal, Perinatal and Neonatal Risk Factors for Intellectual Disability: A Systemic Review and Meta-Analysis. PLoS One 2016;11(4):e0153655.

Hvistendahl M. China's publication bazaar. Science 2013;342(6162):1035-1039.

IARC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Volume 100A. Pharmaceuticals. Lyon: IARC; 2012.

Ioannidis JP. Why most published research findings are false. PLoS Med 2005;2(8):e124.

Ioannidis JP, Trikalinos TA. The appropriateness of asymmetry tests for publication bias in meta-analyses: a large survey. CMAJ 2007;176(8):1091-1096.

Ioannidis JP. Why most discovered true associations are inflated. Epidemiology 2008;19(5):640-648.

Ioannidis JP, Tarone R, McLaughlin JK. The false-positive to false-negative ratio in epidemiologic studies. Epidemiology 2011;22(4):450-456.

IOM. Finding What Works in Health Care: Standards for Systematic Reviews. Washington, DC: The National Academies Press, 2011.

Jain RB. Ratio-based vs. model-based methods to correct for urinary creatinine concentrations. Environ Sci Pollut Res Int 2016;23(16):16417-16431.

Janssen AJ, Akkermans RP, Steiner K, et al. Unstable longitudinal motor performance in preterm infants from 6 to 24 months on the Bayley Scales of Infant Development-- Second edition. Res Dev Disabil 2011;32(5):1902-1909.

Jin TX, Wang ZH, Wei Y, et al. [Investigation of intelligence level of children aged 8-12 in coal-burning fluorosis area, Guizhou]. J Environ Health 2017;34(3):229-331.

Juárez-López MLA, Hernández-Guerrero JC, Jiménez-Farfán D, et al. Prevalencia de fluorosis dental y caries en escolares de la ciudad de México. Gac Med Mex 2003;139(3):221-225.

Jurek AM, Greenland S, Maldonado G, et al. Proper interpretation of non-differential misclassification effects: expectations vs observations. Int J Epidemiol 2005;34(3):680-687.

Jurek AM, Greenland S, Maldonado G. How far from non-differential does exposure or disease misclassification have to be to bias measures of association away from the null? Int J Epidemiol 2008;37(2):382-385.

Kang JQ, Cheng YB, Wu KG, et al. Effects of fluoride and arsenic in drinking water on children's intelligence. Chin J Sch Health 2011;32(6):679-681.

Karimzade S, Aghaei M, Mahvi AH. Investigation of intelligence quotient in 9–12-year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan Province, Iran. Fluoride 2014;47(1):9-14.

Kavvoura FK, Liberopoulos G, Ioannidis JP. Selection in reported epidemiological risks: an empirical assessment. PLoS Med 2007;4(3):e79.

Khan SA, Singh RK, Navit S, et al. Relationship Between Dental Fluorosis and Intelligence Quotient of School Going Children In and Around Lucknow District: A Cross-Sectional Study. J Clin Diagn Res 2015;9(11):ZC10-15.

Kivimaki M, Batty GD, Kawachi I, et al. Don't let the truth get in the way of a good story: an illustration of citation bias in epidemiologic research. Am J Epidemiol 2014;180(4):446-448.

152

U.S. EXHIBIT 505.0153

Kuller LH. Commentary: Hazards of studying women: the oestrogen oestrogen/progesterone dilemma. Int J Epidemiol 2004;33(3):459-460.

Kundu H, Basavaraj P, Singla A, et al. Effect of fluoride in drinking water on children's intelligence in high and low fluoride areas of Delhi J Indian Assoc Public Health Dentistry 2015;13(2):116-121.

Lawlor DA, Davey Smith G, Ebrahim S. Commentary: The hormone replacement–coronary heart disease conundrum: is this the death of observational epidemiology? Int J Epidemiol 2004;33(3):464-467.

Leonard H, de Klerk N, Bourke J, et al. Maternal health in pregnancy and intellectual disability in the offspring: a population-based study. Ann Epidemiol 2006;16(6):448-454.

Leonhard MJ, Chang ET, Loccisano AE, et al. A systematic literature review of epidemiologic studies of developmental manganese exposure and neurodevelopmental outcomes. Toxicology 2019;420:46-65.

Li F, Chen X, Huang R, et al. The impact of endemic fluorosis caused by the burning of coal on development of intelligence in children. J Environ Health 2009;26(4):838-840.

Li J, Yao L, Shao QL, et al. Effects of high fluoride level on neonatal neurobehavioral development. [Translated by Bin Li and published with the concurrence of the Chinese Journal of Endemiology 2004 Sep;23(5):463-5.] Fluoride 2008a;41(2):165-170.

Li X, Hou G, Yu B, et al. Investigation and analysis of children's IQ and dental fluorosis in a high fluoride area. J Med Pest Control 2010;26(3):230-231.

Li XS, Zhi JL, Gao RO. Effect of fluoride exposure on intelligence in children. Fluoride 1995;28(4):189-192.

Li Y, Jing X, Chen D, et al. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. [Translated by Julian Brooke and published with the concurrence of the Chinese Journal of Public Health Management 2003:19(4):337-8.] Fluoride 2008b;412(161-164).

Li Y, Li XJ, Wei SQ. Effects of high fluoride intake on child mental work capacity: preliminary investigation into the mechanisms involved. [Translated by Julian Brooke and published with the permission of the Journal of West China University of Medical Sciences 1994;25(2):188-91.] Fluoride 2008c;41(4):331-335.

Lin FF, Aihaiti, Zhao HX, et al. The relationship of a low-iodine and high-fluoride environment to subclinical cretinism in Xinjiang. Endem Dis Bull 1991;6(2):62-27.

Liu S, Lu Y, Sun Z, et al. Report on the intellectual ability of children living in high-fluoride water areas. [Translated by Julian Brooke and published with the concurrence of the

Chinese Journal of Control of Endemic Diseases 2000;15(4):231-2.] Fluoride 2008;41(2):144-147.

Lu F, Zhang Y, Trivedi A, et al. Fluoride related changes in behavioral outcomes may relate to increased serotonin. Physiol Behav 2019;206:76-83.

Lu Y, Sun ZR, Wu LN, et al. Effect of high-fluoride water on intelligence in children. Fluoride 2000;33(2):74-78.

MacPherson S, Arbuckle TE, Fisher M. Adjusting urinary chemical biomarkers for hydration status during pregnancy. J Expo Sci Environ Epidemiol 2018;28(5):481-493.

Mage DT, Allen RH, Kodali A. Creatinine corrections for estimating children's and adult's pesticide intake doses in equilibrium with urinary pesticide and creatinine concentrations. J Expo Sci Environ Epidemiol 2008;18(4):360-368.

153

U.S. EXHIBIT 505.0154

Malin AJ, Till C. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ Health 2015;14:17.

Manju R, Hegde AM, Parlees P, et al. Environmental Arsenic Contamination and Its Effect on Intelligence Quotient of School Children in a Historic Gold Mining Area Hutti, North Karnataka, India: A Pilot Study. J Neurosci Rural Pract 2017;8(3):364-367.

Marthaler TM, Binder-Fuchs M, Baez RJ, et al. Urinary fluoride excretion in Swiss children aged 3 and 4 consuming fluoridated domestic salt. Acta Med Dent Helv 2000;5(6):89-97.

McPherson CA, Zhang G, Gilliam R, et al. An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats. Neurotox Res 2018;34(4):781-798.

Middleton DR, Watts MJ, Lark RM, et al. Assessing urinary flow rate, creatinine, osmolality and other hydration adjustment methods for urinary biomonitoring using NHANES arsenic, iodine, lead and cadmium data. Environ Health 2016;15(1):68.

Molina-Frechero N, Pierdant-Rodriguez AI, Oropeza-Oropeza A, et al. Fluorosis and dental caries: an assessment of risk factors in Mexican children. Rev Invest Clin 2012;64(1):67-73.

Mondal D, Dutta G, Gupta S. Inferring the fluoride hydrogeochemistry and effect of consuming fluoride-contaminated drinking water on human health in some endemic areas of Birbhum district, West Bengal. Environ Geochem Health 2016;38(2):557-576.

Morgan L, Allred E, Tavares M, et al. Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. Pediatr Dent 1998;20(4):244-252.

Morgenstern H. Ecologic studies in epidemiology: concepts, principles, and methods. Annu Rev Public Health 1995;16:61-81.

Mrozek-Budzyn D, Kieltyka MA, Majewska R. Validity and clinical utility of children development assessement using milestones reported by mothers. Przegl Epidemiol 2014;68(1):71-75, 153-155.

Munkvold LH, Manger T, Lundervold AJ. Conners' continuous performance test (CCPT-II) in children with ADHD, ODD, or a combined ADHD/ODD diagnosis. Child Neuropsychol 2014;20(1):106-126.

Mustafa DE, Younis UM, Elhag SA. The relationship between the fluoride levels in drinking water and the schooling performance of children in rural areas of Khartoum State, Sudan. Fluoride 2018;51(2):102-113.

Nagarajappa R, Pujara P, Sharda AJ, et al. Comparative Assessment of Intelligence Quotient among Children Living in High and Low Fluoride Areas of Kutch, India-a Pilot Study. Iran J Public Health 2013;42(8):813-818.

Nissen SB, Magidson T, Gross K, et al. Publication bias and the canonization of false facts. Elife 2016;5.

NRC. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Committee on Fluoride in Drinking Water; Board on Environmental Studies and Toxicology; Division on Earth and Life Studies; National Research Council (NRC). Washington, DC: The National Academies Press, 2006.

NRC. Reference Manual on Scientific Evidence. Third Edition. Washington, D.C.: The National Academies Press; 2011.

154

U.S. EXHIBIT 505.0155

NTP. Systematic review of the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. Research Triangle Park, North Carolina: National Toxicology Program (NTP), 2016.

Ogburn EL, VanderWeele TJ. On the nondifferential misclassification of a binary confounder. Epidemiology 2012;23(3):433-439.

Omid N, Maguire A, O'Hare WT, et al. Total daily fluoride intake and fractional urinary fluoride excretion in 4- to 6-year-old children living in a fluoridated area: weekly variation? Community Dent Oral Epidemiol 2017;45(1):12-19.

Pacheco G, Hedges M, Schilling C, et al. Pre- and postnatal drivers of childhood intelligence: evidence from Singapore. J Biosoc Sci 2013;45(1):41-56.

Pang HL, Yu LC, Lai X, et al. [Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area]. Chin J Control Endem Dis 2018;33(2):151-152.

Pechtel P, Pizzagalli DA. Effects of early life stress on cognitive and affective function: an integrated review of human literature. Psychopharmacology (Berl) 2011;214(1):55-70.

Peckham S, Lowery D, Spencer S. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. J Epidemiol Community Health 2015;69(7):619-624.

Perrott KW. Fluoridation and attention deficit hyperactivity disorder - a critique of Malin and Till (2015). Br Dent J 2018;223(11):819-822.

Petitti D. Commentary: Hormone replacement therapy and coronary heart disease: four lessons. Int J Epidemiol 2004;33(3):461-463.

Physical Activity Guidelines Advisory Committee. Physical Activity Guidelines Advisory Committee Scientific Report. Washington, DC: U.S. Department of Health and Human Services, 2018.

Pickett KE, Pearl M. Multilevel analyses of neighbourhood socioeconomic context and health outcomes: a critical review. J Epidemiol Community Health 2001;55(2):111-122.

Poureslami HR, Horri A, Garrusi B. A comparative study of the IQ of children age 7–9 in a high and a low fluoride water city in Iran. Fluoride 2011;44(3):163-167.

Prentice RL. Postmenopausal hormone therapy and the risks of coronary heart disease, breast cancer, and stroke. Semin Reprod Med 2014;32(6):419-425.

Qin LS, Huo SY, Chen RL, et al. Using the Raven's Standard Progressive Matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-age children. [Translated by Julian Brooke and published with the concurrence of the Chinese Journal of Control of Endemic Diseases 1990;5(4):203-4.]. Fluoride 2008;41(2):115-119.

Raven J. The Raven's progressive matrices: change and stability over culture and time. Cogn Psychol 2000;41(1):1-48.

Razdan P, Patthi B, Kumar JK, et al. Effect of Fluoride Concentration in Drinking Water on Intelligence Quotient of 12-14-Year-Old Children in Mathura District: A Cross-Sectional Study. J Int Soc Prev Community Dent 2017;7(5):252-258.

Reiss R, Chang ET, Richardson RJ, et al. A review of epidemiologic studies of low-level exposures to organophosphorus insecticides in non-occupational populations. Crit Rev Toxicol 2015;45(7):531-641.

U.S. EXHIBIT 505.0156

Ren D, Li K, Liu D. A study of the intellectual ability of 8–14 year-old children in high fluoride, low iodine areas. [Translated by Julian Brooke and published with the permission of the Chinese Journal of Control of Endemic Diseases 1989;4(4):251.]. Fluoride 2008;41(4):319-320.

Rhomberg LR, Chandalia JK, Long CM, et al. Measurement error in environmental epidemiology and the shape of exposure-response curves. Crit Rev Toxicol 2011;41(8):651-671.

Rindermann H, Pichelmann S. Future Cognitive Ability: US IQ Prediction until 2060 Based on NAEP. PLoS One 2015;10(10):e0138412.

Ringe WK, Saine KC, Lacritz LH, et al. Dyadic short forms of the Wechsler Adult Intelligence Scale-III. Assessment 2002;9(3):254-260.

Rocha-Amador D, Navarro ME, Carrizales L, et al. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cad Saude Publica 2007;23 Suppl 4:S579-587.

Rocha-Amador D, Navarro M, Trejo-Acevedo A, et al. Use of the Rey-Osterrieth Complex Figure Test for neurotoxicity evaluation of mixtures in children. Neurotoxicology 2009;30(6):1149-1154.

Rocha-Amador DO, Morales R, Navarro ME, et al. Effects of fluoride and arsenic on the central nervous system. In: Bundschuh J, Armienta MA, Birkle P, et al., eds. Natural Arsenic in Groundwaters of Latin America. Boca Raton, FL: CRC Press, 2008:453-458.

Rothman KJ, Greenland S, Lash TL. Modern Epidemiology, 3rd Edition, Mid-Cycle Revision. Philadelphia: Lippincott Williams & Wilkins; 2008.

Sachse D, Sletner L, Morkrid K, et al. Metabolic changes in urine during and after pregnancy in a large, multiethnic population-based cohort study of gestational diabetes. PLoS One 2012;7(12):e52399.

Sameroff AJ, Seifer R, Baldwin A, et al. Stability of intelligence from preschool to adolescence: the influence of social and family risk factors. Child Dev 1993;64(1):80-97.

Sanders AP, Claus Henn B, Wright RO. Perinatal and Childhood Exposure to Cadmium, Manganese, and Metal Mixtures and Effects on Cognition and Behavior: A Review of Recent Literature. Curr Environ Health Rep 2015;2(3):284-294.

Saxena S, Sahay A, Goel P. Effect of fluoride exposure on the intelligence of school children in Madhya Pradesh, India. J Neurosci Rural Pract 2012;3(2):144-149.

SCHER. Critical review of any new evidence on the hazard profile, health effects, and human exposure to fluoride and the fluoridating agents of drinking water. Brussels: Scientific Committee on Health and Environmental Risks (SCHER), European Commission, 2011.

Schulte AG, Graber R, Kasperk C, et al. Influence of fluoridated salt on urinary fluoride excretion of adults. Caries Res 2002;36(6):391-397.

Sebastian ST, Sunitha S. A cross-sectional study to assess the intelligence quotient (IQ) of school going children aged 10-12 years in villages of Mysore district, India with different fluoride levels. J Indian Soc Pedod Prev Dent 2015;33(4):307-311.

Selwitz RH. Strategies for improving methods of assessing fluoride accumulation in body fluids and tissues. Adv Dent Res 1994;8(1):111-112.

Seraj B, Shahrabi M, Falahzade M, et al. Effect of high fluoride concentration in drinking water on children's intelligence. jdm 2006;19(2):80-86.

Seraj B, Shahrabi M, Shadfar M, et al. Effect of high water fluoride concentration on the intellectual development of children in Makoo/Iran. J Dent (Tehran) 2012;9(3):221-229.

1807950.000 – 7057

U.S. EXHIBIT 505.0157

Shannon FT, Fergusson DM, Horwood LJ. Exposure to fluoridated public water supplies and child health and behaviour. N Z Med J 1986;99(803):416-418.

Shapiro S. Meta-analysis/Shmeta-analysis. Am J Epidemiol 1994;140(9):771-778.

Sharma JD, Sohu D, Jain P. Prevalence of neurological manifestations in a human population exposed to fluoride in drinking water. Fluoride 2009;42(2):127-132.

Shivaprakash PK, Ohri K, Noorani H. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot district. J Indian Soc Pedod Prev Dent 2011;29(2):117-120.

Singh VP, Chauhan DS, Tripathi S, et al. A correlation between serum vitamin, acetylcholinesterase activity and IQ in children with excessive endemic fluoride exposure in Rajasthan, India. Int Res J Med Sci 2013;1(3):12-16.

Smith TJ. Occupational exposure and dose over time: limitations of cumulative exposure. Am J Ind Med 1992;21(1):35-51.

Spittle B. A growing concern about safety. Fluoride 1996;29(4):187-188.

Spittle B, Ferguson D, Bouwer C. Intelligence and fluoride exposure in New Zealand children (abstract). Fluoride 1998;31(3):S13.

Spittle B. Fluoride and intelligence. Fluoride 2000;33(2):49-52.

Spittle B. Neurotoxic effects of fluoride. Fluoride 2011;44(3):117-124.

Spittle B. Fluoride, IQ, and advice on type I and II errors. Fluoride 2014a;47(3):188-190.

Spittle B. Further MEDLINE rejection of Fluoride. Fluoride 2014b;47(1):2-8.

Spittle B. Authority and reasoning in science. Fluoride 2014c;47(2):94-97.

Spittle B. Further comments on fluoride and IQ. Fluoride 2014d;47(4):279-282.

Spittle B. Green light for water fluoridation in New Zealand. Fluoride 2015a;48(4):271-273.

Spittle B. A step in the right direction. Fluoride 2015b;48(2):91-92.

Spittle B. Dental fluorosis as a marker for fluoride-induced cognitive impairment. Fluoride 2016a;49(1):3-4.

Spittle B. Short stature, bone deformities, cognitive impairment, delayed dental eruption, and dental fluorosis as examples of fluoride-induced developmental disorders involving disturbed thyroid hormone metabolism and sonic hedgehog signalling. Fluoride 2016b;49(2):95-101.

Spittle B. Development of fluoride toxicity including cognitive impairment with reduced IQ: pathophysiology, interactions with other elements, and predisposing and protective factors. Fluoride 2016c;49(3 Pt 1):189-193.

Spittle B. The effect of the fluoride ion on reproductive parameters and an estimate of the safe daily dose of fluoride to prevent female infertility and miscarriage, and foetal neurotoxicity. Fluoride 2017a;50(3):287-291.

Spittle B. Prevention of fluoride ion-induced IQ loss in children. Fluoride 2017b;50(4):385-392.

Spittle B. Fluoride, IQ, emotion, and children's school performance. Fluoride 2018a;51(2):98-101.

Spittle B. Fluoride-induced developmental disorders and iodine deficiency disorders as examples of developmental disorders due to disturbed thyroid hormone metabolism. Fluoride 2018b;51(4):307-318.

Sudhir KM, Chandu GN, Prashant GM, et al. Effect of fluoride exposure on intelligence quotient (IQ) among 13-15 year old school children of known endemic area of fluorosis, Nalgonda District, Andhra Pradesh. J Indian Assoc Public Health Dentistry 2009;13:88-94.

1807950.000 – 7057

U.S. EXHIBIT 505.0158

Sun MM, Li SG, Wang YF, et al. Using drawing tests to measure intelligence in children from areas impacted by combined Al-F endemic toxicosis (Shuicheng, Guizhou). J Guiyang Med Coll 1991;16(3):204-206.

Tang QQ, Du J, Ma HH, et al. Fluoride and children's intelligence: a meta-analysis. Biol Trace Elem Res 2008;126(1-3):115-120.

Thies KM. Identifying the educational implications of chronic illness in school children. J Sch Health 1999;69(10):392-397.

Thomas D, Sanchez B, Peterson K, et al. Prenatal fluoride exposure and neurobehavior among children 1-3 years of age in Mexico (abstract). Fluoride 2018;51(4):385-386.

Thomas DB, Basu N, Martinez-Mier EA, et al. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 2016;150:489-495.

Thomas DC. Re: "When will nondifferential misclassification of an exposure preserve the direction of a trend?". Am J Epidemiol 1995;142(7):782-784.

Till C, Green R, Grundy JG, et al. Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. Environ Health Perspect 2018;126(10):107001.

Till C, Green R, Flora D, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. in review.

Trahan LH, Stuebing KK, Fletcher JM, et al. The Flynn effect: a meta-analysis. Psychol Bull 2014;140(5):1332-1360.

Trivedi MH, Verma RJ, Chinoy NJ, et al. Effect of high fluoride water on intelligence of school children in India. Fluoride 2007;40(3):178-183.

Trivedi MH, Sangai NP, Patel RS, et al. Assessment of groundwater quality with special reference to fluoride and its impact on IQ of schoolchildren in six villages of the Mundra region, Kachchh, Gujarat, India. Fluoride 2012;45(4):377-383.

Truscott SD, Narrett CM, Smith SE. WISC-R subtest reliability over time: implications for practice and research. Psychol Rep 1994;74(1):147-156.

Tsuji JS, Garry MR, Perez V, et al. Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. Toxicology 2015;337:91-107.

Turner EH, Matthews AM, Linardatos E, et al. Selective publication of antidepressant trials and its influence on apparent efficacy. N Engl J Med 2008;358(3):252-260.

U.S. Department of Health and Human Services. The Health Consequences of Smoking: 50 Years of Progress. A Report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health, 2014.

U.S. EPA. Guidelines for Neurotoxicity Risk Assessment. EPA/630/R-95/001F. (Published on May 14, 1998, Federal Register 63(93):26926-26954). Washington, DC: Risk Assessment Forum, U.S. Environmental Protection Agency (EPA), 1998.

U.S. EPA. Regulation of Chemicals under Section 6(a) of the Toxic Substances Control Act. Available: https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/regulation-chemicals-under-section-6a-toxic-substances. Last updated: 26 June 2019. 2019.

U.S. National Library of Medicine. Fact Sheet. MEDLINE® Journal Selection. Available: https://www.nlm.nih.gov/lstrc/jsel.html. Last updated: 18 June 2019. 2019a.

1807950.000 – 7057

U.S. EXHIBIT 505.0159

U.S. National Library of Medicine. MEDLINE®: Description of the Database. Available: https://www.nlm.nih.gov/bsd/medline.html. Last updated: 10 April 2019. 2019b.

U.S. Preventive Services Task Force. Procedure Manual. Rockville, Maryland: U.S. Preventive Services Task Force, 2018.

Valdez Jiménez L, Lopez Guzman OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 2017;59:65-70.

Vandenbroucke JP. Commentary: The HRT story: vindication of old epidemiological theory. Int J Epidemiol 2004;33(3):456-457.

Vandeputte M, De Cook J, Dryon L, et al. A contribution to the study of fluoride excretion. Clin Chim Acta 1977;75(2):205-212.

Vergauwe E, Cowan N. Assessing and Revising the Plan for Intelligence Testing. J Intell 2014;2(2):29-32.

Villa A, Anabalon M, Cabezas L, et al. Fractional urinary fluoride excretion of young female adults during the diurnal and nocturnal periods. Caries Res 2008;42(4):275-281.

Villa A, Anabalon M, Zohouri V, et al. Relationships between fluoride intake, urinary fluoride excretion and fluoride retention in children and adults: an analysis of available data. Caries Res 2010;44(1):60-68.

Viswanathan M, Berkman ND. Development of the RTI item bank on risk of bias and precision of observational studies. J Clin Epidemiol 2012;65(2):163-178.

Wang B, Tang C, Wang H, et al. Influence of body mass index status on urinary creatinine and specific gravity for epidemiological study of children. Eur J Pediatr 2015;174(11):1481-1489.

Wang D, Ming Q, Fang Y, et al. Revision on the Combined Raven's Test for the Rural in China. Psychol Sci 1989;5:25-29.

Wang GJ, Yang DL, Jia FG, et al. A study of the IQ levels of four- to seven-year-old children in high fluoride areas. [Translated by Julian Brooke with the permission of the Endemic Diseases Bulletin (China) 1996;11(1):60-2.]. Fluoride 2008a;41(4):340-343.

Wang QJ, Gao MX, Zhang MF, et al. Study on the correlation between daily total fluoride intake and children's intelligence quotient. J Southeast Univ (Med Sci Edi) 2012;31(6):743-746.

Wang S, Zhang H, Fan W, et al. The effects of endemic fluoride poisoning caused by coal burning on the physical development and intelligence of children. [Translated by Julian Brooke and published with the permission of the Journal of Applied Clinical Pediatrics 2005;20(9):897-9.]. Fluoride 2008b;41(4):344-348.

Wang SX, Wang ZH, Cheng XT, et al. Investigation and evaluation on intelligence and growth of children in endemic fluorosis and arsenism areas. Chin J Endemiol 2005;24(2):179-182.

Wang SX, Wang ZH, Cheng XT, et al. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environ Health Perspect 2007;115(4):643-647.

Wang X, Wang L, Hu P, et al. Effects of high iodine and high fluorine on children's intelligence and thyroid function. Chin J Endemiol 2001;20(4):288-290.

Wang ZH, Wang SX, Zhang XD, et al. Investigation on children's growth and development under long-term fluoride exposure. Chin J Control Endem Dis 2006;21(4):239-241.

1807950.000 – 7057

U.S. EXHIBIT 505.0160

Weatherhead JE, Hotez PJ, Mejia R. The Global State of Helminth Control and Elimination in Children. Pediatr Clin North Am 2017;64(4):867-877.

Wechsler IQ Test. Wechsler Intelligence Scale for Children. Available: https://wechsleriqtest.com/wechsler-intelligence-scale-for-children/. Last revised: 2017. 2017.

Weed DL. Meta-analysis and causal inference: a case study of benzene and non-Hodgkin lymphoma. Ann Epidemiol 2010;20(5):347-355.

Wei N, Li Y, Deng J, et al. The effects of comprehensive control measures on intelligence of school-age children in coal-burning-born endemic fluorosis areas. Chin J Endemiol 2014;33(3):320-322.

Weinberg CR, Unbach DM, Greenland S. Weinberg et al. reply [Letter]. Am J Epidemiol 1995;142(7):784.

Whitford GM. Fluoride metabolism and excretion in children. J Public Health Dent 1999;59(4):224-228.

Xiang Q, Liang Y, Chen L, et al. Effect of fluoride in drinking water on children's intelligence. Fluoride 2003a;36(2):84-94.

Xiang Q, Liang Y, Zhou MS, et al. Blood lead of children in Wamiao-Xinhuai intelligence study (letter). Fluoride 2003b;36(3):198-199.

Xiang Q, Liang Y, Chen B. Retraction: Serum Fluoride Level and Children's Intelligence Quotient in Two Villages in China. Environ Health Perspect 2010.

Xiang Q, Liang Y, Chen B, et al. Analysis of children's serum fluoride levels in relation to intelligence scores in a high and low fluoride water village in China [abstract of article retracted from Environmental Health Perspectives]. Fluoride 2011;2011(44):4.

Xiang Q, Wang Y, Yang M, et al. Level of fluoride and arsenic in household shallow well water in Wamiao and Xinhuai villages in Jiangsu Province, China. Fluoride 2013;46(4):192-197.

Xiang Q. Correspondence. Fluoride 2015;48(1):78-89.

Xin H. Scientific misconduct. Retractions put spotlight on China's part-time professor system. Science 2009;323(5919):1280-1281.

Xu YL, Lu CS, Zhang XN. The influence of fluoride on the level of intelligence in children. Endemic Dis Bull 1994;9(2):83-84.

Yang YK, Wang XH, Guo XW, et al. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. [Translated by Julian Brooke and published with the permission of the Chinese Journal of Epidemiology 1994 October;15(4):296-8.] Fluoride 2008;41(4):336-339.

Yao L, Zhou J, Wang X, et al. Analysis on the correlation between TSH and intelligence in chidlren with dental fluorosis from endemic fluorosis regions. Literature Information Prev Med 1996;2(1):42-43.

Yao LM, Deng Y, Yang SY, et al. Comparative assessment of the physical and mental development of children in an endemic fluorosis area with and without water improvement programs. Literature Information Prev Med 1997;3(1):42-43.

Yu X, Chen J, Li Y, et al. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. Environ Int 2018;118:116-124.

Zabel TA, von Thomsen C, Cole C, et al. Reliability concerns in the repeated computerized assessment of attention in children. Clin Neuropsychol 2009;23(7):1213-1231.

160

U.S. EXHIBIT 505.0161

Zhang JJ, Smith KR. Household air pollution from coal and biomass fuels in China: measurements, health impacts, and interventions. Environ Health Perspect 2007;115(6):848-855.

Zhang JW, Yao H, Chen Y. The effect of high levels of arsenic and fluoride on the development of children's intelligence. Chin J Public Health 1998;17(2):119-121.

Zhang PH, Cheng L. Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. Chin J Ctrl Endem Dis 2015;30(6):458-460.

Zhang S, Zhang X, Liu H, et al. Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China. Toxicol Sci 2015;144(2):238-245.

Zhao LB, Liang GH, Zhang DN, et al. Effect of a high fluoride water supply on children's intelligence. Fluoride 1996;29(4):190-192.

Zhao Q, Niu Q, Chen J, et al. Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity: mechanisms of action in vitro and associations with cognition in rats and children. Arch Toxicol 2019;93(3):709-726.

Zheng X, Chen R, Li N, et al. Socioeconomic status and children with intellectual disability in China. J Intellect Disabil Res 2012;56(2):212-220.

Zhou G, Tang S, Yang L, et al. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. Toxicol Appl Pharmacol 2019:114608.

Zimmermann MB. The effects of iodine deficiency in pregnancy and infancy. Paediatr Perinat Epidemiol 2012;26 Suppl 1:108-117.

1807950.000 – 7057

U.S. EXHIBIT 505.0162