C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **CORRECTED COPY OF EXPERT DECLARATION (KATHLEEN THIESSEN)** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

Due to a last-minute formatting adjustment, a blank page was inadvertently created in Dr. Kathleen Thiessen's expert declaration (Docket No. 198-4, p. 54), which resulted in incorrect pagination for the remainder of the document. Plaintiffs are thus re-filing herewith a corrected copy of Dr. Thiessen's declaration, and will be delivering a hard copy of same to the Court.

May 21, 2020                                    Respectfully submitted,

                                                */s/ Michael Connett*
                                                MICHAEL CONNETT
                                                Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 21st day of May, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

                 */s/ Michael Connett*
                 MICHAEL CONNETT