IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br> Plaintiffs, <br> v. <br> U.S. Environmental Protection Agency, et al., <br> Defendants. | Case No.: 17-cv-02162-EMC <br> **AMENDED WITNESS LIST** <br><br> June 8, 2020 Trial |

The parties previously provided the Court with a witness list (ECF No. 151), curriculum vitae for each expert witness (ECF Nos. 151-1 and 151-3), and associated expert reports and/or summaries (ECF Nos. 151-2 and 151-4) in Appendix A to the Joint Pre Trial Conference Statement. *See* ECF No. 151. Per the Court's May 19, 2020 order, ECF No. 197, the parties respectfully provided the following amended witness list.

**A.    Plaintiffs' Witnesses:**

1.    **Philippe Grandjean, MD, DMSc,** is an environmental epidemiologist at the Harvard T.H. Chan School of Public Health and the University of Southern Denmark. Dr. Grandjean conducted a weight-of-the-evidence analysis of the neurotoxicity literature on fluoride (with an emphasis on the epidemiology); a Benchmark Dose (BMD) analysis of the NIH-funded prospective studies from North America; and an assessment of Dr. Ellen Chang's systematic review. Dr. Grandjean is expected to testify that: (1) The weight of epidemiological evidence leaves no reasonable doubt that developmental neurotoxicity is a serious human health risk associated with elevated fluoride exposure, including those occurring at the levels added to drinking water in

fluoridated areas. (2) The IQ losses associated with community water fluoration are substantial and of significant public health concern. (3) A BMD analysis of the recent prospective birth cohort data shows that the level of fluoride added to water in fluoridation programs greatly exceeds the science-based limit needed to protect against developmental neurotoxicity. (4) The systematic review conducted by Dr. Ellen Chang, when corrected for its biases and errors in judgment, further supports Dr. Grandjean's opinions on the neurotoxic risks posed by elevated fluoride exposure. Additional information about Dr. Grandjean's expected testimony can be found in his expert reports, deposition, and prior declarations.

*Plaintiffs' Direct Examination Estimate:* 1 hr.

*Defendants' Cross Examination Estimate:* 2 hrs.

2. **Howard Hu, MD, MPH, ScD,** is an environmental epidemiologist and Principal Investigator of an ongoing NIH-funded prospective cohort study that is examining the impact of early-life exposures to fluoride on neurobehavioral development in a cohort in Mexico City known as the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. Dr. Hu is expected to testify that (1) the ELEMENT cohort studies of fluoride's neurodevelopmental effects are methodologically rigorous studies that provide scientifically reliable and robust results; and (2) the results of the ELEMENT cohort studies are consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population in water-fluoridated communities. Additional information about Dr. Hu's expected testimony can be found in his deposition and Rule 26 disclosures.

*Plaintiffs' Direct Examination Estimate:* 0.75 hrs.

*Defendants' Cross Examination Estimate:* 0.75 hrs.

3. **Bruce Lanphear, MD, MPH,** is a clinician scientist and epidemiologist who currently serves as Co-Principal Investigator of an NIH-funded prospective study that is investigating the neurodevelopmental effects of early-life exposures to fluoride in a birth cohort in Canada known as the Maternal-Infant Research

on Environmental Chemicals (MIREC) project. Dr. Lanphear is expected to testify that: (1) The research on early life fluoride exposures in the MIREC Cohort further enhances the quality of data related to fluoride's neurotoxicity. (2) Prenatal fluoride exposure in the MIREC cohort is associated with large and significant reductions in IQ scores among 3-to-4 year old children. (3) Converging results from the MIREC and ELEMENT cohorts indicate that exposure to "optimal" levels of fluoride during fetal development is associated with diminished intelligence in childhood. (4) Eposure to fluoridated water in infancy, particularly among formula-fed infants, is also associated with diminished intelligence, suggesting that susceptibility to fluoride's adverse neurological effects may extend into infancy. Additional information about Dr. Lanphear's expected testimony can be found in his deposition and Rule 26 disclosures.

*Plaintiffs' Direct Examination Estimate:* 0.75 hrs.

*Defendants' Cross Examination Estimate:* 0.75 hrs.

4. **Kathleen Thiessen, PhD.** is a risk assessment scientist at the Oak Ridge Center for Risk Analysis and a co-author of the National Research Council's 2006 report *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*. Dr. Thiessen is expected to testify that: (1) Under EPA's *Guidelines for Neurotoxicity Risk Assessment*, there is sufficient evidence to conclude that neurotoxicity is a hazard of fluoride exposure. (2) The animal data on fluoride neurotoxicity are consistent with the epidemiological data in showing a risk of cognitive deficits at doses of fluoride ingested from fluoridated water. (3) Fluoridation chemicals present an "unreasonable risk" of neurotoxic effects, including IQ loss, if assessed under the same risk characterization and risk determination framework that EPA uses in its evaluations of other chemicals under TSCA. Additional information about Dr. Thiessen's expected testimony can be found in her expert reports, depositions, and prior declarations.

*Plaintiffs' Direct Examination Estimate:* 1 hr.

*Defendants' Cross Examination Estimate:* 2 hrs.

5. **Casey Hannan, MPH.** Mr. Hannan is CDC's 30(b)(6) representative in this litigation regarding CDC's position on certain matters related to fluoride and health. Mr. Hannan will testify by deposition that (1) CDC agrees with NRC's findings as to the hazards of fluoride exposure, including NRC's findings on neurotoxicity and thyroid disruption; (2) CDC does not have any data on the doses of fluoride that can be safely tolerated without producing neurotoxicity, and (3) CDC has not yet published any data on urinary fluoride levels in the U.S. population..

*Plaintiffs' Direct Examination Estimate:* 0.3 hrs.

*Defendants' Cross Examination Estimate:* 0.25 hrs.

6. **Kristina Thayer, PhD**. Dr. Thayer is expected to testify regarding principles of EPA risk assessment, the findings of NTP's 2016 systematic review on fluoride neurotoxicity in animals, and her own assessment of the fluoride literature.

*Plaintiffs' Direct Examination Estimate:* 0.3 hrs.

*Defendants' Cross Examination Estimate:* 0.5 hrs.

7. **Joyce Donohue, PhD.** Dr. Donohue is the lead scientist on fluoride issues at EPA's Office of Water. Dr. Donohue will testify by deposition about her review and assessment of the recent studies on fluoride neurotoxicity.

*Plaintiffs' Direct Examination Estimate:* 0.3 hrs.

*Defendants' Cross Examination Estimate:* 0.25 hrs.

8. **Amanda Phelka, PhD**, is the 30(b)(6) representative of NSF International, Inc. (NSF) the private organization that certifies the safety of water treatment chemicals in the United States, including fluoridation chemicals. Dr. Phelka will testify by deposition that NSF has not considered the potential for fluoridation chemicals to cause neurotoxic effects, and has no position on this matter.

*Plaintiffs' Direct Examination Estimate:* 0.1 hrs.

*Defendants' Cross Examination Estimate:* 0.25 hrs.


**B.     Defendants' Witnesses:**

    1.     Any Plaintiff and Standing Witness, including:

        **a.     Julie Simms** by deposition.

*Defendants' Direct Examination Estimate:* 0.5 hrs.

*Plaintiffs' Cross Examination Estimate:* 0.1 hrs.

        **b.     Audrey Adams** by deposition.

*Defendants' Direct Examination Estimate:* .5 hrs.

*Plaintiffs' Cross Examination Estimate:* 0.1 hrs.

    2.     **Kristina Thayer, Ph.D.**, is the Director of EPA's Integrated Risk Information System (IRIS) Division. Before becoming director of EPA's IRIS program, Dr. Thayer was co-project lead on the National Toxicology Program's 2016 Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. Additional information on her testimony can be found in her May 17, 2019 deposition in this matter.

*Defendants' Direct Examination Estimate:* 2 hrs.

*Plaintiffs' Cross Examination Estimate:* 0.3 hr.

    3.     **Joyce Tsuji, Ph.D., DABT, Fellow ATS,** Principal Scientist at Exponent, is an expert in toxicology. She is expected to testify to (1) how Plaintiffs' experts' review and evaluation of the toxicology literature focuses on the quantity of studies reporting positive findings without critically examining the scientific rigor of the study methods and results or factors that contribute to bias and unreliability, and the consequences of those and other deficiencies; and (2) the methodology and conclusions of her systematic review, including a critical assessment, of fluoride neurotoxicity studies. Additional information on her testimony can be found in her August 1, 2019 "Expert Rebuttal Report of Joyce Tsuji."(ECF No.151-4 at 2-114 and US Trial Exhibit 510), in her September 11, 2019 deposition in this matter, and any declaration filed in this matter, including her Trial Declaration (ECF No. 199).

*Defendants' Direct Examination Estimate:* 0.5 hr.

*Plaintiffs' Cross Examination Estimate:* 1.5 hrs.

4. **Ellen T. Chang, Sc.D.,** Principal Scientist at Exponent is an expert in epidemiology. Dr. Chang is expected to testify that (1) a scientifically informed and balanced opinion on the association between fluoride exposure and human developmental neurotoxicity should be based on a systematic review of the relevant epidemiological literature; (2) Plaintiffs' experts' opinions on the association between fluoride exposure and human neurotoxicity are not based on a rigorous analysis of the relevant scientific literature concerning epidemiology; (3) most of the available epidemiological studies of the association between fluoride exposure and human neurotoxicity concern higher exposures of fluoride and most of the studies are of poor quality because of their minimal control for confounding and poor design, among other things; (4) results from the more-informative studies on lower exposures are inconsistent; (5) the subset of more-informative studies on which Plaintiffs focus use urinary fluoride to measure exposure, and urinary fluoride is not a reliable biomarker of actual fluoride intake and (5) based on her analysis of the overall weight of the relevant epidemiological and related scientific literature on fluoride exposure, the current scientific evidence does not establish that neurodevelopmental harm is likely to be a hazard of community water fluoridation at the recommended concentration of 0.7 mg/L. Additional information on her testimony can be found in her August 1, 2019 "Rebuttal Report of Ellen T. Chang, Sc.D" (ECF No.151-4 at 115-410 and US Trial Exhibit 505), her August 29, 2019 deposition, and any declaration in this matter, including her Declaration in support of Defendants' Motion for Summary Judgment, (ECF No. 116-3) and her Trial Declaration (ECF No. 200).

*Defendants' Direct Examination Estimate:* 0.5 hr.

*Plaintiffs' Cross Examination Estimate:* 2 hrs.

5. **Tala Henry, PhD**, is a toxicologist with over twenty-five years of technical and managerial experience at EPA. Dr. Henry is an expert in risk assessment generally, risk assessment in the regulatory context, and risk evaluation under TSCA. She is expected to testify to (1) risk assessment principles, (2) EPA's Office of Pollution

Prevention and Toxics' (OPPT) implementation of the 2016 TSCA Amendments, (3) EPA's risk evaluation and assessment guidance and principles, (4) toxicology, (5) the limitations in Plaintiffs' conclusions regarding unreasonable risk; and (6) that the available information preclude a finding of unreasonable risk. Additional information on her testimony can be found in EPA's Expert Disclosures and Designations, including the summaries of facts and opinions dated June 27, 2019 (ECF No.151-4 at 412-19 and USA Trial Exhibit 512), August 1, 2019 (ECF No. 151-4 at 420-72 and USA Trial Exhibit 513), and April 19, 2020, her August 20, 2019 deposition, and any declaration in this case, including her Declaration in support of Defendants' Motion for Summary Judgment, (ECF No. 116-2) and her Trial Declaration (ECF No. 201).

*Defendants' Direct Examination Estimate:* 0.5 hr.

*Plaintiffs' Cross Examination Estimate:* 2 hrs.

6. Defendants reserve the right to call any impeachment, and/or rebuttal witnesses concerning any of plaintiffs' witnesses and any witnesses necessary to lay the foundation to any evidence.[1]

Dated:   May 21, 2020                                              Respectfully submitted,

---

[1] **Casey Hannan, MPH.** If Plaintiffs offer evidence from CDC, Mr. Hannan, CDC's 30(b)(6) representative can testify to the noticed deposition topics.

**Robert Carton, PhD.** The parties agree that "EPA will remove Dr. Robert Carton, PhD., from its list of potential witnesses to be called at trial" and that "Plaintiffs will not elicit or introduce any testimony or evidence, including but not limited to, any witness testimony on direct or cross examination, appearing live or by deposition, or any exhibit, demonstrative, or written discovery, concerning or relating to the EPA Professional Union, including the Union's activities concerning the Safe Drinking Water Act standards or the practice of community water fluoridation in the United States." If Plaintiffs introduce such evidence, EPA will be permitted to call Dr. Carton. ECF No. 197 n.5.

|   |   |
|---|---|
| 1 | <u>*/s/John Thomas H. Do*</u> |
| 2 | DEBRA J. CARFORA |
|   | JOHN THOMAS DO |
| 3 | BRANDON N. ADKINS |
|   | Environmental Defense Section |
| 4 | 4 Constitution Square, |
|   | 150 M Street NE, Room 4.1114 |
| 5 | Washington, DC 20001 |
| 6 | Tel: (202) 514-2640 |
|   | Email: debra.carfora@usdoj.gov |

*Attorneys for Defendants*

<u>*/s Michael Connett (with permission*)</u>
MICHAEL CONNETT
C. ANDREW WATERS
Waters Kraus & Paul
222 N. Pacific Coast Hwy
El Segundo, CA 90245
Tel: (310) 414-8146

*Attorneys for Plaintiffs*

CASE NO. 17-CV-02162-EMC
AMENDED WITNESS LIST