# Exhibit B

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    AT SAN FRANCISCO
 4   FOOD & WATER WATCH, et al.    *
 5     Plaintiffs                  *   Civ. No.
 6   v.                            *   17-CV-02162-EMC
 7   U.S. ENVIRONMENTAL PROTECTION *
 8   AGENCY, et al.                *
 9     Defendants                  *
10              *    *    *    *    *
11              VIDEOTAPED DEPOSITION OF
12         JOYCE MORRISSEY DONOHUE, Ph.D., RD
13                   MAY 13th, 2019
14                   WASHINGTON, D.C.
15
16          Reported by:  Dawn M. Hyde
17
18
19
20
21
22
23
24
25
```

CERTIFIED COPY

1    A    Correct.
2    Q    And that paper, which is on the
3 second page, is titled, "Prenatal fluoride
4 exposure and cognitive outcomes in children at
5 four and six to 12 years of age in Mexico,"
6 right?
7    A    Right.
8    Q    By the way, I forgot to ask.
9 Barbara Gooch, who is she?
10   A    She was the dentist at CDC who took
11 the public comment on lowering the
12 fluoridation level.
13   Q    And you worked closely with Barbara
14 Gooch?
15   A    I helped her respond to the public
16 comments on their proposal that they put out
17 and took comments on.
18   Q    So going to this paper that you sent
19 to Barbara Gooch at the CDC, this study here
20 was a study dealing with the ELEMENT cohort,
21 right?
22   A    Well, I did not remember that.  I
23 obviously saw this study and I told you I know
24 there is several studies out of Mexico that I
25 am aware of.

```
 1        Q    Right.  And you have read this
 2   study?
 3        A    I read it back when I sent it to
 4   Barbara.  I don't remember it anymore.
 5        Q    Right.
 6        A    I mean, I remember that it exists,
 7   yes.
 8        Q    And do you -- this was -- this study
 9   here is a prospective birth cohort study,
10   right?
11        A    Yes.
12        Q    And it found that prenatal fluoride
13   exposure in the ELEMENT cohort is associated
14   with significant loss of IQ in the children,
15   right?
16        A    It is one of the studies that finds
17   that, correct.  One of the post 2016 studies
18   that does that.
19        Q    And you would agree that this is a
20   very well-conducted study, right?
21        A    I would agree that it was well
22   conducted, yes.
23        Q    And you would agree that this study
24   justifies a reassessment of the current MCLG
25   for fluoride, correct?
```

```
 1        A    It is one of a number of studies
 2   that have been published post 2010 and post
 3   the decision that was made in 2016 that
 4   deserve consideration and evaluation.  This is
 5   not the only one.  There are a number of
 6   well-designed studies that I collect and
 7   notify people that they exist.  I also sent it
 8   to Groundwater Drinking Water and I called it
 9   to the attention of several other people.  So
10   this isn't the only one.
11        Q    Right.
12        A    There are a number of good studies
13   that have come out since EPA made its
14   decision.
15        Q    Right.  And the -- can you think of
16   any other study that has investigated the
17   relationship between fluoride and IQ that has
18   been -- that has a better or stronger
19   methodology than this study?
20        A    I think there's a couple.  I think
21   the recent one from China was extremely well
22   designed.  I think there's quite a few that
23   have very good methodologies.
24        Q    This is a prospective birth cohort
25   study, right?
```

1   A   Yes.

2   Q   You would agree that a prospective
3 birth cohort study has a stronger methodology
4 than a cross-sectional study, right?

5   A   I'm not an epidemiologist.  I just
6 look at a study and I look at its design and I
7 think we need all of them but I can't tell you
8 how they classify them as epidemiologists.

9   Q   Fair enough.  And this study found
10 that fluoride was IQ -- sorry.

11       This study found that IQ was reduced
12 at urinary fluoride levels in the pregnant
13 mothers that are widely exceeded by pregnant
14 women living in fluorinated communities in
15 North America, right?

16   A   I don't remember the context.  As I
17 said, I read it.  I thought, this is a nice
18 study.  It's well done.  It's adding to the
19 literature that was published since 2010.  And
20 since Groundwater Drinking Water made the
21 decision and I collect them and I let people
22 know they're out there and I probably won't be
23 the person who would be around to do the risk
24 assessment.

25   Q   And the -- would it be -- if the

1      A    Where?  It's got Michele Giddings,
2   Canada.
3      Q    The cc.
4      A    Oh, Jennifer.  I don't know her.
5      Q    So let's go and look at this paper
6   that Dr. Ohanian identified as Bashash ELEMENT
7   ADHD paper.  You have that in front of you?
8      A    The paper, yes.  You just gave it to
9   me.
10     Q    And have you read this study prior
11  to today?
12     A    I would have read it back when I
13  collected it, and since I collected it in the
14  fall of 2018, I collected it obviously when --
15  and sent it to me and I read it then.
16     Q    Okay.  And this is titled "Prenatal
17  fluoride exposure and attention deficit
18  hyperactivity disorder, ADHD, symptoms in
19  children at six to 12 years of age in Mexico
20  City," right?
21     A    That's the title.
22     Q    This is another prospective birth
23  cohort study based on the ELEMENT cohort,
24  right?
25     A    That part I didn't remember.  The

```
 1  study I remember.
 2       Q    But if you look at the abstract,
 3  you'd agree --
 4       A    Yes, I now see the term ELEMENT.
 5       Q    And it found that urinary fluoride
 6  levels in the pregnant mother were
 7  significantly associated with an increased
 8  risk of ADHD symptoms in the offspring, right?
 9       A    Yes.
10       Q    And if you look at the results
11  section, the mean maternal urinary fluoride
12  content was just 0.85 milligrams per liter,
13  right?
14       A    I don't see that yet but --
15       Q    If you look at the results section,
16  it's the first sentence.
17       A    0.85, correct.
18       Q    So you would agree that this is an
19  important study here, prospective birth cohort
20  study which is finding a significant
21  relationship between low levels of fluoride in
22  the urine of pregnant women and ADHD symptoms
23  in children?
24       A    Yes.
25       Q    And you would agree that this study
```

```
1    further supports the need for reassessment of
2    current safety standards of fluoride in the
3    United States?
4         A    Yes, it is one of several.
5         Q    Okay.  And I am going to -- this --
6    in Dr. Ohanian's e-mail he also included a
7    study titled, "Till, EHP water and maternal
8    urine," do you see that?
9         A    Where's that?
10        Q    In the attachments.  If you look at
11   the description of the attachments in the
12   Ohanian e-mail.
13        A    Bashash, Till, EHP, Fluoride.  Till
14   in Canada.
15        Q    Right.
16        A    Okay.  So yes, if he sent it to me,
17   I have it.  And I know Till I think has two
18   publications out where she's an author.
19        Q    Okay.  So let's look at this Till
20   paper that Dr. Ohanian sent to you and the
21   others at EPA.  And do you see it?  It's in
22   that --
23        A    Okay.
24        Q    And you see it's titled, "Community
25   water fluoridation and urinary fluoride
```

```
 1   concentrations in a national sample of
 2   pregnant women in Canada."
 3        A    I have that one too.
 4        Q    And have you read this?
 5        A    He sent it to me, yes.
 6        Q    And have you read this study prior
 7   to today?
 8        A    No, I actually -- I have it but I
 9   haven't read it.
10        Q    Okay.  And if you look at the
11   results section.  If you read the first
12   sentence, they found that "Maternal urinary
13   fluoride levels were almost two times higher
14   for pregnant women living in fluoridated
15   regions compared with nonfluoridated regions,"
16   right?
17        A    0.87 versus 0.46 with plus or minus
18   0.5 and plus or minus 0.34.
19        Q    And this -- the average level of
20   fluoride in the urine of the pregnant mothers
21   in these -- in the fluoridated areas was right
22   in the range of the levels that are associated
23   with neurological harm in the ELEMENT cohort,
24   right?
25        A    Yes.
```

1    Q   So would you agree that this study
2  here by Christine Till and colleagues provides
3  significant and important new information that
4  supports the reassessment of fluoride safety
5  standards in the United States?
6    A   It's one of the others that I've
7  already identified I had.  It's got Bruce
8  Lanphear in there too.
9    Q   And what's the importance of seeing
10 Bruce Lanphear's name as a coauthor of this
11 study?
12   A   He's an important lead person.
13   Q   And you would agree that Bruce
14 Lanphear has done very important and reliable
15 research?
16   A   Yes, I would.
17   Q   So when you see Bruce Lanphear's
18 name on a study, that gives it an added stamp
19 of authoritativeness; would it be fair to say
20 that?
21       MS. CARFORA:  Objection, form.
22   A   I am not going to judge.  Name
23 recognition.
24       BY MR. CONNETT:
25   Q   And so I'm not sure if you answered

1   my question, but you would agree that this
2   study right here adds further reason why we
3   need to do a reassessment of the fluoride
4   safety standards in the United States?
5        A    I think it's a reason for doing not
6   just the United States.  I think it's a reason
7   for doing an update to the fluoride
8   assessment.
9        Q    Everywhere?
10       A    Well, for anybody who's interested
11  in fluoride and the need for regulation of
12  fluoride exposure.
13       Q    Right.  Anyone interested in making
14  sure that fluoride is safe for consumption?
15       A    That people are not overexposed,
16  yes.
17       Q    And the other study that Dr. Ohanian
18  attached here in this e-mail is a study by
19  Malin, and Christine Till is a coauthor.
20       A    I have that one too.
21       Q    And it's titled, "Fluoride exposure
22  and thyroid function among adults living in
23  Canada: effect modification by iodine status,"
24  right?
25       A    Yes.

1    Q    And have you read this study before
2  today?
3    A    Again, that is one that I have.  I
4  read the abstract when I -- you know, when I
5  get them I read them, but usually I read the
6  abstract and say it's important and needs to
7  be considered.  And because of my workload, I
8  don't get to read the whole paper but I
9  collect them.  I also do literature searches
10  every three or four months with fluoride in
11  it.
12    Q    And this study by Malin and
13  colleagues found that urinary fluoride levels
14  were associated with decreased thyroid
15  function amongst people with suboptimal iodine
16  levels, right?
17    A    Yes, and so since I also have
18  iodine, that was a double thing.
19    Q    Right.  And this is -- the findings
20  here -- the findings here in this study are
21  very consistent with what the NRC found in
22  2006, right?
23    A    The more things that you have to
24  substantiate it, it's also consistent with
25  Peckham.  There is now considerably more data