BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: brandon.adkins@usdoj.gov

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | Case No. 3:17-cv-02162 EMC |
| Plaintiffs, | **DECLARATION OF BRANDON N. ADKINS IN SUPPORT OF DEFENDANTS' OBJECTIONS TO DECLARATIONS OF HOWARD HU AND BRUCE LANPHEAR** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

I, Brandon N. Adkins, submit the following declaration in support of Defendants' Objections to Declarations of Howard Hu and Bruce Lanphear:

1.     I am a trial attorney within the Environment and Natural Resources Division of the United States Department of Justice and counsel of record for Defendants in the above-captioned case.

2.     I have attached to this Declaration true and correct copies of the following documents:

| Exhibit A | Expert Report of Howard Hu without appendices (June 25, 2019) |
|---|---|
| Exhibit B | Supplemental Summary of Facts and Opinions for Howard Hu |
| Exhibit C | Expert Report of Bruce Lanphear without appendices (June 27, 2019) |
| Exhibit D | Supplemental Summary of Facts and Opinions for Bruce Lanphear |
| Exhibit E | Excerpt of Rebuttal Report of Ellen T. Chang, Sc.D (August 1, 2019) |
| Exhibit F | Excerpt of Deposition of Howard Hu (September 24, 2019) |

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on May 27, 2020, in Washington, DC.

3

4                                          */s/ Brandon N. Adkins*
                                           Brandon N. Adkins
5                                          U.S. Department of Justice
                                           Environmental Defense Section
6                                          P.O. Box 7611
                                           Washington, D.C. 20044
7                                          Tel: (202) 616-9174
                                           Fax: (202) 514-8865
8                                          Email: brandon.adkins@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**FLUORIDE & IQ -- FINDINGS FROM THE ELEMENT COHORT**
**Expert Report of Howard Hu, MD, MPH, ScD**
June 25, 2019

I am a physician-scientist trained in internal medicine, occupational/environmental medicine, epidemiology and general public health who has held leadership positions in science and academia for over 2 decades.  A summary of my qualifications and publications can be found in my Curriculum Vitae, which is attached in **Appendix A.**  I am also the Principal Investigator of ongoing research that is examining the impact of early-life exposures to fluoride on neurobehavioral development in the offspring participating in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project.

ELEMENT is a pregnancy and birth cohort that I co-founded in 1993 in partnership with the Instituto Nacional de Salud Publica (INSP—the National Institute of Public Health in Mexico) and that has been continuously funded since 1993 by grants from the U.S. National Institute for Environmental Health Sciences (NIEHS).  It has had the general aim of understanding the impact of early life environmental exposures on developmental outcomes.  Since its inception, ELEMENT has evolved into a highly successful, award-winning project involving collaborators at INSP, the University of Michigan[1], and other academic institutions in the U.S. and Mexico.  It has generated over 70 high-impact publications and provided evidence contributing towards environmental health policies around the world.

Our project on fluoride and neurobehavioral development began in 2012, leveraging the unique ELEMENT resources of archived biological samples and data to measure the prenatal and postnatal exposures of ELEMENT offspring to fluoride and relate those measurements to rigorously measured neurobehavioral outcomes taken at multiple points of time.

In response to a request from counsel representing Plaintiffs, I have agreed to provide expert testimony in this matter, but only in the capacity as a non-retained expert. I am not retained and have not been provided any compensation nor employed in any capacity by any party.

If permitted to testify, I intend to discuss, for the Court, the design, conduct, and findings of our ELEMENT research on fluoride as they pertain to the three studies we have published in the peer-reviewed scientific literature so far, i.e., Thomas et al., 2016, Bashash et al. 2017, and Bashash et al. 2018.  Copies of these publications are provided in **Appendix B.**

A complete list of cases in which I have provided testimony in the previous 4 years is attached as **Appendix C**.

Howard Hu
June 25, 2019

**References:**

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-Avila M.

---

[1] See: https://sph.umich.edu/cehc/element/element.html

Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspec 2017  Environ Health Perspect. 2017 Sep 19;125(9). doi: 10.1289/EHP655. PubMed PMID: 28937959.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10. PubMed PMID: 30316181.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

# EXHIBIT B

## SUMMARY OF THE FACTS AND OPINIONS TO WHICH DR. HOWARD HU IS EXPECTED TO TESTIFY

**(1) The ELEMENT prospective cohort studies of fluoride's neurodevelopmental effects are methodologically rigorous studies that provide scientifically reliable and robust results.**

ELEMENT (Early Life Exposures in Mexico to Environmental Toxicants) is a pregnancy and birth cohort that Dr. Hu co-founded in 1993 in partnership with the Instituto Nacional de Salud Publica (INSP—the National Institute of Public Health in Mexico) and that has been continuously funded since 1993 by grants from the U.S. National Institute for Environmental Health Sciences (NIEHS). It has had the general aim of understanding the impact of early life environmental exposures on developmental outcomes. Since its inception, ELEMENT has evolved into a highly successful, award-winning project involving collaborators at INSP, the University of Michigan, and other academic institutions in the U.S. and Mexico. It has generated over 70 high-impact publications and provided evidence contributing towards environmental health policies around the world. For example, as noted in a joint publication by NIEHS and EPA, "evidence from ELEMENT has informed U.S. and Mexican lead exposure guidelines, including the 2010 CDC "Guidelines for the identification and Management of Lead Exposure in Pregnant and Lactating Women," among others. (NIEHS/EPA 2017).

Dr. Hu's project on fluoride and neurobehavioral development began in 2012, leveraging the unique ELEMENT resources of archived biological samples and data to measure the prenatal and postnatal exposures of ELEMENT offspring to fluoride and relate those measurements to rigorously measured neurobehavioral outcomes taken at multiple points of time. As NIEHS and EPA have recognized, "archives of biological samples from birth cohort studies . . . provide critical information on the prenatal and childhood determinants of adult disease." (NIEHS/EPA 2017).

The ELEMENT cohort consists of mother-child pairs in which the mothers were enrolled before or during early pregnancy.  All were attending several maternity hospitals in Mexico City.  Samples of maternal urine taken during pregnancy which had been archived were analyzed for fluoride content.  Urine fluoride is a biomarker of total fluoride exposure from all sources.  Socio-demographic and health information had also been collected from the women.  Other factors that could be associated with neurodevelopmental outcomes were also measured, including maternal age, maternal education, maternal IQ, birth order, birth weight, gestational age at delivery, maternal smoking, quality of the children's home environment (HOME score), and maternal exposure to known neurotoxins such as lead and mercury.

All urine analyses were conducted rigorously, with documented QC/QA procedures described in the published papers, as discussed further below.  The neurocognitive (IQ) tests and measures of ADHD were conducted blind to the fluoride exposure level of the mother and child, and used widely accepted assessment methods for measuring neurocognitive and neurobehavioral function.  Other covariates, such as Pb and Hg were measured using similarly rigorous and widely accepted methods.

1

Thus far, Dr. Hu's team have published two studies on fluoride's neurodevelopmental effects, both of which were peer-reviewed in leading scientific journals.  Extensive details of methods and analyses were included in both papers, as discussed herein.

Methods of 2017 Study on IQ (Bashash, et al 2017)

### Participants

Of the four ELEMENT cohorts that have been described elsewhere (Afeiche et al. 2011), Cohort 1 and Cohort 2B recruited participants at birth and did not have archived maternal-pregnancy urine samples required for this analysis; they were thus excluded. Mothers for Cohort 2A (*n* = 327) and 3 (*n* = 670) were all recruited from the same three hospitals in Mexico City that serve low-to- moderate income populations. Cohort 2A was an observational study of prenatal lead exposure and neurodevelopmental outcomes in children (Hu et al. 2006). Women who were planning to become pregnant or were pregnant were recruited during May 1997-July 1999 and were considered eligible if they consented to participate; were < 14 wk of gestation at the time of recruitment; planned to stay in the Mexico City study area for at least 5 y; did not report a history of psychiatric disorders, high- risk pregnancies, gestational diabetes; did not report current use of daily alcohol, illegal drugs, and continuous prescription drugs; and were not diagnosed with preeclampsia, renal disease, circulatory diseases, hypertension, and seizures during the index pregnancy.

Cohort 3 mothers were pregnant women (<14wk of gestation) recruited from 2001 to 2003 for a randomized trial of the effect of calcium supplementation during pregnancy on maternal blood lead levels (Ettinger et al. 2009). Eligibility criteria were the same as for Cohort 2A, and 670 agreed to participate.

### Exposure Assessment

By virtue of living in Mexico, individuals participating in the study have been exposed to fluoridated salt (at 250 ppm). A study by Martinez-Mier (2005) analyzed 48 samples of the most popular brands of salt, obtained from supermarkets in Mexico City.  The samples had a mean fluoride content of 232 ppm, which is within the range recommended for fluoridated salt in Mexico.

Exposure to fluoride in drinking water was likely minimal, as a recent study by Dr. Hu's team found that the average concentration of fluoride in tap water and bottled water in Mexico City is 0.14 ppm and 0.16 ppm, respectively. (Cantoral, et al. 2019). Salt fluoridation programs are designed to produce "optimal" daily fluoride exposures that approximate the exposures that are found in areas with artificially fluoridated drinking water.

Mother-child pairs with at least one archived urine sample from pregnancy and measures of neurocognitive function in the offspring were included in this study. In terms of when the archived samples were collected, the pregnant mothers were invited for assessments with the collection of samples during trimester 1 (13.6 ±2.1 wk for Cohort 3 and 13.7 ± 3.5 wk for Cohort 2A), trimester 2 (25.1 ± 2.3 wk for Cohort 3 and 24.4 ± 2.9 wk for Cohort 2A), and trimester 3 (33.9 ± 2.2 wk for Cohort 3 and 35.0 ± 1.8 wk for Cohort 2A).

2

A spot (second morning void) urine sample was targeted for collection during each trimester of pregnancy of ELEMENT mothers as well as the offspring children at the time of their measurements of intelligence at 6-12 y old. The samples were collected into fluoride-free containers and immediately frozen at the field site and shipped and stored at -20°C at the Harvard T. H. Chan School of Public Health (HSPH), and then at -80°C at the University of Michigan School of Public Health (UMSPH).

A procedure for urine analysis of fluoride described elsewhere (Martinez-Mier et al. 2011) was adapted and modified for this study. The fluoride content of the urine samples was measured using ion-selective electrode-based assays. Quality control measures included daily instrument calibration, procedural blanks, replicate runs, and the use of certified reference materials (Institut National de Sante Publique du Quebec, Cat #s 0910 and 1007; NIST3183, Fluoride Anion Standard). Urinary fluoride concentrations were measured at the UMSPH and the Indiana University Oral Health Research Institute (OHRI) as previously described (Thomas et al. 2016). A validation study comparing measures taken by the two labs in the same samples revealed a between-lab correlation of 0.92 (Thomas et al. 2016).

There were a total of 1,484 prenatal samples measured at the UMSPH lab. All of these samples were measured in duplicate. Of these, 305 (20%) of them did not meet the quality control criteria for ion-selective electrode-based methods (i.e., RSD<20% for samples with F level <0.2 ppm or RSD<10% when F level >0.2 ppm) (Martinez-Mier et al. 2011). Of these 305, 108 had a second aliquot available and were successfully measured at the OHRI lab in Indiana (sufficient urine volume was not available for the remaining 197 samples). The OHRI lab in Indiana also measured an additional 289 samples. Of the 397 total samples measured at the OHRI lab in Indiana, 139 (35%) were measured in duplicate, for which >95% complied with the quality control criteria above; thus, all 139 values were retained. The remaining 258 (65%) were not measured in duplicate because of limitations in available urine volume, but were included in the study given the excellent quality control at the OHRI lab. In total, there were 1,576 prenatal urine samples with acceptable measures of fluoride.

Of these 1,576 urine samples, 887 also had data on urinary creatinine and were associated with mother-offspring pairs who had data on the covariates of interest and GCI or IQ in the offspring. The urinary creatinine data were used to correct for variations in urine dilution at the time of measurement (Baez et al. 2014). Creatinine-adjusted urinary fluoride concentrations were obtained for each maternally derived sample by dividing the fluoride concentration (MUF) in the sample by the sample's creatinine concentration (MUC), and multiplying by the average creatinine concentration of samples available at each trimester (MUCaverage). The values of average creatinine concentration used for the MUCaverage at each trimester were derived from the larger pool of trimester-1, -2, and -3 samples from Cohorts 2A and 3 examined in a previous report on maternal fluoride biomarker levels (Thomas et al. 2016): 100.81, 81.60, and 72.41 (mg/L), respectively. For each woman, an average of all her available creatinine-adjusted urinary fluoride concentrations during pregnancy (maximum three samples and minimum one sample) was computed and used as the exposure measure (MUFcr). For children, as creatinine measurements were not available, urinary fluoride values (CUF) were corrected for specific gravity (SG) using the formula $CUF_{sg} = CUF (1.02 - 1)/(SG-1)$ (Usuda et al. 2007).

3

After calculating MUFcr for the 887 urine samples noted above, 10 values of MUFcr were identified as extreme outliers (>3.5SDs) and were dropped, leaving 877 measures of MUFcr. These 877 measures of MUFC1 stemmed from 512 unique mothers. Of these 512, 71 participants had measurements from each of the three trimesters; 224 had measurements from two of the three trimesters (74, T1 and T2; 131, T1 and T3; and 19, T2 and T3); and 217 had measurements from only one of the trimesters (159, Tl; 34, T2; and 24, T3).

### *Measurement of Outcomes*

At age 4 years, neurocognitive outcomes were measured using a standardized version of McCarthy Scales of Children's Abilities (MSCA) translated into Spanish (McCarthy 1991). MSCA evaluates verbal, perceptual-performance, quantitative, memory, and motor abilities of preschool-aged children, and it has previously been successfully used in translated versions (Braun et al. 2012; Julvez et al. 2007; Kordas et al. 2011; Puertas et al. 2010). For this analysis, Dr. Hu's team focused on the General Cognitive Index (GCI), which is the standardized composite score produced by the MSCA (McCarthy 1991). For children 6-12 y old a Spanish-version of the Wechsler Abbreviated Scale of Intelligence (WASI) (Wechsler 1999) was administered. WASI includes four subtests (Vocabulary, Similarities, Block Design, and Matrix Reasoning), which provide estimates of Verbal, Performance, and Full-Scale IQ (Wechsler 1999). Both tests were administered by a team of three psychologists who were trained and supervised by an experienced developmental psychologist (L.S.). This team of three psychologists applied all of the McCarthy tests as well as the WASI-FSIQ tests. At the time of follow-up visits (age 4 and 6-12 y), each child was evaluated by one of the psychologists who was blind to the children's fluoride exposure. The inter-examiner reliability of the psychologists was evaluated by having all three psychologists participate in assessments on a set of 30 individuals. For these 30, the inter-examiner reliability of the psychologists was evaluated by calculating the correlation in GCI scores by two of the psychologists with the scores of a third psychologist whom they observed applying the test in all three possible combinations with 10 participants for each observers-examiner pair (i.e., psychologist A (applicant) was observed by psychologist B and psychologist C; psychologist B (applicant) was observed by psychologist A and psychologist C; and psychologist C (applicant) was observed by psychologist A and psychologist B). The mean observer-examiner correlation was 0.99. All raw scores were standardized for age and sex (McCarthy 1991). Inter-examiner reliability was not examined on the WASI test.

### *Measurement of Covariates*

Data were collected from each subject by questionnaire on maternal age (and date of birth), education, and marital status at the first pregnancy visit; on birth order, birth weight, and gestational age at delivery; and on maternal smoking at every prenatal and postnatal visit. Gestational age was estimated by registered nurses. Maternal IQ was estimated using selected subtests of the Wechsler Adult Intelligence Scale (WAIS)-Spanish (Information, Comprehension, Similarities, and Block Design), which was standardized for Mexican adults (Renteria et al. 2008; Wechsler et al. 1981). Maternal IQ was measured at the study visit 6 mo after birth or at the 12-mo visit if the earlier visit was not completed.

The quality of the children's individual home environments was assessed using an age-appropriate version of the HOME score. However, the measure was not available for all observations because it was only added to on-going cohort evaluation protocols beginning in April 2003, when a version of the HOME score instrument that is age-appropriate for children 0-5 y old was adopted, following which a version of the HOME score instrument that is age-appropriate for children >6y old was adopted in September 2009 (Caldwell and Bradley 2003). Thus, the study adjusted for HOME score using the measures for 0- to 5-y-old children in the subset of children who had this data in analyses of GCI, and adjusted for HOME score using the measures for >6-y-old children in the subset of children who had this data in analyses of IQ.

### *Statistical Analyses*

Univariate distributions and descriptive statistics were obtained for all exposure variables, outcome variables, and model covariates. For each variable, observations were classified as outliers if they were outside the bounds of the mean±3.5 SDs. Primary analyses were conducted with exposure and outcome outliers excluded. Statistical tests of bivariate associations were conducted using chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the means of the outcomes or exposure within groups defined according to the distribution of each covariate. Spearman correlation coefficients were used to measure the correlation between MUFcr and CUFsg. Regression models were used to assess the adjusted associations between prenatal fluoride and each neurocognitive outcome separately. Generalized additive models (GAMs) were used to visualize the adjusted association between fluoride exposure and measures of intelligence [SAS statistical software (version 9.4; SAS Institute Inc.)]. Because the pattern appeared curvilinear, and because GAMs do not yield exact p-values for deviations from linearity, a Wald *p*-value of a quadratic term of fluoride exposure was used to test the null hypothesis that a quadratic model fit the data better than the model assuming a linear relationship, and thus obtained a p-value for deviation from linearity of the fluoride-outcome associations. Residual diagnostics were used to examine other model assumptions and identify any additional potentially influential observations. Visual inspection of default studentized residual versus leverage plot from SAS PROC REG did not identify potential influential observations. Visual inspection of the histogram of the residuals did not indicate lack of normality; however, a fanning pattern in the residual versus predicted value plot indicated lack of constant variance (data not shown). Hence, robust standard errors were obtained using the "empirical" option in SAS PROC GENMOD.

The overall strategy for selecting covariates for adjustment was to identify those that are well known to have potential associations with either fluoride exposure or cognitive outcomes and/or are typically adjusted for as potential confounders in analyses of environmental toxicants and cognition. All models were adjusted for gestational age at birth (in weeks), birthweight (kilograms), birth order (first born yes vs. no), sex, and child's age at the time of the neurocognitive test (in years). All models were also adjusted for maternal characteristics including marital status (married vs. others), smoking history (ever-smoker vs. never-smoker), age at delivery, IQ, and education (itself also a proxy for socioeconomic status). Finally, all models adjusted for potential cohort effects by including indicator variables denoting from which cohort (Cohort 2A, Cohort 3 + Ca supplement, and Cohort 3 -placebo) the participants came. Dr. Hu's team used 0.5 mg/L, which was close to the interquartile range of MUFcr for the analyses of both GCI (IQR = 0.45)

5

and IQ (IQR = 0.48), as a standard measure of incremental exposure. SAS statistical software (version 9.4; SAS Institute Inc.) was used for all data analyses described.

***Sensitivity Analyses***

Models were further adjusted for variables that relate to relatively well-known potential confounders (but for which a significant amount of data was missing) and variables that were less-well known but possible confounders. The HOME scores were subject to sensitivity analyses because, as noted in the "Methods" section, they were not added to the subject evaluation protocols until 2003, resulting in a significantly smaller subsample of participants with this data. Models of the association between prenatal fluoride exposure (MUFcr) and IQ at 6-12 y old were also adjusted for the child's urine fluoride concentration at 6-12 y of age (CUFsg), a measure that was collected in a significantly smaller subset of individuals, to evaluate the potential role of contemporaneous exposure. Associations between prenatal fluoride exposure (MUFcr) and GCI at 4 y old could not be adjusted for contemporaneous fluoride exposure because urine samples were not collected from children when the MSCA (from which the GCI is derived) was administered. Maternal bone lead measured by a 109-Cd K-X-ray fluorescence (KXRF) instrument at 1 month postpartum, a proxy for lead exposure from mobilized maternal bone lead stores during pregnancy (Hu et al. 2006), was included in the model to test for the possible confounding effect of lead exposure during pregnancy. Dr. Hu's team focused on the subset of women who had patella bone lead values because these were found to be most influential in a previous prospective study of offspring cognition (Gomaa et al. 2002). Average maternal mercury level during pregnancy was also tested for being a potential confounder (Grandjean and Herz 2011). Mercury was measured as total mercury content in the subsample of women who had samples of archived whole blood samples taken during pregnancy with sufficient volume to be analyzed using a Direct Mercury Analyzer 80 (DMA-80, Milestone Inc., Shelton, CT, USA) as previously described (Basu et al. 2014).

To address the potential confounding effect of socioeconomic status (SES), Dr. Hu's team conducted sensitivity analyses that adjusted their model for SES (family possession score). The socioeconomic questionnaire asked about the availability of certain items and assets in the home. Point values were assigned to each item, and SES was calculated based on the sum of the points across all items (Huang et al. 2016). Given that the calcium intervention theoretically could have modified the impact of fluoride, in examining their results, Dr. Hu's team repeated the analyses with and without the Cohort 3 participants who were randomized to the calcium intervention to omit any potential confounding effect of this intervention. Another sensitivity test was performed to examine the potential effect of the psychologist who performed the WASI test by including tester in the regression model. The information about psychologists who performed the WASI was available for 75% of participants, as recording this data was added later to the study protocol. Dr. Hu's team also re-ran models with exposure outliers included as a sensitivity step. Finally, Dr. Hu's team ran models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by CUFsg) and IQ score, unadjusted; adjusting for the main covariates of interest; and adjusting for prenatal exposure (MUFcr) as well as the covariates of interest.

6

Methods of 2017 Study on Fluoride & ADHD Symptoms (Bashash, et al 2018)

***Study population***

In this study, Dr. Hu's team included mother-child pairs from two of the four ELEMENT cohorts (cohorts 2A and 3) for which maternal urinary samples during trimesters of pregnancy were available. Participants in cohort 2A were recruited between 1997 and 1999 whereas participants in cohort 3 were recruited between 2001 and 2003. Dr. Hu's team included participants if they had at least one archived urine sample from pregnancy, were <14 weeks of gestation at the time of recruitment, and their children underwent behavioral testing between the ages of 6 and 12, as described in Dr. Hu's 2017 study. Participants were excluded if they reported a history of psychiatric disorder(s), if there were medical complications (i.e. high- risk pregnancy, gestational diabetes, pre-eclampsia, renal disease, circulatory diseases, hypertension, continuous use of prescription drugs, or seizures during the index pregnancy), or if there was known maternal alcohol or illegal drug use during pregnancy. The study procedures were approved by the Institutional Review Boards of the National Institute of Public Health of Mexico, University of Michigan, Indiana University, University of Toronto, and Harvard School of Public Health, as well as participating clinics. Written informed consent was obtained from all participating families prior to study evaluation.

***Fluoride measurements***

Concentration of fluoride measured in maternal urinary samples was used as biomarker of prenatal fluoride exposure. Urine has been described as a suitable biomarker for fluoride since it serves as the main pathway through which fluoride is eliminated from the body and excretion is proportional to the total fluoride intake, but modified by factors like diet and various systemic conditions, such as recent fluoride exposure and urinary pH, as well as variation in creatinine excretion by muscle mass, age, sex, and other factors (Barr et al., 2005; Aylward et al., 2015). Ideally, overnight fasting or 24-hour urine samples are considered to be the optimal dosimeter for measuring chronic fluoride exposure in order to limit diurnal variations and the influence of diet associated with spot samples (Petersen et al., 2014). Because 24-hour urinary samples were not available in the sample, Dr. Hu's team used spot samples that were corrected for urinary dilution using urinary creatinine, as described elsewhere (Petersen et al., 2014). Each woman in the study provided at least one spot (second morning void) urine sample (Thomas et al., 2016) during pregnancy (range: 10 to 38 weeks). Dr. Hu's team then calculated the average of all available creatinine-adjusted maternal urinary fluoride (MUF) concentrations, using the same method described in Dr. Hu's 2017 study.

Further information regarding participant recruitment, data collection methods, as well as methods for fluoride sample shipping, storage, and analysis are described in Dr. Hu's 2017 study.

***Attention outcomes***

Behaviors associated with ADHD were assessed using the Spanish version of the Conners' Rating Scales-Revised (CRS-R) (Conners, 1997), which has been validated for the evaluation of ADHD (Ortiz-Luna and Acle-Tomasini, 2006). The CRS-R contains three ADHD scales that correspond with the Diagnostic and Statistical Manual of Mental Disorders - 4th edition (DSM-

IV) criteria for ADHD: 1) DSM-IV Inattention Index, 2) DSM-IV Hyperactive-Impulsive Index, and 3) DSM-IV Total Index (inattentive and hyperactive-impulsive behaviors combined). It also examines seven types of behavior problems that were derived through factor analysis, including: Oppositional, Anxious-Shy, Cognitive Problem/Inattention, Hyperactivity, Perfectionism, Psychosomatic, and Social Problems. In addition, the CRS-R contains four index scores that were derived based on theory and prior research: Conners' ADHD Index; Conners' Global Index (CGI): Restless-Impulsive; CGI: Emotional Lability, and CGI. For the purpose of the study, Dr. Hu's team examined the three DSM-IV ADHD scales as the primary outcomes because these scales are intended to screen for ADHD, and are commonly used to study the association between diverse environmental contaminants and ADHD-behavior problems (Huang et al., 2016; Perera et al., 2018). Dr. Hu's team also examined outcomes from two behavior scales (Cognitive Problem/ Inattention and Hyperactivity) and two index scores (Conners' ADHD Index and CGI: Restless-Impulsive), as done in Dr. Hu's prior work with lead (Huang et al., 2016). The Conners' ADHD Index, in particular, has been shown to exhibit favorable specificity and sensitivity in ADHD assessment (Chang et al., 2016). In addition, Dr. Hu's team assessed sustained attention and inhibitory control using the Conners' Continuous Performance Test (CPT-II, 2nd Edition), a computer-administered signal detection paradigm (Conners, 2000). Using the CPT-II, Dr. Hu's team measured errors of omission and commission, and hit reaction time (response latency). Mothers completed the CRS-R at the same follow-up visits that the child completed the CPT-II. All measures were standardized for age- and sex. Higher T-scores (mean of 50, SD of 10) indicate poorer performance. All psychometric tests were applied under the supervision of an experienced psychologist (LS).

### *Measurement of covariates*

Covariate data were individually obtained throughout the duration of the study. During the first pregnancy visit, questionnaires were used to collect information concerning maternal age, maternal education, history of smoking, and marital status. At delivery, information regarding birth weight, child sex, birth order, and gestational age (calculated by nurses) was obtained. Mothers also responded to a socioeconomic status questionnaire (Bashash et al., 2017) during the visit when the psychometric tests were administered. Individual items on this questionnaire assess the ability of households to meet the needs of its members in terms of housing, health, energy, technology, prevention and intellectual development; an overall score was derived by summing across each item. The Home Observation for Measurement of the Environment (HOME) Inventory, a semi-structured interview that measures quality and quantity of the caregiving environment, was administered in a subset of participants at approximately the same time as the visits for the neurobehavioral tests.

### *Data analysis*

Univariate statistics, appropriate transformations, and graphical displays were obtained for all variables before bivariate analyses. Bivariate analysis of the data included Chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the continuous outcomes or exposure within groups defined according to the distribution of each covariate. In initial fully adjusted linear regression models, the outcomes demonstrated highly skewed residuals (with the exception of CPT-II commission score and hit reaction time). Thus, to address the skewness of the

8

residuals, gamma regression was used to examine the adjusted association between prenatal fluoride and each neurobehavioral outcome instead of log transformation, which may obscure model interpretation. In the gamma regression, Dr. Hu's team selected an identity link, so that the interpretation for the regression coefficients is the same as the linear regression (i.e., absolute difference in the mean of the outcome per unit change in predictor). All statistical analyses were performed in SAS software version 9.4.

Covariates were selected a priori based on their theoretical relevance or observed associations with fluoride exposure, and/or the analyzed neurobehavioral outcomes. As such, models were adjusted for the following maternal characteristics: age at delivery (continuous, in years), years of education (continuous, in years), marital status (married vs. others), and smoking history (ever- smoker vs. non-smoker). Models were further adjusted for the following child characteristics: gestational age at birth (continuous, in weeks), age at neurobehavioral measurement (continuous, in years), sex (female vs. male), and birth order (first born vs. others), and socioeconomic status through a continuous measure based on reported possessions and household assets (Thomas et al., 2016). Lastly, models adjusted for potential cohort and Ca intervention effects through inclusion of a variable denoting from which study the participants originated (cohort 2 - A, an observational cohort), cohort 3 subjects who were randomized to the calcium supplement (cohort 3 - Ca+), and cohort 3 subjects who were randomized to the placebo (cohort 3 - Placebo) (Bashash et al., 2017).

Other potential confounders that were examined in sensitivity analyses involving subsets of participants included the home environment (i.e. HOME score) assessed at the time of outcome measurement, child contemporaneous fluoride exposure measured by child urinary fluoride adjusted for specific gravity (CUFsg), as well as maternal blood mercury and maternal bone lead levels (a proxy for prenatal lead exposure to the fetus) given that both are established neurodevelopmental toxicants. This was done through identifying and including the subset of cases with data on each respective variable. In each subset, results were then compared between the model adjusting for that variable and the model not adjusting for that variable.

Model diagnostics were used to assess for violations of the model assumptions and for identification of remaining influential observations. Cook's D identified three exposure observations as potentially influential to the model results, and models were run with and without these observations (Supplementary Fig. SI). Generalized additive models (GAMs), estimated via cross validation in the R software, were used to visualize the adjusted association between fluoride exposure and measures of attention to examine potential non-linearity. Non-linearity of the fluoride-outcome association was tested through the inclusion of a quadratic term in the model, and found to be significant in four out of ten of the models (see Fig. 2 and Supplementary Fig. 1). Dr. Hu's team applied the Benjamini-Hochberg false discovery rate (FDR) procedure to address multiple testing corrections, using a false discovery rate of $Q = 0.05$ and $m = 10$ tests to determine significance (Benjamini and Hochberg, 1995).

9

General Considerations for Both Studies Regarding Arsenic and Iodine

Two factors that were not adjusted for in Dr. Hu's two studies on fluoride and neurodevelopment were arsenic and iodine.  However, since fluoridated salt rather than naturally elevated fluoride in drinking water was the main source of fluoride exposure in the ELEMENT cohort, it is unlikely that arsenic could have confounded the relationships that were found between fluoride and neurological outcomes.  Fluoridated salt is unlikely to contain appreciable arsenic, so the main source of fluoride is unlikely to have any association with arsenic.  Further, arsenic contamination of water has not been reported in Mexico City, nor is there evidence that arsenic in Mexico City is correlated with the (relatively minimal) levels of fluoride.

In Mexico, a major source of iodine for many women is iodized salt and studies have found it provides adequate iodine to pregnant women [Garcia-Solis et al 2011].  Iodized salt is usually fluoridated as well, and fluoridated salt was the main source of fluoride in the ELEMENT cohort.  Therefore, women with higher fluoride intake would also likely have higher iodine intake.  Since iodine is considered protective against loss of IQ, lack of adjustment for iodine intake would have been more likely to attenuate the loss of IQ from fluoride, rather than spuriously inflate it.

Summary of Methodological Strengths

Both of Dr. Hu's published ELEMENT cohort studies on fluoride and neurodevelopment are methodologically rigorous epidemiological studies. Specifically:

- The studies use a longitudinal cohort design, with all exposure, outcome, and covariate data measured at the individual level. This is the strongest study design for investigating health effects from environmental chemicals.
- Exposures were measured and expressed on a continuous or ratio scale allowing dose-response relationships to be derived.
- Detailed explanation of the statistical methods used were provided, sufficient to allow replication of the analyses.  The validity of the statistical methods was carefully vetted during and extensive peer review.
- Participant inclusion criteria are thoroughly described so that the risk of selection bias can be evaluated.  Participants were selected before fluoride exposures or outcomes could be known and it is unlikely that fluoride exposure could have influenced drop-out rates since the mothers would have been unaware of their level of fluoride exposure.  Furthermore, the mothers' fluoride exposures would presumably not have any direct effects on the mothers' health or behavior that could influence drop-out rates of the mothers.  As for drop out of their children, if prenatal fluoride has a true effect on neurobehavioral outcomes, that might affect their drop out rates but the result would be a bias toward the null for the final results, not bias to create a spurious effect. That is because the drop outs were caused by F exposure rather than an extraneous third factor.  Therefore, no confounding would occur.  Based on these considerations, there is very low risk of upwardly biased results due to selection bias or participant drop out.

10

- The neurobehavioral outcome measures used in Bashash 2017 have been extensively validated, and are standard measures used in the field, commonly known as IQ tests. Outcome measures were the General Cognitive Index (GCI) from the McCarthy Scales of Children's Abilities (MSCA, Spanish language edition) and Wechsler Abbreviated Scale of Intelligence, Full Scale Intelligence Quotient (WASI-FSIQ, Spanish language edition). All tests were administered by trained psychologists who were blind to the F exposure of the children. An assessment of inter-examiner reliability found 99% correlation.

- For Bashash 2018, the neurobehavioral outcome measures were components of the Spanish version of the Conners' Rating Scales-Revised (CRS-R) (Conners, 1997), which has been validated for the evaluation of ADHD. Dr. Hu's team separately assessed sustained attention and inhibitory control using the Conners' Continuous Performance Test (CPT-II, 2nd Edition). An experienced psychologist supervised both tests.

- All outcome measures were validated.

- A large number of potential confounders were considered in the study, and where deemed appropriate, controlled for. Potential confounders were considered based on prior epidemiological evidence with fluoride neurotoxicity and neurotoxicity from other agents.

- Loss to follow-up. Loss to follow-up is also called drop-out. As described above, there is little chance that drop-outs from the ELEMENT study design could cause bias so that the results are overestimates of effect or a spurious effect when no true effect exists.

- Minimum follow-up time. There may be some delays in the ability to measure neurotoxic harm. However, since these studies found statistically significant effects, they can be considered to have had a sufficient follow-up time. Only if they had not detected a significant effect could they be downgraded for possible insufficient follow-up time.

- Quality of the exposure measurement methods. These studies used maternal urine as the fluoride exposure measure. They corrected for dilution using creatine adjustment or specific gravity. Although slightly more accurate measures have been suggested, the only study which has used potentially more accurate measures is the Green 2019 study. The Green study was restricted to women who had urine F measures for each of the three trimesters, and averaged those 3 values. In the ELEMENT cohort, for each woman, an average of all her available creatinine-adjusted urinary fluoride concentrations during pregnancy (maximum three samples and minimum one sample) was computed and used as the exposure measure (MUFcr). While this exposure metric inevitably introduces imprecision into the exposure estimate, this imprecision will be random and thus bias the results toward the null.

- Detailed information on exposure variability was reported.

- Individual-level continuous exposure information for every subject.

11

- Specificity of the exposure indicator: Urine F is highly specific to internal exposure and is likely the most specific for fetal exposure too because blood F is difficult to measure accurately and varies rapidly over a matter of minutes.
- Blinded exposure assessment: All exposure assessments were completely blinded to outcomes or any other subject characteristics.
- Blinded health outcome assessment: Testing was done blinded to fluoride exposure.
- Sensitivity analyses and comparisons of unadjusted and adjusted models provide insight into the potential for systematic error. Based on extensive consideration and control of potential confounders, the risk of systematic error is low in both studies.

**(2) The results of the ELEMENT prospective cohort studies are consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population of the USA.**

Neurodevelopmental Findings – Intelligence

In the ELEMENT cohort, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 years old, and with lower Full-Scale IQ scores at 6-12 years old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. This is a notably large effect size, particularly when considering that more than 25% of pregnant women in artificially fluoridated areas have urinary fluoride levels exceeding 1.0 mg/L, with approximately 5% having in excess of 2 mg/L. (Till, et al. 2018, Table S4).

The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

As Dr. Hu's team explained in their 2017 paper, the IQ results are generally consistent with the findings of cross-sectional studies from endemic fluorosis areas (Choi, et al. 2012; Choi, et al. 2015), as well as a previous prospective birth cohort study from Mexico (Valdez-Jiminez, et al. 2017).

Neurodevelopmental Findings – Symptoms of ADHD

In Dr. Hu's 2018 study, higher prenatal fluoride exposure, as measured by MUFcr, corresponded to more ADHD-like symptoms on the CRS-R, particularly related to inattention as indicated by the strong association with the following two scales: Cognitive Problem/Inattention, and DSM-IV Inattention. In contrast, MUFcr during pregnancy did not predict child performance on any of the hyperactivity measures (i.e. Restless-Impulsive; Hyperactivity; DSM-IV Hyperactivity-Impulsivity) nor the CPT-II outcomes.

12

In general, a 0.5 mg/L higher MUFcr (approximately the IQR) corresponded to higher scores on the CRS-R for DSM-IV Inattention (2.84 points) and Cognitive Problems and Inattention (2.54 points). Consistency in these results across both of these outcome measures strengthens the conclusion that inattention appears to be associated with prenatal exposure to fluoride. These two scales contribute to the global ADHD Index and the DSM-IV Total scores, which were also associated with higher levels of prenatal fluoride exposure; a 0.5 mg/L increase in MUFcr corresponded to a 2.38 higher point score on the DSM-IV ADHD Total Index and a 2.47 higher point score on the ADHD Index. The observed association of MUFcr and CRS-R seemed to demonstrate a ceiling effect, suggesting that higher levels of urinary fluoride concentration did not substantially increase risk of ADHD-like symptoms.

As Dr. Hu's team discussed in their paper, the association between MUFcr and symptoms of inattention are consistent with the growing body of evidence showing dose-response relationships between early-life exposure to fluoride and attention outcomes. Animal studies (Mullenix et al., 1995) reported fewer behavioral initiations and less time exhibiting exploration behaviors among male and female rats exposed to 100 or 125 ppm fluoride as weanlings (21 days postnatal) and among male rats whose mothers were injected with 0.13 mg/L of sodium fluoride on gestational days 17–19. These particular behavioral effects are suggestive of hypoactivity. In human studies, high exposure to fluoride, as reflected by the presence of moderate to severe dental fluorosis in primary teeth of children living in southern Sichuan, China, was associated with poor working memory, but not with other cognitive domains that were assessed (Choi et al., 2015). Working memory is linked with the ability to control attention and it is common for youth with ADHD to have weaknesses in working memory (Kasper et al., 2012).

Taken together, Dr. Hu's studies on the effects of prenatal fluoride exposure on childhood intelligence and symptoms of ADHD are consistent with, and support, the conclusion that fluoride is a developmental neurotoxicant.

Applicability of Findings to Communities with Artificial Water Fluoridation

As discussed in Dr. Hu's 2018 study, the maternal urine fluoride levels in the ELEMENT cohort covered a range that overlaps the range of maternal urine fluoride content found in Canada in the MIREC cohort (Thomas et al 2016, Till et al 2018). The MIREC cohort included pregnant women from across Canada of which about 40% lived in communities with fluoridated water at a concentration of about 0.6 mg/L, slightly less than the concentration currently used in most fluoridated communities in the USA, which is 0.7 mg/L. The dose-response relationship found in 4-year olds of the ELEMENT cohort, demonstrates a mean loss of about 3 IQ points in children whose mothers were in the upper 25% of exposure compared to those in the lowest 25% of exposure. This is a range that is encompassed by the range of maternal urinary fluoride content in areas with artificially fluoridated water.

The main source of fluoride in the Mexico City ELEMENT cohort was fluoridated salt rather than fluoridated water or water with a naturally elevated fluoride level. This was confirmed in a recent paper by Dr. Hu's group (Cantoral et al 2019). The Cantoral 2019 study found that the average tap water and bottled water fluoride concentration in Mexico City was less than 0.17 mg/L,

13

demonstrating the relatively low contribution from fluoride in water to total fluoride intake. An earlier study of Mexico City tap water fluoride took 172 samples from throughout the city, from locations representative of the population, and found a mean concentration of 0.22 mg/L fluoride [Martinez-Mier et al 2005].

In Mexico City, the level of fluoride added to salt is intended to produce a similar total intake as people would get if their fluoride intake came mainly from fluoridated water. Consistent with this, the mean maternal urine F concentration of 0.9 mg/L in the ELEMENT cohort was only slightly higher than that of Canadian women of the MIREC cohort (0.87 mg/L urine F) who lived in areas with artificial water fluoridation (Thomas et al 2016, Bashash et al 2017, Till et al 2018). Thus, despite different sources of fluoride, the Mexico City women had similar total fluoride intake as the Canadian women in fluoridated areas, as assessed by urine F concentration.

There is no identified reason to believe that the neurotoxic effects of fluoride would differ by the source of exposure, be it fluoridated salt or fluoridated water. Once inside the body the source of the fluoride is immaterial. The levels of F exposure found in the ELEMENT cohort are thus presumptively applicable to the levels likely to be found in communities with artificial water fluoridation.

**References:**

Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, et al.2011. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico City. Environ Health Perspect119(10):1436–1441, PMID: 21715242, doi:10.1289/ehp.1003184.

Baez R, Petersen PE, Marthaler T. 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. Geneva, Switzerland:World Health Organization.

Bashash M, Thomas D, Hu H, Angeles Martinez-Mier E, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environmental health perspectives. 2017 Sep 19;125(9):097017.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City. Environment international. 2018 Dec 1;121:658-66.

Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, et al.2014. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res135:63–69, PMID: 25262076, doi:10.1016/j.envres.2014.08.029.

Benjamini, Y., Hochberg, Y., 1995. Controlling the false discovery rate: a practical and powerful approach to multiple testing. J. R. Stat. Soc. Ser. B Methodol. 57, 289–300.

14

Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, et al.2012. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology33(5):1040–1047, PMID: 22579785, doi:10.1016/j.neuro.2012.04.022.

Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA. Fluoride Content in Foods and Beverages From Mexico City Markets and Supermarkets. Food and nutrition bulletin. 2019 Jul 25:0379572119858486.

Chang L.-Y. , M.-Y. Wang, P.-S. TsaiDiagnostic accuracy of rating scales for attention-deficit/hyperactivity disorder: a meta-analysis Pediatrics, 137 (2016)

Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, et al.2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ Health Perspect117(1):26–31, PMID: 19165383, doi:10.1289/ehp.11868.

García-Solís P, Solís-S JC, García-Gaytán AC, Reyes-Mendoza VA, Robles-Osorio L, Villarreal-Ríos E, Leal-García L, Hernández-Montiel HL. Iodine nutrition in elementary state schools of Queretaro, Mexico: correlations between urinary iodine concentration with global nutrition status and social gap index. Arquivos Brasileiros de Endocrinologia & Metabologia. 2013 Aug;57(6):473-82.

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al.2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics110(1):110–118, PMID: 12093955.

Grandjean P, Herz KT. 2011. Methylmercury and brain development: imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med78(1):107–118, PMID: 21259267, doi:10.1002/msj.20228.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, et al.2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspect 114(11):1730–1735, PMID: 17107860, doi:10.1289/ehp.9067.

Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, et al.2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ Health Perspect124(6):868–874, PMID: 26645203, doi:10.1289/ehp.1510067.

Julvez J, Ribas-Fito N, Torrent M, Forns M, Garcia-Esteban R, Sunyer J. 2007. Maternal smoking habits and cognitive development of children at age 4 years in a population-based birth cohort. Int J Epidemiol 36(4):825–832, PMID: 17550944, doi:10.1093/ije/dym107.

Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, et al.2011. A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism

15

is associated with neurocognitive development of Mexican preschool children with lead exposure. J Pediatr 159(4):638–643, PMID: 21592505, doi:10.1016/j.jpeds.2011.03.043.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al.2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res45(1):3–12, PMID: 21160184, doi:10.1159/000321657.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int Dent J55(2):93–99, PMID: 15880964.

McCarthy D. 1991. Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide [in Spanish]. Madrid, Spain:TEA Ediciones.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol17(2):169–177, PMID: 7760776.

J.A. Ortiz-Luna, G. Acle-Tomasini. Differences in the way parents and teachers identify the symptoms of attention deficit hyperactivity disorder in Mexican children. Rev. Neurol., 42 (2006), pp. 17-21

Puertas R, Lopez-Espinosa MJ, Cruz F, Ramos R, Freire C, Pérez-García M, et al.2010. Prenatal exposure to mirex impairs neurodevelopment at age of 4 years. Neurotoxicology31(1):154–160, PMID: 19818364, doi:10.1016/j.neuro.2009.09.009.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al.2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res150:489–495, PMID: 27423051, doi:10.1016/j.envres.2016.06.046.

Usuda K, Kono K, Shimbo Y, Fujihara M, Fujimoto K, Kawano A, et al.2007. Urinary fluoride reference values determined by a fluoride ion selective electrode. Biol Trace Elem Res119(1):27–34, PMID: 17914216, doi:10.1007/s12011-007-0044-6.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, et al.2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology59:65–70, PMID: 28077305, doi:10.1016/j.neuro.2016.12.011.

Watanabe M, Kono K, Orita Y, Ydote T, Usuda K, Takahashi Y, et al.1994. Influence of dietary fluoride intake on urinary fluoride concentration and evaluation of corrected levels in spot urine. In: Proceedings of the XXth Conference of the International Society for Fluoride Research, Beijing, China. Beijing, China:Ministry of Public Health of People's Republic of China, 246–247.

Wechsler D. 1999. Wechsler Abbreviated Scale of Intelligence. San Antonio, TX:Psychological Corporation.

Wechsler D, Jorge M, Velaco A. 1981. WAIS-Español: Escala de Inteligencia para Adultos: El Manual Moderno [in Spanish]. México, DF:El Manual Moderno, S.A.

Zohouri F, Swinbank C, Maguire A, Moynihan P. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, doi: 10.1111/j.1600-0528.2006.00269.x.

# EXHIBIT C

**FLUORIDE & IQ -- FINDINGS FROM THE MIREC COHORT**
**Expert Report of Bruce Lanphear, MD, MPH**
June 27, 2019

Along with my colleague Dr. Christine Till, I am the Co-Principal Investigator of an ongoing study that is examining the impact of early-life fluoride exposures on intellectual abilities in a cohort of mothers and offspring from Canada known as the MIREC[1] cohort. Our study of fluoride and IQ in the MIREC cohort has been funded, in part, by grants from the National Institute of Environmental Health Sciences (NIEHS). A summary of my qualifications and a list of my publications are attached as **Appendix A**.

In response to a request from counsel representing Plaintiffs, I have agreed to provide expert testimony in this matter, but only in the capacity as a non-retained expert. I am not retained and have not been provided any compensation nor employed in any capacity by any party.

If permitted to testify, I intend to offer opinions for the Court regarding the methods and findings of our MIREC study. The opinions I intend to offer are as follows:

(1) Pregnant women living in fluoridated regions in Canada have almost two times the amount of fluoride in their urine as women living in non-fluoridated regions (Till et al. 2018).

(2) The average urinary fluoride concentration for the MIREC pregnant women living in Canadian communities with fluoridated drinking was almost the same as those of the ELEMENT pregnant women living in Mexico City where fluoride is added to salt (Till et al. 2018; Bashash et al. 2017).

(3) Our MIREC study (Green et al., in press) significantly enhances the quality of data related to the neurotoxicity of fluoride because it employs a prospective design that includes multiple measures of fluoride exposure during pregnancy (including biomonitoring data) and IQ outcomes that have been evaluated in one of the world's most comprehensively characterized and geographically diverse birth cohorts.

(4) As with the ELEMENT study (Bashash et al. 2017), we found that prenatal fluoride exposure was significantly associated with lower intellectual abilities in 3-4 year old children. These associations remain large and significant when controlling for relevant covariates.

(5) Based on the convergent results from the MIREC and ELEMENT cohorts, the *in utero* period appears to be a susceptible period of life vis-à-vis fluoride toxicity. In light of these findings, I believe it is advisable and prudent for pregnant women to begin taking steps to reduce their fluoride intake, including but not limited to reducing their consumption of fluoridated water.

(6) In the MIREC cohort, exposure to fluoridated water in infancy, particularly among formula-fed infants, was associated with diminished intellectual abilities in young children (Till et al., in review). This association remained significant after controlling for fetal fluoride exposure and other relevant covariates, suggesting that the susceptibility to fluoride's adverse neurological effects may extend into infancy.

My opinions, which I hold to a reasonable degree of scientific certainty, are based on (1) my own experience, education, and training, including my prior research on the impact of environmental chemicals on the developing brain (Lanphear 2015); as well as (2) my team's analyses of the MIREC cohort, including one paper that has been published (Till, et al. 2018, attached as **Appendix B**), one paper

---

[1] MIREC stands for Maternal-Infant Research on Environmental Chemicals. Information about MIREC can be found online at http://www.mirec-canada.ca/en/

that has been accepted for publication (Green et al. in press, attached as **Appendix C**), and one paper that is currently in review (Till et al, in review, attached as **Appendix D**). Please note that Appendix C and D are both confidential documents, and should not be publicly distributed or used for any purpose beyond this litigation.

A complete list of cases in which I have provided testimony in the previous 4 years is attached as **Appendix E**.

Bruce Lanphear
June 27, 2019

**References:**

Bashash M, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 Years of age in Mexico. Environ Health Perspect 2017; 125(9):097017.

Lanphear B. The impact of toxins on the developing brain. Annu. Rev. Public Health 2015; 36:211-30.

Green R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. Accepted (10 April 2019).

Till C, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ Health Perspect 2018; 126(10):107001.

Till C, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. In review (submitted 10 May 2019).

# EXHIBIT D

**Summary of the facts and opinions to which Dr. Bruce Lanphear is expected to testify**

Introduction

As discussed by Dr. Lanphear in his 2015 review *The Impact of Toxins on the Developing Brain*:

> The causes of death and disability in children have shifted over the past century (Lanphear 2015). Concerted public health efforts to control tuberculosis, cholera, typhoid, and other infectious agents in the early twentieth century led to a dramatic reduction in child mortality, followed by a rise in life expectancy. By the end of the twentieth century, the 'new morbidities of childhood'—attention deficit hyperactivity disorder (ADHD), autism, asthma, obesity, and preterm birth—had emerged. Learning disabilities and mental disorders are now two of the most prevalent morbidities in children. About 7.6% of US children are estimated to have a parent-reported learning disability, and 13% are estimated to have a mental disorder, including anxiety, autism, conduct disorder, depression, or ADHD. . . . These data indicate that we are in the midst of an epidemic of brain-based disorders (Lanphear 2015).

The high reported prevalence of learning disabilities and mental disorders has fueled research to better understand the role of environmental chemicals, including through use of prospective cohort studies that collect individualized biomarkers of exposure to environmental toxins. As Dr. Lanphear noted in his 2015 review, "Biologic markers, or biomarkers, of exposure, which can enhance our ability to quantify an individual's internal dose of a contaminant, are revolutionizing the study of environmental toxins in the same way genetic tests are revolutionizing the study of heritability" (Lanphear 2015).

One prospective cohort that has been developed for this purpose is the Maternal-Infant Research on Environmental Chemicals (MIREC) in Canada. Background information about MIREC was summarized by Arbuckle, et al. (2013):

> The Maternal-Infant Research on Environmental Chemicals (MIREC) Study was established to obtain Canadian biomonitoring data for pregnant women and their infants, and to examine potential adverse health effects of prenatal exposure to priority environmental chemicals on pregnancy and infant health.

> Women were recruited during the first trimester from 10 sites across Canada and were followed through delivery. Questionnaires were administered during pregnancy and post-delivery to collect information on demographics, occupation, life style, medical history, environmental exposures and diet. Information on the pregnancy and the infant was abstracted from medical charts. Maternal blood, urine, hair and breast milk, as well as cord blood and infant meconium, were collected and analysed for an extensive list of environmental biomarkers and nutrients. Additional biospecimens were stored in the study's Biobank. . . .

1

The MIREC Study is an interdisciplinary collaboration between Health Canada scientists and clinical and academic researchers, and was funded by Health Canada, the Ontario Ministry of the Environment, and a grant from the Canadian Institutes of Health Research.

A major aim of the MIREC Research Platform is to study the potential role of environmental chemicals on the health of pregnant women and their children.

The U.S. EPA and National Institute of Environmental Health Sciences (NIEHS) have recognized that "archives of biological samples from birth cohort studies . . . provide critical information on the prenatal and childhood determinants of adult disease" (NIEHS/EPA 2017).

In light of the consistent association between elevated fluoride and IQ reported in cross-sectional studies (Choi, et al. 2012), Dr. Lanphear's team received a grant from the NIEHS to study the association between prenatal/early-life measures of fluoride and IQ in children in the MIREC cohort. This has thus far resulted in three papers, one of which was published in *Environmental Health Perspectives* in 2018 (Till, et al. 2018), one of which was published in *JAMA Pediatrics* on August 19, 2019 (Green, et al. 2019), and one which is still in review (Till et al. in review).

**(1) Pregnant women living in fluoridated regions in Canada have almost two times the amount of fluoride in their urine as women living in non-fluoridated regions.**

In the 2018 study, Dr. Lanphear's team reported maternal urinary fluoride levels among pregnant women in the MIREC cohort (Till et al 2018). The study included only women who provided spot samples across all three trimesters. Women were recruited from prenatal clinics during their first trimester to participate in a longitudinal birth cohort study and provided written informed consent after the study was described to them. Participants were included if they could provide consent, communicate in English or French, were older than 18 y of age, and were at <14wk of gestation. Participants were excluded if there was a known fetal abnormality, if they had any medical complications (i.e., cancer, renal disease, heart disease), or if there was known maternal alcohol or drug abuse during pregnancy. Participant recruitment and further demographic details and birth outcomes on the cohort are provided by Arbuckle et al. 2013. Health Canada's Research Ethics Board and all participating recruitment sites approved the MIREC Study. Dr. Lanphear's study also received ethics approval from the York University Research Ethics Board in Toronto.

*Measure of Fluoride*

Fluoride concentrations were assessed in archived spot urine samples obtained from Trimester 1 at 11.57±1.57 [mean±standard deviation(SD)] wk (n=1,885), Trimester 2 at 19.11±2.39 wk (n=1,738), and Trimester 3 at 33.11±1.50 wk (n=1,660) of gestation. Fluoride concentration was analyzed using a modification of the hexamethyldisiloxane (HMDS) micro-diffusion procedure of Taves (1968), as modified by Martínez-Mier et al. (2011). Reference standard solutions were monitored daily by a quality assurance (QA) officer for stability; technicians reanalyzed, on a rotating basis, one of three standards daily. In addition, urine-based certified reference materials were analyzed every 200–300 samples. Finally, the QA officer checked for errors in the sample numbers, recorded results and cell formula errors, and checked

2

results in millivolt readings on source documents versus Microsoft Excel spreadsheets. In neutral solutions, fluoride concentrations can be measured down to 0.02mg/L fluoride. This method has been shown to yield the highest recoveries of fluoride for undiluted samples. The precision and validity of this analysis technique has been reported elsewhere (Martínez-Mier et al. 2011). Compared with the total sample of spot urines that were available for fluoride analysis, only 0.002% (two samples) of readings was removed at the first trimester due to readings being higher than that of the highest concentration standard. No observations were removed in subsequent trimesters.

*Measure of Urinary Creatinine*

Urinary creatinine [CRE; in grams (g creatinine)] was measured using colorimetric end-point tests. Analyses of creatinine levels for Trimester 1 and 2 urines were conducted at an internationally recognized toxicology lab (Institut National de Santé Publique du Québec), which is accredited by the Standards Council of Canada under ISO 17025. Analyses of creatinine levels for Trimester 3 urines were conducted by another lab overseen by a Health Canada scientist. Both labs completed CRE analyses for Trimester 1, and there was a very high level of agreement between the values from each lab ($r=0.95$, $p<0.01$, $n=1,477$); because of the consistency of CRE levels across the two labs, Dr. Lanphear's team chose to use the available Trimester 3 CRE results analyzed by this separate lab.

*Correction for Variations in Urine Dilution*

To account for variations in urine dilution at the time of measurement, MUF concentrations were adjusted for either CRE or specific gravity (SG). Different methods were used to correct for hydration status because there is no established standard for estimating fluoride exposure among pregnant women. The study used the average MUF concentration taken over all three trimesters for all adjustment methods. The three primary correction methods included adjustment for specific gravity ($MUF_{SG}$) and two methods of adjustment for creatinine ($MUF_{CRE\_1}$ and $MUF_{CRE\_2}$).

*Measurement of Municipal Drinking-water Fluoride*

Municipal drinking-water reports were solicited from each city that was included in the MIREC Study. For each city included in the study, water treatment plant (WTP) boundary regions were determined and then linked the first three letters of the postal code for each participant [as reported in Trimester 3 (note that postal codes were identical between Trimester 1 and 3 for 89% of the participants)]. In some cases, participants were linked with multiple WTPs because water distribution boundaries may overlap.

Fluoridation was defined according to current national drinking-water guidelines (Health Canada 2010), which are implemented by drinking-water authorities in the affected jurisdiction. A range of 0.6–0.8mg/L fluoride in water is recommended by the Ministry of Health and Long-Term Care in Ontario (consistent with Health Canada's recommendation of 0.7mg/L). In practice, fluoridated water levels may correspond to a wider range, with a maximum acceptable concentration of 1.5mg/L (Health Canada 2010). The present study defined a nonfluoridated site as having water fluoride levels (both adjusted and natural fluoride levels) of <0.3mg/L.

3

Dr. Lanphear's team calculated each participant's average fluoridated drinking-water value for the duration of their pregnancy by taking the average of three quarterly means. For example, births in Quarter 1 (January, February, March) were calculated by computing the average of Quarters 3 and 4 of the year before birth and Quarter 1 of the birth year. Geometric means (GMs) were calculated given the large range of water fluoride values. For participants who received water from more than one WTP, the fluoridated drinking-water value was calculated by computing the average of the three quarterly GMs from each relevant WTP (Till, et. al. 2018, Table S2). Some cities (e.g., Montreal) had both fluoridated and nonfluoridated zones (see sample map showing distributions for each WTP in Figure S2). Participants living in each region were coded accordingly. Finally, for cities that reported fluoride concentrations that were equivalent to the limit of detection (LOD), an imputed value of the LOD divided by the square root of 2 (Hornung and Reed 1990) was used to calculate the water fluoride level. Average water fluoride levels reported by the municipal WTPs during the years that the participants were in the study are provided in Table S3.

*Fluoride Intake*

Dr. Lanphear's team estimated fluoride intake via drinking-water habits and consumption of beverages that are known to be high in fluoride content by assessing MIREC data on daily water and tea (black or green) consumption. Black and green tea leaves have both been identified as natural sources of fluoride via absorption through the soil (Fung et al. 1999; Malinowska et al. 2008). Participants were asked at the first and third trimester the following question: "Since the beginning of your pregnancy, how much did you drink the following: water (number of glasses; 1 glass=8 oz); regular tea (cups); green tea (number of cups; 1 cup=6 oz)?" Participants could answer "none" or insert a number of glasses/cups and select a frequency (day/week/month).

*Statistical Analyses*

Dr. Lanphear's team performed statistical analyses for women who had all three urine samples corresponding to each trimester using RStudio (version 1.1.383) and SAS (version 9.3; SAS Institute Inc.). A two-sided $\alpha=0.05$ was used for hypothesis testing. Because the distributions of the MUF levels were right-skewed, values were log10-transformed to obtain a more normal distribution.

Covariates of interest were based on literature review (Buzalaf and Whitford 2011; Buzalaf et al. 2015) and consultation with fluoride experts on factors that may influence fluoride metabolism and intake or creatinine (Gerchman et al. 2009). These variables included prepregnancy BMI, maternal age, mother's smoking status (current smoker vs. former or never smoked), alcohol consumption (no alcohol, <1 alcoholic beverage per month, $\geq$1 alcoholic beverage per month), caffeine consumption ($\geq$1 caffeinated beverage per day vs. did not drink caffeinated beverage), time of urine sample and time since last void (data only available for Trimesters 1 and 3), maternal education (high school or less, some college, college university degree), annual household income (less than vs. more than $70,000 Canadian), and race (white vs. other). Covariates were chosen based on inclusion criteria where p values fell below 0.2 or changed the regression coefficient by more than 10% for the association between the covariate and MUF.

4

Covariates that reached these criteria were prepregnancy BMI (available for 99% of the total sample), maternal age, and mother's smoking status. Pearson correlations were used to examine the associations between average $\log_{10}$-transformed MUF concentration and these three covariates. Pearson correlations were also used to examine the associations between numbers of glasses of water and cups of green and black tea consumed (using averaged data collected at Trimesters 1 and 3) with average $\log_{10}$-transformed MUF concentration. These variables were included in the final models because they are sources of fluoride. Pearson correlations were used to examine the relationship between MUF $\log_{10}$-transformed values (both averaged and trimester-specific) and time-dependent spot sampling variables (i.e., time since last void and time at void). Next, one-way analysis of covariance (ANCOVA) was used to test differences in average log10-transformed MUF by residential CWF status, adjusted for covariates. To ensure that multivariate interactions between covariates were not contributing to the findings, a propensity score matching algorithm was used in a supplemental analysis (Rosenbaum and Rubin 1983) to match the two groups on the covariates and any multivariate interactions that may exist. This approach used logistic regression to first predict the probability of all people belonging to one group. Then, a second step matched individuals from one group to those in the other based on the probability scores. Thus, individuals that contribute to an unequal match between groups were removed and the n between groups was equated. Given the large sample size, the reduction in n between groups was not a concern. It was more important to show that this procedure and the analyses including everyone provided converging evidence for the conclusions.

Finally, linear regression analyses were used to examine the association between the average $\log_{10}$-transformed MUF concentrations and sources of fluoride-related variables (e.g., WTP fluoride levels, number of cups of tea drunk), with and without covariates. Hierarchical regression was first used to assess the relative contribution of WTP fluoride concentrations on MUF concentration after controlling for all covariates and the other sources of fluoride. Next, forward regression was conducted to examine whether any variables other than water fluoride concentrations were contributing significantly to the model. Separate regression models were run for each method of accounting for urinary dilution of MUF concentration. Secondary analyses adjusted for urinary dilution were also conducted by modeling urinary creatinine and SG at each trimester as a time-dependent covariate. The best dilution standard was deemed to be the one that had the highest partial $R^2$ value and beta coefficient for WTP fluoride levels regressed on the MUF level.

*MUF levels as a function of fluoridated versus nonfluoridated status.*

Mean MUF levels were almost two times higher among women living in fluoridated than nonfluoridated communities (Till, et al. 2018, Figure 3; see also Table S4), even after controlling for covariates (Table 2) or using propensity score matching on the covariates (Till, et al. 2018, Table S5). The pattern was consistent across all three methods used to adjust for dilution status, but the mean values were highest using the creatinine correction adjustment methods, particularly $MUF_{CRE\_1}$.

Factors that could contribute to fluoride exposure or metabolism were examined, including women's age, prepregnancy BMI, education, income level, water and tea consumption, and

5

fluoride level of the woman's drinking-water supply. Older age was associated with higher urinary fluoride concentration, consistent with prior findings showing higher fluoride content in bone with increasing age in women (Mostafaei et al. 2015). Higher education was weakly and positively associated with urinary fluoride concentration (r<0.10), whereas income level and prepregnancy BMI were not associated. The strongest correlate of $MUF_{SG}$ and $MUF_{CRE}$ concentration was water fluoride level, indicating that artificially fluoridated drinking water is a major source of fluoride intake. Specifically, for every 0.5−mg/L increase in water fluoride level, urinary fluoride concentration was estimated to increase by 74–82%. These findings are consistent with prior studies showing that fluoride levels in drinking water are closely related to those in urine in adults (Paez and Dapas 1983), children and adults (Zipkin et al. 1956), and pregnant women (Opydo-Szymaczek and Borysewicz-Lewicka 2005).

**(2) The average urinary fluoride concentration for pregnant women living in Canadian communities with fluoridated drinking water is almost the same as those of the ELEMENT cohort being studied by Dr. Hu.**

In their 2018 study (Till et al. 2018), Dr. Lanphear's team found that pregnant women who lived in fluoridated communities in Canada had creatinine-adjusted urinary fluoride concentrations that fall within the same range as the creatinine-adjusted levels reported among pregnant women from the ELEMENT cohort in Mexico City (Thomas et al. 2016). When measured using the same dilution adjustment method (MUF_2), the MIREC cohort women had a mean urine fluoride level of 0.87 mg/L with a Standard Deviation of 0.50 and a range of 0.14 – 3.38 mg/L (Till et al 2018, Table 2). The ELEMENT cohort's mean maternal urine fluoride level was 0.88 mg/L with a Standard Deviation of 0.34 and a range of 0.02 – 2.36 mg/L (Bashash et al 2017, Table 1).

The similarity in MUF concentrations between the Canadian and Mexican pregnancy cohorts is of scientific and public health relevance given the findings from the ELEMENT cohort showing an inverse association between prenatal fluoride exposure and child IQ at 4 years of age and between 6 and 12 years of age in nearly 300 mother–child pairs (Bashash et al. 2017), and a significant association with increased symptoms of ADHD (Bashash, et al. 2018). At the time of the publication of the first paper by Bashash et al., there were no available data on urinary fluoride exposure of pregnant women exposed to fluoridated water to assess the applicability of their findings. The results of Dr. Lanphear's study in 2018 therefore provided a comparison point to assess the public health relevance of the ELEMENT cohort findings.

**(3) The study of fluoride and IQ in the MIREC cohort significantly enhances the quality of data related to fluoride's neurotoxicity because the study employs a prospective design that includes multiple measures of fluoride exposure during pregnancy (including biomonitoring data) and IQ outcomes that have been evaluated in one of the world's most comprehensively characterized and geographically diverse birth cohorts.**

The longitudinal design of the MIREC cohort study, which follows pregnant women over their pregnancy through to the birth of their baby and then follows the children up through age 4 years and beyond, is considered the strongest type of observational epidemiological study design. This study design can provide strong evidence of cause and effect because the exposure clearly

6

precedes the outcome. The comprehensive characterization of the participants in the cohort allows for detailed control of potentially confounding factors. Fluoride exposures, neurocognitive outcomes, and all covariates were measured at the individual level, further strengthening the study. As described above, fluoride exposure was measured at all three trimesters of pregnancy using dilution-adjusted urine fluoride concentration, an individualized biomarker that reflects total fluoride exposure from all sources. The MIREC cohort subset that Dr. Lanphear's team studied came from 6 Canadian cities, including Toronto, Hamilton, Halifax, Montreal, Vancouver, and Kingston. About 40% of the MIREC women lived in fluoridated areas and 60% in nonfluoridated areas (Green et al 2019, Table 1).

While spot samples of maternal urinary fluoride data offers a less precise measurement of fluoride exposure than might have been possible with 24-hour urine samples, this random (i.e., non-differential) imprecision would be expected to bias any association with neurocognitive outcomes towards the null, rather than cause a spurious result. Dr. Lanphear's team took steps to minimize the random error that is introduced by use of spot samples by (1) controlling for creatinine/specific gravity; (2) using the average of three spot samples for each participant; and (3) controlling for time since last void in the IQ analyses to account for possible short term increases in urine fluoride caused by recent fluoride intake.

A limitation with using a three-trimester average for the maternal urinary content is that, if there is an age-specific timeframe during pregnancy when fluoride causes neurocognitive harm, this age-specific window would tend to be obscured by use of a three-trimester average. Again, however, this would increase random error in the fluoride measurement, and thereby be expected to bias the results towards the null.

Importantly, Dr. Lanphear's team controlled for a large number of potential confounders, including: maternal education, maternal age, quality of the child's home environment (HOME), child sex, gestational age, parity, mother's race, city, and, in some models, self-reported exposure to secondhand smoke. The study also controlled for a wide range of other known developmental neurotoxins, including lead, mercury, manganese, perfluoro-octanoic acid, and arsenic. Short of intentionally dosing pregnant mothers with fluoride, Dr. Lanphear's team maximized the power of environmental epidemiology to investigate whether early-life fluoride exposure has a causal relationship to neurocognitive harm.

As noted in the commentary by Bellinger that accompanied Dr. Lanphear's study in JAMA Pediatrics (Bellinger 2019):

> No doubt aware of the close scrutiny their study will receive, Green et al. considered numerous potential threats to the validity of the findings. Analyses were adjusted for important covariates (eg, maternal education, race, quality of the home environment), including other chemicals (lead, mercury, manganese, perfluorooctanoic acid, or arsenic). Fluoride concentrations in the spot maternal urine samples were adjusted for dilution using both specific gravity (primary analyses) and creatinine levels, with similar results. Regression models were evaluated for collinearity, influential observations, and outliers.

7

The distributions of residuals and plots of residuals vs fitted values were examined to confirm that model assumptions were met. Spline regression was used to assess whether the association between the dose and effect was nonlinear. The results appear to be robust. (Bellinger 2019).

Dr. Lanphear's team assessed children's intellectual abilities with the Wechsler Preschool and Primary Scale of Intelligence, Third Edition. Full Scale IQ (FSIQ), a measure of global intellectual functioning, was the primary outcome. Verbal IQ (VIQ)—representing verbal reasoning and comprehension—and performance IQ (PIQ)—representing nonverbal reasoning, spatial processing, and visual-motor skills—were also assessed.

Three metrics of fluoride exposure were analyzed.

*Maternal Urinary Fluoride*: Maternal fluoride urine was analyzed using the same methods described above for the 2018 study.

*Water Fluoride*: Average water fluoride level was calculated for each person using the methods described above for the 2018 study.

*Daily Maternal Fluoride Intake from Beverages*: Information on consumption of tap water and other water-based beverages (tea and coffee) was available from a self- report questionnaire completed by mothers during the first and third trimesters. This questionnaire was used in the original MREC cohort, and Dr. Lanphear's team developed a method to calculate fluoride intake. One limitation with this analysis is that neither the MIREC questionnaire nor the fluoride intake method have yet been validated. To estimate fluoride intake from tap water consumed per day (milligrams per day), each woman's consumption of water and beverages was multiplied by her water fluoride concentration (averaged across pregnancy). Because black tea contains a high fluoride content (2.6 mg/L; USDA 2005; Waugh 2017), the amount of fluoride consumed from black tea was estimated by multiplying each cup of black tea by 0.52 mg (mean fluoride content in a 200-mL cup of black tea made with deionized water) and added this to the fluoride intake variable. Green tea also contains varying levels of fluoride; therefore, the study used the mean for green teas listed by the US Department of Agriculture (1.935 mg/L, USDA 2005). Each cup of green tea was multiplied by 0.387 mg (fluoride content in a 200-mL cup of green tea made with deionized water) and added this to the fluoride intake variable.

**(4) Consistent with Dr. Hu's study of the ELEMENT cohort, Dr. Lanphear has found that prenatal fluoride exposure is significantly associated with lower intellectual abilities in 3-4 year old children, and these associations remain large and significant when controlling for relevant covariates.**

Dr. Lanphear's study of prenatal fluoride exposure and IQ (Green, et al. 2019) was published in *JAMA Pediatrics* on August 19, 2019, along with important editorials from an external expert and the editor of the journal (highly regarded JAMA Pediatrics). The study found large, statistically significant decreases in IQ in children of mothers with higher fluoride exposures during pregnancy for all three measures of exposure (maternal urinary fluoride; total fluoride intake from beverages; water fluoride concentration) (Green, et al. 2019, Table 2, Figure 3, eTable

8

4). Overall, there was relatively high consistency between fluoride exposure and FSIQ overall, and PIQ specifically, across all of the exposure measures, showing good convergent validity.

After controlling for covariates, a 1-mg/L increase in MUFSG was associated with a 4.49-point lower IQ score (95%CI, −8.38 to −0.60) in boys, but there was no statistically significant association with IQ scores in girls (B = 2.40; 95%CI, −2.53 to 7.33); a 1-mg higher daily intake of fluoride among pregnant women was associated with a 3.66 lower IQ score (95%CI, −7.16 to −0.14) in boys and girls; and a 1 mg/L higher water fluoride concentration was associated with a 5.29 lower IQ score (95%CI, −10.39 to−0.19). To put these findings in perspective, a pooled analysis of 7 cohorts involving over 1,300 children found that an increase in low-level, concurrent blood lead concentrations, from <1 to 10 μg/dL (<10 ppb to 100 ppb), was associated with a 6.9 IQ point decrement (Lanphear 2015, p. 814).

Dr. Lanphear's study discusses reasons for the possible sex-specific effect that was found with maternal urinary fluoride. As the study notes, "boys have a higher prevalence of neurodevelopmental disorders such as ADHD, learning disabilities, and intellectual disabilities. Adverse effects of early exposure to fluoride may manifest differently for girls and boys, as shown with other neurotoxicants." (Green, et al. 2019). In addition, the other two exposure measures (where no sex-specific difference was found) may better correlate with postnatal exposure and thereby reflect distinct risks. Sex differences by timing of exposure have been found in at least one animal study, in which males had greater deficits from prenatal exposure and females greater deficits from postnatal exposure (Mullenix et al 1995).

Dr. Lanphear's team examined the data for possible collinearity, outliers, and influential points and none were found. To quote:

Regression diagnostics confirmed that there were no collinearity issues in any of the IQ models with MUF$_{SG}$ or fluoride intake (variance inflation factor <2 for all covariates). Residuals from each model had approximately normal distributions, and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations as measured by Cook distance (Green, et al. 2019).

Dr. Lanphear's team also addressed the possibility of non-linear dose-response relationships by conducting sensitivity analyses using quadratic and natural log effects models. As noted in the paper, these did not significantly improve the regression models so linear regression was used because it was considered easier to interpret. Similarly, models with 2 linear splines were tested to check for non-linearity and threshold effects, but none were found. To quote:

we examined separate models with 2 linear splines to test whether the MUFSG association significantly differed between lower and higher levels of MUFSG based on 3 knots, which were set at 0.5mg/L (mean MUFSG), 0.8mg/L (threshold seen in the Mexican birth cohort), and 1 mg/L (optimal concentration in the United States until 2015). For fluoride intake,

knots were set at 0.4 mg (mean fluoride intake), 0.8mg, and 1mg (in accordance with MUFSG) (Green, et al. 2019).

As would be expected, Figure 3 in Dr. Lanphear's study shows a large degree of scatter in the plotted IQ points across the cohort. These are the "raw data" (i.e., unadjusted observed values) and do not take into account the multivariable regression model analyses which simultaneously adjust for all the factors entered in the models and give a more valid picture of the true relationship between F exposure and IQ. The dose-response regression line is also plotted in these graphs, along with its 95% confidence interval. These lines and shaded areas depict the regression model results and indicate relatively narrow confidence intervals and relatively large effects. Additional perspective can be obtained for the degree of scatter and degree of variance explained by fluoride in these graphs by comparing them to similar published results for studies of lead and IQ.

**(5) Based on the convergent results from the MIREC and ELEMENT cohorts, the *in utero* period is likely a susceptible period of life vis-à-vis fluoride toxicity.**

The significant association between prenatal fluoride and IQ in the MIREC cohort (Green, et al., 2019) is convergent with the findings from the ELEMENT cohort (Bashash, et al. 2017, 2018). In Dr. Lanphear's MIREC study, an analysis was done using the same urinary dilution method as used in the ELEMENT study (Green, et al. 2019, eTable 2). Model C in eTable 2 shows a loss of 4.96 IQ points in 3-4 year old boys in the MIREC cohort for every 1 mg/L increase in maternal urine F exposure. In the ELEMENT cohort, each 1 mg/L increase in maternal urine was associated with a statistically significant loss of 6.3 IQ points (measured as GCI points) (Bashash et al 2017, Table 4). Thus, the magnitude of the effect in the ELEMENT cohort and the MIREC cohort are similar and consistent with each other. By contrast, childhood measures of urinary fluoride (at ages 6-12) in the ELEMENT cohort did not significantly correlate with IQ (Bashash, et al. 2017).

As noted by Bellinger (2019): "The effect size seen in boys [in the MIREC analysis] . . . is generally consistent with the effect sizes reported in the Mexico City study . . . and in a 2018 Chinese study (5.3 points per 1-mg/L increase in children's urinary fluoride concentration)."

The comparability of the MIREC and ELEMENT findings is enhanced by the fact that urinary fluoride content exposure was analyzed at the same fluoride lab and was adjusted identically for urinary dilution in both cohorts. Moreover, maternal urinary fluoride levels in Mexico City and Canadian women living in a fluoridated region were essentially the same, and IQ scores were measured at approximately the same age (3 to 4 years).

The consistency of findings between two prospective cohort studies, in two different populations, provides good evidence that prenatal fluoride exposure is a risk factor for neurocognitive harm, particularly when considered in the context of the previous cross-sectional studies of fluoride and IQ, and general knowledge about the vulnerability of the developing brain. As Dr. Lanphear explained in his 2015 review in the *American Journal of Public Health*, "The developing brain is particularly vulnerable to environmental toxins. The blood–brain barrier of the

10

developing brain is not fully formed, and it is more permeable to toxins than is the mature brain" (Lanphear 2015).

**(6) It is advisable and prudent for pregnant women to begin taking steps to reduce their fluoride intake, including but not limited to reducing their consumption of fluoridated water.**

As Dr. Lanphear noted in his 2015 review, "Once a toxin is disseminated in the environment, it requires a Herculean effort to disentangle its effects from other prevalent and modifiable risk factors for brain-based disorders. There are likely to be many risk factors because brain-based disorders represent an array of behaviors or deficits that exist on a continuum." (Lanphear 2015). As a result, "there is an endless litany of potential confounders to consider, a limitation of observational studies that is often used to thwart efforts to regulate environmental toxins despite compelling evidence from human and laboratory studies" (Lanphear 2015).

Based on the convergent findings of the MIREC and ELEMENT studies of prenatal fluoride/IQ (Bashash, et al. 2017, 2018; Green, et al. 2019), coupled with general knowledge about the vulnerability of the fetal brain to environmental toxins (Lanphear 2015) and absence of caries preventive benefits from prenatal fluoride exposure (Green, et al. 2019, citing Limeback 1999; Takahasi, et al. 2017), it is Dr. Lanphear's professional medical opinion that pregnant women should take steps to reduce their fluoride intake, including minimizing their exposure to fluoridated water. In a *JAMA Pediatrics* podcast accompanying the publication of Dr. Lanphear's study, a *JAMA Pediatrics* editor (Christakis) expressed his agreement with this recommendation.

**(7) Exposure to fluoridated water in infancy, particularly among formula fed infants, is associated with diminished intellectual abilities in the MIREC cohort.**

An extension of the MIREC cohort study which is currently in review, has focused on postnatal fluoride exposure in infants (Till et al in review). In particular, this study compares the effect on IQ in infants fed formula made up with fluoridated water compared to infants fed formula made up with nonfluoridated water. An additional comparison is made with infants predominantly breastfed, who either live in areas with fluoridated or nonfluoridated water. Breastmilk contains very low levels of fluoride, regardless of how much fluoride exposure the mother receives.

*Methods*

Of the 610 children in the MIREC cohort who were recruited to participate in the developmental follow-up phase of the study (MIREC-Child Development Plus), 601 completed all testing. Children were recruited from six of the cities in the original cohort (Vancouver, Toronto, Hamilton, Halifax, Kingston, Montreal); approximately half of the children lived in non-fluoridated areas and half lived in fluoridated cities. This study received ethics approval from Health Canada, York University, and Indiana University.

*Infant Feeding Assessment*

When children were between 30 and 48 months of age, mothers completed a questionnaire asking, "How old was your baby when you ceased breastfeeding exclusively?" Women who breastfed exclusively for six months or longer were included in the breastfeeding (BF) group; those who reported introducing formula within the first six months (never breastfed or partial

11

breastfeeding) were included in the formula-feeding (FF) group.

Dr. Lanphear's team dichotomized feeding status at six months because the Canadian Pediatric Society and American Academy of Pediatrics both recommend exclusive breastfeeding for six months[19][20]. Moreover, formula-fed infants who are younger than six-months derive most of their nutrition from formula, placing this group at highest risk of exceeding the upper limit (0.7 mg/d) for fluoride. Finally, fluoride intake differences become less evident when other dietary sources of fluoride are introduced at around six months.

*Infant Fluoride Exposure*

Fluoride concentrations in drinking water were measured used the same method described above. The study excluded participants who reported that their primary drinking source was from a well or 'other' (e.g. bottled water) (Till, et al in review, Table SI).

To obtain a continuous fluoride exposure measure collapsed across the BF and FF groups, infant fluoride intake (IFI in mg F/day) was estimated by multiplying water fluoride concentration by the amount of time that the infant was not exclusively breastfed in the first year using the following equation:

$$IFI= (water\_F mg/L) *(l-\#mo\_excl\_BF/ll. 99) *0.80L/day$$

where *water_F mg/L* refers to the average water fluoride concentration and *1- #mo_excl_BF/11.99* represents the proportion over the 12-month period the infant was not exclusively breastfed. A value near one indicates that an infant was primarily formula-fed over the 12 months whereas a value near zero indicates an infant primarily breastfed. IFI was estimated based on a daily consumption of 0.80 L of water used to reconstitute powdered formula as suggested by an infant food diary completed for infants in a prior study. Because the type of formula used (i.e. soy- or milk-based) was not known, Dr. Lanphear's team did not add fluoride from formula to its IFI estimate.

*Fetal Fluoride Exposure*

Maternal urinary fluoride (MUF) adjusted for specific gravity was used as a proxy of fetal fluoride exposure. MUF, which was derived by averaging three spot samples collected across all three trimesters of pregnancy, was considered the most reliable measure of exposure. Urinary fluoride concentrations were analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane described above.

*Intelligence Assessment*

Children's intellectual abilities were assessed between ages 2.5 and 4.0 years with the Wechsler Preschool and Primary Scale of Intelligence-III using United States population-based normative data *(mean=* 100, SD=15). Outcomes included Full-Scale IQ (FSIQ), a measure of global intellectual functioning, Verbal-IQ (VIQ), a measure of verbal reasoning, and Performance-IQ (PIQ), a measure of non-verbal reasoning and visual-motor coordination skills.

*Covariates*

Dr. Lanphear's team adjusted for potential confounding by selecting covariates *a priori* that have been associated with fluoride, breastfeeding, and children's intellectual abilities. Final

12

covariates included child's sex and age, maternal education (dichotomized as either a bachelor's degree or higher versus trade school diploma or lower), maternal race (white or not), second-hand smoke in the home (yes, no), and quality of the child's home environment (measured at time of testing using the Home Observation for Measurement of the Environment (HOME)-Revised Edition38). For each analysis, a covariate was retained in the final model if its $p$-\alue was <.20 and its inclusion changed the regression coefficient of water fluoride concentration or IFI by more than 10%39.

*Statistical analyses*

Linear regression was used to model differences in child IQ by water fluoride concentration while controlling for covariates. In one model, feeding status (BF or FF) was examined to see if it modified the detrimental impact of water fluoride. In a second model, the association between IFI and child IQ was estimated. Potential confounders were controlled for by including them simultaneously with predictors.

In secondary analyses, MUF during pregnancy was controlled for in both models to account for fetal exposure. Sex-specific effects were also tested for because of the previous findings that MUF concentration is associated with diminished FSIQ in males (Green, et al. 2019).

Regression diagnostics indicated no assumption violations pertaining to linearity, normality, or homogeneity of variance. Specifically, QQ-plots of residuals were consistent with a normal distribution and revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations (i.e., Cook's distance). Finally, variance inflation factors indicated no concerns with excessive multicollinearity.

To aid interpretation, all regression coefficients were divided by two so that they represent the predicted IQ difference per 0.5 mg/L of fluoride in tap water; 0.5 mg/L corresponds to the approximate difference between mean water fluoride level in fluoridated versus non-fluoridated regions. For consistency, the IFI regression coefficients were also divided by two to represent the predicted difference in IQ per 0.5 mg of fluoride intake per day.

The main measure of F exposure was the tap water F concentration in units of mg/L. Mothers who did not report drinking tap water were excluded from analyses.

The results for infants categorized as at least partly formula fed in the first 6 months of life (rather than exclusively breast-fed), was a statistically significant 4.40 point drop in IQ for every 0.5 mg/L increase in the water F concentration.  This translates to an 8.80 point drop in IQ for every 1.0 mg/L increase in water F concentration.  This effect was found in both boys and girls and was after controlling for a variety of covariates.  For exclusively breast-fed infants the drop in IQ was only 1.34 IQ points for every 0.5 mg/L increase in water F concentration (or 2.68 IQ points for every 1.0 mg/L increase in water F), but this effect was not statistically significant.

**(8) The association between infant exposure to fluoridated water and reduced IQ in the MIREC cohort remains significant after controlling for fetal fluoride exposure and other relevant covariates, suggesting that the susceptibility to fluoride's adverse neurological effects extends into infancy.**

When adjustment was made for prenatal fluoride exposure by including MUF during pregnancy as a covariate, the loss of IQ in formula-fed infants was slightly less than without this adjustment, but still very large (7.16 IQ points lost per 1.0 mg/L increase in water F). The effect, however, was no longer statistically significant. This result was for Full Scale IQ (FSIQ). FSIQ is derived from two separate components known as Performance IQ (PIQ) and Verbal IQ (VIQ). Analyses of the effect of F on PIQ found more than twice the loss of points compared to FSIQ, and results for all subanalyses, including those adjusted for prenatal maternal urine F were statistically significant. The loss of PIQ in formula-fed infants was 9.26 points for every 0.5 mg/L increase in water F; a very large drop. About 50% of infants in the MIREC study were formula-fed for at least part of the first 6 months rather than exclusively breast-fed.

The mean VIQ scores increased with increasing water fluoride, but none of the increases were statistically significant, and none of the increases were large enough to counteract the much larger PIQ deficits associated with water fluoride in all models.

Based on these results, Dr. Lanphear and his team recommended that steps be taken to limit exposure to fluoride during the first six months of life, particularly in light of evidence indicating no benefit to teeth during this lifestage. The study concludes:

> In summary, fluoride intake among infants younger than 6 months may exceed the tolerable upper limits if they are fed exclusively with formula reconstituted with fluoridated tap water. After adjusting for fetal exposure, we found that fluoride exposure during infancy predicts diminished non-verbal intelligence in children. In the absence of any benefit from fluoride consumption in the first six months, it is prudent to limit fluoride exposure by using non-fluoridated water or water with lower fluoride content as a formula diluent (Till, et al., in review).

**References:**

Arbuckle TE. Are there sex and gender differences in acute exposure to chemicals in the same setting? 2006. Environmental Research 101(2):195-204.

Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G, et al. 2013. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatric and Perinatal Epidemiology 27(4):415-425.doi:10.1111/ppe.1206114.

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-García A, Téllez-Rojo MM, Hernández-Avila M. 2017. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environmental Heath Perspectives 125(9):097017.

14

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environment International 121(Pt 1):658-666.

Bellinger DC. 2019. Is Fluoride Potentially Neurotoxic? JAMA Pediatrics Published online August 19, 2019 doi:10.1001/jamapediatrics.2019.1728

Boyle CA, Boulet S, Schieve LA, Cohen RA, Blumberg SJ, Yeargin-Allsopp M, Visser S, Kogan MD. 2011. Trends in the prevalence of developmental disabilities in US Children, 1997–2008. Pediatrics 127(6):1034-42.

Buzalaf MAR, Whitford GM. 2011. Fluoride intake, metabolism and toxicity. In: Fluoride and the Oral Environment. Vol.22. Buzalaf MAR, ed.Basel, Switzerland: Karger, 20–36.

Buzalaf CP, Leite ADL, Buzalaf MAR. 2015. Fluoride Metabolism. In Fluoride: Chemistry, Analysis, Function and Effects. Preedy VR, ed. Cambridge, UK: Royal Society of Chemistry, 54–72.

Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA. 2019. Fluoride Content in Foods and Beverages From Mexico City Markets and Supermarkets. Food and Nutrition Bulletin [Epub ahead of print].

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environmental Health Perspectives 120(10):1362-1368. doi:10.1289/ehp.11049127.

Christakis DA. 2019. Decision to Publish Study on Maternal Fluoride Exposure During Pregnancy. JAMA Pediatrics Published online August 19, 2019. doi:10.1001/jamapediatrics.2019.3120

Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Séguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. 2018. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. Environment International 121(Pt 2):1235-1242.

Evans SF, Kobrosly RW, Barrett ES, Thurston SW, Calafat AM, Weiss B, Stahlhut R, Yolton K, Swan SH. 2014. Prenatal bisphenol A exposure and maternally reported behavior in boys and girls. Neurotoxicology 45:91-99.

Fung KF, Zhang ZQ, Wong JWC, Wong MH. 1999. Fluoride contents in tea and soil from tea plantations and the release of fluoride into tea liquor during infusion. Environmental Polluttion 104(2):197–205, https://doi.org/10.1016/S0269-7491(98)00187-0.

Gerchman F, Tong J, Utzschneider KM, Zraika S, Udayasankar J, McNeely MJ, et al. 2009. Body mass index is associated with increased creatinine clearance by a mechanism independent of body fat distribution. The Journal of clinical endocrinology and metabolism 94(10):3781–3788,PMID: 19584179, https://doi.org/10.1210/jc.2008- 2508.

15

Gochfeld M. 2017. Sex differences in human and animal toxicology. Toxicologic Pathology. 45(1):172-189.

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. 2019. Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada. JAMA Pediatrics Published online August 19, 2019 doi:10.1001/jamapediatrics.2019.1729 [Epub ahead of print]

Health Canada. 2010. "Guidelines for Canadian Drinking Water Quality: Guideline Technical Document —Fluoride." Catalogue No. H128-1/11-647E-PDF. Ottawa, ON, Canada: Her Majesty the Queen in Right of Canada.

Lamphear BH. 2015. The Impact of Toxins on the Developing Brain. Annual Review of Public Health 36:211-30.

Limeback H. A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: is there any anti-caries benefit from swallowing fluoride? Community Dent Oral Epidemiol. 1999;27(1):62-71. doi:10.1111/j.1600-0528.1999.tb01993.x

Malinowska E, Inkielewicz I, Czarnowski W, Szefer P. 2008. Assessment of fluoride concentration and daily intake by human from tea and herbal infusions. Food and Chemical Toxicology 46(3):1055–1061,PMID: 18078704, https://doi.org/10.1016/j.fct.2007.10.039.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. International dental journal 55(2):93-9.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, Maguire A, Margineda J, O'Mullane D, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Research 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

Mostafaei F, McNeill FE, Chettle DR, Wainman BC, Pidruczny AE,Prestwich WV. 2015. Measurements of fluorine in contemporary urban Canadians: a comparison of the levels found in human bone using in vivo and ex vivo neutron activation analysis. Physiological Measurement 36(3):465–487, PMID: 25669130, https://doi.org/10. 1088/0967-3334/36/3/465.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicology and Teratology 17(2):169-77.

NIEHS/EPA. 2017. NIEHS/EPA Children's Environmental Health and Disease Prevention Centers – Impact Report. EPA/600/R-17/407.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluorideexposure of pregnant women in Poznan, Poland. Fluoride. 38(4):312-317.15.

Paez D, Dapas O. 1983. Biochemistry of fluorosis X—comparative study of the fluoride levels in biological fluids. Fluoride 15(2):88–96.

16

Rosenbaum PR, Rubin DB. 1983. The central role of the propensity score in observational studies for causal effects. Biometrika 70(1):41–55, https://doi.org/10. 1093/biomet/70.1.41.

Takahashi R, Ota E, Hoshi K, et al. Fluoride supplementation (with tablets, drops, lozenges or chewing gum) in pregnant women for preventing dental caries in the primary teeth of their children. Cochrane Database Syst Rev. 2017;10(10):CD011850. doi:10.1002/14651858.CD011850.pub2

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM. 2016. Environmental Research 150:489-495.

Thomas D, Sanchez B, Peterson K, Basu N, Martinez-Mier EA, Mercado-Garcia A, Hernandez-Avila M, Till C, Bashash M, Hu H, Tellez-Rojo MM. 2018. OP V – 2 Prenatal fluoride exposure and neurobehavior among children 1–3 years of age in Mexico. Occupational & Environmental Medicine 5:A10 (Abstract).

Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B. 2018. Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. Environmental Health Perspectives 126(10):107001.

USDA Nutrient Data Laboratory Beltsville Human Nutrition Research Center Agricultural Research Service. USDA National Fluoride Database of Selected Beverages and Foods. http://www.ars.usda.gov/SP2UserFiles/Place/80400525/Data/Fluoride/F02.pdf. Published 2005. Accessed May 18, 2017.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, Rocha-Amador DO. 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59:65-70.

Waugh DT, Potter W, Limeback H, Godfrey M. Risk Assessment of fluoride intake from tea in the Republic of Ireland and its implications for public health and water fluoridation. Int J Environ Res Public Health. 2016;13(3):259. doi:10.3390/ijerph13030259

Zipkin I, Likins RC, McClure FJ, Steere AC. 1956. Urinary fluoride levels associated with use of fluoridated waters. Public Health Reports 71(8):767–772, PMID: 13350471, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2031051/pdf/pubhealthreporig00152-0045.pdf

# EXHIBIT E



# E$^x$ponent®

**Rebuttal Report of
Ellen T. Chang, Sc.D.**

*In the matter of*

**Food & Water Watch,** *et al*.
**v.**
**U.S. Environmental Protection
Agency,** *et al.*

**DJ # 90-5-1-4-21106**

Ellen T. Chang, Sc.D.
August 1, 2019



# Rebuttal Report of
# Ellen T. Chang, Sc.D.

*In the matter of*

**Food & Water Watch, *et al.***
**v.**
**U.S. Environmental Protection Agency,**
***et al.***

**DJ # 90-5-1-4-21106**

Prepared for

Mr. John Thomas Do, Esq.
Ms. Debra Carfora, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Prepared by

Ellen T. Chang, Sc.D.
Exponent, Inc.
149 Commonwealth Drive
Menlo Park, CA 94025

August 1, 2019

© Exponent, Inc.

i

1807950.000 – 7057

Only one of the 74 studies conducted in China, India, Iran, Sudan, or Turkey (Chang et al. 2017), and only one of four studies conducted in fluorosis-endemic areas of Mexico (Valdez Jiménez et al. 2017), were prospective in design; the rest were cross-sectional or retrospective (Lin et al. 1991, Sun et al. 1991, An et al. 1992, Xu et al. 1994, Li et al. 1995, Yao et al. 1996, Zhao et al. 1996, Yao et al. 1997, Zhang et al. 1998, Calderón et al. 2000, Lu et al. 2000, Wang et al. 2001, Xiang et al. 2003a, Wang et al. 2005, Seraj et al. 2006, Wang et al. 2006, Fan et al. 2007, Rocha-Amador et al. 2007, Trivedi et al. 2007, Wang et al. 2007, Chen et al. 2008, Guo et al. 2008, Hong et al. 2008, Li et al. 2008a, Li et al. 2008b, Li et al. 2008c, Liu et al. 2008, Qin et al. 2008, Ren et al. 2008, Rocha-Amador et al. 2008, Wang et al. 2008a, Wang et al. 2008b, Yang et al. 2008, Li et al. 2009, Rocha-Amador et al. 2009, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Li et al. 2010, Ding et al. 2011, Eswar et al. 2011, Kang et al. 2011, Poureslami et al. 2011, Shivaprakash et al. 2011, Xiang et al. 2011, Saxena et al. 2012, Seraj et al. 2012, Trivedi et al. 2012, Wang et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Xiang et al. 2013, Asawa et al. 2014, Bai et al. 2014, Karimzade et al. 2014, Wei et al. 2014, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Sebastian and Sunitha 2015, Xiang 2015, Zhang and Cheng 2015, Zhang et al. 2015, Aravind et al. 2016, Das and Mondal 2016, Mondal et al. 2016, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017, Cui et al. 2018, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019). The simultaneous or retrospective assessment of fluoride exposure relative to neurodevelopmental outcomes prevents these studies from providing compelling data to establish causal associations, and increases the potential for biased exposure assessment influenced by outcomes or confounders.

## Biological Gradient

Higher risk or greater severity of an outcome with increasing exposure can provide support for a causal hypothesis. Of the 10 more informative studies, eight classified fluoride exposure in a manner that enabled consideration of potential exposure-response trends (Shannon et al. 1986, Spittle et al. 1998, Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). However, approaches to evaluating exposure-response gradients were limited. The two studies in the Christchurch cohort assessed only duration of residence in a fluoridated community, and found no difference in neurodevelopmental outcomes with longer duration (Shannon et al. 1986, Spittle et al. 1998). Duration is closely correlated with cumulative exposure if drinking water fluoride concentration, water intake, and physiological processes of absorption, distribution, metabolism, and excretion are relatively uniform and constant, but otherwise duration can be a poor measure of cumulative exposure (Smith 1992, de Vocht et al. 2015).

In the other six studies, linear exposure-response patterns were inherently imposed by the use of logistic regression (Barberio et al. 2017) or linear regression models (Bashash et al. 2017,

76

Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review), which assume a fixed change in the outcome (e.g., odds of learning disability or IQ score) per unit change in the exposure (e.g., 1 mg/L urinary fluoride). Except for Barberio et al. (2017), which found mostly statistically null results, these studies found some statistically significant monotonic trends indicating worse neurodevelopmental outcomes with increasing maternal urinary fluoride levels (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018), as well as residential drinking water fluoride levels, estimated fluoride intake from beverages, and estimated fluoride intake from infant formula in the Canadian study (Green et al. in press, Till et al. in review).

The detection of statistically significant trends in linear regression models, however, can obscure considerable variability in the underlying data. Bashash et al. (2017, 2018) tested for non-linearity in the associations with cognitive outcomes and ADHD symptoms by using generalized additive models that included a quadratic term (i.e., urinary fluoride squared). The results from some of these models showed statistically significant evidence of a curvilinear trend; for example, Figures 3A and 3B from Bashash et al. (2017), reproduced below, suggest a lack of an association with child IQ below about 0.8 mg/L creatinine-adjusted maternal urinary fluoride, and below about 1.0 mg/L specific-gravity-adjusted child urinary fluoride. Nevertheless, the inclusion of a quadratic term still assumes a monotonic (unidirectional) trend, and the authors did not test for other patterns in the data. Green et al. (in press) also tested for non-linearity in the associations with child ID by using quadratic or natural-logarithmic terms for maternal prenatal urinary fluoride or estimated fluoride intake from beverages, and they reportedly found no significant improvement in the regression models (results not shown), which still assumed a monotonic exposure-response pattern. Although Green et al. (in press) apparently examined models with two linear splines (three knots placed at selected exposure levels) that could have revealed non-monotonicity, they did not describe the results of these models.

The distorting effect of imposing a trend line using linear regression is illustrated by comparing figures from Bashash et al. (2017), Bashash et al. (2018), and Green et al. (in press) with and without the regression lines and 95% CIs, as shown below. In the absence of visually distracting linear regression lines, the figures reveal substantial variability in the relationship between maternal urinary fluoride and neurodevelopmental outcomes, as illustrated by scattershot distribution of the individual observation points.

Another pattern visible in the results of Bashash et al. (2018) and Green et al. (in press) is the important influence of extreme observations. As shown in Figure S1 of Bashash et al. (2018), reproduced below, inclusion of the full dataset produced a ∩-shaped exposure-response curve between maternal urinary fluoride and several indices of ADHD symptoms, whereas removal of only three outlier observations produced a monotonic increasing trend. Bashash et al. (2017),

77

who also removed three outliers from the analysis of General Cognitive Index and IQ, did not show their results including those observations. Figure 3 of Green et al. (in press) likewise illustrate the strong influence of the small number of subjects with the highest maternal urinary fluoride concentrations and estimated fluoride intake from beverages. Without those few unusual individuals, the regression lines would have been much closer to flat (i.e., no association). In both instances, the decision of the study investigators to exclude outliers (Bashash et al. 2017, Bashash et al. 2018) or to include them (Green et al. in press) led to more linear-appearing positive exposure-response gradients.

As a whole, these results provide some evidence of a monotonic exposure-response trend. However, the limited assessment of non-monotonic trends, the key influence of outlier observations, and high degree of variability around the imposed linear regression lines detract from these findings. Moreover, exposure measurement error can lead to spurious linearization of apparent exposure-response relationships (Rhomberg et al. 2011). Overall, the evidence on a potential biological gradient is not compellingly in favor of a causal relationship.

Most of the less-informative studies of relatively high fluoride exposure did not assess exposure-response trends, because they compared only two exposure categories (high vs. low) (Table 2) (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). Those that evaluated a potential gradient were generally constrained by the use of linear or logistic regression models or poor exposure metrics (e.g., dental fluorosis or village-level drinking water fluoride concentration). For instance, Valdez Jiménez et al. (2017) assumed a log-linear relationship between maternal urinary fluoride level and Mental Development Index scores, but the authors did not report having tested any non-linear models. Thus, in these studies overall, information on a potential biological gradient does not provide substantive scientific evidence to support a causal effect.

In her expert report, Dr. Calderón Hernández does not resolve the difference in exposure-response patterns between her study (Valdez Jiménez et al. 2017), which indicated a *log-linear* exposure-response pattern, and the Canadian study that she describes as reporting "similar results" to hers (p. 24 of Calderón Hernández report) based on a *linear* exposure-response pattern (Bashash et al. 2017, Bashash et al. 2018). That is, Valdez Jiménez et al. (2017) found that a 10-fold increase in maternal urinary fluoride level (in mg/L) was associated with a fixed decrement in the Mental Development Index score, whereas Bashash et al. (2017, 2018) found that a 1-mg/L increase in maternal urinary fluoride level was associated with a fixed change in cognitive or attention scores. The log-linear and linear models thus entail distinct exposure-response trends, highlighting an unresolved issue of inconsistency in results between these two studies.

August 1, 2019

Figures 2 and 3 from Bashash et al. (2017), with (left) and without (right) linear regression trend lines and 95% CIs

Fig. 2 (original)          Fig. 3 (original)          Fig. 2 (revised)          Fig. 3 (revised)



1807950.000 – 7057

August 1, 2019

Figure 3 from Bashash et al. (2018) with (left) and without (right) linear regression trend lines and 95% CIs

Fig. 3 (original)

Fig. 3 (revised)

1807950.000 – 7057

Figure 3 from Green et al. (in press) with (left) and without (right) linear regression trend lines and 95% CIs



Fig. 3 (original)

Fig. 3 (revised)

Figure S1 from Bashash et al. (2018), showing results with (a) and without (b) three influential outliers

(a) (original)                                                    (b) (original)



# EXHIBIT F

Page 1

1                 UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    _____

4    FOOD & WATER WATCH, INC., et al.,      )

                                            )

5    Plaintiff,                             )

                                            )

6            vs.                            )No. 3:17-cv-02162-EMC

                                            )

7    US ENVIRONMENTAL PROTECTION AGENCY,    )

     et al.,                                )

8                                           )

     Defendant.                             )

9    _____

10              Deposition Upon Oral Examination Of

11                         HOWARD HU

12   _____

13

14

15

16

17                        9:15 a.m.

18                    September 24, 2019

19                    700 Stewart Street

20                    Seattle, Washington

21

22

23

24   Job No. CS3560042

25   REPORTED BY:  Yvonne A. Gillette, CCR No. 2129.

Howard Hu                                                    September 24, 2019

```
                                                  Page 2
 1                    A P P E A R A N C E S
 2

 3

 4    For the Plaintiff:

 5

 6              MICHAEL CONNETT
                Waters Kraus Paul
 7              222 North Pacific Coast Highway
                Suite 1900
 8              El Segundo, California  90245
                310-414-8146
 9              mconnett@waterskraus.com
10

11

12    For the Defendant:

13

14              BRANDON ADKINS
                US Department of Justice
15              PO Box 7611
                Ben Franklin Station
16              Washington, DC  20044
                202-616-9174
17              brandon.adkins@usdoj.gov
18

19              DANIEL DEPASQUALE
                US Environmental Protection Agency
20              1200 Pennsylvania Avenue NW
                Washington, DC  20460
21              202-564-3314
22

23

24

25
```

1    collected and published in this study provide

2    additional information about source apportionment of

3    fluoride exposure in the Mexico City cohort?

4    A        It does.  The limitation is that we didn't

5    specify the -- or rather, we didn't directly connect

6    the sources of food and beverage with our subject

7    population.  So that is a limitation that needs to be

8    acknowledged.  But to the extent that it does

9    represent the typical sources of food and water for a

10   population, it is possible to conclude that our

11   population likely is not exposed to fluoride

12   significantly through water.

13   Q        Okay.  And would the higher levels of

14   fluoride that you found in some of the food products,

15   would that be consistent with the use of fluoridated

16   salt in the Mexico City population?

17   A        In many cases, yes.

18   Q        So moving on, you talked about the -- some

19   of the analysis you did in your 2017 study.  And I

20   think you stated something to the effect of, we did

21   not assume linearity; is that correct?

22   A        That's correct.

23   Q        Now, did -- and I think you talked about

24   doing spline analyses.

25   A        Yes.

Page 204

1    Q        Did your spline analyses support the

2    existence of a linear dose response relationship

3    between prenatal fluoride exposure and General

4    Cognitive Index in 4 year olds?

5    A        Yes.

6    Q        And did your spline analyses support the

7    existence of a linear dose response relationship

8    between prenatal fluoride exposure and IQ in the 6 to

9    12 year olds?

10   A        For the most part, yes.  Although as we

11   commented in the paper, there was just the hint of a

12   possible flattening of the curve at the lower exposure

13   levels.  But we -- the data was too sparse for us to

14   draw any conclusions about that.

15   Q        Okay.  So does your research then, Dr. Hu,

16   support the existence of a linear dose response

17   relationship between prenatal fluoride exposure and

18   neurodevelopmental harm?

19   A        Yes.

20            MR. ADKINS:  Objection.  Leading.

21   A        For the most part, yes.

22   Q        Okay.  So I'm looking here at your 2017

23   study, and I'm looking at page 9.

24   A        Okay.

25   Q        Sorry.  You know what.  I'll strike the

Page 205

1    question.  And let's go and look at the abstract.

2              And I'm reading the last sentence of the

3    results section where you wrote, in multivariant

4    models, we found that an increase in maternal urine

5    fluoride of 0.5 milligrams per liter predicted 3.15

6    and 2.5 lower offspring GCI and IQ scores

7    respectively.  Is that what you found, Dr. Hu?

8    A        Yes.

9    Q        Okay.  So would you consider that -- let me

10   translate that and see if I'm correct here.  Does that

11   mean for every increase of 0.5 milligrams per liter in

12   the urine of the mother, 4 year children had on

13   average 3.15 less GCI points?

14              MR. ADKINS:  Objection.  Vague.  Leading.

15   A        Yes.

16   Q        And does it also mean that for every 0.5

17   milligrams per liter increase in the maternal urinary

18   fluoride, the 6 to 12 year olds had on average 2.5

19   less IQ points?

20              MR. ADKINS:  Same objections.

21   A        Yes.

22   Q        Are you familiar, Dr. Hu, with the effect

23   sizes of other neurotoxicants on IQ outcomes?

24   A        Yes.

25   Q        In the context of your knowledge as to the

Page 206

1   effects of other neurotoxicants like lead and mercury

2   on IQ, would you consider this effect size to be

3   small, large?  How would you characterize the effect

4   size that you found?

5               MR. ADKINS:  Objection.  Misstates

6   testimony.  Compound.

7   A           I would characterize this as being of a

8   similar magnitude as lead or mercury.

9   Q           Now, in this case, the defense

10  epidemiologist, named Dr. Ellen Chang, she's of the

11  opinion that if a chemical causes an average reduction

12  in IQ less than the standard deviation of 15 IQ

13  points, that it's a relatively weak effect on IQ.

14  Would you agree with Dr. Chang on that?

15  A           No.

16              MR. ADKINS:  Objection.  Misstates

17  testimony.

18  Q           What was your answer, Dr. Hu?

19  A           No.

20  Q           Dr. Hu, are you aware of any neurotoxicant

21  that causes an average reduction in IQ based on the

22  exposures seen in general population of more than 15

23  IQ points?

24  A           No.

25  Q           Does it surprise you, Dr. Hu, that an

Page  207

1    epidemiologist would use 15 IQ points as the standard

2    for assessing whether the effect on IQ from a chemical

3    exposure is sufficiently large to warrant a causal

4    inference?

5              MR. ADKINS:  Objection.  Vague.  Incomplete

6    hypothetical.  Misstates testimony.

7    A         I'm surprised that it's basically

8    indefensible.

9    Q         Okay.  My last question here, just very

10   quickly here, it's on salt.  And you were asked a

11   question about this earlier.  I wanted to follow up.

12   You mentioned that you weren't sure about whether salt

13   many Mexico City was -- contained iodine.  Do you

14   recall that?

15   A         Yes.

16   Q         If salt in Mexico City is iodized or if

17   iodine is added to it --

18   A         Iodinated.

19   Q         Okay.  Would you agree that fluoride

20   exposure would generally correlate with higher versus

21   lower levels of iodine intake in the Mexico City

22   cohort?

23   A         Higher.

24   Q         Okay.  And if fluoride exposure correlates

25   with higher levels of iodine in the Mexico City

Page 208

1   cohort, what, if anything, would that indicate to you

2   as to whether iodine exposure can explain the

3   association between fluoride and reduced IQ?

4   A           It wouldn't.  Iodine tends to improve and

5   optimize thyroid metabolism and function.  Thyroid

6   function is known to be important for fetal and

7   postnatal neurodevelopment.  And basically, there's no

8   reason to suspect that iodine would be a positive

9   confounder in the sense that, without measuring

10  iodine, you would miss the effect of -- I'm sorry --

11  without measuring iodine, you would fallaciously found

12  an effect of fluoride with neurodevelopment.

13              MR. CONNETT:  Okay.  I have no further

14  questions.

15              MR. ADKINS:  A couple more questions from

16  me.

17                        EXAMINATION

18  BY MR. ADKINS:

19  Q           You testified that Bashash 2017 and 2018

20  were blinded.  Is that because the ELEMENT project was

21  not designed specifically to measure fluoride's

22  potential neurodevelopmental effects?

23  A           That's because the ELEMENT project was

24  designed so that the subjects and the research teams

25  collecting data are blinded to all exposure