# Exhibit B

EPA/630/R-95/001F
April 1998

# Guidelines for Neurotoxicity Risk Assessment

(Published on May 14, 1998, Federal Register 63(93):26926-26954)

Risk Assessment Forum

Pls' Ex. 17

Plaintiffs' Exhibit
**017**
Food & Water v. EPA
3:17-cv-02162-EMC

**Table 8. Characterization of the health-related database**

| | |
|---|---|
| **Sufficient evidence** | The sufficient evidence category includes data that collectively provide enough information to judge whether or not a human neurotoxic hazard could exist. This category may include both human and experimental animal evidence. |
| **Sufficient human evidence** | This category includes agents for which there is sufficient evidence from epidemiologic studies, e.g., case control and cohort studies, to judge that some neurotoxic effect is associated with exposure. A case series in conjunction with other supporting evidence may also be judged "sufficient evidence." Epidemiologic and clinical case studies should discuss whether the observed effects can be considered biologically plausible in relation to chemical exposure.<br><br>(Historically, often much has been made of the notion of causality in epidemiologic studies. Causality is a more stringent criterion than association and has become a topic of scientific and philosophical debate. See Susser [1986], for example, for a discussion of inference in epidemiology.) |
| **Sufficient experimental animal evidence/limited human data** | This category includes agents for which there is sufficient evidence from experimental animal studies and/or limited human data to judge whether a potential neurotoxic hazard may exist. Generally, agents that have been tested according to current test guidelines would be included in this category. The minimum evidence necessary to judge that a potential hazard exists would be data demonstrating an adverse neurotoxic effect in a single appropriate, well-executed study in a single experimental animal species. The minimum evidence needed to judge that a potential hazard does not exist would include data from an appropriate number of endpoints from more than one study and two species showing no adverse neurotoxic effects at doses that were minimally toxic in terms of producing an adverse effect. Information on pharmacokinetics, mechanisms, or known properties of the chemical class may also strengthen the evidence. |