# **Exhibit C**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>               Plaintiffs,<br>    v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>               Defendants. | Case No. 17-CV-02162 EMC<br><br>**TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.** |

**TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.**

specified criteria for the selection and analysis of literature. In the absence of such a complete and systematic approach, an evaluation of the literature is susceptible to bias favoring studies with a certain pattern of results, instead of being based on objective indicators of study quality. The results of some studies are likely to be emphasized over others based on subjective or arbitrary characteristics. Interpretations of individual studies are also susceptible to bias, particularly when those studies are not considered in the context of a full systematic review.

11. In contrast to Plaintiffs' experts, I undertook a systematic literature review of the published epidemiological evidence on any potential association between fluoride exposure and developmental neurotoxicity in humans. I defined *a priori* criteria that would distinguish relevant search results from irrelevant results, searched multiple databases, identified approximately 2,707 potentially relevant articles, applied my relevancy criteria to screen the titles and abstracts of the identified articles, reviewed the full text of 123 potentially relevant studies, and synthesized and interpreted the results using accepted epidemiological considerations of study quality.

12. Of these 123 studies, 31 studies lacked original data, leaving 92 relevant studies with original data.

13. My assessment based on this systematic literature review is that the overall weight of scientific evidence does not establish that neurodevelopmental harm is likely to be a hazard of community water fluoridation in the U.S.

14. The overall weight of the scientific evidence does not establish a strong, consistent, coherent, or biologically plausible association between consumption of fluoridated drinking water in the range of 0.7 mg/L and adverse neurodevelopmental outcomes in humans, such as a reduction of childhood intelligence quotient (IQ) or development of attention deficit disorder/attention deficit hyperactivity disorder (ADD/ADHD).

not find any statistically significant associations between fluoride exposure and neurodevelopmental outcomes after adjusting for confounding variables. Five other studies on two populations found statistically significant associations, but the results were varied, with some non-significant associations, some adverse associations, and at least one beneficial association between fluoride exposure and neurodevelopmental outcomes. Few independent studies examined the same specific neurodevelopmental outcome, yielding a sparse scientific evidence base; for instance, only one of these 10 studies assessed infant mental development, two studies assessed child ADHD, three studies assessed child behavioral problems, and three studies assessed child IQ.

29. Plaintiffs' experts focus on the latter set of five studies on two populations, one in Mexico City and one in Canada. Because they did not conduct systematic reviews, Plaintiffs' experts failed to discuss all 10 of the more-informative studies that I identified. After reading my report, they submitted additional opinions discounting the five studies that did not find statistically significant associations. Plaintiffs' experts' failure to systematically identify all relevant studies before reaching their conclusions increases the susceptibility of their opinions to bias.

30. Plaintiffs' experts also failed use standard, pre-defined, well-accepted epidemiological considerations to critically assess the methodological strengths and weaknesses of the five studies on the Mexico City and Canadian populations. In light of their methodological limitations, as well as the meager scientific evidence base from only two independent study populations, these studies do not establish that neurodevelopmental harm is a hazard of fluoride exposure. These studies also do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L. These studies do not provide persuasive evidence that such a hazard is likely when the studies are considered alone, in combination with each other, and in the context of the broader literature.

provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L.

33. In the Canadian cohort, where mother-child pairs were enrolled from six cities across Canada, several statistically significant associations were observed between maternal prenatal urinary fluoride levels and adverse cognitive outcomes in boys, but not girls. Associations were also observed with estimated fluoride exposure from drinking water based on residential postal codes, and with estimated fluoride intake from drinking water (again based in part on residential postal codes). As described above, urinary fluoride levels are not reliable estimates of long-term fluoride exposure, and they are influenced by personal factors that can generate spurious associations due to confounding. Estimation of fluoride exposure from drinking water based on residential address does not account for individual differences in water intake or fluoride absorption and clearance. Low initial participation and incomplete data in the Canadian cohort made the results vulnerable to selection bias, and confounding remained a threat to validity. Influential outliers were included in the analysis, and alternative results excluding those individuals were not presented by the authors. Therefore, the results from the Canadian cohort do not establish that fluoride exposure causes neurodevelopmental harm. The results from the Canadian cohort also do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L.

34. Subgroup findings were inconsistent within and between the Mexico City and Canadian cohorts. In Mexico City, associations with child IQ were seen for maternal but not child urinary fluoride, and in Canada, associations with child IQ were seen for boys but not girls. The latter pattern of gender-divergent findings, however, was not observed in Mexico City.

35. The general lack of consistency of results within and among studies (as well as the heterogeneity of methods among studies, which reduces comparability) does not weigh in favor of concluding that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L. Consistent observation of an association across study settings and research groups reduces the likelihood that an anomalous finding is due to chance. Given the inconsistencies within and among these studies, these studies do not show that any observed statistical association between fluoride exposure and neurodevelopmental outcomes is attributable to anything other than bias, confounding, or chance.

## IV. Methodology

36. Epidemiology is the scientific study of the distribution and determinants of diseases and health outcomes in populations. Epidemiological research is required to measure disease occurrence, to identify the causes of specific health outcomes in humans, to assess the contribution of various causal factors to the human health effects that can be induced by multiple agents, and to determine exposure-response relationships between causes and human health effects. Epidemiological studies are the most relevant and informative scientific basis on which to evaluate the relationship between fluoride exposure and neurotoxicity in humans.

### A. Systematic Review

37. A systematic literature review aims to identify and integrate all of the available scientific evidence relevant to a given research question in a methodical manner that is unbiased, comprehensive, transparent, and reproducible. Essential components of a systematic literature review include explicit specification of the research question at issue, use of a wide-ranging and clearly documented search strategy, uniform application of literature selection criteria, and rigorous critical assessment of the methodological quality and

children ranged between 0.6% and 6.0%, and the reported mean IQ score among reference children ranged between 96.8 and 113.7 points (including reference and exposed children). Again, these differences in IQ scores did not clearly correspond with average fluoride exposure levels, and instead point to unidentified sources of heterogeneity that may contribute to inconsistent results among studies.

181. In summary, due to their limited relevance to the U.S. population and/or their methodological weaknesses, 46 of the 56 original epidemiological studies that I identified in my systematic literature review carried lesser weight in my analysis. With their methodological weaknesses, inconsistencies, and limited informative value, these studies do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L. The remainder of this declaration focuses primarily on the other 10 studies.

IX. **Results of Further Systematic Review and Analysis: More-Informative Studies**

182. My analysis is based primarily on the 10 non-ecological studies based in non-fluorosis-endemic Western areas: the Christchurch, New Zealand prospective birth cohort studies (Shannon et al. 1986, Spittle et al. 1998); the Boston, Massachusetts cross-sectional study (Morgan et al. 1998); the Dunedin, New Zealand prospective birth cohort study (Broadbent et al. 2015); the Canadian cross-sectional study (Barberio et al. 2017); the Mexico City prospective birth cohort studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018); and the Canadian birth cohort studies (Green et al. in press, Till et al. in review).

183. Anticipated or measured average drinking water fluoride levels in these study populations were at or below 1.38 mg/L.

184. In these relatively more-informative, methodologically superior epidemiological studies conducted in Western regions, some statistically significant associations were observed between early-life lower-level fluoride exposure and subsequent adverse

neurodevelopmental outcomes, especially in the two sets of studies that Plaintiffs' experts emphasize: the Canadian cohort studies and the Mexico City cohort studies.

185. However, these associations were modest, inconsistent, of questionable biological plausibility, and not coherent with secular trends in IQ.

186. No significant associations between fluoride exposure and adverse neurodevelopmental outcomes were observed in the studies based in Christchurch, New Zealand, Dunedin, New Zealand, and Boston, Massachusetts. No significant associations were observed between dilution-adjusted urinary fluoride levels and neurodevelopmental outcomes in the Canadian cross-sectional study, where the only significant associations (of borderline statistical significance) were between unadjusted urinary fluoride levels and learning disability, but not ADHD or ADD.

187. All of these studies are limited by vulnerability to selection bias, uncertainties and variation in exposure assessment, heterogeneity and limited reliability in outcome assessment, and high potential for confounding.

188. Therefore, I conclude that bias, confounding, and chance are reasonable explanations for the observed associations in the small number of study populations where statistically significant associations were found.

189. These studies do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L.

190. The observed associations cannot reliably be attributed to a true relationship between fluoride exposure and neurodevelopmental outcomes.

**A. Summary of Results in the Ten More-Informative Studies**

191. Shannon FT, Fergusson DM, Horwood LJ. Exposure to fluoridated public water supplies and child health and behaviour. *NZ Med J* 1986; 99(803):416-418 ("Shannon et al. 1986"

points, where 68% of scores lie within 1 standard deviation of the mean (85 to 115 points), and scores between 90 and 109 points are classified as "average."

### B. Nine-Factor Analysis

197. As discussed in Paragraphs 161-64, I considered the following nine factors in my analysis to assess the association between fluoride exposure and neurodevelopmental outcomes, based on the standard, generally-accepted framework of the Hill guidelines: (1) strength; (2) consistency; (3) specificity: (4) temporality; (5) biological gradient; (6) plausibility; (7) coherence; (8) experiment; and (9) analogy.

198. For each factor, I came to a conclusion regarding whether the overall weight of the scientific evidence supports the hypothesis that neurodevelopmental harm is a hazard of fluoride exposure in the range of 0.7 mg/L.

199. In my analysis, I gave more weight to the 10 more-informative studies identified in my systematic literature review, and less weight to the remaining studies with low relevance to artificial drinking water fluoridation in the U.S. population and/or an ecological study design.

### 1. Strength

200. Holding all other factors constant, strong statistical associations are less likely than weak ones to result exclusively from confounding and bias. However, small sample sizes can produce inflated estimates of association—that is, associations that falsely appear to be strong—due to sparse data bias.

201. The magnitude of the observed associations, if any, in the ten more-informative studies was relatively small in comparison with normal, expected variation in each outcome measure as indicated by average values and standard deviation. The relatively modest associations observed in these studies are plausibly explained by a modest degree of bias (e.g., selection bias in study participant enrollment or retention, or bias in exposure and/or outcome measurement) or confounding (e.g., by various demographic,

socioeconomic, anthropometric, social, familial, medical, behavioral, and other factors that may affect neurodevelopment, and also may vary by level of fluoride exposure). Thus, the strength of the observed associations does not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of fluoride exposure in the range of 0.7 mg/L.

202. This factor also does not weigh in favor of a true causal relationship.

**2. Consistency**

203. In general, consistent observation of an association across study settings and research groups reduces the likelihood that an anomalous finding is due to chance.

204. In the Christchurch, Boston, and Dunedin studies, associations between low-level fluoride exposure and neurodevelopmental outcomes in Western populations were quite consistently null. That is, no statistically significant association was detected between duration of residence in a community with artificially fluoridated drinking water and conduct disorder or behavior disturbance (Shannon et al. 1986) or IQ (Spittle et al. 1998). No significant association of behavioral problems was found in relation to dental fluorosis score, residence in a fluoridated community, use of fluoridated toothpaste, receipt of fluoride supplementation, receipt of topical fluoride treatment, receipt of concentrated formula mixed with fluoridated water, or aggregated fluoride exposure, other than a single borderline statistically significant positive association with use of both topical fluoride at ages 3–6 years and fluoridated toothpaste at ages 1 and 2 years (Morgan et al. 1998). In the Dunedin cohort, other than a single borderline statistically significant association between childhood residence in a fluoridated community and higher IQ in adulthood at 38 years, all other associations with child and adult IQ were statistically non-significant for residence in a fluoridated community, use of fluoridated toothpaste, and receipt of supplemental fluoride tablets (Broadbent et al. 2015).

were generally stronger for performance IQ than verbal IQ, indicating that higher fluoride levels were associated with higher IQ scores (Green et al. in press, Till et al. in review).

208. Overall, these results do not demonstrate a consistent association between exposure to low-level fluoride in drinking water and neurodevelopmental outcomes. Few independent studies examined a given specific neurodevelopmental outcome such as IQ or ADD/ADHD/inattention, yielding limited opportunity to demonstrate consistent findings across study populations. Results for each association were varied, with some adverse, some null, and (for adult IQ, evaluated in only one study of childhood fluoride exposure) one beneficial association. This general lack of consistency does not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L.

209. This factor also does not weigh in favor of a true causal relationship.

**3. Biological Gradient**

210. Higher risk or greater severity of an outcome with increasing exposure—that is, a positive exposure-response trend or gradient—can provide support for a causal hypothesis. Of the 10 more-informative studies, 8 studies in four independent study populations classified fluoride exposure in a manner that enabled consideration of potential exposure-response trends—the studies of the Christchurch birth cohort, the Canadian cross-sectional sample, the Mexico City birth cohort, and the Canadian birth cohort.

211. As discussed above, the Christchurch cohort study and the Canadian cross-sectional study did not find statistically significant associations between fluoride exposure and neurodevelopmental outcome.

212. The Mexico City and Canadian birth cohort studies employed linear regression models, which assume a fixed change in the outcome (e.g., odds of learning disability or IQ score) per unit change in the exposure (e.g., 1 mg/L urinary fluoride).

218. As a whole, while these results provide some evidence of a monotonic exposure-response trend, the limited assessment of non-monotonic trends, the key influence of outlier observations, and high degree of variability around the imposed linear regression lines detract from these findings. Moreover, exposure measurement error can often lead to spurious linearization of apparent exposure-response relationships. Overall, the evidence on a potential biological gradient does not provide substantial evidence that neurodevelopmental harm is likely to be a hazard of fluoride exposure in the range of 0.7 mg/L.

219. This factor also does not weigh in favor of a true causal relationship.

**4. Plausibility**

220. The biological plausibility of a developmental neurotoxic effect of low-level fluoride exposure can be evaluated based largely on the toxicological literature on fluoride. The U.S. National Toxicology Program ("NTP") recently conducted a systematic literature review of experimental animal studies of ingestion exposure to fluoride and neurobehavioral outcomes including learning and memory (NTP 2016). Based on this review, NTP concluded that there was a "low" level of evidence for an effect in animals exposed to fluoride above 0.7 ppm (= 0.7 mg/L) during development, which is particularly relevant to assessing the biological plausibility of Plaintiffs' claims of neurodevelopmental harm. In animals exposed as adults, the NTP found a "moderate" level of evidence for a pattern of findings suggestive of an effect of fluoride exposure above 0.7 ppm (= 0.7 mg/L) on learning and memory. NTP downgraded their level-of-evidence conclusions due to concerns for indirectness in the assessment of learning and memory, as well as risk of bias. NTP also noted that very few studies assessed learning and memory effects in experimental animals exposed to fluoride levels near 0.7 ppm.

221. My consideration of the toxicological data relies on Dr. Tsuji's expert opinions, which are based on her detailed review of the relevant studies included in the 2016 NTP