# **Exhibit F**

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

**TALA HENRY**

August 20, 2019



888-779-9974

1  is that Dr. Thiessen used criteria that are

2  generally applied for Section 5 analyses,

3  right?

4      A    The criteria as well as the entire

5  procedure, yes.

6      Q    Now, do you dispute that fluoride

7  would qualify as a high health hazard under

8  the Section 5 factors?

9      A    Again, I would need to see all the

10 data arrayed to make that call.

11     Q    So you don't have an opinion one way

12 or the other whether fluoride would satisfy

13 the Section 5 criteria?

14     A    Not here today.

15     Q    Okay.  Now, on page 22 of your

16 report you state that this entire section of

17 Dr. Thiessen's report is "flawed in that it

18 claims to support an unreasonable risk

19 determination using risk assessment approaches

20 and a regulatory framework that EPA uses for

21 new chemicals rather than for existing

1   chemicals," right?

2       A   Right.

3       Q   But Dr. Thiessen also used an MOE

4   analysis, correct?

5       A   Sitting here at this moment, I don't

6   recall.

7       Q   Okay.  Fair enough.  So let's move

8   on to some of your criticisms of

9   Dr. Grandjean's report, and let's turn to

10  page 23.  And the first full sentence of the

11  page you say, "It is Dr. Henry's opinion that

12  Dr. Grandjean selectively cited literature

13  including data from his own publications to

14  support bias and preconceived conclusions

15  about the neurotoxicity of fluoride."

16      A   Correct.

17      Q   Is that your opinion, Dr. Henry?

18      A   Yes.

19      Q   Did you read the reports that were

20  written by EPA's experts, Charlotte Lewis and

21  Gary Slade?

```
 1  is to have a topical effect."  Doesn't address

 2  ingestion at all.

 3       Q    They're saying that the primary

 4  benefit of fluoridated water in caries

 5  prevention comes through topical content.

 6       A    The primary function --

 7            MS. CARFORA:  Objection, asked and

 8  answered.

 9       A    The primary function of fluoride in

10  drinking water in reducing tooth decay is

11  topical.

12       BY MR. CONNETT:

13       Q    Okay.  Do you have any reason to

14  disagree with that statement?

15       A    No.

16       Q    Now, further on down the page, you

17  say at -- actually it's the second paragraph

18  of that section.  You say that, "Dr. Grandjean

19  makes conclusions by applying methods for

20  standards setting routinely used by EPA but

21  then applies methods used to derive a maximum
```

1  contaminant level in drinking water under the
2  Safe Drinking Water Act."
3           Did I read that correctly?
4      A   Yes.
5      Q   What methods are you referring to
6  there?
7      A   In which part?
8      Q   You say that Dr. Grandjean applies
9  methods used to derive a maximum contaminant
10 level.  What methods are you referring to?
11     A   The OW methods.
12     Q   And which methods that Dr. Grandjean
13 used are you referring to?
14     A   Well, again, both of these reports
15 were premised on making a case under TSCA.  So
16 he says he's going to apply methods for
17 standards setting routinely used by EPA.
18          So one would have thought in a
19 report about TSCA that he would go under there
20 but instead, he switches and goes back over to
21 the MCL under SDWA.

1    Q    Okay.  So just I am asking you what
2    methods did he apply that in your terms are
3    used to derive a maximum contaminant level?
4    A    He applied the MCL methods.
5    Q    What methods?
6    A    The Office of Water methods.
7    Q    Yes, but I am saying which methods
8    did Dr. Grandjean use in his analysis that in
9    your view are methods to be used for deriving
10   a maximum contaminant level, not methods to be
11   used to derive an unreasonable risk
12   determination.
13   A    He starts with deriving RfD, which
14   is not what we do under TSCA, and then goes on
15   from there.
16   Q    So it's your testimony that
17   Dr. Grandjean did an analysis to determine
18   the RfD?
19   A    Yes.
20   Q    Okay.  And so --
21   A    Although he may refer to -- I forget

1   if he refers to Thiessen but again, he is over

2   in the mindset of driving an MCL, not a TSCA.

3   That's my recollection of his presentation.

4        Q    So it's your recollection, and I've

5   asked you to identify for me the methods that

6   in your view are used to derive -- strike

7   that.

8        Besides his RfD analysis, can you

9   point me to any other methods that

10  Dr. Grandjean used that in your view are used

11  to derive an MCL and not an unreasonable risk

12  determination?

13       A    He is basically doing a maximum

14  contaminant level which is a water

15  concentration.

16       Q    And how is he doing that?  What

17  about his analysis leads you to --

18       A    I don't have the report right in

19  front of me.  If you want to refresh my memory

20  I can look quickly, but he's basically

21  seemingly rederiving the MCL, not deriving a

```
 1   margin of exposure for TSCA.
 2        Q    And you understand you've been
 3   identified as an expert in this case, right?
 4        A    Yes.
 5        Q    And you understand that today is my
 6   opportunity to understand the bases of your
 7   opinion; do you understand that?
 8        A    Yes.
 9        Q    This is an opinion that's been
10   identified as coming from you, okay.  So now
11   it's my time and opportunity to understand
12   what that opinion's based on, okay.
13        A    Right.
14        Q    So I have asked you to tell me which
15   methods you're referring to here and you've
16   told me that it's an RfD analysis that
17   Dr. Grandjean did.
18        A    An MCL analysis.  So he is ambiguous
19   about applying methods for standards setting
20   routinely used.  And then he basically goes on
21   and goes down the drinking water path.
```

1        Q    Which particular methods that
2   Dr. Grandjean used are in your view limited to
3   deriving MCL, not --
4        A    I would have to look back at exactly
5   what he presented versus Thiessen, but both of
6   them as I recall spend a fair bit of time on
7   RfD which we explain -- I explain isn't
8   something that we -- that's not the construct
9   of the hazard assessment that we do under
10  TSCA.
11       Q    Okay.  Now, Dr. Grandjean in his
12  report, he did a BMD analysis; do you
13  understand that.
14       A    Okay.  That's right.  He didn't
15  provide the data, however, as I recall.
16       Q    He did a BMD analysis.
17       A    Thank you for the reminder, yes.
18       Q    So is it your testimony that a BMD
19  analysis is irrelevant to a TSCA risk
20  evaluation?
21       A    No.

1   Q    Would you agree that EPA does BMD
2   analyses in making a risk determination under
3   TSCA?
4   A    Yes.  My critique of his BMD
5   analysis was that he stated it was based on
6   data which he did not present or provide to us
7   so we could not possibly even look at that.
8   Q    Where is that criticism that you
9   have just stated?  Where is that provided in
10  your written report?
11  A    It's going down the path of MCL.
12  Q    I want you -- you can take your
13  time.  I want you to read this and tell me
14  where that criticism is identified in this
15  report.  And I can tell you that your analysis
16  of Grandjean is on page 22 to 24.  So take
17  your time, look at this and tell me where you
18  make that statement.
19           MS. CARFORA:  There's also a summary
20  of opinions on page one, Counsel, if you're
21  pointing her to --

1    BY MR. CONNETT:

2    Q    Fine.  Look at page one too.

3    A    Say what?

4    Q    If you look at page one and page 22

5  to 24, tell me where you provide that

6  criticism that you just stated in this report.

7    A    So on part A of 22 that he is not

8  providing -- he's not supported his

9  presentation of the scientific information

10  under anything about the peer review.  Again,

11  he didn't even provide the data, let alone

12  what reference it came from.

13    Q    Point me to the specific sentence

14  you're referring to.

15    A    It's midsentence, "Dr. Grandjean's

16  statement is not supported by his presentation

17  of the scientific information."

18    Q    Well, you're referring here to

19  Dr. Grandjean's statement about following the

20  general approaches used by the World Health

21  Organization and EPA, right?

1  A    It's a generalized comment about all
2  of his statements.  He also stated -- does not
3  describe his principles and methods used.  He
4  did in fact reference BMD analysis as I recall
5  but not in any sort of depth and he did not
6  also present the actual results.  Does not
7  cite all reports that may be relevant.
8  Doesn't describe methods and criteria used to
9  review studies or conduct weight of evidence.
10         Again, this is all leading up to the
11 data that he then uses which we have --
12 there's no transparency whatsoever.
13    **Q    Where do you say that Dr. Grandjean**
14 **does not adequately present the data that his**
15 **BMD analysis is based on?**
16    A    He doesn't -- in that paragraph
17 under B he doesn't talk about conditions of
18 use specifically.  He doesn't get to -- in
19 his -- "using this comparison, the risk
20 characterization would indicate the margin of
21 exposure."  And we use that risk estimate to

```
 1   make an unreasonable risk.  But "his
 2   associated calculation exercise and the
 3   conclusions for making that unreasonable risk
 4   determination are not fit for purpose."
 5       Q    So is it your testimony that
 6   Dr. Grandjean does not identify the conditions
 7   of use of the exposure route that he --
 8   that --
 9       A    Not in those terms, but we admitted
10   that he understood that they meant adding
11   fluoride chemicals to drinking water.
12       Q    Okay.
13       A    But when he gets down to that
14   section there's been no systematic review or
15   presentation of where that data came from.
16       Q    What data?
17       A    The data that he used for his BMD
18   modeling.
19       Q    So you're saying that Dr. Grandjean
20   doesn't adequately disclose where he got the
21   data that he used for his BMD analysis?
```

1    A    I believe he references someone but
2    says it's unpublished, therefore he cannot
3    provide it is my recollection.  So there is no
4    way to really look at all at the bases for the
5    results that he then presented.
6         Q    Were you aware that Dr. Grandjean,
7    the data that he's relying upon is from the
8    Bashash 2017 study?  Are you aware of that?
9         A    Well, in his report he indicated
10   that it was not published or available
11   whenever he prepared that report.  So one
12   couldn't know that.
13        Q    Okay.  So now, if you do a BMD
14   analysis, okay, and you find that there is a
15   risk of fluoride at a level of fluoride
16   exposure -- I'll withdraw that question.
17             Dr. Grandjean concludes that based
18   on his BMD analysis there is a risk of
19   neurotoxicity at a urinary fluoride level in
20   the mother of about 0.2 parts per million; do
21   you understand that?

```
 1      A    Again, I don't have it in front of

 2   me to confirm.  The BMD analysis doesn't tell

 3   you risk.  It's a dose-response analysis.

 4      Q    Okay.  Well --

 5      A    Formulation.

 6      Q    And Dr. Grandjean is -- his

 7   conclusion is that there is at 0.2 parts per

 8   million of fluoride in the urine in the mother

 9   that is associated with a risk of IQ loss in

10   the offspring; do you understand that?

11      A    The urinary concentration he

12   associated with a IQ loss but that is again a

13   dose-response analysis, not a risk finding.

14      Q    Okay.  And you understand that

15   there's published data showing that pregnant

16   women in fluoridated communities have on

17   average about 0.7 ppm fluoride in their urine;

18   do you understand that?

19      A    No.

20      Q    You don't understand that?

21      A    Again, I would have to see all of
```