C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **NOTICE OF REDACTIONS TO PLAINTIFFS' EXHIBITS 53 AND 55** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

On December 19, 2019, the parties entered into a stipulation wherein Plaintiffs agreed to "not elicit or introduce any testimony or evidence, including but not limited to, any witness testimony on direct or cross examination, appearing live or by deposition, or any exhibit, demonstrative, or written discovery, concerning or relating to the EPA Professional Union, including the Union's activities concerning the Safe Drinking Water Act standards or the practice of community water fluoridation in the United States." (ECF No. 149, attached here as **Exhibit A**). This weekend, Plaintiffs' counsel noticed several references in the standing declarations of Kristin LaVelle (Exhibit 53) and Brenda Staudenmaier (Exhibit 55) which arguably come within the scope of the stipulation.

To honor the agreement set forth in the stipulation, Plaintiffs are voluntarily redacting these declarations to remove the aforementioned references. The redacted versions of both exhibits are enclosed with this electronic filing, and hard copies of same will be filed with the Court on Monday, June 1.

1
2       Plaintiffs respectfully request that the copies currently contained in the Master Exhibit List binders be discarded.

3
4       May 31, 2020                            Respectfully submitted,

5                                               */s/ Michael Connett*
                                                MICHAEL CONNETT
6                                               Attorney for Plaintiffs

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF REDACTIONS TO PLAINTIFFS' EXHIBITS 53 AND 55

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 31st day of May, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                                       */s/ Michael Connett*
                                                       MICHAEL CONNETT