**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** May 29, 2020    **Time:** 1:01-1:41= 40 Minutes    **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC    **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Andy Waters, Michael Connett, Chris Nidel
**Attorneys for Defendant:** Debra Carfora, Brandon Atkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Belle Ball

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference- held.

**SUMMARY**

Parties were shown screenshare options within the Zoom Webinar platform. At next hearing on 6/5/2020, Court will explore sidebar options within Zoom. Buz Rico and Danny Hambrick joined the conference to provide technical advice.

Parties reported that exhibits have been pared down into approximately 50 or so documents. Court directed parties to file responses to expert declaration objections by end of day Monday, June 1, 2020. Briefs shall not exceed 5 pages per side. Court further directed the parties to submit a list to the Court by Thursday, June 4, 2020, of all exhibits stipulated to, which will be pre-admitted.