# __Exhibit A__

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>     Defendants. | Case No. 17-CV-02162 EMC<br><br>**TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.** |

**TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.**

children ranged between 0.6% and 6.0%, and the reported mean IQ score among reference children ranged between 96.8 and 113.7 points (including reference and exposed children). Again, these differences in IQ scores did not clearly correspond with average fluoride exposure levels, and instead point to unidentified sources of heterogeneity that may contribute to inconsistent results among studies.

181. In summary, due to their limited relevance to the U.S. population and/or their methodological weaknesses, 46 of the 56 original epidemiological studies that I identified in my systematic literature review carried lesser weight in my analysis. With their methodological weaknesses, inconsistencies, and limited informative value, these studies do not provide persuasive evidence that neurodevelopmental harm is likely to be a hazard of consuming fluoridated drinking water in the range of 0.7 mg/L. The remainder of this declaration focuses primarily on the other 10 studies.

## IX. Results of Further Systematic Review and Analysis: More-Informative Studies

182. My analysis is based primarily on the 10 non-ecological studies based in non-fluorosis-endemic Western areas: the Christchurch, New Zealand prospective birth cohort studies (Shannon et al. 1986, Spittle et al. 1998); the Boston, Massachusetts cross-sectional study (Morgan et al. 1998); the Dunedin, New Zealand prospective birth cohort study (Broadbent et al. 2015); the Canadian cross-sectional study (Barberio et al. 2017); the Mexico City prospective birth cohort studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018); and the Canadian birth cohort studies (Green et al. in press, Till et al. in review).

183. Anticipated or measured average drinking water fluoride levels in these study populations were at or below 1.38 mg/L.

184. In these relatively more-informative, methodologically superior epidemiological studies conducted in Western regions, some statistically significant associations were observed between early-life lower-level fluoride exposure and subsequent adverse

association was attenuated and statistically non-significant after adjustment for urinary specific gravity (i.e., dilution).

195. Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. *Environ Health Perspect* 2017;125(9):097017. ("Bashash 2017")

Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. *Environ Int* 2018;121(Pt 1):658-666. ("Bashash 2018")

Thomas D, Sanchez B, Peterson K, et al. Prenatal fluoride exposure and neurobehavior among children 1-3 years of age in Mexico (abstract). *Fluoride* 2018;51(4):385-386. ("Thomas 2018")

This series of analyses of a prospective birth cohort was conducted in Mexico City, Mexico, an area where salt is fluoridated at 250 ppm, and natural levels of fluoride in drinking water may range from 0.15 to 1.38 mg/L, but were not measured for study participants. Several statistically significant associations with modest decrements in cognitive and neurobehavioral outcomes were detected in the Mexico City birth cohort. For each 0.5 mg/L increase in creatinine-adjusted maternal prenatal urinary fluoride, the mean difference in score in the General Cognitive Index, a composite performance for preschool-aged children, was –3.15 (95% confidence interval[1] = –5.42, –0.87) at age 4 years, relative to a mean of 96.88 points and a standard deviation of 14.28. For children aged 6-12 years, the mean difference in IQ score on the Wechsler Abbreviated Scale of Intelligence per 0.5 mg/L creatinine-adjusted maternal prenatal urinary fluoride was –2.50 (95% confidence interval = –4.12, –0.59), relative to a mean of 95.98 points and a

---

[1] A confidence interval is a measure of variability or precision, that is, a margin of error around a point estimate. With repeated sampling of the same underlying study population and in the absence of bias (i.e., systematic, non-random error), a confidence interval contains the value of the point estimate of interest with a frequency no less than the stated confidence level (usually set at 95% by convention).

44  TRIAL DECLARATION OF ELLEN T. CHANG, SC.D.
Case No. 3:17-cv-02162 EMC

neurodevelopmental outcome status, than exposures measured simultaneously with or after the measurement of outcomes.

227. Nevertheless, other substantial temporal uncertainties exist in these studies. The Mexico City birth cohort and the main analyses of the Canadian birth cohort study used prenatal maternal urinary fluoride levels averaged across all three trimesters (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). This approach ignores fluctuation in urinary fluoride levels during pregnancy, when factors such as plasma volume expansion, maternal kidney function, and gestational diabetes can affect measured levels. Use of average levels across pregnancy also prevents consideration of putative windows of susceptibility that may occur during certain periods of gestation. A subsequent analysis of the Canadian birth cohort found significant inverse associations between maternal urinary fluoride in the second trimester, but not the first or third trimester, and child IQ in boys, suggesting potential trimester-specific effects, although associations were strongest with maternal urinary fluoride averaged across all three trimesters (Green et al. 2019). By evaluating duration of early-childhood residence in a community with artificially fluoridated drinking water, the Christchurch prospective cohort study also could not distinguish among potential windows of susceptibility (Shannon et al. 1986, Spittle et al. 1998). In the same vein, the Dunedin prospective cohort study assessed exposure to fluoride in drinking water and toothpaste at age 5 years (and, for drinking water fluoride, also at age 3 years), prior to the assessment of child IQ at 7–13 years, but it did not evaluate exposure at other ages (Broadbent et al. 2015).

228. The two cross-sectional studies with individual-level data in Western regions mitigated some of the limitations of the simultaneous assessment of exposure and outcome by conducting some secondary analyses restricted to children who had resided in their current home for at least three years (Barberio et al. 2017) or by asking parents to

urine collected from an individual over a full 24-hour period, or even multiple-day urine specimens.

250. The Mexico City birth cohort study collected early-morning, non-fasting, second-void urine samples from mothers, and averaged the measured fluoride concentrations across all three trimesters (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). From children, the Mexico City study collected spot urine samples taken at convenient, unfixed times of the day.

251. The Canadian birth cohort study collected spot urine samples from mothers, and averaged the measured fluoride concentrations across all three trimesters in most analyses (Green et al. in press, Till et al. in review). Trimester-specific results were presented in a conference abstract (Green et al. 2019).

252. Because the Mexico City and Canadian birth cohort studies did not measure fluoride levels in 24-hour urine samples, or even first-morning urine samples for which collection time would have been standardized for all subjects, these studies do not account for diurnal variation in urinary fluoride excretion. Thus, these studies are susceptible to exposure measurement error or even bias from spot urine sampling (e.g., if urine collection times tended to be earlier in the day for children with neurodevelopmental problems).

253. Another limitation of using urinary fluoride to estimate individual exposure to fluoride is that urinary analyte concentrations are heavily dependent on fluid intake and time since last urination, which can vary substantially among individuals. Creatinine, a chemical waste product generated from normal muscle metabolism and to a lesser extent from dietary intake of meat, is eliminated in the urine. Dividing urinary analyte concentration by urinary creatinine concentration is commonly used to adjust for dilution, assuming that daily urinary creatinine excretion is relatively constant.

included in the analyses of fluoride exposure and neurodevelopmental outcomes (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). The low frequency of data completeness raises concerns about selection bias due to missing data. Any differences in neurodevelopmental outcomes and unmeasured covariates between these groups were unknown.

261. Initial participation of pregnant women in the Canadian birth cohort study was low--only 39%--and participation of children in the developmental assessment at ages 3–4 years was not reported by the authors. Of the participating children with IQ data, 85% had complete maternal prenatal urine samples and covariate data (including 61% who also had drinking water data), 67% had information on estimated fluoride intake from beverages (Green et al. in press), and 67% had information on estimated fluoride intake from infant formula (Till et al. in review).

262. The sizeable proportions of non-participation and/or missing data in the Mexico City and Canadian birth cohorts translate to a consequential risk of selection bias. Although the magnitude and direction of selection bias cannot be estimated with certainty due to the lack of information on non-participants, this issue represents another important area of uncertainty in the interpretation of results from these studies.

XI. **Epidemiologically Unsupported Conclusions by Plaintiffs' Expert Dr. Thiessen**

263. Plaintiffs' expert Kathleen Thiessen states opinions regarding susceptible subpopulations, but she does not identify sufficient epidemiological support for those opinions.

264. In particular, Dr. Thiessen does not identify any epidemiological studies of humans to support her opinion that the elderly, those with kidney disease, populations with nutritional deficiencies, populations with greater water intake, or racial/ethnic minorities are more susceptible to neurodevelopmental health risks from fluoride