# **Exhibit B**

## SUMMARY OF THE FACTS AND OPINIONS TO WHICH DR. HOWARD HU IS EXPECTED TO TESTIFY

**(1) The ELEMENT prospective cohort studies of fluoride's neurodevelopmental effects are methodologically rigorous studies that provide scientifically reliable and robust results.**

ELEMENT (Early Life Exposures in Mexico to Environmental Toxicants) is a pregnancy and birth cohort that Dr. Hu co-founded in 1993 in partnership with the Instituto Nacional de Salud Publica (INSP—the National Institute of Public Health in Mexico) and that has been continuously funded since 1993 by grants from the U.S. National Institute for Environmental Health Sciences (NIEHS). It has had the general aim of understanding the impact of early life environmental exposures on developmental outcomes. Since its inception, ELEMENT has evolved into a highly successful, award-winning project involving collaborators at INSP, the University of Michigan, and other academic institutions in the U.S. and Mexico. It has generated over 70 high-impact publications and provided evidence contributing towards environmental health policies around the world. For example, as noted in a joint publication by NIEHS and EPA, "evidence from ELEMENT has informed U.S. and Mexican lead exposure guidelines, including the 2010 CDC "Guidelines for the identification and Management of Lead Exposure in Pregnant and Lactating Women," among others. (NIEHS/EPA 2017).

Dr. Hu's project on fluoride and neurobehavioral development began in 2012, leveraging the unique ELEMENT resources of archived biological samples and data to measure the prenatal and postnatal exposures of ELEMENT offspring to fluoride and relate those measurements to rigorously measured neurobehavioral outcomes taken at multiple points of time. As NIEHS and EPA have recognized, "archives of biological samples from birth cohort studies . . . provide critical information on the prenatal and childhood determinants of adult disease." (NIEHS/EPA 2017).

The ELEMENT cohort consists of mother-child pairs in which the mothers were enrolled before or during early pregnancy. All were attending several maternity hospitals in Mexico City. Samples of maternal urine taken during pregnancy which had been archived were analyzed for fluoride content. Urine fluoride is a biomarker of total fluoride exposure from all sources. Socio-demographic and health information had also been collected from the women. Other factors that could be associated with neurodevelopmental outcomes were also measured, including maternal age, maternal education, maternal IQ, birth order, birth weight, gestational age at delivery, maternal smoking, quality of the children's home environment (HOME score), and maternal exposure to known neurotoxins such as lead and mercury.

All urine analyses were conducted rigorously, with documented QC/QA procedures described in the published papers, as discussed further below. The neurocognitive (IQ) tests and measures of ADHD were conducted blind to the fluoride exposure level of the mother and child, and used widely accepted assessment methods for measuring neurocognitive and neurobehavioral function. Other covariates, such as Pb and Hg were measured using similarly rigorous and widely accepted methods.

- Specificity of the exposure indicator: Urine F is highly specific to internal exposure and is likely the most specific for fetal exposure too because blood F is difficult to measure accurately and varies rapidly over a matter of minutes.
- Blinded exposure assessment: All exposure assessments were completely blinded to outcomes or any other subject characteristics.
- Blinded health outcome assessment: Testing was done blinded to fluoride exposure.
- Sensitivity analyses and comparisons of unadjusted and adjusted models provide insight into the potential for systematic error. Based on extensive consideration and control of potential confounders, the risk of systematic error is low in both studies.

**(2) The results of the ELEMENT prospective cohort studies are consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population of the USA.**

Neurodevelopmental Findings – Intelligence

In the ELEMENT cohort, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 years old, and with lower Full-Scale IQ scores at 6-12 years old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. This is a notably large effect size, particularly when considering that more than 25% of pregnant women in artificially fluoridated areas have urinary fluoride levels exceeding 1.0 mg/L, with approximately 5% having in excess of 2 mg/L. (Till, et al. 2018, Table S4).

The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

As Dr. Hu's team explained in their 2017 paper, the IQ results are generally consistent with the findings of cross-sectional studies from endemic fluorosis areas (Choi, et al. 2012; Choi, et al. 2015), as well as a previous prospective birth cohort study from Mexico (Valdez-Jiminez, et al. 2017).

Neurodevelopmental Findings – Symptoms of ADHD

In Dr. Hu's 2018 study, higher prenatal fluoride exposure, as measured by MUFcr, corresponded to more ADHD-like symptoms on the CRS-R, particularly related to inattention as indicated by the strong association with the following two scales: Cognitive Problem/Inattention, and DSM-IV Inattention. In contrast, MUFcr during pregnancy did not predict child performance on any of the hyperactivity measures (i.e. Restless-Impulsive; Hyperactivity; DSM-IV Hyperactivity-Impulsivity) nor the CPT-II outcomes.