# **Exhibit C**

# PEDIATRICS®

## OFFICIAL JOURNAL OF THE AMERICAN ACADEMY OF PEDIATRICS

**Longitudinal Associations Between Blood Lead Concentrations Lower Than 10 μg/dL and Neurobehavioral Development in Environmentally Exposed Children in Mexico City**
Martha M. Téllez-Rojo, David C. Bellinger, Carmen Arroyo-Quiroz, Héctor Lamadrid-Figueroa, Adriana Mercado-García, Lourdes Schnaas-Arrieta, Robert O. Wright, Mauricio Hernández-Avila and Howard Hu
*Pediatrics* 2006;118;323-330
DOI: 10.1542/peds.2005-3123

**This information is current as of August 1, 2006**

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://www.pediatrics.org/cgi/content/full/118/2/e323

PEDIATRICS is the official journal of the American Academy of Pediatrics. A monthly publication, it has been published continuously since 1948. PEDIATRICS is owned, published, and trademarked by the American Academy of Pediatrics, 141 Northwest Point Boulevard, Elk Grove Village, Illinois, 60007. Copyright © 2006 by the American Academy of Pediatrics. All rights reserved. Print ISSN: 0031-4005. Online ISSN: 1098-4275.



Downloaded from www.pediatrics.org at Hector Cervantes on August 1, 2006

erably weaker in magnitude, and neither was statistically significant. The inverse association between blood lead level at 12 months of age and PDI score at 24 months of age was significant, however. In addition, 24-month blood lead level remained a significant predictor of both MDI and PDI scores at 24 months even when adjustments were made for the MDI or PDI scores that children achieved at 12 months. This suggests that the associations reflect deficits that are attributable to recent lead exposure (eg, exposure that occurred between 12 and 24 months) rather than to exposures that occurred before 12 months of age.

The magnitudes of the inverse associations between 24-month blood lead level and both 24-month MDI and PDI were not the same across the blood lead range. The regression coefficients were significantly larger among children whose blood lead levels were <10 μg/dL than among children for whom blood lead level at 12 and/or 24 months was ≥10 μg/dL. The findings were not consistent in the 12-month data. For MDI, the coefficients within the 2 blood lead ranges did not differ. For PDI, the coefficient was significantly greater at blood lead levels ≥10 μg/dL. These findings in some respects are similar to those in previous studies, suggesting a possible supralinear functional form.[2,3] The primary mechanism of lead neurotoxicity is likely to differ depending on dose. It is possible that neurotoxicity at doses that correspond to blood lead levels <10 μg/dL involves an exquisitely sensitive pathway that is saturated rapidly and that other mechanisms are involved at doses that correspond to higher blood lead levels. A set of dose-dependent mechanisms that might account for supralinearity in the dose-effect relationship has not been identified, however.

The inverse association between 24-month blood lead level and 24-month BSID II scores was more evident in cohort 2 than in cohort 1. Cohort 2 contributed >75% of the mother-infant pairs included in these analyses, resulting in considerably greater power in the analyses that involved cohort 2 than in those that involved cohort 1. This disproportionate representation between the cohorts is attributable to the decline in lead exposures in Mexico City during the 1990s, with a larger proportion of infants in cohort 2 than in cohort 1 having blood lead levels that remained <10 μg/dL. The mean umbilical cord blood lead level of infants in cohort 2 also was only two thirds that of infants in cohort 1. Although we adjusted for umbilical cord blood lead level, it is possible that the higher prenatal exposures of infants in cohort 1 reduced our ability to appreciate the association between infants' postnatal blood lead levels and their BSID II scores.

In most prospective studies, children's blood lead levels were not significantly associated with their PDI scores.[12–14] Nevertheless, assessments that have conducted at older ages often have revealed inverse associations between children's blood lead levels and their scores, at later ages, on tests of motor development or visual-motor skills.[15–18]

Limited consensus exists on the nature of age-dependent variation in vulnerability to lead neurotoxicity. In the Boston prospective study, blood lead level at 24 months of age was more predictive of IQ at 5 and 10 years of age than were levels that were measured before or after 24 months. In that study, however, 24-month blood lead level did not predict concurrent MDI score, as it did in the present analyses. In the Port Pirie prospective study, lifetime lead exposure through 24 months of age consistently predicted neurodevelopmental scores between 24 months and 11 to 13 years.[19] In other studies, 24-month blood lead level did not seem to be more predictive than levels that were measured at other ages.[2,20,21] Factors such as pattern and level of lead exposures, co-exposures to other developmental risk factors, and other differences between study cohorts might account for inconsistencies across studies.

Because blood lead level was measured only twice between birth and 24 months of age, it is possible that, for some children, the level exceeded 10 μg/dL but had fallen below 10 μg/dL by the time of our measurement. To the extent that such exposure misclassification occurred, the coefficients that we estimated will not describe accurately the association between neurodevelopment and blood lead levels <10 μg/dL. Because our study necessarily was observational, the possibility of residual confounding by unmeasured or poorly measured factors cannot be dismissed. Adjustments were made, however, for many of the variables that were identified as key potential confounders in previous lead studies.

**CONCLUSIONS**

Among infants whose blood lead levels at 12 and 24 months were <10 μg/dL, we found inverse associations between 24-month blood lead level and concurrent MDI and PDI scores on the BSID II. These findings thus provide additional evidence that 10 μg/dL should not be viewed as a biological threshold for lead neurotoxicity. Furthermore, for MDI but not PDI, the association seemed to be supralinear, with the steeper inverse slope over the range up to 5 μg/dL than over the range between 5 and 10 μg/dL.

**ACKNOWLEDGMENTS**

This study was supported by National Institute of Environmental Health Sciences (P42-ES05947, R01-ES07821, center grant P30-ES 00002, and T32-ES07069) and by Consejo Nacional de Ciencia y Tecnología grant 4150M9405 and CONSERVA, Department of Federal District, Mexico. Additional support for the interpretation of results and authorship of this publication was made possible by National Institute of Environmental Health Sciences grant P01 ES012874 and STAR Research

Downloaded from www.pediatrics.org at Hector Cervantes on August 1, 2006

Assistance Agreement RD-83172501, awarded by the Environmental Protection Agency.

We acknowledge the American British Cowdray Medical Center for providing the research facilities to conduct the study and Maritsa Solano González for invaluable assistance in data management, which made this study possible.

## REFERENCES

1. US Centers for Disease Control. *Preventing Lead Poisoning in Young Children*. Atlanta, GA: US Public Health Service; 1991
2. Canfield RC, Henderson CR, Cory-Slechta DA, Cox C, Jusko TA, Lanphear BP. Intellectual impairment in children with blood lead concentrations below 10 μg per deciliter. *N Engl J Med.* 2003;348:1517–1526
3. Bellinger DC, Needleman HL. Intellectual impairment and blood lead levels. *N Engl J Med.* 2003;349:500
4. Chiodo LM, Jacobson SW, Jacobson JL. Neurodevelopmental effects of postnatal lead exposure at very low levels. *Neurotoxicol Teratol.* 2004;26:359–371
5. Schwartz J. Low-level lead exposure and children's IQ: a meta-analysis and search for a threshold. *Environ Res.* 1994;65:42–55
6. Bellinger DC. Effect modification in epidemiologic studies of low-level neurotoxicant exposures and health outcomes. *Neurotoxicol Teratol.* 2000;22:133–140
7. Lanphear BP, Dietrich KN, Auinger P, Cox C. Cognitive deficits associated with blood lead concentrations <10 μg/dL in US children and adolescents. *Public Health Rep.* 2000;115:521–529
8. Lanphear BP, Hornung R, Khoury J, et al. Low-level environmental lead exposure and children's intellectual function: an international pooled analysis. *Environ Health Perspect.* 2005;113:894–899
9. Rothenberg SJ, Rothenberg JC. Testing the dose-response specification in epidemiology: public health and policy consequences for lead. *Environ Health Perspect.* 2005;113:1190–1195
10. Miller DT, Paschal DC, Gunter EW, Stroud PE, D'Angelo J. Determination of lead in blood using electrothermal atomisation atomic absorption spectrometry with a L'vov platform and matrix modifier. *Analyst.* 1987;112:1701–1704
11. Bayley N. *Bayley Scales of Infant Development.* 2nd ed. San Antonio, TX: The Psychological Corporation; 1993
12. Bellinger D, Leviton A, Waternaux C, Needleman H, Rabinowitz M. Longitudinal analyses of prenatal and postnatal lead exposure and early cognitive development. *N Engl J Med.* 1987;316:1037–1043
13. Baghurst PA, Robertson EF, McMichael AJ, Vimpani GV, Wigg NR, Roberts RR. The Port Pirie Cohort Study: lead effects on pregnancy outcome and early childhood development. *Neurotoxicology.* 1987;8:395–401
14. Ernhart CB, Morrow-Tlucak M, Marler MR, Wolf AW. Low level lead exposure in the prenatal and early preschool periods: early preschool development. *Neurotoxicol Teratol.* 1987;9:259–270
15. Dietrich KN, Berger OG, Succop PA. Lead exposure and the motor developmental status of urban six-year-old children in the Cincinnati Prospective Study. *Pediatrics.* 1993;91:301–307
16. Bellinger D, Sloman J, Leviton A, Rabinowitz M, Needleman HL, Waternaux C. Low-level lead exposure and children's cognitive function in the preschool years [published correction appears in *Pediatrics.* 1994;93:A28]. *Pediatrics.* 1991;87:219–227
17. Wasserman GA, Graziano JH, Factor-Litvak P, et al. Consequences of lead exposure and iron supplementation on childhood development at age 4 years. *Neurotoxicol Teratol.* 1994;16:233–240
18. Baghurst PA, McMichael AJ, Tong S, Wigg NR, Vimpani GV, Robertson EF. Exposure to environmental lead and visual-motor integration at age 7 years: the Port Pirie Cohort Study. *Epidemiology.* 1995;6:104–109
19. Tong S, Bagurst P, McMichael A, Sawyer M, Mudge J. Lifetime exposure to environmental lead and children's intelligence at 11–13 years: the Port Pirie cohort study [published correction appears in *BMJ.* 1996;313:198]. *BMJ.* 1996;312:1569–1575
20. Dietrich KN, Berger OG, Succop PA, Hammond PB, Bornschein RL. The developmental consequences of low to moderate prenatal and postnatal lead exposure: intellectual attainment in the Cincinnati Lead Study Cohort following school entry. *Neurotoxicol Teratol.* 1993;15:37–44
21. Wasserman GA, Liu X, Popovac D, et al. The Yugoslavia Prospective Lead Study: contributions of prenatal and postnatal lead exposure to early intelligence. *Neurotoxicol Teratol.* 2000;22:811–818

Downloaded from www.pediatrics.org at Hector Cervantes on August 1, 2006