# **Exhibit D**

Research | Children's Health

A Section 508–conformant HTML version of this article is available at http://dx.doi.org/10.1289/ehp.1510067.

# Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder (ADHD): A Cross-Sectional Study of Mexican Children

Siying Huang,[1] Howard Hu,[1] Brisa N Sánchez,[2] Karen E. Peterson,[2] Adrienne S. Ettinger,[3] Héctor Lamadrid-Figueroa,[4] Lourdes Schnaas,[5] Adriana Mercado-García,[4] Robert O. Wright,[6] Niladri Basu,[7] David E. Cantonwine,[8] Mauricio Hernández-Avila,[4] and Martha María Téllez-Rojo[4]

[1]Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada; [2]University of Michigan School of Public Health, Ann Arbor, Michigan, USA; [3]Yale School of Public Health and Medicine, New Haven, Connecticut, USA; [4]Instituto Nacional de Salud Pública, Cuernavaca, Morelos, México; [5]Instituto Nacional de Perinatología, Mexico City, Mexico; [6]Icahn Mount Sinai School of Medicine, New York City, New York, USA; [7]Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, Québec, Canada; [8]Brigham & Women's Hospital, Harvard Medical School, Boston, Massachusetts, USA

BACKGROUND: Previous studies suggest that blood lead levels are positively associated with attention deficit/hyperactivity disorder (ADHD) and ADHD-symptoms in children. However, the associations between lead exposure and ADHD subtypes are inconsistent and understudied.

OBJECTIVE: The objective of this study was to explore the association of low-level concurrent lead exposure with subtypes of ADHD symptoms in 578 Mexican children 6–13 years of age.

METHODS: We measured concurrent blood lead levels using inductively coupled plasma mass spectrometry (ICPMS). We administered the Conners' Rating Scales-Revised (CRS-R) to mothers to evaluate their children's ADHD symptoms. We used imputation to fill missing values in blood lead levels and used segmented regression models adjusted for relevant covariates to model the nonlinear relationship between blood lead and ADHD symptoms.

RESULTS: Mean ± SD blood lead levels were 3.4 ± 2.9 μg/dL. In adjusted models, a 1-μg/dL increase in blood lead was positively associated with Hyperactivity and Restless-Impulsivity scores on the CRS-R scale and Hyperactivity-Impulsivity scores on the CRS-R scale of the *Diagnostic and Statistical Manual of Mental Disorders, 4th Edition*, but only in children with blood lead level ≤ 5 μg/dL. Blood lead was not associated with Inattentive symptoms or overall ADHD behavior.

CONCLUSIONS: In this population of Mexican children, current blood lead level among children with low exposure (≤ 5 μg/dL) was positively associated with hyperactive/impulsive behaviors, but not with inattentiveness. These results add to the existing evidence of lead-associated neurodevelopmental deficits at low levels of exposure.

CITATION: Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L, Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM. 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ Health Perspect 124:868–874; http://dx.doi.org/10.1289/ehp.1510067

## Introduction

An increasing trend in emotional and behavioral disorders in early childhood has been observed in the last 10 years (Boyle et al. 2011). Attention deficit/hyperactivity disorder (ADHD) is a psychiatric disorder that is characterized by attention deficits, hyperactivity, and impulsivity and is one of the most common emotional and behavioral disorders among children, with a worldwide prevalence estimated at about 5% (Polanczyk et al. 2007). Genetic inheritance is believed to play a major role in the etiology of ADHD. Twin studies have shown a high concordance of inattentiveness, with heritability estimated to range from 70% to 95% (Greven et al. 2011; Willcutt et al. 2000b); however, twin studies have not shown a high concordance for hyperactive or impulsive behaviors (Greven et al. 2011; Paloyelis et al. 2010; Willcutt et al. 2000a).

Recent studies suggest that environmental toxicants contribute to the risk of ADHD (Polanska et al. 2012; Tarver et al. 2014). Several case–control studies (Braun et al. 2006; Kim et al. 2013; Sánchez-Villegas Mdel et al. 2014; Wang et al. 2008) and cross-sectional studies (Froehlich et al. 2009; Ha et al. 2009; Nicolescu et al. 2010; Roy et al. 2009) have demonstrated associations between elevated blood lead levels and general ADHD behavior. However, only a few studies had examined lead exposure with regards to subtypes of ADHD. Some have shown that lead exposure is associated with hyperactive-impulsive behaviors, but not with attention problems (Boucher et al. 2012a; Nigg et al. 2008, 2010b). The mechanism of lead contributing to the risk of ADHD, especially with regard to the different behavior subtypes, remains unclear.

The objective of this study was to explore the association between concurrent lead exposure and the prevalence of ADHD behaviors in environmental lead–exposed Mexican children 6–13 years of age, with regard to three subtypes: hyperactivity, inattention, and the combination of hyperactivity and inattention.

## Materials and Methods

### Study Population

The study population was part of two birth cohorts of mother–infant pairs enrolled in Mexico City, Mexico, starting in 1997 and 2001, as part of the parent project known as the Early Life Exposure in Mexico to ENvironmental Toxicants (ELEMENT) study (Téllez-Rojo et al. 2006). Pregnant women were initially recruited from prenatal clinics of the Mexican Social Security Institute in Mexico City, which serves a low- to middle-income population formally employed in the private sector. Potential participants were excluded if they exhibited any factor that could interfere with maternal calcium metabolism or a family or personal history of a calcium-related disorder, had intention not to breastfeed, serious pregnancy-related conditions, taking corticosteroid medications, or were a single parent. They were later excluded if their child had any of the following at

Address correspondence to S. Huang, Dalla Lana School of Public Health, University of Toronto, Toronto, ON, M5T 3M7 Canada. Telephone: (437) 333-2968. E-mail: siying.huang@utoronto.ca

Supplemental Material is available online (http://dx.doi.org/10.1289/ehp.1510067).

We thank the study team in Mexico for their tremendous effort in collecting data for this study, the Mexican Social Security Institute for their assistance in collecting perinatal data, and the American British Cowdray Medical Center and the Instituto Nacional de Perinatología for the use of their research facilities. We also thank D. Bellinger for his invaluable assistance with the preparation of this manuscript.

This study was supported by the National Institute of Environmental Health Sciences/National Institutes of Health (NIEHS/NIH) grants R01 ES021446, R01 ES007821, P01 ES022844, P30 ES017885, R01 ES014930, R01 ES013744, K23 ES000381, K01 ES014907, K01 ES016587, T32 ES07062; U.S. Environmental Protection Agency (EPA) grant RD83543601; Consejo Nacional de Ciencia y Tecnología grant 4150M9405; and Consejo de Estudios para la Restauración y Valoración Ambiental, Department of Federal District, México; and partially funded by the National Institute of Public Health/Ministry of Health of Mexico.

The contents of this study are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS or the NIH or the U.S. EPA. Further, the U.S. EPA does not endorse the purchase of any commercial products or services mentioned in the publication.

The authors declare they have no actual or potential competing financial interests.

Received: 11 April 2015; Accepted: 17 November 2015; Advance Publication: 8 December 2015; Final Publication: 1 June 2016.