# **Exhibit E**



Wednesday,
November 12, 2008

Part II

# Environmental Protection Agency

40 CFR Parts 50, 51, 53, and 58
National Ambient Air Quality Standards for Lead; Final Rule

Plaintiffs' Exhibit

**042**

Food & Water v. EPA
3:17-cv-02162-EMC

Tables 6–1 and 8–7 of the Criteria Document are presented in the second set of slopes in Table 1 below (adapted from Table 1 of the proposal). In this second set are studies (included in the Criteria Document Table 6–1) that examined the quantitative relationships of IQ and blood Pb in study populations for which most blood Pb levels were below 10 µg/dL and for which a linear slope restricted to blood Pb levels below about 10 µg/dL could be estimated.

Among this group of quantitative IQ-blood Pb relationships examined in the Criteria Document (CD, Tables 6–1 and 8–7), the steepest slopes for change in IQ with change in blood Pb level are those derived for the subsets of children in the Rochester and Boston cohorts for which peak blood Pb levels were <10 µg/dL; these slopes, in terms of IQ points per µg/dL blood Pb, are −1.8 (for concurrent blood Pb influence on IQ) and −1.6 (for 24-month blood Pb influence on IQ), respectively. The mean blood Pb levels for children in these subsets of the Rochester and Boston cohorts are 3.32 (Canfield, 2008) and 3.8 µg/dL (Bellinger, 2008), respectively, which are the lowest population mean levels among the datasets included in the table. Other studies with analyses involving similarly low blood Pb levels (*e.g.*, mean levels below 4 µg/dL) also had slopes steeper than −1.5 points per µg/dL blood Pb. These include the slope of −1.71 points per µg/dL blood Pb [39] for the subset of 24-month old children in the Mexico City cohort with blood Pb levels less than 5 µg/dL (n=193), for which the mean concurrent blood Pb level was 2.9 µg/dL (Tellez-Rojo *et al.* 2006, 2008),[40] and the slope of −2.94 points per µg/dL blood Pb for the subset of 6–10 year old children whose peak blood Pb levels never exceeded 7.5 µg/dL (n=112), and for which the mean concurrent blood Pb level was 3.24 µg/dL (Lanphear *et al.* 2005; Hornung 2008a). Thus, from these subset analyses, the slopes range from −1.71 to −2.94 IQ points per µg/dL of concurrent blood Pb, as shown in the first set of slopes in Table 1. In this first set are studies that included quantitative relationships for IQ and blood Pb that focused on lower individual blood Pb levels (below 7.5 µg/dL). We also note that for blood Pb levels up to approximately 3.7 µg/dL, the slope of the nonlinear C–R function in which greatest confidence is placed in estimating IQ loss in the quantitative risk assessment (the LLL function) [41] falls intermediate between these two values.

TABLE 1—SUMMARY OF QUANTITATIVE RELATIONSHIPS OF IQ AND BLOOD Pb FOR TWO SETS OF STUDIES DISCUSSED ABOVE

| Study/analysis | Study cohort | Analysis dataset | N | Range BLL [A] (µg/dL) | Geometric mean BLL [A] (µg/dL) | Form of model from which average slope derived | Average linear slope [B] (points per µg/dL) |
|---|---|---|---|---|---|---|---|
| **Set of studies from which steeper slopes are drawn in the proposal** ||||||||
| Tellez-Rojo <5 subgroup. | Mexico City, age 24 mo. | Children—BLL<5 µg/dL. | 193 | 0.8–4.9 | 2.9 | Linear | −1.71 |
| based on Lanphear et al 2005 [C], Log-linear with low-exposure linearization (LLL). | Dataset from which the log-linear function is derived is the pooled International dataset of 1333 children, age 6–10 yr, having median blood Pb of 9.7 µg/dL and 5th–95th percentile of 2.5–33.2 µg/dL. ||||| LLL [D]: −2.29 at 2 µg/dL −1.89 at 3 µg/dL |
| Lanphear et al. 2005 [C], <7.5 peak subgroup. | Pooled International, age 6–10 yr. | Children—peak BLL <7.5 µg/dL. | 103 | 0.9–7.4 | 3.24 | Linear | −2.94 |

used the piece-wise model with node at 10 µg/dL, for which the steeper of the two slopes is less steep than it is for the model with node at 7.5 µg/dL. As stated in the RRP economic analysis document, "[s]electing a model with a node, or changing one segment to the other, at a lifetime average blood Pb concentration of 10 µg/dL rather than at 7.5 µg/dL, is a small protection against applying an incorrectly rapid change (steep slope with increasingly smaller effect as concentrations lower) to the calculation" (USEPA, 2008). We note here that the slope for the less-than-10-µg/dL portion of the model used in the RRP analysis (-0.88) is similar to the median for the slopes included in the Criteria Document analysis of quantitative relationships for studies in which the majority of blood Pb levels were below 10 µg/dL.

[39] This slope reflects effects on cognitive development in this cohort of 24-month old children based on the age-appropriate test described earlier, and is similar in magnitude to slopes for the cohorts of older children described here. The strengths and limitations of this age-appropriate test, the Mental Development Index (MDI) of the Bayley Scales of Infant Development (BSID), were discussed in a letter to the editor by Black and Baqui (2005). The letter states that "the MDI is a well-standardized, psychometrically strong measure of infant mental development." The MDI represents a complex integration of empirically-derived cognitive skills, for example, sensory/perceptual acuities, discriminations, and response; acquisition of object constancy; memory learning and problem solving; vocalization and beginning of verbal communication; and basis of abstract thinking. Black and Baqui additionally state that although the MDI is one of the most well-standardized, widely used assessment of infant mental development, evidence indicates low predictive validity of the MDI for infants younger than 24 months to subsequent measures of intelligence. They explain that the lack of continuity may be partially explained by "the multidimensional and rapidly changing aspects of infant mental development and by variations in performance during infancy, variations in tasks used to measure intellectual functioning throughout childhood, and variations in environmental challenges and opportunities that may influence development." Martin and Volkmar (2007) also noted that correlations between BSID performance and subsequent IQ assessments were variable, but they also reported high test-retest reliability and validity, as indicated by the correlation coefficients of 0.83 to 0.91, as well as high interrater reliability, correlation coefficient of 0.96, for the MDI. Therefore, the BSID has been found to be a reliable indicator of current development and cognitive functioning of the infant. Martin and Volkmar (2007) further note that "for the most part, performance on the BSID does not consistently predict later cognitive measures, particularly when socioeconomic status and level of functioning are controlled".

[40] In this study, the slope for blood Pb levels between 5 and 10 µg/dL (population mean blood Pb of 6.9 µg/dL; n=101) was −0.94 points per µg/dL blood Pb but was not statistically significant, with a p value of 0.12. The difference in the slope between the <5 µg/dL and the 5–10 µg/dL groups was not statistically significant (Tellez-Rojo *et al.*, 2006; Tellez-Rojo, 2008).

[41] The LLL function is the loglinear function from Lampshear *et al.* (2005), with linearization at low exposures (as described in sections 2.1.5 and 4.1.1.2 of the Risk Assessment Report).

TABLE 1—SUMMARY OF QUANTITATIVE RELATIONSHIPS OF IQ AND BLOOD Pb FOR TWO SETS OF STUDIES DISCUSSED ABOVE—Continued

| Study/analysis | Study cohort | Analysis dataset | N | Range BLL[A] ($\mu$g/dL) | Geometric mean BLL[A] ($\mu$g/dL) | Form of model from which average slope derived | Average linear slope[B] (points per $\mu$g/dL) |
|---|---|---|---|---|---|---|---|
| **Set of studies with shallower slopes (Criteria Document Table 6–1) presented in the proposal[E]** ||||||||
| Canfield et al 2003[C], <10 peak subgroup. | Rochester, age 5 yr | Children—peak BLL <10 $\mu$g/dL. | 71 | 0.5–8.4 | 3.32 | Linear | −1.79 |
| Bellinger and Needleman 2003[C]. | Boston[B][F] | Children—peak BLL <10 $\mu$g/dL. | 48 | 1–9.3[F] | [F]3.8 | Linear | −1.56 |
| Tellez-Rojo et al. 2006. | Mexico City, age 24 mo. | Full dataset | 294 | 0.8–9.8 | 4.28 | Linear | −1.04 |
| Tellez-Rojo et al. 2006 full—loglinear. | Mexico City, age 24 mo. | Full dataset | 294 | 0.8–9.8 | 4.28 | Log-linear | [G] −0.94 |
| Lanphear et al. 2005[C], <10 peak[C] subgroup. | Pooled International, age 6–10 yr. | Children—peak BLL <10 $\mu$g/dL. | 244 | 0.1–9.8 | 4.30 | Linear | −0.80 |
| Al-Saleh et al 2001 full—loglinear. | Saudi Arabia, age 6–12 yr. | Full dataset | 533 | 2.3–27.36[H] | 7.44 | Log-linear | [G] −0.76 |
| Kordas et al 2006, <12 subgroup. | Torreon, Mexico, age 7 yr. | Children—BLL <12 $\mu$g/dL. | 377 | 2.3–<12 | 7.9 | Linear | −0.40 |
| Lanphear et al 2005[C] full—loglinear. | Pooled International, age 6–10 yr. | Full dataset | 1333 | 0.1–71.7 | 9.7 (median) | Log-linear | [G] −0.41 |
| Median value | | | | | | | [D] −0.9 |

[A] Blood Pb level (BLL) information provided here is drawn from publications listed in table, in some cases augmented by study authors (Bellinger, 2008; Canfield, 2008a,b; Hornung, 2008a,b; Kordas, 2008; Tellez-Rojo, 2008).
[B] Average linear slope estimates here are for relationship between IQ and concurrent blood Pb levels (BLL), except for Bellinger & Needleman which used 24 month BLLs with 10 year old IQ.
[C] The Lanphear et al. 2005 pooled International study includes blood Pb data from the Rochester and Boston cohorts, although for different ages (6 and 5 years, respectively) than the ages analyzed in Canfield et al 2003 and Bellinger and Needleman 2003.
[D] The LLL function (described in section II.C.2.b) was developed from Lanphear et al 2005 loglinear model with a linearization of the slope at BLL below 1 $\mu$g/dL. In estimating IQ loss with this function in the risk assessment (section II.A.3) the nonlinear form of the model with varying slope was used for all BLL above 1 $\mu$g/dL. The slopes shown are the average slopes (IQ points per $\mu$g/dL blood Pb) associated with application of the LLL functions from zero to the blood Pb levels identified (2 and 3 $\mu$g/dL).
[E] These studies and quantitative relationships are discussed in the Criteria Document (CD, sections 6.2, 6.2.1.3 and 8.6.2).
[F] The BLL for Bellinger and Needleman (2003) are for age 24 months.
[G] For nonlinear models, this is the estimated average slope for change in IQ with change in blood Pb over the range from the 10th percentile blood Pb value in study to 10 $\mu$g/dL (CD, p. 6–65). The shape of these models is such that the average slopes from the 10th percentiles to a value lower than 10 $\mu$g/dL are larger negative values than those shown here (e.g., the slopes to 5 $\mu$g/dL are 50% larger negative values).
[H] 69% of children in Al-Saleh *et al.* (2001) study had BLL<10 $\mu$g/dL.

3. Overview of Human Exposure and Health Risk Assessments

To put judgments about risk associated with exposure to air-related Pb in a broader public health context, EPA developed and applied models to estimate human exposures to air-related Pb and associated health risk for various air quality scenarios and alternative standards. The design and implementation of the risk assessment needed to address significant limitations and complexity that go far beyond the situation for similar assessments typically performed for other criteria pollutants. The multimedia and persistent nature of Pb and the role of multiple exposure pathways add significant complexity as compared with other criteria pollutants that focus only on the inhalation exposure. Not only was the risk assessment constrained by the timeframe allowed for this review in the context of the breadth of information to address, it was also constrained by significant limitations in data and modeling tools for the assessment, as described in section II.C.2.h of the proposal.

The scope and methodology for this assessment were developed over the last few years with considerable input from the CASAC Pb Panel and the public, as described in the proposal (section II.C.2.a).[42] The following sections provide a brief summary of the quantitative exposure and risk assessment and key findings. The complete full-scale assessment, including the associated uncertainties, is more fully summarized in section II.C of the proposal and described in detail in the Risk Assessment Report (USEPA, 2007b).

a. Design Aspects and Associated Uncertainties

As discussed in section II.C.2 of the proposal, EPA conducted exposure and risk analyses to estimate blood Pb and associated IQ loss in children exposed to air-related Pb. As recognized in section II.A.2 above and discussed in the proposal notice and Criteria Document, among the wide variety of health endpoints associated with Pb exposures, there is general consensus

---
[42] In their review of the final risk assessment, CASAC expressed strong support, stating that "[t]he Final Risk Assessment report captures the breadth of issues related to assessing the potential public health risk associated with lead exposures; it competently documents the universe of knowledge and interpretations of the literature on lead toxicity, exposures, blood lead modeling and approaches for conducting risk assessments for lead" (Henderson, 2008a, p. 4).

Among the analyses presented in the proposal (Table 1), we note that six study groups from four different studies have blood Pb levels appreciably closer to the mean blood Pb levels in today's young children. Mean blood Pb levels for these study groups range from 2.9 to 4.3 µg/dL, while mean blood Pb levels for the other three study groups considered in the proposal range from 7.4 up to 9.7 µg/dL. Further, among the six slopes from analyses with blood Pb levels closest to today's blood Pb levels, four come from two studies, with these two studies each providing two analyses of differing blood Pb levels. Focusing on the single analysis from each of the four studies that has a mean blood Pb level closest to today's mean for U.S. children yields four slopes ranging from −1.56 to −2.94, with a median of −1.75 IQ points per µg/dL (Table 3). Consistent with the evidence for nonlinearity in the C–R relationship, the slopes for the C–R functions from these four analyses are steeper than the slopes for the other higher blood Pb level analyses. In considering the C–R functions from these four analyses with the air-related IQ loss framework in section II.C.3.c below, we have placed greater weight on the median of the group, giving less weight to the minimum or maximum values, recognizing the uncertainty in determining the C–R relationship.

TABLE 3—SUMMARY OF QUANTITATIVE RELATIONSHIPS OF IQ AND BLOOD Pb FOR ANALYSES WITH BLOOD Pb LEVELS CLOSEST TO THOSE OF CHILDREN IN THE U.S. TODAY

| Blood Pb levels (µg/dL) | | Study/analysis | Average linear slope [A] (IQ points per µg/dL) |
|---|---|---|---|
| Geometric mean | Range (min–max) | | |
| 2.9 | 0.8–4.9 | Tellez-Rojo et al. 2006, <5 subgroup | −1.71 |
| 3.24 | 0.9–7.4 | Lanphear et al. 2005 [B], <7.5 peak subgroup | −2.94 |
| 3.32 | 0.5–8.4 | Canfield et al. 2003 [B], <10 peak subgroup | −1.79 |
| 3.8 | 1–9.3 | Bellinger and Needleman 2003 [B], <10 peak subgroup | −1.56 |
| Median value | | | −1.75 |

[A] Average linear slope estimates here are for relationship between IQ and concurrent blood Pb levels except for Bellinger & Needleman for which study reports relationship for 10-year-old IQ with 24-month blood Pb levels.
[B] The Lanphear et al. (2005) pooled International study includes blood Pb data from the Rochester and Boston cohorts, although for different ages (6 and 5 years, respectively) than the ages analyzed in Canfield *et al.* (2003) and Bellinger and Needleman (2003).

Some commenters representing a business or industry association recommended that EPA rely on the median estimate from the second set of C–R functions presented in the proposal. As their basis for this view, these commenters made several points. For example, they stated that the extent and magnitude of nonlinearity in the IQ-blood Pb C–R relationship is "highly uncertain," and as part of their rationale for this statement they cited studies by Jusko *et al.* (2007) and Surkan *et al.* (2007) as not providing support for a nonlinear C–R function. Other statements made by these commenters in support of their view are that the maximum slope in the first set is an "outlier," that the second set reflects a greater number of studies and subjects than the first set, and that simply being closer to the blood Pb levels of today's children does not provide a better estimate than the median of the second set, with some noting that the second set is inclusive of some analyses with blood Pb levels similar to those in first set.

EPA disagrees with these commenters' view that a focus on analyses of children with blood Pb levels closer to today's children is not an important criterion for selecting a C–R function for use with the IQ loss framework. On the contrary, as stated above, EPA agrees with CASAC that this is an essential criterion for this analysis. While EPA recognizes uncertainty in the quantitative characterization of the nonlinearity in the blood Pb-IQ loss relationship, the weight of the current evidence (described in detail in the Criteria Document) supports our conclusion that the blood Pb-IQ loss relationship is nonlinear, with steeper slopes at lower blood Pb levels. While EPA agrees there are a greater number of studies and subjects in the second set, the nonlinearity of the relationship at issue means that a focus on C–R functions from the studies in that set involving children with appreciably higher blood Pb levels could not be expected to identify a slope estimate that would be reasonably representative for today's population of children. In reviewing the available studies with this important criterion in mind, as described above, we have identified four different studies from which C–R functions can be drawn, and in considering these functions in the context of the air-related IQ loss framework, have focused on the median estimate for the group, consequently avoiding focus on a single estimate that may be unduly influenced by one single analysis.

With regard to the "new" studies cited by commenters above, EPA notes that we are not relying on them in this review for the reasons stated above in section I.C. After provisional consideration of these studies cited by commenters (discussed further in the Response to Comments document), EPA has determined that the more recent cited studies provide only limited information with regard to the shape of the C–R curve and, in light of other recent provisionally considered studies and those studies reviewed in the Criteria Document, do not materially change EPA's conclusion regarding nonlinearity that is well founded in the evidence described in the Criteria Document.

(v) Role of Risk Assessment

Some commenters recommended that the Administrator place greater weight on the risk estimates derived in the quantitative risk assessment, with some (e.g., the Association of Battery Recyclers) concluding that these estimates supported a level for the standard above the proposed range and some (e.g., NRDC and Missouri Coalition for the Environment) concluding that they supported a level at the lower end or below the proposed range. For the reasons identified in the

to this and other public health protection actions, including those described above in section I.D.