# Exhibit F

**Summary of the facts and opinions to which Dr. Bruce Lanphear is expected to testify**

Introduction

As discussed by Dr. Lanphear in his 2015 review *The Impact of Toxins on the Developing Brain*:

> The causes of death and disability in children have shifted over the past century (Lanphear 2015). Concerted public health efforts to control tuberculosis, cholera, typhoid, and other infectious agents in the early twentieth century led to a dramatic reduction in child mortality, followed by a rise in life expectancy. By the end of the twentieth century, the 'new morbidities of childhood'—attention deficit hyperactivity disorder (ADHD), autism, asthma, obesity, and preterm birth—had emerged. Learning disabilities and mental disorders are now two of the most prevalent morbidities in children. About 7.6% of US children are estimated to have a parent-reported learning disability, and 13% are estimated to have a mental disorder, including anxiety, autism, conduct disorder, depression, or ADHD. . . . These data indicate that we are in the midst of an epidemic of brain-based disorders (Lanphear 2015).

The high reported prevalence of learning disabilities and mental disorders has fueled research to better understand the role of environmental chemicals, including through use of prospective cohort studies that collect individualized biomarkers of exposure to environmental toxins. As Dr. Lanphear noted in his 2015 review, "Biologic markers, or biomarkers, of exposure, which can enhance our ability to quantify an individual's internal dose of a contaminant, are revolutionizing the study of environmental toxins in the same way genetic tests are revolutionizing the study of heritability" (Lanphear 2015).

One prospective cohort that has been developed for this purpose is the Maternal-Infant Research on Environmental Chemicals (MIREC) in Canada. Background information about MIREC was summarized by Arbuckle, et al. (2013):

> The Maternal-Infant Research on Environmental Chemicals (MIREC) Study was established to obtain Canadian biomonitoring data for pregnant women and their infants, and to examine potential adverse health effects of prenatal exposure to priority environmental chemicals on pregnancy and infant health.
>
> Women were recruited during the first trimester from 10 sites across Canada and were followed through delivery. Questionnaires were administered during pregnancy and post-delivery to collect information on demographics, occupation, life style, medical history, environmental exposures and diet. Information on the pregnancy and the infant was abstracted from medical charts. Maternal blood, urine, hair and breast milk, as well as cord blood and infant meconium, were collected and analysed for an extensive list of environmental biomarkers and nutrients. Additional biospecimens were stored in the study's Biobank. . . .

1

4). Overall, there was relatively high consistency between fluoride exposure and FSIQ overall, and PIQ specifically, across all of the exposure measures, showing good convergent validity.

After controlling for covariates, a 1-mg/L increase in MUFSG was associated with a 4.49-point lower IQ score (95%CI, −8.38 to −0.60) in boys, but there was no statistically significant association with IQ scores in girls (B = 2.40; 95%CI, −2.53 to 7.33); a 1-mg higher daily intake of fluoride among pregnant women was associated with a 3.66 lower IQ score (95%CI, −7.16 to −0.14) in boys and girls; and a 1 mg/L higher water fluoride concentration was associated with a 5.29 lower IQ score (95%CI, −10.39 to−0.19). To put these findings in perspective, a pooled analysis of 7 cohorts involving over 1,300 children found that an increase in low-level, concurrent blood lead concentrations, from <1 to 10 μg/dL (<10 ppb to 100 ppb), was associated with a 6.9 IQ point decrement (Lanphear 2015, p. 814).

Dr. Lanphear's study discusses reasons for the possible sex-specific effect that was found with maternal urinary fluoride. As the study notes, "boys have a higher prevalence of neurodevelopmental disorders such as ADHD, learning disabilities, and intellectual disabilities. Adverse effects of early exposure to fluoride may manifest differently for girls and boys, as shown with other neurotoxicants." (Green, et al. 2019). In addition, the other two exposure measures (where no sex-specific difference was found) may better correlate with postnatal exposure and thereby reflect distinct risks. Sex differences by timing of exposure have been found in at least one animal study, in which males had greater deficits from prenatal exposure and females greater deficits from postnatal exposure (Mullenix et al 1995).

Dr. Lanphear's team examined the data for possible collinearity, outliers, and influential points and none were found. To quote:

> Regression diagnostics confirmed that there were no collinearity issues in any of the IQ models with $MUF_{SG}$ or fluoride intake (variance inflation factor <2 for all covariates). Residuals from each model had approximately normal distributions, and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations as measured by Cook distance (Green, et al. 2019).

Dr. Lanphear's team also addressed the possibility of non-linear dose-response relationships by conducting sensitivity analyses using quadratic and natural log effects models. As noted in the paper, these did not significantly improve the regression models so linear regression was used because it was considered easier to interpret. Similarly, models with 2 linear splines were tested to check for non-linearity and threshold effects, but none were found. To quote:

> we examined separate models with 2 linear splines to test whether the MUFSG association significantly differed between lower and higher levels of MUFSG based on 3 knots, which were set at 0.5mg/L (mean MUFSG), 0.8mg/L (threshold seen in the Mexican birth cohort), and 1 mg/L (optimal concentration in the United States until 2015). For fluoride intake,

9

knots were set at 0.4 mg (mean fluoride intake), 0.8mg, and 1mg (in accordance with MUFSG) (Green, et al. 2019).

As would be expected, Figure 3 in Dr. Lanphear's study shows a large degree of scatter in the plotted IQ points across the cohort. These are the "raw data" (i.e., unadjusted observed values) and do not take into account the multivariable regression model analyses which simultaneously adjust for all the factors entered in the models and give a more valid picture of the true relationship between F exposure and IQ. The dose-response regression line is also plotted in these graphs, along with its 95% confidence interval. These lines and shaded areas depict the regression model results and indicate relatively narrow confidence intervals and relatively large effects. ==Additional perspective can be obtained for the degree of scatter and degree of variance explained by fluoride in these graphs by comparing them to similar published results for studies of lead and IQ.==

**(5) Based on the convergent results from the MIREC and ELEMENT cohorts, the *in utero* period is likely a susceptible period of life vis-à-vis fluoride toxicity.**

The significant association between prenatal fluoride and IQ in the MIREC cohort (Green, et al., 2019) is convergent with the findings from the ELEMENT cohort (Bashash, et al. 2017, 2018). In Dr. Lanphear's MIREC study, an analysis was done using the same urinary dilution method as used in the ELEMENT study (Green, et al. 2019, eTable 2). Model C in eTable 2 shows a loss of 4.96 IQ points in 3-4 year old boys in the MIREC cohort for every 1 mg/L increase in maternal urine F exposure. In the ELEMENT cohort, each 1 mg/L increase in maternal urine was associated with a statistically significant loss of 6.3 IQ points (measured as GCI points) (Bashash et al 2017, Table 4). Thus, the magnitude of the effect in the ELEMENT cohort and the MIREC cohort are similar and consistent with each other. By contrast, childhood measures of urinary fluoride (at ages 6-12) in the ELEMENT cohort did not significantly correlate with IQ (Bashash, et al. 2017).

As noted by Bellinger (2019): "The effect size seen in boys [in the MIREC analysis] . . . is generally consistent with the effect sizes reported in the Mexico City study . . . and in a 2018 Chinese study (5.3 points per 1-mg/L increase in children's urinary fluoride concentration)."

The comparability of the MIREC and ELEMENT findings is enhanced by the fact that urinary fluoride content exposure was analyzed at the same fluoride lab and was adjusted identically for urinary dilution in both cohorts. Moreover, maternal urinary fluoride levels in Mexico City and Canadian women living in a fluoridated region were essentially the same, and IQ scores were measured at approximately the same age (3 to 4 years).

The consistency of findings between two prospective cohort studies, in two different populations, provides good evidence that prenatal fluoride exposure is a risk factor for neurocognitive harm, particularly when considered in the context of the previous cross-sectional studies of fluoride and IQ, and general knowledge about the vulnerability of the developing brain. As Dr. Lanphear explained in his 2015 review in the *American Journal of Public Health*, "The developing brain is particularly vulnerable to environmental toxins. The blood–brain barrier of the

10