# Exhibit F

# Assessment of the Neurotoxicity of Fluoride

Kathleen M. Thiessen, Ph.D.
June 27, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



**TABLE OF CONTENTS**

I.    Introduction ...................................................................................................................... 3
      A.    Assignment ............................................................................................................ 3
      B.    Qualifications ........................................................................................................ 3
      C.    Summary of Opinions ........................................................................................... 4
      D.    Updates and Reservation ....................................................................................... 4
      E.    Compensation and Prior Litigation Work ............................................................. 4

II.   Opinions ........................................................................................................................... 5
      A.    Neurotoxicity is a hazard of fluoride exposure ..................................................... 5
      B.    Neurotoxicity is a more sensitive effect of fluoride exposure
            than severe dental fluorosis ................................................................................. 28
      C.    Identifiable subsets of the population have heightened susceptibility
            to the risk of harm from fluoridation chemicals ................................................. 33
      D.    The current EPA reference dose for fluoride is not
            protective against neurotoxicity .......................................................................... 51
      E.    Fluoridation chemicals present an "unreasonable risk" of neurotoxicity,
            as defined by EPA ............................................................................................... 63

III.  Conclusions .................................................................................................................... 69
IV.   References ...................................................................................................................... 70

Appendix A:  Recent animal studies of fluoride neurotoxicity (Tables A-1 and A-2) ................. 99
Appendix B:  Studies associating fluoride exposure with cognitive deficits in humans ............ 112
Appendix C:  Figures .................................................................................................................. 119
Appendix D:  Adequacy of EPA's 2010 RfD with respect to the knowledge then
             available to EPA ..................................................................................................... 123
Appendix E:  Lack of effectiveness of community water fluoridation in improving
             dental health ........................................................................................................... 137
Appendix F:  Resume of Kathleen M. Thiessen, Ph.D. .............................................................. 144



### E. Fluoridation Chemicals Present an "Unreasonable Risk" of Neurotoxicity, as Defined by EPA

In determining whether a chemical presents an "unreasonable risk" to human health[489] under the Toxic Substances Control Act (TSCA), EPA considers (1) the human health hazard of the chemical, (2) the extent of human exposure to the chemical, and (3) the estimated margin between the toxic effect level and human exposure.[490]   As discussed below, each of these three factors supports the conclusion that fluoridation chemicals pose an unreasonable risk to human health.  Some of the following discussion is based on EPA's P2 Framework Manual,[491] which is intended to expedite the review of new industrial chemicals proposed for manufacture or import.[492]  The general approach is based on NRC's 1983 risk assessment report[493] and is intended to identify chemicals not requiring regulation (e.g., they do not present an unreasonable risk to human health or the environment) and chemicals that do require regulation (e.g., they may present an unreasonable risk to human health or the environment, or there may be substantial human exposure).[494]  "Low hazard chemicals are dropped from further review because by their nature they will not result in risk,"[495] but a "complete risk assessment is necessary if the hazard concern is identified as high or moderate."[496]

   A) <u>Human Health Hazard of Fluoride</u>

According to EPA, "Human health hazard is relevant to whether a new chemical substance is likely to present an unreasonable risk because the significance of the risk is dependent upon both the hazard (or toxicity) of the chemical substance and the extent of exposure to the substance."[497]  EPA has established a framework for determining whether a chemical substance has a "low," "moderate," or "high" human health hazard.[498]

Under the EPA framework, a chemical "is considered to have low human health hazard if effects are observed in animal studies with a No Observed Adverse Effect Level (NOAEL) equal to or greater than 1,000 mg/kg/day." [499]

A chemical "is considered to have moderate human health hazard if effects are observed in animal studies with a NOAEL less than 1,000 mg/kg/day." [500]

Lastly, a chemical is "considered to have high human health hazard if there is evidence of adverse effects in humans or conclusive evidence of severe effects in animal studies with a NOAEL of less than or equal to 10 mg/kg/day." [501]

Under this framework, fluoride has a "high human health hazard."  <u>First</u>, as discussed earlier, adverse effects on IQ have been repeatedly observed in humans, including results from high-quality prospective cohort studies.  This is sufficient, by itself, to establish fluoride as a high human health hazard

---

[489] TSCA requires that EPA protect against unreasonable risks to "human health and the environment."  Since the focus here is on human health, risk to the environment will not be addressed.
[490] EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[491] EPA (2012b).
[492] EPA (2012b), p. 1-1.
[493] NRC (1983); see EPA (2012b), p. 2-2.
[494] EPA (2012b), pp. 1-6 to 1-7.
[495] EPA (2012b), p. 8-8.
[496] EPA (2012b), p. 8-8.
[497] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[498] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[499] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[500] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[501] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).



under EPA's criteria.  <u>Second</u>, there is clear evidence of adverse neurotoxic effects in animals, with *LOAELs*, not just NOAELs, below 10 mg/kg/day.  As discussed above, the LOAELs for impairment in learning and memory in rodents, and concurrent changes to the brain, range from 0.75 mg/kg/day to 6.1 mg/kg/day,[502] while the NOAELs range from 0.75 to 3.3 mg/kg/day.[503]  Fluoride thus readily qualifies as a "high human health hazard" by EPA's criteria.

      B)  <u>Human Exposure to Fluoridation Chemicals</u>

In its TSCA risk evaluations, EPA has recognized that "the significance of the risk is dependent upon both the hazard (or toxicity) of the chemical substance and the extent of exposure to the substance."[504] This second criterion weighs strongly in favor of an unreasonable risk finding for fluoridation chemicals, as the extent of human exposure is nothing short of massive.  Approximately 210 million Americans, or nearly 3/4 of the population, have municipal water to which fluoridation chemicals have been added.[505] Further, most of the 73 million people living in "non-fluoridated" areas will routinely consume fluoridation chemicals in processed beverages and foods, as many beverages and foods are produced in fluoridated areas.[506]

Because of the massive reach of water fluoridation, millions of highly susceptible individuals are being exposed.  By way of example, there were approximately 3.9 million children born in the U.S. in 2017.[507]  Of these children, approximately 2.9 million will have been exposed to fluoridation chemicals in the womb.  Further, since 42% of infants in the U.S. are exclusively formula-fed during the first 6 months of life,[508] approximately 1.2 million infants each year will consume fluoridation chemicals every day for their first six months.  With such widespread exposure, even small risks can amount to widespread harm.

      C)  <u>Margin of Exposure (MOE)</u>

Finally, in assessing whether a chemical poses an unreasonable risk under TSCA (as well as under the Guidelines[509]), EPA uses the "margin of exposure" (MOE) method.[510]  The MOE "is a ratio of the toxicity effect level to the estimated exposure dose."[511]  "The lower the MOE (margin between the toxicity effect level and the exposure dose), the more likely a chemical is to pose an unreasonable risk."[512]

---

[502] From Table 6, LOAELs for fluoride range from 4.5 to 23 mg/L in rat studies and from 11 to 23 mg/L in mouse studies.  As discussed in the previous section, these values correspond to ranges of 0.75 to 3.8 mg/kg/day in rats and 2.9 to 6.1 mg/kg/day in mice, with these values representing probable overestimates.

[503] From Table 6, NOAELs for fluoride range from 4.5 to 20 mg/L in rat studies and 11 mg/L in mouse studies, with several studies having no NOAEL (effects were found at the lowest doses used).  As discussed in the previous section, these values correspond to a range of 0.75 to 3.3 mg/kg/day in rats and a value of 2.9 mg/kg/day in mice, with these values representing probable overestimates.

[504] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019). See also EPA (2012b), p. 8-8.

[505] CDC (2016).

[506] See, for example, Kiritsy et al. (1996); Turner et al. (1998); Heilman et al. (1999).

[507] Centers for Disease Control. Births and Natality. [Available at: https://www.cdc.gov/nchs/fastats/births.htm].

[508] CDC (2018; n.d.).

[509] EPA (1998a), pp. 65-66; Federal Register (1998), pp. 26949-26950.

[510] Although EPA has described the MOE method as "just one of several approaches to risk characterization" that may be used under TSCA (Federal Register 2017, p. 33735), a review of its risk evaluations shows that, *in practice*, the Agency almost always uses this method.

[511] EPA (2012b), p. 13-8.

[512] EPA (2012b), p. 13-8.



An acceptable margin between toxicity and human exposure is called an "acceptable MOE"[513] or a "benchmark MOE."[514] If the calculated MOE "is equal to or exceeds the benchmark MOE, the new chemical substance is not likely to present an unreasonable risk."[515]

### Benchmark MOE

The benchmark (or acceptable) MOE is generally 100 for a risk assessment based on a NOAEL from animal data and 1000 for a risk assessment based on a LOAEL from animal data.[516] The benchmark MOE accounts for the variation in sensitivity among the human population ($UF_H = 10$), extrapolation between animals and humans ($UF_A = 10$), and (for use of a LOAEL) the LOAEL-to-NOAEL extrapolation ($UF_L = 10$).[517] In other words, EPA will conclude that no risk exists if human exposure to the chemical is at least 100 times lower than the NOAEL or at least 1000 times lower than the LOAEL. Where allometric scaling is used to derive the effect level, UFH is reduced to 3, for a benchmark MOE of 30 or 300 (for assessments based on a NOAEL or LOAEL, respectively).[518]

### *Exposure Assessment*

In estimating human exposure to a chemical, EPA's Guidelines state that the assessment should consider "highly exposed individuals or highly sensitive or susceptible individuals."[519] Consistent with this, EPA's MOE analyses under TSCA generally consider the highest-exposed group in the population (usually occupationally-exposed workers).[520] In addition, when dealing with chemicals that may be present in drinking water, EPA's MOE analyses under TSCA separately consider the exposure of members of the public, both adults and infants.[521] The separate treatment of infants in the MOE analysis is supported by the fact that infants have the highest intake of water, by body weight, of any age group in the population.[522] Finally, "EPA considers consumers of specific products to be a potentially exposed or susceptible subpopulation on the basis of greater exposure potential compared to the general population who do not use specific products."[523]

### *Human Exposure to Fluoride*

Consistent with EPA's risk evaluations under TSCA, the example exposure estimates described here (summarized in Table 8) consider a range of exposures, representing the general adult population along with highly exposed population subgroups, including bottle-fed infants and individuals with high water intakes (for example, due to medical conditions or to physical exertion). All estimates are based on a water fluoride concentration of 0.7 mg/L. For the general adult population, I have combined NRC's estimates for adult consumers of municipal water, ages 20-24 and 25-54 years (0.011 mg/kg/day).[524] As an example of elderly adults (ages 65+), I have included the 90th percentile of adult consumers of municipal water (0.022

---

[513] EPA (2012b), p. 13-8.
[514] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[515] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[516] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019); EPA (2012b), p. 13-8.
[517] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019). The benchmark MOE does not include the other two uncertainty factors that are typically used ($UF_S$ for subchronic-to-chronic studies and $UF_D$ for database adequacy).
[518] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[519] EPA (1998a), p. 3; Federal Register (1998), p. 26928.
[520] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[521] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[522] See for example EPA (2000a; 2004b).
[523] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[524] NRC (2006), p. 430, Table B-11.



mg/kg/day).[525]  To account for individuals with high water intakes, I have used the NRC's waterborne fluoride intake estimates (at 0.7 mg/L) for adult athletes and physical laborers (0.05 mg/kg/day), children with diabetes mellitus (0.07 mg/kg/day), and individuals with nephrogenic diabetes insipidus (0.1 mg/kg/day).[526]  For bottle-fed infants with high exposure, I have used the 95th percentile of infant consumers of municipal water, ages < 6 months (0.14 mg/kg/day).[527]  Note that none of these exposure estimates, even those labeled "high," can be considered an upper bound or maximum exposure.

For infants, an estimate of typical exposure can be derived from Fomon et al.[528] and Harriehausen et al.[529]  As discussed above, based on estimates by Fomon et al., infants consuming powdered formula prepared with fluoridated water (0.7 mg/L) will typically ingest between 0.08 to 0.115 mg/kg/day.[530]  Consistent with this, Harriehausen et al. estimated that infants consuming formula reconstituted with fluoridated water will ingest an average of 0.11 mg/kg/day at ages 2 and 4 months and 0.09 mg/kg/day at age 6 months.[531]  For purposes of this analysis, therefore, infant exposure to fluoridation chemicals is non-conservatively placed at 0.1 mg/kg/day, the same value as used for children and adults with nephrogenic diabetes insipidus.  It is important to stress that this represents a *typical* exposure among bottle-fed infants, it does *not* represent the upper bound.

Table 8 provides the MOEs for the above-mentioned populations, for each of the LOAELs and NOAELs previously considered (Tables 6 and 7). As can be seen, the observed MOEs are below the benchmark MOE (300 for LOAELs and 30 for NOAELs) for each group and every POD, with the exception of adults when using the NOAEL-based PODs (for which the benchmark MOE = 30).  Under EPA's own criteria, therefore, a risk of fluoride neurotoxicity could exist for each and every one of these populations, particularly infants.  By way of comparison, Table 9 provides examples of recent EPA risk evaluations that separately considered adults and infants in the MOE analysis.  For these chemicals, the MOEs greatly exceeded the benchmark MOEs in nearly all cases.

### D) Summary of Unreasonable Risk Analysis

As demonstrated above, fluoridation chemicals qualify as an unreasonable risk under the criteria that EPA has used in its TSCA risk evaluations.  First, fluoride is a "high human health hazard" under EPA's framework for hazard classification, given both that observed LOAELs and NOAELs are very low and that high-quality studies in humans have repeatedly shown neurotoxic effects.  Second, there is unquestionably widespread human exposure to fluoridation chemicals among both the general population and susceptible subsets of the population.  Third, the margins of exposure between the toxicity levels in animals and the exposure levels in humans are far below the benchmark MOEs.

Consistent with this analysis, recent prospective birth cohort studies have found significant reductions in IQ at maternal urinary fluoride levels that are widely exceeded by pregnant women living in fluoridated areas.[532]  Thus, the animal and human data are consistent in demonstrating a risk of neurotoxic harm from current exposure levels to fluoridation chemicals.

---

[525] NRC (2006), p. 431, Table B-12.
[526] NRC (2006), p. 35, Table 2-4.
[527] NRC (2006), p. 432, Table B-13.
[528] Fomon et al. (2000).
[529] Harriehausen et al. (2019).
[530] Fomon et al. (2000), Table 2.
[531] Harriehausen et al. (2019).
[532] Bashash et al. (2017); Till et al. (2018); Green (2018).

