# Exhibit H

EPA/630/R-95/001F
April 1998

# Guidelines for
# Neurotoxicity Risk Assessment

(Published on May 14, 1998, Federal Register 63(93):26926-26954)

Risk Assessment Forum

**Table 8. Characterization of the health-related database**

| Sufficient evidence | The sufficient evidence category includes data that collectively provide enough information to judge whether or not a human neurotoxic hazard could exist. This category may include both human and experimental animal evidence. |
|---|---|
| Sufficient human evidence | This category includes agents for which there is sufficient evidence from epidemiologic studies, e.g., case control and cohort studies, to judge that some neurotoxic effect is associated with exposure. A case series in conjunction with other supporting evidence may also be judged "sufficient evidence." Epidemiologic and clinical case studies should discuss whether the observed effects can be considered biologically plausible in relation to chemical exposure. (Historically, often much has been made of the notion of causality in epidemiologic studies. Causality is a more stringent criterion than association and has become a topic of scientific and philosophical debate. See Susser [1986], for example, for a discussion of inference in epidemiology.) |
| Sufficient experimental animal evidence/limited human data | This category includes agents for which there is sufficient evidence from experimental animal studies and/or limited human data to judge whether a potential neurotoxic hazard may exist. Generally, agents that have been tested according to current test guidelines would be included in this category. The minimum evidence necessary to judge that a potential hazard exists would be data demonstrating an adverse neurotoxic effect in a single appropriate, well-executed study in a single experimental animal species. The minimum evidence needed to judge that a potential hazard does not exist would include data from an appropriate number of endpoints from more than one study and two species showing no adverse neurotoxic effects at doses that were minimally toxic in terms of producing an adverse effect. Information on pharmacokinetics, mechanisms, or known properties of the chemical class may also strengthen the evidence. |

Data from all potentially relevant studies, whether indicative of potential hazard or not, should be included in this characterization. The primary sources of data are human studies and case reports, experimental animal studies, other supporting data, and in vitro and/or SAR data. Because a complex interrelationship exists among study design, statistical analysis, and biological significance of the data, a great deal of scientific judgment, based on experience with neurotoxicity data and with the principles of study design and statistical analysis, is required to adequately evaluate the database on neurotoxicity. In many cases, interaction with scientists in specific disciplines either within or outside the field of neurotoxicology (e.g., epidemiology, statistics) may be appropriate.

The adverse nature of different neurotoxicity endpoints may be a complex judgment. In general, most neuropathological and many neurobehavioral changes are regarded as adverse. However, there are adverse behavioral effects that may not reflect a direct action on the nervous system. Neurochemical and electrophysiological changes may be regarded as adverse because of their known or presumed relation to neuropathological and/or neurobehavioral consequences. In the absence of supportive information, a professional judgment should be made regarding the adversity of such outcomes, considering factors such as the nature, magnitude, and duration of the effects reported. Thus, correlated measures of neurotoxicity strengthen the evidence for a hazard. Correlations between functional and morphological effects, such as the correlation between leg weakness and paralysis and peripheral nerve damage from exposure to tri-ortho-cresyl phosphate, are the most common and striking example of this form of validity. Correlations support a coherent and logical link between behavioral effects and biochemical mechanisms. Replication of a finding also strengthens the evidence for a hazard. Some neurotoxicants cause similar effects across most species. Many chemicals shown to produce neurotoxicity in laboratory animals have similar effects in humans. Some neurological effects may be considered adverse even if they are small in magnitude, reversible, or the result of indirect mechanisms.

Because of the inherent difficulty in "proving any negative," it is more difficult to document a finding of no apparent adverse effect than a finding of an adverse effect. Neurotoxic effects (and most kinds of toxicity) can be observed at many different levels, so only a single endpoint needs to be found to demonstrate a hazard, but many endpoints need to be examined to demonstrate no effect. For example, to judge that a hazard for neurotoxicity could exist for a given agent, the minimum evidence sufficient would be data on a single adverse endpoint from a well-conducted study. In contrast, to judge that an agent is unlikely to pose a hazard for

neurotoxicity, the minimum evidence would include data from a host of endpoints that revealed no neurotoxic effects. This may include human data from appropriate studies that could support a conclusion of no evidence of a neurotoxic effect. With respect to clinical signs and symptoms, human exposures can reveal far more about the absence of effects than animal studies, which are confined to the signs examined.

In some cases, it may be that no individual study is judged sufficient to establish a hazard, but the total available data may support such a conclusion. Pharmacokinetic data and structure-activity considerations, data from other toxicity studies, or other factors may affect the strength of the evidence in these situations. For example, given that gamma diketones are known to cause motor system neurotoxicity, a marginal data set on a candidate gamma diketone, e.g., 1/10 animals affected, might be more likely to be judged sufficient than equivalent data from a member of a chemical class about which nothing is known.

A judgment that the toxicology database is sufficient to indicate a potential neurotoxic hazard is not the end of analysis. The circumstances of expression of the hazard are essential to describing human hazard potential. Thus, reporting should contain the details of the circumstances under which effects have been observed, e.g., "long-term oral exposures of adult rodents to compound X at levels of roughly 1 mg/kg have been associated with ataxia and peripheral nerve damage."