IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., Plaintiffs, v. U.S. Environmental Protection Agency, et al., Defendants. | Case No.: 17-cv-02162-EMC **SECOND AMENDED APPENDIX B TO JOINT PRETRIAL CONFERENCE STATEMENT (Exhibits); PROPOSED ORDER** Trial: June 8, 2020 Time: 8:30 a.m. Place: Zoom Webinar |

Per Court Order, Dkt. No. 210, attached here are the parties' SECOND AMENDED exhibit lists in tabular form which supersedes the previously filed amended exhibit lists (Dkt. No. 184-1), corrected exhibit lists (Dkt. No. 159-1), and original exhibit lists (Dkt. No. 153-1).

In advance of trial, the parties stipulate to pre-admit the exhibits marked "ADMITTED" in the attached second amended exhibit lists.

Dated:  June 4, 2016                                    Respectfully submitted,

*s/ John Thomas H. Do*
DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
Environmental Defense Section
4 Constitution Square,
150 M Street NE, Room 4.1114
Washington, DC 20001
Tel: (202) 514-2640

Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

*s/ Michael Connett* (with permission)
MICHAEL CONNETT
C. ANDREW WATERS
Waters Kraus & Paul
222 N. Pacific Coast Hwy
El Segundo, CA 90245
Tel: (310) 414-8146

*Attorneys for Plaintiffs*

NOW THEREFORE, it is hereby ORDERED: Exhibits demarcated as "ADMITTED" in the parties Second Amended Exhibit Lists are deemed admitted into evidence.

DATED this _____ day of June, 2020.

_____
EDWARD M. CHEN
United States District Court Judge