IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**SECOND AMENDED APPENDIX B TO JOINT PRETRIAL CONFERENCE STATEMENT (Exhibits);** ~~PROPOSED~~ **ORDER**<br><br>Trial: June 8, 2020<br>Time: 8:30 a.m.<br>Place: Zoom Webinar |

Per Court Order, Dkt. No. 210, attached here are the parties' SECOND AMENDED exhibit lists in tabular form which supersedes the previously filed amended exhibit lists (Dkt. No. 184-1), corrected exhibit lists (Dkt. No. 159-1), and original exhibit lists (Dkt. No. 153-1).

In advance of trial, the parties stipulate to pre-admit the exhibits marked "ADMITTED" in the attached second amended exhibit lists.

Dated: June 4, 2016

Respectfully submitted,

*s/ John Thomas H. Do*
DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
Environmental Defense Section
4 Constitution Square,
150 M Street NE, Room 4.1114
Washington, DC 20001
Tel: (202) 514-2640

CASE NO. 17-CV-02162-EMC
2ND AMENDED APPENDIX B (EXHIBITS); ~~PROPOSED~~ ORDER

Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

*s/ Michael Connett* (with permission)
MICHAEL CONNETT
C. ANDREW WATERS
Waters Kraus & Paul
222 N. Pacific Coast Hwy
El Segundo, CA 90245
Tel: (310) 414-8146

*Attorneys for Plaintiffs*

NOW THEREFORE, it is hereby ORDERED: Exhibits demarcated as "ADMITTED" in the parties Second Amended Exhibit Lists are deemed admitted into evidence.

DATED this __4th__ day of June, 2020.

_____
EDWARD M. CHEN
United States District Court Judge

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (SECOND AMENDED) June 4, 2020

| Exhibit Number | Status | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **PLAINTIFFS' EXHIBITS** | | | | |
| 001 | removed; subject to Pls' MIL #1 | CV of Dr. Ole Fejerskov | 2019 | | Foundation | Ole Fejerskov | | | |
| 002 | removed; subject to Pls' MIL #1 | Tables and Figures from Dr. Fejerskov's Expert Report | 2019 | | Summary of opinion | Ole Fejerskov | | | |
| 003 | | CV of Dr. Philippe Grandjean | 2019 | | Further context for expert opinon | Philippe Grandjean | | | |
| 004 | withdrawn | Tables and Figures from Dr. Grandjean's Expert Reports | | | | | | | |
| 005 | | CV of Dr. Howard Hu | 2019 | | Further context for expert opinon | Howard Hu | | | |
| 006 | | CV of Dr. Bruce Lanphear | 2019 | | Further context for expert opinon | Bruce Lanphear | | | |
| 007 | | CV of Dr. Kathleen Thiessen | 2019 | | Further context for expert opinon | Kathleen Thiessen | | | |
| 008 | withdrawn | Tables and Figures from Dr. Thiessen's Expert Reports | | | | | | | |
| 009 | removed; subject to Pls' MIL #1 | CV of Dr. Christine Wells | 2019 | | Further context for expert opinon | Christine Wells | | | |
| 010 | removed; subject to Pls' MIL #1 | Tables and Figures from Dr. Wells Expert Reports | 2019 | | | | | | |
| 011 | ADMITTED | NIEHS/EPA Children's Environmental Health and Disease Prevention Research Centers: Protecting Children's Health Where They Live, Learn, and Play (EPA/600/R-17/407). | 2017 | | Background and context for NIH-funded birth cohort studies & adverse nature of IQ loss | N/A | | | |
| 012 | ADMITTED | Mundy, et al. "Building a Database of Developmental Neurotoxicants: Evidence from Human and Animal Studies" (Ex. 223). | n/a | | Supports neurotoxicity being a hazard of fluoride | N/A | | | |
| 013 | ADMITTED | NRC. Fluoride in Drinking Water: A Scientific Review of EPA's Standards | 2006 | | Supports neurotoxicity being a hazard of fluoride | N/A | | | |
| 014 | ADMITTED | Declaration of FDA's Dental Officer Frederick Hyman (Nov 5, 2018) and accompanying letter from FDA. | 2018 | | Lack of benefits from fluoride ingestion and absence of neurological safety data | N/A | | | |
| 015 | ADMITTED | CDC's Objections to Deposition Subpoena | 2018 | | Absence of neurological safety data for fluoride | Hannan | | | |
| 016 | ADMITTED | Stipulation Regarding Manufacturers of Fluoridation Chemicals (ECF 101). | 2019 | | Absence of neurological safety data for fluoride | N/A | | | |
| 017 | ADMITTED | EPA Guidelines for Neurotoxicity Risk Assessment (EPA/630/R-95/001F). | 1998 | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 018 | ADMITTED | EPA – Toxicological Review of 2,2',4,4'-Tetrabromodiphenyl Ether (BDE-47) (EPA/635/R-07/005F). | 2008 | | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | | | |
| 019 | ADMITTED | EPA – Toxicological Review of 2-Hexanone (EPA/635/R-09/008F). | 2009 | | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | | | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (SECOND AMENDED) June 4, 2020

| Exhibit Number | Status | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|---|
| 020 | ADMITTED | EPA – Toxicological Review of Methanol (Noncancer) (EPA/635/R-11/001Fa). | 2013 | | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | | | |
| 021 | withdrawn | EPA - Toxicological Review of Hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) (EPA/635/R-18/211Fa). | | | | | | | |
| 022 | withdrawn | EPA - Toxicological Review of Trimethylbenzenes (EPA/635/R-16/161Fa). | | | | | | | |
| 023 | | EPA - Estimated Per Capita Water Ingestion and Body Weight in the United States (EPA-822-R-00-008). | 2000 | | Exposure assessment for fluoride | N/A | | | |
| 024 | withdrawn | EPA - Estimated Per Capita Water Ingestion and Body Weight in the United States—An Update (EPA-822-R-00-001). | | | | | | | |
| 025 | ADMITTED | EPA - Exposure Factors Handbook (Introduction) | 2011 | | Exposure assessment for fluoride | N/A | | | |
| 026 | | EPA - Exposure Factors Handbook (Updated Chapter 3: Ingestion of Water and Other Select Liquids) | 2019 | | Exposure assessment for fluoride | N/A | | | |
| 027 | | EPA - Recommended Use of Body Weight 3/4 as the Default Method in Derivation of the Oral Reference Dose (EPA 100-R11-0001). | 2011 | | To establish EPA's method for establishing human equivalent doses from animal data | N/A | | | |
| 028 | withdrawn | EPA – A Review of the Reference Dose and Reference Concentration Processes (EPA/630/P-02/002F) | | | | | | | |
| 029 | withdrawn | EPA - Fluoride: Dose-Response Analysis for Non-cancer Effects (EPA-820-R-10-019). | | | | | | | |
| 030 | withdrawn | EPA - Fluoride: Exposure and Relative Source Contribution Analysis (EPA-820-R-10-015) | | | | | | | |
| 031 | ADMITTED | EPA - Reregistration Eligibility Decision for Sodium Fluoride (EPA 739-R-07-010). | 2007 | | To establish EPA's risk assessment principles and practices in the context of sodium fluoride pesticides | N/A | | | |
| 032 | | EPA – IRIS Chemical Assessment Summary: Methylmercury (MeHg); CASRN 22967-92-6 | 2001 | | Generalizability of BMD data derived from foreign populations to US | N/A | | | |
| 033 | ADMITTED | EPA – Regulatory Impact Analysis of the Final Clean Air Mercury Rule, EPA-452/R-05-003 | 2005 | | Adverse nature of IQ loss | N/A | | | |
| 034 | ADMITTED | EPA – Regulatory Impact Analysis of the Proposed Revisions to the National Ambient Air Quality Standards for Lead, https://www3.epa.gov/ttn/ecas/docs/ria/naaqs-lead_ria_final_2008-10.pdf | 2008 | | Adverse nature of IQ loss | N/A | | | |
| 035 | ADMITTED | EPA – Economic Analysis of Toxic Substances Control Act Section 403: Lead-Based Paint Hazard Standards, https://www.epa.gov/sites/production/files/documents/403_ea_d21.pdf | 2000 | | Adverse nature of IQ loss | N/A | | | |
| 036 | ADMITTED | EPA Website – "About Risk Assessment," https://www.epa.gov/risk/about-risk-assessment#whatisrisk. | 2019 | | To establish EPA risk assessment principles and practices | N/A | | | |
| 037 | ADMITTED | EPA Website – "NRC Risk Assessment Paradigm," https://www.epa.gov/fera/nrc-risk-assessment-paradigm. | 2017 | | To establish EPA risk assesment principles and practices | N/A | | | |
| 038 | ADMITTED | EPA Website – "Conducting a Human Health Risk Assessment, https://www.epa.gov/risk/conducting-human-health-risk-assessment. | 2017 | | To establish EPA risk assessment principles and practices | N/A | | | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (SECOND AMENDED) June 4, 2020

| Exhibit Number | Status | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|---|
| 039 | ADMITTED | EPA Website – "Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups," https://www.epa.gov/expobox/exposure-assessment-tools-lifestages-and-populations-highly-exposed-or-other-susceptible. | 2017 | | To establish EPA risk assessment principles and practices | N/A | | | |
| 040 | withdrawn | EPA Website - EPA-FDA Fish Advice: Technical Information, https://www.epa.gov/fish-tech/epa-fda-fish-advice-technical-information | | | | | | | |
| 041 | ADMITTED | Federal Register, Volume 76, Number 12 (January 19, 2011), Pages 3,422-3,449: Sulfuryl Fluoride; Proposed Order Granting Objections to Tolerances and Denying Request for a Stay | 2011 | | Exposure assessment & risk assessment methods | N/A | | | |
| 042 | ADMITTED | Federal Register, Volume 73, Number 219 (November 12, 2008), Pages 66,964–67,062. National Ambient Air Quality Standards for Lead; Final Rule | 2008 | | Adverse nature of IQ loss | N/A | | | |
| 043 | ADMITTED | Federal Register, Volume 84, Number 123 (June 26, 2019), Pages 30,524-30,569) National Primary Drinking Water Regulations: Perchlorate; Proposed rule, request for public comment | 2019 | | Adverse nature of IQ loss | N/A | | | |
| 044 | ADMITTED | Memorandum from Steve M. Knott to Wendy Cleland-Hamnett, Director of OPPT (Ex. 237). | 2016 | | EPA's risk characterization under TSCA | N/A | | | |
| 045 | ADMITTED | Power point of Dr. Tala Henry (Ex. 235), along with cover pages (Ex. 236) | 2016 | | EPA's risk characterization under TSCA | N/A | | | |
| 046 | | EPA - Draft Risk Evaluation for 1,4-Dioxane (EPA-740-R1-8007). | 2019 | | EPA's risk characterization/determination practices under TSCA | N/A | | | |
| 047 | | EPA - Draft Risk Evaluation for 1-Bromopropane (740-R1-8013). | 2019 | | EPA's risk characterization/determination practices under TSCA | N/A | | | |
| 048 | | EPA - Draft Risk Evaluation for Methylene Chloride (EPA-740-R1-8010). | 2019 | | EPA's risk characterization/determination practices under TSCA | N/A | | | |
| 049 | | EPA - Draft Risk Evaluation for N-Methylpyrrolidone (NMP) (EPA-R1-8009) | 2019 | | EPA's risk characterization/determination practices under TSCA | N/A | | | |
| 050 | withdrawn | EPA - Draft Risk Evalution for Trichloroethylene (EPA-740-R1-8008) | | | | | | | |
| 051 | withdrawn | Letter from EPA Assistant Administrator, Robert Perciasepe, July 25, 1997 (Ex. 155). | | | | | | | |
| 052 | ADMITTED | Second Amended Declaration of Scott Edwards | 2019 | | Standing | N/A | | | |
| 053 | ADMITTED | Declaration of Kristie Lavelle [REDACTED] | 2018 | | Standing | N/A | | | |
| 054 | ADMITTED | Declaration of Julie Simms | 2018 | | Standing | N/A | | | |
| 055 | ADMITTED | Declaration of Brenda Staudenmaier [REDACTED] | 2018 | | Standing | N/A | | | |
| 056 | ADMITTED | Declaration of Audrey Adams | 2018 | | Standing | N/A | | | |
| 057 | ADMITTED | Declaration of Jessica Trader | 2018 | | Standing | N/A | | | |
| 058 | ADMITTED | Declaration of Moms Against Fluoridation | 2018 | | Standing | N/A | | | |
| 059 | withdrawn | Grandjean Purchase Order | | | | | | | |
| 060 | withdrawn | Thiessen Dep. Ex. 260: Dose Response Evaluation | | | | | | | |
| 061 | withdrawn | Thayer Dep. Ex. 103 | | | | | | | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (SECOND AMENDED) June 4, 2020

| Exhibit Number | Status | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|---|
| **UNITED STATES' EXHIBITS** | | | | | | | | | |
| 501 | removed; subject to Pls' MIL #1 | Curriculum Vitae for Charlotte Lewis, MD, MPH. | | | | | | | |
| 502 | removed; subject to Pls' MIL #1 | Tables and Figures from Community Water Fluoridation. Expert report of Charlotte Lewis. | | | | | | | |
| 503 | removed; subject to Pls' MIL #1 | Tables and Figures from Charlotte Lewis Rebuttal to Plaintiffs' Reports | | | | | | | |
| 504 | ADMITTED | Curriculum Vitae for Ellen Chang, Sc.D. | | | Foundation | Ellen Chang | | | |
| 505 | ADMITTED | Tables and Figures Rebuttal Report of Ellen Chang, Sc.D. | | | Summary of opinion | Ellen Chang | | | |
| 506 | removed; subject to Pls' MIL #1 | Curriculum Vitae for Gary Douglass Slade. | | | | | | | |
| 507 | removed; subject to Pls' MIL #1 | Tables and Figures from Dental Health Benefits of Fluoride in Drinking Water. Expert report of Gary Slade. | | | | | | | |
| 508 | removed; subject to Pls' MIL #1 | Tables and Figures from Gary Slade Responses to Expert Reports for the Plaintiffs | | | | | | | |
| 509 | ADMITTED | Curriculum Vitae for Joyce Tsuji, Ph.D., DABT, Fellow ATS. | | | Foundation | Joyce Tsuji | | | |
| 510 | ADMITTED | Tables and Figures from Expert Rebuttal Report of Joyce Tsuji | Aug. 1, 2019 | | Summary of opinion | Joyce Tsuji | | | |
| 511 | ADMITTED | Curriculum Vitae for Tala Henry, Ph.D. | | | Foundation | Tala Henry | | | |
| 512 | ADMITTED | Tables and Figures from Initial Summary of the Facts and Opinions to Which Tala Henry is Expected to Testify | June 27, 2019 | | Summary of opinion | Tala Henry | | | |
| 513 | ADMITTED | Tables and Figures from Rebuttal Summary of the Facts and Opinions to Which Tala Henry is Expected to Testify | Aug. 1, 2019 | | Summary of opinion | Tala Henry | | | |
| 514 | ADMITTED | Environmental Protection Agency, 40 CFR Chapter I, [EPA–HQ–OPPT–2016–0763; FRL–9959–74], Fluoride Chemicals in Drinking Water; TSCA Section 21 Petition; Reasons for Agency Response. Federal Register Vol. 82, No. 37, 11878–11890. | Feb. 27, 2017 | | Considered by expert; Goes to lack of neurotoxicity | Ellen Chang; Tala Henry | | | |
| 515 | ADMITTED | Fluoride Action Network. Citizen Petition Under Section 21 of TSCA. | Nov. 2016 | | Basis of complaint | Tala Henry; Ellen Chang; Joyce Tsuji | | | |
| 516 | ADMITTED | DHHS. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Rep 2015;130(4):318-331. | July 8, 2015 | | Considered by expert | Ellen Chang; Tala Henry; Gary Slade; Charlotte Lewis | | | |
| 518 | ADMITTED | NTP. 2015a Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. U.S. Department of Health and Human Services, National Toxiclogy Program. | Jan. 9, 2015 | | Considered by expert; Goes to lack of neurotoxicity | Kristina Thayer | | | |
| 530 | ADMITTED | U.S. EPA (1992) Guidelines for Exposure Assessment. EPA 600-Z-92-001. https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=15263. | May 29, 1992 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 532 | ADMITTED | U.S. EPA (1998a) Guidelines for Neurotoxicity Risk Assessment. EPA 630-R-95-001F. 1998. https://www.epa.gov/sites/production/files/2014-11/documents/neuro_tox.pdf. | May 14, 1998 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 533 | ADMITTED | U.S. EPA (2000) Risk Characterization Handbook. EPA 100-B-00-002 https://www.epa.gov/sites/production/files/2015-10/documents/osp_risk_characterization_handbook_2000.pdf, including U.S. EPA (1995) Policy for Risk Characterization; Science Policy Council Handbook. | Dec. 2000 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (SECOND AMENDED) June 4, 2020

| Exhibit Number | Status | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|---|
| 535 | ADMITTED | U.S. EPA. (2014) Framework for Human Health Risk Assessment to Inform Decision Making. EPA/100/R-14/001 https://www.epa.gov/sites/production/files/2014-12/documents/hhraframework-final-2014.pdf. | 2014 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 538 | ADMITTED | U.S. EPA (2017) Guidance to Assist Interested Persons in Developing and Submitting Draft Risk Evaluations Under the Toxic Substances Control Act. EPA-740-R17-001 https://www.epa.gov/sites/production/files/2017-06/documents/tsca_ra_guidance_final.pdf. | 2017 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 539 | ADMITTED | U.S. EPA (2018) Application of Systematic Review in TSCA Risk Evaluations. EPA-740-P1-8001 https://www.epa.gov/assessing-and-managing-chemicals-undertsca/application-systematic-review-tsca-risk-evaluations. | 2018 | | Relied upon by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 540 | withdrawn | Senate Report 114–67. Available at https://www.congress.gov/114/crpt/srpt67/CRPT-114srpt67.pdf. | | | | | | | |
| 541 | withdrawn | House Report 114–176. Available at https://www.congress.gov/114/crpt/hrpt176/CRPT-114hrpt176.pdf. | | | | | | | |
| 543 | | Congressional Record S3516. Available at https://www.congress.gov/crec/2016/06/07/CREC-2016-06-07-pt1-PgS3511.pdf. | June 7, 2016 | | Goes to legal requirements of TSCA | Tala Henry | Relevance; Hearsay | FRE 703; FRE 803; FRE 803(8); Goes to requirments of TSCA | |
| 544 | ADMITTED | Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act (82 Fed. Reg. 33,726). | July 20, 2017 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 545 | withdrawn | TSCA Work Plan for Chemical Assessments: 2014 Update, available at https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/tsca-work-plan-chemical-assessments-2014-update. | | | | | | | |
| 546 | withdrawn | Final Rule, Procedures for Prioritization of Chemicals for Risk Evaluation Under the Toxic Substances Control Act (82 Fed. Reg. 33,753). | | | | | | | |
| 547 | withdrawn | Initiation of Prioritization Under the Toxic Substances Control Act (TSCA) (84 Fed. Reg. 10,491). | | | | | | | |
| 548 | removed; subject to Pls' MIL #1 | U.S. Department of Health and Human Services. Water Fluoridation Basics. https://www.cdc.gov/fluoridation/basics/index.htm. | | | | | | | |
| 549 | withdrawn | CDC Objections to Deposition Subpoena | | | | | | | |
| 550 | removed; subject to Pls' MIL #1 | Draft CDC Declaration | | | | | | | |
| 553 | ADMITTED | NTP. 2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. NTP RR 1. National Toxicology Program, Research Triangle Park, N.C. | 2016 | | Considered by expert; Goes to lack of neurotoxicity | Joyce Tsuji | | | |
| 561 | withdrawn | U.S. Department of Health and Human Services. Statement on the Evidence Supporting the Safety and Effectiveness of Community Water Fluoridation. | | | | | | | |
| 639 | removed; subject to Pls' MIL #1 | E-mails from Michael Connett to Christine Wells and attachments "Background on 'Iowa Fluoride Study'". | | | | | | | |
| 640 | removed; subject to Pls' MIL #1 | Fluoride Action Network printout entitled, "OUR TEAM". | | | | | | | |
| 641 | | Email from Michael Connett to Howard Hu, regarding "Question re: summarizing ELEMENTS study for Court" on March 25, 2019 (Hu Deposition Exhibit 344). | March 25, 2019 | | Expert foundation and scope of opinion | Howard Hu | Hearsay | FRE 703 | |
| 643 | ADMITTED | Dr. Thayer's resume. | 2019 | | Foundation of testimony | Kristina Thayer | | | |