# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., Plaintiffs, v. U.S. Environmental Protection Agency, et al., Defendants. | Case No.: 17-cv-02162-EMC **AMENDED APPENDIX C TO JOINT PRETRIAL CONFERENCE STATEMENT (Use of Discovery Responses)** Trial Date: June 8, 2020 Time: 8:30 a.m. Place: Zoom Webinar |

The parties respectfully provide this AMENDED Appendix C (use of discovery responses) which is the result of resolution of all evidentiary disputes.

For ease of reference, the parties have also sequentially ordered the deposition designations to reflect how they will be presented at trial.

As provided by the Court, EPA reserves the right to supplement its deposition designations on Monday, June 8, 2020.

## I. **Excerpts of Written Discovery Responses:**

### A. *Plaintiffs' Designations:*

**1. Identify all primary studies that EPA is aware of which demonstrate or support the neurological safety of prenatal fluoride exposure.** *[Plaintiffs' Rog #6]*

EPA is aware of the Mullenix study, "Neurotoxicity of Sodium Fluoride in Rats," published in Neurotoxicology & Teratology (1995) that demonstrates or supports the absence of detectable adverse effects on the nervous system following prenatal exposure.

**2. Identify all primary studies that EPA is aware of which demonstrate or support the thyroid safety of fluoridated water.** *[Plaintiffs' Rog #11]*

EPA responds that it is not currently aware of any studies that demonstrate or support the absence of detectable adverse effects on the thyroid.

**3.     Identify all primary studies that EPA is aware of which demonstrate or support the thyroid safety of prenatal fluoride exposure.** *[Plaintiffs' Rog #12]*

EPA responds that it is not currently aware of studies that demonstrate or support the absence of detectable adverse effects on the thyroid following prenatal exposure.

**4.     If EPA has ever applied its** *Guidelines for Neurotoxicity Risk Assessment* **to a risk assessment of fluoride, identify this risk assessment(s).** *[Plaintiffs' Rog #4]*

EPA has not applied its *Guidelines for Neurotoxicity Risk Assessment* to a risk assessment of fluoride.

**5.     Identify all risk assessments that EPA has conducted pursuant to the Guidelines for Neurotoxicity Risk Assessment. [Plaintiffs Rog #2 - EPA's Supp Response]**

EPA has expressly applied the Guidelines on Neurotoxicity Risk Assessment to the assessment of any nervous system effects of the following chemicals:

• 1,2,3-Trimethylbenzene;

• 1,2,4-Trimethylbenzene;

• 1,3,5-Trimethylbenzene;

• Methanol;

• 2-Hexanone;

• 2,2',3,3',4,4',5,5',6,6'-Decabromodiphenyl ether (BDE-209);

• 2,2',4,4',5,5'-Hexabromodiphenyl ether (BDE-153);

• 2,2',4,4',5-Pentabromodiphenyl ether (BDE-99);

• 2,2',4,4'-Tetrabromodiphenyl ether (BDE-47);

• Hydrogen sulfide;

• Chlorine dioxide; and

• Chlorite (sodium salt).

**6.      Admit that EPA is not aware of any primary study that supports the neurological safety of prenatal fluoride exposure where the pregnant mother has chronically elevated ($\geq$ 1 mg/L) levels of fluoride in urine during pregnancy.** *[Plaintiffs RFA #9]*

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" on the nervous system following prenatal fluoride exposure where the pregnant mother has chronically elevated ($>$ 1 mg/L) levels of fluoride in urine during pregnancy.

**7.      Admit that EPA is not aware of any primary study that supports the neurological safety of fluoridated water for people with suboptimal nutrient intake.** *[Plaintiffs RFA #10]*

EPA responds that it is not currently aware of studies that demonstrate or support the "absence of detectable adverse effects" from fluoridated water on the nervous system for persons with suboptimal nutrient intake.

**8.      Admit that EPA is not aware of any primary study that supports the neurological safety of fluoridated water for people with impaired kidney function.** *[Plaintiffs RFA #12]*

EPA responds that it is not currently aware of studies that demonstrate or support the "absence of detectable adverse effects" from fluoridated water on the nervous system for persons with impaired kidney function.

**9.      Admit that EPA is not aware of any primary study that supports the neurological safety of fluoridated water for persons with >95th percentile water intake.** *[Plaintiffs RFA #15]*

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with >95th percentile water intake.

**10.     Admit that EPA is not aware of any primary study that supports the neurological safety of fluoride for persons with chronically elevated (≥ 1 mg/L) levels of fluoride in their urine.** *[Plaintiffs RFA #16]*

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with chronically elevated levels of fluoride (>1 mg/l) in their urine.

**11.     Admit that EPA does not fund studies on the effect of environmental toxicants on children's health unless EPA believes the studies have reliable methods that will produce reliable results.** *[Plaintiffs RFA # 45]*

EPA admits only that, under its Science To Achieve Results (STAR) grant program, the Agency generally does not fund studies on the effect of environmental toxicants on children's health unless EPA believes the proposals for the studies have reliable methods that will produce reliable results, otherwise denied.

**12.     Admit that EPA has funded studies of the ELEMENT ("The Early Life Exposures in Mexico to Environmental Toxicants") cohort to understand the impact of environmental toxicants on children's neurodevelopment.** *[Plaintiffs RFA # 46]*

Admit.

**13.     Admit that the study "Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico" (Environmental Health Perspectives, Sept 19, 2017) was funded, in part, by the EPA.** *[Plaintiffs RFA # 48]*

EPA admits that the study "Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico" (Environmental Health Perspectives, Sept 19, 2017) was funded, in part, by the EPA, although the article acknowledges that its contents are solely the responsibility of the authors and do not necessarily represent the official views of EPA.

**14.     Admit that the study "Prenatal Fluoride Exposure and**

**Attention Deficit Hyperactivity Disorder (ADHD) Symptoms in Children at 6-12 Years of Age in Mexico City" (Environmental International, Oct. 10, 2018) was funded, in part, by the EPA.** *[Plaintiffs RFA # 49]*

EPA admits that the study "Prenatal Fluoride Exposure and Attention Deficit Hyperactivity Disorder (ADHD) Symptoms in Children at 6-12 Years of Age in Mexico City" (Environmental International, Dec. 2018) was funded, in part, by the EPA, although the article acknowledges that its contents are solely the responsibility of the authors and do not necessarily represent the official views of EPA.

*15.* **Admit that the study "Chronic Administration of Aluminum-Fluoride or Sodium-Fluoride to Rats in Drinking Water: Alterations in Neuronal and Cerebrovascular Integrity" (Brain Research, 1998, Vol: 784, Pages 284-298) was co-authored by an EPA scientist.** *[Plaintiffs RFA # 50]*

EPA admits only that "Chronic Administration of Aluminum-Fluoride or Sodium-Fluoride to Rats in Drinking Water: Alterations in Neuronal and Cerebrovascular Integrity" was co-authored by Dr. Karl Jensen, who was employed by EPA as a Research Scientist at the time of the study's publication, otherwise denied.

**16.   Admit that the MUNDY REVIEW was written by EPA scientists.** *[Plaintiffs RFA #29]*

Admit, except that, as stated in the Acknowledgements section of the Mundy Review, EPA's approval for publication "does not signify that the contents reflect the views of the Agency."

**17.   Admit that EPA would not have approved the MUNDY REVIEW for publication if EPA disapproved of the methodology that the authors used for their literature review.** *[Plaintiffs RFA # 31]*

EPA admits only that it did not disapprove of the methodology the authors' used for their literature review, otherwise denied.

*18.* **Admit that EPA would not have approved the MUNDY REVIEW for publication if EPA believed there were any material errors in the**

1    **findings of the authors' literature review.** *[Plaintiffs RFA # 32]*

2    EPA admits only that is not aware of any material errors in the findings of the

3    authors' literature review, otherwise denied.

4    **19.    Admit that EPA scientists in the MUNDY REVIEW reviewed**

5    **the scientific literature on over 400 chemicals to identify which of the chemicals had**

6    **been linked to developmental neurotoxicity in animal and human studies.** *[Plaintiffs*

7    *RFA # 34]*

8    Admit, except that EPA scientists did not independently validate the findings

9    reported in the reviewed publications.

10    **20.    Admit that the findings of the literature review set forth in**

11    **Table 1 of the MUNDY REVIEW are correct to the best of EPA's knowledge.**

12    *[Plaintiffs RFA # 35]*

13    Admit, except that the objective of the literature review was to identify two or more

14    studies that provided evidence for developmental neurotoxicity, not to independently

15    evaluate the findings reported or to validate those findings.

16    **21.    Admit that EPA scientists in the MUNDY REVIEW found that**

17    **only 22 of the 400 chemicals that they reviewed had evidence of developmental**

18    **neurotoxicity in humans, and fluoride was one of these 22 chemicals.** *[Plaintiffs RFA*

19    *# 36]*

20    Admit.

21

22

23

24

25

26

27

28

B.    *EPA's Designations:*

    1.    **List every report, study, or document originally written in non-English languages and fully or partially interpreted by Plaintiffs, or someone hired by Plaintiffs, that Plaintiffs may use to support their claim.** *[EPAs' Rog #4]*

- An J, et al. 1992. The effects of high fluoride on the level of intelligence of primary and secondary students. Chinese Journal of Control of Endemic Diseases 7(2):93-94.
- Bai J, et al. 2010. Learning and memory obstacles and changes in brain tissue growth inhibitors from brick tea fluoride and aluminum poisoning of rats. Chinese Journal of Control of Endemic Diseases 25(3):161-63.
- Bai Z,et al. 2014. Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. Chinese Journal of Endemiology 33(2):160-163.
- Bao W, et al. 2003. Report of investigations on adult hand osteoarthritis in Fengjiabao Village, Asuo Village, and Qiancheng Village. Chinese Journal of Endemiology 22(6):517-18.
- Chang A, et al. 2017. Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coalburning fluorosis. Chinese Journal of Control of Endemic Diseases 32(8):872-73.
- Chen YX, et al. 1991. Research on the intellectual development of children in high fluoride areas. Chinese Journal of Control of Endemic Diseases 6(supplement):99-100.
- Chen, et al. 1990. A study of the effects of fluoride on foetal tissue. Chinese Journal of Endemiology 9:345-346.
- Cui R, et al. 2013. Influences of fluoride exposure in drinking water on serum androgen binding protein and testosterone of adult males. Journal of Zhengzhou University (Medical Sciences) 48(6):750-753.
- Cui Y, et al. 2017. The Influence of Fluoride Exposure on the Changes of Thyroid Hormone Levels and the Intellectual Impairment of Offspring Rats. Chinese Journal of Industrial Hygiene and Occupational Diseases 35(12):888-892.
- Diouf M, et al. 2012. Pregnant women living in areas of endemic fluorosis in Senegal and low birthweight newborns: Case–control study. Revue d'Epidémiologie et de Santé Publique 60(2):103-8.
- Dong L, et al. (2018). Investigation of dental fluorosis and intelligence levels of children in drinking water-related endemic fluorosis area of Xi'an. Chinese Journal of Endemiology 37(1):45-48.
- Dong Z, et al. 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. Journal of Guiyang Medical College 18(4):241-45.
- Duan J, et al. 1995. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Medical Journal 18(3):179-80.

- Fan Z, et al. 2007. The effect of high fluoride exposure on the level of intelligence in children. Journal of Environmental Health 24(10):802-03.
- Gas'kov A, et al. 2005. The specific features of the development of iodine deficiencies in children living under environmental pollution with fluorine compounds. Gig Sanit. Nov-Dec;(6):53-5.
- Guo XC, et al. 1991. A preliminary exploration of the IQs of 7-13 year old children from an area with coal-burning-related fluoride poisoning. Chinese Journal of Endemiology 10:98-100.
- Guo Z, et al. 2001. Research on the neurobehavioral function of workers occupationally exposed to fluoride. Industrial Health and Occupational Disease 27:346-348.
- Hao P, et al. 2010. Effect of fluoride on human hypothalamus-hypophysis-testis axis hormones. Journal of Hygiene Research 39(1):53-55.
- He H, et al. 1989. Effects of fluorine on the human fetus. Chinese Journal of Control of Endemic Diseases 4:136-138.
- Hong F, et al. 2001. Research on the effects of fluoride on child intellectual development under different environmental conditions. Chinese Primary Health Care 15: 56-57.
- Li F, et al. 2009. The impact of endemic fluorosis caused by the burning of coal on the development of intelligence in children. Journal of Environmental Health 26(4):838-40.
- Li J, et al. 2004. Effects of high fluoride level on neonatal neurobehavioral development. Chinese Journal of Endemiology 23:464-465.
- Li Y, et al. 2003. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. Chinese Journal of Public Health Management 19(4):337-338.
- Li Y, et al. 1994. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. Journal of West China University of Medical Sciences 25(2):188-91.
- Li X, et al. 2010. Investigation and analysis of children's IQ and dental fluorosis in high fluoride area. Chinese Journal of Pest Control 26(3):230-31.
- Liu L, et al. 1995. Brain mapping of mentally retarded children in high-fluoride regions. Journal of Applied Clinical Pediatrics 10(6):333-35.
- Liu X, et al. 1999. Measurement of the content of T3, T4, and TSH in children in endemic fluorosis areas. Endemic Diseases Bulletin 14(1):16-17.
- Jin T, et al. (2017). Investigation of intelligence levels of children of 8 to 12 years of age in coal burning-related endemic fluorosis areas. Journal of Environment & Health 34(3):229-230.
- Mikhailets ND, et al. 1996. Functional state of thyroid under extended exposure to fluorides Probl Endokrinol (Mosk) 42:6-9.
- Pang H, et al. (2018). Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area. Chinese Journal of Control of Endemic Diseases 33(2):151-52.

- Popov LI, et al. 1974. Characterization of nervous system intoxication in occupational fluorosis. Gigiena Truda i Professional'nye Zabolevaniia (5):25-27.
- Qin LS, Cui SY. 1990. Using the raven's standard progressive matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-aged children. Chinese Journal of Control of Endemic Diseases 5:203-204.
- Ren Da-Li, et al. 1989. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. Chinese Journal of Control of Endemic Diseases 4:251.
- Shao Q, et al. 2003. Study of cognitive function impairment caused by chronic fluorosis. Chinese Journal of Endemiology 22(4):336-38.
- Sun M, et al. 1991. Measurement of intelligence by drawing test among the children in the endemic area of Al-F combined toxicosis. Journal of Guiyang Medical College 16(3):204-06.
- Sun ZR, et al. 2000. Effects of high fluoride drinking water on the cerebral function of mice. Chinese Journal of Epidemiology 19: 262-263.
- Wan G, et al. 2001. Measurement and analysis of several examination indices of endemic fluorosis sufferers. Chinese Journal of Endemiology 20(2):137-39.
- Wang G, et al. 2006. Effect of different doses of chronic exposure of fluoride on rat learning and memory behavior. Studies of Trace Elements and Health 23(2):1-2.
- Wang G, et al. 1996. A study of the IQ levels of four-to-seven-year-old children in high fluoride areas. Endemic Diseases Bulletin 11:60-62.
- Wang QJ, Gao MX, Zhang MF, et al. 2012. Study on the correlation between daily total fluoride intake and children's intelligence quotient. Journal of Southeast University (Med Sci Ed) 31(6):743-46.m
- Wang S, et al. 2005. Effects of coal burning related endemic fluorosis on body development and intelligence levels of children. Journal of Applied Clinical Pediatrics 20(9): 897-898.
- Wang X, et al. 2001. Effects of high iodine and high fluorine on children's intelligence and thyroid function. Chinese Journal of Endemiology 20(4):288-90.
- Wei N, et al. 2014. The effects of comprehensive control measures on intelligence of school-age children in coal-burning-borne endemic fluorosis areas. Chinese Journal of Endemiology 33(3):320-322.
- Wu N, et al. 1995. Behavioral teratology in rats exposed to fluoride. Chinese Journal of Control of Endemic Diseases 14(5):271.
- Xu Y, et al. 1994. The effect of fluorine on the level of intelligence in children. Endemic Diseases Bulletin 9(2):83-84.
- Yang Y, et al. 1994. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of iodine and fluorine. Chinese Journal of Pathology 15(5):296-8.
- Yao Y, et al. 1997. Comparable analysis on the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. Literature and Information on Preventive Medicine 3(1):42-43.

- Yao Y, et al. 1996. Analysis on TSH and intelligence level of children with dental fluorosis in a high fluoride area. Literature and Information on Preventive Medicine 2(1):26-27.
- Yu Y. 2000. Effects of fluoride on the ultrastructure of glandular epithelial cells of human fetuses. Chinese Journal of Endemiology 19(2):81-83.
- Yu Y, et al. 1996. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Chinese Journal of Endemiology 15:257-259.
- Zhang J, et al. 2009. The effect of fluorine exposure of pregnant rats on the learning and memory capabilities of baby rats. Chinese Journal of Public Health 25(11):1347-48.
- Zhang J, et al. 1998. The effect of high levels of arsenic and fluoride on the development of children's intelligence. Chinese Journal of Public Health 17(2):119.
- Zhang P, Cheng L. (2015). Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. Chinese Journal of Control of Endemic Diseases 30(6):458-60.
- Zhang , et al. 1999. Effect of fluoride exposure on synaptic structure of brain areas related to learning-memory in mice. Journal of Hygiene Research 28(4):210-2.

II. **Deposition Testimony:**

    A.    *Plaintiffs' Designations (with EPA's Counter Designations):*

        1.    **CDC :**

**a. 8:14 – 8:16 [Plaintiffs' Designations]**

Q.    Can you please state your name for the
       record.

A.    Case Hannan

**b. 8:22 – 9:02 [Plaintiffs' Designations]**

Q.    Now, we're here today at the CDC's Office
       of General Counsel's Office, but do you understand
       that you have the same obligation to tell the truth
       today just as if you were testifying in a courtroom
       before a judge?

A.    I do.

**c. 10:04-13 [Plaintiffs' Designations]**

Q.    So I'd just like to begin here by asking
       you a few questions about your personal background.
       Could you briefly describe your educational
       background?

A.    Educational background, I have a
       Bachelor's in science, in health science, from Cal
       State University, Long Beach, and a Master's in Public
       Health degree with an emphasis in health behavior and
       health education from the University of Michigan
       School of Public Health.

**d. 10:21-23 [Plaintiffs' Designations]**

Q.    And when did you first start working for
       the Centers for Disease Control?

A.    September 1996.

**e. 16:01 – 16:08 [Plaintiffs' Designations]**

Q.    And then what position -- so what year did

1    you get a new position?

2    A.    So in April of 2016 I was asked to take a
          temporary position as the acting director of the
3         Division of Oral Health.

4    Q.    And is that the position you currently
5          hold?

6    A.    Yes.

7

8                    **f. 16:22 – 17:09 [Plaintiffs' Designations]**

9    Q.    And what are your duties and
          responsibilities as the acting director for the Oral
10         Health Division?

11
12   A.    To ensure that the mission is achieved,
          basically.  It's oversight of all the units within the
13         division, you know, the branches, if you will.
          There's a program branch.  There's a surveillance,
14         investigations, and research branch.  There's a
          science and evaluation team.  There's a policy and
15         communications team.  And our mission is to through
          population-based approaches prevent the burden of oral
16         disease to improve people's quality of life and
17         physical health.

18                   **g. 19:18 – 19:21 [Plaintiffs' Designations]**

19   Q.    And, first, do you understand
20         that you are appearing today as a representative of
          the CDC?
21   A.    I do.
22                   **h. 35:04 – 35:20 [EPA's Designations]**

23   Q.    In the -- let me just ask you before I
          start asking you questions about these NHANES surveys,
24         can you just describe for the Court what NHANES is? ADD BACK?

25
26   A.    NHANES is, if I remember correctly,
          National Health and Nutrition Examination Survey.  It
          is a population-based survey, nationally representive
27         surveillance on a number of health issues -- oral
          health is just one component -- collected in two-year
28

1   data cycles.  It's collected by what they call mobile
2   examination centers, essentially RV types of things
    where people are weighed, blood is drawn.  In the case
3   of oral health, there are dental chairs and trained
    dental examiners looking at things like missing teeth,
4   filled teeth, sealants, and fluorosis.

5                           **i. 97:4-97:23 [Plaintiffs' Designations]**

6   Q.   Okay.  And if you could just refer -- if I
7        could refer you back to the deposition subpoena, if
         you go to Topic No. 2 --
8
9   A.   Right.

10  Q.   -- you see that topic that states:  "Data
11       that the CDC has in its possession, if any, on the
         urinary fluoride levels in persons living in the
12       United States."  Did I read that correctly?

13  A.   Correct.

14  Q.   What did you do, sir, to prepare to
15       testify about this topic today?

16  A.   Consulted with attorneys and Division of
17       Oral Health staff.  And I believe in our response, our
         written response to this, we make the comment,
18       paraphrasing, that we have not conducted nor sponsored
         independent research on urinary fluoride, nor do we
19       have any data related to urinary fluoride in our
20       possession at CDC.

21  Q.   And you stand by that statement?

22  A.   Yes.

23                           **j. 102:03 – 103:18 [EPA's Designations]**
24

25  Q.   Okay.  So you would agree, sir, that CDC
26       was collecting and testing urine for fluoride in the
         2015-to-2016 NHANES survey?
27
28  A.   Yeah.  It appears that's true.  And the
         clarifying comment that I would add, that that was not

1  related or sponsored or funded by the Division of Oral
2  Health which has led me to answer the question in the
   subpoena that CDC has no knowledge of ever collecting
3  this or have any data in our possession.  My
   speculation is that that's being sponsored for or paid
4  for by another program within CDC.

5  **k. 112:11 – 113:11 [Plaintiffs' Designations]**

6  Q.  So earlier we were talking about one of
7  the documents you had reviewed in preparing for
   today's deposition, and that document was the
8  objections that CDC made with respect to the
   deposition subpoena.
9

10  A.  Correct.

11  Q.  And you had testified that you went over
12  the contents of those objections with Ms. Espinoza?

13  A.  Uh-huh.

14  Q.  And can you remind me of her position
15  again at the CDC?

16  A.  At our Division of Oral Health, she's the
17  associate director of science.

18  Q.  Okay.  So you went over each of the
   statements in that document to ensure that those
19  statements were correct, right?

20  A.  That they're accurate, yes, and that I
21  understood them accurately as well.

22  Q.  And Ms. Espinoza confirmed for you that
   all those statements, the ones dealing with the
23  substance and the merits, not the legal points, but
   she confirmed with you that those statements were
24  correct, right?
25

26  A.  Yes.

27  Q.  Okay.  So I would like to go ahead now and
   mark as Exhibit 43 those objections that we received.
28

1

### l. 113:12-17 [EPA's Designations]

2

    (Exhibit 43 was marked for identification.)

3

4    Q.    (By Mr. Connett)  And you will notice in this
document that there are some highlights. Those are
5    highlights that I have added to the document.

6    A.    Okay.

7

### m. 114:07 – 115:11 [Plaintiffs' Designations]

8

9    Q.    And I'd like to direct your attention,
first of all, to the third paragraph on the page.  You
10    see the highlighted portion?

11

12    A.    Uh-huh.

13    Q.    It starts:  "This issue of community water
fluoridation as a neurotoxic risk was addressed by the
14    CDC in the May 1st, 2015, Federal Register notice
which relies on an extensive review of fluoride in
15    drinking water by the NRC.  Did I read that correctly?

16    A.    Yes, you did.

17

18    Q.    And the NRC is the National Research
Council, correct?

19

20    A.    Correct.

21    Q.    And you would agree that the NRC's review
of the toxicologic literature on fluoride was
22    extensive?

23    A.    I'm told it is such, yes, the most
extensive review undertaken.
24

25    Q.    Okay.  And that's a correct statement,
right?  The statement that we just read, that's a
26    correct statement?

27    A.    The first sentence of that paragraph, yes.

28

| | |
|---|---|
| Q. | Okay.  And then the next sentence says: "The federal interdepartmental interagency panel of scientists, which included CDC, accepted the findings of the 2006 National Research Council report Fluoride in Drinking Water: A Scientific Review of EPA Standards, as the summary of hazard."  Did I read that correctly? |
| A. | Yes, you did. |

**n. 115:17 – 115:23 [Plaintiffs' Designations]**

| | |
|---|---|
| Q. | Okay.  And so the CDC along with this federal panel accepted the findings of the NRC's summary of the hazard of fluoride exposure, right? |
| A. | That's correct. |
| Q. | Including the hazards, potential hazards, of neurotoxic effects, correct? |
| A. | Those were included, yes. |

**o. 116:04 – 116:06 [Plaintiffs' Designations]**

| | |
|---|---|
| Q. | Okay.  So I'm going to hand you the chapter from the NRC's 2006 report that focuses on neurotoxicity.  I have marked it as Exhibit 44. |

**p. 116:18 – 116:22 [Plaintiffs' Designations]**

| | |
|---|---|
| Q. | (By Mr. Connett)  So if you turn, sir, to the second page of this document, you see it's a Chapter 7 titled "Neurotoxicity and Neurobehavioral Effects"? |
| A. | Yes. |

**r. 120:07 –  121:22 [Plaintiffs' Designations]**

| | |
|---|---|
| Q. | You see towards the bottom of Page 221 there is a section titled "Neurochemical and Biochemical Changes"? |
| A. | Yes. |
| Q. | Can you just read to yourself the first sentence. |

1  A.     Okay.

2  Q.     Okay.  So the NRC found that lipids and
3         phospholipids and protein content have been shown to
4         be reduced in the brains of laboratory animals
         subsequent to fluoride exposure, correct?

5  A.     That's what they're saying here, yes.

6  Q.     And the CDC agrees with that finding?

7  A.     Yes, as a summary of the hazard.

8  Q.     Okay. And if you look to the bottom of
9         Page 221, I'm going to read here. It says:
10        "Fluorides also inhibit the activity of
11        cholinesterases including acetylcholinesterase.
12        Recently, the number of receptors for acetylcholine
13        has been found to be reduced in regions of the brain
14        thought to be most important for mental stability and
          for adequate retrieval of memories." Did I read that
          correctly?

15 A.     Yes.

16 Q.     And, again, CDC agrees with that finding,
17        correct?

18 A.     As stated, yeah, we agree with the
19        summary, potential summary of the hazard.

20 Q.     Okay.

21 A.     Or potential hazard, excuse me.

22 Q.     And the next sentence reads: "It appears
23        that many of fluoride's effects and those of the
24        aluminofluoride complexes are mediated by activation
25        of Gp, a protein of the G family. G proteins mediate
26        the release of many of the best known transmitters of
          the central nervous system." Did I read that
          correctly?

27 A.     Yes.

28

1  Q.   And CDC agrees with that finding from the
        NRC, correct?

2

3  A.   As stated previously, yes.

4                    **s. 122:19 – 125:03 [Plaintiffs' Designations]**

5  Q.   The next paragraph begins:  "Fluorides
        also increase the production of free radicals in the

6       brain through several different biological pathways.
        These changes have a bearing on the possibility that

7       fluorides act to increase the risk of developing
        Alzheimer's disease."  Did I read that correctly?

8

9  A.   Yes.

10

11 Q.   And CDC agrees with that finding of the
        toxicologic literature?

12 A.   Yes.  And, again, I'm not clear if they're

13      talking about as demonstrated in laboratory animals or
        in human studies.

14

15 Q.   Okay.  And you see the next section on
        this page is titled "Anatomical Changes in the Brain"?

16

17 A.   Yes.

18 Q.   And it begins:  "Studies of rats exposed

19      to sodium fluoride or aluminum fluoride have reported
        distortion in cells in the outer and inner layers of

20      the neocortex.  Neuronal deformations were also found
        in the hippocampus and to a smaller extent in the

21      amygdala and the cerebellum."  Did I read that
        correctly?

22

23 A.   Yes.

24 Q.   And CDC agrees with that finding as a
        summary of the hazard?

25

26 A.   As it relates to rat studies, yes.

27 Q.   Okay.  And you see the next highlighted
        portion in that paragraph?

28

A.    I do.

Q.    It reads:  "The substantial enhancement of
      reactive microglia, the presence of stained
      intracellular neurofilaments, and the presence of IgM
      observed in rodents are related to signs of dementia
      in humans.  The magnitude of the changes was large and
      consistent among the studies."  Did I read that
      correctly?

A.    Yes.

Q.    And CDC agrees with the NRC that this is a
      correct summary of the hazard?

A.    Correct.

Q.    Now, you see under "Recommendations" on
      that page?

A.    Yes.

Q.    The first sentence reads:  "On the basis
      of information largely derived from histological,
      chemical, and molecular studies, it is apparent that
      fluorides have the ability to interfere with the
      functions of the brain and the body by direct and
      indirect means."  Did I read that correctly?

A.    Yes.

Q.    So CDC agrees with NRC that it is apparent
      that fluorides have the ability to interfere with the
      functions of the brain and the body by direct and
      indirect means?

A.    Yes, CDC in connection with the
      intergovernmental work group.  I should also -- I'd
      like to add here in these summaries they don't
      quantify the level of fluoride exposure, at what level
      are these changes being seen, so just the point that
      scientifically it is important to acknowledge.

1

**t. 125:18 – 126:5 [EPA's Designations]**

2

Q.      -- at the bottom of Page 222?  This Page 223

3              provides NRC's recommendations as to the research

4              that should be done on fluoride neurotoxicity.

5    A.      Okay.  I understand now.  Thank you.

6    Q.      And would you agree with that statement?

7    A.      Let me read it.  Would it be possible to?

8    Q.    Yes, please.  Take your time.

9

10    A.           Okay. This goes to my earlier point about

11              CDC and the federal panel accepting the NRC's

             findings as it relates to the potential hazard of

12              fluoride. Not clear to me that they were also

             agreeing with the recommendations.

13

**u. 127:23 – 128:16 [Plaintiffs' Designations]**

14

15    Q.      Okay.  So Topic No. 7 in the plaintiff's

             deposition notice was "CDC's position, if any, on

16              whether community water fluoridation presents a risk

             of neurotoxicity and the basis for said position."

17              Did I read that correctly?

18    A.      Yes.

19

20    Q.      And I'm going to read the highlighted

             portions here of CDC's response, okay?

21    A.      Uh-huh.

22

23    Q.      CDC says here that:  "CDC has not

             conducted or sponsored independent research concerning

24              the risk of neurotoxicity associated with exposure to

             fluoridated water and does not have in its possession

25              any internal scientific evidence concerning this

26              topic."  Did I read that correctly?

27    A.      Yes.

28    Q.      And that's a correct statement, sir,

1  right?

2  A.   Yes, it is.

3  **v. 129:08-19 [Plaintiffs' Designations]**

4  Q.   And Topic 10 is "what CDC has done, if
5  anything, to determine the tolerable upper fluoride
6  intake for neurotoxic effects"?

7  A.   Uh-huh.

8  Q.   And CDC's response says:  "CDC has not
9  conducted or sponsored research concerning the
10  tolerable upper fluoride intake for neurotoxic
   effects."  Did I read that correctly?

11  A.   Yes.

12  Q.   And that's a correct statement, sir,
13  right?

14  A.   Correct.

15  **w. 132:21 – 133:13 [Plaintiffs' Designations]**

16  Q.   So CDC does not have any data on the
17  tolerable upper fluoride intake for neurotoxic effects
18  on children?

19  A.   Right.  As stated in our response to the
20  issue on 10 and 11, we don't conduct research
   ourselves related to tolerable upper fluoride intake.
21  Again, that's under the jurisdiction of EPA's drinking
   water.

22  Q.   Okay.
23

24  A.   And they set maximum and minimum
25  containment levels about notifying people when levels
   are exceeded.

26  Q.   Okay.  And CDC as you sit here today is
27  not aware of any data in the published literature that
   would define the tolerable upper fluoride intake for
28  neurotoxic effects on children -- for children?

1  A.    As a rep of CDC, to my knowledge, we don't
2         have any knowledge about that.

3              **x. 264:15-19 [EPA's Designations]**

4

5  Q.    Can I ask you to go back a little bit just to confirm
6         your background.· Are you a toxicologist?

7  A.    No, I am not.

8  Q.    Are you an epidemiologist?

9  A.    No, I am not.

10
11              **y. 265:6 – 266:2 [EPA's Designations]**

12  Q.    How does CDC go about changing its position on
13  certain topics including, for example, the ones noticed for
  today's deposition?
14         THE WITNESS:    How would we go about
15         changing position? It would be very deliberate
16         process, combining -- looking at updated data,
        research, publications, studies, the like, and trying
17         to understand the weight of that evidence in light of
        what a previous position was.

18  Q.    (By Mr. Do) And who does that reviewing of -- is it
19         fair to say reviews the scientific body of evidence?

20  A.    Correct.

21  Q.    Who does that review?

22
23  A.    It can happen in a number of different ways. For
        example, the updated fluoride recommendations
24         from 2015, the Department asked to appoint an
        intergovernmental work group, interagency,
25         interdepartmental, and appointed 27 people to
26         oversee the review on possibly reducing the level of
        fluoride recommended to be added to water.

27

28

## 2. **JOYCE DONAHUE:**

### a. 05:11-1515 [Plaintiffs' Designations]

Q.    JOYCE MORRISSEY DONOHUE, Ph.D., RD,
        a witness herein, called for oral examination in
        the matter pending, being first duly sworn to tell
        the truth, the whole truth, and nothing but the
        truth, testified as follows:

### b. 12:09-17 [Plaintiffs' Designations]

Q.    And you started working at the EPA
        in 1996.

A.    Correct.

Q.    And you have been -- your position
        at the EPA since then has been senior health
        scientist?

A.    No.  I came in as a health scientist
        and I didn't become a senior health scientist
        until a couple of years after I got there.

### c. 15:11-18 [Plaintiffs' Designations]

Q.    And during your career at EPA, you
        have been involved with fluoride issues,
        right?

A.    Correct.

Q.    Would it be fair to say that you are
        sort of EPA's main person working on fluoride?

A.    With regard to health effects, yes.
        Beyond that, no.

### d. 15:19 – 16:7 [EPA's Designations]

Q.    So if there's someone at EPA and
        they have a question about fluoride's health
        effects, they might come to you and ask you
        questions about that.  Would that be fair to
        say?

A.    It would depend on the context of
      what the chemical was.

Q.    But with fluoride, you would
      basically by the main go-to person on the
      health aspects of fluoride exposure?

A.    You're going to have to rephrase
      that question and be very specific aboutwhich
      part of fluoride because, remember, fluoride
      is in a lot of molecules.

### e. 16:09-25 [Plaintiffs' Designations]

Q.    When it comes to the health effects of
      fluoride in drinking water, would it be fair
      to say that you're the main person at EPA
      working on that issue?

A.    Inorganic fluoride.

Q.    Yes?

A.    If you limit it to inorganic
      fluoride.

Q.    So that would be correct, you would
      be the main person at EPA dealing with the
      health effects of inorganic fluoride exposure?

A.    In the Office of Water.

Q.    In the Office of Water.  And
      inorganic -- the chemicals that are added to
      drinking water for water fluoridation, they
      are inorganic fluoride chemicals, right?

A.    That is correct.

### f. 19:9-16 [EPA's Designations]

Q.        Now, one thing I want to clarify,
          and you've probably been told this, but I want
          to focus today about your own individual
          assessment of things.· And I know EPA has its

1               official positions on certain matters but
today we're talking about your own individual
2               views; does that make sense?

A.      Yes.

### g. 88:11-24 [Plaintiffs' Designations]

Q.      So in the 1990s you come into the
EPA, and in the early 2000s you and the EPA
recognize that there's new toxicological data
on fluoride that needs to be considered,
right?

A.      That's why they considered it.

Q.      And the EPA asked, in the early
2000s, the National Research Council to review
this new toxicological data, right?

A.      That is correct.

Q.      And you yourself presented to the
National Research Council in 2003 to ask them
to do this review, right?

A.      Correct.

### h. 89:02-09 [Plaintiffs' Designations]

Q.      I was at that meeting and you had,
in your discussion explaining to the NRC why
the EPA wanted the NRC to do this review, you
had mentioned that there was new data on
fluoride with respect to neurotoxicity; do you
remember that?

A.      Yes, I mean, it certainly is one of
the areas that --

### i. 89:10-21 [EPA's Designations]

Q.      And –

1
2
3

MS. CARFORA: Did you have more?
Did you finish your answer there? You just
ended with the word "that."

4
5
6
7
8

A.     That's just one of the areas where
there were new data, including the Varner
paper, several other papers. So we -- in what
we charged the NRC to do, we didn't tell them to
just restrict themselves to dental
fluorosis and skeletal fluorosis.· The charge
to the National Research Council is broader
than that. So Michael is correct.

9

### j. 89:23 – 90:17 [Plaintiffs' Designations]

10
11
12

Q.     And so there was -- in the 1990s and
early 2000s, there was new toxicological data
available on fluoride and neurotoxicity,
right?

13
14

A.     Correct.

15
16

Q.     And you, the EPA, wanted the NRC to
review that data on neurotoxicity?

17

A.     It was much broader than that.  We
asked them to do a host of effects.

18
19
20

Q.     Right.  But you wanted NRC to, as
part of their review, to look at the new data
on neurotoxicity?

21

A.     That was one of the topics, correct.

22
23

Q.     And you also wanted them, the NRC,
to look at new data on endocrine disruption,
right?

24
25

A.     Correct.

26

Q.     And in 2006 the NRC released its
review of the MCLG?

27
28

A.     Correct.

**k. 91:18 – 92:01 [Plaintiffs' Designations]**

Q.   So in -- and as part of the NRC's review, it
     made findings about the neurotoxicity
     literature, right?

A.   It has a chapter on neurotoxicity
     along with a lot of other chapters.

Q.   So let's go ahead and look at that
     chapter.  I will go ahead and mark that as
     Exhibit Number 73, and I should note that this
     is just an excerpt of the chapter.

**l. 100:14 – 100:23 [Plaintiffs' Designations]**

Q.   But the NRC concluded, based on the
     evidence available to it as of 2006, that
     fluorides have the ability to interfere with
     the functions of the brain.  That was NRC's
     conclusion?

A.   That was their conclusion, correct.

Q.   So based on the -- according to the
     NRC as of 2006, neurotoxicity is a hazard of
     fluoride exposure at some level, right?

A.   That was their conclusion, correct.

**m. 100:24 – 101:23 [EPA's Designations]**

Q.   So neurotoxicity, according to the
     NRC, is a hazard of fluoride exposure?

A.   A possible hazard of fluoride
     exposure, correct.

Q.   Well, they are saying -- they're not
     even saying possible.

A.   I know, but I'm taking this in the
     context of the entire document and at the time I
     would say yes.· At the time they're saying that there

1    is a chemical explanation which could link them,
2    and that's 2006. And we're in 2019 and now there's
     more data than there was then.

3  Q.    Right, but based on the data that
4        they had available, NRC's conclusion is that
5        fluorides have the ability to interfere with
         the functions of the brain, right?· That was
6        their conclusion?

7  A.    That was their conclusion to have
8        direct and indirect, yes.

9  Q.    And so according to the NRC,
10       neurotoxicity is a hazard of fluoride
         exposure?

11 A.    I am going to still say potential.
12       I fully agree with that.

13                **n. 101:24 – 103:01 [Plaintiffs' Designations]**

14 Q.    And then because the NRC concluded,
15       based on these animal studies, that fluoride
16       interferes with the brain, the NRC recommended
         a series of studies that should be conducted
17       to better understand the risk in human
         populations, right?

18 A.    They did.

19 Q.    And page 223 of this chapter spells
20       out the recommendations that NRC gave, right?

21 A.    Okay.  The thing you have marked
22       here?

23 Q.    Right.

24 A.    "Studies of populations exposed to
25       different concentrations of fluoride should be
         undertaken to evaluate neurochemical changes
26       associated with dementia."

27 Q.    Right.
28

1  A.     That's not IQ.

2  Q.     But just starting from there, what
3         the NRC is saying there is that studies should
          be conducted to evaluate the relationship
4         between fluoride and dementia, right?

5  A.     Correct.

6  Q.     And if you look at the top paragraph
7         on that page, the NRC is recommending that
          studies be conducted to evaluate the
8         relationship between fluoride and IQ, right?

9  A.     Correct.

10
                    **o. 106:15-21 [EPA's Designations]**
11

12
   Q.     But hazard -- you would agree that
13        hazard is irrespective of dose, right?
          There's hazard and there's risk.
14

15 A.     I would not say hazard is
16        irrespective of dose.· I would say having that
          happen is adverse but you can't call it a
17        hazard until it actually is adverse.

18              **p. 106:22 – 107:14 [Plaintiffs' Designations]**

19 Q.     The NRC on page 267 at the end there
20        provided a bunch of recommendations for future
          research that should be done on fluoride in
21        the endocrine system, right?

22 A.     Yes.

23 Q.     And if you look towards the end of
24        page 267, last page, do you see there it says,
          "The effects of fluoride on various aspects of
25        endocrine function should be examined further,
          particularly with respect to a possible role
26        in the development of several diseases or
          mental states in the United States.  Major
27        areas for investigation include the following:
28        thyroid disease especially in light of

1     decreasing iodine intake by the U.S.
       population."
2     Did I read that correctly?

3  A.    Correct.

4                  **q. 107:18 -107:24 [Plaintiffs' Designations]**

5

6  Q.    Based on the concerns that the NRC
       was expressing here, both in the neurotoxicity
7      review and the endocrine review, there were
       some big potential problems from fluoride
8      exposure that needed to be investigated,
9      right?

10 A.    I would agree with you there.

11                 **r. 241:09 – 242:12 [Plaintiffs' Designations]**

12 Q.    Okay.  So I am going to hand you a
13     document which I will mark as Exhibit
       Number 90, and see here on the first page it's
14     an e-mail from you to Barbara Gooch.

15 A.    Yes.

16 Q.    And it's dated September 21st, 2017?

17

18 A.    Yes.
   Q.    Actually, if you can go back to the
19      cover page there.

20 A.    Yes.

21

22 Q.    It says, "I have also
       attached a new paper on fluoride neurotox."
23     Do you see that?

24 A.    Yes.

25 Q.    And you attached a paper to this
       e-mail, right?
26

27 A.    Correct.

28 Q.    And that paper, which is on the

1      second page, is titled, "Prenatal fluoride
2      exposure and cognitive outcomes in children at
       four and six to 12 years of age in Mexico,"
3      right?

4    A.     Right.

5    Q.     By the way, I forgot to ask.
       Barbara Gooch, who is she?
6

7    A.     She was the dentist at CDC who took
       the public comment on lowering the
8      fluoridation level.

9                       **s. 243:08-22 [Plaintiffs' Designations]**

10
11   Q.     this study
       here is a prospective birth cohort study,
12      right?

13   A.     Yes.

14   Q.     And it found that prenatal fluoride
15      exposure in the ELEMENT cohort is associated
       with significant loss of IQ in the children,
16      right?

17   A.     It is one of the studies that finds
18      that, correct.  One of the post 2016 studies
       that does that.
19

20   Q.     And you would agree that this is a
       very well-conducted study, right?
21

22   A.     I would agree that it was well
       conducted, yes.
23

24                       **t. 244:15-23 [Plaintiffs' Designations]**

25   Q.     can you think of
       any other study that has investigated the
26      relationship between fluoride and IQ that has
27      been -- that has a better or stronger
       methodology than this study?
28

1
2
3

A. I think there's a couple.  I think
the recent one from China was extremely well
designed.  I think there's quite a few that
have very good methodologies

4        **u. 244:24 – 245:01 [Plaintiffs' Designations]**

5

6 Q. This is a prospective birth cohort study, right?

7 A. Yes.

8
        **v. 245:2-8 [EPA's Designations]**
9

10 Q. You would agree that a prospective
11   birth cohort study has a stronger methodology
   than a cross-sectional study, right?
12

13 A. I'm not an epidemiologist.· I just
   look at a study and I look at its design and I
14   think we need all of them but I can't tell you
   how they classify them as epidemiologists.
15

16
        **w. 248:12 – 249:3 [EPA's Designations]**
17

18 Q. Okay.· And you see here in this --
19   going back to this paper on the birth cohort
   study from the ELEMENT cohort, if you look at
20   the results section, do you see that the
   urinary fluoride levels of the pregnant women
21   were just 0.9 parts per million?

22 A. Yes.

23
24 Q. And you would agree that 0.9 parts
   per million is a concentration that you would
25   expect to see pregnant women in fluoridated
   areas having, right?

26
27 A. I don't know because, you know, I
   would have to compare it.· They do salt
28   fluoridation in Mexico, don't they?

1

Q.      Uh-huh.

2

A.      Yes. So I would have to have
3       population data to compare it to.

4
                    **x. 253:05 – 254:09 [Plaintiffs' Designations]**
5

Q.      So let's go and look at this paper
6        that Dr. Ohanian identified as Bashash ELEMENT
         ADHD paper.  You have that in front of you?
7

8

A.      The paper, yes.  You just gave it to
        me.
9

Q.      And have you read this study prior
10      to today?

11

A.      I would have read it back when I
12      collected it, and since I collected it in the
        fall of 2018, I collected it obviously when --
13      and sent it to me and I read it then.

14

Q.      Okay.  And this is titled "Prenatal
15      fluoride exposure and attention deficit
        hyperactivity disorder, ADHD, symptoms in
16      children at six to 12 years of age in Mexico
        City," right?
17

18

A.      That's the title.

19

Q.      This is another prospective birth
20      cohort study based on the ELEMENT cohort,
        right?
21

22

A.      That part I didn't remember.  The
        study I remember.
23

Q.      But if you look at the abstract,
24      you'd agree --

25

A.      Yes, I now see the term ELEMENT.

26

Q.      And it found that urinary fluoride
27      levels in the pregnant mother were
        significantly associated with an increased
28

1   risk of ADHD symptoms in the offspring, right?

2  A.    Yes.

3              **y. 254:18 – 257:16 [Plaintiffs' Designations]**

4

5  Q.    So you would agree that this is an

6        important study here, prospective birth cohort

7        study which is finding a significant

8        relationship between low levels of fluoride in
        the urine of pregnant women and ADHD symptoms
        in children?

9  A.    Yes.

10 Q.    And you would agree that this study

11       further supports the need for reassessment of

12       current safety standards of fluoride in the
        United States?

13 A.    Yes, it is one of several.

14

15 Q.    Okay.  So let's look at this Till

16       paper that Dr. Ohanian sent to you and the

17       others at EPA.  And do you see it?  It's in
        that --

18 A.    Okay.

19 Q.    And you see it's titled, "Community

20       water fluoridation and urinary fluoride

21       concentrations in a national sample of
        pregnant women in Canada."

22 A.    I have that one too.

23

24 Q.    And have you read this?

25 A.    He sent it to me, yes.

26 Q.    And have you read this study prior

27       to today?

28 A.    No, I actually -- I have it but I

1    haven't read it.

2    Q.      Okay.  And if you look at the
3            results section.  If you read the first
4            sentence, they found that "Maternal urinary
             fluoride levels were almost two times higher
5            for pregnant women living in fluoridated
             regions compared with nonfluoridated regions,"
6            right?

7    A.      0.87 versus 0.46 with plus or minus
8            0.5 and plus or minus 0.34.

9    Q.      And this -- the average level of
             fluoride in the urine of the pregnant mothers
10           in these -- in the fluoridated areas was right
             in the range of the levels that are associated
11           with neurological harm in the ELEMENT cohort,
12           right?

13   A.      Yes.

14   Q.      So would you agree that this study
15           here by Christine Till and colleagues provides
             significant and important new information that
16           supports the reassessment of fluoride safety
             standards in the United States?
17

18   A.      It's one of the others that I've
             already identified I had.  It's got Bruce
19            Lanphear in there too.

20   Q.      And what's the importance of seeing
21           Bruce Lanphear's name as a coauthor of this
             study?
22

23   A.      He's an important lead person.

24   Q.      And you would agree that Bruce
25           Lanphear has done very important and reliable
             research?

26   A.      Yes, I would.

27

28

**z. 257:25 – 258:16 [Plaintiffs' Designations]**

Q.      And so I'm not sure if you answered
        my question, but you would agree that this
        study right here adds further reason why we
        need to do a reassessment of the fluoride
        safety standards in the United States?

A.      I think it's a reason for doing not
        just the United States.  I think it's a reason
        for doing an update to the fluoride
        assessment.

Q.      Everywhere?

A.      Well, for anybody who's interested
        in fluoride and the need for regulation of
        fluoride exposure.

Q.      Right.  Anyone interested in making
        sure that fluoride is safe for consumption?

A.      That people are not overexposed,
        yes.

**aa. 271:05 – 273:09 [Plaintiffs' Designations]**

Q.      And you see this is an e-mail that
        you wrote to two individuals, and the subject
        is fluoride paper.

A.      Oh, yes.

Q.      It's dated -- the e-mail is dated
        August 29th, 2018.

A.      It would have been this year.

Q.      Last year.

A.      Last year.  Wow, it's already '19.

Q.      And you attach in this e-mail a
        study by Yu on fluoride and IQ.

A.      That's another one of those studies
        that deserves attention.

1   Q.   And the title of this e-mail is
2   "Threshold effects of moderately excessive
      fluoride exposure on children's health: a
3   potential association between dental fluorosis
4   and loss of excellent intelligence," correct?

5   A.   Correct.
      Q.   And this study again found an
6   association between fluoride exposure and
7   reduced IQ, correct?

8   A.   Correct.

9   Q.   And you believe this study was a
10   well-done study, correct?

11   A.   I thought they did a good job with
12   the confounding factors.

13   Q.   And you think this is an important
      study to be considered in reassessing the
14   fluoride safety standards?

15   A.   Yes.

16   Q.   It adds to the evidence base that
17   fluoride is a neurotoxicant, correct?

18   A.   Correct.

19   Q   And so based on all these studies
20   that we're looking at, based on the latest
      science, do you agree that neurotoxicity is a
21   potential risk of water fluoridation?

22   A.   I can't agree.  You have to look at
23   the -- you have to evaluate these.

24   Q.   But do you agree that those studies
25   we have been talking about support the idea
      that neurotoxicity is a potential -- is a risk
26   of water fluoridation?

27   A.   I agree that these studies should be
28   part of a dose-response assessment for the

1    relationship between fluoride, not just
2    fluoride in water, whether it's in salt or in
     water, and impact on IQ.

3

4                           **bb. 276:23 – 277:15 [Plaintiffs' Designations]**

5    Q.    And so if a pregnant woman sent you
           a letter saying is it safe for me to be
6          drinking fluoridated water every day during my
           pregnancy, would you tell that woman that it's
7          safe for her to drink it in terms of her
8          baby's neurological health?

9    A.    Since I have never done the
10         assessment, I can't tell her.  So I don't tell
           people things unless there is actually
11         something to -- that I can cite to back up
           whatever.
12         I usually acknowledge the
13         controversy and I usually write to them or try
           to write to them as if I am not a scientist.
14         That I am speaking to them in language that
           the general public can understand.  I may not
15         always succeed but I try to write the letters
16         that way.

17
                              **cc. 277:16 – 278:12 [EPA's Designations]**
18   Q.    Right.

19         And so it sounds like, based on your
20         answer there, you would -- if someone asked
           you, if a pregnant woman asked you is it safe
21         for me to be drinking fluoridated water during
           my pregnancy, it sounds like you could not
22         provide them or cite them to any study
23         establishing the safety of fluoridated water
           during pregnancy on a baby's neurological
24         health.

25   A.    Oh, sometimes I will suggest that
26         people read something. When a couple of these
           came out, there were some good op-ed that came
27         with them, and that would be something that I
28         would suggest for a woman in that case.· It's

1        not making a judgment on graphs and lots of
2        data but, you know, I may not give them the
     paper. I may give them the citation.
3        Sometimes I actually send them the papers too.

4   Q.    Well, say you have –

5   A.    I mean, my management does. I write
     the letters, somebody else sends them out.
6

7   **dd. 278:13 – 280:12 [Plaintiffs' Designations]**

8   Q.    Say you have a more informed,
     educated mother contacting you and she says,
9        Dr. Donohue, I have heard about this concern
10       about fluoride in the brain.  I am pregnant
     right now and I'm trying to find safety data
11       to assure myself that this fluoridated water
     is going to be safe for my baby.  Can you,
12       Dr. Donohue, cite me or send me a study that
13       establishes the neurological safety of
     fluoridated water during pregnancy on the
14       child's brain?

15  A.    I couldn't send them a study per se.
16       I could send them a paper like this or I could
     cite the paper and tell them how to get it
17       because some of them are available on the
     internet.
18

19  Q.    And you're pointing there to the
     studies that are showing harm from prenatal
20           fluoride exposure?

21  A.    Right now, I don't know of a study
22       on the other side of the -- a recent study on
     the other side of the issue.
23

24  Q.    Right.

25  A.    So I haven't seen a rebuttal to any
     of these papers.
26

27  Q.    So if they asked you can you point
     me to a study that establishes the
28       neurological safety of prenatal fluoride

1  exposure, you couldn't -- you wouldn't send
2  them a study because you're not aware of any
   reliable ones, correct?

3 A.  For neurological safety.  That is
4  not the reason I would send it to them if
   there was -- if it was one -- I would send
5  both sides of the equation.  I wouldn't send
   them one saying one thing when I knew there
6  was another one saying the other thing.

7 Q.  Right.  It's just that, as you sit
8  here today, you're not aware of a study that
   would establish the safety of prenatal
9  fluoride exposure for the brain, right?

10 A.  Remember, dose makes the poison.  So
11  I am not aware of a study that right now says
   this dose is safe.

12
13 Q.  Right.  Okay.

14 A.  And I am aware of several studies
15  that imply that some doses, and in at least
   one of these papers it's above the
16  fluoridation level, may have some adverse
   effects.

17

18          3.      **AMANDA PHELKA (Initial Designations):**

19          **a. 05:17 – 05:19 [Plaintiffs' Designations]**
20
21 Q.  Can you please state your full name for the
   record?

22
23 A.  Sure.  Amanda Phelka, spelled P-h-e-l-k-a.

          **b. 09:04-13 [Plaintiffs' Designations]**
24
25 Q.  And what did you do -- what position did you get in
   2012?
26
27 A.  I was hired by NSF as a Senior Toxicologist.

28 Q.  And is that the same position that you have today?

1   A.   Actually, no, I was promoted to Director of
2        Toxicology later that year.

3   Q.   You said Director of Toxicology?

4   A.   Correct.

5
6   Q.   And are you the Director of Toxicology today?

7   A.   I am.

8                    **c. 10:20 – 11:08 [Plaintiffs' Designations]**

9   Q.   So do you understand that today you are appearing as
10       a representative of NSF International?

11  A.   Yes.

12  Q.   And you understand that NSF International has
13       designated you as the person to represent the
         organization on certain issues related to
14       fluoridation chemicals?

15  A.   Yes.

16  Q.   And today I'm probably going to be referring to NSF
17       International as just NSF.  Will you understand what
         I mean?
18

19  A.   Yes.

20  Q.   I'm going to hand you a document that I'll mark as
21       Exhibit 1, which is the deposition subpoena.

22                   **d. 11:23 – 12:04 [Plaintiffs' Designations]**

23  Q.   (by Mr. Connett) Have you seen this document
24       before?

25  A.   Yes.

26  Q.   And do you understand that this document describes
27       the general topics that we'll be talking about here
         today?
28

1   A.    I do.

2                  **e. 12:12 – 12:14 [Plaintiffs' Designations]**

3   Q.    (by Mr. Connett) And do you feel prepared today to
4           answer questions related to these topics?

5   A.    Yes.

6                  **f. 16:17 – 17:19 [Plaintiffs' Designations]**

7   Q.    Okay, just by way of background here, before asking
8           you specifically about the fluoridation chemicals,
9           can you tell us a little bit about what NSF is?

10  A.    NSF is a third party not-for-profit public health
11         and safety organization.  If I had to identify our
12         principal way that we handle our mission to protect
           and improve public health, it would be through
13         standards development and then we test products to
           those standards and certify products to those
14         standards and conduct audits of facilities.

15               **g. 17:21 – 19:01 [Plaintiffs' Designations]**

16  Q.    And could you just briefly describe what function or
17         role NSF has with respect to water treatment
           chemicals?

18  A.    Our principal role there is to test and certify
19         products to Standard 60.

20  Q.    Now, when people think about chemicals added to
21         drinking water, they may think it's, you know,
           something that's governed by government agencies
22         like EPA, but NSF is not a government agency,
23         correct?

24  A.    Correct.

25  Q.    And back in the 1970s, early 1980s, EPA,
26         Environmental Protection Agency, used to -- was at
           that time overseeing the water treatment chemical
27         industry, correct?

28  A.    Yes.

1
2
3

Q.   But then in the 1980s, EPA decided to delegate its
      authority over water treatment chemicals to a
      consortium led by the NSF, correct?

4
5
6

A.   We -- NSF was part of that consortia.  We put or
      that group put a proposal together to the EPA to be
      hopefully selected to prepare standards on behalf of
      the EPA.

7
8

Q.   (by Mr. Connett) And you've mentioned Standard 60
      today.  That's one of the standards that the NSF-led
      consortium developed?

9
10

A.   Correct.

11

### h. 19:2-4 [Plaintiffs' Designations]

12

Q.   Can you briefly describe what Standard 60 is?

13
14

A.   Standard 60 focuses on water treatment chemicals
      exclusively.

### i. 19:4-11 [EPA's Designations]

15
16
17
18
19
20
21

A.   There are several different sections
      within the standard that represent different groups
      or product types. For example, there's a
      disinfection section of the standard. And then at
      the end of the standard, there is the basically the
      instructions on how those preparing risk assessments
      or potentially needing to prepare risk assessments
      to follow.

22
23

### j. 20:2-7 [EPA's Designations]

24

Q.   And NSF works with ANSI to develop the standard?

25
26
27

A.   ANSI, or the American National Standards Institute,
      is an oversight body, so they oversee our
      accreditation and that not only applies to Standard
      60  but to all of the standards that we've developed
      with their oversights.

28

### k. 21:24 – 22:03 [Plaintiffs' Designations]

Q.   (by Mr. Connett) Since the standard was adopted in
     1987, most states in the country have passed laws
     requiring that water treatment chemicals be
     certified under this standard, correct?

A.   Correct.

### l. 23:05-15 [Plaintiffs' Designations]

Q.   if a company wants to sell a
     product as a water treatment chemical, what does it
     need to do to get certification by the NSF?

A.   The company would need to submit an application
     packet.  The application packet must include a full
     formulary disclosure for the product as well as any
     information relative to their product that would
     support a review to ensure that when the certifier,
     whether NSF or otherwise, reviews that packet, they
     have all the required information they need to
     determine if the product should hold the market.

### m. 26:03-19 [Plaintiffs' Designations]

Q.   And what kind of tests are -- what are the tests
     that NSF does according to Standard 60 on
     fluoridation chemicals?

A.   All the fluoridation chemicals are tested for
     regulated metals and radionuclides.

Q.   Okay, besides testing the fluoridation chemicals for
     regulated metals and radionuclides, has NSF done
     anything else under Standard 60 to ensure that
     fluoridation chemicals will not cause adverse health
     effects when added to drinking water?

A.   We have not.

Q.   And just -- I don't think I asked you this but when
     you say regulated metals, that would include
     arsenic?

A.   Correct.

| | |
|---|---|
| Q. | That would include lead? |
| A. | Correct. |

### m. 27:10-14 [Plaintiffs' Designations]

| | |
|---|---|
| Q. | I'd like to direct your attention to the second to last sentence, which reads "NSF also requires annual testing and toxicological evaluation of each NSF-certified product."  Did I read that correctly? |

### n. 27:23 – 28:16 [Plaintiffs' Designations]

| | |
|---|---|
| A. | Yes. |
| Q. | So has NSF done a toxicological evaluation of fluoridation chemicals? |
| A. | By our definition, yes. |
| Q. | And what did that toxicological evaluation entail? |
| A. | At the time that this version of this document was prepared, the toxicology department was responsible for evaluating the test results from all fluoridation products when they were tested, so we were reviewing the results of the heavy metal and radionuclide testing. |
| Q. | So the toxicological evaluation that NSF has conducted for fluoridation chemicals has been limited to an evaluation of the contaminants within the fluoridation chemicals? |
| A. | Correct. |
| Q. | So NSF has never done a toxicological evaluation of fluoride itself? |
| A. | Correct. |

### o. 28:17 – 29:3 [EPA's Designations]

| | |
|---|---|
| Q. | So under Standard 60 -- well, strike that. At any |

1        time, did NSF make a determination as to the
2        permissible level or the acceptable level of
         fluoride in drinking water?

3   A.   We have not conducted our own assessment to
4        determine the permissible level. We have derived
5        our levels based on assessments conducted by other
         organizations.

6   Q.   And what other organizations is NSF relying upon?

7   A.   With respect to fluoride, we rely on the EPA MCL,
8        the Health Canada MAC as well as recommendations
9        from the Public Health Service and the CDC.

10  **p. 40:18 – 41:06 [EPA's Designations]**

11

12  Q.   They're intended to treat people drinking the water,
         right?

13  A.   Standard 60 does not speak to the efficacy of any of
14       the treatment chemicals that we certify.

15  **q. 55:03-56:15 [EPA's Designations]**

16  Q.   Now, in topic 4 of the deposition
17       notice, we asked whether NSF International has ever
18       conducted a risk assessment of fluoride.  So let me
19       follow up on that now and ask you has NSF ever
20       conducted its own risk assessment of fluoride under
         Section 4 of Annex A?

21  Q.   So NSF has never conducted a qualitative risk
         assessment of fluoride, correct?

22
23  A.   Correct.

24  Q.   And NSF has never conducted a quantitative risk
         assessment of fluoride, correct?

25
26  A.   Correct.

27  Q.   And as such, NSF has never attempted to identify the
28       key toxicology studies, correct?

1  A.  Correct.

2  Q.  And NSF has never attempted to identify the critical
3      effect of fluoride toxicity, correct?

4  A.  Correct.

5  Q.  And NSF has never attempted to determine what
6      exposures there are to fluoride outside of water,
       correct?

7  A.  We're aware of the other sources of exposure of
8      fluoride as we need to and have that information to
9      derive our criteria that we use for testing and
       certification of products.

10 Q.  Has NSF ever attempted to independently determine
11     how much fluoride people are receiving from other
12     sources besides the water?

13 A.  No.

14 Q.  And NSF has made no attempt to identify what
15     uncertainty factors should be applied to the
       reference dose of fluoride, correct?

16 A.  Correct.

17 Q.  NSF has made no attempt to determine whether there
18     are research gaps in the scientific literature that
19     justify uncertainty factors, correct?

20 A.  Correct.

21          **r. 56:20 – 57:5 [EPA's Designations]**

22 Q.  And I'll ask this in your personal capacity as
23     Director of Toxicology at NSF, not formally on
       behalf of NSF, but do you know why NSF has decided
24     to not do an updated risk assessment of fluoride?

25 A.  We are asked by the Joint Committee to do no more
26     and no less than what the standard requires. In
       doing so, we could impact our accreditation with
27     ANSI. The standard requires that we utilize
       regulatory limits for regulated chemicals.

28

**s. 61:24 – 62:16 [Plaintiffs' Designations]**

Q.   (by Mr. Connett) So I'm moving now to topic 7 of the deposition notice, which reads "What NSF has done, if anything, to determine the potential for fluoridation chemicals to cause neurotoxic effects." So let me ask you has NSF taken any steps to determine the potential for fluoridation chemicals to cause neurotoxic effects?

A.   No.

Q.   Moving on to topic number 8, which reads "NSF International's position, if any, on whether fluoridation chemicals can cause neurotoxic effects and the basis for said position." Let me ask, does NSF have any position on whether fluoridation chemicals can cause neurotoxic effects?

A.   Since we have not conducted our own risk assessment on the fluoridation chemicals, we do not have a position on whether they are able to cause neurotoxic effects.

**t. 99:21 – 100:10 [EPA's Designations]**

Q.   I'm just curious about exactly what NSF's role is here in terms of I assume if I produce some kind of water additive and I want to sell it to municipalities to put in their water, I would be required, I think, in 98 percent of those municipalities to come to NSF to get my product certified for safety; is that accurate?

A.   There are about five different certifying bodies that certify products to Standard 60, so you would not be obligated to come to NSF although we would love to see you. And our role is really to evaluate not the safety per se but just that the products are not contributing chemicals or contaminants at levels that exceed established criteria, whether those are regulated criteria or otherwise.

**u. 105:7-17 [EPA's Designations]**

Q.   We talked a lot about the risk assessment that was in Annex A and the standards that were created in

the risk assessment. Is it accurate to say that the standard itself does not require NSF to conduct that risk assessment because it's a regulated chemical, because fluoride is a regulated chemical?

A.     Correct.

Q.     So in cases where you have not applied any of the risk assessment standards to fluoride, it's still in compliance with Standard 60?

A.     Correct.

1
2           B.     *EPA's Designations (with Plaintiffs' Counter Designations):*

3              1.    **Julie Simms**

4               **a.   4:1 – 4:15 [EPA's Designations]**

5       Q.    JULIE SIMMS, witness herein, having been
6             first duly sworn on oath,
7             was examined and testified
      as follows:

8           E X A M I N A T I O N
9           BY MS. CARFORA:

10      Q.    Good morning, Ms. Simms. My name is
11            Debra Carfora. I work for the Department of Justice
      in Washington, DC, and I represent EPA and the
12            administrator of the EPA in the matter of
13            Food & Water Watch versus EPA. So we met just a
      couple of minutes ago, but can you just state your
14            name for the record?

15      A.    Yeah, it's Julie Marie Simms.

16
17              **b.    4:24-5:17 [EPA's Designations]**

18      Q.    Well, I'm just going to ask you some
19            questions, ask you that you answer truthfully.
20            Unless your counsel here instructs you not to answer,
      you're required to answer every question.

21      A.    Okay.
22

23      Q.    Do you understand?

24      A.    Yes.

25      Q.    Okay, and the court reporter here is
26            writing down everything we say, so you should
      verbally answer all of my questions and just talk
27            slow and loud so that we make sure she gets
28            everything down.

1       Do you understand?

2   A.     Yes.

3   Q.     Great.

4       And have you taken any medication this

5       morning that might impact your testimony here today?

6   A.     No.

7   Q.     Do you take medication?

8   A.     No.

9

10           **c. 11:15 – 12:5 [EPA's Designations]**

11

12   Q.     Do you have sensitivity to chemicals?

    A.     I believe so.

13   Q.     What do you mean by "I believe so"?

14

15   A.     Yes, I do have sensitivity to chemicals.

16   Q.     How do you know that?

17   A.     I know that when I use certain skin care

18       products, I get really severe irritations, skin

      irritation. When I breathe gasoline fumes or

19       strong perfume or cologne or strong bath soap

20       products, those give me headaches as well.

      Tylenol also gives me headaches.

21

22   Q.     Have you ever been diagnosed with a chemical

      sensitivity?

23   A.     No, I don't believe so.

24

25           **d. 25:3-17 [EPA's Designations]**

26

27   Q.     Ms. Simms, without telling me what was said,

      can you tell me, did you discuss your

28       testimony with your attorney just now over the

      break?

A.     My testimony?

Q.     Yes.

A.     We chatted briefly on our way back  from the
       restroom.

Q.     Concerning the testimony that  you're giving
       right here today?

A.     Yes.

Q.     Just so you are aware, the  judge's order
       prohibits that. So during the break, I'd  ask you
       not to talk to your attorney about the  testimony
       you're giving.

A.     I understand. Thank you.

### e. 26:7-14 [EPA's Designations]

Q.     So there are other inorganic  chemicals that are
       present in the water you're drinking;  is that true?

A.     Yes.

Q.     Do you know if you are or have  any
       hypersensitivity to those other  chemicals?

A.     Yes, I suspect I have  hypersensitivity to mercury.
       I am not aware of sensitivity to  others.

### f. 31:4-15 [EPA's Designations]

Q.     When you say "additional  triggers," what are your
       headache  triggers?

A.     My headache triggers include lack  of sleep, jet
       lag, high levels of stress, too  much alcohol,
       cigarette smoke, gas fumes, gas and  oil fumes,
       strong smells, strong artificial scents  like
       perfume and cologne, Tylenol,  aged cheese.
       That's a bad one. Blue cheese is not my friend.

1    Q.   Do you have a stressful job?

2

3    A.   Sometimes. Not particularly, not compared to jobs I've had in the past, but yeah, actually my job is kind of stressful.

4

5    **g. 32:8 – 33:10 [EPA's Designations]**

6

7    Q.   What kind of allergies?

8    A.   I'm not entirely sure. It's a process of elimination, so I would say we haven't actually identified a specific allergy. I suspected allergies because I was having sinus issues, but I've never been allergy-tested. I just know what foods help me feel better.

9

10

11

12    Q.   What foods do you generally stay away from?

13

14    A.   I try to stay away from wheat, sugar, most dairy. I definitely stay away from bottled drinks, especially diet sodas. They also cause migraines.

15

16    Q.   You mentioned your sinuses. So you're under the impression that your sinuses are caused by food allergies?

17

18

19    A.   I was. I wasn't sure, I'll put it that way. What we think happened is, I was living in a house in about 2014 that may have had water damage, and I have a mold allergy. When I moved out of the house, since then, my symptoms have greatly improved. I only lived in the house for a year, yeah.

20

21

22

23    Q.   When you -- did you ever notice any correlation between your sinuses and your migraines?

24

25    A.   The only correlation I noticed was a severe head cold could trigger a migraine, but that's, you know, what you're socked in with, so that's the only correlation.

26

27

28

1          **h. 37:5 – 41:22 [EPA's Designations]**

2

3    Q.    And what are some of the things you  do that you
           feel help you alleviate migraine  triggers?

4

5          MR. CONNETT:            What time frame are
           you talking about?

6    Q.    Forever.

7

8    A.    The first migraine trigger I  discovered was aged
           cheese. I eliminated all sorts of  aged cheese. Next

9          I --

10   Q.    So let's start there.

11

12   A.    Sure.

13   Q.    How did you determine that aged  cheese was a
           migraine trigger?

14

15   A.    I was at a French restaurant in  Seattle -- sorry, in
           San Francisco with my family and we  had a plate

16         of cheese, and we were all enjoying all  the
           different cheeses. And I said wow, those  cheeses

17         pack a punch. My whole mouth is numb. Isn't that
           interesting? And everybody said our mouths

18         aren't numb. So that was just an ah-hah, and the
           next  day, I had a headache.

19

20         So over the course of the next several
           months, this is a time when the -- there's an aged

21         cheese walnut salad that everybody in San
           Francisco was serving and every time I ate that

22         salad, I would get a headache. It doesn't take very
           many times to say hmm, you know, I'm going to

23         avoid that. Because, you know, at that time I
           didn't have a daily headache. So when I did get a

24         headache, I could think     what did I eat, what
           did I do, how many I feeling, did I get enough

25

26         sleep and those kinds of things. So it's trial and
           error.

27

28   Q.    Okay.

1   A.   Yeah.

2

3   Q.   What was the next migraine trigger you
         discovered?

4

5   A.   The next migraine trigger I discovered
         was red wine, and I had    been in Spain with my
         dad actually and we'd been traveling around. And

6        I got back and I was telling Dr. Davison wooh, a

7        lot of headaches in Spain. It was a great trip, but
         man, I had a lot of headaches. And he said well,

8        tell me about what you ate.

9        You know, we ate trout and had fresh bread and,

10       you know, probably had a lot of red wine because
         everybody there makes their own red wine. She

11       said well, have you thought about maybe red
         wine trying to take a break?

12

13       So I hadn't made the connection with red wine.
         Made sense. So I eliminated that, and anytime

14       that I would try later, ah, maybe I could get away
         with a glass, I would get a headache. So yeah.

15

16  Q.   What was the next migraine trigger you noticed?

17  A.   I think the next trigger I noticed was getting
         overheated. So, for example, if I go to the hot

18       yoga and my face is all beet red, usually I'm

19       going to have a headache a few hours later. I also
         discovered around that time if I had a deep tissue

20       massage, I could get a headache. I thought well,
         it's blood flow. I don't know. Maybe the blood

21       vessels expand or something. Because I knew

22       that if you -- sometimes I could get headache
         relief from caffeine, which is a blood vessel

23       constrictor. So I thought okay, all right, I'll avoid
         overheating. By that time I was working for

24       Microsoft and was experiencing very long work

25       days and high pressure projects, so I would
         occasionally get a headache from that. Head

26       splitting, oh my God, there's so much work, I

27       can't go home and go sit in traffic for an hour,
         that kind of trigger.

28

1   Q.   What other migraine trigger is the next one you
2        discovered?

3   A.   I would say by now I was figuring out really
4        heavy smells were starting to bother me more and
         more. I was never a big fan of strong smells, but I
5        would start to notice, you know, Seattle had
         recently gone no smoking, but it was still allowed
6        in bars. So I would notice if I went to a bar and
         even if I didn't drink alcohol, breathing in the
7        cigarette smoke, I might have a migraine the next
         morning. So I was starting to realize there are
8        more triggers coming in, you know, through my
         nose than I would have thought.
9

10  Q.   Any other migraine triggers?

11  A.   I'm trying to remember some other ones we
12       talked about. Tylenol, I discovered because I
         would try to take it for a headache and I'd get
13       temporary relief, and then when the headache
         came back the next day, it would be like much
14       more painful. So I stopped taking all pain
         relievers, all over the counter. I still had a few
15       prescription things like Imitrex. But aspirin,
16       Motrin, Tylenol, ibuprofen, I don't take any of
         those. They all trigger headaches. Or they can,
17       very likely. None of these things is like yeah,
         every single time. If I'm in a really good place, I
18       might be able to tolerate a little bit more of any
19       of those. If I suck fumes at a gas station, I'm not
         always going to have a headache. It seems like
20       the concentration and how I'm doing overall play
         a role.
21

22  Q.   So you've never been tested for allergies, correct?

23  A.   Correct.

24  Q.   And you've been diagnosed with migraines, but
25       you've never been officially diagnosed with any
         triggers for migraines?
26

27  A.   I don't know what official diagnosis means. My
         doctor, Dr. Davison, and doctors prior to her had
28       noted triggers.

Q.      Based on your self-reporting?

A.      Based on my self-reporting, correct.

Q.      So all of the triggers that you've identified are
        based on your self-reporting?

A.      Yes. They weren't always suggested.

### i. 42:04-10 [Plaintiffs' Designations]

A.      In fact, when I got to fluoride
        elimination or avoidance and I started to change my
        drinking water to start, and I went to see her and I
        was kind of gushing about how excited I was, oh, my
        God, my daily headaches are gone, when I get a
        headache, they're so much less painful and I thought
        that this is the thing…

### j. 42:13-18 [Plaintiffs' Designations]

A.      And it was a little bit of a
        sadness in that I know that I have other triggers.  I
        am a person who has migraines.  I have since I was
        14.  So these things are all triggers that now that I
        know about and I can avoid them, my quality of life
        has vastly improved.

### k. 48:8-18 [EPA's Designations]

Q.      Okay. But you've never been able to isolate
        fluoride and know specifically that fluoride was
        what was specifically causing your headaches?

A.      There's no lab test. I have done everything I think
        that tells me that this is true. There's no lab test to
        tell me that this is true. So I can't hand you a
        document and say yes because there is no such
        test.

**l. 49:24-50:1 [EPA's Designations]**

Q.   Well, you self-reported to your doctor,
         we've established that, correct?

A.   Yes.

**m. 102:12 – 104:25 [Plaintiffs' Designations]**

Q.   I'm going to hand you a document,
         Julie, that I'll mark as Plaintiffs Exhibit-60.  This
         is your declaration, correct?

A.   Correct.

Q.   And I'd like to draw your attention to
         page 3, the top of the page, which is part of
         paragraph 10.

A.   Yes.

Q.   And in the first line there, you refer
         to having low grade daily migraines?

A.   Yes.

Q.   And this was during the time frame of
         2002 to 2013?

A.   That's correct.

Q.   And you -- now, if you look at
         paragraph 13 on line 17, you talk about the daily
         headaches.  Do you see that?

A.   Yes.

Q.   Do you use those two terms
         interchangeably, low grade daily migraines and daily
         headaches?

A.   Yes.

1   Q.    And you also talk about, you refer in
2         the declaration to migraines.  Sometimes you say
          severe migraines.  How would you differentiate for us
3         what you call the daily headache versus the migraine?

4   A.    Okay.  For me, the daily headaches were
5         head pain.  And then what was escalating a few times
          a month was like that low grade headache might
6         escalate and become what we'll call a migraine that
          included not only a much, much higher level of pain,
7         but also other symptoms like nausea, dizziness,
          vomiting, fatigue, light sensitivity, things of that
8         nature.
9
10  Q.    Now, in paragraph 10 you talk about in
11        the 2002 to 2013 time frame, your headaches would
          flare up to a pain level of 9 to 10 several times
12        each month; is that correct?

13  A.    Correct.

14  Q.    When it would flare up to the level of
15        9 to 10, is that what you would call a migraine?

16  A.    Yes.

17  Q.    So why do you sometimes call the daily
18        headaches low grade daily migraines?

19  A.    My understanding is that once you're
20        diagnosed with migraines, that's what your headaches
          are.  They're migraine headaches, not cluster
21        headaches.  So I do use them interchangeably because
          I think migraine headache, and that was just
22        something …
          So I think as the migraine would go
23        from a low level to severe, then all those migraine
24        symptoms would increase as well.  But yeah, I do use
          them fairly interchangeably in the document.
25
26  Q.    Would it be fair to say that you would
27        generally refer to the low grade daily migraines as
          daily headaches?

28  A.    Yes.

1  Q.      Would that be, when speaking with the
2          doctor, for example, would you refer to the low grade
3          daily migraines as daily headaches?

4  A.      Yes.

5                     **n. 105:09 – 106:20 [Plaintiffs' Designations]**

6  MR. CONNETT:        I'm going to mark this as
7                      Plaintiffs Exhibit-61.
                        (Plaintiffs Exhibit-61 marked.)
8

9  Q.      First, can you just describe what this
           document is?

10
11 A.      These are the chart notes from my
           physician, Lisa Davison, dated August 1st, 2012.

12
13 Q.      Okay, and I see that at the top of the
           page, one of your chief complaints is listed as
14         migraine?

15 A.      Correct.

16 Q.      Now, I'd like to direct your attention
17         to the third paragraph under the section titled
           History of Present Illness.

18
   A.      Yes.
19
20 Q.      And it talks -- it says here that you
           are getting migraines about every one to two months
21         at that time?

22 A.      Yes, and that was the big bad, you
           know, five to ten-day migraines, correct.
23
24 Q.      So that would be the migraine that
25         would have -- you had talked about earlier sometimes
           your headache would flare to up to the level of 9 to
26         10?

27 A.      Yes.

28 Q.      That would be what you're referring to

1    here?

2    A.    Yes, yes.

3    Q.    And then later in the paragraph it

4    talks about more minor headaches in between?

5    A.    Correct.

6    Q.    Is that the daily headaches?

7    A.    Yes, yes.

8    Q.    Would those be, those are the daily

9    headaches that you sometimes refer to as low grade

10    daily migraines, right?

11    A.   Yes.

12                    **o. 110:18 – 111:21 [Plaintiffs' Designations]**

13    Q.    So you experimented it appears with a

14    number of different pharmaceuticals for headaches and

15    migraines?

16    A.    Yes.

17    Q.    And did any of them provide you

18    sustaining significant relief from your symptoms?

19    A.    No.  Sometimes short-term relief.

20    Sometimes when I took Imitrex or Relpax ahead of a

           big headache, it would keep the headache from

21    escalating, but I got where I was in pain so much of

22    the time it was hard to know when the big headache

           was coming be on.  And these medications are not

23    designed to take daily or I believe even at that time

           he said, you know, no more than six times a month

24    should I be using Imitrex or Relpax types of

           medication.

25    Q.    Now, you stopped drinking fluoridated

26    water in the early part of 2013, correct?

27    A.    Yes.

28

Q.    Have you ever since that time taken
      medications to treat your headaches or migraines?

A.    I have not.

Q.    At this present time today, are you
      taking any medication to prevent or treat headaches
      or migraines?

A.    No, I'm not.

Q.    Are you going to any doctor to treat
      your headaches or migraines?

A.    I am not.

**p. 112:16 – 114:08 [Plaintiffs' Designations]**

Q.    Julie, I'm going to hand you what I've
      marked as Plaintiffs Exhibit-63.
      (Plaintiffs Exhibit-63 marked.)

A.    Okay.

Q.    Can you tell us what this document is?

A.    So these are the annual medical
      check-up chart notes from Dr. Lisa Davison dated
      April 26, 2016.

Q.    And just for the record, you're no
      longer a patient of Dr. Davison; is that correct?

A.    That is correct.

Q.    I see on the second page, there is a
      list of current medications?

A.    Yes.

Q.    And it lists iron, multivitamin,
      vitamin D3?

A.    Yes, that's accurate.

Q.    Do you take any of those medications

1        for the purposes of preventing or treating headaches
or migraines?

2

3   A.      No.

4   Q.      If you could turn to the last page of
the document.

5

6   A.      Okay.

7   Q.      You see a section there entitled
Problems?

8

9   A.      Yes.

10  Q.      I guess it lists some problems you were
having at that time; is that correct?

11

12  A.      Yes, that is right.

13  Q.      Migraine is the last item there,
correct?

14

15  A.      On this problem list?  I see migraine
as the second item.  Oh, yes, I see it down here

16         under resolved.  She has it under problems, and then
but under resolved, she lists migraines as well.

17

18  Q.      Do you know what the doctor meant when
she says migraine resolved?

19

20  A.      I believe this is because the daily
headaches were resolved, but I am still prone to

21         triggering migraines through the other triggers, is
that I have.

22                     **q. 114:9-11 [EPA's Designations]**

23

24  Q.      So you still experience migraines today, correct?

25  A.      Correct.

26                 **r. 114:12 – 116:04 [Plaintiffs' Designations]**

27

28  Q.      But are the migraines that you
experience of the same -- how would you describe the

1  difference with the migraines that you experience
2  today versus the migraines that you were experiencing
   before you stopped your exposure to fluoridated
3  water?

4  A.   When I had -- when I experienced
     headaches prior to 2013, not only was there sort of
5  this oppressive, always-present pain or
   present-almost-every-day pain, but when I did get
6  headaches or the big -- sorry, the big migraines that
   would escalate, the pain and the severity was worse.
7  So, yeah, it's hard to explain how the
8  pain had a different way of feeling.  It wasn't sort
   of a dull throb or pulsing.  It would be like these
9  massive stabbing pains.  And then there would be the
10 daily things.
   So since then, I can still get a
11 headache from one of my other triggers.  For example,
12 last -- about a month ago I was having a stressful
   work week.  I was having trouble sleeping.  I got a
13 headache.  I was grumpy and I had a dull pain, but
   headache only lasted a day and a half.  The migraine
14 only lasted that long, and I was able to feel better
   with an ice pack or something simple.
15 So it's like the migraines of the past
16 were in a different league.  They were so much more
   painful or they were more often.  Since removing
17 water with fluoride, I can actually go many months
   without a headache, and for most of my adult life,
18 that was untrue.  I was having them on a very regular
19 basis until I stopped water fluoride.

20 Q.   Do you have daily headaches today?

21 A.   I do not.
22
   Q.   Have you had daily headaches at any
23 period since stopping your consummation of
24 fluoridated water?

25 A.   No.

26 Q.   Is that one of the reasons why you no
27 longer take medication for headaches?

28 A.   Yes.

2.      Audrey Adams

**a. 4:1-11 [EPA's Designations]**

AUDREY ADAMS, witness herein, having been
first duly sworn on oath,
was examined and testified
as follows:

E X A M I N A T I O N
BY MS. CARFORA:

Q.    Good morning, Ms. Adams. My name is
Debra Carfora. I work for the Department of Justice
and I represent EPA in the matter, which is

Food & Water Watch versus EPA.

**b. 5:20-6:3 [EPA's Designations]**

Q.    Do you take any medication today that
might affect your testimony?

A.    No.

Q.    Do you take any medication at all?

A.    I don't take any prescription drugs. I
take supplements prescribed by my naturopath.

Q.    But you're in good mental health right
Now, you can answer my questions, understand?

A.    Yes.

**c. 46:9-20 [EPA's Designations]**

Q.    Can you tell me when he was diagnosed?

A.    He was diagnosed with pervasive developmental
disorder at 27 months. The neurologist talked about
autism at the time and said that many would

diagnose him with autism, but he didn't want to label him. Of course that's exactly what pervasive developmental disorder is.

Then a psychologist at the University of Washington like 3, 3 and a half, 4, something like that, then she did an analysis of him and said that Kyle's symptoms are consistent with a diagnosis of autism.

### d. 47:5-19 [EPA's Designations]

Q.   Does that make sense? Can you tell me some of the challenges that are specific to autism or specific to Kyle?

A.   Okay.

A.   Let's maybe focus on Kyle rather than -- because, as the saying goes, if you know one person with autism, you know one person with autism, because there's such huge differences between individuals.

For Kyle, the differences in Kyle on chemicals versus off chemicals is profound in and of itself. So, you know, what Kyle behaves like after he's had a chemical exposure is entirely different than, you know, 10 minutes before.

### e. 50:20 – 51:19 [EPA's Designations]

Q.   You said that Kyle was also sensitive to chemicals in the air, right?

A.   Uh-huh.

Q.   What chemicals is he sensitive to?

A.   For example, if we're driving behind a truck that's -- or a car that's emitting, you know, 1 fumes, you know, if somebody walks past him wearing perfume, that's a problem. We've had situations where going to his doctor's office and somebody,

you know, has been in that room just before him that was wearing some perfume or maybe it was hand lotion, I don't know what, but I can smell it too. I just don't react as badly. And his heart rate went straight up, basically it wrecked our entire doctor's appointment because, you know, he was in extraordinary pain from that chemical, whatever it was.

I have no idea of knowing what chemical it was. I mean, we don't regulate that, so how would we know? I didn't even see the woman who was wearing it. I've never said that he's uniquely and only, you know, reactive to fluoride. He's reactive to many, many chemicals. I can't say all, because I don't know what all chemicals would be, but many, many chemicals cause him problems.

### f. 51:20 – 53:24 [Plaintiffs' Designations]

Q.   Do you know what causes his reaction, has it ever been diagnosed?

A.   He's unfortunately my son.  The nut doesn't fall too far from the tree as far as chemical sensitivity.  I'm chemically sensitive, but a lot less than he is.  I've had genetic testing done on him and myself as well, and I don't understand the implications of all of that, but I do know that our testing has shown genetic defects or variance in genes that are responsible for detoxification.  So we don't get rid of stuff as efficiently as quickly as other people, and the letter from Kyle's doctors refers to that.

Q.   Is that the MTHFR --

A.   MTHFR is just one of them, but yes, it's one of them.  There are others.

Q.   There are others that Kyle suffers from?

A.   No, there are other genes that are involved in detoxification.  There's many different

1  genes that might be, but that's the one that is most
   looked at right now.

2

3  Q.    For Kyle specifically or --

4  A.    For a lot -- there's a number of us
         that have the MTHFR genetic variant.

5

6  Q.    But Kyle we know has that; is that
         right?

7

8  A.    Right.

9  Q.    And that genetic variant we know causes
         hypersensitivity to chemicals and things like that?

10

11 Q.    In your experience with Kyle, is that
         correct?

12 A.    Well, again, that's drawing a line from
13       one thing to the next, and I don't know that it's
         that simple.  I suspect that there are multiple other
14       things that are involved.  You know, is it one thing?
         No.  Is autism caused by one thing?  Heavens, no.
15

16 Q.    Have you ever been given any indication
         of what caused Kyle's autism?

17

18 A.    Have I been given any indication?
         That's a huge question.  Do we want to go down that
19       road?  That's a huge question for any parent with a
         child of autism.  How do we know?  I don't know.
20       I do know that I was exposed to way too
         much mercury.  Based on what I know about my ability
21       to get rid of mercury now, he was exposed to way too
         much mercury while I was pregnant with him.  So that
22       would have set him up for, you know, some, definitely
         some potential neurodevelopmental harm.  I mean, what
23       causes autism?  I mean, that's a huge question.
24

25                **g. 53:25 – 54:16 [EPA's Designations]**

26

27 Q.    But there's no event, single event that happened
         during your pregnancy or at the time of birth that
28       gave rise to the autism that you know of?

A.    Well, I would say that each one of the mercury
      exposures that I had would certainly have
      contributed to his susceptibility, and the mercury
      exposures as vaccines which they then -- and his
      reaction to the vaccines. And so the straw that broke
      the camel's back but it certainly is not the only
      thing, is the -- when he had his MMR. So there was
      many other things building up that would have led
      to other issues, but, you know, when it became
      apparent that he had symptoms that looked like
      what I later learned to be autism, was after the
      MMR.

Q.    What's an MMR?

A.     Measles mumps rubella shot.

### h. 71:23 – 72:2 [EPA's Designations]

Q.    But your son's hypersensitive to things, is he not?

A.    Yes.

Q.    He's hypersensitive to a lot of things?
A.    Yes.

### i. 80:7-14 [EPA's Designations]

Q.    Okay, and Kyle has an autoimmune disease; is that
      right?

A.    Yes. Well, he has antibodies to myelin basic protein
      and neuron filament, and that's brain matter. So
      although he doesn't have a technical diagnosis, if
      you have antibodies to brain matter, that is the
      definition of an autoimmune condition, but without
      the technical diagnosis.

### j. 82:3 to 85:2 [EPA's Designations]

Q.    Does Kyle have food allergies?

1   A.      Yes.

2   Q.      How do you know that Kyle has food allergies?

3   A.      Tests.

4   Q.      Medical tests?

5   A.      Yes.

6

7   Q.      What food allergies does he have?

8   A.      Well, so there's medical testing and also his actual
9           reactions to foods, so there's a combination of. So
            what? There's already a list, there's a whole bunch
10          of them. I wouldn't say that list is all inclusive,
            because we learn things, new things every day, but
11          do you want me to start listing them all off?

12  Q.      Sure. Some of the things you know, that you are
13          medically aware of that he has a allergy to.

14  A.      So -- and also let's be clear, there's allergies versus
15          sensitivities, and allergies being those things where
            the immune system is reacting. And so for example,
16          I have an allergy to cilantro and I get hives all over
            the side of my face. That's an immune reaction.
17
            Kyle has sensitivities, but it also shows up in
18          reports, which I don't understand them all, but
19          shows up, is it an IGG or -- or IGA panel or
            something, that is a blood test that is looking at his
20          blood, you know, antibodies that it has to certain
            foods. So I can't tell you which one is which. I'm
21          just not a medical doctor. That's not my forte.

22
            But anyway, so yes, he has to avoid gluten. He's not
23          a celiac. We did test for that. But he's not celiac, but
24          it did show up as a sensitivity on the test and he also
            reacted by spaciness. Milk also showed up on the
25          test and he gets diarrhea from milk among other
            things as well,spaciness. Eggs showed up on the test
26          and he doesn't like eggs, they don't feel good.

27          (Discussion off the record.)
28

1    MS. CARFORA:     We are on the record.

2    Q.    We were talking about –

3    A.    Food allergies.

4    Q.     -- food allergies, thank you.

5    A.    Allergy and sensitivity. I don't claim there's a clear
6          line between those two.

7    Q.    Between what two?

8    A.    Between allergies and sensitivities because they
9          appear on both sides.

10         Anyway, so nightshade, the whole categories of
11         nightshades.

12   Q.    Nightshades?

13   A.    Nightshades, N-I-G-H-T-S-H-A-D-E-S,
14         nightshades.

15   Q.    What are nightshades?

16   A.    Category of foods that include tomatoes and
17         potatoes, eggplants, bell peppers.

18   Q.    Do you spend a lot of time avoiding those foods?

19   A.    But yes, it takes me a lot of time to shop for him
20         and for me and for my husband. We all have food
21         issues. So yeah, and I cook all the time and I use
         organic foods as much as humanly possible. Yes, I
22         spend my life reading labels.

23         The other thing that's really, really important on that
24         food list is all of the artificial preservatives, colors
         additives, all of those, you know, avoid and that's
25         why, you know, pretty much, you know, everything
         that he eats is coming, you know, is very carefully
26         picked out at, you know,
27         places like PCC Market or Whole Foods or the
         organic parts of Costco, so I'm very careful about
28         what he eats.

**k. 87:16-25 [EPA's Designations]**

Q.  Have you ever had Kyle medically tested for
    sensitivity for fluoride?

A.  I don't know if there is a test. You tell me. If there is
    a test that doesn't involve pain to him, I would love
    to know about it.

Q.  So have you ever had Kyle medically tested for
    sensitivity to fluoride?

A.  No, because I don't think one exists. If I knew that
    one existed that didn't cause him pain, I would
    definitely do it.

**l. 97:22 to 98:10 [EPA's Designations]**

Q.  Is it important to you to limit Kyle's exposure to
    chemicals that are neurotoxins?

A.  Oh, God, yes. I mean, I do my darnedest to protect
    him from lead too, by the way, and arsenic, but
    fortunately they don't purposely add lead and
    arsenic to the water supply. And yes, for Kyle,
    there's many sources, possible sources of
    neurotoxicants. This is the only one that's
    specifically added to the water supply. For
    somebody's teeth? Not for my son's teeth.

    My son's brain is so much more important and his
    well-being and his lack of pain is so much more
    important than even his teeth. It's just not fair.

**m. 104:16 to 105:3  [EPA's Designations]**

Q.  Okay. So that would be an expense you intend to
    continue paying to protect Kyle?
A.  Yes.

    And of course the shower filter, and if I could find
    one that -- so we wouldn't have to time the showers

1   and so there wouldn't be a problem with monitoring
2   the water pressure and so that I wouldn't have to
    monitor the temperature of the water, and maybe if
3   somebody would please develop one that didn't take
    so much of my time and my husband's to monitor,
4   then it might make it more possible for him to be
    placed out of our home so that it wouldn't take so
5   much time.

6

7                          **n. 112:7-17 [EPA's Designations]**

8

9   [Q.]   Do you see that this mentions developmental
           neurotoxicity? What do you understand
10          developmental neurotoxicity to mean?

11  A.     It means it harms the developing brain.

12  Q.     I just want to be clear. There's no claim as part of
           this lawsuit that you or Kyle suffered
13          developmental neurotoxicity from exposure to
           fluoride, is there?
14

15  A.     I have no evidence of such. That doesn't mean there
16         isn't, but I have no evidence as such.

17

18                        **o. 117:13 – 118:21 [EPA's Designations]**

19

20  Q.     Okay, so how do you tell the difference from a
           headache and pains to the extremities?

21  A.     Usually I'm talking about pain, I am talking about --
22          well, where he usually points to his pain is
           (indicating), the back of his neck. You know, like
23          from here down (indicating). So it's this area,
           (indicating), that's where he points. I'm not him so I
24          can't tell you what it feels like, but – so is that --

25  Q.     Because in your declaration, you mention that he
26          experiences pain to the extremities.

27  A.     Yes.

28

1   Q.    But now you're testifying to something different, is
2         that he has headaches?

3   A.    Well, first of all, you know, that's historical.

4   Q.    What's historical?

5   A.     The pain to his extremities. Yeah, he had profound
6         pain in his extremities and his head and his body,
7         but the extremities was -- from all of the changes
8         that we've made, including, you know, taking him
9         off of fluoride drinking water and -- but there's
          many other things we've done. I mean, fluoride is
          just a piece of my life, piece of his life, too.

10        So there's been many other interventions, you know,
11        that affect his overall health and his overall pain.
12        And we've mentioned things like -- I lost my train
13        of thought. It just went out of my drain -- brain. I
          think I'm getting tired.

14        The pain in his hands, I couldn't say it's totally
15        gone, but it's vastly diminished from where it was,
16        you know, years ago when he was -- before I took
          him off of fluoridated water.

17

18

19

20

21

22

23

24

25

26

27

28

1

2 Dated:   June 5, 2020                                    Respectfully submitted,

3                                                                          /s/  *John Thomas H. Do*

4                                                                          DEBRA J. CARFORA

5                                                                          JOHN THOMAS DO
                                                                            BRANDON N. ADKINS
6                                                                          Environmental Defense Section
                                                                            4 Constitution Square,
7                                                                          150 M Street NE, Room 4.1114
                                                                            Washington, DC 20001
8                                                                          Tel: (202) 514-2640
                                                                            Email: debra.carfora@usdoj.gov
9

10                                                                         *Attorneys for Defendants*

11                                                                         */s Michael Connett (with permission)*

12                                                                         MICHAEL CONNETT
                                                                            C. ANDREW WATERS
13                                                                         Waters Kraus & Paul
                                                                            222 N. Pacific Coast Hwy
14                                                                         El Segundo, CA 90245
                                                                            Tel: (310) 414-8146
15

16                                                                         *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28