DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendant. | Case No. 17-CV-02162 EMC <br><br> **DEFENDANTS' OBJECTIONS TO EXHIBITS TO BE USED ON DIRECT EXAMINATION OF PHILIPPE GRANDJEAN** <br><br> Date: June 9, 2020 <br> Time: 8:00 a.m. <br> Place: Zoom webinar |

Pursuant to the Court's Guidelines for Trial in Civil Cases (Jury and Bench), Defendants lodge the following objections to two documents that Plaintiffs intend to use on direct examination of Philippe Grandjean during the second day of trial, June 9, 2020. Those documents are:

1. Joyce S. Tsuji, Michael R. Garry, Vanessa Perez, Ellen T. Chang, "Low-level arsenic exposure and developmental neurotoxicity in children: a systematic review and risk assessment," TOXICOLOGY (2015); and

2. David Michaels, Doubt is Their Product (2008).

Both publications are inadmissible hearsay. They fall outside of the scope of Dr. Grandjean's disclosed opinions. They are not relevant to a material issue. And to the extent they have any probative value, their relevance is outweighed by the danger of confusing the issues. *See* Fed. R. Evid. 403.

To the extent Plaintiffs intend to use these publications in an attempt to discredit the opinions of Defendants' retained experts, Drs. Ellen Chang or Joyce Tsuji, Plaintiffs will have an opportunity on cross-examination of those witnesses.

Date: June 8, 2020
Washington, D.C.

Respectfully Submitted,

*/s/ Debra J. Carfora*
Brandon N. Adkins
Debra J. Carfora
John Thomas H. Do
Simi Bhat
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2020, a true and correct copy of the foregoing Defendants' Objections to Philippe Grandjean Examination Exhibits was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Brandon N. Adkins*
Brandon N. Adkins
United States Department of Justice