**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** June 8, 2020  **Time:** 8:00-12:00=  **Judge:** EDWARD M. CHEN
3 Hours; 39 Minutes

**Case No.**: 17-cv-02162-EMC  **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Andy Waters, Chris Nidel, Kay Reeves
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman       **Court Reporter:** Debra Pas

**PROCEEDINGS BY ZOOM WEBINAR**

BENCH TRIAL - held.

**SUMMARY**

Parties stated appearances.

Opening statement conducted by Plaintiff's counsel, Michael Connett.
Opening statement conducted by Defendant's counsel, John Do.

Exhibits Admitted: 33A

Parties to return tomorrow, June 9, 2020, at 8:00 A.M.