UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC        Food & Water Watch, Inc. v. Environmental Protection Agency

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Michael Connett, Andy Waters, Chris Nidel | Debra Carfora, Brandon Adkins, John Do, Simi Bhat |
| **BENCH TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| June 8, 2020 | Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session.  Housekeeping matters discussed as stated on the record. | |
| | | 8:05 a.m. | | | Opening statement conducted by Plaintiff's counsel, Michael Connett. | |
| | | 8:36 a.m. | | | Opening statement concludes. | |
| | | 8:36 a.m. | | | Opening statement conducted by Defense counsel, John Do. | |
| | | 9:00 a.m. | | | Opening statement concludes. | |
| | | 9:00 a.m. | | | Video deposition of **Joyce Donohue, Ph.D**.displayed with examination of witness by Michael Connett. | |
| | | 9:27 a.m. | | | Court in recess. | |
| | | 9:40 a.m. | | | Court reconvened.  **Dr. Howard Hu** promoted to the virtual well of the Court and sworn for testimony.  Direct examination of witness by Charles Andy Waters. | |
| 33A | | | X | X | Regulatory Impact of Clean Air Mercury Rule. | |
| | | 10:49 a.m. | | | Court in recess. | |
| | | 10:57 a.m. | | | Court reconvened.  Cross-examination of witness by Brandon Adkins. | |
| | | 12:00 p.m. | | | Court adjourned for the day.  Parties to return tomorrow morning at 8:00 A.M. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |