**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** June 9, 2020         **Time:** 8:00-1:43=         **Judge:** EDWARD M. CHEN
                                              5 Hours; 10 Minutes

**Case No.**: 17-cv-02162-EMC    **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Andy Waters, Chris Nidel, Kay Reeves
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Debra Pas

**PROCEEDINGS BY ZOOM WEBINAR**

BENCH TRIAL - held.

**SUMMARY**

Parties stated appearances.

Witnesses: Dr. Philippe Grandjean

Exhibits Admitted: 544, 42, 43

Parties to return tomorrow, June 10, 2020, at 8:30 A.M.