UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC      Food & Water Watch, Inc. v. Environmental Protection Agency

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Michael Connett, Andy Waters, Chris Nidel, Kay Reeves | Debra Carfora, Brandon Adkins, John Do, Simi Bhat |
| **BENCH TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| June 9, 2020 | Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session.  Housekeeping matters discussed as stated on the record.  Witness, Dr. Howard Hu, is having technical difficulties and will rejoin tomorrow morning. | |
| | | 8:15 a.m. | | | **Dr. Philippe Grandjean** promoted to the virtual well of the Court and sworn for testimony.  Direct examination of witness by Michael Connett. | |
| | | | | | Documents from Dr. Grandjean's declaration viewed. | |
| | | 10:14 a.m. | | | Court in recess. | |
| | | 10:31 a.m. | | | Court reconvened.  Cross-examination of witness by Debra Carfora. | |
| | 544 | | X | X | Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act. | |
| 42 | | | X | X | Federal Register, Volume 73, Number 219 | |
| 43 | | | X | X | Federal Register, Volume 84, Number 123 | |
| | | | | | Oral *Daubert* motion regarding admissibility of testimony made by defendant.  Court denied for reasons as stated on the record. | |
| | | 12:25 p.m. | | | Court in recess. | |
| | | 12:43 p.m. | | | Court reconvened.  Cross-examination of witness continues by Ms. Carfora. | |
| | | 1:16 p.m. | | | Re-direct examination of witness by Michael Connett. | |
| | | 1:43 p.m. | | | Testimony concludes.  Court will reconvene tomorrow morning at 8:30 a.m.  Plaintiffs will begin with finishing re-direct examination of Dr. Hu. | |