**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** June 10, 2020          **Time:** 8:30-1:41=          **Judge:** EDWARD M. CHEN
                                 4 Hours; 37 Minutes

**Case No.**: 17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Andy Waters, Chris Nidel, Kay Reeves
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Debra Pas

**PROCEEDINGS BY ZOOM WEBINAR**

BENCH TRIAL - held.

**SUMMARY**

Parties stated appearances.

Witnesses: Dr. Howard Hu, Dr. Bruce Lanphear, Casey Hannan (by video deposition), Dr. Kristina Thayer, Dr. Kathleen Thiessen.

Parties to return Friday, June 12, 2020, at 8:30 A.M.