UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC      Food & Water Watch, Inc. v. Environmental Protection Agency

## EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Michael Connett, Andy Waters, Chris Nidel, Kay Reeves | Debra Carfora, Brandon Adkins, John Do, Simi Bhat |
| **BENCH TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| June 10, 2020 | Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court in session.  Housekeeping matters discussed as stated on the record. | |
| | | | | | **Dr. Howard Hu** promoted to the virtual well of the Court. Re-direct examination of witness by Andy Waters. | |
| | | 8:45 a.m. | | | Re-cross examination of witness by Brandon Adkins. | |
| | | 8:46 a.m. | | | Court examines witness. | |
| | | 8:51 a.m. | | | **Dr. Bruce Lanphear** promoted to the virtual well of the Court and sworn for testimony.  Direct examination of witness by Michael Connett. | |
| 33 | | | X | X | EPA – Regulatory Impact Analysis of the Final Clean Air Mercury Rule (previously admitted by document 218 filed 6/4/2020) | |
| | 544 | | X | X | Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act (previously admitted by document 218 filed 6/4/2020) | |
| | | 9:32 a.m. | | | Cross-examination of witness by Brandon Adkins. | |
| | | 10:08 a.m. | | | Court in recess. | |
| | | 10:22 a.m. | | | Court reconvened.  Cross-examination of witness continues by Brandon Adkins. | |
| | | 10:48 a.m. | | | Re-direct examination of witness by Michael Connett. | |
| | | 11:06 a.m. | | | Court examines witness. | |
| | | 11:07 a.m. | | | Re-cross examination of witness by Brandon Adkins. | |
| | | 11:10 a.m. | | | Video deposition testimony of **Casey Hannan** played for the Court.  Introduced by Michael Connett. | |
| | | 11:28 a.m. | | | Deposition concluded. | |

1

|    |    | 11:28 a.m. |   |   | Plaintiff calls Dr. Thayer as next expert witness. Dr. Thayer has issues with connection. Court will take recess and return to Dr. Thayer's testimony. |   |
|----|----|------------|---|---|----|---|
|    |    | 11:32 a.m. |   |   | Court in recess. |   |
|    |    | 11:52 a.m. |   |   | **Dr. Kristina Thayer** promoted to the virtual well of the Court and sworn for testimony. Direct examination of witness by Michael Connett. |   |
| 18 |    |            | X | X | EPA – Toxicological Review (previously admitted by document 218 filed 6/4/2020) |   |
|    |    | 12:30 p.m. |   |   | Testimony concludes. Plaintiff calls Dr. Kathleen Thiessen as next witness. |   |
|    |    | 12:33 p.m. |   |   | **Dr. Kathleen Thiessen** promoted to the virtual well of the Court and sworn for testimony. Direct examination of witness by Michael Connett. |   |
| 47 |    |            | X |   | EPA – Draft Risk Evaluation for 1-Bromopropoane. |   |
| 20 |    |            | X | X | EPA – Toxicological Review of Methanol (previously admitted by document 218 filed 6/4/2020). |   |
|    |    | 1:41 p.m.  |   |   | Court concludes testimony for today. Dr. Thiessen and all parties will return Friday, 6/12/2020, at 8:30 A.M.(PST). |   |