DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC. 20044-7611
Tel.   (202) 514-2640 (Carfora)
       (202) 514-2593 (Do)
       (202) 616-9174 (Adkins)
       (202) 532-5563 (Bhat)
Fax    (202) 514-8865
debra.carfora@usdoj.gov
john.do@usdoj.gov
brandon.adkins@usdoj.gov
simi.bhat@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | No. 3:17-cv-02162-EMC |
| Plaintiffs, | **EPA'S MOTION TO STRIKE TESTIMONY** |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENY, et al., | |
| Defendants. | |

Defendants United States Environmental Protection Agency et al. ("EPA") submits this motion to strike testimony given by Dr. Kathleen Thiessen on June 10, 2020 as beyond the scope of expert disclosure pursuant to Federal Rule of Civil Procedure (a)(2)(B). The specific portions of testimony relate to reports of neurological symptoms in a 1956 study by Dr. Waldbott, and these portions are marked on excerpts of the June 10, 2020 transcript of June 10, 2020, attached as Exhibit A.

Undersigned counsel for Defendants objected to the testimony of Dr. Thiessen regarding neurological symptoms reported in a 1950s study by Dr. Waldbott as beyond the scope of her expert disclosures to the extent the information was not contained in the 2006 report of the of the National Research Council ("NRC"). Ex. A. at 5 (Tr. June 10, 2020, 501:18-2). Dr. Thiessen relied on this 2006 report, the report has been admitted into evidence as Exhibit 13, and excerpts of the report are attached to this motion, Ex. B. Lead counsel for Plaintiffs responded that the 2006 NRC report "talks about neurological manifestations in case reports of sensitive individuals," and upon further questioning by the Court, lead counsel for Plaintiffs stated that the "NRC report cites George Waldbott's case reports as the basis for its discussion." *Id*. at 5-6 (Tr. 502:23-503:6). He then asked Dr. Thiessen whether Dr. Waldbott identified neurological manifestations and headaches specifically, and Dr. Thiessen responded "yes." *Id*. at 6-7 (Tr. 503:19-504:2).

No facts connecting Dr. Waldbott's 1950s experiments with neurological symptoms or headaches are contained in the NRC report. Rather, the NRC report states that the "primary symptoms" of gastrointestinal injury are "nausea, vomiting, and abdominal pain (see Table 9-1)" and "[s]uch symptoms have been reported in case studies," including in Dr. Waldbott's 1956 paper. Ex. B at 5 (Ex. 13 at 269). Table 9-1 further describes the findings from "Waldbott 1956" as "stomach cramps, abdominal pain, and nausea." *Id*. at 6 (Ex. 13 at 270). The only other reference to Dr. Waldbott's 1956 paper that Defendants have located in the NRC 2006 report is to skin irritation. *Id*. at 10 (Ex. 13 at 293). Plaintiffs did not disclose any paper by Dr. Waldbott as

2

EPA's Motion To Strike Testimony
*Food & Water Watch, Inc., et al. v. U.S. Environmental Protection Agency, et al.*, No. 3:17-cv-02162-EMC (N.D. Cal.)

information on which Dr. Thiessen relied.

Undersigned counsel for Defendants sent an email to lead counsel for Plaintiffs inquiring which page of the NRC 2006 report the witness was referring to during her testimony on June 10, 2020 at 4:09pm. Ex. C. Her co-counsel further inquired whether lead counsel for Plaintiffs intended to respond to the question regarding the NRC report on June 11, 2020 at 3:16pm. Ex. D. Plaintiffs' counsel responded to the email without responding to the question. Ex. D.

After searching the 531-page exhibit, Defendants included all the citations to any study by Dr. Waldbott in the 1950s they could find in the excerpts of the exhibit attached, Ex. B. Defendants thus move to strike the testimony of Dr. Thiessen on Dr. Waldbott's study.

Dated:   June 11, 2020                    /s/Simi Bhat
                                          DEBRA J. CARFORA
                                          JOHN THOMAS H. DO
                                          BRANDON N. ADKINS
                                          SIMI BHAT

                                          *Attorneys for Federal Defendants*

3

EPA's Motion To Strike Testimony
*Food & Water Watch, Inc., et al. v. U.S. Environmental Protection Agency, et al.*, No. 3:17-cv-02162-EMC (N.D. Cal.)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 11, 2020 to all case participants.

*/s/ Simi Bhat*
SIMI BHAT