# EXHIBIT A:

June 10, 2020 Transcript Excerpts

Volume 3

Pages 326 - 508

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE EDWARD M. CHEN

| | |
|---|---|
| FOU & WATER WATCH, INC., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. C 17-2162 EMC |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, et al, ) | |
| ) | San Francisco, California |
| Defendants. ) | Wednesday |
| ) | June 10, 2020 |
| ) | 8:30 a.m. |

**TRANSCRIPT OF REMOTE ZOOM BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**         WATERS KRAUS & PAUL
                            222 North Pacific Coast Highway
                            Suite 1900
                            El Segundo, California 90245
                    **BY:   MICHAEL P. CONNETT, ESQ.
                            CHARLES ANDREW WATERS, ESQ.**


                            WATERS & KRAUS LLP
                            3141 Hood Street
                            Suite 700
                            Dallas, Texas 75219
                    **By:   KAY GUNDERSON REEVES, ESQ.**



        (APPEARANCES CONTINUED ON FOLLOWING PAGE)


Reported By:    Debra L. Pas, CSR 11916, RPR, RMR, CRR
                Official Reporter - US District Court
                Computerized Transcription By Eclipse

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco*
*(415) 431-1477*

**APPEARANCES:   (CONTINUED)**

**For Plaintiffs:**         NIDEL AND NACE, PLLC
                            5335 Wisconsin Avenue, NW
                            Suite 440
                            Washington, DC 20015
                    **BY:   CHRISTOPHER THOMAS NIDEL, ESQ.**


**For Defendants:**         U.S. DEPARTMENT OF JUSTICE
                            Environmental Defense Section
                            601 D Street, NW
                            Room 8814
                            Washington, DC 20004
                    **BY:   DEBRA J. CARFORA, ESQ.**


                            U.S. DEPARTMENT OF JUSTICE
                            Environment & Natural Resources Div.
                            P.O. Box 7611
                            Washington, DC 20044
                    **BY:   BRANDON N. ADKINS. ESQ.
                            SIMI BHAT, ESQ.
                            JOHN THOMAS H. DO, ESQ.**

                                    —  —  —

1   discussion, so there is nothing to strike.
2           **MS. BHAT:**  All right, Your Honor.  Thank you.
3           **THE COURT:**  Okay.
4           **MR. CONNETT:**  So, Your Honor, I probably have about
5   five minutes left and then that will be the end of our
6   questioning.  I know we're reaching about 1:30 and that's the
7   close time.
8       Does Your Honor have a preference as to whether we --
9           **THE COURT:**  Why don't you complete your five minutes,
10  and then we'll pick up with cross on, I guess, Friday morning.
11          **MR. CONNETT:**  Okay.
12          **THE COURT:**  Is that all right?
13  **BY MR. CONNETT**
14  **Q.**  Now, Dr. Thiessen, in your expert report and declaration
15  you talk about some findings from the NRC or discussion from
16  the NRC on neurological manifestations that have been
17  associated with fluoride exposure in humans; is that correct?
18  **A.**  Yes.
19  **Q.**  Can you explain for the Court what -- can you explain for
20  the Court the evidence or the reports that NRC looked at?
21  **A.**  NRC looked at reports certainly by Waldbott, and there's
22  also earlier ones by Rohan, reporting neurological things like
23  headaches and other sorts of things.  Rohan reported those in
24  cryolite workers way back.
25      And one interesting thing is that among workers who had

1  quit their jobs because it was making them sick, many of them
2  reported having these neurological problems during the time
3  that they were employed.
4      Dr. Waldbott, who is probably the nation's premier allergy
5  specialist at the time reported these adverse responses to
6  fluoride, including the neurological manifestations.  He's the
7  same doctor who reported associations of lung disease in
8  smoking and, also, penicillin allergy.
9      And he actually ran, you can almost call them experiments
10 with his patients, noting what happened or didn't happen if
11 they did or didn't drink fluoridated water on a particular day
12 or for a period of time and the vast majority of cases without
13 the knowledge of the patient as to which was which.  And in
14 many cases the doctor was blinded to the current exposure also.
15     So it's -- it's a consistent set of evidence in that the
16 NRC report does -- does discuss that very briefly.
17 **Q.**  Did the --
18     **MS. BHAT:**  Your Honor, it would appear that some of
19 that answer is also beyond the scope of the expert disclosure.
20     To the extent that the NRC document reflects this
21 discussion, I believe it's still within the scope, but I think
22 beyond that would certainly be outside the scope.
23     **THE COURT:**  All right.  What was just testified to in
24 the NRC report, counsel?
25     **MR. CONNETT:**  Yes.  The NRC report talks about

1   neurological manifestations in case reports of sensitive
2   individuals.
3           THE COURT:  But did it talk about the -- this
4   particular study of the -- the experimental data?
5           MR. CONNETT:  Yes.  It cites -- NRC report cites
6   George Waldbott's case reports as the basis for its discussion.
7           THE COURT:  All right.  Unless I hear evidence to the
8   contrary, I'll allow it.
9   BY MR. CONNETT
10  Q.   Dr. Thiessen, did the NRC find Dr. Waldbott's case reports
11  to be credible?
12  A.   Yes.
13          THE COURT:  What period of time -- when was the
14  Waldbott report?  Were these the ones back from the '30s?
15          MR. CONNETT:  No.
16          THE WITNESS:  1950s.
17          THE COURT:  50's, okay.  Thank you.
18  BY MR. CONNETT
19  Q.   And Dr. Waldbott in his case reports identified -- did he
20  identify a number of neurological manifestations?
21  A.   Yes.
22  Q.   And was one of those neurological manifestations
23  headaches?
24  A.   Yes.
25  Q.   Did Dr. Waldbott's report indicate whether some

1   individuals are more sensitive to fluoride than others?
2   **A.**   Yes.
3   **Q.**   Now, I'll just conclude with a few final questions here.
4   Dr. Thiessen, are you a legal expert?
5   **A.**   No.
6   **Q.**   Are you an expert on the statutory interpretation of the
7   Toxic Substances Control Act?
8   **A.**   No.
9   **Q.**   Are you an expert on how manufacturers go about submitting
10  draft risk evaluations to the EPA?
11  **A.**   I've read several, but I'm not an expert on it.
12  **Q.**   Are you an expert on how the Court will go about reaching
13  its decision in this case?
14  **A.**   No.
15  **Q.**   Are you an expert on what EPA will do if the Court finds
16  there to be an unreasonable risk?
17  **A.**   No.
18           **MR. CONNETT:**  Your Honor, at this time plaintiffs
19  have no further questions.
20           **THE COURT:**  All right.  Then we will adjourn for the
21  day.
22       Thank you, Dr. Thiessen.  We will need you back to
23  complete your testimony when the government has a chance to ask
24  questions of you.
25           **THE WITNESS:**  Yes, sir.

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*Debra L. Pas*

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Wednesday, June 10, 2020