# EXHIBIT B:

Plaintiffs' Trial Exhibit 13, NRC 2006

THE NATIONAL ACADEMIES PRESS

This PDF is available at http://nap.edu/11571     SHARE   



Fluoride in Drinking Water: A Scientific Review of EPA's Standards (2006)

### DETAILS

530 pages | 6 x 9 | PAPERBACK
ISBN 978-0-309-10128-8 | DOI 10.17226/11571

GET THIS BOOK

FIND RELATED TITLES

### CONTRIBUTORS

Committee on Fluoride in Drinking Water; Board on Environmental Studies and Toxicology; Division on Earth and Life Studies; National Research Council

### SUGGESTED CITATION

National Research Council 2006. *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*. Washington, DC: The National Academies Press. https://doi.org/10.17226/11571.



Visit the National Academies Press at NAP.edu and login or register to get:

– Access to free PDF downloads of thousands of scientific reports
– 10% off the price of print titles
– Email or social media notifications of new titles related to your interests
– Special offers and discounts

Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press. (Request Permission) Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.

Copyright © National Academy of Sciences. All rights reserved.



Plaintiffs' Exhibit
**013**
Food & Water v. EPA
3:17-cv-02162-EMC

# FLUORIDE
## IN DRINKING WATER

A SCIENTIFIC REVIEW OF
EPA'S STANDARDS

Committee on Fluoride in Drinking Water

Board on Environmental Studies and Toxicology

Division on Earth and Life Studies



NATIONAL RESEARCH COUNCIL
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Pls' Ex. 13
Copyright National Academy of Sciences. All rights reserved.

# 9

# Effects on the Gastrointestinal, Renal, Hepatic, and Immune Systems

This chapter evaluates the effects of fluoride on the gastrointestinal system (GI), the kidney, the liver, and the immune system, focusing primarily on new data that have been generated since the earlier NRC (1993) review. Studies that involved exposures to fluoride in the range of 2-4 milligrams per liter (mg/L) are emphasized, so that the safety of the maximum-contaminant-level goal (MCLG) can be evaluated.

## GI SYSTEM

Fluoride occurs in drinking water primarily as free fluoride. When ingested some fluorides combine with hydrogen ions to form hydrogen fluoride (HF), depending on the pH of the contents of the stomach (2.4% HF at pH 5; 96% HF at pH 2). HF easily crosses the gastric epithelium, and is the major form in which fluoride is absorbed from the stomach (see Chapter 3). Upon entering the interstitial fluid in the mucosa where the pH approaches neutrality, HF dissociates to release fluoride and hydrogen ions which can cause tissue damage. Whether damage occurs depends on the concentrations of these ions in the tissue. It appears that an HF concentration somewhere between 1.0 and 5.0 mmol/L (20 and 100 mg/L), applied to the stomach mucosa for at least 15 minutes, is the threshold for effects on the function and structure of the tissue (Whitford et al. 1997). Reported GI symptoms, such as nausea, may not be accompanied by visible damage to the gastric mucosa. Thus, the threshold for adverse effects (discomfort) is likely to be lower than that proposed by Whitford et al. This review is concerned primarily with the chronic ingestion of fluoride in drinking wa-

Pls' Ex. 13
Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 228-2   Filed 06/11/20   Page 5 of 12

ter containing fluoride at 2-4 mg/L. Single high doses of ingested fluoride are known to elicit acute GI symptoms, such as nausea and vomiting, but whether chronic exposure to drinking water with fluoride at 4 mg/L can elicit the same symptoms has not been documented well.

The primary symptoms of GI injury are nausea, vomiting, and abdominal pain (see Table 9-1). Such symptoms have been reported in case studies (Waldbott 1956; Petraborg 1977) and in a clinical study involving double-blind tests on subjects drinking water artificially fluoridated at 1.0 mg/L (Grimbergen 1974). In the clinical study, subjects were selected whose GI symptoms appeared with the consumption of fluoridated water and disappeared when they switched to nonfluoridated water. A pharmacist prepared solutions of sodium fluoride (NaF) and sodium silicofluoride ($Na_2SiF_6$) so that the final fluoride ion concentrations were 1.0 mg/L. Eight bottles of water were prepared with either fluoridated water or distilled water. Patients were instructed to use one bottle at a time for 2 weeks. They were asked to record their symptoms throughout the study period. Neither patients nor the physician administering the water knew which water samples were fluoridated until after the experiments were completed. The fluoridation chemicals added to the water at the time of the experiments were likely the best candidates to produce these symptoms. Despite those well-documented case reports, the authors did not estimate what percentage of the population might have GI problems. The authors could have been examining a group of patients whose GI tracts were particularly hypersensitive. The possibility that a small percentage of the population reacts systemically to fluoride, perhaps through changes in the immune system, cannot be ruled out (see section on the immune system later in this chapter).

Perhaps it is safe to say that less than 1% of the population complains of GI symptoms after fluoridation is initiated (Feltman and Kosel 1961). The numerous fluoridation studies in the past failed to rigorously test for changes in GI symptoms and there are no studies on drinking water containing fluoride at 4 mg/L in which GI symptoms were carefully documented. Nevertheless, there are reports of areas in the United States where the drinking water contains fluoride at concentrations greater than 4 mg/L and as much as 8 mg/L (Leone et al. 1955b). Symptoms of GI distress or discomfort were not reported. In the United Kingdom, where tea drinking is more common, people can consume up to 9 mg of fluoride a day (Jenkins 1991). GI symptoms were not reported in the tea drinkers. The absence of symptoms might be related to the hardness of the water, which is high in some areas of the United Kingdom. Jenkins (1991) reported finding unexpectedly high concentrations of fluoride (as high as 14 mg/L) in soft water compared with hard water when boiled. In contrast, in India, where endemic fluorosis is well documented, severe GI symptoms are common (Gupta et al. 1992; Susheela et al. 1993; Dasarathy et al. 1996). One cannot rule out the

Pls' Ex. 13

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 228-2   Filed 06/11/20   Page 6 of 12

*270*

**TABLE 9-1** Studies of Gastrointestinal Effects in Humans

| Approximate Concentration of Fluoride in the Stomach[a] | Study Design | Findings | Application/ Proposed Mechanisms | Comments | Reference |
|---|---|---|---|---|---|
| *Water Fluoridation* | | | | | |
| 1.0 mg/L | Case reports of patients (n = 52) drinking artificially fluoridated water. | Stomach cramps, abdominal pain, and nausea resolved when patients stopped drinking fluoridated water. | Possible gastrointestinal hypersensitivity. | Low daily dose of fluoride; cluster of subjects selected on the basis of symptoms. | Waldbott 1956 |
| 1.0 mg/L | Double-blinded test of patients (n = 60) drinking artificially fluoridated water in Haarlem, Netherlands. | 50% of subjects had stomach and intestinal symptoms; 30% had stomatitis. | Possible gastrointestinal hypersensitivity. | Low daily dose of fluoride; self-reporting of symptoms. | Grimbergen 1974 |
| 1.0 mg/L | Case reports of symptoms in subjects (n = 20) drinking fluoridated water in Milwaukee. | Fatigue, pruritis, polydipsia, headaches, and gastrointestinal symptoms. | Possible gastrointestinal hypersensitivity. | Low daily dose; cluster of subjects selected on the basis of symptoms. | Petraborg 1977 |
| *Water Fluoridation Accidents* | | | | | |
| 75-300 mg/L[b] (range due to differences found in 2 fluoride feeders) | Symptoms reported in 34 children during accidental overfeed in school water supply. | Fluoride concentrations in water were 93.5 and 375 mg/L. 68% of the children had gastrointestinal upset. | Acute fluoride toxicity of the gastric epithelium. | Symptoms resolved after problem was corrected; doses of fluoride in mg/kg were not reported. | Hoffman et al. 1980 |
| 250 mg/L, (based on 50-mL ingestion) | Symptoms reported in 22 subjects during accidental overfeed in school water supply. | Fluoride concentration in water was 1,041 mg/L. 91% of the subjects had nausea and vomiting. | Acute fluoride toxicity of the gastric epithelium. | Only small amounts of the beverages made with the school's water were consumed. | Vogt et al. 1982 |

Pls' Ex. 13
Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 228-2   Filed 06/11/20   Page 7 of 12

*271*

| Dose | Description | Effects | Effect | Reference |
|---|---|---|---|---|
| 41 mg/L | Symptoms reported in 321 subjects during accidental overfeed in water supply. | Of the 160 persons who drank water; 52% had gastroenteritis. Only 2% of subjects who did not drink water reported gastroenteritis. Itching and skin rash also reported. Fluoride concentration in water peaked at 51 mg/L. | Acute fluoride toxicity of the gastric epithelium. | Petersen et al. 1988 |
| 150 mg/L (assuming no dilution with stomach fluid) | Symptoms reported in 47 residents of a town during accidental fluoride overfeed of the water supply. | 90% had nausea, vomiting, diarrhea, abdominal pains, or numbness or tingling of the face or extremities. One person in the town died. Fluoride concentration in water was 150 mg/L. | Acute fluoride toxicity of the gastric epithelium. | Death occurred due to nausea, vomiting, diarrhea, and repeated ingestion of water (large acute dose). | Gessner et al. 1994 |
| 20-30 mg/L (based on 100-mL ingestion) | Symptoms reported in 39 patrons of a restaurant who consumed water or ice during an overfeed accident. | 34 subjects had acute gastrointestinal illness in a 24-hour period after exposure. Fluoride concentration in water was 40 mg/L. | Acute fluoride toxicity of the gastric epithelium. | Symptoms resolved after problem was corrected; dose of fluoride was not reported but was estimated to be 3 mg/kg. | Penman et al. 1997 |
| 46-69 mg/L | Symptoms reported in 7 school children during accidental overfeed. | Nausea and vomiting. Fluoride concentration in water was 92 mg/L. | Acute fluoride toxicity of the gastric epithelium. | Dose in mg/kg was not reported. | Sidhu and Kimmer 2002 |

*continued*

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 228-2   Filed 06/11/20   Page 8 of 12

*272*

TABLE 9-1 Continued

| Approximate Concentration of Fluoride in the Stomach[a] | Study Design | Findings | Application/ Proposed Mechanisms | Comments | Reference |
|---|---|---|---|---|---|
| *Other Exposures* | | | | | |
| 5 ppm | Symptoms reported in pregnant women and their children from birth to 9 years taking NaF (1.2 mg) supplements. 672 cases (461 controls) | 1% of cases had dermatologic, gastrointestinal, and neurologic effects. Comparisons with controls treated with binder placebo tablets established the effects to be from fluoride and not the binder. | Chronic or acute toxicity. | Details of clinical trial (e.g., randomization, stratification) not reported; dose in mg/kg was not reported; gastrointestinal systems were probably worse in small children (due to higher dose per kilogram of body weight). | Feltman and Kosel 1961 |
| 20 ppm, (assuming 100 of mL stomach fluid) | Symptoms observed in 10 adult volunteers who ingested 3 g of gel containing fluoride at 0.42% (4,200 mg/L). | Petechiae and erosion found in 7 of 10 subjects. Surface epithelium was most affected portion of the mucosa. | Acute fluoride toxicity of the gastric epithelium. | Approximately 10% of a probably toxic dose. | Spak et al. 1990 |
| 136 ppm (calculated from on 30 mg of NaF ingested in 100 mL of stomach fluid) | Symptoms observed in 10 patients with otosclerosis treated with NaF at 30 mg/ day for 3-12 months. | 7 subjects had abdominal pains, vomiting, and nausea. Endoscopy revealed petechiae, erosion, and erythema. Histological exams showed chronic atrophic gastritis in all patients and in only one of the controls. | Acute fluoride toxicity of the gastric epithelium. | | Das et al. 1994 |

Pls' Ex. 13
Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 228-2   Filed 06/11/20   Page 9 of 12

*273*

| | | | | |
|---|---|---|---|---|
| 200 ppm (using the 0.05% NaF mouthwash example) | Evaluation of reports to the American Association of Poison Control Centers of suspected overingestion of fluoride to estimate toxic amounts of home-use fluoride products. | Authors estimate a "probably toxic dose" of fluoride to children less than 6 years of age to be 50 mg. That dose was based on examples of a 10-kg child ingesting 10.1 g of 1.1% NaF gel; 32.7 g of 0.63% $SnF_2$ gel; 33.3 g of toothpaste with 1,500 ppm of fluoride; 50 g of toothpaste with 1,000 ppm of fluoride; or 221 mL of 0.05% NaF rinse. | Acute fluoride toxicity of the gastric epithelium. | Similar total acute doses as the water fluoridation overfeed accidents. | Shulman and Wells 1997 |

[a]In most studies, the concentration of fluoride in the stomach was not determined, so estimates were made by the committee. The actual concentrations could vary widely depending on the volume in the stomach and the rate of gastric secretions. The latter could also vary depending on the effect of fluoride (or any other agent) on the secretory process.
[b]Estimated from ingesting 400 mL of fluoridated water (unless dose was reported) diluted 0.8 with 100 mL of stomach fluid with fluoride at 1 mg/L (empty stomach).

Pls' Ex. 13
Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 228-2   Filed 06/11/20   Page 10 of 12

fatty acid components increased and polyunsaturated fatty acids decreased. Liver cholesterol and dolichol were unchanged. The authors concluded that fluoride-induced alteration in liver membrane lipids could be an important factor in the pathogenesis of chronic fluorosis.

Whether any of these changes has relevance to the long-term daily ingestion of drinking water containing fluoride at 4 mg/L will require careful analysis of liver function tests in areas with high and low concentrations of fluoride in the drinking water. The clinical trials involving fluoride therapy for treating osteoporosis require that subjects be administered fluoride at concentrations approaching 1.0 mg/kg/day. Although such studies are rarely carried out for more than 5 years, this period of time should be sufficient to measure any changes in hepatic function. Jackson et al. (1994) reported that there was a significant increase in liver function enzymes in test subjects taking 23 mg of fluoride a day for 18 months, but the enzyme concentrations were still within the normal range. It is possible that a lifetime ingestion of 5-10 mg/day from drinking water containing fluoride at 4 mg/L might turn out to have long-term effects on the liver, and this should be investigated in future epidemiologic studies.

Finally, because the liver is the primary organ for defluorinating toxic organofluorides, there is a concern that added fluoride body burden that would be experienced in areas where the drinking water had fluoride at 4 mg/L might interfere with the activity of the cytochrome P450 complex (Baker and Ronnenberg 1992; Kharasch and Hankins 1996).

## IMMUNE SYSTEM

### Hypersensitivity

In the studies by physicians treating patients who reported problems after fluoridation was initiated, there were several reports of skin irritation (Waldbott 1956; Grimbergen 1974; Petraborg 1977). Although blinded experiments suggested that the symptoms were the result of chemicals in the water supply, various anecdotal reports from patients complaining, for example, of oral ulcers, colitis, urticaria, skin rashes, nasal congestion, and epigastric distress, do not represent type I (anaphylactic), II (cytotoxic), III (toxic complex), or IV (delayed type reactivity) hypersensitivity, according to the American Academy of Allergy (Austen et al. 1971). These patients might be sensitive to the effects of silicofluorides and not the fluoride ion itself. In a recent study, Machalinski et al. (2003) reported that the four different human leukemic cell lines were more susceptible to the effects of sodium hexafluorosilicate, the compound most often used in fluoridation, than to NaF.

Nevertheless, patients who live in either an artificially fluoridated com-

Pls' Ex. 13
Copyright National Academy of Sciences. All rights reserved.

# References

Aardema, M.J., and T. Tsutsui. 1995. Sodium fluoride-induced chromosome aberrations in different cell cycle stages. Mutat. Res. 331(1):171-172.

Abboud, T.K., L. D'Onofrio, A. Reyes, P. Mosaad, J. Zhu, M. Mantilla, H. Gangolly, D. Crowell, M. Cheung, A. Afrasiabi, N. Khoo, J. Davidson, Z. Steffens, and N. Zaki. 1989. Isoflurane or halothane for cesarean section: Comparative maternal and neonatal effects. Acta Anaesthesiol. Scand. 33(7):578-581.

ADA (American Dental Association). 2005. Fluoridation facts. Chicago, IL: American Dental Association.

Adachi, J.D., M.J. Bell, W.G. Bensen, F. Bianchi, A. Cividino, R.J. Sebaldt, M. Gordon, G. Ioannidis, and C. Goldsmith. 1997. Fluoride therapy in prevention of rheumatoid arthritis induced bone loss. J. Rheumatol. 24(12):2308-2313.

Adair, S.M. 1999. Overview of the history and current status of fluoride supplementation schedules. J. Public Health Dent. 59(4):252-258.

Adair, S.M., W.P. Piscitelli, and C. McKnight-Hanes. 1997. Comparison of the use of a child and an adult dentifrice by a sample of preschool children. Pediatr. Dent. 19(2):99-103.

Adams, G.R. 1977. Physical attractiveness, personality, and social reactions to peer pressure. J. Psychol. 96(Part 2):287-296.

Adams, G.R., and T. Huston. 1975. Social perceptions of middle-aged persons varying in physical attractiveness. Dev. Psychol. 11:657-658.

Ahmad, R., and J.M. Hammond. 2004. Primary, secondary, and tertiary hyperparathyroidism. Otolaryngol. Clin. N. Am. 37(4):701-713.

Ahn, H.W., B. Fulton, D. Moxon, and E.H. Jeffery. 1995. Interactive effects of fluoride and aluminum uptake and accumulation in bones of rabbits administered both agents in their drinking water. J. Toxicol. Environ. Health 44(3):337-350.

Akano, A., and S.W. Bickler. 2003. Pineal gland calcification in sub-Saharan Africa. Clin. Radiol. 58(4):336-337.

Akpata, E.S., Z. Fakiha, and N. Khan. 1997. Dental fluorosis in 12-15-year-old rural children exposed to fluorides from well drinking water in the Hail region of Saudi Arabia. Community Dent. Oral Epidemiol. 25(4):324-327.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 228-2   Filed 06/11/20   Page 12 of 12

*406*                                           FLUORIDE IN DRINKING WATER

von Tirpitz, C., J. Klaus, M. Steinkamp, L.C. Hofbauer, W. Kratzer, R. Mason, B.O. Boehm, G. Adler, and M. Reinshagen. 2003. Therapy of osteoporosis in patients with Crohn's disease: A randomized study comparing sodium fluoride and ibandronate. Aliment. Pharmacol. Ther. 17(6):807-816.

Wadayama, B., J. Toguchida, T. Yamaguchi, M.S. Sasaki, and T. Yamamuro. 1993. p53 expression and its relationship to DNA alterations in bone and soft tissue sarcomas. Br. J. Cancer 68(6):1134-1139.

Wagener, D.K., P. Nourjah, and A.M. Horowitz. 1992. Trends in Childhood Use of Dental Care Products Containing Fluoride: United States, 1983-1989. Hyattsville, MD: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control.

Waldbott, G.L. 1956. Incipient chronic fluoride intoxication from drinking water. II. Distinction between allergic reactions and drug intolerance. Int. Arch. Allergy Appl. Immunol. 9(5):241-249.

Waldbott, G.L., A.W. Burgstahler, and H.L. McKinney. 1978. Fluoridation: The Great Dilemma. Lawrence, KS: Coronado Press.

Wang, A.G., T. Xia, Q.L. Chu, M. Zhang, F. Liu, X.M. Chen, and K.D. Yang. 2004. Effects of fluoride on lipid peroxidation, DNA damage and apoptosis in human embryo hepatocytes. Biomed. Environ. Sci. 17(2):217-222.

Wang, D., and M. Qian. 1989. Report on the village use of the recension Chinese combined Raven's Test. Inform. Phychol. Sci. 5:23-27.

Wang, R. 2005. Anisotropic fracture in bovine root and coronal dentin. Dent. Mater. 21(5):429-436.

Wang, Y.N., K.Q. Xiao, J.L. Liu, G. Dallner, and Z.Z. Guan. 2000. Effect of long term fluoride exposure on lipid composition in rat liver. Toxicology 146(2-3):161-169.

Warnakulasuriya, K.A., S. Balasuriya, P.A. Perera, and L.C. Peiris. 1992. Determining optimal levels of fluoride in drinking water for hot, dry climates—a case study in Sri Lanka. Community Dent. Oral Epidemiol. 20(6):364-367.

Warnakulasuriya, S., C. Harris, S. Gelbier, J. Keating, and T. Peters. 2002. Fluoride content of alcoholic beverages. Clin. Chim. Acta 320(1-2):1-4.

Warren, D.P., H.A. Henson, and J.T. Chan. 1996. Comparison of fluoride content in caffeinated, decaffeinated and instant coffee. Fluoride 29(3):147-150.

Warren, J.J., and S.M. Levy. 1999. Systemic fluoride. Sources, amounts, and effects of ingestion. Dent. Clin. North Am. 43(4):695-711.

Waterhouse, C., D. Taves, and A. Munzer. 1980. Serum inorganic fluoride: Changes related to previous fluoride intake, renal function and bone resorption. Clin. Sci. 58(2):145-152.

Webster, T. 2000. Bias in Ecologic and Semi-Individual Studies. D.Sc. dissertation, Boston University School of Public Health.

Webster, T. 2002. Commentary: Does the spectre of ecologic bias haunt epidemiology? Int. J. Epidemiol. 31(1):161-162.

Weetman, A.P. 1997. Hypothyroidism: Screening and subclinical disease. Br. Med. J. 314(7088):1175-1178.

Weinberger, S.J. 1991. Bottled drinking waters: Are the fluoride concentrations shown on the labels accurate? Int. J. Pediatr. Dent. 1(3):143-146.

Weiner, M.F., W.H. Wighton-Benn, R. Risser, D. Svetlik, R. Tintner, J. Hom, R.N. Rosenberg, and F.J. Bonte. 1993. Xenon-133 SPECT-determined regional cerebral blood flow in Alzheimer's disease: What is typical? J. Neuropsychiatry Clin. Neurosci. 5(4):415-418.

Weiss, B. 1969a. Similarities and differences in the norepinephrine-and sodium fluoride-sensitive adenyl cyclase system. J. Pharmacol. Exp. Ther. 166(2):330-338.

Weiss, B. 1969b. Effects of environmental lighting and chronic denervation on the activation of

Copyright National Academy of Sciences. All rights reserved.