# EXHIBIT C:

## Email To Opposing Counsel

| | |
|---|---|
| **From:** | Bhat, Simi (ENRD) |
| **To:** | Michael Connett |
| **Subject:** | NRC discussion of Waldbott |
| **Date:** | Wednesday, June 10, 2020 7:09:00 PM |

Michael,

During your examination of Dr. Thiessen, she responded about headaches with reference to NRC 2006 and cited a study by Waldbott. What page of NRC 2006 was she referring to?

Thanks,
Simi

Simi Bhat
Senior Attorney | U.S. Department of Justice | Environment & Natural Resources Division
301 Howard St., San Francisco, CA | 415-744-6473 | simi.bhat@usdoj.gov