# EXHIBIT D:

Email Response From Opposing Counsel

| | |
|---|---|
| **From:** | Michael Connett |
| **To:** | Do, John Thomas (ENRD) |
| **Cc:** | Carfora, Debra (ENRD); Adkins, Brandon (ENRD); Bhat, Simi (ENRD) |
| **Subject:** | Re: Witness materials for Thayer and Tsuji |
| **Date:** | Thursday, June 11, 2020 6:53:56 PM |

JT - All of our materials have been uploaded.

**waterskrauspaul**

**Michael Connett | Attorney**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskraus.com.

**From:** Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Sent:** Thursday, June 11, 2020 3:15:43 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>; Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>; Bhat, Simi (ENRD) <Simi.Bhat@usdoj.gov>
**Subject:** Witness materials for Thayer and Tsuji

[CAUTION]: External Email

Michael,

A courtesy reminder that our binders for the live witnesses we believe will be called tomorrow are up on box.com  I did not see any material from you.  Please advise.

Also, do you intend on replying to Simi's email regarding disclosures/NRC?  If we don't hear from you by 4:30, please know we may move to exclude such testimony.

Regards,
JT

> Thayer:
>
> 518.pdf
>
> 553.pdf
>
> Thayer_Demonstratives.pdf
>
>
> Tsuji:
>
> Trial Declaration of Kathleen Thiessen (ECF No. 202-1).pdf

Trial Exhibit 509 (Tsuji CV).pdf

Trial Exhibit 510 (tables and figures from Tsuji rebuttal report).pdf

Trial Exhibit 553 (NTP 2016 report).pdf

Trial_Declaration_of_Joyce_Tsuji (ECF No. 199).PDF