**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

## CIVIL MINUTES

**Date:** June 12, 2020     **Time:** 8:30-1:37=     **Judge:** EDWARD M. CHEN
                                    4 Hours; 37 Minutes

**Case No.**: 17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Andy Waters, Chris Nidel, Kay Reeves
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Debra Pas

### PROCEEDINGS BY ZOOM WEBINAR

BENCH TRIAL - held.

### SUMMARY

Parties stated appearances.

Witnesses: Dr. Kathleen Thiessen, Dr. Kristina Thayer, Dr. Joyce Tsuji.

Exhibits Admitted: 47, 49, 26, 199.

Parties to return Monday, June 15, 2020, at 8:30 A.M., for further bench trial.