UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC    Food & Water Watch, Inc. v. Environmental Protection Agency

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Michael Connett, Andy Waters, Chris Nidel, Kay Reeves | Debra Carfora, Brandon Adkins, John Do, Simi Bhat |
| **BENCH TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| June 12, 2020 | Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court in session. Housekeeping matters discussed as stated on the record. | |
| 47 | | | X | X | EPA – Draft Risk Evaluation for 1-Bromopropoane (Marked but not admitted 6/10/20) Exhibit admitted as stated on the record. | |
| | | | | | Oral *Daubert* Motion made by Simi Bhat to exclude Dr. Thiessen for her failure to conduct a risk evaluation according to requirements of TSCA Section 6(b), and for her failure to consider the anti-caries health effects of fluoride in her risk evaluation. Court denied motion as stated on the record. | |
| | | 8:50 a.m. | | | Witness, **Dr. Kathleen Thiessen,** promoted to the virtual well of the Court. Cross examination of witness by Simi Bhat. | |
| 49 | | | X | X | EPA – Draft Risk Evaluation for N-Methylpyrrolidone. | |
| | | 10:15 a.m. | | | Court in recess. | |
| | | 10:30 a.m. | | | Court reconvened. Re-Direct examination of witness by Michael Connett. | |
| 26 | | | X | X | EPA – Exposure Factors Handbook (Chapter 3). | |
| | | 10:46 a.m. | | | Testimony concluded. | |
| | | 10:46 a.m. | | | Plaintiff RESTS. | |
| | | 10:47 a.m. | | | Witness, **Dr. Kristina Thayer**, promoted to the virtual well of the Court. Witness previously sworn. Direct examination of witness by Debra Carfora. | |
| | 553 | | X | X | NTP.2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. (Admitted on 6/4/2020, doc 218). | |
| | | 12:16 p.m. | | | Court in recess. | |

1

|  |  | 12:31 p.m. |  |  | Court reconvened.  Cross-examination of witness by Michael Connett. |  |
|  |  | 12:50 p.m. |  |  | Re-direct examination of witness by Debra Carfora. |  |
|  |  | 12:51 p.m. |  |  | Re-cross examination of witness by Michael Connett. |  |
|  |  | 12:52 p.m. |  |  | Court examines witness. |  |
|  |  | 12:55 p.m. |  |  | Witness excused.  Witness, **Dr. Joyce Tsuji**, promoted to the virtual well of the Court and sworn under oath.  Direct examination of witness by Brandon Adkins. |  |
|  | 199 |  | X | X | Trial Declaration of Dr. Joyce Tsuji admitted into evidence (ECF Doc #199). |  |
|  |  | 1:23 p.m. |  |  | Cross-examination of witness by Michael Connett. |  |
|  |  |  |  |  | Question regarding witness' fee.  Court directed witness to submit declaration as stated on the record under seal. |  |
|  |  | 1:37 p.m. |  |  | Expert declarations are admitted into the record as evidence. (Experts: **Howard Hu**,MD,MPH,ScD; **Bruce Lanphear**, MD,MPH; **Philippe Grandjean**, MD,DMSc; **Kathleen Thiessen**, Ph.D; **Ellen Chang**, Sc.D., **Joyce Tsuji**, Ph.D., DABT, Fellow ATS, **Tala Henry**, Ph.D.)<br><br>Court in recess. Parties to return on Monday, June 15, 2020, at 8:30 a.m. for further bench trial. |  |

2