DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendant. | Case No. 17-CV-02162 EMC <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

On June 12 and 15, 2020, the Court permitted Defendants to file under seal declarations by Dr. Joyce Tsuji and Dr. Ellen Chang responding to a question posed during cross-examination. Defendants respectfully request that the Court enter the attached proposed order to seal Dr. Tsuji's and Dr. Chang's declarations. Pursuant to Local Rule 79-5(d)(1)(A), a declaration in support of this administrative motion is attached.

Date: June 15, 2020
Washington, D.C.

    Respectfully Submitted,

    */s/ Brandon N. Adkins*
    Brandon N. Adkins
    Debra J. Carfora
    John Thomas H. Do
    Simi Bhat
    United States Department of Justice
    Environment & Natural Resources Division
    P.O. Box 7611
    Washington, D.C. 20044
    Tel: (202) 514-2640
    Fax: (202) 514-8865
    Email: brandon.adkins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2020, a true and correct copy of the foregoing Defendants' Administrative Motion to File Under Seal was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Brandon N. Adkins</u>
Brandon N. Adkins
United States Department of Justice