BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: brandon.adkins@usdoj.gov

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>　　　　　Defendants. | Case No. 3:17-cv-02162 EMC <br><br> **DECLARATION OF BRANDON N. ADKINS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

　　　　I, Brandon N. Adkins, submit the following declaration in support of Defendants' Administrative Motion to File Under Seal:

　　　　1.　　I am a trial attorney within the Environment and Natural Resources Division of the United States Department of Justice and counsel of record for Defendants in the above-captioned case.

　　　　2.　　Consistent with Federal Rule of Civil Procedure 26(a)(2)(b)(vi), Defendants' designated expert witnesses Dr. Joyce Tsuji and Dr. Ellen Chang disclosed the hourly rates by which their employer, Exponent, Inc., would be compensated for their work on this case.

　　　　3.　　On June 12, 2020, during cross-examination of Dr. Tsuji, Plaintiffs' counsel asked Dr. Tsuji how much Exponent paid her in 2019. Dr. Tsuji explained that the requested information is confidential business information. The Court permitted Dr. Tsuji to submit the requested information under seal. On June 15, 2020, during cross-examination of Dr. Chang, Plaintiffs' counsel similarly asked Dr. Chang how much Exponent paid her in 2019. The Court similarly permitted Dr. Chang to submit the

1 | requested information under seal.

2 | I declare under penalty of perjury that the foregoing is true and correct.

3 | Executed on June 15, 2020, in Washington, DC.

*/s/ Brandon N. Adkins*
Brandon N. Adkins
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: brandon.adkins@usdoj.gov