**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendant. | Case No. 17-CV-02162 EMC <br><br> **[PROPOSED] ORDER TO SEAL** |

Upon due consideration, Defendants' Administrative Motion to File Under Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the following documents are to remain under seal:

- Declaration of Joyce Tsuji Regarding Compensation
- Declaration of Ellen T. Chang Regarding Compensation

**IT IS SO ORDERED.**

DATED this ___ day of June, 2020.

_____
EDWARD M. CHEN
United States District Judge

[Proposed] Order to Seal
Case No. 17-cv-02162 EMC