UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendant. | Case No. 17-CV-02162 EMC<br><br>**ORDER TO SEAL** |

Upon due consideration, Defendants' Administrative Motion to File Under Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the following documents are to remain under seal:

> Declaration of Joyce Tsuji Regarding Compensation
>
> Declaration of Ellen T. Chang Regarding Compensation

**IT IS SO ORDERED.**

DATED this 15th day of June, 2020.

_____
EDWARD M. CHEN
United States District Judge