1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4

5  | FOOD & WATER WATCH, INC, et al.,          Case No.: 17-cv-02162-EMC

6  | Plaintiffs,

   | **SECOND AMENDED APPENDIX C**

7  | v.                                         **TO JOINT PRETRIAL**
   | **CONFERENCE STATEMENT**

8  | U.S. Environmental Protection Agency,      **(Use of Discovery Responses);**
   | et al.,                                    **[PROPOSED ORDER]**

9

10 | Defendants.                                Trial Date:   June 8, 2020
   |                                            Time:         8:30 a.m.
11 |                                            Place:        Zoom Webinar

12

13         The parties respectfully provide this SECOND AMENDED Appendix C (use of

14  discovery responses) which provides the designations that the parties have stipulated are

15  to be entered into evidence.

16         The parties reserve the right to read any of these designations into the record for

17  emphasis during the respective allotted times.

18         Further, this iteration replaces any deposition exhibit citations with trial exhibits

19  citations when appropriate.

20

21    I.  **Excerpts of Written Discovery Responses:**

22         A.    *Plaintiffs' Designations:*

23              1.      **Identify all primary studies that EPA is aware of which**

24  **demonstrate or support the neurological safety of prenatal fluoride exposure.**

25  *[Plaintiffs' Rog #6]*

26         EPA is aware of the Mullenix study, "Neurotoxicity of Sodium Fluoride in Rats,"

27  published in Neurotoxicology & Teratology (1995) that demonstrates or supports the

28  absence of detectable adverse effects on the nervous system following prenatal exposure.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED ORDER]

1

**2.**      **Identify all primary studies that EPA is aware of which demonstrate or support the thyroid safety of fluoridated water.** *[Plaintiffs' Rog #11]*

EPA responds that it is not currently aware of any studies that demonstrate or support the absence of detectable adverse effects on the thyroid.

**3.**      **Identify all primary studies that EPA is aware of which demonstrate or support the thyroid safety of prenatal fluoride exposure.** *[Plaintiffs' Rog #12]*

EPA responds that it is not currently aware of studies that demonstrate or support the absence of detectable adverse effects on the thyroid following prenatal exposure.

**4.**      **If EPA has ever applied its** *Guidelines for Neurotoxicity Risk Assessment* **to a risk assessment of fluoride, identify this risk assessment(s).** *[Plaintiffs' Rog #4]*

EPA has not applied its *Guidelines for Neurotoxicity Risk Assessment* to a risk assessment of fluoride.

**5.**      **Identify all risk assessments that EPA has conducted pursuant to the Guidelines for Neurotoxicity Risk Assessment. [Plaintiffs Rog #2 - EPA's Supp Response]**

EPA has expressly applied the Guidelines on Neurotoxicity Risk Assessment to the assessment of any nervous system effects of the following chemicals:

• 1,2,3-Trimethylbenzene;

• 1,2,4-Trimethylbenzene;

• 1,3,5-Trimethylbenzene;

• Methanol;

• 2-Hexanone;

• 2,2',3,3',4,4',5,5',6,6'-Decabromodiphenyl ether (BDE-209);

• 2,2',4,4',5,5'-Hexabromodiphenyl ether (BDE-153);

• 2,2',4,4',5-Pentabromodiphenyl ether (BDE-99);

• 2,2',4,4'-Tetrabromodiphenyl ether (BDE-47);

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

2

1   • Hydrogen sulfide;

2   • Chlorine dioxide; and

3   • Chlorite (sodium salt).

4   **6.     Admit that EPA is not aware of any primary study that**

5   **supports the neurological safety of prenatal fluoride exposure where the pregnant**

6   **mother has chronically elevated ($\geq$ 1 mg/L) levels of fluoride in urine during**

7   **pregnancy.** *[Plaintiffs RFA #9]*

8   EPA admits it is not currently aware of studies that demonstrate or support "the

9   absence of detectable adverse effects" on the nervous system following prenatal fluoride

10  exposure where the pregnant mother has chronically elevated ($>$ 1 mg/L) levels of fluoride

11  in urine during pregnancy.

12  **7.     Admit that EPA is not aware of any primary study that**

13  **supports the neurological safety of fluoridated water for people with suboptimal**

14  **nutrient intake.** *[Plaintiffs RFA #10]*

15  EPA responds that it is not currently aware of studies that demonstrate or support

16  the "absence of detectable adverse effects" from fluoridated water on the nervous system

17  for persons with suboptimal nutrient intake.

18  **8.     Admit that EPA is not aware of any primary study that**

19  **supports the neurological safety of fluoridated water for people with impaired**

20  **kidney function.** *[Plaintiffs RFA #12]*

21  EPA responds that it is not currently aware of studies that demonstrate or support

22  the "absence of detectable adverse effects" from fluoridated water on the nervous system

23  for persons with impaired kidney function.

24  **9.     Admit that EPA is not aware of any primary study that**

25  **supports the neurological safety of fluoridated water for persons with >95th**

26  **percentile water intake.** *[Plaintiffs RFA #15]*

27

28

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

3

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with >95th percentile water intake.

**10.** **Admit that EPA is not aware of any primary study that supports the neurological safety of fluoride for persons with chronically elevated (≥ 1 mg/L) levels of fluoride in their urine.** *[Plaintiffs RFA #16]*

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with chronically elevated levels of fluoride (>1 mg/l) in their urine.

**11.** **Admit that EPA does not fund studies on the effect of environmental toxicants on children's health unless EPA believes the studies have reliable methods that will produce reliable results.** *[Plaintiffs RFA # 45]*

EPA admits only that, under its Science To Achieve Results (STAR) grant program, the Agency generally does not fund studies on the effect of environmental toxicants on children's health unless EPA believes the proposals for the studies have reliable methods that will produce reliable results, otherwise denied.

**12.** **Admit that EPA has funded studies of the ELEMENT ("The Early Life Exposures in Mexico to Environmental Toxicants") cohort to understand the impact of environmental toxicants on children's neurodevelopment.** *[Plaintiffs RFA # 46]*

Admit.

**13.** **Admit that the study "Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico" (Environmental Health Perspectives, Sept 19, 2017) was funded, in part, by the EPA.** *[Plaintiffs RFA # 48]*

EPA admits that the study "Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico" (Environmental Health Perspectives, Sept 19, 2017) was funded, in part, by the EPA, although the article acknowledges that its

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

4

1  contents are solely the responsibility of the authors and do not necessarily represent the

2  official views of EPA.

3      **14.    Admit that the study "Prenatal Fluoride Exposure and**

4  **Attention Deficit Hyperactivity Disorder (ADHD) Symptoms in Children at 6-12**

5  **Years of Age in Mexico City" (Environmental International, Oct. 10, 2018) was**

6  **funded, in part, by the EPA.** *[Plaintiffs RFA # 49]*

7      EPA admits that the study "Prenatal Fluoride Exposure and Attention Deficit

8  Hyperactivity Disorder (ADHD) Symptoms in Children at 6-12 Years of Age in Mexico

9  City" (Environmental International, Dec. 2018) was funded, in part, by the EPA, although

10  the article acknowledges that its contents are solely the responsibility of the authors and do

11  not necessarily represent the official views of EPA.

12      ***15.***    **Admit that the study "Chronic Administration of Aluminum-**

13  **Fluoride or Sodium-Fluoride to Rats in Drinking Water: Alterations in Neuronal**

14  **and Cerebrovascular Integrity" (Brain Research, 1998, Vol: 784, Pages 284-298)**

15  **was co-authored by an EPA scientist.** *[Plaintiffs RFA # 50]*

16      EPA admits only that "Chronic Administration of Aluminum-Fluoride or Sodium-

17  Fluoride to Rats in Drinking Water: Alterations in Neuronal and Cerebrovascular Integrity"

18  was co-authored by Dr. Karl Jensen, who was employed by EPA as a Research Scientist at

19  the time of the study's publication, otherwise denied.

20      **16.    Admit that the MUNDY REVIEW was written by EPA**

21  **scientists.** *[Plaintiffs RFA #29]*

22      Admit, except that, as stated in the Acknowledgements section of the Mundy

23  Review, EPA's approval for publication "does not signify that the contents reflect the

24  views of the Agency."

25      **17.    Admit that EPA would not have approved the MUNDY**

26  **REVIEW for publication if EPA disapproved of the methodology that the authors**

27  **used for their literature review.** *[Plaintiffs RFA # 31]*

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

5

EPA admits only that it did not disapprove of the methodology the authors' used for their literature review, otherwise denied.

**18.     Admit that EPA would not have approved the MUNDY REVIEW for publication if EPA believed there were any material errors in the findings of the authors' literature review. [Plaintiffs RFA # 32]**

EPA admits only that is not aware of any material errors in the findings of the authors' literature review, otherwise denied.

**19.     Admit that EPA scientists in the MUNDY REVIEW reviewed the scientific literature on over 400 chemicals to identify which of the chemicals had been linked to developmental neurotoxicity in animal and human studies. [Plaintiffs RFA # 34]**

Admit, except that EPA scientists did not independently validate the findings reported in the reviewed publications.

**20.     Admit that the findings of the literature review set forth in Table 1 of the MUNDY REVIEW are correct to the best of EPA's knowledge. [Plaintiffs RFA # 35]**

Admit, except that the objective of the literature review was to identify two or more studies that provided evidence for developmental neurotoxicity, not to independently evaluate the findings reported or to validate those findings.

**21.     Admit that EPA scientists in the MUNDY REVIEW found that only 22 of the 400 chemicals that they reviewed had evidence of developmental neurotoxicity in humans, and fluoride was one of these 22 chemicals. [Plaintiffs RFA # 36]**

Admit.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES); [PROPOSED] ORDER

6

**B.**   *EPA's Designations:*

    1.   **List every report, study, or document originally written in non-English languages and fully or partially interpreted by Plaintiffs, or someone hired by Plaintiffs, that Plaintiffs may use to support their claim.** *[EPAs' Rog #4]*

- An J, et al. 1992. The effects of high fluoride on the level of intelligence of primary and secondary students. Chinese Journal of Control of Endemic Diseases 7(2):93-94.
- Bai J, et al. 2010. Learning and memory obstacles and changes in brain tissue growth inhibitors from brick tea fluoride and aluminum poisoning of rats. Chinese Journal of Control of Endemic Diseases 25(3):161-63.
- Bai Z,et al. 2014. Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. Chinese Journal of Endemiology 33(2):160-163.
- Bao W, et al. 2003. Report of investigations on adult hand osteoarthritis in Fengjiabao Village, Asuo Village, and Qiancheng Village. Chinese Journal of Endemiology 22(6):517-18.
- Chang A, et al. 2017. Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coalburning fluorosis. Chinese Journal of Control of Endemic Diseases 32(8):872-73.
- Chen YX, et al. 1991. Research on the intellectual development of children in high fluoride areas. Chinese Journal of Control of Endemic Diseases 6(supplement):99-100.
- Chen, et al. 1990. A study of the effects of fluoride on foetal tissue. Chinese Journal of Endemiology 9:345-346.
- Cui R, et al. 2013. Influences of fluoride exposure in drinking water on serum androgen binding protein and testosterone of adult males. Journal of Zhengzhou University (Medical Sciences) 48(6):750-753.
- Cui Y, et al. 2017. The Influence of Fluoride Exposure on the Changes of Thyroid Hormone Levels and the Intellectual Impairment of Offspring Rats. Chinese Journal of Industrial Hygiene and Occupational Diseases 35(12):888-892.
- Diouf M, et al. 2012. Pregnant women living in areas of endemic fluorosis in Senegal and low birthweight newborns: Case–control study. Revue d'Epidémiologie et de Santé Publique 60(2):103-8.
- Dong L, et al. (2018). Investigation of dental fluorosis and intelligence levels of children in drinking water-related endemic fluorosis area of Xi'an. Chinese Journal of Endemiology 37(1):45-48.
- Dong Z, et al. 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. Journal of Guiyang Medical College 18(4):241-45.
- Duan J, et al. 1995. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Medical Journal 18(3):179-80.

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

7

- Fan Z, et al. 2007. The effect of high fluoride exposure on the level of intelligence in children. Journal of Environmental Health 24(10):802-03.
- Gas'kov A, et al. 2005. The specific features of the development of iodine deficiencies in children living under environmental pollution with fluorine compounds. Gig Sanit. Nov-Dec;(6):53-5.
- Guo XC, et al. 1991. A preliminary exploration of the IQs of 7-13 year old children from an area with coal-burning-related fluoride poisoning. Chinese Journal of Endemiology 10:98-100.
- Guo Z, et al. 2001. Research on the neurobehavioral function of workers occupationally exposed to fluoride. Industrial Health and Occupational Disease 27:346-348.
- Hao P, et al. 2010. Effect of fluoride on human hypothalamus-hypophysis-testis axis hormones. Journal of Hygiene Research 39(1):53-55.
- He H, et al. 1989. Effects of fluorine on the human fetus. Chinese Journal of Control of Endemic Diseases 4:136-138.
- Hong F, et al. 2001. Research on the effects of fluoride on child intellectual development under different environmental conditions. Chinese Primary Health Care 15: 56-57.
- Li F, et al. 2009. The impact of endemic fluorosis caused by the burning of coal on the development of intelligence in children. Journal of Environmental Health 26(4):838-40.
- Li J, et al. 2004. Effects of high fluoride level on neonatal neurobehavioral development. Chinese Journal of Endemiology 23:464-465.
- Li Y, et al. 2003. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. Chinese Journal of Public Health Management 19(4):337-338.
- Li Y, et al. 1994. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. Journal of West China University of Medical Sciences 25(2):188-91.
- Li X, et al. 2010. Investigation and analysis of children's IQ and dental fluorosis in high fluoride area. Chinese Journal of Pest Control 26(3):230-31.
- Liu L, et al. 1995. Brain mapping of mentally retarded children in high-fluoride regions. Journal of Applied Clinical Pediatrics 10(6):333-35.
- Liu X, et al. 1999. Measurement of the content of T3, T4, and TSH in children in endemic fluorosis areas. Endemic Diseases Bulletin 14(1):16-17.
- Jin T, et al. (2017). Investigation of intelligence levels of children of 8 to 12 years of age in coal burning-related endemic fluorosis areas. Journal of Environment & Health 34(3):229-230.
- Mikhailets ND, et al. 1996. Functional state of thyroid under extended exposure to fluorides Probl Endokrinol (Mosk) 42:6-9.
- Pang H, et al. (2018). Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area. Chinese Journal of Control of Endemic Diseases 33(2):151-52.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

8

- Popov LI, et al. 1974. Characterization of nervous system intoxication in occupational fluorosis. Gigiena Truda i Professional'nye Zabolevaniia (5):25-27.
- Qin LS, Cui SY. 1990. Using the raven's standard progressive matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-aged children. Chinese Journal of Control of Endemic Diseases 5:203-204.
- Ren Da-Li, et al. 1989. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. Chinese Journal of Control of Endemic Diseases 4:251.
- Shao Q, et al. 2003. Study of cognitive function impairment caused by chronic fluorosis. Chinese Journal of Endemiology 22(4):336-38.
- Sun M, et al. 1991. Measurement of intelligence by drawing test among the children in the endemic area of Al-F combined toxicosis. Journal of Guiyang Medical College 16(3):204-06.
- Sun ZR, et al. 2000. Effects of high fluoride drinking water on the cerebral function of mice. Chinese Journal of Epidemiology 19: 262-263.
- Wan G, et al. 2001. Measurement and analysis of several examination indices of endemic fluorosis sufferers. Chinese Journal of Endemiology 20(2):137-39.
- Wang G, et al. 2006. Effect of different doses of chronic exposure of fluoride on rat learning and memory behavior. Studies of Trace Elements and Health 23(2):1-2.
- Wang G, et al. 1996. A study of the IQ levels of four-to-seven-year-old children in high fluoride areas. Endemic Diseases Bulletin 11:60-62.
- Wang QJ, Gao MX, Zhang MF, et al. 2012. Study on the correlation between daily total fluoride intake and children's intelligence quotient. Journal of Southeast University (Med Sci Ed) 31(6):743-46.m
- Wang S, et al. 2005. Effects of coal burning related endemic fluorosis on body development and intelligence levels of children. Journal of Applied Clinical Pediatrics 20(9): 897-898.
- Wang X, et al. 2001. Effects of high iodine and high fluorine on children's intelligence and thyroid function. Chinese Journal of Endemiology 20(4):288-90.
- Wei N, et al. 2014. The effects of comprehensive control measures on intelligence of school-age children in coal-burning-borne endemic fluorosis areas. Chinese Journal of Endemiology 33(3):320-322.
- Wu N, et al. 1995. Behavioral teratology in rats exposed to fluoride. Chinese Journal of Control of Endemic Diseases 14(5):271.
- Xu Y, et al. 1994. The effect of fluorine on the level of intelligence in children. Endemic Diseases Bulletin 9(2):83-84.
- Yang Y, et al. 1994. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of iodine and fluorine. Chinese Journal of Pathology 15(5):296-8.
- Yao Y, et al. 1997. Comparable analysis on the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. Literature and Information on Preventive Medicine 3(1):42-43.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

9

- Yao Y, et al. 1996. Analysis on TSH and intelligence level of children with dental fluorosis in a high fluoride area. Literature and Information on Preventive Medicine 2(1):26-27.
- Yu Y. 2000. Effects of fluoride on the ultrastructure of glandular epithelial cells of human fetuses. Chinese Journal of Endemiology 19(2):81-83.
- Yu Y, et al. 1996. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Chinese Journal of Endemiology 15:257-259.
- Zhang J, et al. 2009. The effect of fluorine exposure of pregnant rats on the learning and memory capabilities of baby rats. Chinese Journal of Public Health 25(11):1347-48.
- Zhang J, et al. 1998. The effect of high levels of arsenic and fluoride on the development of children's intelligence. Chinese Journal of Public Health 17(2):119.
- Zhang P, Cheng L. (2015). Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. Chinese Journal of Control of Endemic Diseases 30(6):458-60.
- Zhang , et al. 1999. Effect of fluoride exposure on synaptic structure of brain areas related to learning-memory in mice. Journal of Hygiene Research 28(4):210-2.

## II.  **Deposition Testimony:**

        A.      *Plaintiffs' Designations (with EPA's Counter Designations):*

             1.      **CDC :**

                  **a. 8:14 – 8:16 [Plaintiffs' Designations]**

Q.    Can you please state your name for the
record.

A.    Case Hannan

                  **b. 8:22 – 9:02 [Plaintiffs' Designations]**

Q.    Now, we're here today at the CDC's Office
of General Counsel's Office, but do you understand
that you have the same obligation to tell the truth
today just as if you were testifying in a courtroom
before a judge?

A.    I do.

                  **c. 10:04-13 [Plaintiffs' Designations]**

Q.    So I'd just like to begin here by asking
you a few questions about your personal background.
Could you briefly describe your educational
background?

A.    Educational background, I have a
Bachelor's in science, in health science, from Cal
State University, Long Beach, and a Master's in Public
Health degree with an emphasis in health behavior and
health education from the University of Michigan
School of Public Health.

                  **d. 10:21-23 [Plaintiffs' Designations]**

Q.    And when did you first start working for
the Centers for Disease Control?

A.    September 1996.

**e. 16:01 – 16:08 [Plaintiffs' Designations]**

Q.      And then what position -- so what year did
        you get a new position?

A.      So in April of 2016 I was asked to take a
        temporary position as the acting director of the
        Division of Oral Health.

Q.      And is that the position you currently
        hold?

A.      Yes.

**f. 16:22 – 17:09 [Plaintiffs' Designations]**

Q.      And what are your duties and
        responsibilities as the acting director for the Oral
        Health Division?

A.      To ensure that the mission is achieved,
        basically.  It's oversight of all the units within the
        division, you know, the branches, if you will.
        There's a program branch.  There's a surveillance,
        investigations, and research branch.  There's a
        science and evaluation team.  There's a policy and
        communications team.  And our mission is to through
        population-based approaches prevent the burden of oral
        disease to improve people's quality of life and
        physical health.

**g. 19:18 – 19:21 [Plaintiffs' Designations]**

Q.      And, first, do you understand
        that you are appearing today as a representative of
        the CDC?

A.      I do.

**h. 35:04 – 35:20 [EPA's Designations]**

Q.      In the -- let me just ask you before I
        start asking you questions about these NHANES surveys,
        can you just describe for the Court what NHANES is?

A.      NHANES is, if I remember correctly,

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

12

National Health and Nutrition Examination Survey.  It
is a population-based survey, nationally representative
surveillance on a number of health issues -- oral
health is just one component -- collected in two-year
data cycles.  It's collected by what they call mobile
examination centers, essentially RV types of things
where people are weighed, blood is drawn.  In the case
of oral health, there are dental chairs and trained
dental examiners looking at things like missing teeth,
filled teeth, sealants, and fluorosis.

### i. 97:4-97:23 [Plaintiffs' Designations]

Q.      Okay.  And if you could just refer -- if I
could refer you back to the deposition subpoena, if
you go to Topic No. 2 --

A.      Right.

Q.      -- you see that topic that states:  "Data
that the CDC has in its possession, if any, on the
urinary fluoride levels in persons living in the
United States."  Did I read that correctly?

A.      Correct.

Q.      What did you do, sir, to prepare to
testify about this topic today?

A.      Consulted with attorneys and Division of
Oral Health staff.  And I believe in our response, our
written response to this, we make the comment,
paraphrasing, that we have not conducted nor sponsored
independent research on urinary fluoride, nor do we
have any data related to urinary fluoride in our
possession at CDC.

Q.      And you stand by that statement?

A.      Yes.

### j. 102:03 – 103:18 [EPA's Designations]

Q.      Okay.  So you would agree, sir, that CDC
was collecting and testing urine for fluoride in the

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

13

1    2015-to-2016 NHANES survey?

2    A.    Yeah.  It appears that's true.  And the
3          clarifying comment that I would add, that that was not
          related or sponsored or funded by the Division of Oral
4          Health which has led me to answer the question in the
          subpoena that CDC has no knowledge of ever collecting
5          this or have any data in our possession.  My
          speculation is that that's being sponsored for or paid
6          for by another program within CDC.

7                    **k. 112:11 – 113:11 [Plaintiffs' Designations]**

8
9    Q.    So earlier we were talking about one of
          the documents you had reviewed in preparing for
10         today's deposition, and that document was the
          objections that CDC made with respect to the
11         deposition subpoena.

12   A.    Correct.

13
14   Q.    And you had testified that you went over
          the contents of those objections with Ms. Espinoza?

15   A.    Uh-huh.

16
17   Q.    And can you remind me of her position
          again at the CDC?

18
19   A.    At our Division of Oral Health, she's the
          associate director of science.

20   Q.    Okay.  So you went over each of the
21         statements in that document to ensure that those
          statements were correct, right?

22
23   A.    That they're accurate, yes, and that I
          understood them accurately as well.

24
25   Q.    And Ms. Espinoza confirmed for you that
          all those statements, the ones dealing with the
26         substance and the merits, not the legal points, but
          she confirmed with you that those statements were
27         correct, right?

28   A.    Yes.

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

14

1   Q.   Okay.  So I would like to go ahead now and
2        mark as [Plaintiffs' Trial Exhibit 15] those objections that we received.

3                    **l. 113:12-17 [EPA's Designations]**

5   Q.   (By Mr. Connett)  And you will notice in this
6        document that there are some highlights. Those are
         highlights that I have added to the document.

7   A.   Okay.

9                    **m. 114:07 – 115:11 [Plaintiffs' Designations]**

10  Q.   And I'd like to direct your attention,
11       first of all, to the third paragraph on the page.  You
12       see the highlighted portion?

13  A.   Uh-huh.

14  Q.   It starts:  "This issue of community water
15       fluoridation as a neurotoxic risk was addressed by the
         CDC in the May 1st, 2015, Federal Register notice
16       which relies on an extensive review of fluoride in
         drinking water by the NRC.  Did I read that correctly?

17  A.   Yes, you did.
18

19  Q.   And the NRC is the National Research
20       Council, correct?

21  A.   Correct.

22  Q.   And you would agree that the NRC's review
23       of the toxicologic literature on fluoride was
         extensive?

24  A.   I'm told it is such, yes, the most
25       extensive review undertaken.

26  Q.   Okay.  And that's a correct statement,
27       right?  The statement that we just read, that's a
         correct statement?
28

1    A.    The first sentence of that paragraph, yes.

2    Q.    Okay.  And then the next sentence says:
3          "The federal interdepartmental interagency panel of
          scientists, which included CDC, accepted the findings
4          of the 2006 National Research Council report Fluoride
          in Drinking Water: A Scientific Review of EPA
5          Standards, as the summary of hazard."  Did I read that
          correctly?
6
7    A.    Yes, you did.

    **n. 115:17 – 115:23 [Plaintiffs' Designations]**

8
9    Q.    Okay.  And so the CDC along with this
          federal panel accepted the findings of the NRC's
10         summary of the hazard of fluoride exposure, right?

11   A.    That's correct.

12   Q.    Including the hazards, potential hazards,
13         of neurotoxic effects, correct?

14   A.    Those were included, yes.

15                    **o. 116:04 – 116:06 [Plaintiffs' Designations]**

16
17   Q.    Okay.  So I'm going to hand you the
          chapter from the NRC's 2006 report that focuses on
18         neurotoxicity.  I have marked it as [Plaintiffs' Trial Exhibit 13].

19                    **p. 116:18 – 116:22 [Plaintiffs' Designations]**

20   Q.    (By Mr. Connett)  So if you turn, sir, to
21         the second page of this document, you see it's a
          Chapter 7 titled "Neurotoxicity and Neurobehavioral
22         Effects"?

23   A.    Yes.
                    **r. 120:07 –  121:22 [Plaintiffs' Designations]**
24
25   Q.    You see towards the bottom of Page 221
          there is a section titled "Neurochemical and
26         Biochemical Changes"?

27   A.    Yes.
28

1

Q.    Can you just read to yourself the first
      sentence.

2

3

A.    Okay.

4

Q.    Okay.  So the NRC found that lipids and
      phospholipids and protein content have been shown to
      be reduced in the brains of laboratory animals
      subsequent to fluoride exposure, correct?

5

6

7

A.    That's what they're saying here, yes.

8

Q.    And the CDC agrees with that finding?

9

A.    Yes, as a summary of the hazard.

10

Q.    Okay. And if you look to the bottom of
      Page 221, I'm going to read here. It says:
      "Fluorides also inhibit the activity of
      cholinesterases including acetylcholinesterase.
      Recently, the number of receptors for acetylcholine
      has been found to be reduced in regions of the brain
      thought to be most important for mental stability and
      for adequate retrieval of memories." Did I read that
      correctly?

11

12

13

14

15

16

A.    Yes.

17

Q.    And, again, CDC agrees with that finding,
      correct?

18

19

A.    As stated, yeah, we agree with the
      summary, potential summary of the hazard.

20

21

Q.    Okay.

22

A.    Or potential hazard, excuse me.

23

24

Q.    And the next sentence reads: "It appears
      that many of fluoride's effects and those of the
      aluminofluoride complexes are mediated by activation
      of Gp, a protein of the G family. G proteins mediate
      the release of many of the best known transmitters of
      the central nervous system." Did I read that
      correctly?

25

26

27

28

1  A.      Yes.

2  Q.      And CDC agrees with that finding from the
            NRC, correct?

3

4  A.      As stated previously, yes.

5                  **s. 122:19 – 125:03 [Plaintiffs' Designations]**

6  Q.      The next paragraph begins:  "Fluorides
            also increase the production of free radicals in the

7          brain through several different biological pathways.

8          These changes have a bearing on the possibility that
            fluorides act to increase the risk of developing

9          Alzheimer's disease."  Did I read that correctly?

10 A.      Yes.

11

12 Q.      And CDC agrees with that finding of the
            toxicologic literature?

13

14 A.      Yes.  And, again, I'm not clear if they're
            talking about as demonstrated in laboratory animals or

15         in human studies.

16 Q.      Okay.  And you see the next section on
            this page is titled "Anatomical Changes in the Brain"?

17

18 A.      Yes.

19 Q.      And it begins:  "Studies of rats exposed

20         to sodium fluoride or aluminum fluoride have reported
            distortion in cells in the outer and inner layers of

21         the neocortex.  Neuronal deformations were also found
            in the hippocampus and to a smaller extent in the

22         amygdala and the cerebellum."  Did I read that
            correctly?

23

24 A.      Yes.

25 Q.      And CDC agrees with that finding as a
            summary of the hazard?

26

27 A.      As it relates to rat studies, yes.

28 Q.      Okay.  And you see the next highlighted

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

18

portion in that paragraph?

A.      I do.

Q.      It reads:  "The substantial enhancement of
reactive microglia, the presence of stained
intracellular neurofilaments, and the presence of IgM
observed in rodents are related to signs of dementia
in humans.  The magnitude of the changes was large and
consistent among the studies."  Did I read that
correctly?

A.      Yes.

Q.      And CDC agrees with the NRC that this is a
correct summary of the hazard?

A.      Correct.

Q.      Now, you see under "Recommendations" on
that page?

A.      Yes.

Q.      The first sentence reads:  "On the basis
of information largely derived from histological,
chemical, and molecular studies, it is apparent that
fluorides have the ability to interfere with the
functions of the brain and the body by direct and
indirect means."  Did I read that correctly?

A.      Yes.

Q.      So CDC agrees with NRC that it is apparent
that fluorides have the ability to interfere with the
functions of the brain and the body by direct and
indirect means?

A.      Yes, CDC in connection with the
intergovernmental work group.  I should also -- I'd
like to add here in these summaries they don't
quantify the level of fluoride exposure, at what level
are these changes being seen, so just the point that
scientifically it is important to acknowledge.

1
2

**t. 125:18 – 126:5 [EPA's Designations]**

3
4

Q.        -- at the bottom of Page 222?  This Page 223
           provides NRC's recommendations as to the research
           that should be done on fluoride neurotoxicity.

5
6

A.        Okay.  I understand now.  Thank you.

7

Q.        And would you agree with that statement?

8

A.        Let me read it.  Would it be possible to?

9

Q.     Yes, please.  Take your time.

10
11
12
13

A.           Okay. This goes to my earlier point about
             CDC and the federal panel accepting the NRC's
             findings as it relates to the potential hazard of
             fluoride. Not clear to me that they were also
             agreeing with the recommendations.

14

**u. 127:23 – 128:16 [Plaintiffs' Designations]**

15
16
17
18

Q.        Okay.  So Topic No. 7 in the plaintiff's
           deposition notice was "CDC's position, if any, on
           whether community water fluoridation presents a risk
           of neurotoxicity and the basis for said position."
           Did I read that correctly?

19

A.        Yes.

20
21

Q.        And I'm going to read the highlighted
           portions here of CDC's response, okay?

22

A.        Uh-huh.

23
24
25
26

Q.        CDC says here that:  "CDC has not
           conducted or sponsored independent research concerning
           the risk of neurotoxicity associated with exposure to
           fluoridated water and does not have in its possession
           any internal scientific evidence concerning this
           topic."  Did I read that correctly?

27

A.        Yes.

28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

20

1    Q.    And that's a correct statement, sir,
2          right?

3    A.    Yes, it is.

### v. 129:08-19 [Plaintiffs' Designations]

4

5    Q.    And Topic 10 is "what CDC has done, if
6          anything, to determine the tolerable upper fluoride
7          intake for neurotoxic effects"?

8    A.    Uh-huh.

9    Q.    And CDC's response says:  "CDC has not
     conducted or sponsored research concerning the
10         tolerable upper fluoride intake for neurotoxic
11         effects."  Did I read that correctly?

12   A.    Yes.

13   Q.    And that's a correct statement, sir,
14         right?

15   A.    Correct.

### w. 132:21 – 133:13 [Plaintiffs' Designations]

16

17   Q.    So CDC does not have any data on the
18         tolerable upper fluoride intake for neurotoxic effects
19         on children?

20   A.    Right.  As stated in our response to the
21         issue on 10 and 11, we don't conduct research
           ourselves related to tolerable upper fluoride intake.
22         Again, that's under the jurisdiction of EPA's drinking
           water.

23   Q.    Okay.

24   A.    And they set maximum and minimum
25         containment levels about notifying people when levels
26         are exceeded.

27   Q.    Okay.  And CDC as you sit here today is
28         not aware of any data in the published literature that
           would define the tolerable upper fluoride intake for

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

21

neurotoxic effects on children -- for children?

A.   As a rep of CDC, to my knowledge, we don't have any knowledge about that.

### x. 264:15-19 [EPA's Designations]

Q.   Can I ask you to go back a little bit just to confirm your background.· Are you a toxicologist?

A.   No, I am not.

Q.   Are you an epidemiologist?

A.   No, I am not.

### y. 265:6 – 266:2 [EPA's Designations]

Q.   How does CDC go about changing its position on certain topics including, for example, the ones noticed for today's deposition?

A.   THE WITNESS:        How would we go about changing position? It would be very deliberate process, combining -- looking at updated data, research, publications, studies, the like, and trying to understand the weight of that evidence in light of what a previous position was.

Q.   (By Mr. Do) And who does that reviewing of -- is it fair to say reviews the scientific body of evidence?

A.   Correct.

Q.   Who does that review?

A.   It can happen in a number of different ways. For example, the updated fluoride recommendations from 2015, the Department asked to appoint an intergovernmental work group, interagency, interdepartmental, and appointed 27 people to oversee the review on possibly reducing the level of fluoride recommended to be added to water.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

22

2.   **JOYCE DONAHUE:**

**a. 05:11-1515 [Plaintiffs' Designations]**

Q.   JOYCE MORRISSEY DONOHUE, Ph.D., RD,
     a witness herein, called for oral examination in
     the matter pending, being first duly sworn to tell
     the truth, the whole truth, and nothing but the
     truth, testified as follows:

**b. 12:09-17 [Plaintiffs' Designations]**

Q.   And you started working at the EPA
     in 1996.

A.   Correct.

Q.   And you have been -- your position
     at the EPA since then has been senior health
     scientist?

A.   No.  I came in as a health scientist
     and I didn't become a senior health scientist
     until a couple of years after I got there.

**c. 15:11-18 [Plaintiffs' Designations]**

Q.   And during your career at EPA, you
     have been involved with fluoride issues,
     right?

A.   Correct.

Q.   Would it be fair to say that you are
     sort of EPA's main person working on fluoride?

A.   With regard to health effects, yes.
     Beyond that, no.

**d. 15:19 – 16:7 [EPA's Designations]**

Q.   So if there's someone at EPA and
     they have a question about fluoride's health
     effects, they might come to you and ask you
     questions about that.  Would that be fair to
     say?

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

23

A.   It would depend on the context of
     what the chemical was.

Q.   But with fluoride, you would
     basically by the main go-to person on the
     health aspects of fluoride exposure?

A.   You're going to have to rephrase
     that question and be very specific aboutwhich
     part of fluoride because, remember, fluoride
     is in a lot of molecules.

### e. 16:09-25 [Plaintiffs' Designations]

Q.   When it comes to the health effects of
     fluoride in drinking water, would it be fair
     to say that you're the main person at EPA
     working on that issue?

A.   Inorganic fluoride.

Q.   Yes?

A.   If you limit it to inorganic
     fluoride.

Q.   So that would be correct, you would
     be the main person at EPA dealing with the
     health effects of inorganic fluoride exposure?

A.   In the Office of Water.

Q.   In the Office of Water.  And
     inorganic -- the chemicals that are added to
     drinking water for water fluoridation, they
     are inorganic fluoride chemicals, right?

A.   That is correct.

### f. 19:9-16 [EPA's Designations]

Q.         Now, one thing I want to clarify,
           and you've probably been told this, but I want
           to focus today about your own individual

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

24

assessment of things.· And I know EPA has its
official positions on certain matters but
today we're talking about your own individual
views; does that make sense?

A.     Yes.

### g. 88:11-24 [Plaintiffs' Designations]

Q.     So in the 1990s you come into the
EPA, and in the early 2000s you and the EPA
recognize that there's new toxicological data
on fluoride that needs to be considered,
right?

A.     That's why they considered it.

Q.     And the EPA asked, in the early
2000s, the National Research Council to review
this new toxicological data, right?

A.     That is correct.

Q.     And you yourself presented to the
National Research Council in 2003 to ask them
to do this review, right?

A.     Correct.

### h. 89:02-09 [Plaintiffs' Designations]

Q.     I was at that meeting and you had,
in your discussion explaining to the NRC why
the EPA wanted the NRC to do this review, you
had mentioned that there was new data on
fluoride with respect to neurotoxicity; do you
remember that?

A.     Yes, I mean, it certainly is one of
the areas that --

### i. 89:10-21 [EPA's Designations]

Q.     And –

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

25

1     MS. CARFORA: Did you have more?
2     Did you finish your answer there? You just
      ended with the word "that."
3

4  A.  That's just one of the areas where
      there were new data, including the Varner
5     paper, several other papers. So we -- in what
      we charged the NRC to do, we didn't tell them to
6     just restrict themselves to dental
      fluorosis and skeletal fluorosis.· The charge
7     to the National Research Council is broader
      than that. So Michael is correct.
8

9              **j. 89:23 – 90:17 [Plaintiffs' Designations]**

10
11 Q.  And so there was -- in the 1990s and
      early 2000s, there was new toxicological data
12    available on fluoride and neurotoxicity,
      right?
13

14 A.  Correct.

15 Q.  And you, the EPA, wanted the NRC to
      review that data on neurotoxicity?
16

17 A.  It was much broader than that.  We
      asked them to do a host of effects.
18

19 Q.  Right.  But you wanted NRC to, as
      part of their review, to look at the new data
20    on neurotoxicity?

21 A.  That was one of the topics, correct.

22 Q.  And you also wanted them, the NRC,
      to look at new data on endocrine disruption,
23    right?

24 A.  Correct.

25
26 Q.  And in 2006 the NRC released its
      review of the MCLG?

27
28 A.  Correct.

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

26

### k. 91:18 – 92:01 [Plaintiffs' Designations]

Q.   So in -- and as part of the NRC's review, it
     made findings about the neurotoxicity
     literature, right?

A.   It has a chapter on neurotoxicity
     along with a lot of other chapters.

Q.   So let's go ahead and look at that
      chapter.  I will go ahead and mark that as
      [Plaintiffs' Trial Exhibit 13].


### l. 100:14 – 100:23 [Plaintiffs' Designations]

Q.   But the NRC concluded, based on the
     evidence available to it as of 2006, that
     fluorides have the ability to interfere with
     the functions of the brain.  That was NRC's
     conclusion?

A.   That was their conclusion, correct.

Q.   So based on the -- according to the
     NRC as of 2006, neurotoxicity is a hazard of
     fluoride exposure at some level, right?

A.   That was their conclusion, correct.

### m. 100:24 – 101:23 [EPA's Designations]

Q.   So neurotoxicity, according to the
     NRC, is a hazard of fluoride exposure?

A.   A possible hazard of fluoride
     exposure, correct.

Q.   Well, they are saying -- they're not
     even saying possible.

A.   I know, but I'm taking this in the

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

27

1
2
3

context of the entire document and at the time I
would say yes.· At the time they're saying that there
is a chemical explanation which could link them,
and that's 2006. And we're in 2019 and now there's
more data than there was then.

4
5
6
7

Q.    Right, but based on the data that
they had available, NRC's conclusion is that
fluorides have the ability to interfere with
the functions of the brain, right?· That was
their conclusion?

8
9

A.    That was their conclusion to have
direct and indirect, yes.

10
11

Q.    And so according to the NRC,
neurotoxicity is a hazard of fluoride
exposure?

12
13

A.    I am going to still say potential.
I fully agree with that.

14

**n. 101:24 – 103:01 [Plaintiffs' Designations]**

15
16
17
18

Q.    And then because the NRC concluded,
based on these animal studies, that fluoride
interferes with the brain, the NRC recommended
a series of studies that should be conducted
to better understand the risk in human
populations, right?

19
20

A.    They did.

21

Q.    And page 223 of this chapter spells
out the recommendations that NRC gave, right?

22
23

A.    Okay.  The thing you have marked
here?

24

Q.    Right.

25
26
27

A.    "Studies of populations exposed to
different concentrations of fluoride should be
undertaken to evaluate neurochemical changes
associated with dementia."

28

1   Q.   Right.

2   A.   That's not IQ.

3   Q.   But just starting from there, what
4        the NRC is saying there is that studies should
         be conducted to evaluate the relationship
5        between fluoride and dementia, right?

6   A.   Correct.

7   Q.   And if you look at the top paragraph
8        on that page, the NRC is recommending that
         studies be conducted to evaluate the
9        relationship between fluoride and IQ, right?

10  A.   Correct.

11

12                  **o. 106:15-21 [EPA's Designations]**

13

14  Q.   But hazard -- you would agree that
         hazard is irrespective of dose, right?
15       There's hazard and there's risk.

16  A.   I would not say hazard is
17       irrespective of dose.· I would say having that
         happen is adverse but you can't call it a
18       hazard until it actually is adverse.

19             **p. 106:22 – 107:14 [Plaintiffs' Designations]**

20  Q.   The NRC on page 267 at the end there
21       provided a bunch of recommendations for future
         research that should be done on fluoride in
22       the endocrine system, right?

23  A.   Yes.

24  Q.   And if you look towards the end of
25       page 267, last page, do you see there it says,
         "The effects of fluoride on various aspects of
26       endocrine function should be examined further,
         particularly with respect to a possible role
27       in the development of several diseases or

28

1   mental states in the United States.  Major
    areas for investigation include the following:
2   thyroid disease especially in light of
    decreasing iodine intake by the U.S.
3   population."
    Did I read that correctly?
4

5   A.   Correct.

6              **q. 107:18 -107:24 [Plaintiffs' Designations]**

7   Q.   Based on the concerns that the NRC
         was expressing here, both in the neurotoxicity
8        review and the endocrine review, there were
         some big potential problems from fluoride
9        exposure that needed to be investigated,
         right?
10

11
    A.   I would agree with you there.
12

13             **r. 241:09 – 242:12 [Plaintiffs' Designations]**

14  Q.   Okay.  So I am going to hand you a
         document which I will mark as [Deposition Exhibit
15       Number 90], and see here on the first page it's
         an e-mail from you to Barbara Gooch.
16

17  A.   Yes.

18  Q.   And it's dated September 21st, 2017?

19
    A.   Yes.
20  Q.   Actually, if you can go back to the
21        cover page there.

22  A.   Yes.

23  Q.   It says, "I have also
         attached a new paper on fluoride neurotox."
24       Do you see that?
25
    A.   Yes.
26

27  Q.   And you attached a paper to this
         e-mail, right?
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

30

A.    Correct.

Q.    And that paper, which is on the
      second page, is titled, "Prenatal fluoride
      exposure and cognitive outcomes in children at
      four and six to 12 years of age in Mexico,"
      right?

A.    Right.

Q.    By the way, I forgot to ask.
      Barbara Gooch, who is she?

A.    She was the dentist at CDC who took
      the public comment on lowering the
      fluoridation level.


### s. 243:08-22 [Plaintiffs' Designations]

Q.    this study
      here is a prospective birth cohort study,
      right?

A.    Yes.

Q.    And it found that prenatal fluoride
      exposure in the ELEMENT cohort is associated
      with significant loss of IQ in the children,
      right?

A.    It is one of the studies that finds
      that, correct.  One of the post 2016 studies
      that does that.

Q.    And you would agree that this is a
      very well-conducted study, right?

A.    I would agree that it was well
      conducted, yes.


### t. 244:15-23 [Plaintiffs' Designations]

Q.    can you think of

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

31

1        any other study that has investigated the
2        relationship between fluoride and IQ that has
         been -- that has a better or stronger
3        methodology than this study?

4  A.     I think there's a couple.  I think
         the recent one from China was extremely well
5        designed.  I think there's quite a few that
6        have very good methodologies

7                   **u. 244:24 – 245:01 [Plaintiffs' Designations]**

8

9  Q.     This is a prospective birth cohort study, right?

10  A.     Yes.

11                   **v. 245:02-08 [EPA's Designations]**

12

13  Q.     You would agree that a prospective
14        birth cohort study has a stronger methodology
         than a cross-sectional study, right?
15

16  A.     I'm not an epidemiologist.· I just
         look at a study and I look at its design and I
17        think we need all of them but I can't tell you
         how they classify them as epidemiologists.
18

19                 **w. 248:12 – 249:03 [EPA's Designations]**
20

21  Q.     Okay.· And you see here in this --
22        going back to this paper on the birth cohort
         study from the ELEMENT cohort, if you look at
23        the results section, do you see that the
24        urinary fluoride levels of the pregnant women
         were just 0.9 parts per million?

25  A.     Yes.
26

27  Q.     And you would agree that 0.9 parts
         per million is a concentration that you would
28        expect to see pregnant women in fluoridated

1    areas having, right?

2    A.    I don't know because, you know, I
3          would have to compare it.· They do salt
           fluoridation in Mexico, don't they?

4    Q.    Uh-huh.

5    A.    Yes. So I would have to have
6          population data to compare it to.

7

8                    **x. 253:05 – 254:09 [Plaintiffs' Designations]**

9    Q.    So let's go and look at this paper
10         that Dr. Ohanian identified as Bashash ELEMENT
           ADHD paper.  You have that in front of you?

11

12   A.    The paper, yes.  You just gave it to
           me.

13   Q.    And have you read this study prior
14         to today?

15   A.    I would have read it back when I
16         collected it, and since I collected it in the
           fall of 2018, I collected it obviously when --
17         and sent it to me and I read it then.

18   Q.    Okay.  And this is titled "Prenatal
19         fluoride exposure and attention deficit
           hyperactivity disorder, ADHD, symptoms in
20         children at six to 12 years of age in Mexico
           City," right?
21

22   A.    That's the title.

23   Q.    This is another prospective birth
24         cohort study based on the ELEMENT cohort,
           right?
25

26   A.    That part I didn't remember.  The
           study I remember.

27   Q.    But if you look at the abstract,
28         you'd agree --

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

33

1   A.    Yes, I now see the term ELEMENT.

2

3   Q.    And it found that urinary fluoride
        levels in the pregnant mother were

4        significantly associated with an increased
        risk of ADHD symptoms in the offspring, right?

5

6   A.    Yes.

7

                    y. 254:18 – 257:16 [Plaintiffs' Designations]

8

9   Q.    So you would agree that this is an

10       important study here, prospective birth cohort
        study which is finding a significant

11       relationship between low levels of fluoride in
        the urine of pregnant women and ADHD symptoms

12       in children?

13  A.    Yes.

14

15  Q.    And you would agree that this study
        further supports the need for reassessment of

16       current safety standards of fluoride in the
        United States?

17

18  A.    Yes, it is one of several.

19

20  Q.    Okay.  So let's look at this Till
        paper that Dr. Ohanian sent to you and the

21       others at EPA.  And do you see it?  It's in
        that --

22

23  A.    Okay.

24  Q.    And you see it's titled, "Community
        water fluoridation and urinary fluoride

25       concentrations in a national sample of
        pregnant women in Canada."

26

27  A.    I have that one too.

28  Q.    And have you read this?

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

34

1   A.    He sent it to me, yes.

2

3   Q.    And have you read this study prior
to today?

4

5   A.    No, I actually -- I have it but I
haven't read it.

6   Q.    Okay.  And if you look at the

7          results section.  If you read the first

8          sentence, they found that "Maternal urinary
fluoride levels were almost two times higher

9          for pregnant women living in fluoridated
regions compared with nonfluoridated regions,"

10         right?

11   A.    0.87 versus 0.46 with plus or minus

12         0.5 and plus or minus 0.34.

13   Q.    And this -- the average level of

14         fluoride in the urine of the pregnant mothers
in these -- in the fluoridated areas was right

15         in the range of the levels that are associated
with neurological harm in the ELEMENT cohort,

16         right?

17   A.    Yes.

18   Q.    So would you agree that this study

19         here by Christine Till and colleagues provides

20         significant and important new information that
supports the reassessment of fluoride safety

21         standards in the United States?

22   A.    It's one of the others that I've

23         already identified I had.  It's got Bruce
 Lanphear in there too.

24

25   Q.    And what's the importance of seeing
Bruce Lanphear's name as a coauthor of this

26         study?

27   A.    He's an important lead person.

28   Q.    And you would agree that Bruce

1  Lanphear has done very important and reliable
   research?

2

3  A.    Yes, I would.

4                    **z. 257:25 – 258:16 [Plaintiffs' Designations]**

5  Q.    And so I'm not sure if you answered
         my question, but you would agree that this

6        study right here adds further reason why we
         need to do a reassessment of the fluoride

7        safety standards in the United States?

8

9  A.    I think it's a reason for doing not
         just the United States.  I think it's a reason

10       for doing an update to the fluoride
         assessment.

11 Q.    Everywhere?

12 A.    Well, for anybody who's interested

13       in fluoride and the need for regulation of
         fluoride exposure.

14

15 Q.    Right.  Anyone interested in making
         sure that fluoride is safe for consumption?

16

17 A.    That people are not overexposed,
         yes.

18                   **aa. 265:23 – 268:04 [EPA's Supplemental Designations]**

19

20 Q.    Okay.  And the -- now, we've been
         looking at these prospective -- going back to

21       the ELEMENT cohort studies, okay, which found
         these adverse neurodevelopmental effects from

22       prenatal fluoride exposure.  Since these are
         two prospective cohort studies, would you

23       agree that we now have enough information to
         be communicating some type of warning to

24       pregnant woman in fluoridated areas that they
         may want to take measures to reduce their

25       fluoride intake?

26

27 A.    I think I already answered you when
         I said that I thought pregnant women should

28       take adequate measures to increase their

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

36

1   iodine intake.  That would be something that
2   would definitely be part of instructions from
    a doctor or any healthcare worker that they
3   would give to a pregnant woman and that should
    be the first line of defense.

4
Q.  Okay.  I understand that, but my
5   question is separate and distinct from that,
    which is do you think we now have enough
6   scientific information, based on some of these
    prospective cohort studies, to begin
7   communicating to pregnant women in fluoridated
    areas that they should take measures to reduce
8   their fluoride intake?

9
A.  Not until there's been a thorough
10  evaluation of the new data.  An individual
    doesn't make those decisions.  Those decisions
11  are made by a community that has all kinds of
    expertise.  So I have already agreed that I
12  think these are new, good studies, that they
    need evaluation.  They need evaluation by
13  experts and I wouldn't classify myself as an
    expert.
14

15
Q.  But you are the chief expert on
16  fluoride at EPA's Office of Water, right?

17
A.  That's correct, but the Office of
18  Water deals only with water.  There is no
    regulation for iodine, and the Office of Water
19  doesn't always listen to me.

20
Q.  I understand.  Do you -- I might
21  have asked you this before but I forget your
    answer.  Can you think of any other scientist
22  at the EPA who knows more about fluoride than
    you do?
23

24
A.  I mean, Kris Thayer led the NIH
25  study.  She's now at EPA.  I can't answer to
    her knowledge in the Office of Water and I am
26  only in that office.  Ed's pretty
    knowledgeable because he knows the past.
27  Everybody else in the office –
    well, I replaced the person in the Office of
28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

37

1  Water when I called up and said he's retiring,
2  would you like somebody who knows almost as
   much as he does.

3  **bb. 268:14 – 269:05 [EPA's Supplemental Designations]**

4  Q.  You've already talked about how you
5       are the main expert on fluoride at the Office
        of Water --
6

7  A.  At the moment.

8  Q.  My question is outside of the Office
        of Water you mentioned Kristina Thayer.  Can
9       you think of anyone else at EPA who you think
        may have more knowledge about fluoride than
10      you outside the Office of Water?
11

12 A.  At the moment, I can't think of
        anybody in ORD.  There's at least one or two
13   people in OPPT who did the work that – with
        the petition that appeared to me to be pretty
14      knowledgeable, and I can't tell you them by
        name except I met them at the time that they
15      were responding to the petition and they asked
        me to QC their work.
16

17 **cc. 269:13-21 [EPA's Supplemental Designations]**

18 Q.  By the way, speaking of the NTP, are
19      you aware that the NTP is currently conducting
        a systematic review of all the literature on
20      fluoride neurotoxicity?
21

22 A.  I knew that they were -- and they
        were also doing some studies, I believe, as
23      well.  So yes, I did know that they were
        continuing their effort.  And Andy Rooney, I
24      think, is leading that effort.

25 **dd. 271:05 – 273:09 [Plaintiffs' Designations]**

26 Q.  And you see this is an e-mail that
27      you wrote to two individuals, and the subject
        is fluoride paper.
28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

38

1   A.      Oh, yes.

2   Q.      It's dated -- the e-mail is dated
            August 29th, 2018.
3

4   A.      It would have been this year.

5   Q.      Last year.

6   A.      Last year.  Wow, it's already '19.

7   Q.      And you attach in this e-mail a
8           study by Yu on fluoride and IQ.

9   A.      That's another one of those studies
10          that deserves attention.

11  Q.      And the title of this e-mail is
12          "Threshold effects of moderately excessive
            fluoride exposure on children's health: a
13          potential association between dental fluorosis
            and loss of excellent intelligence," correct?
14

15  A.      Correct.
    Q.      And this study again found an
16          association between fluoride exposure and
            reduced IQ, correct?
17

18  A.      Correct.

19  Q.      And you believe this study was a
20          well-done study, correct?

21  A.      I thought they did a good job with
            the confounding factors.
22

23  Q.      And you think this is an important
            study to be considered in reassessing the
24          fluoride safety standards?

25  A.      Yes.

26  Q.      It adds to the evidence base that
27          fluoride is a neurotoxicant, correct?

28  A.      Correct.

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

39

1
2
3

Q      And so based on all these studies
       that we're looking at, based on the latest
       science, do you agree that neurotoxicity is a
       potential risk of water fluoridation?

4
5

A.     I can't agree.  You have to look at
       the -- you have to evaluate these.

6
7
8

Q.     But do you agree that those studies
       we have been talking about support the idea
       that neurotoxicity is a potential -- is a risk
       of water fluoridation?

9
10
11
12

A.     I agree that these studies should be
       part of a dose-response assessment for the
       relationship between fluoride, not just
       fluoride in water, whether it's in salt or in
       water, and impact on IQ.

13
14

**ee. 273:25 – 274:25 [EPA's Supplemental
Designations]**

15
16
17

Q.     Okay.  And do you agree that today,
       neurotoxicity can be considered and should be
       considered a reasonably anticipated effect of
       excess fluoride exposure?

18
19

A.     No, that would be the product of
       what was done.

20

Q.     Okay.

21
22

A.     I can't predict an outcome for
       something that hasn't been done.

23
24
25

Q.     Okay.  Now, if you were doing a risk
       assessment on fluoride today, would you still
       pick severe dental fluorosis as the critical
       effect?

26
27
28

A.     I can't answer that one either
       because it all depends on the dose-response.
       You have one here, one here, and you have to
       look at the dose-response.  So until a good

1   job has been done where I would not be the
2   person with the background to do it, I can't
    say.

3   Q.   So you would have to look at the
4        dose-response relationship between fluoride
         and neurotoxic effects and the dose-response
5        relationship between fluoride and dental
         fluorosis; is that what you're saying?
6

7   A.   Severe dental fluorosis.

8
9                   **ff. 276:23 – 277:15 [Plaintiffs' Designations]**

10  Q.   And so if a pregnant woman sent you
11       a letter saying is it safe for me to be
         drinking fluoridated water every day during my
12       pregnancy, would you tell that woman that it's
         safe for her to drink it in terms of her
13       baby's neurological health?

14  A.   Since I have never done the
15       assessment, I can't tell her.  So I don't tell
         people things unless there is actually
16       something to -- that I can cite to back up
         whatever.
17       I usually acknowledge the
18       controversy and I usually write to them or try
         to write to them as if I am not a scientist.
19       That I am speaking to them in language that
20       the general public can understand.  I may not
         always succeed but I try to write the letters
21       that way.

22                   **pp. 277:16 – 278:12 [EPA's Designations]**

23  Q.   Right.

24       And so it sounds like, based on your
25       answer there, you would -- if someone asked
         you, if a pregnant woman asked you is it safe
26       for me to be drinking fluoridated water during
         my pregnancy, it sounds like you could not
27       provide them or cite them to any study
         establishing the safety of fluoridated water
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

41

1  during pregnancy on a baby's neurological
   health.
2
3  A.  Oh, sometimes I will suggest that
   people read something. When a couple of these
4  came out, there were some good op-ed that came
   with them, and that would be something that I
5  would suggest for a woman in that case.· It's
   not making a judgment on graphs and lots of
6  data but, you know, I may not give them the
   paper. I may give them the citation.
7  Sometimes I actually send them the papers too.
8
9  Q.  Well, say you have –
10 A.  I mean, my management does. I write
   the letters, somebody else sends them out.
11
                    **gg. 278:13 – 280:12 [Plaintiffs' Designations]**
12
13 Q.  Say you have a more informed,
   educated mother contacting you and she says,
14 Dr. Donohue, I have heard about this concern
   about fluoride in the brain.  I am pregnant
15 right now and I'm trying to find safety data
   to assure myself that this fluoridated water
16 is going to be safe for my baby.  Can you,
   Dr. Donohue, cite me or send me a study that
17 establishes the neurological safety of
   fluoridated water during pregnancy on the
18 child's brain?
19
20 A.  I couldn't send them a study per se.
   I could send them a paper like this or I could
21 cite the paper and tell them how to get it
   because some of them are available on the
22 internet.
23
24 Q.  And you're pointing there to the
   studies that are showing harm from prenatal
25          fluoride exposure?
26 A.  Right now, I don't know of a study
   on the other side of the -- a recent study on
27 the other side of the issue.
28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

42

1   Q.      Right.

2   A.      So I haven't seen a rebuttal to any
3           of these papers.

4   Q.      So if they asked you can you point
            me to a study that establishes the
5           neurological safety of prenatal fluoride
            exposure, you couldn't -- you wouldn't send
6           them a study because you're not aware of any
7           reliable ones, correct?

8   A.      For neurological safety.  That is
            not the reason I would send it to them if
9           there was -- if it was one -- I would send
10          both sides of the equation.  I wouldn't send
            them one saying one thing when I knew there
11          was another one saying the other thing.

12  Q.      Right.  It's just that, as you sit
13          here today, you're not aware of a study that
            would establish the safety of prenatal
14          fluoride exposure for the brain, right?

15  A.      Remember, dose makes the poison.  So
16          I am not aware of a study that right now says
            this dose is safe.
17
18  Q.      Right.  Okay.

19  A.      And I am aware of several studies
            that imply that some doses, and in at least
20          one of these papers it's above the
21          fluoridation level, may have some adverse
            effects.

22

23

24

25

26

27

28

1

2      B.      *EPA's Designations (with Plaintiffs' Counter Designations):*

3              1.      **Julie Simms**

4                      a.   **4:1 – 4:15 [EPA's Designations]**

5   Q.      JULIE SIMMS, witness herein, having been
             first duly sworn on oath,
6            was examined and testified
             as follows:
7

8            E X A M I N A T I O N
             BY MS. CARFORA:
9

10  Q.      Good morning, Ms. Simms. My name is
            Debra Carfora. I work for the Department of Justice
11          in Washington, DC, and I represent EPA and the
            administrator of the EPA in the matter of
12          Food & Water Watch versus EPA. So we met just a
            couple of minutes ago, but can you just state your
13          name for the record?

14

15  A.      Yeah, it's Julie Marie Simms.

16
                     b.      **4:24-5:17 [EPA's Designations]**
17

18  Q.      Well, I'm just going to ask you some
            questions, ask you that you answer truthfully.
19          Unless your counsel here instructs you not to answer,
            you're required to answer every question.
20

21  A.      Okay.
22
23  Q.      Do you understand?

24  A.      Yes.

25  Q.      Okay, and the court reporter here is
            writing down everything we say, so you should
26          verbally answer all of my questions and just talk
            slow and loud so that we make sure she gets
27          everything down.
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

44

| | | |
|---|---|---|
| 1 | | Do you understand? |
| 2 | A. | Yes. |
| 3 | Q. | Great. |
| 4 | | And have you taken any medication this |
| | | morning that might impact your testimony here today? |
| 5 | | |
| 6 | A. | No. |
| 7 | Q. | Do you take medication? |
| 8 | A. | No. |

<b>c. 11:15 – 12:5 [EPA's Designations]</b>

| | | |
|---|---|---|
| 11 | | |
| 12 | Q. | Do you have sensitivity to chemicals? |
| | A. | I believe so. |
| 13 | | |
| 14 | Q. | What do you mean by "I believe so"? |
| 15 | A. | Yes, I do have sensitivity to chemicals. |
| 16 | Q. | How do you know that? |
| 17 | A. | I know that when I use certain skin care |
| 18 | | products, I get really severe irritations, skin |
| | | irritation. When I breathe gasoline fumes or |
| 19 | | strong perfume or cologne or strong bath soap |
| 20 | | products, those give me headaches as well. |
| | | Tylenol also gives me headaches. |
| 21 | | |
| 22 | Q. | Have you ever been diagnosed with a chemical |
| | | sensitivity? |
| 23 | A. | No, I don't believe so. |

<b>d. 25:3-17 [EPA's Designations]</b>

| | | |
|---|---|---|
| 26 | | |
| 27 | Q. | Ms. Simms, without telling me what was said, |
| | | can you tell me, did you discuss your |
| 28 | | testimony with your attorney just now over the |

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

45

1    break?

2  A.    My testimony?

3  Q.    Yes.

4  A.    We chatted briefly on our way back from the
5        restroom.

6  Q.    Concerning the testimony that you're giving
7        right here today?

8  A.    Yes.

9  Q.    Just so you are aware, the judge's order
10       prohibits that. So during the break, I'd ask you
11       not to talk to your attorney about the testimony
         you're giving.

12 A.    I understand. Thank you.

13
14                **e. 26:7-14 [EPA's Designations]**

15 Q.    So there are other inorganic chemicals that are
16       present in the water you're drinking; is that true?

17 A.    Yes.

18 Q.    Do you know if you are or have any
19       hypersensitivity to those other chemicals?

20 A.    Yes, I suspect I have hypersensitivity to mercury.
21       I am not aware of sensitivity to others.

22
                    **f. 31:4-15 [EPA's Designations]**
23

24 Q.    When you say "additional triggers," what are your
25       headache triggers?

26 A.    My headache triggers include lack of sleep, jet
27       lag, high levels of stress, too much alcohol,
         cigarette smoke, gas fumes, gas and oil fumes,
         strong smells, strong artificial scents like
28

perfume and cologne, Tylenol, aged cheese.
That's a bad one. Blue cheese is not my friend.

Q.   Do you have a stressful job?

A.   Sometimes. Not particularly, not compared to
jobs I've had in the past, but yeah, actually my
job is kind of stressful.

### g. 32:8 – 33:10 [EPA's Designations]

Q.   What kind of allergies?

A.   I'm not entirely sure. It's a process of elimination,
so I would say we haven't actually identified a
specific allergy. I suspected allergies because I
was having sinus issues, but I've never been
allergy-tested. I just know what foods help me
feel better.

Q.   What foods do you generally stay away from?

A.   I try to stay away from wheat, sugar, most dairy. I
definitely stay away from bottled drinks,
especially diet sodas. They also cause migraines.

Q.   You mentioned your sinuses. So you're under the
impression that your sinuses are caused by food
allergies?

A.   I was. I wasn't sure, I'll put it that way. What we
think happened is, I was living in a house in
about 2014 that may have had water damage, and
I have a mold allergy. When I moved out of the
house, since then, my symptoms have greatly
improved. I only lived in the house for a year,
yeah.

Q.   When you -- did you ever notice any correlation
between your sinuses and your migraines?

A.   The only correlation I noticed was a severe head
cold could trigger a migraine, but that's, you
know, what you're socked in with, so that's the

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

47

1   only correlation.

2

3   **h. 37:5 – 41:22 [EPA's Designations]**

4

5   Q.   And what are some of the things you do that you feel help you alleviate migraine triggers?

6   MR. CONNETT:          What time frame are
7   you talking about?

8   Q.   Forever.

9

10  A.   The first migraine trigger I discovered was aged
11  cheese. I eliminated all sorts of aged cheese. Next I --

12  Q.   So let's start there.

13  A.   Sure.

14

15  Q.   How did you determine that aged cheese was a
16  migraine trigger?

17  A.   I was at a French restaurant in Seattle -- sorry, in
18  San Francisco with my family and we had a plate
    of cheese, and we were all enjoying all the
19  different cheeses. And I said wow, those cheeses
    pack a punch. My whole mouth is numb. Isn't that
20  interesting? And everybody said our mouths
    aren't numb. So that was just an ah-hah, and the
21  next day, I had a headache.

22  So over the course of the next several
23  months, this is a time when the -- there's an aged
    cheese walnut salad that everybody in San
24  Francisco was serving and every time I ate that
    salad, I would get a headache. It doesn't take very
25  many times to say hmm, you know, I'm going to
    avoid that. Because, you know, at that time I
26  didn't have a daily headache. So when I did get a
    headache, I could think    what did I eat, what
27  did I do, how many I feeling, did I get enough
    sleep and those kinds of things. So it's trial and
28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

48

1    error.

2    Q.    Okay.

3    A.    Yeah.

4    Q.    What was the next migraine trigger you
5          discovered?

6    A.    The next migraine trigger I discovered
7          was red wine, and I had     been in Spain with my
           dad actually and we'd been traveling around. And
8          I got back and I was telling Dr. Davison wooh, a
           lot of headaches in Spain. It was a great trip, but
9          man, I had a lot of headaches. And he said well,
10         tell me about what you ate.

11         You know, we ate trout and had fresh bread and,
12         you know, probably had a lot of red wine because
           everybody there makes their own red wine. She
13         said well, have you thought about maybe red
           wine trying to take a break?
14
15         So I hadn't made the connection with red wine.
           Made sense. So I eliminated that, and anytime
16         that I would try later, ah, maybe I could get away
           with a glass, I would get a headache. So yeah.
17
18   Q.    What was the next migraine trigger you noticed?

19   A.    I think the next trigger I noticed was getting
20         overheated. So, for example, if I go to the hot
           yoga and my face is all beet red, usually I'm
21         going to have a headache a few hours later. I also
           discovered around that time if I had a deep tissue
22         massage, I could get a headache. I thought well,
           it's blood flow. I don't know. Maybe the blood
23         vessels expand or something. Because I knew
           that if you -- sometimes I could get headache
24         relief from caffeine, which is a blood vessel
25         constrictor. So I thought okay, all right, I'll avoid
           overheating. By that time I was working for
26         Microsoft and was experiencing very long work
           days and high pressure projects, so I would
27         occasionally get a headache from that. Head
           splitting, oh my God, there's so much work, I
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

49

1    can't go home and go sit in traffic for an hour,
     that kind of trigger.

2

3    Q.   What other migraine trigger is the next one you
          discovered?

4

5    A.   I would say by now I was figuring out really
          heavy smells were starting to bother me more and

6         more. I was never a big fan of strong smells, but I
          would start to notice, you know, Seattle had

7         recently gone no smoking, but it was still allowed
          in bars. So I would notice if I went to a bar and

8         even if I didn't drink alcohol, breathing in the
          cigarette smoke, I might have a migraine the next

9         morning. So I was starting to realize there are
          more triggers coming in, you know, through my

10        nose than I would have thought.

11

12   Q.   Any other migraine triggers?

13   A.   I'm trying to remember some other ones we
          talked about. Tylenol, I discovered because I

14        would try to take it for a headache and I'd get
          temporary relief, and then when the headache

15        came back the next day, it would be like much
          more painful. So I stopped taking all pain

16        relievers, all over the counter. I still had a few
          prescription things like Imitrex. But aspirin,

17        Motrin, Tylenol, ibuprofen, I don't take any of
          those. They all trigger headaches. Or they can,

18        very likely. None of these things is like yeah,
          every single time. If I'm in a really good place, I

19        might be able to tolerate a little bit more of any
          of those. If I suck fumes at a gas station, I'm not

20        always going to have a headache. It seems like
          the concentration and how I'm doing overall play

21        a role.

22

23

24   Q.   So you've never been tested for allergies, correct?

25   A.   Correct.

26   Q.   And you've been diagnosed with migraines, but
          you've never been officially diagnosed with any

27        triggers for migraines?

28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

50

1
2

A.    I don't know what official diagnosis means. My
       doctor, Dr. Davison, and doctors prior to her had
       noted triggers.

3

Q.    Based on your self-reporting?

4

A.    Based on my self-reporting, correct.

5
6

Q.    So all of the triggers that you've identified are
       based on your self-reporting?

7
8

A.    Yes. They weren't always suggested.

9

### i. 42:04-10 [Plaintiffs' Designations]

10
11
12
13
14
15

A.    In fact, when I got to fluoride
       elimination or avoidance and I started to change my
       drinking water to start, and I went to see her and I
       was kind of gushing about how excited I was, oh, my
       God, my daily headaches are gone, when I get a
       headache, they're so much less painful and I thought
       that this is the thing…

16

### j. 42:13-18 [Plaintiffs' Designations]

17
18
19
20
21

A.    And it was a little bit of a
       sadness in that I know that I have other triggers.  I
       am a person who has migraines.  I have since I was
       14.  So these things are all triggers that now that I
       know about and I can avoid them, my quality of life
       has vastly improved.

22
23

### k. 48:8-18 [EPA's Designations]

24
25
26

Q.    Okay. But you've never been able to isolate
       fluoride and know specifically that fluoride was
       what was specifically causing your headaches?

27
28

A.    There's no lab test. I have done everything I think
       that tells me that this is true. There's no lab test to

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

51

1   tell me that this  is true. So I can't hand you a
2   document and say yes because  there is no such
    test.

3                   **l. 49:24-50:1 [EPA's Designations]**
4   Q.   Well, you self-reported to your doctor,
5        we've established that, correct?

6   A.   Yes.

7                   **m. 102:12 – 104:25 [Plaintiffs' Designations]**

8
9   Q.   I'm going to hand you a document,
         Julie, that I'll mark as [Plaintiffs' Trial Exhibit 54].  This
10       is your declaration, correct?

11  A.   Correct.

12  Q.   And I'd like to draw your attention to
13       page 3, the top of the page, which is part of
         paragraph 10.

14
15  A.   Yes.

16  Q.   And in the first line there, you refer
17       to having low grade daily migraines?

18  A.   Yes.

19  Q.   And this was during the time frame of
20       2002 to 2013?

21  A.   That's correct.

22  Q.   And you -- now, if you look at
23       paragraph 13 on line 17, you talk about the daily
         headaches.  Do you see that?

24  A.   Yes.

25  Q.   Do you use those two terms
26       interchangeably, low grade daily migraines and daily
27       headaches?

28  A.   Yes.

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

52

1  Q.   And you also talk about, you refer in
2       the declaration to migraines.  Sometimes you say
       severe migraines.  How would you differentiate for us
3       what you call the daily headache versus the migraine?

4  A.   Okay.  For me, the daily headaches were
5       head pain.  And then what was escalating a few times
       a month was like that low grade headache might
6       escalate and become what we'll call a migraine that
       included not only a much, much higher level of pain,
7       but also other symptoms like nausea, dizziness,
       vomiting, fatigue, light sensitivity, things of that
8       nature.

9

10 Q.   Now, in paragraph 10 you talk about in
       the 2002 to 2013 time frame, your headaches would
11      flare up to a pain level of 9 to 10 several times
       each month; is that correct?
12

13 A.   Correct.

14 Q.   When it would flare up to the level of
       9 to 10, is that what you would call a migraine?
15

16 A.   Yes.

17 Q.   So why do you sometimes call the daily
       headaches low grade daily migraines?
18

19 A.   My understanding is that once you're
20      diagnosed with migraines, that's what your headaches
       are.  They're migraine headaches, not cluster
21      headaches.  So I do use them interchangeably because
       I think migraine headache, and that was just
22      something …
       So I think as the migraine would go
23      from a low level to severe, then all those migraine
       symptoms would increase as well.  But yeah, I do use
24      them fairly interchangeably in the document.

25

26 Q.   Would it be fair to say that you would
       generally refer to the low grade daily migraines as
27      daily headaches?

28 A.   Yes.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

53

1
2
3

Q.      Would that be, when speaking with the
        doctor, for example, would you refer to the low grade
        daily migraines as daily headaches?

4

A.      Yes.

5

**n. 105:09 – 106:20 [Plaintiffs' Designations]**

6
7

MR. CONNETT:        I'm going to mark this as
                    [Deposition Exhibit 61].

8
9

Q.      First, can you just describe what this
        document is?

10
11

A.      These are the chart notes from my
        physician, Lisa Davison, dated August 1st, 2012.

12
13

Q.      Okay, and I see that at the top of the
        page, one of your chief complaints is listed as
        migraine?

14

A.      Correct.

15
16
17

Q.      Now, I'd like to direct your attention
        to the third paragraph under the section titled
        History of Present Illness.

18

A.      Yes.

19
20

Q.      And it talks -- it says here that you
        are getting migraines about every one to two months
        at that time?

21
22

A.      Yes, and that was the big bad, you
        know, five to ten-day migraines, correct.

23
24
25

Q.      So that would be the migraine that
        would have -- you had talked about earlier sometimes
        your headache would flare to up to the level of 9 to
        10?

26

A.      Yes.

27
28

Q.      That would be what you're referring to
        here?

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

54

1  A.    Yes, yes.

2

3  Q.    And then later in the paragraph it
        talks about more minor headaches in between?

4

5  A.    Correct.

6  Q.    Is that the daily headaches?

7  A.    Yes, yes.

8  Q.    Would those be, those are the daily
        headaches that you sometimes refer to as low grade

9        daily migraines, right?

10 A.    Yes.

11

12                **o. 110:18 – 111:21 [Plaintiffs' Designations]**

13 Q.    So you experimented it appears with a
        number of different pharmaceuticals for headaches and

14       migraines?

15 A.    Yes.

16 Q.    And did any of them provide you

17       sustaining significant relief from your symptoms?

18 A.    No.  Sometimes short-term relief.

19       Sometimes when I took Imitrex or Relpax ahead of a
        big headache, it would keep the headache from

20       escalating, but I got where I was in pain so much of
        the time it was hard to know when the big headache

21       was coming be on.  And these medications are not

22       designed to take daily or I believe even at that time
        he said, you know, no more than six times a month

23       should I be using Imitrex or Relpax types of
        medication.

24

25 Q.    Now, you stopped drinking fluoridated
        water in the early part of 2013, correct?

26

27 A.    Yes.

28 Q.    Have you ever since that time taken

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

55

1    medications to treat your headaches or migraines?

2  A.    I have not.

3  Q.    At this present time today, are you
4        taking any medication to prevent or treat headaches
        or migraines?
5
6  A.    No, I'm not.

7  Q.    Are you going to any doctor to treat
        your headaches or migraines?
8
9  A.    I am not.

                    **p. 112:16 – 114:08 [Plaintiffs' Designations]**
10

11  Q.    Julie, I'm going to hand you what I've
12        marked as [Deposition Exhibit 63].

13  A.    Okay.

14  Q.    Can you tell us what this document is?

15  A.    So these are the annual medical
16        check-up chart notes from Dr. Lisa Davison dated
        April 26, 2016.
17
18  Q.    And just for the record, you're no
        longer a patient of Dr. Davison; is that correct?
19
20  A.    That is correct.

21  Q.    I see on the second page, there is a
        list of current medications?
22
23  A.    Yes.

24  Q.    And it lists iron, multivitamin,
25        vitamin D3?

26  A.    Yes, that's accurate.

27  Q.    Do you take any of those medications
        for the purposes of preventing or treating headaches
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

56

1    or migraines?

2    A.    No.

3    Q.    If you could turn to the last page of
4          the document.

5    A.    Okay.

6    Q.    You see a section there entitled
7          Problems?

8    A.    Yes.

9    Q.    I guess it lists some problems you were
10         having at that time; is that correct?

11   A.    Yes, that is right.

12   Q.    Migraine is the last item there,
13         correct?

14   A.    On this problem list?  I see migraine
15         as the second item.  Oh, yes, I see it down here
16         under resolved.  She has it under problems, and then
           but under resolved, she lists migraines as well.

17   Q.    Do you know what the doctor meant when
18         she says migraine resolved?

19   A.    I believe this is because the daily
20         headaches were resolved, but I am still prone to
21         triggering migraines through the other triggers, is
           that I have.

22                        **q. 114:9-11 [EPA's Designations]**

23   Q.    So you still experience migraines today, correct?

24   A.    Correct.

25                     **r. 114:12 – 116:04 [Plaintiffs' Designations]**

26

27   Q.    But are the migraines that you
28         experience of the same -- how would you describe the
           difference with the migraines that you experience

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

57

today versus the migraines that you were experiencing
before you stopped your exposure to fluoridated
water?

A.    When I had -- when I experienced
headaches prior to 2013, not only was there sort of
this oppressive, always-present pain or
present-almost-every-day pain, but when I did get
headaches or the big -- sorry, the big migraines that
would escalate, the pain and the severity was worse.
So, yeah, it's hard to explain how the
pain had a different way of feeling.  It wasn't sort
of a dull throb or pulsing.  It would be like these
massive stabbing pains.  And then there would be the
daily things.
So since then, I can still get a
headache from one of my other triggers.  For example,
last -- about a month ago I was having a stressful
work week.  I was having trouble sleeping.  I got a
headache.  I was grumpy and I had a dull pain, but
headache only lasted a day and a half.  The migraine
only lasted that long, and I was able to feel better
with an ice pack or something simple.
So it's like the migraines of the past
were in a different league.  They were so much more
painful or they were more often.  Since removing
water with fluoride, I can actually go many months
without a headache, and for most of my adult life,
that was untrue.  I was having them on a very regular
basis until I stopped water fluoride.

Q.    Do you have daily headaches today?

A.    I do not.

Q.    Have you had daily headaches at any
period since stopping your consummation of
fluoridated water?

A.    No.

Q.    Is that one of the reasons why you no
longer take medication for headaches?

A.    Yes.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

58

2.      Audrey Adams

**a. 4:1-11 [EPA's Designations]**

AUDREY ADAMS, witness herein, having been
first duly sworn on oath,
was examined and testified
as follows:

E X A M I N A T I O N
BY MS. CARFORA:

Q.      Good morning, Ms. Adams. My name is
Debra Carfora. I work for the Department of Justice
and I represent EPA in the matter, which is

Food & Water Watch versus EPA.


**b. 5:20-6:3 [EPA's Designations]**

Q.      Do you take any medication today that
might affect your testimony?

A.      No.

Q.      Do you take any medication at all?

A.      I don't take any prescription drugs. I
take supplements prescribed by my naturopath.

Q.      But you're in good mental health right
Now, you can answer my questions, understand?

A.      Yes.

**c. 46:9-20 [EPA's Designations]**

Q.      Can you tell me when he was diagnosed?

A.      He was diagnosed with pervasive developmental
disorder at 27 months. The neurologist talked about

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

59

autism at the time and said that many would diagnose him with autism, but he didn't want to label him. Of course that's exactly what pervasive developmental disorder is.

Then a psychologist at the University of Washington like 3, 3 and a half, 4, something like that, then she did an analysis of him and said that Kyle's symptoms are consistent with a diagnosis of autism.

### d. 47:5-19 [EPA's Designations]

Q.   Does that make sense? Can you tell me some of the challenges that are specific to autism or specific to Kyle?

A.   Okay.

A.   Let's maybe focus on Kyle rather than -- because, as the saying goes, if you know one person with autism, you know one person with autism, because there's such huge differences between individuals.

For Kyle, the differences in Kyle on chemicals versus off chemicals is profound in and of itself. So, you know, what Kyle behaves like after he's had a chemical exposure is entirely different than, you know, 10 minutes before.

### e. 50:20 – 51:19 [EPA's Designations]

Q.   You said that Kyle was also sensitive to chemicals in the air, right?

A.   Uh-huh.

Q.   What chemicals is he sensitive to?

A.   For example, if we're driving behind a truck that's -- or a car that's emitting, you know, 1 fumes, you know, if somebody walks past him wearing perfume, that's a problem. We've had situations

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

60

where going to his doctor's office and somebody,
you know, has been in that room just before him
that was wearing some perfume or maybe it was
hand lotion, I don't know what, but I can smell it
too. I just don't react as badly. And his heart rate
went straight up, basically it wrecked our entire
doctor's appointment because, you know, he was in
extraordinary pain from that chemical, whatever it
was.

I have no idea of knowing what chemical it was. I
mean, we don't regulate that, so how would we
know? I didn't even see the woman who was
wearing it. I've never said that he's uniquely and
only, you know, reactive to fluoride. He's reactive
to many, many chemicals. I can't say all, because I
don't know what all chemicals would be, but many,
many chemicals cause him problems.

### f. 51:20 – 53:24 [Plaintiffs' Designations]

Q.    Do you know what causes his reaction,
      has it ever been diagnosed?

A.    He's unfortunately my son.  The nut
      doesn't fall too far from the tree as far as chemical
      sensitivity.  I'm chemically sensitive, but a lot
      less than he is.  I've had genetic testing done on
      him and myself as well, and I don't understand the
      implications of all of that, but I do know that our
      testing has shown genetic defects or variance in
      genes that are responsible for detoxification.  So we
      don't get rid of stuff as efficiently as quickly as
      other people, and the letter from Kyle's doctors
      refers to that.

Q.    Is that the MTHFR --

A.    MTHFR is just one of them, but yes,
      it's one of them.  There are others.

Q.    There are others that Kyle suffers
      from?

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

61

1
2
3

A.      No, there are other genes that are
        involved in detoxification.  There's many different
        genes that might be, but that's the one that is most
        looked at right now.

4

Q.      For Kyle specifically or --

5
6

A.      For a lot -- there's a number of us
        that have the MTHFR genetic variant.

7
8

Q.      But Kyle we know has that; is that
        right?

9

A.      Right.

10
11

Q.      And that genetic variant we know causes
        hypersensitivity to chemicals and things like that?

12
13

Q.      In your experience with Kyle, is that
        correct?

14
15
16

A.      Well, again, that's drawing a line from
        one thing to the next, and I don't know that it's
        that simple.  I suspect that there are multiple other
        things that are involved.  You know, is it one thing?
        No.  Is autism caused by one thing?  Heavens, no.

17
18

Q.      Have you ever been given any indication
        of what caused Kyle's autism?

19
20
21
22
23
24
25

A.      Have I been given any indication?
        That's a huge question.  Do we want to go down that
        road?  That's a huge question for any parent with a
        child of autism.  How do we know?  I don't know.
        I do know that I was exposed to way too
        much mercury.  Based on what I know about my ability
        to get rid of mercury now, he was exposed to way too
        much mercury while I was pregnant with him.  So that
        would have set him up for, you know, some, definitely
        some potential neurodevelopmental harm.  I mean, what
        causes autism?  I mean, that's a huge question.

26
27
28

**g. 53:25 – 54:16 [EPA's Designations]**

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

Q.    But there's no event, single event that happened during your pregnancy or at the time of birth that gave rise to the autism that you know of?

A.    Well, I would say that each one of the mercury exposures that I had would certainly have contributed to his susceptibility, and the mercury exposures as vaccines which they then -- and his reaction to the vaccines. And so the straw that broke the camel's back but it certainly is not the only thing, is the -- when he had his MMR. So there was many other things building up that would have led to other issues, but, you know, when it became apparent that he had symptoms that looked like what I later learned to be autism, was after the MMR.

Q.    What's an MMR?

A.     Measles mumps rubella shot.

### h. 71:23 – 72:2 [EPA's Designations]

Q.    But your son's hypersensitive to things, is he not?

A.    Yes.

Q.    He's hypersensitive to a lot of things?
A.    Yes.

### i. 80:7-14 [EPA's Designations]

Q.    Okay, and Kyle has an autoimmune disease; is that right?

A.    Yes. Well, he has antibodies to myelin basic protein and neuron filament, and that's brain matter. So although he doesn't have a technical diagnosis, if you have antibodies to brain matter, that is the definition of an autoimmune condition, but without the technical diagnosis.

### j. 82:3 to 85:2 [EPA's Designations]

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

63

Q.      Does Kyle have food allergies?

A.      Yes.

Q.      How do you know that Kyle has food allergies?

A.      Tests.

Q.      Medical tests?

A.      Yes.

Q.      What food allergies does he have?

A.      Well, so there's medical testing and also his actual reactions to foods, so there's a combination of. So what? There's already a list, there's a whole bunch of them. I wouldn't say that list is all inclusive, because we learn things, new things every day, but do you want me to start listing them all off?

Q.      Sure. Some of the things you know, that you are medically aware of that he has a allergy to.

A.      So -- and also let's be clear, there's allergies versus sensitivities, and allergies being those things where the immune system is reacting. And so for example, I have an allergy to cilantro and I get hives all over the side of my face. That's an immune reaction.

Kyle has sensitivities, but it also shows up in reports, which I don't understand them all, but shows up, is it an IGG or -- or IGA panel or something, that is a blood test that is looking at his blood, you know, antibodies that it has to certain foods. So I can't tell you which one is which. I'm just not a medical doctor. That's not my forte.

But anyway, so yes, he has to avoid gluten. He's not a celiac. We did test for that. But he's not celiac, but it did show up as a sensitivity on the test and he also reacted by spaciness. Milk also showed up on the test and he gets diarrhea from milk among other things as well,spaciness. Eggs showed up on the test

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

64

1       and he doesn't like eggs, they don't feel good.

2       (Discussion off the record.)

3   MS. CARFORA:      We are on the record.

4   Q.      We were talking about –

5   A.      Food allergies.

6

7   Q.       -- food allergies, thank you.

8   A.      Allergy and sensitivity. I don't claim there's a clear

9           line between those two.

10  Q.      Between what two?

11  A.      Between allergies and sensitivities because they

12          appear on both sides.

13          Anyway, so nightshade, the whole categories of

14          nightshades.

15  Q.      Nightshades?

16  A.      Nightshades, N-I-G-H-T-S-H-A-D-E-S,

17          nightshades.

18  Q.      What are nightshades?

19  A.      Category of foods that include tomatoes and

20          potatoes, eggplants, bell peppers.

21  Q.      Do you spend a lot of time avoiding those foods?

22  A.      But yes, it takes me a lot of time to shop for him

23          and for me and for my husband. We all have food

24          issues. So yeah, and I cook all the time and I use

            organic foods as much as humanly possible. Yes, I

25          spend my life reading labels.

26          The other thing that's really, really important on that

27          food list is all of the artificial preservatives, colors

            additives, all of those, you know, avoid and that's

28          why, you know, pretty much, you know, everything

            that he eats is coming, you know, is very carefully

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

65

1   picked out at, you know,
    places like PCC Market or Whole Foods or the
2   organic parts of Costco, so I'm very careful about
    what he eats.
3
                    **k. 87:16-25 [EPA's Designations]**
4

5   Q.   Have you ever had Kyle medically tested for
         sensitivity for fluoride?
6

7   A.   I don't know if there is a test. You tell me. If there is
         a test that doesn't involve pain to him, I would love
8        to know about it.

9   Q.   So have you ever had Kyle medically tested for
         sensitivity to fluoride?
10

11  A.   No, because I don't think one exists. If I knew that
         one existed that didn't cause him pain, I would
12       definitely do it.

13

14                  **l. 97:22 to 98:10 [EPA's Designations]**

15

16  Q.   Is it important to you to limit Kyle's exposure to
         chemicals that are neurotoxins?
17

18  A.   Oh, God, yes. I mean, I do my darnedest to protect
         him from lead too, by the way, and arsenic, but
19       fortunately they don't purposely add lead and
         arsenic to the water supply. And yes, for Kyle,
20       there's many sources, possible sources of
         neurotoxicants. This is the only one that's
21       specifically added to the water supply. For
         somebody's teeth? Not for my son's teeth.
22

23       My son's brain is so much more important and his
         well-being and his lack of pain is so much more
24       important than even his teeth. It's just not fair.

25

26                  **m. 104:16 to 105:3  [EPA's Designations]**

27

28  Q.   Okay. So that would be an expense you intend to
         continue paying to protect Kyle?

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

66

1   A.      Yes.

2           And of course the shower filter, and if I could find
3           one that -- so we wouldn't have to time the showers
            and so there wouldn't be a problem with monitoring
4           the water pressure and so that I wouldn't have to
5           monitor the temperature of the water, and maybe if
            somebody would please develop one that didn't take
6           so much of my time and my husband's to monitor,
7           then it might make it more possible for him to be
            placed out of our home so that it wouldn't take so
8           much time.

9                            **n. 112:7-17 [EPA's Designations]**

10

11  [Q.]    Do you see that this mentions developmental
12          neurotoxicity? What do you understand
            developmental neurotoxicity to mean?

13
14  A.      It means it harms the developing brain.

15  Q.      I just want to be clear. There's no claim as part of
16          this lawsuit that you or Kyle suffered
            developmental neurotoxicity from exposure to
            fluoride, is there?
17
18  A.      I have no evidence of such. That doesn't mean there
            isn't, but I have no evidence as such.
19

20                           **o. 117:13 – 118:21 [EPA's Designations]**

21

22  Q.      Okay, so how do you tell the difference from a
            headache and pains to the extremities?
23
24  A.      Usually I'm talking about pain, I am talking about --
25          well, where he usually points to his pain is
            (indicating), the back of his neck. You know, like
26          from here down (indicating). So it's this area,
            (indicating), that's where he points. I'm not him so I
27          can't tell you what it feels like, but – so is that --

28

Q.     Because in your declaration, you mention that he
       experiences pain to the extremities.

A.     Yes.

Q.     But now you're testifying to something different, is
       that he has headaches?

A.     Well, first of all, you know, that's historical.

Q.     What's historical?

A.      The pain to his extremities. Yeah, he had profound
       pain in his extremities and his head and his body,
       but the extremities was -- from all of the changes
       that we've made, including, you know, taking him
       off of fluoride drinking water and -- but there's
       many other things we've done. I mean, fluoride is
       just a piece of my life, piece of his life, too.

       So there's been many other interventions, you know,
       that affect his overall health and his overall pain.
       And we've mentioned things like -- I lost my train
       of thought. It just went out of my drain -- brain. I
       think I'm getting tired.

       The pain in his hands, I couldn't say it's totally
       gone, but it's vastly diminished from where it was,
       you know, years ago when he was -- before I took
       him off of fluoridated water.

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

68

1

2   Dated:   June 15, 2020                              Respectfully submitted,

3                                                        /s/  *John Thomas H. Do*

4                                                        DEBRA J. CARFORA
                                                         JOHN THOMAS DO
5                                                        BRANDON N. ADKINS
                                                         Environmental Defense Section
6                                                        4 Constitution Square,
7                                                        150 M Street NE, Room 4.1114
                                                         Washington, DC 20001
8                                                        Tel: (202) 514-2640
9                                                        Email: debra.carfora@usdoj.gov

10                                                       *Attorneys for Defendants*

11                                                       */s Michael Connett (with permission)*
12                                                       MICHAEL CONNETT
                                                         C. ANDREW WATERS
13                                                       Waters Kraus & Paul
14                                                       222 N. Pacific Coast Hwy
                                                         El Segundo, CA 90245
15                                                       Tel: (310) 414-8146

16                                                       *Attorneys for Plaintiffs*

17   NOW THEREFORE, it is hereby ORDERED: The above Amended Appendix C is
18   ADMITTED INTO EVIDENCE. A Party may elect to read any portion into the record
     for emphasis in a party's allotted time.
19
20   DATED this _____ day of June, 2020.

21

22                                            _____
23                                            EDWARD M. CHEN
                                              United States District Court Judge
24

25

26

27

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

69