**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** June 15, 2020   **Time:** 8:30-1:50 =   **Judge:** EDWARD M. CHEN
                                    4 Hours; 47 Minutes

**Case No.**: 17-cv-02162-EMC   **Case Name:**  Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Andy Waters, Chris Nidel, Kay Reeves
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Debra Pas

**PROCEEDINGS BY ZOOM WEBINAR**

BENCH TRIAL - held.

**SUMMARY**

Parties stated appearances.

Witnesses: Dr. Joyce Tsuji, Dr. Ellen Chang.

Parties to return Tuesday, June 16, 2020, at 1:30 P.M., for further bench trial.

See Trial Log for further details.