UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC          Food & Water Watch, Inc. v. Environmental Protection Agency

## EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Michael Connett, Andy Waters, Chris Nidel, Kay Reeves | Debra Carfora, Brandon Adkins, John Do, Simi Bhat |
| **BENCH TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| June 15, 2020 | Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court in session. Government objects to relevancy of Declaration of Dr. Joyce Tsuji, to be submitted under seal, regarding hourly rate of Dr. Tsuji's work. Court overrules objection. | |
| | | 8:33 a.m. | | | Witness, **Dr. Joyce Tsuji**, is promoted to the virtual well of the Court for testimony. Cross-examination of witness by Michael Connett. | |
| | | 9:50 a.m. | | | Re-Direct examination of witness by Brandon Adkins. | |
| | | 9:58 a.m. | | | Re-Cross examination of witness by Michael Connett. | |
| | | 10:01 a.m. | | | Court in recess. | |
| | | 10:18 a.m. | | | Court reconvened. Government will call Dr. Ellen Chang. Simi Bhat noted disclosure of abstract not previously disclosed to Court or Plaintiff's counsel as stated on the record. Plaintiff's counsel requested extra time to vet the abstract with witness. Court stated cross-examination on this topic will not be charged time and that Plaintiffs may call expert in rebuttal. Plaintiff's counsel additionally requested a copy of all recent internal email communications between expert and Government. Court directed Government to disclose those communications by 3:00 PM today. | |
| | | 10:33 a.m. | | | Witness, **Dr. Ellen Chang**, is promoted to the virtual well of the Court and sworn for testimony. Direct examination of witness by Simi Bhat. | |
| | | | | | Objection re: 703 made by Plaintiff's counsel. Court will allow voir dire by Government's counsel. | |
| | | 11:40 a.m. | | | Voir dire questions propounded by Michael Connett. | |
| | | 11:45 a.m. | | | Court conducts voir dire of witness. | |

1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | *Daubert* motion to exclude is denied and Rule 703 objection is overruled. |
|  |  | 11:50 a.m. |  |  | Direct examination of witness continues by Simi Bhat. |
|  |  | 12:07 p.m. |  |  | Court in recess. |
|  |  | 12:23 p.m. |  |  | Court reconvened. Cross-examination of witness continues by Michael Connett. |
|  |  |  |  |  | Plaintiff's counsel requested hourly rate regarding expert payment. Government objected. Court overrules objection. Court directed expert witness to submit Declaration, to be submitted under seal, if necessary, regarding hourly rate of Dr. Chang's work. |
|  |  | 1:10 p.m. |  |  | Cross-examination concludes. Housekeeping matters discussed between the Court and parties. Court instructed Plaintiff's counsel to disclose any communications between Plaintiffs' experts and INMA study authors by 3PM tomorrow as more clearly stated on the record. |
|  |  | 1:50 p.m. |  |  | Court in recess. Court to reconvene tomorrow, 6/16/2020, at 1:30 P.M. (PST). |