1  DEBRA J. CARFORA
2  U.S. Department of Justice
   Environment & Natural Resources Division
3  Environmental Defense Section
   150 M Street, NE
4  Washington, DC 20002
   Tel.   (202) 514-2640
5  debra.carfora@usdoj.gov

6  *Attorneys for Defendants*

7

8                    **IN THE UNITED STATES DISTRICT COURT**
                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                              **SAN FRANCISCO DIVISION**

10

11 | FOOD & WATER WATCH, INC, et al., | Case No.: 17-cv-02162-EMC |

12 |             Plaintiffs, | **Stipulation Regarding Trial Transcript** |

13 |                v. |

14 | U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., |

15

16 |             Defendants. |

The parties jointly submit the following stipulation: The parties agree to strike from the trial transcript the following lines: 777:22 through 787:16, 817:2 through 839:15, and 845:24 through 846:13.

**IT IS SO STIPULATED AND AGREED TO ON BEHALF OF THE PARTIES.**

**For Plaintiffs:**

DATED:  June 16, 2020

*/s/ Michael Connett (by permission)*
MICHAEL CONNETT
Waters, Kraus & Paul
*Attorney for Plaintiffs*

**For Defendants:**

DATED:  June 16, 2020

*/s/ Debra J. Carfora*
DEBRA J. CARFORA
United States Department of Justice
*Attorney for Defendants*

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: June __, 2020

Edward M. Chen
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation Regarding Trial Transcript was served by Notice of Electronic Filing this 16th day of June, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Simi Bhat*
SIMI BHAT