1 DEBRA J. CARFORA
U.S. Department of Justice
2 Environment & Natural Resources Division
Environmental Defense Section
3 150 M Street, NE
Washington, DC 20002
4 Tel.   (202) 514-2640
5 debra.carfora@usdoj.gov

6 *Attorneys for Defendants*

7

8 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9 **SAN FRANCISCO DIVISION**
10

11 | FOOD & WATER WATCH, INC, et al., | Case No.: 17-cv-02162-EMC |
|---|---|
12 | Plaintiffs, | **Stipulation Regarding Trial Transcript** |
13 | v. | |
14 | U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
15 | | |
16 | Defendants. | |

The parties jointly submit the following stipulation: The parties agree to strike from the trial transcript the following lines: 777:22 through 787:16, 817:2 through 839:15, and 845:24 through 846:13.

**IT IS SO STIPULATED AND AGREED TO ON BEHALF OF THE PARTIES.**

**For Plaintiffs:**

DATED:  June 16, 2020	*/s/ Michael Connett (by permission)*
	MICHAEL CONNETT
	Waters, Kraus & Paul
	*Attorney for Plaintiffs*

**For Defendants:**

DATED:  June 16, 2020	*/s/ Debra J. Carfora*
	DEBRA J. CARFORA
	United States Department of Justice
	*Attorney for Defendants*

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: June 16, 2020	_____
	Edward M. Chen
	United States District Judge