**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** June 16, 2020     **Time:** 1:30-4:57 =     **Judge:** EDWARD M. CHEN
                                     4 Hours; 9 Minutes

**Case No.**: 17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Andy Waters, Chris Nidel, Kay Reeves
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Debra Pas

**PROCEEDINGS BY ZOOM WEBINAR**

BENCH TRIAL - held.

**SUMMARY**

Parties stated appearances.

Witnesses: Dr. Ellen Chang, Dr. Tala Henry, Video Deposition of Joyce Donahue, Ph.D.

Parties to return Wednesday, June 17, 2020, at 8:30 A.M., for further bench trial.

See Trial Log for further details.