UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC    Food & Water Watch, Inc. v. Environmental Protection Agency

## EXHIBIT and WITNESS LIST

| JUDGE: Edward M. Chen | PLAINTIFF ATTORNEYS: Michael Connett, Andy Waters, Chris Nidel, Kay Reeves | DEFENSE ATTORNEYS: Debra Carfora, Brandon Adkins, John Do, Simi Bhat |
|---|---|---|
| **BENCH TRIAL DATE:** June 16, 2020 | **REPORTER:** Debra Pas | **CLERK:** Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:30 p.m. | | | Court in session. Housekeeping matters discussed as stated on the record. | |
| | | 1:33 p.m. | | | Witness, **Dr. Ellen Chang**, is promoted to the virtual well of the Court for testimony. Re-Direct examination of witness by Simi Bhat. | |
| | | 1:56 p.m. | | | Witness, **Dr. Tala Henry**, is promoted to the virtual well of the Court and sworn for testimony. Direct examination of witness by Debra Carfora. | |
| | | 2:52 p.m. | | | Court in recess. | |
| | | 3:05 p.m. | | | Court reconvened. Housekeeping matters discussed as stated on the record. | |
| | | 3:09 p.m. | | | Cross-examination of witness by Michael Connett. | |
| | | 4:15 p.m. | | | Court in recess. | |
| | | 4:20 p.m. | | | Court reconvened. Re-direct examination of witness by Debra Carfora. | |
| | | 4:41 p.m. | | | Re-cross examination of witness by Michael Connett. | |
| | | 4:43 p.m. | | | Witness thanked and excused. | |
| | | 4:45 p.m. | | | Video deposition of **Joyce Donahue, Ph.D.** displayed for the Court. | |
| | | 4:51 p.m. | | | Housekeeping matters further discussed as stated on the record. | |
| | | 4:57 p.m. | | | Court in recess. Parties to return tomorrow, 6/17/2020, at 8:30 a.m. | |