1
2
3
4

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

5
6
7
8
9
10
11

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> **SECOND AMENDED APPENDIX C TO JOINT PRETRIAL CONFERENCE STATEMENT (Use of Discovery Responses); [PROPOSED ORDER]** <br><br> Trial Date:  June 8, 2020 <br> Time:  8:30 a.m. <br> Place:  Zoom Webinar |

12
13
14
15

The parties respectfully provide this SECOND AMENDED Appendix C (use of discovery responses) which provides the designations that the parties have stipulated are to be entered into evidence.

16
17

The parties reserve the right to read any of these designations into the record for emphasis during the respective allotted times.

18
19

Further, this iteration replaces any deposition exhibit citations with trial exhibits citations when appropriate.

20
21

**I.  Excerpts of Written Discovery Responses:**

22

    *A.*    *Plaintiffs' Designations:*

23
24

        **1.    Identify all primary studies that EPA is aware of which demonstrate or support the neurological safety of prenatal fluoride exposure.**

25

**[Plaintiffs' Rog #6]**

26
27
28

EPA is aware of the Mullenix study, "Neurotoxicity of Sodium Fluoride in Rats," published in Neurotoxicology & Teratology (1995) that demonstrates or supports the absence of detectable adverse effects on the nervous system following prenatal exposure.

1    **2.      Identify all primary studies that EPA is aware of which**

2    **demonstrate or support the thyroid safety of fluoridated water.** *[Plaintiffs' Rog #11]*

3    EPA responds that it is not currently aware of any studies that demonstrate or

4    support the absence of detectable adverse effects on the thyroid.

5    **3.      Identify all primary studies that EPA is aware of which**

6    **demonstrate or support the thyroid safety of prenatal fluoride exposure.** *[Plaintiffs'*

7    *Rog #12]*

8    EPA responds that it is not currently aware of studies that demonstrate or support

9    the absence of detectable adverse effects on the thyroid following prenatal exposure.

10   **4.      If EPA has ever applied its** *Guidelines for Neurotoxicity Risk*

11   *Assessment* **to a risk assessment of fluoride, identify this risk assessment(s).**

12   *[Plaintiffs' Rog #4]*

13   EPA has not applied its *Guidelines for Neurotoxicity Risk Assessment* to a risk

14   assessment of fluoride.

15   **5.      Identify all risk assessments that EPA has conducted pursuant**

16   **to the Guidelines for Neurotoxicity Risk Assessment. [Plaintiffs Rog #2 - EPA's**

17   **Supp Response]**

18   EPA has expressly applied the Guidelines on Neurotoxicity Risk Assessment to the

19   assessment of any nervous system effects of the following chemicals:

20   • 1,2,3-Trimethylbenzene;

21   • 1,2,4-Trimethylbenzene;

22   • 1,3,5-Trimethylbenzene;

23   • Methanol;

24   • 2-Hexanone;

25   • 2,2',3,3',4,4',5,5',6,6'-Decabromodiphenyl ether (BDE-209);

26   • 2,2',4,4',5,5'-Hexabromodiphenyl ether (BDE-153);

27   • 2,2',4,4',5-Pentabromodiphenyl ether (BDE-99);

28   • 2,2',4,4'-Tetrabromodiphenyl ether (BDE-47);

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

2

1 • Hydrogen sulfide;

2 • Chlorine dioxide; and

3 • Chlorite (sodium salt).

4 **6. Admit that EPA is not aware of any primary study that**

5 **supports the neurological safety of prenatal fluoride exposure where the pregnant**

6 **mother has chronically elevated (≥ 1 mg/L) levels of fluoride in urine during**

7 **pregnancy.** *[Plaintiffs RFA #9]*

8 EPA admits it is not currently aware of studies that demonstrate or support "the

9 absence of detectable adverse effects" on the nervous system following prenatal fluoride

10 exposure where the pregnant mother has chronically elevated (> 1 mg/L) levels of fluoride

11 in urine during pregnancy.

12 **7. Admit that EPA is not aware of any primary study that**

13 **supports the neurological safety of fluoridated water for people with suboptimal**

14 **nutrient intake.** *[Plaintiffs RFA #10]*

15 EPA responds that it is not currently aware of studies that demonstrate or support

16 the "absence of detectable adverse effects" from fluoridated water on the nervous system

17 for persons with suboptimal nutrient intake.

18 **8. Admit that EPA is not aware of any primary study that**

19 **supports the neurological safety of fluoridated water for people with impaired**

20 **kidney function.** *[Plaintiffs RFA #12]*

21 EPA responds that it is not currently aware of studies that demonstrate or support

22 the "absence of detectable adverse effects" from fluoridated water on the nervous system

23 for persons with impaired kidney function.

24 **9. Admit that EPA is not aware of any primary study that**

25 **supports the neurological safety of fluoridated water for persons with >95th**

26 **percentile water intake.** *[Plaintiffs RFA #15]*

27

28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

3

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with >95th percentile water intake.

**10.     Admit that EPA is not aware of any primary study that supports the neurological safety of fluoride for persons with chronically elevated (≥ 1 mg/L) levels of fluoride in their urine. *[Plaintiffs RFA #16]***

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with chronically elevated levels of fluoride (>1 mg/l) in their urine.

**11.     Admit that EPA does not fund studies on the effect of environmental toxicants on children's health unless EPA believes the studies have reliable methods that will produce reliable results. *[Plaintiffs RFA # 45]***

EPA admits only that, under its Science To Achieve Results (STAR) grant program, the Agency generally does not fund studies on the effect of environmental toxicants on children's health unless EPA believes the proposals for the studies have reliable methods that will produce reliable results, otherwise denied.

**12.     Admit that EPA has funded studies of the ELEMENT ("The Early Life Exposures in Mexico to Environmental Toxicants") cohort to understand the impact of environmental toxicants on children's neurodevelopment. *[Plaintiffs RFA # 46]***

Admit.

**13.     Admit that the study "Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico" (Environmental Health Perspectives, Sept 19, 2017) was funded, in part, by the EPA. *[Plaintiffs RFA # 48]***

EPA admits that the study "Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico" (Environmental Health Perspectives, Sept 19, 2017) was funded, in part, by the EPA, although the article acknowledges that its

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

4

1   contents are solely the responsibility of the authors and do not necessarily represent the

2   official views of EPA.

3       **14.     Admit that the study "Prenatal Fluoride Exposure and**

4   **Attention Deficit Hyperactivity Disorder (ADHD) Symptoms in Children at 6-12**

5   **Years of Age in Mexico City" (Environmental International, Oct. 10, 2018) was**

6   **funded, in part, by the EPA.** *[Plaintiffs RFA # 49]*

7       EPA admits that the study "Prenatal Fluoride Exposure and Attention Deficit

8   Hyperactivity Disorder (ADHD) Symptoms in Children at 6-12 Years of Age in Mexico

9   City" (Environmental International, Dec. 2018) was funded, in part, by the EPA, although

10  the article acknowledges that its contents are solely the responsibility of the authors and do

11  not necessarily represent the official views of EPA.

12      ***15.*     Admit that the study "Chronic Administration of Aluminum-**

13  **Fluoride or Sodium-Fluoride to Rats in Drinking Water: Alterations in Neuronal**

14  **and Cerebrovascular Integrity" (Brain Research, 1998, Vol: 784, Pages 284-298)**

15  **was co-authored by an EPA scientist.** *[Plaintiffs RFA # 50]*

16      EPA admits only that "Chronic Administration of Aluminum-Fluoride or Sodium-

17  Fluoride to Rats in Drinking Water: Alterations in Neuronal and Cerebrovascular Integrity"

18  was co-authored by Dr. Karl Jensen, who was employed by EPA as a Research Scientist at

19  the time of the study's publication, otherwise denied.

20      **16.     Admit that the MUNDY REVIEW was written by EPA**

21  **scientists.** *[Plaintiffs RFA #29]*

22      Admit, except that, as stated in the Acknowledgements section of the Mundy

23  Review, EPA's approval for publication "does not signify that the contents reflect the

24  views of the Agency."

25      **17.     Admit that EPA would not have approved the MUNDY**

26  **REVIEW for publication if EPA disapproved of the methodology that the authors**

27  **used for their literature review.** *[Plaintiffs RFA # 31]*

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

5

EPA admits only that it did not disapprove of the methodology the authors' used for their literature review, otherwise denied.

*18.*    **Admit that EPA would not have approved the MUNDY REVIEW for publication if EPA believed there were any material errors in the findings of the authors' literature review.** *[Plaintiffs RFA # 32]*

EPA admits only that is not aware of any material errors in the findings of the authors' literature review, otherwise denied.

**19.    Admit that EPA scientists in the MUNDY REVIEW reviewed the scientific literature on over 400 chemicals to identify which of the chemicals had been linked to developmental neurotoxicity in animal and human studies.** *[Plaintiffs RFA # 34]*

Admit, except that EPA scientists did not independently validate the findings reported in the reviewed publications.

**20.    Admit that the findings of the literature review set forth in Table 1 of the MUNDY REVIEW are correct to the best of EPA's knowledge.** *[Plaintiffs RFA # 35]*

Admit, except that the objective of the literature review was to identify two or more studies that provided evidence for developmental neurotoxicity, not to independently evaluate the findings reported or to validate those findings.

**21.    Admit that EPA scientists in the MUNDY REVIEW found that only 22 of the 400 chemicals that they reviewed had evidence of developmental neurotoxicity in humans, and fluoride was one of these 22 chemicals.** *[Plaintiffs RFA # 36]*

Admit.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

6

**B.**   *EPA's Designations:*

   1.   **List every report, study, or document originally written in non-English languages and fully or partially interpreted by Plaintiffs, or someone hired by Plaintiffs, that Plaintiffs may use to support their claim.** *[EPAs' Rog #4]*

- An J, et al. 1992. The effects of high fluoride on the level of intelligence of primary and secondary students. Chinese Journal of Control of Endemic Diseases 7(2):93-94.
- Bai J, et al. 2010. Learning and memory obstacles and changes in brain tissue growth inhibitors from brick tea fluoride and aluminum poisoning of rats. Chinese Journal of Control of Endemic Diseases 25(3):161-63.
- Bai Z, et al. 2014. Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. Chinese Journal of Endemiology 33(2):160-163.
- Bao W, et al. 2003. Report of investigations on adult hand osteoarthritis in Fengjiabao Village, Asuo Village, and Qiancheng Village. Chinese Journal of Endemiology 22(6):517-18.
- Chang A, et al. 2017. Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coalburning fluorosis. Chinese Journal of Control of Endemic Diseases 32(8):872-73.
- Chen YX, et al. 1991. Research on the intellectual development of children in high fluoride areas. Chinese Journal of Control of Endemic Diseases 6(supplement):99-100.
- Chen, et al. 1990. A study of the effects of fluoride on foetal tissue. Chinese Journal of Endemiology 9:345-346.
- Cui R, et al. 2013. Influences of fluoride exposure in drinking water on serum androgen binding protein and testosterone of adult males. Journal of Zhengzhou University (Medical Sciences) 48(6):750-753.
- Cui Y, et al. 2017. The Influence of Fluoride Exposure on the Changes of Thyroid Hormone Levels and the Intellectual Impairment of Offspring Rats. Chinese Journal of Industrial Hygiene and Occupational Diseases 35(12):888-892.
- Diouf M, et al. 2012. Pregnant women living in areas of endemic fluorosis in Senegal and low birthweight newborns: Case–control study. Revue d'Epidémiologie et de Santé Publique 60(2):103-8.
- Dong L, et al. (2018). Investigation of dental fluorosis and intelligence levels of children in drinking water-related endemic fluorosis area of Xi'an. Chinese Journal of Endemiology 37(1):45-48.
- Dong Z, et al. 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. Journal of Guiyang Medical College 18(4):241-45.
- Duan J, et al. 1995. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Medical Journal 18(3):179-80.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

7

- Fan Z, et al. 2007. The effect of high fluoride exposure on the level of intelligence in children. Journal of Environmental Health 24(10):802-03.
- Gas'kov A, et al. 2005. The specific features of the development of iodine deficiencies in children living under environmental pollution with fluorine compounds. Gig Sanit. Nov-Dec;(6):53-5.
- Guo XC, et al. 1991. A preliminary exploration of the IQs of 7-13 year old children from an area with coal-burning-related fluoride poisoning. Chinese Journal of Endemiology 10:98-100.
- Guo Z, et al. 2001. Research on the neurobehavioral function of workers occupationally exposed to fluoride. Industrial Health and Occupational Disease 27:346-348.
- Hao P, et al. 2010. Effect of fluoride on human hypothalamus-hypophysis-testis axis hormones. Journal of Hygiene Research 39(1):53-55.
- He H, et al. 1989. Effects of fluorine on the human fetus. Chinese Journal of Control of Endemic Diseases 4:136-138.
- Hong F, et al. 2001. Research on the effects of fluoride on child intellectual development under different environmental conditions. Chinese Primary Health Care 15: 56-57.
- Li F, et al. 2009. The impact of endemic fluorosis caused by the burning of coal on the development of intelligence in children. Journal of Environmental Health 26(4):838-40.
- Li J, et al. 2004. Effects of high fluoride level on neonatal neurobehavioral development. Chinese Journal of Endemiology 23:464-465.
- Li Y, et al. 2003. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. Chinese Journal of Public Health Management 19(4):337-338.
- Li Y, et al. 1994. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. Journal of West China University of Medical Sciences 25(2):188-91.
- Li X, et al. 2010. Investigation and analysis of children's IQ and dental fluorosis in high fluoride area. Chinese Journal of Pest Control 26(3):230-31.
- Liu L, et al. 1995. Brain mapping of mentally retarded children in high-fluoride regions. Journal of Applied Clinical Pediatrics 10(6):333-35.
- Liu X, et al. 1999. Measurement of the content of T3, T4, and TSH in children in endemic fluorosis areas. Endemic Diseases Bulletin 14(1):16-17.
- Jin T, et al. (2017). Investigation of intelligence levels of children of 8 to 12 years of age in coal burning-related endemic fluorosis areas. Journal of Environment & Health 34(3):229-230.
- Mikhailets ND, et al. 1996. Functional state of thyroid under extended exposure to fluorides Probl Endokrinol (Mosk) 42:6-9.
- Pang H, et al. (2018). Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area. Chinese Journal of Control of Endemic Diseases 33(2):151-52.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

8

- Popov LI, et al. 1974. Characterization of nervous system intoxication in occupational fluorosis. Gigiena Truda i Professional'nye Zabolevaniia (5):25-27.
- Qin LS, Cui SY. 1990. Using the raven's standard progressive matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-aged children. Chinese Journal of Control of Endemic Diseases 5:203-204.
- Ren Da-Li, et al. 1989. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. Chinese Journal of Control of Endemic Diseases 4:251.
- Shao Q, et al. 2003. Study of cognitive function impairment caused by chronic fluorosis. Chinese Journal of Endemiology 22(4):336-38.
- Sun M, et al. 1991. Measurement of intelligence by drawing test among the children in the endemic area of Al-F combined toxicosis. Journal of Guiyang Medical College 16(3):204-06.
- Sun ZR, et al. 2000. Effects of high fluoride drinking water on the cerebral function of mice. Chinese Journal of Epidemiology 19: 262-263.
- Wan G, et al. 2001. Measurement and analysis of several examination indices of endemic fluorosis sufferers. Chinese Journal of Endemiology 20(2):137-39.
- Wang G, et al. 2006. Effect of different doses of chronic exposure of fluoride on rat learning and memory behavior. Studies of Trace Elements and Health 23(2):1-2.
- Wang G, et al. 1996. A study of the IQ levels of four-to-seven-year-old children in high fluoride areas. Endemic Diseases Bulletin 11:60-62.
- Wang QJ, Gao MX, Zhang MF, et al. 2012. Study on the correlation between daily total fluoride intake and children's intelligence quotient. Journal of Southeast University (Med Sci Ed) 31(6):743-46.m
- Wang S, et al. 2005. Effects of coal burning related endemic fluorosis on body development and intelligence levels of children. Journal of Applied Clinical Pediatrics 20(9): 897-898.
- Wang X, et al. 2001. Effects of high iodine and high fluorine on children's intelligence and thyroid function. Chinese Journal of Endemiology 20(4):288-90.
- Wei N, et al. 2014. The effects of comprehensive control measures on intelligence of school-age children in coal-burning-borne endemic fluorosis areas. Chinese Journal of Endemiology 33(3):320-322.
- Wu N, et al. 1995. Behavioral teratology in rats exposed to fluoride. Chinese Journal of Control of Endemic Diseases 14(5):271.
- Xu Y, et al. 1994. The effect of fluorine on the level of intelligence in children. Endemic Diseases Bulletin 9(2):83-84.
- Yang Y, et al. 1994. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of iodine and fluorine. Chinese Journal of Pathology 15(5):296-8.
- Yao Y, et al. 1997. Comparable analysis on the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. Literature and Information on Preventive Medicine 3(1):42-43.

- Yao Y, et al. 1996. Analysis on TSH and intelligence level of children with dental fluorosis in a high fluoride area. Literature and Information on Preventive Medicine 2(1):26-27.
- Yu Y. 2000. Effects of fluoride on the ultrastructure of glandular epithelial cells of human fetuses. Chinese Journal of Endemiology 19(2):81-83.
- Yu Y, et al. 1996. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Chinese Journal of Endemiology 15:257-259.
- Zhang J, et al. 2009. The effect of fluorine exposure of pregnant rats on the learning and memory capabilities of baby rats. Chinese Journal of Public Health 25(11):1347-48.
- Zhang J, et al. 1998. The effect of high levels of arsenic and fluoride on the development of children's intelligence. Chinese Journal of Public Health 17(2):119.
- Zhang P, Cheng L. (2015). Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. Chinese Journal of Control of Endemic Diseases 30(6):458-60.
- Zhang , et al. 1999. Effect of fluoride exposure on synaptic structure of brain areas related to learning-memory in mice. Journal of Hygiene Research 28(4):210-2.

1  **II.  Deposition Testimony:**

2       *A.      Plaintiffs' Designations (with EPA's Counter Designations):*

3

4            **1.      CDC :**

5                      **a. 8:14 – 8:16 [Plaintiffs' Designations]**

6

7   Q.    Can you please state your name for the
           record.

8

9   A.    Case Hannan
                      **b. 8:22 – 9:02 [Plaintiffs' Designations]**

10  Q.    Now, we're here today at the CDC's Office

11        of General Counsel's Office, but do you understand
           that you have the same obligation to tell the truth

12        today just as if you were testifying in a courtroom

13        before a judge?

14  A.    I do.

15                    **c. 10:04-13 [Plaintiffs' Designations]**

16  Q.    So I'd just like to begin here by asking

17        you a few questions about your personal background.
           Could you briefly describe your educational

18        background?

19
   A.    Educational background, I have a
20        Bachelor's in science, in health science, from Cal

21        State University, Long Beach, and a Master's in Public
           Health degree with an emphasis in health behavior and

22        health education from the University of Michigan

23        School of Public Health.

24                    **d. 10:21-23 [Plaintiffs' Designations]**

25  Q.    And when did you first start working for
           the Centers for Disease Control?

26

27  A.    September 1996.

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

11

1

2

**e. 16:01 – 16:08 [Plaintiffs' Designations]**

3

Q.     And then what position -- so what year did
       you get a new position?

4

5

A.     So in April of 2016 I was asked to take a
       temporary position as the acting director of the
       Division of Oral Health.

6

7

Q.     And is that the position you currently
       hold?

8

9

A.     Yes.

10

11

**f. 16:22 – 17:09 [Plaintiffs' Designations]**

12

Q.     And what are your duties and
       responsibilities as the acting director for the Oral
       Health Division?

13

14

A.     To ensure that the mission is achieved,
       basically.  It's oversight of all the units within the
       division, you know, the branches, if you will.
       There's a program branch.  There's a surveillance,
       investigations, and research branch.  There's a
       science and evaluation team.  There's a policy and
       communications team.  And our mission is to through
       population-based approaches prevent the burden of oral
       disease to improve people's quality of life and
       physical health.

15

16

17

18

19

20

**g. 19:18 – 19:21 [Plaintiffs' Designations]**

21

22

Q.     And, first, do you understand
       that you are appearing today as a representative of
       the CDC?

23

A.     I do.

24

**h. 35:04 – 35:20 [EPA's Designations]**

25

26

Q.     In the -- let me just ask you before I
       start asking you questions about these NHANES surveys,
       can you just describe for the Court what NHANES is?

27

28

A.     NHANES is, if I remember correctly,

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

12

National Health and Nutrition Examination Survey.  It
is a population-based survey, nationally representative
surveillance on a number of health issues -- oral
health is just one component -- collected in two-year
data cycles.  It's collected by what they call mobile
examination centers, essentially RV types of things
where people are weighed, blood is drawn.  In the case
of oral health, there are dental chairs and trained
dental examiners looking at things like missing teeth,
filled teeth, sealants, and fluorosis.

### i. 97:4-97:23 [Plaintiffs' Designations]

Q.      Okay.  And if you could just refer -- if I
could refer you back to the deposition subpoena, if
you go to Topic No. 2 --

A.      Right.

Q.      -- you see that topic that states:  "Data
that the CDC has in its possession, if any, on the
urinary fluoride levels in persons living in the
United States."  Did I read that correctly?

A.      Correct.

Q.      What did you do, sir, to prepare to
testify about this topic today?

A.      Consulted with attorneys and Division of
Oral Health staff.  And I believe in our response, our
written response to this, we make the comment,
paraphrasing, that we have not conducted nor sponsored
independent research on urinary fluoride, nor do we
have any data related to urinary fluoride in our
possession at CDC.

Q.      And you stand by that statement?

A.      Yes.

### j. 102:03 – 103:18 [EPA's Designations]

Q.      Okay.  So you would agree, sir, that CDC
was collecting and testing urine for fluoride in the

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

13

1    2015-to-2016 NHANES survey?

2    A.    Yeah.  It appears that's true.  And the
3          clarifying comment that I would add, that that was not
           related or sponsored or funded by the Division of Oral
4          Health which has led me to answer the question in the
           subpoena that CDC has no knowledge of ever collecting
5          this or have any data in our possession.  My
           speculation is that that's being sponsored for or paid
6          for by another program within CDC.

7                      **k. 112:11 – 113:11 [Plaintiffs' Designations]**

8
9    Q.    So earlier we were talking about one of
           the documents you had reviewed in preparing for
10         today's deposition, and that document was the
           objections that CDC made with respect to the
11         deposition subpoena.

12   A.    Correct.

13
14   Q.    And you had testified that you went over
           the contents of those objections with Ms. Espinoza?

15   A.    Uh-huh.

16
17   Q.    And can you remind me of her position
           again at the CDC?

18
19   A.    At our Division of Oral Health, she's the
           associate director of science.

20   Q.    Okay.  So you went over each of the
21         statements in that document to ensure that those
           statements were correct, right?

22
23   A.    That they're accurate, yes, and that I
           understood them accurately as well.

24
25   Q.    And Ms. Espinoza confirmed for you that
           all those statements, the ones dealing with the
26         substance and the merits, not the legal points, but
           she confirmed with you that those statements were
27         correct, right?

28   A.    Yes.

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

14

1   Q.   Okay.  So I would like to go ahead now and
2        mark as [Plaintiffs' Trial Exhibit 15] those objections that we received.

3                    **l. 113:12-17 [EPA's Designations]**

4

5   Q.   (By Mr. Connett)  And you will notice in this
         document that there are some highlights. Those are
6        highlights that I have added to the document.

7   A.   Okay.

8

9                    **m. 114:07 – 115:11 [Plaintiffs' Designations]**

10  Q.   And I'd like to direct your attention,
11       first of all, to the third paragraph on the page.  You
         see the highlighted portion?
12

13  A.   Uh-huh.

14  Q.   It starts:  "This issue of community water
15       fluoridation as a neurotoxic risk was addressed by the
         CDC in the May 1st, 2015, Federal Register notice
16       which relies on an extensive review of fluoride in
         drinking water by the NRC.  Did I read that correctly?
17

18  A.   Yes, you did.

19  Q.   And the NRC is the National Research
         Council, correct?
20

21  A.   Correct.

22  Q.   And you would agree that the NRC's review
         of the toxicologic literature on fluoride was
23       extensive?

24  A.   I'm told it is such, yes, the most
25       extensive review undertaken.

26  Q.   Okay.  And that's a correct statement,
27       right?  The statement that we just read, that's a
         correct statement?
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

15

1    A.    The first sentence of that paragraph, yes.

2    Q.    Okay.  And then the next sentence says:
3          "The federal interdepartmental interagency panel of
           scientists, which included CDC, accepted the findings
4          of the 2006 National Research Council report Fluoride
           in Drinking Water: A Scientific Review of EPA
5          Standards, as the summary of hazard."  Did I read that
           correctly?
6

7    A.    Yes, you did.

                    **n. 115:17 – 115:23 [Plaintiffs' Designations]**
8

9    Q.    Okay.  And so the CDC along with this
           federal panel accepted the findings of the NRC's
10         summary of the hazard of fluoride exposure, right?

11   A.    That's correct.

12   Q.    Including the hazards, potential hazards,
13         of neurotoxic effects, correct?

14   A.    Those were included, yes.

15                  **o. 116:04 – 116:06 [Plaintiffs' Designations]**
16

17   Q.    Okay.  So I'm going to hand you the
           chapter from the NRC's 2006 report that focuses on
18         neurotoxicity.  I have marked it as [Plaintiffs' Trial Exhibit 13].

19                  **p. 116:18 – 116:22 [Plaintiffs' Designations]**

20   Q.    (By Mr. Connett)  So if you turn, sir, to
21         the second page of this document, you see it's a
           Chapter 7 titled "Neurotoxicity and Neurobehavioral
22         Effects"?

23   A.    Yes.
                    **r. 120:07 –  121:22 [Plaintiffs' Designations]**
24

25   Q.    You see towards the bottom of Page 221
           there is a section titled "Neurochemical and
26         Biochemical Changes"?

27   A.    Yes.
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

16

1

Q.    Can you just read to yourself the first
      sentence.

2

3

A.    Okay.

Q.    Okay.  So the NRC found that lipids and

4

      phospholipids and protein content have been shown to

5     be reduced in the brains of laboratory animals
      subsequent to fluoride exposure, correct?

6

7     A.    That's what they're saying here, yes.

8     Q.    And the CDC agrees with that finding?

9     A.    Yes, as a summary of the hazard.

10

11    Q.    Okay. And if you look to the bottom of
            Page 221, I'm going to read here. It says:

12          "Fluorides also inhibit the activity of
            cholinesterases including acetylcholinesterase.

13          Recently, the number of receptors for acetylcholine
            has been found to be reduced in regions of the brain

14          thought to be most important for mental stability and
            for adequate retrieval of memories." Did I read that

15          correctly?

16    A.    Yes.

17

18    Q.    And, again, CDC agrees with that finding,
            correct?

19

20    A.    As stated, yeah, we agree with the
            summary, potential summary of the hazard.

21

22    Q.    Okay.

A.    Or potential hazard, excuse me.

23

24    Q.    And the next sentence reads: "It appears
            that many of fluoride's effects and those of the

25          aluminofluoride complexes are mediated by activation
            of Gp, a protein of the G family. G proteins mediate

26          the release of many of the best known transmitters of

27          the central nervous system." Did I read that
            correctly?

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

17

1    A.    Yes.

2    Q.    And CDC agrees with that finding from the
3          NRC, correct?

4    A.    As stated previously, yes.

5              **s. 122:19 – 125:03 [Plaintiffs' Designations]**

6    Q.    The next paragraph begins:  "Fluorides
7          also increase the production of free radicals in the
8          brain through several different biological pathways.
8          These changes have a bearing on the possibility that
           fluorides act to increase the risk of developing
9          Alzheimer's disease."  Did I read that correctly?

10   A.    Yes.
11

12   Q.    And CDC agrees with that finding of the
           toxicologic literature?

13

14   A.    Yes.  And, again, I'm not clear if they're
14         talking about as demonstrated in laboratory animals or
15         in human studies.

16   Q.    Okay.  And you see the next section on
           this page is titled "Anatomical Changes in the Brain"?
17

18   A.    Yes.

19   Q.    And it begins:  "Studies of rats exposed
20         to sodium fluoride or aluminum fluoride have reported
           distortion in cells in the outer and inner layers of
21         the neocortex.  Neuronal deformations were also found
           in the hippocampus and to a smaller extent in the
22         amygdala and the cerebellum."  Did I read that
           correctly?
23

24   A.    Yes.

25   Q.    And CDC agrees with that finding as a
26         summary of the hazard?

27   A.    As it relates to rat studies, yes.

28   Q.    Okay.  And you see the next highlighted

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

18

1    portion in that paragraph?

2  A.    I do.
   Q.    It reads:  "The substantial enhancement of
3        reactive microglia, the presence of stained
         intracellular neurofilaments, and the presence of IgM
4        observed in rodents are related to signs of dementia
         in humans.  The magnitude of the changes was large and
5        consistent among the studies."  Did I read that
6        correctly?

7  A.    Yes.
8
   Q.    And CDC agrees with the NRC that this is a
9        correct summary of the hazard?
10
   A.    Correct.
11
   Q.    Now, you see under "Recommendations" on
12       that page?
13
   A.    Yes.
14
   Q.    The first sentence reads:  "On the basis
15       of information largely derived from histological,
16       chemical, and molecular studies, it is apparent that
         fluorides have the ability to interfere with the
17       functions of the brain and the body by direct and
         indirect means."  Did I read that correctly?
18
19 A.    Yes.

20 Q.    So CDC agrees with NRC that it is apparent
21       that fluorides have the ability to interfere with the
         functions of the brain and the body by direct and
22       indirect means?

23 A.    Yes, CDC in connection with the
24       intergovernmental work group.  I should also -- I'd
         like to add here in these summaries they don't
25       quantify the level of fluoride exposure, at what level
         are these changes being seen, so just the point that
26       scientifically it is important to acknowledge.

27

28

1

2

**t. 125:18 – 126:5 [EPA's Designations]**

3   Q.      -- at the bottom of Page 222?  This Page 223
            provides NRC's recommendations as to the research
4           that should be done on fluoride neurotoxicity.

5

6   A.      Okay.  I understand now.  Thank you.

7   Q.      And would you agree with that statement?

8   A.      Let me read it.  Would it be possible to?

9   Q.    Yes, please.  Take your time.

10    A.          Okay. This goes to my earlier point about
11              CDC and the federal panel accepting the NRC's
                findings as it relates to the potential hazard of
12              fluoride. Not clear to me that they were also
                agreeing with the recommendations.
13

14                **u. 127:23 – 128:16 [Plaintiffs' Designations]**

15   Q.      Okay.  So Topic No. 7 in the plaintiff's
            deposition notice was "CDC's position, if any, on
16          whether community water fluoridation presents a risk
            of neurotoxicity and the basis for said position."
17          Did I read that correctly?
18

19   A.      Yes.

20   Q.      And I'm going to read the highlighted
            portions here of CDC's response, okay?
21

22   A.      Uh-huh.

23   Q.      CDC says here that:  "CDC has not
            conducted or sponsored independent research concerning
24          the risk of neurotoxicity associated with exposure to
            fluoridated water and does not have in its possession
25          any internal scientific evidence concerning this
            topic."  Did I read that correctly?
26

27   A.      Yes.

28

1   Q.   And that's a correct statement, sir,
         right?

2

3   A.   Yes, it is.

4                    **v. 129:08-19 [Plaintiffs' Designations]**

5   Q.   And Topic 10 is "what CDC has done, if
         anything, to determine the tolerable upper fluoride

6        intake for neurotoxic effects"?

7   A.   Uh-huh.

8
    Q.   And CDC's response says:  "CDC has not
9        conducted or sponsored research concerning the

10       tolerable upper fluoride intake for neurotoxic
         effects."  Did I read that correctly?

11

12  A.   Yes.

13  Q.   And that's a correct statement, sir,
         right?

14

15  A.   Correct.

16                   **w. 132:21 – 133:13 [Plaintiffs' Designations]**

17  Q.   So CDC does not have any data on the

18       tolerable upper fluoride intake for neurotoxic effects
         on children?

19

20  A.   Right.  As stated in our response to the
         issue on 10 and 11, we don't conduct research

21       ourselves related to tolerable upper fluoride intake.
         Again, that's under the jurisdiction of EPA's drinking

22       water.

23  Q.   Okay.

24
    A.   And they set maximum and minimum
25       containment levels about notifying people when levels

26       are exceeded.

27  Q.   Okay.  And CDC as you sit here today is
         not aware of any data in the published literature that

28       would define the tolerable upper fluoride intake for

                                        CASE NO. 17-CV-02162-EMC
    AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
                                                        [PROPOSED] ORDER

                                        21

1   neurotoxic effects on children -- for children?

2   A.   As a rep of CDC, to my knowledge, we don't
3        have any knowledge about that.

4                   **x. 264:15-19 [EPA's Designations]**

5
6   Q.   Can I ask you to go back a little bit just to confirm
        your background.· Are you a toxicologist?

7   A.   No, I am not.

8   Q.   Are you an epidemiologist?

9
10  A.   No, I am not.

11                  **y. 265:6 – 266:2 [EPA's Designations]**

12
13  Q.   How does CDC go about changing its position on
14       certain topics including, for example, the ones
        noticed for today's deposition?

15  A.   THE WITNESS:       How would we go about
16       changing position? It would be very deliberate
        process, combining -- looking at updated data,
17       research, publications, studies, the like, and trying
18       to understand the weight of that evidence in light of
        what a previous position was.

19
20  Q.   (By Mr. Do) And who does that reviewing of -- is it
        fair to say reviews the scientific body of evidence?

21
22  A.   Correct.

23  Q.   Who does that review?

24  A.   It can happen in a number of different ways. For
25       example, the updated fluoride recommendations
        from 2015, the Department asked to appoint an
26       intergovernmental work group, interagency,
        interdepartmental, and appointed 27 people to
27       oversee the review on possibly reducing the level of
        fluoride recommended to be added to water.

28

### 2.   __JOYCE DONAHUE:__

#### a. 05:11-1515 [Plaintiffs' Designations]

Q.   JOYCE MORRISSEY DONOHUE, Ph.D., RD,
     a witness herein, called for oral examination in
     the matter pending, being first duly sworn to tell
     the truth, the whole truth, and nothing but the
     truth, testified as follows:

#### b. 12:09-17 [Plaintiffs' Designations]

Q.   And you started working at the EPA
     in 1996.

A.   Correct.

Q.   And you have been -- your position
     at the EPA since then has been senior health
     scientist?

A.   No.  I came in as a health scientist
     and I didn't become a senior health scientist
     until a couple of years after I got there.

#### c. 15:11-18 [Plaintiffs' Designations]

Q.   And during your career at EPA, you
     have been involved with fluoride issues,
     right?

A.   Correct.

Q.   Would it be fair to say that you are
     sort of EPA's main person working on fluoride?

A.   With regard to health effects, yes.
     Beyond that, no.

#### d. 15:19 – 16:7 [EPA's Designations]

Q.   So if there's someone at EPA and
     they have a question about fluoride's health
     effects, they might come to you and ask you
     questions about that.  Would that be fair to
     say?

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

23

1    A.    It would depend on the context of
2          what the chemical was.

3    Q.    But with fluoride, you would
4          basically by the main go-to person on the
           health aspects of fluoride exposure?

5
6    A.    You're going to have to rephrase
           that question and be very specific aboutwhich
7          part of fluoride because, remember, fluoride
           is in a lot of molecules.

8
                    **e. 16:09-25 [Plaintiffs' Designations]**
9
10   Q.    When it comes to the health effects of
           fluoride in drinking water, would it be fair
11         to say that you're the main person at EPA
           working on that issue?
12
13   A.    Inorganic fluoride.

14   Q.    Yes?

15   A.    If you limit it to inorganic
16         fluoride.

17   Q.    So that would be correct, you would
           be the main person at EPA dealing with the
18         health effects of inorganic fluoride exposure?

19
20   A.    In the Office of Water.

21   Q.    In the Office of Water.  And
           inorganic -- the chemicals that are added to
22         drinking water for water fluoridation, they
           are inorganic fluoride chemicals, right?
23
24   A.    That is correct.

25
                    **f. 19:9-16 [EPA's Designations]**
26
27   Q.            Now, one thing I want to clarify,
                   and you've probably been told this, but I want
                   to focus today about your own individual
28

1    assessment of things.· And I know EPA has its
2    official positions on certain matters but
     today we're talking about your own individual
3    views; does that make sense?

4  A.    Yes.

5              **g. 88:11-24 [Plaintiffs' Designations]**

6
7  Q.    So in the 1990s you come into the
         EPA, and in the early 2000s you and the EPA
8        recognize that there's new toxicological data
         on fluoride that needs to be considered,
9        right?

10 A.    That's why they considered it.
11
12 Q.    And the EPA asked, in the early
         2000s, the National Research Council to review
13       this new toxicological data, right?

14 A.    That is correct.

15 Q.    And you yourself presented to the
16       National Research Council in 2003 to ask them
         to do this review, right?
17
18 A.    Correct.

19             **h. 89:02-09 [Plaintiffs' Designations]**

20 Q.    I was at that meeting and you had,
21       in your discussion explaining to the NRC why
         the EPA wanted the NRC to do this review, you
22       had mentioned that there was new data on
         fluoride with respect to neurotoxicity; do you
23       remember that?

24 A.    Yes, I mean, it certainly is one of
25       the areas that --

26             **i. 89:10-21 [EPA's Designations]**

27
28 Q.    And –

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

25

1      MS. CARFORA: Did you have more?
2      Did you finish your answer there? You just
3      ended with the word "that."

4  A.    That's just one of the areas where
5      there were new data, including the Varner
6      paper, several other papers. So we -- in what
7      we charged the NRC to do, we didn't tell them to
8      just restrict themselves to dental
      fluorosis and skeletal fluorosis.· The charge
      to the National Research Council is broader
      than that. So Michael is correct.

**j. 89:23 – 90:17 [Plaintiffs' Designations]**

Q.    And so there was -- in the 1990s and
      early 2000s, there was new toxicological data
      available on fluoride and neurotoxicity,
      right?

A.    Correct.

Q.    And you, the EPA, wanted the NRC to
      review that data on neurotoxicity?

A.    It was much broader than that.  We
      asked them to do a host of effects.

Q.    Right.  But you wanted NRC to, as
      part of their review, to look at the new data
      on neurotoxicity?

A.    That was one of the topics, correct.

Q.    And you also wanted them, the NRC,
      to look at new data on endocrine disruption,
      right?

A.    Correct.

Q.    And in 2006 the NRC released its
      review of the MCLG?

A.    Correct.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

26

**k. 91:18 – 92:01 [Plaintiffs' Designations]**

Q.   So in -- and as part of the NRC's review, it
     made findings about the neurotoxicity
     literature, right?

A.   It has a chapter on neurotoxicity
     along with a lot of other chapters.

Q.   So let's go ahead and look at that
      chapter.  I will go ahead and mark that as
      [Plaintiffs' Trial Exhibit 13].


**l. 100:14 – 100:23 [Plaintiffs' Designations]**

Q.   But the NRC concluded, based on the
     evidence available to it as of 2006, that
     fluorides have the ability to interfere with
     the functions of the brain.  That was NRC's
     conclusion?

A.   That was their conclusion, correct.

Q.   So based on the -- according to the
     NRC as of 2006, neurotoxicity is a hazard of
     fluoride exposure at some level, right?

A.   That was their conclusion, correct.

**m. 100:24 – 101:23 [EPA's Designations]**

Q.   So neurotoxicity, according to the
     NRC, is a hazard of fluoride exposure?

A.   A possible hazard of fluoride
     exposure, correct.

Q.   Well, they are saying -- they're not
     even saying possible.

A.   I know, but I'm taking this in the

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

27

1   context of the entire document and at the time I
2   would say yes.· At the time they're saying that there
    is a chemical explanation which could link them,
3   and that's 2006. And we're in 2019 and now there's
    more data than there was then.

4
5   Q.   Right, but based on the data that
         they had available, NRC's conclusion is that
6        fluorides have the ability to interfere with
         the functions of the brain, right?· That was
7        their conclusion?

8   A.   That was their conclusion to have
9        direct and indirect, yes.

10  Q.   And so according to the NRC,
         neurotoxicity is a hazard of fluoride
11       exposure?

12  A.   I am going to still say potential.
13       I fully agree with that.

14              **n. 101:24 – 103:01 [Plaintiffs' Designations]**

15  Q.   And then because the NRC concluded,
16       based on these animal studies, that fluoride
         interferes with the brain, the NRC recommended
17       a series of studies that should be conducted
         to better understand the risk in human
18       populations, right?

19
20  A.   They did.

21  Q.   And page 223 of this chapter spells
         out the recommendations that NRC gave, right?

22
23  A.   Okay.  The thing you have marked
         here?

24
25  Q.   Right.

26  A.   "Studies of populations exposed to
         different concentrations of fluoride should be
27       undertaken to evaluate neurochemical changes
         associated with dementia."

28

1    Q.    Right.

2    A.    That's not IQ.

3    Q.    But just starting from there, what
4          the NRC is saying there is that studies should
           be conducted to evaluate the relationship
5          between fluoride and dementia, right?

6    A.    Correct.

7    Q.    And if you look at the top paragraph
8          on that page, the NRC is recommending that
           studies be conducted to evaluate the
9          relationship between fluoride and IQ, right?

10   A.    Correct.

11

12                    **o. 106:15-21 [EPA's Designations]**

13

14   Q.    But hazard -- you would agree that
           hazard is irrespective of dose, right?
15         There's hazard and there's risk.

16   A.    I would not say hazard is
17         irrespective of dose.· I would say having that
           happen is adverse but you can't call it a
18         hazard until it actually is adverse**.**

19                    **p. 106:22 – 107:14 [Plaintiffs' Designations]**

20   Q.    The NRC on page 267 at the end there
21         provided a bunch of recommendations for future
           research that should be done on fluoride in
22         the endocrine system, right?

23   A.    Yes.

24   Q.    And if you look towards the end of
25         page 267, last page, do you see there it says,
           "The effects of fluoride on various aspects of
26         endocrine function should be examined further,
           particularly with respect to a possible role
27         in the development of several diseases or

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

29

1    mental states in the United States.  Major
     areas for investigation include the following:
2    thyroid disease especially in light of
     decreasing iodine intake by the U.S.
3    population."
     Did I read that correctly?
4

5    A.    Correct.

6               **q. 107:18 -107:24 [Plaintiffs' Designations]**

7    Q.    Based on the concerns that the NRC
           was expressing here, both in the neurotoxicity
8          review and the endocrine review, there were
           some big potential problems from fluoride
9          exposure that needed to be investigated,
           right?
10

11   A.    I would agree with you there.

12              **r. 241:09 – 242:12 [Plaintiffs' Designations]**

13

14   Q.    Okay.  So I am going to hand you a
           document which I will mark as [Deposition Exhibit
15         Number 90], and see here on the first page it's
           an e-mail from you to Barbara Gooch.
16

17   A.    Yes.

18   Q.    And it's dated September 21st, 2017?

19
     A.    Yes.
20   Q.    Actually, if you can go back to the
            cover page there.
21

22   A.    Yes.

23   Q.    It says, "I have also
           attached a new paper on fluoride neurotox."
24         Do you see that?

25
     A.    Yes.
26

27   Q.    And you attached a paper to this
           e-mail, right?
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

30

1   A.   Correct.

2   Q.   And that paper, which is on the
3        second page, is titled, "Prenatal fluoride
         exposure and cognitive outcomes in children at
4        four and six to 12 years of age in Mexico,"
         right?
5
6   A.   Right.

7   Q.   By the way, I forgot to ask.
         Barbara Gooch, who is she?
8
9   A.   She was the dentist at CDC who took
         the public comment on lowering the
10       fluoridation level.

11
                    **s. 243:08-22 [Plaintiffs' Designations]**
12
13  Q.   this study
         here is a prospective birth cohort study,
14       right?

15  A.   Yes.

16  Q.   And it found that prenatal fluoride
17       exposure in the ELEMENT cohort is associated
         with significant loss of IQ in the children,
18       right?

19
20  A.   It is one of the studies that finds
         that, correct.  One of the post 2016 studies
21       that does that.

22  Q.   And you would agree that this is a
         very well-conducted study, right?
23
24  A.   I would agree that it was well
         conducted, yes.
25

26
27                  **t. 244:15-23 [Plaintiffs' Designations]**

28  Q.   can you think of

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

31

1
2
3
any other study that has investigated the
relationship between fluoride and IQ that has
been -- that has a better or stronger
methodology than this study?

4
5
6
A.     I think there's a couple.  I think
the recent one from China was extremely well
designed.  I think there's quite a few that
have very good methodologies

7
8
**u. 244:24 – 245:01 [Plaintiffs' Designations]**

9
Q.     This is a prospective birth cohort study, right?

10
A.     Yes.

11
12
**v. 245:02-08 [EPA's Designations]**

13
14
15
Q.     You would agree that a prospective
birth cohort study has a stronger methodology
than a cross-sectional study, right?

16
17
18
A.     I'm not an epidemiologist.· I just
look at a study and I look at its design and I
think we need all of them but I can't tell you
how they classify them as epidemiologists.

19
20
**w. 248:12 – 249:03 [EPA's Designations]**

21
22
23
24
Q.     Okay.· And you see here in this --
going back to this paper on the birth cohort
study from the ELEMENT cohort, if you look at
the results section, do you see that the
urinary fluoride levels of the pregnant women
were just 0.9 parts per million?

25
A.     Yes.

26
27
28
Q.     And you would agree that 0.9 parts
per million is a concentration that you would
expect to see pregnant women in fluoridated

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

32

1    areas having, right?

2    A.    I don't know because, you know, I
3          would have to compare it.· They do salt
      fluoridation in Mexico, don't they?

4    Q.    Uh-huh.

5
6    A.    Yes. So I would have to have
      population data to compare it to.

7

8                   **x. 253:05 – 254:09 [Plaintiffs' Designations]**

9    Q.    So let's go and look at this paper
10         that Dr. Ohanian identified as Bashash ELEMENT
           ADHD paper.  You have that in front of you?

11

12   A.    The paper, yes.  You just gave it to
      me.

13

14   Q.    And have you read this study prior
      to today?

15

16   A.    I would have read it back when I
           collected it, and since I collected it in the
17         fall of 2018, I collected it obviously when --
           and sent it to me and I read it then.

18

19   Q.    Okay.  And this is titled "Prenatal
20         fluoride exposure and attention deficit
           hyperactivity disorder, ADHD, symptoms in
21         children at six to 12 years of age in Mexico
           City," right?

22   A.    That's the title.

23

24   Q.    This is another prospective birth
           cohort study based on the ELEMENT cohort,
           right?

25

26   A.    That part I didn't remember.  The
      study I remember.

27

28   Q.    But if you look at the abstract,
           you'd agree --

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

33

1   A.   Yes, I now see the term ELEMENT.

2

3   Q.   And it found that urinary fluoride
         levels in the pregnant mother were
4        significantly associated with an increased
         risk of ADHD symptoms in the offspring, right?

5

6   A.   Yes.

7
                    y. 254:18 – 257:16 [Plaintiffs' Designations]
8

9   Q.   So you would agree that this is an
         important study here, prospective birth cohort
10       study which is finding a significant
         relationship between low levels of fluoride in
11       the urine of pregnant women and ADHD symptoms
         in children?
12

13  A.   Yes.

14

15  Q.   And you would agree that this study
         further supports the need for reassessment of
16       current safety standards of fluoride in the
         United States?
17

18  A.   Yes, it is one of several.

19

20  Q.   Okay.  So let's look at this Till
         paper that Dr. Ohanian sent to you and the
21       others at EPA.  And do you see it?  It's in
         that --
22

23  A.   Okay.

24  Q.   And you see it's titled, "Community
         water fluoridation and urinary fluoride
25       concentrations in a national sample of
         pregnant women in Canada."
26

27  A.   I have that one too.

28  Q.   And have you read this?

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

34

1   A.   He sent it to me, yes.

2

3   Q.   And have you read this study prior
         to today?

4

5   A.   No, I actually -- I have it but I
         haven't read it.

6   Q.   Okay.  And if you look at the
7        results section.  If you read the first
         sentence, they found that "Maternal urinary
8        fluoride levels were almost two times higher
         for pregnant women living in fluoridated
9        regions compared with nonfluoridated regions,"
10       right?

11  A.   0.87 versus 0.46 with plus or minus
         0.5 and plus or minus 0.34.
12

13  Q.   And this -- the average level of
         fluoride in the urine of the pregnant mothers
14       in these -- in the fluoridated areas was right
         in the range of the levels that are associated
15       with neurological harm in the ELEMENT cohort,
16       right?

17  A.   Yes.

18  Q.   So would you agree that this study
19       here by Christine Till and colleagues provides
         significant and important new information that
20       supports the reassessment of fluoride safety
21       standards in the United States?

22  A.   It's one of the others that I've
         already identified I had.  It's got Bruce
23        Lanphear in there too.

24  Q.   And what's the importance of seeing
25       Bruce Lanphear's name as a coauthor of this
         study?
26

27  A.   He's an important lead person.

28  Q.   And you would agree that Bruce

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

35

1      Lanphear has done very important and reliable
2      research?

3   A.    Yes, I would.

4                   **z. 257:25 – 258:16 [Plaintiffs' Designations]**

5   Q.    And so I'm not sure if you answered
       my question, but you would agree that this
6      study right here adds further reason why we
       need to do a reassessment of the fluoride
7      safety standards in the United States?

8
9   A.    I think it's a reason for doing not
       just the United States.  I think it's a reason
10      for doing an update to the fluoride
       assessment.
11   Q.    Everywhere?

12   A.    Well, for anybody who's interested
13      in fluoride and the need for regulation of
       fluoride exposure.
14
15   Q.    Right.  Anyone interested in making
       sure that fluoride is safe for consumption?
16
17   A.    That people are not overexposed,
       yes.

18                   **aa. 265:23 – 268:04 [EPA's Supplemental Designations]**
19
20   Q.    Okay.  And the -- now, we've been
       looking at these prospective -- going back to
21      the ELEMENT cohort studies, okay, which found
       these adverse neurodevelopmental effects from
22      prenatal fluoride exposure.  Since these are
       two prospective cohort studies, would you
23      agree that we now have enough information to
24      be communicating some type of warning to
       pregnant woman in fluoridated areas that they
25      may want to take measures to reduce their
       fluoride intake?
26
27   A.    I think I already answered you when
       I said that I thought pregnant women should
28      take adequate measures to increase their

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

36

1
2
3

iodine intake.  That would be something that
would definitely be part of instructions from
a doctor or any healthcare worker that they
would give to a pregnant woman and that should
be the first line of defense.

4
5
6
7
8
9

Q.     Okay.  I understand that, but my
question is separate and distinct from that,
which is do you think we now have enough
scientific information, based on some of these
prospective cohort studies, to begin
communicating to pregnant women in fluoridated
areas that they should take measures to reduce
their fluoride intake?

10
11
12
13
14
15

A.     Not until there's been a thorough
evaluation of the new data.  An individual
doesn't make those decisions.  Those decisions
are made by a community that has all kinds of
expertise.  So I have already agreed that I
think these are new, good studies, that they
need evaluation.  They need evaluation by
experts and I wouldn't classify myself as an
expert.

16
17

Q.     But you are the chief expert on
fluoride at EPA's Office of Water, right?

18
19
20

A.     That's correct, but the Office of
Water deals only with water.  There is no
regulation for iodine, and the Office of Water
doesn't always listen to me.

21
22
23

Q.     I understand.  Do you -- I might
have asked you this before but I forget your
answer.  Can you think of any other scientist
at the EPA who knows more about fluoride than
you do?

24
25
26
27
28

A.     I mean, Kris Thayer led the NIH
study.  She's now at EPA.  I can't answer to
her knowledge in the Office of Water and I am
only in that office.  Ed's pretty
knowledgeable because he knows the past.
Everybody else in the office –
well, I replaced the person in the Office of

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

37

1   Water when I called up and said he's retiring,
2   would you like somebody who knows almost as
    much as he does.

3                    **bb. 268:14 – 269:05 [EPA's Supplemental Designations]**

4   Q.   You've already talked about how you
5        are the main expert on fluoride at the Office
         of Water --
6

7   A.   At the moment.

8   Q.   My question is outside of the Office
9        of Water you mentioned Kristina Thayer.  Can
         you think of anyone else at EPA who you think
10       may have more knowledge about fluoride than
         you outside the Office of Water?
11

12  A.   At the moment, I can't think of
         anybody in ORD.  There's at least one or two
13       people in OPPT who did the work that – with
14       the petition that appeared to me to be pretty
         knowledgeable, and I can't tell you them by
15       name except I met them at the time that they
         were responding to the petition and they asked
16       me to QC their work.

17                   **cc. 269:13-21 [EPA's Supplemental Designations]**

18  Q.   By the way, speaking of the NTP, are
19       you aware that the NTP is currently conducting
         a systematic review of all the literature on
20       fluoride neurotoxicity?

21
22  A.   I knew that they were -- and they
         were also doing some studies, I believe, as
23       well.  So yes, I did know that they were
         continuing their effort.  And Andy Rooney, I
24       think, is leading that effort.

25                   **dd. 271:05 – 273:09 [Plaintiffs' Designations]**

26  Q.   And you see this is an e-mail that
27       you wrote to two individuals, and the subject
         is fluoride paper.
28

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

38

1   A.   Oh, yes.

2   Q.   It's dated -- the e-mail is dated
         August 29th, 2018.

3

4   A.   It would have been this year.

5   Q.   Last year.

6   A.   Last year.  Wow, it's already '19.

7
    Q.   And you attach in this e-mail a
8        study by Yu on fluoride and IQ.

9   A.   That's another one of those studies
10       that deserves attention.

11  Q.   And the title of this e-mail is
         "Threshold effects of moderately excessive
12       fluoride exposure on children's health: a
         potential association between dental fluorosis
13       and loss of excellent intelligence," correct?

14
15  A.   Correct.
    Q.   And this study again found an
16       association between fluoride exposure and
         reduced IQ, correct?

17

18  A.   Correct.

19  Q.   And you believe this study was a
20       well-done study, correct?

21  A.   I thought they did a good job with
         the confounding factors.

22
23  Q.   And you think this is an important
         study to be considered in reassessing the
24       fluoride safety standards?

25  A.   Yes.

26  Q.   It adds to the evidence base that
27       fluoride is a neurotoxicant, correct?

28  A.   Correct.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

1   Q      And so based on all these studies
2          that we're looking at, based on the latest
3          science, do you agree that neurotoxicity is a
           potential risk of water fluoridation?

4   A.     I can't agree.  You have to look at
5          the -- you have to evaluate these.

6   Q.     But do you agree that those studies
7          we have been talking about support the idea
8          that neurotoxicity is a potential -- is a risk
           of water fluoridation?

9   A.     I agree that these studies should be
10         part of a dose-response assessment for the
11         relationship between fluoride, not just
           fluoride in water, whether it's in salt or in
12         water, and impact on IQ.

13
                      **ee. 273:25 – 274:25 [EPA's Supplemental**
14                              **Designations]**

15  Q.     Okay.  And do you agree that today,
16         neurotoxicity can be considered and should be
17         considered a reasonably anticipated effect of
           excess fluoride exposure?

18  A.     No, that would be the product of
19         what was done.

20  Q.     Okay.

21  A.     I can't predict an outcome for
22         something that hasn't been done.

23  Q.     Okay.  Now, if you were doing a risk
24         assessment on fluoride today, would you still
25         pick severe dental fluorosis as the critical
           effect?

26  A.     I can't answer that one either
27         because it all depends on the dose-response.
28         You have one here, one here, and you have to
           look at the dose-response.  So until a good

1  job has been done where I would not be the
2  person with the background to do it, I can't
   say.

3  Q.   So you would have to look at the
4       dose-response relationship between fluoride
5       and neurotoxic effects and the dose-response
       relationship between fluoride and dental
6       fluorosis; is that what you're saying?

7  A.   Severe dental fluorosis.

8
9                **ff. 276:23 – 277:15 [Plaintiffs' Designations]**

10 Q.   And so if a pregnant woman sent you
11      a letter saying is it safe for me to be
        drinking fluoridated water every day during my
12      pregnancy, would you tell that woman that it's
        safe for her to drink it in terms of her
13      baby's neurological health?

14 A.   Since I have never done the
15      assessment, I can't tell her.  So I don't tell
        people things unless there is actually
16      something to -- that I can cite to back up
        whatever.
17      I usually acknowledge the
18      controversy and I usually write to them or try
        to write to them as if I am not a scientist.
19      That I am speaking to them in language that
20      the general public can understand.  I may not
        always succeed but I try to write the letters
21      that way.

22               **pp. 277:16 – 278:12 [EPA's Designations]**

23 Q.   Right.

24      And so it sounds like, based on your
25      answer there, you would -- if someone asked
        you, if a pregnant woman asked you is it safe
26      for me to be drinking fluoridated water during
        my pregnancy, it sounds like you could not
27      provide them or cite them to any study
28      establishing the safety of fluoridated water

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

41

1  during pregnancy on a baby's neurological
2  health.

3  A.   Oh, sometimes I will suggest that
     people read something. When a couple of these
4    came out, there were some good op-ed that came
     with them, and that would be something that I
5    would suggest for a woman in that case.· It's
     not making a judgment on graphs and lots of
6    data but, you know, I may not give them the
     paper. I may give them the citation.
7    Sometimes I actually send them the papers too.

8
9  Q.   Well, say you have –

10 A.   I mean, my management does. I write
     the letters, somebody else sends them out.

11
12                **gg. 278:13 – 280:12 [Plaintiffs' Designations]**

13 Q.   Say you have a more informed,
     educated mother contacting you and she says,
14   Dr. Donohue, I have heard about this concern
     about fluoride in the brain.  I am pregnant
15   right now and I'm trying to find safety data
     to assure myself that this fluoridated water
16   is going to be safe for my baby.  Can you,
     Dr. Donohue, cite me or send me a study that
17   establishes the neurological safety of
     fluoridated water during pregnancy on the
18   child's brain?
19

20 A.   I couldn't send them a study per se.
     I could send them a paper like this or I could
21   cite the paper and tell them how to get it
     because some of them are available on the
22   internet.
23

24 Q.   And you're pointing there to the
     studies that are showing harm from prenatal
25             fluoride exposure?

26 A.   Right now, I don't know of a study
     on the other side of the -- a recent study on
27   the other side of the issue.
28

1   Q.      Right.

2   A.      So I haven't seen a rebuttal to any
3           of these papers.

4   Q.      So if they asked you can you point
            me to a study that establishes the
5           neurological safety of prenatal fluoride
            exposure, you couldn't -- you wouldn't send
6           them a study because you're not aware of any
7           reliable ones, correct?

8   A.      For neurological safety.  That is
            not the reason I would send it to them if
9           there was -- if it was one -- I would send
10          both sides of the equation.  I wouldn't send
            them one saying one thing when I knew there
11          was another one saying the other thing.

12  Q.      Right.  It's just that, as you sit
13          here today, you're not aware of a study that
            would establish the safety of prenatal
14          fluoride exposure for the brain, right?

15  A.      Remember, dose makes the poison.  So
16          I am not aware of a study that right now says
            this dose is safe.
17

18  Q.      Right.  Okay.

19  A.      And I am aware of several studies
            that imply that some doses, and in at least
20          one of these papers it's above the
21          fluoridation level, may have some adverse
            effects.

22

23

24

25

26

27

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

43

1
2        B.      *EPA's Designations (with Plaintiffs' Counter Designations):*

3            1.      **Julie Simms**

4                a.   **4:1 – 4:15 [EPA's Designations]**

5    Q.      JULIE SIMMS, witness herein, having been
         first duly sworn on oath,
6        was examined and testified
         as follows:
7

8        E X A M I N A T I O N
         BY MS. CARFORA:
9

10   Q.     Good morning, Ms. Simms. My name is
         Debra Carfora. I work for the Department of Justice
11       in Washington, DC, and I represent EPA and the
         administrator of the EPA in the matter of
12       Food & Water Watch versus EPA. So we met just a
         couple of minutes ago, but can you just state your
13       name for the record?
14

15   A.     Yeah, it's Julie Marie Simms.

16
                b.      **4:24-5:17 [EPA's Designations]**
17

18   Q.     Well, I'm just going to ask you some
         questions, ask you that you answer truthfully.
19       Unless your counsel here instructs you not to answer,
         you're required to answer every question.
20

21   A.     Okay.
22

23   Q.     Do you understand?

24   A.     Yes.

25   Q.     Okay, and the court reporter here is
         writing down everything we say, so you should
26       verbally answer all of my questions and just talk
         slow and loud so that we make sure she gets
27       everything down.
28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

44

1      Do you understand?

2   A.   Yes.

3   Q.   Great.
4        And have you taken any medication this
         morning that might impact your testimony here today?
5

6   A.   No.

7   Q.   Do you take medication?

8   A.   No.

9
10                  **c. 11:15 – 12:5 [EPA's Designations]**

11
    Q.   Do you have sensitivity to chemicals?
12

13  A.   I believe so.

14  Q.   What do you mean by "I believe so"?

15  A.   Yes, I do have sensitivity to chemicals.

16  Q.   How do you know that?

17  A.   I know that when I use certain skin care
18       products, I get really severe irritations, skin
         irritation. When I breathe gasoline fumes or
19       strong perfume or cologne or strong bath soap
         products, those give me headaches as well.
20       Tylenol also gives me headaches.

21  Q.   Have you ever been diagnosed with a chemical
22       sensitivity?

23  A.   No, I don't believe so.

24
25                  **d. 25:3-17 [EPA's Designations]**

26
    Q.   Ms. Simms, without telling me what was said,
27       can you tell me, did you discuss your
         testimony with your attorney just now over the
28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

45

1    break?

2  A.    My testimony?

3  Q.    Yes.

4  A.    We chatted briefly on our way back from the
5        restroom.

6  Q.    Concerning the testimony that you're giving
7        right here today?

8  A.    Yes.

9  Q.    Just so you are aware, the judge's order
10       prohibits that. So during the break, I'd ask you
11       not to talk to your attorney about the testimony
         you're giving.

12 A.    I understand. Thank you.

13
14                    **e. 26:7-14 [EPA's Designations]**

15 Q.    So there are other inorganic chemicals that are
16       present in the water you're drinking; is that true?

17 A.    Yes.

18 Q.    Do you know if you are or have any
19       hypersensitivity to those other chemicals?

20 A.    Yes, I suspect I have hypersensitivity to mercury.
21       I am not aware of sensitivity to others.

22
                      **f. 31:4-15 [EPA's Designations]**
23

24 Q.    When you say "additional triggers," what are your
25       headache triggers?

26 A.    My headache triggers include lack of sleep, jet
27       lag, high levels of stress, too much alcohol,
         cigarette smoke, gas fumes, gas and oil fumes,
         strong smells, strong artificial scents like
28

1  perfume and cologne, Tylenol, aged cheese.
   That's a bad one. Blue cheese is not my friend.

2

3  Q.   Do you have a stressful job?

4  A.   Sometimes. Not particularly, not compared to
        jobs I've had in the past, but yeah, actually my
5       job is kind of stressful.

6
                    **g. 32:8 – 33:10 [EPA's Designations]**
7

8  Q.   What kind of allergies?

9  A.   I'm not entirely sure. It's a process of elimination,
10      so I would say we haven't actually identified a
        specific allergy. I suspected allergies because I
11      was having sinus issues, but I've never been
        allergy-tested. I just know what foods help me
12      feel better.

13
   Q.   What foods do you generally stay away from?
14
   A.   I try to stay away from wheat, sugar, most dairy. I
15      definitely stay away from bottled drinks,
        especially diet sodas. They also cause migraines.
16

17 Q.   You mentioned your sinuses. So you're under the
        impression that your sinuses are caused by food
18      allergies?

19

20 A.   I was. I wasn't sure, I'll put it that way. What we
        think happened is, I was living in a house in
21      about 2014 that may have had water damage, and
        I have a mold allergy. When I moved out of the
22      house, since then, my symptoms have greatly
        improved. I only lived in the house for a year,
23      yeah.

24

25 Q.   When you -- did you ever notice any correlation
        between your sinuses and your migraines?
26

27 A.   The only correlation I noticed was a severe head
        cold could trigger a migraine, but that's, you
28      know, what you're socked in with, so that's the

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

47

1    only correlation.

2

3                **h. 37:5 – 41:22 [EPA's Designations]**

4

5    Q.   And what are some of the things you  do that you
      feel help you alleviate migraine  triggers?

6

7         MR. CONNETT:            What time frame are
      you talking about?

8    Q.   Forever.

9

10   A.   The first migraine trigger I  discovered was aged
      cheese. I eliminated all sorts of  aged cheese. Next

11   I --

12   Q.   So let's start there.

13   A.   Sure.

14

15   Q.   How did you determine that aged  cheese was a
      migraine  trigger?

16

17   A.   I was at a French restaurant in  Seattle -- sorry, in
      San Francisco with my family and we  had a plate

18   of cheese, and we were all enjoying all  the
      different cheeses. And I said wow, those  cheeses

19   pack a punch. My whole mouth is numb. Isn't that
      interesting? And everybody said our mouths

20   aren't numb. So that was just an ah-hah, and the
      next  day, I had a headache.

21

22   So over the course of the next several
      months, this is a time when the -- there's an aged

23   cheese walnut salad that everybody in San
      Francisco was serving and every time I ate that

24   salad, I would get a headache. It doesn't take very
      many times to say hmm, you know, I'm going to

25   avoid that. Because, you know, at that time I
      didn't have a daily headache. So when I did get a

26   headache, I could think     what did I eat, what
      did I do, how many I feeling, did I get enough

27   sleep and those kinds of things. So it's trial and

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

48

1    error.

2  Q.    Okay.

3  A.    Yeah.

4  Q.    What was the next migraine trigger you
5        discovered?

6  A.    The next migraine trigger I discovered
7        was red wine, and I had    been in Spain with my
        dad actually and we'd been traveling around. And
8        I got back and I was telling Dr. Davison wooh, a
        lot of headaches in Spain. It was a great trip, but
9        man, I had a lot of headaches. And he said well,
10       tell me about what you ate.

11       You know, we ate trout and had fresh bread and,
12       you know, probably had a lot of red wine because
        everybody there makes their own red wine. She
13       said well, have you thought about maybe red
        wine trying to take a break?

14

15       So I hadn't made the connection with red wine.
        Made sense. So I eliminated that, and anytime
16       that I would try later, ah, maybe I could get away
        with a glass, I would get a headache. So yeah.

17

18  Q.    What was the next migraine trigger you noticed?

19  A.    I think the next trigger I noticed was getting
20       overheated. So, for example, if I go to the hot
        yoga and my face is all beet red, usually I'm
21       going to have a headache a few hours later. I also
        discovered around that time if I had a deep tissue
22       massage, I could get a headache. I thought well,
        it's blood flow. I don't know. Maybe the blood
23       vessels expand or something. Because I knew
        that if you -- sometimes I could get headache
24       relief from caffeine, which is a blood vessel
25       constrictor. So I thought okay, all right, I'll avoid
        overheating. By that time I was working for
26       Microsoft and was experiencing very long work
        days and high pressure projects, so I would
27       occasionally get a headache from that. Head
28       splitting, oh my God, there's so much work, I

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

49

1    can't go home and go sit in traffic for an hour,
     that kind of trigger.
2

3    Q.   What other migraine trigger is the next one you
          discovered?
4

5    A.   I would say by now I was figuring out really
          heavy smells were starting to bother me more and
6         more. I was never a big fan of strong smells, but I
          would start to notice, you know, Seattle had
7         recently gone no smoking, but it was still allowed
          in bars. So I would notice if I went to a bar and
8         even if I didn't drink alcohol, breathing in the
          cigarette smoke, I might have a migraine the next
9         morning. So I was starting to realize there are
          more triggers coming in, you know, through my
10        nose than I would have thought.
11

12   Q.   Any other migraine triggers?

13   A.   I'm trying to remember some other ones we
          talked about. Tylenol, I discovered because I
14        would try to take it for a headache and I'd get
          temporary relief, and then when the headache
15        came back the next day, it would be like much
          more painful. So I stopped taking all pain
16        relievers, all over the counter. I still had a few
          prescription things like Imitrex. But aspirin,
17        Motrin, Tylenol, ibuprofen, I don't take any of
          those. They all trigger headaches. Or they can,
18        very likely. None of these things is like yeah,
          every single time. If I'm in a really good place, I
19        might be able to tolerate a little bit more of any
          of those. If I suck fumes at a gas station, I'm not
20        always going to have a headache. It seems like
          the concentration and how I'm doing overall play
21        a role.
22

23   Q.   So you've never been tested for allergies, correct?
24

25   A.   Correct.
26
     Q.   And you've been diagnosed with migraines, but
27        you've never been officially diagnosed with any
          triggers for migraines?
28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

50

1   A.   I don't know what official diagnosis means. My
2        doctor, Dr. Davison, and doctors prior to her had
         noted triggers.

3   Q.   Based on your self-reporting?

4
5   A.   Based on my self-reporting, correct.

6   Q.   So all of the triggers that you've identified are
         based on your self-reporting?

7
8   A.   Yes. They weren't always suggested.

9                   **i. 42:04-10 [Plaintiffs' Designations]**

10
11  A.   In fact, when I got to fluoride
12       elimination or avoidance and I started to change my
         drinking water to start, and I went to see her and I
13       was kind of gushing about how excited I was, oh, my
         God, my daily headaches are gone, when I get a
14       headache, they're so much less painful and I thought
         that this is the thing…

15
16                  **j. 42:13-18 [Plaintiffs' Designations]**

17
18  A.   And it was a little bit of a
19       sadness in that I know that I have other triggers.  I
         am a person who has migraines.  I have since I was
20       14.  So these things are all triggers that now that I
         know about and I can avoid them, my quality of life
21       has vastly improved.

22
23                  **k. 48:8-18 [EPA's Designations]**

24  Q.   Okay. But you've never been able to isolate
25       fluoride and know specifically that fluoride was
         what was specifically causing your headaches?

26
27  A.   There's no lab test. I have done everything I think
28       that tells me that this is true. There's no lab test to

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

51

1   tell me that this is true. So I can't hand you a
2   document and say yes because there is no such
    test.

3                    **l. 49:24-50:1 [EPA's Designations]**

4   Q.   Well, you self-reported to your doctor,
5        we've established that, correct?

6   A.   Yes.

7                   **m. 102:12 – 104:25 [Plaintiffs' Designations]**

8

9   Q.   I'm going to hand you a document,
        Julie, that I'll mark as [Plaintiffs' Trial Exhibit 54]. This
10       is your declaration, correct?

11  A.   Correct.

12  Q.   And I'd like to draw your attention to
13       page 3, the top of the page, which is part of
        paragraph 10.

14

15  A.   Yes.

16  Q.   And in the first line there, you refer
17       to having low grade daily migraines?

18  A.   Yes.

19  Q.   And this was during the time frame of
20       2002 to 2013?

21  A.   That's correct.

22  Q.   And you -- now, if you look at
        paragraph 13 on line 17, you talk about the daily
23       headaches. Do you see that?

24  A.   Yes.

25  Q.   Do you use those two terms
26       interchangeably, low grade daily migraines and daily
27       headaches?

28  A.   Yes.

CASE NO. 17-cv-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

52

1   Q.   And you also talk about, you refer in
2        the declaration to migraines.  Sometimes you say
        severe migraines.  How would you differentiate for us
3        what you call the daily headache versus the migraine?

4   A.   Okay.  For me, the daily headaches were
5        head pain.  And then what was escalating a few times
        a month was like that low grade headache might
6        escalate and become what we'll call a migraine that
        included not only a much, much higher level of pain,
7        but also other symptoms like nausea, dizziness,
        vomiting, fatigue, light sensitivity, things of that
8        nature.
9
10  Q.   Now, in paragraph 10 you talk about in
        the 2002 to 2013 time frame, your headaches would
11       flare up to a pain level of 9 to 10 several times
        each month; is that correct?
12
13  A.   Correct.

14  Q.   When it would flare up to the level of
15       9 to 10, is that what you would call a migraine?

16  A.   Yes.

17  Q.   So why do you sometimes call the daily
         headaches low grade daily migraines?
18
19  A.   My understanding is that once you're
20       diagnosed with migraines, that's what your headaches
         are.  They're migraine headaches, not cluster
21       headaches.  So I do use them interchangeably because
         I think migraine headache, and that was just
22       something …
         So I think as the migraine would go
23       from a low level to severe, then all those migraine
         symptoms would increase as well.  But yeah, I do use
24       them fairly interchangeably in the document.
25
26  Q.   Would it be fair to say that you would
         generally refer to the low grade daily migraines as
27       daily headaches?

28  A.   Yes.

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

53

1   Q.      Would that be, when speaking with the
2           doctor, for example, would you refer to the low grade
3           daily migraines as daily headaches?

4   A.      Yes.

5                       **n. 105:09 – 106:20 [Plaintiffs' Designations]**

6   MR. CONNETT:        I'm going to mark this as
7                       [Deposition Exhibit 61].

8   Q.      First, can you just describe what this
9           document is?

10  A.      These are the chart notes from my
11          physician, Lisa Davison, dated August 1st, 2012.

12  Q.      Okay, and I see that at the top of the
13          page, one of your chief complaints is listed as
            migraine?

14  A.      Correct.

15  Q.      Now, I'd like to direct your attention
16          to the third paragraph under the section titled
17          History of Present Illness.

18  A.      Yes.

19  Q.      And it talks -- it says here that you
20          are getting migraines about every one to two months
            at that time?

21  A.      Yes, and that was the big bad, you
22          know, five to ten-day migraines, correct.

23  Q.      So that would be the migraine that
24          would have -- you had talked about earlier sometimes
25          your headache would flare to up to the level of 9 to
            10?

26  A.      Yes.

27  Q.      That would be what you're referring to
28          here?

1    A.    Yes, yes.

2

3    Q.    And then later in the paragraph it
           talks about more minor headaches in between?

4

5    A.    Correct.

6    Q.    Is that the daily headaches?

7    A.    Yes, yes.

8    Q.    Would those be, those are the daily
           headaches that you sometimes refer to as low grade

9          daily migraines, right?

10   A.    Yes.

11
                         **o. 110:18 – 111:21 [Plaintiffs' Designations]**
12

13   Q.    So you experimented it appears with a
           number of different pharmaceuticals for headaches and

14         migraines?

15   A.    Yes.

16   Q.    And did any of them provide you
           sustaining significant relief from your symptoms?

17

18   A.    No.  Sometimes short-term relief.
           Sometimes when I took Imitrex or Relpax ahead of a

19         big headache, it would keep the headache from

20         escalating, but I got where I was in pain so much of
           the time it was hard to know when the big headache

21         was coming be on.  And these medications are not

22         designed to take daily or I believe even at that time
           he said, you know, no more than six times a month

23         should I be using Imitrex or Relpax types of

24         medication.

25   Q.    Now, you stopped drinking fluoridated
           water in the early part of 2013, correct?

26

27   A.    Yes.

28   Q.    Have you ever since that time taken

1        medications to treat your headaches or migraines?

2    A.    I have not.

3    Q.    At this present time today, are you
4          taking any medication to prevent or treat headaches
          or migraines?
5
6    A.    No, I'm not.

7    Q.    Are you going to any doctor to treat
          your headaches or migraines?
8
9    A.    I am not.

                            **p. 112:16 – 114:08 [Plaintiffs' Designations]**
10

11   Q.    Julie, I'm going to hand you what I've
12         marked as [Deposition Exhibit 63].

13   A.    Okay.

14   Q.    Can you tell us what this document is?

15   A.    So these are the annual medical
16         check-up chart notes from Dr. Lisa Davison dated
          April 26, 2016.
17
18   Q.    And just for the record, you're no
          longer a patient of Dr. Davison; is that correct?
19
20   A.    That is correct.

21   Q.    I see on the second page, there is a
          list of current medications?
22
23   A.    Yes.

24   Q.    And it lists iron, multivitamin,
25         vitamin D3?

26   A.    Yes, that's accurate.

27   Q.    Do you take any of those medications
28         for the purposes of preventing or treating headaches

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

56

1    or migraines?

2    A.    No.

3    Q.    If you could turn to the last page of
4          the document.

5    A.    Okay.

6    Q.    You see a section there entitled
7          Problems?

8    A.    Yes.

9    Q.    I guess it lists some problems you were
10         having at that time; is that correct?

11   A.    Yes, that is right.

12   Q.    Migraine is the last item there,
13         correct?

14   A.    On this problem list?  I see migraine
15         as the second item.  Oh, yes, I see it down here
16         under resolved.  She has it under problems, and then
           but under resolved, she lists migraines as well.

17   Q.    Do you know what the doctor meant when
18         she says migraine resolved?

19   A.    I believe this is because the daily
20         headaches were resolved, but I am still prone to
           triggering migraines through the other triggers, is
21         that I have.

22                    **q. 114:9-11 [EPA's Designations]**

23   Q.    So you still experience migraines today, correct?
24   A.    Correct.

25                  **r. 114:12 – 116:04 [Plaintiffs' Designations]**
26

27   Q.    But are the migraines that you
           experience of the same -- how would you describe the
28         difference with the migraines that you experience

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

57

1   today versus the migraines that you were experiencing
2   before you stopped your exposure to fluoridated
    water?

3   A.   When I had -- when I experienced
4        headaches prior to 2013, not only was there sort of
5        this oppressive, always-present pain or
         present-almost-every-day pain, but when I did get
6        headaches or the big -- sorry, the big migraines that
         would escalate, the pain and the severity was worse.
7        So, yeah, it's hard to explain how the
8        pain had a different way of feeling.  It wasn't sort
         of a dull throb or pulsing.  It would be like these
9        massive stabbing pains.  And then there would be the
         daily things.
10       So since then, I can still get a
11       headache from one of my other triggers.  For example,
         last -- about a month ago I was having a stressful
12       work week.  I was having trouble sleeping.  I got a
         headache.  I was grumpy and I had a dull pain, but
13       headache only lasted a day and a half.  The migraine
         only lasted that long, and I was able to feel better
14       with an ice pack or something simple.
15       So it's like the migraines of the past
         were in a different league.  They were so much more
16       painful or they were more often.  Since removing
         water with fluoride, I can actually go many months
17       without a headache, and for most of my adult life,
         that was untrue.  I was having them on a very regular
18       basis until I stopped water fluoride.

19
20  Q.   Do you have daily headaches today?

21  A.   I do not.

22  Q.   Have you had daily headaches at any
23       period since stopping your consummation of
         fluoridated water?

24
25  A.   No.

26  Q.   Is that one of the reasons why you no
         longer take medication for headaches?

27
28  A.   Yes.

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

58

1        **2.**     <u>Audrey Adams</u>

2                    **a. 4:1-11 [EPA's Designations]**

3

4        AUDREY ADAMS, witness herein, having been
first duly sworn on oath,

5        was examined and testified
as follows:

6

7        E X A M I N A T I O N
BY MS. CARFORA:

8

9 Q.     Good morning, Ms. Adams. My name is
Debra Carfora. I work for the Department of Justice

10       and I represent EPA in the matter, which is

11       Food & Water Watch versus EPA.

12

13                **b. 5:20-6:3 [EPA's Designations]**

14

15 Q.     Do you take any medication today that
might affect your testimony?

16

17 A.     No.

18 Q.     Do you take any medication at all?

19 A.     I don't take any prescription drugs. I

20       take supplements prescribed by my naturopath.

21 Q.     But you're in good mental health right

22       Now, you can answer my questions, understand?

23 A.     Yes.

24                **c. 46:9-20 [EPA's Designations]**

25

26 Q.     Can you tell me when he was diagnosed?

27 A.     He was diagnosed with pervasive developmental

28       disorder at 27 months. The neurologist talked about

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

59

autism at the time and said that many would diagnose him with autism, but he didn't want to label him. Of course that's exactly what pervasive developmental disorder is.

Then a psychologist at the University of Washington like 3, 3 and a half, 4, something like that, then she did an analysis of him and said that Kyle's symptoms are consistent with a diagnosis of autism.

### d. 47:5-19 [EPA's Designations]

Q.    Does that make sense? Can you tell me some of the challenges that are specific to autism or specific to Kyle?

A.    Okay.

A.    Let's maybe focus on Kyle rather than -- because, as the saying goes, if you know one person with autism, you know one person with autism, because there's such huge differences between individuals.

For Kyle, the differences in Kyle on chemicals versus off chemicals is profound in and of itself. So, you know, what Kyle behaves like after he's had a chemical exposure is entirely different than, you know, 10 minutes before.

### e. 50:20 – 51:19 [EPA's Designations]

Q.    You said that Kyle was also sensitive to chemicals in the air, right?

A.    Uh-huh.

Q.    What chemicals is he sensitive to?

A.    For example, if we're driving behind a truck that's -- or a car that's emitting, you know, 1 fumes, you know, if somebody walks past him wearing perfume, that's a problem. We've had situations

1
2
3
4
5
6

where going to his doctor's office and somebody,
you know, has been in that room just before him
that was wearing some perfume or maybe it was
hand lotion, I don't know what, but I can smell it
too. I just don't react as badly. And his heart rate
went straight up, basically it wrecked our entire
doctor's appointment because, you know, he was in
extraordinary pain from that chemical, whatever it
was.

7
8
9
10
11

I have no idea of knowing what chemical it was. I
mean, we don't regulate that, so how would we
know? I didn't even see the woman who was
wearing it. I've never said that he's uniquely and
only, you know, reactive to fluoride. He's reactive
to many, many chemicals. I can't say all, because I
don't know what all chemicals would be, but many,
many chemicals cause him problems.

12
13

### f. 51:20 – 53:24 [Plaintiffs' Designations]

14
15

Q.     Do you know what causes his reaction,
        has it ever been diagnosed?

16
17
18
19
20
21
22

A.     He's unfortunately my son.  The nut
        doesn't fall too far from the tree as far as chemical
        sensitivity. I'm chemically sensitive, but a lot
        less than he is.  I've had genetic testing done on
        him and myself as well, and I don't understand the
        implications of all of that, but I do know that our
        testing has shown genetic defects or variance in
        genes that are responsible for detoxification.  So we
        don't get rid of stuff as efficiently as quickly as
        other people, and the letter from Kyle's doctors
        refers to that.

23
24

Q.     Is that the MTHFR --

25

A.     MTHFR is just one of them, but yes,
        it's one of them.  There are others.

26
27

Q.     There are others that Kyle suffers
        from?

28

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

61

1  A.   No, there are other genes that are
       involved in detoxification.  There's many different
2      genes that might be, but that's the one that is most
       looked at right now.
3

4  Q.   For Kyle specifically or --

5  A.   For a lot -- there's a number of us
       that have the MTHFR genetic variant.
6

7  Q.   But Kyle we know has that; is that
       right?
8

9  A.   Right.

10 Q.   And that genetic variant we know causes
       hypersensitivity to chemicals and things like that?
11

12 Q.   In your experience with Kyle, is that
       correct?
13

14 A.   Well, again, that's drawing a line from
       one thing to the next, and I don't know that it's
15     that simple.  I suspect that there are multiple other
       things that are involved.  You know, is it one thing?
16     No.  Is autism caused by one thing?  Heavens, no.

17 Q.   Have you ever been given any indication
       of what caused Kyle's autism?
18

19 A.   Have I been given any indication?
       That's a huge question.  Do we want to go down that
20     road?  That's a huge question for any parent with a
       child of autism.  How do we know?  I don't know.
21     I do know that I was exposed to way too
       much mercury.  Based on what I know about my ability
22     to get rid of mercury now, he was exposed to way too
       much mercury while I was pregnant with him.  So that
23     would have set him up for, you know, some, definitely
       some potential neurodevelopmental harm.  I mean, what
24     causes autism?  I mean, that's a huge question.
25

26
               **g. 53:25 – 54:16 [EPA's Designations]**
27

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

62

1   Q.   But there's no event, single event that happened
2        during your pregnancy or at the time of birth that
         gave rise to the autism that you know of?

3   A.   Well, I would say that each one of the mercury
4        exposures that I had would certainly have
5        contributed to his susceptibility, and the mercury
         exposures as vaccines which they then -- and his
         reaction to the vaccines. And so the straw that broke
6        the camel's back but it certainly is not the only
7        thing, is the -- when he had his MMR. So there was
         many other things building up that would have led
8        to other issues, but, you know, when it became
         apparent that he had symptoms that looked like
9        what I later learned to be autism, was after the
10       MMR.

11  Q.   What's an MMR?

12  A.    Measles mumps rubella shot.

13
                    **h. 71:23 – 72:2 [EPA's Designations]**
14

15
16  Q.   But your son's hypersensitive to things, is he not?

17  A.   Yes.

18  Q.   He's hypersensitive to a lot of things?
    A.   Yes.
19
                     **i. 80:7-14 [EPA's Designations]**
20

21  Q.   Okay, and Kyle has an autoimmune disease; is that
22       right?

23  A.   Yes. Well, he has antibodies to myelin basic protein
24       and neuron filament, and that's brain matter. So
         although he doesn't have a technical diagnosis, if
25       you have antibodies to brain matter, that is the
         definition of an autoimmune condition, but without
26       the technical diagnosis.

27
                    **j. 82:3 to 85:2 [EPA's Designations]**
28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

63

Q.      Does Kyle have food allergies?

A.      Yes.

Q.      How do you know that Kyle has food allergies?

A.      Tests.

Q.      Medical tests?

A.      Yes.

Q.      What food allergies does he have?

A.      Well, so there's medical testing and also his actual
        reactions to foods, so there's a combination of. So
        what? There's already a list, there's a whole bunch
        of them. I wouldn't say that list is all inclusive,
        because we learn things, new things every day, but
        do you want me to start listing them all off?

Q.      Sure. Some of the things you know, that you are
        medically aware of that he has a allergy to.

A.      So -- and also let's be clear, there's allergies versus
        sensitivities, and allergies being those things where
        the immune system is reacting. And so for example,
        I have an allergy to cilantro and I get hives all over
        the side of my face. That's an immune reaction.

        Kyle has sensitivities, but it also shows up in
        reports, which I don't understand them all, but
        shows up, is it an IGG or -- or IGA panel or
        something, that is a blood test that is looking at his
        blood, you know, antibodies that it has to certain
        foods. So I can't tell you which one is which. I'm
        just not a medical doctor. That's not my forte.

        But anyway, so yes, he has to avoid gluten. He's not
        a celiac. We did test for that. But he's not celiac, but
        it did show up as a sensitivity on the test and he also
        reacted by spaciness. Milk also showed up on the
        test and he gets diarrhea from milk among other
        things as well,spaciness. Eggs showed up on the test

1    and he doesn't like eggs, they don't feel good.

2    (Discussion off the record.)

3  MS. CARFORA:    We are on the record.

4  Q.    We were talking about –

5

6  A.    Food allergies.

7  Q.     -- food allergies, thank you.

8  A.    Allergy and sensitivity. I don't claim there's a clear
       line between those two.

9

10 Q.    Between what two?

11 A.    Between allergies and sensitivities because they
       appear on both sides.

12

13       Anyway, so nightshade, the whole categories of
       nightshades.

14

15 Q.    Nightshades?

16 A.    Nightshades, N-I-G-H-T-S-H-A-D-E-S,
       nightshades.

17

18 Q.    What are nightshades?

19 A.    Category of foods that include tomatoes and
       potatoes, eggplants, bell peppers.

20

21 Q.    Do you spend a lot of time avoiding those foods?

22 A.    But yes, it takes me a lot of time to shop for him
       and for me and for my husband. We all have food
       issues. So yeah, and I cook all the time and I use
       organic foods as much as humanly possible. Yes, I
       spend my life reading labels.

23

24

25       The other thing that's really, really important on that
       food list is all of the artificial preservatives, colors
       additives, all of those, you know, avoid and that's
       why, you know, pretty much, you know, everything
       that he eats is coming, you know, is very carefully

26

27

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

65

1    picked out at, you know,
     places like PCC Market or Whole Foods or the
2    organic parts of Costco, so I'm very careful about
     what he eats.
3
                    **k. 87:16-25 [EPA's Designations]**
4

5    Q.    Have you ever had Kyle medically tested for
           sensitivity for fluoride?
6

7    A.    I don't know if there is a test. You tell me. If there is
           a test that doesn't involve pain to him, I would love
8          to know about it.

9    Q.    So have you ever had Kyle medically tested for
10         sensitivity to fluoride?

11   A.    No, because I don't think one exists. If I knew that
           one existed that didn't cause him pain, I would
12         definitely do it.

13

14                  **l. 97:22 to 98:10 [EPA's Designations]**

15

16   Q.    Is it important to you to limit Kyle's exposure to
           chemicals that are neurotoxins?
17

18   A.    Oh, God, yes. I mean, I do my darnedest to protect
           him from lead too, by the way, and arsenic, but
19         fortunately they don't purposely add lead and
           arsenic to the water supply. And yes, for Kyle,
20         there's many sources, possible sources of
           neurotoxicants. This is the only one that's
21         specifically added to the water supply. For
           somebody's teeth? Not for my son's teeth.
22

23         My son's brain is so much more important and his
           well-being and his lack of pain is so much more
24         important than even his teeth. It's just not fair.

25

26                  **m. 104:16 to 105:3  [EPA's Designations]**

27

28   Q.    Okay. So that would be an expense you intend to
           continue paying to protect Kyle?

Case No. 17-cv-02162-EMC
Amended Appendix C To Joint Pre Trial Conference Statement (Use of Discovery Responses);
[Proposed] Order

66

1  A.      Yes.

2          And of course the shower filter, and if I could find

3          one that -- so we wouldn't have to time the showers
           and so there wouldn't be a problem with monitoring

4          the water pressure and so that I wouldn't have to
           monitor the temperature of the water, and maybe if

5          somebody would please develop one that didn't take
           so much of my time and my husband's to monitor,

6          then it might make it more possible for him to be
           placed out of our home so that it wouldn't take so

7          much time.

8

9                          **n. 112:7-17 [EPA's Designations]**

10

11  [Q.]   Do you see that this mentions developmental
           neurotoxicity? What do you understand

12         developmental neurotoxicity to mean?

13  A.     It means it harms the developing brain.

14

15  Q.     I just want to be clear. There's no claim as part of
           this lawsuit that you or Kyle suffered

16         developmental neurotoxicity from exposure to
           fluoride, is there?

17

18  A.     I have no evidence of such. That doesn't mean there
           isn't, but I have no evidence as such.

19

20                      **o. 117:13 – 118:21 [EPA's Designations]**

21

22  Q.     Okay, so how do you tell the difference from a
           headache and pains to the extremities?

23

24  A.     Usually I'm talking about pain, I am talking about --
           well, points where he usually points to his pain is

25         (indicating), the back of his neck. You know, like
           from here down (indicating). So it's this area,

26         (indicating), that's where he points. I'm not him so I
           can't tell you what it feels like, but – so is that --

27

28

1

Q.   Because in your declaration, you mention that he
     experiences pain to the extremities.

2

3

A.   Yes.

4

Q.   But now you're testifying to something different, is
     that he has headaches?

5

6

A.   Well, first of all, you know, that's historical.

7

Q.   What's historical?

8

A.    The pain to his extremities. Yeah, he had profound
     pain in his extremities and his head and his body,
     but the extremities was -- from all of the changes
     that we've made, including, you know, taking him
     off of fluoride drinking water and -- but there's
     many other things we've done. I mean, fluoride is
     just a piece of my life, piece of his life, too.

9

10

11

12

13   So there's been many other interventions, you know,
     that affect his overall health and his overall pain.
     And we've mentioned things like -- I lost my train
     of thought. It just went out of my drain -- brain. I
     think I'm getting tired.

14

15

16

17   The pain in his hands, I couldn't say it's totally
     gone, but it's vastly diminished from where it was,
     you know, years ago when he was -- before I took
     him off of fluoridated water.

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

68

1

2  Dated:   June 15, 2020                              Respectfully submitted,

3                                                      /s/  *John Thomas H. Do*

4                                                      DEBRA J. CARFORA
                                                       JOHN THOMAS DO
5                                                      BRANDON N. ADKINS
                                                       Environmental Defense Section
6                                                      4 Constitution Square,
7                                                      150 M Street NE, Room 4.1114
                                                       Washington, DC 20001
8                                                      Tel: (202) 514-2640
                                                       Email: debra.carfora@usdoj.gov
9

10                                                     *Attorneys for Defendants*

11                                                     */s Michael Connett (with permission)*
                                                       MICHAEL CONNETT
12                                                     C. ANDREW WATERS
                                                       Waters Kraus & Paul
13                                                     222 N. Pacific Coast Hwy
14                                                     El Segundo, CA 90245
                                                       Tel: (310) 414-8146
15

16                                                     *Attorneys for Plaintiffs*

17  NOW THEREFORE, it is hereby ORDERED: The above Amended Appendix C is
18  ADMITTED INTO EVIDENCE. A Party may elect to read any portion into the record
    for emphasis in a party's allotted time.
19

20  DATED this __16th__ day of June, 2020.

21

22                                                     _____

23                                                     EDWARD M. CHEN
                                                       United States District Court Judge
24

25

26

27

28

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX C TO JOINT PRE TRIAL CONFERENCE STATEMENT (USE OF DISCOVERY RESPONSES);
[PROPOSED] ORDER

69