OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** June 17, 2020    **Time:** 8:30-11:43 =    **Judge:** EDWARD M. CHEN
                           3 Hours; 1 Minute

**Case No.**: 17-cv-02162-EMC    **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Andy Waters, Chris Nidel, Kay Reeves
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman        **Court Reporter:** Debra Pas

PROCEEDINGS BY ZOOM WEBINAR

BENCH TRIAL - held.

SUMMARY

Parties stated appearances.

Witnesses: Dr. Kathleen Thiessen.

Admitted Exhibit: 32

Defense RESTS. Trial concludes.

Briefing on standing due in 14 days; Findings of Fact due 7/27/2020; Status Conference set 8/6/2020 at 10:30 A.M. and will be conducted by Zoom Webinar.

See Trial Log for further details.