UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC    Food & Water Watch, Inc. v. Environmental Protection Agency

**EXHIBIT and WITNESS LIST**

| JUDGE: Edward M. Chen | PLAINTIFF ATTORNEYS: Michael Connett, Andy Waters, Chris Nidel, Kay Reeves | DEFENSE ATTORNEYS: Debra Carfora, Brandon Adkins, John Do, Simi Bhat |
|---|---|---|
| **BENCH TRIAL DATE:** June 17, 2020 | **REPORTER:** Debra Pas | **CLERK:** Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court in session.  Housekeeping matters discussed as stated on the record. | |
| 32 | | | X | X | EPA – IRIS Chemical Assessment Summary: Methylmercury. | |
| | | 8:35 a.m. | | | Witness, **Dr. Kathleen Thiessen**, is promoted to the virtual well of the Court for rebuttal examination.  Examination by Michael Connett. | |
| | | 8:39 a.m. | | | Cross-examination of witness by Simi Bhat. | |
| | | 8:46 a.m. | | | Defense RESTS. | |
| | | 8:48 a.m. | | | Court in recess. | |
| | | 9:00 a.m. | | | Court reconvened.  Plaintiff's Closing argument made by Michael Connett. | |
| | | 9:35 a.m. | | | Government's Closing argument made by Debra Carbora. | |
| | | 10:55 a.m. | | | Closing argument concluded. | |
| | | 10:56 a.m. | | | Rebuttal argument by Michael Connett. | |
| | | 11:06 a.m. | | | Plaintiff's rebuttal concludes. | |
| | | 11:43 a.m. | | | Court makes conclusionary statements.  Briefing on standing due in 14 days; Findings of Fact due 7/27/2020; Status Conference set 8/6/2020 at 10:30 A.M. and will be conducted by Zoom Webinar. | |