Pages 1 - 7

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE EDWARD M. CHEN

FOOD & WATER WATCH, INC., et al,    )
                                    )
                                    )
            Plaintiffs,             )
                                    )
   vs.                              ) No. C 17-2162 EMC
                                    )
U.S. ENVIRONMENTAL PROTECTION       )
AGENCY, et al,                      )
                                    )  San Francisco, California
            Defendants.             )  Monday, June 8, 2020
                                    )  through
_____)  Wednesday, June 17, 2020

        **MASTER INDEX OF REMOTE ZOOM BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**          WATERS KRAUS & PAUL
                             222 North Pacific Coast Highway
                             Suite 1900
                             El Segundo, California 90245
                         BY: **MICHAEL P. CONNETT, ESQ.**
                             **CHARLES ANDREW WATERS, ESQ.**


                             WATERS & KRAUS LLP
                             3141 Hood Street
                             Suite 700
                             Dallas, Texas 75219
                         By: **KAY GUNDERSON REEVES, ESQ.**



            (APPEARANCES CONTINUED ON FOLLOWING PAGE)




*Reported By:    Debra L. Pas, CSR 11916, RPR, RMR, CRR*
                 *Official Reporter - US District Court*
                 *Computerized Transcription By Eclipse*

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco, California*
*(415) 431-1477*

**APPEARANCES:    (CONTINUED)**

**For Plaintiffs:**          NIDEL AND NACE, PLLC
                              5335 Wisconsin Avenue, NW
                              Suite 440
                              Washington, DC 20015
                   BY:  **CHRISTOPHER THOMAS NIDEL, ESQ.**

**For Defendants:**          U.S. DEPARTMENT OF JUSTICE
                              Environmental Defense Section
                              601 D Street, NW
                              Room 8814
                              Washington, DC 20004
                   BY:  **DEBRA J. CARFORA, ESQ.**

                              U.S. DEPARTMENT OF JUSTICE
                              Environment & Natural Resources Div.
                              P.O. Box 7611
                              Washington, DC 20044
                   BY:  **BRANDON N. ADKINS. ESQ.**
                        **SIMI BHAT, ESQ.**
                        **JOHN THOMAS H. DO, ESQ.**

                              —   —   —

```
1                              I N D E X

2


3     MONDAY, JUNE 8, 2020 - VOLUME 1


4


5     TUESDAY, JUNE 9, 2020 - VOLUME 2


6


7     WEDNESDAY, JUNE 10, 2020 - Volume 3


8


9     FRIDAY, JUNE 12, 2020 - Volume 4


10


11    MONDAY, JUNE 15, 2020 - Volume 5


12


13    TUESDAY, JUNE 16, 2020 - Volume 6


14


15    WEDNESDAY, JUNE 17, 2020 - Volume 7


16                          —  — —


17
                                                PAGE   VOL.
18
      Opening Statement by Mr. Connett                7    1
19    Opening Statement by Mr. Do                    24    1
      Closing Argument by Mr. Connett              1045    7
20    Closing Argument by Ms. Carfora              1067    7
      Rebuttal Argument by Mr. Connett             1123    7
21


22


23


24


25
```

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco, California*
*(415) 431-1477*

1

<b>I N D E X</b>

2

**PLAINTIFF'S WITNESSES**                                       <u>PAGE</u>   <u>VOL.</u>

3


4    **DONOHUE, JOYCE**
     VIDEOTAPED TESTIMONY                                         40    1

5


6    **HU, HOWARD**
     (SWORN)                                                      44    1
7    Direct Examination by Mr. Waters                             44    1
     Cross-Examination by Mr. Adkins                              86    1

8


9    **GRANDJEAN, PHILLIPPE**
     (SWORN)                                                     145    2
10   Direct Examination by Mr. Connett                           145    2
     Cross-Examination by Ms. Carfora                            211    2
11   Redirect Examination by Mr. Connett                         308    2


12

     **HU, HOWARD**
13   (PREVIOUSLY SWORN)                                          330    3
     Redirect Examination by Mr. Connett                         330    3
14   Recross Examination by Mr. Adkins                           338    3


15


16   **LANPHEAR, BRUCE**
     (SWORN)                                                     342    3
17   Direct Examination by Mr. Connett                           343    3
     Cross-Examination by Mr. Adkins                             372    3
18   Redirect Examination by Mr. Connett                         418    3
     Recross Examination by Mr. Adkins                           430    3

19


20   **HANNAN, CASEY**
     VIDEOTAPED TESTIMONY                                        432    3

21


22   **THAYER, KRISTINA**
     (SWORN)                                                     435    3
23   Direct Examination by Mr. Connett                           435    3


24


25

```
 1                          I N D E X

 2


 3   PLAINTIFF'S WITNESSES                      PAGE   VOL.


 4   THIESSEN, KATHLEEN
      (SWORN)                                   464     3
 5   Direct Examination by Mr. Connett          464     3


 6


 7   THIESSEN, KATHLEEN
      (PREVIOUSLY SWORN)                        526     4
 8   Direct Examination Resumed by Mr. Connett  526     4
     Cross-Examination by Ms. Bhat              526     4
 9   Redirect Examination by Mr. Connett        583     4


10                          - - -


11   DEFENDANT'S WITNESSES                      PAGE   VOL.


12   THAYER, KRISTINA
      (PREVIOUSLY SWORN)                        595     4
13   Direct Examination by Ms. Carfora          595     4
     Cross-Examination by Mr. Connett           660     4
14   Redirect Examination by Ms. Carfora        672     4
     Recross-Examination by Mr. Connett         673     4
15


16   TSUJI, JOYCE
      (SWORN)                                   676     4
17   Direct Examination by Mr. Adkins           676     4
     Cross-Examination by Mr. Connett           695     4
18


19   TSUJI, JOYCE
      (PREVIOUSLY SWORN)                        713     5
20   Cross-Examination by Mr. Connett           713     5
     Redirect Examination by Mr. Adkins         768     5
21   Recross-Examination by Mr. Connett         774     5


22


23   CHANG, ELLEN
      (SWORN)                                   788     5
24   Direct Examination by Ms. Bhat             788     5
     Voir Dire by Mr. Connett                   829     5
25   Cross-Examination by Mr. Connett           847     5
```

```
 1                          I N D E X

 2

 3    DEFENDANT'S WITNESSES                      PAGE   VOL.

 4    CHANG, ELLEN
      (PREVIOUSLY SWORN)                          911   6
 5    Redirect Examination by Ms. Bhat           911   6

 6

      HENRY, TALA
 7    (SWORN)                                     925   6
      Direct Examination by Ms. Carfora          926   6
 8    Cross-Examination by Mr. Connett           961   6
      Redirect Examination by Ms. Carfora       1007   6
 9    Recross-Examination by Mr. Connett        1018   6

10

11    DONOHUE, JOYCE
      VIDEOTAPED TESTIMONY                      1020   6
12

13                          -   -   -

14

15    PLAINTIFF'S REBUTTAL WITNESSES             PAGE   VOL.

16

      THIESSEN, KATHLEEN
17    (PREVIOUSLY SWORN)                        1034   7
      Direct Examination by Mr. Connett        1034   7
18    Cross-Examination by Ms. Bhat            1038   7

19                          _   _   _

20

21

22

23

24

25
```

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco, California*
*(415) 431-1477*

1

2                             **E X H I B I T S**

3     **TRIAL EXHIBITS**                            **IDEN**   **EVID**   **VOL.**

4      26                                                      592       4

5      32                                                     1033       7

6      47                                                      472       3

7      47                                                      518       4

8      49                                                      567       4

9     ECF No. 199                                             679       4

10

11                              —    —    —

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco, California*
*(415) 431-1477*