UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-02162-EMC<br><br>**ORDER RE: PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

　　　　The Court previously directed the parties to submit revised findings of fact and conclusions of law by July 27, 2020. *See* Docket No. 238. In the interest of providing additional guidance, the Court specifically directs the parties to include proposed findings of fact regarding the following topics (although proposed findings of fact need not be limited to these topics) and to so organize such findings according to these headings:

I. <u>Hazard Identification</u> (including, *e.g.*, the biological plausibility of harm, the relevant animal studies, and the relevant human studies)
II. <u>Dose-Response Assessment</u> (including, *e.g.*, identification of a BMR, Dr. Grandjean's BMD analysis, Dr. Thiessen's analysis)
III. <u>Exposure Assessment</u> (including, *e.g.*, fetal exposure, infant exposure, NHANES data, and the generalizability of non-U.S. exposure data)
IV. <u>Risk Characterization</u> (including, *e.g.*, Dr. Grandjean's risk characterization, Dr. Thiessen's MOE analysis)
V. <u>Risk Determination</u> (including, *e.g.*, the generalizability of MIREC and ELEMENT to United States, the UCSF Study, any other considerations)

In addition (to the extent not fully addressed by the parties' responses to the above), the parties shall identify evidence in the record discussing the strengths and weaknesses of the following:

1. Barberio 2017
2. Bashash 2017
3. Bashash 2018
4. Broadbent 2015
5. Green 2019
6. MacPherson 2018
7. Morgan 1998
8. NTP Systematic Review 2016
9. Shannon 1986
10. Spittle 1998
11. Thomas 2018
12. Till 2020

In their proposed conclusions of law, the parties shall—based upon the evidence in the record—indicate the relative weight that they give to each of these studies.

**IT IS SO ORDERED**.

Dated: July 2, 2020

_____
EDWARD M. CHEN
United States District Judge