C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY GUNDERSON REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' POST-TRIAL BRIEF ON STANDING** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

        Pursuant to Local Civil Rule 7-11, Plaintiffs hereby move the Court for leave to file their response to Defendants' Post-Trial Brief on Standing (a copy of which is served concurrently herewith). Plaintiffs are conscious of the fact that this Court did not expressly invite a response when asking for additional briefing on the issue of standing.  Plaintiffs, however, seek leave to correct inaccuracies in EPA's citation to authority, as well as inaccuracies in EPA's description of the factual record.  Good cause exists to grant this motion because, as with a sur-reply, granting leave to file additional briefing is appropriate when the opponent's previous briefing leaves a party "unable to contest matters presented to the court for the first time." *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998) (granting leave).

        July 14, 2020                                Respectfully submitted,


                                                      */s/ Kay Gunderson Reeves*
                                                      KAY GUNDERSON REEVES
                                                      Attorney for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 14th day of July, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT
