**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO**

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' POST-TRIAL BRIEF ON STANDING** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

Upon consideration of Plaintiffs' Administrative Motion for Leave to File Response to Defendants' Post-Trial Brief on Standing, the Court grants leave. The response brief filed concurrently with Plaintiffs' motion is SUBMITTED for consideration together with the parties' other supplemental briefing on standing.

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2020.

_____
HON. EDWARD M. CHEN
United States District Judge