**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | No. 3:17-cv-02162-EMC |
| Plaintiffs, | **[PROPOSED] ORDER ON PLAINTIFFS' ADMINSTRATIVE MOTION TO FILE RESPONSE TO DEFENDANTS' POST-TRIAL BRIEF ON STANDING** |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENY, et al., | |
| Defendants. | |

**[__]** Upon consideration of Plaintiffs' Administrative Motion for Leave to File Response to Defendants' Post-Trial Brief on Standing, the Court **DENIES** the motion. The response brief filed concurrently with Plaintiffs' motion is stricken and shall not be considered by the Court.

**[OR]**

**[__]** Upon consideration of Plaintiffs' Administrative Motion for Leave to File Response to Defendants' Post-Trial Brief on Standing, the Court **GRANTS** leave. The response brief filed concurrently with Plaintiffs' motion is **SUBMITTED** for consideration.  **IT IS FURTHER ORDERED** that Defendant EPA may file an additional responsive brief by July, 31, 2020 for consideration.

**IT IS SO ORDERED.**  Dated this ____ day of ____July, 2020.

_____
HON. EDWARD M. CHEN
United States District Judge