# EXHIBIT A

# NOTICE OF TAKING DEPOSITIONS DUCES TECUM OF PHILIPPE GRANDJEAN

DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel.   (202) 514-2640

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | Case No. 3:17-cv-02162-EMC |
| Plaintiffs, | **NOTICE OF TAKING DEPOSITIONS DUCES TECUM OF PHILIPPE GRANDJEAN.** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.,* | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 30 of the Federal Rules of Civil Procedure the deposition of Philippe Grandjean will be taken upon oral examination at the time and place noted below before an officer authorized by law to administer oaths. This deposition will be stenographically recorded and videotaped.

| | | |
|---|---|---|
| 1 | **PLACE OF DEPOSITION:** | 4 Constitution Square |
| 2 | | 150 M St. NE |
| 3 | | Washington, D.C. 20002 |
| 4 | **DATE AND TIME OF DEPOSITION:** | September 13, 2019 at 9:00 AM |

**DOCUMENTS REQUESTED**

Pursuant to the parties July 30, 2019 stipulation, at least four days prior to the deposition the deponent is requested to produce the following documents:

(a) The written agreement with the witness to provide expert testimony in the case.

(b) Any written communication between a party's attorney and expert witness that identifies facts, data, or assumptions that the party's attorney provided and that the expert relied upon in forming the opinions to be expressed (unless that communication is otherwise protected from disclosure by any applicable privilege). If the facts, data, or assumptions are referenced in the report or disclosure and are otherwise publically available, a party need not provide an additional copy.

(c) Any written communication between the witness and a third party that identifies facts, data, or assumptions that the expert relied upon in forming the opinions to be expressed witness' expert report (unless that communication is otherwise protected from disclosure by any applicable privilege). If the facts, data, or assumptions are referenced in the report or disclosure and are otherwise publically available, a party need not provide an additional copy.

DATED this 10th day of September, 2019.

   */s/ Debra J. Carfora*
   DEBRA J. CARFORA
   JOHN THOMAS H. DO
   BRANDON N. ADKINS

   *Attorneys for Defendants*