# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 6, 2020  **Time:** 11:00-12:00= 1 Hour  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC  **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Chris Nidel
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, John Do, Simi Bhat

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Belle Ball

## PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference held.

## SUMMARY

As noted on the record, in light of the Court's serious concerns regarding standing and the fact that the scientific evidence in this case has evolved dramatically since Plaintiffs first petitioned the EPA, Plaintiffs are directed to submit a new petition to EPA. The Court will hold the case in abeyance and, should EPA deny the new petition, the Court will permit amendment of the Complaint herein.

Further order to issue.

Status Conference set for 11/5/2020 at 10:30 a.m. Joint status report due 10/29/2020.