1  DEBRA J. CARFORA
2  JOHN THOMAS H. DO
   BRANDON N. ADKINS
3  SIMI BHAT
   U.S. Department of Justice
4  Environmental Defense Section
   P.O. Box 7611
5  Washington, D.C. 20044
6  Tel: (202) 514-2640
   Fax: (202) 514-8865
7  Email: debra.carfora@usdoj.gov

8  *Attorneys for Defendants*

9
10                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
11                         **SAN FRANCISCO DIVISION**

12

13  | FOOD & WATER WATCH, INC., et al., | No. 3:17-cv-02162-EMC |
14  |---|---|
15  | Plaintiffs, | **NOTICE OF MOTION FOR ECF NO. 265 (EPA' MOTION FOR RELIEF FROM ORDER HOLDING PROCEEDINGS IN ABEYANCE)** |
16  | v. | |
17  | U.S. ENVIRONMENTAL PROTECTION AGENY, et al., | DATE: DECEMBER 12, 2020 |
18  | | TIME: 1:30 PM |
    | Defendants. | LOCATION: VIA ZOOM WEBINAR |
19

20      **PLEASE TAKE NOTICE** that on December 12 at 1:30 p.m., before the Honorable Edward
21  M. Chen, United States District Judge (seated in Courtroom 5, 17th Floor, 450 Golden Gate Avenue,
22  San Francisco, California 94102), Defendants will and hereby do move for relief from the Court's prior
23  order holding these proceedings in abeyance, ECF No 262.  Unless otherwise directed by the Court,
24  the hearing shall be conducted by Zoom Webinar, and all are directed to the Court's website at
25  https://cand.uscourts.gov/judges/chen-edward-m-emc/ for further information.  This motion is based
26  on the memorandum of points and authorities filed at ECF No. 265, the record of this action, any
27  further briefing, and argument that may be presented at any hearing on this motion.
28      Attached, also, is the proposed order.

1 | Dated: October 28, 2020

Respectfully Submitted,

*/s/ John Thomas H. Do*
DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice

*Attorneys for Defendants*

Notice of EPA's Motion for Relief
*Food & Water Watch, Inc., et al. v. U.S. Environmental Protection Agency, et al.*, No. 3:17-cv-02162-EMC (N.D. Cal.)

2