**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENY, et al., <br><br> Defendants. | No. 3:17-cv-02162-EMC <br><br> **[PROPOSED] ORDER FOR ECF NO. 265 (EPA' MOTION FOR RELIEF FROM ORDER HOLDING PROCEEDINGS IN ABEYANCE)** |

**[__]** Upon consideration of EPA's Motion for Relief from the Order Holding Proceedings in Abeyance, the Court **GRANTS** the motion.  Because Plaintiffs have failed to establish standing to challenge EPA's denial of the November 2016 administrative petition, this matter is **DISMISSED WITH PREJUDICE**.

**[OR, ALTERNATIVELY]**

**[__]** Upon consideration of EPA's Motion for Relief from the Order Holding Proceedings in Abeyance, the Court **GRANTS** the motion's request for **ALTERNATIVE RELIEF**.

**IT IS ORDERED** that the Court's prior order, ECF No. 262, is modified such that Plaintiffs must seek leave for any amendment to the pleadings and EPA shall have the opportunity to oppose any request.

**IT IS SO ORDERED.**  Dated this ____ day of _____, 2020.

_____ <br>
HON. EDWARD M. CHEN <br>
United States District Judge