DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENY, et al., <br><br> Defendants. | No. 3:17-cv-02162-EMC <br><br> **CORRECTED NOTICE OF MOTION FOR ECF NO. 265 (EPA' MOTION FOR RELIEF FROM ORDER HOLDING PROCEEDINGS IN ABEYANCE)** <br><br> DATE: DECEMBER 10, 2020 <br> TIME: 1:30 PM <br> LOCATION: VIA ZOOM WEBINAR |

**PLEASE TAKE NOTICE** that on December 10 at 1:30 p.m., before the Honorable Edward M. Chen, United States District Judge (seated in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102), Defendants will and hereby do move for relief from the Court's prior order holding these proceedings in abeyance, ECF No 262.  The prior notice erroneously provided December 12, 2020 for the hearing.  Unless otherwise directed by the Court, the hearing shall be conducted by Zoom Webinar, and all are directed to the Court's website at https://cand.uscourts.gov/judges/chen-edward-m-emc/ for further information.  This motion is based on the memorandum of points and authorities filed at ECF No. 265, the record of this action, any further briefing, and argument that may be presented at any hearing on this motion.  Attached, also, is the same proposed order.

1 | Dated: October 28, 2020 | Respectfully Submitted,

2 | | */s/ John Thomas H. Do*
3 | | DEBRA J. CARFORA
  | | JOHN THOMAS H. DO
4 | | BRANDON N. ADKINS
  | | SIMI BHAT
5 | | U.S. Department of Justice

6 | | *Attorneys for Defendants*

Corrected Notice of EPA's Motion for Relief
*Food & Water Watch, Inc., et al. v. U.S. Environmental Protection Agency, et al.*, No. 3:17-cv-02162-EMC (N.D. Cal.)

2