IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Court's August 20, 2020 Order (Dkt No. 262), the parties submit the following status update on the litigation[1]:

On September 23, 2020, a copy of the National Toxicology Program's Revised Monograph (*Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects*) was made publicly available by the same ad hoc committee of the National Academies of Sciences, Engineering, and Medicine ("NASEM") that reviewed the original monograph. According to the NASEM website, the committee will consider whether NTP's revisions have addressed the substantive concerns raised in the NASEM's 2020 report: *Review*

---

[1] Consistent with the Court's order, the parties intended to submit this joint report on October 29, 2020. Due, however, to an unexpected scheduling conflict that arose on October 29, 2020 for Plaintiffs' counsel, the parties were not able to meet the deadline. Thereafter, a dispute arose over a brief legal argument included in the original draft, which resulted in further delay. Following several meet and confers, Plaintiffs agreed to remove the legal argument from the report. The parties apologize to the Court for the delay that this has caused to the filing of the report.

*of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects*. Counsel for EPA understands that the final NASEM peer review committee report is not expected until January 2021.

On October 28, 2020, EPA filed a motion seeking relief from Court's order placing the case in abeyance, which is currently pending. (ECF No. 265).

This week, Plaintiffs intend to submit to the EPA the evidence identified by the Court in its August 10 Order. In their submission, the Plaintiffs will be including the evidence presented at trial as well as the findings of the NTP's revised draft systematic review of fluoride neurotoxicity. Plaintiffs also intend to include the pooled benchmark dose analysis of the ELEMENT and MIREC data, which Plaintiffs understand will be available on November 3, 2020. Plaintiffs intend to submit this evidence to the EPA in the form of a supplement to their November 2016 petition.

Dated:   November 1, 2020                             Respectfully submitted,

/s/ *Michael Connett*
MICHAEL CONNETT
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy
El Segundo, CA 90245
*Attorneys for Plaintiffs*


/s/ *Debra J. Carfora* (by permission)
DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 1st day of November, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*

Michael Connett

Attorney for Plaintiffs