# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 5, 2020  **Time:** 10:30-10:45= 15 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC  **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Andy Waters, Michael Connett, Kay Reeves, Chris Nidel
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat, John Do

**Deputy Clerk:** Angella Meuleman        **Court Reporter:** Katherine Sullivan

## PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference held.

## SUMMARY

Parties stated appearances.

Status of petition: plaintiff filed supplement to their petition on 11/4/2020. Plaintiffs are specifically requesting EPA to reconsider petition based on new developments. Record will include NTP review when finalized and pooled benchmark dose study when completed. EPA may include Spanish study which is being considered for publication.

Government's Motion For Relief From Order Holding Proceedings in Abeyance re 262 Order is set to be heard on 12/10/2020.