C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY GUNDERSON REEVES, ESQ, *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

DEBRA J. CARFORA
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20004
Tel. (202) 514-2640
debra.carfora@usdoj.gov

*Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br> **STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING** |

WHEREAS, Defendants have filed a Motion for Relief from Order Holding Proceedings in Abeyance (ECF No. 262);

WHEREAS, the hearing for Defendants' motion is currently scheduled for December 10, 2020;

WHEREAS, Plaintiffs' lead counsel, Michael Connett, has unexpectedly taken on a lead trial attorney role in another matter due to health-related concerns of the attorney who was scheduled to try the case;

WHEREAS, on November 9, 2020, the Judge presiding over this other matter scheduled an in-person trial to commence on November 30 with an expected end date of December 23, 2020;

WHEREAS, jury selection for the trial has now commenced;

WHEREAS, Mr. Connett's trial responsibilities will preclude him from attending the December 10 hearing on Defendants' motion;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and among the parties:

The hearing for EPA's motion is continued to January 7, 2021, at 1:30 p.m.;

The deadline for EPA's reply in support of its Motion for Relief from Order Holding Proceedings in Abeyance is December 17, 2020.

Respectfully submitted,

**For Plaintiffs:**
DATED:  November 18, 2020          */s/ Michael Connett*
                                   MICHAEL CONNETT
                                   Waters, Kraus & Paul
                                   *Attorney for Plaintiffs*


**For Defendants:**
DATED:  November 18, 2020          */s/ Debra J. Carfora (by permission)*
                                   DEBRA J. CARFORA
                                   United States Department of Justice
                                   *Attorney for Defendants*

CASE NO. 17-CV-02162-EMC
STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULING

1                               *      *      *

2     **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3

4     DATED this _____ day of _____, 2020.

5

6

7                                    _____
                                     EDWARD M. CHEN
8                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2         I hereby certify that a true and correct copy of the foregoing was served by Notice

3    of Electronic Filing this 18th day of November, 2020, upon all ECF registered counsel of

4    record using the Court's CM/ECF system.

5

6                                  /s/ *Michael Connett*

7                                  Michael Connett

8                                  Attorney for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 17-CV-02162-EMC
STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULING