C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY GUNDERSON REEVES, ESQ, *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

DEBRA J. CARFORA
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20004
Tel. (202) 514-2640
debra.carfora@usdoj.gov

*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br>**STIPULATION AND [**~~PROPOSED~~**]**<br>**ORDER RE: SCHEDULING** |

WHEREAS, Defendants have filed a Motion for Relief from Order Holding Proceedings in Abeyance (ECF No. 262);

WHEREAS, the hearing for Defendants' motion is currently scheduled for December 10, 2020;

WHEREAS, Plaintiffs' lead counsel, Michael Connett, has unexpectedly taken on a lead trial attorney role in another matter due to health-related concerns of the attorney who was scheduled to try the case;

WHEREAS, on November 9, 2020, the Judge presiding over this other matter scheduled an in-person trial to commence on November 30 with an expected end date of December 23, 2020;

WHEREAS, jury selection for the trial has now commenced;

WHEREAS, Mr. Connett's trial responsibilities will preclude him from attending the December 10 hearing on Defendants' motion;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and among the parties:

The hearing for EPA's motion is continued to January 7, 2021, at 1:30 p.m.;

The deadline for EPA's reply in support of its Motion for Relief from Order Holding Proceedings in Abeyance is December 17, 2020.

Respectfully submitted,

**For Plaintiffs:**
DATED:  November 18, 2020         */s/ Michael Connett*
                                  MICHAEL CONNETT
                                  Waters, Kraus & Paul
                                  *Attorney for Plaintiffs*

**For Defendants:**
DATED:  November 18, 2020         */s/ Debra J. Carfora (by permission)*
                                  DEBRA J. CARFORA
                                  United States Department of Justice
                                  *Attorney for Defendants*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED this __19th__ day of ___November___, 2020.

>   _____
>   EDWARD M. CHEN
>   United States District Judge