DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2593
Fax: (202) 514-8865
Email: john.do@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 3:17-cv-02162 EMC <br><br> **Notice of EPA's Response to Plaintiffs' Administrative Submission** |

1   The Court directed Plaintiffs to submit a new administrative petition for the agency's
2   consideration. ECF No. 262, at 5; *see also* ECF No. 277, at 2 n.1. Plaintiffs submitted a self-styled
3   "supplement" to their November 2016 petition with a request that EPA administratively reconsider
4   its original February 2017 denial of the petition. ECF No. 270. On January 19, 2021, the agency
5   responded to Plaintiffs' submission. A copy of EPA's response is attached for the Court's
6   convenience.

Dated: January 19, 2021                    Respectfully Submitted,

                                           */s/ John Thomas H. Do*
                                           DEBRA J. CARFORA
                                           JOHN THOMAS H. DO
                                           BRANDON N. ADKINS
                                           SIMI BHAT

                                           *Attorneys for Defendants*