**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO**

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | ) **[PROPOSED] ORDER GRANTING** |
| vs. | ) **PLAINTIFFS' MOTION FOR LEAVE** |
| | ) **TO AMEND THEIR COMPLAINT** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) **WITH SUPPLEMENTAL PLEADINGS** |
| Defendants. | ) |

Upon consideration of Plaintiffs' Motion for Leave to Amend Their Complaint with Supplemental Pleadings, the Court **GRANTS** the motion.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2021.

_____
HON. EDWARD M. CHEN
United States District Judge