C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY GUNDERSON REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants | Civ. No. 17-CV-02162-EMC <br><br> **CLARIFICATION REGARIDNG PLAINTIFFS' SUPPLEMENTAL PLEADINGS** |

In Plaintiffs' Motion for Leave to Amend Their Complaint with Supplemental Pleadings (ECF No. 279), Plaintiffs inadvertently failed to identify the new paragraphs in the Supplemental Complaint (ECF No. 279-1) that address the three new categories of pleadings identified on page 8 of their motion. For purposes of clarification, these new paragraphs are as follows:

**Allegations Related to Procedural History of Case:** Paragraphs 29 to 35.

**Allegations Related to Jessica Trader:** Paragraphs 40 to 45 (as well as the addition of the last sentence to paragraph 39).

**Allegations Related to NIH-Funded Studies**: Paragraphs 89, 90, 97a, and 101.

February 22, 2021                                     Respectfully submitted,


                                                      */s/ Michael Connett*
                                                      MICHAEL CONNETT
                                                      Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 22nd day of February, 2021, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                               */s/ Michael Connett* .
                                               MICHAEL CONNETT