DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2593
Fax: (202) 514-8865
Email: john.do@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 3:17-cv-02162 EMC <br><br> **Notice of Publication of the National Academies of Sciences, Engineering, and Medicine's Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects** |

On August 10, 2020, the Court held this case in abeyance. ECF No. 262. In doing so, the Court noted that: "release of the [National Toxicology Program's] systematic review (or at least its proposed findings as may be presented to the National Academy of Science ["NASEM"] for further comment) is imminent, and its findings are likely to add substantially to the body of scientific analysis relevant to the precise questions before this court." ECF No. 262 at 4.[1]

On February 9, 2021, the NASEM released its *Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Letter Report*. The report concludes:

> Even though the evidence provided appears to show consistent indications of an association between exposure to high fluoride concentrations and cognitive deficits in children, the monograph falls short of providing a clear and convincing argument that supports its assessment. It also needs to emphasize that much of the evidence presented comes from studies that involve relatively high fluoride concentrations and that the monograph cannot be used to draw conclusions regarding low fluoride exposure concentrations (less than 1.5 mg/mL), including those typically associated with drinking water fluoridation.

NASEM Review at 1-2.

NTP has provided the attached statement, which acknowledges that "[t]he NASEM committee did not support the NTP conclusions and determined that more clear and convincing evidence is needed." NTP Statement (attached as Exhibit B). NTP also states that it "will carefully consider all of the committee's comments as we finalize and publish the *NTP Fluoride Monograph*

---

[1] In 2019, the National Toxicology Program (NTP) released the draft monograph *Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects*. To ensure the integrity of its evaluation, NTP asked the National Academies of Sciences, Engineering, and Medicine (NASEM) to review the draft monograph. The initial 2020 *Review of the Draft NTP Monograph Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health* identified deficiencies in the analysis of various aspects of some of the studies and in the analysis, summary, and presentation of the data in the draft monograph, provided many suggestions for improvement, and concluded that NTP had not adequately supported its conclusions. NASEM Review at 3 (attached as Exhibit A and available at http://nap.edu/26030). In 2020, NTP asked NASEM to review its revised version of the draft monograph. The same committee that performed the review of the original monograph was tasked with determining whether the changes made by NTP sufficiently address the committee's concerns about the original draft. *Id.*

as a "state of the science" document later in 2021." *Id*. Thus, NTP is no longer expected to reach a conclusion regarding whether neurodevelopmental harm is a hazard of fluoride exposure.

Dated: February 22, 2021              Respectfully Submitted,

*/s/ Debra J. Carfora*
DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2021, a true and correct copy of the foregoing Notice was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Debra J. Carfora*
Debra J. Carfora
United States Department of Justice