1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DEBRA J. CARFORA
JOHN THOMAS DO
BRANDON ADKINS
SIMI BHAT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
150 M Street, NE
Washington, DC 20002
Tel.     (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> **Stipulation to Extend Time to Respond to Plaintiffs' Motion for Leave to Amend their Complaint with Supplemental Pleadings (ECF No. 279)** |

1
2
3
4
5
6
7
8
9
10

The parties jointly stipulate to extend the deadline for Defendants United States Environmental Protection Agency, et al. ("EPA") to respond to Plaintiffs' Motion for Leave to Amend their Complaint with Supplemental Pleadings (ECF No. 279) from March 5, 2021 by three weeks to March 26, 2021. The motion is correspondingly renoticed for hearing on April 22, 2021 at 1:30pm. This extension of time is necessary because (1) the parties are negotiating a potential resolution of Plaintiffs' motion that would obviate the need for judicial resolution of some or all the disputed issues; (2) staff attorneys at EPA and DOJ need additional time to brief incoming administration officials at both agencies on this matter; and (3) attorneys for Defendants have conflicting litigation obligations that existed prior to Plaintiffs' motion being filed.

11
12

**For Plaintiffs:**

13
14

DATED:  February 26, 2020

*/s/ Michael Connett (by permission)*
MICHAEL CONNETT
Waters, Kraus & Paul
*Attorney for Plaintiffs*

15
16

**For Defendants:**

17
18

DATED:  February 26, 2020

*/s/ Simi Bhat*
SIMI BHAT
United States Department of Justice
*Attorney for Defendants*

19
20
21
22

**PURSUANT TO STIPULATION,** Defendants' deadline to respond to Plaintiffs' Motion for Leave to Amend their Complaint with Supplemental Pleadings (ECF No. 279) is **EXTENDED** to March 26, 2021.

23
24

Date: 2/26/2021   _____

25
26

The Honorable Edward M. Chen
United States District Judge
Northern District of California

27