DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2593
Fax: (202) 514-8865
Email: john.do@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-cv-02162 EMC <br><br> **NOTICE OF CHANGE IN COUNSEL** |

Please take notice that the undersigned, John Thomas H. Do, hereby withdraws as counsel for Defendants United States Environmental Protection Agency, et al., pursuant to Civil Local Rule 5-1(c)(2)(D). Mr. Do should no longer receive notices related to this case.

Defendants will continue to be represented by remaining counsel, Debra J. Carfora, Brandon Adkins, and Simi Bhat of the United States Department of Justice.

1

Notice of Change in Counsel
Case No. 3:17-cv-02162 EMC

Dated: March 26, 2021                    Respectfully Submitted,

*/s/ John Thomas H. Do*
DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT

*Attorneys for Defendants*