OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** April 22, 2021 | **Time:** 1:30 - 1:58= 28 Minutes | **Judge:** EDWARD M. CHEN |
| **Case No.:** 17-cv-02162-EMC | **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency | |

**Attorneys for Plaintiff:** Michael Connett, Chris Nidel, Kay Reeves
**Attorneys for Defendant:** Debra Carfora, Brandon Adkins, Simi Bhat

**Deputy Clerk:** Angella Meuleman                **Court Reporter:** Belle Ball

**PROCEEDINGS HELD BY ZOOM WEBINAR**

[279] First MOTION to Amend/Correct Complaint to Add Supplemental Pleadings - held.

**SUMMARY**

Parties states appearances and proffered argument.

Court grants the motion for reasons as stated on the record and continues to stay this case pending developments on the scientific front. Court will issue a written order further explaining its reasoning. Discovery deadline is tolled for now.

Further Status Conference set for 8/26/2021 at 10:30A.M. Joint Status Report due 8/19/2021. Standing issue including any deadlines thereto will be further discussed at that time.