C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY GUNDERSON REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **NOTICE OF THE PUBLICATION OF THE POOLED BENCHMARK DOSE ANALYSIS OF THE ELEMENT AND MIREC COHORTS** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

On August 10, 2020, the Court held this case in abeyance pending the publication of additional studies, including the National Toxicology Program's systematic review of fluoride neurotoxicity and a pooled benchmark dose (BMD) analysis of the NIH-funded ELEMENT and MIREC cohorts. *See* ECF No. 262 at 4:19-26.

On June 8, 2021, the pooled BMD analysis of the ELEMENT and MIREC data was published in the journal *Risk Analysis*, which is the official publication of the Society for Risk Analysis. The results of the peer-reviewed, pooled analysis are consistent with, and confirm, Dr. Philippe Grandjean's earlier benchmark dose analysis that was discussed at trial and "can be used to guide decisions on preventing excess fluoride exposure in pregnant women."

According to the study, which was authored by ten internationally esteemed scientists, including

Dr. Grandjean:

These findings provide additional evidence that fluoride is a developmental neurotoxicant (i.e., causing adverse effects on brain development in early life). Given the ubiquity of fluoride exposure, the population impact of adverse effects from fluoride may be even greater than for other toxic elements like lead, mercury, and arsenic.

A copy of the study is attached as an exhibit to this notice.

June 10, 2021                                              Respectfully submitted,


                                                           /s/ Michael Connett
                                                           MICHAEL CONNETT
                                                           Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 10th day of June, 2021, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett* .
MICHAEL CONNETT

iv
PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT WITH SUPPLEMENTAL PLEADINGS