DEBRA J. CARFORA
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br><br> Plaintiffs, <br><br> v. <br><br><br> UNITED STATES ENVIRONMENTAL <br><br> PROTECTION AGENCY, et al., <br><br><br> Defendants. | Case No. 3:17-cv-02162 EMC <br><br> **NOTICE OF CHANGE IN COUNSEL** |

Please take notice that the undersigned, Simi Bhat, withdraws as counsel for Defendants United States Environmental Protection Agency, et al. ("EPA") pursuant to Local Rule 5.1(c)(2)(C). EPA will continue to be represented by Debra J. Carfora and Brandon N. Adkins of the United States Department of Justice.

DATED: July 26, 2021

<u>/s/Simi Bhat</u>
SIMI BHAT