IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**JOINT STATUS REPORT** |

The parties hereby submit the following Joint Status Report:

On August 10, 2020, following a bench trial, the Court issued an order holding all proceedings in abeyance. ECF No. 262. On April 22, 2021, the Court held a hearing on Plaintiffs' motion for leave to supplement their complaint. At that hearing, the Court set a status conference for August 26, 2021, which was later rescheduled for September 14, 2021. Following the hearing, on May 11, 2021, the Court issued an order granting Plaintiffs' motion for leave to supplement their complaint. ECF No. 290. In resolving the motion, the Court stated, "The Court intends to continue to hold the case in abeyance at least until the final NTP monograph is released and possibly until the Canadian, Mexican, and Spanish cohorts are peer-reviewed.[1] The Court

---

[1] The studies of fluoride and neurodevelopment in the Canadian and Mexican cohorts were peer-reviewed prior to the trial in this case (i.e., Bashash 2017, Bashash 2018, Green 2019, Till 2020). The parties thus understand the Court's reference to the Canadian and Mexican cohorts not being peer reviewed to be a reference to the pooled benchmark dose analysis of these cohorts (Grandjean 2021). This pooled benchmark dose analysis had not yet completed the peer-review process at the time the Court issued its order in May, but has subsequently done so.

may instruct Plaintiffs to file a new or second supplemental petition with the EPA and afford the EPA an opportunity to reconsider its administrative review and, if necessary, to further litigate the issues in this Court." *Id.* at 12. The Court further ordered that if EPA should seek to challenge Plaintiffs' standing, it shall file a motion to dismiss within thirty days of the order and that the abeyance otherwise remains in place. *Id.* at 15.

EPA did not file a motion to dismiss the supplemental allegations for lack of standing and respectfully reserves the right to seek discovery with respect to Plaintiffs' supplemental allegations, including allegations made to support standing.

The parties have learned that the NTP expects the final draft of its systematic review will be published in the early part of 2022.

The pooled benchmark dose analysis of the ELEMENT and MIREC cohorts was published in June, a copy of which was provided to the Court (*see* ECF No. 291).

The Spanish INMA cohort study has not yet been published. A date of expected publication is not yet known by the parties.

Dated:   September 7, 2021                             Respectfully submitted,

*/s/ Michael Connett*
MICHAEL CONNETT
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy
El Segundo, CA 90245
*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General

*/s/ Brandon N. Adkins (by permission)*
DEBRA J. CARFORA
BRANDON N. ADKINS
United States Department of Justice

Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640 (Carfora)
Tel: (202) 616-9174 (Adkins)
Fax: (202) 514-8865
Debra.Carfora@usdoj.gov
Brandon.Adkins@usdoj.gov

*Attorneys for Defendants*

Case No. 17-cv-02162-EMC
JOINT STATUS REPORT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 7th day of September, 2021, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*

Michael Connett

Attorney for Plaintiffs