DEBRA J. CARFORA
BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

FOOD & WATER WATCH, INC., et al.,

    *Plaintiffs,*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

    *Defendants.*

Case No. 3:17-cv-02162 EMC

**MOTION TO WITHDRAW AS COUNSEL**

## MOTION TO WITHDRAW AS COUNSEL

Debra J Carfora respectfully moves to withdraw as counsel of record for Defendants in this case pursuant to Civil Local Rule 11-5(a). Defendants will continue to be represented in this case by Brandon Adkins, who will take over as lead counsel.

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of January, 2022, a true and correct copy of the foregoing Motion to Withdraw as Counsel was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                <u>*Debra J. Carfora*</u>
                Debra J. Carfora
                United States Department of Justice