DEBRA J. CARFORA
BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | No. 3:17-cv-02162-EMC |
| Plaintiffs, | |
| v. | **MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL** |
| U.S. ENVIRONMENTAL PROTECTION AGENY, et al., | |
| Defendants. | |

# MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

Debra J. Carfora respectfully moves to withdraw as counsel of record for Defendants in this case pursuant to Civil Local Rule 11-5(a). Defendants will continue to be represented in this case by Brandon Adkins, who will take over as lead counsel.

| | |
|---|---|
| Dated: January 7, 2022 | Respectfully Submitted, |
| | */s/ Debra J. Carfora* |
| | DEBRA J. CARFORA |
| | U.S. Department of Justice |
| | Environmental Defense Section |
| | P.O. Box 7611 |
| | Washington, D.C. 20044 |
| | Tel: (202) 514-2640 |
| | Fax: (202) 514-8865 |
| | Email: debra.carfora@usdoj.gov |
| | Counsel for Defendants |

**IT IS SO ORDERED.**  Dated this _____ day of January, 2022.

_____
HON. EDWARD M. CHEN
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2022, a true and correct copy of the foregoing Motion and [Proposed] Order to Withdraw as Counsel was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        */s/ Debra J. Carfora*
                                        Debra J. Carfora
                                        Senior Trial Counsel

MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL
*Food & Water Watch, Inc., et al. v. U.S. Environmental Protection Agency, et al.*, No. 3:17-cv-02162-EMC (N.D. Cal.)

3