IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**SECOND JOINT STATUS REPORT** |

The parties hereby submit the following Second Joint Status Report:

In its Order Granting Plaintiffs' Motion for Leave to Supplement Complaint, the Court stated, "The Court intends to continue to hold the case in abeyance at least until the final NTP monograph is released and possibly until the Canadian, Mexican,[1] and Spanish cohorts are peer-reviewed. The Court may instruct Plaintiffs to file a new or second supplemental petition with the EPA and afford the EPA an opportunity to reconsider its administrative review and, if necessary, to further litigate the issues in this Court." Order 12, ECF No. 262.

In February 2021, the parties were informed that the National Toxicology Program's (NTP) Monograph would be published as a "State of the Science" document. The parties have

---

[1] The studies of fluoride and neurodevelopment in the Canadian and Mexican cohorts were peer-reviewed prior to the trial in this case (i.e., Bashash 2017, Bashash 2018, Green 2019, Till 2020). The parties thus understand the Court's reference to the Canadian and Mexican cohorts not being peer reviewed to be a reference to the pooled benchmark dose analysis of these cohorts. This pooled benchmark dose analysis was published in the journal *Risk Analysis* in 2021. (ECF No. 291).

been informed that a draft was sent for peer review in early November 2021. Pending general reviewer agreement, the final report is anticipated to be released by the end of March this year. In addition, the parties have been informed that NTP's meta-analysis is now a separate, standalone document that will be submitted for publication in a peer-reviewed journal. NTP anticipates submission by the middle of February this year. NTP does not have a current estimate as to how long the journal peer review step will take.

Also since the parties' September 2021 Joint Status Report, the Spanish INMA cohort study was published in October 2021 in the journal *Environmental Research* and an analysis of fluoride and IQ among children in the PROGESS cohort from Mexico was published in the journal *Neurotoxicology*.

Pursuant to the Court's previous instruction, Plaintiffs intend to re-submit a supplemental Section 21 petition to the EPA when final publication of the NTP's Monograph becomes available. Should the EPA deny or fail to respond to the petition, Plaintiffs intend to request that the Court resume proceedings so that the NTP's findings, and other recent science published subsequent to trial, may be given due consideration.

Dated: January 10, 2022              Respectfully submitted,

                                     /s/ Michael Connett
                                     MICHAEL CONNETT
                                     WATERS, KRAUS & PAUL
                                     222 N. Pacific Coast Hwy
                                     El Segundo, CA 90245

                                     *Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General

/s/ *Brandon N. Adkins (by permission)*
BRANDON N. ADKINS
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Attorney for Defendants*

CASE NO. 17-CV-02162-EMC
SECOND JOINT STATUS REPORT

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 10th day of January, 2022, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*

Michael Connett

Attorney for Plaintiffs