# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

**Date:** January 18, 2022     **Time:** 2:26-2:32= 12 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 3:17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. et al. v. Environmental Protection Agency et al.

**Attorney for Plaintiffs:** Michael Connett

**Attorney for Defendants:** Brandon Adkins

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Belle Ball

## PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference

## SUMMARY

Parties stated appearances.

Final publication of NTP will be published probably at the end of March subject to the ongoing internal review. The Spanish Cohort Study was published. Defendant believes the Spanish Cohort study is favorable to the government's position on the case. Plaintiff believes there are significant issues with that study that will be revealed through expert testimony.

Plaintiff intends to resubmit a supplemental petition to the EPA once the NTO study in final. The Court expects the EPA will have the opportunity to review all significant new evidence.

Court set a **Status Conference for June 7, 2022, at 2:30 p.m.** Joint Status Report **due by May 31, 2022.**