PAUL A. CAINTIC
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2593
Fax: (202) 514-8865
paul.caintic@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Defendants*. | Case No. 3:17-cv-02162-EMC<br><br>**NOTICE OF APPEARANCE** |

Pursuant to Civil Local Rule 11-2, please enter the appearance of Paul A. Caintic as counsel of record on behalf of Defendants United States Environmental Protection Agency ("EPA") and Michael Regan, in his official capacity as EPA Administrator.

Mr. Caintic is registered to use the Court's ECF system and may be served electronically using that system. If necessary, notices, orders, or other papers may also be sent to Mr. Caintic at either of the following addresses:

| **U.S. MAIL** | **OVERNIGHT & HAND DELIVERY** |
|---|---|
| U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | U.S. Department of Justice<br>Environment & Natural Resources Division<br>150 M. Street, N.E.<br>Suite 4.142<br>Washington, D.C. 20002 |

| | |
|---|---|
| 1  Date: April 6, 2022 | Respectfully submitted, |
| 2 | |
| 3 | /s/  *Paul A. Caintic* |
|   | Trial Attorney |
| 4 | United States Department of Justice |
|   | Environment & Natural Resources Division |
| 5 | P.O. Box 7611 |
|   | Washington, D.C. 20044-7611 |
| 6 | Tel: (202) 514-2593 |
| 7 | Fax: (202) 514-8865 |
|   | paul.caintic@usdoj.gov |
| 8 | |
| 9 | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2022, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/  Paul A. Caintic
PAUL A. CAINTIC