C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY GUNDERSON REEVES, ESQ, *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel. (202) 616-9174
brandon.adkins@usdoj.gov

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

WHEREAS, the Court scheduled a status conference in this case for June 7, 2022 at 2:30 p.m. and ordered the Parties to file a Joint Status report by May 31, 2022;

WHEREAS, the parties understand that the National Toxicology Program (NTP) will be releasing its systematic review on fluoride neurotoxicity soon, but possibly not prior to June 7, 2022;

WHEREAS, the status conference would likely be more constructive if held after the NTP releases its report;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the Parties:

The status conference currently scheduled on June 7, 2022, will be continued one week to June 14, 2022, at 2:30 p.m.; and

The parties shall file a joint status report on June 7, 2022.

Date: May 27, 2022            /s/ *Michael Connett*
C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY GUNDERSON REEVES, ESQ, *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

Date: May 27, 2022            /s/ *Brandon N. Adkins*
BRANDON N. ADKINS
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Attorney for Defendants*

\*   \*   \*

**PURSUANT TO STIPULATION**, IT IS SO ORDERED.

DATED this _____ day of _____, 2022.

_____
EDWARD M. CHEN
United States District Judge

CASE NO. 17-CV-02162-EMC
STIPULATION AND [PROPOSED] ORDER RESCHEDULING