IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**THIRD JOINT STATUS REPORT** |

The parties hereby submit the following Third Joint Status Report:

The National Toxicology Program's (NTP) Monograph has not yet been published, but the parties understand that it will be released soon. Pursuant to the Court's previous instruction, Plaintiffs intend to re-submit a supplemental Section 21 petition to the EPA when the NTP's systematic review becomes available. Should the EPA deny or fail to respond to the petition, Plaintiffs intend to request that the Court resume proceedings so that the NTP's findings, and other recent science published subsequent to trial, may be given due consideration by the Court.

Dated:   June 7, 2022                                  Respectfully submitted,

/s/ Michael Connett
MICHAEL CONNETT
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy
El Segundo, CA 90245
*Attorneys for Plaintiffs*

TODD KIM

Assistant Attorney General

/s/ *Brandon N. Adkins (by permission)*
BRANDON N. ADKINS
PAUL A. CAINTIC
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)
Tel: (202) 514-2593 (Caintic)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov
Paul.Caintic@usdoj.gov

*Attorneys for Defendants*