1   C. ANDREW WATERS, ESQ., CA Bar No. 147259
    MICHAEL CONNETT, ESQ., CA Bar No. 300314
2   KAY REEVES, ESQ., *Pro Hac Vice*
    WATERS, KRAUS & PAUL
3   222 N. Pacific Coast Hwy, Suite 1900
    El Segundo, CA 90245
4   310-414-8146 Telephone
    310-414-8156 Facsimile
5
6   *Attorneys for Plaintiffs*

7               UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                    AT SAN FRANCISCO

9   FOOD & WATER WATCH, et al.,          )
                                          )   Civ. No. 17-CV-02162-EMC
10                      Plaintiffs,       )
                                          )   **DECLARATION OF MICHAEL**
11              vs.                       )   **CONNETT IN SUPPORT OF**
                                          )   **PLAINTIFFS' MOTION TO LIFT THE**
12  U.S. ENVIRONMENTAL PROTECTION         )   **STAY AND TAKE THE CASE OUT OF**
    AGENCY, et al.                        )   **ABEYANCE**
13                                        )
                        Defendants.       )
14                                        )
                                          )
15                                        )

16      I am the lead attorney for Plaintiffs in the above-captioned case.  I make this statement based on

17  personal knowledge and I am competent to testify to the matters stated herein.

18      1.      On February 22, 2022, I was informed by an individual with knowledge of the National

19  Toxicology Program's (NTP) proceedings on fluoride that NTP had received "all" of the peer review

20  comments on its "State of the Science" report, and that "the target for posting the monograph is the first

21

22  week in April."

23      2.      On April 11, 2022, I was informed by the aforementioned individual that NTP was now in

24  the "phase" of "compiling comms materials."

25      3.      On May 11, 2022, I was informed by the aforementioned individual that the NTP's final

26  report would be released on May 18, 2022, just seven days away.

27      4.      The NTP did not release its final report on May 18, 2022, and still has not released it.

28

5.      In July 2022, I was informed by the aforementioned individual that NTP's report had been submitted for an "inter agency review," that the review process had no identified date for completion, and that there was no longer an estimated date for when NTP would release the report. Based on the individual's description of the inter agency review, I understand it will include the Centers for Disease Control (CDC) and National Institutes of Dental & Craniofacial Research (NIDCR).

6.      Attached as **Exhibit A** is a September 18, 2020 presentation by Dr. Brian Berridge, NTP's Scientific Director, that explains the revisions that NTP made to its monograph based on the peer review input from NASEM, and how these revisions further strengthened NTP's conclusion that fluoride is a neurotoxicant. I obtained this presentation from the National Institute of Environmental Health Sciences ("NIEHS") under the Freedom of Information Act.

7.      Attached as **Exhibit B** are true and correct excerpts of the revised systematic review that the NTP released in September 2020. (A full copy of this report is available at ECF No. 270-4.)

8.      Attached as **Exhibit C** is a true and correct copy of a January 4, 2022 email I received from Debra Carfora, an attorney for the Department of Justice. At the time, Ms. Carfora served as counsel for EPA in this litigation.

9.      Attached as **Exhibit D** are true and correct excerpts of a deposition I took of the Center for Disease Control's 30(b)(6) representative, Casey Hannan, on November 6, 2018.

10.      Attached as **Exhibit E** is a true and correct copy of an email that I received from NIDCR under the Freedom of Information Act.

11.      Attached as **Exhibit F** is a true and correct copy of an email that I received from NIEHS under the Freedom of Information Act.

12.      Attached as **Exhibit G** is a true and correct copy of an email that I received from NIDCR under the Freedom of Information Act.

13.      Attached as **Exhibit H** is a true and correct copy of an email that I received from NIEHS

DECLARATION OF MICHAEL CONNETT

under the Freedom of Information Act.

14.     Attached as **Exhibit I** is a true and correct copy of an email that I received from NIDCR under the Freedom of Information Act.

15.     Attached as **Exhibit J** is a true and correct copy of an email that I received from NIDCR under the Freedom of Information Act.

16.     Attached as **Exhibit K** is a true and correct copy of an email that I received from NIDCR under the Freedom of Information Act.

17.     Attached as **Exhibit L** is a true and correct copy of a letter that I downloaded from the American Dental Association's website.

18.     Attached as **Exhibit M** is a true and correct copy of a FOIA complaint that I filed on behalf of Plaintiff Kristin Lavelle in the Northern District of California on September 9, 2022. In the civil cover sheet that I filed with this Complaint, as well as in the Declination of the Magistrate Judge, I identified the instant action as a related case due to the overlapping factual issues and the potential for added efficiency if both actions were consolidated (in whole or in part).

19.     Attached as **Exhibit N** is a true and correct copy of an August 30, 2022 email I received from Brandon Adkins, an attorney from the Department of Justice who represents EPA in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2022 in Exeter, New Hampshire.

_/s/ Michael Connett_
MICHAEL CONNETT
Attorney for Plaintiffs

DECLARATION OF MICHAEL CONNETT

# Exhibit A



# Briefing to OASH and OSG on Revised NTP Monograph on Fluoride

Brian R. Berridge, DVM, PhD, DACVP

NTP Associate Director and Scientific Director, Division of the National Toxicology Program, National Institute of Environmental Health Sciences

September 18, 2020

NTP
National Toxicology Program

# Outline

- Background to revised NTP monograph

- Methods

- Peer review of draft managed by National Academies (NASEM)

- NTP enhanced the monograph in response to peer review

- Communication plan and stakeholder implications

Internal deliberative - confidential

Internal deliberative - confidential

# Systematic Review and Evidence Integration





**Systematic review:** predefined, multi-step process to identify, select, critically assess, and synthesize evidence to answer a specific question

**Evidence integration:** process to develop hazard conclusions by integrating evidence from human and animal studies with consideration of mechanistic data

**Hazard conclusion:** 4-point scale of hazard to humans

- *Known*
- *Presumed*
- *Suspected*
- *Not classifiable*

# Background to revised NTP monograph

- NTP conducted a systematic review of the published scientific literature to **assess whether fluoride exposure is associated with neurodevelopmental and cognitive effects**

  – Previously (2016) NTP completed a systematic review of experimental animal literature

  – Sept 6, 2019 draft extended systematic review to new animal literature, and human and mechanistic literature

  – Developed using established systematic review methods

  – National Academy of Science, Engineering and Medicine (NASEM) committee reviewed the Sept 6, 2019 draft at Nov 2019 meeting, report issued March 2020

  – Revised September 2020 draft to be released by NASEM for public comment week of Sept 21

Internal deliberative - confidentia



# Conclusions of Sept 6, 2019 systematic review

- NTP concludes that fluoride is **presumed** to be a cognitive neurodevelopmental hazard to humans

  – Based on a consistent pattern in human studies showing that higher fluoride exposure is associated with lower IQ or other cognitive impairments <u>in children</u> across multiple populations

- When focusing on findings from studies with exposures approximating those found in the United States (0.03 to 1.5 ppm in drinking water) effects on cognitive neurodevelopment are inconsistent and unclear

- There is **inadequate** evidence to determine whether fluoride exposure lowers IQ or impairs cognitive function <u>in adults</u>

- The evidence from animal studies is **inadequate** to inform conclusions on cognitive effects

- Mechanisms underlying fluoride-associated cognitive neurodevelopmental effects are not well characterized

Internal deliberative - confidential



# NASEM charge and response – November 2019

## Sept 6, 2019 Draft Monograph

- NTP asked the National Academies of Science, Engineering and Medicine (NASEM) to convene a committee to peer review the monograph

  – The committee evaluated whether the evidence as presented in the monograph supported NTP's conclusions

  – The committee did not conduct a data audit or independent evaluation of the evidence

  – However, they did review key literature to enable its review of the monograph

- Comments centered around systematic review conduct, animal and human literature evaluations (available in response to comments document)

  – Revisions to the monograph have addressed all three areas

  – Today's briefing focuses on responses to human epidemiology section

Internal deliberative - confidential



# NEW – Human literature update

## Human section of Sept 6, 2019 Monograph

- In response to NASEM comments, the NTP

  – Updated literature search on May 1, 2020 and expanded to include two new Chinese databases (8 databases total)

  – Conducted a meta-analysis and dose-response assessment

  – Added new appendix to clarify risk of bias analysis and decisions

  – Assessed and found no evidence of publication bias among high quality studies



Human studies of IQ and other cognitive effects
**n=92**
(previous n=82)

**Adults**
IQ & cognitive effects
**n=9\***
(previous n=9)
→ High quality **n=2** (previous n=2)

**Children**
Other cognitive effects
**n=14\***
(previous n=12)
→ High quality **n=9** (previous n=7)

**Children**
IQ studies
**n=71\***
(previous n=61)
→ High quality **n=19** (previous n=13)

\*Note, some studies addressed more than one outcome, so counts are not mutually exclusive

Internal deliberative - confidential



# NEW – More human studies identified

## Additional human studies support Sept 6, 2019 draft conclusion

- Conclusion based on consistent evidence of an association in children across multiple populations (Canada, Mexico, China, India and Iran)

  – 17 of 19 high quality/low risk of bias studies report association between <u>higher</u> fluoride exposure and lower IQ in children

    • 3 North American prospective cohort studies with repeated maternal urinary fluoride measures and post-natal fluoride intake show relatively large magnitudes of effect (3-5 IQ points per 1 mg/L)

    • 14 cross-sectional studies (11 where exposure preceded outcome), also show consistent association between fluoride exposure and lower IQ

  – 9 high quality studies report some evidence of an association between fluoride exposure and other cognitive impairments in children

- Supported by sensitivity analyses, consistency of effects among low quality studies (41 of 47 reported an association between fluoride exposure and lower IQ)

Internal deliberative - confidential



Internal deliberative - confidential

# NEW – Meta-analysis and dose response

- Two-part meta-analysis

  – Analysis 1: Conduct meta-analysis of studies comparing mean IQ scores between groups of children with different levels of fluoride exposure (e.g., "high" exposure vs "low" exposure)

  – Analysis 2: Conduct meta-analysis using studies with individual level measures of fluoride exposure and IQ

- Dose-response meta-analysis

  – At all exposure levels and <1.5 mg/L, <2 mg/L



# NEW – Analysis 1: Group level meta-analysis

- Two previous meta-analyses (Choi et al. 2012 and Duan et al. 2018) compared mean IQ in groups of children

  - Living in areas with "high" exposure to fluoride vs. living in areas with "low" exposure to fluoride

  - Neither assessed study quality

- Both estimated a pooled standardized mean difference (SMD)

  - Used as a summary statistic used in meta-analysis

  - Ratio of observed difference in means relative to an estimate of the standard deviation of the response

- Analysis 1 also estimated a pooled SMD and 95% confidence intervals

Internal deliberative - confidential





# NEW – Analysis 1: Group level meta-analysis (continued)

## SMD and 95% CIs of child's IQ associated with high exposure to fluoride



| Study | SMD 95% CI | Weight (%) |
|---|---|---|
| Ren 1989 [translated in Ren 2008] | -0.94 [-1.17, -0.72] | 2.46 |
| Chen 1991 [translated in Chen 2008] | -0.26 [-0.41, -0.10] | 2.61 |
| Guo 1991 [translated in Guo 2008a] | -0.44 [-0.80, -0.08] | 2.12 |
| Lin 1991 | -0.17 [-0.35, -0.00] | 2.57 |
| Sun 1991 | -1.02 [-1.22, -0.82] | 2.51 |
| An 1992 | -0.63 [-0.89, -0.37] | 2.39 |
| Li 1994 [translated in Li 2008b] | -0.75 [-1.20, -0.31] | 1.89 |
| Xu 1994 | -0.93 [-1.35, -0.52] | 1.97 |
| Li 1995 | -0.82 [-1.01, -0.63] | 2.54 |
| Wang 1996 [translated in Wang 2008b] | -0.38 [-0.65, -0.10] | 2.35 |
| Yao 1996 | -0.46 [-0.71, -0.20] | 2.39 |
| Zhao 1996 | -0.54 [-0.76, -0.31] | 2.47 |
| Yao 1997 | -0.43 [-0.61, -0.25] | 2.55 |
| Zhang 1998 | -0.17 [-0.56, 0.22] | 2.04 |
| Lu 2000 | -0.62 [-0.98, -0.25] | 2.09 |
| Hong 2001 [translated in Hong 2008] | -0.44 [-0.85, -0.03] | 1.98 |
| Wang 2001 | -0.50 [-1.01, 0.02] | 1.71 |
| Li 2003 [translated in Li 2008c] | -0.10 [-0.25, 0.04] | 2.62 |
| Xiang 2003a | -0.64 [-0.82, -0.46] | 2.58 |
| Wang 2005 | -0.30 [-0.49, -0.11] | 2.55 |
| Seraj 2006 | -0.89 [-1.28, -0.50] | 2.04 |
| Wang 2006b | -0.27 [-0.47, -0.06] | 2.51 |
| Fan 2007 | -0.17 [-0.61, 0.27] | 1.89 |
| Trivedi 2007 | | |

*continued*

| Study | SMD 95% CI | Weight (%) |
|---|---|---|
| Wang 2007 | -0.28 [-0.47, -0.09] | |
| Li 2009 | -0.50 [-1.12, 0.13] | |
| Li 2010 | -0.07 [-0.22, 0.08] | |
| Ding 2011 | -0.04 [-0.45, 0.36] | |
| Eswar 2011 | -0.18 [-0.52, 0.16] | |
| Poureslami 2011 | -0.39 [-0.76, -0.03] | |
| Shivaprakash 2011 | -0.50 [-0.81, -0.18] | |
| Xiang 2011 | -0.60 [-0.81, -0.38] | |
| Seraj 2012 | -0.53 [-0.82, -0.23] | |
| Trivedi 2012 | -0.26 [-0.89, 0.18] | |
| Nagarajappa 2013 | -1.29 [-1.72, -0.86] | |
| Bai 2014 | -0.45 [-0.67, -0.23] | |
| Karimzade 2014 | -1.23 [-1.92, -0.55] | |
| Broadbent 2015 | 0.01 [-0.19, 0.22] | |
| Khan 2015 | -5.34 [-8.34, -4.34] | |
| Sebastian and Sunitha 2015 | -0.45 [-0.69, -0.21] | |
| Zhang 2015b | -0.53 [-0.83, -0.23] | |
| Das and Mondal 2016 | -0.58 [-1.63, 0.51] | |
| Mondal 2016 | -0.58 [-1.22, 0.05] | |
| Bashash 2017 | 0.13 [-0.16, 0.42] | |
| Yu 2018 | -0.08 [-0.15, -0.01] | |
| Cui 2020 | -0.18 [-0.52, 0.16] | |
| **Overall** | **-0.50 [-0.61, -0.39]** | |

Internal deliberative - confidential



# NEW – Analysis 1: Group level meta-analysis (continued)

**Multiple subgroup analyses support a consistent negative effect of fluoride exposure on children's IQ**

- High vs. low quality studies

- Removing outlier

- Any exposure group vs. reference group

- Also by gender, age, country, exposure type, and outcome assessment type

| Pooled SMD estimates and 95% CIs of child's IQ associated with high exposure to fluoride | | |
|---|---|---|
| Analysis | Number of Studies | SMD (95% CI) |
| **Choi et al. 2012** | 27 | -0.45 (-0.56, -0.34) |
| **Duan et al. 2018** | 26 | -0.52 (-0.62, -0.42) |
| **NTP 2020** | 46 | -0.50 (-0.61, -0.39) |
| High quality | 8 | -0.31 (-0.52, -0.10) |
| Low quality | 37 | -0.56 (-0.68, -0.43) |
| Without Khan 2015 | 45 | -0.47 (-0.57, -0.37) |
| Any exposure group vs reference group | 46 | -0.46 (-0.58, -0.35) |

Internal deliberative - confidential



# NEW – Analysis 2: Individual-level meta-analysis

- Individual level exposure meta-analysis included studies with individual-level exposures

  – Urine, water, estimated fluoride intake

  – Reported effect estimates as beta coefficients with 95% CI or standard error

- All studies included in this meta-analysis were considered high quality

- Confounder adjusted effect estimates were used

- Developed an overall pooled effect estimate for every 1-mg/L (equivalent to 1 ppm) unit increase in exposure

Internal deliberative - confidential

# NEW – Analysis 2: Individual-level meta-analysis

- Analysis shows exposure to fluoride was associated with lower IQ in studies that report individual-level associations

- For every 1 mg/L increase in urinary fluoride exposure there is a significant decrease in IQ of 1.40 points (95% CI: -2.33, -0.47)

Subgroup analyses by measure of IQ and exposure type also support effect of fluoride exposure

| Pooled effect estimates 95% CIs for child's IQ and individual-level exposure to fluoride | | |
|---|---|---|
| Analysis | Number of Studies | Beta coefficient (95% CI) |
| **Overall effect (urinary F)** | | |
| Full-scale IQ | 6 | -1.40 (-2.33, -0.47) |
| Verbal IQ | 6 | -1.36 (-2.28, -0.45) |
| Performance IQ | 6 | -1.33 (-2.25, -0.42) |
| **Exposure type** | | |
| Fluoride Intake | 2 | -3.31 (-6.12, -0.50) |
| Water fluoride | 2 | -4.77 (-9.10, -0.45) |

Internal deliberative - confidential



# NEW – Dose response assessment

- Studies with fluoride levels in either drinking water or urinary fluoride levels showed a significant decrease in mean children's IQ with exposure

- Findings from studies of exposures <1.5 mg/L for water and urinary fluoride were not significant**

- However, exposure <2 mg/L was negative and statistically significant for water (but not significant for urine)

| Dose-response meta-analysis for children's IQ scores and exposures to water and urinary fluoride | | |
|---|---|---|
| **Analysis** | **Number of Obvs\*** | **Linear model SMD (95% CI)** |
| **Water fluoride** | | |
| All data | 49 | -0.14 (-0.19, -0.08)** |
| <1.5 mg/L | 12 | 0.32 (-0.57, 1.20) |
| <2 mg/L | 17 | -0.27 (-0.36, -0.17)** |
| **Urinary fluoride** | | |
| All data | 22 | -0.18 (-0.31, -0.05)** |
| <1.5 mg/L | 7 | -0.13 (-0.29, 0.03) |
| <2 mg/L | 11 | -0.09 (-0.22, 0.03) |

\*Observations are from studies comparing groups of children with different levels of exposure
\*\*Statistically significant at p<0.05

Internal deliberative - confidential



# NEW – Meta-analysis

## New analyses support draft conclusions of "presumed"

- Demonstrate consistent and robust results that fluoride exposure is associated with lower IQ across study populations that differ by study location and level of exposure

- Based on our meta-analysis of n=6 high quality studies with individual level measures, the magnitude of the effect is small but statistically significant

  – Decrease in IQ of 1.40 points (95% CI: -2.33, -0.47) per 1 mg/L increase in urinary fluoride exposure

- Dose response assessment confirms that findings from studies with exposures found in drinking water in the United States (0.7 mg/L for optimally fluoridated water systems), effects on cognitive neurodevelopment are inconsistent and unclear

  – However, there are statistically significant negative effects at <2 mg/L in water

  – More high-quality studies at lower exposure levels are needed

Internal deliberative - confidential



# NTP UPDATE – Draft hazard conclusions

- This review only addresses whether exposure to fluoride could present a potential hazard (i.e., potential to cause harm at any exposure level)

  – Benefits with respect to oral health are not addressed

- When focusing on findings from studies with exposures in ranges typically found in the United States (0.7 mg/L for optimally fluoridated water systems), that can be evaluated for dose response, effects on cognitive neurodevelopment are inconsistent and therefore unclear

- When considering all the evidence, including studies with exposures to fluoride levels >1.5 mg/L in water, NTP concludes that fluoride is **presumed** to be a cognitive neurodevelopmental hazard to humans

  – Based on a pattern of consistent and robust evidence of an association between higher fluoride exposure in children across multiple populations (Canada, Mexico, China, India and Iran)

  – Supported by new meta-analysis and dose-response assessment

Internal deliberative - confidential





# NTP UPDATE – Draft hazard conclusions (continued)

- There is **inadequate** evidence to determine whether fluoride exposure lowers IQ or impairs cognitive function in <u>adults</u>

- The evidence from animal studies is **inadequate** to inform conclusions on cognitive effects

- Mechanisms underlying fluoride-associated cognitive neurodevelopmental effects are not well characterized

Internal deliberative - confidential

# Overall Summary

Internal deliberative - confidential

- NTP appreciated the NASEM comments

- In response, extensive revisions have been made to the monograph

- This has strengthened the monograph and reconfirmed the draft hazard conclusions reached in the September 6, 2019 version



Internal deliberative - confidential

# Communication Plan

- Briefings on revised NTP monograph – Aug 2020
  - NIH/Office of Director
  - NIH/National Institute for Dental and Craniofacial Research
  - NTP partners (FDA, NIOSH)
  - CDC Division of Oral Health

- Sent draft of monograph to federal technical review group- Aug 2020

- Briefings on revised NTP monograph – Sept 2020
  - OASH and OSG – Sept 18
  - NTP Executive Committee – Sept 22

# Communication Plan

- Send revised NTP monograph and response to peer-review comments to NASEM – Sept 16; public release ~Sept 22

- NASEM peer review of revised NTP monograph

  – Website: https://www.nationalacademies.org/our-work/review-of-the-revised-ntp-monograph-on-fluoride-exposure-and-neurodevelopmental-and-cognitive-health-effects

  – Meetings
    • Oct 19, 2020 – open session: 1-2:30 pm, public comment opportunity
    • Nov 9, 2020 – closed meeting

- NASEM peer-review report and committee briefing to NTP – Jan 2021

- Briefing of OASH and OSG – Jan/Feb 2021

- For awareness, ongoing EPA litigation, DOJ inquiries about timing of report

Internal deliberative - confidential



# Communication Plan

## Response statement for media inquiries during 2nd NASEM peer-review

The NTP conducted a systematic review of more than 500 studies and produced a report titled "Fluoride Exposure and Cognitive Neurodevelopment Health Effects."

Because there is tremendous public interest in fluoride's benefits and potential risks, in November 2019, the NTP asked NASEM to conduct a rigorous scientific evaluation of the draft report and conclusions. The Academies' review offered insightful and helpful suggestions for strengthening NTP's report.

The NTP enhanced its report by adding the details recommended by NASEM for clarifying NTP's analysis and resulting conclusions. The NTP concluded that exposure to fluoride is "presumed" to be a cognitive neurodevelopmental hazard for children. This was based on evidence that exposures to high levels of fluoride, e.g. greater than 1.5 ppm in drinking water, are associated with lower IQ in children.

# Exhibit B



**DRAFT NTP MONOGRAPH ON THE**

# SYSTEMATIC REVIEW OF FLUORIDE EXPOSURE AND NEURODEVELOPMENTAL AND COGNITIVE HEALTH EFFECTS*

Revised September 16, 2020

*The September 6, 2019 draft monograph was peer reviewed by a committee convened by the National Academy of Sciences, Engineering, and Medicine (NASEM). This current draft incorporates changes in response to that review and is being submitted to the same NASEM committee for an additional round of peer review.

Office of Health Assessment and Translation
Division of the National Toxicology Program
National Institute of Environmental Health Sciences
National Institutes of Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

NOTICE:
*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review under the applicable information quality guidelines. It has not been formally disseminated by NTP. It does not represent and should not be construed to represent any NTP determination or policy.*

*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review and does not represent and should not be construed to represent any NTP determination or policy.*

## ABSTRACT

**Background:** The overall objective of this evaluation was to undertake a systematic review of published literature to reach conclusions concerning the potential for exposure to fluoride to affect neurodevelopment and cognition. The review only addresses whether exposure to fluoride could present a potential hazard (i.e., has the potential to cause harm, at any exposure level, including exposures that are higher than those typically encountered from consuming fluoridated drinking water in the United States). Benefits of fluoride with respect to oral health are not addressed in this monograph.

Previous reviews of epidemiological studies, including a 2006 evaluation by the National Research Council (NRC), found support for an association between consumption of high levels of naturally occurring fluoride in drinking water and adverse neurological effects in humans and recommended further investigation (NRC 2006). Most of the evidence reviewed was from dental and skeletal fluorosis-endemic regions that have higher levels of naturally occurring fluoride than the fluoride concentrations historically added to water in community water fluoridation programs (0.8–1.2 mg/L). For community water systems that add fluoride, the Public Health Service now recommends a fluoride concentration of 0.7 mg/L.

NTP previously published a systematic review of the evidence from experimental animal studies of the effects of fluoride on learning and memory (NTP 2016). The systematic review found a low-to-moderate level of evidence that learning and memory deficits occur in non-human mammals exposed to fluoride. Studies in animals generally used fluoride drinking water concentrations that far exceeded the levels used in water fluoridation, and the lack of studies at lower fluoride concentrations was identified as a data gap. The evidence for effects on learning and memory was strongest (moderate) in animals exposed as adults, and evidence was weaker (low) in animals exposed during development. Since the publication of the NTP (2016) systematic review of the animal evidence, additional animal studies have been published, many examining the effects of perinatal exposures. In addition, the number of studies examining cognitive and neurobehavioral effects of fluoride in humans has grown considerably since the NRC (2006) review, including several recent prospective cohort studies evaluating prenatal fluoride exposures.

**Objective:** To conduct a systematic review of the human, experimental animal [extending (NTP 2016) report], and mechanistic literature to evaluate the evidence and develop hazard conclusions about whether fluoride exposure is associated with neurodevelopmental and cognitive effects.

**Method:** A systematic review protocol was developed and utilized following the Office of Health Assessment and Translation (OHAT) approach for conducting literature-based health assessments.

**Results:** The literature search and screening process identified 159 published human studies, 339 published experimental animal studies, and 60 in vitro/mechanistic studies relevant to the objective. Ninety-two of the 159 human studies evaluated the association between fluoride exposure and neurodevelopmental or cognitive effects, and the remaining human studies evaluated thyroid effects or other potential mechanistic data. The majority of the experimental animal studies were mechanistic studies, which were not assessed in the NTP (2016) report. Since the NTP (2016) systematic review (through April 2019), 35 experimental animal studies evaluating effects on learning and memory and/or motor activity and sensory effects of fluoride were identified.

*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review and does not represent and should not be construed to represent any NTP determination or policy.*

Supported by a meta-analysis, the human body of evidence provides a consistent and robust pattern of findings that higher fluoride exposure (e.g., >1.5 mg/L in drinking water) is associated with adverse effects on neurocognitive development, including lower intelligence quotient (IQ) in children. There is a moderate level of evidence from cognitive neurodevelopmental studies in children based on five prospective cohort studies and 14 cross-sectional studies where exposure was identified as occurring prior to outcome. The evidence for cognitive effects in adults is limited, coming from two cross-sectional studies, and is inadequate to evaluate whether fluoride exposure in adults is associated with cognitive effects. The assessment of the new animal data focuses on evaluating a deficiency identified during the prior NTP (2016) review concerning the difficulty in distinguishing potential effects of fluoride on motor and sensory functions from effects specifically on learning and memory functions. Further examination of the animal data, including studies carried out at the NTP, has not resolved this issue. Because of this and other deficiencies related to overall study quality, the animal body of evidence is now considered inadequate to inform conclusions on whether fluoride exposure is associated with cognitive effects (including cognitive neurodevelopmental effects) in humans. While the animal data provide evidence of effects of fluoride on neurodevelopment, the human evidence base is primarily focused on cognitive neurodevelopmental effects, and these human data are the primary basis of conclusions.

**Conclusions:** Because the majority of available studies evaluated cognitive neurodevelopmental effects in children, the focus of the hazard conclusions is on cognitive neurodevelopmental effects, primarily IQ. When focusing on findings from studies with exposures in ranges typically found in drinking water in the United States (0.7 mg/L for optimally fluoridated community water systems)[2] that can be evaluated for dose response, effects on cognitive neurodevelopment are inconsistent, and therefore unclear. However, when considering all the evidence, including studies with exposures to fluoride levels higher than 1.5 mg/L in water, NTP concludes that fluoride is *presumed to be a cognitive neurodevelopmental hazard to humans.* This conclusion is based on a moderate level of evidence that shows a consistent and robust pattern of findings in human studies across several different populations demonstrating that higher fluoride exposure (e.g., >1.5 mg/L in drinking water) is associated with lower IQ and other cognitive effects in children. Limited and weaker evidence is considered to provide an inadequate level of evidence that fluoride is associated with cognitive effects in adults. The evidence from animal studies is inadequate to inform conclusions on cognitive effects, and the mechanisms underlying fluoride-associated cognitive neurodevelopmental effects are not well characterized.

---

[2]As of April 2020, 1.08% of persons living in the United States (~ 3.5 million people) were served by community water systems (CWS) containing ≥ 1.1 mg/L naturally occurring fluoride. CWS supplying water with ≥ 1.5 mg/L naturally occurring fluoride served 0.59% of the U.S. population (~ 1.9 million people), and systems supplying water with ≥ 2 mg/L naturally occurring fluoride served 0.31% of the U.S. population (~1 million people) (https://www.cdc.gov/fluoridation/data-tools/reporting-system.html).

*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review and does not represent and should not be construed to represent any NTP determination or policy.*

even before limiting the review of the data to lower risk-of-bias studies. These data are insufficient to increase confidence or support a change to hazard conclusions.

*Thyroid*

Seventeen studies were identified that evaluated potential effects of fluoride on the thyroid with concentrations at or below 20 ppm (see **Figure 9**). These animal thyroid data are not further described because this endpoint has been directly evaluated in a number of human studies that have failed to identify consistent evidence to suggest that thyroid effects are a requisite mechanism by which fluoride causes neurodevelopmental or cognitive effects in humans.

**Figure 10. Number of Lower Risk-of-bias Animal Studies that Evaluated Biochemical, Neurotransmission, and Oxidative Stress Effects at or Below 20 ppm by Mechanism Subcategory and Direction of Effect\***

| Mechanism | Mechanism Subcategory | Direction of Effect | | | Grand Total |
|---|---|---|---|---|---|
| | | ↑ | ↓ | NS | |
| Biochemistry (brain/neurons) | Carbohydrate/lipid-related | | 1 | 1 | 2 |
| | Gene expression | | 1 | | 1 |
| | Protein levels associated with brain function | 8 | 7 | 7 | 11 |
| | Other biochemical | 2 | | | 2 |
| Neurotransmitters | Cholinesterase | 2 | 7 | 3 | 11 |
| | Dopamine and metabolites | | 1 | | 1 |
| | Other neurotransmitters | 2 | 2 | 1 | 2 |
| Oxidative stress | Antioxidant activity | 1 | 10 | 4 | 12 |
| | Lipid peroxidation byproduct | 7 | | 4 | 11 |
| | Protein oxidation | 2 | | 1 | 2 |
| | ROS | 2 | | 2 | 4 |

\*Interactive figure and additional study details in Tableau® (https://public.tableau.com/profile/ntp.visuals#!/vizhome/Fluoride_Animal_SelectMechanisms_UPDATE/Figure9). This figure displays study counts for lower risk-of-bias studies, as these counts are most relevant to the text in this section. Counts for higher risk-of bias studies or all studies combined can be accessed in the interactive figure in Tableau®. Study counts are tabulated by significance—statistically significant increase (↑), statistically significant decrease (↓), or not significant (NS). For example, the "↑" column displays numbers of unique studies with at least one endpoint in the mechanistic subcategory with significantly increasing results at fluoride exposure levels of ≤20 ppm. These columns are not mutually exclusive (i.e., a study may report on multiple endpoints with varying results within a single mechanistic subcategory and therefore may be reflected in the counts for the "↑", "↓", and NS columns, but would only be counted once in the Grand Total column). Endpoints, species, strain, sex, and exposure duration are available for each study in the interactive figure in Tableau®.

### *In Vitro/Mechanistic Data on Neurodevelopmental or Cognitive Effects*

Although in vitro data were collected as part of the systematic review process, NTP determined that the information on neurological effects obtained from these studies is too general, and results cannot necessarily be attributed to effects on learning and memory or other cognitive functions at this time. The in vitro data may help support specific mechanisms identified from in vivo mechanistic data; however, as described above, no specific mechanism has been determined for fluoride effects on learning and memory or other neurodevelopmental or cognitive outcomes.

### *Evidence Synthesis for Neurodevelopmental or Cognitive Effects*

There is consistent evidence that exposure to fluoride is associated with cognitive neurodevelopmental effects in children. There is <u>moderate confidence</u> in the human data in children from 5 well-conducted

*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review and does not represent and should not be construed to represent any NTP determination or policy.*

prospective studies, supported by 14 cross-sectional studies where exposure was identified as likely occurring prior to outcome. The human body of evidence in adults is considered inadequate to evaluate whether fluoride exposure is associated with cognitive effects due to <u>low confidence</u> in the human data in adults, a limited number of studies, and a lack of evidence of an effect (i.e., there is not sufficient evidence of an effect, but the confidence in the data is not high enough to conclude that there is no effect). The animal data are inadequate to evaluate for learning and memory effects primarily due to the uncertainty in distinguishing effects on cognitive outcomes from secondary effects on the nervous system or general health including motor activity issues; however, these data do provide evidence of other neurodevelopmental effects. There is also evidence from mechanistic studies of adverse neurological effects of fluoride in humans and animals of unknown relationship to cognition.

The initial moderate confidence is based on 19 studies where exposure occurred prior to outcome and that evaluated individual-based outcomes and used a comparison group. Factors considered for upgrading or downgrading the confidence are as follows:

- **Risk of bias**: Only studies that were considered to have lower risk of bias were included in the moderate confidence rating; therefore, there is no downgrade for risk-of-bias concerns.

- **Unexplained inconsistencies:** The data are relatively consistent and there was no downgrade for this factor. In terms of IQ data, 17 studies observed significant effects associated with fluoride, and 2 studies found no significant association but neither of these studies adjusted for confounders. Consistency among neurodevelopmental effects other than IQ was also considered; however, the conclusions are based on the IQ data so these other neurodevelopmental effects would not impact a potential adjustment in confidence. Studies measuring neurodevelopmental effects other than IQ did not show consistent effects. It is not known whether fluoride exposure would be expected to be associated with neurodevelopmental outcomes in addition to IQ or other cognitive measures.

- **Indirectness:** IQ in humans is a direct measure of effect and therefore no adjustment in confidence is warranted.

- **Imprecision:** The meta-analysis indicates that there was no reason to downgrade due to imprecision.

- **Publication bias:** While the meta-analysis that estimated the pooled SMD among 46 included studies (both higher and lower risk-of-bias) indicated that there was potential for publication bias, a subgroup analysis indicated that there was no publication bias among the lower risk-of-bias studies (see **Figure A5-8**). Among the higher risk-of-bias studies, the trim-and-fill analysis estimated that, in the absence of publication bias, the negative direction of effect and statistical significance remained (**Figure A5-9**). For the meta-analysis that calculated a pooled effect estimate among the studies with individual-level measures, the funnel plot indicated publication bias; however, the trim-and-fill analysis estimated that once adjusted for publication bias, the negative direction of effect remained (**Appendix 5**, **Figure A5-16** and **Figure A5-18**). Therefore, no downgrade was applied for publication bias.

- **Large magnitude of effect:** While some individual studies indicate a large magnitude of effect, the overall pooled effect estimate from the meta-analysis of studies with individual-level

*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review and does not represent and should not be construed to represent any NTP determination or policy.*

measures does not demonstrate a large magnitude of effect (**Appendix 5**). Therefore, the overall data would not support an upgrade due to a large magnitude of effect.

- **Dose-response:** Linear dose-response models provide the best fit to the data in studies examining individual-level measures of fluoride exposure and IQ. A meta-analysis of studies that compared mean IQ scores between groups of children with different levels of fluoride exposure showed a significantly lower mean SMD at higher concentrations of fluoride (>1.5 mg/L) from water (SMD −0.14; 95% CI: −0.19, −0.08; n = 31 studies) and urine (SMD −0.18; 95% CI: −0.31, −0.05; n = 22 studies) (**Appendix 5**); however, the dose-response relationship at fluoride concentrations below 1.5 mg/L fluoride in urine or drinking water is less certain. The overall dose-response could be used to upgrade the confidence in the body of evidence.

- **Residual confounding:** Xiang *et al.* (2003a), Xiang *et al.* (2011), and Wang *et al.* (2012) studied the same population where arsenic occurred in the area with low fluoride, but did not occur in the area with high fluoride. This would have biased the results toward the null, but there was a significantly lower IQ scores in the area with high fluoride. The remaining studies do not provide enough information to consider residual confounding as an impactful factor for the body of evidence. Therefore, the overall data would not support an upgrade due to residual confounding.

- **Consistency:** There is consistent evidence across study populations and study designs that fluoride is associated with lower IQ scores at higher concentrations of fluoride. There is uncertainty and less of a consistent pattern at concentrations below 1.5 mg/L. There is also a lack of consistency observed with and among other types of neurodevelopmental effects. The consistency in the overall results of the data set could increase the confidence.

**Summary judgement on potential upgrades or downgrades in the confidence:** Although the OHAT approach for evidence integration allows for the initial confidence in the body of evidence to be increased based on consistency or dose response, the NTP judgement is that the magnitude of effect and the overall strength and quality of the human literature base provides a moderate confidence in the body of evidence that fluoride causes cognitive neurodevelopmental effects in children.

The moderate confidence in the body of evidence in children translates to a moderate level of evidence that fluoride is associated with lower IQ and other cognitive neurodevelopmental effects in children.

The limited and weaker evidence of cognitive effects in adults is considered to provide an inadequate level of evidence that fluoride is associated with cognitive effects in adults. The animal body of evidence is also considered to provide an inadequate level of evidence for cognitive effects in adults.

Integration of these level-of-evidence conclusions supports an initial hazard conclusion of *presumed to be a cognitive neurodevelopmental hazard to humans* because of the extent and consistency of effect in the available data in children. Because most of the available studies evaluated intelligence in children, the primary focus in human data was on IQ and other cognitive neurodevelopmental effects, which is the primary basis for the hazard conclusion. A separate conclusion on other neurodevelopmental effects was not reached based on limited information in humans.

The moderate level of evidence in the human data in children supports a hazard conclusion of *presumed* instead of *suspected* due to the relatively large and consistent body of evidence, especially in relation to measures of IQ (17 of 19 lower risk-of-bias studies that assessed IQ reported an association between

*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review and does not represent and should not be construed to represent any NTP determination or policy.*

higher fluoride and lower IQ scores) across multiple populations. A conclusion of *presumed* is supported by a statistically significant effect observed in the meta-analysis. Furthermore, the *presumed* hazard conclusion is supported by the low expectation that new studies would decrease the hazard conclusion.

**Effects in children**

- **Human body of evidence:** Moderate Confidence = Moderate Level of Evidence

- **Animal body of evidence:** Overall poor quality of studies and few studies that specifically assess effects on learning and memory after exposure during developmental periods separately from other neurological effects including motor activity = Inadequate Level of Evidence

- **Initial hazard conclusion (Moderate Human x Inadequate Animal)** = Presumed to be a Cognitive Neurodevelopmental Hazard to Humans

- **Final hazard conclusion (after consideration of biological plausibility)** = Presumed to be a Cognitive Neurodevelopmental Hazard to Humans

**Effects in adults**

- **Human body of evidence:** Low Confidence with no discernible effect = Inadequate Level of Evidence

- **Animal body of evidence:** Overall poor quality of studies and few studies that specifically assess effects on learning and memory after exposure in adulthood separately from other neurological effects including motor activity = Inadequate Level of Evidence

- **Initial hazard conclusion (Inadequate Human x Inadequate Animal)** = Not classifiable

- **Final hazard conclusion (after consideration of biological plausibility)** = Not classifiable

# Exhibit C

**From:** Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>
**Sent:** Tuesday, January 4, 2022 10:59 AM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>
**Subject:** Fluoride Status Report - NTP Update

[CAUTION]: External Email

Hi Michael,

As a follow up to our conversation yesterday, we've heard from the lawyer for the NTP. Below is the status she's provided.

- **Status regarding publication of the NTP Monograph** – The NTP Monograph will be published as a state of the science document that does not reach hazard conclusions. A draft document was completed and sent to 5 external peer-reviewers in early November of 2021. We expect the peer review comments early in 2022 and will consider these comments in the final publication of the monograph. We have received one review and expect the other 4 in the coming weeks. Pending general reviewer agreement with our document, we anticipate public availability of a revised final state of the science report by the end of March.

- **Meta-analysis** – The meta-analysis is now a separate, standalone document under consideration as a journal publication. We anticipate resubmission by the middle of February. After that, we have no way to predict how long the journal peer review step will take.

Could you draft for our review a joint status report? EPA will probably want to include confirmation that the Spanish cohort study has been published, we can add that during our review.

Thanks,

_____
DEBRA J. CARFORA, Senior Trial Counsel
Environmental Defense Section | Environment and Natural Resources Division | U.S. Department of Justice
Phone | office 202.514.2640 | cell 202.598.3835 | fax 202.514.8865
4 Constitution Square, 150 M Street NE, Room 4.1128, Washington DC 20002

This electronic message contains information from WATERS & KRAUS, LLP that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.

Malicious phishing attempts continue to increase. Please be aware that scammers target firms by spoofing email domains and other sophisticated tactics. Our banking information rarely changes. If you receive a request to change wiring information associated with our firm, we request that you independently verify by calling a known contact within our firm or independently emailing a member of our firm before taking any action. Thank you

# Exhibit D

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                      AT SAN FRANCISCO

 3    _____

 4    FOOD & WATER WATCH, et al.,    |
                                     |
 5                 Plaintiffs,       |  CIVIL ACTION
                                     |
 6            vs.                    |  FILE NO.
                                     |
 7    U.S. ENVIRONMENTAL PROTECTION  |  17-cv-2162-EMC
      AGENCY, et al.,                |
 8                                   |  ┌─────────────────┐
                 Defendants.         |  │    ORIGINAL     │
 9    _____|__└─────────────────┘

10


11            VIDEOTAPE RULE 30(b)(6)DEPOSITION OF
          CENTERS FOR DISEASE CONTROL & PREVENTION
12                         THROUGH
                       CASEY HANNAN
13


14              Tuesday, November 6, 2018

15                    10:15 a.m.

16
                    1600 Clifton Road
17               Building 21, Suite 10000
                    Atlanta, Georgia
18

19             Linda C. Ruggeri, CCR-A-261

20

21

22

23

24

25
```

```
 1              MR. CONNETT:  Good morning.  Michael
 2       Connett on behalf of the plaintiffs.
 3              MR. DO:  John Thomas Do with the
 4       Department of Justice for defendants.
 5              MS. STETTNER:  Joanna Stettner, attorney
 6       for Health & Human Services, CDC.
 7                      CASEY HANNAN,
 8   having been first duly sworn, was examined and
 9   testified as follows:
10                      EXAMINATION
11   BY MR. CONNETT:
12       Q.     Good morning.
13       A.     Good morning.
14       Q.     Can you please state your name for the
15   record.
16       A.     Casey Hannan.
17       Q.     And that's H-a-n-n-a-n?
18       A.     Correct.
19       Q.     Have you ever had a deposition taken
20   before?
21       A.     No.
22       Q.     Now, we're here today at the CDC's Office
23   of General Counsel's Office, but do you understand
24   that you have the same obligation to tell the truth
25   today just as if you were testifying in a courtroom
```

1    basically.  It's oversight of all the units within the

2    division, you know, the branches, if you will.

3    There's a program branch.  There's a surveillance,

4    investigations, and research branch.  There's a

5    science and evaluation team.  There's a policy and

6    communications team.  And our mission is to through

7    population-based approaches prevent the burden of oral

8    disease to improve people's quality of life and

9    physical health.

10        **Q.    And so what are some of the tasks that go**

11   **along with fulfilling your responsibilities as acting**

12   **director?**

13        A.    Tasks.  Well, a big part of what I do is

14   in reviewing and clearing documents.  So if it's a

15   scientific document, I'm part of a clearance chain

16   that ensures that the document has been prepared in a

17   way consistent with high scientific standards of the

18   agency, programmatic documents that reflect guidance

19   to funded and unfunded constituencies, reviewing

20   policy and communications materials that might be

21   prepared for places like one-page information sheets,

22   for our web content.  So that's a big portion.

23        Another task is representing the division

24   with external partners.  That could be other federal

25   partners such as HRSA or NIH.  It could be with

```
1    national partners such as the Association of State and

2    Territorial Dental Directors.  It could be National

3    Association of Chronic Disease Directors.  So

4    interfacing with partners to coordinate and synergize

5    efforts basically to hopefully leverage our resources

6    and theirs in ways that have more beneficial outcomes

7    on oral disease burden.

8         Q.    And you mentioned some partners.  Would

9    the American Dental Association be a partner?

10        A.    Yes.

11        Q.    And would the Campaign for Dental Health

12   be a partner?

13        A.    I'm trying to remember.  Campaign for

14   Dental Health, I believe so.  Is that the one under

15   the American Association -- the AAP?

16        Q.    I think so.  I'm not sure.

17        A.    I believe so, but I'm not certain.

18        Q.    It's the website that's I Like Teeth,

19   ilikemyteeth.org, I think.

20        A.    The same answer.  I'm not certain.

21        Q.    Okay.  So what about American Fluoridation

22   Society, is that a partner of the CDC's Oral Health

23   Division?

24        A.    I'm not aware that it is.

25        Q.    Okay.  And in terms of your work's
```

1    interfacing with the American Dental Association, part

2    of that would be about working together to promote

3    community water fluoridation, correct?

4         A.    Yes.

5         Q.    Okay.  And CDC has taken an active role in

6    promoting water fluoridation, correct?

7         A.    Yes.

8         Q.    Okay.  So you're still the acting

9    director, correct?

10        A.    Correct.

11        Q.    What is there -- I mean, are you -- are

12   you going to be the director or what's the process of

13   going from acting director to director?

14        A.    What's the process from going to acting --

15   at this point I wouldn't be eligible to apply.

16        Q.    Okay.  We don't need to go into that.  So

17   now let's talk now about what you did to prepare for

18   today's deposition.  And, first, do you understand

19   that you are appearing today as a representative of

20   the CDC?

21        A.    I do.

22        Q.    And do you have an understanding as to

23   what this case is about?

24        A.    I do.

25        Q.    What is your understanding?

# Exhibit E

| | |
|---|---|
| **From:** | Iafolla, Timothy (NIH/NIDCR) [E] |
| **Sent:** | Tue, 20 Oct 2020 15:41:08 +0000 |
| **To:** | Horsford, Jonathan (NIH/NIDCR) [E];D'Souza, Rena (NIH/NIDCR) [E] |
| **Cc:** | Stredrick, Denise (NIH/NIDCR) [E];Meister, Alissa (NIH/NIDCR) [E] |
| **Subject:** | RE: National Toxicology Program's Draft Fluoride Report 2020: Poor Quality and |
| **Appearance of Bias** | |
| **Attachments:** | NTP Meta-analysis.pptx, NASEM Meeting summary 10-19-2020.docx |

Dr. D'Souza,

Welcome to NIDCR, and I look forward to meeting you as well.

I have attached a summary of yesterday's public session of the NASEM review meeting, plus a couple of the summary slides from the new meta-analysis (individual studies and subgroup analyses). I would be happy to meet with you to discuss the NTP monograph and review process, and the potential impact of its conclusions on the messaging around community water fluoridation.

Thanks,
Tim


*********************
Timothy J. Iafolla, DMD, MPH
Chief, Program Analysis and Reports Branch
Office of Science Policy and Analysis
National Institute of Dental and Craniofacial Research
National Institutes of Health
Office: 301-496-3169
Cell: (b)(6)
*Email:* *timothy.iafolla@nih.gov*



# Exhibit F

| | |
|---|---|
| **From:** | Flowers, Christine B (NIH/NIEHS) [E] |
| **Sent:** | Wednesday, February 3, 2021 9:51 AM |
| **To:** | Wolfe, Mary (NIH/NIEHS) [E]; Berridge, Brian (NIH/NIEHS) [E] |
| **Cc:** | Bucher, John (NIH/NIEHS) [E]; Taylor, Kyla (NIH/NIEHS) [E]; Rooney, Andrew (NIH/NIEHS) [E] |
| **Subject:** | RE: Response to NASEM review of NTP Fluoride Monograph – working document - DRAFT |

Then go with "may be…"

**Christine Bruske Flowers**
Director, Office of Communications and Public Liaison
National Institute of Environmental Health Sciences
National Institutes of Health
U.S. Department of Health and Human Services
919-260-9651

---

**From:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>
**Sent:** Wednesday, February 3, 2021 9:42 AM
**To:** Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>; Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>
**Cc:** Bucher, John (NIH/NIEHS) [E] <bucher@niehs.nih.gov>; Taylor, Kyla (NIH/NIEHS) [E] <kyla.taylor@nih.gov>; Rooney, Andrew (NIH/NIEHS) [E] <andrew.rooney@nih.gov>
**Subject:** Re: Response to NASEM review of NTP Fluoride Monograph – working document - DRAFT

Redacted by agreement

---

**From:** Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Sent:** Wednesday, February 3, 2021 9:21 AM
**To:** Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>
**Cc:** Bucher, John (NIH/NIEHS) [E] <bucher@niehs.nih.gov>; Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>; Taylor, Kyla (NIH/NIEHS) [E] <kyla.taylor@nih.gov>; Rooney, Andrew (NIH/NIEHS) [E] <andrew.rooney@nih.gov>
**Subject:** RE: Response to NASEM review of NTP Fluoride Monograph – working document - DRAFT

I'm sorry for my delayed response, but I was tied up yesterday with the Vaccine Confidence Campaign.

Brian – to a public and non-NTP audience, Redacted by agreement

Redacted by agreement

Redacted by agreement

Further, in all of our back-and-forth with NIH, NIDCR, and HHS, this is the language they went back to over and over

1

<mark>again as what needed to be included in a public statement regarding this report.</mark> | Redacted by agreement |

| Redacted by agreement |
| Redacted by agreement |

For this sentence…

| Redacted by agreement |

Perhaps an alternative could be…

| Redacted by agreement |

**Christine Bruske Flowers**
Director, Office of Communications and Public Liaison
National Institute of Environmental Health Sciences
National Institutes of Health
U.S. Department of Health and Human Services
919-260-9651

**From:** Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>
**Sent:** Monday, February 1, 2021 5:18 PM
**To:** Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Cc:** Bucher, John (NIH/NIEHS) [E] <bucher@niehs.nih.gov>; Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>; Taylor, Kyla (NIH/NIEHS) [E] <kyla.taylor@nih.gov>; Rooney, Andrew (NIH/NIEHS) [E] <andrew.rooney@nih.gov>
**Subject:** Re: Response to NASEM review of NTP Fluoride Monograph – working document - DRAFT

I hear you and I expect that | Redacted by agreement |
| Redacted by agreement |
| Redacted by agreement | For this statement, we should aim for a simple recitation of our original | Redacted by agreement |
| Redacted by agreement | followed by the final outcome of the peer review- can't
support our assessment. It doesn't matter how the original conclusion was qualified since it wasn't supported. We're
perpetuating a confusing argument if we do that.

As written, they are all true statements.

Brian R. Berridge, DVM, PhD, DACVP
Scientific Director, Division of NTP
Associate Director, National Toxicology Program
NIEHS
Office- 984-287-3111
Mobile- Personal Info
brian.berridge@nih.gov

For immediate assistance or scheduling, contact Lisa Wolf (lisa.wolf@nih.gov) or Beth Perry (beth.perry2@nih.gov ).

**From:** "Flowers, Christine B (NIH/NIEHS) [E]" <bruskec@niehs.nih.gov>
**Date:** Monday, February 1, 2021 at 5:01 PM

2

# Exhibit G

| | |
|---|---|
| **From:** | Iafolla, Timothy (NIH/NIDCR) [E] |
| **Sent:** | Mon, 8 Feb 2021 19:02:40 +0000 |
| **To:** | Horsford, Jonathan (NIH/NIDCR) [E] |
| **Subject:** | RE: NTP F update |

Wow—this is huge.  I wish I'd been a fly on the wall for this discussion, but it's a game changer for the response to the report.

Tim

**From:** Horsford, Jonathan (NIH/NIDCR) [E] <horsforj@nidcr.nih.gov>
**Sent:** Monday, February 8, 2021 1:47 PM
**To:** D'Souza, Rena (NIH/NIDCR) [E] <rena.d'souza@nih.gov>
**Cc:** Ventura, Jeff (NIH/NIDCR) [E] <jeff.ventura@nih.gov>; Stredrick, Denise (NIH/NIDCR) [E] <stredrid@mail.nih.gov>; Shum, Lillian (NIH/NIDCR) [E] <shuml@nidcr.nih.gov>; Iafolla, Timothy (NIH/NIDCR) [E] <iafollat@nidcr.nih.gov>; Meister, Alissa (NIH/NIDCR) [E] <alissa.meister@nih.gov>
**Subject:** NTP F update

Rena,

I talked to Gwen Collman (NIEHS Dep Dir) this morning about the NTP F report and next steps.

Great news – NTP has decided to revise the monograph and remove the statement that 'F is a presumed hazard'. This is a **very close hold**, but I wanted to share the update.

Thanks,

J

_____
D. Jonathan Horsford, Ph.D.
Acting Deputy Director
National Institute of Dental and Craniofacial Research
National Institutes of Health
Cell: (b)(6)

# Exhibit H

| | |
|---|---|
| **From:** | Flowers, Christine B (NIH/NIEHS) [E] |
| **Sent:** | Friday, February 5, 2021 5:36 AM |
| **To:** | Woychik, Rick (NIH/NIEHS) [E] |
| **Cc:** | Collman, Gwen (NIH/NIEHS) [E] |
| **Subject:** | Re: NTP statement response to NASEM review of NTP Fluoride Monograph |

The Statement is the Niehs/NTP statement whichNIDCR wiill very likely ask to be edited to add more detail about the benefits of fluoride.
They will also no doubt prepare their own statement, which I will ask to review. I will also ask them to identify their spokesperson.
Even with these "agreed to" terms, you shouldn't be surprised if someone at NIDCR gets out a message something like "fluoride in water is still great and there's no reason to change this successful public health initiative based on a report twice rejected by NASEM". That's what I expect will be the CDC response too—worded more softly perhaps.

Christine Bruske Flowers


On Feb 4, 2021, at 10:21 PM, Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov> wrote:


Good point Gwen,

Christine, your thoughts?

Rick


On Feb 4, 2021, at 21:22, Collman, Gwen (NIH/NIEHS) [E] <collman@niehs.nih.gov> wrote:

 Had another thought -

What guidance do you give NIDCR scientist who is no doubtedly will be contacted by the media and asked about the monograph methods and conclusion.

Do you think this is a companion list of talking points with answers to questions that you anticipate will be asked by the press.

Even if the internal guidance to refer the reporter to someone (named) for further comment.?

Or craft an agreement of who will talk about which aspects of this issue?

Gwen



Gwen W Collman, PHD

Acting Deputy Director
National Institute of Environmental Health Sciences
Collman@niehs.nih.gov


On Feb 4, 2021, at 9:18 PM, Collman, Gwen (NIH/NIEHS) [E]
<collman@niehs.nih.gov> wrote:

 I think this reads well. I think it is ok to send forward to NIDCR.

Gwen

Gwen W Collman, PHD
Acting Deputy Director
National Institute of Environmental Health Sciences
Collman@niehs.nih.gov


On Feb 4, 2021, at 8:25 PM, Woychik, Rick (NIH/NIEHS)
[E] <rick.woychik@nih.gov> wrote:


Christine,
This looks fine.  I'm forwarding this to Gwen since she is
working with both the DNTP team and our colleagues in
DCR to plan next steps.  Gwen, your thoughts?
Thanks much,
Rick

---

**From:** Flowers, Christine B (NIH/NIEHS) [E]
<bruskec@niehs.nih.gov>
**Sent:** Thursday, February 4, 2021 5:59 PM
**To:** Woychik, Rick (NIH/NIEHS) [E]
<rick.woychik@nih.gov>
**Subject:** NTP statement response to NASEM review of
NTP Fluoride Monograph

Rick –
Attached for your review is the statement we would
release to reporters who ask us to response to NASEM's
peer-review of the fluoride monograph.  I have worked
with the NTP team on this and the consensus version is
attached.  After your review, we will share the
statement with NIDCR for their review.

**Christine Bruske Flowers**
Director, Office of Communications and Public Liaison
National Institute of Environmental Health Sciences
National Institutes of Health

# Exhibit I

National Institute of Environmental Health Sciences
National Institutes of Health
U.S. Department of Health and Human Services
919-260-9651

**From:** Ventura, Jeff (NIH/NIDCR) [E] <jeff.ventura@nih.gov>
**Sent:** Friday, February 5, 2021 10:49 AM
**To:** Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Cc:** Saffron, Jesse (NIH/NIEHS) [E] <jesse.saffron@nih.gov>
**Subject:** RE: Just checking in

```
(b)(5)




















```

Let me know if you have any questions.

Best,

JD

**From:** Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Sent:** Friday, February 5, 2021 10:33 AM
**To:** Ventura, Jeff (NIH/NIDCR) [E] <jeff.ventura@nih.gov>
**Cc:** Saffron, Jesse (NIH/NIEHS) [E] <jesse.saffron@nih.gov>
**Subject:** RE: Just checking in

I have not yet shared this with CDC…wanted to share with NIDCR first.  Would appreciate knowing what NIDCR would share with advocacy groups on Monday.

**Christine Bruske Flowers**
Director, Office of Communications and Public Liaison
National Institute of Environmental Health Sciences
National Institutes of Health
U.S. Department of Health and Human Services
919-260-9651

**From:** Ventura, Jeff (NIH/NIDCR) [E] <jeff.ventura@nih.gov>
**Sent:** Friday, February 5, 2021 10:00 AM
**To:** Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Cc:** Saffron, Jesse (NIH/NIEHS) [E] <jesse.saffron@nih.gov>
**Subject:** RE: Just checking in

Have you shared this with CDC also? And could we give our advocacy groups a heads up on Monday that
it is coming?

**From:** Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Sent:** Friday, February 5, 2021 9:39 AM
**To:** Ventura, Jeff (NIH/NIDCR) [E] <jeff.ventura@nih.gov>
**Cc:** Saffron, Jesse (NIH/NIEHS) [E] <jesse.saffron@nih.gov>
**Subject:** RE: Just checking in

Hi J.D. –
Attached is the NIEHS/NTP statement that our team has prepared to issue in response to press and
public inquiries about the NASEM peer-review of the Draft NTP Monograph on Fluoride.  NICDR
comments are welcome, and I ask that you also send us any statement that NIDCR intends to provide to
the press or public regarding this matter.  Also, if you will be doing press interviews with NIDCR SMEs,
we'd appreciate knowing who the NIDCR spokesperson will be and if they will be speaking from the
NIDCR statement that you share with us.
Many thanks,
Christine

**Christine Bruske Flowers**
Director, Office of Communications and Public Liaison
National Institute of Environmental Health Sciences
National Institutes of Health
U.S. Department of Health and Human Services
919-260-9651

**From:** Ventura, Jeff (NIH/NIDCR) [E] <jeff.ventura@nih.gov>
**Sent:** Friday, February 5, 2021 8:35 AM
**To:** Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Subject:** Just checking in

Do you think you'll have a holding statement today for review? Thanks in advance for letting me know.

Best,

J.D. Ventura, M.S., M.S.
Director, Office of Communications and Health Education
National Institute of Dental and Craniofacial Research
National Institutes of Health
(b)(6)

# Exhibit J

| | |
|---|---|
| **From:** | D'Souza, Rena (NIH/NIDCR) [E] |
| **Sent:** | Mon, 22 Feb 2021 13:52:52 +0000 |
| **To:** | Horsford, Jonathan (NIH/NIDCR) [E];Shum, Lillian (NIH/NIDCR) [E] |
| **Subject:** | FW: Publication of NTP Monographs on Fluoride Exposure and Cognition, 2019, 2020 |
| **Attachments:** | Calgary Professors to Dr. Tabak Feb 21, 2021.pdf |

This letter says it all…please do not circulate.

*Rena N. D'Souza, D.D.S., M.S., Ph.D.,*
Director,
National Institute of Dental and Craniofacial Research/NIH
31 Center Drive, MSC 2290  Building 31C, Suite 2C39
Bethesda, Maryland 20892
Email:  rena.dsouza@nih.gov
Phone: 301-496-3571
Cell:  (b)(6)

---

**From:** "Juliet R. Guichon" <guichon@ucalgary.ca>
**Date:** Monday, February 22, 2021 at 2:21 AM
**To:** "Tabak, Lawrence (NIH/OD) [E]" <lawrence.tabak@nih.gov>
**Cc:** "Gottesman, Michael (NIH/OD) [E]" <gottesmm@mail.nih.gov>, "D'Souza, Rena
(NIH/NIDCR) [E]" <rena.d'souza@nih.gov>, Ian Mitchell <imitche@ucalgary.ca>, "Margaret L.
Russell" <mlrussel@ucalgary.ca>, "James A. Dickinson" <dickinsj@ucalgary.ca>, "Christopher
J. Doig" <cdoig@ucalgary.ca>, Tom Rosenal <rosenal@ucalgary.ca>
**Subject:** Publication of NTP Monographs on Fluoride Exposure and Cognition, 2019, 2020

Dear Dr. Tabak,

Please find attached a letter addressed to you, requesting you please to ensure that
National Toxicology Program research on fluoridation is published only once it is
successfully peer reviewed.

With best wishes,
Juliet Guichon
Associate Professor
Cumming School of Medicine, University of Calgary

On behalf also of Drs. Mitchell, Russell, Dickinson, Doig and Rosenal,
Cumming School of Medicine, University of Calgary



**UNIVERSITY OF**
**CALGARY**
**CUMMING SCHOOL OF MEDICINE**

Teaching, Research, Wellness Building
Cumming School Medicine
University of Calgary
3280 Hospital Drive NW
Calgary T2N 4Z6
Canada
guichon@ucalgary.ca

February 21, 2021

Lawrence A. Tabak, D.D.S., Ph.D.,
Principal Deputy Director of the National Institutes of Health (NIH) and the
Deputy Ethics Counselor of the Agency
9000 Rockville Pike
Bethesda, Maryland 20892
lawrence.tabak@nih.gov

Dear Dr. Tabak,

### RE: NTP Monographs on Fluoride Exposure and Cognition, 2019, 2020

We write regarding the National Toxicology Program's research on the alleged neurotoxic properties
of community water fluoridation. As you might know, two NTP draft monographs[1] have been
reviewed by the National Academies of Science, Engineering and Medicine. Both NTP monographs
have failed peer review.

The NTP has announced its plan to publish these flawed monographs as a "state of the science"
document later in 2021 (please see statement below). In other words, the NTP committee assumes it
can address in less than 10 months the many scientific concerns that NASEM identified. This claim is
deeply troubling. The NTP committee cannot address NASEM's extensive concerns simply through
several more months of reviewing and analyzing research. Indeed, one of NASEM's key concerns
was the NTP's approach. NASEM observed that some areas of the NTP monograph were
"impressionistic and haphazard in citing various findings from studies and [do] not provide a clear
rationale for why some findings are reported and others are not."

The surprising decision to publish the NTP monographs' content without seeking a third round of
peer-review from NASEM would be irresponsible. Such a publication by the NTP would be

---

[1] *Draft NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and
Cognitive Health Effects, September 2019; Protocol For Systematic Review Of Effects Of Fluoride Exposure
On Neurodevelopment September 16, 2020.*

understood by the lay public as reliable evidence that fluoridation is harmful, even though the publication would be based on work that failed peer review. As the NTP itself reports, "In the past year, people viewed the program's website 1.1 million times, indicating strong demand for trusted toxicological information." The key word in the statement is "trusted". Work that has failed peer review is not worthy of public trust, is not reliable and ought not, therefore, to be published on the NTP website.

If a NTP fluoride publication is successfully peer reviewed by the NASEM committee, then we have no objection to its publication.

**We write to ask that you require the NTP 2019 and 2020 fluoride monographs, or publications based on them, not to be published on any NIH-related website. Consequently, we ask you please to remove from the NIEHS and NTP website immediately the existing links to the NTP fluoride monographs that have failed peer review.**

**If, however, the NIH insists on publishing work that has failed peer reviewed, then we request that a preface in each document state that the monographs were not approved by the NASEM committee (with a hyperlink to each NASEM review) and that each page bear a watermark that reads "Rejected".**

Our reasons for making this request are pressing. Our city, Calgary Alberta, lost its community water fluoridation program in 2011 because of nonsense that masqueraded as science. The effects are dire. When fluoridation ceased, dental decay in the population rose. The need for intravenous antibiotics to treat infection in Calgary children that originated in dental decay rose seven times between 2011 and 2018. The lack of fluoridation has disproportionately affected poor children.

On October 18, 2021, electors in Calgary will be asked in a plebiscite whether they favour the reinstatement of community water fluoridation. **Calgary voters in this city of 1.3 million people need reliable information upon which to form an opinion about fluoridation. Much is at stake.** Calgary is a city of great ethnic diversity that supplies water to, among other communities, a First Nations reserve. As you know, dental decay disproportionately affects people of low socioeconomic status and racialized people.

There is a danger that an NIH program is being used not to create science, but to publish 'proof' of ideology. Please oversee the NTP's response to the news that two reports have failed peer review. Please prevent the fluoride work that failed peer review from being published and thereby used to continue to confuse lay people about fluoridation's safety.

Thank you very much.

Respectfully submitted,

*Juliet R. [signature]*

Juliet Guichon BA (Yale); BA, BCL, MA (Oxon.); SJD (Toronto)
Law and Ethics
Associate Professor Departments of Community Health Sciences, Pediatrics
Cumming School of Medicine, University of Calgary

Ian Mitchell, MB, MA, FRCPC,
Pediatrics, Professor Emeritus,
Cumming School of Medicine, University of Calgary

Margaret Russell MD, PhD, FRCPC
Public Health and Preventive Medicine
Associate Professor Departments of Community Health Sciences
Cumming School of Medicine, University of Calgary

James A. Dickinson MBBS PhD CCFP
Family Medicine
Professor, Department of Family Medicine, Community Health Sciences
Cumming School of Medicine, University of Calgary

Christopher James Doig MD MSc FRCPC
Critical Care Medicine
Professor, Departments of Critical Care Medicine, Medicine, and Community Health Sciences
Cumming School of Medicine, University of Calgary

Tom Rosenal MD, MSc, FRCPC
Critical Care Medicine
Associate Professor
Cumming School of Medicine, University of Calgary


cc.   Michael M. Gottesman, M.D.
      Deputy Director for Intramural Research
      National Institute of Health
      mgottesman@nih.gov

      Rena Nayantara D'Souza, DDS, MS, PhD,
      Director
      National Institute of Dental and Craniofacial Research
      rena.d'souza@nih.gov

# Exhibit K

**From:**        Christopher H. Fox
**Sent:**        Sun, 14 Mar 2021 18:36:42 +0000
**To:**          D'Souza, Rena (NIH/NIDCR) [E]
**Subject:**     RE: Letter from ASTDD re Letter Report on Review of the Revised NTP
Monograph (2021)


Perfect.


Written by Jay Kumar, if you check the document properties.


All strong arguments that no conclusions can be drawn from NTP monograph.


Chris


**Christopher H. Fox, DMD, DMSc, Chief Executive Officer**
International Association for Dental Research | **www.iadr.org**
American Association for Dental Research | **www.aadr.org**
1619 Duke Street, Alexandria, VA 22314-3406, USA
T: +1.703.299.8082 | F: +1.703.548.1883 | E: **cfox@iadr.org**
Publishers of ***Journal of Dental Research*** and ***JDR Clinical & Translational Research***

---

**From:** D'Souza, Rena (NIH/NIDCR) [E] <rena.d'souza@nih.gov>
**Sent:** Sunday, March 14, 2021 2:17 PM
**To:** Christopher H. Fox <cfox@iadr.org>
**Subject:** Fwd: Letter from ASTDD re Letter Report on Review of the Revised NTP Monograph (2021)

EXTERNAL EMAIL
What do you think?


Sent from my iPhone


Begin forwarded message:

**From:** Chris Wood <cwood@astdd.org>
**Date:** March 12, 2021 at 5:16:02 PM EST
**To:** NIEHS Office of the Director <NIEHSDirector@niehs.nih.gov>
**Cc:** Chris Farrell <farrellc@michigan.gov>, "Tabak, Lawrence (NIH/OD) [E]" <Lawrence.Tabak@nih.gov>,
"Gottesman, Michael (NIH/OD) [E]" <gottesmm@mail.nih.gov>, "D'Souza, Rena (NIH/NIDCR) [E]"
<rena.d'souza@nih.gov>
**Subject: Letter from ASTDD re Letter Report on Review of the Revised NTP Monograph (2021)**


March 12, 2021


Richard P. Woychik, Ph.D.
Director

National Institute of Environmental Health Sciences
P.O. Box 12233
Mail Drop B2-06
Durham, N.C. 27709


Emailed to: NIEHSDirector@nih.gov

Dear Dr. Woychik:

We read the National Academy of Sciences, Engineering, and Medicine (NASEM) *Letter Report on Review of the Revised NTP Monograph* (2021) with great interest. The NASEM review concludes that the NTP draft monograph falls short of providing a clear and convincing argument that supports its assessment that fluoride is presumed to be a cognitive neurodevelopmental hazard to humans. This appraisal aligns with the recently conducted reviews by the German Leibniz Research Centre[1] and the Canadian Agency for Drugs and Technologies in Health (CADTH).[2] These agencies have examined the same evidence of neurotoxicity of fluoride and did not find evidence to support the conclusion of cognitive neurodevelopmental hazard to humans.

The NASEM review raised serious questions about an unbiased assessment of the evidence. For example, the report states *"the committee expressed concern about selective consideration and presentation of results from the various studies. That approach can convey inaccurate impressions regarding consistency unless the findings are derived from studies that are comparable or aligned with respect to study population, exposure measurement, and outcome ascertainment. Some text in the revised monograph continues to be impressionistic and haphazard in citing various findings from studies and does not provide a clear rationale for why some findings are reported and others are not."* Further it stated that *"NTP should examine the studies included in the meta-analysis in greater depth to determine whether each study properly accounted for its design because not doing so could invalidate the meta-analysis results."*

We believe none of the 40 or so non-peer reviewed studies nor the four peer-reviewed studies (Ding 2011, Bashash 2017, Yu 2018, and Green 2019) properly accounted for the hierarchical structure of the data.

Several researchers as well as the NASEM committee have raised questions about two key fluoride-IQ studies funded by the National Institute of Environmental Health Sciences (NIEHS) because there are numerous inconsistencies in their analyses, reporting and conclusions (Attachment A). These researchers have tested multiple hypotheses, developed multiple models, considered different exposures and covariates, and publicized results that are statistically significant and omitted important non-significant findings.

The authors of these studies have not released the data to confirm their findings. Therefore, a reanalysis of the ELEMENT and MIREC data should be undertaken by NIEHS scientists before revising the NTP draft monograph or submitting any other publications. Alternatively, NIEHS should facilitate the release of the data for reanalysis by independent scientists. Such analyses will be able to confirm the findings and help researchers in designing future studies.

Thank you for your consideration. If you have further questions, please do not hesitate to contact us.

Sincerely,
Christine Farrell, RDH, BSDH, MPA
President, ASTDD

cc. Lawrence A. Tabak, D.D.S, Ph.D.,
Principal Deputy Director of the National Institutes of Health (NIH) and the
Deputy Ethics Counselor of the Agency
lawrence.tabak@nih.gov

Michael M. Gottesman, M.D.
Deputy Director for Intramural Research
National Institute of Health
mgottesman@nih.gov

Rena Nayantara D'Souza, DDS, MS, PhD,
Director
National Institute of Dental and Craniofacial Research
31 Center Drive, MSC 2290
Bethesda, MD 20892 USA
rena.d'souza@nih.gov





**From:** D'Souza, Rena (NIH/NIDCR) [E]
**Sent:** Sun, 14 Mar 2021 18:16:32 +0000
**To:** Fox, Christopher (IADR)
**Subject:** Fwd: Letter from ASTDD re Letter Report on Review of the Revised NTP Monograph (2021)
**Attachments:** image001.jpg, image002.jpg, Letter to NTP.pdf


What do you think?

Sent from my iPhone

Begin forwarded message:

**From:** Chris Wood <cwood@astdd.org>
**Date:** March 12, 2021 at 5:16:02 PM EST
**To:** NIEHS Office of the Director <NIEHSDirector@niehs.nih.gov>
**Cc:** Chris Farrell <farrellc@michigan.gov>, "Tabak, Lawrence (NIH/OD) [E]" <Lawrence.Tabak@nih.gov>, "Gottesman, Michael (NIH/OD) [E]" <gottesmm@mail.nih.gov>, "D'Souza, Rena (NIH/NIDCR) [E]" <rena.d'souza@nih.gov>
**Subject: Letter from ASTDD re Letter Report on Review of the Revised NTP Monograph (2021)**


March 12, 2021

Richard P. Woychik, Ph.D.
Director
National Institute of Environmental Health Sciences
P.O. Box 12233
Mail Drop B2-06
Durham, N.C. 27709

Emailed to: NIEHSDirector@nih.gov

Dear Dr. Woychik:

We read the National Academy of Sciences, Engineering, and Medicine (NASEM) *Letter Report on Review of the Revised NTP Monograph* (2021) with great interest. The NASEM review concludes that the NTP

draft monograph falls short of providing a clear and convincing argument that supports its assessment that fluoride is presumed to be a cognitive neurodevelopmental hazard to humans. This appraisal aligns with the recently conducted reviews by the German Leibniz Research Centre[1] and the Canadian Agency for Drugs and Technologies in Health (CADTH).[2] These agencies have examined the same evidence of neurotoxicity of fluoride and did not find evidence to support the conclusion of cognitive neurodevelopmental hazard to humans.

The NASEM review raised serious questions about an unbiased assessment of the evidence. For example, the report states *"the committee expressed concern about selective consideration and presentation of results from the various studies. That approach can convey inaccurate impressions regarding consistency unless the findings are derived from studies that are comparable or aligned with respect to study population, exposure measurement, and outcome ascertainment. Some text in the revised monograph continues to be impressionistic and haphazard in citing various findings from studies and does not provide a clear rationale for why some findings are reported and others are not."* Further it stated that *"NTP should examine the studies included in the meta-analysis in greater depth to determine whether each study properly accounted for its design because not doing so could invalidate the meta-analysis results."*

We believe none of the 40 or so non-peer reviewed studies nor the four peer-reviewed studies (Ding 2011, Bashash 2017, Yu 2018, and Green 2019) properly accounted for the hierarchical structure of the data.

Several researchers as well as the NASEM committee have raised questions about two key fluoride-IQ studies funded by the National Institute of Environmental Health Sciences (NIEHS) because there are numerous inconsistencies in their analyses, reporting and conclusions (Attachment A). These researchers have tested multiple hypotheses, developed multiple models, considered different exposures and covariates, and publicized results that are statistically significant and omitted important non-significant findings.

The authors of these studies have not released the data to confirm their findings. Therefore, a reanalysis of the ELEMENT and MIREC data should be undertaken by NIEHS scientists before revising the NTP draft monograph or submitting any other publications. Alternatively, NIEHS should facilitate the release of the data for reanalysis by independent scientists. Such analyses will be able to confirm the findings and help researchers in designing future studies.

Thank you for your consideration. If you have further questions, please do not hesitate to contact us.

Sincerely,
Christine Farrell, RDH, BSDH, MPA
President, ASTDD

cc. Lawrence A. Tabak, D.D.S, Ph.D.,
Principal Deputy Director of the National Institutes of Health (NIH) and the
Deputy Ethics Counselor of the Agency
lawrence.tabak@nih.gov

Michael M. Gottesman, M.D.
Deputy Director for Intramural Research

National Institute of Health
mgottesman@nih.gov

Rena Nayantara D'Souza, DDS, MS, PhD,
Director
National Institute of Dental and Craniofacial Research
31 Center Drive, MSC 2290
Bethesda, MD 20892 USA
rena.d'souza@nih.gov

**APPENDIX A**

| Is there an association between maternal urinary fluoride exposure and children's IQ? |
|---|

Thomas D. (ELEMENT study)[i] –

**"Maternal intake of fluoride during pregnancy does not have any measurable effects on cognition in early life." -**-Page 48

Bashash et al.[ii] (ELEMENT study)

"In our study population of Mexican women and children, which accounted for two of the three cohorts included in the ELEMENT study, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) **was associated with lower GCI Scores in children at approximately 4 y old, and with lower Full-Scale IQ scores at 6–12 y old.**" - Page 10

However, when post-natal fluoride is accounted for, **"the association between MUFcr and IQ was attenuated slightly after adjusting for contemporaneous children's urinary fluoride (CUFsg)" and was not statistically significant.** In addition, "the evidence of nonlinearity was more pronounced, **with no clear evidence of an association for MUFcr <1:0 mg/L…" -** Page 9.

Green et al. (MIREC study)

**The maternal urinary fluoride was not associated with IQ in children 3-4 years of age (−1.95 (−5.19 to 1.28).** However, the authors reported that only when the data are split by sex that they found a decrease in boys (statistically significant) but in girls there was an increase in IQ that was not statistically significant.

Till et al. (MIREC Study)

In another publication that included post-natal exposure (Table 2), the authors state that **"MUF was not significantly associated with FSIQ score (B=−1.08, 95% CI: −1.54, 0.47, p=.29)".** The authors did not report the differential effect by sex.  -Page 6

| Is there an association between contemporaneous F exposure in children and their IQ? |
|---|

ELEMENT Study

Thomas studying 6–15-year-old children directly contradicts the Bashash, Thomas, Hu et al. publication **"Overall, this investigation found a significant positive impact on neurobehavioral development due to ingestion of fluoride in male children but no association was detected in female children." – Page 63.** Fluoride exposure increased IQ in boys but not in girls.

Bashash et al. "**There was not a clear, statistically significant association between contemporaneous children's urinary fluoride (CUFsg) and IQ** either unadjusted or adjusting for MUFcr." – Page 10.

MIREC Study

Green thesis, Green et al. JAMA Ped paper and Till et al Environment International

There is inconsistency in Green's findings when the authors used F intake from water as an exposure variable and its association with IQ - not statistically significant in the Green thesis but statistically significant finding in the JAMA paper.

Green thesis[iii] – **"With city in the model, FI just missed significance (B = -3.82, 95% CI: -7.65 to 0.02, p = .05)."** -Page 34

Green JAMA paper[iv] - "**A 1-mg increase in fluoride intake was associated with a 3.66 (95%CI, −7.16 to −0.15; P = .04) lower FSIQ score** among boys and girls (Table 2; Figure 3)." They cite numerous limitations with this fluoride intake analysis including the fact that they did not measure F intake and the method has not been validated.

Till et al.[v] reported an association between formula fed children in fluoridated areas and IQ but not in non-fluoridated areas. However, this association disappeared when two children with extremely low IQ were excluded in the data analysis. **"The association between water fluoride concentration and FSIQ must be interpreted with caution, however, because the association became nonsignificant when two outliers were removed."** – page 5.

| Is there a differential effect of fluoride on one gender but not the other? |
| --- |

There is inconsistency here.

Thomas - "Overall, this investigation found a significant **positive impact** on neurobehavioral development due to ingestion of fluoride **in male children** but no association was detected in female children." -page 77.

Bashash et al. did not report a **differential effect** whether the authors used prenatal or postnatal exposure.

Green et al. reported a **decrease in IQ only in boys and a non-statistically significant increase in girls** when urinary F was the exposure. However, there was **no differential effect when F intake** was the exposure variable.

The authors offer this explanation for the inconsistency – "The finding observed for fluoride intake in both boys and girls may reflect postnatal exposure to fluoride, whereas MUF primarily captures prenatal exposure."

Till et al. contradict this in their next paper.

When the prenatal and postnatal F exposure were considered by Till et al, neither the prenatal effect of maternal urinary F nor the postnatal fluoride intake had an effect either.

ASTDD Associate Membership is open to anyone interested in dental public health.

Christine Wood
Executive Director
Association of State and Territorial Dental Directors
3858 Cashill Blvd.
Reno, NV  89509
Tel: 775-626-5008
cwood@astdd.org
www.astdd.org

---

[1] Guth S, Hüser S, Roth A. Toxicity of fluoride: critical evaluation of evidence for human developmental neurotoxicity in epidemiological studies, animal experiments and in vitro analyses. Archives of Toxicology, May 2020. https://doi.org/10.1007/s00204-020-02725-2.
[2] CADTH. Community Water Fluoridation: A Review of Neurological and Cognitive Effects. Ottawa: CADTH; 2019 Oct. (CADTH rapid response report: summary with critical appraisal).

---

[i] Thomas D. Fluoride exposure during pregnancy and its effects on childhood neurobehavior: a study among mother-child pairs from Mexico City, Mexico. A dissertation submitted in partial fulfillment of the requirements for

the degree of Doctor of Philosophy (Environmental Health Sciences) in the University of Michigan 2014. https://deepblue.lib.umich.edu/handle/2027.42/110409.

[ii] Bashash, M., D. Thomas, H. Hu, E.A. et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Environ. Health Perspect. 2017. 125(9):1-12.

[iii] Green R. Prenatal Fluoride Exposure and Neurodevelopmental Outcomes in a National Birth Cohort. A Thesis Submitted to the Faculty of Graduate Studies in Partial Fulfillment of the Requirements for the Degree of Master of Arts Graduate Program in Psychology, York University, Toronto, Ontario. July 2018.

[iv] Green R., B. Lanphear, R. Hornung, D. Flora, E.A. Martinez-Mier, R. Neufeld, P. Ayotte, G. Muckle, and C. Till. 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatr. 173(10):940-948.

[v] Till, C., R. Green, D. Flora, R. Hornung, E.A. Martinez-Mier, M. Blazer, L. Farmus, P. Ayotte, G. Muckle, and B. Lanphear. 2020. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ. Int. 134(January):105315.

# Exhibit L

ADA American
Dental
Association®

1111 14th Street, N.W.          T 202.898.2400
Suite 1200                      F 202.898.2437
Washington, DC 20005            www.ada.org

February 7, 2022

Rick Woychik, Ph.D.
Director
National Toxicology Program and the
National Institute of Environmental Health Sciences
111 TW Alexander Drive
Durham, NC  27709

Re:  State-of-the-Science Report on Fluoride Exposure

Dear Dr. Woychik:

On behalf of our 162,000 members, we would like to express our concern about the
National Toxicology Program's forthcoming state-of-the-science report examining whether
there is a causal relationship between fluoride exposure and potential neurodevelopmental
and cognitive effects. Specifically, we ask you to exclude—or carefully consider how to
characterize—any neurotoxin claims lingering from NTP's now-abandoned monograph,
even if placed in a forward or executive summary.

For the last several years, NTP has been examining the literature to determine whether
there is a causal relationship between fluoride exposure and neurocognitive health. The
work culminated in a proposed monograph titled Systematic Review of Fluoride Exposure
and Neurodevelopmental and Cognitive Health Effects. Both the first and revised drafts
contained the unqualified statement that fluoride is a "potential" neurotoxin *at any exposure
level*.[1-2]

The National Academies of Sciences, Engineering and Medicine issued scathing peer
reviews of both drafts, questioning whether the claim could withstand scientific scrutiny.
NASEM noted that NTP failed to provide adequate scientific evidence for its conclusion,
noting difficulty following the review methods, inability to find key data, "worrisome"
inconsistencies, and concerns about the wording of some conclusions.[3-4]

NTP's blanket claim about *any level of exposure* was based on a "low-to-moderate level of
evidence" examining exposure to abnormally high levels of fluoride (≥1.5 mg/L). Those
levels are more than double of what Centers for Disease Control and Prevention and the
U.S. Public Health Service recommends for community water fluoridation (0.7 mg/L). It
prompted NASEM to write in its second peer review:

> "NTP did not conduct a formal dose-response assessment that could inform a
> discussion on water fluoridation. NTP needs to state clearly that the monograph is not
> designed to be informative with respect to decisions about the concentrations of fluoride
> that are used for water fluoridation. That point should be reiterated at the end of the
> monograph with some indication that…[the monograph] does not draw any conclusions
> regarding drinking-water fluoridation or other fluoride sources, such as toothpaste or
> other dental treatments… [T]he context into which the monograph falls calls for much
> more carefully developed and articulated communication on this issue."

Dr. Rick Woychik
February 7, 2022
Page 2

The ADA is concerned that the monograph's risk biased claim about fluoride being a "potential" neurotoxin *at any exposure level* will resurface in NTP's state-of-the-science report. An unqualified claim of this nature would only add to the many myths and misperceptions about community water fluoridation (0.7 mg/L)—and undermine national, state, and local efforts to expand the practice.

The CDC hailed community water fluoridation as one of ten great public health achievements of the 20th century.[5-6] It is an inexpensive way to reduce tooth decay by at least 25 percent in the population.[7] It would be a shame to distract from over 75 years of public health success over a simple matter of communicating the science, which is often more nuanced than a sound bite can convey.

We would welcome the opportunity to meet with you to discuss our concerns. In the meantime, we ask you to exclude—or carefully consider how to characterize—any neurotoxin claims lingering from NTP's now-abandoned monograph, even if placed in a forward or executive summary.

If you have any questions, please contact Mr. Robert J. Burns at 202-789-5176 or burnsr@ada.org.

Sincerely,

/s/                                                      /s/

Cesar R. Sabates, D.D.S.                    Raymond A. Cohlmia, D.D.S.
President                                              Executive Director

CRS:RAC:rjb

cc:  ADM Rachel Levine, Assistant Secretary for Health

---

[1] National Toxicology Program. 2019. Draft NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects. Office of Health Assessment and Translation, Division of the NTP, National Institute of Environmental Health Sciences, National Institutes of Health, U.S. Department of Health and Human Services.

[2] National Toxicology Program. 2020. Revised Draft NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects. Office of Health Assessment and Translation, Division of the NTP, National Institute of Environmental Health Sciences, National Institutes of Health, U.S. Department of Health and Human Services.

[3] National Academies of Sciences, Engineering, and Medicine. 2020. *Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects*. Washington, DC: The National Academies Press.

[4] National Academies of Sciences, Engineering, and Medicine. 2021. *Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects*: A Letter Report. Washington, DC: The National Academies Press.

[5] Centers for Disease Control and Prevention. Ten Great Public Health Achievements -- United States, 1900-1999. MMWR 1999; 48 (12): 241-243.

[6] Vivek H. Murthy, Surgeon General's Perspectives: Community Water Fluoridation—One of CDC's 10 Great Public Health Achievements of the 20th Century, *Public Health Rep* 2015; 130(4): 296-298.

[7] American Dental Association, *Fluoridation Facts*, 2018.

MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| KRISTIN LAVELLE, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 22-cv-05118 |
| NATIONAL INSTITUTE OF HEALTH, | ) **COMPLAINT** |
| Defendants. | ) |

## INTRODUCTION

1.      This is an action filed under the U.S. Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et. seq.* Plaintiff Kristin Lavelle seeks an order compelling the immediate release of agency records improperly withheld by the National Institutes of Health.

## THE PARTIES

2.      Kristin Lavelle ("Plaintiff") resides in Berkeley, California. Ms. Lavelle made the FOIA request at issue in this case.

3.      Defendant NATIONAL INSTITUTES OF HEALTH ("NIH") is a component entity of the Department of the Health and Human Services, a federal agency. The NIH is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. 28 U.S.C. § 1331.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FACTUAL BACKGROUND

### A.      The National Toxicology Program (NTP)

6.      The National Toxicology Program ("NTP") is a federal government entity, headquartered within the Defendant NIH at the National Institutes of Environmental Health Sciences ("NIEHS").

7.      The mission of the NTP is "to build knowledge and advance toxicological sciences to protect and promote human health." Towards this end, the NTP focuses exclusively on science, not policy.

8.      According to scientists at NTP, "For more than 35 years, the National Toxicology Program (NTP) has conducted research, testing, and analysis activities and has disseminated information about potential health hazards in our environment. As the largest government program in toxicology, NTP has studied more than 2,800 substances for a variety of health effects, developed numerous new methods and tools, and published over 600 reports and monographs."[1]

9.      The NTP studies and evaluates the toxicity of chemicals; it does not enact regulations, rules, or policies to regulate how chemicals are used in society.

### B.      Fluoride & Neurodevelopment

10.     One of the chemicals that NTP has been studying in recent years is fluoride.

11.     Fluoride is added to the drinking water of approximately 200 million Americans. The health consequences (beneficial and/or detrimental) of this chemical are of substantial public interest given its widespread use and concomitant exposures.

12.     One of the hazards of fluoride that the NTP has been focusing on is fluoride's potential to adversely affect the developing brain, particularly when the exposure occurs *in utero* or during early infancy. Concerns about this hazard have been fueled, in part, by studies funded by the NIEHS[2] which have found significant associations between early-life fluoride exposure and IQ loss in children.

---

[1]   Xie Y, Holmgren S, Andrews DM, Wolfe MS. Evaluating the Impact of the U.S. National Toxicology Program: A Case Study on Hexavalent Chromium. *Environ Health Perspect*. 2017 Feb;125(2):181-188. doi: 10.1289/EHP21. PMID: 27483499.

[2]   Till C, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. *Environ Int*. 2020, 134:4–11; Green R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. *JAMA Pediatr*. 2019, 173:940–948; Bashash M, et al: Prenatal fluoride

Continued on the next page

2
COMPLAINT

**C.     NTP's <u>First</u> Report on Fluoride - Neurodevelopmental Effects in Animals**

13.     In 2016, the NTP published a report titled "Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies." Consistent with the mission and function of the NTP, the report was focused solely on the science, and did not make any policy determinations.

14.     In 2018, drafts of the NTP's 2016 report were produced in discovery by the U.S. Environmental Protection Agency (EPA) in the case of *Food & Water Watch v. EPA*, No. 17-cv-02162-EMC, which is a case that is still pending before the Hon. Judge Edward Chen in the Northern District of California.[3]

15.     In *Food & Water Watch*, the EPA voluntarily produced drafts of the NTP's 2016 report in response to Plaintiffs' discovery requests, but refused to produce any drafts that contained EPA's comments, claiming such drafts were protected under the deliberative process privilege. The court rejected EPA's assertion of privilege, and ordered that the Agency produce the draft NTP reports with EPA's comments. As Magistrate Judge Kandis Westmore explained, "*whether an association exists [between fluoride and neurodevelopmental effects] is a question of scientific fact, not a policy-oriented judgment entitled to protection under the deliberative process privilege.*"[4]

**D.     NTP's <u>Second</u> Report on Fluoride - Neurodevelopmental Effects in Humans**

16.     In September 2019, the NTP publicly released a draft of its second report on fluoride, titled "Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects." Whereas the NTP's first report from 2016 had focused only on animal studies, this second report looked at both animal and *human* studies, with a focus on the latter. Consistent with the mission and function of the NTP, the report was focused solely on the science, and did not make any policy determinations.

17.     The 2019 draft of the NTP's second fluoride report underwent peer review by the National Academy of Sciences, Medicine & Engineering (NASEM). NASEM issued its peer review comments in

---

exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12years of age in Mexico City. *Environ Int* 2018, 121(Pt 1):658-666; Bashash M, et al: Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. *Environ Health Perspect* 2017, 125(9):097017.

[3]     The Plaintiff, Kristin Lavelle, is a plaintiff in the *Food & Water Watch* case.

[4]     The Court's decision is attached hereto as **Exhibit A**. The relevant discussion of the draft NTP reports is on pages 6 and 7.

early 2020, and NTP thereupon released a revised report in September 2020 which incorporated NASEM's suggestions. This revised draft was again submitted to NASEM for peer review. In February 2021, NASEM publicly released its second round of peer review comments.

18.     By November of 2021, the NTP had completed a revised draft which incorporated NASEM's second round of peer review comments. In November 2021, the NTP submitted this revised draft for a third round of peer review. The NTP submitted the report to a group of 5 "external" (i.e., non-government) scientists. In January of 2022, NTP stated: "Pending general reviewer agreement with our document, we anticipate public availability of a revised final state of the science report by the end of March."

19.     By February 2022, the NTP had received comments from all 5 external peer reviewers. The NTP incorporated these comments, and, by May 2022, had completed a finalized copy of the report. After internal discussions about how to communicate the report's findings to the public (e.g., through press releases, etc), the NTP decided to publicly release the report on May 18, 2022.

20.     The NTP did not publicly release the report on May 18, 2022.

21.     The NTP has still not released the report. Instead, the NTP agreed to a request from unknown persons or parties to submit the finalized report (which had already gone through three rounds of extensive peer review) to an "inter agency review" with no set timeline for the review's completion.

### E.     Plaintiff's FOIA Request

22.      On August 9, 2022, Plaintiff submitted a FOIA request to the Defendant NIH through its online FOIA website: https://foiaportal.nih.gov.

23.     In her FOIA request, Plaintiff asked for the following three documents:

(a) A copy of the report that NTP was going to publicly release on May 18, 2022;

(b) A copy of the report that the NTP recently circulated for inter-agency review;

(c) A copy of a December 30, 2021 email (and any attachments thereto) from a non-governmental scientist (Ibarluzea) to NTP regarding the findings of a study on fluoride and IQ in Spain. The email is cited and relied upon by NTP on a public database[5] that the NTP maintains for studies it has reviewed as part of its evaluation of fluoride.

---

[5]     *See, e.g.*, https://hawcproject.org/epi/result/9277/ and https://hawcproject.org/epi/result/9278/

24.     On August 9, 2022, a FOIA Officer at NIH emailed Plaintiff to acknowledge NIH's receipt of her request, and to incorporate a clarification that Plaintiff had requested.[6] That day, Plaintiff's FOIA request was assigned the number 58806.

25.     As of the time of this Complaint, the NIH has not made a determination, or provided any response, regarding Plaintiff's request.

26.     The NIH has not yet even begun processing Plaintiff's request. On NIH's website, the NIH lists the "status" of Plaintiff's FOIA request as "Assigned for Processing."[7] This status means the "request has been assigned to a FOIA Specialist for processing." The status category that a FOIA request is assigned when an officer begins working on the request is "In Process." A request that is "In Process" is one which is "actively being processed by the FOIA Office." Plaintiff's request has never been listed as "In Process."

27.     The NIH has not identified any "unusual circumstances" that it will face in responding to Plaintiff's request. *See* 5 U.S.C. § 552(a)(6)(B)(i).

## LEGAL FRAMEWORK

### A.     The Statutory Deadline for Agencies to Make a "Determination" Under the FOIA

28.     The Freedom of Information Act (FOIA) commands that federal agencies make a "determination" regarding a FOIA request within 20 working days (excluding weekends and holidays) of receiving the request. 5 U.S.C. § 552(a)(6)(A)(i).

29.     The statutory requirement that agencies make a "determination" within 20 working days is not satisfied by an agency simply acknowledging receipt of the request; nor is it satisfied by telling the requester that the agency will address the request when time permits. *Citizens for Resp. & Ethics in Washington v. Fed. Election Comm'n*, 711 F.3d 180, 186 (D.C. Cir. 2013) ("It is not enough that, within the relevant time period, the agency simply decide[s] to later decide. Therefore, within the relevant time period, the agency must at least inform the requester of the scope of the documents that the agency will produce, as well as the scope of the documents that the agency plans to withhold under any FOIA exemptions."); *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.*, 85 F. Supp. 3d 1074, 1089

---

[6] A copy of the FOIA Officer's email communications with Plaintiff are attached hereto as **Exhibit B.** The highlighted portion of the exhibit contains the specific language of Plaintiff's FOIA request.

[7] A print-out of the NIH website (taken on September 8, 2022 at 5:10 pm EST) showing the status of Plaintiff's request is attached as **Exhibit C.**

(N.D. Cal. 2015) ("A 'determination' need not be the full production of documents, but at a minimum the agency must inform the requester what documents it will produce and the exceptions it will claim in withholding documents.").

30.     If a federal agency does not provide a determination within 20 working days of receiving a FOIA request, the requester has the right to seek immediate redress in federal court. *Citizens for Resp. & Ethics in Washington v. Fed. Election Comm'n*, 711 F.3d 180, 186-190 (D.C. Cir. 2013); *Brown v. U.S. Customs & Border Prot.*, 132 F. Supp. 3d 1170, 1172 (N.D. Cal. 2015); *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.*, 85 F. Supp. 3d 1074, 1089 (N.D. Cal. 2015).

**B.      The Deliberative Process Privilege**

31.      "The purpose of the deliberative process privilege 'is to prevent injury to the quality of agency decisions' by ensuring that the 'frank discussion of *legal or policy matters*' . . . is not inhibited by public disclosure." *Maricopa Audubon Soc. v. U.S. Forest Serv.*, 108 F.3d 1089, 1092–93 (9th Cir. 1997) (emphasis added) (citation omitted)). Accordingly, to come within the scope of the privilege the document must "'make[] recommendations or express opinions *on legal or policy* matters.'" *First Resort, Inc. v. Herrera*, 2014 WL 988773, at *5 (N.D. Cal. Mar. 10, 2014) (citation omitted).

32.     Courts have held that *scientific assessments* are not deliberative unless they are part of a *policy* making procedure. Accordingly, if there is no policy being deliberated, a scientific assessment is not subject to the deliberative process privilege. *E.g.*, *Ctr. for Biological Diversity v. U.S. Envtl. Prot. Agency*, 279 F. Supp. 3d 121, 151 (D.D.C. 2017) ("[T]o fall under the deliberative process privilege, expert opinion must relate to an exercise of discretionary policy-making judgment."); *Greenpeace v. Nat'l Marine Fisheries Serv.*, 198 F.R.D. 540, 544 (W.D. Wash. 2000) ("In order to be protected, expressions of expert opinion and professional judgment must relate to the exercise of policy-oriented judgment.").

33.     As Magistrate Judge Kandis Westmore recently explained in *Food & Water Watch v. EPA*, 17-cv-02162-EMC, draft NTP evaluations of the scientific literature are not subject to the deliberative process privilege because they are not "predecisional" to any policy or decision.[8]

///

///

----

[8]     Exhibit A, p. 7.

COMPLAINT

# CLAIM FOR RELIEF

### (Violation of the Freedom of Information Act
### 5 U.S.C. § 552)

34.     Plaintiff incorporates every allegation set forth above.

35.     The Freedom of Information Act does not provide federal agencies with the option to respond to FOIA requests at some indefinite point in the future, or when it is merely convenient or preferable to the agency to do so.

36.     When, as in this case, an agency fails to respond within the statutory time frame, the requester will be deemed to have exhausted her administrative remedies and may seek relief in federal court. 5 U.S.C. § 552(a)(6)(A)(i); *Citizens for Resp. & Ethics in Washington v. Fed. Election Comm'n*, 711 F.3d 180, 186-190 (D.C. Cir. 2013); *Brown v. U.S. Customs & Border Prot.*, 132 F. Supp. 3d 1170, 1172 (N.D. Cal. 2015); *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.*, 85 F. Supp. 3d 1074, 1089 (N.D. Cal. 2015).

37.     It has been over 20 working days since Plaintiff submitted her FOIA request.

38.     NIH has not yet provided a determination, let alone any response, to Plaintiff's request.

39.     Plaintiff's FOIA request is very limited in its scope. The request only asks for three documents, each of which are readily available to the NIH.

40.     The draft NTP report(s) at issue in this request are not protected by the deliberative process privilege, for the same reasons that the draft NTP reports were not subject to the deliberative process privilege in *Food & Water Watch v. EPA*, 17-cv-02162-EMC.

41.     The December 30, 2021 email from a *non-governmental* person to NTP, which NTP publicly cites and relies upon on its website, is not subject to any privilege under the FOIA.

42.     NIH's failure to make a determination on Plaintiff's request is a violation of the statutory deadlines set forth in the FOIA.

///

///

///

///

## REQUESTED RELIEF

WHEREFORE, Plaintiff prays that this Court:

A.    Issue an order finding that the NIH has violated the FOIA;

B.    Order the NIH to immediately produce the three documents requested by Plaintiff, as authorized by 5 U.S.C. § 552(a)(4)(B);

C.    Award Plaintiff's attorneys' fees and costs as authorized by 5 U.S.C. § 552(a)(4)(E); and

D.    Grant such other relief as justice may require or that the Court may deem appropriate.

September 9, 2022                                  Respectfully submitted,

                                                  /s/ Michael Connett
                                                  MICHAEL CONNETT
                                                  WATERS, KRAUS & PAUL
                                                  222 N. Pacific Coast Hwy
                                                  El Segundo, CA 90245
                                                  Tel: 310-414-8146
                                                  Email: mconnett@waterskraus.com
                                                  Attorney for Plaintiff

**Exhibit N**

**Subject:**  RE: FWW v EPA - NTP Report

**Date:**  Tuesday, August 30, 2022 at 3:44:51 PM Eastern Daylight Time

**From:**  Adkins, Brandon (ENRD)

**To:**  Michael Connett

**CC:**  Kay Reeves, Caintic, Paul (ENRD)

**Attachments:** image001.jpg

[CAUTION]: External Email

Michael,

Thanks for your patience. EPA's position on your proposed motion is that the case should come out of abeyance only to be decided on the June 2020 trial record.

Assuming you plan to file a motion today, please let me know whether Plaintiffs will stipulate to enlarge EPA's deadline to September 21 for the reasons I explained below.

Regarding my comment about communications with NIEHS, I requested as a courtesy.

Thanks again.

Best,
Brandon

_____

**Brandon N. Adkins**
United States Department of Justice
Environment and Natural Resources Division
(202) 616-9174 | brandon.adkins@usdoj.gov

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Friday, August 26, 2022 11:51 AM
**To:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>
**Cc:** Kay Reeves <kreeves@waterskraus.com>; Caintic, Paul (ENRD) <Paul.Caintic@usdoj.gov>
**Subject:** [EXTERNAL] Re: FWW v EPA - NTP Report

Brandon –

Based on what you have represented, I will hold off on filing our motion until Wednesday. We are also fine

with a short courtesy extension for your time to respond. Let's wait to pick that date though until we better understand EPA's position, as it may be that there isn't much EPA will oppose, in which case a shorter extension might be appropriate.

Lastly, could you clarify your comment about communications with NTP? Are you requesting this as a matter of courtesy, or are you taking the position that we are required to do so? If the latter, can you explain the basis?

Thanks,
Michael

**waterskrauspaul**

**Michael Connett | Partner**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free <u>800-226-9880</u> | Phone <u>310-414-8146</u>
<u>Fax 310-414-8156</u>
<u>mconnett@waterskraus.com</u> | <u>www.waterskrauspaul.com</u>

**From:** Adkins, Brandon (ENRD) <<u>Brandon.Adkins@usdoj.gov</u>>
**Date:** Friday, August 26, 2022 at 10:03 AM
**To:** Michael Connett <<u>mconnett@waterskraus.com</u>>
**Cc:** Kay Reeves <<u>kreeves@waterskraus.com</u>>, Caintic, Paul (ENRD) <<u>Paul.Caintic@usdoj.gov</u>>
**Subject:** RE: FWW v EPA - NTP Report

[CAUTION]: External Email

Michael,

Thanks for the update.

We worked to get you answers on whether EPA received inter-agency drafts of the NTP monograph, which, despite our objections that the Agency has no obligation to respond to discovery requests at this point, we provided. That should have resolved the motion you originally proposed. But on Tuesday this week, you explained, notwithstanding our answers, that your clients still want to file a motion to lift the stay and proceed with another round of discovery and trial. This was a new and different request. We explained that we would need time to get a formal position from our clients, which may be difficult in light of August travel schedules. That has proven true. While we appreciate your patience this week, we will not be able to provide the Agency's position before Tuesday afternoon next week. We understand that you wish to note EPA's position in your motion. If plaintiffs are unable to postpone filing to Tuesday evening, they may note that EPA was unable to confirm its position before plaintiffs' filing and that the Agency will file a response in due course.

Relatedly, if your clients insist on filing a motion on Monday, EPA's response under the local rules would be due on September 12. I have two summary judgment briefing deadlines between August 29 and September 12 and, as you know, a reply brief also due on September 12 (in the PFAS case for which you're counsel). That's in addition to the Labor Day holiday and a personal day that I have on September 9. I will need, as a professional courtesy, a short extension. Assuming plaintiffs file a motion on Monday, will plaintiffs agree to an enlargement of EPA's time to respond to September 21?

Finally, I understand that you contacted Dr. Wolfe at NIEHS regarding this litigation. We request that you please coordinate communications with federal agencies regarding this case through the Justice

Department.

Thanks very much.

Best,
Brandon

_____

**Brandon N. Adkins**
United States Department of Justice
Environment and Natural Resources Division
(202) 616-9174 | brandon.adkins@usdoj.gov

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Thursday, August 25, 2022 3:06 PM
**To:** Caintic, Paul (ENRD) <Paul.Caintic@usdoj.gov>
**Cc:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>; Kay Reeves <kreeves@waterskraus.com>
**Subject:** [EXTERNAL] Re: FWW v EPA - NTP Report

Brandon & Paul –

I have now spoken with my clients about the issues we discussed during our meet and confer on Tuesday. My clients wish to proceed by filing a motion on Monday that asks the Court to lift the stay and schedule a second trial where it can hear an update on the state of the science from both side's experts.

During our call, you indicated that EPA may be similarly interested in lifting the stay, but that EPA would likely want the Court to rule on the record as is, without hearing additional testimony. Have you had a chance to confirm whether this is the Agency's position?

Thanks,
Michael

**waterskrauspaul**

**Michael Connett | Partner**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskrauspaul.com

**From:** Caintic, Paul (ENRD) <Paul.Caintic@usdoj.gov>
**Date:** Monday, August 22, 2022 at 4:17 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>, Kay Reeves <kreeves@waterskraus.com>
**Subject:** RE: FWW v EPA - NTP Report

[CAUTION]: External Email