C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Civ. No. 17-CV-02162-EMC <br><br> **PROPOSED ORDER FOR NOTICE OF PLAINTIFFS' MOTION TO LIFT THE STAY AND TAKE THE CASE OUT OF ABEYANCE** <br><br> Judge: Hon. Edward M. Chen <br> Date: October 20, 2022 <br> Time: 1:30 p.m. <br> Courtroom: Via Zoom Webinar |

**PLEASE TAKE NOTICE** that on October 20, 2022 at 1:30 p.m., before the Honorable Edward M. Chen, United States District Judge (seated in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102), Plaintiffs will and hereby do move to lift the stay (ECF No. 262) and take this case out of abeyance. Unless otherwise directed by the Court, the hearing shall be conducted by Zoom Webinar, and all are directed to the Court's website at https://cand.uscourts.gov/judges/chen-edward-m-emc/ for further information. This motion is based on the memorandum of points and authorities and exhibits attached thereto, that are being filed concurrently herewith, as well as the record of this action, any further briefing, and argument that may be presented at any hearing on this motion.

September 12, 2022                              Respectfully submitted,

                                                */s/ Michael Connett*
                                                MICHAEL CONNETT
                                                Attorney for Plaintiffs

NOTICE OF PLAINTIFFS' MOTION TO LIFT THE STAY AND TAKE THE CASE OUT OF ABEYANCE