UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

|  |  |
|---|---|
| FOOD & WATER WATCH, et al.,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>　　　　　　　Defendants. | Civ. No. 17-CV-02162-EMC<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO LIFT THE STAY AND TAKE THE CASE OUT OF ABEYANCE**<br><br>Judge: Hon. Edward M. Chen<br>Date: October 20, 2022<br>Time: 1:30 p.m.<br>Courtroom: Via Zoom Webinar |

　　Upon consideration of Plaintiffs' Motion to Lift the Stay and Take the Case Out of Abeyance, the Court **GRANTS** the motion.

　　IT IS SO ORDERED. Dated this ____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge