IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>　　　　　　Defendants. | Case No.: 17-cv-02162-EMC<br><br>**FOURTH JOINT STATUS REPORT** |

The parties hereby submit the following Fourth Joint Status Report:

In January 2022, the parties provided the following update regarding the NTP monograph:

> In February 2021, the parties were informed that the National Toxicology Program's (NTP) Monograph would be published as a "State of the Science" document. The parties had been informed that a draft was sent for peer review in early November 2021. *Id.* Pending general reviewer agreement, the final report is anticipated to be released by the end of March this year. In addition, the parties have been informed that NTP's meta-analysis is now a separate, standalone document that will be submitted for publication in a peer-reviewed journal. NTP anticipates submission by the middle of February this year. NTP does not have a current estimate as to how long the journal peer review step will take.

*See* Second Joint Status Report 1–2. (ECF No. 299)

NTP has not published either the "State of the Science" document or the meta-analysis. The parties do not know when NTP will publish either document.

On September 12, 2022, Plaintiffs filed a Motion to Lift the Stay and Take the Case Out of Abeyance. EPA's response is due on September 26, 2022.

Dated:   September 13, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Michael Connett*
　　　　　　　　　　　　　　　　　　MICHAEL CONNETT

```
 1         WATERS, KRAUS & PAUL
           222 N. Pacific Coast Hwy
 2         El Segundo, CA 90245
           Attorneys for Plaintiffs
 3
 4         TODD KIM
           Assistant Attorney General
 5
           /s/ Brandon N. Adkins (by permission)
 6         BRANDON N. ADKINS
           PAUL A. CAINTIC
 7         United States Department of Justice
           Environment & Natural Resources Division
 8         P.O. Box 7611
           Washington, D.C. 20044
 9         Tel: (202) 616-9174 (Adkins)
           Tel: (202) 514-2593 (Caintic)
10         Fax: (202) 514-8865
           Brandon.Adkins@usdoj.gov
11         Paul.Caintic@usdoj.gov
12
           Attorneys for Defendants
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

CASE NO. 17-CV-02162-EMC
FOURTH JOINT STATUS REPORT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 13th day of September, 2022, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*
Michael Connett
Attorney for Plaintiffs