## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FOOD & WATER WATCH, INC., et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Defendants.

Case No.  17-cv-02162-EMC

## DECLARATION OF RICHARD P. WOYCHIK

I, Richard P. Woychik, Ph.D., declare that the following statements are true and correct to the best of my knowledge and belief and are based on my personal knowledge and information contained in the records of the National Institute of Environmental Health Sciences ("NIEHS").

1.      I am the Director of the NIEHS and have been in this position since June 2020. Before that I was the Deputy Director of NIEHS, a position I held since January 2011.

2.      I am also the Director of the National Toxicology Program ("NTP") and have been with NTP since I was appointed Acting Director in October 2019. The NTP is an interagency partnership of NIEHS, the National Institute for Occupational Safety and Health, and the U.S. Food and Drug Administration.

3.      In 2016, NTP initiated a systematic review to evaluate neurobehavioral effects from exposure to fluoride during development through examination of human studies, experimental animal studies, and mechanistic data.

4.      NTP prepared a first draft that was ready for review in September 2019.  This first draft proposed a "hazard conclusion" for fluoride.  NTP asked the National Academies of Science, Engineering, and Medicine ("NASEM") to conduct an independent review and

NASEM's report was released publicly on March 5, 2020.

5.      NTP prepared a second draft of the report and again asked NASEM for a review. NASEM publicly issued its review of the second draft on February 9, 2021. NTP subsequently removed the hazard conclusion for fluoride and separated the report into two documents, a State of the Science Monograph, likely to be called "NTP Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Systematic Review," and a Meta-Analysis Manuscript containing a quantitative statistical analysis of the epidemiologic studies.  At my request, and at the request of the Assistant Secretary for Health, both of these documents were then reviewed internally by various Department of Health and Human Services ("HHS") entities between July 2021 and July 2022.

6.      In February 2022, I asked the NTP Board of Scientific Counselors ("BSC") to review (with the assistance of a working group) the adequacy of NTP's responses to the reviews of the Meta-Analysis Manuscript.  In June 2022, I broadened the scope of my request to the BSC to include a review of the NTP responses to the reviews of the State of the Science Monograph.

7.      NTP anticipates that the membership of the working group assisting the BSC with this review will be finalized in October/November 2022 and hopes that the working group can report on its findings to the BSC at a public meeting in early 2023.

8.      I will decide about NTP's potential publication and dissemination of the State of the Science Monograph and the Meta-Analysis Manuscript after the BSC makes its recommendations to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of September 2022.

Richard P.
Woychik -S

Digitally signed by Richard P.
Woychik -S
Date: 2022.09.26 13:52:28 -04'00'

Richard P. Woychik, Ph.D.
Director, National Institute of Environmental Health Sciences
Director, National Toxicology Program