**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendant. | Case No. 17-CV-02162 EMC <br><br> **[PROPOSED] ORDER** |

Before the Court are Plaintiffs' Motion to Lift the Stay and Take the Case Out of Abeyance (ECF No. 306) and Defendants' Cross-Motion to Lift Stay to Decide Merits on Trial Record (ECF No. 309). Upon due consideration of the pending motions, the Court **DENIES** Plaintiffs' Motion to Lift the Stay and Take the Case Out of Abeyance (ECF No. 306) and **GRANTS** Defendants' Cross-Motion to Lift Stay to Decide Merits on Trial Record (ECF No. 309). **IT IS FURTHER ORDERED** that the abeyance is lifted only for the Court to decide the merits of this case based on the existing trial record.

**IT IS SO ORDERED.**

DATED this __ day of October, 2022.

_____
EDWARD M. CHEN
United States District Judge