C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | |
| vs. | **SECOND DECLARATION OF MICHAEL CONNETT IN SUPPORT OF PLAINTIFFS' MOTION TO LIFT THE STAY AND TAKE THE CASE OUT OF ABEYANCE** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

I am the lead attorney for Plaintiffs in the above-captioned case. I make this statement based on personal knowledge and I am competent to testify to the matters stated herein.

1.      Attached as **Exhibit O** is a true and correct excerpt of the "Legislative History of the Toxic Substances Control Act." I obtained this excerpt from the complete version of this document, which is available online at:   https://ia803204.us.archive.org/14/items/leehisto00unit/leehisto00unit.pdf

2.      Attached as **Exhibit P** are true and correct excerpts of NTP's previous 21 monographs, which I obtained online from the following NTP webpage: https://ntp.niehs.nih.gov/publications/monographs/index.html

3.      Attached as **Exhibit Q** is a true and correct copy of NTP's "Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic review and Evidence Integration," which I obtained online from the following NTP webpage:

https://ntp.niehs.nih.gov/ntp/ohat/pubs/handbookmarch2019_508.pdf

4.      Attached as **Exhibit R** are true and correct excerpts of Dr. Kristina Thayer's June 12, 2020 trial testimony in this matter.

5.      Attached as **Exhibit S** are true and correct excerpts of Dr. Tala Henry's June 16, 2020 trial testimony in this matter.

6.      Attached as **Exhibit T** are true and correct excerpts of NASEM's report "Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects (2020)," which I downloaded from NASEM's website.

7.      Attached as **Exhibit U** are true and correct excerpts of NASEM's report "Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Letter Report (2021)," which I downloaded from NASEM's website.

1.      Attached as **Exhibit V** are true and correct excerpts of NASEM's report "The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations (2021)," which I downloaded from NASEM's website.

1.      Attached as **Exhibit W** is a true and correct copy of an email exchange I had with EPA's counsel in this matter.

1.      Attached as **Exhibit X** is a true and correct copy of a press release issued by Public Employees for Environmental Responsibility (PEER), which I obtained from the following PEER webpage: https://peer.org/epa-scientists-sound-alarm-on-chemical-assessments/

1.      Attached as **Exhibit Y** is a true and correct copy of a letter from Public Employees for Environmental Responsibility (PEER), which I obtained from the following PEER webpage: https://peer.org/wp-content/uploads/2021/07/7_2_21-EPA-Scientists-Transmittal-letter.pdf

1.      Attached as **Exhibit Z** is a true and correct copy of an article which I obtained from the website of the Society for Environmental Journalists at the following url:

SECOND DECLARATION OF MICHAEL CONNETT

https://www.sej.org/print/headlines/docs-reveal-names-3-epa-officials-who-downplayed-chemical-hazards

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2022 in Exeter, New Hampshire.

/s/ Michael Connett
MICHAEL CONNETT
Attorney for Plaintiffs

**Exhibit O**

| 94TH CONGRESS<br>2d Session } | HOUSE OF REPRESENTATIVES | { REPORT<br>No. 94-1341 |
|---|---|---|

# TOXIC SUBSTANCES CONTROL ACT

## REPORT

BY THE

## COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE

together with

## SUPPLEMENTAL AND MINORITY VIEWS

(Including cost estimate of the Congressional Budget Office)

[To accompany H.R. 14032]



JULY 14, 1976.—Committed to the Committee of the Whole House
on the State of the Union and ordered to be printed

U.S. GOVERNMENT PRINTING OFFICE
74-031                    WASHINGTON : 1976

94th Congress } HOUSE OF REPRESENTATIVES { Report
2d Session } { No. 94–1341

# TOXIC SUBSTANCES CONTROL ACT

---

July 14, 1976.—Ordered to be printed

---

Mr. Staggers, from the Committee on Interstate and Foreign
Commerce, submitted the following

# REPORT

together with

## SUPPLEMENTAL AND MINORITY VIEWS

(Including cost estimate of the Congressional Budget Office)

[To accompany H.R. 14032]

The Committee on Interstate and Foreign Commerce, to whom was
referred the bill (H.R. 14032) to regulate commerce and protect
health and the environment by requiring testing and necessary restric-
tions on certain chemical substances and mixtures, and for other pur-
poses, having considered the same, report favorably thereon with an
amendment and recommend that the bill as amended do pass.

The amendment strikes out all after the enacting clause of the bill
and inserts a new text which appears in italic type in the reported
bill.

## PURPOSE OF THE LEGISLATION

The Committee bill takes a major step forward in providing urgently
needed authority to protect health and the environment from danger-
ous chemicals. It accomplishes this in a number of ways. For example,
through its testing and premarket notification provisions, the bill pro-
vides for the evaluation of the hazard-causing potential of new chem-
icals before commercial production begins. Thus, in addition to the
authority to take action against a chemically-caused harm after its oc-
currence, there will be authority to prevent such harm from occurring.
Further, manufacturers and processors of potentially hazardous chem-
icals already on the market may be required to test them to determine
their effects on health and the environment, and action can be taken
against chemicals discovered to be unreasonably hazardous. In addi-
tion, the bill provides for the collection of information regarding
commercially produced chemicals so that the total exposure to a chemi-

(1)

395

—Provide protection for employees who cooperate in the enforcement of the bill.

—Provide for evaluation on a continuing basis of the effects on employment of actions taken under the bill.

## BASIS FOR THE LEGISLATION

Chemicals have become a pervasive and enduring part of our environment. They are in our air, our water, and our soil. They are used in our manufacturing processes, and they are essential components for consumer and industrial goods. Production and use of chemicals have surged in the recent past. For example, in the past ten years, the production of synthetic organic chemicals has expanded by 233 percent,[1] and over 9,000 synthetic chemical compounds are each now in commercial use annually in amounts in excess of 1,000 pounds each.[2] In 1973, production of the top 50 chemicals alone totaled 410 billion pounds.[3] Society reaps enormous benefits from chemicals. However, it is generally accepted that as the number of chemicals in commercial use is greatly increased, the risk of producing chemicals that can cause grave and irreversible environmental damage or health problems is also increased.

This vast volume of chemicals have, for the most part, been released into the environment with little or no knowledge of their long-term health or environmental effects. As a result, chemicals currently in commercial and household use are now being found to cause or contribute to health or environmental hazards unknown at the time commercial use of the chemical began. For example, vinyl chloride was the 23rd most produced chemical when it was discovered to cause cancer, and the chemical has now been implicated as causing birth defects as well.[4] Asbestos, widely used in items ranging from talcum powder to brake linings to wallboard, is now known to cause cancer and other debilitating illnesses. However, such effects were not discovered until hundreds of workers had developed a rare form of lung cancer as a result of exposure to the substance.[5] Polychlorinated biphenyls (PCBs) had been used for forty years and approximately 390,000 tons had been released into the environment before they were recognized as an enduring environmental poison.[6] Unfortunately, such recognition came too late to prevent contamination of such major water systems as the Great Lakes and the Hudson River.

As the preceding examples indicate, it is often many years after exposure to a harmful chemical before the effects of its harm become visible. By that time it may be too late to reverse those effects. As indicated, hundreds of people may have been exposed to a carcinogen or an entire river system may have been polluted.

The experience with chemicals over the past few years has contributed to a growing realization that many of the major health prob-

[1] *Sixth Annual Report*, Council on Environmental Policy, p. 23 (1975).
[2] *Toxic Substances*, Council on Environmental Quality, p. 3 (1975).
[3] *Activities of Federal Agencies Concerning Selected High Volume Chemicals*, U.S. Environmental Protection Agency, EPA–560–4–75–001, p. ii (1975).
[4] Infante, Peter F., "Oncogenic and Mutagenic Risks in Communities with Polyvinyl Chloride Product Facilities," 271 New York Academy of Science Annals, pp. 49–57 (1976).
[5] Selicoff, I. J., "Asbestos Criteria Document Highlights," American Society of Safety Engineers Journal, p. 26 (March, 1974).
[6] "Effects of Chronic Exposure to Low-Level Pollutants in the Environment," Congressional Research Service, p. 2 (1975).

lems are caused by environmental factors. For example, approximately 60 to 90 per cent of all cancer is believed to be environmentally caused.[1] The National Foundation for the March of Dimes estimates that about 20% of all birth defects as caused by environmental influences, including chemicals, on the unborn child, and another 60% of birth defects are believed to be due to a combination of environmental and hereditary factors.[2]

Because diseases caused by environmental factors such as chemicals are often not susceptible to direct medical cure, there is an urgent need to prevent such chemically caused harm. The Department of Health, Education, and Welfare's Forward Health Plan stresses such prevention, stating:

> In recent years, it has become clear that only by preventing disease from occurring, rather than treating it late, can we hope to achieve any major improvement in the nation's health . . . [Heart disease, cancer, and stroke] are caused by factors (e.g., the environment and individual behavior) that are not susceptible to direct medical solution.
>
> . . . It is therefore, a basic premise of the prevention strategy that much greater attention and resources must be directed at preventing the underlying causes of disease rather than at the disease itself—at controlling cigarette smoking, alcohol abuse, and exposures to toxic chemicals in the environment than at the diseases which they cause.[3]

Similarly, the environmental harm caused by chemicals, like health effects, may be irreversible, and prevention of such harm is also urgently needed.

*Toxic Substances*, a 1971 report by the Council on Environmental Quality, reviewed the problems presented by toxic chemicals and concluded that present authorities for protecting against hazardous chemicals are fragmented and inadequate. According to the report, authority is needed to require testing of chemicals to determine their health and environmental effects, to impose use and distribution restrictions on chemicals where necessary to protect the public health and environment, and to collect information on chemicals and establish a system for classifying and using such information.

The recommendations of the report provided the original basis for the toxic substances control legislation. However, subsequent events have dramatically illustrated the urgent need for the legislation. For example, a major epidemiological study by the National Cancer Institute indicates that industrial chemical use and activity have produced

---

[1] "Sixth Annual Report," Council on Environmental Quality, p. 17 (1975). Chemicals are not, of course, the only environmental factors linked to cancer. Others include the large component of lung cancer attributable to cigarette smoking and natural agents such as solar radiation.
  The costs to society from cancer are tremendous. The American Cancer Society estimates that 25 percent of the 213 million people now living in the United States will ultimately develop some form of cancer. "Cancer Facts and Figures," American Cancer Society, p. 3 (1975). Cancer killed an estimated 364,000 Americans in 1975. *Ibid.*
  The economic costs of cancer are staggering. An estimated $3 billion is spent annually for hospital care, physician fees, nurses, drugs and other treatment. If the direct and indirect costs (e.g., loss of productivity, earning power) are added, the annual costs of cancer jump to $15 billion. *Id.* at 31.
[2] "Effects of Chronic Exposure to Low-Level Pollutants in the Environment, p. 135.
[3] "Forward Plan *for* Health," fiscal years 1977–81, U.S. Department of Health, Education, and Welfare, Public Health Service, pp. 12, 13, 15, 16, 17 (June 1975).

striking geographic concentrations of cancer deaths.[1] An unusually high rate of lung cancer among workers in a plant where bis chloromethyl ether (BCME) was produced as a by-product of a manufacturing process has led to the conclusion that BCME is a highly potent carcinogen. BCME may form spontaneously in ordinary humid air whenever formaldehyde and hydrochloric acid are present together. These two chemicals are widely used in processes such as the treatment of permanent press fabrics, in the manufacture of water repellants, and in the manufacture of ion exchange resins and dispersing agents. Further, tris 2, 3-dibromopropyl phosphate, a fire retardant widely used in such items as children's pajamas, has been shown to have mutagenic effects in microbial systems. And there are, unfortunately, numerous other examples of harm resulting from the industrial uses of chemicals.

Because of the lack of testing by manufacturers and processors of chemicals to determine their health and environmental effects, the general population and the environment now serve as the laboratory for discovering adverse health and environmental effects. Aside from the glaring inequities in relying on human experience to indicate when a chemical is harmful, such a method is also a grossly inefficient way to identify problems. For example, vinyl chloride and asbestos were relatively easy hazards to identify because exposure to these agents could be correlated with incidences of otherwise rare cancers in a uniquely defined group of workers. Other kinds of hazards, and other substances, cannot be expected to present such easily traceable cause and effect relationships. As a result exposure to an extremely harmful chemical may continue unabated because the harm it causes will never be linked to the chemical.

Fortunately our ability to screen and test substances for adverse effects and our capabilities for monitoring and predicting the health and environmental effects of chemicals are sufficiently well-developed that it is not necessary to choose between the alternatives of using the population as guinea pigs or doing without the benefits provided by the increasing use and development of chemical products. The validity of applying animal test results to man is now firmly based upon empirical evidence and thus such results provide an invaluable tool for predicting human health effects. Further, major methodological advances are occurring with respect to improving testing and monitoring methods for assessing the long-term effects of a chemical. For example, methods for detecting low levels of carcinogens in the environment have increased significantly in both accuracy and reliability, and it is now possible to detect concentrations of polynuclear compounds at 1 part of an individual compound per billion as opposed to the 1959 sensitivity standard of 100 parts per billion. Analytical methods have improved as well. Illustrative is the salmonella test developed by Dr. Bruce Ames of the University of California, Berkeley, which is now available for screening for cancer-causing properties of chemicals and which has considerably reduced both the costs and time required for such screening. Although testing and monitoring may

---

[1] *Hearings on H.R. 7229, H.R. 7548, and H.R. 7664 before the Subcommittee on Consumer Protection and Finance of the House Committee on Interstate and Foreign Commerce, 94th Cong., 1st Sess., p. 132–138 (1975).*

not be able to provide certainty as to the long-term consequences resulting from exposure to a chemical, the predictions from such testing and monitoring can provide a reasonable basis for regulatory action to protect against potential long-term adverse effects.

Present authorities for protecting against and regulating hazardous chemicals are fragmented and inadequate. Although there are a number of Federal laws which now provide some authority for regulation (e.g., the Clean Air Act, the Federal Water Pollution Control Act, the Occupational Safety and Health Act of 1970, and the Consumer Product Safety Act) conspicuous gaps exist in the protections provided by such laws. Most significant among the deficiencies are the following:

(1) In general, such laws provide regulatory authority which is not set in motion until after human or environmental exposure to a harmful chemical has occurred.

(2) The authorities provided to reduce or eliminate the harmful exposure to a chemical may not be adequate or may be cumbersome or inefficient.

(3) No authority exists for collection of data to determine the totality of human and environmental exposure to chemicals.

An example of the deficiency described in paragraph (1) is the fact that there is presently no authority to require manufacturers of potentially dangerous new chemicals to test the chemical to determine its health and environmental effects before marketing. Thus, although there is some authority to remove harmful chemicals from the workplace, the home, etc., there is no authority which provides a means of assessing the safety of a chemical before exposure occurs. In addition, since present laws require regulatory agencies to bear the cost of testing to see if a chemical is safe, regulatory action often does not occur until adverse effects of a chemical become evident in the population or in the environment.

The inadequacies in current authorities to deal with the recognized harm presented by polychlorinated biphenyls (PCBs) illustrates the deficiencies in present law to deal with known harmful chemicals. Under the Federal Water Pollution Control Act, the Administrator of the Environmental Protection Agency has authority to control the discharge of PCBs into the waters. However, there is no means for regulating other avenues through which the environment is exposed to PCBs. For example, an estimated three-fourths of the amount of discarded PCB's have been disposed of in landfills. Under existing law there is no authority to deal with such disposal and even though water emissions may be restricted, environmental exposure through seepage from landfills will continue to occur.

Intelligent standards for regulating exposures to a chemical in the workplace, the home or elsewhere in the environment cannot be set unless the full extent of human or environmental exposure is considered. The importance of considering the cumulative impact of all sources of exposure and the synergistic effects resulting from exposure to a number of chemicals in regulating hazardous chemicals was pointed out by the National Academy of Sciences—National Academy of Engineers study which stated:

The concept of total body burden should be the significant indicator of exposure, rather than burden acquired in one or

another part of the environment or from one or another toxic material. People who work in a factory in which dangerous substances are handled in high concentration may live in an adjacent area in which the same or other substances are dispersed, thus increasing overall exposure. More than one organ may be attacked because the offending substance is transported by two or more media. Synergistic effects among two or more substances, by which the combined effect is more than the sum of the separate effects should be considered.[1]

Yet a comprehensive data system indicating the totality of human or environmental exposure does not exist. As a result, present regulations controlling workplace exposure, exposure in the home or elsewhere to a hazardous chemical may often be based on measurements indicating only one source of exposure, thereby resulting in less than full protection from the hazard.

In summary, the country faces serious risks of harm to the health of its people and to its environment from the substantial use which is made of chemicals, and Federal law is clearly inadequate to deal with such risks. A major element in our efforts to improve the nation's health and environment must be the enactment of protective legislation such as H.R. 14032. The overriding purpose of the bill is to provide protection of health and the environment through authorities which are designed to prevent harm.

## COMMITTEE CONSIDERATION

A 1971 report by the Council on Environmental Quality highlighted the growing need for a comprehensive program of toxic substances control. Based upon the Council's recommendations, the Environmental Protection Agency submitted legislative proposals on behalf of the Administration to the 92d Congress. The Committee's Subcommittee on Commerce and Finance held hearings on the Administration bill, and a Senate-passed bill which made substantial amendments to the Administration bill. After executive session, the Subcommittee reported a clean bill which represented an accommodation between the Administration and Senate-passed bills. This bill with certain further amendments was reported by the full Committee and passed the House by a record vote of 240 to 61. Time did not permit a conference with the Senate to work out differences before the adjournment of the 92d Congress.

In the 93d Congress, the Subcommittee on Commerce and Finance held hearings on a new bill submitted by the Administration (H.R. 5087) and a bill introduced by the Subcommittee chairman, Mr. Moss, and others (H.R. 5356) which substantially followed the bill passed by the House in the 92d Congress. The Subcommittee reported H.R. 5356, with amendments. The bill with certain further amendments was reported by the full Committee and passed the House by a record vote of 324 to 73. However, the conference with the Senate was unable to work out differences in the bills in the time remaining.

[1] Man, Materials and Environment: A Report to the National Commission on Materials Policy", National Academy of Sciences—National Academy of Engineers, p. 12 (March 1973).

## SECTION 6, REGULATION OF HAZARDOUS CHEMICAL SUBSTANCES AND MIXTURES

Section 6 empowers and directs the Administrator to take action to protect the public from hazardous chmeical substances and mixtures. Such action shall be taken against existing chemical substances, new chemical substances, and mixtures when there is a reasonable basis to conclude that the substance or mixture causes or significantly contributes to or will cause or significantly contribute to an unreasonable risk.

*Scope of regulation*

Section 6(a) provides that if the Administrator finds that there is a reasonable basis to conclude that the manufacture, processing, distribution in commerce, use or disposal of a chemical substance or mixture (or any combination of such activities) causes or significantly contributes to or will cause or significantly contribute to an unreasonable risk to health or environment, the Administrator shall by rule take regulatory action necessary to adequately protect against the risk. Absent such a finding, the Administrator may not take action under section 6(a).

This standard for taking action recognizes that factual certainty respecting the existence of an unreasonable risk of a particular harm may not be possible and the bill does not require it. Such uncertainty is particularly likely to occur true when dealing with the long term or chronic effects of a substance or mixture. For example, cancer does not appear immediately after exposure to a carcinogenic substance or mixture, but instead there may be a latency period of several years before the cancer appears. With mutagens, the effects may not become apparent until generations have passed. When, as here, regulatory action is intended to be taken to prevent the occurrence of harm in the future as well as protect against presently visible harm, such action often must be based not only consideration of facts but also on consideration of scientific theories, projections of trends from currently available data, modeling using reasonable assumptions, and extrapolations from limited data. Further, regulatory action may be taken even though there are uncertainties as to the threshold levels of causation. Thus, the bill requires a reasonable basis to conclude that a substance or mixture causes or significantly contributes to or will cause, or significantly contribute to an unreasonable risk to health or environment. Such a judgment may be based upon items such as toxicological, physiological, epidemiological, biochemical, or statistical research or studies or extrapolations therefrom. A finding by the Administrator that there is such a reasonable basis must include adequate reasons and explanations for the Administrator's conclusion. It does not, however, require the factual certainty of a "finding of fact" of the sort associated with adjudication.

(32)

**425**

# Exhibit P



# NTP MONOGRAPH ON HEALTH EFFECTS OF LOW-LEVEL LEAD

June 13, 2012

Office of Health Assessment and Translation

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

National Institutes of Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

## PEER REVIEW OF THE DRAFT NTP MONOGRAPH

Peer review of the Draft NTP Monograph was conducted by an *ad hoc* expert panel at a public meeting held November 17-18, 2011, at the National Institute of Environmental Health Sciences, Research Triangle Park, NC (see *http://ntp.niehs.nih.gov/go/37090* for materials, minutes, and panel recommendations from the peer review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and Federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency. In this capacity, panel members had two major responsibilities in reviewing the draft NTP Monograph: (1) to determine whether the scientific information cited in the draft monograph is technically correct, clearly stated, and objectively presented and (2) to determine whether the scientific evidence presented in the draft monograph supports the NTP's conclusions regarding health effects of low-level lead (Pb).

The panel agreed with the draft NTP overall conclusions on cardiovascular, renal, and immune health effects associated with blood Pb levels <10 µg/dL. The panel recommended changing the draft summary conclusion for neurological effects in children and for reproductive effects in adult women from *sufficient* evidence of an association at blood Pb levels <10 ug/dL to *sufficient* evidence of an association at blood Pb levels <5 ug/dL. Comments from the peer reviewers and written public comments received on the draft monograph were considered during finalization of the document. The NTP concurred with the expert panel on all of its recommendations on the conclusions regarding health effects of Pb in this final document.

### Peer-Review Panel

| | |
|---|---|
| Joel Pounds, PhD (chair) | Scientist, Division of Biological Sciences, Pacific Northwest National Laboratory, Richland, WA |
| Deborah Cory-Slechta, PhD | Professor, Department of Environmental Medicine, University of Rochester School of Medicine and Dentistry, Rochester, NY |
| Pam Factor-Litvak, PhD | Associate Professor of Clinical Epidemiology, Mailman School of Public Health, Columbia University, New York, NY |
| Eliseo Guallar, MD, DrPH | Associate Professor, Department of Epidemiology, Welch Center for Prevention, Johns Hopkins University Bloomberg School of Public Health, Baltimore, MD |
| Bruce Lanphear, MD, MPH, TM | Senior Scientist, Child and Family Research Institute, BC Children's Hospital, University of British Columbia, Vancouver, British Columbia, Canada |
| Michael Pollard, PhD | Associate Professor, W.M. Keck Autoimmune Disease Center, Department of Molecular and Experimental Medicine, The Scripps Research Institute, San Diego, CA |
| Stephen Rothenberg, PhD | Senior Investigator, Center for Research in Population Health, National Institute of Public Health, Ministry of Mexico, Cuernavaca, Morelos, Mexico |
| Nostratola Vaziri, MD, MACP | Chief, Division of Nephrology and Hypertension, University of California, Irvine Medical Center, Orange, CA |
| Richard Wedeen, MD | Clinical Professor, Department of Environmental and Community Medicine, UMDNJ-Robert Wood Johnson Medical School, New Brunswick, NJ |

PREPUBLICATION COPY

| Stephen Rothenberg, PhD | Senior Investigator, Center for Research in Population Health, National Institute of Public Health, Ministry of Mexico, Cuernavaca, Morelos, Mexico |
|---|---|
| Nostratola Vaziri, MD, MACP | Chief, Division of Nephrology and Hypertension, University of California, Irvine Medical Center, Orange, CA |
| Richard Wedeen, MD | Clinical Professor, Department of Environmental and Community Medicine, UMDNJ-Robert Wood Johnson Medical School, New Brunswick, NJ |



# Report on Carcinogens
# Monograph on 1-Bromopropane

September 25, 2013

Office of the Report on Carcinogens
Division of the National Toxicology Program
National Institute of Environmental Health Sciences
U.S. Department of Health and Human Services

NIH Publication No. 13-5982
ISSN 2331-267X

## Peer Review of the *Draft RoC Monograph on 1-Bromopropane*

Peer review of the *Draft RoC Monograph on 1-Bromopropane* was conducted by an *ad hoc* expert panel at a public meeting held March 21–22, 2013, at the National Institute of Environmental Health Sciences, Keystone Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854) for materials, minutes, and panel recommendations from the peer review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and Federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

In this capacity, panel members had the following major responsibilities in reviewing the draft RoC monograph: (1) to comment on the draft cancer evaluation components for 1-bromopropane, specifically, whether they are technically correct and clearly stated, whether the NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the RoC listing criteria, and (2) to comment on the draft substance profile for 1-bromopropane, specifically, whether the scientific justification presented in the substance profile supports the NTP's preliminary policy decision on the RoC listing status of 1-bromopropane. The panel was also asked to vote on the following questions: (1) whether the scientific evidence supports the NTP's conclusion on the level of evidence for carcinogenicity from experimental animal studies on 1-bromopropane and (2) whether the scientific evidence supports the NTP's preliminary listing decision for 1-bromopropane in the RoC. The panel agreed with the NTP conclusions that 1-bromopropane should be listed in the RoC based on sufficient evidence of carcinogenicity from studies in experimental animals, which found skin tumors in male rats, large intestine tumors in female and male rats, and lung tumors in female mice.

## Peer Review Panel Members

Lucy Anderson, PhD, DABT (Chair)    Consultant for Biomedical Sciences and
                                        Toxicology
                                    Catonsville, Maryland

Leo Thomas Burka, PhD               Consultant
                                    Cary, North Carolina

Michael Elwell, DVM, PhD            Senior Pathologist
                                    Department of Pathology
                                    Nonclinical Safety Assessment
                                    Covance Laboratories Inc.
                                    Chantilly, Virginia

Terry Gordon, PhD                   Professor
                                    Department of Environmental Medicine
                                    New York University School of Medicine
                                    New York, New York

Lawrence H. Lash, PhD               Professor and Associate Chair
                                    Department of Pharmacology
                                    Wayne State University School of Medicine
                                    Detroit, Michigan

Stephen Nesnow, PhD                 Consultant
                                    Chapel Hill, North Carolina

Wayne T. Sanderson PhD, CIH         Professor and Chair
                                    Department of Epidemiology
                                    College of Public Health
                                    University of Kentucky
                                    Lexington, Kentucky

MaryJane K. Selgrade, PhD           Senior Toxicologist
                                    ICF International
                                    Environmental Risk and Toxicology
                                    Durham, North Carolina

Paul A. White, PhD                  Leader, Genetic Toxicology Group
                                    Environmental Health Sciences and
                                        Research Bureau
                                    Health Canada
                                    Ottawa, Ontario, Canada



National Toxicology Program
U.S. Department of Health and Human Services

# NTP MONOGRAPH ON DEVELOPMENTAL EFFECTS AND PREGNANCY OUTCOMES ASSOCIATED WITH CANCER CHEMOTHERAPY USE DURING PREGNANCY

May 13, 2013

Office of Health Assessment and Translation

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

National Institutes of Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

## PEER REVIEW OF THE DRAFT NTP MONOGRAPH

Peer review of the Draft NTP Monograph was conducted by a 9-member ad hoc expert panel at a public meeting held October 1-2, 2012, at the National Institute of Environmental Health Sciences, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/37090 for materials, public comments, minutes, and panel recommendations from the peer review meeting). The selection of panel members and conduct of the peer review were in accordance with NTP practice, the Federal Advisory Committee Act, and Federal policies and regulations. The panel members served as independent scientists, not as represetatives of any institution, company, or government agency. In this capacity, panel members had 2 major responsibilities in peer-reviewing the draft NTP Monograph: (1) to determine whether the scientific information cited in the draft monograph was technically correct, clearly stated, and objectively presented and (2) to determine whether the scientific evidence presented in the draft monograph supported the NTP's interpretation of the developmental effects and pregnancy outcomes associated with cancer chemotherapy use during pregnancy.

The panel agreed with the draft NTP overall interpretations except for 3 instances:

- The panel stated that human studies data were insufficient to conclude that chemotherapy for treatment of cancer in the first trimester affects spontaneous abortion; whereas, the original draft NTP interpretation was that chemotherapy use in the first trimester does not appear to increase the apparent risk of early spontenous fetal loss.
- The panel stated that the data are insufficient, but suggestive, of effects of impaired fetal growth and myelosuppression; whereas, the original draft NTP interpretation states that it is not possible to evaluate apparent risk of small for gestational age based on current reports.
- (3) The panel stated that chemotherapy for treatment of cancer during pregnancy does not appear to be associated with spontaneous preterm birth; the original draft NTP interpretation was focused on spontaneous preterm labor.

Comments from the peer reviewers and written public comments received on the draft monograph were considered during finalization of the monograph. The NTP concurred with the peer review panel on all of its recommendations on the conclusions regarding developmental effects and pregnancy outcomes associated with treatment with chemotherapy for cancer during pregnancy in this final document.

### Peer-Review Panel

| | |
|---|---|
| Catherine Spong, MD, FACOG (chair) | Chief, Pregnancy and Perinatology Branch, Center for Developmental Biology and Perinatal Medicine, National Institute of Child Health and Human Development, National Institutes of Health, Bethesda, MD |
| Cheryl S. Broussard, PhD | Division of Birth Defects and Developmental Disabilities, National Center on Birth Defects and Developmental Disabilities, Centers for Disease Control and Prevention, Atlanta, GA |
| Michael Greene, MD | Department of Obstetrics, Gynecology and Reproductive Biology, Vincent Department of Obstetrics and Gynecology, Massachusetts General Hospital, Boston, MA |
| Julia Lawrence, DO | Wake Forest University School of Medicine, Section on Hematology and Oncology, Winston-Salem, NC |
| John Mulvihill, MD | Department of Pediatrics, The University of Oklahoma, Oklahoma City, OK |
| Janine Polifka, PhD | Division of Developmental Medicine, Department of Pediatrics, University of Washington, Seattle, WA |

**Contents**

Tina Rizack, MD, MPH          Program in Women's Oncology, Women & Infants Hospital, The Warren
                              Alpert Medical School of Brown University, Providence, RI

Judith Ann Smith, PharmD,     Department of Gynecologic Oncology and Reproductive Medicine,
BCOP,CPHQ, FCCP, FISOPP       Division of Surgery, The University of Texas, M.D. Anderson Cancer
                              Center, Houston, TX

Kristel Van Calsteren, MD, PhD  Obstetrics-Gynaecologie, UZ Gasthuisberg Leuven, Leuven, Belgium

# Report on Carcinogens Monograph on Pentachlorophenol and By-products of Its Synthesis

RoC Monograph 03

July 2014

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

RoC Monograph on Pentachlorophenol

# Peer Review

Peer review of the *Draft RoC Monograph on Pentachlorophenol and By-Products of its Synthesis* was conducted by an ad hoc expert panel at a public meeting held December 12–13, 2013, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854) for materials, minutes, and panel recommendations from the peer review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and Federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) To comment on the draft cancer evaluation component, specifically, whether it is technically correct and clearly stated, whether NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the listing criteria.

(2) To comment on the draft substance profile, specifically, whether the scientific evidence supports NTP's preliminary RoC listing decision for the substance (available in the RoC, first listed in the 13th edition, at https://ntp.niehs.nih.gov/ntp/roc/content/profiles/toluidine.pdf).

The Panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports NTP's conclusion on the level of evidence for carcinogenicity from cancer studies in humans.

(2) Whether the scientific evidence supports NTP's conclusion on the level of evidence for carcinogenicity from cancer studies in experimental animals.

(3) Whether the scientific evidence supports NTP's preliminary policy decision on the RoC listing status of the substance.

This RoC monograph on pentachlorophenol and by-products of its synthesis has been revised based on NTP's review of the Panel's peer-review comments. The Peer-Review Panel Report, which captures the Panel recommendations for listing status of pentachlorophenol and by-products of its synthesis in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for pentachlorophenol (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers*

**Kenneth McMartin, Ph.D. (Chair)**
Professor
Department of Pharmacology, Toxicology and Neuroscience
Louisiana State University Health Sciences Center
Shreveport, Louisiana, USA

RoC Monograph on Pentachlorophenol

**Stelvio M. Bandiera, Ph.D.**
Professor
Pharmaceutical Sciences
University of British Columbia
Vancouver, British Columbia, Canada

**Laura Beane-Freeman, Ph.D.**
Tenure Track Investigator
Occupational and Environmental Epidemiology Branch
Division of Cancer Epidemiology and Genetics
National Cancer Institute
Bethesda, Maryland, USA

**Stephen Nesnow, Ph.D.**
Scientist Emeritus
National Health and Environmental Effects Research Laboratory
U.S. Environmental Protection Agency
Research Triangle Park, North Carolina, USA

**Martha Sandy, Ph.D.**
Chief
Reproductive and Cancer Hazard Assessment Branch
California Environmental Protection Agency
Oakland, California, USA

**MaryJane Selgrade, Ph.D., ATS**
Expert Consultant
Environmental Risk & Toxicology
ICF International
Durham, North Carolina, USA

**Allan Smith, M.D., Ph.D.**
Professor
Department of Epidemiology
School of Public Health
University of California, Berkeley
Berkeley, California, USA

**Glenn Talaska, Ph.D.**
Professor, Associate Director, Department of Environmental Health
Director, Division of Industrial and Environmental Hygiene and Biological Monitoring
Component
University of Cincinnati
Cincinnati, Ohio, USA

**Paul Villeneuve, Ph.D.**
Associate Professor
Institute of Health: Science, Technology and Policy
Carleton University
Ottawa, Ontario, Canada

RoC Monograph on Pentachlorophenol

**Elizabeth Ward, Ph.D.**
National Vice President for Intramural Research
American Cancer Society
Atlanta, Georgia, USA

**Shelia Zahm, Sc.D.**
Independent Consultant

*Two reports were peer reviewed at the meeting: *RoC Monograph on* ortho-*Toluidine* and *RoC Monograph on Pentachlorophenol and By-Products of Its Synthesis*. Gabriele Sabbioni, Ph.D., Tulane University, did not participate in the review of the monograph on pentachlorophenol and by-products of its synthesis.

# Report on Carcinogens Monograph on *ortho*-Toluidine

RoC Monograph 04

July 2014

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on *ortho*-toluidine was conducted by an ad hoc expert panel at a public meeting held December 12–13, 2013, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854 for materials, minutes, and panel recommendations from the peer-review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and Federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) To comment on the draft cancer evaluation component, specifically, whether it is technically correct and clearly stated, whether NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the listing criteria.

(2) To comment on the draft substance profile, specifically, whether the scientific evidence supports NTP's preliminary RoC listing decision for the substance (available in the RoC, first listed in the 13th edition, at https://ntp.niehs.nih.gov/ntp/roc/content/profiles/toluidine.pdf).

For each substance, the Panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports NTP's conclusion on the level of evidence for carcinogenicity from cancer studies in humans.

(2) Whether the scientific evidence supports NTP's conclusion on the level of evidence for carcinogenicity from cancer studies in experimental animals.

(3) Whether the scientific evidence supports NTP's preliminary policy decision on the RoC listing status of the substance.

This RoC monograph on *ortho*-toluidine has been revised based on NTP's review of the Panel's peer review comments. The Peer-Review Panel Report, which captures the Panel recommendations for listing status of *ortho*-toluidine in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for *ortho*-toluidine (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers

**Kenneth McMartin, Ph.D. (Chair)**
Professor
Department of Pharmacology, Toxicology and Neuroscience
Louisiana State University Health Sciences Center
Shreveport, Louisiana, USA

**Stelvio M. Bandiera, Ph.D.**
Professor
Pharmaceutical Sciences
University of British Columbia

Vancouver, British Columbia, Canada

**Laura Beane-Freeman, Ph.D.**
Tenure Track Investigator
Occupational and Environmental Epidemiology Branch
Division of Cancer Epidemiology and Genetics
National Cancer Institute
Bethesda, Maryland, USA

**Stephen Nesnow, Ph.D.**
Scientist Emeritus
National Health and Environmental Effects Research Laboratory
U.S. Environmental Protection Agency
Research Triangle Park, North Carolina, USA

**Gabriele Sabbioni, Ph.D.**
Associate Professor
Department of Environmental Health Sciences
School of Public Health and Tropical Medicine
Tulane University
New Orleans, Louisiana, USA

**Martha Sandy, Ph.D.**
Chief
Reproductive and Cancer Hazard Assessment Branch
California Environmental Protection Agency
Oakland, California, USA

**MaryJane Selgrade, Ph.D., ATS**
Expert Consultant
Environmental Risk & Toxicology
ICF International
Durham, North Carolina, USA

**Allan Smith, M.D., Ph.D.**
Professor
Department of Epidemiology
School of Public Health
University of California, Berkeley
Berkeley, California, USA

**Glenn Talaska, Ph.D.**
Professor, Associate Director, Department of Environmental Health
Director, Division of Industrial and Environmental Hygiene and Biological Monitoring Component
University of Cincinnati
Cincinnati, Ohio, USA

RoC Monograph on *ortho*-Toluidine

**Paul Villeneuve, Ph.D.**
Associate Professor
Institute of Health: Science, Technology and Policy
Carleton University
Ottawa, Ontario, Canada

**Elizabeth Ward, Ph.D.**
National Vice President for Intramural Research
American Cancer Society
Atlanta, Georgia, USA

**Shelia Zahm, Sc.D.**
Independent Consultant



**NTP MONOGRAPH:**

**IDENTIFYING RESEARCH NEEDS FOR ASSESSING
SAFE USE OF HIGH INTAKES OF FOLIC ACID**

August 1, 2015

Office of Health Assessment and Translation

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

National Institutes of Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

## TABLE OF CONTENTS

Table of Contents.................................................................................................................II

List of Table and Figures .................................................................................................. IV

Contributors ...................................................................................................................... V

Abbreviations ................................................................................................................. VIII

Abstract............................................................................................................................IX

1.0   Introduction ...........................................................................................................1

    1.1   Overall Objective ............................................................................................ 1

    1.2   Organization of Background Material ............................................................. 2

        1.2.1   Methods ............................................................................................ 2

        1.2.2   Health Effects Summaries ................................................................. 2

        1.2.3   Expert Panel Report........................................................................... 2

        1.2.4   Supplementary Material .................................................................... 2

        1.2.5   Web-based Health Effects Data ........................................................ 3

2.0   Background .............................................................................................................4

3.0   Methods ..................................................................................................................4

    3.1   Literature Screen ............................................................................................ 6

        3.1.1   Criteria for Identifying Relevant Studies ........................................... 6

        3.1.2   Search Methods for Identification of Studies .................................... 7

        3.1.3   Selection of Studies .......................................................................... 8

    3.2   Detailed Tagging of Human Studies ............................................................. 11

    3.3   Outcome Prioritization ................................................................................. 11

    3.4   Data Extraction ............................................................................................ 12

4.0   High Priority Health Effect Categories .................................................................13

    4.1   Cancer Pooled and Meta-analyses .............................................................. 13

    4.2   Cognition and Vitamin $B_{12}$ ......................................................................... 15

    4.3   Hypersensitivity-related Outcomes.............................................................. 17

    4.4   Thyroid and Diabetes-related Disorders ...................................................... 19

5.0   Other Health Effect Categories ............................................................................21

    5.1   Cardiovascular Outcomes ............................................................................ 21

    5.2   Twinning and Multiple Births ....................................................................... 21

    5.3   Autism .......................................................................................................... 22

    5.4   Other Neurological Outcomes ..................................................................... 22

    5.5   Other Immunological Outcomes .................................................................. 22

    5.6   Other Endocrine and Metabolic Disease Outcomes .................................... 23

    5.7   Other Reproductive Outcomes .................................................................... 23

    5.8   Mortality....................................................................................................... 23

**6.0    Expert Panel Report** ..........................................................................................................**24**

    6.1    Introduction and Expert Panel Charge .............................................................. 24

    6.2    Introductory Presentations ............................................................................... 24

    6.3    Subpanels' Reports to the Full Panel and Discussion ........................................ 26

        6.3.1    Cancer Subpanel .................................................................................. 27

        6.3.2    Cognition in Conjunction with Vitamin $B_{12}$ Deficiency Subpanel ............. 29

        6.3.3    Hypersensitivity-Related Outcomes Subpanel ...................................... 31

        6.3.4    Thyroid and Diabetes-Related Disorders Subpanel ............................... 34

    6.4    Discussion of Common Themes .......................................................................... 36

    6.5    Public Comments ............................................................................................... 36

    6.6    Full Panel Votes ................................................................................................. 38

    6.7    Approval of the Expert Panel Report by the Chair .............................................. 40

**7.0    References** .............................................................................................................**41**

**Appendix 1: Literature Search Method** ..........................................................................**43**

**Appendix 2: Criteria for Screening of Studies** ...............................................................**45**

**Appendix 3: Data Extraction Elements** ..........................................................................**47**

    Individual Epidemiology Studies ................................................................................ 47

    Pooled or Meta-analyses .......................................................................................... 48

**Appendix 4: Expert Panel Members and Meeting Attendees** ........................................**49**

# Report on Carcinogens Monograph on Trichloroethylene

RoC Monograph 05

January 2015

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on Trichloroethylene was conducted by an ad hoc expert panel at a public meeting held August 12, 2014, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854 for materials, minutes, and panel recommendations from the peer-review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and Federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) Comment on the draft cancer evaluation c for trichloroethylene, specifically, whether it was technically correct and clearly stated, whether NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the RoC listing criteria,

(2) Comment on the draft substance profile for trichloroethylene, specifically, whether the scientific justification presented in the substance profile supports NTP's preliminary policy decision on the RoC listing status of the substance (available in the 14th edition of the Report on Carcinogens).

The Panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports NTP's preliminary conclusion on the level of evidence for carcinogenicity from human cancer studies for each of the three cancer sites: kidney cancer, non-Hodgkin lymphoma (NHL), and liver cancer.

(2) Whether the scientific evidence supports NTP's preliminary listing decision for trichloroethylene in the RoC.

This RoC monograph on trichloroethylene has been revised based on NTP's review of the Panel's peer-review comments. The Peer-Review Panel Report, which captures the Panel recommendations for listing status of trichloroethylene in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for trichloroethylene (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers

**David A. Eastmond, Ph.D. (Chair)**
Professor and Department Chair
Environmental Toxicology Graduate Program and Department of Cell Biology & Neuroscience
University of California
Riverside, California, USA

**Sarah J. Blossom, Ph.D.**
Assistant Professor of Pediatrics and Microbiology and Immunology
UAMS College of Medicine
Arkansas Children's Hospital Research Institute
Little Rock, Arkansas, USA

RoC Monograph on Trichloroethylene

**Kenneth P. Cantor, Ph.D.**
Private Consultant
KP Cantor, LLC
Silver Spring, Maryland, USA

**John M. Cullen, V.M.D., Ph.D., DACVP, FIATP**
Alumni Distinguished Undergraduate Professor
Department of Population Health and Pathobiology
Research Building
College of Veterinary Medicine
North Carolina State University
Raleigh, North Carolina, USA

**George R. Douglas, Ph.D.**
George R. Douglas Consulting
Kanata, Ontario, Canada

**S. Katharine Hammond, Ph.D.**
Professor of Environmental Health Sciences
School of Public Health
University of California, Berkeley
Berkeley, California, USA

**Lawrence H. Lash, Ph.D.**
Professor and Associate Chair
Department of Pharmacology
Wayne State University School of Medicine
Detroit, Michigan, USA

**Marie-Elise Parent, Ph.D.**
Epidemiology and Biostatistics Unit
INRS-Institut Armand-Frappier
Université du Québec
Laval, Québec, Canada

**David B. Richardson, Ph.D.**
Associate Professor
Department of Epidemiology
School of Public Health
University of North Carolina
Chapel Hill, North Carolina, USA

**Paolo Vineis, M.D., M.P.H.**
Chair in Environmental Epidemiology
MRC/PHE Centre for Environment and Health
School of Public Health
Imperial College London
London, England, United Kingdom

# Report on Carcinogens Monograph on Cobalt and Cobalt Compounds That Release Cobalt Ions In Vivo

RoC Monograph 06

April 2016

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on Cobalt and Certain Cobalt Compounds[1] was conducted by an ad hoc expert panel at a public meeting held July 22, 2015, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854 for materials, minutes, and panel recommendations from meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and Federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

- Comment on the draft cancer evaluation component for cobalt and certain cobalt compounds, specifically, whether it was technically correct and clearly stated, whether the NTP had objectively presented and assessed the scientific evidence, and whether the scientific evidence was adequate for applying the RoC listing criteria.
- Comment on the draft profile for cobalt and certain cobalt compounds, specifically, whether the scientific justification presented in the profile supported the NTP's preliminary policy decision on the RoC listing status of the substance (available in the 14th edition of the Report on Carcinogens).

The Panel was asked to vote on the following questions:

- Whether the scientific information presented from human cancer studies supported the NTP's preliminary level of evidence conclusion of cobalt and cobalt compounds that release cobalt ions in vivo.[1]
- Whether the scientific information presented from studies in experimental animals supported the NTP's preliminary level of conclusion of cobalt and cobalt compounds that release cobalt ions in vivo.[1]
- Whether NTP's preliminary policy decision for 'cobalt and cobalt compounds that release cobalt ions in vivo'[1] in the RoC.

The RoC Monograph on Cobalt and Cobalt Compounds That Release Cobalt Ions In vivo has been revised based on NTP's review of the Panel's peer-review comments. The Peer-Review Panel Report, which captures the Panel recommendations for listing status of cobalt and cobalt compounds that release cobalt ions in vivo in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for cobalt and certain cobalt compounds (http://ntp.niehs.nih.gov/go/38854).

[1]During the meeting the Panel recommended using the definition of "certain cobalt compounds," i.e., "cobalt compounds that release cobalt ions in vivo" in the listing rather than the word "certain."

RoC Monograph on Cobalt

# Peer Reviewers

**Melissa A. McDiarmid, M.D., DABT (Chair)**
Professor, Medicine and Epidemiology & Public Health
Director, Division of Occupational and Environmental Medicine
University of Maryland School of Medicine
Baltimore, Maryland, USA

**Robert F. Herrick, Sc.D.**
Senior Lecturer on Industrial Hygiene
Department of Environmental Health
Harvard School of Public Health
Boston, Massachusetts, USA

**C. William Jameson, Ph.D.**
Consultant
CWJ Consulting, LLC
Cape Coral, Florida, USA

**Clark Lantz, Ph.D.**
Professor
Cellular and Molecular Medicine
The University of Arizona
Tucson, Arizona, USA

**John LaPres, Ph.D.**
Associate Professor
Department of Biochemistry and Molecular Biology
Michigan State University
East Lansing, Michigan, USA

**Marie-Elise Parent, Ph.D.**
Professor, Epidemiology and Biostatistics Unit
INRS-Institut Armand-Frappier
Université du Québec
Laval, Quebec, Canada

**Michael V. Pino, D.V.M., Ph.D., DACVP**
Consultant, Veterinary Toxicological Pathology and Preclinical Drug Development
Albuquerque, New Mexico, USA

**Lisa De Roo, Ph.D.**
Department of Global Public Health and Primary Care
University of Bergen
Bergen, Norway

**John Pierce Wise, Sr., Ph.D.**
Professor and University Scholar
Department of Pharmacology and Toxicology
School of Medicine
University of Louisville
Louisville, Kentucky, USA

**Anatoly Zhitkovich, Ph.D.**
Professor, Medical Science
Department of Pathology and Laboratory Medicine
Brown University
Providence, Rhode Island, USA

# Report on Carcinogens Monograph on Epstein-Barr Virus

RoC Monograph 07

August 2016

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on Epstein-Barr Virus (EBV) was conducted by an ad hoc expert panel at a public meeting held December 17, 2015, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854) for materials, minutes, and panel recommendations from the peer-review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) Comment on the draft cancer evaluation component for EBV, specifically, whether it was technically correct and clearly stated, whether the NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the RoC listing criteria.

(2) Comment on the draft substance profile for EBV, specifically, whether the scientific justification presented in the substance profile supports the NTP's preliminary policy decision on the RoC listing status of the substance (available in the 14th edition of the Report on Carcinogens).

The panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports the NTP's preliminary conclusion on the level of evidence for carcinogenicity for the specific types of cancer from cancer studies in humans.

(2) Whether the scientific evidence supports the NTP's preliminary listing decision for EBV in the RoC.

This RoC monograph on EBV has been revised based on NTP's review of the panel's peer-review comments. The Peer-Review Panel Report, which captures the panel recommendations for listing status of EBV in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for Epstein-Barr virus (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers

**Andrew F. Olshan, Ph.D.  (Chair)**
Distinguished Professor and Chair
Department of Epidemiology
University of North Carolina
Chapel Hill, North Carolina, USA

**Blossom Damania, Ph.D.**
Assistant Dean of Research and Professor
School of Medicine
University of North Carolina
Chapel Hill, North Carolina, USA

**Paul F. Lambert, Ph.D.**
Professor and Chair of Oncology
Director, McArdle Laboratory for Cancer Research
University of Wisconsin School of Medicine and Public Health
Wisconsin Institutes for Medical Research
Madison, Wisconsin, USA

**Margaret Madeleine, Ph.D.**
Associate Member
Program in Epidemiology
Fred Hutchinson Cancer Research Center
Seattle, Washington, USA

**Edward L. Murphy, Jr., M.D.**
Professor
Departments of Laboratory Medicine and Epidemiology/Biostatistics
University of California, San Francisco
San Francisco, California, USA

**Charles S. Rabkin, M.D.**
Senior Investigator
Infections and Immunoepidemiology Branch
Division of Cancer Epidemiology and Genetics
National Cancer Institute
Bethesda, Maryland, USA

**Rosemary Rochford, Ph.D.**
Professor, Immunology and Microbiology
Professor, Environmental and Occupational Health
University of Colorado School of Medicine
Aurora, Colorado, USA

# Report on Carcinogens Monograph on Human Immunodeficiency Virus Type 1

RoC Monograph 08

August 2016

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on Human Immunodeficiency Virus Type 1 (HIV-1) was conducted by an ad hoc expert panel at a public meeting held December 17, 2015, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854) for materials, minutes, and panel recommendations from the peer-review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) Comment on the draft cancer evaluation component for HIV-1, specifically, whether it was technically correct and clearly stated, whether the NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the RoC listing criteria.

(2) Comment on the draft substance profile for HIV-1, specifically, whether the scientific justification presented in the substance profile supports the NTP's preliminary policy decision on the RoC listing status of the substance (available in the 14th edition of the Report on Carcinogens).

The panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports the NTP's preliminary conclusion on the level of evidence for carcinogenicity for the specific types of cancer from cancer studies in humans.

(2) Whether the scientific evidence supports the NTP's preliminary listing decision for HIV-1 in the RoC.

This RoC monograph on HIV-1 has been revised based on NTP's review of the panel's peer-review comments. The Peer-Review Panel Report, which captures the panel recommendations for listing status of HIV-1 in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for human immunodeficiency virus type 1 (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers

**Andrew F. Olshan, Ph.D.  (Chair)**
Distinguished Professor and Chair, Department of Epidemiology
University of North Carolina
Chapel Hill, North Carolina, USA

**Blossom Damania, Ph.D.**
Assistant Dean of Research, School of Medicine, Professor
University of North Carolina
Chapel Hill, North Carolina, USA

**Paul F. Lambert, Ph.D.**
Professor and Chair of Oncology, Director, McArdle Laboratory for Cancer Research
University of Wisconsin School of Medicine and Public Health
Wisconsin Institutes for Medical Research
Madison, Wisconsin, USA

**Margaret Madeleine, Ph.D.**
Associate Member
Program in Epidemiology
Fred Hutchinson Cancer Research Center
Seattle, Washington, USA

**Edward L. Murphy, Jr., M.D.**
Professor, Departments of Laboratory Medicine and Epidemiology/Biostatistics
University of California, San Francisco
San Francisco, California, USA

**Charles S. Rabkin, M.D.**
Senior Investigator, Infections and Immunoepidemiology Branch, DCEG
National Cancer Institute
Bethesda, Maryland, USA

**Rosemary Rochford, Ph.D.**
Professor, Immunology and Microbiology
Environmental and Occupational Health
University of Colorado
Aurora, Colorado, USA

# Report on Carcinogens Monograph on Human T-Cell Lymphotropic Virus Type 1

RoC Monograph 09

August 2016

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on Human T-cell Lymphotropic Virus Type 1 (HTLV-1) was conducted by an ad hoc expert panel at a public meeting held December 17, 2015, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854) for materials, minutes, and panel recommendations from the peer-review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) Comment on the draft cancer evaluation component for HTLV-1, specifically, whether it was technically correct and clearly stated, whether NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the RoC listing criteria,

(2) Comment on the draft substance profile for HTLV-1, specifically, whether the scientific justification presented in the substance profile supports NTP's preliminary policy decision on the RoC listing status of the substance (available in the 14th edition of the Report on Carcinogens).

The panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports NTP's preliminary conclusion on the level of evidence for carcinogenicity for the specific types of cancer from cancer studies in humans.

(2) Whether the scientific evidence supports NTP's preliminary listing decision for HTLV-1 in the RoC.

This RoC monograph on HTLV-1 has been revised based on NTP's review of the panel's peer-review comments. The Peer-Review Panel Report, which captures the panel recommendations for listing status of HTLV-1 in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for human T-cell lymphotropic virus type 1 (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers

**Andrew F. Olshan, Ph.D.  (Chair)**
Distinguished Professor and Chair
Department of Epidemiology
University of North Carolina
Chapel Hill, North Carolina, USA

**Blossom Damania, Ph.D.**
Assistant Dean of Research and Professor
School of Medicine
University of North Carolina
Chapel Hill, North Carolina, USA

**Paul F. Lambert, Ph.D.**
Professor and Chair of Oncology
Director, McArdle Laboratory for Cancer Research
University of Wisconsin School of Medicine and Public Health
Wisconsin Institutes for Medical Research
Madison, Wisconsin, USA

**Margaret Madeleine, Ph.D.**
Associate Member
Program in Epidemiology
Fred Hutchinson Cancer Research Center
Seattle, Washington, USA

**Edward L. Murphy, Jr., M.D.**
Professor
Departments of Laboratory Medicine and Epidemiology/Biostatistics
University of California, San Francisco
San Francisco, California, USA

**Charles S. Rabkin, M.D.**
Senior Investigator
Infections and Immunoepidemiology Branch
Division of Cancer Epidemiology and Genetics
National Cancer Institute
Bethesda, Maryland, USA

**Rosemary Rochford, Ph.D.**
Professor, Immunology and Microbiology
Professor, Environmental and Occupational Health
University of Colorado School of Medicine
Aurora, Colorado, USA

# Report on Carcinogens Monograph on Kaposi Sarcoma-Associated Herpesvirus

RoC Monograph 10

August 2016

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on Kaposi Sarcoma-Associated Herpesvirus (KSHV) was conducted by an ad hoc expert panel at a public meeting held December 17, 2015, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854) for materials, minutes, and panel recommendations from the peer-review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) Comment on the draft cancer evaluation component for KSHV, specifically, whether it was technically correct and clearly stated, whether the NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the RoC listing criteria,

(2) Comment on the draft substance profile for KSHV, specifically, whether the scientific justification presented in the substance profile supports the NTP's preliminary policy decision on the RoC listing status of the substance (available in the 14th edition of the Report on Carcinogens).

The Panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports the NTP's preliminary conclusion on the level of evidence for carcinogenicity for the specific types of cancer from cancer studies in humans.

(2) Whether the scientific evidence supports the NTP's preliminary listing decision for KSHV in the RoC.

This RoC monograph on KSHV has been revised based on NTP's review of the Panel's peer-review comments. The Peer-Review Panel Report, which captures the Panel recommendations for listing status of KSHV in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for Kaposi sarcoma-associated herpesvirus (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers

**Andrew F. Olshan, Ph.D. (Chair)**
Distinguished Professor and Chair
Department of Epidemiology
University of North Carolina
Chapel Hill, North Carolina, USA

RoC Monograph on Kaposi Sarcoma-Associated Herpesvirus

**Blossom Damania, Ph.D.**
Assistant Dean of Research and Professor
School of Medicine
University of North Carolina
Chapel Hill, North Carolina, USA

**Paul F. Lambert, Ph.D.**
Professor and Chair of Oncology
Director, McArdle Laboratory for Cancer Research
University of Wisconsin School of Medicine and Public Health
Wisconsin Institutes for Medical Research
Madison, Wisconsin, USA

**Margaret Madeleine, Ph.D.**
Associate Member
Program in Epidemiology
Fred Hutchinson Cancer Research Center
Seattle, Washington, USA

**Edward L. Murphy, Jr., M.D.,**
Professor
Departments of Laboratory Medicine and Epidemiology/Biostatistics
University of California, San Francisco
San Francisco, California, USA

**Charles S. Rabkin, M.D.,**
Senior Investigator
Infections and Immunoepidemiology Branch
Division of Cancer Epidemiology and Genetics
National Cancer Institute
Bethesda, Maryland, USA

**Rosemary Rochford, Ph.D.**
Professor, Immunology and Microbiology
Professor, Environmental and Occupational Health
University of Colorado School of Medicine
Aurora, Colorado, USA

# Report on Carcinogens Monograph on Merkel Cell Polyomavirus

RoC Monograph 11

August 2016

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on Merkel Cell Polyomavirus (MCV) was conducted by an ad hoc expert panel at a public meeting held December 17, 2015, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854) for materials, minutes, and panel recommendations from the peer-review meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) Comment on the draft cancer evaluation component for MCV, specifically, whether it was technically correct and clearly stated, whether the NTP has objectively presented and assessed the scientific evidence, and whether the scientific evidence is adequate for applying the RoC listing criteria,

(2) Comment on the draft substance profile for MCV, specifically, whether the scientific justification presented in the substance profile supports the NTP's preliminary policy decision on the RoC listing status of the substance (available in the 14th edition of the Report on Carcinogens).

The Panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports the NTP's preliminary conclusion on the level of evidence for carcinogenicity for the specific types of cancer from cancer studies in humans.

(2) Whether the scientific evidence supports the NTP's preliminary listing decision for MCV in the RoC.

This RoC monograph on MCV has been revised based on NTP's review of the Panel's peer-review comments. The Peer-Review Panel Report, which captures the Panel recommendations for listing status of MCV in the RoC and their scientific comments, and the NTP Response to the Peer-Review Report are available on the Peer-Review Meeting webpage for Merkel cell polyomavirus (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers

**Andrew F. Olshan, Ph.D.  (Chair)**
Distinguished Professor and Chair
Department of Epidemiology
University of North Carolina
Chapel Hill, North Carolina, USA

**Blossom Damania, Ph.D.**
Assistant Dean of Research and Professor
School of Medicine
University of North Carolina
Chapel Hill, North Carolina, USA

**Paul F. Lambert, Ph.D.**
Professor and Chair of Oncology
Director, McArdle Laboratory for Cancer Research
University of Wisconsin School of Medicine and Public Health
Wisconsin Institutes for Medical Research
Madison, Wisconsin, USA

**Margaret Madeleine, Ph.D.**
Associate Member
Program in Epidemiology
Fred Hutchinson Cancer Research Center
Seattle, Washington, USA

**Edward L. Murphy, Jr., M.D.**
Professor
Departments of Laboratory Medicine and Epidemiology/Biostatistics
University of California, San Francisco
San Francisco, California, USA

**Charles S. Rabkin, M.D.**
Senior Investigator
Infections and Immunoepidemiology Branch
Division of Cancer Epidemiology and Genetics
National Cancer Institute
Bethesda, Maryland, USA

**Rosemary Rochford, Ph.D.**
Professor, Immunology and Microbiology
Professor, Environmental and Occupational Health
University of Colorado School of Medicine
Aurora, Colorado, USA



National Toxicology Program
U.S. Department of Health and Human Services

# NTP MONOGRAPH ON IMMUNOTOXICITY ASSOCIATED WITH EXPOSURE TO PERFLUOROOCTANOIC ACID (PFOA) OR PERFLUOROOCTANE SULFONATE (PFOS)

September, 2016

Office of Health Assessment and Translation

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

National Institutes of Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Systematic Review of Immunotoxicity Associated with Exposure to PFOA or PFOS

## PEER REVIEW OF THE DRAFT NTP MONOGRAPH

Peer review of the draft NTP Monograph was conducted by an *ad hoc* expert panel in a public meeting held July 19, 2016, at the National Institute of Environmental Health Sciences, Research triangle park and via WebEx (see http://ntp.niehs.nih.gov/go/37090 for meeting materials and peer review report). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and Federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency. In this capacity, panel members had two major responsibilities in reviewing the draft NTP Monograph: (1) to determine whether the scientific information cited in the draft monograph was technically correct and clearly stated, and whether NTP has objectively presented and assessed the scientific evidence; (2) to determine whether the scientific evidence presented in the draft monograph supported the NTP's conclusions regarding whether immunotoxicity is associated with exposure to PFOA or PFOS.

The panel agreed with the draft conclusions that PFOA and PFOS are both *presumed to be immune hazards to humans*; however, they recommended changing the level of evidence conclusion for hypersensitivity-related outcomes for the animal body of evidence from "high" to "moderate". NTP concurred with this recommendation. Comments from the peer reviewers and written public comments were considered during finalization of the document.

### Peer-Review Panel

| Name | Affiliation |
|------|-------------|
| Weihsueh Chiu, PhD (chair) | College of Veterinary Medicine and Biomedical Sciences, Texas A&M University, College Station, TX |
| Joseph Braun, PhD | Department of Epidemiology, School of Public Health, Brown University, Providence, RI |
| Emanuela Corsini, PhD | School of Pharmacy, Università degli Studi di Milano, Milano, Italy |
| Berit Granum, PhD | Department of Food, Water, and Cosmetics Norwegian Institute of Public Health, Oslo, Norway |
| Deborah Keil, PhD, DABT | Department of Microbiology and Immunology, Montana State University, Bozeman, MT |
| Michael Woolhiser, PhD | Toxicology and Environmental Research and Consulting, The Dow Chemical Company, Midland, MI |

# Report on Carcinogens Monograph on Haloacetic Acids Found as Water Disinfection By-Products

RoC Monograph 12

March 2018

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the draft *RoC Monograph on Haloacetic Acids Found as Drinking Water Disinfection By-products* was conducted by an ad hoc expert panel at a public meeting held July 24, 2017, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854 for meeting materials, public comments, and peer review report (panel recommendations) from meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-review Panel was as follows:

1) Comment on whether the draft RoC Monograph on Haloacetic Acids Found as Water Disinfection By-products is technically correct, clearly stated, and objectively presented.

2) Provide opinion on whether there is currently or was in the past significant human exposure to haloacetic acids found as disinfection by-products.

The panel was asked to vote on the following questions:

1) Whether the scientific evidence supports NTP's conclusions on the level of evidence for carcinogenicity from cancer studies in animals for six individual haloacetic acids found as water disinfection by-products.

2) Whether the scientific evidence supports NTP's preliminary policy decision on the listing status of six individual haloacetic acids found as water disinfection by-products.

The monograph was revised based on NTP's review of the panel's peer-review comments. The Peer-review Panel Report, which captures the panel recommendations for listing status of haloacetic acids found as water disinfection by-products in the RoC and their scientific comments, are available on the Peer-Review Meeting web page for haloacetic acids (http://ntp.niehs.nih.gov/go/38854).

At a public meeting on December 7, 2017, NTP provided the NTP Board of Scientific Counselors with information about the peer review and finalized the RoC monograph for Haloacetic Acids Found as Water Disinfection By-products after the meeting.

The final monograph does not include the draft profiles for the six haloacetic acids recommended for listing as *reasonably anticipated to be a human carcinogen*. As per the RoC process, NTP submits the draft substance profiles for newly reviewed substances with their recommended listing status to the NTP Executive Committee for consultation and then to the Secretary of Health and Human Services for review and approval. Upon their approval by the Secretary, the substance profiles for newly reviewed substances are added to the next edition of the RoC and the RoC is prepared in electronic format, transmitted to Congress, and published on the NTP website.

# Peer Reviewers

**Weihsueh Chiu, Ph.D. (Chair)**
Professor
Department of Veterinary Integrative Biosciences
College of Veterinary Medicine and Biomedical Biosciences
Texas A&M University
College Station, Texas, USA

**Julia H. Carter, Ph.D.**
President and Chairman
Wood Hudson Cancer Research Laboratory
Newport, Kentucky, USA

**Lawrence H. Lash, Ph.D.**
Professor and Associate Chair
Wayne State University School of Medicine
Detroit, Michigan, USA

**Shahid Parvez, Ph.D.**
Assistant Professor
Environmental Health Science
Richard M. Fairbanks School of Public Health
Indiana University–Purdue University Indianapolis
Indianapolis, Indiana, USA

**Mathias Attene-Ramos, Ph.D.**
Associate Professor
Department of Environmental and Occupational Health
George Washington University
Washington, District of Columbia, USA

**Stephen M. Roberts, Ph.D.**
Director and Professor
Center for Environmental and Human Toxicology
University of Florida
Gainesville, Florida, USA

**Consolato Sergi, M.D., Ph.D., FRCPC**
Professor
Medicine and Dentistry
Laboratory Medicine and Pathology
University of Alberta
Edmonton, Alberta, Canada

**Susan C. Tilton, Ph.D.**
Assistant Professor
Environmental and Molecular Toxicology
Oregon State University
Corvallis, Oregon, USA

# Report on Carcinogens Monograph on Antimony Trioxide

RoC Monograph 13

October 2018

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

Peer review of the Draft RoC Monograph on Antimony Trioxide was conducted by an ad hoc expert panel at a public meeting held on January 24, 2018, in the Rodbell Auditorium at the National Institute of Environmental Health Sciences, David P. Rall Building, Research Triangle Park, NC (see http://ntp.niehs.nih.gov/go/38854 for materials, minutes, and panel recommendations from meeting). The selection of panel members and conduct of the peer review were performed in accordance with the Federal Advisory Committee Act and Federal policies and regulations. The panel members served as independent scientists, not as representatives of any institution, company, or governmental agency.

The charge to the Peer-Review Panel was as follows:

(1) Comment on whether the Draft RoC Monograph on Antimony Trioxide is technically correct, clearly stated, and objectively presented.

(2) Provide opinion on whether there is currently or was in the past significant human exposure to antimony trioxide.

The Panel was asked to vote on the following questions:

(1) Whether the scientific evidence supports NTP's conclusions on the level of evidence for carcinogenicity from cancer studies in animals for antimony trioxide.

(2) Whether the scientific evidence supports NTP's preliminary policy decision on the listing status of antimony trioxide.

The monograph has been revised based on NTP's review of the Panel's peer-review comments. The Peer-Review Panel Report, which captures the Panel recommendations for listing status of antimony trioxide in the RoC and their scientific comments, are available on the Peer-Review Meeting webpage for antimony trioxide (http://ntp.niehs.nih.gov/go/38854).

## Peer Reviewers

**Rebecca Fry, Ph.D. (Chair)**
Professor, Department of Environmental Sciences and Engineering
Director, UNC Superfund Research Program
Director, Institute for Environmental Health Solutions
Gillings School of Global Public Health
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina, USA

**Richard Peterson II, D.V.M., Ph.D., DACVP**
Senior Investigative Pathologist
Global Preclinical Safety
Investigative Toxicology and Pathology
AbbVie
Libertyville, Illinois, USA

**Elaine Symanski, Ph.D.**
Professor and Chair, Southwest Center for Occupational and Environmental Health
Department of Epidemiology, Human Genetics and Environmental Sciences
School of Public Health
The University of Texas Health Science Center at Houston
Houston, Texas, USA

**Michael Waalkes, Ph.D.**
Retired, Senior Advisor
Division of the National Toxicology Program
National Institute of Environmental Health Sciences
Raleigh, North Carolina, USA

**Elizabeth Ward, Ph.D.**
Retired, Senior Vice President for Intramural Research
American Cancer Society
Asheville, North Carolina, USA

**John Wise, Sr., Ph.D.**
Professor, Department of Pharmacology and Toxicology
University of Louisville
Louisville, Kentucky, USA

**Hao Zhu, Ph.D.**
Associate Professor, Department of Chemistry
The Rutgers Center for Computational and Integrative Biology
Rutgers University-Camden
Camden, New Jersey, USA

# Report on Carcinogens Monograph on *Helicobacter pylori* (Chronic Infection)

RoC Monograph 14

October 2018

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2331-267X

Research Triangle Park, North Carolina, USA

# Peer Review

The Draft Report on Carcinogens Monograph on *Helicobacter pylori* (chronic infection) was peer reviewed by letter by individuals with expertise in *H. pylori* and cancer. The reviewers served as independent scientists and not as representatives of any institution, company, or governmental agency.

The peer reviewers were charged to:

1) Comment on whether the draft monograph was technically correct, clearly stated, and objectively presented.

2) Provide opinion on whether there is currently or was in the past significant human exposure to *H. pylori*.

Each peer reviewer independently was asked to provide opinion on:

1) Whether the scientific evidence supported the NTP's preliminary conclusion on the level of evidence for carcinogenicity from cancer studies in humans.

2) Whether the scientific evidence supported the NTP's preliminary policy decision on *H. pylori* for listing in the Report on Carcinogens.

The monograph was revised based on NTP's consideration of the peer-review comments.

## Peer Reviewers

**Rolando Herrero, M.D., Ph.D.**
Head
Prevention and Implementation Group
Early Detection and Prevention Section
International Agency for Research on Cancer
Lyon, France

**Julie Parsonnet, M.D.**
George DeForest Barnett Professor in Medicine
Professor of Medicine
Professor of Health Research and Policy
Division of Infectious Diseases and Geographic Medicine
Division of Epidemiology
Stanford University Medical Center
Stanford, California, USA

**Traci L. Testerman, Ph.D.**
Assistant Professor
Department of Pathology, Microbiology, and Immunology
University of South Carolina School of Medicine
Columbia, South Carolina, USA

# NTP Monograph on the Systematic Review of Occupational Exposure to Cancer Chemotherapy Agents and Adverse Health Outcomes

NTP Monograph 05

March 2019

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2378-5144

Research Triangle Park, North Carolina, USA

Systematic Review of Occupational Exposure to Cancer Chemotherapy Agents

# Peer Review

The National Toxicology Program (NTP) conducted a peer review of the draft NTP *Systematic Review of Occupational Exposure to Cancer Chemotherapy Agents and Adverse Health Outcomes* by letter in March 2018 by the experts listed below. Reviewer selection and document review followed established NTP practices. The reviewers were charged to:

(1) Determine whether the scientific information cited in the draft monograph is technically correct and clearly stated, and whether NTP has objectively presented and assessed the scientific evidence.

(2) Determine whether the scientific evidence presented in the draft monograph supports NTP's conclusions regarding the level of evidence from human studies for adverse health effects associated with occupational exposure to cancer chemotherapy agents.

(3) Review and comment on NTP's presentation of workplace monitoring and biomonitoring data as well as proposed research needs based on the assessment of the available scientific data on health effects and exposure monitoring.

NTP carefully considered reviewer comments in finalizing this monograph.

## Peer Reviewers

**David A. Eastmond, Ph.D.**
Environmental Toxicology Graduate Program
Department of Molecular, Cell and Systems Biology
University of California–Riverside
Riverside, California, USA

**S. Katharine Hammond, Ph.D., CIH**
School of Public Health, Environmental Health Sciences Division
University of California–Berkeley
Berkeley, California, USA

**Steven Markowitz, M.D., Dr.P.H.**
Barry Commoner Center for Health and the Environment
Queens College
Flushing, New York, USA

**Carol Rice, Ph.D.**
Department of Environmental Health
University of Cincinnati College of Medicine
Cincinnati, Ohio, USA

**Mark B. Russi, M.D., FACOEM**
Wellness and Employee Population Health
Yale School of Medicine and Yale-New Haven Health System
New Haven, Connecticut, USA

# NTP Monograph on the
# Systematic Review of Long-term Neurological
# Effects Following Acute Exposure to Sarin

NTP Monograph 06

June 2019

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2378-5144

Research Triangle Park, North Carolina, USA

# Peer Review

The National Toxicology Program (NTP) convened a virtual external ad hoc panel to peer review the *Draft NTP Monograph on Systematic Review of Long-term Neurological Effects Following Acute Exposure to the Organophosphorus Nerve Agent Sarin* on February 4, 2019. NTP announced the peer-review meeting in the Federal Register (83 FR 63662, December 11, 2018, and 84 FR 368, January 25, 2019). The public could view the proceedings online and opportunities were provided for submission of written and oral public comments. The selection of panel members and conduct of the peer review were in accordance with federal policies and regulations. The panel was charged to:

(1) Comment on whether the *Draft NTP Monograph on Systematic Review of Long-term Neurological Effects Following Acute Exposure to the Organophosphorus Nerve Agent Sarin* is technically correct, clearly stated, and objectively presented.

(2) Vote on whether the scientific evidence from animal studies and from human studies supports the level of evidence conclusions regarding health effects following acute sarin exposure.

(3) Vote on whether the scientific evidence supports NTP's policy decisions for hazard categorization on long-term neurological effects following acute sarin exposure.

NTP carefully considered the panel's recommendations in finalizing the monograph. The peer-review report is provided in Appendix G. Other meeting materials are available on the NTP website (https://ntp.niehs.nih.gov/go/meeting).

## Peer Reviewers

**Pam Factor-Litvak, Ph.D. (chair)**
Associate Dean for Research Resources, Professor, Epidemiology
Columbia University Medical Center
New York, New York, USA

**Frédéric Baud, M.D.**
Expert Consultant, Department of Anesthesiology and Intensive Care Medicine
Université Paris Diderot, Assistance Publique – Hôpitaux de Paris
Paris, France

**John Beard, Ph.D.**
Assistant Professor, Department of Public Health
Brigham Young University
Provo, Utah, USA

**Peter Blain, M.D.**
Researcher and Professor of Environmental Medicine
Medical Toxicology Research Centre, Newcastle University
Newcastle upon Tyne, England

**Michelle Block, Ph.D.**
Associate Professor, Department of Anatomy and Cell Biology
Indiana University School of Medicine, Stark Neuroscience Research Institute
Indianapolis, Indiana, USA

Systematic Review of Long-term Neurological Effects of Sarin

**Arik Eisenkraft, M.D.**
Adjunct Clinical Senior Lecturer in Military Medicine
The Hebrew University Faculty of Medicine
Tel-Mond, Israel

**Lawrence Engel, Ph.D.**
Associate Professor, Department of Epidemiology
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina, USA

**Virginia Moser, Ph.D.**
Private Neurotoxicology Consultant Retired
U.S. Environmental Protection Agency
Apex, North Carolina, USA

# NTP Monograph on the
# Systematic Review of Traffic-related Air Pollution
# and Hypertensive Disorders of Pregnancy

NTP Monograph 07

December 2019

National Toxicology Program
Public Health Service
U.S. Department of Health and Human Services
ISSN: 2378-5144

Research Triangle Park, North Carolina, USA

# Peer Review

The National Toxicology Program (NTP) conducted a peer review of the draft *NTP Monograph on the Systematic Review of Traffic-related Air Pollution and Hypertensive Disorders of Pregnancy* by letter in August 2019 by the experts listed below. NTP announced the availability of the draft document in the Federal Register (84 FR 29529, June 24, 2019), and opportunities were provided for submission of written public comments. Reviewer selection and document review followed established NTP practices. The reviewers were charged to:

(1) Comment on whether the draft *NTP Monograph on Traffic-Related Air Pollution and Hypertensive Disorders of Pregnancy* is technically correct, clearly stated, and objectively presented.

(2) Determine whether the scientific evidence from human and animal studies supports the NTP's confidence ratings in the bodies of evidence regarding hypertensive disorders of pregnancy following exposure to individual TRAP components.

(3) Determine whether the scientific evidence from human and animal studies supports the NTP's level of evidence conclusions regarding hypertensive disorders of pregnancy following TRAP exposure in the combined body of evidence.

(4) Determine whether the scientific evidence supports NTP's policy decisions for hazard categorization on hypertensive disorders of pregnancy following TRAP exposure.

NTP carefully considered reviewer comments in finalizing this monograph.

## Peer Reviewers

**Rebecca Schmidt, Ph.D.**
Assistant Professor, Department of Public Health Sciences
University of California, Davis, School of Medicine
Davis, California, USA

**Karen Racicot, Ph.D.**
Assistant Professor, Department of Obstetrics, Gynecology, and Reproductive Biology
Michigan State University, College of Human Medicine
East Lansing, Michigan, USA

**Amy Padula, Ph.D.**
Assistant Professor, Department of Obstetrics, Gynecology, and Reproductive Sciences
University of California, San Francisco
San Francisco, California, USA

**Matthew Campen, Ph.D.**
Regents' Professor, Department of Pharmaceutical Sciences
University of New Mexico, College of Pharmacy
Albuquerque, New Mexico, USA

**Alex Carll, Ph.D.**
Assistant Professor, Department of Physiology
University of Louisville, School of Medicine
Louisville, Kentucky, USA

# Exhibit Q



National Toxicology Program
U.S. Department of Health and Human Services

# Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration

March 4, 2019

Office of Health Assessment and Translation (OHAT)

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

# Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration

## PREFACE

The National Toxicology Program (NTP) and the National Institute of Environmental Health Sciences established the NTP Office of Health Assessment and Translation (OHAT) to serve as an environmental health resource to the public and to regulatory and health agencies (Bucher *et al.* 2011). This office conducts evaluations to assess the evidence that environmental chemicals, physical substances, or mixtures (collectively referred to as "substances") cause adverse health effects and provides opinions on whether these substances may be of concern, given what is known about current human exposure levels. The opinions are referred to as NTP Level of Concern (LoC) conclusions. OHAT also organizes workshops or state-of-the-science evaluations to address issues of importance in environmental health sciences. OHAT assessments are typically published as OHAT monographs, meeting reports, and/or peer-reviewed journal publications.

In 2011, OHAT began exploring systematic-review methodology as a means to enhance transparency, foster greater consistency in methods, and increase efficiency in summarizing and synthesizing findings for literature-based health assessments of environmental substances (NTP 2012b, NTP 2012a, Birnbaum *et al.* 2013, NTP 2013b). A systematic review uses an explicit, pre-specified approach to identify, select, assess, and synthesize the data from studies in order to address a specific scientific or public health question (Higgins and Green 2011, Institute of Medicine 2011). On the basis of the systematic review, a structured framework is applied to reach conclusions on the evidence following a defined and transparent decision making process (Guyatt *et al.* 2011a, U.S. Preventive Services Task Force (USPSTF) 2011, Agency for Healthcare Research and Quality (AHRQ) 2012a). Although these methods were originally developed for evaluating the efficacy of healthcare interventions, over the past decade methods have been adapted and applied to a range of health-related activities, including diagnostic testing, treatment efficacy in preclinical studies, and health questions in animal husbandry. Systematic review methodology and structured frameworks are  increasingly recommended by a wide range of agencies and institutions to address environmental health questions (European Food Safety Authority (EFSA) 2010, Agency for Toxic Substances and Disease Registry (ATSDR) 2012, Silbergeld and Scherer 2013, Johnson *et al.* 2014b, Koustas *et al.* 2014, Lam *et al.* 2014, Mandrioli *et al.* 2014, Murray and Thayer 2014, National Research Council (NRC) 2014b, NRC 2014a, Woodruff and Sutton 2014).

Systematic review methods do not supplant the role of expert scientific judgment, public participation, or other existing processes used by OHAT and NTP in the evaluation of environmental substances. However, the systematic review methods outlined here are a major part of evidence-based decision making in terms of ensuring the collection of the most complete and reliable evidence to form the basis for decisions or conclusions. Knowledge of the quality and confidence in the evidence is essential to decision making. The objective of embedding systematic methods in the OHAT evaluation processes is to enhance transparency, promote participation by the public and stakeholders in the evaluation process, ensure consistency across evaluations, facilitate updates, and support more general acceptance of evaluations to other agencies.

This document is intended to serve as a handbook, or standard operating procedures (SOP), for the development of systematic review for conducting OHAT evaluations. The SOPs are based on (1) lessons learned from developing protocols for two case studies for implementing systematic review, (2)

**OHAT Handbook (March 4, 2019)**

consideration of public comments received on systematic review during the past two years, and (3) discussions with experts at other organizations and agencies working on applying methods of systematic review to environmental health and toxicology. It provides an overview of the general OHAT evaluation process, including systematic review methodology, and procedures used to integrate evidence and to support conclusions.

Many aspects of existing methods for systematic review have informed the development of this document, and OHAT has consulted with experts in the Cochrane Collaboration, Navigation Guide, GRADE Working Group, CAMARADES, SYRCLE[1], and others, to draw upon the experience of experts in the field. New methods are needed for evidence-based evaluation of nonhuman toxicological studies, including mechanistic studies. As these procedures are developed and tested, they will be integrated into the OHAT process for NTP evaluations. The methods proposed in this document will need to be evaluated for their relevance and usefulness in reaching the goals of transparency, consistency, and identification of preventable sources of bias in studies and statistical methods applied to observational epidemiology and non-human toxicology. It is expected that these methods will evolve in response to improvements in toxicity testing, statistical methods and other elements relevant to the goals of OHAT and NTP. The handbook is a living document and will be updated as methodological practices are refined and evaluated and strategies are identified that improve the reliability, ease, and efficiency of conducting systematic reviews. (see "Handbook Peer Review & Updates").

## OHAT EVALUATION PROCESS, SYSTEMATIC REVIEW, AND EVIDENCE INTEGRATION

## OHAT Evaluation Process

The OHAT evaluation process includes multiple opportunities for external scientific, public, and interagency inputs and external peer review. These are not limited or changed by the adoption of systematic review methods.

The process for conducting a systematic review and integrating evidence refers to the methods used to conduct the evaluation, which is one component of the overall evaluation process by which OHAT initiates, conducts, and ensures peer review of its evaluations. Figure 1 shows the overall process for evaluations that lead to the development of a formal NTP opinion published in OHAT monographs. OHAT

---

[1] GRADE Working Group - Grading of Recommendations Assessment, Development and Evaluation (short GRADE) Working Group began in the year 2000 as an informal collaboration of people with an interest in addressing the shortcomings of present grading systems in health care.

CAMARADES (Collaborative Approach to Meta-Analysis and Review of Animal Data from Experimental Studies) provides a supporting framework for groups involved in the systematic review and meta-analysis of data from experimental animal studies. As of December 2014, CAMARADES has five global national co-ordinating centres: University of Edinburgh, Florey Institute of Neuroscience & Mental Health, Radboud University Nijmegen Medical Centre, University of California San Francisco and Ottawa Hospital Research Institute.

SYRCLE (SYstematic Review Centre for Laboratory animal Experimentation) was officially founded in 2012. SYRCLE focuses on the execution of SRs of animal studies towards more evidence-based translational medicine.

# Exhibit R

Volume 4

Pages 509 - 708

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE EDWARD M. CHEN

FOOD & WATER WATCH, INC., et al,      )
                                      )
                                      )
            Plaintiffs,               )
                                      )
  vs.                                 ) No. C 17-2162 EMC
                                      )
U.S. ENVIRONMENTAL PROTECTION         )
AGENCY, et al,                        )
                                      )  San Francisco, California
            Defendants.               )  Friday
                                      )  June 12, 2020
_____)  8:30 a.m.

**TRANSCRIPT OF REMOTE ZOOM BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**          WATERS KRAUS & PAUL
                             222 North Pacific Coast Highway
                             Suite 1900
                             El Segundo, California 90245
                    BY:   **MICHAEL P. CONNETT, ESQ.**
                          **CHARLES ANDREW WATERS, ESQ.**


                             WATERS & KRAUS LLP
                             3141 Hood Street
                             Suite 700
                             Dallas, Texas 75219
                    By:   **KAY GUNDERSON REEVES, ESQ.**



        (APPEARANCES CONTINUED ON FOLLOWING PAGE)


*Reported By:*   ***Debra L. Pas, CSR 11916, RPR, RMR, CRR***
                *Official Reporter - US District Court*
                *Computerized Transcription By Eclipse*

THAYER - DIRECT  / CARFORA

```
1   direct.

2            MS. CARFORA:   Thank you, Your Honor.

3                    KRISTINA THAYER,

4   called as a witness for the Defendant herein, having been

5   previously sworn, resumed the stand and testified further as

6   follows:

7                    DIRECT EXAMINATION

8   BY MS. CARFORA

9   Q.   Good morning -- good afternoon, Dr. Thayer.  Thank you for

10  coming back.

11       Dr. Thayer, how long have you worked at EPA?

12  A.   Since January of 2017.

13  Q.   And I think we covered this the other day.  Just very

14  quickly, can you remind us what your current position is at

15  EPA?

16  A.   I'm the director of the Chemical and Pollutant Assessment

17  Division referred to at CPAD.  This division lives within EPA's

18  Office of Research and Development, the OID, and it produces

19  integrated risk information system, or IRIS, assessments, along

20  with provisional peer-reviewed toxicity value, or PPRTV,

21  assessments, along with a number of other sort of fit for

22  purpose or very tailored assessment products.

23            THE COURT:   You need to slow down.  We have a court

24  reporter.

25            THE WITNESS:   Okay.
```

**THAYER - DIRECT / CARFORA**

1  are the guidelines intended to be employed uniformly across all

2  EPA programs?

3  **A.**   No.  So they are principles, which means that they provide

4  sufficient flexibility for any given assessment, which, again,

5  may be conducted for a variety of decision-making purposes.  So

6  the principles are high enough level that they can be deployed

7  in a way that matches the decision-making context.

8  **Q.**   Dr. Thayer, are you aware, when were the guidelines

9  established?

10  **A.**   1998.  And they reflect principles of assessing

11  neurotoxicity at that time.

12  **Q.**   Dr. Thayer, does the IRIS program use systematic review

13  methodologies?

14  **A.**   Yes.

15  **Q.**   And do the 19- -- in your experience working with the 1998

16  guidelines, do the 1998 guidelines set forth methodologies for

17  systematic review?

18  **A.**   No.  In 1998 the agency really wasn't deploying systematic

19  review.  It doesn't change -- it doesn't make the principles in

20  the 1998 guidelines invalid.

21      It's just that, as you'll learn through our discussion,

22  systematic reviews comes with a certain philosophy of

23  transparency and predefining the process that's not reflected

24  in the 1998 guidelines.

25  **Q.**   Dr. Thayer, could you tell us, what is the first component

**THAYER - DIRECT / CARFORA**

1  Q.   And what role did you have in implementing systematic

2  review methodologies in the IRIS program?

3  A.   Well, when I came on board in January 2017 I was charged

4  to make sure the IRIS program was fully implementing systematic

5  review.  So since that time, we've had a number of check-ins

6  with external bodies to get feedback.

7       For example, in September 2017 we presented our methods to

8  a scientific advisory board, Chemical Assessment Advisory

9  Committee, or CAAC, and received praise for what we were doing.

10       In February 2018 we had a two-day meeting with the

11  National Academy of Science, again, going through in detail

12  what our -- what our methods were.  That panel produced a

13  report in April 2018 that indicated the IRIS program had made

14  substantial progress in implementing systematic review.

15  Q.   And in your work as director of the IRIS program, do you

16  stay -- does the IRIS program stay current on systematic review

17  methodologies and advancements.

18  A.   Yes.  And for context, systematic review is a methodology.

19  And like any methodology, when you begin to apply it in

20  different areas, then there is going to somebody refinement.

21       So historically, systematic review was used to help bring

22  transparency to making decisions in healthcare.  And the type

23  of evidence that would have been considered was a lot of

24  clinical epidemiology.

25       So now that we're taking those methods and applying them

 1   committee.  There is a practice so that different parts of the
 2   EPA who are implementing systematic review can keep in touch
 3   and share their experiences.
 4   Q.   So, Dr. Thayer, did you have any involvement in the
 5   implementation of systematic review methodologies in the IRIS
 6   program before you became director of the IRIS program?
 7   A.   I was invited to participate in a number of public
 8   meetings.  So the IRIS program has been working over a number
 9   of years to implement systematic review, and that -- that
10   convenes in public meetings to understand the state of the
11   science.
12   Q.   And did you ever become aware of why the IRIS program was
13   interested in exploring the systematic review methodology?
14   A.   Yes.
15   Q.   And can you very quickly explain to the Court your
16   understanding of why the IRIS program was interested in that?
17   A.   Ins 2011 the National Research Council, or NRC, did the
18   review of a draft formaldehyde IRIS assessment.  And they came
19   back with a number of recommendations, in particular, to
20   improve transparency of the assessment, which entailed
21   systematic review.
22        So the EPA worked in consultation with NRC to try to
23   implement those recommendations from 2011.
24   Q.   And just very quickly, what do you mean by you worked in
25   consultation with the NRC?

THAYER - DIRECT / CARFORA

1  somehow -- change the draft before a final version is public?

2  **A.**  Based on the public comments and the external scientific

3  review, it often is the case that the draft is modified before

4  finalization.

5  **Q.**  If that's the case, would you say that relying on a draft

6  toxicological review would be reliable for the purpose of

7  identifying methodologies employed by the program?

8         **MR. CONNETT:**  Sorry, Your Honor.  I missed that

9  question.

10      Counsel, could you repeat that?  I apologize.

11         **THE COURT:**  Yeah.  I'm not sure.  That's a rather

12  vague question.  It's not tied to anything specific.

13         **MS. CARFORA:**  I understand.  Thank you.  Maybe I'll

14  try again later.

15  **BY MS. CARFORA**

16  **Q.**  Dr. Thayer, what is systematic review?

17  **A.**  Systematic review is a methodology for conducting a

18  literature-based assessment.  It's known for its transparency

19  and rigor that it brings to the process.

20      Really critical is this notion of predefining the methods

21  that are going to be used to identify studies.  To make

22  decisions about whether they are relevant or not, included or

23  excluded.  How you're going to critically appraise studies.

24  How you're going to look across studies to reach evidence

25  synthesis and integration conclusions.  And then how you're

THAYER - DIRECT / CARFORA

1  in drinking water.  So the control animals would have just

2  drinking water.  And then the treated animals would have

3  drinking water plus some dose level of fluoride.

4  Q.    And how did NTP 2016 define the outcome of interest?

5  A.    Any neurobehavioral outcome, but there was a primary focus

6  on learning and memory, with secondary outcomes on -- in any

7  other neurobehavioral study that we found.

8  Q.    Why did NMP 2016 separate primary and secondary outcomes?

9  A.    So as you mentioned, at that time there were already

10  interest in understanding whether exposure could be related to

11  reduced IQ.  So we wanted to make sure that our analysis of the

12  animal neurobehavioral studies squarely focused on that, to

13  help complement that discussion.

14      But along the way we also wanted to make sure that we

15  weren't missing things.  So we wanted to catch a broad net to

16  see the extent of the information that would be available to

17  look at other neurobehavioral outcomes.

18  Q.    And once the PECO statement is complete, what happens

19  next?

20  A.    Then you begin to flesh out your protocol, which is,

21  again, the method document.  How are you going to approach the

22  review?

23  Q.    Why is it important to develop a protocol?

24  A.    That really sort of embodies the transparent in rigors.

25  So part of it is the transparency.  You make the methods

THAYER - DIRECT  / CARFORA

1   transparent.

2        Again, in the context of a regulatory setting within the

3   IRIS program, our protocols undergo review within the agency.

4   They get released for public comment.  And this is done well in

5   advance having a draft assessment.

6        So the idea is, it's out there.  Everybody knows methods

7   are going to be used.  Everybody has a chance to comment on

8   that methodology before the assessment is actually done.  So

9   that's a transparency.

10       And then -- then a lot of the methods have embedded within

11  them techniques to make sure that bias is minimized when

12  actually conducting the assessment.

13  Q.   And what is the next step of systematic review after

14  problem formulation and protocol development?

15  A.   So this is where you want to search for and select studies

16  for inclusion.

17  Q.   And what are the basic fundamental methodologies for

18  literature search in systematic review?

19  A.   So one is, you're going to look at more than one source.

20  So there are a number of databases that are widely used to look

21  at biomedical or human health literature.  PubMed, Scopus, Web

22  of Science, Embase, Toxnet before it went away in December.  So

23  you look at more than one database.

24       And then the idea is that you document with enough detail

25  that somebody could reuse your search strategies.  You also

# Exhibit S

Volume 6

Pages 907 - 1027

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE EDWARD M. CHEN

FOOD & WATER WATCH, INC., et al,    )
                                    )
                                    )
            Plaintiffs,             )
                                    )
   vs.                              ) No. C 17-2162 EMC
                                    )
U.S. ENVIRONMENTAL PROTECTION       )
AGENCY, et al,                      )
                                    )  San Francisco, California
            Defendants.             )  Tuesday
                                    )  June 16, 2020
                                    )  1:30 p.m.
_____ )

**TRANSCRIPT OF REMOTE ZOOM BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**          WATERS KRAUS & PAUL
                             222 North Pacific Coast Highway
                             Suite 1900
                             El Segundo, California 90245
                        BY:  **MICHAEL P. CONNETT, ESQ.**
                             **CHARLES ANDREW WATERS, ESQ.**


                             WATERS & KRAUS LLP
                             3141 Hood Street
                             Suite 700
                             Dallas, Texas 75219
                        By:  **KAY GUNDERSON REEVES, ESQ.**


            (APPEARANCES CONTINUED ON FOLLOWING PAGE)


*Reported By:*   **Debra L. Pas, CSR 11916, RPR, RMR, CRR**
                 Official Reporter - US District Court
                 Computerized Transcription By Eclipse

```
 1              THE CLERK:  Thank you.

 2                    DIRECT EXAMINATION

 3   BY MS. CARFORA

 4   Q.   Good afternoon, Dr. Henry.  Can you please state your name

 5   for the record.

 6   A.   Tala Henry.

 7   Q.   And can you state the name of your employer?

 8   A.   The U.S. Environmental Protection Agency.

 9   Q.   And, Dr. Henry, how long have you worked at EPA?

10   A.   Over 25 years.

11   Q.   What's your highest level of education?

12   A.   I have a PhD in pharmacology from the University of

13   Minnesota.

14   Q.   Dr. Henry, what is your current position at EPA?

15   A.   I am the deputy office director of the Office of Pollution

16   Prevention and Toxics.  Also called OPPT, I'm sure, henceforth.

17   And OPPT's primary mission is to administer the Toxic

18   Substances Control Act, which is called TSCA, and the Pollution

19   Prevention Act, among other things.

20   Q.   Dr. Henry, have you held any other positions at EPA?

21   A.   Yes, several.  Prior to becoming the deputy office

22   director, I was the director of the Risk Assessment Division

23   within OPPT.  And prior to that I was the director of the

24   National Program Chemicals Division, which does more risk

25   assessment activities.  That division is also in OPPT.  And I
```

 1   uncertainties around specific aspects of these studies.

 2       Again -- well, I can't really answer that here today.  I

 3   just want to point out that I would never make that

 4   determination all by myself.  I would do this with, you know, a

 5   team of experts who are versed in the risk evaluation that we

 6   would conduct, the EPA would conduct under TSCA.  So I would

 7   have the benefit of this full body of information, and I have

 8   the opportunity to ask all these questions and get them

 9   clarified.

10   Q.   Dr. Henry, can you explain what is the term "weight of the

11   scientific evidence" specific to TSCA risk evaluation?

12   A.   I don't think I can recall the exact notation we put into

13   the rule-making.  Just generally speaking, the "weight of the

14   evidence" means the confidence or the inference that you can

15   make from a body of data.  It's usually based on -- a lot of

16   EPA guidance is that we need to be comprehensive in identifying

17   it, but it has a lot to do with evaluating its quality and

18   presenting it transparently.

19   Q.   I'm sorry.  I --

20   A.   Sorry.  We did refer in the rule to some words from the

21   Institute of Medicine.  We rely on that definition.

22       I think Kris Thayer's testimony may have had that in

23   there.

24   Q.   Dr. Henry, I apologize.  I didn't ask a very good

25   question.

HENRY - DIRECT / CARFORA

```
 1              MR. CONNETT:  No objection.

 2              THE COURT:  Okay.  Go ahead.

 3              MS. CARFORA:  Mr. Hambrick, if we can put up

 4    Exhibit 544, Page 23, third column middle?

 5         (Document displayed)

 6    BY MS. CARFORA

 7    Q.   Dr. Henry, if you could just read for us the definition of

 8    "weight of the scientific evidence" in the risk evaluation

 9    rule?

10    A.   So EPA indicates that:

11              "Weight of the scientific evidence means a

12         systematic review method, applied in a manner suited

13         to the nature of the evidence or decision, that uses a

14         pre-established protocol to comprehensively,

15         objectively, transparently, and consistently identify

16         and evaluate each stream of evidence, including

17         strengths, limitations, and relevance of each study

18         and to integrate evidence as necessary and appropriate

19         based upon strengths, limitations, and relevance."

20         Long winded, I know.

21    Q.   I was on mute.

22         That term "stream of evidence," can you quickly tell us

23    what that refers to?

24    A.   So you heard Dr. Thayer on Friday describe it, because

25    her -- as, like, human data, animal data, mechanistic data,
```

# Exhibit T



Sciences
Engineering
Medicine

NATIONAL
ACADEMIES
PRESS
Washington, DC

This PDF is available at http://nap.nationalacademies.org/25715

   





# Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects (2020)

## DETAILS

60 pages | 6 x 9 | PAPERBACK
ISBN 978-0-309-67313-6 | DOI 10.17226/25715

## CONTRIBUTORS

Committee to Review the NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects; Board on Environmental Studies and Toxicology; Division on Earth and Life Studies; National Academies of Sciences, Engineering, and Medicine

## SUGGESTED CITATION

National Academies of Sciences, Engineering, and Medicine 2020. *Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects.* Washington, DC: The National Academies Press. https://doi.org/10.17226/25715.

**BUY THIS BOOK**

**FIND RELATED TITLES**

Visit the National Academies Press at nap.edu and login or register to get:

– Access to free PDF downloads of thousands of publications
– 10% off the price of print publications
– Email or social media notifications of new titles related to your interests
– Special offers and discounts



All downloadable National Academies titles are free to be used for personal and/or non-commercial academic use. Users may also freely post links to our titles on this website; non-commercial academic users are encouraged to link to the version on this website rather than distribute a downloaded PDF to ensure that all users are accessing the latest authoritative version of the work. All other uses require written permission. (Request Permission)

This PDF is protected by copyright and owned by the National Academy of Sciences; unless otherwise indicated, the National Academy of Sciences retains copyright to all materials in this PDF with all rights reserved.



# Review of the Draft NTP Monograph

### SYSTEMATIC REVIEW OF FLUORIDE EXPOSURE AND NEURODEVELOPMENTAL AND COGNITIVE HEALTH EFFECTS

Committee to Review the NTP Monograph on the
Systematic Review of Fluoride Exposure and
Neurodevelopmental and Cognitive Health Effects

Board on Environmental Studies and Toxicology

Division on Earth and Life Studies

A Consensus Study Report of

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE

THE NATIONAL ACADEMIES PRESS
*Washington, DC*
**www.nap.edu**

systematic review. However, Choi et al. (2012) considered only a subset of the studies included in the systematic review, so NTP's claim of minimal publication bias would be strengthened by adding recent papers to the meta-analysis and constructing a new funnel plot.

### Communication Regarding Lower Exposures

The discussion section of the monograph provides an informal assessment of the evidence with regard to exposure range and declares that the positive results are based largely on exposures greater than those used for fluoridation. The basis of that inference is not apparent, and it seems to contradict the earlier assertion that nearly all the studies are positive, including ones that assessed lower exposures. More important, as discussed in Chapter 2, this discussion gives a false impression that NTP conducted a formal dose–response assessment. NTP should make it clear that the monograph cannot be used to assess what concentrations of fluoride are safe.

### NTP CONCLUSION

The monograph "concludes that fluoride is presumed to be a cognitive neurodevelopmental hazard to humans. This conclusion is based on a consistent pattern of findings in human studies across several different populations showing that higher fluoride exposure is associated with decreased IQ or other cognitive impairments in children" (NTP 2019, p. 59). The committee was tasked with assessing whether NTP satisfactorily supports its conclusion. In light of the issues raised by the committee regarding the analysis of various aspects of some studies and the analysis, summary, and presentation of the data in the monograph, the committee finds that NTP has not adequately supported its conclusion. The committee's finding does not mean that the conclusion is incorrect; rather, further analysis or reanalysis as suggested in the present report is needed to support the conclusion in the monograph.

### REFERENCES

Axelson, O. 1978. Aspects on confounding in occupational health epidemiology. Scand. J. Work Environ. Health 4:85-89.

Barberio, A.M., C. Quinonez, F.S. Hosein, and L. McLaren. 2017. Fluoride exposure and reported learning disability among Canadian children: Implications for community water fluoridation. Can. J. Public Health 108:229-239.

Bashash, M., D. Thomas, H. Hu, E.A. Martinez-Mier, B.N. Sanchez, N. Basu, K.E. Peterson, A.S. Ettinger, R. Wright, Z. Zhang, Y. Liu, L. Schnaas, A. Mercado-Garcia, M.M. Tellez-Rojo, and M. Hernandez-Avila. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Environ. Health Perspect. 125(9):1-12.

Broadbent, J.M., W.M. Thomson, T.E. Moffitt, and R. Poulton. 2015. Community water fluoridation and intelligence response. Am. J. Public Health 105:3-4.

# Exhibit U



**NATIONAL ACADEMIES** Sciences Engineering Medicine

NATIONAL ACADEMIES PRESS Washington, DC

This PDF is available at http://nap.nationalacademies.org/26030

   



# Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Letter Report (2021)

## DETAILS

28 pages | 8.5 x 11 | PDF
ISBN 978-0-309-16269-2 | DOI 10.17226/26030

## CONTRIBUTORS

Committee to Review the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects; Board on Environmental Studies and Toxicology; Division on Earth and Life Studies; National Academies of Sciences, Engineering, and Medicine

## SUGGESTED CITATION

National Academies of Sciences, Engineering, and Medicine 2021. *Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Letter Report*. Washington, DC: The National Academies Press. https://doi.org/10.17226/26030.

**BUY THIS BOOK**

**FIND RELATED TITLES**

Visit the National Academies Press at nap.edu and login or register to get:

– Access to free PDF downloads of thousands of publications
– 10% off the price of print publications
– Email or social media notifications of new titles related to your interests
– Special offers and discounts



All downloadable National Academies titles are free to be used for personal and/or non-commercial academic use. Users may also freely post links to our titles on this website; non-commercial academic users are encouraged to link to the version on this website rather than distribute a downloaded PDF to ensure that all users are accessing the latest authoritative version of the work. All other uses require written permission. (Request Permission)

This PDF is protected by copyright and owned by the National Academy of Sciences; unless otherwise indicated, the National Academy of Sciences retains copyright to all materials in this PDF with all rights reserved.

# REVIEW OF THE REVISED NTP MONOGRAPH ON THE SYSTEMATIC REVIEW OF FLUORIDE EXPOSURE AND NEURODEVELOPMENTAL AND COGNITIVE HEALTH EFFECTS: A LETTER REPORT

Committee to Review the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects

Board on Environmental Studies and Toxicology

Division on Earth and Life Studies

A Consensus Study Report of

*The National Academies of*

SCIENCES · ENGINEERING · MEDICINE

THE NATIONAL ACADEMIES PRESS
*Washington, DC*
**www.nap.edu**

Copyright National Academy of Sciences. All rights reserved.

Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Letter ...

Case 3:17-cv-02162-EMC   Document 312-1   Filed 10/03/22   Page 98 of 128

## COMMUNICATION

Overall, NTP has done a good job of identifying and extracting the underlying epidemiologic information that it needs to evaluate the possible neurodevelopmental effects of fluoride. With a few exceptions, the major problem with the report is not related to missing or misinterpreted information, but rather with how the underlying research and its evaluations are presented by NTP. As detailed in many of the preceding comments, NTP's protocols and its evaluations of the research are sometimes difficult to follow. As NTP is aware, the issue of fluoride toxicity and safety is highly contentious. To be widely accepted, any analysis concerning the issue needs to be performed and presented with exceptional care and with exceptional clarity. Overall, the revised monograph seems to include a wealth of evidence and a number of evaluations that support its main conclusion, but the monograph falls short of providing a clear and convincing argument that supports its assessment, given the lack of details in several places and the lack of clarity on several substantive issues.

Much of the evidence presented in the report comes from studies that involve relatively high fluoride concentrations. Little or no conclusive information can be garnered from the revised monograph about the effects of fluoride at low exposure concentrations (less than 1.5 mg/L). ***NTP therefore should make it clear that the monograph cannot be used to draw any conclusions regarding low fluoride exposure concentrations, including those typically associated with drinking-water fluoridation***. Drawing conclusions about the effects of low fluoride exposures (less than 1.5 mg/L) would require a full dose–response assessment, which would include at a minimum more detailed analyses of dose–response patterns, models, and model fit; full evaluations of the evidence for supporting or refuting threshold effects; assessment of the differences in exposure metrics and intake rates; more detailed analyses of statistical power and uncertainty; evaluation of differences in susceptibility; and detailed quantitative analyses of effects of bias and confounding of small effect sizes. Those analyses fall outside the scope of the NTP monograph, which focuses on hazard identification and not dose–response assessment. ***Given the substantial concern regarding health implications of various fluoride exposures, comments or inferences that are not based on rigorous analyses should be avoided.***

## NTP CONCLUSION

As noted above, the committee focused on determining whether the evidence as presented in the revised monograph supported NTP's main conclusion that "fluoride is *presumed to be a cognitive neurodevelopmental hazard to humans*" (NTP 2020a, p. 80). The revised monograph is much improved from the initial draft that the committee reviewed. The addition of the meta-analysis substantially increases the support for NTP's main conclusion. However, the committee is still concerned about the presentation of the data, the methods, and the analyses in the revised monograph and finds that the monograph falls short of providing a clear and convincing argument that supports its assessment. The committee urges NTP to improve the clarity of the document. The monograph has great importance in the discussion about effects of fluoride on neurodevelopmental and cognitive health effects and will likely influence exposure guidelines or regulations. Thus, it is extremely important for it to be able to withstand scientific scrutiny by those who have vastly different opinions on the risks and benefits associated with fluoride exposure. ***The committee strongly recommends that NTP improve the revised monograph by***

14

Copyright National Academy of Sciences. All rights reserved.

# Exhibit V



**Sciences**
**Engineering**
**Medicine**

NATIONAL
ACADEMIES
PRESS
Washington, DC

This PDF is available at http://nap.nationalacademies.org/25952

  



# The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations (2021)

### DETAILS

82 pages | 8.5 x 11 | PAPERBACK
ISBN 978-0-309-68386-9 | DOI 10.17226/25952

**BUY THIS BOOK**

**FIND RELATED TITLES**

### CONTRIBUTORS

Committee to Review EPA's TSCA Systematic Review Guidance Document; Board on Environmental Studies and Toxicology; Division on Earth and Life Studies; National Academies of Sciences, Engineering, and Medicine

### SUGGESTED CITATION

National Academies of Sciences, Engineering, and Medicine 2021. *The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations.* Washington, DC: The National Academies Press. https://doi.org/10.17226/25952.

---

Visit the National Academies Press at nap.edu and login or register to get:

– Access to free PDF downloads of thousands of publications
– 10% off the price of print publications
– Email or social media notifications of new titles related to your interests
– Special offers and discounts



All downloadable National Academies titles are free to be used for personal and/or non-commercial academic use. Users may also freely post links to our titles on this website; non-commercial academic users are encouraged to link to the version on this website rather than distribute a downloaded PDF to ensure that all users are accessing the latest authoritative version of the work. All other uses require written permission. (Request Permission)

This PDF is protected by copyright and owned by the National Academy of Sciences; unless otherwise indicated, the National Academy of Sciences retains copyright to all materials in this PDF with all rights reserved.

# The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations

Committee to Review EPA's TSCA Systematic Review Guidance Document

Board on Environmental Studies and Toxicology

Division on Earth and Life Studies

A Consensus Study Report of

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE

THE NATIONAL ACADEMIES PRESS
*Washington, DC*
**www.nap.edu**

Copyright National Academy of Sciences. All rights reserved.

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE

**Consensus Study Reports** published by the National Academies of Sciences, Engineering, and Medicine document the evidence-based consensus on the study's statement of task by an authoring committee of experts. Reports typically include findings, conclusions, and recommendations based on information gathered by the committee and the committee's deliberations. Each report has been subjected to a rigorous and independent peer-review process and it represents the position of the National Academies on the statement of task.

**Proceedings** published by the National Academies of Sciences, Engineering, and Medicine chronicle the presentations and discussions at a workshop, symposium, or other event convened by the National Academies. The statements and opinions contained in proceedings are those of the participants and are not endorsed by other participants, the planning committee, or the National Academies.

For information about other products and activities of the National Academies, please visit www.nationalacademies.org/about/whatwedo.

Copyright National Academy of Sciences. All rights reserved.

## COMMITTEE TO REVIEW EPA'S TSCA SYSTEMATIC REVIEW GUIDANCE DOCUMENT

*Members*

**Jonathan M. Samet** (NAM) (*Chair*), Colorado School of Public Health, Aurora
**Deborah H. Bennett**, University of California, Davis
**Bryan W. Brooks**, Baylor University, Waco, TX
**Jessica L. Myers**, Texas Commission on Environmental Quality, Austin
**Kristi Pullen Fedinick**, Natural Resources Defense Council, Washington, DC
**Karen A. Robinson**, Johns Hopkins University School of Medicine, Baltimore, MD
**Joseph V. Rodricks**, Ramboll, Arlington, VA
**Katya Tsaioun**, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD
**Yiliang Zhu**, University of New Mexico, Albuquerque

*Staff*

**Elizabeth Barksdale Boyle**, Project Director
**Clifford Duke**, Director, Board on Environmental Studies and Toxicology
**Andrea Hodgson**, Senior Program Officer
**Tamara Dawson**, Program Coordinator

*Sponsor*

**U.S. Environmental Protection Agency**

Copyright National Academy of Sciences. All rights reserved.

## BOARD ON ENVIRONMENTAL STUDIES AND TOXICOLOGY

*Members*

**William H. Farland** (*Chair*), Colorado State University, Fort Collins
**Dana Boyd Barr**, Emory University, Atlanta, GA
**Ann M. Bartuska**, U.S. Department of Agriculture (retired), Washington, DC
**E. William Colglazier**, American Association for the Advancement of Science, Washington, DC
**Francesca Dominici**, Harvard University, Boston, MA
**George Gray**, The George Washington University, Washington, DC
**R. Jeffrey Lewis**, ExxonMobil Biomedical Sciences, Inc., Annandale, NJ
**Germaine M. Buck Louis**, George Mason University, Fairfax, VA
**Linsey C. Marr**, Virginia Polytechnic Institute and State University, Blacksburg
**R. Craig Postlewaite**, U.S. Department of Defense, Burke, VA
**Reza J. Rasoulpour**, Corteva Agriscience, Indianapolis, IN
**Ivan Rusyn**, Texas A&M University, College Station
**Deborah L. Swackhamer**, University of Minnesota, St. Paul
**Joshua Tewksbury**, Future Earth, Boulder, CO
**Sacoby M. Wilson**, University of Maryland, College Park

*Staff*

**Clifford Duke**, Director
**Raymond A. Wassel**, Scholar and Director of Environmental Studies
**Kaley Beins**, Associate Program Officer
**Laura Llanos**, Finance Business Partner
**Tamara Dawson**, Program Associate
**Cesar Segovia**, Program Assistant

Copyright National Academy of Sciences. All rights reserved.

# Reviewers

This Consensus Study Report was reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise. The purpose of this independent review is to provide candid and critical comments that will assist the National Academies of Sciences, Engineering, and Medicine in making each published report as sound as possible and to ensure that it meets the institutional standards for quality, objectivity, evidence, and responsiveness to the study charge. The review comments and draft manuscript remain confidential to protect the integrity of the deliberative process.

We thank the following individuals for their review of this report:

**Lisa Bero**, University of Colorado
**Anna Beronius**, Karolinska Institutet
**Carol J. Burns**, Burns Epidemiology Consulting
**Anne Fairbrother**, Exponent
**Elaine Faustman**, University of Washington
**R. Jeffrey Lewis**, ExxonMobil Biomedical Sciences
**David M. Michaels**, The George Washington University
**Ivan Rusyn**, Texas A&M University
**Paul Whaley**, Lancaster University

Although the reviewers listed above provided many constructive comments and suggestions, they were not asked to endorse the conclusions or recommendations of this report nor did they see the final draft before its release. The review of this report was overseen by **David Eaton (NAM)**, University of Washington, and **Gary Ginsberg**, New York State Department of Health. They were responsible for making certain that an independent examination of this report was carried out in accordance with the standards of the National Academies and that all review comments were carefully considered. Responsibility for the final content rests entirely with the authoring committee and the National Academies.

Copyright National Academy of Sciences. All rights reserved.

# Preface

In 2016, the Frank R. Lautenberg Chemical Safety for the 21st Century Act ("Lautenberg Act") (Pub L No. 114-182) was signed to overhaul the Toxic Substances Control Act (TSCA), 40 years after the original act was passed. The Lautenberg Act requires the U.S. Environmental Protection Agency's (EPA's) Office of Pollution Prevention and Toxics (OPPT) to evaluate chemicals existing before the original 1976 TSCA was amended. Given that several committees of the National Academies have recommended that EPA use systematic review to improve transparency and objectivity of risk-based decisions, it is commendable that OPPT has begun to apply systematic review methods in the risk evaluations produced under TSCA. However, OPPT is under unique challenges in embarking on the use of systematic review in TSCA risk evaluations, due to the ambitious statutory deadlines, the diverse evidence streams considered, and the need to consider many different uses of the chemicals that undergo the evaluations.

In this report, the Committee to Review EPA's TSCA Systematic Review Guidance Document offers practical recommendations that EPA's OPPT could use to improve use of systematic review and more generally evidence-based practices within the risk evaluations.

The committee gratefully acknowledges the following for their presentations: Yousuf Ahmad, Stanley Barone, Amy Benson, Susanna Blair, Francesca Branch, Iris Camacho, Marcy Card, Kellie Fay, Tala Henry, Ariel Hou, Kara Koehrn, Yadi Lopez, Amelia Nguyen, Chantel Nicolas, Nerija Orentas, Katherine Philips, Tameka Taylor, Amina Wilkins, and Eva Wong from EPA OPPT, who described and answered questions on the processes used in TSCA risk evaluations. Others who provided presentations and public testimony include Julie Goodman, Gradient; Suzanne Hartigan and Steve Risotto, American Chemistry Council; Patricia Koman, University of Michigan School of Public Health; Jennifer McPartland, Environmental Defense Fund; Robert Sussman, Sussman & Associates; Anthony Tweedale, R.I.S.K. Consultancy; Daniele Wikoff, ToxStrategies; and Tracey Woodruff, University of California, San Francisco.

The committee is also grateful for the assistance of the National Academies' staff in preparing this report. Staff members who contributed to this effort are Elizabeth Boyle, project director; Clifford Duke, director of the Board on Environmental Studies and Toxicology; Andrea Hodgson, senior program officer; and Tamara Dawson, program coordinator.

I would especially like to thank the committee members for their efforts throughout the development of this report.

Jonathan M. Samet, *Chair*
Committee to Review EPA's TSCA Systematic
Review Guidance Document

Copyright National Academy of Sciences. All rights reserved.

# Summary[1]

Exposures to industrial chemicals in food, water, air, and consumer products can cause harm to human health and the environment. Risk assessment is a key public policy tool to inform decision making to protect public health and ecological receptors[2] from unsafe environmental exposures to chemicals. In recent years, there has been a trend to apply systematic review for gathering evidence within the risk assessment process to increase transparency, objectivity, and reproducibility. Consequently, the U.S. Environmental Protection Agency (EPA) has been adopting systematic review within its risk assessment processes since the 2011 National Research Council review of the Integrated Risk Information System (IRIS) Program's formaldehyde assessment. In 2016, when the Frank R. Lautenberg Chemical Safety for the 21st Century Act ("Lautenberg Act") (Pub L No. 114-182) was signed to overhaul the Toxic Substances Control Act (TSCA) after 40 years, many stakeholders called for the adoption of systematic review within these important risk assessments.

The Lautenberg Act provides EPA's Office of Pollution Prevention and Toxics (OPPT) with increased authority to regulate chemicals existing before the original 1976 TSCA was amended. To exert this new authority, EPA needed to promulgate rules to implement the new requirements and responsibilities under the law. The conduct of risk evaluations is determined by the Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act, often referred to as the "Risk Evaluation Rule" (40 CFR Part 702, 82 FR 33726). The statute requires that EPA must establish by rule a process for risk evaluation and that the risk evaluation will contain a scope or problem formulation, a hazard assessment, an exposure assessment, a risk characterization, and a determination of unreasonable risk.[3] The new authority afforded to EPA came with a timetable that imposed tight deadlines on OPPT as it assembled teams, promulgated rules, and drafted the guidance documents and operating procedures that prescribe how OPPT exerts its new authority. The Lautenberg Act also required strict statutory deadlines of 9 to 12 months for chemical prioritization, the process to determine which chemicals should undergo risk evaluations. The first 10 high-priority chemicals then underwent risk evaluations, which were to be completed within 3 years of initiation. An additional 20 were to follow.

Within the Risk Evaluation Rule, EPA chose only to define terms used within the statute, including "best available science" and "weight of the scientific evidence." The term "systematic review" appears within the definition of weight of the scientific evidence; EPA chose to leave a reference to systematic review in the preamble of the Risk Evaluation Rule but not to codify a definition. Furthermore, EPA states that it will use a systematic review approach not only for the hazard assessment but also throughout the risk evaluation process.

As defined by the 2011 Institute of Medicine report *Finding What Works in Health Care: Standards for Systematic Reviews*, systematic review is "a scientific investigation that focuses on a specific question and uses explicit, prespecified scientific methods to identify, select, assess, and summarize the findings of similar but separate studies." Systematic review has become the foundation for assessing evidence to be used for decision making in a variety of health contexts, including health care and public health.

---

[1]This Summary does not include references. Citations for the findings presented in the Summary appear in the subsequent chapters.

[2]Ecological receptors include any living organisms other than humans, the habitat that supports such organisms, or natural resources that could be adversely affected by environmental contaminations resulting from a release at or migration from a site.

[3]In TSCA, the risk assessments are termed risk evaluations because they contain the risk determination, an element that is traditionally outside the risk assessment process.

Copyright National Academy of Sciences. All rights reserved.

Well-conducted systematic reviews methodically identify, select, assess, and synthesize the relevant body of research, and clarify what is known and not known about the potential benefits and harms of the exposure being researched.

In 2018, after beginning the first 10 chemical risk evaluations under the Lautenberg Act, OPPT released the document *Application of Systematic Review in TSCA Risk Evaluations* to guide the agency's selection and review of studies. OPPT did not directly draw on existing methods, such as those being used and developed by the European Food Safety Authority, the Office of Health Assessment and Translation (OHAT) of the National Toxicology Program, the Navigation Guide, the Texas Commission on Environmental Quality, the World Health Organization, and the International Labour Organization, for occupational exposures. These methods, however, apply systematic review only to the hazard assessment portion of a risk assessment. Instead, OPPT developed a new approach that applies systematic review to the hazard assessment, the exposure assessment, data on physical and chemical properties, and other components for which systematic review is not generally applied. The approach taken by OPPT is presumably based on the definition of weight of evidence (WOE) in the Risk Evaluation Rule and the decision by OPPT to apply a systematic review method for evaluation of the evidence streams outside those included in the hazard assessment.

## THE COMMITTEE'S APPROACH

EPA requested that the National Academies of Sciences, Engineering, and Medicine convene a committee to review EPA's 2018 guidance document on *Application of Systematic Review in TSCA [Toxic Substances Control Act] Risk Evaluations* and associated materials (see Box S-1; the full Statement of Task is included in Chapter 1). The committee considered public comments on the document, EPA's responses to public comments, and enhancements to the systematic review process reflected in documentation of the first 10 chemical risk evaluations. The committee was also asked to make recommendations for enhancements to EPA's 2018 guidance document.

---

**BOX S-1** The Committee's Approach to the Evaluation

- The committee read and critiqued *Application of Systematic Review in TSCA Risk Evaluations*.
- To consider the enhancements made to the systematic review approach in the first 10 risk evaluations, the committee reviewed the Draft Risk Evaluation for Trichloroethylene (TCE) and the Risk Evaluation for 1-Bromopropane (*n*-Propyl Bromide) (1-BP). These assessments were chosen because at the first meeting, OPPT suggested that the 1-BP risk evaluation was a "typical risk evaluation," and later OPPT suggested that the TCE risk evaluation was the "best example of integration." The committee also critiqued the systematic review of the toxicology and epidemiology studies within the TCE risk evaluation using the "assessment of multiple systematic reviews" (AMSTAR-2) measurement tool.
- To consider enhancements to the TSCA systematic review process beyond the first 10 risk evaluations, the committee considered oral and poster presentations provided by OPPT at the committee's public virtual meetings.
- The committee posed questions to OPPT following the first committee meeting to clarify aspects of the use of systematic review in the risk evaluations.
- The committee then considered all of this information to determine whether the TSCA systematic review process is comprehensive, workable, objective, and transparent—the core evaluation measures of the Statement of Task. The committee also provides its recommendations with regard to steps that could be taken to improve the evaluation process as described in the 2018 guidance document and further elaborated in the evaluations considered by the committee.

---

Copyright National Academy of Sciences. All rights reserved.

### SYSTEMATIC REVIEW

Over the past decade, several approaches to applying systematic review for assessing evidence on risks of environmental agents have been elaborated, drawing on methods developed in other fields. These approaches to systematic review for chemical risk assessments have been typically applied to research questions about hazards to humans or ecosystems.

Figure S-1 provides a schema for how systematic review can be conducted to inform hazard assessment and make risk determinations. Figure S-2 illustrates the OPPT approach to systematic review within TSCA risk evaluations, which differs to an extent from the generic approach in Figure S-1 in that OPPT applies systematic review to all elements of the risk evaluation. Prior to the conduct of a systematic review, planning and problem formulation should take place. The planning and problem formulation step should include stakeholder engagement, broad literature searching to map the evidence on the topic, and identification of the most important questions and the best approach for answering such questions. The research questions and the approach should inform the first step of the systematic review, the development of the protocol. Each research question entails, in a sense, a separate systematic review; thus, the protocol should contain a Population (including animal or plant species), Exposure, Comparator, and Outcome (PECO) statement, the inclusion and exclusion criteria, and the plans for the synthesis of the data for each research question. Evidence identification, which includes searching and screening the literature and finding the reports as prescribed in the protocol, is the next step. Evidence evaluation follows. This step includes evaluation of the internal validity (i.e., Is the study biased?) of the individual studies, usually by using an accepted and evaluated risk-of-bias assessment tool appropriate to the design of the studies considered. Evidence synthesis should consist of a qualitative evaluation of the evidence, which can be complemented by a quantitative pooling of the data or a meta-analysis. The synthesis is completed by evaluation of the confidence in the overall body of evidence for a given data stream (e.g., human, animal or ecological receptors, or mechanistic) and its endpoints. This synthesis of the various, specific streams of evidence is followed by hazard assessment with integration of the multiple evidence streams of human, animal or ecological receptors, and mechanistic. Questions about human and ecological exposures could also be evaluated with systematic review, but systematic review tools for gathering and evaluating exposure data are not well developed. Exposure and hazard data are integrated to characterize risk (see Figure S-1).



**FIGURE S-1** Example approach of systematic review in the context of risk assessment. The blue boxes refer to steps that are conducted prior to the systematic review, green denotes the systematic review process, orange denotes the hazard assessment, and purple is the integration of hazard and exposure. The pink boxes refer to the exposure assessment, which is conducted outside of the systematic review but is used to make the final risk characterization.

Copyright National Academy of Sciences. All rights reserved.



**FIGURE S-2** The systematic review process for TSCA risk evaluations. SOURCE: U.S. Environmental Protection Agency, presentation to the committee, June 19, 2020.

Systematic review approaches have been widely used to assemble the evidence needed to assess human health and ecological receptors. Yet, the use of systematic review to collect, evaluate, and synthesize evidence streams that contribute to the exposure assessment of human and ecological receptors is not established and there is very little precedent for applying systematic review to these streams of evidence. Within the agency, the guidance that dictates how exposure, fate and transport, and physical chemical property data should be assembled for decisions about risks to human health and ecological receptors is contained in the Guidelines for Human Exposure Assessment, the Guidelines for Ecological Risk Assessment, and the operating procedures for the use of the ECOTOXicology (ECOTOX) knowledgebase.

Figure S-2 illustrates OPPT's approach to systematic review, which differs to an extent from the above description and includes the systematic review as part of the broader process of risk evaluation. The OPPT process has problem formulation and scoping occurring somewhat in parallel with the protocol development and data collection process for both the hazard assessment and the exposure assessment. Within this step, OPPT uses a variety of software tools and approaches to conduct broad searching and to map the available evidence. OPPT uses exhaustive search strategies that include major scientific databases, backward searching for studies in previous chemical risk assessments, additional gray literature sources, studies submitted under TSCA, and studies identified in peer review. OPPT then screens the titles and abstracts against its list of needs for the evaluation (although it was unclear if the PECO statements are always used or if a list of data needs is used, as for the TCE evaluation). Next, it conducts a full-text screening of the papers to determine relevance prior to extraction for evaluation.

To evaluate the evidence, OPPT has developed an extensive de novo critical appraisal tool, termed TSCA's "fit-for-purpose evaluation framework," which is applied to human, animal or ecological receptors, mechanistic, exposure, fate, and chemical–physical property studies. OPPT has stated that the evaluation strategies were developed after review of various qualitative and quantitative scoring systems. The critical appraisals for different types of studies use different domains, and within each domain there are several metrics or questions.

After evaluation, OPPT merges the steps of evidence synthesis within a stream, and the step of evidence integration across streams makes it difficult to determine the general approach followed at this point. In the 2018 guidance document, OPPT notes that the evidence integration step has three phases.

Copyright National Academy of Sciences. All rights reserved.

Planning involves developing a strategy for analyzing and summarizing data across studies within each evidence stream and a strategy for weighing and integrating evidence across those streams. The execution phase involves the implementation of the strategies developed in the planning phase and the development of WOE conclusions. The third phase involves a check on the quality of the data used. Ultimately, this leads to a summary of findings and confidence statements.

Due to the decision to apply systematic review beyond the evidence streams of hazard assessment, OPPT developed approaches to apply systematic review to data types such as exposure, fate and transport, and chemical and physical properties.

## CRITIQUING THE OPPT APPROACH

Looking at the core review elements of the Statement of Task, which address whether the TSCA approach to systematic review is "comprehensive, workable, objective, and transparent," the committee finds that the approach presented by OPPT could be broadly improved to better meet these characteristics for the major review steps. The committee notes that its review was complicated by the challenge posed by inadequate documentation, itself an indication of failing at being comprehensive, workable, objective, and transparent. This discussion provides an overview of the critique of OPPT's approach within Chapter 2, which also provides recommendations that would improve these aspects of OPPT's approach.

### Comprehensive

The committee found that the OPPT approach was not comprehensive at each step. The approach to problem formulation and protocol development did not result in refined research questions or a documented protocol for how the review should be conducted. This failing had implications for the number of studies identified and evaluated and resulted in challenges to integration across evidence streams. While the OPPT approach for identifying the evidence is comprehensive in regard to searching for literature in many databases, it is less clear how comprehensive the searches are for data that support models for ecological assessment and human health exposure assessment. In the TCE evaluation, for example, the hydrology data and product use information were both decades old.

The OPPT approach also does not give guidance on how physiologically based pharmacokinetic models will be evaluated, and, while it provides how the exposure models will be scored, little seems to be done to actually evaluate the models. With regard to synthesis, the approach does not contain elements important to addressing the research question. Finally, the WOE determination or evidence integration process was only detailed for one specific example, but it is uncertain whether this process represents a limited use for a specific endpoint for TCE or represents a method that will be used (in its current form) for future risk assessments. The committee finds that OPPT has merged aspects of important elements of evidence-based methods: evaluating individual studies, evaluating a body of evidence (i.e., strength or certainty of evidence for a conclusion), and evaluating level of confidence in a recommendation or determination of causation. In addition, the synthesis of the evidence within a specific data stream is not differentiated from integration of the evidence across the data streams. This condensation of steps makes it difficult to assess the extent to which the procedures used are comprehensive.

### Workable

Considering whether the OPPT approach is workable, the report notes several concerns at each step. The current approach taken to problem formulation and protocol development is adding to a laborious process for searching, screening, and evaluating the literature. Completing a scoping review prior to the development of the PECO statements could narrow the search to appropriate studies and help

Copyright National Academy of Sciences. All rights reserved.

in selecting the appropriate evidence-based methodology for the review. The broad PECO statements led to inclusion and exclusion criteria that allowed inclusion of studies that may not be relevant. The broad searches for exposure data may have provided some efficiency, as it would be difficult to conduct the searches for chemicals that have many exposure scenarios relating to the conditions of use. Although OPPT is using a number of validated artificial intelligence–based tools to help make the process of screening hundreds of references more efficient, their use requires that precise and explicit inclusion and exclusion criteria are used consistently by all reviewers.

The evidence evaluation step includes items that do not assess risk of bias, most notably relevance. Relevance should be handled prior to study evaluation. Later, relevance can also be addressed in the evaluation of the body of evidence. The use of numerical scoring in critical appraisal does not follow standards for the conduct of systematic reviews and no justification is provided for the weighting of the specific metrics within the domains to create the overall quality score, making it hard to determine if the weights are appropriate.

Lastly, without a clear, documented approach to evidence synthesis and to integration, the risk evaluation process becomes unworkable because staff have to decide on approaches for these critical steps for each new evaluation rather than relying on a protocol or guidance.

## Objective

The committee found the OPPT approach to be lacking objectivity at each step, from not using a defined approach to documenting how the problem formulation and protocol are developed. Further examples include inclusion and exclusion criteria that are too broad to identify the evidence, inherent subjectivity within the metrics that make up the evaluation score for study quality (without providing evidence that the metrics had been validated or tested for reliability as well as allowing a single reviewer to override them), and the lack of a consistent approach for documenting the objectives or methods for synthesis and evidence integration. The committee found that many of these concerns were related to the absence of a protocol a priori or the combination of the traditionally discrete and distinct steps of a systematic review. For example, OPPT does not clearly distinguish among scoping, problem formulation, and protocol development and merges the steps of evidence synthesis and integration.

Another problematic element of the TSCA evaluation framework is that the studies that are scored unacceptable are excluded from further analyses. Any fatal flaws in the methodology or conduct that preclude including a study should be used as eligibility criteria during the screening process. Once a study is determined to be eligible, the study should be included in the synthesis and the risk-of-bias assessment, with its limitations accounted for in any qualitative or quantitative synthesis. Given the large number of metrics scored for these data types, the possibility that a single unsatisfactory rating could completely nullify the use of a particular study from synthesis is problematic as it may lead to a biased review. Statistical power and statistical significance are not markers of risk of bias or quality. Statistical significance is not a measure of association or strength of association and should not be used to evaluate studies. In fact, combining multiple small, low-powered but similar studies in a synthesis is one of the benefits of systematic review.

## Transparent

The committee found that transparency of the entire risk evaluation process is compromised across all of its elements. Neither clear questions nor protocols have been developed for the systematic reviews. Consequently, the review process is not documented from its start, and clarity is lacking when the review is finished and published. Overall, the committee found that the lack of information and details about the specific processes used for the identification of evidence reduced confidence in the findings. The OPPT processes and practices are not consistent with the standard of practice for systematic review.

Copyright National Academy of Sciences. All rights reserved.

The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations

Information about the search process was scattered across multiple documents within the docket for TCE and 1-BP, making the identification of details laborious and time consuming. The use of numeric scores for the evaluation of the studies obscures key differences between studies and prevents users of the reviews from making their own determinations about important strengths and limitations in study methods. OPPT reported to the committee that it generally follows standard practice by using two independent reviewers, but it was unclear how discrepancies between the two reviewers were handled. Furthermore, the committee noted that there were changes in study scores from one document to another. Evaluation of evidence synthesis was also complicated by the merger of evidence synthesis (within an evidence stream) and evidence integration (across multiple evidence streams) into a concurrent process, further reducing transparency and consistency. Confusing terminology used in the various documents (and sometimes even the variations in use within one document), the lack of information presented to describe the process, and the lack of documentation to explain deviations from the processes that were documented all contributed to the lack of transparency.

## GENERAL FINDINGS

The committee finds that the process outlined in the 2018 guidance document, and as elaborated and applied in the example evaluations, does not meet the criteria of "comprehensive, workable, objective, and transparent." The committee's evaluation was made difficult by the incomplete and hard-to-follow documentation of many details of the process—adequacy of documentation is requisite for achieving transparency, objectivity, and replicability. In the committee's judgment, the specific and general problems in TSCA risk evaluations are partially due to the decision to develop a largely de novo approach, rather than starting with the foundation offered by approaches that were extant in 2016. OPPT was further challenged by the statutory schedule for completing assessments.

As a general finding, the committee judged that the systematic reviews within the draft risk evaluations considered did not meet the standards of systematic review methodology. Given that systematic review is well established for application to the hazard stream of evidence, the committee reviewed the hazard component of the Draft Risk Evaluation for Trichloroethylene, applying a tool used to assess bias in systematic reviews (AMSTAR-2). The appraisal process was unnecessarily complicated due to insufficient and unclear documentation. Despite this barrier to applying the AMSTAR-2 instrument, the committee found that the TCE hazard assessment did not perform positively on the vast majority of AMSTAR-2 questions.

Another crosscutting finding relates to terminology and specifically to the interchangeable use of the terms "weight of evidence" and "systematic review." The Risk Evaluation Rule (40 CFR Part 702) specifies that weight of the scientific evidence "means a systematic review method." However, the language may not in and of itself require a systematic review. The Draft Risk Evaluation for Trichloroethylene refers to a "weight of the evidence analysis" for an individual outcome involving successive determinations: first, considering individual lines of evidence; and second, integrating these disparate lines of evidence. Throughout the report, the committee comments on the consequences of the definition of WOE in the Risk Evaluation Rule and the conflation of "weight of the scientific evidence" with "a systematic review method" as necessitated by the Risk Evaluation Rule. The committee understands that the definition of WOE within the Risk Evaluation Rule is difficult to change but suggests that OPPT adopt a different specific term to be used during the evidence integration step, such as "strength of evidence" or "certainty of evidence" as utilized in the Grading of Recommendations Assessment, Development and Evaluation process.

Regardless of terminology, a narrative description should be provided that describes the basis for the determination of the strength of evidence during the evidence integration step for all applicable data streams. We urge the use of standard descriptors for the strength of evidence as with the Integrated Science Assessments for the National Ambient Air Quality Standards.

Copyright National Academy of Sciences. All rights reserved.

## OVERALL RECOMMENDATIONS

The committee was in strong consensus that the processes used by OPPT do not meet the evaluation criteria specified in the Statement of Task (i.e., comprehensive, workable, objective, and transparent). The committee recognizes that OPPT faced substantial challenges in implementing review methods on the schedule required by the Lautenberg Act. Those challenges have not yet been successfully met. The committee makes a number of specific recommendations in Chapter 2 as to how to improve the methods for assessments, both in general and with reference to particular elements of the evaluation process.

The general recommendations are summarized as follows:

- The OPPT approach to systematic review does not adequately meet the state of the practice. The committee suggests that OPPT comprehensively reevaluate its approach to systematic review methods, addressing the comments and recommendations provided in Chapter 2.
- With regard to hazard assessment for human and ecological receptors, the committee comments that OPPT should step back from the approach that it has taken and consider components of the OHAT, IRIS, and Navigation Guide methods that could be incorporated directly and specifically into hazard assessment.
- The committee finds that OPPT's use of systematic review for the evidence streams, for which systematic review has not been previously adapted, to be particularly unsuccessful. Given these novel applications of systematic review, the committee suggests that OPPT should elaborate plans for continuing the refinement of methods, ideally in collaboration with internal and external stakeholders. The committee also suggests that OPPT evaluate how the existing OHAT, IRIS, and Navigation Guide methods could be modified for the other evidence streams. In addition, OPPT should use existing guidance within the agency such as the Guidelines for Human Exposure Assessment, the Guidelines for Ecological Risk Assessment, and the operating procedures for the use of the ECOTOXicology knowledgebase. Following these existing guidelines would improve transparency of the assessments.
- The committee recommends that a handbook for TSCA review and evidence integration methodology be put together that details the steps in the process. Throughout this report, the committee points to problems of documentation. The committee believes that the effort of developing and publicly vetting a handbook will pay off in the long run by making the process more straightforward, transparent, and easier to follow.

There is an ongoing cross-sector effort to develop and validate new tools and approaches for exposure, environmental health, and other new areas of application of systematic review. The committee strongly recommends that OPPT staff engage in these efforts. The approaches used for TSCA evaluation would benefit from the substantial external expertise available as well as additional transparency and acceptance by the different stakeholders and society in general as these tools are developed. The refinements recommended by this committee would boost the ability of actions taken under the Lautenberg Act to advance the mission of EPA: "to protect human health and the environment."

Copyright National Academy of Sciences. All rights reserved.

# Exhibit W

| **Subject:** | RE: FWW v EPA - Further conferral |
|---|---|
| **Date:** | Friday, September 30, 2022 at 3:30:00 PM Eastern Daylight Time |
| **From:** | Adkins, Brandon (ENRD) |
| **To:** | Michael Connett |
| **CC:** | Caintic, Paul (ENRD) |
| **Attachments:** | image001.jpg |

[CAUTION]: External Email

Michael,

Thanks for reaching out. EPA's position at this point remains the same as during our attorney conferences and as reflected in EPA's opposition and cross-motion—that the Court should take the case out of abeyance only to decide the merits based on the existing trial record and nothing else.

Thanks again.

Best,
Brandon

_____
**Brandon N. Adkins**
United States Department of Justice
Environment and Natural Resources Division
(202) 616-9174 | brandon.adkins@usdoj.gov

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Thursday, September 29, 2022 6:15 PM
**To:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>
**Cc:** Caintic, Paul (ENRD) <Paul.Caintic@usdoj.gov>
**Subject:** [EXTERNAL] FWW v EPA - Further conferral

Brandon –

In light of the concerns identified by EPA on page 12 of its opposition, might there be room for an agreement on the course forward if Plaintiffs were to agree to limit the post-trial evidence to the draft NTP report, the pooled analysis, and the Spanish cohort? I suspect the answer is no, but just wanted to confirm.

Thanks,
Michael

**waterskraus**paul

**Exhibit X**

# EPA Scientists Sound Alarm on Chemical Assessments

peer.org/epa-scientists-sound-alarm-on-chemical-assessments/

February 24, 2021



**FOR IMMEDIATE RELEASE**
Wednesday, February 24, 2021
**Contact:**
Kyla Bennett (508) 230-9933 kbennett@peer.org

## Agency's Toxic Internal Chemistry Reflected in New Employee Survey

Washington, DC — Scientists inside the U.S. Environmental Protection Agency who conduct evaluations of chemicals' harmful effects have issued a stinging vote of no confidence in their program leaders in a new federal employee survey. These negative survey results coincide with mounting reports of malfeasance inside EPA's chemical assessment programs, according to Public Employees for Environmental Responsibility (PEER).

The release of the annual Federal Employee Viewpoint Survey for 2020 conducted by the U.S. Office of Personnel Management contains disturbing answers from EPA specialists, particularly from its Office of Pollution Prevention and Toxics (OPPT), and its Risk Assessment Division (RAD) which reviews toxicity of new and existing chemicals. Noteworthy results include:

"I can disclose a suspected violation of any law, rule or regulation without fear of reprisal."

> EPA: 20% negative
> OPPT: 43% negative
> RAD: 56.1% negative (highest of any division in OPPT)

"My organization's senior leaders maintain high standards of honesty and integrity."

> EPA: 28.1% negative
> OPPT: 60.4% negative
> RAD: 64.6% negative

"Considering everything, how satisfied are you with your organization?"

> EPA: 19.3% negative
> OPPT: 53.8% negative
> RAD: 58.2% negative

"It should be of grave concern that more than half the EPA chemists and other specialists working on crucial public health concerns do not feel free to report problems or flag violations," stated PEER Executive Director Tim Whitehouse, a former EPA enforcement attorney, noting the scientists register strong support for first line supervisors but disdain for senior management.  "Not only are these morale ratings bad but they have been getting steadily worse."

These survey results follow on the heels of a scathing National Academies report faulting how these same EPA units evaluate the health risks of chemical exposures.  The Biden-led EPA has embraced this report, but it is not clear what reforms will be implemented.

"EPA's new leadership will have its hands full righting this sinking ship," added Whitehouse, noting that scientist complaints point to senior civil service managers, as well as political appointees. "Something is rotten in EPA and these survey results help identify a key cluster of bad apple managers."

###

Look at 2020 Federal Employee Viewpoint survey report on OPPT

See scathing National Academies report on EPA chemical assessments

# Exhibit Y



PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY
962 Wayne Ave • Suite 610 • Silver Spring, MD 20910

June 28, 2021

Representative Ro Khanna, Chair
Oversight Environment Subcommittee
House Committee on Oversight and Reform
306 Cannon House Office Building
Washington, DC 20515

Dear Representative Khanna,

Public Employees for Environmental Responsibility (PEER) is representing four scientists working within the U.S. Environmental Protection Agency's Office of Chemical Safety and Pollution Prevention (OCSPP). They have disclosed disturbing evidence of fraud and corruption in OCSPP, involving deliberate tampering with chemical risk assessments conducted under the Toxics Substances Control Act (TSCA), including PFAS (a.k.a. "forever chemicals"), and the deletion of potential health effects without the knowledge or consent of the human health assessors.

All four clients have experienced numerous instances where their risk assessments were changed by their managers or by colleagues in response to direction by management. These changes include –

- Deleting language identifying potential adverse effects, including developmental toxicity, neurotoxicity, mutagenicity, and/or carcinogenicity;

- Major revisions that alter the report conclusions to indicate that there are no toxicity concerns despite data to the contrary; and

- Risk assessments being reassigned to inexperienced employees in order to secure their agreement to remove issues whose inclusion would be protective of human health.

In cases documented in the attached disclosure where this type of interference has occurred, the revisions to the assessment concealed risks to workers. Thus, the resulting Safety Data Sheets lack information workers need to protect themselves, such as proper handling procedures, personal protection needed, accidental release measures, and first aid and firefighting measures. In addition, the changes resulted in the removal of hazards from the "Toxicological Information" section, which precludes workers from being able to make informed decisions about their

1

personal safety. This is a particular concern for susceptible subpopulations, including pregnant people.

On behalf of our clients, EPA scientists ███████████████████████████████████ ████████████████████████████████ PEER is requesting that your office ensure that EPA's Inspector General –

1. Conduct a performance audit to identify risk assessments that have been altered without knowledge or consent of the risk assessor specialists and recommend the optimal fashion for correcting these assessments (for example by reinserting inappropriately excised risk information);

2. Review apparent violations of EPA's Records Management Policy, which requires the retention of substantive comments on draft documents which record important Agency decision-making processes. Many of the altered risk assessment documents have been overwritten and intermediate comments have been erased; and

3. Evaluate the quality control process that allowed these improper changes to be made and remain uncorrected. All of our clients have already attempted to address these issues through internal EPA channels such as their managers and agency Scientific Integrity officials, but to little avail. In addition, our clients have been harassed and retaliated against by managers.

Significantly, our clients attest that the problems in OCSPP are not due solely to the Trump Administration and its appointees. The issues faced by our clients occurred prior to Trump taking office, throughout the Trump years, and continue under the current administration.

The thrust of these disclosures is that malfeasance in OCSPP has trickled down below political appointees to SES managers and career employees. PEER and our clients do not believe that the culture of OCSPP can change unless there are repercussions for this misconduct. Further, it is our belief that the potential adverse health and environmental consequences flowing from altered risk assessments demand immediate attention on a prioritized basis.

Our clients have a moral duty to come forward and to act in accordance with the April 12, 2021 memo that EPA Administrator Michael Regan wrote to EPA employees, which stated unequivocally that "public trust requires transparency." Administrator Regan also stated that, "Nothing contained in this memorandum interferes with your right to petition or to furnish information to Congress or a Member of Congress, as provided under applicable law, or to engage in protected whistleblowing activities." As such, we respectfully submit this congressional disclosure on behalf of our clients.

Thank you for your attention to this matter. Please do not hesitate to contact me at 202-265-7337 to discuss this matter further.

Sincerely,

Timothy Whitehouse
Executive Director


cc: U.S. Environmental Protection Agency Office of Inspector General


Attachments:

- Client Bios
- Legal and Policy Setting
- Allegations

                                 Allegations Not Attached to
                                 this copy 7-2-21

Client Bios





# Exhibit Z

Docs Reveal Names of 3 EPA Officials Who Downplayed Chemical Hazards



Published on *SEJ* (https://www.sej.org)

Home > Docs Reveal Names of 3 EPA Officials Who Downplayed Chemical Hazards

# Docs Reveal Names of 3 EPA Officials Who Downplayed Chemical Hazards [1]

"All three officials have played a significant role in pressuring scientists to dismiss the risks posed by products the EPA is assessing, according to whistleblowers."

"The whistleblowers who have alleged systemic corruption in the Environmental Protection Agency's New Chemicals Division have refrained from releasing the names of the managers and other agency officials who they say have repeatedly interfered with the chemical assessment process — until now. Public Employees for Environmental Responsibility, or PEER, the group that represents the EPA staff scientists, has decided to release four of the complaints it sent to the EPA inspector general and The Intercept on the whistleblowers' behalf, complete with the names of three staff members who were involved in many of the alleged instances of interference: Todd Stedeford, Iris Camacho, and Tala Henry.

All three EPA officials have played a significant role in pressuring scientists to downplay the risks posed by products the agency is assessing, according to voluminous documentation the whistleblowers have provided to The Intercept and the EPA inspector general over the past eight months. Henry serves as the deputy director for programs in the agency's Office of Pollution Prevention and Toxics, which includes the New Chemicals Division, and Camacho is a branch chief responsible for chemical assessment in a division of the same office. Stedeford, an attorney and toxicologist, served as a senior science adviser in the agency's Office of Pollution Prevention and Toxics until May, when he left to work at Bergeson & Campbell, a law firm that helps chemical companies navigate the regulatory process."

Sharon Lerner reports for The Intercept March 2, 2022. [2]

Agriculture [3]
Chemicals [4]
Economy & Business [5]
Environmental Health [6]
Environmental Politics [7]
Laws & Regulations [8]
National (U.S.) [9]
Public [10]
**Source**: The Intercept [2], 03/04/2022

- <u>Contact Us</u>  |
- <u>Donate</u>  |
- <u>Join</u>  |
- <u>Members</u>  |
- <u>Privacy & Security Policies</u>  |
- <u>Reach SEJ Members</u>  |
- <u>Renew</u>  |
- <u>Site Map</u>

The Society of Environmental Journalists
1629 K Street NW, Suite 300, Washington, DC 20006
Telephone: (202) 558-2055
Email: <u>sej@sej.org</u>
© 2022 The Society of Environmental Journalists. All Rights Reserved.
All graphics © SEJ, unless otherwise stated.

**Source URL:**<u>https://www.sej.org/headlines/docs-reveal-names-3-epa-officials-who-downplayed-chemical-hazards</u>

**Links**
[1] https://www.sej.org/headlines/docs-reveal-names-3-epa-officials-who-downplayed-chemical-hazards [2]
https://theintercept.com/2022/03/02/epa-whistleblowers-chemical-assessments/?
utm_campaign=theintercept&amp;utm_source=twitter&amp;utm_medium=social [3]
https://www.sej.org/category/topics-beat/agriculture [4] https://www.sej.org/category/topics-beat/chemicals/toxics [5]
https://www.sej.org/category/topics-beat/business [6] https://www.sej.org/category/topics-beat/environmental-health [7]
https://www.sej.org/category/topics-beat/environmental-politics [8] https://www.sej.org/category/topics-beat/laws [9]
https://www.sej.org/category/region/national [10] https://www.sej.org/taxonomy/term/81