IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**FIFTH JOINT STATUS REPORT** |

The parties hereby submit the following Fifth Joint Status Report:

On September 12, 2022, the Plaintiffs filed a Motion to Lift the Stay and Take the Case Out of Abeyance. On September 26, 2022, the EPA filed an opposition to this motion, along with a Cross-Motion to Lift Stay to Decide Merits on Trial Record.

Shortly after EPA filed its cross-motion, the parties met and conferred regarding a process for Plaintiffs to offer evidence in support of their supplemental standing allegations. The parties agreed that Plaintiffs could offer their supplemental evidence on standing in the form of a declaration by Jessica Trader, and EPA could then decide whether or not to depose Ms. Trader regarding the facts set forth in the declaration. EPA will notify the Court within fourteen days of Plaintiffs' filing Ms. Trader's declaration whether the Agency intends to depose Ms. Trader or raise any evidentiary objections to any particular statements contained within the declaration.

EPA's agreement to the process is expressly without waiver of its rights to argue on appeal, if appropriate, that the Court should have dismissed for lack of standing after trial and

should not have permitted Plaintiffs to supplement their complaint with new standing allegations or otherwise to correct Plaintiffs' standing deficiencies after trial.

Dated:   October 19, 2022                    Respectfully submitted,

*/s/ Michael Connett*
MICHAEL CONNETT
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy
El Segundo, CA 90245
*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General

*/s/ Brandon N. Adkins (by permission)*
BRANDON N. ADKINS
PAUL A. CAINTIC
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)
Tel: (202) 514-2593 (Caintic)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov
Paul.Caintic@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 19th day of October, 2022, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*
Michael Connett
Attorney for Plaintiffs

Fifth joint status report

3