OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** October 26, 2022     **Time:** 3:30-4:14     **Judge:** EDWARD M. CHEN
                                           44 Minutes

**Case No.:** 3:17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. et al. v. Environmental Protection Agency et al.

**Attorney for Plaintiffs:** Michael Connett
**Attorney for Defendants:** Brandon Adkins, Paul Caintic

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Ana Dub

PROCEEDINGS HELD BY ZOOM WEBINAR

Motion to Lift Stay and Status Conference.

SUMMARY

Parties stated appearances.

Court lifted stay for purposes of conducting limited discovery which will be focused on the May 2022 report. Order to follow.

CASE CONTINUED TO: **January 10, 2023, at 2:30 PM for a Status Conference.** Joint Status Report **due by 1/3/2023.**