UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-cv-02162-EMC |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the January 10, 2023, Status Conference in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

(X)   All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.

( )   At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 11/21/2022                                                                 Mark B. Busby, Clerk of Court

_____
Signature of Clerk or Deputy Clerk