C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

|  |  |
|---|---|
| FOOD & WATER WATCH, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civ. No. 17-CV-02162-EMC |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Defendants. | ) |

Pursuant to Civil Local Rule 79-5, the Stipulated Protective Order (ECF No. 324), the Court's guidance from the October 26, 2022 hearing, and the information set forth in the accompanying declaration by Michael Connett, Plaintiffs hereby submit this Administrative Motion to File Under Seal.

At the October 26, 2022 hearing, the Court granted Plaintiffs' Motion to Lift the Stay to permit Plaintiffs to engage in discovery to obtain the National Toxicology Program's (NTP) May 2022 monograph on fluoride's neurodevelopmental and cognitive health effects. The Court stated that "if and when" Plaintiffs are able to obtain the NTP's May 2022 monograph, "the Court would like to see it." ECF No. 327 at 29:17-18. The Court also instructed that, until the Court rules otherwise, the NTP's May 2022 monograph will be subject to a protective order, and that the monograph should be filed with the Court

1

"under seal." *Id.* at 26:17-23 & 29:18-19.

The Plaintiffs have now obtained a copy of the NTP's May 2022 prepublication monograph, and have agreed to a stipulated protective order with Defendants, which the Court entered on December 2, 2022. ECF No. 324. As set forth in the Protective Order, "A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." ECF No. 324 ¶ 12.3.

Pursuant to the Court's previous instruction and the terms of the Protective Order, Plaintiffs are hereby conditionally filing under seal three NTP documents that have been stamped "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Pursuant to the terms of the Protective Order, these three documents must be filed under seal. ECF No. 324 ¶¶ 2.13 & 12.3. These three documents are being filed as Exhibits 1, 2 and 3 to Plaintiffs' Notice Regarding the National Toxicology Program's Assessment of Fluoride Neurotoxicity (hereafter "Notice").

Plaintiffs are also conditionally filing under seal an *unredacted* copy of the Notice because the unredacted version of the Notice contains quotations from, and summaries of, the aforementioned documents which have been stamped "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Quotations from and summaries of protected material comes within the scope of the Protective Order and must be filed under seal. ECF No. 324 ¶ 3.

In filing these documents under seal, Plaintiffs reiterate their reservation of rights, as set forth in the Protective Order, to challenge whether a protective order is warranted for the aforementioned documents. ECF No. 324 at 1:19-20. Plaintiffs do not believe a protective order is warranted for these materials, and intend to move the Court at the appropriate time to lift the order.

December 14, 2022                           Respectfully submitted,

                                            */s/ Michael Connett*
                                            MICHAEL CONNETT
                                            Attorney for Plaintiffs