C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>  Defendants. | Civ. No. 17-CV-02162-EMC<br><br>**CONNETT DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I am the lead attorney for Plaintiffs in the above-captioned case. I make this statement based on personal knowledge and I am competent to testify to the matters stated herein.

1. Exhibits 1, 2, and 3 to Plaintiffs' Notice Regarding the National Toxicology Program's Assessment of Fluoride Neurotoxicity are documents that have been stamped "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and, as such, must be filed under seal (*see* ECF No. 324 ¶ 2.13 & ¶ 12.3).

2. Plaintiffs' Notice Regarding the National Toxicology Program's Assessment of Fluoride Neurotoxicity contains quotations from, and summaries of, the aforementioned documents stamped "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." This information comes within the scope of the Stipulated Protective Order (*see* ECF No. 324 ¶ 3), and must be filed under seal. Plaintiffs are thus filing an *unredacted* version of this Notice under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2022 in Exeter, New Hampshire.

                                                */s/ Michael Connett*
                                                MICHAEL CONNETT
                                                Attorney for Plaintiffs