UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civ. No. 17-CV-02162-EMC |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Defendants. | ) |

Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Michael Connett, the Court GRANTS Plaintiffs' motion to file the following documents under seal:

- Exhibits 1, 2 and 3 to Plaintiffs' Notice Regarding the National Toxicology Program's Assessment of Fluoride Neurotoxicity.

- An unredacted version of Plaintiffs' Notice Regarding the National Toxicology Program's Assessment of Fluoride Neurotoxicity.

IT IS SO ORDERED. Dated this _____ day of _____, 2022.

_____
HON. EDWARD M. CHEN
United States District Judge