C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) Civ. No. 17-CV-02162-EMC )<br>) **PLAINTIFFS' <u>REDACTED</u> NOTICE** |
| Plaintiffs, | ) **REGARDING THE NATIONAL**<br>) **TOXICOLOGY PROGRAM'S** |
| vs. | ) **ASSESSMENT OF FLUORIDE**<br>) **NEUROTOXICITY** |
| U.S. ENVIRONMENTAL PROTECTION<br>AGENCY, et al. | )<br>) |
| Defendants. | )<br>)<br>) |

## INTRODUCTION

On October 26, 2022, the Court granted Plaintiffs' Motion to Lift the Stay, and in so doing, authorized Plaintiffs to use available discovery tools to obtain a copy of the May 2022 version of the National Toxicology Program's (NTP) monograph on fluoride's neurodevelopmental and cognitive health effects. ECF Nos. 319 & 327. Subsequent to the Court's order, the Plaintiffs obtained the NTP's May 2022 monograph, as well as draft versions of the NTP's meta-analysis. In addition to these materials, Plaintiffs have obtained additional documents through the Freedom of Information Act that provide further information about the NTP's May 2022 monograph.

**The NTP's May 2022 Monograph**

[REDACTED]

---

[1] The most recent monograph that NTP published was "NTP Monograph 07." See https://ntp.niehs.nih.gov/ntp/ohat/trap/mgraph/trap_final_508.pdf, published in December 2019.

[2] See https://apastyle.apa.org/learn/faqs/what-is-doi ("A digital object identifier (DOI) is a unique alphanumeric string assigned by a registration agency (the International DOI Foundation) to identify content and provide a persistent link to its location on the internet. The publisher assigns a DOI when your article is published and made available electronically.").

PLAINTIFFS' NOTICE REGARDING THE NATIONAL TOXICOLOGY PROGRAM'S ASSESSMENT OF
FLUORIDE NEUROTOXICITY



### The NTP's Meta-Analysis on Fluoride/IQ

PLAINTIFFS' NOTICE REGARDING THE NATIONAL TOXICOLOGY PROGRAM'S ASSESSMENT OF
FLUORIDE NEUROTOXICITY

██████████████████████████████████

██████████████████████████████████

████████████████████

**FOIA Materials**

Through the Freedom of Information Act ("FOIA"), Plaintiffs recently obtained email communications between the NTP and the Centers for Disease Control and Prevention ("CDC") regarding the NTP monograph. These emails confirm that the NTP considered the May 2022 monograph to be the NTP's final report. They also confirm that the CDC was opposed to the NTP releasing the report, and that leadership at the top levels of the Department of Health & Human Services intervened to stop the report from being released.

Exhibit 4

Exhibit 4 is an April 28, 2022 email from Dr. Mary Wolfe, the Director of NTP's Office of Policy, Review and Outreach, to Casey Hannan, the Director of CDC's Division of Oral Health. In the email, Dr. Wolfe attaches NTP's prepublication monograph and informs CDC that NTP's "analysis and conclusions are set":

> Attached is the prepublication draft of the NTP Monograph on the State of the Science on Fluoride. We are sharing this document for your awareness. **At this time the analysis and the conclusions are set.** We are not requesting comment; however, please let us know if you identify any error in the text.
>
> In October 2021 we sent you the draft state of the science monograph and CDC provided comments. We appreciated CDC's review, and I have attached a document with our response to those comments. For your awareness, in addition to interagency input, the NTP state of the science monograph has received external peer review by letter from five experts. All comments have been carefully considered in finalizing the monograph.
>
> Currently, we are preparing our communications plan for when the monograph is released. **We are working toward its release in mid/late May and will share the date when it's set.** (emphases added).

PLAINTIFFS' NOTICE REGARDING THE NATIONAL TOXICOLOGY PROGRAM'S ASSESSMENT OF FLUORIDE NEUROTOXICITY

Exhibit 5

Exhibit 5 is a May 11, 2022 email from Dr. Wolfe of the NTP to Mr. Hannan of the CDC. The subject of the email is "Communications Plan for NTP SoS monograph." In the non-redacted portion of the email, Dr. Wolfe states:

> On April 28, I shared the prepublication draft of the NTP monograph on the State of the Science on Fluoride. **We have set May 18, 2022 for publication of the monograph.** The monograph will be posted to the NTP website, and we will email a notice of the posting to NTP listserv subscribers. (emphasis added)

Exhibit 6

Exhibit 6 is an email exchange from May 11 & 12, 2022 between Dr. Wolfe and various officials at the CDC, including Dr. Karen Hacker, the Director of CDC's National Center for Chronic Disease Prevention and Health Promotion (NCCDPHP).[3] In the emails, the CDC expresses concern about NTP publishing the monograph without further review by "NIH leadership" and asks about the potential for an "HHS interagency review." In response, Dr. Wolfe states:

> We have sent you the latest version of the prepublication monograph which considers the breadth of input that we've received from all stakeholders. I responded on May 9 to the May 4 email from Casey Hannan regarding CDC's suggested revision to text in the abstract and summary of the prepublication monograph. **My reply noted that we believe the current findings, as stated in the monograph, reflect the scope of our evaluation and the available scientific literature and no revision is needed.** (emphasis added)

Exhibit 7

Exhibit 7 is a May 12, 2022 internal email communication among officials at CDC's Division of Oral Health. In the email, Mr. Hannan, the Director of CDC's Oral Health Division, states: "**The May 18th release date for [the monograph] is almost certainly not going to happen. OASH and NIH OD are pretty clearly going to get more involved**." (emphasis added). OASH is an acronym for the Office of the

---

[3] The NCCDPHP is the center at CDC which houses the oral health division.

Assistant Secretary of Health, the second highest office in the Department of Health and Human Services. NIH OD is an acronym for NIH's Office of Director, the highest office within the NIH.

Exhibit 8

Exhibit 8 is a June 3, 2022 email from Nicole Johnson, Associate Director for Policy, Partnerships and Strategic Communication in CDC's Oral Health Division to Jennifer Greaser, a Senior Public Health Policy Analyst in CDC's Washington office. Ms. Johnson states: "The latest we heard (yesterday) is that **ASH Levine has put the report on hold until further notice.**" (emphasis added). ASH Levine is a reference to the U.S. Assistant Secretary of Health, Rachel Levine.

December 14, 2022                                  Respectfully submitted,

                                                  /s/ Michael Connett
                                                  MICHAEL CONNETT
                                                  Attorney for Plaintiffs

PLAINTIFFS' NOTICE REGARDING THE NATIONAL TOXICOLOGY PROGRAM'S ASSESSMENT OF FLUORIDE NEUROTOXICITY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 14th day of December, 2022, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ Michael Connett
MICHAEL CONNETT

7

# Exhibit 1

# (FILED UNDER SEAL)

# Exhibit 2

# (FILED UNDER SEAL)

# Exhibit 3

# (FILED UNDER SEAL)

# Exhibit 4

**From:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>
**Sent:** Thursday, April 28, 2022 12:31 PM
**To:** Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>; Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>; Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov>
**Subject:** Prepublication SoS Monograph -- Internal Deliberative Communication

Casey,

Attached is the prepublication draft of the NTP Monograph on the State of the Science on Fluoride. We are sharing this document for your awareness. At this time the analysis and the conclusions are set. We are not requesting comment; however, please let us know if you identify any error in the text. Please note that this document is not public and should be kept confidential.

In October 2021 we sent you the draft state of the science monograph and CDC provided comments. We appreciated CDC's review, and I have attached a document with our response to those comments. For your awareness, in addition to interagency input, the NTP state of the science monograph has received external peer review by letter from five experts. All comments have been carefully considered in finalizing the monograph.

Currently, we are preparing our communications plan for when the monograph is released. We are working toward its release in mid/late May and will share the date when it's set. In the meantime, to assist with preparation of our communications plan, please send me the name and contact information to whom we should refer any media inquiries, if received, that would be best addressed by CDC.

Do not hesitate to contact us if questions.
Best regards,
Mary

# Exhibit 5

**From:** Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Sent:** Wednesday, May 11, 2022 11:25 AM
**To:** Espinoza, Lorena (CDC/DDNID/NCCDPHP/DOH) <lee6@cdc.gov>; Johnson, Nicole (CDC/DDNID/NCCDPHP/DOH) <nbg5@cdc.gov>; Holder, Gregory (CDC/DDNID/NCCDPHP/DOH) <LHN5@cdc.gov>
**Subject:** FW: Communications plan for NTP SoS monograph -- internal deliberative communication

FYI, here's their comms plan, which is a close hold.

---

**From:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>
**Sent:** Wednesday, May 11, 2022 11:12 AM
**To:** Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>; Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>; Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov>; Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Subject:** Communications plan for NTP SoS monograph -- internal deliberative communication

Good morning,

On April 28, I shared the prepublication draft of the NTP Monograph on the State of the Science on Fluoride. We have set May 18, 2022, for publication of the monograph. The monograph will be posted to the NTP website, and we will email a notice of the posting to NTP listserv subscribers.

(b)(5)

(b)(5)

Please let us know if you have any questions,
Mary


Mary S. Wolfe, Ph.D.

Acting Deputy Division Director for Policy and Communication

Director, Office of Policy, Review, and Outreach

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

111 T.W. Alexander Drive

Research Triangle Park, NC 27709

Phone: 984-287-3209

Email: wolfe@niehs.nih.gov

# Exhibit 6

**From:**              Hacker, Karen (CDC/DDNID/NCCDPHP/OD)
**Sent:**              Thu, 12 May 2022 13:00:22 +0000
**To:**                 Wolfe, Mary (NIH/NIEHS) [E]; Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH)
**Cc:**                 Mackar, Robin (NIH/NIEHS) [E]; Flowers, Christine B (NIH/NIEHS) [E]; Cucchi,
Sean (CDC/DDNID/NCCDPHP/OD); Promoff, Gabbi (CDC/DDNID/NCCDPHP/OD); Woychik, Rick
(NIH/NIEHS) [E]; Berridge, Brian (NIH/NIEHS) [E]
**Subject:**         RE: Communications plan for NTP SoS monograph -- internal deliberative
communication

Thank you for the clarification. Has this gone through NIH clearance? We understand another NIH
institute had similar concerns to ours and I would like to make sure that NIH leadership is aware of this
monograph.

Best,
Karen

---

**From:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>
**Sent:** Thursday, May 12, 2022 8:14 AM
**To:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>; Hannan, Casey J.
(CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E]
<bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi
(CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>; Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov>;
Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>
**Subject:** Re: Communications plan for NTP SoS monograph -- internal deliberative communication

Dear Karen,
Thank you for your email. We have sent you the latest version of the prepublication monograph which
considers the breadth of input that we've received from all stakeholders.

I responded on May 9 to the May 4 email from Casey Hannan regarding CDC's suggested revision to text
in the abstract and summary of the prepublication monograph. My reply noted that we believe the
current findings, as stated in the monograph, reflect the scope of our evaluation and the available
scientific literature and no revision is needed.

Regards
Mary

Mary S. Wolfe, Ph.D.

Acting Deputy Division Director for Policy and Communication

Director, Office of Policy, Review, and Outreach

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

111 T.W. Alexander Drive

Research Triangle Park, NC 27709

Phone: 984-287-3209

Email: wolfe@niehs.nih.gov

---

**From:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>
**Sent:** Wednesday, May 11, 2022 4:57 PM
**To:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>; Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi (CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>; Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov>
**Subject:** RE: Communications plan for NTP SoS monograph -- internal deliberative communication

Mary,
I don't believe we have seen the latest version that addressed our comments. Has this gone through NIH clearance yet and will it also be going through HHS interagency review?


Karen Hacker, MD MPH
Director, National Center for Chronic Disease Prevention and Health Promotion (NCCDPHP)
Centers for Disease Control and Prevention
Phone: 770.488.5401
E-Mail: khacker@cdc.gov
Executive Assistant: Shantelle Graham
E-Mail: sln3@cdc.gov
On the web @ www.cdc.gov/chronicdisease/index.htm
Follow NCCDPHP on Twitter

Join the conversation! 

NATIONAL CENTER FOR CHRONIC DISEASE
PREVENTION AND HEALTH PROMOTION
www.cdc.gov


This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is deliberative or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you think you have received this e-mail message in error, please notify the sender immediately.

**From:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>
**Sent:** Wednesday, May 11, 2022 11:34 AM
**To:** Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>; Hacker, Karen
(CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>
**Cc:** Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E]
<bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi
(CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>
**Subject:** Re: Communications plan for NTP SoS monograph -- internal deliberative communication

here is our availability:
- Thurs, May 12, 11-noon and 3:30-4:30
- Fri, May 13, 9-noon
please let us know would work and we'll send zoom info.
Mary


Mary S. Wolfe, Ph.D.

Acting Deputy Division Director for Policy and Communication

Director, Office of Policy, Review, and Outreach

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

111 T.W. Alexander Drive

Research Triangle Park, NC 27709

Phone: 984-287-3209

Email: wolfe@niehs.nih.gov

---

**From:** Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Sent:** Wednesday, May 11, 2022 11:27 AM
**To:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>; Wolfe, Mary (NIH/NIEHS) [E]
<wolfe@niehs.nih.gov>
**Cc:** Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E]
<bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi
(CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>
**Subject:** RE: Communications plan for NTP SoS monograph -- internal deliberative communication

Having an additional day or two to better prepare ourselves for a meeting with NTP Comms staff would
be preferred.

Mary, would it be possible to check with your Comms staff re: availability on Thursday and Friday?

Thanks for considering,

Casey

**From:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>
**Sent:** Wednesday, May 11, 2022 11:24 AM
**To:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>; Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi (CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>
**Subject:** RE: Communications plan for NTP SoS monograph -- internal deliberative communication

Unfortunately, those don't work for me and we need to see if others are available. Casey, can you weigh in? I think we need perhaps another few days

**From:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>
**Sent:** Wednesday, May 11, 2022 11:23 AM
**To:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>; Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi (CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>
**Subject:** Re: Communications plan for NTP SoS monograph -- internal deliberative communication

Karen,
Our Comms staff are available today
1-2 pm and 3:30-4 pm

please let me know if either time would work and i'll send a zoom link.
Mary

Mary S. Wolfe, Ph.D.

Acting Deputy Division Director for Policy and Communication

Director, Office of Policy, Review, and Outreach

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

111 T.W. Alexander Drive

Research Triangle Park, NC 27709

Phone: 984-287-3209

Email: wolfe@niehs.nih.gov

---

**From:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>
**Sent:** Wednesday, May 11, 2022 11:16 AM
**To:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>; Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>; Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov>; Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi (CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>
**Subject:** RE: Communications plan for NTP SoS monograph -- internal deliberative communication

Thank you

---

**From:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>
**Sent:** Wednesday, May 11, 2022 11:16 AM
**To:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>; Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>; Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov>; Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi (CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>
**Subject:** Re: Communications plan for NTP SoS monograph -- internal deliberative communication

yes. i will find when our comms staff are available.

Mary S. Wolfe, Ph.D.

Acting Deputy Division Director for Policy and Communication

Director, Office of Policy, Review, and Outreach

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

111 T.W. Alexander Drive

Research Triangle Park, NC 27709

Phone: 984-287-3209

Email: wolfe@niehs.nih.gov

---

**From:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>
**Sent:** Wednesday, May 11, 2022 11:14 AM
**To:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>; Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>; Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov>; Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>; Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Promoff, Gabbi (CDC/DDNID/NCCDPHP/OD) <era6@cdc.gov>
**Subject:** RE: Communications plan for NTP SoS monograph -- internal deliberative communication

Hi Mary,
As we discussed we need to meet with you to discuss the rollout and messaging. Can we set that up as soon as possible?

---

**From:** Wolfe, Mary (NIH/NIEHS) [E] <wolfe@niehs.nih.gov>
**Sent:** Wednesday, May 11, 2022 11:12 AM
**To:** Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Cc:** Hacker, Karen (CDC/DDNID/NCCDPHP/OD) <pju3@cdc.gov>; Berridge, Brian (NIH/NIEHS) [E] <brian.berridge@nih.gov>; Woychik, Rick (NIH/NIEHS) [E] <rick.woychik@nih.gov>; Mackar, Robin (NIH/NIEHS) [E] <robin.mackar@nih.gov>; Flowers, Christine B (NIH/NIEHS) [E] <bruskec@niehs.nih.gov>
**Subject:** Communications plan for NTP SoS monograph -- internal deliberative communication

Good morning,
On April 28, I shared the prepublication draft of the NTP Monograph on the State of the Science on Fluoride. We have set May 18, 2022, for publication of the monograph. The monograph will be posted to the NTP website, and we will email a notice of the posting to NTP listserv subscribers.

(b)(5)

Please let us know if you have any questions,
Mary


Mary S. Wolfe, Ph.D.

Acting Deputy Division Director for Policy and Communication

Director, Office of Policy, Review, and Outreach

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

111 T.W. Alexander Drive

Research Triangle Park, NC 27709

Phone: 984-287-3209

Email: wolfe@niehs.nih.gov

# Exhibit 7

**From:**       Johnson, Nicole (CDC/DDNID/NCCDPHP/DOH)
**Sent:**        Thu, 12 May 2022 15:57:42 +0000
**To:**          Promoff, Gabbi (CDC/DDNID/NCCDPHP/OD); London, Joel
(CDC/DDNID/NCCDPHP/OD); Smalls, Donnica (CDC/DDNID/NCCDPHP/OD)
**Subject:**     FW: update from NTP BSC 10am meeting


Plz see update below. Greg sent me a first draft of talking points/Q&A just a bit ago, I am about to start
reviewing them now

---

**From:** Hannan, Casey J. (CDC/DDNID/NCCDPHP/DOH) <clh8@cdc.gov>
**Sent:** Thursday, May 12, 2022 11:55 AM
**To:** Espinoza, Lorena (CDC/DDNID/NCCDPHP/DOH) <lee6@cdc.gov>; Johnson, Nicole
(CDC/DDNID/NCCDPHP/DOH) <nbg5@cdc.gov>; Holder, Gregory (CDC/DDNID/NCCDPHP/DOH)
<LHN5@cdc.gov>
**Subject:** update from NTP BSC 10am meeting

Here are my takeaways:

The May 18th release date for SoS report is almost certainly not going to happen
OASH and NIH OD are pretty clearly going to get more involved

Found out from Renee after this call there's a meeting on Monday morning with ADM Levine, leadership
from NIEHS, NIDCR, NIH OD, and OASH senior staff

Not yet confirmed for 9am call tomorrow with NTP comms staff. Will keep you posted.

Even though the 5/18 release is not likely, we still need to provide a first draft of talking points today for
NCCDPHP OD, policy & comms.


**Casey J. Hannan, MPH**
*Director, Division of Oral Health*
*Centers for Disease Control and Prevention*
channan@cdc.gov
*770.488.6054 (office)*   (b)(6)   *(mobile)*
http://www.cdc.gov/oralhealth/

# Exhibit 8

**From:**      Johnson, Nicole (CDC/DDNID/NCCDPHP/DOH)
**Sent:**      Fri, 3 Jun 2022 18:33:42 +0000
**To:**        Greaser, Jennifer (CDC/OD/CDCWO); Cucchi, Sean (CDC/DDNID/NCCDPHP/OD)
**Subject:**   RE: monograph

Hi – thanks so much for reaching out. The latest we heard (yesterday) is that ASH Levine has put the report on hold until further notice. Happy to chat and tell you more about it.

---

**From:** Greaser, Jennifer (CDC/OD/CDCWO) <cbx5@cdc.gov>
**Sent:** Friday, June 3, 2022 2:32 PM
**To:** Cucchi, Sean (CDC/DDNID/NCCDPHP/OD) <axz7@cdc.gov>; Johnson, Nicole (CDC/DDNID/NCCDPHP/DOH) <nbg5@cdc.gov>
**Subject:** monograph

We got a heads up from NIH leg affairs about National Toxicology Program monograph coming out soon on fluoride and IQ.  Assume you are aware.  Do we need to chat?

Jennifer Greaser
CDC Washington Office
www.cdc.gov/washington
202-245-0600