UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

FOOD & WATER WATCH, et al.,

                Plaintiffs,

        vs.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.

                Defendants.

Civ. No. 17-CV-02162-EMC

[~~PROPOSED~~] ORDER REGARDING
ADMINISTRATIVE MOTION TO FILE
UNDER SEAL

Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Michael Connett, the Court GRANTS Plaintiffs' motion to file the following documents under seal:

- Exhibits 1, 2 and 3 to Plaintiffs' Notice Regarding the National Toxicology Program's Assessment of Fluoride Neurotoxicity.

- An unredacted version of Plaintiffs' Notice Regarding the National Toxicology Program's Assessment of Fluoride Neurotoxicity.

IT IS SO ORDERED. Dated this __14_ day of _December_, 2022.

_____
HON. EDWARD M. CHEN
United States District Judge

[~~PROPOSED~~] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL