# EXHIBIT A

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Defendants.

Case No. 3:17-cv-02162 EMC

**SECOND DECLARATION OF**
**RICHARD P. WOYCHIK, Ph.D.**

I, Richard P. Woychik, Ph.D., declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge and information contained in the records of the National Institute of Environmental Health Sciences ("NIEHS"). NIEHS is one of the Institutes and Centers of the National Institutes of Health ("NIH"), which is a component of the U.S. Department of Health and Human Services ("HHS").

    1.    I am the Director of the NIEHS and have been in this position since June 2020. Before that I was the Deputy Director of NIEHS, a position I held since January 2011.

    2.    As Director of the NIEHS, I have a dual responsibility of also serving as the Director of the National Toxicology Program ("NTP") and have been with NTP since I was appointed Acting Director of NIEHS in October 2019. The NTP is an interagency partnership of NIH's NIEHS, the CDC's National Institute for Occupational Safety and Health, and the U.S.

1    Food and Drug Administration.

2        3.      NTP monographs are typically published soon after external peer review and

3    federal agency subject-matter expert review, when the reviewers concur with the monograph's

4    findings and conclusions.

5        4.      The NTP State of the Science Monograph on fluoride and the Meta-Analysis

6    Manuscript (as defined below and in the first declaration I submitted in this action) have not yet

7    been published because the scientific review is not complete. Therefore, it is my opinion that the

8    drafts of these documents should not be released to the public, or referenced, at this time.

9        5.      In this second declaration, I provide an update on the process that NTP is

10   undertaking with respect to those documents.

11       6.      In 2016, NTP initiated a systematic review to evaluate neurobehavioral health

12   effects from exposure to fluoride during development through examination of human studies,

13   experimental animal studies, and mechanistic data.

14       7.      NTP prepared a first draft of its fluoride monograph, and it was ready for peer

15   review in September 2019 ("draft monograph").

16       8.      Because NTP was aware that its fluoride monograph could be an influential

17   scientific document, and to ensure the scientific integrity of the monograph, NTP arranged for

18   the National Academies of Sciences, Engineering, and Medicine ("NASEM") to conduct an

19   independent peer review. NASEM is a prestigious scientific society, and it is the acknowledged

20   gold standard for providing independent and objective advice on complex scientific issues.

21       9.      The monograph was evaluated by NASEM using scientific criteria such as:

22   appropriate use of statistical methods, documentation and application of the systematic review

23   process, accurate data analysis and risk-of-bias assessments, validity of individual studies and

24   use of independent data sources, and appropriate application of human, animal and/or

25   mechanistic data.

26       10.     In March 2020, NASEM released its peer-review report stating that the

27   conclusions in the draft NTP monograph were not adequately supported. Therefore, NTP did not

28

1    publish the monograph.

2          11.    Then, based on the NASEM peer-review comments, the NTP revised the draft

3    monograph and submitted a second draft in September 2020 to NASEM for peer-review. In

4    February 2021, NASEM released its peer-review report of the revised draft monograph, and

5    again, the reviewers stated that the revised draft monograph's assessment was not adequately

6    supported. Therefore, NTP did not publish the revised monograph.

7          12.    However, the NASEM reviewers also stated, "The committee urges NTP to

8    improve the clarity of the document. The monograph has great importance in the discussion

9    about effects of fluoride on neurodevelopmental and cognitive health effects and will likely

10   influence exposure guidelines or regulations."

11         13.    Therefore, based on the NASEM report, NTP made additional revisions and

12   removed the classification of fluoride as a cognitive neurodevelopmental hazard to humans. The

13   NTP authors also decided to split the revised draft monograph into two distinct documents: a

14   "State of the Science Monograph" with the *qualitative* review of studies on the association

15   between fluoride and cognition and neurodevelopment, and a "Meta-Analysis Manuscript" with

16   the *quantitative* statistical analysis of the epidemiologic studies specifically related to children's

17   I.Q., so that each document could be published separately.

18         14.    Per standard NTP procedure, the drafts of the State of the Science Monograph and

19   the Meta-Analysis Manuscript were reviewed internally by subject-matter experts in various

20   HHS agencies.

21         15.    In November 2021, the draft State of the Science Monograph was also circulated

22   for external peer review with five reviewers that the NTP identified based on their scientific

23   expertise, which is the usual process for peer review of NTP reports. These peer reviewers

24   concurred with the draft State of the Science Monograph conclusions but provided comments for

25   additional revisions to the document. The NTP authors began addressing the reviewers'

26   comments and prepared the State of the Science Monograph for publication.

27         16.    Although the Meta-Analysis Manuscript was being prepared by NTP for

28

1  submission to a peer-reviewed scientific journal, agency subject-matter experts from the Centers

2  for Disease Control and Prevention ("CDC"), the Food and Drug Administration ("FDA"), and

3  the National Institute of Dental and Craniofacial Research at NIH ("NIDCR") raised concerns

4  that the comments they had submitted during the development of the Meta-Analysis Manuscript

5  had not been adequately addressed, and in many instances the NTP authors had disagreed with

6  the comments and criticisms from the agency subject-matter experts. Therefore, the agency

7  subject-matter experts objected to publication until their comments and the responses from the

8  NTP authors could be adjudicated with scientific rigor.

9       17.    Given the concerns expressed by the agency subject-matter experts, and the

10  disagreements between those subject-matter experts and the NTP authors, in February 2022, I

11  asked the chair of the NTP Board of Scientific Counselors ("BSC") to have the BSC adjudicate

12  concerns raised by agency reviewers on the Meta-Analysis Manuscript. Since there was not

13  sufficient subject-matter expertise on the NTP BSC, the Chair of the BSC made the decision to

14  develop an independent working group of subject-matter experts, external to HHS, to adjudicate

15  the comments and concerns that were raised by the agency subject-matter experts and the

16  responses by the NTP authors.

17       18.    Meanwhile, the NTP continued preparing the State of the Science Monograph for

18  publication, and in April 2022, NTP shared its plan to publish the monograph with the CDC, the

19  FDA, and the NIDCR. The target date for publication was May 18, 2022. Experts within these

20  agencies expressed concerns about the conclusions in the monograph and objected to the planned

21  May 18 publication.

22       19.    By May 12, 2022, based on concerns raised by the agency subject matter experts

23  and echoed by the NIH and HHS leadership, I made the decision that the State of the Science

24  Monograph also needed additional review prior to publication. I communicated this to the NIH

25  leadership and the HHS Assistant Secretary for Health. Days later, I informed the NTP staff that

26  the State of the Science Monograph would not be published on May 18, 2022.

27       20.    On June 10, 2022, I expanded the scope of the charge to the BSC to include an

28

1  adjudication of NTP's responses to peer-review comments and agency reviewers' comments on

2  the State of the Science Monograph.

3      21.    Individuals identified for the working group were screened to prevent conflicts of

4  interest, and the group began its evaluation in October 2022.

5      22.    I currently expect that the working group will present its report at a BSC meeting

6  in early 2023. This meeting will be open to the public. Following the standard process, the BSC

7  could accept the working group report and convey it to me as written, revise the report and

8  convey the revised report to me, and/or offer other recommendations, which could include

9  expanding the monograph and meta-analysis to add more studies published over the past year.

10      23.    It is important to note that the State of the Science Monograph only includes

11  research published through May 2020, and the Meta-Analysis Manuscript only includes research

12  published through November 2021. Therefore, the current drafts of these documents do not

13  include recently published research papers that may contain highly relevant information

14  regarding the health effects of fluoride, or lack thereof, especially at the lower doses used to

15  supplement public water supplies.[1]

16      24.    If the BSC makes suggestions to revise the documents before they can be

17  published, this will take time, so the final publication will be determined by how quickly the

18  NTP authors can make the modifications. If the modifications are substantial, the two documents

19  will have to be reviewed again before they can move forward for publication, which will also

20  take time.

21      25.    Following the BSC's action, the BSC chair will provide me the report. As the

22  director of the NTP, I will decide whether NTP will publish the State of the Science Monograph

---

23  [1]    Those papers are as follows:

24

25      Do, L.G., et al., *Early Childhood Exposures to Fluorides and Child Behavioral Development and Executive Function: A Population-Based Longitudinal Study*, Journal of Dental Research (2022) https://pubmed.ncbi.nlm.nih.gov/36214232/.

26

27      Ibarluzea, J., et al., *Prenatal Exposure to Fluoride and Neuropsychological Development in Early Childhood: 1-to 4 Years Old Children*, Environmental Research (2022) https://pubmed.ncbi.nlm.nih.gov/34627799/.

28

1    or to hold the report for additional work, and I will decide whether NTP authors should submit

2    the Meta-Analysis Manuscript for peer-review and publication in a scientific journal. My

3    decision will be based on the scientific criteria and the recommendations made to me by the

4    BSC, not on any particular regulatory criteria.

5         26.    The timing of my decision will depend on the progress made by the BSC working

6    group and the outcome of adjudicating those comments and concerns.

7         27.    I will do my best to make my decision as quickly as possible, but my obligation as

8    director of NTP is to uphold the most rigorous scientific principles when providing scientific

9    background that may inform the public health policies of the nation.

10        28.    To my knowledge, there are two instances in which NTP monographs were not

11   published as originally intended after undergoing external peer review and review by agency

12   subject-matter experts. These monographs were studies of substances being considered for listing

13   in the Report on Carcinogens, which is a congressionally mandated report of substances that

14   pose cancer hazards.

15             a.    NTP prepared a monograph on talc for the 10th Report on Carcinogens;

16   however, peer-reviewers did not support the listing because of confusion in the scientific

17   literature over the mineral nature of talc. Therefore, the talc monograph was not published.

18             b.    NTP prepared a monograph on "light at night" and "shift work at night"

19   for the 15th Report on Carcinogens; however, due to concern that "light at night" and "night shift

20   work" might not meet the definition of a "substance," the monograph was not published. The

21   monograph on "light at night" and "shift work at night" was later reformatted and posted on the

22   NTP website as a cancer hazard assessment report.

23        29.    When they are finalized, NTP's State of the Science Monograph and Meta-

24   Analysis Manuscript have the potential to be highly influential scientific documents that may

25   inform a wide array of public health and regulatory decisions. Therefore, it is imperative that the

26   science is strong. I could not, in good conscience, authorize publication of the monograph in

27   May 2022 when so many concerns about the science and conclusions were still being raised by

28

SECOND DECLARATION OF RICHARD P. WOYCHIK, PH.D.
Case No. 3:17-cv-02162 EMC

1   agency subject matter experts, as I explained above.

2         30.    I believe that use of the draft State of the Science Monograph and Meta-Analysis

3   Manuscript before the BSC working group's evaluation is completed and final decisions are

4   made could cause confusion for the public. Furthermore, release of these draft documents to the

5   public now could undermine the current BSC working group review.

6   I declare under penalty of perjury that the foregoing is true and correct.

7   Executed on December 22, 2022, in West Palm Beach, Florida.

8           Richard P.      Digitally signed by Richard P. Woychik -S

9           Woychik -S    Date: 2022.12.22 15:29:30 -05'00'

10          Richard P. Woychik, Ph.D.

        Director, National Institute of Environmental Health

11          Sciences

        Director, National Toxicology Program

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28