MICHAEL CONNETT (CA Bar No. 300314)
C. ANDREW WATERS (CA Bar No. 147259)
KAY REEVES, *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
Tel: (310)-414-8146
Fax: (310) 414-8156

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Defendants*. | Case No.: 17-cv-02162-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTION TO GOVERN FUTURE PROCEEDINGS** |

WHEREAS, on December 22, 2022, Defendants filed an Administrative Motion to Govern Future Proceedings (ECF No. 332) pursuant to Local Rule 7-11;

WHEREAS, Local Rule 7-11(b) provides that any opposition to or support for a motion for administrative relief must be filed no later than four days after the motion is filed; and

WHEREAS, counsel for the parties have conferred and agreed to enlarge Plaintiffs' time to respond to Defendants' Administrative Motion to Govern Future Proceedings in light of the upcoming end-of-year holidays.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, that Plaintiffs may file a response under Local Rule 7-11(b) to Defendants' Administrative Motion to Govern Future Proceedings (ECF No. 332) by January 5, 2023.

| | | |
|---|---|---|
| 1 | DATED: December 22, 2022 | /s/ Michael Connett |
| 2 | | MICHAEL CONNETT (CA Bar No. 300314) |
| | | C. ANDREW WATERS (CA Bar No. 147259) |
| 3 | | KAY REEVES, *Pro Hac Vice* |
| | | WATERS, KRAUS & PAUL |
| 4 | | 222 N. Pacific Coast Hwy, Suite 1900 |
| | | El Segundo, CA 90245 |
| 5 | | Tel: (310)-414-8146 |
| | | Fax: (310) 414-8156 |

*Attorneys for Plaintiffs*

DATED: December 22, 2022        /s/ Brandon N. Adkins (with permission)
BRANDON N. ADKINS (D.C. Bar No. 1010947)
PAUL A. CAINTIC (D.C. Bar No. 1779847)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)
Tel: (202) 514-2593 (Caintic)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov
Paul.Caintic@usdoj.gov

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____
EDWARD M. CHEN
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 22nd day of December, 2022, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*

Michael Connett

Attorney for Plaintiffs

3