MICHAEL CONNETT (CA Bar No. 300314)
C. ANDREW WATERS (CA Bar No. 147259)
KAY REEVES, *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
Tel: (310)-414-8146
Fax: (310) 414-8156

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Defendants*. | Case No.: 17-cv-02162-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTION TO GOVERN FUTURE PROCEEDINGS** |

WHEREAS, on December 22, 2022, Defendants filed an Administrative Motion to Govern Future Proceedings (ECF No. 332) pursuant to Local Rule 7-11;

WHEREAS, Local Rule 7-11(b) provides that any opposition to or support for a motion for administrative relief must be filed no later than four days after the motion is filed; and

WHEREAS, counsel for the parties have conferred and agreed to enlarge Plaintiffs' time to respond to Defendants' Administrative Motion to Govern Future Proceedings in light of the upcoming end-of-year holidays.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, that Plaintiffs may file a response under Local Rule 7-11(b) to Defendants' Administrative Motion to Govern Future Proceedings (ECF No. 332) by January 5, 2023.

|   |   |   |
|---|---|---|
| 1 | DATED: December 22, 2022 | /s/ Michael Connett |
| 2 | | MICHAEL CONNETT (CA Bar No. 300314) |
| | | C. ANDREW WATERS (CA Bar No. 147259) |
| 3 | | KAY REEVES, *Pro Hac Vice* |
| | | WATERS, KRAUS & PAUL |
| 4 | | 222 N. Pacific Coast Hwy, Suite 1900 |
| | | El Segundo, CA 90245 |
| 5 | | Tel: (310)-414-8146 |
| | | Fax: (310) 414-8156 |
| 6 | | |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | DATED: December 22, 2022 | /s/ Brandon N. Adkins (with permission) |
| | | BRANDON N. ADKINS (D.C. Bar No. 1010947) |
| 9 | | PAUL A. CAINTIC (D.C. Bar No. 1779847) |
| | | United States Department of Justice |
| 10 | | Environment & Natural Resources Division |
| | | P.O. Box 7611 |
| 11 | | Washington, D.C. 20044 |
| 12 | | Tel: (202) 616-9174 (Adkins) |
| | | Tel: (202) 514-2593 (Caintic) |
| 13 | | Fax: (202) 514-8865 |
| | | Brandon.Adkins@usdoj.gov |
| 14 | | Paul.Caintic@usdoj.gov |
| 15 | | |
| 16 | | *Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 23, 2022

_____
EDWARD M. CHEN
United States District Judge

2