BRANDON N. ADKINS
PAUL A. CAINTIC

U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 616-9174
Brandon.Adkins@usdoj.gov

STEPHANIE M. HINDS, United States Attorney (CABN 154284)
MICHELLE LO, Chief, Civil Division (NYBN 4325163)
EMMET P. ONG Assistant United States Attorney (NYBN 4581369)

Northern District of California
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3724
emmet.ong@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY *et al.*, <br><br> Defendants. | Civil Action No. 3:17-cv-02162-EMC <br><br> **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
NO. 3:17-CV-02162-EMC

PLEASE TAKE NOTICE THAT Emmet P. Ong, Assistant United States Attorney, is appearing as counsel of record for Defendants U.S. Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as Administrator of the EPA.[1]  Accordingly, please have future ECF notices sent to AUSA Ong at emmet.ong@usdoj.gov, as a person to be noticed.  Service of all papers by U.S. mail, express or hand deliveries to AUSA Ong should be addressed to him as follows:

United States Attorney's Office
Northern District of California
1301 Clay Street, Suite 340S
Oakland, California 94612-5217

AUSA Ong's e-mail, telephone, and facsimile information are as follows:

E-mail: emmet.ong@usdoj.gov
Telephone:  (510) 637-3929
Facsimile:  (510) 637-3724

DATED:  January 5, 2023              Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 s/ *Emmet P. Ong*
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendants*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Regan has been automatically substituted for E. Scott Pruitt.