IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**SIXTH JOINT STATUS REPORT** |

The parties hereby submit the following Sixth Joint Status Report:

On December 22, 2022, EPA filed an Administrative Motion to Govern Future Proceedings and a second declaration by Dr. Richard Woychik. Pursuant to a stipulation of the parties, which the Court entered as an order (ECF No. 334), Plaintiffs had until January 5, 2023 to file their opposition, which they have now filed.

A dispute has arisen with respect to the discoverability of "comments" from "subject matter experts" at CDC, NIDCR, and FDA that Dr. Woychik referred to in his second declaration. Plaintiffs intend to seek the Court's leave to discover the comments referenced by Dr. Woychik, and NTP's responses thereto. EPA's position is that Plaintiffs' request should be made by motion, to which EPA will respond in due course.

Dated:   January 5, 2023                              Respectfully submitted,

*/s/ Michael Connett*
MICHAEL CONNETT
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy

El Segundo, CA 90245
*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General

*/s/ Brandon N. Adkins*
BRANDON N. ADKINS
PAUL A. CAINTIC
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)
Tel: (202) 514-2593 (Caintic)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov
Paul.Caintic@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 5th day of January, 2023, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs