# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

**Date:** January 12 2023  **Time:** 11:30-12:20  **Judge:** EDWARD M. CHEN
50 Minutes

**Case No.:** 3:17-cv-02162-EMC   **Case Name:** Food & Water Watch, Inc. et al. v. Environmental Protection Agency et al.

**Attorneys for Plaintiffs:** Michael Connett, Kay Reeves
**Attorneys for Defendants:** Brandon Adkins, Emmet Ong, Paul Caintic

**Deputy Clerk:** Vicky Ayala   **Court Reporter:** Marla Knox

## PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference and Administrative Motion to Govern Future Proceedings.

## SUMMARY

Parties stated appearances.

Oral argument heard. Order to be issued.

CASE CONTINUED TO: **April 11, 2023, at 2:30 PM for a Status Conference.** Joint Status Report **due by 4/4/2023.**