# EXHIBIT A

Defendants' Interrogatories Nos. 1-2
&
Requests for Production No. 1

# INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify the name and, if known, the address, and telephone number of each individual likely to be used as a fact witness—along with the subjects of their testimony and any discoverable information each individual is likely to have —that Plaintiffs may use to support their claim.

**INTERROGATORY NO. 2:**

Identify all documents, electronically stored information, and tangible things that Plaintiffs have in their possession, custody, or control and may use to support their claim.

**INTERROGATORY NO. 3:**

List every report, study, or document fully or partially funded by Plaintiffs that Plaintiffs may use to support their claim.

**INTERROGATORY NO. 4:**

List every report, study, or document originally written in non-English languages and fully or partially interpreted by Plaintiffs, or someone hired by Plaintiffs, that Plaintiffs may use to support their claim.

Dated:  May 29, 2018

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Debra J. Carfora*
DEBRA J. CARFORA
NORMAN RAVE
JOHN T. DO
Attorneys for Defendants

a. all written or otherwise recorded material of whatever nature including, but not limited to material printed, typed, handwritten, drawn, electronically recorded, machine readable, or stored in any form of computer media; and

b. correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, logbooks, entries in books of accounts and lists, interoffice and intra-office communications, notations of any conversations (including, without limitation, telephone calls, meetings, and other communications), bulletins, invoices, worksheets, graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, and motion pictures), maps and blueprints.

The term "document(s)" includes all originals, and all copies and duplicates that are not identical, including, but not limited to, all copies and duplicates that contain any commentary or notation, handwritten or otherwise, that does not appear in the original.

4. The "Plaintiffs" shall mean those identified as the Plaintiffs in the Complaint in this case, and all persons or entities acting or purporting to act under the control or on the behalf of the foregoing.

5. "Pertaining to" or "pertain to" shall mean concerning, constituting, relating, mentioning, containing, discussing, embodying, reflecting, identifying, recording, stating, referring to or in any way relevant to.

## REQUESTS FOR PRODUCTION

1. Produce all documents on which the Plaintiffs may rely to support their claim that the purposeful fluoridation of drinking water presents an unreasonable risk to human health.

2. Produce all documents on which the Plaintiffs may rely to link fluoride exposure with neurotoxic effects in humans.