UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 17-cv-02162-EMC<br><br>**ORDER DENYING REQUEST FOR EMERGENCY HEARING AND CLARIFYING DISCOVERY SCOPE**<br><br>Docket No. 346 |

Plaintiff Food & Water Watch, Inc. ("FWW") and Defendant Environmental Protection Agency ("EPA") filed a joint letter brief regarding a discovery dispute. Docket No. 346 (Joint Discovery Letter). On February 28, 2023, FWW sent EPA two subpoenas for the fact depositions of Jayanth Kumar in and Christine Wood, noticed for March 15 and 17, 2023. *Id.* at 1. Dr. Kumar is the California State Dental Director and member of the American Dental Association's National Fluoridation Advisory Committee, who provided some feedback on the NASEM review of the NTP draft. *Id.* at 2. Ms. Wood is the executive director of the Association of State and Territorial Dental Directors. *Id.* EPA contends that conducting these depositions amounts to discovery outside the Court's permitted discovery limitations and is prejudicial to EPA. The Court disagrees.

The fact depositions of these two witnesses fall within the scope of the Court's discovery limitations. The Court permitted (1) fact discovery to "allow for the production of the May 2022 NTP draft review . . . [to] help the Court determine future scheduling," and (2) expert discovery to allow "commencement of expert review of the new scientific evidence." Docket No. 319 (Order Lifting Stay) at 5. The Court explained that "the timing of further expert disclosures and

1 depositions should await further scheduling by this Court." *Id.* Later, at the January 12, 2023

2 hearing, the Court extended the scope of discovery to include materials related to the NTP

3 monograph. Docket No. 342 at 29:1–18.

4       The scheduled depositions are clearly relevant and proportionate to the needs of this case.

5 The May 2022 NTP monograph is the centerpiece of the dispute. As FWW asserts, "Dr. Kumar

6 and Ms. Wood have relevant and probative knowledge about the actual reasons why the May 2022

7 monograph was not published." Joint Discovery Letter at 2. Indeed, the testimony of these

8 witnesses may shed light on EPA's defenses regarding the draft status and industry criticisms of

9 the NTP monograph. *See id.* at 3 (proffering, by FWW, that Dr. Kumar was given a copy of the

10 monograph prior to public dissemination and submitted criticisms to the Board of Scientific

11 Counselors on behalf of the American Dental Association). Taking these depositions will help

12 advance the case towards trial.

13       Furthermore, there is no indication that FWW's discovery tactics are unfairly prejudicial.

14 FWW provided EPA over two weeks' notice of the depositions. EPA argues that FWW "inten[ds]

15 to introduce information and documents at these depositions that have never been disclosed to

16 EPA." *Id.* at 2; *see* Fed. R. Civ. Proc. 26(e)(1)(A) ("A party who has made a disclosure under

17 Rule 26(a)—or who has responded to an interrogatory, request for production, or request for

18 admission—must supplement or correct its disclosure or response: in a timely manner if the party

19 learns that in some material respect the disclosure or response is incomplete or incorrect, and if the

20 additional or corrective information has not otherwise been made known to the other parties

21 during the discovery process or in writing."). However, FWW explains that any such documents

22 do not need to be disclosed because the parties waived their FRCP Initial Disclosures and because

23 the documents they obtained under FOIA do not fall in the scope of EPA's prior document

24 requests. Docket No. 23 (Joint Case Management Statement) at 2:23–24.

25 ///

26 ///

27 ///

28 ///

Thus, the Court **DENIES** the parties' request for an emergency hearing prior to the scheduled depositions of Dr. Kumar and Ms. Wood.  The Court **PERMITS** the parties to proceed with the depositions of Dr. Kumar and Ms. Wood as currently scheduled.

This order disposes of Docket No. 346.

**IT IS SO ORDERED**.

Dated: March 9, 2023

_____
EDWARD M. CHEN
United States District Judge

3