UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC. *et al.*, | Civil Action No. 3:17-cv-02162-EMC |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' SUBPOENA TO NIEHS DATED JANUARY 17, 2023.** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY *et al.*, | |
| Defendants. | |

1    As previously reported to the Court, Plaintiffs served non-party National Institute for

2  Environmental Health Sciences ("NIEHS") with a subpoena requesting the production of agency

3  comments, NTP's responses thereto, and other documents related to NTP's determinations regarding

4  publication of the May 2022 prepublication fluoride monograph and the related meta-analysis.  *See*

5  *generally* Dkt. No. 343.  In response to the subpoena, NIEHS produced, among other things, the agency

6  comments sought by the subpoena but with certain attribution information redacted.

7    Having met and conferred regarding these redactions, Plaintiffs and NIEHS, through their

8  undersigned counsel, stipulate to and jointly request an order providing the following:

9    • NIEHS shall produce to Plaintiffs a reference table that will allow Plaintiffs to identify

10       the names of the agencies that provided the comments.

11    • Plaintiffs shall use the reference table and the information therein for purposes of this

12       litigation only and shall not publicly disclose such materials.  These restrictions on use

13       and disclosure shall terminate upon the earlier of the NTP Board of Scientific Counselors

14       making its recommendation regarding the prepublication fluoride monograph and the

15       related meta-analysis to the Director of NTP or the resumption of trial in this matter.

16    • Plaintiffs shall not seek disclosure of the names of the individuals who provided the

17       comments.

18    Nothing in this stipulation shall impact the rights or responsibilities of the parties in other

19  litigation, including Plaintiff Kristin Lavelle's FOIA complaint against the Department of Health and

20  Human Services (Case No. 23-cv-1040).

21    IT IS SO STIPULATED.

22

23  DATED:  March 27, 2023                      Respectfully submitted,

24                                              WATERS, KRAUS & PAUL

25                                              */s/ Michael Connett*
                                                MICHAEL CONNETT
26                                              C. ANDREW WATERS
                                                KAY GUNDERSON REEVES *(pro hac vice)*
27

28                                              *Attorneys for Plaintiffs*

1

2  DATED:  March 27, 2023                    Respectfully submitted,

3                                            STEPHANIE M. HINDS
                                             United States Attorney
4

5                                            */s/ Emmet P. Ong*
                                             EMMET P. ONG
6                                            Assistant United States Attorney

7                                            BRANDON N. ADKINS
                                             PAUL A. CAINTIC
8                                            Trial Attorneys
                                             U.S. Department of Justice
9                                            Environmental & Natural Resources Division

10
                                             *Attorneys for Non-Party National Institute of*
11                                           *Environmental Health Sciences*

12                                           *In compliance with Civil Local Rule 5-1(h)(3), the
                                             filer of this document attests under penalty of
13                                           perjury that concurrence in the filing of the
                                             document has been obtained from the other
14                                           Signatory.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### [PROPOSED] ORDER

2
       Pursuant to stipulation of the parties, IT IS SO ORDERED.

3

4
DATED:_____

5

6
                          HON. EDWARD M. CHEN
                      United States Senior District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28