UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC. *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-cv-02162-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' SUBPOENA TO NIEHS DATED JANUARY 17, 2023.** |

As previously reported to the Court, Plaintiffs served non-party National Institute for Environmental Health Sciences ("NIEHS") with a subpoena requesting the production of agency comments, NTP's responses thereto, and other documents related to NTP's determinations regarding publication of the May 2022 prepublication fluoride monograph and the related meta-analysis. *See generally* Dkt. No. 343. In response to the subpoena, NIEHS produced, among other things, the agency comments sought by the subpoena but with certain attribution information redacted.

Having met and conferred regarding these redactions, Plaintiffs and NIEHS, through their undersigned counsel, stipulate to and jointly request an order providing the following:

- NIEHS shall produce to Plaintiffs a reference table that will allow Plaintiffs to identify the names of the agencies that provided the comments.
- Plaintiffs shall use the reference table and the information therein for purposes of this litigation only and shall not publicly disclose such materials. These restrictions on use and disclosure shall terminate upon the earlier of the NTP Board of Scientific Counselors making its recommendation regarding the prepublication fluoride monograph and the related meta-analysis to the Director of NTP or the resumption of trial in this matter.
- Plaintiffs shall not seek disclosure of the names of the individuals who provided the comments.

Nothing in this stipulation shall impact the rights or responsibilities of the parties in other litigation, including Plaintiff Kristin Lavelle's FOIA complaint against the Department of Health and Human Services (Case No. 23-cv-1040).

IT IS SO STIPULATED.

DATED:  March 27, 2023                                  Respectfully submitted,

                                                       WATERS, KRAUS & PAUL

                                                       */s/ Michael Connett*
                                                       MICHAEL CONNETT
                                                       C. ANDREW WATERS
                                                       KAY GUNDERSON REEVES *(pro hac vice)*

                                                       *Attorneys for Plaintiffs*

NO. 3:17-CV-02162-EMC                                      1

DATED:  March 27, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Emmet P. Ong**
EMMET P. ONG
Assistant United States Attorney

BRANDON N. ADKINS
PAUL A. CAINTIC
Trial Attorneys
U.S. Department of Justice
Environmental & Natural Resources Division

*Attorneys for Non-Party National Institute of Environmental Health Sciences*

*In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED.

DATED: March 27, 2023

_____
HON. EDWARD M. CHEN
United States Senior District Judge