IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**SEVENTH JOINT STATUS REPORT** |

The parties hereby submit the following Seventh Joint Status Report:

The National Toxicology Program Board of Scientific Counselors ("BSC") is conducting a scientific review of the monograph and meta-analysis. On March 15, 2023, the National Toxicology Program posted to a public webpage documents that are currently being reviewed by a BSC working group. These documents include the May 2022 prepublication monograph, the July 2022 draft meta-analysis, comments regarding these documents, and NTP's responses thereto. As stated on the webpage, the BSC working group is expected to report its evaluation to the BSC at a public meeting on May 4, 2023. The webpage is available at: https://ntp.niehs.nih.gov/whatwestudy/assessments/noncancer/ongoing/fluoride/index.html.

Counsel for the parties have conferred extensively on trial dates and pretrial deadlines. The parties agreed to propose the following deadlines to the Court, which, if appropriate, the parties would respectfully request the Court to adopt in a scheduling order to govern the second trial phase of these proceedings.

| | |
|---|---|
| Plaintiffs serve standing declaration | May 1 |

| | |
|---|---|
| Defendants notify Plaintiffs whether Defendants will depose Plaintiffs' standing declarant | May 15 |
| Defendants' dispositive motion regarding Plaintiffs' standing, if necessary | August 1 |
| Fact discovery cutoff | August 1 |
| Opening expert disclosures | August 4 |
| Parties notify each other whether they intend to disclose rebuttal expert reports | August 18 |
| Rebuttal expert disclosures[1] | September 15 |
| Expert discovery cutoff[2] | November 9 |
| Deadline to meet and confer regarding pre-trial statement | November 17 |
| Motions in limine served | December 8 |
| Motions in limine oppositions served | December 15 |
| Motions in limine collated and filed | December 20 |
| Joint pre-trial conference statement/trial briefs | December 20 |
| Objections | January 8, 2024 |
| Pre-trial conference | January 16, 2024 |
| Trial commences | January 29, 2024 |

---

[1] No additional expert reports, including any purported supplemental expert reports, may be drafted or provided absent prior leave of Court or written agreement among the Parties.

[2] Any party wishing to file a dispositive motion (other than Defendants' potential motion regarding Plaintiffs' standing) must first obtain leave of Court and, in the party's motion for leave, propose a new trial date to account for the additional time needed to brief the proposed dispositive motion. The parties reserve their rights to object to any such motion and any proposed alteration of the trial date.

The parties continue to meet and confer regarding whether, and when, to exchange Initial Disclosures. The parties previously waived Initial Disclosures in this action before the Court determined that review of the petition would not be limited to the administrative record. EPA would request that any scheduling order include a deadline for initial disclosures regarding witnesses and documents relating to the second trial.

Additionally, the parties continue to meet and confer regarding fact depositions, and whether Plaintiffs will need to seek leave of the Court to exceed 10 depositions in this litigation (including the depositions taken prior to the first trial). Absent an agreement from EPA, Plaintiffs intend to seek leave to conduct these depositions to further explore the reasons for NTP not publishing the May 2022 monograph.

Dated:   April 4, 2023                                                          Respectfully submitted,

*Michael Connett*
MICHAEL CONNETT
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy
El Segundo, CA 90245

*Attorneys for Plaintiffs*


*/s/ Brandon N. Adkins (with permission)*
BRANDON N. ADKINS
PAUL A. CAINTIC
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)
Tel: (202) 514-2593 (Caintic)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov
Paul.Caintic@usdoj.gov

CASE NO. 17-CV-02162-EMC
SEVENTH JOINT STATUS REPORT

1
2
           EMMET P. ONG
           Assistant United States Attorney

3            *Attorneys for Defendants*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Seventh Joint Status Report was served by Notice of Electronic Filing this 4th day of April, 2023, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                          /s/ *Michael Connett*
                                          MICHAEL CONNETT
                                          Attorney for Plaintiffs