OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** April 11, 2023       **Time:** 3:10-3:40       **Judge:** EDWARD M. CHEN
                                30 Minutes

**Case No.**: 3:17-cv-02162-EMC       **Case Name:** Food & Water Watch, Inc. et al. v. Environmental Protection Agency et al.

**Attorneys for Plaintiffs:** Michael Connett, Kay Reeves
**Attorneys for Defendants:**  Brandon Adkins, Emmet Ong, Paul Caintic

**Deputy Clerk:** Vicky Ayala       **Court Reporter:** Marla Knox

PROCEEDINGS HELD BY ZOOM WEBINAR

 Status Conference - Held.

SUMMARY

Parties stated appearances.

Parties confirmed that the National Toxicology Program ("NTP") Board of Scientific Counselors ("BSC") working group will present its report to the BSC at a public meeting on May 4, 2023.  The report includes the working group's conclusions and recommendations, criticisms and responses thereto.

The Court asked what the next steps are after the May 4, 2023 hearing.  Defendants stated that it believes the BSC will continue deliberating on the report and make a recommendation to the NPT Director who will decide whether to publish the report.  Plaintiffs stated that it believes based on the public meeting, documents, and comments that the Court now has a diverse spectrum of scientific perspectives that is sufficient to inform the Court's analysis for the second trial.  Defendants stated that the final meta-analysis report will likely not be finalized by trial, but Defendants are willing to proceed based on the Court's prior ruling on those issues.  The Court stated that it may consider an adjustment to the trial date if the final report is imminent.

Plaintiffs plan to serve further discovery requests to Defendants in the next few weeks.  Plaintiffs stated that Defendants have the option to depose Ms. Trainor sometime this summer.

Plaintiffs intend to seek leave to conduct fact depositions of federal officials for the purpose of understanding why the Department of Health and Human Services ("HHS") instructed the NTP to not publish the May 2022 monograph draft.  The Court asked Plaintiffs why these depositions would be relevant given that the May 2022 monograph and all comments and criticisms are now public.  Plaintiffs argued that the depositions are needed for trial because the decision to not publish the report at first goes to the weight and scientific merit of the report as evidence.  Defendants responded that the issue with

Plaintiffs' argument is that the comments and NTP's responses to the comments regarding the May 2022 draft have all been made public. Defendants argued that Plaintiffs are able to put on expert testimony regarding this issue, and the information related to why the NTP did not initially publish the May 2022 draft is a tangential issue that does not speak to the heart of this matter—which is whether the fluoridation in the water supply presents a hazard.

The Court agreed with Defendants and ordered without prejudice that the depositions of government officials related to the NTP's decision to not publish the May 2022 monograph draft not be permitted, because there is no obvious relevance now that the report and the criticisms have all been made public. Absent good cause, the Court stated that it must proceed on the merits of the science which does not require the information Plaintiffs seek in the depositions.

Defendants proposed the Parties to file initial disclosures despite the Parties having waived initial disclosures in the first trial of this case. Plaintiffs preferred to keep with the prior waiver agreement but was amenable to allowing disclosures.

The Court agreed with Defendants and ordered Parties to file initial disclosures by May 15, 2023. The Court reasoned that initial disclosures will help to frame the issues and avoid problems from arising later in the case. The May 15, 2023, deadline may be amended for good cause. The court will issue a full scheduling order.

CASE CONTINUED TO: **July 11, 2023, at 2:30 PM for a Status Conference.** Joint Status Report **due by 7/3/2023.**