MICHAEL CONNETT (CA Bar No. 300314)
C. ANDREW WATERS (CA Bar No. 147259)
KAY GUNDERSON REEVES, *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
Tel: (310)-414-8146
Fax: (310) 414-8156

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br>Defendants. | Case No.: 17-cv-02162-EMC <br><br> **STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER** |

WHEREAS, counsel for the parties have conferred extensively on trial dates and pretrial deadlines and proposed deadlines in their Seventh Joint Status Report (ECF No. 350); and

WHEREAS, at the April 11, 2023, status conference, the Court advised that it would issue a full scheduling order that would embody the parties' proposed deadlines.

WHEREAS, the parties have been acting in accordance with the proposed deadlines as if they were effectively a Court order, including Plaintiffs' May 1, 2023 deadline for providing Jessica Trader's standing declaration, and EPA's May 15, 2023 deadline for determining whether to take Ms. Trader's deposition (which EPA declined).

THEREFORE, the parties propose and stipulate to the following schedule:

| | |
|---|---|
| Defendants' dispositive motion regarding Plaintiffs' standing, if necessary | August 1 |

| | |
|---|---|
| Fact discovery cutoff | August 1 |
| Opening expert disclosures | August 4 |
| Parties notify each other whether they intend to disclose rebuttal expert reports | August 18 |
| Rebuttal expert disclosures[1] | September 15 |
| Expert discovery cutoff[2] | November 9 |
| Deadline to meet and confer regarding pre-trial statement | November 17 |
| Motions in limine served | December 8 |
| Motions in limine oppositions served | December 15 |
| Motions in limine collated and filed | December 20 |
| Joint pre-trial conference statement/trial briefs | December 20 |
| Objections | January 8, 2024 |
| Pre-trial conference | January 16, 2024 |
| Trial commences | January 29, 2024 |

---

[1] No additional expert reports, including any purported supplemental expert reports, may be drafted or provided absent prior leave of Court or written agreement among the Parties.

[2] Any party wishing to file a dispositive motion (other than Defendants' potential motion regarding Plaintiffs' standing) must first obtain leave of Court and, in the party's motion for leave, propose a new trial date to account for the additional time needed to brief the proposed dispositive motion. The parties reserve their rights to object to any such motion and any proposed alteration of the trial date.

**IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:**

FOR PLAINTIFFS:

DATED: May 30, 2023     /s/ Michael Connett
MICHAEL CONNETT (CA Bar No. 300314)
C. ANDREW WATERS (CA Bar No. 147259)
KAY GUNDERSON REEVES, *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
Tel: (310)-414-8146
Fax: (310) 414-8156

FOR DEFENDANTS:

DATED: May 30, 2023     /s/ Brandon N. Adkins (with permission)
BRANDON N. ADKINS (D.C. Bar No. 1010947)
PAUL A. CAINTIC (D.C. Bar No. 1779847)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)
Tel: (202) 514-2593 (Caintic)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov
Paul.Caintic@usdoj.gov

EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 6, 2023     _____
EDWARD M. CHEN
United States District Judge