IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**EIGHTH JOINT STATUS REPORT** |

The parties submit the following Eighth Joint Status Report:

The National Toxicology Program ("NTP") Board of Scientific Counselors ("BSC") convened a Working Group to assist with the scientific review of NTP's responses to federal agency comments and criticisms of the NTP prepublication monograph and draft meta-analysis manuscript. In May, the Working Group completed its report, which the BSC approved and transmitted to NTP Director Richard Woychik, Ph.D., for his consideration.

As discussed in the Fifth Discovery Letter Brief (ECF No. 356), the parties have a dispute about Plaintiffs' Rule 30(b)(6) notice regarding EPA's first 10 final risk evaluations under amended TSCA. Should the Court permit the deposition, the parties have agreed that the deposition will take place on July 24, 2023.

Finally, the parties wish to bring a discrepancy to the Court's attention. On June 6, 2023, the Court endorsed the parties' stipulated scheduling order, which set trial for January 29, 2024. The docket text accompanying the order mistakenly set the case as a "jury trial," rather than a bench trial.

| | | |
|---|---|---|
| 1 | Dated: June 29, 2023 | Respectfully submitted, |
| 2 | | *Michael Connett* |
| 3 | | MICHAEL CONNETT |
| | | WATERS, KRAUS & PAUL |
| 4 | | 222 N. Pacific Coast Hwy |
| 5 | | El Segundo, CA 90245 |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | | |
| 8 | | */s/ Brandon N. Adkins (with permission)* |
| | | BRANDON N. ADKINS |
| 9 | | PAUL A. CAINTIC |
| 10 | | United States Department of Justice |
| | | Environment & Natural Resources Division |
| 11 | | P.O. Box 7611 |
| 12 | | Washington, D.C. 20044 |
| | | Tel: (202) 616-9174 (Adkins) |
| 13 | | Tel: (202) 514-2593 (Caintic) |
| 14 | | Fax: (202) 514-8865 |
| | | Brandon.Adkins@usdoj.gov |
| 15 | | Paul.Caintic@usdoj.gov |
| 16 | | EMMET P. ONG |
| 17 | | Assistant United States Attorney |
| 18 | | *Attorneys for Defendants* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Eighth Joint Status Report was served by Notice of Electronic Filing this 29th day of June, 2023, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs