**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Northern District of California

## CIVIL MINUTES

**Date**: July 11, 2023     **Time**: 2:55-3:07     **Judge**: EDWARD M. CHEN
                                         12 minutes

**Case No.:** 3:17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. et al v. Environmental Protection Agency et al

**Attorney for Plaintiff:** Michael Connett
**Attorneys for Defendant(s):** Brandon Adkins, Paul Caintic, and Emmet Ong

**Deputy Clerk:** Vicky Ayala     **Zoom Webinar Recording:** 2:55-3:07

### PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference – held.

### SUMMARY

Parties stated appearances.

Court confirmed the outstanding 30(b)(6) deposition discovery dispute has been referred to Judge Westmore, and Court will update Judge Westmore of the date of the deposition on 7/24/23.

Court reaffirmed a bench trial will be held in January 2024. Parties expect trial to take up to 2 weeks but not longer. Parties will further inform the Court of the anticipated trial schedule once they begin expert discovery.

Plaintiffs ask the Court for clarity regarding whether the bench trial will proceed via Zoom or in-person. Court asks for parties' position. Plaintiffs prefer the second trial to be held via Zoom, similarly to the first trial which went well. Plaintiffs note that they have international expert witnesses and scheduling expert testimonies over Zoom would be easier. Plaintiffs add that because it is comprised of citizens' groups, paying for the cost of flights and hotels for expert witnesses would be burdensome. Defendants state they prefer to present in-person in San Francisco. Court is inclined to do a virtual bench trial but will inform the parties if anything changes.

CASE CONTINUED TO: **10/17/23, at 2:30 PM for a Status Conference.** Joint status report due by 10/10/2023.