OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** October 17, 2023  **Time:** 3:47-4:03  **Judge:** EDWARD M. CHEN
16 minutes

**Case No.:** 3:17-cv-02162-EMC  **Case Name:** Food & Water Watch, Inc. et al v. Environmental Protection Agency et al

**Attorney for Plaintiff:** Michael Connett
**Attorney for Defendant:** Brandon Adkins

**Deputy Clerk:** Vicky Ayala  **Zoom Webinar Time:** 3:47pm-4:03pm

### PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference – held.

### SUMMARY

Parties stated appearances.

The emergency CARE act has sunsetted and the Judicial Conference of the United States has enacted an advisory policy that limits broadcasting in civil cases to audio-only non-evidentiary hearings. The Court is awaiting word from the Ninth Circuit on binding policy.

Plaintiffs are still interested in a Zoom trial because they have one expert in Denmark, one expert in Canada and one expert on the East Coast. Defendant would like to hold a hybrid trial. Defendant's experts would all be able to attend in person expect for one who lives in Spain. Defendant also prefers to appear in person because they have a junior lawyer on their team who plans on presenting at trial.

The Court will refrain from deciding on this matter until policy is set by the Ninth Circuit. The parties should account for the possibility that this will be a live trial. Defendants ask that a decision on this matter be reached promptly because of the likely federal government shut down on November 17th, 2023.

**Parties have no objections to having to start on the January 31 instead of the 29th if the Andersen criminal trial runs long, as long as the trial is still the full 2 weeks.**

Plaintiffs ask the Court's permission to take the Spanish expert's deposition after the deposition deadline on November 15th, 2023. That request is granted by the Court.

**Further Status Conference set 12/04/2023 at 9:00am.** Joint status report **due by 11/28/2023**. The Court will settle the question of trial logistics at that time.