IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　　Defendants. | Case No.: 17-cv-02162-EMC<br><br>**TENTH JOINT STATUS REPORT** |

　　The parties submit the following Tenth Joint Status Report:

　　The parties have begun meeting and conferring about various matters related to pre-trial documents and trial. One issue that the parties intend to jointly raise with the Court regards the format in which exhibits will be produced and displayed at trial. The parties intend to jointly ask the Court to permit the exhibits to be produced and displayed electronically, rather than in hard copy form. The parties believe this will allow for a more efficient display of evidence at trial.

Dated: November 27, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*Michael Connett*
　　　　　　　　　　　　　　　　　　　　　MICHAEL CONNETT
　　　　　　　　　　　　　　　　　　　　　WATERS, KRAUS & PAUL
　　　　　　　　　　　　　　　　　　　　　11601 Wilshire Blvd., Suite 1900
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90025

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: November 27, 2023 | <u>*/s/ Brandon N. Adkins (with permission)*</u><br>BRANDON N. ADKINS<br>PAUL A. CAINTIC<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Tel: (202) 616-9174 (Adkins)<br>Tel: (202) 514-2593 (Caintic)<br>Fax: (202) 514-8865<br>Brandon.Adkins@usdoj.gov<br>Paul.Caintic@usdoj.gov<br><br>EMMET P. ONG<br>Assistant United States Attorney<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Tenth Joint Status Report was served by Notice of Electronic Filing this 27th day of November, 2023, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs