OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** December 4, 2023  **Time:** 9:00 – 9:17 am  **Judge:** EDWARD M. CHEN
                            17 Minutes

**Case No.:** 17-cv-02162  **Case Name:** Food & Water Watch, Inc. et al v. Environmental Protection Agency et al

**Attorney for Plaintiff:** Michael Connett
**Attorney for Defendant:** Brandon Adkins (USDOJ for EPA); Paul Caintic (USDOJ)

**Deputy Clerk:** Vicky Ayala                **Court Reporter:** Ana Dub

PROCEEDINGS

Status Conference - held

SUMMARY

Parties stated appearances.

All evidence for trial will be submitted digitally but parties shall submit one hard copy for the Court before the final pretrial conference. Parties will submit excerpts of certain lengthy documents previously admitted in the first trial. Parties are to check the local rules regarding exhibits, which changed in September. A technology check will be conducted during the final pretrial conference.

The court expressed its preference for interim progressive submission of findings of fact and conclusions of law on a daily or bi-daily basis.

The Ninth Circuit has yet to clarify the broadcasting policy, but the Court expressed its preference for an in-person trial, with remote witnesses appearing via Zoom. Plaintiffs expect all witnesses to be in person and Defendants expect one witness to appear remotely.

This Court participates in the Pilot Project and can tape and upload proceedings to the AO website, with parties' written consent. The Court needs to ensure the Pilot Project applies to testimonial evidence.

This Court is assuming this trial is a continuation of the previous trial. Parties do not need to reintroduce exhibits already introduced, but can reference exhibit numbers from previous trial.

CASE CONTINUED TO: **January 16, 2024, at 2:30 PM for Final Pretrial Conference.**