BRANDON N. ADKINS (D.C. Bar No. 1010947)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)
Tel: (202) 514-2593 (Caintic)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

*Attorney for Defendants*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Defendants*. | Case No.: 17-cv-02162-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER** **AS MODIFIED** |

WHEREAS, the parties' joint pretrial conference statement and trial briefs are currently due on December 20, 2023 (ECF No. 355);

WHEREAS, counsel for the parties have conferred extensively on the items that will be included in their joint pretrial conference statement, including by exchanging witness and exhibit lists and proposing stipulated facts;

WHEREAS, counsel could benefit from additional time to complete their joint pretrial conference statement and their respective trial briefs considering significant deadlines in other matters and the general press of business;

1   WHEREAS, counsel and their support staff could benefit from additional time to deliver to
2   the Court a single set of all trial exhibits in hard copy considering the end-of-year holidays; and
3   WHEREAS, there will be only one motion in limine, which will be filed together with the
4   collated response by December 20, 2023, and no extension is sought regarding the motion in
5   limine deadline set in the Scheduling Order.
6   THEREFORE, the parties propose and stipulate to the following amendment to the
7   Scheduling Order (ECF No. 355), with all other deadlines to remain as ordered:
8   Joint pre-trial conference statement/trial briefs        December ~~29~~ **22**, 2023
9   Courtesy copy of all trial exhibits delivered to Court   January ~~5~~ **4**, 2024

10  **IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:**

11  FOR PLAINTIFFS:

12  DATED: December 13, 2023         /s/ *Michael Connett (with permission)*
13                                   MICHAEL CONNETT (CA Bar No. 300314)
                                     C. ANDREW WATERS (CA Bar No. 147259)
14                                   KAY GUNDERSON REEVES, *Pro Hac Vice*
                                     WATERS, KRAUS & PAUL
15                                   222 N. Pacific Coast Hwy, Suite 1900
                                     El Segundo, CA 90245
16                                   Tel: (310)-414-8146
                                     Fax: (310) 414-8156
17

18  FOR DEFENDANTS:

19  DATED: December 13, 2023         /s/ *Brandon N. Adkins*
                                     BRANDON N. ADKINS (D.C. Bar No. 1010947)
20                                   PAUL A. CAINTIC (D.C. Bar No. 1779847)
                                     United States Department of Justice
21                                   Environment & Natural Resources Division
                                     P.O. Box 7611
22                                   Washington, D.C. 20044
                                     Tel: (202) 616-9174 (Adkins)
23                                   Tel: (202) 514-2593 (Caintic)
                                     Fax: (202) 514-8865
24                                   Brandon.Adkins@usdoj.gov
                                     Paul.Caintic@usdoj.gov
25
26                                   EMMET P. ONG
27                                   Assistant United States Attorney

28                                   *Attorneys for Defendants*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** **AS MODIFIED**

DATED: December 18, 2023

_____
EDWARD M. CHEN
United States District Judge