UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FOOD & WATER WATCH, INC., et al.,

        Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

        Defendants.

Case No. 17-CV-02162 EMC

**APPENDIX A TO JOINT PRETRIAL CONFERENCE STATEMENT (WITNESSES)**

    A.    <u>**Plaintiffs' Witnesses:**</u>

    **1.**    **Dr. Stanley Barone Jr., MS, Ph.D.,** is a scientist at the U.S. Environmental Protection Agency (EPA) who the EPA designated as its 30(b)(6) representative on certain issues related to how EPA conducts risk evaluations under the Amended TSCA. Dr. Barone is expected to testify regarding (1) the Hazard Determination framework that EPA uses to identify hazards and calculate hazard values under TSCA; (2) the Margin of Exposure framework that EPA uses to characterize risk under TSCA, including EPA's consideration of highly exposed individuals (e.g., 95th percentile exposures) and how EPA determines the applicable Uncertainty Factors that determine the acceptable "benchmark" between hazard and exposure; (3) the "Risk Related Factors" that EPA considers when determining if a risk is "unreasonable," including the degree of confidence that EPA requires for the hazard and exposure data (as addressed, for example, in Trial Exhibit 89); and (4) specific examples of EPA's Unreasonable Risk determinations under the Amended TSCA, including, but not limited to, the risk determinations identified in Trial Exhibits 90, 91, and 92.

        *Plaintiffs' Direct Examination Estimate:* 2 hrs.
        *Defendants' Cross Examination Estimate:* 1 hrs.

2.     **Dr. Brian Berridge, D.V.M., Ph.D., D.A.C.V.P.,** was the Scientific Director of the National Toxicology Program (NTP) from 2018 to 2023, where he oversaw the development and completion of NTP's May 2022 *Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Systematic Review*. Dr. Berridge also oversaw the development of NTP's July 2022 manuscript *Association between fluoride exposure and children's intelligence: A systematic review and meta-analysis*. In his testimony, Dr. Berridge will address (1) NTP's purposes and procedures, including the *hazard*-focused nature of NTP evaluations, as opposed to *risk*-focused; (2) the extensive review process that the NTP's fluoride monograph and meta-analysis on fluoride neurotoxicity have undergone, and (3) why Dr. Berridge made the decision to publish the May 2022 monograph, and how in the normal course of events this would have been the final and dispositive step for publishing the monograph, but was not.

*Plaintiffs' Direct Examination Estimate:* 1 hr.

*Defendants' Cross Examination Estimate:* 1 hrs.

3.     **Dr. Philippe Grandjean, MD, DMSc**, is a phyisican and internationally esteemed environmental epidemiologist who serves as Chair of Environmental Medicine at the University of Southern Denmark. As detailed in his Trial Declaration (ECF No. 198-3), Dr. Grandjean has been researching the toxicity of fluoride for over 40 years, including its developmental neurotoxicity. Dr. Grandjean is expected to testify that scientific developments that have transpired since the first trial in June 2020 further strengthen the conclusions that (1) developmental neurotoxicity is a *hazard* of fluoride exposure, and (2) early life exposure to fluoridated water poses a *risk* of neurodevelopmental harm. The scientific developments that Dr. Grandjean will address include (A) his pooled benchmark dose analyses (Grandjean, et al. 2022; Grandjean, et al. 2023); (B) the NTP's systematic review and meta-analysis; and (C) other studies published in the scientific literature, including but not limited to the study by Ibarluzea, et al. (2022).

*Plaintiffs' Direct Examination Estimate:* 3 hrs

*Defendants' Cross Examination Estimate:* 3 hrs.

      **4.** **Dr. Howard Hu, MD, MPH, ScD**, is the Chair of the Department of Preventive Medicine, Keck School of Medicine, at the University of Southern California. As detailed in his Trial Declaration (ECF No. 198-1), Dr. Hu is a highly acclaimed epidemiologist and Principal Investigator of the NIH-funded ELEMENT birth cohort in Mexico City. Dr. Hu is expected to testify about additional studies on fluoride that he has conducted subsequent to the first trial, including an expanded analysis of prenatal fluoride and IQ in the ELEMENT cohort involving a larger number of mother-child pairs (Goodman, et al. 2022a); and a study of urinary fluoride levels among pregnant mothers in the MADRES cohort in Los Angeles, California (Malin, et al. 2023). Dr. Hu is expected to testify that these studies are consistent with, and further support, fluoride being a developmental neurotoxicant at levels of exposure seen in fluoridated areas of the United States. Dr. Hu is also expected to provide testimony within the scope of what EPA's counsel elicited at his deposition regarding the Danish cohort study that he co-authored (Grandjean, et al. 2023), as well as the Ibarluzea study from Spain (Ibarluzea, et al. 2022). Lastly, Plaintiffs may seek leave to permit Dr. Hu to testify about the *first-ever study of fluoride and neurodevelopment in a US-based cohort* that Dr. Hu recently conducted of the MADRES cohort, which has been submitted for publication in a leading scientific journal.

      *Plaintiffs' Direct Examination Estimate:* 1.5 hrs

      *Defendants' Cross Examination Estimate:* 0.75 hrs.

      **5.** **Dr. Bruce Lanphear, MD, MPH**, is a Professor of Health Sciences at Simon Fraser University in Vancouver, British Columbia. As detailed in his Trial Declaration (ECF No. 198-2), Dr. Lanphear published the seminal study on low-level lead's impact on IQ, which EPA selected as the "critical study" for the national air lead standard. Dr. Lanphear is also the Co-Principal Investigator of the NIH-funded MIREC cohort in Canada where he has studied fluoride's impact on neurodevelopment. Dr. Lanphear is expected to testify about additional studies on fluoride that he has conducted subsequent to the first trial, including a study that investigated if fluoride's neurodevelopmental effecs are influenced by maternal iodine deficiency (Goodman, et al. 2022b), as well as a study that investigated the relationship between fluoride exposure and maternal hypothyroidism (Hall, et al. 2023). Dr. Lanphear is expected to testify

that these studies are consistent with, and further support, fluoride being a developmental neurotoxicant at levels of exposure seen in fluoridated areas of the United States. Dr. Lanphear is also expected to testify regarding hypotheticals that were asked of him by EPA's counsel at his deposition.

*Plaintiffs' Direct Examination Estimate:* 1 hr

*Defendants' Cross Examination Estimate:* 0.75 hrs.

**6.** **Dr. Kathleen Thiessen, PhD**, is a risk assessment scientist and President of Oak Ridge Center for Risk Analysis. As detailed in her Trial Declaration (ECF No. 202-1), Dr. Thiessen has worked on fluoride health assessments for both the EPA and National Research Council. Dr. Thiessen is expected to testify that (1) the findings of NTP's systematic review and meta-analysis strongly support an unreasonable risk determination for fluoridation when evaluated under the framework that EPA has used for its first ten finalized risk evaluations under the Amended TSCA; (2) the quality of NTP's assessment compares favorably to EPA's assessments of hazard in the first ten final risk evaluations; and (3) the outlier findings of Ibarluzea, et al. (2022) are implausible, and warrant reduced weight.

*Plaintiffs' Direct Examination Estimate:* 2 hr

*Defendants' Cross Examination Estimate:* 2 hrs.

**7.** Plaintiffs reserve the right to introduce their designations of the videotaped deposition of Dr. Jesus Ibarluzea should EPA decide not to introduce this deposition during its case.

**B.** **Defendants' Witnesses:**

**1.** **Dr. David Savitz, MS, Ph.D.,** is a Professor of Epidemiology at Brown University School of Public Health, a Professor of Pediatrics, Obstetrics and Gynecology at Brown University Medical School, and is an Adjunct Professor of Epidemiology at both the Dartmouth School of Medicine and the Boston University School of Public Health. Dr. Savitz chaired the National Academies of Science, Engineering, and Medicine Committees that conducted two reviews of the National Toxicology Program's ("NTP") monograph on fluoride neurotoxicity. He is an expert in epidemiology. Dr. Savitz is expected to testify that (1) the

weight of the epidemiological evidence does not support the inference that exposure to low levels of fluoride in drinking water has an adverse effect on neurodevelopment; (2) the NTP monograph supports this conclusion; (3) the epidemiological studies concerning low levels of fluoride in drinking water are mixed, with some studies showing no effect, some showing an effect, and some showing an effect on one gender but not the other; (4) several studies published since the June 2020 trial, including prospective birth cohort and cross-sectional studies, found no adverse association between low levels of fluoride exposure and neurodevelopmental outcomes; (5) the overall weight of the evidence has shifted over the period between June 2020 and now, with the totality of evidence being less supportive of adverse effects in the exposure range of ≤ 1.5 mg/L; (6) the fluoride studies of the Spanish Infancia y Medio Ambiente ("INMA") cohort are as methodologically rigorous as the ELEMENT and MIREC cohort studies and deserve equal consideration; and (7) the benchmark dose calculations by Plaintiffs' expert Philippe Grandjean are premature due to the uncertainty of the underlying literature, and they fail to include important data from INMA studies. Dr. Savitz will also offer rebuttal opinions to testimony by Plaintiffs' experts Dr. Grandjean and Dr. Thiessen, including regarding the draft NTP monograph and meta-analysis, the NIEHS Board of Scientific Counselors reviews of those drafts, and their assessment of the scientific studies.

*Defendants' Direct Examination Estimate:* 4 hrs.

*Plaintiffs' Cross Examination Estimate:* 3.5 hrs.

2. **Dr. Stanley Barone Jr., MS, Ph.D.,** is the Senior Science Policy Advisor and Deputy Science Integrity Official for the United States Environmental Protection Agency's ("EPA") Office of Chemical Safety and Pollution Prevention ("OCSPP"). As senior advisor, Dr. Barone provides expert technical advice and guidance to senior management concerning scientific integrity, science policy development, and science coordination. This includes, but is not limited to, an understanding of the agency's scientific integrity policy and risk evaluation procedures under TSCA and other laws. Dr. Barone is an expert toxicologist and risk assessor with experience in EPA's first ten risk evaluations under Amended TSCA. Dr. Barone will testify regarding TSCA risk evaluation standards and processes and the weight of the scientific

evidence of the potential neurotoxicity of fluoride. Dr. Barone will testify that the scientific evidence for evaluating the risk of neurotoxic effects from exposure to fluoride, especially considering the more recent scientific studies published after the first trial, is insufficient for EPA to reach an informed risk determination under TSCA. Dr. Barone will also offer rebuttal opinions to testimony by Plaintiffs' experts Dr. Grandjean and Dr. Thiessen, including their analysis and interpretation of the NTP's draft monograph and meta-analysis and opinions whether fluoridation of public drinking water presents an unreasonable risk under Amended TSCA.

*Defendants' Direct Examination Estimate:* 4 hrs.

*Plaintiffs' Cross Examination Estimate:* 2 hrs.

3. **Dr. Jesús Ibarluzea, Ph.D.,** is an epidemiologist and Professor at the University of the Basque Country in Spain. Dr. Ibarluzea studies the association between maternal fluoride exposure during pregnancy and neurodevelopmental outcomes in offspring in the INMA-Gipuzkoa cohort. The journal Environmental Research published an article reporting the results of a study under the title "Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children." That study found no adverse significant association between maternal urinary fluoride and children's IQ. The journal Environmental Research recently accepted for publication an article reporting the results of another study under the title "Association of maternal prenatal urinary fluoride levels with ADHD symptoms in childhood." That study similarly found no adverse statistically significant association between maternal urinary fluoride and ADHD symptoms. Dr. Ibarluzea is not retained by EPA and would be called to testify regarding the methodology, results, and conclusions of the studies.

*Defendants' Direct Examination Estimate:* 2 hrs.

*Plaintiffs' Cross Examination Estimate:* 2.5 hrs.