Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| | | **PLAINTIFF'S EXHIBITS** | | | | | | |
| 001 | removed; subject to Pls' MIL #1 | CV of Dr. Ole Fejerskov | 2019 | Foundation | Ole Fejerskov | | | |
| 002 | removed; subject to Pls' MIL #1 | Tables and Figures from Dr. Fejerskov's Expert Report | 2019 | Summary of opinion | Ole Fejerskov | | | |
| 003 | | CV of Dr. Philippe Grandjean | 2019 | Further context for expert opinon | Philippe Grandjean | | | |
| 004 | withdrawn | Tables and Figures from Dr. Grandjean's Expert Reports | | | | | | |
| 005 | | CV of Dr. Howard Hu | 2019 | Further context for expert opinon | Howard Hu | | | |
| 006 | | CV of Dr. Bruce Lanphear | 2019 | Further context for expert opinon | Bruce Lanphear | | | |
| 007 | | CV of Dr. Kathleen Thiessen | 2019 | Further context for expert opinon | Kathleen Thiessen | | | |
| 008 | withdrawn | Tables and Figures from Dr. Thiessen's Expert Reports | | | | | | |
| 009 | removed; subject to Pls' MIL #1 | CV of Dr. Christine Wells | 2019 | Further context for expert opinon | Christine Wells | | | |
| 010 | removed; subject to Pls' MIL #1 | Tables and Figures from Dr. Wells Expert Reports | 2019 | | | | | |
| 011 | ADMITTED | NIEHS/EPA Children's Environmental Health and Disease Prevention Research Centers: Protecting Children's Health Where They Live, Learn, and Play (EPA/600/R-17/407). | 2017 | Background and context for NIH-funded birth cohort studies & adverse nature of IQ loss | N/A | | | |
| 012 | ADMITTED | Mundy, et al. "Building a Database of Developmental Neurotoxicants: Evidence from Human and Animal Studies" (Ex. 223). | n/a | Supports neurotoxicity being a hazard of fluoride | N/A | | | |
| 013 | ADMITTED | NRC. Fluoride in Drinking Water: A Scientific Review of EPA's Standards | 2006 | Supports neurotoxicity being a hazard of fluoride | N/A | | | |
| 014 | ADMITTED | Declaration of FDA's Dental Officer Frederick Hyman (Nov 5, 2018) and accompanying letter from FDA. | 2018 | Lack of benefits from fluoride ingestion and absence of neurological safety data | N/A | | | |
| 015 | ADMITTED | CDC's Objections to Deposition Subpoena | 2018 | Absence of neurological safety data for fluoride | Hannan | | | |
| 016 | ADMITTED | Stipulation Regarding Manufacturers of Fluoridation Chemicals (ECF 101). | 2019 | Absence of neurological safety data for fluoride | N/A | | | |
| 017 | ADMITTED | EPA Guidelines for Neurotoxicity Risk Assessment (EPA/630/R-95/001F). | 1998 | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 018 | ADMITTED | EPA – Toxicological Review of 2,2',4,4'-Tetrabromodiphenyl Ether (BDE-47) (EPA/635/R-07/005F). | 2008 | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | | | |

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 019 | ADMITTED | EPA – Toxicological Review of 2-Hexanone (EPA/635/R-09/008F). | 2009 | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | | | |
| 020 | ADMITTED | EPA – Toxicological Review of Methanol (Noncancer) (EPA/635/R-11/001Fa). | 2013 | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | | | |
| 021 | withdrawn | EPA - Toxicological Review of Hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) (EPA/635/R-18/211Fa). | | | | | | |
| 022 | withdrawn | EPA - Toxicological Review of Trimethylbenzenes (EPA/635/R-16/161Fa). | | | | | | |
| 023 | | EPA - Estimated Per Capita Water Ingestion and Body Weight in the United States (EPA-822-R-00-008). | 2000 | Exposure assessment for fluoride | N/A | | | |
| 024 | withdrawn | EPA - Estimated Per Capita Water Ingestion and Body Weight in the United States—An Update (EPA-822-R-00-001). | | | | | | |
| 025 | ADMITTED | EPA - Exposure Factors Handbook (Introduction) | 2011 | Exposure assessment for fluoride | N/A | | | |
| 026 | ADMITTED | EPA - Exposure Factors Handbook (Updated Chapter 3: Ingestion of Water and Other Select Liquids) | 2019 | Exposure assessment for fluoride | N/A | | | |
| 027 | | EPA - Recommended Use of Body Weight 3/4 as the Default Method in Derivation of the Oral Reference Dose (EPA 100-R11-0001). | 2011 | To establish EPA's method for establishing human equivalent doses from animal data | N/A | | | |
| 028 | withdrawn | EPA – A Review of the Reference Dose and Reference Concentration Processes (EPA/630/P-02/002F) | | | | | | |
| 029 | withdrawn | EPA - Fluoride: Dose-Response Analysis for Non-cancer Effects (EPA-820-R-10-019). | | | | | | |
| 030 | withdrawn | EPA - Fluoride: Exposure and Relative Source Contribution Analysis (EPA-820-R-10-015) | | | | | | |
| 031 | ADMITTED | EPA - Reregistration Eligibility Decision for Sodium Fluoride (EPA 739-R-07-010). | 2007 | To establish EPA's risk assessment principles and practices in the context of sodium fluoride pesticides | N/A | | | |
| 032 | | EPA – IRIS Chemical Assessment Summary: Methylmercury (MeHg); CASRN 22967-92-6 | 2001 | Generalizability of BMD data derived from foreign populations to US | N/A | | | |
| 033 | ADMITTED | EPA – Regulatory Impact Analysis of the Final Clean Air Mercury Rule, EPA-452/R-05-003 | 2005 | Adverse nature of IQ loss | N/A | | | |
| 034 | ADMITTED | EPA – Regulatory Impact Analysis of the Proposed Revisions to the National Ambient Air Quality Standards for Lead, https://www3.epa.gov/ttn/ecas/docs/ria/naaqs-lead_ria_final_2008-10.pdf | 2008 | Adverse nature of IQ loss | N/A | | | |
| 035 | ADMITTED | EPA – Economic Analysis of Toxic Substances Control Act Section 403: Lead-Based Paint Hazard Standards, https://www.epa.gov/sites/production/files/documents/403_ea_d21.pdf | 2000 | Adverse nature of IQ loss | N/A | | | |

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 036 | ADMITTED | EPA Website – "About Risk Assessment," https://www.epa.gov/risk/about-risk-assessment#whatisrisk. | 2019 | To establish EPA risk assessment principles and practices | N/A | | | |
| 037 | ADMITTED | EPA Website – "NRC Risk Assessment Paradigm," https://www.epa.gov/fera/nrc-risk-assessment-paradigm. | 2017 | To establish EPA risk assessment principles and practices | N/A | | | |
| 038 | ADMITTED | EPA Website – "Conducting a Human Health Risk Assessment, https://www.epa.gov/risk/conducting-human-health-risk-assessment. | 2017 | To establish EPA risk assessment principles and practices | N/A | | | |
| 039 | ADMITTED | EPA Website – "Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups," https://www.epa.gov/expobox/exposure-assessment-tools-lifestages-and-populations-highly-exposed-or-other-susceptible. | 2017 | To establish EPA risk assessment principles and practices | N/A | | | |
| 040 | withdrawn | EPA Website - EPA-FDA Fish Advice: Technical Information, https://www.epa.gov/fish-tech/epa-fda-fish-advice-technical-information | | | | | | |
| 041 | ADMITTED | Federal Register, Volume 76, Number 12 (January 19, 2011), Pages 3,422-3,449: Sulfuryl Fluoride; Proposed Order Granting Objections to Tolerances and Denying Request for a Stay | 2011 | Exposure assessment & risk assessment methods | N/A | | | |
| 042 | ADMITTED | Federal Register, Volume 73, Number 219 (November 12, 2008), Pages 66,964–67,062. National Ambient Air Quality Standards for Lead; Final Rule | 2008 | Adverse nature of IQ loss | N/A | | | |
| 043 | ADMITTED | Federal Register, Volume 84, Number 123 (June 26, 2019), Pages 30,524-30,569) National Primary Drinking Water Regulations: Perchlorate; Proposed rule, request for public comment | 2019 | Adverse nature of IQ loss | N/A | | | |
| 044 | ADMITTED | Memorandum from Steve M. Knott to Wendy Cleland-Hamnett, Director of OPPT (Ex. 237). | 2016 | EPA's risk characterization under TSCA | N/A | | | |
| 045 | ADMITTED | Power point of Dr. Tala Henry (Ex. 235), along with cover pages (Ex. 236) | 2016 | EPA's risk characterization under TSCA | N/A | | | |
| 046 | | EPA - Draft Risk Evaluation for 1,4-Dioxane (EPA-740-R1-8007). | 2019 | EPA's risk characterization/determination practices under TSCA | N/A | | | |
| 047 | | EPA - Draft Risk Evaluation for 1-Bromopropane (740-R1-8013). | 2019 | EPA's risk characterization/determination practices under TSCA | N/A | | | |
| 048 | | EPA - Draft Risk Evaluation for Methylene Chloride (EPA-740-R1-8010). | 2019 | EPA's risk characterization/determination practices under TSCA | N/A | | | |
| 049 | | EPA - Draft Risk Evaluation for N-Methylpyrrolidone (NMP) (EPA-R1-8009) | 2019 | EPA's risk characterization/determination practices under TSCA | N/A | | | |
| 050 | withdrawn | EPA - Draft Risk Evalution for Trichloroethylene (EPA-740-R1-8008) | | | | | | |
| 051 | withdrawn | Letter from EPA Assistant Administrator, Robert Perciasepe, July 25, 1997 (Ex. 155). | | | | | | |
| 052 | ADMITTED | Second Amended Declaration of Scott Edwards | 2019 | Standing | N/A | | | |
| 053 | ADMITTED | Declaration of Kristie Lavelle | 2018 | Standing | N/A | | | |

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 054 | ADMITTED | Declaration of Julie Simms | 2018 | Standing | N/A | | | |
| 055 | ADMITTED | Declaration of Brenda Staudenmaier | 2018 | Standing | N/A | | | |
| 056 | ADMITTED | Declaration of Audrey Adams | 2018 | Standing | N/A | | | |
| 057 | ADMITTED | Declaration of Jessica Trader | 2018 | Standing | N/A | | | |
| 058 | ADMITTED | Declaration of Moms Against Fluoridation | 2018 | Standing | N/A | | | |
| 059 | withdrawn | Grandjean Purchase Order | | | | | | |
| 060 | withdrawn | Thiessen Dep. Ex. 260: Dose Response Evaluation | | | | | | |
| 061 | withdrawn | Thayer Dep. Ex. 103 | | | | | | |
| 062 | STIPULATED | Updated CV of Dr. Philippe Grandjean | | Foundation | Grandjean | | | |
| 063 | STIPULATED | Updated CV of Dr. Howard Hu | | Foundation | Hu | | | |
| 064 | STIPULATED | Updated CV of Dr. Bruce Lanphear | | Foundation | Lanphear | | | |
| 065 | STIPULATED | Updated CV of Dr. Kathleen Thiessen | | Foundation | Thiessen | | | |
| 066 | STIPULATED | May 1, 2023 Declaration of Jessica Trader | | Standing | N/A | | | |
| 067 | STIPULATED | NTP's May 2022 Prepublication Monograph | | Considered by expert; supports neurotoxicity being hazard of fluoride exposure | N/A | | | |
| 068 | STIPULATED | NTP's July 2022 Draft Meta-Analysis | | Considered by expert; supports neurotoxicity being hazard of fluoride exposure | N/A | | | |
| 069 | STIPULATED | NTP BSC Working Group Report on the Draft State of the Science Monograph and the Draft Meta-Analysis Manuscript on Fluoride, Final Report: Approved by the NTP BSC on May 16, 2023 (including appendices). | | Considered by expert; supports neurotoxicity being hazard of fluoride exposure and a risk of water fluoridation | N/A | | | |
| 070 | STIPULATED | Key to Agency Comments on Draft State of the Science Monographp and Draft Meta-Analysis Manuscript | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | N/A | | | |
| 071 | | January 2022 email with update from NTP on publication timeline | | Goes to the weight the Court should give NTP's May 2022 monograph | N/A | Relevance; Hearsay | FRE 803(8) & FRE 807 | |
| 072 | | April 28, 2022 Email from Mary Wolfe to Casey Hannan & Other CDC Employees | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | Berridge | Relevance; Hearsay; FRE 403 | FRE 803(6) & FRE 803(8) & FRE 807 | |
| 073 | | May 11, 2022 Email from Richard Carrier (Health Canada) to Jennifer DeFrance (WHO) and other government officials | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | Thiessen/Barone | Relevance; Hearsay; FRE 403 | FRE 803(6) & FRE 803(8) & FRE 807 | |
| 074 | | May 11, 2022 Email from Mary Wolfe to Casey Hannan & Other CDC Employees | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | Berridge | Relevance; Hearsay; FRE 403 | FRE 803(6) & FRE 803(8) & FRE 807 | |
| 075 | | May 11, 2022 Email from Rick Woychik to Brian Berridge, Mary Wolfe & Christine Flowers | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | Berridge | Relevance; Hearsay; FRE 403 | FRE 803(6) & FRE 803(8) & FRE 807 | |
| 076 | | Mary 12, 2022 Email from Brian Berridge to Tara Schwetz & Rick Woychik | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | Berridge | Relevance; Hearsay; FRE 403 | FRE 803(6) & FRE 803(8) & FRE 807 | |
| 077 | | May 12, 2022 Email from Karen Hacker to Mary Wolfe & Other NTP Employees | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | Berridge | Relevance; Hearsay; FRE 403 | FRE 803(6) & FRE 803(8) & FRE 807 | |

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 078 | | May 27, 2022, 7:13 AM Email from Brian Berridge to Rena D'Souza | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | Berridge | Relevance; Hearsay; FRE 403 | FRE 803(6) & FRE 803(8) & FRE 807 | |
| 079 | | January 26, 2022 Declaration of Linda Birnbaum | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph; supports neurotoxicity being hazard of fluoride exposure | Berridge | Relevance; Hearsay; FRE 403 | FRE 807 | |
| 080 | | April 28, 2023 Letter from Brian Berridge to BSC | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | Berridge/Grandjean/Thiessen | Relevance; Hearsay; FRE 403 | FRE 807 | |
| 081 | | Agree/Disagree with NTP Statements (Exhibit 16 to Oct 30, 2023 Deposition of Stan Barone) | | Supports neurotoxicity being hazard of fluoride exposure | Barone | FRE 106 (completeness); Hearsay; Relevance; FRE 403 | FRE 803(8); FRE 807; Where so indicated, Dr. Barone admitted that he agreed with the NTP statements that are quoted. | |
| 082 | | Figure re Urinary Fluoride Levels in Pregnant Women Living in Fluoridated vs Non-Fluoridated Areas (Exhibit 20 to Oct 30, 2023 Deposition of Stan Barone) | | Exposure assessment for fluoride; Supports unreasonable risk determination | Barone | Relevance; Hearsay; FRE 403 | FRE 807; Dr. Barone admitted that the figure correctly represents data from a study that he relied upon for his opinions in this case. | |
| 083 | | Figure re Fluoride Intake from Water During Pregnancy (Exhibit 23 to Oct 30, 2023 Deposition of Stan Barone) | | Exposure assessment for fluoride; Supports unreasonable risk determination | Barone | Relevance; Hearsay; FRE 403 | FRE 803(8); FRE 807; Dr. Barone admitted that the figure correctly represents data from an official EPA publication. | |
| 084 | | Figure re Fluoride Intake from Water During Pregnancy (Exhibit 16 to Deposition of David Savitz) | | Exposure assessment for fluoride; Supports unreasonable risk determination | Savitz | Hearsay; FRE 403 | FRE 807; Dr. Savitz admitted that the figure correctly represents the data from his study | |
| 085 | | Figure re Data from Ibarluzea's IQ Study (Exhibit 24 to Deposition of David Savitz) | | Supports unreasonable risk determination | Savitz | Relevance; Hearsay; FRE 403 | FRE 807; Dr. Savitz admitted that the figure correctly represents the data from the key study on which he bases his opinions | |
| 086 | | Figure re Data from Ibarluzea's IQ Study (Exhibit 17 to Deposition of Jesus Ibarluzea) | | Supports unreasonable risk determination | Ibarluzea | Relevance; Hearsay; FRE 403 | FRE 807; Dr. Ibarluzea admitted that the figure correctly represents the data from his study | |
| 087 | | December 31, 2022 Email from Dr. Ibarluzea to Kyla Taylor | | Supports unreasonable risk determination | Grandjean/Ibarluzea | Relevance; Hearsay; FRE 403 | FRE 803(6); FRE 807; This is an email exchange between an NTP truth of the information contained in the email is undisputed. | |
| 088 | STIPULATED | Figures & Tables from Dr. Thiessen's Third Supplemental Expert Report | | Exposure assessment for fluoride; Supports unreasonable risk determination | Thiessen | | | |
| 089 | | True/False Questions re EPA's Risk Evaluations (Exhibit 6 to July 24, 2023 Deposition of EPA's 30(B)(6) Rep) | | To establish EPA's neurotoxicity risk assessment principles and practices | Barone | FRE 106 (completeness); Relevance; FRE 403 | FRE 801(d)(2); EPA's representative admitted the accuracy of the statements indicated in this document | |

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 090 | | Unreasonable Risk Determination for 1,4-Dioxane Condition of Use (Exhibit 9 to July 24, 2023 Deposition of EPA's 30(B)(6) Rep) | | To establish EPA's neurotoxicity risk assessment principles and practices | Barone | Exhibit description inaccurate; FRE 106 (completeness); Relevance; FRE 403 | FRE 801(d)(2); EPA's representative admitted the accuracy of the statements indicated in this document | |
| 091 | | Unreasonable Risk Determination for HBCD Condition of Use (Exhibit 12 to July 24, 2023 Deposition of EPA's 30(B)(6) Rep) | | To establish EPA's neurotoxicity risk assessment principles and practices | Barone | Exhibit description inaccurate; FRE 106 (completeness); Relevance; FRE 403 | FRE 801(d)(2); EPA's representative admitted the accuracy of the statements indicated in this document | |
| 092 | | Unreasonable Risk Determination for PCE Condition of Use (Exhibit 13 to July 24, 2023 Deposition of EPA's 30(B)(6) Rep) | | To establish EPA's neurotoxicity risk assessment principles and practices | Barone | Exhibit description inaccurate; FRE 106 (completeness); Relevance; FRE 403 | FRE 801(d)(2); EPA's representative admitted the accuracy of the statements indicated in this document | |
| 093 | | True/False Questions re: Intraspecies Variability (Exhibit 20 to July 24, 2023 Deposition of EPA's 30(B)(6) Rep) | | To establish EPA's neurotoxicity risk assessment principles and practices | Barone | FRE 106 (completeness); Relevance; FRE 403 | FRE 801(d)(2); EPA's representative admitted the accuracy of the statements indicated in this document | |
| 094 | | Statements Regarding Epidemiology (Exhibit 13 to Oct 30, 2023 Deposition of Stan Barone) | | Supports neurotoxicity being hazard of fluoride exposure | Barone | FRE 106 (completeness); Hearsay; Relevance; FRE 403 | FRE 807; Where so indicated Dr. Barone admitted he agreed with these statements. | |
| 095 | STIPULATED | NASEM (2021) The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations | | Considered by expert; goes to the weight the Court should give NTP's May 2022 Monograph | N/A | | | |
| 096 | STIPULATED | EPA Final Risk Evaluation for PCE | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 097 | STIPULATED | EPA Final Risk Evaluation for HBCD | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 098 | STIPULATED | EPA Final Risk Evaluation for 1,4 Dioxane | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 099 | STIPULATED | EPA Final Risk Evaluation for PV-29 | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 100 | STIPULATED | EPA Final Risk Evaluation for 1-BP | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |

Case 3:17-cv-02162-EMC   Document 378-2   Filed 12/22/23   Page 7 of 10

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 101 | STIPULATED | EPA Final Risk Evaluation for Carbon Tetrachloride | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 102 | STIPULATED | EPA Final Risk Evaluation for Methylene Chloride | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 103 | STIPULATED | EPA Final Risk Evaluation for NMP | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 104 | STIPULATED | EPA Final Risk Evaluation for TCE | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| | | **DEFENDANT'S EXHIBITS** | | | | | | |
| 501 | removed; subject to Pls' MIL #1 | Curriculum Vitae for Charlotte Lewis, MD, MPH. | | | | | | |
| 502 | removed; subject to Pls' MIL #1 | Tables and Figures from Community Water Fluoridation. Expert report of Charlotte Lewis. | | | | | | |
| 503 | removed; subject to Pls' MIL #1 | Tables and Figures from Charlotte Lewis Rebuttal to Plaintiffs' Reports | | | | | | |
| 504 | ADMITTED (4 JUNE 2020) | Curriculum Vitae for Ellen Chang, Sc.D. | | Foundation | Ellen Chang | | | |
| 505 | ADMITTED (4 JUNE 2020) | Tables and Figures Rebuttal Report of Ellen Chang, Sc.D. | | Summary of opinion | Ellen Chang | | | |
| 506 | removed; subject to Pls' MIL #1 | Curriculum Vitae for Gary Douglass Slade. | | | | | | |
| 507 | removed; subject to Pls' MIL #1 | Tables and Figures from Dental Health Benefits of Fluoride in Drinking Water. Expert report of Gary Slade. | | | | | | |
| 508 | removed; subject to Pls' MIL #1 | Tables and Figures from Gary Slade Responses to Expert Reports for the Plaintiffs | | | | | | |
| 509 | ADMITTED (4 JUNE 2020) | Curriculum Vitae for Joyce Tsuji, Ph.D., DABT, Fellow ATS. | | Foundation | Joyce Tsuji | | | |
| 510 | ADMITTED (4 JUNE 2020) | Tables and Figures from Expert Rebuttal Report of Joyce Tsuji | Aug. 1, 2019 | Summary of opinion | Joyce Tsuji | | | |
| 511 | ADMITTED (4 JUNE 2020) | Curriculum Vitae for Tala Henry, Ph.D. | | Foundation | Tala Henry | | | |
| 512 | ADMITTED (4 JUNE 2020) | Tables and Figures from Initial Summary of the Facts and Opinions to Which Tala Henry is Expected to Testify | June 27, 2019 | Summary of opinion | Tala Henry | | | |
| 513 | ADMITTED (4 JUNE 2020) | Tables and Figures from Rebuttal Summary of the Facts and Opinions to Which Tala Henry is Expected to Testify | Aug. 1, 2019 | Summary of opinion | Tala Henry | | | |

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 514 | ADMITTED (4 JUNE 2020) | Environmental Protection Agency, 40 CFR Chapter I, [EPA–HQ–OPPT–2016–0763; FRL–9959–74], Fluoride Chemicals in Drinking Water; TSCA Section 21 Petition; Reasons for Agency Response. Federal Register Vol. 82, No. 37, 11878–11890. | Feb. 27, 2017 | Considered by expert; Goes to lack of neurotoxicity | Ellen Chang; Tala Henry | | | |
| 515 | ADMITTED (4 JUNE 2020) | Fluoride Action Network. Citizen Petition Under Section 21 of TSCA. | Nov. 2016 | Basis of complaint | Tala Henry; Ellen Chang; Joyce Tsuji | | | |
| 516 | ADMITTED (4 JUNE 2020) | DHHS. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Rep 2015;130(4):318-331. | July 8, 2015 | Considered by expert | Ellen Chang; Tala Henry; Gary Slade; Charlotte Lewis | | | |
| 518 | ADMITTED (4 JUNE 2020) | NTP. 2015a Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. U.S. Department of Health and Human Services, National Toxiclogy Program. | Jan. 9, 2015 | Considered by expert; Goes to lack of neurotoxicity | Kristina Thayer | | | |
| 530 | ADMITTED (4 JUNE 2020) | U.S. EPA (1992) Guidelines for Exposure Assessment. EPA 600-Z-92-001. https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=15263. | May 29, 1992 | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 532 | ADMITTED (4 JUNE 2020) | U.S. EPA (1998a) Guidelines for Neurotoxicity Risk Assessment. EPA 630-R-95-001F. 1998. https://www.epa.gov/sites/production/files/2014-11/documents/neuro_tox.pdf. | May 14, 1998 | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 533 | ADMITTED (4 JUNE 2020) | U.S. EPA (2000) Risk Characterization Handbook. EPA 100-B-00-002 https://www.epa.gov/sites/production/files/2015-10/documents/osp_risk_characterization_handbook_2000.pdf, including U.S. EPA (1995) Policy for Risk Characterization; Science Policy Council Handbook. | Dec. 2000 | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 535 | ADMITTED (4 JUNE 2020) | U.S. EPA. (2014) Framework for Human Health Risk Assessment to Inform Decision Making. EPA/100/R-14/001 https://www.epa.gov/sites/production/files/2014-12/documents/hhraframework-final-2014.pdf. | 2014 | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 538 | ADMITTED (4 JUNE 2020) | U.S. EPA (2017) Guidance to Assist Interested Persons in Developing and Submitting Draft Risk Evaluations Under the Toxic Substances Control Act. EPA-740-R17-001 https://www.epa.gov/sites/production/files/2017-06/documents/tsca_ra_guidance_final.pdf. | 2017 | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 539 | ADMITTED (4 JUNE 2020) | U.S. EPA (2018) Application of Systematic Review in TSCA Risk Evaluations. EPA-740-P1-8001 https://www.epa.gov/assessing-and-managing-chemicals-undertsca/application-systematic-review-tsca-risk-evaluations. | 2018 | Relied upon by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 540 | withdrawn | Senate Report 114–67. Available at https://www.congress.gov/114/crpt/srpt67/CRPT-114srpt67.pdf. | | | | | | |
| 541 | withdrawn | House Report 114–176. Available at https://www.congress.gov/114/crpt/hrpt176/CRPT-114hrpt176.pdf. | | | | | | |
| 543 | | Congressional Record S3516. Available at https://www.congress.gov/crec/2016/06/07/CREC-2016-06-07-pt1-PgS3511.pdf. | June 7, 2016 | Goes to legal requirments of TSCA | Tala Henry | Relevance; Hearsay | FRE 703; FRE 803; FRE 803(8); Goes to requirments of TSCA | |
| 544 | ADMITTED (4 JUNE 2020) | Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act (82 Fed. Reg. 33,726). | July 20, 2017 | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 545 | withdrawn | TSCA Work Plan for Chemical Assessments: 2014 Update, available at https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/tsca-work-plan-chemical-assessments-2014-update. | | | | | | |
| 546 | withdrawn | Final Rule, Procedures for Prioritizaton of Chemicals for Risk Evaluation Under the Toxic Substances Control Act (82 Fed. Reg. 33,753). | | | | | | |
| 547 | withdrawn | Initiation of Prioritization Under the Toxic Substances Control Act (TSCA) (84 Fed. Reg. 10,491). | | | | | | |
| 548 | removed; subject to Pls' MIL #1 | U.S. Department of Health and Human Services. Water Fluoridation Basics. https://www.cdc.gov/fluoridation/basics/index.htm. | | | | | | |
| 549 | withdrawn | CDC Objections to Deposition Subpoena | | | | | | |
| 550 | removed; subject to Pls' MIL #1 | Draft CDC Declaration | | | | | | |
| 553 | ADMITTED (4 JUNE 2020) | NTP. 2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. NTP RR 1. National Toxicology Program, Research Triangle Park, N.C. | 2016 | Considered by expert; Goes to lack of neurotoxicity | Joyce Tsuji | | | |
| 561 | withdrawn | U.S. Department of Health and Human Services. Statement on the Evidence Supporting the Safety and Effectiveness of Community Water Fluoridation. | | | | | | |
| 639 | removed; subject to Pls' MIL #1 | E-mails from Michael Connett to Christine Wells and attachments "Background on 'Iowa Fluoride Study'". | | | | | | |
| 640 | removed; subject to Pls' MIL #1 | Fluoride Action Network printout entitled, "OUR TEAM". | | | | | | |
| 641 | | Email from Michael Connett to Howard Hu, regarding "Question re: summarizing ELEMENTS study for Court" on March 25, 2019 (Hu Deposition Exhibit 344). | March 25, 2019 | Expert foundation and scope of opinion | Howard Hu | Hearsay | FRE 703 | |
| 643 | ADMITTED (4 JUNE 2020) | Dr. Thayer's resume. | 2019 | Foundation of testimony | Kristina Thayer | | | |
| 650 | STIPULATED | CV for Dr. David Savitz. | July 2023 | Foundation | | | | |
| 651 | STIPULATED | CV for Dr. Stanley Barone. | | Foundation | | | | |
| 652 | STIPULATED | CV for Dr. Jesús Ibarluzea | 2023 | Foundation | | | | |
| 653 | | NASEM Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and cognitive Health Effects (2020). | 2020 | Considered by expert; Goes to lack of neurodevelopmental harm | David Savitz | Irrelevant (because the review is of NTP's 2019 draft, which will not be before the Court). | FRE 703; Goes to lack of unreasonable risk | |
| 654 | | NASEM Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Letter Report (2021). | 2021 | Considered by expert; Goes to lack of neurodevelopmental harm | David Savitz | Irrelevant (because the review is of NTP's 2020 draft, which will not be before the Court). | FRE 703; Goes to lack of unreasonable risk | |
| 655 | STIPULATED | Chapter 8 of the EPA Exposure Factors Handbook (September 2011). | Sept. 2011 | Considered by expert; Goes to exposure assessment of fluoride | N/A | | | |

Food and Water Watch, et al., v. U.S. Environmental Protection Agency, et al.
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index, December 22, 2023

| Exhibit No. | Status | Description | Date | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 656 | STIPULATED | Table 1 from Dr. Savitz's Expert Report: Summary of Methodological Features from ELEMENT, MIREC, and INMA (Summary of Opinion). | 08/04/2023 | Summary of opinion | David Savitz | | | |
| 657 | STIPULATED | Table 2 from Dr. Savitz's Expert Report: Summary of Results from ELEMENT, MIREC, and INMA (Summary of Opinion). | 08/04/2023 | Summary of opinion | David Savitz | | | |