1
2
3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

4
5
6
7
8
9
10
11

FOOD & WATER WATCH, INC., et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Defendants.

Case No. 17-CV-02162 EMC

**APPENDIX C TO JOINT PRETRIAL
CONFERENCE STATEMENT FOR
SECOND PHASE OF TRIAL
(Use of Discovery Responses)**

12 **Deposition Testimony of Dr. Jesus Ibarluzea (November 15, 2023):**

13 ### 13:15 – 13:21 (Plaintiffs' Designation)

14     Q.   Dr. Ibarluzea, when were you first contacted about this case?

15     A.   When I was first contacted about this case, I do not remember very clearly, but
16 maybe three -- three years ago.  I don't remember because we have this COVID inside of --
17 perhaps the first moment, it was before the pandemic.

18 ### 14:3 – 14:16 (Plaintiffs' Designation)

19     Q.   That's fine.  So the COVID pandemic really took off in about February or March of
20 2020. So would it be fair to say that you were contacted about this case at some point before
21 February of 2020?

22     A.   Yes, I would -- I would say -- I would say yes, it is.

23     Q.   Okay.  Who contacted you about this case?

24     A.   Who contacted me?  He contact -- he -- Brandon contacted me.

25     Q.   Okay.  And Brandon being the attorney for the EPA?

26     A.   Brandon being the attorney from the EPA. (Witness nods head up and down.)

27 ### 15:17 – 20 (Plaintiffs' Designation)

28     Q.   And so you would have been contacted by EPA counsel prior to February of 2020.

1    A.   I can't say exactly, but I think, yes, that is -- that is correct.

2                    **18:16 – 19:20 (Plaintiffs' Designation)**

3    Q.   How many conversations have you had in total with EPA attorneys about your

4    research?

5    A.   Maybe six, eight.

6    Q.   How long have the conversations been?

7    A.   Probably from one hour to two hours each.

8    Q.   When was the last time you had a conversation with EPA's attorneys?

9    A.   Last week.

10   Q.   And who was that with?

11   A.   With Brandon.

12   Q.   And how long was that conversation?

13   A.   Two hours.

14   Q.   And what did you talk about?

15   A.   We talked about this presentation or this deposition, how -- because it is -- there is

16   distance, so a difference between how I imagine this kind of things happening in Spain because I

17   haven't any previous experience.  I have been taking part in commentaries, but not in this kind of

18   process, no. So what we were talking about, how this -- this kind of process is managed and who

19   is asking, how he's asking, what was supposed to be my position, or what -- how I have to tell the

20   truth and just to answer their questions and to try to be comfortable, something that is another

21   issue, because it is -- this scenario and all this makes it a little bit difficult.  But I understand

22   completely that this is the -- we wanted to be part of this process because we wanted to provide

23   information that we have and nothing more.

24                    **22:19 – 23:16 (EPA's Designation)**

25   Q. Dr. Ibarluzea, you are an epidemiologist, correct?

26   A. Just in probably in -- in the United States, I am, but -- although, I'm not very sure,

27   because epidemiologist is -- sorry. I am going to be a little bit rhetorical, giving an extra

28   explanation probably. If I -- if I do it for a longer (indiscernible) -- but being an epidemiologist,

1  it's nothing very clear.· So is there a title that says that you're an epidemiologist? Not in -- almost
2  in any of the countries around the world. So I study in a public health school in Sabana, in Puerto
3  Rico. And I did a Ph.D. in the Basque University and the University of the Basque County in
4  public health and epidemiology. So do I feel epidemiologist? Yes. I can't tell you nothing more.
5  Yes. Do I work in environmental epidemiology? Yes, of course. So I will say that I am
6  epidemiologist, but I also would say that I am environmental epidemiologist or someone expert
7  in environmental health. So all around the same core or area.

8  **24:19-25:21 (EPA's Designation)**

9  A. I am psychologist, too, so neurodevelopment is an area from my background in
10  biology and psychology that it makes me easier to work on problems, of different problems, or to
11  study something in that area.

12  Q. You work for the Department of Public Health for the Basque government, correct?
13  A. Yeah
14  Q. What is your position?
15  A. My position in the Basque government is technic in public health.
16  Q. A - -
17  A. Technical, technician.
18  THE WITNESS: Are you not - -
19  THE INTERPRETER: Technical expert. (Indiscernible crosstalk.) (Court reporter clarification.)
20  THE INTERPRETER: It was about the word"technical" in Spanish.· That can be translated in
21  English as "technical expert."

22  Q. So, Dr. Ibarluzea, you are a technical expert at the department of public health for the
23  Basque government, correct?
24  A. I'm a technic in public health. Yes, a technic in public health. I am Basque. I work in
25  research. I work in the Biogipuzkoa that is the Institute of Health Research. And there I work as
26  an expert.

27  **25:22 – 26:4 (Plaintiffs' Designation)**

28  Q.    Prior to this case, have you ever done any work before for the U.S. EPA?

1      A.   No, never.

2      Q.   Have you ever served on any committees that advised the U.S. EPA about chemical

3  matters?

4      A.   In the United States?

5      Q.   Yeah.

6      A.   No, never.

**26:13-19 (EPA's Designation)**

7

8      Q.   Is it true, sir, that the Basque country in Spain is the only part of Spain that has ever

9  implemented water fluoridation programs?

10     A.   It is true that it's as a community in the whole is the only community that has

11          implemented water fluoridation.

**27:6 – 9 (Plaintiffs' Designation)**

12

13     Q.   The vast majority of Europe does not add fluoride to its water supplies, correct?

14     A.   As much as I know, yes, that is correct,

**28:3-20 (EPA's Designation)**

15

16     Q. Gipuzkoa is an area within the Basque country, correct?

17     A. Yes.

18     Q. Gipuzkoa is the area in Basque where pregnant mothers were recruited to take part in

19  the INMA project, correct?

20     A. Yes.

21     Q. INMA is an acronym for INfancia y Medio Ambiente, correct?

22     A. Yeah.

23     Q. And that stands for childhood environment, correct?

24     A. Right.

25     Q. The INMA project is comprised of seven different cohorts located throughout Spain,

26  correct?

27     A. Yes.  There are -- there is a difference between all -- among all discovered that we can

28  split in two groups, but there are seven.

1

**29:9-30:6 (EPA's Designation)**

2      Q. Fair enough. But just for our purposes now, there are seven different areas of Spain --

3      A. Yeah.

4      Q. -- where pregnant mothers have been recruited into the INMA project, correct?

5      A. Yes.

6      Q. And you were personally involved in setting up the Gipuzkoa cohort --

7      A. Yeah.

8      Q. -- back in the early 2000s, correct?

9      A. Yes, in 2004.

10      Q. When did you first consider the possibility of studying fluoride and neurodevelopment

11 in the INMA cohort?

12      A. Maybe -- I can't tell you.· I cannot be precise, but 2013, '14, not -- it was not a – as

13 most of the -- of the questions of the aims of the different studies were not previously

14 established. Now that we were interested in, but in general terms, in different kinds of

15 environmental exposures, physical chemical exposures, we view of an exposure that we call

16 socioeconomic exposure, psychosocial exposure --

17

**30:19-31:10 (EPA's Designation)**

18 Whose idea was it to begin a study of fluoride and neurodevelopment in the INMA cohort?

19      A. Ours. Of the people called the cohort of Gipuzkoa, because we were -- we were the

20 people that was exposed.· Or not exposed.· In the same area. So we were the first option.

21 Nobody was worried about that.

22      Q. And when you say --

23      A. Nobody, I mean the rest of the cohorts.

24      Q. And when you say that you're the area in Spain that is exposed, you're referring to

25 water fluoridation, correct?

26      A. Yes, of course.· Uh-huh. In terms of this context, I am -- we are talking about that,

27 even if -- if in the studies, we are not measuring directly that in our case, but probably we will go

28 into it later.

1

**32:2-34:14 (EPA's Designation)**

2       Q. Okay. Was it your specific idea to start this fluoride study, or was it one of your

3   colleagues?

4       A.  No, mine.

5       Q. Okay. What was it that prompted the idea for you to study fluoride and IQ?

6       A. I don't know, because there was -- also, there was this kind of debate in the

7   (indiscernible) population about the need to continue -- to continue fluoridating water. Probably -

8   - not probably, not for sure, there were a few papers available also in english or something

9   commenting about this time, most of it in Chinese studies, in different congresses, related within

10  environmental epidemiology we could see, something related with fluoride, so we thought -- I

11  thought -- or we thought, you know – I don't know. Sometimes it's my mind of it's our collective

12  minds because we work in a big group. So -- but we say why not? We have the urine samples,

13  and it could be -- we have a cohort. It could be a good issue or problem to study in our own

14  cohort.

15      Q. Okay. And you said "urine samples" there, correct?

16      A. Yeah.

17      Q. When did you first begin working on the fluoride analysis?

18      A. We started when we decided to do the first -- the first study, general study, because the

19  study probably was going to be subdivided in different studies.· But when, maybe 2015, '16,

20  yeah. But just because I think that we get in contact with the lab in Valencia, so that could be...

21      Q. And why did you get in contact with a lab in Valencia?

22      A. Okay. We try to contact labs that all have high rotation.· Yes.· And we talk with the --

23  with the lab to have information about the technique and their accreditation of the technique that

24  they are using. Though sometimes that is easier, and sometimes it's just not so easy, because we

25  are working with chemicals that frequently they are done without that level of accreditation or

26  not a chemical structure that came from the past, so we have experience -- lab experience or

27  experience in – from the point of view of public health or from the epidemiological studies.· So -

28

1  - but we try to get --or to -- we ask other groups, also, with whom – with who are you working

2  with to do this kind of analysis.

3      Q. Okay. I'm going to hand to you, Dr. Ibarluzea, Exhibit Number 1 for this deposition.

4  And you recognize this document, correct? (Whereupon Exhibit 1, to be later marked, was

5  referenced.)

6      A. Yes.

7      Q. This is the study that you and your colleagues published in 2022 on fluoride and IQ,

8  correct?

9      A. Yes.

10     Q. I may refer to this paper today as the 2022 paper.

11     A. Okay.

12     Q. Would that make sense to you?

13     A. Yeah.

**34:15 – 35:11 (Plaintiffs' Designation)**

15     Q.   Now, although this study has an official publication date of 2022, an electronic

16  version of this study was posted online in the fall of 2021, correct?

17     A.   Maybe.  Yes, because this -- this journal publish -- or make up the information

18  available, yes, online sometimes -- some months previous.

19     Q.   And if you look at the bottom of Exhibit 1, first page, you see it says, "Available

20  online October 8, 2021"?

21     A.   Yeah.

22     Q.   After the online version of the study was posted in the fall of 2021, you received an

23  email from Dr. Kyla Taylor at the National Toxicology Program, right?

24     A.   I don't remember when, but yes, or (indiscernible).  She saw their results.  I don't

25  know if here or the offset of the congress or -- yes.

26     Q.   Dr. Taylor asked if you could provide your fluoride IQ data using a different unit for

27  the urinary fluoride, correct?

28     A.   Yes, and appropriate information, yes,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**36:3 – 11 (Plaintiffs' Designation)**

Q.    Now, I've just handed you Exhibit 2.  And this -- Exhibit 2 is the email exchange that you had with Kyla Taylor at the National Toxicology Program, correct?

(Whereupon Exhibit 2, to be later marked, was referenced.)

A.    Yes.

Q.    You can put that aside for now.

A.    Okay.

**36:12-21 (EPA's Designation)**

Q. And I've just handed you Exhibit 3, and this is the study that you published this year on fluoride and ADHD symptoms, correct? (Whereupon Exhibit 3, to be later marked, was referenced.)

A. Yeah.

Q. I may sometimes refer to this paper today as your "2023 paper." Does that make sense?

A. Okay.

**36:22 – 23 (Plaintiffs' Designation)**

Q.    And can you turn to page 6 of your ADHD paper?

**37:2 – 38:8 (Plaintiffs' Designation)**

Are you on page 6 of your ADHD study?

A.    Uh-huh.

Q.    I'm going to read from the paragraph here on the top right of the page, okay?

You write, "There are many physiological mechanisms that might be behind the detrimental neuropsychological effects of early exposure to fluoride." Did I read what you wrote correctly?

A.    Yes.

Q.    Then a little further below, you write, "Animal studies" --

A.    Uh-huh.

1        Q.    -- "found positive correlations between fluoride intake and toxicity phenotypes

2    closely associated with neurotoxicity, probably a consequence of biochemical and cellular

3    changes in oxidative stress, structural changes in mitochondria, and apoptotic neurons."

4            Did I read what you wrote correctly?

5        A.   Yes.

6        Q.   And then further below, you write, "Other potential mechanisms through which

7    fluoride may contribute to neuropsychological impairments or conditions relate to, one, the

8    dopamine system; two, the modulation of this neurotransmitter in the planning and initiation of

9    motor responses, activation, switching, reaction to novelty and processing of reward; and, three,

10   alterations in acetylcholine or cholinergic receptors." Did I read what you wrote there correctly?

11       A.   Yes.

12                    **41:15 – 20 (Plaintiffs' Designation)**

13       Q.   And do you dispute that at high doses fluoride causes neurotoxic damage in the

14   brains of animals?  Do you dispute that?

15       A.   I am not an expert at that level, but I couldn't dispute in general.

16                    **42:12-43:25 (EPA's Designation)**

17       Q. So can you turn back – you can put the testimony aside. You can turn back to that

18       page 6 of your ADHD study.

19       A. Yeah.

20       Q. And I'm looking at that paragraph we were looking at before, and I'm going to read

21   the last sentence. You write, "There is no evidence of the beneficial neuropsychological effect or

22   protective mechanism of fluoride." Did I read what you wrote correctly?

23       A. Yeah.

24       Q. So there is no toxicological data linking fluoride to beneficial effects on

25   neurodevelopment, correct?

26       A. Yes, but that is obvious.

27       Q. That's what?

28       A.  Obvious.

1     Q. What -- why is it obvious?

2  A. It is obvious because when you are talking about a potential bio element, you have no

3  straightforward relationship between the dose and the effect. Here, the issue is fluoride behaves

4  as a bio element in a range of concentration, becoming, A, it is essential, showing that in the part

5  of the line of the curve that in which it's -- that component produce good effects, you have one

6  side of the card. But above one point, it is going to produce toxicological effects. So you're

7  asking me about this side of the figure. Yeah, okay. But I am -- it is possible to have the other

8  side of the figure. So I am saying there is not enough information about this piece of the figure

9  with low concentrations. With high concentration, it's evidence that it is protective? No, I don't --

10  I haven't seen. Maybe there is something published, but I haven't got that information.

**44:1 – 17 (Plaintiffs' Designation)**

12     Q.   So animal studies can be designed to evaluate the impact of low doses of fluoride,

13  correct?

14     A.   It is not in general the practice.  The practice is that in toxicological studies, you use

15  high levels of -- high levels of the compound, and you try to use lower and lower levels until you

16  find that it is not always possible to find a level without any detrimental effect.  But the question

17  is at first you try to find a negative effect.  And after that, you try to find if there is a level in

18  which you can be safe, or you can say, we are safe. And it is interesting to be -- to identify that

19  point.  Because under that level of concentration, there could be beneficial effects related with

20  that component.

**45:4 – 11 (Plaintiffs' Designation)**

22     Q.   Well, my question is, are you aware of any such tests?  Are you aware of any animal

23  studies that have found beneficial effects –

24     A.   No.

25     Q.   -- on brain development from low-dose fluoride exposure?

**50:9 – 25 (Plaintiffs' Designation)**

27     Q.   Dr. Ibarluzea, I just handed you Exhibit 5. Do you have that in front of you?

28  (Whereupon Exhibit 5, to be later marked, was referenced.)

1    A.   Yes.

2    Q.   This document lists 20 individuals as well as eight organizations.

3          Do you see that?

4    A.   Yes.

5    Q.   Okay.  If you want to just take a second and just -- just browse through the names

6  identified on this document.  And once you've done – once you've read through the names and

7  organizations, will you let me know?

8          (Pause in proceedings.)

9    A.   I've read them all, yep.

10          **52:13 – 17 (Plaintiffs' Designation)**

11    Q.   Now, what about the organizations that are listed here?  Have you had any written

12  communications, email or otherwise, with any of the -- of the eight organizations listed on

13  Exhibit 5?

14    A.   CDC.

15          **53:5 – 8 (Plaintiffs' Designation)**

16    Q.   You have not -- have you not had any communications with the American Dental

17  Association regarding their research?

18    A.   I don't remember.  I can't remember, no.

19          **53:16 – 21 (Plaintiffs' Designation)**

20    Q.   So for the CDC, you had email communications with the CDC?

21    A.   I had.

22    Q.   And have you had any meetings with the CDC?

23    A.  No.

24          **54:3 – 14 (Plaintiffs' Designation)**

25    Q.   How many emails did you have with the CDC?

26    A.   One, I think.  I think I received one email.

27    Q.   Okay.  What was that about?

28    A.   They were -- they were asking me to -- because they were interested in my results.

1   Specifically, I will say that it was, like, a whole region of the department or something like that.

2   I can't remember.  But there was nothing more because I received that -- that general statement

3   or, I guess, some phrase or sentence saying that they were interested, but we didn't do anything.

4   Anything.

5                      **55:22 – 24 (Plaintiffs' Designation)**

6          Q.   So have you received any information on fluoride from anyone in New Zealand?

7          **A.**   No.

8                      **57:14 – 20 (Plaintiffs' Designation)**

9          Q.   Are you a consultant for the CDC?

10         A.   Consultant from the CDC, no, I'm not a consultant.  I would like to be a consultant

11  for the CDC.  If this helps.

12         Q.   Have you ever in your life served in a consultant capacity for the CDC?

13         A.   No.

14                     **58:24 – 59:4 (Plaintiffs' Designation)**

15         Q.   In any of your written communications with noncolleagues regarding your fluoride

16  work, did you ever ask anyone to not share your information with the public?

17         A.   No.

18                     **60:19 – 23 (Plaintiffs' Designation)**

19         Q.   Right.  In any of your emails with any -- anyone who's not a colleague where you've

20  discussed your fluoride, have you ever asked people to delete the information you're providing to

21  them?

22         A.   Never.  Never.  Never, ever.

23                     **61:10 – 62:4 (Plaintiffs' Designation)**

24         Q.   Dr. Ibarluzea, just to follow up briefly on our discussion before the break, I was

25  using the term "colleague," and I asked about communications with noncolleagues.  By that, I

26  meant colleagues, like scientists at INMA, that you're working with here in Spain.

27  Is that -- is that your understanding of the term that I was using?

28         A.   Yes, colleagues.  In that sense, that they are part of our big research.

1      Q.    Right.

2      A.    So you were asking me if I was in contact with other.

3      Q.    Right.  So noncolleagues would be anyone outside of the INMA project in Spain.

4  Does that make sense to you?

5      A.    Yeah.

6      Q.    And that's your understanding of the term when I asked you.

7      A.    Yes.

### 62:25 – 63:17 (Plaintiffs' Designation)

9      Q.    So, Dr. Ibarluzea, Exhibit 6, which is in front of you, is a study that you and your

10  colleagues published in 2018, correct?

11     A.    Yeah.

12     Q.    And in this study, you estimated the amount of fluoride that pregnant mothers

13  ingested from the drinking water, correct?

14     A.    Yes.

15     Q.    You weren't looking at levels of fluoride in urine in this paper, right?

16     A.    Yes.

17     Q.    So you were just focusing on fluoride ingestion from the drinking water, correct?

18     A.    Yeah.

19     Q.    There's no data on urinary fluoride on this -- in this paper –

20     A.    No, as much as I remember.  As long as I remember, no.

### 65:8 – 66:2 (Plaintiffs' Designation)

22     Q.    Now, I'm looking here at figure 3 in this paper.

23  And on the left, you present the fluoride intake data for the pregnant mothers, correct?

24     A.    Sorry?

25     Q.    On the left side of this figure, you present the fluoride intake data for the pregnant

26  mothers, correct?

27     A.    Yeah.

28

1  Q.    And you found a very clear difference in fluoride exposure between the pregnant

2  mothers living in fluoridated areas versus those living in nonfluoridated areas, correct?

3  A.    Yes.  It is permanently shown in the different papers, yeah.

4  Q.    So -- and that's a -- that's a -- that's a strength to have available to you, two

5  populations with very different fluoride intakes from drinking water, correct?

6  A.    Yeah.

### 67:16 – 68:15 (Plaintiffs' Designation)

8  Q.    You did though -- one of the strengths with the -- in the cohort is that you collected

9  detailed information about the -- whether the women drank tap water.

10 A.    Yeah.

11 Q.    And if they did, how much tap water they drank. Is that a correct statement?

12 A.    Yes, yes.  For all the attempts included in the food and drinks questionnaire, yes.

13 Q.    So you know precisely whether the pregnant mother drank tap water --

14 A.    Yes.

15 Q.    -- and if so, how much she drank?

16 A.    Yes.

17 Q.    So at any point in time, have you or your colleagues analyzed the fluoride ingestion

18 data to see if there's a relationship between fluoride ingestion and IQ?

19 A.    No, because our -- we didn't have the information of how much they drank bottled

20 water, and it is, like -- I don't remember now, but it is, like, 22 percent of the population.  So this

21 is a strong bias, that it is not considered in most of the studies that have been published.

### 70:11-71:16 (EPA's Designation)

23 Q. During the course of your research on fluoride and IQ, you have submitted abstracts --

24 A. Yeah.

25 Q. -- to the International Society for Environmental Epidemiology where you discussed

26 the findings from your study, correct?

27 A. Yeah.

28

1    Q. The society, the International Society for Environmental Epidemiology, is sometimes
2    referred to as ISEE or I-S-E-E, correct?

3    A. Yeah.

4    Q. I have handed you Exhibit 7. And you see here, Dr. Ibarluzea, that this is an abstract
5    that you submitted for the 2019 conference of ISEE? (Whereupon Exhibit 7, to be later marked,
6    was referenced.)

7    A. Uh-huh.

8    Q. You see that?

9    A. Yeah.

10   Q. And the title --

11   A. Yes, sorry.

12   Q. The title of the abstract is "Fluoridated water consumption in pregnancy and
13   neuropsychological development of children at 14 months and 4 years of age," correct?

14   A. Yeah.

15   Q. Now, if you look at the Methods section of the abstract, you identify 438 mothers who
16   were included in this analysis, correct?

17   A. Yes.

18                           **72:6-14 (EPA's Designation)**

19   Q. Now, were all of these 438 mother/child dyads at issue in this abstract from the
20   Gipuzkoa cohort?

21   A. No.

22   Q. What other cohorts did the mother/child dyads come from for this abstract?

23   A.· Sabadell, Asturias, and Valencia. Sabadell, Asturias, and Valencia for sure, yeah.
24   Sorry.

25                           **75:1-76:16 (EPA's Designation)**

26   You -- for your abstract in 2019 --

27   A.  Yeah.

28   Q. -- you drew mother/child dyads from four cohorts.

1     A. Yes.

2     Q. Those four cohorts had over 2,000 mother/child dyads.

3     A. Yes.

4     Q. How did you -- how did you determine which of the 438 mother/child dyads to

5     include in your analysis?

6     A. I think -- in that analysis --

7     Q. Yes.

8     A. In that previous or former analysis --

9     Q. Yes.

10     A. -- it was at the beginning of this study. We choose that information because we tried to

11     include all women with a viable urine sample, a viable at the first and at the third

12     trimester of their pregnancy. In Gipuzkoa, all of them, because we were the only one area or

13     cohort, if you want, that has relevant exposure to fluoride, because we were the only cohort

14     drinking fluoridated water. But we also asked to the rest of the cohort if they had some available

15     samples just to identify potential of the more and probable differences in relation with the

16     concentration of fluoride in urine. So ask -- we asked them, do you have any available samples?·

17     And they send us some available samples. We only use information when we have the --

18     although we analyze all the samples.· And in some papers, we have concluded, like, a sensitivity

19     analysis. Women that have -- that provide only one sample, instead of two samples, only they

20     have sample from the first trimester or the sample from the third trimester, that --- but most of

21     them were our cohort where the exposure was relevant and when the problem or the benefit

22     could happen, could be studied, but also we asked for and they send some samples.· So we

23     included that.

24     **79:17 – 23 (Plaintiffs' Designation)**

25     Q.   So let's just focus on one other cohort --

26     A.   Yeah.

27     Q.   -- in Valencia.

28     A.   Yeah.

1    Q.    Did the Valencia INMA people send you every mother/child dyad that had two urine

2 samples?

3    A.    No.

**80:23-85:13 (EPA's Designation)**

5    Q. So based on your testimony so far, it sounds like the folks in Valencia kind of sent you

6 sort of a convenient sample of urine samples to you; is that fair?

7    A. No, because -- no. They -- they are not aware at all, at all, and they can't -- sure, I can

8 swear it. Even if I know -- I don't know, I can swear that they don't know nothing about the level

9 or the amount of fluoride in urine samples, because they never have dealt with this kind of

10 problem because they -- they --

11    Q. Okay.

12    A. Even if they work -- some of them work in public health services, because their water

13 has not been never fluoridated.

14    Q. Did you ever do any type of analysis of selection bias, or potential selection bias, for --

15 between the mother/child dyads, for whom you got urine samples from Granada, Valencia, and

16 Sabadell, as opposed to the mother/child dyads for whom you did not get urine samples from

17 those cohorts?

18    A. No, because our interest is not this.· Our interest is this.

19    Q. Right.

20    A. So there is no selection bias here. And it is not selection bias here neither.

21    Q. So --

22    A. Because you don't know nothing, because when we send samples, we have those

23 samples, and are memorized. So the question is that -- what I already, three, four, five, we have a

24 sample. So nobody knows nothing. And it is a rule to follow up, include practice of

25 epidemiological studies, not to find information that could drive to selection bias. A selection

26 bias occurs mainly -- let me finish -- in case control studies. And this is not a case control

27 studies. This is a follow-up study in which we divide exposure and nonexposure, when we

28 analyze exposure after, but not -- not previously. So we don't have at the beginning – we cannot

1    split in different groups or in two groups exposed or not exposed from the beginning.· We know

2    about that after we have done the analysis. So we can say, okay, this -- this -- we may have this

3    high level, this medium level, this medium-low level, or this below level.

4    Q. So it sounds like, at this point in time, 2019 --

5    A. Yes.

6    Q. -- you had not done an analysis to look at if the mother/child dyads that you received

7    urine samples for from Granada, Valencia, and Sabadell --you did not do an analysis to

8    determine if those mother/child dyads differed in any meaningful way from the mother/child

9    dyads from those cohorts that you did not have urine samples for. Is that a fair statement?

10   Q. Have you ever done that analysis?

11   A. No. Because we have done the analysis with the cohort of Gipuzkoa.

12   Q. Okay.

13   A. We are not interested in -- because one thing is to take information of one variable

14   concentration of urine from other cohorts, but those different cohort, other cohort, many, many

15   have big and strong differences in relation with our cohort. So here, it's big noise that has to be

16   reduced when you do more serious analysis.· That was our second stop.

17   Q. Do you --

18   A. First, okay, we find this, this positive for potential association.· Okay, what's

19   happened here?· We have to do it methodological -- from that methodological point of view. We

20   have to be more restrictive, or we have to use the methodology more adequate to this problem.

21   Q. Okay. So do you know how the Granada, Valencia, and Sabadell cohorts selected the

22   mother/child dyads that it sent urine samples for to you?

23   A.· · As I told you, probably, because they have to choose among the samples available.

24   And the samples available at that time of children were – it was -- we're talking about 2016, so

25   probably they are more -- 15, 16 years had gone from when the samples were taken. The samples

26   have been useful of the type of analysis like what was happening in our own cohort. But we have

27   -- still, we have decided that we were using a fraction to analyze fluoride. The rest of the cohort

28

1    were not interested.· And it was not our intent to include all because we were creating noise, big

2    noise, that it is not a relevant part of the neurological studies you have to be as cohort.

3         Q. So do you know --

4         A. Yeah.

5         Q.-- one way or the other whether the Granada, Valencia, and Sabadell cohorts sent you

6    every mother/child urine sample that was available?

7         A. No, I don't know. And probably not because we didn't have enough money to -- to do

8    all, although it was not our aim.

9         Q. So -- and it's fair to say that you do not know how the Granada people, the Valencia

10   people, and the Sabadell people identified which samples to send you, correct?

11        A. But, anyway, there is also this are similar. So there was a plan. If there could have

12   been any kind of selection, not intentional, but because of the remaining of the samples, those

13   results are not different to the results that we have published further showing a positive

14   association.

15                         **91:17-94:7 (EPA's Designation)**

16        Q. So just to repeat, for this 2019 abstract, you did not find a significant relationship

17   between average maternal fluoride and GCI, but you did find a significant relationship between

18   third trimester maternal fluoride and GCI?

19        A. Yes, because the --

20        A. -- focus -- the focus in our studies is, yes, to analyze first a general estimation of the

21   exposure, but our interest is focused on when during that did the pregnancy, that the effect can be

22   produced. And that specifically happened in our third trimester of pregnancy. So that is

23   something that we analyze -- analyze -- and analyze in different -- in different studies, and it is

24   also something that tried to do, other colleagues, with other research, so...

25        Q. Do you place more weight on one of those, like -- sorry, strike that. Do you place

26   more weight on the findings related to average maternal fluoride or to the findings related to

27   trimester specifically?

28        A. To trimester.

1    Just give me a second to object before you answer, please.

2        THE WITNESS: Okay.

3        Q. So, and why is it more weight on the trimester specifically?

4        A.  Because it is -- our results are consistent with that finding.

5        Q. But why -- why in your view is a trimester specific --

6        A. Because something is happening --

7        Q. -- more important -- let me finish the question. I'll ask it again. Why is it, in your view,

8    more important -- strike that. Why do you place more weight on a trimester-specific effect than

9    the average maternal fluoride exposure?

10        A. Because --

11        A. Because this is what we do with all the environmental exposures.· We try to find not

12    even for each trimester. We try to find for weeks of exposure for something we are analyzing,

13    analyzing environmental exposure or air pollution exposure, for which we have values hourly or

14    daily or weekly. We're trying to identify what's happening in each of these periods of times in

15    pregnancy. So maybe that exposure along the pregnancy or along any period, childhood or

16    whatever, is relevant that it could happen, or it could be more precise, like the changes in

17    pregnancy are very relevant and dramatic. It could be that something is relevant in this period

18    and not in that period. So when you're taking averages, what you

19    are using, if that is the case, what you are getting is a reduced -- a reduction in the -- in the effect

20    and the estimation of the strength of the association. So I can't give more value to the average

21    when we have precise information and significant information about term.

                                    **97:9 – 14 (Plaintiffs' Designation)**

23        Q.   I just handed you Exhibit 9.

24        And this is the conference poster that you presented at the ISEE conference in 2019,

25    correct?

26        (Whereupon Exhibit 9, to be later marked, was referenced.)

27        A.  Yes.

28                               **97:20 – 99:5 (Plaintiffs' Designation)**

1       Q.    Now, in this poster, if you look at the Methods section, you present the urinary

2    fluoride values here in terms of milligrams of fluoride per gram of creatinine, correct?

3       A.    Yes.  That was what I thought.  Uh-huh.

4       Q.    But in the 2019 poster -- sorry, the 2019 abstract, which we looked at in Exhibit 7,

5    you had expressed the urinary fluoride value in terms of milligrams of fluoride per liter, correct?

6       A.    It seems.  I am not sure if that is an error or not, but, yes.

7       Q.    Now, in this poster, you have a table which presents the trimester-specific analysis.

8       A.    Uh-huh.

9       Q.    Is that a yes?

10      A.    Yes.  Yes, yes.

11      Q.    And this poster shows that you found no significant effects from third trimester

12   fluoride on any of the IQ domains.

13      A.    Uh-huh.

14      Q.    Is that correct?

15      A.    Yes, it is.

16      Q.    Now, that is a -- that's different from what was reported in the 2019 abstract,

17   correct?

18      A.    Yes, it is.

19      Q.    What is the reason for this difference?

20      A.    Maybe the reason is that the first – in the first, that the values were not adjusted.  But

21   in this one, for sure, they were adjusted.

22      Q.    Now, are you speculating about that or are you -- do you know that's the case?

23      A.    No.  As I told you, I am not sure about the other one, if we -- if the writing is not

24   correct.  And it should be up here, adjusted by creatinine.  But I am sure that here we are using

25   adjusted creatine values.

26

27

28

1

**102:6 – 25 (Plaintiffs' Designation)**

2      Q.    [A]re you aware of any epidemiological study that has found a statistically

3  significant beneficial association between fluoride and IQ?

4      A.    No.  I am -- I am not sure if the last publication of Grandjean shows a statistical

5  significant positive association or just in the border.  I...

6      Q.    Besides the Grandjean paper --

7      A.    The last one.

8      Q.    -- are you aware of any epidemiological study that has --

9      A.    No.

10      Q.    -- found a statistically significant beneficial association between fluoride and IQ?

11      A.    No.

12      Q.    Now, going back to your poster from 2019, you report a statistically significant

13  benefit on perception IQ from first trimester fluoride exposure, correct?

14      A.    Yeah.

15

**103:1-104:4 (EPA's Designation)**

16      Q. Now, in your abstract from earlier that year, you found no statistically significant

17  benefit from first trimester exposure?

18      A. Yeah, but the measure is different. The values cannot be compared directly.· You have

19  to consider that there are changes. The relevant is if they still are in the positive size or they are

20  in a more neutral or a negative size.

21      Q. So you were aware in 2019 that adjusting for creatinine could impact the association

22  between fluoride and IQ?

23      A. We knew from the beginning that we had to adjust. I -- the question related with this –

24  with the first -- I am not sure at this moment if we – if this result are adjusted or not, but the

25  result related with measurements in urine had to be adjusted and would have published with all

26  the different toxicants in which we always adjust.

27      Q. But it sounds like you just said a few minutes ago --

28      A. Yeah.

1    Q. -- that the reason why we had different results in the 2019 abstract from the 2019

2  poster is because in the poster you adjusted for creatinine.

3    A. Could be.· Could be.· And also because probably there are differences in the variables

4  included in the adjustment --

5    Q. But do you --

6    A. -- because it was an in-progress analysis.

7                    **104:5 – 11 (Plaintiffs' Designation)**

8    Q.   Do you know, though, as you sit here today, whether there were differences in the

9  variables considered?

10    A.   No, I can't -- I can't -- I can't give you any -- any -- I don't have information, study

11        information here.

12                    **107:17 – 108:9 (Plaintiffs' Designation)**

13    Q.   Okay.  I just handed you Exhibit 10.

14    And you see here that this is another abstract that you submitted to the International

15  Society for Environment Epidemiology? (Whereupon Exhibit 10, to be later marked, was

16  referenced.)

17    Q.   Do you see that?

18    A.   Yeah.

19    Q.   This is the abstract that you submitted in 2020?

20    A.   Yes.

21    Q.   The title of this abstract is, "Are low fluoride levels in drinking water really

22  detrimental for neuropsychological neurodevelopment in childhood."  Right?

23    A.   Uh-huh.

24    Q.   And is that a yes?

25    A.   Yes, it is.  Sorry.  Sorry.

26                    **108:16 – 109:8 (Plaintiffs' Designation)**

27    Q.   You write here, "No association was detected between maternal urinary fluoride

28  levels... and Bayley.  An increase of one unit in maternal fluoride during the entire pregnancy

1   was related to a higher score on the perceptual-manipulative and the general cognitive McCarthy

2   scales." Did I read that correctly?

3       A.   Yeah.

4       Q.   So here, for your 2020 abstract, you did find a significant relationship between

5   average maternal fluoride and GCI.

6       A.   Uh-huh.

7       Q.   Is that a yes?

8       A.   Yes.

9       Q.   And you -- the effect size was 4.8 IQ points, correct?

10      A.   Yeah.

11                  **109:11 – 110:2 (Plaintiffs' Designation)**

12      Q.   Would you agree that the result here from the 2020 abstract is different from the

13   result in your 2019 abstract where maternally urinary fluoride averaged across both semesters

14   (sic) is not related to GCI?

15      A.   Yes, because the population that we use is different.  In this last one, we are using

16   only the sample from the Gipuzkoa, probably.

17      Q.   When you say you were only using the sample from Gipuzkoa, do you know that for

18   sure or not?

19      A.   What we knew, yes, for sure.

20      Q.   You're positive that the 2020 abstract is only looking at Gipuzkoa mothers?

21      A.   Yes, because we are on progressing this analysis and we, yes, decided to this

22   analysis for people from Gipuzkoa.

23                       **110:3-9 (EPA's Designation)**

24      Q. Okay. So -- so that is the reason why we see this difference in GCI results between the

25   2019 abstract and the 2020?

26      A. Probably, because we were including a high level of noises using the information from

27   other cohorts that were not exposed to a fluoride in drinking water.

28                 **110:10 – 20 (Plaintiffs' Designation)**

1    Q.    Dr. Ibarluzea, I just handed you Exhibit 11.

2         And do you recognize this as the conference poster that your team presented at the

3    ISEE conference in 2020?

4         (Whereupon Exhibit 11, to be later marked, was referenced.)

5    A.    2020?  (Indiscernible).

6    Q.    So Exhibit 11 -- Exhibit 11 is the 2020 conference poster from the ISEE conference.

7    A.    Yes.

**111:7 – 112:3 (Plaintiffs' Designation)**

9    Q.    You write, "Literature on environmental epidemiology supports an association

10   between fluoride exposure and adverse neuropsychological and cognitive effects." Did I read that

11   correctly?

12   A.    Uh-huh.

13   Q.    Then further below you write, the last sentence, "In general, there is a high

14   consensus of the negative effects of high levels of fluoride in drinking water."

15   A.    Yeah.

16   Q.    Did I read what you wrote correctly?

17   A.    Yeah.

18   Q.    Do you agree that at least at high doses, the epidemiological evidence is consistent

19   in showing an association between fluoride and adverse neurodevelopmental effects?

20   A.    Definitely.

21   Q.    Given the findings for the high dose epidemiological literature, do you agree that at

22   least at high doses, fluoride is a neurotoxin?

23   A.    I will say yes.

**119:12 – 120:17 (Plaintiffs' Designation)**

25   Q.    Okay.  I've just handed you Exhibit 12. Do you recognize this paper? (Whereupon

26   Exhibit 12, to be later marked, was referenced.)

27   A.    Yes, Guxens.

28   Q.    And this is written -- well, you are one of the coauthors of this paper?

1       A.   Yeah.

2       Q.   As well as Monica -- how do you --

3       A.   Monica Guxens.

4       Q.   Guxens?  Okay. And this is a paper published in 2012?

5       A.   Yes, 2012.

6       Q.   And it's basically a summary of the INMA project and how you collected data and

7  some of the goals for the project?

8       A.   There are -- there are more -- more than this one, but, yes, it is -- it is the aim of this

9  article.

10      Q.   To basically tell people about --

11      A.   Yeah.

12      Q.   -- what the INMA project is and what it seeks to accomplish; is that --

13      A.   Exactly.

14      Q.   So can you turn to page 936?

15      A.   Okay.

16      Q.   And you see on the left side of the page, you and your coauthors write, "Joint

17  analyses are our priority."

18      Did I read that correctly?

19      A.   Yes, yes, yes.

20               **121:18 – 24 (Plaintiffs' Designation)**

21      Q.   That was one of the reasons why you developed seven different cohorts in Spain was

22  to increase the power and sophistication of birth cohort analyses by having people from multiple

23                 different areas of Spain, correct?

24      A.   To have a wider variety in each of the exposure that was measured.

25               **124:10 – 25 (Plaintiffs' Designation)**

26      Q.    What are the advantages of doing joint analyses across multiple cohorts?

27      A.    When you have information of one exposure, for example, air pollution, and we

28  have different information, but we can gather that information because we have information

1    about NO2 or about particle matter, 2.5 particle matter, or it could be more substantive in one

2    cohort, but we can arrange the information so we have information of all of the cohorts and we

3    have probably a wide distribution of the exposures.  No?  That is very good for environmental

4    epidemiological studies because it provides variance of exposure.

5         Q.   Variance?

6         A.   Variance.  Sorry, variance of the exposure.

7                         **125:1-128:25 (EPA's Designation)**

8    What happened with our study? That we were the only cohort that has mothers drinking

9    chlorinated water. That was the reason behind – we decided to do this study, this of our of own

10   cohort. Sorry, I -- probably we say this one again, but --

11        Q. So now let's go to your 2022 paper, which is Exhibit 1.

12        A. Okay. Okay.

13        Q. And in the abstract here, you state that you have 316 mother/child dyads for the

14   Bayley analysis, and 248 mother/child dyads for the McCarthy analysis, correct?

15        A. Yeah.

16        Q. Now, this is a significantly smaller number of mother/child dyads than were analyzed

17   in your 2020 poster.

18        A. But not in the last one, I think.

19        Q. In terms of the second page of that poster.

20        A. No, because this is the one -- but no, we have to -- this is the one that they include all

21   the rest of the cohorts.· There's one which information, three, six, nine mothers.· These X, 10.

22        Q. So you're saying that the 2020 abstract, which is in Exhibit 10, only analyzed

23   mother/child dyads from Gipuzkoa.

24        A. Yes, I told you that.

25        Q. But the 2020 poster analyzed mother/child dyads from the four cohorts?

26        A. Yes, because we don't have such an – that amount of mother/child dyads.

27        Q. Why would you use different sets of mother/child dyads for your abstract and poster?

28

1       A. Don't know.· Probably because we – I don't know.· We were analyzing the

2   information on the progress.· We decided that these was the best information that we have.

3       Q. So --

4       A. At that moment.

5       Q. Now, going to your 2022 paper --

6       A. Yeah.

7       Q. -- there's no reference to 368 – 69 mothers. There's a reference to 360 -- sorry, strike

8   that. Going to your 2022 paper, you do not reference 369 mother/child dyads, correct?

9       A. Do you mean that there is a change in the 369 and the figures that we can see in this

10  flow chart?

11      Q. Well, just tell me this: How many mother/child dyads in total did you analyze for your

12  2022 paper?

13      A. This information is here in the figure one, when we are considering that these dyads

14  provide -- or these mothers provide two samples. The sensitivity analysis, included in some of

15  the material, in which the number is higher because we include also those models providing one

16  sample, but the results are same considering those that provide

17  two samples. So we calculate the mean value for the whole pregnancy or in each of the

18  trimesters, on in which we include pregnant mother, providing one of the samples, the sorts of

19  (indiscernible). The figures, the numbers, or this.

20      Q. Are there any other studies that you have published on chemical impacts on IQ where

21  you have limited your sample to just one of the INMA cohorts?

22      A. A lot.

23      Q. A lot? Okay.

24      A. For example, those related with air pollution, but also those things included as

25  references here.

26      Q. Now, in your study --

27      A. Not -- not -- sorry. Not most, but a lot.

28      Q. In your 2022 paper, you do not mention that your study --

1      A. Uh-huh.

2      Q. -- was initially a joint analysis of four INMA cohorts, correct?

3      A. That's correct, because it was not relevant at all for the study.

4      Q. Well, wouldn't it be relevant for readers to know that you initially started the project

5   by analyzing fluoride from and IQ across four cohorts?

6      A. The issue is that the studies that are published are comparing high and low levels of

7   water, even if they measured the fluoride levels in water or they measured the urine, the fluoride

8   levels in urine.· So we focused on that, because in the other ways -- and the other way around

9   would be, how are you including these different sources of information, these other cohorts that

10  are providing you only 15 samples or 20 samples (indiscernible), and can only tell differences

11  between this cohort are so big that you're creating such a big noise. Pathologically, it is not

12  correct or this is more proper to, yes,

13  analyze this measure.

14                    **129:1-8 (Plaintiffs' Designation)**

15      Q.   But isn't it true, Dr. Ibarluzea, that you first made the decision to limit your analysis

16  to just Gipuzkoa in December of 2020?

17      A.   I can't tell you nothing about that.  It's something that it is out of my mind.  I

18  understand that if someone asked you to, okay, revise all this information, you can have

19  questions that are out of my -- out of my mind, out of my control.

20                    **130:8 – 12 (Plaintiffs' Designation)**

21      Q.   So I just handed you Exhibit 13. Do you have that in front of you?

22      (Whereupon Exhibit 13, to be later marked, was referenced.)

23      A.   Yes.

24                    **130:15 – 131:18 (Plaintiffs' Designation)**

25      Q. This is an email that Chris Neurath forwarded to me, and it's an email exchange that

26  you had with your colleagues in the INMA cohort.

27      First, do you see here an email from yourself to your colleagues on December 7th, 2020?

28      A.   Yes.  This is absolutely --

1      Q.    Do you see that?

2      A.    Yes.

3      Q.    Okay.  So if you can turn to the third page here.

4      A.    Okay.

5      Q.    You see there's an email from Chris Neurath to yourself and other colleagues?

6      A.    Yes.

7      Q.    Okay.  And Chris's email is dated December 5th, 2020?

8      A.    Uh-huh.

9      Q.    And Chris Neurath is providing some comments here about potential confounding

10   from neurotoxic metals.  He's --

11     A.    Okay.  I have perceived it, yeah.

12     Q.    What's that?

13     A.    I have perceived it, yeah.

14     Q.    And -- and then in the next page, page 2, Jordi Sunyer, one of your colleagues --

15     A.    Yeah.

16     Q.    -- responds to Chris.

17   You see that?

18     A.    Yeah.

19                          **131:24-132:1 (Plaintiffs' Designation)**

20     Q.    And Jordi Sunyer just thanks Mr. Neurath for his pertinent comments, right?

21     A.    Yes.

22                          **132:20-134:13 (Plaintiffs' Designation)**

23     Q.    On December 7th, 2020, you respond to Jordi Sunyer and your other colleagues --A.

24   Yes.

25     Q.    -- regarding Mr. Neurath's comments?

26     A.    Yes.

27     Q.    Okay.  And your email is in Spanish, correct?

28     A.    Yes, it is.

1    Q.   So let's go ahead and look at a translation of that email. Okay. And you see here

2    there's – your email is translated into English, if you turn to the other side? (Whereupon Exhibit

3    14, to be later marked, was referenced.)

4    A.   Okay.

5    Q.   Do you see an English translation here of your email from December 7th, 2020.

6    A.   The first one, the first part?

7    Q.   Yes.

8    A.   Yeah, "We believe that." Uh-huh.

9    Q.   And you write, "Hi, Jordi. Thank you for replying to him. In all honesty, I was not

10   going to do it. We believe that what that gentleman is doing is disrespectful.  I believe that he

11   could stick to his business. It is very difficult to make such specific suggestions as he has done. I

12   cannot believe how he could dedicate so many and many hours to it."

13   A.   Uh-huh.

14   Q.   Did I read that correctly?

15   A.   Yes.

16   Q.   And is that a correct translation of what you wrote?

17   A.   Yes, in general.

18   Q.   So is it fair to say that when you sent this email, you were intending to send it

19   internally to your team and not to Mr. Neurath?

20   A.   Yes, of course.  I don't know how this is on in the one hand.

21   Q.   Okay.

22   A.   About from me, the rest of the people.

23   Q.   But you do remember sending this email?

24   A.   Of course.

25                    **134:14-135:10 (Plaintiffs' Designation)**

26   Q.   Now, I'm going to read below the highlighted portion. And you write, "Loreto,

27   Aitana, and I spoke yesterday." Do you see that?

28   A.   Yeah.

1    Q.    First off, who is Loreto and Aitana?

2    A.    Aitana -- other -- so two researchers of the group.

3    Q.    And are --

4    A.    Here, for example, when you say Santa Marina, you say (indiscernible) mention

5    these names. Santa Marina is Loreto. Aitana is Lertxundi. So it's -- they are both researchers

6    (indiscernible).

7    Q.    And they are both working with the Gipuzkoa cohort?

8    A.    Yes.

9    Q.    Okay. And so you had a conversation the day before you wrote this email. So that

10   would have been December 6th, 2020, correct?

11   A.    Yes.

12                        **135:12-136:1 (Plaintiffs' Designation)**

13   Q.    And in that December -- strike that. You then state, "We have decided to run the

14   analysis only for Gipuzkoa. It will be just as you commented, Jordi, and just as we had intended

15   to do it ourselves. Much cleaner, easier to read, and with less potential biases possible." Did I

16   read that correctly?

17   A.    Yeah.

18   Q.    And is that a correct translation of what you wrote?

19   A.    Yes, I guess. Yeah.

20   Q.    Okay. And so it was on December 6, 2020, that you and your team decided to limit

21   the analysis to the Gipuzkoa cohort? A. Probably, previously, yeah. Because of this.

22                        **136:25-138:4 (EPA's Designation)**

23   Q. Okay. Now, what did you mean when you said that "limiting the analyses to the

24   Gipuzkoa cohort" --

25   A. Yeah.

26   Q. -- "would be much cleaner"?

27   A. Because, as I told you, they included this information partial, a very low proportion of

28   subjects from different cohorts with a complete different situation, from the point of view of be

1   or not -- or not be exposed to fluoride, but if there is no -- that possibility in the rest of the

2   cohorts. I have asked to decide that we were doing the analyze with our own cohort, in which

3   you have the people exposed and not people exposed, but probably that there were no such

4   differences in social class, nothing in education, et cetera, et cetera, et cetera.

5        Q. But you would agree that everyone is exposed to fluoride?

6        A. Yeah, but it is not -- because in any of the studies, they studied -- they studied people

7   that is not exposed to fluoride.

8        Q. Right, but --

9        A. In any.

10       Q. -- what were the maternal --

11       A. We do -- we just -- because we consider the reasonably -- reasonable to focus on the

12  population that would be exposed and not exposed, and keeping a similarity of the rest of the

13  variables that are involved in this kind of association.

14                                **138:5-22 (Plaintiffs' Designation)**

15       Q.   Now, in your 2022 paper --

16       A.   Yeah.

17       Q.   -- you recognize that people who drink bottled water --

18       A.   I say --

19       Q.   -- are exposed -- are often exposed to an elevated level of fluoride, correct?

20       A.   Yes.

21       Q.   Okay.  And in your 2022 paper, you sort of consider -- strike that. Based on urinary

22  fluoride values in your 2022 paper, the bottled water group was basically the -- a mid-exposure

23  group.

24       A.   Yeah.

25       Q.   So they had more fluoride exposure than people drinking nonfluorinated tap water.

26       A.   Yes.  It was a surprise, now, the results, too, yeah.

27                              **138:23-139:18 (EPA's Designation)**

28

1    Q. What did you mean when you said here that eliminating the Valencia cohort, the

2  Sabadell cohort, and the Asturias cohort would make the paper "easier to read"?

3    A. As I told you, including a low proportion of subjects from other cohorts that are not

4  representative of the whole Cohort because – because just we have information of a few that

5  were available as to know the level of fluoride was including many (indiscernible) noise about

6  other relevant variable. So we decided to do this study in our own cohort that -- in which we

7  have a wide variety of letters, but at the same time, were not -- we didn't find or we didn't need to

8  adjust for so many differences among the cohorts. So it was more clever --

9  THE WITNESS:· (Speaking in Spanish.)

10  THE INTERPRETER: Timely.

11    A.-- timely and metallurgically more correct to analyze with our population, because we

12  have – we tried to get information, fluoride information, in all our women.

13  **139:19-142:7 (Plaintiffs' Designation)**

14    Q.   I've just handed you Exhibit 15. Do you have that in front of you? (Whereupon

15  Exhibit 15, to be later marked, was referenced.)

16    A.   Yes.

17    Q.   And I have -- this is actually part of the PowerPoint presentation that I introduced

18  earlier as Exhibit 8.

19    A.   Okay.

20    Q.   And in this part of the presentation, do you see here that you're talking about

21  chlorinated disinfection products --

22    A.   Yeah.

23    Q.   -- in tap water?

24    A.   Yes.

25    Q.   And is it -- one of the reasons why you collected such detailed information on tap

26  water intake in the INMA cohort was so that you could study the potential health effects of

27  chlorinated chemicals in water.

28    A.   Yeah.

1      Q.    And I want to direct your attention to the -- towards the end of the paragraph -- sir,

2    towards the end of the presentation, you have a table that represents --

3      A.    Table 2.

4      Q.    Yes, Table 2. And first off, this is a table for one of the papers that you and your

5    team have written on chlorinated disinfection points, correct?

6      A.    Uh-huh.

7      Q.    If you could go to page -- go to the page before.

8      A.    Yeah.

9      Q.    Okay.  So Table 2 is from a study that you've published?

10     A.    Yeah.

11     Q.    And you present the percentage of pregnant women in the various cohorts who drink

12   bottled water instead of tap water, correct?

13     A.    This appears here, uh-huh.

14     Q.    And in Gipuzkoa, most of the women, over 75 percent of the women, drink tap

15   water, correct?

16     A.    Yes.

17     Q.    Okay.  But in Sabadell, very few women drink tap water, correct?

18     A.    In Sabadell, probably, because it is what is proper because the quality of the water is

19   bad, and the taste is worst.

20     Q.    So in Sabadell, 88 percent of the women drank bottled water, correct?

21     A.    Yes.  This does not mean that they only drink bottled water, because this is a very

22   high presentation, but...

23     Q.    Okay.  And then for --

24     A.    Yeah.

25     Q.    For Valencia, 74 percent of the pregnant women drink bottled water?

26     A.    Yeah.

27     Q.    Okay.  So --

28

1    A.   It is very probable because they are in -- they are pregnant.  And these figures may

2    be higher in pregnant women because they are more -- try to be more secure about potential

3    exposure, yeah.

**143:19-144:12 (Plaintiffs' Designation)**

5    Q.   Do you recall what the average maternal urinary fluoride level was for the pregnant

6    mothers from Sabadell or Valencia?

7    A.   No, I don't.  I don't remember, but probably were in between the -- our -- the levels

8    in our mothers that were not -- that were drinking nonfluoridated water and those drinking

9    fluoridated water, because that would be expected, according to our data, because what I know,

10   that the level of women -- the level of fluoride of women drinking bottled water is situated in the

11   middle -- in a middle position, not high, but middle --

12   Q.   So the --

13   A.   (Indiscernible).

14   Q.   -- the -- the Sabadell and Valencia cohort offered you the opportunity to do further

15   study on the impact of middle -- mid-exposure fluoride or medium-exposure fluoride, correct

16   A.   Could.

**145:7-8 (Plaintiffs' Designation)**

18   Q.   Dr. Ibarluzea, can you turn to Exhibit 1, which is your 2022 paper?

**147:23-25 (Plaintiffs' Designation)**

20   Q. And at the bottom of the page is Table 2. Do you see that?

21   A.   Uh-huh.

**148:1-157:15 (EPA's Designation)**

23   Q. Table 2 is where you report the findings of your main model, correct?

24   A. Yep.

25   Q. So these findings here in Table 2 are the primary findings of the study?

26   A. Yes.

27

28

1       Q. Overall, you found that a 1-unit increase in urinary fluoride, the average urinary

2    fluoride level across both trimesters, was associated with a significant 15.4 point increase in IQ

3    for boys, correct?

4       A. Yes.· That is the figure, yeah.

5       Q. Would you agree that this is a very large magnitude of effect?

6       A. Yes.

7    MR. ADKINS: Was your question for boys?

8    MR. CONNETT: Yes.

9    MR. ADKINS: Okay.

10      Q. Now, Dr. Ibarluzea, you have been involved with many studies that have examined the

11   neurodevelopmental effects of chemicals, correct?

12      A. Yes, yes.· It is.

13      Q. In all of the studies that you have been involved with to date, has any chemical ever

14   been associated with a 15-point alteration in IQ --

15      A. Never.

16      Q. -- for a 1-unit increase in exposure?

17      A. No.

18      A. But there's something that I have to – to keep a piece of information. When we are

19   giving this – this information, we are -- in each of the studies, you -- if the value, the final value

20   that you give, the beta value, that can be the related rate of ratio – and generally in our studies,

21   you get that information because you're increasing the exposure level to a certain point, and it's **a**

22   specified percent. When the increase is, hmm, we can see or we can observe that there are no

23   effects, that they're increasing in the (indiscernible), and this is of this magnitude or whatever.

24   Here, we use measurement that is in very, very big increase.

25      Q. Very what?

26      A. Very big increase.

27      Q. Okay.

28

1        A. For example, all the other researchers have reported the association or the magnitude

2    of the association related with 0.5 milligrams per liter. Using one milligram per liter, probably

3    now, now, as I can see in other -- in other articles, would have been better to (indiscernible) to

4    analyze the difference why an increase related with 0.5 milligrams per -- per gram of creatinine.

5    Why I'm saying this, because this increase is so high, that probably goes beyond the difference

6    between the higher value and the lower value. Even considering that, even considering that these

7    are high levels of high increase, high increases for the general point of view or the figures that

8    we find, the numbers that we find when we are analyzing environmental exposure and going

9    (indiscernible).

10       Q. Okay. So the unit --

11       A. Yeah.

12       Q. -- of the exposure --

13       A. Yeah.

14       Q. -- is --

15       A. One.

16       Q. -- one milligram of fluoride per gram of creatinine?

17       A. Yeah.

18       Q. Okay. Now, if you can turn to page 31 of your paper -- of the supplemental materials.

19   It's the very last page.

20       A. Okay.

21       Q. And on this page, you show the urinary fluoride levels for the full cohort of children --

22   for the full cohort of mothers, correct?

23       A. Yeah.

24       Q. And you have urinary fluoride levels that go well beyond one milligram of fluoride

25   per gram of creatinine, correct?

26       A. There are few. So much.

27       Q. There are many -- you have many maternal urinary fluoride values between zero and

28   one milligram of fluoride per gram of creatinine.

1      A. Yes.· Not zero, but, yes. Yes.

2      Q. Right. So your study -- sorry, strike that. The range of zero to one milligrams of

3      fluoride per gram of creatinine is squarely within your field of observed values in this case.

4      A. Yes, but it is also true that if you use -- or you use the information of the rest of the

5      studies and you use an increase in one milligram instead of 0.5 milligrams, you have to double

6      their increase in or their decrease in cognitive values. So we have just to have a more similar

7      reference. If the relationship is just linear, we have to have that in mind, yes. Yes, it would be

8      that.

9      Q. So under -- with that sort of explanation understood, in any study that you've ever

10     been involved with --

11     A. Yeah.

12     Q. -- have you ever seen an increase in IQ or decrease in IQ from a chemical -- sorry,

13     strike that. In -- in all of the studies you've ever done, have you ever once seen a chemical

14     causing a 15-point increase or 15-point decrease in IQ?

15     A. No, but that is, again, related with the amount.· If you use an increase that it is – in

16     general, for example, this is a very good option, would be to use the increase related with IQ,

17     with the intra cortical difference. No? When you can classify all the subjects and you -- you can

18     calculate the difference between the subject in the position 75, from low to high, and that located

19     in the position 25, and just to calculate the increase, your outcome -- taking that difference. And

20     that could be around -- around, in this case -- I mean, other articles relate it around 0.4, 0.5. So

21     that could give us a number that is probably divided by two.

22     Q. Okay.

23     A. But it is high. It is high. This is bigger, yes.

24     Q. Okay. So let me follow up and ask, in any of the studies that you've done to date, have

25     you ever seen a chemical cause an increase in IQ of eight IQ points?

26     A. No.

27     Q. Have you ever seen a chemical, based on the average unit of exposure, cause a

28     decrease in IQ of eight IQ points?

1    A. That depends, for example, with exposure with bio elements.· In that case, you can

2  identify a strong association with very relevant or high values of the sense of association -- I

3  mean, the value, or however --

4    Q. Now -- now, you would agree that this study here, you had observed maternal urinary

5  values going from a little above zero to well above one milligram of fluoride per gram of

6  creatinine?

7    A. Yeah.

8    Q. And so have you ever been involved with any study where, in the range of observed

9  exposure values, you have an increase or decrease of IQ of 15 points?

10    A. No. In my associate?

11    Q. Yep. Are you aware of any study in the peer-reviewed published literature that has

12  found an increase in IQ within the range of observed exposures of 15 IQ points?

13    A. No.

14    Q. And I say, "15 IQ points."· I'm really meaning 15 or more IQ points. With that

15  clarification, are you aware of any study in the peer-reviewed literature that has found, within the

16  range of observed exposures in the study, an increase in IQ of at least 15 IQ points?

17    A. No. But, again, I have to say that we have to compare it with the increases that are

18  comparable.· And if we deplete or divide that value by two, we are -- I still have a high value,

19  but it is not strange to find associations with higher --with an increase in the -- and a score of

20  neuro development function related with four, five, six. So we are not, in that case, so far away

21  from that.

22    Q. But are you familiar with any study in the peer-reviewed literature that, within the

23  range of observed exposures in the study, the chemical was associated with a 7.5 point or more

24  increase in IQ?

25    A. But just with the studies that are close to that, no, no, no.· I continue saying my values

26  are high.

27    Q. Right. But I just -- I understand, but just to clarify, are you aware -- if the answer is

28  no, that's fine. Are you aware of any study in the peer-reviewed literature where, within the range

1  of exposed -- exposure values in the study, there was an increase in IQ of 7.5 points or more in

2  IQ?

3          A. No.

4          Q. So do you believe that this 15-point increase in IQ among the boys in your study

5  reflects the true causal association between fluoride and IQ?

6          A. It reflects the value of the association of the people increased, probably could be a

7  result of this. But I could say that a -- I could feel more comfortable with values below.· But that

8  it is not the point in our publication. Now, I will show what we're trying to say, is that we find a

9  positive and significant association.· If the value is 15, it's what the

10  results of the study are showing, but probably --

11  MR. ADKINS:· Go ahead.· Please finish.

12          A. Of high values.

13          Q. So 15 points represents one standard deviation --

14          A. Yes.

15          Q. -- in one's IQ score?

16          A. Yeah.

17          Q. I understand that your paper is not designed to make a definitive determination as to

18  the true causal relationship between fluoride and IQ.

19  I understand that. Okay? But my question is separate, which is, Dr. Ibarluzea, as a scientist, as an

20  epidemiologist, someone who's knowledgeable about the neurodevelopmental effects of

21  chemicals, not just fluoride, based on everything you know, do you believe that maternal fluoride

22  exposure increases the IQ of boys by 15 points?

23          A. I can't answer to you -- to -- my answer could be the same.· I -- our results consistently

24  say that there is an improve in the IQ and other cognitive function. If the value is 15, or 7.5, if we

25  split it for two or divide it by two, it is a little bit lower, it is not the main relevant question for

26  me. But this is, again, our results. And I think and I defend that there could be a range, again, the

27  double -- the card with the --with the two -- two directions or the two steps, different steps, that

28  we can be showing a positive association that it's not the only one study that showed this, that

1    there are other studies, for example, show -- Xu also was served this positive association below.

2    Or BASHA also shows this positive association.

### 158:2-14 (Plaintiffs' Designation)

4        Q.   In your 2022 paper --

5        A.   Yes.

6        Q.   -- the one study that you cite for a U-shaped dose response curve from maternal

7    fluoride exposure is the Xu 2020 paper, correct?

8        A.   I don't know, but it has (indiscernible) -- yeah.  Yep.  This -- it's a picture in the

9    publication showing.

10       Q.   Are you aware that that study, Xu, X-U, 2020, has been retracted?

11       A.   I didn't know that it was -- that it had been retracted, but, okay.  I don't know why

12   the reason that -- that would interesting to know why.

### 159:10-18 (Plaintiffs' Designation)

14       Q. My question is, based on everything you know as a scientist, do you believe that

15   maternal fluoride exposure increases the IQ in boys by 15 points?

16       A. And, again, I am going to say to you that I agree that there is a range of values in

17   which that association is possible.  If there -- if there is eight or no eight, it's not something that

18   I'm going to answer.

### 160:5-15 (EPA's Designation)

20       Q. Now, Table 3 at the top presents your analysis on the impact of mercury in core blood

21   on the fluoride IQ association, right?

22       A. Yeah.

23       Q. And in Table 3, you include all of the same covariants as the main model; you just add

24   mercury into the equation.

25       A. Yeah.

26       Q. Do you consider Table 3 to be a sensitivity analysis or the primary analysis?

27       A. No sensitivity analysis.

### 160:24-161:12 (Plaintiffs' Designation)

1      Q.    So if you look at Table 2 –

2      A.    Yeah.

3      Q.    -- and Table 3, it presents the number of children involved in the analysis. Do you

4  see that?

5      A.    Yeah.

6      Q.    And you see that for the McCarthy analysis, there's 248 children –

7      A.    Yep.

8      Q.    -- analyzed in Table 2? And there's 248 children –

9      A.    Yeah.

10     Q.    -- analyzed in Table 3?

11     A.    Yeah.

## 162:3-15 (Plaintiffs' Designation)

13     Q.    So if you had mercury tests –

14     A.    Yeah.

15     Q.    -- on every one of the 248 kids, why would you not include mercury in your main

16  model?

17     A.    Because the main model -- because we consider from a theoretical point of view, as

18  the rest of the researchers have done, that the main result is just including those variables that

19  appear or to consider in a back model that gives you information of which kind of -- what kind of

20  information or what -- what are the variables that you should include in your former analysis.

21  And those variables were not considered.

## 162:25-163:20 (Plaintiffs' Designation)

23     Q.    Well, if you wanted to do everything that the former researchers, the former studies

24  had done, why didn't you analyze the effect of fluoride ingestion from water?

25     A.    Because that is not relevant for us. Because the main issue is to have the information

26  of fluoride in urine and the outcome.  After, you have to do those research, because in many of

27  the studies, the information of intake is not properly done. For example, in relation with fluoride,

28  because they don't use information of bottled water.

1    Q.    But you had the good fortune of having such excellent drinking water intake.

2    A.    But we don't have the amount of water that they drink from bottled water.

3    Q.    But you have the amount of water they drink from tap water.

4    A.    Yes, but we cannot just with 25 percent of the population. That is not proper.

5    Q.    But -- so –

6    A.    That could be a selection bias.

### 164:5 – 165:3 (EPA's Designation)

7

8    Are you aware of anything that leads you to believe that the mercury levels that are reflected in

9    the test results here are unreliable?

10        A. Not at all. I've published a lot of papers related with mercury and fish consumption,

11   because fish consumption is rated with our levels of mercury in our population, in Spain, in all

12   the cohorts.

13        Q. When you control for mercury, it attenuated all of the associations between maternal

14   fluoride and IQ, correct?

15        A. Yes. Here are the results in Table 3.

16        Q. Now, given that -- given the fact that mercury adjustment attenuated all of the

17   associations between fluoride and IQ, would you agree that mercury is a confounder in the

18   Gipuzkoa cohort?

19        A. Confounder, meaning what? Strictly what confounder means in epidemiology and --

20        Q. Yes.

21        A. -- in statistic, no, it's not, because a confounder has to be rated with outcome and with

22   exposure. So do we have inform – association with -- between fluoride and mercury, a strong

23   association to say that it is a confounder?

### 164:13-16 (Plaintiffs' Designation)

24

25        Q. When you control for mercury, it attenuated all of the associations between maternal

26   fluoride and IQ, correct?

27        A.  Yes.  Here are the results in Table 3.

### 165:18-167:6 (EPA's Designation)

28

1    Q. Do you have any explanation for why mercury would attenuate the association

2    between fluoride and IQ in the Gipuzkoa cohort?

3        A. No, I don't have a clear explanation.· If you -- when you are doing a sensitive analysis,

4    and you include -- because we are asked to include in the publication of this paper, all the

5    question or variable that have been previously included in the previous studies that have been

6    published. So we have to give answer, not only of our result, but we have to give answer of all

7    the potential variables that have been included.· But everybody has been studying this study.

8    And we analyze and we include iodine that has not been included by any of them, manganese

9    that has not been included by some of them, lead that has been included by many of them,

10   mercury that has been included by some of them. One by one, altogether, after whether we've

11   certification by this, by that, by this, of course. It is -- it can be also by chance because you have

12   the probability of below -- below, 0.05. So in one in each 20 -- I put this here, that your testing,

13   you will find one positive result or negative result depending or – or your situation. If you are

14   gathering positive result, you can have a negative result just by chance. So not -- not taking in

15   consideration chance. When you're including different variables that could be related any way,

16   just with – as covariant -- as covariant, and those – not specifically as confounders, but maybe as

17   covariant of the outcome, it is completely normal to find some, or any, or one that reduces or one

18   that increases. But we have, again, to analyze the whole of the picture, because that was our aim,

19   not -- our aim is not just to analyze if in boys drinking or living in fluoridated areas, related

20   areas, being that, yes, by mercury -- no, we are totaling the data, and we are just trying to --

                         **168:21-170:23 (EPA's Designation)**

22       Q. Okay. So, can you turn back to the 2020 poster that was Exhibit 11? And as we

23   discussed earlier, in this poster --

24       A. Yeah.

25       Q. -- when you controlled for mercury, it eliminated the statistical significance of the

26   association between average maternal fluoride and GCI, correct?

27       A. Uh-huh.

28       Q. Is that a yes?

1        A. Unless performance the main.

2        Q. And I'm -- I'm not asking about performance IQ. I'm asking about GCI.

3        A. Okay.

4        Q. So in this analysis, the adjustment for mercury eliminated the statistical significance of

5   the GCI effect?

6        Q. Is that correct?

7        A. It seems we -- we don't have the table, but it is mentioned in the -- in the -- in the text.

8        Q. But in your published paper --

9        A. Yeah, it --

10       Q. -- adjusting for mercury did not eliminate the statistically significant association with

11  GCI?

12       A. Uh-huh.

13       Q. What explains the difference in results there?

14       A. I don't -- I don't -- I don't remember. Probably as these, I told you before, are on

15  progress analysis.· And we -- and when we get to our final main table, we just start it with

16  sensitive analysis, including all of the toxicants, the family context, socioeconomical position in -

17  - measured in different ways. So this was our starting point, our first point, and we include this

18  information. So probably there are changes because here, mentioning that it is not statistically

19  significant, probably was very close to being statistical significant. Here, it appears like a

20  statistical significant. This is X number 11 is congress, and the peer review is very low.

21       Q. Okay.

22       A. And this is a publication, an article that has experimented or suffered, I would say, a

23  strong, difficult peer review, and that's why we have such a high number of supplementary

24  material information that provides for -- okay, from my point of view.

25  I don't want to be unpolite, but gives the permission or allows you to speculate and -- not you, in

26  general, speculate and speculate and speculate, because here, you find -- okay, this is my point of

27  view. Okay?

28

1          **170:24-173:2 (EPA's Designation)**

2          Q. So when you adjusted for mercury in your 2022 study --

3          A. Yeah.

4          Q. -- it reduced the magnitude of effect for maternal fluoride exposure and GCI in boys

5    by five IQ points.

6          A. Yes. And if you split it or divide it by two, that was the criteria that we were taking in

7    consideration, I was taking in consideration in my previous reply, we would be talking -- if you

8    think that this would be the main table, we would be talking about five. So that's not high or

9    something that you could say, oh, what are you talking about?

10         Q. Okay. So another toxicant that you controlled for in this study is lead.

11         A. Yeah.

12         Q. Okay. And your limit of detection for the lead test was two micrograms per deciliter.

13         A. Yeah.

14         Q. And you measured lead in the cord blood of the mothers.

15         A. (Witness nods head up and down.)

16         Q. Is that --

17         A. Yes, yes, yes.

18         Q. Do you know how this --

19         A. Sorry.

20         Q. -- limit of detection compares with other epidemiological studies of lead and IQ?

21         A. Specifically with lead and IQ? When the last studies related or analyzed this

22   information, used lower detection levels because their aim was to analyze the effect of lead in

23   blood and IQ. So it is the core, the main objective. We are not analyzing that we are using

24   information created to lead. If you are asking me, would you prefer to have an LOQ that is a

25   limit of quantification, two or one? One. But that wasn't available at that time in

26   our laboratories. So we consider that that limit of quantification point could be enough, and

27   really shows us that only -- has more proportion of the subject had levels above -- or levels of

28   two or above two.

1      Q. Okay.

2      A. So probably our distribution is very similar to the distribution of lead levels in other

3  countries. Probably lower than in the United States where the exposure to lead has been higher.

4  And this is why CDC or -- and there are public campaigns related to the content of lead in blood

5  in – to protect children from the exposure to lead. But it is not so -- so conspicuous or so in -- in

6  Spain.

7      Q. Do you --

8      A. So I don't think that it is any kind of problem really, but...

9                          **173:3-174:12 (Plaintiffs' Designation)**

10      Q. Do you remember what my question was?

11      A. Yes.

12      Q. What was the question?

13      A. The question was if my -- if your -- if my level of two was considered appropriate or if

14  I think that our distribution or could be –

15      Q. Okay.

16      A.  -- impact.  I still can't give – (indiscernible) memory.

17      Q. So I've handed you Exhibit 16, which is anexcerpt from a study of the MIREC cohort.

18  (Whereupon Exhibit 16, to be later marked, was referenced.)

19      A. Yeah.

20      Q. Do you have that in front of you?

21      A. Yeah.

22      Q. Okay.  I'd like to direct your attention to Table 1, which is on the third page of the

23  exhibit. And you see here they provide the level of lead in cord blood in that cohort?

24      A. Yes.

25      Q. The medium level of lead in cord blood is .7 micrograms per deciliter, correct?

26      A. Yeah.

27      Q. That's below your limit of detection –

28      A. Yes.

1       Q. -- in this study. And their limit of detection for lead in cord blood was .2 micrograms

2 per deciliter.

3       A.   Yes, and was probably our.

4       Q. And your limit of detection was 10 times higher?

5       A. Yeah, yeah, yeah, but that doesn't mean that our mean -- mean values were above this.

6 **174:15-18 (Plaintiffs' Designation)**

7       Q. Your limit of detection was 10 times higher than what the -- what the MIREC

8 researchers used for the MIREC cohort?

9       A. Yeah.

10 **174:20-175:2 (Plaintiffs' Designation)**

11       Q. Oh, sorry.  And they found only – only 2.6 percent of the pregnant mothers in the

12 MIREC cohort had undetectable levels of lead, correct?

13       A. Yeah.

14       Q. Whereas in your study, about 95 percent of the pregnant mothers had undetectable

15 levels of lead?

16       A. Yes, because of the limit -- limit of quantification (inaudible).

17 **175:9-23 (Plaintiffs' Designation)**

18       Q. Table 10, the supplemental Table 10. Do you have that in front of you?

19       A. Yeah.

20       Q. In this table, you present the results of the main model, but here you add in the lead

21 thing, correct?

22       A. Yes.

23       Q. And when you adjust for lead, it eliminates the statistical significance of maternal

24 fluoride -- of average maternal fluoride exposures' association with verbal IQ, performance IQ,

25 numeric IQ, and memory IQ, correct?

26       A. Yes, for -- yes, for pregnancy, for the whole pregnancy, but not for the general

27 cognitive function.

28 **175:24-176:16 (EPA's Designation)**

1    Q. It doesn't eliminate the statistical significance of average maternal fluoride exposure

2  on GCI in boys, correct?

3    A. Uh-huh. Uh-huh.

4    Q. Can you say that verbally?

5    A. No, it doesn't modify in all, in boys and in girls, because when -- when you have only

6  -- no, no, no, in both -- in boys. In boys, yes. This is because we have both.

7    Q. But adjusting for lead reduced the magnitude of effect in the association between

8  maternal fluoride and GCI in boys by approximately three IQ points.

9    A. On the first table, yes, it is bigger than when we adjust by mercury. It is two points –

10  two points higher. But it is three points lower than when we compared with the -- with what we

11  mentioned to you before.

12                **176:17-179:9 (Plaintiffs' Designation)**

13    Q. Do you have any explanation or theory as to why lead would attenuate the association

14  between fluoride and IQ in the Gipuzkoa cohort?

15    A. No.  Taking in consideration these are small differences because we -- as I told you

16  before, when we include one toxicant or another toxicant or another toxicant, there are

17  differences. And some of these differences change the significant association to a nonsignificant

18  association, even if depicted value is still high.  And depending on what are the variables

19  included in the model, there are changes.

20    Q. In your study, you do some analyses where you adjust for the impact of fluoridation

21  status on the fluoride IQ relationship.

22    A. Uh-huh.

23    Q. Yes?

24    A. Yes.

25    Q. Why did you do that?

26    A. Because it was (indiscernible) by (indiscernible). Because we should do that. (Court

27  reporter request.)

28

1        A. Yes, because we were asked for -- by the reviewer of the -- of the -- of the journal to

2   do that.

3        Q. Now, you found that fluoridation status has a strong influence on the relationship

4   between maternal fluoride exposure and IQ, right?

5        A. In boys.

6        Q. And in the whole cohort?

7        A. Yeah.

8        Q. Can you turn to Table S20, which is on page 24 of the supplemental materials?

9        A. Yeah.  It will number...

10        Q. In this table, you again use the same covariants as the main model, but you add in

11   fluoridation status as another covariant, correct?

12        A. Yeah.

13        Q. And in the –

14        A. It's like a certification.

15        Q. Right.  So in this table, you're assessing whether residents in a fluoridated community

16   influences the association between fluoride and IQ?

17        A. Uh-huh.

18        Q. Is that a yes?

19        A. Yes.

20        Q. And you're including in this analysis both boys and girls.

21        A. Yes.

22        Q. And you find that in the nonfluoridated areas, average maternal fluoride exposure is

23   associated with a 15.5 point increase in IQ, but in the -- in the fluoridated areas, there is no

24   association -- no significant association between maternal fluoride and IQ; is that correct?

25        A. Yes.

26        Q. Okay.  Do you have an explanation for why fluoridation status has such a strong

27   influence on the association between fluoride and IQ in the Gipuzkoa cohort?

28

1      A. No, I don't have explanation. It is our result that we try to analyze and to find any kind

2   of explanation, but these show us or we think that a showing that the -- probably in the range

3   shared between those not drinking fluoridated water and those drinking bottled water, probably

4   the higher increase is in the lower range, again, of fluoridate -- of exposure to -- of exposure to

5   fluoride, or the levels of fluoride in urine.

6                              **179:10-181:12 (EPA's Designation)**

7      Q. So let's turn to the next page which is Table S21.

8      A. Yeah.

9      Q. In this table, you limit the analysis just to boys, right?

10     A. Just because it was answered that way, but -- it was asked that way by the -- by the

11  journal.

12     Q. Okay. And, again, you're including all the same covariants as your main model, but

13  here you're stratifying it between boys who live in fluorinated areas versus boys who live in

14  nonfluorinated areas?

15     A. Yes.

16     Q. And you find that boys living in the non sorry, strike that. Among the boys living in

17  the nonfluorinated areas, average maternal fluoride is associated with a 28 point increase in IQ?

18     A. Yeah. We are torturing the data here probably because we are aware of -- our sample

19  is 125, so we are just doing only for boys. So we just guessed that -- that the line of -- I don't

20  know how to say. I was -- I was trying to point to – know that we -- we are just doing -- analyze,

21  just taking this and that and that and that (indiscernible), and at the end we get results like those

22  that we can see in this table. But it is interesting that the beta values in the known fluoridated

23  zone are also high. You can find values as high as seven, five, nine, that are not significant

24  because you are reducing the sample size to 66. We are reducing the sample size in a very high

25  or very relevant way, so to get significant result is -- is almost impossible. So – or difficult.

26     Q. Do you think it is possible as a biological matter for fluoride -- for average maternal

27  fluoride exposure to increase the IQ of boys by 28 points?

28     A. No.

1    Q. You agree that that's just not possible?

2    A. I don't want to comment. I have -- I have been very clear -- very clear with this kind of

3  --with this high numbers. No? Our point again was not -- when we were asked to do this and this

4  and this and this and all this following analysis, it was not focused on the value itself but on the

5  consistency of the results showing positive association and significant association, most of them.

6    **181:13-183:7 (Plaintiffs' Designation)**

7    Q. Do you think it is plausible, based on everything you know, that maternal fluoride

8  exposure, within the range of observed exposure concentrations in the population, can increase

9  the IQ of boys by 28 points?

10    A. Difficult.  Again, what I am trying to show or what we are trying to show in our result

11  is that we find a positive association and statistically significant on and supported by many of the

12  different domains related with McCarthy scale.

13    Q. How much confidence do you have that this 28 point increase that we see here reflects

14  the true causal association between fluoride and IQ?

15    A. I support the idea that there -- there can be a positive association, and that -- I don't

16  know causal, because to talk about the causal association, you have to limit analysis or revision

17  of the literature with -- classify in the different studies according to the degree of bias.  So this is

18  – this is not something that this specific article is going to answer. Sorry, I'm going to speak

19  slowlier (sic). But, again, my point is not that – that the magnitude of this association, that it's

20  very weak.  I want to show again and again and again that we find positive results, statistically

21  positive results, that are all maintained, and that are not explained in another way.  So the figure

22  – the numbers of these, the result of these, so what is behind it could explain something lower.

23  Again, they (indiscernible) that we are talking about an increase in one milligram.

24    Q.   So is it fair to say, Dr. Ibarluzea, that you will not answer this question?

25    Q. That you will not answer whether you think it's plausible for fluoride to increase IQ by

26  28 points?

27    Q. And that's fair.  If you want to tell me that you will not answer that question, I'll accept

28  it.

1    A.   Okay.

2                **183:16-185:6 (Plaintiffs' Designation)**

3    Q. I respect if you don't want to answer it, then just -- you can say so.

4    A. No.

5    Q. But I'm just asking a simple question, do you think it's biologically plausible? And

6    you're not responding to that question. You're telling me about, you know -- (Indiscernible

7    crosstalk.)

8    A. No –

9    Q. -- the nature of your study. But, like, I want to know, do you think it's biologically

10   plausible, yes or no?

11   A. But you're taking in consideration this figure, and this figure is not -- you cannot

12   compare this figure with the numbers that appear in other article because they are taking in

13   consideration an increase. But this is double what our -- our – so why have I -- I -- I am supposed

14   to be the scientific one. I have to consider that to give you a – my explanation.

15   Q. I'll rephrase it then.  I'll rephrase it to be more specific. Do you think it is by

16   biologically plausible for fluoride to increase IQ in boys by 28 points when you go from zero

17   milligrams of fluoride per gram of creatinine to one milligram of fluoride per gram of creatinine?

18   Do you think that's biologically plausible?

19   A. I don't think so, but I think -- but these are our results, and our results show one and

20   again that there is a positive association and the magnitude is 23 or half of it, 11, or lower,

21   something that, of course, it's relevant, but that it is not our main result.

22   Q. In your study, you collected information on the quality of the family context.

23   A. Yeah.

24   Q. For quality of the family context, you used the HES scale.

25   Q.   In your study, you collected information on the quality of the family context.

26   Q.   For quality of the family context, you used the HES scale.

27   A. Yeah.

28                **187:17-188:23 (Plaintiffs' Designation)**

1    Q. Can you turn the page to page 27 of the supplemental materials?

2    A. I see it.

3    Q. And you see here this is supplemental Table 23?

4    A. Yeah.

5    Q. And here's where you present your results on the impact of the quality of the family

6    context?

7    A. Yeah.

8    Q. And you -- in this table you basically group the children into two groups, those who

9    have greater than median HES scores and those who have less than or are equal to median HES

10   scores, correct?

11   A. Yep.

12   Q. And amongst the children with greater-than-median HES scores, there's no statistically

13   significant relationship between fluoride and IQ?

14   A. Uh-huh.

15   Q. Is that correct?

16   A. Uh-huh.

17   Q. You –

18   A. Yes, yes, yes.  Sorry.  (Indiscernible).

19   Q. But -- but for the children who have less than or equal to median HES, you found a

20   very large effect of maternal fluoride exposure and IQ?

21   A. Uh-huh.

22   Q. Yes?

23   A. Yes, yes.

24   Q. And the magnitude of effect for that group of children was 24 IQ points.

25   A. Yes.

26                    **188:24–189:4 (EPA's Designation)**

27   Q. So the difference in magnitude of effect between these two groups is about 17 IQ

28   points.

1    A. Yeah, just -- you're talking average in the group of people -- of people with -- below

2 the median, HES?

3    **191:5-17 (Plaintiffs' Designation)**

4    Q. So far we have discussed that the control for mercury and lead both influenced the

5 association between maternal fluoride and IQ, correct?

6    A. Yes. Of many of them, uh-huh.

7    Q. We have also discussed how fluoridation status influenced the association between

8 maternal fluoride and IQ, correct?

9    A. Yeah.

10    Q. And now we have just discussed how quality of the family context influenced the

11 association between fluoride and IQ, correct?

12    A. Yeah.

13    **191:21-192:9 (Plaintiffs' Designation)**

14    Q. In your study, you never simultaneously control for the impact of toxics, fluoridation

15 status, and quality of the family context.

16    A. No.  I am not going to do that because it is beyond the scope and beyond the capacity

17 of this study to do that kind of analysis.  It's -- it's...

18    Q. That's fair.  But as we sit here today, we do not know what the results of that analysis

19 would show as to how it would affect the relationship between fluoride and IQ.

20    A. Yeah, that we don't know, of any of the studies because they don't consider this a body

21 of (indiscernible). So I don't think we are (indiscernible).

22    **195:13-197:2 (Plaintiffs' Designation)**

23    Q. Okay. When you found this 28 point increase in IQ in the nonfluoridated areas, did

24 you go and check to see if this same association can be replicated in the nonfluoridated areas of

25 the Valencia, Sabadell, or Asturias cohorts?

26    THE WITNESS:  They are not included.

27    A. So these are not included in the study, so therefore, it's not applicable.

28

1      Q. Right.  But did you go and talk to your colleagues in those cohorts and say, Hey, can

2  we just do a quick check to see if we see a similar dramatic association between fluoride and IQ

3  in your cohorts?

4      A. So that -- the -- it wouldn't make sense. So it doesn't make sense to perform that

5  analysis in those cohorts where the fluor differences are so -- so minor between them.  It

6  wouldn't -- it wouldn't have any variability.

7      Q. Well, in the nonfluoridated cohort in Gipuzkoa, you found a 28 point increase in IQ

8  with fluoride. So why couldn't you go to the nonfluoridated cohorts -- (Indiscernible crosstalk.) -

9  - in the other -- why couldn't you go to the nonfluoridated areas in the other cohorts to see if you

10 could replicate the association there?

11     A. First and foremost, the data from the other cohorts are not mine.  And on top of that,

12 there are no such thing as fluoride data in other cohorts.  And thirdly, the other cohorts are not

13 interested in this topic.

14     Q. Now, another factor that has strong influence on the fluoride-IQ association in your

15 study was the adjustment of the urinary fluoride level to account for dilution, correct?

16 THE WITNESS:  Yes.

17     Q. To account for dilution, you measured the creatinine levels in urine?

18     A. Yes.

19                    **197:10-11 (Plaintiffs' Designation)**

20     Q. So let's go ahead and look at your email exchange with Dr. Kyla Taylor.

21                    **197:19-21 (Plaintiffs' Designation)**

22     Q. In this data, you reproduced Table 2 andTable S7 from your published paper.

23 THE WITNESS:  Yes.

24                    **199:24-200:4 (Plaintiffs' Designation)**

25     Q. Okay. So the data you present in your email to the Dr. Taylor, you adjust for all the

26 same covariants that you adjusted for in your published paper, correct?

27 THE WITNESS:  Probably, because I don't -- I think that -- yes.  Let's say yes.

28                    **200:5–10 (EPA's Designation)**

1    Q. So -- but in -- in contrast to the published paper, you present the data using the – a

2  different unit of urinary fluoride.

3    A. So it's not a different measure. No, it's not a different way of measuring, but an

4  incorrect way of measuring.

5                    **201:4-15 (Plaintiffs' Designation)**

6    Q. Can you please go to Table S7 in your published paper from 2022? Now, can you

7  check -- can you compare the data in this table in your published paper with the data that you

8  provided to Dr. Taylor in your email? (Whereupon Exhibit 17, to be later marked, was

9  referenced.)

10 THE WITNESS:  Yes.

11   Q. And can you confirm that the data in this figure in Exhibit 17 is correct?

12 THE WITNESS:  It's correct in the sense that the -- that the numbers are the same?

13                    **203:4-17 (Plaintiffs' Designation)**

14   Q. Okay.  So there's no factual errors in Exhibit 17.

15    THE WITNESS:  No.

16    A. But these cannot be compared.

17   Q. I understand that -- I understand your substantive position. I just want to make sure

18 that this exhibit is factually correct. And your answer is yes, it's factually correct?

19   A. It's a bit like asking if what we have in front is a screen. And yes, it's a screen.

20   Q. Okay.

21   A. It doesn't make it more relevant in terms of association.

22                    **203:18–204:20 (EPA's Designation)**

23   Q. Okay. Are you aware of any other study ever done by any scientist anywhere in the

24 world at any time where adjustment for creatinine had such a dramatic effect on the association

25 between a chemical and a (indiscernible)?

26 THE WITNESS: I can --

27 THE WITNESS: (Indiscernible).· I have objection too, because it is not reasonable to find good

28 quality studies in which the adjustment is not done.

1      Q. So --

2  THE WITNESS: If it isn't (indiscernible), you have the adjusted value.· You have to use the

3  adjusted value.

4      Q. Okay. So -- but I'm just asking --

5  THE WITNESS: Sorry.

6  THE INTERPRETER: No (indiscernible).

7      Q. You provided me an explanation for why you were not aware of such a study, but I

8  want to get the first predicate part, which is, are you aware of any study that's ever been done in

9  human history where adjustment for creatinine had such a dramatic effect on the association

10  between a chemical and the (indiscernible)?

11      A.  No, because I don't read any studies where -- and none adjusted values are used.

12                      **205:14-23 (EPA's Designation)**

13      Q. Do you have any explanation for why adjusting for creatinine would have a such a

14  dramatic effect on the association between fluoride and IQ in the Gipuzkoa cohort?

15  (Indiscernible crosstalk.)

16      A. No, and I have no interest whatsoever in having it. The right measurement is the

17  adjusted one. I never want to have no interest in an unadjusted measurement.

18                      **205:24-206:6 (Plaintiffs' Designation)**

19      Q. Okay. Since becoming aware of these dramatic differences in results, between the

20  unadjusted and adjusted urinary values, have you done anything to try to understand what is

21  causing it?

22      A. No.  It has no interest whatsoever for me to use nonadjusted or unadjusted indicators

23  or measurements.

24

25                      **206:9–17 (EPA's Designation)**

26  But my question is, have you done anything, any research, anything, to understand why

27  creatinine adjustment is influencing the results like they are?

28

1    A. So, no, we have performed many adjusted analysis to see what is the association,

2  whether it's very significant, significant, mild, or lowly significant.

3              **211:3-22 (Plaintiffs' Designation)**

4    Q.  Okay.  Since becoming aware of the differences in results when you adjust for

5  creatinine versus when you use unadjusted urinary fluorides, have you or your team done

6  anything to determine whether the Valencia laboratory or the public health laboratory at Bilbao

7  made any type of errors in their measurements of fluoride or creatinine?

8  THE WITNESS:  No.

9    A. No.

10   Q. Now, if you used fluoride ingestion data from drinking water, you would have no need

11  to adjust the data with creatinine, correct?

12  THE WITNESS: (Indiscernible) this ten times. I'm thinking. Sorry. No. (Speaking in Spanish.)

13   A. So, no.  The answer is no.  The intake doesn't need to be adjusted due to the level of

14  bilirubin, creatinine, hematocrits, or lipids.

15  THE WITNESS:  So -- yes, please.  It's a little bit of fear of irony. (Speaking in Spanish.)

16              **212:1-4 (Plaintiffs' Designation)**

17   A. So with the information that we had, we were not interested in associated intake with

18  effect. It's far better to measure the biomarker or the biological level, as we call it, with the

19  effect.

20              **212:14-19 (Plaintiffs' Designation)**

21   Q. So in your 2022 paper, you do not cite the study that you performed on fluoride intake

22  from tap water, correct?

23  (Interpreter interpreting question.)

24   A. With the tap water study –

25   Q. Yes, which is Exhibit 5.

26             **212:22-213:11 (Plaintiffs' Designations)**

27   Q. Did you just say, "I don't know"?

28   A. Yeah, I don't know –

1    THE WITNESS:  I have to check.

2         Q. So the lead author of the tap water intakepaper is Ana Jiminez Zabala.

3    THE WITNESS:  Yeah.

4         Q. Okay.  Can you see if -- if you cite this paper in your 2022 paper?

5    THE WITNESS:  No.  No.  It's not here.

6         Q. Why did you not cite this study that you performed which provides detailed data on

7    fluoride intake in the Gipuzkoa cohort in your 2022 paper?

8         A. Because this is targeted or geared towards analyzing if there is an excess or -- among

9    children in terms of water intake.

10                    **213:18-21 (Plaintiffs' Designations)**

11        Q. Okay.  Now, one of the reasons that the Gipuzkoa cohort was created is because the

12   Gipuzkoa cohort is a very high seafood-consuming population.

13   THE WITNESS:  Yes.  Uh-huh.

14                   **216:14-217:18 (Plaintiffs' Designations)**

15        Q. I've just handed you Exhibit 19, which isa study on fish consumption -- (Whereupon

16   Exhibit 19, to be later marked, was referenced.)

17   THE WITNESS:  Yeah.

18        Q. -- and mercury exposure in the Basque area of Spain.

19   THE WITNESS:  Yes.  Yes, I remember this.

20        Q. Have you seen this study before?

21        A. Yes.

22        Q. Okay.

23        A. Yes.

24        Q. Can you turn to the second page of the exhibit?

25   THE WITNESS:  I don't remember if -- but I think -- okay.

26        Q. And I'm looking at the last paragraph before the Materials and Methods section?

27   THE WITNESS:  Yeah.  Okay, the last.

28        Q. The authors write:  "The Basque Country, as a result of its fishing tradition, socio" --

1    "socio-cultural customs and geographic location, displays a very high consumption of fish." Did

2    I read that correctly?

3    THE WITNESS:  Yes.  Spain is the second country in the world when we compare and when we

4    analyze the fish consumption.  Follow -- the first one is Japan, and the second one is -- and it is

5    all around, with the exception probably less consumption in the center of the country.

6                              **217:24-221:7 (Plaintiffs' Designation)**

7         Q. Okay. And so when you looked at seafood consumption in Spain, and compared it

8    internationally, you found that Spain was the second highest seafood-consuming population in

9    the world second only to Japan.

10        A. Yes. That changes over the time, that when we started to work with the cohort, we --

11   we saw that our group had higher levels of mercury.

12        Q. I've just handed you Exhibit 20. Do you have that in front of you? (Whereupon

13   Exhibit 20, to be later marked, was referenced.)

14   THE WITNESS:  Yes, yes, yes.

15        Q. And this is a study that you co-authored in 2008?

16   THE WITNESS:  Yes.

17        Q. The title is, "Prenatal exposure to mercury in a prospective mother-infant cohort study

18   in a Mediterranean area, Valencia, Spain"?

19   THE WITNESS:  Yes.

20        Q.   Okay.  And if you turn to the second page, you write here that, "Spain is a country

21   with a relatively high consumption of fish in some regions, and has been ranked as the second

22   largest consumer of fish in the world behind Japan," correct?

23   THE WITNESS:  Okay, I was correct.  My memory sometimes understand.

24        Q.   And if you turn to -- and in this study, you measured seafood consumption in the --

25   in (indiscernible).

26   THE WITNESS:  Yes.

27        Q.   Can you turn to page 74?

28

1   And here you write, "In our cohort, the mean total daily seafood consumption was 67 grams. In

2   the study in Japan, consumption of fish was not important.  However, in a cohort of Japanese

3   pregnant women settled up between 2001 and 2003, a mean daily seafood intake of 48.1 grams

4   was reported." Did I read what you wrote correctly?

5          A.   Yeah.

6          Q.   So in your study, you actually found that the pregnant mothers in the INMA cohort

7   were consuming more seafood than the --

8   THE WITNESS:  Okay.

9          Q.   -- pregnant mothers in the Japanese cohort?

10  THE WITNESS:  Yes, because --

11  THE WITNESS:  No, but this is very useful because this says the cohort -- all of the cohorts are

12  located in the coast, in Mediterranean or in the -- or in the (indiscernible) here, the (indiscernible)

13  coast.  So the consumption of fish is higher in the communities surrounding the coast of

14  Mediterranean or the (indiscernible) or Atlantic sea. And probably it's higher, the consumption of

15  this specific -- (speaking in Spanish.)

16         A.   So the consumption of the specific groups can be higher than the Japanese average.

17  THE WITNESS:  Yeah.

18    Q.   And Basque is obviously a coastal area inSpain?

19  THE WITNESS:  Yes.

20         Q.   One of the seafood products that's very popular in Spain is sardines, correct?

21  THE WITNESS:  Yes.  Popular, yeah.

22         Q.   I've read that Spain eats far more sardines per capita than anywhere else in Europe.

23  Are you familiar with that?

24  THE WITNESS:  No, but it would make sense.

25         Q.   And Spain is also the high consumer of anchovies.

26  THE WITNESS:  Yes, it is.  Blue fishes, both of them.

27         Q.   Sardines and anchovies are what we'd call small oily fish?

28  THE WITNESS:  Yes.

1    Q.    They are rich -- small oily fish, as with large oily fish, are rich in the fatty acids that

2    are known to be beneficial to brain development?

3    THE WITNESS:  Good for brain development because they are rich in poly unsaturated fatty

4    acids that are essential that you have to eat because you cannot metabolize.  You cannot

5    chemically or biochemically construct, generate, or...

6                          **221:11-222:6 (Plaintiffs' Designation)**

7    Q.    Now, I've just handed you Exhibit 21. Do you have that in front of you?

8    (Whereupon Exhibit 21, to be later marked, was referenced.)

9    THE WITNESS:  Yeah.

10   Q.    And this is a study that you published in 2021 regarding PFAS and its

11   neuropsychological development, correct?

12   THE WITNESS:  Uh-huh.

13   Q.    Yes?

14   THE WITNESS:  Yes.

15   Q.    And you are one of the co-authors, right?

16   THE WITNESS:  Yeah -- yes.

17   Q.    I'd like to direct your attention to page 8.  And you wrote here, "It has been

18   suggested that some seafood-related contaminants such as PFASs could act as a proxy for fish

19   nutrients, manifesting protective associations actually related to the

20   benefits of seafood consumption." Did I read what you wrote correctly?

21   THE WITNESS:  Yes.

22                          **222:11-223:23 (Plaintiffs' Designation)**

23   You would agree that when a chemical is found in seafood, that epidemiological studies related

24   to IQ may find a spurious -- a beneficial association between the chemical and IQ because the

25   chemical is serving as a proxy of seafood exposure?

26   THE WITNESS:  Yes.

27   Q.    And based on this principle in your PFAS study that we were just looking at, you did

28   control seafood intake, correct?

1    THE WITNESS:  I don't remember, but just probably, yes.

2         Q.    Now, in your fluoride study, you did not control for seafood, correct?

3         A.    We didn't do that, neither any other author.

4         Q.    When you say --

5         A.    Neither we -- neither we nor any other authors.

6         Q.    And when you say, "any other authors," are you talking about authors of studies in

7    other areas of the world?

8    THE WITNESS:  Yes, of course.  Of the main -- of the principal articles.  (Speaking in Spanish.)

9         A.    The main papers that we are talking about are the main papers that we can be

10   thinking of.

11        Q.    Okay.  Like the MIREC cohort and the Element cohort?

12   THE WITNESS:  The MIREC cohort, Element cohort, progress study, the study of

13   (indiscernible) -- from Grandjean, all those transverse across a section of other studies, but all are

14   a lower quality, of course.

15        Q.    Okay.  Now, Spain consumes far more seafood than Canada and Mexico, correct?

16   THE WITNESS:  I'm not sure, but -- digest, yes, for sure.

17                        **222:23–223:18 (EPA's Designation)**

18        Q. Now, in your fluoride study, you did not control for seafood, correct?

19        A. We didn't do that, neither any other author.

20        Q. When you say --

21        A. Neither we -- neither we nor any other authors.

22        Q. And when you say, "any other authors," are you talking about authors of studies in

23   other areas of the world?

24   THE WITNESS: Yes, of course. Of the main -- of the principal articles. (Speaking in Spanish.)

25        A. The main papers that we are talking about are the main papers that we can be thinking

26   of.

27        Q. Okay. Like the MIREC cohort and the Element cohort?

28

1        THE WITNESS: The MIREC cohort, Element cohort, progress study, the study of

2    (indiscernible) -- from Grandjean, all those transverse across a section of other studies, but all are

3    a lower quality, of course.

4                              **224:22-226:15 (Plaintiffs' Designation)**

5        Q.    Now, before completing your fluoride IQ study –

6    THE WITNESS:  Yes.

7        Q.    -- were you aware that seafood has high levels of fluoride?

8    THE WITNESS:  No.  I'm not aware that seafood has -- has high levels of fluoride.  I'm not

9    aware of that.

10       Q.    As you sit here today?

11   THE WITNESS:  No, no, no, no.  No.  I don't have information related with that.

12       Q.    Okay.

13   THE WITNESS:  We have not been talking about that.

14       Q.    Okay.

15   THE WITNESS:  Or just -- no, no, no. Okay.  All right.

16       Q.    So as you sit here today, are you aware that some types of seafood have high levels

17   of fluoride?

18   THE WITNESS:  In the parts that you eat?

19       Q.    Yes.

20   THE WITNESS:  No, I'm not aware of that. But if you can give me an example?

21       Q.    Prior to completing your study on fluoride and IQ, did you do any searches of the

22   scientific literature to understand if seafood is a source of fluoride exposure?

23   THE WITNESS:  No.  I didn't. (Speaking in Spanish.)

24       A.    So the main source -- the main source, as has been defined by the EPA of fluoride

25   intake, 80 percent come from the intake of fluorinated water.

26            Apart from that, food prepared with fluorinated water, tea, varnish, or –

27   THE WITNESS:  Varnish?

28       A.    Or the - -

1    THE WITNESS:  Toothpaste?

2            A.    Oh, the toothpaste.

3            Q.    Okay.  When you mentioned the EPA, are you referring to the Spanish EPA or the

4            U.S. EPA?

5    THE WITNESS:  The EPA, the agency?

6            Q.    Yeah.

7    THE WITNESS:  No, they're American.

**227:8-10 (Plaintiffs' Designation)**

9            Q. Was that EPA paper focused on exposures in Spain?

10    THE WITNESS:  In the United States.

**229:13-20 (Plaintiffs' Designation)**

12            Q.    Okay.  So you would agree that the relative contribution of seafood to a person's

13    fluoride exposure will be greater in a nonfluorinated area –

14    THE WITNESS:  Of course.

15            Q.    -- than it will be to someone who lives in a fluoridated area?

16    THE WITNESS:  Yes, but -- (speaking in

**230:4 – 233:19 (Plaintiffs' Designation)**

18            Q.    So I've just handed you Exhibit 22, and we see this is a study in the Journal of Food

19    and Chemical Toxicology? (Whereupon Exhibit 22, to be later marked, was referenced.)

20    THE WITNESS:  Uh-huh.

21            Q.    And it's dated 2013?

22    THE WITNESS:  Uh-huh.

23            Q.    And this is a study that was published before you began your study on fluoride?

24    THE WITNESS:  Yes.

25            Q.    And you see they -- the authors state that -- the title is -- of the paper is, "Factors

26            affecting the bioaccessibility of fluoride from seafood products." You see that?

27            A.    Uh-huh.

28            Q.    The authors write in the first page, Foods can also contribute to exposure to fluoride,

1   with the highest fluoride concentrations being found in seafood products, tea, and fluoridated

2   salt." Do you see that?

3   THE WITNESS:  Uh-huh.

4          Q.    Okay.  Do you have any reason to dispute that statement?

5   THE WITNESS:  No.  It's such a general statement that it is (indiscernible) usually, if you want

6   to go against.  Food can contribute, yes, of course.

7          Q.    So if you turn to the third page of the study, you see there's a section there titled

8   "Results." Do you see that?  It says, "Results"?

9   THE WITNESS:  Yeah.

10         Q.    And the authors write, "The samples of seafood products analyzed in this study have

11  fluoride concentrations ranging between 2.5 and 29.6 milligrams per kilogram of wet weight."

12  THE WITNESS:  Yeah.

13         Q.    Okay.  29 -- milligrams per kilogram is the equivalent of parts per million, correct?

14  THE WITNESS:  Yeah.  Yeah.

15         Q.    Okay.  And the -- in Table 2 -- do you see Table 2 the authors present --

16  THE WITNESS:  Yes.

17         Q.    -- the concentrations?

18  THE WITNESS:  Yes.

19         Q.    The authors found that sardines contained between 12.1 and 12.6 parts per million

20  fluoride, correct?

21  THE WITNESS:  Weight or in (indiscernible)?

22         Q.    Wet weight.

23  THE WITNESS:  Yep.  That's include bone.

24         Q.    Well, the authors found 12.1 to 12.6 fluoride --

25  THE WITNESS:  Yes, but you have to check if you are hitting bones.  When you -- when you

26  are using a food questionnaire -- (speaking in Spanish).

27         Q.    Okay.

28

1      A.   So fluoride tends to accumulate in the bone.  So when you are analyzing an element,

2  you need to consider -- when you eat something, you need to consider what are you eating, for

3  example, in sardines.

4      Q.   Okay.  So let's -- let me address that. And first off, just to be clear, can you

5      go to the first page of this paper? And you see how the authors of this study are all --

6  they're all from a laboratory or institute in Spain?

7  THE WITNESS:  Yeah.

8      Q.   Okay.  Is that actually the institute that did some of the testing for you?

9  THE WITNESS:  Yes.

10      Q.   Okay.  So this laboratory that did this study is the same laboratory that measured the

11  fluoride in the urine of the pregnant mothers --

12  THE WITNESS:  Yes.

13      Q.   -- in Gipuzkoa?

14  THE WITNESS:  Yes, yes.

15      Q.   Okay.  So if you turn to the second page, you see there's a section titled "Materials

16  and methods"?

17  THE WITNESS:  Sample, yeah.

18      Q.   And the authors write:  "Samples of seafood products were purchased at

19  supermarkets in the city of Valencia, Spain." They go on to write that, "The inedible parts were

20  removed from the samples."

21  THE WITNESS:  Okay.

22                    **234:1-25 (Plaintiffs' Designation)**

23      Q.   Okay.  So you would agree that in this study, the authors --

24  THE WITNESS:  They are not considering, okay.

25      Q.   They're only studying the material in the seafood that humans will actually

26  consume?

27  THE WITNESS:  Uh-huh.

28      Q.   You agree with that?

THE WITNESS:  Yeah, yeah.  It's what they say.  I was just wondering, of course.

Q.   So if you go back to Table 2, the authors found that sardines in Spain that they tested contained between 12.1 and 12.6 parts per million fluoride?

THE WITNESS:  Yeah.

Q.   They found that European anchovies that they bought in Spain contained between 21.2 and 29.6 parts per million.

THE WITNESS:  Yes.

Q.   And then they found that in common prawn, the fluoride concentrations range from 13.9 to 18.9 parts per million?

THE WITNESS:  Uh-huh.

Q.   Is that correct?

THE WITNESS:  Yeah.

### 235:1–5 (EPA's Designation)

Q. Okay. Obviously sardines and anchovies and prawns and shrimp are popular seafood items here in the Basque Country?

THE WITNESS: Yes, of course, but how much is the contribution to the total diet?

### 236:11–22 (EPA's Designation)

Q. Okay. So in your study of fluoride and IQ, would you agree that the attenuation that you found when adjusting for mercury exposure is consistent with seafood being a confounding influence in your study?

THE WITNESS: I don't know if a confounding variable in the study. I can't get that answer. But it is -- for sure, the mercury is related with their food consumption because it is part of the (indiscernible) established, and I think that it's in this article, their correlation between fish consumption and levels of mercury in blood.

### 237:7–18 (EPA's Designation)

Q. Would you agree that it's a -- certainly a plausible explanation for the attenuation that mercury adjusted causes to your results on fluoride, that it's a plausible explanation that the

1    mercury is serving as a proxy for seafood consumption and that the seafood consumption is

2    related to fluoride exposure in (indiscernible)?

3        A. So it could be a -- it could be a partial explanation, because when we adjusted those

4    levels --

5    THE WITNESS: We still found significant association.

6        A.  -- we still find significant association.

7                          **237:19-24 (Plaintiffs' Designation)**

8        Q.   So you would agree certainly that seafood is a likely confounder in your study,

9    although it doesn't explain the entire association between fluoride and IQ?

10   THE WITNESS:  Could be.  I can't deny. Can't deny.

11                         **237:25–238:8 (EPA's Designation)**

12       Q. What --

13   THE WITNESS: (Speaking in Spanish.)

14       A. Neither us nor any other authors have considered a total diet that's -- as something that

15   could explain the association, whether positive or negative. Because it's very -- the method was

16   very, very difficult because there's such a big array of variables. So it's very difficult to say

17   always because of this or this or the other.

18                          **239:7–13 (EPA's Designation)**

19       Q. So you would agree that seafood is likely to have a greater impact on the association

20   between a chemical and IQ in populations that consume very high amounts of seafood than it is

21   in populations that consume low levels of seafood.

22       A. It's possible in theory, but it's -- it's speculation too.

23                          **239:14-18 (Plaintiffs' Designation)**

24       Q.   Now, seafood is a rich source of a iodine,

25   correct?

26   THE WITNESS:  Iodine, yeah.

27       Q.   Is that yes?

28   THE WITNESS:  Yes.  Yes.

1    **239:25 – 240:9 (Plaintiffs' Designation)**

2    Now, this table here presents the correlations between fluoride and various other chemicals that

3    you measured, correct?

4    THE WITNESS:  Uh-huh.  Uh-huh.

5        Q.    Is that yes?

6    THE WITNESS:  Yes, yes.

7        Q.    And you found that iodine was positively and significantly correlated with maternal

8    urinary fluoride levels.

9    THE WITNESS:  Yes.

10    **240:17 – 242:20 (Plaintiffs' Designation)**

11        Q.    Yeah, yeah.  Given that seafood is a rich source of iodine, and given that iodine and

12    fluoride are significantly correlated with each other in your study, would you agree that -- that

13    this information supports seafood being a source of fluoride in your cohort?

14    THE WITNESS:  No.

15    THE WITNESS:  No, and I will tell you really why not.  That could be -- (speaking in

16    Spanish).

17    THE WITNESS:  I'm not saying that.

18        A.    It could be possible, but -- it could be possible, but the iodine -- the iodine source is

19    due to the fact that the -- in Gipuzkoa, the provincial council stated that all the women that were

20    pregnant had to be supplemented with iodine.  And that's -- yeah, and that's one of the iodine

21    sources.

22        Q.    Okay.  Do you --

23    THE WITNESS:  The bigger contribution of -- (speaking in Spanish).

24        A.    So the main -- the biggest contribution comes from that iodine supplement.

25        Q.    Okay.  Are you aware of any information to indicate that the iodine supplements

26    contain fluoride?

27    THE WITNESS:  No.

28        Q.    Now --

1    THE WITNESS:  The iodine supplement supplemented in -- by the physicians.  I mean, if you

2    look is a drug that is buy in the (indiscernible).

3        A.    This iodine was supplemented in the form as a drug, which was provided by the

4    Basque health system through pharmacies.

5        Q.    Okay.  So presumably it would be a purified version of iodine?

6    THE WITNESS:  Yeah.

7        Q.    In your study, you measured the total arsenic levels in the pregnant mother's urine?

8    THE WITNESS:  Yeah.

9        Q.    And total arsenic includes both organic arsenic as well as inorganic arsenic.

10   THE WITNESS:  Yes.

11       Q.    You found that urinary arsenic was significantly correlated with maternal urinary

12   fluoride.

13   THE WITNESS:  Yes.  It was a very low correlation, but it was significant.

14       Q.    Now, the vast majority of organic arsenic comes from seafood.

15   THE WITNESS:  Yeah.

16       Q.    And the organic arsenic that comes from seafood is considered nontoxic.

17   THE WITNESS:  Yes.

18                      **256:1-20 (Plaintiffs' Designation)**

19   THE WITNESS:  (Indiscernible).

20       Q.    Yes.  And can you turn to page 72?

21   THE WITNESS:  Yeah.

22       Q.    And you write here that mercury "concentrations were higher in Spanish women and

23   those with metallic dental amalgams," correct?

24   THE WITNESS:  Yeah.

25       Q.    So in your study, you found that dental amalgams contributed to the mercury levels

26   in the

27   cord blood?

28

1   THE WITNESS:  I am not saying that that doesn't contribute.  I am telling that it is a

2   contribution.  That your fish consumption is very high, probably the contribution from other

3   sources is very small.

4        Q.   But you accept that dental amalgams are --

5   THE WITNESS:  Of course.

6        Q.   -- are a source of mercury in the INMA cohort?

7   THE WITNESS:  INMA cohort and everywhere.

8                    **256:24 – 258:10 (Plaintiffs' Designation)**

9        Q.   Okay.  And if you turn to page 73, in table three, you provide the mercury levels as a

10  function of how many grams of fish a day the mothers

11  consumed, correct?

12  THE WITNESS:  Yes.  In Valencia, yeah.

13       Q.   And you find that there's clearly a strong relationship --

14  THE WITNESS:  Yes.

15       Q.   -- between seafood consumption and mercury consumption?

16  THE WITNESS:  Yes, yes, yes, yes.  It's a (indiscernible) issue in INMA cohort.

17       Q.   So -- and so in the women who ate over 90 grams of seafood a day, their average

18  mercury levels were 15.6 micrograms per liter?

19  THE WITNESS:  Uh-huh.

20       Q.   Yes?

21  THE WITNESS:  Yes.  Yes.  Sorry.

22       Q.   And -- but in the women who ate low levels of fish or no fish at all, the average

23  mercury level was still 6.7 micrograms per liter, correct?

24  THE WITNESS:  Yes, but (indiscernible) -- yeah, were -- I would be very cautious with that

25  (indiscernible), huh?

26       Q.   Right.  But, still, even in women eat relatively low amounts of --

27  THE WITNESS:  Yeah.

28       Q.   -- of fish in the INMA cohort, they still have elevated mercury levels.

1    THE WITNESS:  (Indiscernible).

2    THE WITNESS:  Yes, but I am -- this levels are relatively high levels, but I don't know if you're

3    trying to also say those levels with (indiscernible) counts or --

4        Q.   No.

5        THE WITNESS:  Okay.

6                        **259:1 - 18 (Plaintiffs' Designation)**

7        Q.   So certainly it would be a fallacy to assume that all of the mercury that you're

8    detecting in cord blood in Gipuzkoa is a result of seafood consumption.

9    THE WITNESS:  All?  Of course.  It's a fallacy, yes, of course.

10       Q.   Do you have an estimate as to what percentage of the mercury in the cord blood in

11   Gipuzkoa is a result of seafood consumption?

12   THE WITNESS:  No.  No, we don't know.  But we don't know neither here, neither in the rest of

13   the cohorts.  We know that there is a strong correlation -- a relevant correlation, a strong

14   correlation because it is difficult to get the strong correlation when we are assessing the --

15   assessing or analyzing the association between diet or items, specific items in the diet with our

16   outcome.

17                      **261:14-263:10 (Plaintiffs' Designation)**

18       Q.   But you agree that seafood contains various levels of mercury depending on the type

19   of fish.

20   THE WITNESS:  Yeah, of course.

21       Q.   And you agree that seafoods contain various levels of the beneficial elements that

22   can improve brain (indiscernible)?

23   THE WITNESS:  Yes.

24       Q.   So when doing a study where you want to understand the influence of seafood on IQ

25   --

26   THE WITNESS:  Uh-huh.

27       Q.   -- it's important to consider specific types of seafood rather than just lump it all

28   together into the one general category, seafood.

1  THE WITNESS:  It is relevant at least for the countries in which the diet is rich in fish, huh? It is

2  relevant.  That is the reason why we did this study in which we analyze the effects of IQ on other

3  neurodevelopment outcomes in relation of sea consumption -- different kind of fish

4  consumption. Sorry.

5        Q.   I've just handed you Exhibit 26, which is a study that you published in the

6  International Journal of Epidemiology in 2017, correct? (Whereupon Exhibit 26, to be later

7  marked, was referenced.)

8  THE WITNESS:  Uh-huh.

9        Q.   And this is a study titled, "Prenatal exposure to mercury and neuropsychological

10  development in young children:  The role of fish consumption," right?

11  THE WITNESS:  Uh-huh.

12        Q.   Is that -- is that yes?

13  THE WITNESS:  Yes.

14        Q.   And in this study, you found that overall, mercury had a positive association with

15  IQ.  Namely, mercury was associated with increases in IQ.  Is that correct?

16  THE WITNESS:  Yes, it is correct, in this and in other articles that have been published.  So it is

17  independent -- independent -- we find positive association if we consider mercury adjusted by

18  fish consumption, or if we consider fish consumption adjusted by mercury.  We find in both -- in

19  both -- in these two studies, that have been replicated at different ages, the same kind of

20  association, positive association.

21                **263:14-18 (Plaintiffs' Designation)**

22  In this study when you limited the pregnant mothers to those who ate less than three servings of

23  fish a week, you found an inverse association between mercury and IQ, correct?

24  THE WITNESS:  Yep.

25                **263:22–264:14 (EPA's Designation)**

26  Those mothers where you see this inverse association between mercury and IQ in this study, are

27  going to be the mothers whose mercury is coming more from nonseafood sources than seafood?

28

1    THE WITNESS: That is not clear because at the same time, we find that the -- as the -- as I told

2    you, we analyze the effect of mercury as a poison and -- and fish consumption. When we analyze

3    the effect of fish consumption, we with always find a positive association. When we analyze the

4    mercury exposure or the (indiscernible) exposure, sometimes we find this negative or inverse

5    association. But, again, when we are talking about fish consumption, we always find positive

6    association. So we cannot take in consideration this -- this few, the samples, without taking in

7    consideration that we are eating fish.

8                     **264:15-265:23 (Plaintiffs' Designation)**

9         Q.    So I want to look at the second page of your study here, which is the section titled

10   "Key Messages." Do you see that?

11   THE WITNESS:  Key messages?  The last one? Okay.

12        Q.    Page 2.

13   THE WITNESS:  Page 2.

14        Q.    The third bullet point you write, "We observed inverse relationship between prenatal

15   mercury exposure and neuropsychological development in those children whose mothers

16   consumed fewer than three weekly servings of fish during pregnancy." That's what you wrote?

17   THE WITNESS:  Uh-huh.  Uh-huh.

18        Q.    And then the next bullet point, you write, "Further studies should pay more attention

19   to the interactions between mercury and fish nutrients in order to unravel these complex

20   associations."

21   THE WITNESS:  Yes.

22        Q.    Do you agree with that statement?

23   THE WITNESS:  And newer studies have been done.  So...

24        Q.    So as you discuss in this study, you have collected not only mercury levels in cord

25   blood, but you've also collected cord polyunsaturated fat -- fatty acid concentrations.

26   THE WITNESS:  Yes.

27        Q.    And PUFA for short, P-U-F-A?

28   THE WITNESS:  Yeah.

1      Q.   And PUFA is -- are the fatty acids that are the beneficial things in fish that help

2   brain development.

3   THE WITNESS:  Yeah.

**266:4-25 (Plaintiffs' Designation)**

5   You did not include the PUFA levels as a covariant in your fluoride analysis?

6   THE WITNESS:  No.

7      Q.   And why is that?

8   THE WITNESS:  Because we didn't consider that -- that the variable has to be included in the

9   analysis.  Because we were including a lot of variables, and we don't know what's happening to

10   our mother when we are including extra and extra and extra, because in this conversation, for

11   example, you have given the opportunity of your guest appointed to how many other variables

12   could be (indiscernible) in the mother.  That is -- that is not possible on this -- to our knowledge,

13   it is not possible, and it has not been also included, this -- why that range of potential variables

14   have (indiscernible,) and all of this have no (indiscernible).  So we didn't --

15      Q.   Okay.

16   THE WITNESS:  -- do it.

17      Q.   Can you go back to your 2022 paper, table S6 on page 10 of the supplemental

18   materials?

19   THE WITNESS:  Six?

**267:12–268:2 (EPA's Designation)**

21   Would you agree that this finding is consistent with the arsenic levels serving as a proxy of

22   seafood consumption?

23   THE WITNESS: No. These are simple correlations. So this is, like, the very, very, very first

24   approach to analysis that it's going to be more and more complex. So this kind of association,

25   yes, is, okay, something that we have to consider. But to consider that finally there's association

26   between arsenic in McCarthy, we have to do a specific study to get to that conclusion. It's just --

27   for example, you find with mercury, that has something behind in your – the article that all

28

1  families in the same cohort. So you have information that you could gather or analyze altogether,

2  no, to...

**268:3-11 (Plaintiffs' Designation)**

4  Q.   In your Gipuzkoa cohort, there is a correlation between mercury in the cord blood

5  and higher IQ in the children.

6  THE WITNESS:  Yeah.

7  Q.   And that would be -- the reason for that correlation is because mercury is a

8  constituent in seafood, and the seafood is increasing the children's IQ?

9  THE WITNESS:  Could be.

**277:8-25 (Plaintiffs' Designation)**

11  Q.   Okay.  So you can put that aside. I've just handed you Exhibit 28. Do you have that

12  in front of you? (Whereupon Exhibit 28A, to be later marked, was referenced.)

13  THE WITNESS:  Yes.

14  Q.   And this is an abstract that you and your team submitted to the International Society

15  for Environmental Epidemiology in 2022.

16  THE WITNESS:  Yeah.

17  Q.   And this abstract is regarding your fluoride and ADHD analysis.

18  THE WITNESS:  Yeah, okay.

19  Q.   And I'm looking here at the section beginning with the word "Results."

20  THE WITNESS:  Yeah.

21  Q.   Do you see that?

22  THE WITNESS:  Yes.

**278:1–7 (EPA's Designation)**

24  Q. You write in the second sentence: "No association was found between maternal

25  urinary fluoride levels during pregnancy and inattention hyperactivity or ADHD score of

26  symptoms at four, eight, or 11 years." Did I read that correctly?

27  THE WITNESS: Yes.

28

1

**278:15–279:1 (Plaintiffs' Designation)**

2    Q. And you write: "Nor was any association observed when a clinical approximation of

3  the problem was used." Did I read that correctly?

4  THE WITNESS: Yeah.

5    Q. And your conclusion here is "higher levels of maternal urinary fluoride in pregnant

6  women were not associated with global measures of ADHD during childhood."

7  THE WITNESS: Uh-huh.

8    Q. That's correct?

9  THE WITNESS: Yep.

10    **279:22-283:21 (Plaintiffs' Designation)**

11  In your published study from 2023, this year, you repeat the conclusion from your abstract with

12  respect to the children at eight years.  Namely, you did not find any statistically significant

13  relationship between maternal fluoride and ADHD symptoms among the eight-year-old children?

14  THE WITNESS:  Uh-huh.

15    Q.   Is that correct?

16  THE WITNESS:  Uh-huh.

17    Q.   And just --

18  THE WITNESS:  Yes, yes.

19    Q.   And -- but in your published study, in contrast to your abstract, you found a very

20  significant relationship between maternal fluoride exposure and inattention problems among the

21  11-year-olds.

22  THE WITNESS:  Yes, we found.  Significant.

23    Q.   And for at -- for third-trimester fluoride exposure, there was an odds ratio of

24  developing inattention of 0.05.

25  THE WITNESS:  Yeah.

26    Q.   An odds ratio of 0.05 represents a 20-fold reduction in the risk of developing the

27  effect.

28  THE WITNESS:  Uh-huh.

1    Q.   Is that correct?

2    THE WITNESS:  Yes.

3    Q.   So in your abstract, you didn't find any statistically significant relationship between

4    maternal fluoride exposure and any ADHD symptoms at any age, but in your published study,

5    you find a 20-fold reduction in inattention problems among the 11-year-old children.

6    THE WITNESS:  Okay.

7    Q.   What explains the difference in results here?

8    THE WITNESS:  The results are very similar.  The interpretation is different, and it's different

9    because it's a slight change, like in the previous analysis that we have been seeing when we

10    adjusted by this variable.  Because you can see that in the (indiscernible,) for example, you have

11    beta values of 0.16, 0.3, 5.  So values are very, very low, but they're very close or very similar to

12    those that you can find in Table 3. What happened, that these analyses again that we sent to the

13    congress for -- were analyses that were all on progress -- in progress.  And we finally reach or we

14    get our final results that have been published, and there are slight – slight because here also the

15    values of the beta are very -- are showing that there is positive effect.  I mean, the higher the

16    exposure, the lower this cause.  So the less symptoms related with particular activity,

17    inattention, or ADHD index. So the difference between -- between this beta values and this beta

18    values are very small.  The difference is that here, in some of them, now we can see that there are

19    statistical significance.

20    Q.   So in Table 3 in your published paper --

21    THE WITNESS:  Yeah.

22    Q.   -- you present the results in terms of odds ratio as well as in terms of beta values?

23    THE WITNESS:  Yeah.

24    Q.   Okay.  The .05 is an odds ratio, not a beta --

25    THE WITNESS:  Yeah.

26    Q.   So --

27    THE WITNESS:  But it is the same with -- with your ratio.  Not here, but it is the same or -- this

28    parallelism between the beta values and the (indiscernible) ratio values, even if not included in

1 | this abstract.

2 |     Q.   Well, I'm looking at your -- the beta value that you published in Table 3 of the

3 | published paper.

4 | THE WITNESS:  Uh-huh.

5 |     Q.   The beta value for inattention problems for --

6 | THE WITNESS:  Okay.

7 |     Q.   -- third trimester fluoride is negative .74.

8 | THE WITNESS:  Yeah.

9 |     Q.   That does not seem similar to a beta value of .16.

10 | THE WITNESS:  But you can also see that there is 0.03, so there is -- this -- when we are

11 | watching week 12, in general -- in general, there is -- okay.  This is a previous analysis, and these

12 | are the last results.  And we found these results showing that there could -- that there are some

13 | significant differences in relation with fluoride, in – related with cognitive problem and

14 | inattention. So, yes, it is a change in the beta values, but we -- we consider that it was an abstract

15 | that we send with previous analysis showing that we didn't found any significant association that

16 | was in the same direction of the result that we found with cognitive functions.  And here, we are

17 | showing, more or less, the same.  Unless there are some significant results.

18 | **283:24-284:6 (Plaintiffs' Designation)**

19 |     Q. Is it your testimony that when you're reporting beta values in your abstract, that that is

20 | the same thing as an odds ratio?

21 | THE WITNESS:  Beta value?  No, no, no, no. I misunderstood this result.  So I am telling that

22 | because I consider that this were a ratio.  No, no. Here we have beta values, and the beta values

23 | are here.  So sorry.

24 | **284:16-285:21 (EPA's Designation)**

25 |     Q. So you have a -- in your abstract, you're reporting an increase, albeit not statistically

26 | significant, in ADHD symptoms, but then in your published paper, you're reporting a decrease in

27 | the symptoms, both with the beta values as well as the odds ratios. THE WITNESS: Negative

28 |

1  with beta values. Not significant. But here, and a lower of ratio when we are considering the

2  categorized -- when we categorized the variable in terms of a clinical approach, yeah.

3      Q. And so I -- my question for you is, what led to this difference in results?

4  THE WITNESS: Because it was a -- it was a first approach that we just sent to to the congress

5  just to -- to -- to -- to show that we are -- that we were in the line, that we were not finding a negative

6  association. I mean, the higher the fluoride, the higher we are -- we were not finding a positive

7  association. The higher fluoride, the higher the symptomatology. That we were in a neutral

8  position. But when we finished, final results are this.

9      Q. I understand --

10  THE WITNESS: We were not trying to find that there -- to find definitely and a specific positive

11  association, but it was -- does appear, and that was -- that was the reason why supplemented that

12  information with different tables, just to provide information that the results were consistent

13  independently of our consideration of other covariants in the model.

14                      **285:22-289:19 (Plaintiffs' Designation)**

15      Q.   Okay.  So, so far I understand what you're saying --

16  THE WITNESS:  Yes.

17      Q.   -- is there's different results --

18  THE WITNESS:  Yeah.

19      Q.   -- because they represent different analyses.

20  THE WITNESS:  Yes.

21      Q.   I understand that.

22  THE WITNESS:  Yeah.

23      Q.   But now my question is, can you provide any explanation as to what caused a

24  different result in terms of what -- what aspect of the analysis changes the results?

25  THE WITNESS:  The main question and the reason why we -- I don't remember at what level we

26  were here, just here, but we tried to analyze the association, considering symptomatolgy as a

27  continuous variable, just as a continuous variable. And considering that variable as a categorical

28

1    variable.  The categorical variable, we used that categorical variable when we -- where now –

2    where approach is more clinical.  We don't want to measure the amount of symptomatology that

3    is relevant for the (indiscernible), but just to -- to consider if this child is very close or could be

4    suffering from this diagnosis, from ADHD or one of the related disorders.

5          So this part of the table is new, doesn't appear here, and we were just analyzing the data,

6    and analyzing the data just to get to our conclusion in relation to the clinical approach.  And the

7    same -- the same analysis when -- for the continuous variable.  I mean how much symptoms does

8    this child present of inattention, hyperactivity, or of ADHD index of the three different disorders

9    or ways to -- way to categorize the ADHD.

10         Q.   So –

11   THE WITNESS:  Preliminary results, final result that is.

12         Q.   So one of the things you just said is that in the abstract, you --

13   THE WITNESS:  Yes.

14         Q.   -- had not calculated odds ratios; is that correct?

15   THE WITNESS:  Yes.  I don't -- I don't see odds ratios here, and I remember that the -- that the

16   use of the criteria and what of the criterias could be -- could better fit to our hypotheses or to our

17   problem for us to be used definitely as a problem with our result.

18         So the first approach was in a typical way in which INMA, we analyzed this association

19   between environmental exposure and outcome, that it is to use this disorder or cognitive domains

20   in a continuous way.

21         The other thing that we do, when we have enough sample -- and we were in the border to

22   get that, but we tried -- was just to categorize and to have a more clinical approach, that gives –

23   approach gives more information from the clinicians, also from the point of view of public

24   health, of course, about the possible variables related with that.

25         Q.   Okay.  So when you say the "clinical approach," that's what you're talking about, the

26   odds ratio?

27   THE WITNESS:  Yep.  Yes, because we --

28         Q.   Because you're categorizing --

1    THE WITNESS:  Yeah, here we are categorized, yeah.

2          Q.    So are there any different covariants that were included in your 2023 analysis that

3    were not included in your 2022 abstract?

4    THE WITNESS:  I don't remember that for sure.

5          Q.    Okay.

6    THE WITNESS:  For sure.  We include more information here, and different because we are

7    continuously redoing the analysis just to get to a final model that is consistent, doesn't change,

8    because we are including any other variable that comes out of the blue.

9          Q.    What covariants, if any, did you adjust for in the 2023 study that you did not adjust

10   for in your --

11          (Indiscernible crosstalk.)

12   THE WITNESS:  No, I can't tell you.  I can't -- I can't tell you.  I don't -- I don't remember.  No, I

13   can't tell you.

14          Q.    Okay.  Did any of the covariants that you adjusted for in 2023, did they, like, have a

15   significant impact on the results?

16          Like, for instance, can you recall any new covariant that you adjusted for as part of the

17   2023 study that had a significant influence on the association between fluoride and inattention?

18   THE WITNESS:  No, I can't tell you.

19          Q.    And you're -- and it's fair to say –

20   THE WITNESS:  I can't say.

21                         **291:8-25 (Plaintiffs' Designation)**

22          Q.    Okay.  So you had the same number of mother/child pairs for the eight-year-old and

23   11-year-old analysis in your abstract as you did for your published --

24          (Indiscernible crosstalk.)

25   THE WITNESS:  Probably.  Variably 257 now and 256 because the variable that you are

26   including in the final model is not -- you don't have that information or –

27          Q.    Okay.  So --

28   THE WITNESS:  We are talking about the same probably.

1    Q.    So is it fair to say that whatever the explanation is for the difference in results

2    between the 2022 abstract and the 2023 paperwork, it's not a result of a difference in sample size.

3    THE WITNESS:  No.

4    Q.    "No" as in its sample size

5                        **293:2-294:22 (EPA's Designation)**

6    Q. So do you think a 20-fold reduction in ADHD symptoms is a plausible result of

7    maternal fluoride exposure?

8    THE WITNESS: Again, this is not -- this is our -- these are our results, and this is what our

9    analysis expression -- the final expression of our analysis. I could say that it is difficult -- we are

10   following the same argument of criteria or the theoretical line of contribution of the discussion

11   that we have previously been talking about or using when we were talking about

12   neurodevelopment. That, our focus, our main intention or aim was to give an approach if there --

13   if there was positive or a negative association. So the number, exactly the number of the odds

14   ratio, if it is --because it can be transformed to be 20 instead of 0.05. It is -- you have to reword

15   the sentence that you are using just to say that the -- the ratio of not being -- okay.

16   Q. So we -- at trial in this case, if you were asked is this a biologically plausible result,

17   would you answer yes or no?

18   THE WITNESS: We are just replicating the same, the same, the same, the same, the same.

19   I think that there is a methodological basis to consider that exposures to low levels of fluoride

20   could (indiscernible) protected because this result is maintained and it doesn't come out of the

21   blue.

22   Q. Okay.

23   THE WITNESS: When we consider other analysis, other sensitivity analysis, and we still can see

24   that the odds ratio are low, and significant in this case, but also low for hyperactivity and also

25   low for ADHD. So that is what is relevant for me. I know that you prefer the -- but science is a

26   little bit complex. And to say to me yes or no, it's something that -- not in this case. Not in this

27   case. It is contents-dependent, the contents -- (indiscernible). In this case, we find this -- by the

28   way, the association between fluoride and ADHD or other cognitive or neurodevelopment

1   problems is not as clear or is not as supported as the association between fluoride in urine and

2   neurocognitive development, because there are many neutral known association between fluoride

3   and cognitive or ADHD.

4                    **295:6-296:6 (Plaintiffs' Designation)**

5          Q.    Okay.  So are you aware of any other chemical that can reduce the odds of

6   developing --

7   THE WITNESS:  This is --

8          Q.    -- ADHD symptoms by 20-fold?

9   THE WITNESS:  No.

10         Q.    In your -- in your 2023 study, you do not provide an analysis where you stratify the

11  kids into fluorinated areas versus nonfluorinated areas?

12  THE WITNESS:  No, because it was not asked by the -- by the reviewers, and we didn't consider

13  that was -- that was something relevant for our study.  We did it just because their reviewer

14  asked -- asked to do in the first article.  And they were not asked to do in this second article

15  probably because they use the information of the previous one and of the former one that we

16  have been -- that you have been commenting, and they have enough information to consider,

17  okay, we can consider that this study has an epidemiological approach and a

18  methodology that is consistent.

19  Can we argue about the final result of the number that we -- that we can see related with beta

20  value, with odds ratio, with cognitive function? That for me is secondary, and I will not defend

21  that the value is 20 or 0.05.  That is not my -- it is not what I think that it is supposed for me to

22  do.

23                    **297:1-298:7 (Plaintiffs' Designation)**

24         Q.    You don't recall doing any type of analysis where you checked internally to see if

25  fluoridation status was influencing your results on the ADHD analysis?

26  THE WITNESS:  No.

27         Q.    Okay.  So in your 2023 ADHD study, you do not provide any discussion about the

28  impact of creatinine adjustment on the results, correct?

1    THE WITNESS:  Don't remember but probably, yeah, because --

2         Q.   I --

3    THE WITNESS:  As I tell you, as I have been saying and saying and saying, it is what is

4    supposed to do.

5         Q.   Well --

6    THE WITNESS:  So to include that in the discussion, nobody asked, and we don't consider that

7    it is -- have to be part of the discussion.  It is the most relevant part of the -- of the article, either

8    methodology and the result are -- the result are a consequence of that appropriate methodology.

9         Q.   Right.  So did you internally --

10   THE WITNESS:  Yeah.

11        Q.   -- do any kind of analysis to see if adjustment for creatinine was influencing the

12   association between fluoride and ADHD?

13   THE WITNESS:  Know for sure that we didn't, because we consider -- if we have to use the

14   measurement of adjusted by creatinine, so we (indiscernible).

15        Q.   Sure.

16   THE WITNESS:  No.

17                    **303:14-304:7 (Plaintiffs' Designation)**

18        Q.   Okay.  Now, your department --

19   THE WITNESS:  Okay.

20        Q.   -- Department of Environmental Health, oversees the water fluoridation program in

21   Basque?

22   THE WITNESS:  Yeah.

23        Q.   So --

24   THE WITNESS:  Not only then, the water treatment plants are these -- by law they have to

25   analyze it daily, and they have to keep registers of fluoride, specifically of fluoride.

26        Q.   Okay.  So if a -- if a city is adding fluoride to the water --

27   THE WITNESS:  Yeah.

28        Q.   -- the law requires that it, on a daily basis, measure the fluoride levels in the water to

1    make sure they're at the appropriate –

2    THE WITNESS:  Yes.  And there is very sophisticated equipment that maintain the level of

3    fluoride, that cannot be above this or below this.

4                        **305:4-306:12 (Plaintiffs' Designation)**

5          Q.    Now, we are here today in San Sebastian.

6    THE WITNESS:  Yeah.

7          Q.    You live in San Sebastian?

8    THE WITNESS:  Yes.

9          Q.    Do you work in San Sebastian?

10   THE WITNESS:  Yes.

11         Q.    Okay.  Now, I looked at the website --

12   THE WITNESS:  Yeah.

13         Q.    -- and it shows the depart -- the Basque government website –

14   THE WITNESS:  I know.  I see what reference (indiscernible).

15         Q.    -- and it shows that over the past few years, San Sebastian has stopped adding

16   fluoride to its water.

17   THE WITNESS:  Yes, yes.

18         Q.    Are you aware of that?

19   THE WITNESS:  Yeah, yeah, yeah, yeah.  I know.

20         Q.    Okay.  And every single town in the Basque area that used to add fluoride to the

21   water has stopped adding fluoride.

22   THE WITNESS:  Yeah, it did.  Yeah.

23         Q.    When did that -- when was that decision made to end fluoridation here in Basque?

24   THE WITNESS:  Okay.  At this point, I am not a representative of the Basque government here

25   in this deposition, so I am not going to give more explanation about this.

26         Q.    Okay.  Let -- let's --

27   THE WITNESS:  Because it –

28         Q.    Because what?

1    THE WITNESS:  It could be very difficult for me personally, okay?  But --

2                         **306:13–16 (EPA's Designation)**

3         Q. But let -- I'll just -- let's see if we can bypass that issue. You're aware --

4    THE WITNESS: Okay

5                    **306:15-307:20 (Plaintiffs' Designation)**

6         Q. You're aware –

7    THE WITNESS:  Okay.

8         Q.    -- that in the past few years, all of the --

9    THE WITNESS:  Yes.

10        Q.    -- municipalities --

11   THE WITNESS:  Last three years, more or less.

12        Q.    All of the municipalities in the Basque area have stopped adding fluoride --

13   THE WITNESS:  Yeah.  Yes, yes.  It's public.

14        Q.    And why -- why has -- why has the Basquearea decided to stop adding fluoride to

15   the water?

16   THE WITNESS:  You have to ask the government.

17        Q.    So since –

18   THE WITNESS:  Nothing -- nothing related with our results, I can assure.  Nothing.

19        Q.    So now -- as it stands now, there are no communities in Spain that --

20   THE WITNESS:  No.

21        Q.    -- fluoridate their water.

22   THE WITNESS:  No.  Maybe there is a plan that they continue fluoridating -- one of the few that

23   was out of the Basque Country, but probably no one.

24        Q.    You're not aware as you sit here today of any community in Spain that still adds

25   fluoride to its water?

26   THE WITNESS:  No, no, no.

27                    **308:4-309:8 (Plaintiffs' Designation)**

28

1      Q.   Spain has a Freedom of Information Act law where certain documents written by

2   government officials are accessible to the public.

3   THE WITNESS:  (Witness nods head up and down.)

4      Q.   Are you aware of that?

5   THE WITNESS:  Uh-huh.

6      Q.   Is that a yes?

7   THE WITNESS:  Yeah, yeah -- yes.  Sorry.

8      Q.   And so citizens here in the Basque Country can submit Freedom of Information Act

9   requests to get communications from public health officials.

10   THE WITNESS:  Yes.

11      Q.   And in the early part of 2021, a Freedom of Information Act request was submitted

12   to obtain some of your communications regarding the INMA study.

13   THE WITNESS:  Are you serious?

14      Q.   Yes.  Are you aware of that?

15   THE WITNESS:  Yes, I am.

16      Q.   Okay.  But the –

17   THE WITNESS:  I don't know if we are talking about the same thing.

18      Q.   Okay.  But the Department of Health never produced any communications in

19   response to that --

20   THE WITNESS:  Do you know what was the -- the -- what they were asking for?

21      Q.   Yes.  I do.

22      And are you aware --

23   THE WITNESS:  I feel proud of the decision.

24                        **309:9–19 (EPA's Designation)**

25      Q. But you --

26   THE WITNESS: I don't know if we're talking about the same, because I would like to be precise

27   about what they were asking.

28      Q. What decision are you referring to?

1   THE WITNESS: I don't know. I want -- the question comes from you, so I would like to know

2   what he or she was asking.

3        Q. But would you agree that at no point --

4   THE WITNESS: But it is not related, what were you talking about.

5                          **309:20-25 (Plaintiffs' Designation)**

6        Q.   Right.  You would agree though, that at no point in time has the Department of

7   Health produced any of the communications that were requested.

8   THE WITNESS:  Sorry?  I would like to be precise with this inform -- related to me.

9                          **310:2-17 (Plaintiffs' Designation)**

10       Q.   Yeah.  The Department of Health has not released any of your communications

11  regarding the INMA study in response to this Freedom of Information request?

12  THE WITNESS:  No, no, no, no.  No, no, no. That was not the point of this -- please, could you

13  be more precise?  Because I am not talking about that.

14       Q.   Okay.  And I've just handed you a document dated --

15  THE WITNESS:  Yes.

16       Q.   -- June 24th, 2021.

17       Do you see that?

18         (Whereupon Exhibit 28B, to be later marked, was referenced.)

19  THE WITNESS:  Yes.

20                         **310:21-311:8 (Plaintiffs' Designation)**

21       Q.   And have you seen this document before?

22  THE WITNESS:  Of course.

23       Q.   You have read it before?

24  THE WITNESS:  Yes.

25       Q.   Okay.  I'm going to provide a translation of this document which I'll mark as Exhibit

26  29.

27       Now, I want to direct your attention to this -- if you turn to page one of the document.

28  Right here.

1       (Whereupon Exhibit 29, to be later marked, was referenced.)

2  THE WITNESS:  Yes, but I asked you to be explicit about the information that he was asking.

3         **311:15-21 (Plaintiffs' Designation)**

4     Q.   Well, can you read what the highlighted portion there says on page 2?

5   THE WITNESS:  Yes.  (Speaking in Spanish.)

6     Q.   So can you -- can you just stop right there so we can have that translated for the

7  record?

8  THE INTERPRETER:  Okay.  Can I have the certified translated part, please?

9        **311:25-312:24 (Plaintiffs' Designation)**

10  THE WITNESS:  Okay.  So you want me to sight translate?

11  MR. CONNETT:  Yes.  Number two.

12  THE INTERPRETER:  Okay.  So all written communications with nongovernmental employees

13  on the fluoride INMA study in which Jesus Ibarluzea is addressee or a -- a recipient.  Recipient.

14  MR. CONNETT:  Okay.

15     Q.   So what the request was for is for any of your communications with

16  nongovernmental employees regarding the INMA stuff, correct?

17  THE WITNESS:  Yes and no, because we sent all the information that had been published or

18  encompasses or published in journals.  But they were not asking that -- for that.  They were

19  asking for private emails that I could be writing to someone that not belonging to the

20  government.  So that is private information, just in case that information is seized.  So it was the

21  answer by -- (speaking in Spanish).

22     A.   So this -- so this had moved forward or continued forward, I would have sued the

23  Basque government, because this is very clearly my own information.  It's not information that

24  goes beyond my own personal scope

25        **312:25–313:21 (EPA's Designation)**

26     Q. Okay. Now, who -- what institution wrote this document here which we see as Exhibit

27  28?

28

1   THE WITNESS: He must be the person in charge of the communication with -- with the

2   (indiscernible). You have -- I can't recall the window where you send -- you ask for information

3   in relation with whatever you want, of course.· But the question here, arising here, was that it

4   was clear not the information that was published or was officially signed or presented or

5   defended anywhere. They were asking for specific information emails related in which I was in

6   contact with anyone, not related with the (indiscernible) government, not related with -- it was

7   personal communication.

8        Q. But this document here is written by the Basque Commission for Access to Public

9   Information.

10  THE WITNESS: Yeah, and they say it is --was not part of the -- of the public information

11  because -- it was not public information because it was not been signed as a public information.

12  All the information -- all the public information was spread. I send this to -- all the articles to this

13  –

14                    **313:22-315:23 (Plaintiffs' Designation)**

15       Q.   But the Basque Commission for Access to Public Information ordered the

16  Department of Health to release these communications.

17  THE WITNESS:  Yes, but they – they finally say that, no.  No.  That there are other -- other

18  reports or other statements saying that it is not going to be -- nobody is going to enter into the

19  information in my computer to send information, personal information, in which I can be talking

20  about my wife --

21       Q.   No.

22  THE WITNESS:  -- for example -- so that was the final decision, not that I -- because when --

23  when talk --

24       Q.   So –

25  THE WITNESS:  And we send all the information that had been published.

26       Q.   So --

27  THE WITNESS:  All the final results or whatever we -- is -- what is the reason behind of

28  being here?

1     Q.    So you -- you appealed this decision by the Basque Commission for Access to

2  Public Health -- for Access to Public Information.

3         You appealed it?

4  THE INTERPRETER:  (Indiscernible).

5  THE WITNESS:  No, formally, but before I received this, it was -- it was sent to the -- to the

6  delegation.  I don't want to talk about this because I have to talk about the interrelations with my

7  Basque government, with my books, and I don't want to make them -- to put them on the table.

8  Just -- it is not because I have to hide anything, but it is not -- it is a personal issue that this is

9  behind this. They are -- they were asking not for the information. They have all, all, all,

10  everything.  Other reports of -- they call me just for other things to give information.

11     Q.    But to be fair --

12   THE WITNESS:  I would like to know what is behind this?  That is the relevant issue.  What's

13  behind this?

14     Q.    I -- they -- this, for your request, this Freedom of Information Act request, it's not

15  asking for your -- emails with your wife.  It's --

16  THE WITNESS:  Yeah.

17     Q.    -- not asking for personal information about personal things.

18         It's asking about your communications specifically related to the INMA stuff, correct?

19  THE WITNESS:  Yes, but we send all that information, and it was not what he wanted.

20                     **315:24–316:17 (EPA's Designation)**

21         Q. Well, you sent -- (Indiscernible crosstalk.)

22  THE WITNESS: Well, that --

23         Q. -- abstracts of --

24  THE WITNESS: Maybe.

25         Q. -- published papers.

26  THE WITNESS: Just all that had been published, or, for example, it can include report that is

27  asked for me to be done by the director of public health.· So those final reports or articles or

28  publication or whatever, or presentation, all is available for everyone.· Because I --

1      Q. So --

2    THE WITNESS: I clearly think that it is our duty to send that information.· But he was not

3    asking for that.

4      Q. He --

5    THE WITNESS: So he continue and continue and continue.

6                          **316:18-317:25 (Plaintiffs' Designation)**

7      Q.   His request would have included emails that you had with, for example, the CDC or

8    the American Dental Association.

9             (Indiscernible crosstalk.)

10   THE WITNESS:  No, no, no, no, no.  Because probably -- because probably --

11     Q.   That would have come within the scope of what he was requesting, right?  If you

12   had emailed with American Dental Association or the CDC, this Freedom of Information Act

13   request would have obtained those --

14            (Indiscernible crosstalk.)

15   THE WITNESS:  I don't -- I don't have to inform nobody if I have receive an email from – from

16   CDC.  This -- no?  Not at all.  Or if I have receive something asking me from -- I don't know,

17   from -- from the environmental ministry of Andalusia just a question that they are asking me.

18   Do you know something -- if these people knows about this issue? No, no.  No, no.  I don't have

19   to give that information.

20          I have to keep all the information related with something that has been worked in the

21   health department.  This articles that have been done in the University (indiscernible) or

22   Gipuzkoa (indiscernible,) is part of the Basque government and part of the university, so our

23   group is very diverse. They go to many different -- and we get the money not from the

24   government.  We get the money in the European calls or in the Spanish calls, to get the money.

25   So -- but even –

26   MR. ADKINS:  We're at time.  We're over time.

27                          **319:1-5 (EPA's Designation)**

28     Q. You're here voluntarily?

1    A. Completely.

2    Q. You're not being paid by EPA or the United States government to testify in this case,

3    correct?

4    A. No.

### 320:6-328:8 (EPA's Designation)

6    Now, Mr. Connett asked you some questions about seafood and whether seafood

7    consumption is a potential confounder. I just want the record to be clear. Do you believe that

8    seafood consumption is a potential confounder to the results of your IQ study?

9    A. No.

10   Q. And why is that?

11   A. Because I think -- I really think that we consider to do -- to (indiscernible) with this

12   study, we first, before we analyze the different studies that have been carried out, and I --(Court

13   reporter request.)

14   A. That we take into consideration the different studies that have been carried out

15   previously. So we used the information provided by BASHA or by Green or by other officers or

16   principal investigators of these studies. We considered or we tried to use the information

17   available if it -- if it was possible, if it was possible almost for all the variables. We include all

18   the more also relevant variables. We include also the IQ of the mother that

19   has not been considered in other studies. And it is very relevant because part of the -- of the IQ is

20   -- has a biological basement. In any of this studies was diet included on -- we didn't consider

21   because, again, it is very difficult to try to include diet as what -- as the different kind of fishes

22   and -- no. It's -- I do say that in the future, as you -- we have to go a step by step, and we could

23   do an analysis including the potential interaction between what consumption toxicants related

24   with consumption on IQ. But it is beyond the scope of this article to take consideration diet,

25   because you have to take in consideration of diet as a whole. Many different variables related to.

26   So that would be another study. Interesting?· Of course, but it is a specific situation probably.

27   We are in the upper level of fish consumption. I don't know if I am answering to the --to the -- to

28   the questions because I might be repeat. Exhausted.

1    Q. I understand. I understand. So you also ran a regression analysis based on data you

2 collected for mercury and cordblood, correct?

3    A. Yeah.

4    Q. And -- and would it be fair to say that the mercury data is a surrogate for a control for

5 seafood consumption assuming that's a confounder in your --

6 MR. CONNETT: (Inaudible.)

7    A. A surrogate. A surrogate. Not index or indicated, but a proxy in our case would be.

8    Q. Okay. And how could it be a proxy for seafood consumption?

9    A. Because in our INMA study, not only in Gipuzkoa, in general, in all, of course, there

10 is a correlation between seafood consumption and the different kind of sea consumed and

11 mercury in blood.

12    Q. So shifting to the lead analysis in your IQ study. Now, based on the methodology that

13 your lab employed and the techniques that they had available to them, the lab could not detect

14 lead in cord blood below two micrograms per deciliter --

15    A. Per deciliter.

16    Q. -- is that correct?

17    A. Yes.

18    Q. Now, do you believe this is a -- this inability to detect lead below that level is a

19 weakness in your study?

20    A. It's not a strength.

21    Q. Okay.

22    A. Obviously, I would like to -- I would prefer to have used one macron that is a limit of

23 quantification, but we have that information. It's as simple as that. In cohort analysis or studies,

24 you spend a lot of money doing different things. And some of them -- for some of them, you

25 have more precise information. That probably means that you have spent more money to get the

26 information about that variable. Spent, for example, a lot of money in relation with home, with

27 the (indiscernible) that we use to analyze the quality of the -- of the family context. But we're just

28 out of money. And people analyzing different -- different information. In this case, it was

1   available, this technique, so we decided, hoping -- hoping that them values were, most of them,

2   below that and was what happened at the end. So probably our distribution is -- no, not probably.

3   I can't -- I can't -- I am speculating again. But as the present date of subjects with levels above

4   two or, like, seven percent, eight percent, I don't remember exactly, you can just separate what

5   could be a distribution. So our mean levels are low. But lead is relevant wherever it is, huh?

6        Q. And would this inability to detect lead at lower levels -- is that a valid reason for a

7   scientist to set aside the results of your study?

8        A. Sorry?· To say that --

9        Q. Would it -- would it be -- is the inability to detect lead below this level --

10       A. Uh-huh.

11       Q. -- is that a valid reason for a scientist to set aside the results of your study?

12       A. No, because if you --

13       A. -- use the BASHA and, I think, Green, too, but -- I don't know exactly. This researcher

14   also just adjust for all the potential neurotoxicants or toxic in blood or urine or whatever they --

15   and they don't change the association between fluoride measure in urine and cognitive

16   development, but where the measure is GCA or IQ or verbal IQ or FSC8 or -- no, no reasonable

17   something that you could say no, okay, with this information because -- no.· No, no, not that.

18       Q. You answered some questions about an abstract in a poster --

19       A. Correct.

20       Q.-- that you prepared before your IQ study was published. Do you remember those

21   questions?

22       A. Yes. And this has happened with the first article and with the second article we have.

23   We sent information, were asked for oral presentation in different congress that -- that use or

24   show information that were former and that preliminary analysis of the -- of the -- of the study,

25   the final study.

26       Q. Let me just focus you on the IQ --

27       A. Yeah.

28

1       Q.-- study for now. And we saw that the abstract and the paper referred to additional

2   subcohorts, in addition to the Gipuzkoa --

3       A. Yeah.

4       Q. -- subcohort. And we heard from you a little bit, your testimony, about why the

5   published paper only included one subcohort. Could you explain why the abstract in the paper

6   included the larger number of subcohorts?

7       A. Because it was on a regional and very preliminary analysis in which we include

8   because we offer the opportunity to have any kind of information in a low amount of samples

9   about fluoride in urine. So we just -- we use that information back as we obtain positive results,

10  that it was surprising for us -- we said okay, we have to do it in the proper way or in the better

11  way, using the better methodology or -- and so we decided to do it just in Gipuzkoa because it's

12  the only place or the only cohort in which you can find with the same socioeconomical,

13  environmental -- I mean (indiscernible) with other potential variables, environmental variable.·

14  We gathered the same subjects from that context. We are not adding more noise coming from --

15  from the diverse situation in other cohorts related mainly to socioeconomical position. And also

16  with other variables, but mainly with socioeconomical position.

17      Q. And in the published IQ study, which only had the data and the analysis for the

18  Gipuzkoa cohort, were the results of the published IQ study inconsistent with the results reported

19  in the abstract for the poster?

20      A. No, no.

21      Q. And why is that? They were different.

22      A. They were different but not inconsistent. Inconsistent for me, when you are doing, for

23  example, a (indiscernible) of the reject or -- or any kind of analysis or (indiscernible) of

24  (indiscernible) yeah, you analyze consistency or great diversity among the results. When you

25  have, let's say, zero, and you have results in the positive side and results in the negative side, but

26  when you -- you can't have diversity of results but all in one side, and given if they are diverse,

27  you can use all of them and summarize because they are showing that there is a positive or a

28  negative association that is consistent, even if the result can change the number that you're

1   comparing the odds ratio value is different in one as to another. So for me, the relevance, as I

2   was talking before when we were talking with Michael, the consistency is that we get a positive

3   relation, significant for many of the domains related with cognitive function at the age of four,

4   independently of considering the basic variables of the basic table, or the sensorial table, the

5   table number three in our results, or adjusting or taking in consideration or (indiscernible) the

6   data by this or that or do all the variables. So the general picture, again, gives us the same

7   information. We are not focusing on the exact value if it is three, 13, or eight.

8                              **329:19–330:11 (EPA's Designation)**

9          Q. Could you turn to Exhibit 20 if you -- if you have that in your stack? 2-0.

10         A. 2-0?

11         Q. Yes.

12         A. Okay.

13         Q. This is the study by Rosa Ramon.

14         A. Okay. Yeah.

15         Q. Okay. And counsel asked you some questions about this -- this study during your

16   deposition. Do you remember that?

17         A. Uh-huh.

18         Q. Okay. Now, the reporting and the analysis in this study, Exhibit 20, is focused on one

19   of the subcohorts of the INMA study, correct?

20         A. Yes.

21         Q. And that's the Valencia subcohort?

22         A. Yeah.

23                              **330:23–332:18 (EPA's Designation)**

24         Q. Okay. Why don't -- maybe I could take you to Table 1 --

25         A. Okay.

26         Q. -- in the study. It's on page 73.

27         A. Uh-huh.

28

1    Q. And you were talking about this at your deposition. So this table -- and you tell me if

2    I'm wrong here -- appears to be reporting data based only on the Valencia cohort?

3    A. Yes, yes.

4    Q. Okay. And so when you were answering questions about the data that's reported in

5    Table 1, it was only the data for --

6    A. Yes.

7    Q. -- Valencia?

8    A. Yes. The specific question were related to the table he -- that Michael was asking me

9    to answer.

10    Q. Okay. And is the same true as the questions you were asked about Table 3?

11    A. Yes, yes. Of course.

12    Q. Okay. And then turn with me to page 74 under Discussion.

13    A. Yes.

14    Q. And there was a highlighted sentence that starts --

15    (Indiscernible crosstalk.)

16    A. Table 4?

17    Q. -- cohort? This is --

18    A. Or this segment.

19    Q. I'll start over again. It's -- it's page 74.

20    A. Yeah.

21    Q. And it's under point four --

22    A. Yeah. Okay.

23    Q. -- Discussion, that highlighted sentence that starts, "In our cohort." Do you remember

24    reading that with Mr. Connett during your deposition?

25    A. Okay. (Indiscernible).

26    Q. Yes. And so this -- this sentence is referring to the Valencia subcohort, correct?

27    A. No cohort, yes. No cohort means in Valencia.

28

1      **332:20-338:24 (EPA's Designation)**

2    Now, if you could turn to Exhibit 17. Okay. Do you have Exhibit 17 with you?

3          A. Yeah.

4          Q. And I want you also to pull up Exhibit 2, the email chains with Ms. Taylor.

5          A. No.

6          A. Here.

7          Q. And also if you could pull up Exhibit 1.

8          A. Exhibit 1.

9          Q. This is your IQ study.

10          A. Okay. (Inaudible discussion.)

11    THE WITNESS:· No?

12          Q. Okay.· So you're at Exhibit 1, Exhibit 2, and Exhibit 17, generally in front of you

13    somewhere.

14          A. Yes. Or around.

15          Q. Great.· So Mr. Connett asked you to verify some of the data points that were in

16    Exhibit 17 using the data from Exhibit 1 and Exhibit 2. Do you remember that?

17          A. Uh-huh.

18          Q. Okay.· I want to ask you a little bit more about the data points that are represented in

19    the Exhibit 17. So first, if you could turn to Table S7 in your IQ study. That's Exhibit 1.

20          A. Yes.

21          Q. And that's on page 11. If you look at the GCI data for girls --

22          A. Yes.

23          Q. -- maternal urinary fluoride creatine adjusted at pregnancy --

24          A. Yes.

25          Q. -- the new -- the digit there is negative .02. Do you see that?

26          A. Uh-huh.

27          Q. Is that statistically significant?

28          A. No.

1      Q. Okay.· And so when, in Exhibit 17, this data point negative .02 for girls, that -- that

2  data point there is not statistically significant, correct?

3      A. Here, I have to -- no.

4      Q. Let me withdraw the question because --

5      A. No, no, it's here.

6      Q. -- I might have confused you. So going back to Exhibit 17, I'm looking at the negative

7  .02 --

8      A. Yeah.

9      Q.-- represented in this bar graph. That data point is not statistically significant, correct?

10      A. No.

11      Q. Okay.· So let's also go to the Taylor email that's --

12      A. Yes.

13      Q. -- Exhibit 2.

14      A. Yeah.

15      Q. And if you could turn to --

16      A. There's 3.75, but it's here and here.

17      Q. You're way ahead of me. So I'm on page NIEHS 375, and I'm looking at the data --

18      A. Yeah.

19      Q. -- that's negative --

20      A. Yeah.

21      Q. -- 3.75 --

22      A. But the interval includes positive results and not only a few.· It's a wide interval so the

23  results are not significant.

24      Q. Okay. And how about for the .11 for the boys?

25      A. Neither. Neither.

26      Q. Is that statistically significant?

27      A. No.

28      Q. Okay.

1          A. Not at all.

2          Q. So if we look back at Exhibit 17, the .11 and negative 3.75, those data points are not

3    statistically significant?

4          A. Not at all.

5          Q. So based on my read of this, it looks like three of the four data points here are not

6    statistically significant; is that right?

7          A. No.

8          Q. Okay.· Now --

9          A. This only for boys.

10         Q. Only for boys in the published data adjusted --

11         A. Yes.

12         Q. -- for creatinine --

13         A. Yes.· Yes.

14         Q. -- correct? Okay. So --

15         A.  For me, when I am talking in general, I am talking about what has been published --

16    published, I mean, in article that has been -- has follow a peer review. In general, in my mind. So

17    probably I am --when I answer, I am giving the information of -- I am replying to this piece of

18    paper unless you tell me no, you have to consider this one that was in this case (indiscernible).

19         Q. Now, if we look at the left side of this bar, published data, the data that we see here are

20    IQ points per milligram fluoride --

21         A. Yeah.

22         Q.-- by gram cre, correct?

23         A. Yeah.

24         Q. And on the right side of the bar graph, the unpublished data, we're looking -- the

25    values are in milligram fluoride per liter, right?

26         A. Yep.

27         Q. Now, milligram per liter is different from milligram per gram?

28         A. Yes, of course. Yes.

1    Q. And the right side is representing results that are not adjusted for creatinine?

2    A. Yes.

3    Q. And on the left side, those results are adjusted for creatinine?

4    A. Yes.

5    Q. So there's at least two ways in which the data points on the left side of the bar graph

6    and the right side of the bar graph are different, correct?

7    A. Yes.

8    Q. Okay. And in Mr. Connett's questions, he referred to the differences in the bars on the

9    left and the right side as "large or dramatic differences." Do you agree with that characterization?

10   A. Again, these all -- for this is the measure that we have to use because it is adjusted,

11   and this is a measure that we can't use because it's not adjusted. If the magnitude is high or low,

12   it's our result. But, again, you can say that it is a big figure, a big number, but it is not our point

13   just to show that the -- that the -- with this high increase in fluoride level that we have to take in

14   consideration because most of the studies used at least half of this value. So if -- we can't refuse

15   these -- if there is a linear association here, we could have seven, not 15 here. Okay?· Hmm? It is

16   something that has to be considered when we are comparing the beta fetal values in one study or

17   -- I mean in other study. We cannot compare this because this is associated with an increase in

18   fluoride concentration of one milligram of adjusted by one gram of creatinine. And in the rest of

19   the studies using creatinine or gravity, they are using general 0.5. So these is not the fetal beta

20   value that should be compared with the other. It was – it would be reasonable to think that it

21   could be half of it.

22                    **339:3-11 (Plaintiffs' Designation)**

23   Q. So going back to Exhibit 2, your email, one last time here, I had a question, and I want

24   to try to be done with you. On the page that ends 374 --

25   A.   Yeah.  This is the top of --

26   Q.   -- there's -- yes, I want to look at the

27   top. So this is table two.

28   A.   Okay.

1

**339:22-24 (Plaintiffs' Designation)**

2      Q.   Maybe I'll ask a more specific question, because that was kind of a general question.

3 But there's -- there's data that you included for the boys but not for the girls?

4      A.   No.

5

**339:25–340:7 (EPA's Designation)**

6      Q. Is this combined data?

7      A. Yeah, this is a combined data because this is a table that has been tortured. And there

8 is no -- here, we have information about the fetal beta value that includes altogether boys and

9 girls. Here, we have (indiscernible) information of boys and girls. So here, we have information

10 for the whole of them. Week -- week 12 and at week 32.

11

**341:7-13 (Plaintiffs' Designation)**

12      Q.   Okay.  So these are -- where it's – the row –

13      A.   When -- when you have two of them, it is because there are differences.

14      Q.   Got it.  So the line that -- at the top of table two, first line for boys, that's combined

15 data?

16      A.   That should be combined data.

17

**342:9-22 (EPA's Designation)**

18 The data that are in the email are different from what you reported in your IQ study in two ways?

19      A. Yes.· Yes.

20      Q. They're not adjusted for creatinine?

21      A. Yeah.

22      Q. And the data reported in milligrams per liter versus milligram per gram --

23      A. Yeah --

24      Q. -- in the --

25      A. This is like creatinine, uh-huh.

26      Q. Okay.· So you agree with those two differences.

27      A. Yes, of course.

28

**343:12-344:14 (Plaintiffs' Designation)**

1     Q.   What does biological plausibility mean to you?

2     A.   Biological plausibility means that you're trying to give explanation of the potential

3 associations that you are studying -- that you're trying to analyze if there is biological basic or

4 fundament, and that -- or pathway that could explain the association that you are finding or the

5 association that are not finding.

6     It -- an article, it is -- it would be better or it could be easier to publish an article if you

7 find an association that -- for which you have a lot of information and -- concordant information

8 coming from animal studies, from experimental studies, or from the general population.  Maybe

9 in this group or -- the more information, the better.

10     So when you try to give information of the pathways, you don't go to the -- to the

11 epidemiological studies.  Better to go to experimental analysis because experimental analysis,

12 you can do research exposing and nonexposing that which is not permitted or tolerated to -- for a

13 human.  It is not possible to do human experiments, but you can get a lot of information with

14 your animal studies, or also when you -- your cells or neurons or other models that give you

15 explanation of the potential mechanism or pathways that could be involved.  And that would be

16 more than one.

17     **344:15–345:1 (EPA's Designation)**

18 So in these -- in the report that was used by the (indiscernible), they provide information that has

19 been considered moderately consistent, that provides different pathways that could be on the

20 basement or behind those relationship. At high levels, because we are talking about experimental

21 analysis.· We are talking about toxicology, that in general is conducted using high levels just to

22 produce, to get the effect that we are trying to -- to study, and make it possible to study what all

23 behind the metabolic calculation, the cellular, the tissue alteration, that explain that toxic effect.

     **345:4-347:12 (EPA's Designation)**

24     Q. In your view, could -- could there be biological plausibility of a neurotoxic effect even

25 if there is not scientific data showing an association between that particular chemical exposure

26 and the neurotoxic effect in humans?

27     A. If there is not information in our case, I am talking about positive association.· And I

28 don't have information of positive information from the toxicological studies because they are

1  just trained to study the opposite. But it's possible in and it is true that some toxicological studies

2  give information of positive effects too, or at lower concentration or at higher concentration

3  depending on the function of that chemical, no? So even if you don't have information, you can

4  suggest that there is any kind of association because it is found in other studies that are – that are

5  replicated. Or, it is better, of course, if you have some information providing you that this

6  negative effect could be based on this, this, this, this, because you have -- someone has analyzed

7  this association in different animal models. Our case, we don't have the information, so it is

8  explicit in our discussion that we cannot support there were results based on the toxicological

9  studies. Because most of them are done in – using high level of fluoride. And I think, or my

10  opinion is, that at a high level, there is no too much discussion about this. I think that that was

11  my answer. The question is, what is happening at low levels? And low levels probably are not or

12  have not been the aim of the -- or the focus of the toxicological studies until now, or most of

13  them.

14  Q. So let me ask you this more conceptually. It's hard because we've been talking about

15  fluoride all day.

16  A. Uh-huh. Uh-huh.

17  Q. So we'll set the fluoride data aside. But just you're speaking conceptually --

18  A. Yep.

19  Q. · · -- can there be biological plausibility of a neurotoxic effect from a chemical even if

20  there is not data showing that the chemical actually has that neurotoxic effect, in your

21  understanding of that term?

22  A. Yes, because it can happen that you haven't studied that and the specific pathway, and

23  you have information of other -- that that – that doesn't -- don't provide you information or

24  enough information or the information of the quality that you need. So if that happen, that there's

25  no information about -- about that pathway or the potential pathway that can be behind those

26  negative effects or those positive effects. So it is possible. Yes, it is possible.

27

28