# Plaintiffs' Expert CVs

# **Plaintiffs**
# **Dr. Philippe Grandjean's CV**

PHILIPPE GRANDJEAN, M.D.

<u>Office address</u>                           <u>Home</u>
Institute of Public Health              Naboløs 4
University of Southern Denmark          DK-1206 Copenhagen
Winsløwparken 17                        Denmark
DK-5000 Odense C, Denmark               Tel: (+45) 33 133 933
Tel. (+45) 6550.3769
Email: pgrand@health.sdu.dk
http://www.sdu.dk/staff/PGrandjean.aspx

Department of Pharmaceutical and Biomedical Sciences
University of Rhode Island, RI
USA
Email: Pgrand@uri.edu

<u>Academic degrees</u>
1974, M.D., University of Copenhagen
1975, Diploma in basic medical research, University of Copenhagen
1979, D.M.Sc. (dr.med.), University of Copenhagen

<u>Chronology of employment</u>
1974-1975   Postgraduate training fellowship, University of Copenhagen
1975-1978   Research fellow, Institute of Hygiene, Univ. Copenhagen
1978-1980   Senior research fellow, University of Copenhagen
            Visiting fellow, Department of Community Medicine,
            Mount Sinai School of Medicine, New York
1980-1982   Director, Department of Occupational Medicine,
            Danish National Institute of Occupational Health
1982-       Professor of Environmental Medicine, Odense University
1983-2017   Consultant in Toxicology, Danish Health Authority
1994-2002   Adjunct Professor of Public Health (Environmental Health)
            and Neurology, Boston University School of Medicine, Boston
2003-       Adjunct Professor of Environmental Health, Harvard T.H.
            Chan School Public Health, Boston
2022-       Research Professor, Department of Biomedical and
            Pharmaceutical Sciences, University of Rhode Island

<u>Awards and honors</u>
Prize essay in medicine, University of Copenhagen (1972)
Fulbright senior research scholarship (1978)
Keynote speaker, Odense University anniversary (1983)
Gitlitz Memorial Lecture, Association of Clinical Scientists, USA
   (1985)
Fellow, Collegium Ramazzini (1987)
Knight of the Dannebrog, awarded by the Queen of Denmark (1990)
The Dannin prize for medical research (1991)
Fellow, American Association for the Advancement of Science (1994)
Irish Congress Lecturer, Royal College of Physicians of Ireland and

1

Irish Society of Toxicology (1996)
Knight of the Dannebrog, First Degree, awarded by the Queen of Denmark (2003)
'Mercury madness award' for excellence in science in the public interest from eight US environmental organizations (2004)
Emeritus Fellow, International Union of Pure and Applied Chemistry, IUPAC (2009)
Honorary Research Award, International Order of Odd Fellows (2010)
Science Communication Award, University of Southern Denmark (2012)
Bernardino Ramazzini Award (2015)
Basic & Clinical Pharmacology & Toxicology Nordic Award (2015)
Margrethegaarden honorary prize (2016)
John R. Goldsmith Award, International Society for Environmental Epidemiology (2016)
Honorary doctorate (dr.h.c.), Katholieke Universiteit Leuven (2022)
Needleman Award in Children's Environmental Health, International Society for Children's Health and the Environment (2022)
International Francqui Chair, Université Libre de Bruxelles (2023)

Editorial boards
American Journal of Industrial Medicine (1987-2017)
Applied Organometal Chemistry (1985-1991)
Arbejdsmiljø (Occupational Environment, in Danish, 1983-1990)
Archives of Environmental Health (European Editor, 1986-1992)
Archives of Toxicology (1987-2020)
Biomarkers (1996-2001)
Central European Journal of Occupational and Environmental Medicine (2015-)
Critical Reviews in Toxicology (1985-2012)
Danish Medical Bulletin (1994-2003)
Environmental Health (Editor-in-Chief, 2002-)
Environmental Health Perspectives (2003-2009)
Environmental Research (1981-1994 and 2014-2017, Associate Editor, 1995-2014)
Industrial Health (2000-2005)
International Journal of Hygiene and Environmental Health (2001-)
International Journal of Occupational and Environmental Health (1994-2011)
International Journal of Occupational Medicine & Environ Health (1991-
Journal of Clean Technology, Environmental Toxicology, and Occupational Medicine (1992-1998)
Journal of Environmental Medicine (1998-1999)
Naturens Verden (Natural Science, in Danish) (1987-1991)
Ugeskrift for Læger (Danish Medical Journal, in Danish) (1991-2007)

Scientific societies
American Association for the Advancement of Science (Fellow, 1994)
Collegium Ramazzini (Fellow, 1987; Member of the Council, 2005-2013)
Danish Medical Association
Danish Societies of Clinical Chemistry, Epidemiology, Occupational and Environmental Medicine, and Public Health

Faroese Society of Science and Letters
International Society for Environmental Epidemiology
International Society for Children's Health and the Environment

Teaching experience
Professor of Environmental Medicine, Odense University (University of
    Southern Denmark) (1982-). Member of curriculum committee.
    Coordinator, Global & Public Health class (-2022).
Adjunct Professor of Public Health (Environmental Health) and
    Neurology, Boston University School of Medicine, Boston (1994-2002)
Adjunct Professor of Environmental Health, Harvard T.H.Chan School of
    Public Health, Boston (2003-22)
Invited teacher, École des hautes études en santé publique (EHESP,
    French school of public health) (2009-22)
International: Numerous teaching assignments, including guest lectures
    at universities and related tasks, e.g., as external examiner,
    National University of Singapore (1995). External evaluator of PhD
    theses from other universities, including University of Sydney and
    University of South Pacific (Fiji). Course teacher, Teikyo
    University (2019).

Research support as Principal Investigator since 2000
2000-2006  NIEHS
Mercury associated neurobehavioral deficit in children
2001-2003  Nordic Arctic Research Programme (NARP)
Changing patterns of biomagnified pollutants in the northern marine
environment
2001-2004 Danish Medical Research Council
Exposure assessment for endocrine disruptors
2002-2004 Danish Medical Research Council
Environmental epidemiology research
2003-2004 European Commission
Assessment of Neurobehavioral Endpoints and Markers of Neurotoxicant
Exposures (ANEMONE)
2003-2005 Danish Medical Research Council
Research in hormone related substances
2003-2006 NIEHS ES11687
Effects of perinatal disruptors in children
2003-2007 EPA STAR RD-83075801-0
Children's vulnerability to environmental immunotoxicant
2004-2011 NIEHS ES12199
Epidemiology of immunotoxicant exposure in children
2006-2011 NIEHS ES13692
Health effects of lifetime exposure to food contaminants
2006-2012 NIEHS ES14460
Three-generation human study of reproductive effects of marine food
contaminants
2008-2012 Danish Council for Strategic Research
Environmental pollutant impact on antibody production against current
and new childhood vaccines
2007-2013 NIEHS ES009797

Mercury associated neurobehavioral deficit in children
2011-2017 NIEHS ES012199
Epidemiology of immunotoxicant exposure in children
2012-2020 NIEHS ES021993 and NSF OCE-1321612
Immunotoxity in Humans with Lifetime Exposure to Ocean Pollutants
2013-2019 NIEHS ES021477
Glucose Metabolism in Adults Prenatally Exposed to Diabetogenic
Pollutants
2013-2018 NIEHS ES021372
Pollutant-related diabetes in the Nurses' Health Study II
2014-2020 NIEHS ES023376
Gut Microbiome in Adults with Early Life Exposures to Environmental
Chemicals
2017-2020 NIEHS ES026596
Inflammation and metabolic abnormalities in pollutant-exposed children
2017-2027 NIEHS P42 ES027706 (Joint PI)
Sources, Transport, Exposure and Effects of PFASs (STEEP) Center

Major Current Funding as Principal Investigator
2019-2024 ATSDR TS000313 (Joint PI)
Assessment of PFAS exposures and health effects in two Massachusetts
communities with PFAS drinking water contamination
2020-2024 NIEHS ES030394 (PI)
Vulnerability During Infancy to Immunotoxic Contaminant Exposures2022-
2022-2027 NIEHS P42 ES027706 (Joint PI)
Sources, Transport, Exposure and Effects of PFASs (STEEP2) Center

Major committees, boards and elective offices
*Danish:*
Danish Medical Association: Member, Prevention Council (2011-2014)
Danish Medical Research Council: Consultant on environmental
    medicine (1985-1990); Member, Joint Research Council Committee
    on Environmental Research (1986-1991); Member of DMRC (1992-1998)
Danish Society of Community Medicine: Secretary (1977-1978)
Danish Society of Industrial Medicine: Board Member (1974-1983)
Ministry of Education: Member, Committee on Toxicology (1984-1986);
    Member, Committee on Environmental Education (1986-1987)
Ministry of the Environment: Member, Council on Environmental
    Chemicals (1983-1989); Member, Environmental Appeal Board (1986-
    2010); Member, Environmental Research Council (1990-1992); Member,
    Advisory Committee on Pesticide Research (1995-2004 and 2018-2020);
    Member, Advisory Committee on Arctic Research (1996-2004)
Ministry of Health: numerous committee appointments; Chair, Committee
    on Risk Perception (2000-2001)
Ministry of Labour: Consultant on Occupational Health, Council on
    Occupational Safety and Health (1983-1993); Member, Occupational
    Health Council Research Committee (on behalf of the Danish Medical
    Research Council) (1984-1990 and 1999-2003)
Ministry of Research: Chair, Committee on Research at the Faroe
    Islands (1995-1996); Member, Committee on Scientific Dishonesty
    (2004-2006); Chair, Program Committee on Non-Ionizing Radiation

(2004-2009)
Odense University (from 2000 University of Southern Denmark), elected
    offices: Chairman, Institute of Community Health (1982-1985; 1996-
    1999); Member of Executive Committee, Institute of Community Health
    (from 2000 Institute of Public Health) (1986-1995; 2000-2005);
    Member, Faculty Research Committee (1983-1985); Member, Curriculum
    Committee (1984-1986); Member, Faculty Council (1985-1993); Vice-
    Dean (1991-1993); Member, Scientific Integrity Committee (2003-)

*United States and international:*
Academy of Finland: member of panel evaluating the National Institute
    of Public Health (1995), site visit of center of excellence (2001)
Agency for Toxic Substances and Disease Registry: Workshop Rapporteur,
    Neurobehavioral Test Batteries for Use in Environmental Health
    Field Studies (1992); Member, Expert Panel of Mercury (1998)
Association of Schools of Public Health in the European Region:
    Treasurer (1975-1977)
BioMedCentral: Member, Editors Advisory Group (2011-2013)
Boston Environmental Hazards Center: Consultant (1994-1999)
Collegium Ramazzini: President, International Conference, The precau-
    tionary principle: Implications for research and prevention in
    environmental and occupational health (2002); Member, Executive
    Council (2005-2013)
Commission of the European Communities: National Expert, Working
    Party on Environmental and Lifestyle-Related Diseases (1988-1990);
    ad hoc Consultant for evaluation of research applications; ad hoc
    Scientific Advisor on Risk Assessment (2009-); Member, Scientific
    Committee on Emerging and Newly Identified Health Risks; – Working
    group on Dental Amalgam (Human Health)(2012-2013)
European Environment Agency: Member, Scientific Committee (2012-2020)
European Food Safety Authority: Member, Panel on Contaminants in the
    Food Chain responsible for 85 opinions (2003-2009); Member of
    Working Groups on mercury, polychlorinated biphenyls, cadmium,
    lead, and on benchmark dose
Food Advisory Committee, U.S.FDA, Methylmercury: invited expert (2002)
International Agency for Research on Cancer: Member of Task Group,
    Monographs on the Evaluation of Carcinogenic Risks to Humans,
    Vol. 47 (1988), Vol. 49 (1989), as chairman, Vol. 58 (1993), and as
    Subgroup chair, Vol. 100C (2009)
International Commission on Occupational Health: Danish Delegation
    Secretary (1982-90); Member, Scientific Committee on the
    Toxicology of Metals (1987-); Member of the Board (1990-1996)
International Programme on Chemical Safety: Member of Task Group,
    Environmental Health Criteria, Vol. 36 (1984) and 72 (1986)
International Society for Environmental Epidemiology: Councillor
    (1991-1994)
International Union of Pure and Applied Chemistry: Member,
    Subcommittee on the Toxicology of Nickel (1979-1989); Titular
    Member (1985-1991) and Chairman (1987-1991), Commission on
    Toxicology; Chairman, Subcommittee on Risk Assessment (1985-1989)
Institut LUxembourgeois de la Médecine/santé ENvironnementale

(ILUMEN): Member, Scientic Council (2022-)

Instituto de Saude Ambiental, Lisboa, Portugal: Member, External Advisory Committee (2018-2020)

Karolinska Institute (Stockholm, Sweden): Member of international evaluation panel on environmental medicine (1993)

Ministry for Scientific Policy (Belgium): Consultant on national research program on health hazards (1990 and 1994)

National Institutes of Health (USA): Member of Special emphasis panels (2009-)

NATO Priority Area Panel on Environmental Security: Member (1996-1997)

Norwegian Research Council: ad hoc reviewer (2001-2008); Chairman of Environment and Health Review Group (2009-2010); member of steering committee (2011-2015)

Prenatal Programming and Toxicity (PPTOX) conferences: Organizer/ Chair/Co-chair, Torshavn (2007), Miami (2009), Paris (2012), Boston (2014), Kita-Kyushu (2016), Torshavn (2018), Chicago (2022)

Society of Occupational and Environmental Health: Member, Governing Council (1990-1993)

Swedish Council for Work Life Research: Member, Priority Committee on Chemical Health Risks (1997-1998)

U.N. Environment Programme: Member, Global Mercury Assessment Working Group (2002)

U.S. Environmental Protection Agency: Member, SAB/SAP Endocrine Disruptor Screening Program Subcommittee (1998-1999); Member, Food Quality Protection Act (FQPA) Science Review Board (SRB)(1999-2003)

White House Office of Science and Technology Policy: Team leader and presenter, Workshop on Scientific Issues Relevant to Assessment of Health Effects from Exposure to Methylmercury (1998)

World Health Organization: Temporary Adviser or Consultant on several occasions, five times elected Rapporteur; Member, European Advisory Committee on Health Research (2011-2017)

## Books

1.  Grandjean P, ed. Standards setting. Copenhagen: Occupational Health Foundation, 1977, 210 pp.
2.  Grandjean P, Nielsen T. Organiske blyforbindelser, forurening og toksikologi (Organolead compounds, pollution and toxicology, in Danish). Report No. SNV PM 879. Stockholm: Naturvårdsverket, 1977, 78 pp.
3.  Grandjean P. Occupational health aspects of construction work. EURO Reports and Studies 86. Copenhagen: World Health Organization, Regional Office for Europe, 1983, 28 pp. (also published in German, French and Russian)
4.  Grandjean P, ed. Biological effects of organolead compounds. Boca Raton, FL: CRC Press, 1984, 278 pp.
5.  Grandjean P, Tarkowski S, eds. Toxic oil syndrome: mass food poisoning in Spain. Copenhagen: World Health Organization, Regional Office for Europe, 1984, 92 pp. (also published in Spanish)
6.  Grandjean P. Miljø og forebyggelse. (Environment and prevention, student's guide in Danish). Copenhagen: F.a.d.L.'s Forlag, 1984, 109 pp.
7.  Gilioli R, Grandjean P, Johnson B, Seppäläinen AM, Tarkowski S, eds. Neurobehavioural methods in occupational and environmental health. Environmental Health No. 3. Copenhagen: World Health Organization, Regional Office for Europe, 1985, 209 pp.
8.  Grandjean P, ed. Neurobehavioural methods in occupational and environmental health. Environmental Health No. 6. Copenhagen: World Health Organization, Regional Office for Europe, 1985, 72 pp.
9.  Grandjean P, ed. Miljømedicin (Environmental medicine, textbook in Danish). Copenhagen: F.a.d.L.'s Forlag, 1986, 257 pp.
10. Grandjean P, ed. Trace elements in human health and disease: extended abstracts. Environmental Health No. 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, 230 pp.
11. Grandjean P, ed. Trace elements in human health and disease: symposium report. Environmental Health No. 26. Copenhagen: World Health Organization, Regional Office for Europe, 1987, 134 pp.
12. Grandjean P, Kimbrough RD, Rantanen J, Tarkowski S, Yrjänheikki E. Assessment of health risks in infants associated with exposure to PCBs, PCDDs and PCDFs in breast milk. Environmental Health No. 29. Copenhagen: World Health Organization, Regional Office for Europe, 1988, 116 pp.
13. Grandjean P, ed. Miljømedicin, 2. udg. (Environmental medicine, 2nd ed., textbook in Danish). Copenhagen: F.a.d.L.'s Forlag, 1988, 311 pp.
14. Kimbrough RD, Mahaffey KR, Grandjean P, Sandø SH, Ruttstein DD. Clinical Effects of Environmental Chemicals: A Software Approach to Etiologic Diagnosis. New York: Hemisphere, 1989, 110 pp. and one floppy disk.
15. Grandjean P. Skin Penetration: Hazardous Chemicals at Work. (Published on behalf of the Commission of the European Communities.) London: Taylor and Francis, 1990, 187 pp.
16. Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic

Effects of Chemicals. London: Chapman & Hall, 1991, 288 pp.

17. Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society, in Danish). Copenhagen: Nyt Nordisk Forlag, 1991, 453 pp.

18. Grandjean P, Brown SS, Reavey P, Young DS, Rej R (eds). Biomarkers of Chemical Exposure. Proceedings of the Arnold O. Beckman/IFCC European Conference on Environmental Toxicology. Clin Chem 1994; 40 (issue 7B).

19. Toppari J, Larsen JC, Christiansen P, Giwercman A, Grandjean P, Guillette LJ, Jr, Jégou B, Jensen TK, Jouannet P, Keiding N, Leffers H, McLachlan JA, Meyer O, Müller J, Rajper-DeMeyts E, Scheike T, Sumpter J, Skakkebaek N. Male reproductive health and environmental chemicals with estrogenic effects. Copenhagen: Danish Environmental Protection Agency, 1995, 166 pp.

20. Grandjean P, Brown SS, Reavey P, Young DS, Sampson E (eds). Biomarkers. Proceedings of the Second Arnold O. Beckman/IFCC European Conference on Environmental Toxicology. Clin Chem 1995; 41 (issue 12B).

21. Grandjean P. Farlig forurening (Dangerous pollution, in Danish). Copenhagen: Nyt Nordisk Forlag and National Board of Health, 1998, 174 pp.

22. Grandjean P ed. Human health effects of environmental mercury exposure (special issue). Environ Res 1998; 77 (67-177).

23. Grandjean P, Sofritti M, Minardi F, Brazier J (eds). The Precautionary Principle. Implications for research and prevention in environmental and occupational health. Eur J Oncol Library 2003; 2: 1-245. Also published in Int J Occup Med Environ Health 2004; 17: 3-201.

24. Grandjean P (ed). Prenatal programming and toxicity. Basic Clin Pharmacol Toxicol. 2008; 102(2): 71-273.

25. Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D, eds. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, 746 pp.

26. Grandjean P. Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press, 2013 (232 pp.).

27. Grandjean P, Hermann P. Kemi på hjernen – går ud over enhver forstand. København: Gyldendal, 2015 (334 sider).

28. Grandjean P. Cerveaux en danger (Brains in danger, in French). Translated by Odile Demange. Paris: Buchet Chastel, 2016 (336 pp.).

29. Kishi R, Grandjean P, eds. Health Impacts of Developmental Exposure to Environmental Chemicals. Singapore: Springer, 2020 (555 pp.)

<u>Publications in international peer-reviewed journals</u>

1.  Grandjean P, Holma B. A history of lead retention in the Danish population. Environ Biochem Physiol 1973; 3: 268-73.
2.  Grandjean P. Lead in Danes, historical and toxicological studies. Environ Qual Saf 1975; Suppl. Vol. 2: 6-75.
3.  Grandjean P. Possible effect of lead on egg-shell thickness in kestrels 1874-1974. Bull Environ Contam Toxicol 1976; 16: 101-6.
4.  Grandjean P. Regional distribution of lead in human brains. Toxicol Lett 1978; 2: 65-9.
5.  Nielsen T, Jensen KA, Grandjean P. Organic lead in normal human brains. Nature (Lond.) 1978; 274: 602-3.
6.  Grandjean P. Lead concentration in single hairs as a monitor of occupational lead exposure. Int Arch Occup Environ Health 1978; 42: 69-81.
7.  Grandjean P, Lintrup J. Erythrocyte-Zn-protoporphyrin as an indicator of lead exposure. Scand J Clin Lab Invest 1978; 38: 669-75.
8.  Grandjean P, Arnvig E, Beckmann J. Psychological dysfunctions of lead-exposed workers: Relation to biological parameters of exposure. Scand J Work Environ Health 1978; 4: 295-303.
9.  Grandjean P. Widening perspectives of lead toxicity, a review of health effects of lead exposure in adults. Environ Res 1978; 17: 303-21. (Also published as a special report to the U.S. National Institute of Environmental Health Sciences)
10. Grandjean P. Occupational lead exposure in Denmark: Screening with the haematofluorometer. Br J Ind Med 1979; 36: 52-8.
11. Grandjean P, Nielsen OV, Shapiro IM. Lead retention in ancient Nubian and contemporary populations. J Environ Path Toxicol 1979; 2: 781-7.
12. Grandjean P, Nielsen T. Organolead compounds, environmental health aspects. Residue Rev 1979; 72: 97-148.
13. Arnvig E, Grandjean P, Beckmann J. Neuropsychological effect of heavy lead exposure determined with psychological tests. Toxicol Lett 1980; 5: 399-404.
14. Hertz MM, Bolwig TG, Grandjean P, Westergaard E. Lead poisoning and the blood-brain barrier. Acta Neurol Scand 1981; 63: 286-96.
15. Grandjean P, Selikoff IJ, Shen SK, Sundermann FW Jr. Nickel concentrations in plasma and urine of shipyard workers. Am J Ind Med 1981; 1: 181-9.
16. Olsen NB, Hollnagel H, Grandjean P. Indicators of lead exposure in an adult Danish suburban population. Dan Med Bull 1981; 28: 168-76.
17. Grandjean P, Olsen NB, Hollnagel H. Influence of smoking and alcohol consumption on blood lead levels. Int Arch Occup Environ Health 1981; 48: 391-7.
18. Grandjean P, Kon SH. Lead exposure of welders and bystanders in a ship repair yard. Am J Ind Med 1981; 2: 65-70.
19. Grandjean P, Lintrup J. Sources of variation in fluorometry of zinc-protoporphyrin in blood. Scand J Work Environ Health 1981; 7: 311-2.
20. Grandjean P, Olsen NB, Hollnagel H. Occupationally related lead exposure in the general population. Scand J Work Environ Health 1981;

7: 298-301.

21. Grandjean P. Occupational fluorosis through 50 years: clinical and epidemiological experiences. Am J Ind Med 1982; 3: 227-36.

22. Nielsen OV, Grandjean P, Bennike P. Chemical analyses of archaeological bone samples: Evidence for high lead exposure on the Faroe Islands. J Dan Archaeol 1982; 2: 145-8. (also published in Faroese: Blyggj i føroyingum, Mondul 1983; 9: 27-31)

23. Grandjean P. Storage depots in the body: Passive retention or time bomb? (Editorial) Am J Ind Med 1983; 4: 489-90.

24. Grandjean P, Wulf HC, Niebuhr E. Sister chromatid exchange in response to variations in occupational lead exposure. Environ Res 1983; 32: 199-204.

25. Grandjean P, Thomsen G. Reversibility of skeletal fluorosis. Br J Ind Med 1983; 40: 456-61.

26. Grandjean P. Lead poisoning: Hair analysis shows the calendar of events. Hum Toxicol 1984; 3: 223-8.

27. Grandjean P, Hansen ON, Lyngbye K. Analysis of lead in circum-pulpal dentin of deciduous teeth. Ann Clin Lab Sci 1984; 14:270-5.

28. Eskildsen J, Grandjean P. Lead exposure from lead pellets: Age-related accumulation in mute swans. Toxicol Lett 1984; 21: 225-9.

29. Grandjean P, Juel K, Jensen OM. Mortality and cancer morbidity after heavy occupational fluoride exposure. Am J Epidemiol 1985; 121: 57-64.

30. Lyngbye T, Hansen ON, Vangberg L, Grandjean P. Lead as a cause of SIDS. N Engl J Med 1985; 10: 954-5.

31. Grandjean P. Reference intervals for toxic metals: Problems and prospects. Ann Clin Lab Sci 1986; 16: 67-74.

32. Grandjean P, Bach E. Indirect exposures: The significance of bystanders at work and at home. Am Ind Hyg Assoc J 1986; 47: 819-24.

33. Grandjean P, Lyngbye T, Hansen ON. Lead concentration in deciduous teeth: Variation related to tooth type and analytical technique. J Toxicol Environ Health 1986; 19: 437-45.

34. Grandjean P. After Chernobyl (Editorial). Arch Environ Health 1986; 41: 277.

35. Andersen O, Grandjean P. Effects of inorganic and organic lead compounds on chromosomal length in human lymphocytes. Appl Organomet Chem 1987; 1: 15-19.

36. Grandjean P, Andersen O, Nielsen GD. Carcinogenicity of occupational nickel exposures: An evaluation of the epidemiological evidence. Am J Ind Med 1988; 13: 193-209.

37. Christoffersen J, Christoffersen MR, Larsen R, Rostrup E, Tingsgaard P, Andersen O, Grandjean P. Interaction of cadmium ions with calcium hydroxyapatite crystals: A possible mechanism contributing to the pathogenesis of cadmium-induced diseases. Calcif Tissue Int 1988; 42: 331-9.

38. Grandjean P, Berlin A, Gilbert M, Penning W. Preventing percutaneous absorption of industrial chemicals: The "skin" denotation. Am J Ind Med 1988; 14: 97-107.

39. Lyngbye T, Hansen ON, Grandjean P. Bias resulting from non-participation in childhood epidemiological studies: A study of low-level lead exposure. Scand J Soc Med 1988; 16: 209-15.

40. Grandjean P. Ancient skeletons as silent witnesses of lead exposures in the past. CRC Crit Rev Toxicol 1988; 19:11-21.

41. Madsen HHT, Skjødt T, Jørgensen PJ, Grandjean P. Blood lead levels in patients with lead shot retained in the appendix. Acta Radiol 1988; 29: 745-6.

42. Andersen O, Grandjean P. Effects of tetraethylthiuram disulfide on the toxicokinetics of cadmium in mice. Pharmacol Toxicol 1989; 64: 210-5.

43. Lyngbye T, Hansen ON, Grandjean P. Neurological deficits in children: Medical risk factors and lead exposure. Neurotoxicol Teratol 1989; 10: 531-7.

44. Grandjean P, Hollnagel H, Hedegaard L, Christensen JM, Larsen S. Blood lead-blood pressure relationships: Alcohol intake and hemoglobin as confounders. Am J Epidemiol 1989; 129: 732-9.

45. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P. A neuropsychological study of children with elevated dentine lead level: Assessment of the effect of lead in different socioeconomic groups. Neurotoxicol Teratol 1989: 11: 205-13.

46. Grandjean P, Jensen BM, Sandø SH, Jørgensen PJ, Antonsen S. Delayed blood regeneration in lead exposure: An effect on reserve capacity. Am J Publ Health 1989; 79: 1385-8.

47. Grandjean P. Bone analysis: Silent testimony of lead exposures in the past. Medd Grønland Man Soc 1989; 12: 156-60.

48. Grandjean P, Hørder M, Thomassen Y. Fluoride, aluminum and phosphate kinetics in cryolite workers. J Occup Med 1990; 32: 58-63.

49. Grandjean P, Kristensen K, Jørgensen PJ, Nielsen GD, Andersen O. Trace element status in alcoholism before and during disulfiram treatment. Ann Clin Lab Sci 1990; 20: 28-35.

50. Nielsen GD, Jepsen LV, Jørgensen PJ, Grandjean P, Brandrup F. Nickel-sensitive patients with vesicular hand eczema: Oral challenge with a diet naturally high in nickel. Br J Dermatol 1990; 122: 299-308.

51. Lyngbye T, Hansen ON, Trillingsgaard A, Beese I, Grandjean P. Learning disabilities in children: significance of low-level lead-exposure and confounding factors. Acta Paed Scand 1990; 79: 352-60.

52. Jensen BM, Sandø SH, Grandjean P, Wiggers P, Dalhøj J. Screening with zinc-protoporphyrin for iron deficiency in non-anemic female blood donors. Clin Chem 1990; 36: 846-8.

53. Lyngbye T, Grandjean P, Hansen ON, Jørgensen PJ. Validity and interpretation of blood lead levels: A study of Danish school children. Scand J Clin Lab Invest 1990; 50: 441-9.

54. Bonde I, Beck H-I, Jørgensen PJ, Grandjean P, Brandrup F. Nickel in intercellular fluid, comparison between nickel-allergic patients and controls. Acta Derm Venereol (Stockh) 1990; 70: 300-3.

55. Lyngbye T, Hansen ON, Grandjean P. Predictors of tooth-lead level with special reference to traffic. Int Arch Occup Environ Health 1990; 62: 417-22.

56. Grandjean P, Jørgensen PJ. Retention of lead and cadmium in prehistoric and modern human teeth. Environ Res 1990; 53: 6-15.

57. Lyngbye T, Hansen ON, Grandjean P. Lead concentration in deciduous teeth from Danish school children. Dan Med Bull 1991; 38: 89-93.

58. Grandjean P, Jacobsen IA, Jørgensen PJ. Chronic lead poisoning treated with DMSA. Pharmacol Toxicol 1991; 68: 266-9.

59. Grandjean P, Jørgensen PJ, Viskum S. Temporal and interindividual variation in erythrocyte zinc-protoporphyrin in lead-exposed workers. Br J Ind Med 1991; 48: 254-7.

60. Grandjean P, Sandoe SH, Kimbrough RD. Nonspecificity of clinical signs and symptoms caused by environmental chemicals. Hum Exp Toxicol 1991; 10: 167-73.

61. Grandjean P, Lyngbye T, Hansen ON. Lessons from a Danish study on neuropsychological impairment related to lead exposure. Environ Health Perspec 1991; 94: 111-5.

62. Grandjean P, Andersen O. Lung cancer in filling station attendants. Am J Ind Med 1991; 20: 763-8.

63. Grandjean P, Weihe P, Jørgensen PJ, Clarkson T, Cernichiari E, Viderø T. Impact of maternal seafood diet on fetal exposure to mercury, selenium, and lead. Arch Environ Health 1992; 47: 185-95.

64. Grandjean P, Nielsen GD, Jørgensen PJ, Hørder M. Reference intervals for trace elements in blood: Significance of risk factors. Scand J Clin Lab Invest 1992; 52: 321-337.

65. Grandjean P, Olsen JH, Jensen OM, Juel K. Cancer incidence and mortality in workers exposed to fluoride. J Natl Cancer Inst 1992; 84: 1903-9.

66. Grandjean P. Individual susceptibility to toxicity. Toxicol Lett 1992; 64/65: 43-51.

67. Grandjean P. International research on the relation between health and the environment (summary in French). Santé Publique 1992; 4: 103-8.

68. Grandjean P. Symposium synthesis, Application of neurobehavioral methods in environmental and occupational health. Environ Res 1993; 60: 57-61.

69. Grandjean P, Weihe P. Neurobehavioral effects of intrauterine mercury exposure: potential sources of bias. Environ Res 1993; 61: 176-83.

70. Damm D. Grandjean P, Lyngbye T, Trillingsgaard A, Hansen ON. Early lead exposure and neonatal jaundice: Relation to neurobehavioral performance at 15 years of age. Neurotoxicol Teratol 1993; 15: 173-81.

71. Grandjean P, Andersen D. Scientific dishonesty: a Danish proposal for evaluation and prevention. J Exposure Anal Environ Epidemiol 1993; 3, Suppl. 1: 265-70.

72. Grandjean P. International perspectives of lead exposure and lead toxicity. Neurotoxicol 1993; 24: 9-14.

73. Olsen S, Grandjean P, Weihe P, Viderø T. Seafood intake in pregnancy as a determinant of birth weight: Evidence for a dose-dependent relationship. J Epidemiol Comm Health 1993; 47: 436-40.

74. Grandjean P, Jørgensen PJ, Weihe P. Human milk as a source of methylmercury exposure in infants. Environ Health Perspec 1994; 102: 74-7.

75. Dalgård C, Grandjean P, Jørgensen PJ, Weihe P. Mercury in the umbilical cord: Implications for risk assessment for Minamata disease. Environ Health Perspec 1994; 102: 548-50.

76. Grandjean P, Weihe P, Nielsen JB. Methylmercury: Significance of

intrauterine and postnatal exposures. Clin Chem 1994; 40: 1395-1400.
77. Grandjean P, Brown S, Reavey P, Young D. Biomarkers of chemical exposure: state of the art. Clin Chem 1994; 40: 1360-2.
78. Nielsen JB, Andersen O, Grandjean P. Evaluation of mercury in hair, blood and muscle as biomarkers for methylmercury exposure in male and female mice. Arch Toxicol 1994; 68: 317-21.
79. Johnson BL, Grandjean P, Amler R. Neurobehavioral testing and hazardous chemical sites. Neurotoxicol Teratol 1994; 16: 485-7.
80. Grandjean P, Weihe P, White RF. Milestone development in infants exposed to methylmercury from human milk. Neurotoxicol 1995; 16: 27-33.
81. Grandjean P. Individual susceptibility in occupational and environmental toxicology. Toxicol Lett 1995; 77: 105-8.
82. Grandjean P. Biomarkers in epidemiology. Clin Chem 1995; 41: 1800-3.
83. Grandjean P, Brown SS, Reavey P, Young DS. Biomarkers in environmental toxicology: State of the art. Clin Chem 1995; 41: 1902-4.
84. Grandjean P, Weihe P, Needham LL, Burse VW, Patterson DG Jr, Sampson EJ, Jørgensen PJ, Vahter M. Effect of a seafood diet on mercury, selenium, arsenic, and PCBs and other organochlorines in human milk. Environ Res 1995; 71: 29-38.
85. Grandjean P, Sorsa M. Ethical aspects of genetic predisposition to environmentally-related disease. Sci Total Environ 1996; 184: 37-43.
86. Grandjean P, White RF, Weihe P. Neurobehavioral epidemiology: Application in risk assessment. Environ Health Perspec 1996; 104 (Suppl.4): 397-400.
87. Dahl R, White RF, Weihe P, Sørensen N, Letz R, Hudnell K, Otto DA, Grandjean P. Feasibility and validity of three computer-assisted neurobehavioral tests in 7-Year old children. Neurotoxicol Teratol 1996; 18: 413-9.
88. Toppari J, Larsen JC, Christiansen P, Giwercman A, Grandjean P, Guillette LJ, Jr, Jégou B, Jensen TK, Jouannet P, Keiding N, Leffers H, McLachlan JA, Meyer O, Müller J, Rajper-DeMeyts E, Scheike T, Sharpe R, Sumpter J, Skakkebaek NE. Male reproductive health and environmental xenoestrogens. Environ Health Perspec 1996; 104 (Suppl.4): 741-803.
89. Guldager B, Jørgensen PJ, Grandjean P. Metal excretion and magnesium retention in patients with intermittent claudication treated with intravenous disodium EDTA. Clin Chem 1996; 42: 1938-42.
90. Lynge E, Andersen A, Nilsson R, Barlow L, Pukkala E, Nordlinder R, Boffetta P, Grandjean P, Heikkilä R, Hörte L-G, Jakobsson R, Lundberg I, Moen B, Partanen T, Riise T. Risk of cancer and exposure to gasoline vapors. Am J Epidemiol 1997; 145: 449-58.
91. Grandjean P. Impartiality in research (editorial). Int J Occup Environ Hlth 1997; 3: 158-60.
92. Andersen HR, Nielsen JB, Nielsen F, Grandjean P. Antioxidative enzyme activities in human erythrocytes. Clin Chem 1997; 43: 562-8.
93. Nielsen F, Mikkelsen BB, Nielsen JB, Andersen HR, Grandjean P. Plasma-malondialdehyde as biomarker for oxidative stress: Reference interval and effects of lifestyle factors. Clin Chem 1997; 43: 1209-

14.
94. Grandjean P, Weihe P, White RF, Debes F, Araki S, Yokoyama K, Murata K, Sørensen N, Dahl R, Jørgensen PJ. Cognitive deficit in 7-year-old children with prenatal exposure to methylmercury. Neurotoxicol Teratol 1997; 19: 417-28.
95. Grandjean P, Guldager B, Larsen IB, Holmstrup P, Jørgensen PJ. Placebo response in environmental disease: Chelation therapy of patients with symptoms related to amalgam fillings. J Occup Environ Med 1997; 39: 707-14.
96. Andersen HR, Jeune B, Nybo H, Nielsen JB, Andersen-Ranberg K, Grandjean P. Low activity of superoxide dismutase and high activity of glutathione reductase in erythrocytes from centenarians. Age and Ageing 1998; 27: 643-8.
97. Nielsen JB, Grandjean P, Jørgensen PJ. Predictors of blood lead concentrations in the lead-free petrol era. Scand J Work Environ Health 1998; 24: 153-6. (Also published as Nielsen JB, Grandjean P, Jørgensen PJ. Danskernes bly i blodet efter overgang til blyfri benzin. Ugeskr Læger 1998; 160: 4768-71.)
98. Grandjean P, Weihe P, White RF, Debes F. Cognitive performance of children prenatally exposed to 'safe' levels of methylmercury. Environ Res 1998; 77: 165-72.
99. Akagi H, Grandjean P, Takizawa Y, Weihe P. Methylmercury dose estimation from umbilical cord concentrations in patients with Minamata disease. Environ Res 1998; 77: 98-103.
100. Høyer AP, Grandjean P, Jørgensen T, Brock JW, Hartvig HB. Organochlorine exposure and breast cancer. Lancet 1998; 352: 1816-20. (Also published in Danish, Ugeskr Laeger 2000; 162: 922-6.)
101. Nielsen GD, Søderberg U, Jørgensen PJ, Templeton DM, Rasmussen SN, Andersen KE, Grandjean P. Absorption and retention of nickel from drinking water in relation to food intake and nickel sensitivity. Toxicol Appl Pharmacol 1999; 154: 67-75.
102. Viskum S, Rabjerg L, Jørgensen PJ, Grandjean P. Improvement in semen quality associated with decreasing occupational lead exposure. Am J Ind Med 1999; 35: 257-63.
103. Andersen HR, Andersson A-M, Arnold SF, Autrup H, Barfoed M, Beresford NA, Bjerregaard P, Christiansen LB, Gissel B, Hummel R, Jørgensen EB, Korsgaard B, Le Guevel R, Leffers H, McLachlan J, Møller A, Nielsen JB, Olea N, Oles-Karasko A, Pakdel F, Pedersen KL, Perez P, Skakkebæk NE, Sonnenschein C, Soto AM, Sumpter JP, Thorpe SM, Grandjean P. Comparison of short-term estrogenicity tests for identification of hormone-disrupting chemicals. Environ Health Perspect 1999; 107 (Suppl. 1): 89-108.
104. Sørensen N, Murata K, Budtz-Jørgensen E, Weihe P, Grandjean P. Prenatal methylmercury exposure as a cardiovascular risk factor at seven years of age. Epidemiology 1999; 10: 370-5.
105. Jensen TK, Scheike T, Keiding N, Schaumburg I, Grandjean P. Fecundability in relation to body mass and menstrual cycle patterns. Epidemiol 1999; 10: 422-8.
106. Murata K, Weihe P, Renzoni A, Debes F, Vasconcelos R, Zino F, Araki S, Jørgensen PJ, White RF, Grandjean P. Delayed evoked potentials in Madeiran children exposed to methylmercury from seafood.

Neurotoxicol Teratol 1999; 21: 343-8.
107. Murata K, Weihe P, Araki S, Budtz-Jørgensen E, Grandjean P. Evoked potentials in Faroese children prenatally exposed to methylmercury. Neurotoxicol Teratol 1999; 21: 471-2.
108. Grandjean P, White RF, Nielsen A, Cleary D, de Oliveira Santos EC. Mercury neurotoxicity in Amazonian children downstream from gold mining. Environ Health Perspect 1999; 107: 587-91.
109. Grandjean P, Budtz-Jørgensen E, White RF, Jørgensen PJ, Weihe P, Debes F, Keiding N. Methylmercury exposure biomarkers as indicators of neurotoxicity in children aged 7 years. Am J Epidemiol 1999; 150: 301-5.
110. Biernat H, Ellias SA, Wermuth L, Cleary D, de Oliveira Santos EC, Jørgensen PJ, Feldman RG, Grandjean P. Tremor frequency patterns in mercury vapor exposure, compared with early Parkinson's disease and essential tremor. Neurotoxicology 1999; 20: 945-52.
111. Grandjean P. Mercury Risks: Controversy or Just Uncertainty? Publ Health Rep 1999; 114: 512-5.
112. Høyer AP, Jørgensen T, Brock JW, Grandjean P. Organochlorine exposure and breast cancer survival. J Clin Epidemiol 2000; 53: 323-30.
113. Jensen TK, Scheike T, Keiding N, Schaumburg I, Grandjean P. Selection bias in determining the age dependence of waiting time to pregnancy. Am J Epidemiol 2000; 152: 565-72.
114. Steuerwald U, Weihe P, Jørgensen PJ, Bjerve K, Brock J, Heinzow B, Budtz-Jørgensen E, Grandjean P. Maternal seafood diet, methylmercury exposure, and neonatal neurological function. J Pediatr 2000; 136: 599-605.
115. Høyer AP, Jørgensen T, Grandjean P, Hartvig HB. Repeated measurements of organochlorine exposure and breast cancer risk (Denmark). Cancer Causes Contr 2000; 11: 177-84.
116. Budtz-Jørgensen E, Grandjean P, Keiding N, White RF, Weihe P. Benchmark dose calculations of methylmercury-associated neurobehavioural deficits. Toxicol Lett 2000; 112-3: 193-9.
117. Andersen HR, Nielsen JB, Grandjean P. Toxicologic evidence of developmental neurotoxicity of environmental chemicals. Toxicology 2000; 144: 121-7.
118. Nielsen JB, Nielsen F, Jørgensen PJ, Grandjean P. Toxic metals and selenium in blood from pilot whale (Globicephala melas) and sperm whale (Physeter catodon). Marine Pollut Bull 2000; 40: 348-51.
119. Nielsen GD, Nielsen JB, Andersen KE, Grandjean P. Effect of industrial detergents on the barrier function of human skin. Int J Occup Environ Health. 2000; 6: 138-42.
120. Grandjean P, Bjerve KS, Weihe P, Steuerwald U. Birth weight in a fishing community: significance of essential fatty acids and marine food contaminants. Int J Epidemiol 2001; 30: 1272-8.
121. Høyer AP, Jørgensen T, Rank F, Grandjean P. Organochlorine exposures influence on breast cancer risk and survival according to estrogen receptor status: a Danish cohort-nested case-control study. BMC Cancer 2001; 1: 8.
122. Budtz-Jørgensen E, Keiding N. Grandjean P. Benchmark dose calculation from epidemiological data. Biometrics 2001; 57: 698-706.

123. Grandjean P, White RF, Sullivan K, Debes F, Murata K, Otto DA, Weihe P. Impact of contrast sensitivity performance on visually-presented neurobehavioral tests in mercury-exposed children. Neurotoxicol Teratol 2001; 23: 141-6.
124. Grandjean P, White RF. Neurobehavioral dysfunction as possible sentinel. Hum Ecol Risk Assess 2001; 7: 1079-89.
125. Grandjean P, Weihe P, Burse VW, Needham LL, Storr-Hansen E, Heinzow B, Debes F, Murata K, Simonsen H, Ellefsen P, Budtz-Jørgensen E, Keiding N, White RF. Neurobehavioral deficits associated with PCB in 7-year-old children prenatally exposed to seafood neurotoxicants. Neurotoxicol Teratol 2001; 23: 305-17.
126. Murata K, Budtz-Jørgensen E, Grandjean P. Benchmark dose calculations for methylmercury-associated delays on evoked potential latencies in children. Risk Anal 2002; 22: 465-74.
127. Grandjean P, White RF, Weihe P, Jørgensen PJ. Neurotoxic risk caused by stable and variable exposure to methylmercury from seafood. Ambul Pediatr 2003; 3: 18-23.
128. Mol NM, Sørensen N, Weihe P, Andersson A-M, Jørgensen N, Skakkebæk NE, Keiding N, Grandjean P. Spermaturia and serum hormone concentrations at puberty age in boys prenatally exposed to polychlorinated biphenyls. Eur J Endocrinol 2002; 146: 357-63
129. Weihe P, Hansen JC, Murata K, Debes F, Jørgensen PJ, Steuerwald U, White RF, Grandjean P. Neurobehavioral Performance of Inuit Children with Increased Prenatal Exposure to Methylmercury. Int J Circumpolar Health 2002; 61: 41-9.
130. Fängström B, Athanasiadou M, Grandjean P, Weihe P, Bergman Å. Hydroxylated PCB metabolites and PCBs in serum from pregnant Faroe Island women. Environ Health Perspect 2002; 110: 895-9.
131. Longnecker MP, Wolff MS, Gladen BC, Brock JW, Grandjean P, Jacobson JL, Korrick SA, Rogan WJ, Weisglas-Kuperus N, Hertz-Picciotto I, Ayotte P, Stewart P, Winneke G, Charles MJ, Jacobson SW, Dewailly E, Boersma ER, Altshul LM, Heinzow B, Pagano JJ, Jensen AA. Comparison of polychlorinated biphenyl (PCB) levels across studies of human neurodevelopment. Environ Health Perspect 2003; 111:65-70.
132. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P, White RF. Statistical methods for the evaluation of health effects of prenatal mercury exposure. Environmetrics 2003; 14: 105-20.
133. Grandjean P, Budtz-Joergensen E, Steuerwald U, Heinzow B, Needham LL, Joergensen PJ, Weihe P. Attenuated growth of breast-fed children exposed to increased concentrations of methylmercury and polychlorinated biphenyls. FASEB J 2003; 17: 699-701.
134. Grandjean P, Weihe P. Arachidonic acid status during pregnancy is associated with polychlorinated biphenyl exposure. Am J Clin Nutr 2003; 77: 715-19.
135. Grandjean P. The Red Book, a red herring, and the red tape: A European perspective. Hum Ecol Risk Assess 2003; 9: 1291-5.
136. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P, White RF. Consequences of exposure measurement error for confounder identification in environmental epidemiology. Stat Med 2003; 22: 3089-100.
137. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P. Estimation of

16

health effects of prenatal mercury exposure using structural equation models. Environ Health 2002; 1: 2.

138. Murata K, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Grandjean P. Delayed brainstem auditory evoked potential latencies in 14-year-old children exposed to methylmercury. J Pediatr 2004; 144: 177-83.

139. Grandjean P, Murata K, Budtz-Jørgensen E, Weihe P. Cardiac autonomic activity in methylmercury neurotoxicity: 14-year follow-up of a Faroese birth cohort. J Pediatr 2004; 144: 169-76.

140. Rasmussen TH, Nielsen F, Andersen HR, Nielsen JB, Weihe P, Grandjean P. Assessment of xenoestrogenic exposure by a biomarker approach: application of the E-screen bioassay to determine estrogenic response of serum extracts. Environ Health 2003; 2: 12.

141. Grandjean P. Implications of the Precautionary Principle for public health practice and research. Eur J Oncol 2003; Suppl.2: 17-9. Also published in Int J Occup Med Environ Health 2004; 17: 5-7.

142. Grandjean P, Budtz-Jørgensen E, Keiding N, Weihe P. Underestimation of risk due to exposure misclassification. Eur J Oncol 2003; Suppl. 2: 165-72. Also published in Int J Occup Med Environ Health 2004; 17: 131-6.

143. Nielsen JB, Grandjean P. Criteria for skin notation in different countries. Am J Industr Med 2004; 45: 275-80.

144. Jensen TK, Grandjean P, Budtz-Jørgensen E, White RF, Debes F, Weihe P. Effects of breastfeeding on neuropsychological development in a community with methylmercury exposure from seafood. J Expo Anal Environ Epidemiol 2005; 15: 423-30.

145. Grandjean P. Implications of the precautionary principle for primary prevention and research. Annu Rev Publ Health 2004; 25: 199-223.

146. Budtz-Jørgensen E, Grandjean P, Jørgensen PJ, Weihe P, Keiding N. Association between mercury concentrations in blood and hair in methylmercury-exposed subjects at different ages. Environ Res 2004; 95: 385-93.

147. Weihe P, Grandjean P, Jørgensen PJ. Application of hair-mercury analysis to determine the impact of a seafood advisory. Environ Res 2005; 97: 200-7.

148. Budtz-Jørgensen E, Keiding N, Grandjean P. Effects of exposure imprecision on estimation of the benchmark dose. Risk Anal 2004; 24: 1689-96.

149. Grandjean P, Bailar JC, Gee D, Needleman HL, Ozonoff DM, Richter E, Soffritti M, Soskolne CL. Implications of the Precautionary Principle for research and policy-making. Am J Ind Med 2004; 45: 382-5.

150. Grandjean P. Non-precautionary aspects of toxicology. Toxicol Appl Pharmacol 2005; 207: S652-7.

151. Fängström B, Athanasiadou M, Athanassiadis I, Bignert A, Grandjean P, Weihe P, Bergman Å. Polybrominated diphenyl ethers and traditional organochlorine pollutants in fulmars (Fulmarus glacialis) from the Faroe Islands. Chemosphere 2005; 60: 836-43.

152. Grandjean P, Budtz-Jørgensen E, Jørgensen PJ, Weihe P. Umbilical cord mercury concentration as biomarker of prenatal exposure to methylmercury. Environ Health Perspect 2005; 113: 905-8.

153. Barr DB, Weihe P, Davis MD, Needham LL, Grandjean P. Serum polychlorinated biphenyl and organochlorine insecticide concentrations in a Faroese birth cohort. Chemosphere 2006; 62: 1167-82.

154. Halling J, Petersen MS, Damkier P, Nielsen F, Grandjean P, Weihe P, Lundgren S, Lundblad MS, Brøsen K. Polymorphism of CYP2D6, CYP2C19, CYP2C9 and CYP2C8 in the Faroese population. Eur J Clin Pharmacol 2005; 61: 491-7.

155. Coccini T, Randine G, Castoldi AF, Grandjean P, Ostendorp G, Heinzow B, Manzo L. Effects of developmental co-exposure to methylmercury and 2,2',4,4',5,5'-hexachlorobiphenyl (PCB153) on cholinergic muscarinic receptors in rat brain. Neurotoxicology 2006; 27: 468-77.

156. Fängström B, Strid A, Grandjean P, Weihe P, Bergman Å. A retrospective study of PBDEs and PCBs in human milk from the Faroe Islands. Environ Health 2005; 4: 12.

157. Fängström B, Hovander L, Bignert A, Athanassiadis I, Linderholm L, Grandjean P, Weihe P, Bergman Å. Concentrations of PBDEs, PCBs, and OH-PCBs in serum from seven-year-old children and their mothers during pregnancy. Environ Sci Technol 2005; 39: 9457-63.

158. Baris YI, Grandjean P. Prospective study of mesothelioma mortality in Turkish villages with exposure to fibrous zeolites. J Natl Cancer Inst 2006; 98: 414-7.

159. Debes F, Budtz-Jørgensen E, Weihe P, White RF, Grandjean P. Impact of prenatal methylmercury toxicity on neurobehavioral function at age 14 years. Neurotoxicol Teratol 2006; 28: 363-75.

160. Grandjean P, Landrigan PJ. Developmental neurotoxicity of industrial chemicals. Lancet 2006: 368: 2167-78. (Also published as Grandjean P. [Effect of industrial chemicals on development of the nerve system--secondary publication]. Ugeskrift for laeger. 2007;169(34):2782-4. PMID: 17878017

161. Grandjean P, Harari R, Barr DB, Debes F. Pesticide exposure and stunting as independent predictors of neurobehavioral deficits in Ecuadorian school children. Pediatrics 2006; 117: 546-56.

162. Dietz R, Riget F, Born EW, Sonne C, Grandjean P, Kirkegaard M, Olsen MT, Asmund G, Renzoni A, Baagøe H, Andreasen C. Trends in mercury in hair of Greenlandic Polar Bears (Ursus maritimus) during 1892-2001. Environ Sci Technol 2006; 40: 1120-5.

163. Heilmann C, Grandjean P, Weihe P, Nielsen F, Budtz-Jørgensen E. Reduced antibody responses to vaccinations in children exposed to polychlorinated biphenyls. PLoS Med 2006; 3: e311.

164. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P. Confounder selection in environmental epidemiology: Assessment of health effects of prenatal mercury exposure. Ann Epidemiol 2007; 17: 27-35.

165. Petersen MS, Halling J, Damkier P, Nielsen F, Grandjean P, Weihe P, Brøsen K. Caffeine N3-demethylation (CYP1A2) in a population with an increased exposure to polychlorinated biphenyls. Eur J Clin Pharmacol 2006; 62: 1041-8.

166. Dakeishi M, Murata K, Grandjean P. Lessons from arsenic poisoning of infants due to contaminated dried milk: A review. Environ Health 2006; 5: 31.

167. Grandjean P, Budtz-Jørgensen E. Total imprecision of exposure

biomarkers: Implications for calculating exposure limits. Am J Industr Med 2007; 50: 712-9.

168. Grandjean P. Methylmercury toxicity and functional programming. Reproduct Toxicol 2007; 23: 414-20.

169. Grandjean P, Murata K. Developmental arsenic neurotoxicity in retrospect (editorial). Epidemiology 2007; 18: 25-6.

170. Wermuth L, Bech S, Petersen MS, Joensen P, Weihe P, Grandjean P. High prevalence and incidence of Parkinson's disease in the Faroe Islands. Acta Neurol Scand 2008; 118: 126-31.

171. Murata K, Grandjean P, Dakeishi M. Neurophysiological evidence of methylmercury neurotoxicity. Am J Industr Med 2007; 50: 765-71.

172. Budtz-Jørgensen E, Grandjean P, Weihe P. Separation of risks and benefits of seafood intake. Environ Health Perspect 2007; 115: 323-7.

173. Andersen HR, Nielsen F, Nielsen JB, Kjaerstad MB, Baelum J, Grandjean P. Xeno-oestrogenic activity in serum as marker of occupational pesticide exposure. Occup Environ Med 2007; 64: 708-714.

174. Andersen HR, Schmidt IM, Grandjean P, Jensen TK, Budtz-Jørgensen E, Kjaerstad MB, Baelum J, Nielsen JB, Skakkebaek NE, Main KM. Impaired reproductive development in sons of women occupationally exposed to pesticides during pregnancy. Environ Health Perspect 2008; 116: 566-72.

175. Petersen MS, Halling J, Damkier P, Nielsen F, Grandjean P, Weihe P, Brøsen K. Polychlorinated biphenyl (PCB) induction of the CYP3A4 enzyme activity in Healthy Faroese adults. Toxicol Appl Pharmacol 2007; 224: 202-6.

176. Choi AL, Budtz-Jørgensen E, Jørgensen PJ, Steuerwald U, Debes F, Weihe P, Grandjean P. Selenium as a potential protective factor against mercury developmental neurotoxicity. Environ Res 2008; 107: 45-52.

177. Grandjean P. Seven deadly sins of environmental epidemiology and the virtues of precaution. Epidemiology 2008; 19: 158-62.

178. Grandjean P. Late insights into early origins of disease. Basic Clin Pharmacol Toxicol 2008; 102: 94-9.

179. Petersen MS, Weihe P, Choi A, Grandjean P. Increased prenatal exposure to methylmercury does not affect the risk of Parkinson's disease. Neurotoxicology 2008; 29: 591-5.

180. Petersen MS, Halling J, Bech S, Wermuth L, Weihe P, Nielsen F Jørgensen PJ, Budtz-Jørgensen E, Grandjean P. Impact of dietary exposure to food contaminants on the risk of Parkinson's disease. Neurotoxicology 2008; 29: 584-90.

181. Halling J, Petersen MS, Brosen K, Weihe P, Grandjean P. Genetic predisposition to Parkinson's disease: CYP2D6 and HFE in the Faroe Islands. Pharmacogenet Genomics 2008; 18: 209-12.

182. Choi A, Cordier S, Weihe P, Grandjean P. Negative confounding in the evaluation of toxicity: The case of methylmercury in fish and seafood. Crit Rev Toxicol 2008; 38: 877-93.

183. Grandjean P, Ozonoff D. Environmental Health: the first five years. Environ Health 2007; 6: 27.

184. Grandjean P, Choi A. The delayed appearance of a mercurial warning. Epidemiology 2008; 19: 10-1.

185. Pouzaud F, Ibbou A, Blanchemanche S, Grandjean P, Krempf M,

Philippe H-J, Verger P. Use of advanced cluster analysis to characterize seafood consumption patterns and methylmercury exposures among pregnant women. J Exp Anal Environ Epidemiol 2010; 20: 54-68.
186. Grandjean P, Bellinger D, Bergman Å, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, HertzPicciotto I, Hu H, Huang TTK, Kold Jensen T, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebæk NE, Skerfving S, Weihe P. The Faroes statement: Human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol 2008; 102: 73-5.
187. Choi AL, Grandjean P. Methylmercury exposure and health effects in humans. Environ Chem 2008; 5: 112-20.
188. Weihe P, Kato K, Calafat AM, Nielsen F, Wanigatunga AA, Needham LL, Grandjean P. Serum concentrations of polyfluoroalkyl compounds in Faroese whale meat consumers. Environ Sci Technol 2008; 42: 6291-5.
189. Grandjean P, Budtz-Jørgensen E, Barr DB, Needham LL, Weihe P, Heinzow B. Elimination half-lives of polychlorinated biphenyl congeners in children. Environ Sci Technol 2008; 42: 6991-6.
190. Coccini T, Manzo L, Debes F, Weihe P, Grandjean P. Application of lymphocyte muscarinic receptors and platelet monoamine oxidase-B as biomarkers of CNS function in a Faroese children cohort prenatally exposed to methylmercury and PCBs. Biomarkers 2009; 14: 67-76.
191. Budtz-Jørgensen E, Debes F, Weihe P, Grandjean P. Structural equation models for meta-analysis in environmental risk assessment. Environmetrics 2010; 21: 510-27.
192. Choi AL, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Salonen JT, Tuomainen T-P, Murata K, Nielsen HP, Petersen MS, Askham J, Grandjean P. Methylmercury exposure and adverse cardiovascular effects in Faroese whalingmen. Environ Health Perspect 2009; 117: 369-72.
193. Bjørling-Poulsen M, Andersen HR, Grandjean P. Potential developmental neurotoxicity of pesticides used in Europe. Environ Health 2008; 7: 50.
194. Chevrier C, Sullivan K, White RF, Comtois C, Cordier S, Grandjean P. Qualitative assessment of visuospatial errors in mercury-exposed Amazonian children. Neurotoxicology 2009; 30: 37-46.
195. Julvez J, Grandjean P. Neurodevelopmental toxicity risks due to occupational exposure to industrial chemicals during pregnancy. Industr Health 2009; 47: 459-68.
196. Grandjean P, Budtz-Jørgensen E. An ignored risk factor in toxicology: The total imprecision of exposure assessment. Pure Appl Chem 2010; 82: 383-91.
197. Kirkegaard M, Sonne C, Dietz R, Letcher RJ, Jensen AL, Hansen SS, Jenssen BM, Grandjean P. Alterations in thyroid hormone status in Greenland sledge dogs exposed to whale blubber contaminated with organohalogen compounds. Environ Qual Saf 2011; 74: 157-63.
198. Schlezinger JJ, Bernard PL, Haas A, Grandjean P, Weihe P, Sherr DH. Direct assessment of cumulative aryl hydrocarbon receptor agonist activity in sera from experimentally exposed mice and environmentally exposed humans. Environ Health Perspect 2010; 118: 693-8.
199. White RF, Palumbo CL, Yugelun-Todd DA, Heaton KJ, Weihe P, Debes F, Grandjean P. Functional MRI approach to developmental methylmercury

and polychlorinated biphenyl neurotoxicity. Neurotoxicology 2011; 32: 975-80.
200. Lincoln RA, Vorhees DJ, Chesney EJ, Shine JP, Grandjean P, Senn DB. Fish consumption and mercury exposure among Louisiana recreational anglers. Environ Health Perspect 2011; 119: 245-51.
201. Yorifuji T, Tsuda T, Grandjean P. Unusual cancer excess after neonatal arsenic exposure from contaminated milk powder. J Natl Cancer Inst 2010; 102: 360-1.
202. Harari R, Julvez J, Murata K, Barr D, Bellinger DC, Debes F, Grandjean P. Neurobehavioral deficits and increased blood pressure in school-age children prenatally exposed to pesticides. Environ Health Perspect 2010; 118: 890-6.
203. Grandjean P, Satoh H, Murata K, Eto K. Adverse effects of methylmercury: Environmental health research implications. Environ Health Perspect 2010; 118: 1137-45.
204. Mahaffey KR, Sunderland EM, Chan HM, Choi AL, Grandjean P, Mariën K, Oken E, Sakamoto M, Schoeny R, Weihe P, Yan C-H, Yasutake A. Balancing the benefits of n-3 polyunsaturated fatty acids and the risks of methylmercury exposure from fish consumption. Nutrit Rev 2011; 69: 493-508.
205. Julvez J, Debes F, Weihe P, Choi A, Grandjean P. Sensitivity of continuous performance test (CPT) to mercury exposure at age 14 years. Neurotoxicol Teratol 2010; 32: 627-32.
206. Dalgård C, Petersen MS, Schmedes AV, Brandslund I, Weihe P, Grandjean P. High latitude and marine diet: Vitamin D status in elderly Faroese. Br J Nutr 2010; 104: 914-8.
207. Heilmann C, Budtz-Jørgensen E, Nielsen F, Heinzow B, Weihe P, Grandjean P. Serum concentrations of antibodies against vaccine toxoids in children exposed perinatally to immunotoxicants. Environ Health Perspect 2010; 118: 1434-8.
208. Grandjean P, Poulsen LK, Heilmann C, Steuerwald U, Weihe P. Allergy and sensitization during childhood associated with prenatal and lactational exposure to marine pollutants. Environ Health Perspect 2010; 118: 1429-33.
209. Grandjean P, Henriksen JE, Choi AL, Petersen MS, Dalgård C, Nielsen F, Weihe P. Marine food pollutants as a risk factor for hypoinsulinemia and type 2 diabetes. Epidemiology 2011; 22: 410-7.
210. Yorifuji T, Debes F, Weihe P, Grandjean P. Prenatal exposure to lead and cognitive deficit in 7- and 14-year-old children in the presence of concomitant exposure to similar molar concentration of methylmercury. Neurotoxicol Teratol 2011; 33: 205-11.
211. Grandjean P. Even low-dose lead exposure is hazardous. The Lancet 2010; 375: 855-6.
212. Spulber S, Rantamäki T, Nikkilä O, Castrén E, Weihe P, Grandjean P, Ceccatelli S. Effects of maternal smoking and exposure to methylmercury on Brain-Derived Neurotrophic Factor (BDNF) concentrations in cord serum. Toxicol Sci 2010; 117: 263-9.
213. Mozaffarian D, Shi P, Morris JS, Spiegelman D, Grandjean P, Siscovick, Willett WC, Rimm EB. Mercury exposure and risk of cardiovascular disease in two U.S. cohorts. N Engl J Med 2011; 364: 1116-25.

214. Ozonoff DM, Grandjean P. Milestones and impact factors (editorial). Environ Health 2010; 9: 35.
215. Needham LL, Grandjean P, Heinzow B, Jørgensen PJ, Nielsen F, Patterson DG Jr, Sjödin A, Turner WE, Weihe P. Partition of environmental chemicals between maternal and fetal blood and tissues. Environ Sci Technol 2011; 45: 1121-6.
216. Yorifuji T, Grandjean P, Tsuda T, Kashima S, Doi H. Cancer excess after arsenic exposure from contaminated milk powder. Environ Health Prev Med 2011; 16: 164-70.
217. Grandjean P, Herz K. Methylmercury and brain development: Imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 2011: 78: 107-18.
218. Pichery C, Bellanger M, Zmirou-Navier D, Glorennec P, Hartemann P, Grandjean P. Childhood lead exposure in France: benefit estimation and partial cost-benefit analysis of lead hazard control. Environ Health 2011; 10: 44.
219. Wohlfahrt-Veje C, Main KM, Schmidt IM, Boas M, Jensen TK, Grandjean P, Skakkebæk NE, Andersen HR. Lower birth weight and increased body fat at school age in children prenatally exposed to modern pesticides: A prospective study. Environ Health 2011; 10: 79.
220. Wohlfahrt-Veje C, Andersen HR, Schmidt IM, Aksglaede L, Sørensen K, Juul A, Jensen TK, Grandjean P, Skakkebæk NE, Main KM. Early Breast Development in Girls after Prenatal Exposure to Non-Persistent Pesticides. Int J Androl 2012; 35: 273-82.
221. Dalgård C, Petersen MS, Weihe P, Grandjean P. Vitamin D status in relation to type 2 diabetes development. Diabetes Care 2011; 34: 1284-8.
222. Julvez J, Debes F, Weihe P, Choi AL, Grandjean P. Thyroid dysfunction as a mediator of organochlorine neurotoxicity in preschool children. Environ Health Perspect 2011; 119:1429-35.
223. Audouze K, Grandjean P. Application of computational systems biology to explore environmental toxicity hazards. Environ Health Perspect 2011; 119: 1754-9.
224. Grandjean P, Andersen EW, Budtz-Jørgensen E, Nielsen F, Mølbak K, Weihe P, Heilmann C. Decreased serum vaccine antibody concentrations in children exposed to perfluorinated compounds. JAMA 2012; 307: 391-7.
225. Grandjean P, Eriksen ML, Ellegaard O, Wallin JA. The Matthew effect in environmental science publication: A bibliometric analysis of chemical substances in journal articles. Environ Health 2011; 10: 96.
226. Vestergaard S, Nielsen F, Andersson AM, Hjøllund NH, Grandjean P, Andersen HR, Jensen TK. Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive. Human Reproduct 2012; 27: 873-80.
227. Wohlfahrt-Veje C, Andersen HR, Jensen TK, Grandjean P, Skakkebaek NE, Main KM. Smaller genitals at school age in boys whose mothers were exposed to non-persistent pesticides in early pregnancy. Int J Androl 2012; 35: 265-72.
228. Grandjean P, Weihe P, Nielsen F, Heinzow B, Debes F, Budtz-Jørgensen E. Neurobehavioral deficits at age 7 years associated with

prenatal exposure to toxicants from maternal seafood diet. Neurotoxicol Teratol 2012; 34: 466-72.
229. Grandjean P, Grønlund C, Kjær IM, Jensen TK, Sørensen N, Andersson AM, Juul A, Skakkebæk NE, Budtz-Jørgensen E, Weihe P. Reproductive hormone profile and pubertal development in 14-year-old boys prenatally exposed to polychlorinated biphenyls. Reprod Toxicol 2012; 34: 498-503.
230. Karagas MR, Choi AL, Oken E, Horvat M, Schoeny R, Kamai E, Grandjean P, Korrick S. Evidence on the human health effects of low-level methylmercury exposure. Environ Health Perspect 2012; 120: 799-806.
231. Grandjean P, Ozonoff D. Portrait of the journal as a young adult. Environ Health. 2012; 11: 30.
232. Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 2013; 33: 450-61.
233. Færch K, Højlund K, Vind BF, Vaag A, Dalgård C, Nielsen F, Grandjean P. Increased serum concentrations of persistent organic pollutants among prediabetic individuals: potential role of altered substrate oxidation patterns. J Clin Endocrinol Metab 2012; 97: E1705-13.
234. Yorifuji T, Murata K, Bjerve K, Choi AL, Weihe P, Grandjean P. Visual evoked potentials in children prenatally exposed to methylmercury. Neurotoxicology 2013; 37: 15-8.
235. Pichery C, Bellanger M, Zmirou-Navier D, Fréry N, Cordier S, Roue-LeGall A, Hartemann P, Grandjean P. Economic evaluation of health consequences of prenatal methylmercury exposure in France. Environ Health 2012; 11: 53.
236. Andersen HR, Wohlfahrt-Veje C, Dalgård C, Christiansen L, Main KM, Christine Nellemann C, Murata K, Jensen TK, Skakkebæk NE, Grandjean P. Paraoxonase 1 polymorphism and prenatal pesticide exposure associated with adverse cardiovascular risk profiles at school age. PLoS ONE 2012; 7(5): e36830.
237. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. Environ Health Perspect 2012; 120: 1362-8.
238. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick D, Spiegelman D, Willett W, Rimm E, Curhan G, Forman J. Mercury exposure and risk of hypertension in US men and women in two prospective cohorts. Hypertension 2012; 60: 645-52.
239. Wu H, Bertrand KA, Choi AL, Hu FB, Laden F, Grandjean P, Sun Q. Plasma levels of persistent organic pollutants and risk of type 2 diabetes: a prospective analysis in the Nurses' Health Study and meta-analysis. Environ Health Perspect 2013; 121: 153-61.
240. Barouki B, Gluckman PD, Grandjean P, Hanson M, Heindel JJ. Developmental origins of non-communicable diseases and dysfunctions: Implications for research and public health. Environmental Health 2012: 11: 42.
241. Julvez J, Davey-Smith G, Golding J, Ring S, St. Pourcain B, Gonzalez JR, Grandjean P. Prenatal methylmercury exposure and genetic

predisposition to cognitive deficit at age 8 years. Epidemiology 2013; 24: 643-50.

242. Balbus JM, Barouki R, Birnbaum LS, Etzel RA, Gluckman PD, Grandjean P, Hancock C, Hanson MA, Heindel JJ, Hoffman K, Jensen GK, Keeling A, Neira M, Rabadán-Diehl C, Ralston J, Tang KC. Early-life prevention of non-communicable diseases (Comment). Lancet 2013; 381: 3-4.

243. Dietz R, Sonne C, Basu N, Braune B, O'Hara T, Letcher RJ, Scheuhammer T, Andersen M, Andreasen C, Andriashek D, Asmund G, Aubail A, Baagøe H, Born EW, Chan HM, Derocher AE, Grandjean P, Knott K, Kirkegaard M, Krey A, Lunn N, Messier F, Obbard M, Olsen MT, Ostertag S, Peacock E, Renzoni A, Rigét FF, Skaare JU, Stern G, Stirling I, Taylor M, Wiig O, Wilson S, Aars J. What are the toxicological effects of mercury in Arctic biota? Sci Total Environ 2013; 443: 775-790.

244. Bellanger M, Pichery C, Aerts D, Berglund M, Castaño A, Čejchanová M, Crettaz P, Davidson F, Esteban M, Fischer ME, Gurzau AE, Halzlova K, Katsonouri A, Knudsen LE, Kolossa-Gehring M, Koppen G, Ligocka D, Miklavčič A, Reis MF, Rudnai P, Tratnik JS, Weihe P, Budtz-Jørgensen E, Grandjean P. Economic benefits of methylmercury exposure control in Europe: Monetary value of neurotoxicity prevention. Environ Health 2013; 12: 3.

245. Halling J, Petersen MS, Jørgensen N, Jensen TK, Grandjean P, Weihe P. Semen quality and reproductive hormones in Faroese men – a cross-sectional population-based study of 481 men. BMJ Open 2013; 3: e001946.

246. Grandjean P, Budtz-Jørgensen E. Immunotoxicity of perfluorinated alkylates: Calculation of benchmark doses based on serum concentrations in children. Environ Health 2013; 12: 35.

247. Choi AL, Mogensen UB, Bjerve K, Weihe P, Grandjean P, Budtz-Jørgensen E. Negative confounding by essential fatty acids in methylmercury neurotoxicity associations. Neurotoxicol Teratol 2014; 42: 85-92.

248. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick DS, Spiegelman D, Hu FB. Methylmercury exposure and incident diabetes mellitus in US men and women in two prospective cohorts. Diabetes Care 2013; 36: 3578-84.

249. Audouze K, Brunak S, Grandjean P. Computational approach to chemical etiologies of diabetes. Sci Comm 2013; 3: 2712.

250. Fonseca MF, Hacon SS, Grandjean P, Choi AL, Bastos WR. Iron status as a covariate in methylmercury-associated neurotoxicity risk. Chemosphere 2014; 100: 89-96.

251. Grandjean P, Clapp R. Changing interpretation of human health risks from perfluorinated compounds. Publ Health Rep 2014:129; 482-5.

252. Grandjean P, Landrigan PJ. Neurobehavioural effects of developmental toxicity. Lancet Neurol 2014; 13: 330-8.

253. Kim BM, Choi A, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Effect of hemoglobin and selenium on partition of mercury between maternal and cord blood. Environ Res 2014; 132: 407-12.

254. Grandjean P, Ozonoff D. Transparency and translation of science in a modern world. Environ Health 2013; 12: 70.

255. Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK. Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. Am J Clin Nutrit 2014; 99: 5-13
256. Timmermann CAG, Rossing LI, Grøntved A, Ried-Larsen M, Dalgård C, Andersen LB, Grandjean P, Nielsen F, Svendsen KD, Scheike T, Jensen TK. Adiposity and glycemic control in children exposed to perfluorinated compounds. J Clin Endocrinol Metab 2014; 99: E608-14.
257. Julvez J, Grandjean P. Genetic susceptibility to methylmercury developmental neurotoxicity matters. Front Genet 2013; 4: 278.
258. Vesterholm Jensen D, Christensen JH, Virtanen HE, Skakkebæk NE, Main KM, Toppari J, Veje CV, Andersson AM, Nielsen F, Grandjean P, Jensen TK. No association between exposure to perfluorinated compounds and congenital cryptorchidism: a nested case-control study among 215 boys from Denmark and Finland. Reproduction 2014; 147: 411-7.
259. Li M, Sherman LS, Blum JD, Grandjean P, Mikkelsen B, Weihe P, Sunderland EM, Shine JP. Assessing sources of human methylmercury exposure using stable mercury isotopes. Environ Sci Technol 2014; 48: 8800-6.
260. Grandjean P, Herz KT. Trace elements as paradigms of developmental neurotoxicants. J Trace Elem Med Biol 2015; 31: 130-4.
261. Grandjean P, Weihe P, Debes F, Choi AL, Budtz-Jørgensen E. Neurotoxicity from prenatal and postnatal exposure to methylmercury. Neurotoxicol Teratol 2014; 43: 39-44.
262. Grandjean P, Clapp R. Perfluorinated alkyl substances: emergence of insights into health risks. New Solutions 2015; 25: 147-63.
263. Osuna CE, Grandjean P, Weihe P, El-Fawal HAN. Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children. Toxicol Sci 2014; 142: 158-66.
264. Mogensen UB, Grandjean P, Heilmann C, Nielsen F, Weihe P, Budtz-Jørgensen E. Structural equation modeling of immunotoxicity associated with exposure to perfluorinated compounds. Environ Health 2015; 14: 47.
265. Andersen HR, Debes F, Wohlfahrt-Veje C, Murata K, Grandjean P. Occupational pesticide exposure in early pregnancy and neurobehavioral function in children at school age. Neurotoxicol Teratol 2015; 47: 1-9.
266. Kvist L, Giwercman A, Weihe P, Jensen TK, Grandjean P, Halling J, Petersen MS, Giwercman YL. Exposure to persistent organic pollutants and sperm sex chromosome ratio in men from the Faroe Islands. Environ Int 2014; 73: 359-64.
267. Jensen TK, Timmermann AG, Rossing LI, Ried-Larsen M, Grøntved A, Andersen LB, Dalgaard C, Hansen OH, Scheike T, Nielsen F, Grandjean P. Polychlorinated biphenyl exposure and glucose metabolism in Danish children at age 9 years. J Clin Endocrinol Metab 2014; 99: E2643-51.
268. Choi AL, Zhang Y, Sun G, Bellinger D, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Association of cognitive deficits with prenatal exposure to fluoride in Chinese children: a pilot study. Neurotoxicol Teratol 2015; 47: 96-101.
269. Mørck TA, Nielsen F, Nielsen JKS, Siersma V, Grandjean P, Knudsen

LE. PFAS concentrations in plasma samples from Danish school children and their mothers. Chemosphere 2015; 129: 203-9.

270. Kioumourtzoglou MA, Roberts AL, Nielsen F, Shelley Tworoger SS, Grandjean P, Weisskopf MG. Within-person reproducibility of red blood cell mercury over a 10- to 15-year period among women in the Nurses' Health Study II. J Exp Sci Environ Epidemiol 2016; 26: 219-23.

271. Wu H, Grandjean P, Hu FB, Sun Q. Consumption of white rice and brown rice and urinary inorganic arsenic concentration. Epidemiology 2015; 26: e65-7.

272. Jensen TK, Andersen LB, Kyhl HB, Nielsen F, Christensen HT, Grandjean P. Association between perfluorinated compounds and miscarriage in a case-control study of Danish pregnant women. PLoS One 2015; 10: e0123496.

273. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Bellanger M, Hauser R, Legler J, Skakkebaek N, Heindel JJ. Estimating burden and disease costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1245-55.

274. Bellanger M, Demeneix B, Grandjean P, Zoeller RT, Trasande L. Neurobehavioral deficits, diseases and associated costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1256-66.

275. Tang-Péronard JL, Heitmann BL, Jensen TK, Vinggaard AM, Madsbad S, Steuerwald U, Grandjean P, Weihe P, Nielsen F, Andersen HR. Prenatal exposure to persistent organic pollutants is associated with increased insulin levels in 5-year-old girls. Environ Res 2015; 142: 407-13.

276. Timmermann CAG, Osuna CE, Steuerwald U, Weihe P, Poulsen LK, Grandjean P. Asthma and allergy in children with and without prior measles mumps, and rubella vaccination. Pediatr Allergy Immunol 2015; 26: 742-9.

277. Tøttenborg SS, Choi AL, Bjerve KS, Weihe P, Grandjean P. Effect of seafood mediated PCB on desaturase activity and PUFA profile in Faroese septuagenarians. Environ Res 2015; 140: 699-703.

278. Petersen MS, Halling J, Weihe P, Jensen TK, Grandjean P, Nielsen F, Jørgensen N. Spermatogenic capacity in fertile men with elevated exposure to polychlorinated biphenyls. Environ Res 2015; 138: 345-51.

279. Grandjean P. Toxicology research for precautionary decision-making and the role of Human & Experimental Toxicology. Hum Exp Toxicol 2015; 34: 1231-7.

280. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, 't

Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M, Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KC, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Seniori Costantini A, Seixas N, Shy C, Siemiatycki J, Silvermann DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC monographs: 40 years of evaluating carcinogenic hazards to humans. Environ Health Perspect 2015; 123: 507-14.

281. Zong G, Grandjean P, Wu H, Sun Q. Circulating persistent organic pollutants and body fat distribution, evidence from NHANES 1999-2004. Obesity 2015; 23: 1903-10.

282. Debes F, Weihe P, Grandjean P. Cognitive deficits at age 22 years associated with prenatal exposure to methylmercury. Cortex 2016; 74: 358-69.

283. Mogensen UB, Grandjean P, Nielsen F, Weihe P, Budtz-Jørgensen E. Breastfeeding as an exposure pathway for perfluorinated alkylates. Environ Sci Technol 2015; 49: 10466-73.

284. Kielsen K, Shamin Z, Ryder LP, Nielsen F, Grandjean P, Budtz-Jørgensen E, Heilmann C. Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates. J Immunotoxicol 2016; 13: 270-3.

285. Grandjean P, Barouki R, Bellinger D, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C, Karagas M, Kawamoto T, Lawrence BP, Perera F, Prins G, Puga A, Rosenfeld CS, Sherr D, Sly P, Suk W, Sun Q, Toppari J, van den Hazel P, Walker CL, Heindel JJ. Life-long implications of developmental exposure to environmental stressors: New perspectives. Endocrinology 2015; 156: 3408-15.

286. Heindel JJ, Balbus J, Birnbaum L, Brune-Drisse ML, Grandjean P, Gray K, Landrigan PJ, Sly PD, Suk W, Cory-Slechta D, Thompson C, Hanson M. Developmental origins of health and disease: integrating environmental influences. Endocrinology 2015; 156: 3416-21.

287. Egsmose EL, Bräuner EV, Frederiksen M, Mørck TA, Siersma VD, Hansen PW, Nielsen F, Grandjean P, Knudsen LE. Associations between plasma concentrations of PCB 28 and possible indoor exposure sources in Danish school children and mothers. Environ Intern 2016; 87: 13-9.

288. Perry MJ, Young HA, Grandjean P, Halling J, Petersen MS, Sheena EM, Parisa K, Weihe P. Sperm aneuploidy in men with elevated lifetime exposure to dichlorodiphenyldichloroethylene (DDE) and polychlorinated biphenyl (PCB) pollutants. Environ Health Perspect 2016; 124: 951-6.

289. Julvez J, Paus T, Bellinger D, Eskenazi B, Tiemeier H, Pearce N, Ritz B, White T, Ramchandani P, Gispert JD, Desrivières S, Brouwer R, Boucher O, Alemany S, López-Vicente M, Suades-González E, Forns J, Grandjean P, Sunyer J. Environment and Brain Development: Challenges in the Global Context. Neuroepidemiology 2016; 46: 79-82.

290. Yorifuji T, Kato T, Ohta H, Bellinger DC, Matsuoka K, Grandjean P. Neurological and neuropsychological functions in adults with a

history of developmental arsenic poisoning from contaminated milk powder. Neurotoxicol Teratol 2016; 53: 75-80.

291. Sunderland EM, Driscoll CT Jr, Hammitt JK, Grandjean P, Evans JS, Blum JD, Chen CY, Evers DC, Jaffe DA, Mason RP, Goho S, Jacobs W. Benefits of regulating hazardous air pollutants from coal and oil-fired utilities in the United States. Environ Sci Technol 2016; 50:2117-20.

292. Grandjean P. Learning from Bernardino Ramazzini, a tribute to the Magister from Carpi and to the Fellows of the Collegium Ramazzini. Eur J Oncol 2016: 21: 51-60.

293. Vandenberg LN, Ågerstrand M, Beronius A, Beausoleil C, Bergman Å, Bero LA, Bornehag CG, Boyer CS, Cooper GS, Cotgreave I, Gee D, Grandjean P, Guyton KZ, Hass U, Heindel JJ, Jobling S, Kidd KA, Kortenkamp A, Macleod MR, Martin OV, Norinder U, Scheringer M, Thayer KA, Toppari J, Whaley P, Woodruff TJ, Rudén C. A proposed framework for the systematic review and integrated assessment (SYRINA) of endocrine disrupting chemicals. Environ Health 2016; 15: 74.

294. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Hunt PM, Rudel R, Sathyanarayana S, Bellanger M, Hauser R, Legler J, Skakkebaek NE, Heindel JJ. Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis. Andrology 2016; 4: 565-72.

295. Dalgård C, Petersen MS, Steuerwald U, Weihe P, Grandjean P. Umbilical cord serum 25-hydroxyvitamin D concentrations and relation to birthweight, head circumference and infant length at age 14 days. Paediatr Perinat Epidemiol 2016; 30: 238-45.

296. Grandjean P. Paracelsus Revisited: The dose concept in a complex world. Basic Clin Pharmacol Toxicol 2016; 119: 126-32.

297. Tinggaard J, Wohlfahrt-Veje C, Husby S, Christiansen L, Skakkebaek NE, Jensen TK, Grandjean P, Main KM, Andersen HR. Prenatal pesticide exposure and PON1 genotype associated with adolescent body fat distribution evaluated by dual X-ray absorptiometry (DXA). Andrology 2016; 4: 735-44.

298. Zong G, Grandjean P, Wang X, Sun Q. Lactation history, serum concentrations of persistent organic pollutants, and maternal risk of diabetes. Environ Res 2016; 150: 282-8.

299. Birnbaum LS, Grandjean P. Alternatives to PFASs: Perspectives on the science (editorial). Environ Health Perspect 2015; 123: A104-5.

300. Hu XC, Andrews D, Lindstrom AB, Bruton TA, Schaider LA, Grandjean P, Lohmann R, Carignan CC, Blum A, Balan SA, Higgins CP, Sunderland EM. Detection of poly- and perfluoroalkyl substances (PFASs) in U.S. drinking water linked to industrial sites, military fire training areas and wastewater treatment plants. Environ Sci Technol Lett 2016 3: 344-350.

301. Timmermann CAG, Budtz-Jørgensen E, Petersen MS, Weihe P, Steuerwald U, Nielsen F, Jensen TK, Grandjean P. Shorter duration of breastfeeding at elevated exposures to perfluoroalkyl substances. Reproduct Toxicol 2017; 68: 164-170.

302. Lind DV, Priskorn L, Lassen TH, Nielsen F, Kyhl HB, Kristensen DM, Christesen HT, Jørgensen JS, Grandjean P, Jensen TK. Prenatal exposure to perfluoroalkyl substances and anogenital distance at 3

months of age as marker of endocrine disruption. Reproduct Toxicol 2017; 68: 200-206.

303. Oulhote Y, Shamim Z, Kielsen K, Weihe P, Grandjean P, Ryder LP, Heilmann C. Children's white blood cell counts in relation to developmental exposures to methylmercury and persistent organic pollutants. Reproduct Toxicol 2017; 68: 207-214.

304. Karlsen M, Grandjean P, Weihe P, Steuerwald U, Oulhote Y, Valvi D. Early-life exposures to persistent organic pollutants in relation to overweight in preschool children. Reproduct Toxicol 2017; 68: 145-153.

305. Dalsager L, Christensen N, Husby S, Kyhl H, Nielsen F, Høst A, Grandjean P, Jensen TK. Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4years among 359 children in the Odense Child Cohort. Environ Int 2016; 96: 58-64.

306. Oulhote Y, Steuerwald U, Debes F, Weihe P, Grandjean P. Behavioral difficulties in 7-year-old children in relation to developmental exposure to perfluorinated alkyl substances. Environ Int 2016; 97: 237-45.

307. Weihe P, Debes F, Halling J, Petersen MS, Muckle G, Odland JØ, Dudarev A, Ayotte P, Dewailly É, Grandjean P, Bonefeld-Jørgensen E. Health effects associated with measured levels of contaminants in the Arctic. Int J Circumpolar Health 2016; 75: 33805.

308. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Budtz-Jørgensen E. Serum Vaccine Antibody Concentrations in Adolescents Exposed to Perfluorinated Compounds. Environ Health Perspect 2017; 125: 077018.

309. Oulhote Y, Debes F, Vestergaard S, Weihe P, Grandjean P. Aerobic fitness and neurocognitive function scores in young Faroese adults and potential modification by prenatal methylmercury exposure. Environ Health Perspect 2017; 125: 677-683.

310. Kirk LE, Jørgensen JS, Nielsen F, Grandjean P. Role of hair-mercury analysis and dietary advice in lowering methylmercury exposure in pregnant women. Scand J Publ Health 2017; 45: 444-51.

311. Timmermann CAG, Budtz-Jørgensen E, Jensen TK, Osuna CE, Petersen MS, Steuerwald U, Nielsen F, Poulsen LK, Weihe P, Grandjean P. Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination. J Immunotoxicol 2017; 14: 39-49.

312. Yorifuji T, Matsuoka K, Grandjean P. Height and blood chemistry in adults with a history of developmental arsenic poisoning from contaminated milk powder. Environ Res 2017; 155: 86-91.

313. Valvi D, Oulhote Y, Weihe P, Dalgård C, Bjerve KS, Steuerwald U, Grandjean P. Gestational diabetes and offspring birth size at elevated environmental pollutant exposures. Environ Int 2017; 107: 205-215.

314. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Timmermann A, Budtz-Jørgensen E. Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5 years. J Immunotoxicol 2017; 14: 188-195.

315. Mie A, Andersen HR, Gunnarsson S, Kahl J, Kesse-Guyot E, Rembiałkowska E, Quaglio G, Grandjean P. Human health implications of

organic food and organic agriculture: a comprehensive review. Environ Health 2017; 16: 111.

316. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F, Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2017; 65: 34-41

317. Grandjean P, Bellanger M. Calculation of the disease burden associated with environmental chemical exposures: application of toxicological information in health economic estimation. Environ Health 2017; 16: 123.

318. Timmermann CAG, Choi AL, Petersen MS, Nielsen F, Budtz-Jørgensen E, Weihe P, Grandjean P. Secondary Sex Ratio in Relation to Exposures to Polychlorinated Biphenyls, Dichlorodiphenyl Dichloroethylene, and Methylmercury. Int J Circumpolar Health 2017; 76: 1406234.

319. Sun Q, Zong G, Valvi D, Nielsen F, Coull B, Grandjean P. Plasma Concentrations of Perfluoroalkyl Substances and Risk of Type 2 Diabetes: A Prospective Investigation among US Women. Environ Health Perspect 2018; 126: 037001.

320. Liu G, Dhana K, Furtado JD, Rood J, Zong G, Liang L, Qi L, Bray GA, Smith SR, DeJonge L, Coull B, Grandjean P, Sun Q. Perfluoroalkyl Substances and Changes in Body Weight and Resting Metabolic Rate in Response to Weight-Loss Diets: A Prospective Study. PLoS Medicine 2018; 15: e1002502.

321. Zong G, Valvi D, Coull B, Göen T, Hu FB, Grandjean P, Sun Q. Persistent Organic Pollutants and Risk of Type 2 Diabetes: A Prospective Investigation Among Middle-aged Women in Nurses' Health Study II. Environ Int 2018; 114: 334-42.

322. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2018; 65: 34-41.

323. Barouki R, Melén E, Herceg Z, Beckers J, Chen J, Karagas M, Puga A, Xia Y, Chadwick L, Yan W, Audouze K, Slama R, Heindel J, Grandjean P, Kawamoto T, Nohara K. Epigenetics as a mechanism linking developmental exposures to long-term toxicity. Environ Int 2018; 114: 77-86.

324. Leung YK, Ouyang B, Niu L, Xie C, Ying J, Medvedovic M, Chen A, Weihe P, Grandjean P, Ho SM. Identification of sex-specific-methylation changes driven by specific chemicals in cord blood DNA in Faroe Islands birth cohort. Epigenetics 2018; 13: 290-300.

325. Dassuncao C, Hu XC, Nielsen F, Weihe P, Grandjean P, Sunderland EM. Shifting Global Exposures to Poly- and Perfluoroalkyl Substances (PFASs) Evident in Longitudinal Birth Cohorts from a Seafood Consuming Population. Environ Sci Technol 2018; 52: 3738-47.

326. Hu XC, Dassuncao C, Zhang X, Grandjean P, Weihe P, Webster GM, Nielsen F, Sunderland EM. Can profiles of poly- and Perfluoroalkyl substances (PFASs) in human serum provide information on major exposure sources? Environ Health 2018; 17: 11.

327. Audouze K, Taboureau O, Grandjean P. A systems biology approach to predictive developmental neurotoxicity of a larvicide used in the prevention of Zika virus transmission. Toxicol Appl Pharmacol 2018: 354: 56-63.

328. Fritsche E, Grandjean P, Crofton KM, Aschner M, Goldberg A, Heinonen T, Hessel EVS, Hogberg H, Hougaard Bennekou S, Lein PJ, Leist M, Mundy WR, Paparella M, Piersma AH, Sachana M, Schmuck G, Solecki R, Terron A, Monnet-Tschudi F, Wilks MF, Witters H, Zurich MG, Bal-Price A. Consensus statement on the need for innovation, transition and implementation of Developmental Neurotoxicity (DNT) testing for regulatory purposes. Toxicol Appl Pharmacol 2018; 354: 3-6.

329. Jensen RC, Timmermann CA, Glintborg D, Nielsen F, Andersen HR, Kyhl HB, Andersen M, Grandjean P, Jensen TK. Perfluoroalkyl Substances and Glycemic Status in Pregnant Danish Women: The Odense Child Cohort. Environ Int 2018; 116: 101-7.

330. Veyhe AS, Andreassen J, Halling J, Grandjean P, Skaalum Petersen M, Weihe P. Prevalence of type 2 diabetes and prediabetes in the faroe islands. Diabetes Res Clin Pract 2018; 140: 162-73.

331. Andersen HR, Tinggaard J, Grandjean P, Jensen TK, Dalgård C, Main KM. Prenatal pesticide exposure associated with glycated haemoglobin and markers of metabolic dysfunction in adolescents. Environ Res 2018; 166: 71-77.

332. Petersen MS, Halling J, Jørgensen N, Nielsen F, Grandjean P, Jensen TK, Weihe P. Reproductive function in a population of young Faroese men with elevated exposure to polychlorinated biphenyls (PCBs) and perfluorinated alkylate substances (PFAS). Int J Environ Res Public Health 2018; 15(9): E1880.

333. Grandjean P. Delayed discovery, dissemination, and decisions on intervention in environmental health: a case study on immunotoxicity of perfluorinated alkylate substances. Environ Health 2018; 17: 62.

334. Yorifuji T, Takaoka S, Grandjean P. Accelerated functional losses in ageing congenital Minamata disease patients. Neurotoxicol Teratol 2018; 69: 49-53.

335. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. PLoS One 2018; 13(10): e0205388.

336. Petersen MS, Debes F, Grandjean P, Weihe P. Gender differences in cognitive performance and health status in the Faroese Septuagenarians cohort. Eur J Public Health 2019; 29: 79-81.

337. Mie A, Rudén C, Grandjean P. Safety of safety evaluation of pesticides: developmental neurotoxicity of chlorpyrifos and chlorpyrifos-methyl. Environ Health 2018; 17: 77.

338. Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ, Hougaard KS, Hunt P, Nawrot TS, Prins GS, Ritz B, Soffritti M, Sunyer J, Weihe P. Time scales of developmental toxicity impacting on research and needs for intervention. Basic Clin Pharmacol Toxicol 2019 Aug;125 Suppl 3:70-80.

339. Jensen TK, Mustieles V, Bleses D, Frederiksen H, Trecca F, Schoeters G, Andersen HR, Grandjean P, Kyhl HB, Juul A, Bilenberg N,

Andersson AM. Prenatal bisphenol A exposure is associated with language development but not with ADHD-related behavior in toddlers from the Odense Child Cohort. Environ Res 2019; 170: 398-405.

340. Ammitzbøll C, Börnsen L, Petersen ER, Oturai AB, Søndergaard HB, Grandjean P, Sellebjerg F. Perfluorinated substances, risk factors for multiple sclerosis and cellular immune activation. J Neuroimmunol 2019; 330: 90-95.

341. Hu XC, Tokranov AK, Liddie J, Zhang X, Grandjean P, Hart JE, Laden F, Sun Q, Yeung LWY, Sunderland EM. Tap Water Contributions to Plasma Concentrations of Poly- and Perfluoroalkyl Substances (PFAS) in a Nationwide Prospective Cohort of U.S. Women. Environ Health Perspect 2019; 127: 67006.

342. Dalsager L, Fage-Larsen B, Bilenberg N, Jensen TK, Nielsen F, Kyhl HB, Grandjean P, Andersen HR. Maternal urinary concentrations of pyrethroid and chlorpyrifos metabolites and attention deficit hyperactivity disorder (ADHD) symptoms in 2-4-year-old children from the Odense Child Cohort. Environ Res 2019; 176: 108533.

343. Eryasa B, Grandjean P, Nielsen F, Valvi D, Zmirou-Navier D, Sunderland E, Weihe P, Oulhote Y. Physico-chemical properties and gestational diabetes predict transplacental transfer and partitioning of perfluoroalkyl substances. Environ Int 2019; 130: 104874.

344. Shelly C, Grandjean P, Oulhote Y, Plomgaard P, Frikke-Schmidt R, Nielsen F, Zmirou-Navier D, Weihe P, Valvi D. Early life exposures to perfluoroalkyl substances in relation to adipokine hormone levels at birth and during childhood. J Clin Endocrinol Metab 2019; 104: 5338-5348.

345. Julvez J, Smith GD, Ring S, Grandjean P. A Birth Cohort Study about the Genetic Modification of Prenatal Methylmercury Association with Child Cognitive Development. Am J Epidemiol 2019; 188: 1784-1793.

346. Timmermann CAG, Pedersen HS, Budtz-Jørgensen E, Bjerregaard P, Oulhote Y, Weihe P, Nielsen F, Grandjean P. Environmental chemical exposures among Greenlandic children in relation to diet and residence. Int J Circumpolar Health 2019; 78: 1642090.

347. Hu Y, Liu G, Rood J, Liang L, Bray GA, de Jonge L, Coull B, Furtado JD, Qi L, Grandjean P, Sun Q. Perfluoroalkyl substances and changes in bone mineral density: A prospective analysis in the POUNDS-LOST study. Environ Res 2019;179(Pt A):108775.

348. Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC, Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H. Improving and Expanding Estimates of the Global Burden of Disease Due to Environmental Health Risk Factors. Environ Health Perspect. 2019; 127(10): 105001

349. Oulhote Y, Coull B, Bind MA, Debes F, Nielsen F, Tamayo I, Weihe P, Grandjean P. Joint and independent neurotoxic effects of early life exposures to a chemical mixture: A multi-pollutant approach combining ensemble learning and g-computation. Environ Epidemiol 2019; 3: e063.

350. Xiao C, Grandjean P, Valvi D, Nielsen F, Jensen TK, Weihe P, Oulhote Y. Associations of exposure to perfluoroalkyl substances with

thyroid hormone concentrations and birth size. J Clin Endocrinol Metab 2020; 105: 735-45.

351. Grandjean P. Developmental fluoride neurotoxicity: an updated review. Environ Health 2019; 18: 110.

352. Liu G, Zhang B, Hu Y, Rood J, Liang L, Qi L, Bray GA, DeJonge L, Coull B, Grandjean P, Furtado JD, Sun Q. Associations of perfluoroalkyl substances with blood lipids and Apolipoproteins in lipoprotein subspecies: the POUNDS-lost study. Environ Health 2020: 19: 5.

353. Jensen RC, Glintborg D, Timmermann CAG, Nielsen F, Kyhl HB, Frederiksen H, Andersson AM, Juul A, Sidelmann JJ, Andersen HR, Grandjean P, Andersen MS, Jensen TK. Prenatal exposure to perfluorodecanoic acid is associated with lower circulating concentration of adrenal steroid metabolites during mini puberty in human female infants: The Odense Child Cohort. Environ Res 2020; 182: 109101.

354. Waterfield G, Rogers M, Grandjean P, Auffhammer M, Sunding D. Reducing exposure to high levels of perfluorinated compounds in drinking water improves reproductive outcomes: evidence from an intervention in Minnesota. Environ Health 2020; 19: 42.

355. Jensen RC, Andersen MS, Larsen PV, Glintborg D, Dalgård C, Timmermann CAG, Nielsen F, Sandberg MB, Andersen HR, Christesen HT, Grandjean P, Jensen TK. Prenatal Exposures to Perfluoroalkyl Acids and Associations with Markers of Adiposity and Plasma Lipids in Infancy: an Odense Child Cohort study. Environ Health Perspect 2020; 128: 5184.

356. Timmermann CAG, Jensen KJ, Nielsen F, Budtz-Jørgensen E, van der Klis F, Benn CS, Grandjean P, Fisker AB. Serum Perfluoroalkyl Substances, Vaccine Responses, and Morbidity in a Cohort of Guinea-Bissau Children. Environ Health Perspect 2020; 128: 87002.

357. Gardener H, Sun Q, Grandjean P. PFAS concentration during pregnancy in relation to cardiometabolic health and birth outcomes. Environ Res 2021; 192: 110287.

358. Wu Q, Coumoul X, Grandjean P, Barouki R, Audouze K. Endocrine disrupting chemicals and COVID-19 relationships: A computational systems biology approach. Environ Int 2020: 106232.

359. Landrigan PJ, Stegeman JJ, Fleming LE, Allemand D, Anderson DM, Backer LC, Brucker-Davis F, Chevalier N, Corra L, Czerucka D, Bottein MD, Demeneix B, Depledge M, Deheyn DD, Dorman CJ, Fénichel P, Fisher S, Gaill F, Galgani F, Gaze WH, Giuliano L, Grandjean P, Hahn ME, Hamdoun A, Hess P, Judson B, Laborde A, McGlade J, Mu J, Mustapha A, Neira M, Noble RT, Pedrotti ML, Reddy C, Rocklöv J, Scharler UM, Shanmugam H, Taghian G, van de Water JAJM, Vezzulli L, Weihe P, Zeka A, Raps H, Rampal P. Human Health and Ocean Pollution. Ann Glob Health. 2020; 86: 151.

360. Grandjean P, Timmermann CAG, Kruse M, Nielsen F, Vinholt PJ, Boding L, Heilmann C, Mølbak K. Severity of COVID-19 at elevated exposure to perfluorinated alkylates. PLoS One. 2020; 15: e0244815.

361. Dalsager L, Christensen N, Halekoh U, Timmermann CAG, Nielsen F, Kyhl HB, Husby S, Grandjean P, Jensen TK, Andersen HR. Exposure to perfluoroalkyl substances during fetal life and hospitalization for

infectious disease in childhood: A study among 1,503 children from the Odense Child Cohort. Environ Int 2021; 149: 106395.

362. Krishnankutty N, Storgaard Jensen T, Kjær J, Jørgensen JS, Nielsen F, Grandjean P. Public-health risks from tea drinking: Fluoride exposure. Scand J Public Health 2022; 50: 355-61.

363. Birukov A, Andersen LB, Andersen MS, Nielsen JH, Nielsen F, Kyhl HB, Jørgensen JS, Grandjean P, Dechend R, Jensen TK. Exposure to perfluoroalkyl substances and blood pressure in pregnancy among 1436 women from the Odense Child Cohort. Environ Int 2021; 151: 106442.

364. Kupsco A, Prada D, Valvi D, Hu L, Petersen MS, Coull B, Grandjean P, Weihe P, Baccarelli AA. Human milk extracellular vesicle miRNA expression and associations with maternal characteristics in a population-based cohort from the Faroe Islands. Sci Rep 2021; 11: 5840.

365. Valvi D, Højlund K, Coull BA, Nielsen F, Weihe P, Grandjean P. Life-course exposure to perfluoroalkyl substances in relation to markers of glucose homeostasis in early adulthood. J Clin Endocrinol Metab 2021; 106: 2495-2504.

366. Andersen HR, Dalsager L, Jensen IK, Timmermann CAG, Olesen TS, Trecca F, Nielsen F, Schoeters G, Kyhl HB, Grandjean P, Bilenberg N, Bleses D, Jensen TK. Prenatal exposure to pyrethroid and organophosphate insecticides and language development at age 20-36 months among children in the Odense Child Cohort. Int J Hyg Environ Health 2021; 235: 113755.

367. Blomberg AJ, Shih YH, Messerlian C, Jørgensen LH, Weihe P, Grandjean P. Early-life associations between per- and polyfluoroalkyl substances and serum lipids in a longitudinal birth cohort. Environ Res 2021; 200: 111400.

368. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A benchmark dose analysis for maternal pregnancy urine-fluoride and IQ in children. Risk Anal 2022; 42: 439-449.

369. Shih YH, Blomberg AJ, Bind MA, Holm D, Nielsen F, Heilmann C, Weihe P, Grandjean P. Serum vaccine antibody concentrations in adults exposed to per- and polyfluoroalkyl substances: A birth cohort in the Faroe Islands. J Immunotoxicol 2021; 18: 85-92.

370. Christensen JVR, Bangash KK, Weihe P, Grandjean P, Nielsen F, Jensen TK, Petersen MS. Maternal exposure to perfluoroalkyl chemicals and anogenital distance in the offspring: a Faroese cohort study. Reprod Toxicol 2021; 104: 52-57.

371. Timmermann CAG, Sloth Pedersen H, Weihe P, Bjerregaard P, Nielsen F, Heilmann C, Grandjean P. Concentrations of tetanus and diphtheria antibodies in vaccinated Greenlandic children aged 7-12 years exposed to marine pollutants, a cross sectional study. Environ Res 2022; 203: 111712.

372. Jørgensen LH, Sindahl CH, Pedersen L, Nielsen F, Jensen TK, Tolstrup J, Ekholm O, Grandjean P. Reference intervals for trace elements in the general Danish population and their dependence on serum proteins. Scand J Clin Lab Invest 2021: 2021; 81: 523-531.

373. Shih YH, Blomberg AJ, Jørgensen LH, Weihe P, Grandjean P. Early-life exposure to perfluoroalkyl substances in relation to serum

adipokines in a longitudinal birth cohort. Environ Res 2022; 204: 111905.

374. Timmermann CAG, Andersen MS, Budtz-Jørgensen E, Boye H, Nielsen F, Jensen RC, Bruun S, Husby S, Grandjean P, Jensen TK. Pregnancy exposure to perfluoroalkyl substances, prolactin concentrations and breastfeeding in the Odense Child Cohort. J Clin Endocrinol Metab 2022; 107: e631-e642.

375. Dalsager L, Jensen TK, Nielsen F, Grandjean P, Bilenberg N, Andersen HR. No association between maternal and child PFAS concentrations and repeated measures of ADHD symptoms at age 2½ and 5 years in children from the Odense Child Cohort. Neurotox Teratol 2021; 88: 107031.

376. Lochhead P, Khalili H, Ananthakrishnan AN, Burke KE, Richter JM, Sun Q, Grandjean P, Chan AT. Plasma concentrations of perfluoroalkyl substances and risk of inflammatory bowel disease in women: a nested case control analysis in the Nurses' Health Study cohorts. Environ Res 2022; 207: 112222.

377. Kupsco A, Lee JJ, Prada D, Valvi D, Hu L, Petersen MS, Coull BA, Weihe P, Grandjean P, Baccarelli AA. Marine pollutant exposures and human milk extracellular vesicle-microRNAs in a mother-infant cohort from the Faroe Islands. Environ Int 2022; 158: 106986.

378. Jensen RC, Glintborg D, Timmermann CAG, Nielsen F, Boye H, Madsen JB, Bilenberg N, Grandjean P, Jensen TK, Andersen MS. Higher free thyroxine associated with PFAS exposure in first trimester. The Odense Child Cohort. Environ Res 2022; 212: 113492.

379. Landrigan P, Bose-O'Reilly S, Elbel J, Nordberg G, Lucchini R, Bartrem C, Grandjean P, Mergler D, Moyo D, Nemery B, von Braun M, Nowak D, Collegium Ramazzini. Reducing disease and death from artisanal and small-scale mining (ASM) - the urgent need for responsible mining in the context of growing global demand for minerals and metals for climate change mitigation. Environ Health 2022; 21: 78.

380. Højsager FD, Andersen M, Juul A, Nielsen F, Moller S, Christensen HT, Grøntved A, Grandjean P, Jensen TK. EFSA, 2020. Prenatal and early postnatal exposure to perfluoroalkyl substances and bone mineral content and density in the Odense Child Cohort. Environ Int 2022; 167: 107417.

381. Blomberg A, Mortensen J, Weihe P, Grandjean P. Bone mass density following developmental exposures to perfluoroalkyl substances (PFAS): a longitudinal cohort study. Environ Health 2022; 21: 113.

382. Thompson KN, Oulhote Y, Weihe P, Wilkinson JE, Ma S, Zhong H, Li J, Kristiansen K, Huttenhower C, Grandjean P. Effects of Lifetime Exposures to Environmental Contaminants on the Adult Gut Microbiome. Environ Sci Technol 2022; 56: 16985-16995.

383. Ehrlich V, Bil W, Vandebriel R, Granum B, Luijten M, Lindeman B, Grandjean P, Kaiser AM, Hauzenberger I, Hartmann C, Gundacker C, Uhl M. Consideration of pathways for immunotoxicity of per- and polyfluoroalkyl substances (PFAS). Environ Health 2023; 22: 19.

384. Valvi D, Christiani DC, Coull B, Højlund K, Nielsen F, Audouze K, Su L, Weihe P, Grandjean P. Gene-environment interactions in the associations of PFAS exposure with insulin sensitivity and beta-cell

function in a Faroese cohort followed from birth to adulthood. Environ Res 2023; 226: 115600.

385. Grandjean P, Meddis A, Nielsen F, Sjödin A, Hjorth MF, Astrup A, Budtz-Jørgensen E. Weight loss relapse associated with exposure to perfluoroalkylate substances. Obesity 2023; 31: 1686-1696.

386. Budtz-Jørgensen E, Grandjean P. Benchmark dose calculations for PFAS exposure based on two data sets on immunotoxic effects. Environ Health 2023; 22: 40.

387. Sørensen MM, Fisker AB, Dalgård C, Jensen KJ, Nielsen F, Benn CS, Grandjean P, Timmermann A. Predictors of serum per- and polyfluoroalkyl substance (PFAS) concentrations among infants in Guinea-Bissau, West Africa. Environ Res 2023; 228: 115784.

388. Grandjean P, Shih Y, Jørgensen LH, Nielsen F, Weihe P, Budtz-Jørgensen E. Estimated exposure to perfluoroalkyl substances during infancy and serum-adipokine concentrations in later childhood (in press).

Other publications

1.  Grandjean P. Bly i danskere, en historisk-toksikologisk
undersøgelse (Lead in Danes, a historical and toxicological study;
prize essay in Danish). Copenhagen: Institute of Hygiene, 1973.
2.  Grandjean P, Fjerdingstad E, Nielsen OV. Lead concentrations in
mummified Nubian brains. In: Proceedings of the International
Conference on Heavy Metals in the Environment, Toronto, October 27-31,
1975. Toronto, 1978; 3: 171-179.
3.  Grandjean P. Blyforgiftning i går og i dag (Lead poisoning
yesterday and today, in Danish). Ugeskr Læger 1976; 138: 2587-8.
4.  Grandjean P. Blyproblemer (Lead problems, Editorial in Danish).
Ugeskr Læger 1976: 138: 2580.
5.  Grandjean P. Den hygiejniske grænseværdi for bly (The threshold
limit value for lead, in Danish). Ugeskr Læger 1976; 138: 3385.
6.  Grandjean P, Fogh A, Petersen R. Zink-protoporfyrin
koncentrationen i erytrocytter (ZPP) hos blyeksponerede mænd (Zinc-
protoporphyrin concentration in the erythrocytes (ZPP) in men exposed
to lead, in Danish). Ugeskr Læger 1979; 141: 219-21.
7.  Grandjean P. Lead content of scalp hair as an indicator of
occupational lead exposure. In: Deichmann WM, ed. Toxicology and
Occupational Medicine. Amsterdam: Elsevier, 1979, p.311-8.
8.  Grandjean P. Concerning anatomical sampling schemes and the weight
basis of expression of trace element levels in human tissues (Letter-
to-the-Editor). Toxicol Lett 1979; 3: 257-8.
9.  Grandjean P, Fischbein A. Ferrogene legemer og asbest (Ferruginous
bodies and asbestos, Letter-to-the Editor, in Danish). Ugeskr Læger
1979; 141: 1859.
10. Grandjean P. Health aspects of atmospheric lead pollution. In: Bly
och Bilavgaser (Lead and car exhausts). Stockholm: Royal Academy of
Sciences, 1979, p. 25-40.
11. Grandjean P. Widening perspectives of lead toxicity. Ph.D.
dissertation, University of Copenhagen. Copenhagen: F.a.d.L.'s Forlag,
1979.
12. Grandjean P, Arnvig E, Beckmann J. Psychological dysfunctions in
males occupationally exposed to inorganic lead. In: Proceedings of the
International Conference on Management and control of Heavy Metals in
the Environment, London, September 18-21, 1979. Edinburgh: CEP
Consultants, 1979, p. 85-88.
13. Shapiro IM, Grandjean P, Nielsen OV. Lead levels in bones and
teeth of children of ancient Nubia. In: Needleman HL, ed. Low Level
Lead Exposure, The Clinical Implications of Current Research. New
York: Raven, 1980, p. 35-41.
14. Grandjean P. Manganese. Iron. Selenium. Copper. Zinc. Aluminum.
In: Last JM, ed. Maxcy-Rosenau Preventive Medicine and Public Health,
11th ed. New York: Appleton-Century-Crofts, 1980, p.677-81.
15. Grandjean P, Fischbein A. Lead. In: Last JM, ed. Maxcy-Rosenau
Preventive Medicine and Public Health, 11th ed. New York: Appleton-
Century-Crofts, 1980, p.648-55.
16. Advisory Committee on Mercury (Grandjean P, Executive Secretary).
Mercury in the Hackensack Meadowlands. Report to Hon. Brendan Byrne,

Governor of New Jersey. New York: Mount Sinai School of Medicine, 1980.

17. Grandjean P. Bly i blodet og motionsløb (Lead in blood and jogging, Letter-to-the-Editor, in Danish). Ugeskr Læger 1980; 142: 1429.

18. Grandjean P, Sunderman FW Jr, Shen SK, Selikoff IJ. Measurement of nickel in plasma and urine of shipyard workers. In Brown SS, Sunderman FW Jr, eds. Nickel Toxicology. London: Academic Press, 1980, p. 107-9.

19. Grandjean P. Blood lead concentrations reconsidered. Nature (Lond.) 1981; 291: 188.

20. Grandjean P. Erhvervssygdomme hos familiemedlemmer (Occupational diseases in relatives, Letter-to-the-Editor, in Danish). Ugeskr Læger. 1981; 143: 1098.

21. Grandjean P. Indirekte eksponering i arbejdsanamnesen (Indirect or "bystander's" exposure in the occupational history, in Danish). Ugeskr Læger 1981; 143: 2464-5.

22. Grandjean P, Beckmann J. Symptoms and signs of lead neurotoxicity. In: Davies DS, Brown SS, eds. Chemical Indices and Mechanisms of Organ-directed Toxicity. Oxford: Pergamon, 1981, p. 253-6.

23. Grandjean P. Biologiske prøver. Arbejdstilsynets vejledning nr. 1. (Biological samples, Guidelines from the Labour Inspection Service, in Danish). Copenhagen: Arbejdstilsynet, 1981.

24. Fischbein A, Grandjean P. Asbest, fremtidige sundhedsmæssige aspekter. Rapport nr. 5 fra Arbejdsmiljøinstituttet. (Asbestos, future health aspects, report from the National Institute of Occupational Health, in Danish). Copenhagen: Arbejdstilsynet, 1981.

25. Mørup I-L, Grandjean P. Biologisk monitorering i arbejdsmiljøet (Biological monitoring in the workplace, in Danish) Ugeskr Læger 1982; 144: 661-2.

26. Monitoring and Epidemiology. Health Aspects of the Control of Chemicals, Interim Document 8 (Grandjean P, Principal Adviser). Copenhagen: World Health Organization, Regional Office for Europe, 1982.

27. Grandjean P. Blyforureningens effekt på mennesket (The effect of lead pollution on humans, in Danish). Ugeskr Læger 1982; 144: 1880-1.

28. Grandjean P, Andersen O. Toxicity of lead additives (Letter-to-the-Editor). Lancet 1982; 2: 333-4.

29. Grandjean P. Behavioral toxicity of heavy metals. In. Zbinden G, Cuomo V, Racagni G, Weiss B, eds. Application of Behavioral Pharmacology in Toxicology. New York: Raven, 1982, p. 331-9.

30. Grandjean P. Health significance of organolead compounds. In: Rutter M, Jones RR, eds. Lead versus Health. Chichester: Wiley, 1983, p. 179-89.

31. Grandjean P. Miljømedicinske perspektiver, illustreret med grundstoffet fluor (Perspectives in environmental medicine, illustrated by the element fluorine, in Danish). Ugeskr Læger 1983; 145: 1250-3.

32. Grandjean P. Forbudets pris (The price of the ban, Letter-to-the-Editor, in Danish). Ugeskr Læger 1983; 145: 1331.

33. Grandjean P. Health aspects of petrol lead additives. Working paper, Conference on Lead in Petrol organized by BEUC and EEB,

Brussels, 10-11 May, 1983, 11 pp.

34. Grandjean P, Holst E. Arbejdsmedicinsk screening med ZPP-metoden (Occupational health screening for lead exposure by the ZPP method, in Danish). Ugeskr Læger 1983; 145: 2960-3.

35. Grandjean P. Hvad ved vi om arbejdsbetingede metalforgiftninger? (What do we know about occupational metal intoxications? in Danish) Ugeskr Læger 1983; 145: 3026-9.

36. Bach E, Christensen JM, Grandjean P, Olsen E. Indirekte og direkte erhvervsbetinget blybelastning. Miljøprojekter 50. (Indirect and direct occupational lead exposure, project report to the Agency of Environmental Protection, in Danish). Copenhagen: Miljøstyrelsen, 1983, 76 pp.

37. Grandjean P. Zuviel nickel in der Umwelt? (Too much nickel in the environment? in German) Die Umschau 1983; 83: 494-5.

38. Grandjean P, Beckmann J, Ditlev G. Relation between subjective symptoms and psychometric test results. In: Gilioli R, ed. Neurobehavioral Methods in Occupational Health. Oxford: Pergamon, 1983, p. 301-8.

39. Grandjean P. Human exposure to nickel. In: Sunderman FW Jr et al., eds. Nickel in the Human Environment. IARC Scientific Publications No. 53. Lyon: International Agency for Research on Cancer, 1984, p. 469-85.

40. Grandjean P. Monitoring of environmental exposures to toxic metals. In: Brown SS, Savory J, eds. Clinical Chemistry and Chemical Toxicology of Metals. London: Academic, 1983, p. 99-112.

41. Grandjean P, Thomsen G, Selikoff IJ. Absence of pneumoconiosis in cryolite workers. In: Proceedings of the IVth International Pneumoconiosis Conference, Bochum, Federal Republic of Germany, 20-23 September 1983. Bochum, 1984, p. 741-5.

42. Grandjean P. Håranalyser (Hair analyses, in Danish). Ugeskr Læger 1984; 146: 2024-5.

43. Grandjean P. Organolead exposures and intoxications. In: Grandjean P, ed. Biological Effects of Organolead Compounds. Boca Raton, FL: CRC, 1984, p. 227-41.

44. Grandjean P, Andersen K. The immunological system as a target for toxic damage. Ugeskr Læger 1985; 147: 1278-9.

45. Grandjean P. Long-term significance of industrial fluoride exposure: A study of Danish cryolite workers. In: Susheela AK, ed. Fluoride Toxicity. New Delhi: International Society for Fluoride Research, 1985: 5-16.

46. Grandjean P. Kviksølvrisici på Grønland (Mercury risks on Greenland, in Danish). Ugeskr Læger 1985; 147: 2424-6.

47. Grandjean P, Tarkowski S. Preventive aspects of neurobehavioral research. Environmental Health Series 3. Copenhagen: World Health Organization, Regional Office for Europe, 1985, p. 1-3.

48. Grandjean P. Et sundt miljø (A healthy environment, in Danish). Bibl Læger 1985; 147: 266-75.

49. Grandjean P. Asbest, at varsel om forebyggelsens nødvendighed (Asbestos, a warning concerning the necessity of prevention, in Danish). Ugeskr Læger 1985; 147: 3024-6.

50. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P.

Neuropsychological and behavioural assessment of children with low-level lead exposure. In: Lekkas TD, ed. Heavy Metals in the Environment. International conference, Athens, September 1985. Edinburgh: CEP Consultants, 1985, p. 51-3.

51. Grandjean P, Lansdown R. The measurement of lead. In: Lansdown R, Yule W, eds. The lead debate. London: Croom Helm 1986, p. 41-53.

52. Grandjean P. Diseases associated with metals. In: Last JM, ed. Maxcy-Rosenau Public Health and Preventive Medicine, 12th ed. New York: Appleton-Century-Crofts, 1986, p. 587-615.

53. Grandjean P. Critical and optimal levels of toxic metals. Acta Pharm Toxicol 1986: 59, Suppl. 7: 20-23.

54. Grandjean P, Rosdahl N. Miljømedicin i nordisk perspektiv (Environmental medicine in a Nordic perspective, in Danish). Ugeskr Læger 1986; 148: 104-5.

55. Grandjean P. Asbest-risici (Asbestos risks, Editorial in Danish). Ugeskr Læger 1986; 148: 3321-2.

56. Grandjean P. Forebyggelse som formål (Prevention as a purpose, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.9-14. (p.11-6 in 2nd ed., 1988).

57. Grandjean P. Miljøfaktorer (Environmental factors, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.21-6. (p.23-30 in 2nd ed., 1988).

58. Grandjean P. Smitsomme sygdomme (Infectious diseases, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.39-46. (p.43-51 in 2nd ed., 1988).

59. Grandjean P. Fast affald (Solid waste, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.73-5. (p.76-9 in 2nd ed., 1988).

60. Grandjean P. Skadedyr (Pests, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p. 76-9. (p.52-7 in 2nd ed., 1988).

61. Grandjean P. Tryk og acceleration (Pressure and acceleration, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.122-6. (p.120-3 in 2nd ed., 1988).

62. Mølhave L, Grandjean P. Stråling (Radiation, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.127-34. (p.124-31 in 2nd ed., 1988).

63. Holt P, Grandjean P. Sundhedsadfærd og sundhedspædagogik (Health behavior and health education, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.201-8. (p.248-54 in 2nd ed., 1988).

64. Grandjean P. Tobak, alkohol og narkotika (Tobacco, alcohol and narcotics, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.230-6. (p.282-289 in 2nd ed., 1988).

65. Grandjean P and the Department of Environmental Medicine, Odense University: Health effects document on nickel. Toronto: Ontario Ministry of Labour, 1986, 204 pp.

66. Grandjean P. Att vara före sin tid (To be ahead of time, in Swedish). In: Borgström C et al., eds. Buller och Avgaser (Noise and exhausts). Stockholm: Raben & Sjögren, 1987, p. 133-6.

67. Brask BH, Grandjean P, Jørgensen OS, Trillingsgaard A. A case of

pervasive developmental disorder in a boy with extremely high lead levels in deciduous teeth. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.106-9.

68. Jensen BM, Sandø SH, Jørgensen PJ, Antonsen S, Grandjean P. Effects on reserve capacity: Inhibition of blood regeneration by lead. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.200-3.

69. Lyngbye T., Hansen ON, Grandjean P. The influence of environmental factors on physical growth in school age: A study of low-level lead exposure. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.94-7.

70. Nielsen GD, Andersen O, Grandjean P. Effects of diethyldithiocarbamate on toxicokinetics of [57]Ni in mice. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.78-81.

71. Jørgensen F, Grandjean P, Juel K. Metalforurening af levnedsmidler (Metal contamination of food items, in Danish). Ugeskr Læger 1987; 149: 3565-8.

72. Grandjean P, Rosdahl N. Forureningsstoffer i modermælk (Contaminants in mother's milk, in Danish). Ugeskr Læger 1987; 149: 1222-3.

73. Grandjean P (WHO Rapporteur). Report on discussion. In: Walton WH, ed. Man-Made Mineral Fibres in the Working Environment. Ann Occup Hyg 1987; 71: 601-2, 681-2, 803.

74. Grandjean P. Miljømedicinsk forskning (Research in environmental medicine, in Danish). In: Andersen D et al., eds. Lægevidenskabelig forskning. Copenhagen: F.a.d.L.'s Forlag, 1988, p. 363-79.

75. Kimbrough RD, Grandjean P. Risk assessment: Extrapolation to individual risk. In: Woolhead AD, Bender MA, Leonard RC, eds. Phenotypic Variation in Populations. New York: Plenum, 1988, p. 245-53.

76. Grandjean P, Kilburn KH. Weights and measures, SI units (Editorial). Arch Environ Health 1988; 43: 5-6.

77. Lyngbye T, Hansen O, Grandjean P, Trillingsgaard A, Beese I. Traffic as a source of lead exposure in childhood. Sci Total Environ 1988; 71: 461-7.

78. Dyck J, Grandjean P, Kraul I. Miljøgifte i og skalfortynding af æg af Havørn, der gjorde yngleforsøg i 1979 og 1980 (Environmental pollutants in and eggshell thinning of remnants of Danish White-tailed Eagle eggs, in Danish). Dansk Orn Foren Tidsskr 1988; 82: 53-5.

79. Andersen O, Grandjean P. Toksikokinetik (Toxicokinetics, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.149-56.

80. Andersen O, Grandjean P. Toksikodynamik (Toxicodynamics, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.157-64.

81. Nielsen GD, Grandjean P. Forebyggelse af kemiske eksponeringer

(Prevention of chemical exposures, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.189-96.
82. Grandjean P. Bly, et varsel om forebyggelsens nødvendighed (Lead, a warning concerning the necessity of prevention, in Danish). Ugeskr Læger 1988; 150: 2299.
83. Grandjean P, Andersen O, Nielsen GD. Nickel. In: Alessio L, Berlin A, Boni M, Roi R, eds. Biological Indicators for the Assessment of Human Exposure to Industrial Chemicals, Vol 5 (EUR 11478 EN). Ispra: Commission of the European Communities, 1988, p.59-80.
84. Grandjean P. Forebyggelsens saglige grundlag (Scientific documentation for preventive needs, in Danish). Ugeskr Læger 1989; 151: 199-201.
85. Kimbrough RD, Grandjean P. Occupational exposure. In: Kimbrough RD, Jensen AA. Halogenated biphenyls, terphenyls, naphthalenes, dibenzodioxins and related products, 2nd ed. Amsterdam: Elsevier 1989, p.485-507.
86. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P. Neuropsychological profile of children in relation to dentine level and socioeconomic group. In: Smith M, Grant LD, Sors AI, eds. Lead exposure and child development: An international assessment. London: Kluwer, 1989, p. 240-50.
87. Grandjean P, Nielsen GD, Andersen O. Human nickel exposure and toxicokinetics. In: Menné T, Maibach H, eds. Nickel and the Skin. Boca Raton, FL: CRC, 1989, p. 9-34.
88. Grandjean P, Nielsen JB. Carbon monoxide. In: Alessio L, Berlin A, Boni M, Roi R, eds. Biological Indicators for the Assessment of Human Exposure to Industrial Chemicals, Vol 6 (EUR 12174). Ispra: Commission of the European Communities, 1989, p. 23-34.
89. Madsen H, Poulsen L, Grandjean P. Risici ved højt kobberindhold i drikkevandet. (High copper content in drinking water and the risks involved, in Danish). Ugeskr Læger 1990; 152: 1806-9.
90. Grandjean P. Synthesis. In: Johnson BL, ed. Advances in Neurobehavioral Toxicology. Chelsea, MI: Lewis, 1990, p. 457-62.
91. Grandjean P. Perspectives in environmental medicine. In: Symposium on Environment and Health R & D in the European Communities and in USSR. Paris: International Association of Medicine and Biology of the Environment 1990, p. 35-8.
92. Grandjean P. Effects on reserve capacity, significance for exposure limits. Sci Total Environ 1991; 101: 25-32.
93. Grandjean P. Constraints in biological monitoring. In: Aitio A, Aro A, Järvisalo J, Vainio H, eds. Trace Elements in Health and Disease. London: Royal Society of Chemistry, 1991, p. 65-73.
94. Wiggers P, Dalhøj J, Nielsen GD, Grandjean P, Hørder M. Jernmangel, jernberigelse og jerndepoter (Iron deficiency, iron storage and iron supplements, in Danish). Ugeskr Læger 1991; 153: 646-8.
95. Grandjean P. Blyforureningens omkostninger (Expenses caused by lead pollution, Editorial in Danish). Ugeskr Læger 1991; 153: 971-2.
96. Grandjean P. Significance for public health and research, Report of a WHO Meeting. In: Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic Effects of Chemicals. London: Chapman & Hall,

1991, pp. 3-18.

97. Grandjean P. Ethical aspects of genetic predisposition to disease. In: Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic Effects of Chemicals. London: Chapman & Hall, 1991, pp. 237-51.

98. Grandjean P, Andersen O. Dødelighed blandt tankpassere (Mortality among filling station attendants, in Danish). Ugeskr Læger 1991; 153: 1361-3.

99. Grandjean P. Behovet for forebyggelse (The need for prevention, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 25-46.

100. Grandjean P. Forebyggelsens etik og virkemidler (The ethics and means of prevention, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 47-61.

101. Grandjean P. Mikroorganismer og skadedyr (Microorganisms and pests, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 116-41.

102. Grandjean P. Affald (Solid waste, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 155-61.

103. Andersen O, Grandjean P. Toksikologisk vurdering (Toxicological evaluation, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 208-27.

104. Grandjean P. Nydelsesmidler og narkotika (Stimulants and narcotics, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 249-84.

105. Mølhave L, Grandjean P. Stråling og belysning (Radiation and illumination, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 320-41.

106. Grandjean P. Tryk og acceleration (Pressure and acceleration, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 348-55.

107. Grandjean P, Jacobsen IA, Jørgensen PJ, Lings S, Andersen O. Behandling af erhvervsbetinget kronisk blyforgiftning med DMSA (Treatment of chronic occupational lead poisoning with DMSA, in Danish). Ugeskr Læger 1991; 153: 2897-9.

108. Grandjean P. Health significance of metals. In: Last JM, Wallace RB, eds. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 13th ed. Norwalk, CT: Appleton & Lange, 1991, p. 381-401.

109. Grandjean P. Miljømedicin (Environmental medicine, in Danish). In: Siboni K, ed. Lægevidenskab ved Odense Universitet (Medical science at Odense University). Odense: Odense Universitetsforlag, 1991, pp. 169-77.

110. Grandjean P. Menneskelig sundhed (Human health, in Danish). In: Fenger J, Torp U, eds. Drivhuseffekt og klimaændringer - hvad kan det betyde for Danmark? (The greenhouse effect and climate change - implications for Denmark?). Copenhagen: Ministry of the Environment,

1992, pp. 229-33.

111. Grandjean P, Kilburn KH. From research to preventive action (Editorial). Arch Environ Health 1992; 47: 166.

112. Nordberg G, Brune D, Gerhardsson L, Grandjean P, Vesterberg O, Wester PO. The ICOH and IUPAC international programme for establishing reference values of metals. Sci Total Environ 1992; 120: 17-21.

113. Schmidt A, Hansen LE, Jensen AA, Christiansen K, Lange M, Nielsen K, Sortkjær O, Rasmussen B, Andersen O, Grandjean P, Løkkegaard K. Integrated assessment of environmental and occupational impacts of new materials. Proc Conf Adv Composites, San Diego, 5-7 March, 1991. ACGIH, 1992, pp. 21-6.

114. Grandjean P. Dentine lead and intelligence prior to school entry: A statistical sensitivity analysis (letter to the editors). J Clin Epidemiol 1993; 46: 403-4.

115. Grandjean P. Occupational and environmental health - common goals. European Bulletin on Environment and Health 1993; 1(3): 3-5. (Also published in English and French in International Commission on Occupational Health, Quarterly Newsletter 1994: 13(2): 1-10)

116. Grandjean P, Cardoso B, Guimaraes G. Mercury poisoning (letter). Lancet 1993; 342: 991.

117. Duffus JH and the IUPAC Working Party (Brown SS, de Fernicola N, Grandjean P, Herber RF, Morris CR, Sokal JA). Glossary for chemists of terms used in toxicology (IUPAC Recommendations 1993). Pure Appl Chem 1993; 65: 2003-2122.

118. Grandjean P, Olsen JH, Jensen OM, Juel K. Excess cancer incidence among workers exposed to fluoride. Scand J Work Environ Health 1993; 19, Suppl 1: 108-9.

119. Grandjean P. Medical research: Alternative views (Letter-to-the-editor). Science 1993; 262: 1497.

120. Grandjean P. Epidemiology of environmental hazards. Publ Health Rev 1993; 21: 255-62.

121. Grandjean P. Kloroformeksponering: risikoberegning ude at svømme. (Chloroform exposure: risk evaluation on deep water, in Danish). Ugeskr Læger 1994; 156: 328.

122. Weihe P, Grandjean P. Sources and magnitude of mercury exposure in the Faroe Islands, overall design of the cohort study. Proceedings of the international symposium on assessment of environmental pollution and health effects of methylmercury, Kumamoto, 1994, pp. 112-26.

123. White RF, Debes F, Dahl R, Grandjean P. Development and field testing of a neuropsychological test battery to assess the effects of methylmercury exposure in the Faroe Islands. Ibid., pp. 127-40.

124. Araki S, Murata K, Yokoyama K, Okajima F, Grandjean P, Weihe P. Neuroelectrophysiological study of children in low-level methylmercury exposure in the Faroe Islands: Methodology and preliminary findings. Ibid., pp. 141-51.

125. Grandjean P, Weihe P. Neurobehavioral effects of intrauterine methylmercury exposure: Bias problems in epidemiological studies. Ibid., pp. 152-62.

126. Grandjean P. Environmental epidemiology and risk assessment (book review). Am J Epidemiol 1994; 11: 1126-7.

127. Grandjean P. Er elektromagnetiske felter farlige? (leder) (Are electromagnetic fields dangerous? editorial in Danish). Ugeskr Læger 1994; 156: 2552.

128. Grandjean P. Uncertainties in environmental health: Implications for research and policy-making. In: Mehlman MA, Upton A, eds. The identification and control of environmental and occupational diseases, A tribute to Professor Irving J. Selikoff (1915-1992). Adv Modern Environ Toxicol 1994; 23: 539-48.

129. Grandjean P. Fluorine. CEC Criteria Document for Occupational Exposure Limit Values. Luxembourg: Commission of the European Communities, 1994.

130. Grandjean P. Acetone. CEC Criteria Document for Occupational Exposure Limit Values. Luxembourg: Commission of the European Communities, 1995.

131. Grandjean P. Arbejdsmedicinsk censor, Singapore, 9.-17.3.1995 (External examiner in occupational medicine, Singapore, 9-17 March, 1995, in Danish). Ugeskr Læger 1995; 157: 3071-2.

132. Grandjean P. Applications of biological markers. In: Berthon G, ed. Handbook on Metal-Ligand Interactions in Biological Fluids, Vol. 1. New York: Marcel Dekker, 1995, pp. 604-11.

133. White RF, Grandjean PA, Weihe P. An overview of human studies on CNS effects of methylmercury. Proceedings of the National Forum on Mercury in Fish. (Publication EPA 823-R-95-002). Washington, DC: U.S.Environmental Protection Agency, 1995, pp. 109-112.

134. Evered D, Grandjean P, Hirt B, Koeman JH, Kromhout D, Pettersson U, Smith J, Thelle D. Evaluation of the National Public Health Institute of Finland. (Publications of the Academy of Finland 9/95) Helsinki: Painatuskeskus, 1995.

135. Laursen E, Grandjean P. Mangan, leversvigt og misfarvning af vasketøjet (Manganese, liver failure, and discoloration of the laundry, in Danish). Ugeskr læger 1996; 158: 434-5.

136. Grandjean P. Gamle miljøproblemer og nye udfordringer (leder) (Old environmental problems and new challenges, editorial in Danish). Ugeskr læger 1996; 158: 1495.

137. Grandjean P. Kompensation til ofre for miljøforurening (kronik) (Compensation for victims of environmental pollution, guest editorial in Danish). Ugeskr Læger 1996; 158: 3198-3200.

138. Hugod C, Grandjean P. Kulmonoxidforurening (Carbon monoxide pollution, in Danish). Ugeskr Læger 1996; 158: 3629-30.

139. Grandjean P, Nielsen JB. Lægers og lægestuderendes opfattelse af miljørisici (Perception of risks among physicians and medical students, in Danish). Ugeskr Læger 1996; 158: 5291-5.

140. Weihe P, Grandjean P, Debes F, White R. Health implications for Faroe Islanders of heavy metals and PCBs from pilot whales. Sci Tot Environ 1996; 186: 141-8.

141. Nielsen GD, Andersen KE, Grandjean P. Detergenters påvirkning af hudens funktion som barriere (Effects of detergents on the barrier function of the skin). København: Arbejdsmiljøfondet, 1997.

142. Grandjean P, Weihe P. Population studies in ethnic minorities. In: Eyfjörd J, Sorsa M, eds. Human biobanks - ethical and social issues. Copenhagen: Nordic Council of Ministers, 1997, pp. 111-6.

143. Grandjean P. Mercurial uncertainties in environmental health. Ann N Y Acad Sci 1997; 837: 239-45.

144. Weihe P, Grandjean P. Methylmercury risks (letter). Science 1998; 279: 639.

145. Netterstrøm B, Grandjean P. Occupational and environmental medicine in Denmark. Int Arch Occup Environ Health 1998; 71: 3-6.

146. Grandjean P. Biomarkers. In Stellman JM, ed. Encyclopaedia of Occupational Health and Safety, 4th ed. Geneva: ILO, 1998, pp. 33.39-42.

147. Grandjean P. John Travolta, internettet og en skandaløs boganmeldelse. Ugeskr Læger 1998; 160: 2403-4.

148. Grandjean P, Weihe P. A new era of mercury hazards (editorial). Environ Res 1998; 77: 67.

149. Nielsen U, Dahl R, White RF. Grandjean P. Anvendelse af computerbaseret neuropsykologisk testning af børn. Ugeskr Læger 1998; 160: 3557-61.

150. Grandjean P. Health significance of metal exposures. In: Wallace RB, ed. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 14th ed. Stamford, CT: Appleton & Lange, 1998, p. 493-508.

151. Castleman B, Dement J, Giannasi F, Frank AL, Frumkin H, Gochfeld M, Goldstein BD, Grandjean P, LaDou J, Lemen RA, Levy BS, Maltoni C, McDiarmid M, Silbergeld EK, Teitelbaum DT, Thebaud-Mony A, Wegman DH. Salud Ocupacional. Int J Occup Med Environ Health 1998;11(2):195-7

152. Grandjean P. Forskning fører til fyring. Ugeskr Læger 1998; 160: 6084-5.

153. Grandjean P, White RF. Effects of methylmercury exposure on neurodevelopment (letter). J Am Med Assoc 1999; 281: 896.

154. Nielsen JB, Grandjean P. Mercury in hair - but from where? (Letter) Lancet 1999; 353: 502.

155. Grandjean P. Forebyggelsesforskning (Prevention research, in Danish). I: Almind G, Andersen D, Bock E, Havsteen B, Hørder M, Riis P, ed. Sundhedsvidenskabelig forskning (Health research). København: F.a.d.L.'s Forlag, 1999, pp. 609-27.

156. Jørgensen N, Toppari J, Grandjean P, Skakkebæk NE. Environment and male reproductive function. In: Wang C, ed. "Male Reproductive Function" (Endocrine updates series). Boston: Kluwer, 1999, pp. 321-37.

157. Grandjean P, Nielsen U. Forurening og fosterudvikling (leder). Ugeskr Læger 1999; 161: 3814.

158. Budtz-Jørgensen E, Keiding N, Grandjean P, White RF, Weihe P. Methylmercury Neurotoxicity Independent of PCB Exposure (letter). Environ Health Perspect 1999; 107: A236-7.

159. Nielsen JB, Grandjean P. Mercury. In: Lippman M, ed. Environmental Toxicants: Human Exposures and Their Health Effects, 2nd ed. New York: Wiley, 1999, pp. 563-75.

160. Malm O, Grandjean P, Santos EO. Methylmercury toxicity in riverine children downstream from gold mining in the Amazon Basin, Brazil. Frontiers in Fetal Health 1999; 1 (6): 12-3.

161. Grandjean P. Malersyndrom, masseforgiftninger og miljømedicin. Ugeskr Læger 2000; 162: 42-3.

162. Grandjean P. Læger og mediernes adfærd - Beluring eller

mediefilp? Ugeskr Laeger. 2000; 161: 4888.
163. Høyer AP, Jørgensen T, Grandjean P. Breast cancer and dieldrin (letter). Lancet 2000: 356: 1852-3.
164. Fängström B, Athanasiadou M, Bergman Å, Grandjean P, Weihe P. Levels of PCBs and hydroxylated PCB metabolites in blood from pregnant Faroe Island women. Organohalogen Comp 2000; 48: 21-4.
165. Arnesen S, Nielsen JB, Jacobsen JA, Strand J, Grandjean P. Butyltin-forbindelser - en risiko for danskere? Miljø og Sundhed 2000; 15: 14-6.
166. Grandjean P. Dieldrin-associated breast cancer risk. Eur J Oncol 2001; 6: 273-5.
167. Özdemir Z, Grandjean P. Miljø og mesoteliom. Ugeskr læger 2001; 163: 2374.
168. De Guise S, Shaw SD, Barclay JS, Brock J, Brouwer A, Dewailly E, Fair PA, Fournier M, Grandjean P, Guillette LJ Jr, Hahn ME, Koopman-Esseboom C, Letcher RJ, Matz A, Norstrom RJ, Perkins CR, Lori Schwacke L, Skaare JU, Sowles J, St. Aubin DJ, Stegeman J, Whaley JE. Consensus Statement – Atlantic Coast Contaminants Workshop 2000. Environ Health Perspect 2001; 109: 1301-2.
169. Murata K, Weihe P, Araki S, Grandjean P. Delayed evoked potentials in children exposed to methylmercury from seafood: Madeira and Faroe Islands. In; Proceedings of US-Japan workshop on human health effects of low dose methylmercury exposure. Minamata: National Institute for Disease, 2001, pp. 90-106.
170. Grandjean P. Bloddonorer og vCJD (Spørgsmål og svar). Ugeskr Laeger 2001; 163: 5389-90.
171. Fängström B, Athanassiadis I, Athanasiadou M, Grandjean P, Weihe P, Bergman Å. Hydroxylated PCB metabolites in non-hatched Faroe Island fulmar eggs. Organohalogen Comp 2001; 49: 112-5.
172. Grandjean P, White RF. Developmental effects of environmental neurotoxicants. In: Tamburlini G, von Ehrenstein O, Bertollini R, eds. Children's health and environment. Environmental issue report No. 29. Copenhagen: European Environment Agency, 2002, pp. 66-78.
173. Grandjean P, Jørgensen PJ, Weihe P. Validity of mercury exposure biomarkers. In: Wilson SH, Suk WA, Eds. Biomarkers of Environmentally Associated Disease. Boca Raton, FL, CRC Press/Lewis Publishers, 2002, pp. 235-47.
174. Grandjean P. Halve sandheder om halvledere (Semi-truths about semi conductors, in Danish). Ugeskr Læger 2002; 164: 3868-9.
175. Axelson O, Castleman B, Epstein S, Franco G, Giannasi F, Grandjean P, et al. Implementation of WHO Guidelines on Disclosure of Interest by members of WHO Expert Panels. Int J Occup Environ Health. 2002; 8: 271-3.
176. Lanzirotti A, Jones KW, Clarkson TW, Grandjean P. Human health risks from methyl mercury in fish. Science Highlights - National Synchroton Light Source Activity Report. Upton, NY: Brookhaven National Laboratory, 2002, pp. 97-9.
177. Weihe P, Debes F, White RF, Sørensen N, Budtz-Jørgensen E, Keiding N, Grandjean P. Miljøepidemiologisk forskning fører til sænkning af grænseværdien for kviksølv. Ugeskr Læger 2003; 165: 107-11.

178. Grandjean P. Når amningen sættes under anklage (debat). Ugeskr Læger 2003; 165: 2413-5.
179. Keiding N, Budtz-Jørgensen E, Grandjean P. Prenatal methylmercury exposure in the Seychelles (letter). Lancet 2003; 362: 664-5.
180. Grandjean P.
181. Budtz-Jørgensen E, Keiding N, Grandjean P. Application of structural equation models for evaluating epidemiological data and for calculation of the benchmark dose. Proceedings of the ISI International Conference on Environmental Statistics and Health at Santiago de Compostela, July 2003, pp. 183-94.
182. Grandjean P. Adverse health effects of PCBs: Interpreting the epidemiological evidence. Organohalogen Comp 2003 (published on CD). URL: www.chef-project.dk
183. Weihe P, Hoppe H-W, Grandjean P. Sustained high concentrations of PCBs in Faroese pregnant women despite dietary intervention. Organohalogen Comp 2003; 63: 389-92.
184. Heilmann C, Grandjean P, Weihe P. Decreased childhood vaccine response in children exposed to PCBs from maternal seafood diet. Organohalogen Comp 2003; 63: 397-400.
185. Barr DB, Weihe P, Needham LL, Davis MD, Roman W, Hurtz D III, Sclafani A, Thomas A, Preau J Jr, Grandjean P. PCBs and organochlorine pesticide concentrations in a Faroe Island 14-year old cohort: Measurement using new methodology and evaluation of correlations and patterns. Organohalogen Comp 2003; 63: 385-8.
186. Axelson O, Balbus JM, Cohen G, Davis D, Donnay A, Doolittle R, Duran BM, Egilman D, Epstein SS, Goldman L, Grandjean P, Hansen ES, Heltne P, Huff J, Infante P, Jacobson MF, Joshi TK, LaDou J, Landrigan PJ, Lee PR, Lockwood AH, MacGregor G, Melnick R, Messing K, Needleman H, Ozonoff D, Ravanesi B, Richter ED, Sass J, Schubert D, Suzuki D, Teitelbaum D, Temple NJ, Terracini B, Thompson A, Tickner J, Tomatis L, Upton AC, Whyatt RM, Wigmore D, Wilson T, Wing SB, Sharpe VA. Re: Regulatory Toxicology and Pharmacology. Int J Occup Environ Health 2003; 9: 386-9.
187. Grandjean P, Cordier S, Kjellström T. Developmental neurotoxicity associated with dietary exposure to methylmercury from seafood and freshwater fish. In: Bellinger D, ed. Human developmental neurotoxicology. New York: Marcel Dekker, 2006, pp. 25-42.
188. Grandjean P. Impact of scientific uncertainty on risk assessment for methylmercury in seafood. In: Eto K, Hachiya N, Sakamoto M, eds. Proceedings of NIMD Forum 2003. Minamata: the Institute of Minamata Disease, 2004, pp. 1-13.
189. Grandjean P, Jensen AA. Breastfeeding and the weanling's dilemma (Correspondence). Am J Publ Health 2004; 94: 1075.
190. Grandjean P, Olsen JH. Extended follow-up of cancer in fluoride-exposed workers (Correspondence). J Natl Cancer Inst 2004; 96: 802-3.
191. Grandjean P, Cordier S, Kjellström T, Weihe P, Budtz-Jørgensen E. Health effects and risk assessments. In: Pirrone N, Mahaffey KR, ed. Dynamics of mercury pollution on regional and global scales: atmospheric processes and human exposures around the world. Norwell, MA: Springer, 2005, pp. 499-523.
192. Fängström B, Strid A, Athanassiadis I, Grandjean P, Weihe P,

Bergman Å. A retrospective time trend study of PBDEs and PCBs in human milk from the Faroe Islands. Organohalogen Comp 2004; 66: 2829-33.

193. Grandjean P, Murata K, Budtz-Jørgensen E, Weihe P. The brainstem as a target of developmental methylmercury toxicity. Materials and Geoenvironment 2004; 51: 408-11.

194. Budtz-Jørgensen E, Grandjean P. Underestimation of human methylmercury toxicity due to exposure misclassification. Materials and Geoenvironment 2004; 51: 359-62.

195. Grandjean P, Jørgensen PJ. Measuring mercury concentration (letter). Epidemiology 2005; 16: 133.

196. Grandjean P, Harari R. Impacto de la Exposición a plaguicidas en el neurodesarrollo. In: Harari R, comp. Seguridad, salud y ambiente en la floricultura. Quito: IFA, 2004, pp. 151-8.

197. Grandjean P, Klein G. Epidemiology 150 years before Snow (letter). Epidemiology 2005; 16: 271-2.

198. Grandjean P. Contaminants in fish oil (letter). Am J Clin Nutr 2005; 82: 1354.

199. Kjellström T, Grandjean P. Epidemiological methods for assessing dose-response and dose-effect relationships (Chapter 8). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, 3rd ed. Amsterdam: Elsevier, 2007, pp. 147-61.

200. Landrigan PJ, Kotelchuck D, Grandjean P. Principles for prevention of toxic effects from metals (Chapter 16). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, 3rd ed. Amsterdam: Elsevier, 2007, pp. 319-35

201. Weihe P, Grandjean P. Dietary Advisories and Public Information. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 2-11.

202. Grandjean P, Budtz-Jørgensen E, Jørgensen PJ, Weihe P. Imprecision of cord tissue mercury and other biomarkers of prenatal methylmercury exposure, and the implications for exposure limits. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 76-89.

203. Skaalum Petersen M, Weihe P, Grandjean P. Retrospective Assessment of Prenatal Exposure to Methylmercury from Whaling Records. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 110-5.

204. Grandjean P. Konklusioner til fals: Nye tilfælde af manipulation af forskning i 2005 (Conclusions for sale: New cases of manipulation of research in 2005, in Danish). Ugeskr Læger 2006; 168: 1253.

205. Grandjean P, Nielsen JB. Mercury. In: Lippman M, ed. Environmental Toxicants: Human Exposures and Their Health Effects, 3rd ed. New York: Wiley, 2009, pp. 811-22.

206. Landrigan P, Nordberg M, Lucchini R, Nordberg G, Grandjean P, Iregren A, Alessio L. The Declaration of Brescia on Prevention of the Neurotoxicity of Metals. Med Lav 2006; 97: 811-4. (Also published in Am J Ind Med 2007 50: 709-11).

207. Grandjean P. Industrikemikaliers påvirkning af nervesystemets udvikling. Ugeskr Læger 2007; 169: 2782-4.

208. Grandjean P, Keiding N. The precautionary principle. In: Melnick EL, Everett BS, eds. Encyclopedia of Quantitative Risk Assessment and

Analysis. Chichester: Wiley, 2008, pp. 1290-3.
209. Budtz-Jørgensen E, Grandjean P. Mercury/methylmercury risk. In: Melnick EL, Everett BS, eds. Encyclopedia of Quantitative Risk Assessment and Analysis. Chichester: Wiley, 2008.
210. Grandjean P. Mercury. In: Heggenhougen HK, ed. Encyclopedia of Public Health. Oxford: Elsevier, 2008, Vol. 4, pp. 434-42.
211.  Grandjean P. Health significance of metal exposures. In: Wallace RB, ed. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 15th ed. New York, NY: McGraw-Hill 2007, pp. 603-17.
212. Grandjean P, Weihe P. Developmental origins of environmentally induced disease and dysfunction International conference on Foetal Programming and Develpmental Toxicity, Tórshavn, Faroe Islands, 20-24 May, 2007. Basic Clin Pharmacol Toxicol 2008; 102: 71-2.
213. Grandjean P, Perez M. Developmental neurotoxicity: Implications of methylmercury research. International Journal of Environment and Health 2008; 2: 417-28.
214. Grandjean P. Methylmercury toxicity and functional programming (correspondence). Reproduct Toxicol 2008; 25: 134.
215. Grandjean P. Early vulnerability, lifelong impacts. San Francisco Medicine. 2008; 81: 17-8.
216. Grandjean P, Heindel JJ. In utero and early-life conditions and adult health and disease (letter). N Engl J Med 2008; 359: 1523.
217. Blair A, Saracci R, Vineis P, Cocco P, Forastiere F, Grandjean P, Kogevinas M, Kriebel D, McMichael A, Pearce N, Porta M, Samet J, Sandler DP, Costantini RS, Vainio H. Epidemiology, public health and the rhetoric of false positives. Environ Health Perspect 2009; 117: 1809-13.
218. Budtz-Jørgensen E, Keiding N, Grandjean P. Approaches to handling uncertainty when setting environmental exposure standards. In: Baveye P, Mysiak J, Laba M, eds. Uncertainties in environmental modelling and consequences for policy making. Dordrecht, The Netherlands: Springer, 2009, pp. 267-80.
219. Grandjean P, Choi AL, Weihe P, Murata K. Methylmercury neurotoxicology: From rare poisonings to silent pandemic. In Wang C, Slikker W Jr, eds: Developmental Neurotoxicological Research: Principles, Models, Techniques, Strategies and Mechanisms. New York: Wiley, 2010, pp 335-56.
220. Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncol 2009; 10: 453-4.
221. Grandjean P, Yorifuji T. Mercury (Chapter 8). In: Bingham E, Cohrssen B, eds. Patty's Toxicology, 6th ed. New York: Wiley 2012, Vol. 1, pp 213-27.
222. Takaro TK, Davis D, Van Rensburg S, Jroyo Aguilar RS, ... Grandjean P et al. (108 authors). Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int J Occup Environ Health 2010 16: 242-9.
223. Darney S, Fowler B, Grandjean P, Heindel J, Mattison D, Slikker W Jr. Prenatal programming and toxicity II (PPTOX II): role of

environmental stressors in the developmental origins of disease. Reprod Toxicol 2011; 31: 271. Also published in Journal of Developmental Origins of Health and Disease 2011; 2: 2.

224. Choi A, Grandjean P. Human health significance of dietary exposures to methylmercury. In: Liu G, Cai Y, O'Driscoll N, eds. Environmental Chemistry and Toxicology of Mercury. Chichester: Wiley, 2012, pp. 545-67.

225. Grandjean P. Exposure to environmental chemicals as a risk factor for diabetes development. In: Bourguignon J-P, Jégou B, Kerdelhué B, Toppari J, Christen Y, Eds. Multi-System Endocrine Disruption. Berlin: Springer 2011, pp. 91-9.

226. Julvez J, Yorifuji T, Choi AL, Grandjean P. Epidemiological evidence on methylmercury neurotoxicity. In: Aschner M, Ceccatelli S, eds. Methylmercury and Neurotoxicity. Berlin: Springer, 2012, pp. 13-35.

227. Grandjean P. Strengths and limitations of HBM – Imprecision matters. Int J Hyg Environ Health 2012; 215: 94.

228. Grandjean P. Larry Needham and the partition ratio. Chemosphere 2011; 85: 142.

229. Weihe P, Grandjean P. Cohort studies of Faroese children concerning potential adverse health effects after the mothers' exposure to marine contaminants during pregnancy. Acta Vet Scand 2012; 54(Suppl 1): S7.

230. Fox DA, Grandjean P, de Groot D, Paule M. Developmental origins of adult diseases and neurotoxicity: Epidemiological and experimental studies. Neurotoxicology 2012; 33: 810-6.

231. London L, Beseler C, Bouchard Mf, Bellinger DC, Colosio C, Grandjean P, Harari R, Kootbodien T, Kromhout H, Little F, Meijster T, Moretto A, Rohlman DS, Stallones L. Neurobehavioural and neurodevelopmental effects of pesticide exposures. Neurotoxicology 2012; 33: 887-96.

232. Bal-Price AK, Coecke S, Costa L, Crofton KM, Fritsche E, Goldberg A, Grandjean P, Lein PJ, Li A, Lucchini R, Mundy WR, Padilla S, Persico A, Seiler AEM, Kreysa J. Conference Report: Advancing the Science of Developmental Neurotoxicity (DNT) Testing for Better Safety Evaluation. Altex 2012: 29: 202-15.

233. Grandjean P, Heilmann C. Perfluorinated compounds and immunotoxicity in children – Reply (Letter). JAMA 2012; 307: 1910-1.

234. Schug TT, Barouki R, Gluckman P, Grandjean P, Hanson M, Heindel JJ. PPTOX III: Environmental Stressors in the Developmental Origins of Disease: Evidence and Mechanisms. Toxicol Sci 2013; 131: 343-50.

235. Andersen HR, Wohlfahrt-Veje C, Debes F, Nielsen F, Jensen TK, Grandjean P, Main KM. Langtidseffekter af prænatal pesticideksponering (Long-term effects of prenatal pesticide exposure, in Danish). Copenhagen: Miljøstyrelsen (Danish Environmental Protection Agency), 2012.

236. Grandjean P. Blyforgiftning i forebyggelse og forskning (Leder) [Lead poisoning in prevention and research (Editorial)]. Ugeskr Laeger 2012; 174: 2693.

237. Grandjean P, Pichery C, Bellanger M, Budtz-Jørgensen E. Calculation of mercury's effects on neurodevelopment (letter). Environ

Health Perspect 2012; 120: a452.
238. Grandjean P, Keiding N. (2013) Precautionary Principle. In: El-Shaarawi AH, Piegorsch W(eds), Encyclopedia of Environmetrics. Chichester, UK: John Wiley, 2013. DOI: 10.1002/9780470057339.vnn011.
239. Grandjean P. Science for precautionary decision-making. In: Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, pp. 517-35.
240. Grandjean P. Opinion: Toxicants and the Brain. The Scientist 2013 (June 17): 36043.
241. Choi AL, Grandjean P, Sun G, Zhang Y. Developmental fluoride neurotoxicity: Choi et al. respond (Letter). Environ Health Perspect 2013; 121: A70.
242. Grandjean P. Opinion: Problems with Hidden COI. The Scientist 2013 (October 28): 37934.
243. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches to metal toxicology (Chapter 13). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1, 4th ed. Amsterdam: Elsevier, 2014, pp. 265-79.
244. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles for prevention of toxic effects from metals (Chapter 24). In: Nordberg GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals, 4th ed. Amsterdam: Elsevier, 2014, pp. 507-28.
245. Grandjean P. Developmental origins of diseases: challenge for risk assessment of chemicals (EUROTOX abstract). Toxicol Lett 2013; 221 Suppl: S15.
246. Grandjean P. Mercury (Chapter 29). In: Landrigan PJ, Etzel RA, eds. Children's Environmental Health. New York: Oxford University Press, 2014, pp. 273-80.
247. Heilmann C, Jensen L, Weihe P, Nielsen F, Knudsen LE, Budtz-Jørgensen E, Mølbak K, Grandjean P. Persistente fluorforbindelser reducerer immunfunktionen (Persistent perfluorinated compounds cause immunotoxic effects, in Danish). Ugeskr Laeg 2015; 177: 660-3.
248. Grandjean P. Chemical brain drain: insidious and pervasive. In: Breyer, H, ed. Giftfreies Europa. Brussels, 2014, pp. 133-40.
249. Grandjean P. Mercury (article 02853). In: Caplan M, ed. Reference Module in Biomedical Sciences. Elsevier, 2015.
250. Grandjean P, Landrigan PJ. Neurodevelopmental toxicity: still more questions than answers - Authors' response. Lancet Neurol 2014; 13: 648-9.
251. Grandjean P. Prenatal prevention (letter). Science 2014; 345: 1462.
252. Grandjean P, Choi AL. Community water fluoridation and intelligence (letter). Am J Public Health 2015; 105: e3.
253. Kim BM, Choi AL, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Corrigendum to 'Effect of hemoglobin adjustment on the precision of mercury concentrations in maternal and cord blood' [Environ. Res. 132 (2014) 407-412]. Environ Res. 2016; 147: 630.
254. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS,

Zheng Q, Fu Y, Grandjean P. Comment on "Severe dental fluorosis and cognitive deficits". Neurotoxicol Teratol 2015; 50: 32.

255. Oulhote Y, Grandjean P. Association between child poverty and academic achievement (letter). JAMA Pediatr 2016; 170: 179-80.

256. Kielsen K, Shamim Z, Ryder LP, Grandjean P, Heilmann C. Vaccination efficacy and environmental pollution. In: Esser C (ed.). Environmental Influences on the Immune System. Vienna: Springer, 2016, pp. 181-203.

257. Trasande L, Attina T, Skakkebaek NE, Juul A, Porta M, Soto AM, Vandenberg L, Sathyanarayana S, Fletcher T, Demeneix B, Bergman A, Cohn BA, Bellanger M, Gore AC, Legler J, Bourguignon JP, Slama R, Toppari J, Blumberg B, Myers JP, Zoeller RT, Kortenkamp A, DiGangi J, Grandjean P, Russ Hauser R, Rudel R. Endocrine disruptors: Refereed science to guide action on EDCs (Correspondence). Nature 2016; 536: 30.

258. Mie A, Guyot EK, Kahl J, Rembiałkowska E, Andersen HR, Grandjean, P, Gunnarsson S. Health implications of organic food and organic agriculture. Science and Technology Options Assessment Panel, Directorate-General for Parliamentary Research Services (DG  EPRS) of the European Parliament, 2016.

259. Grandjean P, Kishi R, Kogevinas M; International Society for Environmental Epidemiology (ISEE). Prevention of developmental neurotoxicity. Epidemiology 2017; 28: 157-158.

260. Oulhote Y, Bind MA, Coull B, Patel CJ, Grandjean P. Combining ensemble learning techniques and G-computation to investigate chemical mixtures in environmental epidemiology studies. bioRxiv 2017 doi.org/10.1101/147413.

261. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of two perfluoroalkylate substances associated with immunotoxicity. bioRxiv 2017 doi.org/10.1101/198564.

262. Grandjean P. Health Status of Workers Exposed to Perfluorinated Alkylate Substances. J Occup Environ Med 2018; 60(10): e562.

263. Grandjean P, Lederman SA, Silbergeld EK. Fish Consumption During Pregnancy. JAMA Pediatr. 2019 Jan 14. doi: 10.1001/jamapediatrics.2018.4920.

264. Grandjean P, Prins GS, Weihe P. Development Priority (editorial). Basic Clin Pharmacol Toxicol 2019;125 Suppl 3:3-4.

265. Mie A, Rudén C, Grandjean P. Response to Juberg et al. Environ Health. 2019; 18(1): 29.

266. Heilmann C, Grandjean P. Immunotoxicity: Impacts and Research Approaches. In: Kishi R, Grandjean P, eds. Health Impacts of Developmental Exposure to Environmental Chemicals. Singapore: Springer, 2020, pp. 175-90.

267. Grandjean P. From Research to Intervention. In: Kishi R, Grandjean P, eds. Health Impacts of Developmental Exposure to Environmental Chemicals. Singapore: Springer, 2020, pp. 529-40.

268. Ozonoff DM, Grandjean P. What is useful research? The good, the bad, and the stable. Environ Health 2020; 19: 2.

269. Grandjean P, Timmermann CAG, Kruse M, Nielsen F, Vinholt PJ, Boding L, Heilmann C, Molbak K. Severity of COVID-19 at elevated

exposure to perfluorinated alkylates. medRxiv 2020: 2020.10.22.20217562.

270. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song P, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children. medRxiv 2020: 2020.10.31.20221374.

271. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches to metal toxicology (Chapter 16). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1, 5th ed. Amsterdam: Elsevier, 2021, pp. 369-383.

272. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles for prevention of toxic effects from metals (Chapter 29). In: Nordberg GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals, 5th ed. Amsterdam: Elsevier, 2021, pp. 686-703.

273. Etzel RA, Grandjean P, Ozonoff DM. Environmental epidemiology in a crossfire. Environ Health 2021; 20: 91.

274. Landrigan PJ, Grandjean P. Pollution and the developing brain (Letter). Lancet 2021; 398: 1961.

275. Grandjean P. Lægers rolle, når patienten er eksponeret for gift (Roles of physicians when the patient is exposed to toxicants). Ugeskr Laeg 2022; 184: 1452-3.

# **Plaintiffs**
# **Dr. Howard Hu's CV**

1

CURRICULUM VITAE          Date Prepared: July, 2023

NAME:                        Howard Hu
PRIMARY AFFILIATION:         Keck School of Medicine, University of Southern California
SECONDARY AFFILIATIONS:      School of Public Health, University of Michigan; School of Public
                             Health, University of Washington

CONTACT:                     Howard Hu, M.D, M.P.H., Sc.D.
                             Email: howard.hu@med.usc.edu

TABLE OF CONTENTS

| SUBJECT | PAGE |
|---|---|
| EDUCATION | 2 |
| POSTDOCTORAL TRAINING | 2 |
| CERTIFICATION AND LICENSURE | 2 |
| ACADEMIC APPOINTMENTS | 2 |
| ADMINISTRATIVE APPOINTMENTS | 3 |
| CLINICAL APPOINTMENTS | 4 |
| OTHER ACADEMIC POSITION/VISITING APPOINTMENTS | 5 |
| MAJOR RESEARCH INTERESTS | 5 |
| GRANTS | 5 |
| HONORS AND AWARDS | 9 |
| MEMBERSHIPS | 10 |
| EDITORIAL POSITIONS AND BOARDS | 11 |
| PEER REVIEW SERVICE | 11 |
| TEACHING | 12 |
| COMMITEE, ORGANIZATIONAL, VOLUNTEER SERVICE | 18 |
| OTHER PUBLIC SERVICE | 23 |
| CONSULTING POSITIONS | 23 |
| VISITING PROFESSORSHIPS | 24 |
| SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS | 24 |
| BIBLIOGRAPHY | 33 |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2

EDUCATION:

| | | | |
|---|---|---|---|
| 9/1973-6/1976 | Biology | B.Sc. | Brown University |
| 9/1977-6/1982 | Medicine | M.D. | Albert Einstein College of Medicine |
| 9/1979-6/1980 (degree in 6/1982*) | | M.P.H. (Occ Hlth) | Harvard School of Public Health |
| 9/1985-6/1986 | Epidemiology | M.S. | Harvard School of Public Health |
| 7/1986-6/1990 | Epidemiology | Sc.D. | Harvard School of Public Health |

* Awarding of the Harvard M.P.H. to medical students is delayed until the M.D. degree is conferred

POSTDOCTORAL TRAINING:

Research Fellowships

7/1987-6/1988    Occupational Health Research Fellow, Dept. of Environmental Health
                 Harvard School of Public Health

Internship and Residencies

| | | |
|---|---|---|
| 7/1982-6/1983 | Intern in Medicine | Boston City Hospital |
| 7/1983-6/1984 | Junior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1984-6/1985 | Senior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1985-6/1987 | Resident, Occupational Medicine | Harvard School of Public Health |

CERTIFICATION AND LICENSURE:

| | |
|---|---|
| 1984 | Massachusetts Medical License Registration |
| 1985 | American Board of Internal Medicine, Diplomate |
| 1987 | American Board of Preventive Medicine, Diplomate (Occupational Medicine) |
| 2006 | Michigan Medical License Registration |
| 2013 | College of Physicians & Surgeons of Ontario |
| 2018 | Washington State Medical License Registration |
| 2021 | California State Medical License Registration |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 9/1988-6/1992 | Instructor in Medicine |
| | Department of Medicine, Harvard Medical School |
| 9/1988-6/2006 | Associate Physician (Clinical and Research), Channing Laboratory, |
| | Department of Medicine, Brigham & Women's Hospital |
| 9/1990-6/1994 | Assistant Professor of Occupational Medicine |
| | Department of Environmental Health, Harvard School of Public Health |
| 7/1992-6/1997 | Assistant Professor of Medicine |

CV: Howard Hu, M.D., M.P.H., Sc.D.

|  | Department of Medicine, Harvard Medical School |
|---|---|
| 7/1994-6/2002 | Associate Professor of Occupational Medicine |
|  | Department of Environmental Health, Harvard School of Public Health |
| 7/1997-8/2006 | Associate Professor of Medicine |
|  | Department of Medicine, Harvard Medical School |
| 7/2002-8/2006 | Professor of Occupational and Environmental Medicine (tenured) |
|  | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Chair and Professor of Environmental Health Sciences (tenured), Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 9/2006-8/2009 | Adjunct Professor of Occupational and Environmental Medicine |
|  | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Research Associate Physician, Channing Laboratory, Department of Medicine, Brigham & Women's Hospital |
| 5/2007-2012 | Professor of Epidemiology, University of Michigan School of Public Health |
| 5/2007-2012 | Professor of Internal Medicine, University of Michigan Medical School |
| 1/2009-2012 | NSF International Endowed Department Chair, University of Michigan School of Public Health, Department of Environmental Health Sciences |
| 7/2012-2018 | Professor of Environmental Health, Epidemiology and Global Health (tenured) Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada (on sabbatical/administrative leave, 2017-2018) |
| 7/2012-2018 | Professor, School of Medicine, University of Toronto, Toronto, Ontario, Canada |
| 7/2012- | Adjunct Professor, Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 7/2012-2013 | Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada |
| 7/2013-6/2018 | Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada |
| 7/2018- | Affiliate Professor (started as a Visiting Scholar, transitioned in 2018), Department of Occupational and Environmental Health Sciences, University of Washington School of Public Health, Seattle, WA |
| 7/2020- | Professor (tenured) and Flora L. Thorton Endowed Chair, Department of Population and Public Health Sciences (previously, Department of Preventive Medicine), Keck School of Medicine, University of Southern California, Los Angeles, CA |

## ADMINISTRATIVE APPOINTMENTS:

| 7/1991-6/2006 | (Founding) Director, Metals Epidemiology Research Group, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Department of Environmental Health, Harvard School of Public Health |
|---|---|
| 7/1992-6/1995 | Director, Commission to Investigate the Health and Environmental Effects of Nuclear Weapons Production, International Physicians for the Prevention of Nuclear War |
| 7/1996-6/2006 | Director, Residency Program in Occupational and Environmental Medicine, Harvard School of Public Health |
| 7/1996-8/2006 | Director, Occupational and Environmental Medicine Core, National Institute for |

4

Occupational Safety and Health Educational Resource Center at the Harvard School of Public Health

7/1998-6/2004 (Founding) Medical Editor, Environmental Health Perspectives (official journal of NIEHS)

7/2000-8/2006 Associate Director, the Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health

7/2004-6/2009 (Founding) Principal Investigator and Director, Harvard Center for Children's Environmental Health and Disease Prevention Research (co-PI and co-Director after 9/1/08)

9/2006-6/2012 Chair, Department of Environmental Health Sciences, University of Michigan School of Public Health

9/2006-2012 Director, Occupational Epidemiology Core, NIOSH Education and Research Center, University of Michigan

9/2006-2012 Co-Director, Michigan-Harvard/Harvard-Michigan Metals Epidemiology Research Group

7/2009-2011 Director, NIA T32 Training Grant in Aging and Public Health, University of Michigan School of Public Health

1/2010-2012 Chair, Faculty Steering Committee on Global Health, University of Michigan School of Public Health

4/2011-2012 (Founding PI) and Director, University of Michigan NIEHS P30 Core Center.

7/2012-2013 Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada

7/2013-6/2017 Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada

7/2020- Flora L. Thornton Endowed Department Chair, Department of Preventive Medicine, Keck School of Medicine, University of Southern California, Los Angeles, CA

## CLINICAL APPOINTMENTS:

7/1985-6/1987 Attending Physician, Emergency Department, Whidden Memorial Hospital

7/1985-6/1988 Assistant Visiting Physician, Department of Medicine, Boston City Hospital

1/1985-6/2006 Consultant in Occupational and Environmental Medicine, Center for Occupational and Environmental Medicine, Northeast Specialty Hospital (formerly known as the Olympus Specialty Hospital, the Massachusetts Respiratory Hospital, and Norfolk County Hospital).

3/1987-9/1987 Attending Physician, Occupational Health Program, University Hospital/Boston University Medical Center

7/1988-9/2006 Associate Physician, Brigham and Women's Hospital

7/1990-6/1995 Occupational/Environmental Medicine Consultant, Brigham and Women's Hospital Employee Health Services

7/2007-2012 Associate Physician, Division of General Medicine, Department of Medicine, University of Michigan Health System

1/2019-2020 Staff Physician, RotaClinic-Lake City, Seattle, WA

2021 (pending) Associate Physician, Keck Medical Center

CV: Howard Hu, M.D., M.P.H., Sc.D.

OTHER ACADEMIC POSITIONS and MAJOR VISITING APPOINTMENTS:

| | |
|---|---|
| 7/1987-6/1990 | Visiting Physician, South Cove Health Center, Boston (Chinatown) |
| 7/1996-8/2006 | Associate, Center for Health and the Global Environment, Harvard Medical School |
| 2/1997 | Alice Hamilton Visiting Professor, Division of Occupational and Environmental Medicine, Department of Medicine, University of California at San Francisco |
| 11/2000- | Visiting Scientist, Sri Ramachandra Medical College and Research Institute |
| 7/2010- | Senior Consultant, Tianjin Centers for Disease Control and Prevention, Tianjin, China |
| 10/2012- | Visiting Professor, Shanghai Key Laboratory of Children's Environmental Health, Xinhua Hospital, Shanghai Jiao-Tung University, China |
| 7/2013-6/2016 | Visiting Professor, Shanghai Jiao Tong School of Medicine, China |
| 5/2015- | Affiliate Scientist to the Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, Canada |

MAJOR RESEARCH INTERESTS:

1. Environmental and molecular epidemiologic research related to heavy metals, potential endocrine disruptors, other neurotoxicants, carcinogens, and their impact on adverse health outcomes.
2. Gene-environment interactions; epigenetic dysregulation
3. Fetal/early life exposures and long-term effects
4. Aging-environment interactions
5. Health disparities
6. Health and human rights
7. Health, climate change, sustainability, and the global environment
8. "Big Data" for population health
9. Attitudes, behaviors, the immune response to infection and vaccines, and susceptibilities related to COVID19.

GRANTS (as PI, Co-PI, or primary mentor only):

Past Funding:

| | |
|---|---|
| 1980 (summer) | Montefiore Hospital, Bronx NY,PI; $2,000 (approx) |
| | A study of rural and occupational health in Tulua, Colombia, South America |
| 1982 (summer) | Albert Einstein College of Medicine, PI; $3,000 (approx) |
| | A study of occupational/environmental health in Shanghai, China |
| 7/1987-6/1989 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 |
| | The Long-term Renal and Neurologic Effects of Childhood Plumbism |
| 7/1989-6/1990 | NIEHS subcontract 7083-1, PI; $50,000 (approx) |
| | The Use of X-Ray Fluorescence to Measure Lead Burden and Childhood Lead Exposure |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| 7/1990-6/1992 | Agency for Toxic Substances and Disease Registry, PI; $150,000 (approx) "Clinical Environmental/ Occupational Medicine Research Fellowship Award", |
| 7/1990-6/1991 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 The Metabolic Effects of Pregnancy and Lactation on Lead Burden |
| 7/1990-6/1991 | Harvard School of Public Health Basic, PI Research Support Grant; $10,000 K-X-Ray Fluorescence Measured Lead Burden |
| 10/1991-11/1991 | NIOSH Special Grants, PI; $50,000 (approx) The Carpenters Lead Project |
| 4/1991-3/1996 | NIEHS/R01, PI; $2,200,000 (approx) The Epidemiology of Lead, Diet and Blood Pressure |
| 7/1991-6/1996 | NIEHS/R01 supplement, PI; $240,000 (approx) The Epidemiology of Lead, Diet and Blood Pressure--Research Supplement for Minority Investigator |
| 7/1992-6/1995 | NIEHS/R01 (Office of Research on Women), PI; $200,000 (approx) Lead and Hypertension in Women |
| 7/1993-6/1996 | NIEHS/subcontract, PI; $150,000 (approx) Exposure to Neurotoxins as Risk Factors for Amyotrophic Lateral Sclerosis |
| 7/1995-6/1998 | State of Washington, Department of Labor, PI; $350,000 (approx) SPECT Imaging of the Brain in Patients with Multiple Chemical Sensitivity Syndrome and Controls |
| 7/1996-6/1997 | NIEHS Center Grant ES00002 Pilot Project, PI; $15,000 Electrocardiographic abnormalities in association with low-level lead exposure among middle-aged to elderly men: the Normative Aging Study |
| 4/1995-3/2000 | NIEHS Project PI (Program Project PI: Richard Monson); $1,800,000 (approx) Lead Exposure, Accumulation in Bone, and Reproductive Toxicity Among Men and Women In Mexico |
| 4/1995-3/2000 | NIEHS Project PI (Program Project PI: Richard Monson); $1,900,000 (approx) Lead Exposure, Accumulation in Bone, and Cognitive Toxicity Among Elderly Men and Women |
| 6/1997-5/2002 | NIEHS/R01 ES05257 PI; $2,312,274 Lead Biomarkers, Aging, and Chronic Disease |
| 7/1997-6/1999 | NIEHS Center Grant ES00002 Pilot Project, PI; $10,000 The effect of genetic polymorphisms of metallothionein-IIA on mRNA levels in middle-aged to elderly men: the Normative Aging Study |
| 7/1998-6/2003 | NIEHS/R01 PI (with no-cost extension; 5R01ES007821); $2,291,833 Lead Dose Biomarkers, Reproduction, and Infant Outcomes |
| 7/1999-6/2000 | NIEHS Center Grant ES00002 Pilot Project, co-PI; $14,000 Magnetic Resonance Spectroscopy in the Evaluation of Lead Neurotoxicity: the Normative Aging Study |
| 7/2000-6/2001 | MAVERIC (Massachusetts Area Veterans Epidemiology Resource and Institute Center) Pilot Project PI (with Dr. Robert Wright, co-PI); $10,000 The Use of Magnetic Resonance Spectroscopy in Lead Poisoning |
| 7/2000-6/2001 | NIOSH Center Grant Pilot Project, PI (with Dr. Robert Wright, co-PI); $12,000 Interaction between ApoE Genotype and Lead Exposure in the Development of |

CV: Howard Hu, M.D., M.P.H., Sc.D.

|  |  |
|---|---|
| | Cognitive Impairment |
| 7/2002-6/2004 | The Rasmussen Foundation/Health Care Without Harm; $50,000 |
| | Medical Use of Phthalate Containing Products in the Neonatal Intensive Care Unit and Biomarkers of Neonatal Phthalate Metabolites |
| 7/2002-6/2003 | NIEHS Center Grant Pilot Project, PI; $8,000 |
| | Vitamin D Receptor Gene and Bone Lead in Reproduction |
| 3/2004-2/2005 | The Critelli Family Foundation; $10,000 |
| | Review of Environmental Cadmium Exposure and Toxicity |
| 4/2000-3/2007 | NIEHS Project Leader (Program Project PI: Richard Monson; 5P01ES05947); $2,472,677; Controlled Trial in Pregnancy of Dietary Supplements for the Suppression of Bone Resorption and Mobilization of Lead into Plasma (no cost extension) |
| 4/2000-3/2007 | NIEHS Project co-Leader (Program Project PI: Richard Monson; 5P01ES05947); $1,210,000 (approx); A Community-Based Study of Lead Exposure Pathways, Biomarkers of Dose, Health Effects, and Phytoremediation Strategies at the Tar Creek Superfund Site (no cst extension) |
| 4/2002-9/2007 | NIEHS/R01 PI (5R01ES010798); $3,011,295 |
| | Gene-Metal Interactions and Parkinson's Disease |
| 10/2003-9/2007 | NCMHI/P20 Project Leader (MD000501-01; Hughes Harris, PI); $828,781(Project) "FAMU and Harvard Center for Health and Health Care Disparities" |
| 8/2003-7/2008 | NIEHS/R01 PI (2R01ES05257-11A2); $3,357,424 (bécame co-PI in 2007 after move to University of Michigan) |
| | Lead-Gene Interactions and Cognition |
| 6/2004-3/2009 | NIEHS/P01 PI (5 P01ES012874-01); $6,662,670 (became co-PI in 2006 after move to University of Michigan) |
| | Metals Mixtures and Children's Health (Center for Children's Environmental Health and Disease Prevention Research) |
| 7/2002-12/2009 | NIH/R03 PI  (1R03TW005914; no cost ext through 2008); $192,000 (approx) |
| | Lead, Genes, and Cognition in Children in Chennai, India |
| 9/2006-7/2011 | NIEHS/R01 PI (R01ES007821); $3,116,831 |
| | Fetal Origins of Neurobehavior: Lead and Cholesterol Metabolism Interactions |
| 7/2006-6/2011 | NIEHS/R01 co-PI (R01ES013744; PI Wright), $3,200,000 |
| | Stress, Lead, Iron Deficiency and Neurodevelopment |
| 7/2006-6/2011 | NIEHS/R01 co-PI (RO1ES014930; PI Wright), $2,800,000 |
| | Metal Mixtures and Neurodevelopment |
| 2/2008-2/2010 | Michigan Institute for Clinical and Health Research (MICHR; home of the UM CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension) |
| | Epigenetics of Early Life Events and Environmental Toxicants |
| 4/2009-4/2010 | Michigan Alzheimer's Disease Research Center Pilot Project PI, $25,000 |
| | Environment, Epigenetics and Alzheimer's Disease (no cost extension) |
| 12/2009-12/2010 | University of Michigan Center for Global Health Pilot Project PI, $25,000 |
| | Climate Variability and Impacts on Mortality and Morbidity in Chennai, India: A Pilot Project Stemming from the 2009 U.S.-India Workshop on Climate Change and Public Health, Goa India (no cost extension) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                              8

9/2009-9/2010 Michigan Institute for Clinical and Health Research (MICHR; home of the UM
              CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension)
              Epigenetics and Epigenomics in the Etiology of Alzheimer Disease
7/2008-6/2011 NIA/T32  PI (T32AG027708); $450,000
              Interdisciplinary Training Program in Aging and Public Health
4/2010-3/2015 NIEHS P42 Superfund Co-Inv, Project 2, Co-investigator (P42ES017198; PI:
              Alshawabkeh, Project 2 Leader: Meeker) Puerto Rico Testsite For Exploring
              Contaminant Threats, $12,000,000
4/1/2011-6/2015 NIEHS Core Environmental Health Sciences Center, Founding PI and Director
              (until 2012; now consultant; P30 ES017885), $ 4,620,100;
              "Lifestage Exposures and Adult Disease"
4/2010-3/2014 NIEHS/EPA P20 Co-PI and Clin Health Specialist (P20 ES018171; PI Peterson)
              Formative Children's Environmental Health and Disease Prevention Center,
              $1,959,960; "Perinatal Exposures, Epigenetics, Child Obesity & Sexual Maturation"
7/1/2013-6/30/2014  CIHR, Canadian Institute for Health Services and Policy Research; Planning
              Grants-Priority Announcement:Partnerships for Health System Improvement; PI, $24,992
              "The Surviving Opioid Overdose with Naloxone (SOON) Project and Roundtable"
07/1/11-06/30/16  NIEHS K01 ES019909  (co-mentor; PI: Somers)
              "Immune dysfunction associated with early life heavy metal exposure"
4/1/12-3/30/17     NIEHS R01ES013744 (consultant; PI: Wright; Mt Sinai School of Medicine)
              "Stress-Lead Interactions and Child Development"
7/1/2012-7/1/2017 European Commission (EC), Funded under FP7-Health, Project 304925, co-
              Investigator; PI, epidemiologic studies, $6,000,000 E
              "A novel micronutrient-based strategy to prevent hearing impairments: test and road to
              market for age-related hearing loss and preservation of residual hearing"
6/1/2012-7/1/2020, 1R01ES021446, PI, $4,140,000 (parent + supplement awards);
              "Prenatal and Childhood Exposure to Fluoride and Neurodevelopment"
5/15/2015-5/15/2020  Health Canada; PI, $200,000 (Phase 1); $1,400,000 (proposed Phase
              2) "A Community-based First Nation Study of Cancer and the Environment in Northern
              Ontario"


Current Funding

5/1/2021-4/30/2022 Environmental Pollutant Risk Factors for Worse COVID-19 Related Clinical
              Outcomes, PI, $49,999; the Southern California Environmental Health Sciences Center
              Pilot Project Program, University of Southern California, Los Angeles, CA
3/8/2021-3/8/2022  The USC SARS-CoV-2 Vaccination Campaign Research Initiative: Uptake,
              Markers and Determinants of Effectiveness, Subsequent Behaviors, PI, $1,200,000; The
              Keck COVID-19 Research Fund in the Keck School of Medicine; USC Office of the
              Provost; USC Office of Research.
12/31/2020-6/30/2023  The Los Angeles Pandemic Surveillance Cohort Initiative, PI, $ 1,997,934;
              The Los Angeles County Public Health Departmen, PH-003903-W2/U.S. Centers for
              Disease Control and Prevention Cooperative Agrement US0CK000498.
11/1/2020-10/30/2022 The Population Health COVID-19 Pandemic Research Center, co-PI,
CV: Howard Hu, M.D., M.P.H., Sc.D.

$320,000, The Keck Medicine COVID-19 Research Initiative; the Keck Foundation

3/24/2020-2/28/2022 Pilot Project Proposal for Rapid Response Funding, University of Michigan NIEHS P30 Core Sciences Center (co-PI); $6,250, "Environmental Cadmium and Influenza-related Mortality in NHANES: An Environment-Infectious Disease Interaction Study with Implications for Strategies for Reducing COVID-19-related Morbidity and Mortality"

4/1/13-3/31/23 NIEHS/EPA P01ES022844 (co-inv; PI: Peterson at the University of Michigan) "Lifecourse Exposures & Diet: Epigenetics, Maturation & Metabolic Syndrome."

7/1/16-6/30/26    CIHR (co-PI; Director; PI: Jeffrey Brook at the Dalla Lana School of Public Health) $4,700,000 CNDN "CANadian Urban Environmental (CANUE) Health Research Consortium"

9/1/16-8/31/22 NIH 5R01ES026033-02, (Consultant/Co-investigator; PI: Arora at Mt. Sinai School of Medicine) $648,000  "Novel Biomarker to Identify Critical Windows of Susceptibility to Metal Mixture"

9/1/17-6/30/22  NIH R24ES028502 (Consultant/Co-investigator; PI: Peterson at the University of Michigan, "E3GEN: Multigenerational Effects of Toxicant Exposures on Life Course Health and Neurocognitive Outcomes in the ELEMENT Birth Cohorts"; $2,009,022

Applications Under Review

7/1/2023-6/30/2028 P01NS133120, MPI, $8,189,891
"Foundational Investigations in Neuro PASC Discovery (FIND)"

New Application in Progress

Competitive renewal of R01ES021446, PI, $3,704,071
"Exposure to Fluoride in Pregnancy:  Impacts on Maternal Thyroid Function and Cognitive, Non-cognitive, and Life Outcomes in Young Adult Offspring"

Wellcome Trust, MPI
"Quantifying the Cognitive and Economic Benefits of Reducing Air Pollution to Achieve Climate Change Mitigation"

R01ES031820 (app # pending), multiple PI, $3,086,477
Perinatal Maternal Heavy Metal Burden and Offspring Blood Pressure

HONORS AND AWARDS:

1978-1982 National Health Service Corps Scholarship
1985-1988 National Research Service Award
1990-1992 Agency for Toxic Substances and Disease Registry Clinical Environmental Medicine Award
1994       Will Solimene Award of Excellence, American Medical Writers Association, for:

CV: Howard Hu, M.D., M.P.H., Sc.D.

|      | Chivian E, McCally M, Hu H, Haines H, eds. *Critical Condition: Human Health and the Environment*. Cambridge: The MIT Press, 1993. |
|------|------|
| 1997 | Alice Hamilton Lecturer, University of California at San Francisco |
| 1998 | First Prize for Best Infant Nutrition Research, Instituto Danone, Mexico (for González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H. "Decrease in birth weight in relation to maternal bone lead burden." Published in *Pediatrics*) |
| 1999 | National Institute for Environmental Health Sciences "Progress and Achievement of the Year Award", 1998-1999 |
| 1999 | True Memorial Lecturer, Maine Medical Center, Portland ME. |
| 2000-2001 | Faculty Sabbatical Award, Harvard School of Public Health |
| 2000-2001 | Senior Fulbright Scholar in India |
| 2001 | Hoopes Prize, Faculty Mentorship (for Senior Thesis of Charles Lin, "More than Black and White: Lead Poisoning as an Environmental Justice Issue in Boston") |
| 2003 | Best Paper in Preventive Medicine by a Medical Student (for Senior Thesis of Vanitha Janakiraman; Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M. A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy. Am J Prev Med 2003;24:260-4.). American College of Preventive Medicine, Ulrich and Ruth Frank Foundation for International Health. |
| 2004 | Das Travel Grant Award, The South Asia Initiative, Harvard University (for Travel in India) |
| 2005 | Adolph G. Kammer Merit in Authorship Award, the American College of Occupational and Environmental Medicine (for Rhodes D, Spiro A, Aro A, Hu H "Relationship of Bone and Blood Lead Levels to Psychiatric Symptoms: The Normative Aging Study", Published in the *Journal of Occupational and Environmental Medicine*) |
| 2006 | Teacher of the Year Award, Occupational/Environmental Medicine Residents, Harvard School of Public Health |
| 2006 | Harriett Hardy Award, the New England College of Occupational and Environmental Medicine |
| 2009 | Linus Pauling Award for Lifetime Achievements, American College for the Advancement of Medicine |
| 2011 | Award for Excellence, American Public Health Association |
| 2015 | John R. Goldsmith Award for Outstanding Contributions to Environmental Epidemiology, International Society for Environmental Epidemiology |
| 2016 | Election to Fellowship, Canadian Academy of Health Sciences |

MEMBERSHIPS IN PROFESSIONAL SOCIETIES

Memberships

| 1981- | American Public Health Association (APHA) |
|-------|------|
| 1982-2006 | Massachusetts Coalition for Occupational Safety and Health |
| 1983-1989 | American College of Physicians |

CV: Howard Hu, M.D., M.P.H., Sc.D.

1985-        Physicians for Social Responsibility
1987-        Physicians for Human Rights
1990-        International Society for Environmental Epidemiology (ISEE)
1990-2000 American Association for the Advancement of Science
1990-2006 Association of Occupational and Environmental Clinics (AOEC)
1991-        International Physicians for the Prevention of Nuclear War (IPPNW)
1994-1996 Society for Occupational and Environmental Health (SOEH)
2000-2012 American College of Occupational and Environmental Medicine (ACOEM)
2009-2012 Society of Toxicology
2012-2018 Canadian Public Health Association (CPHA)
2020-        Washington State Medical Association

 Committee Assignments

1981-1982 Program Committee, Occupational Safety and Health Section, APHA
1987-1988 Program Committee, Asian-American Caucus, APHA
1992-1998 Membership Committee, ISEE
1995-1998 Quality Assurance Committee, AOEC
1997-1998 Program Committee, 1998 Superfund Basic Research Program, Annual National Meeting
2001-2006Program Committee, New England College of Occupational and Environmental Medicine
               Annual Meetings


EDITORIAL POSITIONS AND BOARDS:

1977-1982 Einstein Community Health Newsletter
1988-1992 Bookreview Co-Editor, Section on Occupational Safety and Health, Am Public Health
               Assoc.
1993-        Journal of Health and Human Rights
1998-        Environmental Health Perspectives (Founding Medical Editor, 1998-2004; Associated
               Editor, 2004- )
2004-        American Journal of Industrial Medicine
2007-2009 Faculty of 1000 Medicine
2017-        Current Environmental Health Reports
2017-        Faculty of 1000 Medicine


PEER REVIEW SERVICE

American Journal of Clinical Nutrition
American Journal of Epidemiology
American Journal of Industrial Medicine
Archives of Environmental and Occupational Health
Biomed Central
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    12

Circulation
Environmental Epidemiology
Environmental Health
Environmental Health Perspectives
Environment International
Environmental Research
Epidemiology
Indian Journal of Medical Research
Journal of Health and Human Rights
Journal of the American Medical Association
Kidney International
Lancet
New England Journal of Medicine
Pediatrics
PLOS One
Science of the Total Environment


TEACHING:

  1. LOCAL CONTRIBUTIONS (at the Harvard School of Public Health, 1985-2006)

| | |
|---|---|
| 1985- | "Toxicology of the Kidney and Urinary Tract" |
| | Guest Lecturer for TOX204a,b |
| 1988- | "Occupational Health" |
| | Guest Lecturer for EH201a,b |
| 1989-1992 | "Lead Toxicology" |
| | Guest Lecturer for TOX204a,b |
| 1990- | <u>Grand Rounds in Occupational/Environmental Medicine</u> |
| | Director |
| 1990-2000 | <u>Introduction to Occupational and Environmental Medicine (EH232c,d)</u> |
| | Course director, lecturer |
| 1990- | "The Epidemiology of Lead Exposure, Dose, and Toxicity" |
| | Guest Lecturer for EPE215c,d and EPE215t |
| 1990- | "Solvent toxicity" |
| | Fundamentals of Industrial Hygiene, Continuing Education Department |
| 1992 | "Current Research on Lead", Metals Epidemiology Research Group Seminar |
| | Presenter |
| 1992 | "Lead Poisoning Without a Known Source in a Hyperthyroid Patient" |
| | Case discussant, Grand Rounds in Occupational and Environmental Medicine |
| 1992- | "Biological Markers of Lead Dose" |
| | Guest Lecturer, EHE280c,d |
| 1994- | "Screening for Lead Toxicity" |
| | Guest lecturer, EPI227d |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| 1994- | "Lead Exposure and Biological Monitoring" |
|---|---|
| | Guest Lecturer, ID263b |
| 1994- | "Case Study: Lead" |
| | Guest Lecturer and Case Discussant, EH202d |
| 1996- | Introduction to Environmental Health (EH201b) |
| | Course director and lecturer |
| 1997- | Human Health and Global Environment Change (EH278a,b) |
| | Course Co-developer, Co-director, and lecturer |

Hospital courses and Invited Teaching Presentations (Harvard-affiliated Hospitals)

| 1990 | Guest Lecturer on Occupational Medicine |
|---|---|
| | Residency Program, Department of Medicine, Brigham and Women's Hospital |
| 1994 | Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?" |
| | Department of Obstetrics and Gynecology, Brigham and Women's Hospital |
| 1994 | Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?" |
| | Department of Medicine, Brockton V.A. Hospital |
| 1994 | Speaker, Symposium on Preventive Medicine and Clinical Epidemiology,; "Is Lead a Ticking Time Bomb"; Brigham and Women's Hospital |
| 1995 | Discussant, "Multiple Chemical Sensitivity", Occupational/Environmental Medicine Grand Rounds, Occupational Health Program, Harvard School of Public Health |
| 1996 | Guest lecturer, "Lead Toxicity as a Paradigm for a Regional and Global Health Hazard", Environmental Health Student Group, Holmes Society, Harvard Medical School |
| 1997 | Speaker, "Mobilization of maternal bone lead as a hazard to the fetus", Grand Rounds, Dept. of Neonatology, Beth Israel Hospital, Boston, MA |
| 2000 | Guest lecturer, "Update on Lead Toxicity Research", Program in Pediatric Toxicology, Children's Hospital |
| 2000 | Discussant, "Adult Lead Toxicity", Weekly Case Round, Department of Medicine, Brigham and Women's Hospital, Boston. |
| 2000 | Lecturer, "Update on Lead Toxicity, Hypertension, and Chronic Renal Failure", Renal Rounds, Division of Nephrology, Department of Medicine, Brigham and Women's Hospital, Boston. |
| 2002 | Lecturer, "Maternal Bone Lead as a Threat to Fetal Development", Program in Neonatology, Beth Israel-Deaconness Hospital, Boston, MA |

Doctoral student committees
Chair and member:

| Dr. Rokho Kim | Dr.P.H. Occupational Health and Epidemiology, '96 |
|---|---|
| Dr. Yawen Cheng | Sc.D. Epidemiology, '98 |
| Dr. Sharon Tsaih | Sc.D. Epidemiology, '99 |
| Dr. Hung Yi Chuang | Sc.D. Occupational Health, '99 |
| Dr. Adrienne Ettinger | Sc.D. Environmental Health, '03 |
| Dr. Florence Wang | Sc.D. Environmental Health, '05 |
| Dr. Sung K. Park | Sc.D. Environmental Health, '05 |

CV: Howard Hu, M.D., M.P.H., Sc.D.

Dr. Pradeep Rajan,      Sc.D. Occupational Health, '06

Member/Advisor:
Dr. How Ran Guo        Sc.D. Occupational Health, '94
Dr. Joshua Cohen       Sc.D. Health Policy and Management, '94
Dr. Jane Hoppin        Sc.D. Environmental Health, '95
Dr. Salma Elreedy      Sc.D. Environmental Health, '97
Dr. Mary Jean Brown   Sc.D. Maternal and Child Health, '00
Dr. Brisa Sanchez      Sc.D. Biostatistics, '06
Dr. Ami Zota           Sc.D. Environmental Health, '07
Dr. Ananya Roy         Sc.D. Environmental Health, '08
Dr. Elissa Wilker      Sc.D. Environmental Health, '09

Post-doctoral fellow mentor:
Dr. Marinelle Payton (Channing Lab), Dr. Susan Korrick (Channing Lab), Dr. Rokho Kim (Channing Lab), Dr. Viji Potula (HSPH Research Fellow), Dr. Barbara Nowak (Visiting Scientist from Silesian University School of Medicine, Poland), Dr. Robert Wright (Channing Lab), Dr. Ming Tsuang Wu (HSPH Research Fellow), Dr. Yawen Cheng (Channing Lab), Dr. Geeta Mathur (neonatology fellow at the Brigham and Women's Hospital), Dr. Sri Hari Bojja (HSPH Research Fellow), Dr. Hae-Kwan Cheong (Visiting Scientist from Dongguk University School of Medicine, S. Korea), Dr. Sahar Elmarsafawy (HSPH Research Fellow), Dr. Jing Lu (Visiting Scientist from the Chinese Academy of Preventive Medicine), Dr. Dieter Affeln (Occ/Env Med Fellow), Dr. Ahmed Gomaa (Occ/Env Med Fellow), Dr. Chris Leffler (Occ/Env Med Fellow), Dr. Ronald Dykeman (Occ/Env Med Fellow), Dr. Uma Dhanabalan (Occ/Env Med Fellow), Dr. Hsien-Wen Hsu (Occ/Env Med Fellow), Dr. Betty Ann Cohen (Occ/Env Med Fellow), Dr. Arvin Chin (Occ/Env Med Fellow), Dr. Daniel Rhodes (Occ/Env Med Fellow), Dr. Richard Wittman (Occ/Env Med Fellow), Dr. Sun-Dong Lee (Visiting Scientist from Sangji University, Korea), Dr. Ronald Green (Occ/Env Med Fellow), Dr. Erma Lawson (Environmental Health Fellow), Dr. Marc Weisskopf (Environmental Health Fellow), Dr. Bridget Bagert (Occ/Env Med Fellow), Dr. John Jarrell (Visiting Scientist from University of Calgary), Dr. Jennifer Weuve (Environmental Health Fellow), Dr. Karen Chou (Visiting Scientist from Michigan State), Dr. Nitin Jain (Channing Laboratory Fellow), Dr. Adrienne Ettinger (Children's Center Scientist), Dr. Sam Myers (Fellow in Alternative and Complementary Medicine), Dr. Marcelo Targino (Occ/Env Med Fellow), Dr. Manish Arora (Post-doctoral fellow from University of Sydney), Dr. Huiling Nie (Post-doctoral fellow from McMaster University).

Other faculty mentorship:
Elizabeth Rubinstein (HMS Summer research), Alicia Marier (HMS Summer research), Vanitha Janakiraman (HMS Summer research), Young-Sook Lim (Harvard College Summer research), Charles Lin (Harvard College Senior thesis research), Ed Hsieh (Harvard College Summer research), Naveen Thomas (Emory University Medical School Senior thesis research). Shreekrishna Akilesh (Harvard Dental School summer research), Christine Pace (HMS Summer research)

Advisory and supervisory responsibilities
1985-1987      Attending Physician, outpatient general medicine clinic, Boston City Hospital;

CV: Howard Hu, M.D., M.P.H., Sc.D.

weekly precepting for housestaff and medical students
1990-2006     Preceptor, Residency in Occupational and Environmental Medicine, Harvard School of Public Health at the Mass Respiratory Hospital
1990-2006     Advisor to general M.P.H. students, Harvard School of Public Health.

## 2. LOCAL CONTRIBUTIONS (at the University of Michigan, 2006-2012)

2006-     <u>Principles of Environmental Health (EHS-500)</u>
       Course director and lecturer
2006-     Environmental Epidemiology (EHS-608)
       Guest lecturer on birth cohorts and environmental epidemiology
2006-     Occupational and Environmental Disease (EHS-501)
       Guest lecturer on metals exposure and health effects; Course Director (2009-)
2007-     <u>Metals Exposure, Biomarkers and Toxicity: A Multi-disciplinary Environmental Epidemiology Approach (EHS-698 reading course)</u>
       Course director and lecturer
2008-2009,     <u>Topics in Environmental Health Sciences (EHS-688)</u>
2010-2011     Course director and lecturer
2009     <u>Occupational and Environmental Disease (EHS-501)</u>
       Course director and lecturer
2009-     <u>On-line (Long-distance Foundations in Public Health Certificate Program): Principles of Environmental Health (EHS-500-801)</u>
       Course director and lecturer
2009     Introduction to Public Health (HMP-200)
       Guest lecturer on environmental health
2009-     <u>Seminars in Aging and Public Health (EPID 813)</u>
       Course director and lecturer
2011     Seminar on Public Health in China (HMP-xxx)
       Guest lecturer on "Environmental Health in China"

<u>Post-doctoral fellow mentor:</u>
Dr. Sung Kyun Park (Environmental Health Sciences Fellow, now Research Assistant Professor), Dr. Brisa Sanchez (Biostats Research Assistant Professor, now Assistant Professor), Dr. Richard Pilsner (Robert Wood Johnson Health & Society Fellow), Dr. Aimin Zhang (Environmental Health Sciences Fellow, Toxicology Training Grant), Dr. Ananya Roy (Environmental Health Sciences Fellow), Dr. David Cantonwine (Reproductive Sciences Fellow).

<u>Doctoral Student Advisor (principal)</u>

| | | |
|---|---|---|
| David Cantonwine | Ph.D. | Environmental Health Sciences (2009) |
| Myriam Afeiche | Ph.D. | Environmental Health Sciences (co-mentor with Karen Peterson; 2010) |
| Yoon-Hyeong Choi | Ph.D. | Environmental Health Sciences (co-mentor with Sung Kyun Park; 2011) |
| Katie F. Bush | Ph.D. | Environmental Health Sciences (co-mentor with Marie O'Neill; |

CV: Howard Hu, M.D., M.P.H., Sc.D.

|                    |       | 2011)                                                        |
| ------------------ | ----- | ------------------------------------------------------------ |
| Kelly Bakulski     | Ph.D. | Environmental Health Sciences (2012)                         |
| Gamola Fortenberry | Ph.D. | Environmental Health Sciences (co-mentor with John Meeker; 2013) |
| Siying Huang       | Ph.D. | Environmental Health Sciences (2013)                         |
| Deena Thomas       | Ph.D. | Environmental Health Sciences (2014)                         |
| Rebecca Tutino     | Ph.D. | Environmental Health Sciences (2015)                         |
| Zishaan Farooqui   | Ph.D. | MD-PhD Medical Scientist Training Program (2015)             |

Masters Student Thesis Advisor

Bradley Lampe (OEE), Troy Meissner (OEE), Pheba Alexander (OEE), Brian Davis (OEE & HBHE), Aaron Leftwich (OJOC program), Suengwon Lee (Nutrition), Allen Zhong (OEE), Graham Newman (OEE), Jacqueline Barkoski (OEE)

Undergraduate Thesis Advisor

Lauren Schwartz (Neuroscience, LSA)

3. LOCAL CONTRIBUTIONS (at the University of Toronto, 2012-2017)

| | |
| --- | --- |
| 2012 | Determinants of Community Health (Faculty of Medicine) Guest lecturer on 'The Future of Medicine & Public Health in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World". |
| 2012- | CHL5004H Introduction to Public Health Guest lecturer on "The Future of Public Health (and Your Role !) in a Hot, Flat, Crowded…and Diverse, Aging, Stratified, Urbanized, Polluted, Thirsty, Hungry, Debt-Ridden World". "What is Public Health?", "Climate Change and Health" |
| 2012- | CHL 5912F Industrial Toxicology. Guest lecturer on the "Toxicology of Metals". |
| 2013-2014 | Department of Family & Community Medicine "Building Blocks" (short course for International post-graduate primary care trainees); Guest lecturer on "Public Health & Primary Care" |
| 2013- | CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health Guest lecturer on "The Challenges of Environmental Health in a Rapidly-Changing World, from the Molecular to the Global". |
| 2014 | JCR1000 "Interdisciplinary Approach to Global Challenges" Guest lecturer on "Global Environmental Health" |
| 2014- | PHS100H1 "Grand Opportunities in Global Health"; Guest lecturer on "Urban Environments" |
| 2015 | Public Health & Preventive Medicine Residency Rounds "Physicians, Climate, and other Global Environmental Changes: Our Role" |
| 2016 | CHL5004H Introduction to Public Health, Course Co-Director (with Professor Erica DiRuggierro) |
| 2016 | CHL 7001H F6 Environmental-Molecular Epidemiology, Course Co-Moderator (with Professor Morteza Bashash) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2016    <u>CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health, Course</u>
        <u>Co-Director (with Professors Erica DiRuggierro and Abdallah Daar)</u>

2016    Joint Seminar, "The Impact on Intelligence, Behaviour, and Society of Lead Exposure: A
        Case Study of a Global Pollutant and On-going Research"; Collaborative Program in
        Neurosciences and Collaborative Global Health Doctoral Program, University of Toronto

2016    CHL5420H "Global Health Research Methods"
        Guest lecturer on "The Early Life Exposures in Mexico to Environmental Toxicants
        Project (ELEMENT): A Global Health Collaboration Case Study"


<u>Masters student research advisor</u>
Maelle Marchand


<u>Doctoral student advisor</u>
Adele Carty


<u>Doctoral student thesis committee member</u>
Laura Bogaert


<u>Doctoral student thesis examination committee member</u>
Claudie CY Wong (doctoral student in epidemiology, Jockey School of Public Health and
Primary Care, Chinese University of Hong Kong)
Zilong Zhang (doctoral student in epidemiology, Jockey School of Public Health and
Primary Care, Chinese University of Hong Kong)


<u>Post-doctoral fellow mentor</u>:
Siying Huang, Ph.D.; Morteza Bashash, Ph.D.; Roman Pabayo, Sc.D. (Harvard School of
Public Health); Tripler Pell, M.D., M.P.H.

4. LOCAL CONTRIBUTIONS (at the University of Washington, 2017-2020)5
        <u>Doctoral student thesis research mentor</u>
        Megan Suter

        <u>Doctoral student special projects advisor</u>
        Rachel Shaffer
        Joey Frostad
        Rebecca De Buen


5. LOCAL CONTRIBUTIONS (at the University of Southern California, 2020-present)

2020-   PM 502 Foundations of Public Health
        Guest lecturer on "Global Health and the Global Burden of Disease Study"

2020-   PM 601 Basic Theory and Strategies in Prevention
CV: Howard Hu, M.D., M.P.H., Sc.D.

Guest lecturer on "Sociocultural Theories: Health Disparities and Environmental Justice"

2021-    Health Justice and Systems of Care curriculum, Keck School of Medicine Year 01
         Guest lecturer on "Introduction to Public Health (in a Hot, Crowded, Diverse, Aging, Inequitable, Urbanized, Polluted, Thirsty, Hungry, Debt-Ridden World)"


6. NIH K-grant mentorship:

Robert Wright, M.D., M.P.H. (K-23 ES000381, "*Neurochemical and Genetic Markers of Lead Toxicity*"), 2000-2005; Dr. Wright is now Professor of Pediatrics, Mt. Sinai School of Medicine

Marc Weisskopf, Ph.D. (K-01 ES012653, "*New Biomarkers of Neurotoxicity*"), 2004-2009; Dr. Weisskopf is now Professor (tenured) of Occup Health, Harvard Sch Public Health

Sung Kyun Park, Sc.D. (K-01 ES016587; "*Environment, Novel Aging Outcomes, and Genetics*"), 2009-2014;  Dr. Park is now Associate Prof (tenured), Department of Epidemiology, University of Michigan Sch Public Health

Emily Somers, Ph.D. (K-01 ES019909; *"Immune Dysfunction Associated with Early Life Heavy Metals Exposure"*), 2011-2016; Dr. Somers is now Associate Prof, Division of Rheumatology, Department of Internal Medicine, University of Michigan Medical School

Ashley Malin, Ph.D. (K-99 ES031676; "*Childhood fluoride exposure and sleep patterns*", 2021-2026; Dr. Malin is now an Assistant Professor, Department of Epidemiology, University of Florida School of Public Health.


COMMITTEE, ORGANIZATIONAL, AND VOLUNTEER SERVICE

National/International

| | |
|---|---|
| 1978-1982 | Taskforce on Occupational and Environmental Health, Co-coordinator, Am Med Stu Assoc |
| 1989 | Ad Hoc Study Committee, National Institute for Environmental Health Sciences Council |
| 1989-2006 | Association of Occupational and Environmental Medicine Clinics (AOEC)-- (through the Northeast Specialty Hospital Center for Occupational and Environmental Medicine) |
| 1989-1990 | Member, Relative Risk Reduction Strategies Committee, Science Advisory Board, U.S. Environmental Protection Agency |
| 1989-1992 | Member, Board of Directors, Physicians for Human Rights, Boston, MA |
| 1991 | National Institutes of Health, General Clinical Research Center Program, Site Visit Team |
| 1992-2019 | Member, National Advisory Committee, Physicians for Human Rights, Boston, MA |
| 1992 | Special Study Section member (R3/S1/B3), National Institutes of Health |
| 1994 | Ad Hoc Reviewer, National Institutes of Health, General Dental Research Center Program |
| 1994 | Advisory Board, Institute for Energy and Environmental Research |
| 1994-1996 | Associate, Project on Global Environmental Change and Health, Physicians for Social Responsibility |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    19

| | |
|---|---|
| 1995 | Ad Hoc Reviewer, National Institutes of Health, Diagnostic Radiology Study Section |
| 1996- | Member, Editorial Board, Health and Human Rights—an International Journal |
| 1995-1998 | Advisory Committee, Consortium for Environmental Education in Medicine, Cambridge, MA. |
| 1996-1997 | Reviewer, Agency for Toxic Substances and Disease Registry |
| 1997-1998 | Program Committee, Annual Mtg, NIEHS Superfund Basic Research Group Centers |
| 1998-2013 | (Founding) Medical Editor (1998-2004); Associated Medical Editor (2004- ), Environmental Health Perspectives (official journal of NIEHS) |
| 2001 | Ad Hoc Reviewer, National Institutes of Health, R-13 applications |
| 2002-2006 | External Advisory Committee, Program Project on Lead and Osteoporosis, University of Rochester |
| 2003-2005 | Member, Ad-Hoc Expert Panel to Form Medical Management Guidelines for Lead-Exposed Adults, (supported by NIOSH and AOEC) |
| 2003-2009 | Member, Working Group on Lead and Pregnancy, Advisory Committee on Childhood Lead Poisoning Prevention, U.S. Centers for Disease Control and Prevention |
| 2004 | Ad Hoc Reviewer, National Institutes of Health, K-23 applications |
| 2004 | Ad Hoc Reviewer, Draft of "Immunization Safety Review: Vaccines and Autism" Immunization Safety Review Committee, Institute of Medicine, National Academies of Science |
| 2004 | Finalist (one of 8), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health |
| 2005 | Member, Strategic Planning Conference, National Institute for Environmental Health Sciences, Research Triangle Park, NC |
| 2006 | Ad Hoc Reviewer, Draft of "Preterm Birth: Causes, Consequence, and Prevention" Committee on Understanding Premature Birth and Assuring Health Outcomes, Institute of Medicine, National Academies of Science |
| 2006 | Member, External Advisory Committee, NIEHS Center, University of Rochester |
| 2007 | Member, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group 2007/05 ZES1 JAB-C (DI) (NIEHS Discover Centers) |
| 2007-2010 | Member, Board on Population Health and Public Health Practice, Institute of Medicine, National Academies, Washington DC. |
| 2007 | Member, Ad Hoc Review Panel, Centers of Excellence Program, Swedish Council for Working Life and Social Research. |
| 2007-2008 | Member, Search Committee for Director of Extramural Research, NIEHS |
| 2007 | Special Consultant, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group 2008/01 ZAR1 CHW-G (NIAMS Arthritis Centers) |
| 2008 | Report Reviewer, Draft National Research Council Report, "The National Children's Study Research Plan: A Review", National Academies |
| 2008 | Report Reviewer, Draft National Research Council Report, "Gulf War and Health: Updated Literature Review of Depleted Uranium", Institute of Medicine, National Academies |
| 2008-2009 | Data Safety Monitoring Board, "d-Penicillamine Chelation in lead-poisoned Children—A Phase II/III Trial" (R01FD003361; PI: Michael Shannon) |
| 2008 | Subcommittee to review Draft Report on Bisphenol A, Science Board, Food and Drug |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          20

|  | Administration |
|---|---|
| 2008 | Planning Committee, International Symposium on the Environmental and Health Consequences of Metal Mining and Smelting |
| 2008-2009 | Co-Chair, Planning Committee, "Climate Change Impacts on Public Health in India", Workshop that took place in Goa, India in Aug-Sept 2009 co-sponsored by UM Center for Global Health, the US Centers for Disease Control and Prevention and the Indian Council for Medical Research |
| 2008 | Finalist (one of 2), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health |
| 2009-2012 | Member, Board on Environmental Studies and Toxicology, National Research Council |
| 2009 | Reviewer, NIH Challenge Grants, Special Emphasis Panel/Scientific Review Group 2009/10 ZRG1 GGG-F |
| 2009-2010 | External Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupational Health Sciences, University of Washington School of Public Health |
| 2010-2012 | Member, External Advisory Committee, University of Rochester NIEHS P30 Core Center |
| 2010 | Member, Ad-hoc review committee, National Health Research Institutes of Taiwan, Special Emphasis Panel—NHRI-Kaoshiung Medical College Program Project on ": "Gene Environment Interaction in the Genesis of Asthma and Allergic Diseases" |
| 2010-2012 | Member, Advisory Board, Institute of Public Health, Florida Agricultural & Mechanical University, Tallahassee, FL |
| 2011 | Reviewer, NIEHS Career Development Awards, Special Emphasis Panel/Scientific Review Group 2011/05 ZES1 LKB-J (K9) |
| 2011-2016 | Member, NIEHS National Advisory Environmental Health Sciences Council |
| 2012 | Member, Editorial Board, Journal of Alzheimer's Disease |
| 2015 | Member and External Reviewer, School of Population and Public Health Review Committee, University of British Columbia, Vancouver, B.C. |
| 2016-2021 | Chair, Board of Directors, Canadian Urban Environmental Health Research Consortium, (National Consortium based out of the Dalla Lana School of Public Health) |
| 2017- | Member, Energy Research Committee, Health Effects Institute, Boston, MA |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative, March 1-2, 2018, Institute for Health Metrics and Evaluation, Seattle, WA |
| 2017- | Executive Co-Leader, Global Burden of Disease-Pollution and Health Initiative |
| 2019-2022 | Member, Research Advisory Committee, Centre of Environmental Health, The Public Health Foundation of India and the Tata Institute of Social Sciences, New Delhi, India |
| 2019 | Reviewer, draft report on trace metals levels in pregnancy women, Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, Atlanta |
| 2019 | Reviewer, draft report on Concentration-Response Functions between Lead Exposure and Adverse Health Outcomes for Use in Benefits Analysis: Cardiovascular-Disease Related Mortality", EPA National Center for Environmental Economics Office of Policy |
| 2019- | Member, Advisory Council, Physicians for Human Rights, New York, NY |
| 2019 | Reviewer, Special Emphasis Panel/Scientific Review Group 2020/01 ZES1 LAT-S (K9) Applications, Center for Scientific Review, U.S. National Institutes of Health |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2019-2020 Member, Board of Advisors Taskforce, Marilyn Brachman Hoffman Foundation, Dallas, TX

2020-2021 Member, External Advisory Committee, New York University/NIEHS Environmental Health Core Sciences Center, New York, NY

2020        Member, NIEHS DR2 Work Group SARS-CoV-2/COVID-19 Environmental Health Research Needs Panel.

2020-        Chair, Scientific Advisory Board, the Marilyn Brachman Hoffman Foundation, Dallas, TX

2020        Member, The Lancet Commission on Pollution and Health: Update

2021-        Member, Clean Air Scientific Advisory Committee (CASAC) Lead Review Panel, U.S. Environmental Protection Agency

2022        Member, Review Panel, RFA-RM-21-025: NIH Faculty Institutional Recruitment for Sustainable Transformation (FIRST) Program: FIRST Cohort.  Office of the NIH Director, Office of Strategic Coordination.

2022-        Member, Board of Directors, Pure Earth, New York, NY.

2022-        Co-Chair, International Research Council, The Public Health Foundation of India, Delhi, India


## Regional

1988-1990 Health Facilities Appeals Board, Member, Dept. Public Health, Comm. Of Mass.

1988-2006 Advisory Board, Massachusetts Department of Public Health, Sentinel Event Notification System for Occupational Risks (SENSOR) Project

1989-1995 Advisory Board, Massachusetts Division of Occupational Hygiene, Lead Registry Project

1990-1992 Board of Directors, Member, Health Care for All, Boston, Massachussetts

1993-1995 Faculty Council, Member, Harvard School of Public Health

1995-2006 Faculty Advisory Committee, Public Health Practice Program, Harvard School of Public Health

1996-2006 Advisory Board, Boston VA Environmental Hazards Center, Boston

1997-2001 Faculty Steering Committee, Center for Children's Health, Harvard School of Public Health

1996-2006 Senior Epidemiology Consultant, Massachusetts Veterans Epidemiology Research and Information Center, Boston.

1996-2006 Associate, Center for Health and the Global Environment, Harvard Medical School

1997-2002 Faculty Advisory Committee on Continuing Professional Education, Harvard School of Public Health

1998-2006 Faculty Steering Committee, Masters of Public Health program, Harvard School of Public Health

2001-2003 Board of Directors, New England College of Occupational and Environmental Medicine

2001-2006 Associate Director, Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health

2001-2006 Senior Advisory Council Member, Lowell Center for Sustainable Production, University

of Massachusetts, Lowell, MA

2003-2006 Member, Human Subjects Committee, Harvard School of Public Health

2003-2006 Advisory Committee, Occupational Health Services Research Program, Harvard School of Public Health

2006      Study Section Review Committee, Pilot Project Program, Graham Environmental Sustainability Institute, School of Natural Resources and Environment, University of Michigan

2006-2007 Chair, Planning Committee, Health Sector, May 8-10, 2007 National Summit on Coping with Climate Change, University of Michigan

2007-2009 Member, Advisory Committee, SPH Practice Committee, University of Michigan School of Public Health

2007-2012 Member, Residency Advisory Committee, General Preventive Medicine Residency, University of Michigan School of Public Health

2008-2009 Member, Steering Committee, NIA T32 Training Grant on Aging Research (PI: Mary Haan), University of Michigan School of Public Health

2008-2013 Member, Advisory Committee, Outstanding New Environmental Scientist Awardee (Marie O'Neill), NIEHS

2008-2009 Member, Search Committee for Director of the Risk Science Center, University of Michigan School of Public Health

2009      Co-Chair, Planning Committee, Workshop on Predicting and Preventing Climate Change Impacts on Public Health, Goa, India (Collaboration with the UM Center for Global Health, the US Centers for Disease Control and Prevention, and the Indian Council for Medical Research)

2009-2011 Director and PI, NIA T32 Training Grant on Aging Research, University of Michigan School of Public Health

2009-2010 Member, Planning Committee, University Research Corridor (U of M, Michigan State, Wayne State) symposium on environmental health sciences in January 2010

2009-2012 Faculty Associate, Center for Global Health, University of Michigan

2009-2012 Member, Internal Advisory Board, Cancer Epidemiology Education in Special Populations Program, University of Michigan School of Public Health

2009-2011 Chair, Steering Committee on Global Health, University of Michigan School of Public Health

2010-2012 Member, Executive Committee, Graham Environmental Sustainability Institute, University Of Michigan

2010-2012 Member, Committee on Diversity, University of Michigan School of Public Health

2012-2017 Chair, Executive Committee, Dalla Lana School of Public Health, University of Toronto

2012-2017 Chair, Tenure Committee, Dalla Lana School of Public Health, University of Toronto

2012-2017 Chair, Decanal Promotions Committee, Dalla Lana School of Public Health, University of Toronto

2012-2017 Chair, Executive Advisory Committee, Institute for Global Health Equity & Innovation, Dalla Lana School of Public Health, University of Toronto

2013-2015 Interim Director, Institute for Global Health Equity & Innovation, Dalla Lana School of Public Health, University of Toronto

2013-2014 Co-Chair, Research Committee, Dalla Lana School of Public Health, University of

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | Toronto |
|---|---|
| 2014-2017 | Chair, Executive Advisory Committee, Institute for Health Policy Management and Evaluation, University of Toronto |
| 2014 | Chair, Ad-hoc Committee to create an Institute for Indigenous Health (based on a $10 million endowment gift made to DLSPH), Dalla Lana School of Public Health, University of Toronto; Chair, Executive Advisory Committee beginning 2015 |
| 2015-2017 | Chair, Executive Advisory Committee, Joint Centre for Bioethics, University of Toronto |
| 2015-2018 | Chair (2015-2017); Member (2017-2018), Taskforce on Environmental Health, Ministry of Health and Longterm Care, Province of Ontario |
| 2016-2017 | Chair, Executive Advisory Committee, Centre for Critical Qualitative Health Research, University of Toronto |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative (a collaboration between the Global Alliance on Health and Pollution and the Institute for Health Metrics), Seattle, WA |
| 2020- | Chair, Executive Committee, Department of Population and Public Health Sciences, Keck School of Medicine, University of Southern California, Los Angeles, CA |
| 2020- | Co-Leader, Population Health COVID-19 Pandemic Research Center, Department of Preventive Medicine, Keck School of Medicine, University of Southern California, Los Angeles, CA |
| 2020- | Member, Public Health Advisory Committee, Office of the Provost, University of Southern California, Los Angeles, CA |
| 2020- | Member, Presidential Working Group on Sustainability, University of Southern California, Los Angeles, CA |
| 2022- | Member, Search Committee for the Chair of the Department of Medicine, Keck School of Medicine, University of Southern California, Los Angeles, CA |

Hospital

| 1982-1985 | Occupational Safety and Health Committee, Member, Boston City Hospital, Boston |
|---|---|
| 1983-1984 | House Officers Association, Treasurer, Boston City Hospital |
| 1984-1985 | House Officers Association, Co-President, Boston City Hospital |

OTHER PUBLIC SERVICE

| 1987 | Member, Fact-finding tour on "The Health Effects of Massive Exposure to Tear Gas", Seoul, South Korea, July 11-18 (Sponsored by Physicians for Human Rights, American College of Physicians) |
|---|---|
| 1988 | Member, Fact-finding tour on "Chemical Weapons and the Iraqi Kurdish refugees", Turkey Oct 6-16 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 1990 | Leader, Fact-finding tour on "Health and Human Rights in Burma (Myanmar)", Thailand-Burma Dec. 26-Jan 6 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2009        Consultant and senior advisor, Fact-finding tour on "Mining and Potential Exposures and Health Effects in Guatemala", August 2009 (Sponsored by Physicians for Human Rights)


CONSULTING POSITIONS

1987-1989 Consultant, "In-Vivo Total Body Lead Analysis by X-Ray Fluorescence", NIH/SBIR Grant 2R44ES03918-02
1988-1989 Consultant, "Boston Area Health Coalition Demonstration Project", DHHS/MP000003-A1
1993-1995 Consultant, Employee Health Services, Brigham and Women's Hospital
1994        Consultant, Public Welfare Foundation, Washington, DC (review of Environmental Programs)
1997-2006 Consultant, Pediatric Environmental Health Center, Children's Hospital, Boston, MA
2000        Consultant, Doris Duke Foundation, New York, NY (review of potential Environment and Medicine programs)
2009-2010 Consultant and Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupationa Health Sciences, University of Washington School of Public Health, Seattle, WA
2011        Consultant, JPB Foundation, New York, NY (review of Environmental Health programs)
2014-2016 Advisor, Hearing Health Sciences, Ann Arbor MI and Amsterdam, Netherlands
2020        Consultant on Environment, Pollution and Health, United Nations Environment Programme, Nairobi, Kenya


VISITING PROFESSORSHIPS
1997        Alice Hamilton Visiting Professor, University of California at San Francisco
2000-2001 Visiting Professor, Sri Ramachandra Medical College & Research Institute, Chennai, India
2004        Visiting Professor, Department of Environmental Medicine, University of Rochester
2013        Visiting Professor, Shanghai Key Laboratory, Shanghai Jiao-Tung University


SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS (last 15 years, since 2004; prior presentations upon request)

2004    Speaker, "New Frontiers in Understanding the Toxicity of Lead", Department of Environmental Medicine, University of Rochester, Rochester, NY.
2003    Presenter, "Lead Exposure During Pregnancy: Mobilization of Maternal Bone Lead Stores and Their Threat to the Fetus", Semi-annual meeting of the Childhood Lead Poisoning Prevention Branch, Centers for Disease Control and Prevention, Baltimore, MD
2004    Presenter, "Environmental Medicine", Annual meeting of the Editorial Board, *Environmental Health Perspectives*, Baltimore MD
CV: Howard Hu, M.D., M.P.H., Sc.D.

2003    Plenary speaker, "Metals, Genes, and Neurodegeneration: the Approach of the Metals Epidemiology Research Group at the Harvard School of Public Health", National Institute for Environmental Health Sciences Conference on Neurodegeneration.

2004    Discussant, "Suspected Lead Toxicity" Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2004    Discussant, "Mercury Exposure in a Metal Worker", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2004    Presenter, "Effects of Our Environment on Intellect, Behavior, Life and Death," Leadership Council meeting, Harvard School of Public Health

2004    Guest Speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Department of Environmental Health, University of Michigan School of Public Health

2004    Guest Speaker, "Medicine, Public Health, and the Great American Melting Pot: A Second-Generation Chinese-American Reflects on His Personal Odyssey", Sponsored by the Asian Student Association, Harvard School of Public Health

2004    Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Studies of Environmental Lead Exposure", Annual Leadership Retreat, National Institute for Environmental Health Sciences, Pinehurst, NC.

2004    Plenary Speaker, "Guidelines for the Management of Lead-Exposed Adults: Recommendations by a National Expert Panel Based on Recent Research", New England College of Occupational and Environmental Medicine Annual Meeting

2004    Lecturer, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Sri Ramachandra Medical College and Research Institute, Chennai, Tamil Nadu, India

2005    Lecturer, "Your Child's IQ, Behavior and Neuropathology: Genes or Environment?", the Harvard Club of Boston, Boston, MA

2005    Guest Speaker, "Metals, Neurodevelopment, and Neurodegeneration: The Work of the Metals Epidemiology Research Group at HSPH", Neurostatistics Working Group, Harvard School of Public Health, Boston, MA.

2005    Plenary Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Cohort Studies of Environmental Lead Exposure", NIEHS Symposium on Aging and the Environment, Duke University, Durham, NC.

2005    Plenary Speaker, "SPECT Imaging and Chemical Intolerance", NIEHS/NIAA symposium on "Chemical Intolerance and Addiction: a Shared Etiology?", Research Triangle Park, NC

2005    Workshop Presenter, "Social and Environmental Threats: the Unnecessary Epidemics", Harvard School of Public Health Leadership Council Annual Conference, Boston, MA

2005    Keynote Speaker, "Our Food, Our Water, Our Homes: Toxic Metals", The Boston Foundation, Boston, MA.

2006    Invited Speaker (invited by David Schwartz, NIEHS Director), "Goal IV: Improve and Expand Community-Linked Research", Roundtable on Environmental Health Sciences, Research, and Medicine; Institute of Medicine, National Academy of Sciences, Wash DC.

2006    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Dean's Advisory Board, University of Michigan School of Public Health, Ann Arbor, MI

2006    Keynote Speaker and Harriett Hardy Annual Lecturer, "The 'E' in Occupational/

CV: Howard Hu, M.D., M.P.H., Sc.D.

Environmental Medicine: the Present and the Future", New England College of Occupational Medicine Annual Meeting, New Bedford, MA

2007    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Meetings of the UMSPH Alumni Council and the EHS Emeritus Faculty, Ann Arbor, MI

2007    Moderator and Speaker, "The Normative Aging Study: Health Effects of Lead", Symposium on the Health Effects of Lead, 2007 Annual Meeting of the International Society for Environmental Epidemiology, Mexico City, Sept 8, 2007

2007    Guest Lecture, "Uncovering the Impact of the Environment on Disease: Big Opportunities for Physician-Scientists", Medical Scientist Training Program, University of Michigan Medical School

2007    Guest Lecture, "Industrialization, Pollution and Public Health in India: Can India Survive Modernization?", Osher Institute, Ann Arbor, MI

2007    Plenary Speaker, "Environmental Equity: Local and Global Challenges and the Balance Between Research and Advocacy", Michigan's Premier Public Health Conference, October 16, 2007, Dearborn, MI

2007    Board Member Lecture, "Metals, Genes, Health and Human Rights: from the Molecular to the Global", Fall Meeting of the Board of Population Health and Public Health Practice, Institute of Medicine, National Academies of Science, Washington DC, Dec 13, 2007.

2008    Speaker, "MDs as Leaders for Change in Environmentalism", 2008 Annual Regional Political Leadership Institute, American Medical Student Association, University of Michigan Medical School, February 16, 2008

2008    Speaker, Grand Rounds, "The Impact of Environmental Pollutants on Disease: New Insights and Implications for Research and Medical Practice" Department of Medicine, University of Michigan Health System.

2008    Guest Lecture, "Emerging Insights into the Pervasive Influence of Environment Toxicants on Reproductive Outcomes and Offspring Development: Lead as a Case Study", Reproductive Sciences Program, University of Michigan

2008    Panelist, "Environmental Health in China", Public Health Grand Rounds, Division of Health Practice, University of Michigan School of Public Health

2008    Keynote Speaker, "Human Health and the Role of Water", Symposium on Water, Health & The Environment, Graham Environmental Sustainability Institute, University of Michigan

2008    Guest Speaker, "Lead Exposure and Toxicity: New Insights Using Molecular Epidemiology" Wadswoth Laboratories and SUNY-Albany

2008    Speaker: "Impact of Climate Change on Human Health: Vulnerability"  5th AKKA World Kannada Conference, Chicago IL

2008    Speaker, "The 'E' in Occupational/Environmental Medicine: the Present and the Future", Michigan Occupational/Environmental Medicine Annual Meeting, Mackinac Island, MI

2008    Speaker, "Impact of Climate Change on Human Health", University of Michigan Chapter of the American Medical Student Association, Ann Arbor, MI

2008    Speaker, "Early Life Origins of Adult Chronic Disease: Environmental Health and Toxicology at a Crossroads" Michigan Chapter fo the Society for Toxicology, Ann Arbor, MI

2009    Speaker, "Evidence for Lead as an Environmental Stressor of Alzheimer's Disease and the Role of Epigenetics", Symposium Panel, Annual Meeting of the Society for Toxicology,

Baltimore, MD

2009   Keynote Speaker, "Lead, Late-Life and Early Life Effects, and the Emerging Field of Environmental Epigenetics: Looking Ahead", Annual Meeting of the American College for the Advancement of Medicine, San Diego, CA

2009   Speaker, "Lead Toxicity and Mechanistically-Oriented Molecular Epidemiology: Targeting the Epigenetics of Alzheimer's Disease", Seminar Series, Institute for Environmental Health Sciences, Wayne State University, Detroit, MI

2009   Speaker, "Climate Change Impacts on Health in the Developing World", Research Discussion Series, University of Michigan Center for Global Health

2009   Speaker, "Autism, Aggressive Behavior, Anxiety, and Alzheimer's: are Environmental Toxicants Playing a Major Etiologic Role?", Department of Psychology, University of Michigan

2009   Speaker, "Early Life Exposures and Endocrine Disruption: Evidence from Molecular Epidemiology", Pediatric Endocrine Seminar, University of Michigan Medical School

2009   Distinguished Speaker, "Lead Toxicity: Twenty Years of Research On The Poison That Keeps on Poisoning" 10th Anniversary of the Department of Microbiology and Environmental Toxicology, University of California at Santa Cruz

2010   Speaker, "The Centers for Disease Control and Prevention & the Environmental Protection Agency: Potential Funding Opportunities for Regional Collaboration in Michigan", University Research Corridor Symposium on Environmental Health, Detroit, MI.

2010   Speaker, "The Future of Public Health", University of Washington School of Public Health

2010   Speaker, "The Environment Meets the Epigenome: Is This Where Autoimmunity Begins?" Symposium on Autoimmunity and Epigenetics, University of Michigan

2010   Keynote Speaker, "A New Twist to an Old Story: The Evidence for Early Life Lead Exposure as a Risk Factor for Alzheimer's Disease through Epigenetic Programming", NIEHS Environmental Health Sciences Center and Toxicology Training Program Retreat, University of Rochester, NY

2010   Speaker, "Lead Toxicity: Twenty Years of Research on The Poison That Keeps on Poisoning" and "Environmental Health Sciences at the University of Michigan", Tianjin Centers for Disease Control, Tianjin, China

2010   Speaker, "Pediatric Lead Toxicity", Xinhua Hospital and the Shanghai Jiao-Tung Medical University Department of Pediatrics, Shanghai, China

2010   Speaker, "Environmental Health Sciences at the University of Michigan", Fudan University, Shanghai, China

2010   Speaker, "Alzheimer's Disease, Epigenetics and the Environment", Symposium Update, Alzheimer's Disease Association, Ann Arbor, MI

2010   Speaker, "Environmental Justice, Progress (and the Lack Thereof) and the Role of Research", Roundtable on Environmental Health Sciences, Research and Medicine, Institute of Medicine, National Academies, Washington DC.

2010   Speaker, "White Coats, Population Science and Poison Gas: A Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Robert Wood Johnson Clinical Fellows Program, University of Michigan Medical School, Ann Arbor, MI

2011   Speaker, "The Three Most Difficult Challenges to Molecular Epidemiologic Research on Gene-Environment Interactions: Lead Toxicity as a Case Study."  Department of Human

Genetics, University of Michigan Medical School, Ann Arbor, MI

2011    Speaker, "The Integration of Data on Environmental Carcinogens with Population and Genetic Resources", "Opportunities & Challenges for Translational Research on Cancer Prevention", Translational Cancer Prevention & Biomarkers Workshop, Mazamdur-Shaw Cancer Center, Bangalore, India.

2011    Speaker, "Success in the Academy", Faculty Panel, Students of Color of Rackham, Rackham Graduate School, University of Michigan

2011    Speaker, "White Coats, Population Science and Poison Gas: Fact-Finding Missions by Health Professionals for Human Rights" , Sujal Parikh Memorial Symposium, University of Michigan Medical School.

2011    Speaker, "The Analysis of Biomarker Data to Ascertain the Contribution of Environmental Exposures to the Etiology of Disease: Lead Exposure and Toxicity as a Case Study", Department of Computational Medicine and Bioinformatics, University of Michigan Medical School.

2012    Speaker, "Research and Analysis Linking Upstream and Downstream Disparities Work", Webinar hosted by the Health & Environmental Funders Network, Bethesda, MD, with 52 Foundations related Health.

2012    Keynote Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World".  E.J. Van Liere Memorial Convocation and Health Sciences Center Research Day, West Virginia University, Morgantown, West Virginia

2012    Plenary Speaker, "Transgenerational Impacts of Pollutants on Offspring: Recent Insights and Case Studies", Connaught Global Challenge International Symposium, University of Toronto.

2012    Speaker, "Environmental Impacts on Aging (+ an update on the Dalla Lana School of Public Health)", Community Medicine Rounds, University of Toronto

2012    Speaker, "The Environment & Public Health in a Research-Intensive University: Opportunities for Scholarship in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World", School for the Environment, University of Toronto

2012    Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", External Advisory Meeting, Public Health Ontario, Toronto

2012    Speaker, "Canadian Public Health Schools (in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World): The View from Toronto, External Advisory Board Meeting, Institute for Population and Public Health, Canadian Institutes for Health Research, Toronto

2012    Speaker, "Sustainable Development and Health: The Global Mining Industry", Canadian Society for International Health Annual Meeting, Ottawa

2012    Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Xinhua Hospital/Shanghai Jiao-Tung University, Shanghai, China.

2012    Speaker, "The Impact of Population-Wide Lead Exposure and Gene-Lead Interactions on Chronic Disease", Genetic Grand Rounds, Sick Kids Hospital, Toronto.

CV: Howard Hu, M.D., M.P.H., Sc.D.

2012    Speaker, "Looking behind the curtain: Lead Toxicity as a Case Study of Methodologic Challenges in Gene-Environment Interactions Research", Strategic Training in Advanced Genetic Epidemiology (STAGE), Dalla Lana School of Public Health, University of Toronto.

2012    Keynote speaker: "Public Health—the Next Frontier in Health Professions Education". Council of Health Sciences annual retreat, University of Toronto.

2013    Speaker, "White Coats, Population Science and Poison Gas: Lessons from a Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Joint Center for Bioethics, University of Toronto

2013    Speaker, "Gauging environmental impact on the development of chronic inflammation", Connaught Global Challenge Workshop, University of Toronto.

2013    Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Grand Rounds, Department of Medicine, University of Toronto.

2013    Speaker, "Metals, Mega-trends, and Me: Reflections on Research and the Vision for the Dalla Lana SPH", Occupational and Environmental Medicine Grand Rounds, St. Michael's Hospital, Toronto, ON.

2013    Speaker, "Air pollution and Cardiovascular Disease: Health Impacts, Mechanisms, and Research Opportunities", UniversityofToronto & FMUSP-InCor SymposiumonCardiology, Sao Paolo, Brazil.

2013    Speaker: "Lead Exposure's Impact on Health and Policy: A History of Neglect and Missed Opportunities", Public Health Rounds, CIHR Strategic Training Program in Public Health Policy, University of Toronto.

2013    Speaker: "Lead Toxicity: The Long Tail of Health Impacts (and On-going Research Opportunities!) From an Historical Environmental Air Pollutant", Southern Ontario Centre for Air Pollution and Aerosol Research, University of Toronto.

2013    Speaker: "Water and Sanitation", Water, Sanitation and Hygiene (WASH) Canada, Toronto, Ontario, Canada

2014    Speaker: "Conflict and Public Health", Ontario Medical Association, Toronto, Canada

2014    Panelist: "Judging Evidence: Finding a Place for Variation in an Evidence-Based World", Health Quality Ontario, Toronto, Canada

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Special meeting of the Canadian Chamber of Commerce in Shanghai

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Jockey School of Public Health and Primary Care, Chinese University of Hong Kong, Hong Kong, China

2015    Speaker: "The Grand Convergence: Creating Health in a Globalized World", School of Public Health and the ASEAN Institute, Mahidol University, Bangkok, Thailand

2015    Speaker: "Gene-environment Interactions and the Role of Big Data in Environmental Health" Seminar series, School of the Environment, University of Toronto, Toronto, Canada

2015    Speaker: "Global Health Security", Ill with Illness—Economic, Social & Security Barriers to the Provision of Global Health, Munk School of Global Affairs, University of Toronto, Toronto, Canada

2015    Speaker: "The Dalla Lana School of Public Health: Big Ideas and Initiatives for Creating Health in a Globalized World", Speaker Series, University of Toronto Alumni of Toronto.

2015    Speaker: "Unique Scientific Opportunities for the Precision Medicine Initiative National

CV: Howard Hu, M.D., M.P.H., Sc.D.

Research Cohort: Exposomics, Data Linkage, and Global Collaborations". Working group on President Obama's Precision Medicine Initiative (Chaired by Francis Collins, Director, NIH)

2015    Speaker: "What is the Role of Schools of Public Health in the 21st Century?" 50th Anniversary Celebration of the Department of Epidemiology, Biostatistics and Occupational Health, McGill University, Montreal, Quebec.

2015    Welcoming Address: "Global Public Health and Mental Health", Going Glo-cal for Mental Health conference, Centre for Addictions and Mental Health/Department of Psychiatry/Dalla Lana School of Public Health, Toronto, ON

2015    John Goldsmith Memorial Lecture: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Opening Plenary Session, International Society for Environmental Epidemiology Annual Meeting, Sao Paulo, Brazil

2015    Inaugural Speaker: "The Future of Public Health and Medicine in a Crowded and Complex World", Global Health Leadership Series, PSG Medical School & the Shanti Ashram Foundation, Coimbature, Tamil Nadu, India

2016    Speaker "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Indian Institutes of Public Health—Hyderabad, Hyderabad, India

2016    Speaker: "Integration of Public Health & Health Care: The Unmet Agenda for a Truly Sustainable Health System", Board of Directors Retreat, Toronto East General Hospital, Toronto

2016    Plenary speaker: "Health Promotion, Prevention and Health Protection: Innovative Initiatives", 6th Asia-Pacific Conference on Public Health | 1st ASEAN Health Promotion Conference Bangkok, August

2016    Speaker: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Mount Sinai School of Medicine, New York, NY

2016    Plenary Speaker: "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", International College of Integrative Medicine Annual Meeting, Toronto, ON

2016    Plenary Speaker: "Big Data and Implications for Environmental Health", 15th Anniversary Conference, Jockey Club School of Public Health & Primary Care, Chinese University of Hong Kong, Hong Kong

2016    Plenary Speaker: "Innovations in Assessing Lead Poisoning and Child Health: Policy & Clinical Implications", Chinese University of Hong Kong-Fudan-Oxford International Symposium on Health Impacts of Environmental Exposures", Hong Kong

2016    Speaker: "Addressing a Changing Environment (and Impacts on Health, AKA Can India Survive Modernization?", Indian Institutes of Technology Alumni, Canada, International Conference 2016, Toronto.

2016    Plenary Speaker, "Hidradenitis Suppurativa: Research Directions from a Population Health Perspective", Symposium on Hidradenitis Suppurativa Advances, Toronto.

2016    Plenary Speaker, "Children's Environmental Health", The 2016 Annual National Conference on Children's Healthcare, Shanghai, China

2016    Special Guest Speaker, "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Shanghai Municipal Center for Disease Control, Shanghai, China

2016    Lecturer, "Lead and Human Health: Recent Research and Associated Lessons for Science &

CV: Howard Hu, M.D., M.P.H., Sc.D.

       Policy", Fudan University School of Public Health, Shanghai, China

2017    Lecturer, "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017    Lecturer, "The Future of Academic Public Health", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017    Lecturer, "Recent Advances in Understanding, Preventing, and Reversing the Impact of Environmental Factors on Health", Society of Chinese Bioscientists in America, Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, ON

2017    Lecturer, "Environmental Epidemiology in the Era of Exposomics, Lifecourse Epidemiology, Big Data and Big Science", Department of Environmental Health, Harvard School of Public Health, Boston, MA

2017    Speaker, "The Role of a Re-emergent Canadian School of Public Health in a Hot, Hungry, Polluted, Aging, Polarized World Prone to Pandemics, Chronic Disease, and Unsustainable Health Systems", Royal Canadian Institute for Science, Toronto, ON

2017    Speaker, "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Seminar Series in Environmental Epidemiology, University of Washington School of Public Health, Seattle, WA

2017    Plenary Speaker: "New realities arising from the extractive industries and agri-business: the Pollution and health perspective," Hong Kong Summit of Global Health Leaders.  University of Hong Kong, Hong Kong

2018    Plenary Speaker: "The GBD-Pollution and Health Initiative: Challenges & Opportunities", Workshop on the Global Burden of Disease-Pollution and Health Initiative, Institute for Health Metrics, University of Washington, Seattle, WA

2018    Guest Lecturer: "Partnerships, Local Responsiveness, National and Global Impacts", University of Iowa College of Public Health, Iowa City, IA

2018    Plenary Speaker: "Current Research on Fluoride and Neurodevelopment: The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study", Annual meeting of the International Academy of Oral Medicine and Toxicology, Denver, CO

2018    Speaker, "Recent Epidemiologic Research on Lead Toxicity: New Surprises regarding an Old Global Pollutant", Department of Environmental and Occupational Health Sciences Seminar Series, University of Washington School of Public Health, Seattle, WA

2018    Speaker: "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Symposium on Fluoride research, Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Panelist, "The Fluoridation Decision: Considering the Evidence for Benefits, Possible Risks as well as Ethical World Views", Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Invited speaker: "Grand Opportunities", The UC-Irvine School of Population Health and the Samueli College of Health Sciences, Irvine, CA

2018    Invited speaker, "The Global Burden of Disease-Pollution and Health Initiative", Office of The Director and the Global Environmental Health Program, U.S. National Institute for

CV: Howard Hu, M.D., M.P.H., Sc.D.

Environmental Health Sciences, Research Triangle Park, NC

2019    Invited speaker, "Evaluating, treating and managing disabilities of patients with chemical intolerance", Symposium on Chemical Intolerance—A Way Forward, Marilyn Brachman Hoffman Foundation and the Hoffman Program on Chemicals and Health at the Harvard T.H. Chan School of Public Health, Dallas, TX

2019    Invited Lecturer: "The Global Burden of Disease-Pollution and Health Initiative", Center for Population Health Sciences, Stanford University, Palo Alto, CA

2019    Invited Lecturer: "Lead and Fluoride: Old and New Toxicant Issues and the Global Burden of Disease", British Columbia Centre for Disease Control, Vancouver, BC, Canada

2019    Invited Lecturer: "Lead and Fluoride: Old and New Toxicant Issues and the Global Burden of Disease", University of California, Davis, CA, USA

2019    Invited speaker, "A Framework for Adding Environmental Exposure-Outcome Pairs to the Global Burden of Disease: The Global Burden of Disease-Pollution and Health Initiative", 2019 Annual Meeting of the International Society for Environmental Epidemiology, Utrecht, Netherlands

2019    Invited speaker, "The Global Burden of Disease – Pollution and Health Initiative: Impacts on Human Capital", Air Pollution, Health and Human Capital Nexus in Chinese Cities Scoping Meeting, Institute of Urban Environments, Chinese Academy of Sciences, Xiamen, China

2019    Invited Speaker, "Toxic Chemicals, Human Health, and Human Rights", A Human Right to Health: Pathways and Responses, Seattle University Law School, Seattle, WA

2020    Invited Lecturer: "The Herbert Wertheim School of Public Health at UC San Diego: Grand Opportunities."  Universitiy of California at San Diego, San Diego, CA

2020    Invited speaker and panelist, "Health Effects, Historical and Contemporary Use of Tear Gas and Other Riot Control Agents", Environmental Exposure Grand Rounds, Minnesota Department of Health, Health Partners, University of Minnesota School of Public Health, Hennepin Regional Poison Center.  (Webinar)

2020    Plenary symposium speaker: "The Pollution, Climate and Global Burden of Disease Initiative: The Challenge of Estimating Exposures in Countries with Little or No Data", Annual meeting (virtual) of the International Society for Exposure Science

2020    Invited Speaker, "The Pollution, Climate and Global Burden of Disease Initiative", the Centre for Air Pollution, Energy and Health Research (CAR), University of Sydney, Australia (Webinar)

2020    Invited speaker, "The ELEMENT birth cohort study, and the Global Burden of Disease-Pollution, Climate and Health Initiative: Two Opportunities for New Collaborations", The NIEHS P30 Southern California Environmental Health Sciences Center, University of Southern California (Webinar)

2020    Presenter, "Sustainability and Population Health: Ideas for an Agenda at USC, Presidential Working Group on Sustainability, University of Southern California

2020    Invited speaker, "The Global Burden of Disease—Pollution, Climate and Health Initiative: A Focus on the Potential Role of Spatial Sciences", the Spatial Sciences Institute, University of Southern California

2020    Invited speaker, "Environment Exposures, Epigenetics, Epidemiology, Etiology, and Cancer: Which "E" is the Weak Link?"  Norris Comprehensive Cancer Center, University of

Southern California.

2021   Presenter, "Update on the Department of Preventive Medicine", Basic Science and Clinical Chairs Council, Keck School of Medicine, University of Southern California

2021   Invited Speaker, "The changing nature of population health management: The Population Health Perspective", Annual State of Reform Southern California Health Policy Conference, San Diego, CA

2021   Invited Speaker, "Update and Work on COVID-19, Health Inequities, and Social Justice", the 31st meeting of the California Public Health/Prevention Medical Leadership Forum.

2021   Invited Speaker, "The Department of Population and Public Health Sciences: Update and Our Work on Fast- and Slow-Moving Population Health Crises".  Keck School of Medicine's 2021 Alumni Day CME program.

2022   Invited Speaker, "Lead Exposure and Non-communicable Diseases", The Impact of Lead Pollution on NCDs Webinar, co-sponsored by the Global Alliance on Health and Pollution, and the World Federation of Public Health Associations.

2022   Invited Speaker, "Environmental Risk Factors for Diabetes an Obesity: Endocrine-Disrupting Chemicals and the Built Environment", USC Diabetes and Obesity Research Institute's 9th Annual Research Symposium, Los Angeles, CA.

2022   Invited Speaker, "Long-lived Endocrine Disrupting Chemicals: Update on the Epidemiology", California Coastal Chloro-Contamination Conference.  UC Santa Barbara, Santa Barbara, CA

2022   Invited Speaker, "The Lancet Commission on Pollution and Health: Progress Update", New York University School of Global Public Health, virtual briefing hosted by the Global Alliance on Health and Pollution

2022   Invited Speaker, "Hot Spots of Toxic Pollution in Kenya, Senegal and Tanzania (2016-2020): Data from the Toxic Sites Identification Program conducted by Pure Earth.  International Society for Environmental Epidemiology Africa regional meeting (virtual).


INVENTIONS/PATENTS: n/a


BIBLIOGRAPHY: (H-index, as of November, 2022, Google Scholar: 97; 56,169 citations)

NCBI : https://www.ncbi.nlm.nih.gov/myncbi/1vwnVYvgxfEAw/bibliography/public/

Peer-reviewed journals

1.   Hu H, Markowitz SB.  A case-study of industrial bladder cancer.  Einstein Quarterly Review of Biology and Medicine 1982;1:29-35.

2.   Hu H. Benzene and myelofibrosis. Annals of Internal Medicine 1987;106:171-172

3.   Hu H, Milder FL, Burger DE.  X-Ray Fluorescence: Issues surrounding the application of a new tool for measuring burden of lead. Environmental Research 1989;49:295-317.

CV: Howard Hu, M.D., M.P.H., Sc.D.

4.  Hu H, Fine J, Epstein P, Kelsey K, Reynolds P, Walker B.  Tear Gas: Harrasing agent or toxic chemical weapon?  JAMA 1989;262:660-663.

5.  Hu H, Cook-Deegan R, Shukri A.  The use of chemical weapons: Conducting an investigation using survey epidemiology. JAMA 1989;262:640-643.

6.  Hu H, Tosteson T, Aufderheide AC, Wittmers L, Burger DE, Milder FL, Schidlovsky G, Jones KW.  Distribution of lead in human bone: I. Atomic absorption measurements.  Basic Life Sci 1990;55:267-274.

7.  Burger DE, Milder FL, Morsillo PR, Adams BB, Hu H.  Automated bone lead analysis by k-x-ray fluorescence for the clinical environment.  Basic Life Sci 1990;55:287-292.

8.  Schidlovsky G, Jones KW, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: II. Proton microprobe measurements. Basic Life Sci 1990;55:275-280.

9.  Jones KW, Schidlovsky G, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: III. Synchrotron x-ray microscope measurements. Basic Life Sci 1990;55:281-286.

10.   Hu H, Milder FL, Burger DE.  X-ray fluorescence measurements of lead burden in subjects with low-level community lead exposure.  Arch Environ Health 1990;45:335-341.

11.  Hu H, Win KU, W, Arnison ND.  Burma: Health and human rights. Lancet 1991;337:1335.

12.  Hu H. A 50-year follow-up of childhood plumbism. Hypertension, renal function, and hemoglobin levels among survivors. Am J Dis Child. 1991 Jun;145(6):681-7. doi: 10.1001/archpedi.1991.02160060099029. PMID: 2035497.

13.  Hu H.  Knowledge of diagnosis and reproductive history among survivors of childhood plumbism. Am J Publ Health 1991;81:1070-1072.

14.  Hu H, Milder FL, Burger DE.  The use of K-X-Ray Fluorescence for measuring lead burden in epidemiological studies: high and low lead burdens and measurement uncertainty.  Environ Health Perspect 1991;94:107-110.

15.  Hu H, Pepper L, Goldman R.  Effect of repeated occupational exposure to lead, cessation of exposure, and chelation on levels of lead in bone.  Am J Ind Med 1991;20:723-735.

16.  Hu H.  Toxic weapons, epidemiology, and human rights.  Polit Politics and Life Sci 1992;February:3-4.

17.  Hu H, Sparrow D, Weiss S.  Association of serum albumin with blood pressure in the Normative Aging Study. Am J Epidemiol 1992;136:1465-1473.

18. Hu H, Christiani D.  Reactive airways dysfunction after exposure to tear gas.  Lancet 1992;339:1535.

19. Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly 1993;3:79-87.

20. White RF, Diamond R, Proctor S, Morey C, Hu H.  Residual cognitive deficits 50 years after lead poisoning during childhood.  Br J Industr Med 1993;50:613-622.

21. Hu H, Beckett L, Kelsey K, Christiani D.  The left-sided predominance of asbestos-related pleural disease.  Am Rev Resp Dis 1993;148:981-984.

22. Payton M, Hu H, Sparrow D, Young JB, Landsberg L, Weiss ST.  Relation between blood lead and urinary biogenic amines in community-exposed men.  Am J Epidemiol 1993;138:815-825.

23. Hu H, Kotha S.  Ethics and epidemiology: International Guidelines.  Polit Life Sci 1993;February:29-30.

24. Goldman RH, White R, Kales SN, Hu H.  Lead poisoning from mobilization of bone stores during thyrotoxicosis.  Am J Industr Med 1994;25:417-424.

25. Bellinger D, Hu H, Titlebaum L, Needleman HL.  Attentional correlates of dentin and bone lead levels in adolescents.  Arch Environ Health 1994;49:98-105.

26. Watanabe H, Hu H, Rotnitzky A.  Correlates of bone and blood lead levels in carpenters.  Am J Industr Med 1994;26:255-264.

27. Hu, H.  Decision-making in human health impact assessments: a clinician's perspective.  Environ Impact Assess Rev 1994;14:439-450.

28. Hu H, Watanabe H, Payton M, Korrick S, Rotnitzky A.  The relationship between bone lead and hemoglobin.  JAMA 1994;272:1512-1517.

29. Payton M, Hu H, Sparrow D, Weiss ST. Low-level lead exposure and renal function in the Normative Aging Study. Am J Epidemiol. 1994 Nov 1;140(9):821-9. doi: 10.1093/oxfordjournals.aje.a117330. PMID: 7977292.

30. Aro ACA, Todd AC, Amarasiriwardena C, Hu H.  Improvements in the calibration of [109]Cd K x-ray fluorescence systems for measuring bone lead *in vivo*.  Phys Med Biol 1994;39:2263-2271.

31. Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and urinary cancers: a preliminary report. Environ Geochem Health 1994;s16:119-128.

32. Hoppin JA, Aro ACA, Williams PL, Hu H, Ryan PB.  Validation of K-xrf bone lead measurements

in young adults.  Environ Health Perspect 1995;103:78-83.

33. Smith CM, Wang X, Hu H, Kelsey KT.  A polymorphism in the δ-Aminolevulinic acid dehydratase gene may modify the pharmacokinetics and toxicity of lead.  Environ Health Perspect 1995;103:248-253.

34. Hu H, Aro A, Rotnitzky A.  Bone lead measured by X-ray fluorescence: Epidemiological methods.  Environ Health Perspect 1995;103(Suppl 1):105-110.

35. Kim R, Aro A, Rotnitzky A, Amarasiriwadena C, Hu H.  K x-ray fluorescence measurements of bone lead concentration: the analysis of low-level data.  Phys Med Biol 1995;40:1475-1485.

36. Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  A longitudinal study of chronic lead exposure and physical growth in Boston children.  Environ Health Perspect 1995;103:952-957.

37. Hu H, Kotha S, Brennan T.  The role of nutrition in mitigating environmental insults: policy and ethical issues.  Environ Health Perspect 1995;103(Suppl 6):185-190.

38. Smith CM, Hu H, Wang X, Kelsey K.  Delta-aminolevulinic acid dehydratase genotype is not associated with hematocrit or hemoglobin levels among construction trade workers exposed to low levels of lead.  Medicine Lavoro 1995;86:229-235.

39. Makhijani A, Hu H, Yih K.  Nuclear wastelands: Nuclear weapons production worldwide and its environmental and health effects.  Med Global Surv 1995;2:26-34.

40. Potula V, Hu H.  Occupational and lifestyle determinants of blood lead levels among men in Madras, India.  Int J Occup Environ Health 1996;2:1-4.

41. Hu H, Hashimoto D, Besser M.  Levels of lead in blood and bone of women giving birth in a Boston hospital.  Arch Environ Health 1996;51:52-58.

42. Hu H, Aro A, Payton M, Korrick S, Sparrow D, Weiss ST, Rotnitzky A.  The relationship of bone and blood lead to hypertension: The Normative Aging Study. JAMA 1996;275:1171-1176.

43. Kim R, Rotnitsky A, Sparrow D, Weiss S, Wager C, Hu H. A longitudinal study of low-level lead exposure and impairment of renal function. The Normative Aging Study. JAMA. 1996 Apr 17;275(15):1177-81. PMID: 8609685.

44. Proctor SP, Rotnitzky A, Sparrow D, Weiss ST, Hu H.  The relationship of blood lead and dietary calcium to blood pressure in the Normative Aging Study.  International Journal of Epidemiology 1996;25:528-536.

45. Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  Longitudinal relationship between dentin lead levels in childhood and bone lead levels in young adulthood.  Arch Environ Health
CV: Howard Hu, M.D., M.P.H., Sc.D.

1996;51:375-382.

46.  Hu H, Payton M, Korrick S, Aro A, Sparrow D, Weiss ST, Rotnitzky A.  Determinants of bone and blood lead levels among community-exposed middle-aged to elderly men: the Normative Aging Study. Am J Epidemiol  1996;144:749-759.

47.  Hernandez-Avila M, Gonzalez-Cossio T, Palazuelos E, Romieu I, Aro A, Fishbein E, Peterson K, Hu H.  Dietary and environmental determinants of blood and bone lead levels in lactating postpartum women living in Mexico City.  Environ Health Perspect 1996;104:1076-1082.

48.  Potula V, Hu H.  Relationship of hemoglobin to occupational exposure to motor vehicle exhaust. Tox Industr Health 1996;12:629-637.

49.  Kim R, Hu H, Sparrow D, Weiss S.  The relationship between low-level lead exposure and uric acid concentration in the serum: the Normative Aging Study.  Korean J Occup Med 1996;8:490-498.

50.  Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and incidence of urinary cancers.  Epidemiology 1997;8:545-550.

51.  Kim R, Landrigan C, Mossman P, Sparrow D, Hu H.  Age and secular trends in bone lead levels in middle-aged and elderly men: three-year longitudinal follow-up in the Normative Aging Study. Am J Epidem 1997;146:586-591.

52.  Hoppin JA, Aro A, Hu H, Ryan PB.  In vivo bone lead measurement in suburban teenagers. Pediatrics 1997;100:365-370.

53.  González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H.  Decrease in birth weight in relation to maternal bone lead burden.  Pediatrics 1997;100:856-862.

54.  Hu H, Rabinowitz M, Smith D.  Bone lead as a biological marker in epidemiologic studies of chronic toxicity: Conceptual paradigms.  Environ Health Persp 1998;106:1-8.

55.  Payton M, Riggs KM, Spiro A, Weiss ST, Hu H.  Relations of bone and blood lead to cognitive function: The VA Normative Aging Study.  Neurotox Teratol 1998;20:19-27.

56.  Amarasiriwardena C, Lupoli N, Potula V, Korrick S, Hu H.  Determination of total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods.  Analyst 1998;123:441-445.

57.  Gassert TH, Hu H, Kelsey KT, Christiani DC.  Long-term health and employment outcomes of occupational asthma and their determinants.  J Occup Environ Med 1998;40:481-491.

58.  Hu H.  Grand rounds in environmental and occupational medicine.  Environ Health Persp
CV: Howard Hu, M.D., M.P.H., Sc.D.

1998;106:A262.

59. Cheng Y, Willett W, Schwartz J, Sparrow D, Weiss ST, Hu H. The relation of nutrition to bone lead levels in middle-aged to elderly men: The Normative Aging Study. Am J Epidemiol 1998;147:1162-1174.

60. Wright RO, Hu H, Maher TJ, Amarasiriwardena C, Chaiyakul P, Woolf AD, Shannon MW. Effect of iron deficiency anemia on lead distribution after intravenous dosing in rats. Tox Industr Health 1998;14:547-551.

61. Cheng Y, Schwartz J, Vokonas P, Weiss ST, Aro A, Hu H. Electrocardiographic conduction disturbances in association with low level lead exposure: the Normative Aging Study. Am J Cardiol 1998;82:594-599.

62. González-Cossío T, Sanín LH, Hernández-Avila M, Rivera J, Hu H. Longitud y peso al nacer: El papel de la nutrición materna. [Length and weight at birth: The role of maternal nutritional status.] Salud Pública Mex [Public Health in Mexico] 40:119-126, 1998.

63. Hernandez-Avila M, Smith D, Meneses F, Sanin LH, Hu H. The influence of bone and blood lead on plasma lead levels in environmentally exposed adults. Environ Health Perspect1998;106:473-477.

64. Hu H. Bone lead as a new biologic marker of lead dose: Recent findings and implications for public health. Environ Health Perspect 1998;106(Suppl 4):961-967.

65. Farias P, Hu H, Rubenstein E, Meneses-Gonzalez F, Fishbein E, Palazuelos E, Aro A, Hernandez-Avila M. Determinants of bone and blood lead levels among teenagers living in urban areas with high lead exposure. Environ Health Perspect 1998;106:733-737.

66. Kales SN, Aldrich JM, Polyhronopoulos GN, Artzeronian D, Gassert T, Hu H, Kelsey K, Sweet C, Christiani DC. Fitness for duty evaluations in hazardous material firefighters. J Occup Environ Med 1998;40:925-931.

67. Guo HR, Lipsitz S, Hu H, Monson R. Using ecological data to estimate a regression model for individual data: the association between arsenic in drinking water and incidence of skin cancer. Environ Res 1998;79:82-93.

68. Amarasiriwardena CJ, Lupoli N, Potula V, Korrick S, Hu H. Determination of the total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods. Analyst. 1998;123:441-5.

69. Korrick SA, Hunter DJ, Rotnitzky A, Hu H, Speizer FE. Lead and hypertension in a sample of middle-aged women. Am J Public Health 1999;89:330-335.

CV: Howard Hu, M.D., M.P.H., Sc.D.

70. Wright RO, Shannon MW, Wright RJ, Hu H.  Association between iron deficiency and Low-level lead poisoning in an urban primary care clinic.  Am J Public Health 1999;89:1049-1053.

71. Potula V, Serrano J, Sparrow D, Hu H.  Relationship of lead in drinking water to bone lead levels twenty years later in Boston men: the Normative Aging Study.  J Occup Environ Med 1999;41:349-355.

72. Elreedy S, Krieger N, Ryan PB, Sparrow D, Weiss ST, Hu H.  Individual and census measures of socioeconomic position as determinants of bone lead concentrations among community-exposed men: the Normative Aging Study. Am J Epidem 1999;150:129-141.

73. Aguilar-Madrid G, Piacitelli G, Juarez-Perez CA, Vazquez-Grameix JH, Hu H, Hernandez-Avila M. Chronic occupational exposure to inorganic lead at a printing press in Mexico City.  Salud Publica 1999;41:42-54.

74. Moy E, Hu H, Christiani DC.  A retired shipyard worker with rapidly progressive pulmonary interstitial fibrosis.  Environ Health Perspect 1999;107:321-327.

75. Chuang HY, Lee, M-L T, Chao KY, Wang JD, Hu H.  The relationship of personal hygiene habits to blood lead levels in a longitudinal study of battery workers in Taiwan: 1991-1997.  Am J Industr Med 1999;35:595-603.

76. Tsaih SW, Schwartz J, Lee ML, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The interrelationships of lead in bone and blood to lead in urine among middle-aged to elderly men: the Normative Aging Study.  Environ Health Persp 1999;107:391-396.

77. Hu H, Stern A, Rotnitzky A, Schlesinger L, Proctor S, Wolfe J.  Development of a brief questionnaire for screening for multiple chemical sensitivity syndrome.  Tox Industr Health 1999;15:582-588.

78. Kales SN, Aldrich JM, Polyhronopoulos GN, Leitao EO, Artzerounian D, Gassert G, Hu H, Kelsey KT, Sweet C, Christiani DC.  Correlates of fitness for duty in hazardous materials firefighters.  Am J Industr Med 1999;36:618-629.

79. Guang L, Wang X, Hu H, Xu X.  A comparitive study on the lead levels in capillary and venous blood.  J Environ Health (China) 1999;16:103-105.

80. Aro A, Amarasiriwardena C, Lee M-L, Kim R, Hu H.  Validation of K x-ray fluorescence bone lead measurements by inductively coupled plasma mass spectrometry in cadaver legs.  Med Phys 2000;27:119-123.

81. Hoppin JA, Aro A, Hu H, Ryan PB.  Measurement variability associated with KXRF bone lead measurement in young adults.  Environ Health Persp 2000;108:239-242.

82. Hernandez-Avila H, Villalpando CG, Palazuelos E, Hu H, Villalpando ME, Martinez R. Determinants of blood lead levels across the menopause transition.  Arch Environ Health 2000;55:355-360.

83. Shadick NA, Kim R, Weiss S, Liang MH, Sparrow D, Hu H. Effect of low level lead exposure on hyperuricemia and gout among middle aged and elderly men: the normative aging study. J Rheumatol. 2000 Jul;27(7):1708-12. PubMed PMID: 10914856.

84. Counter SA, Buchanan LH, Ortega F, Amarasiriwardena C, Rifai N, Hu H.  Environmental lead contamination and pediatric lead intoxication in an Ecuadoran village.  Int J Occup Environ Health 2000;6:169-176.

85. Brown MJ, Hu H, González-Cossío T, Peterson KE, Sanín LH, Kageyama, ML, Palazuelos E, Aro A, Schnaas L, Hernández-Avila M.  Determinants of bone and blood lead concentrations in the early postpartum period.  Occup Environ Med 57:535-541, 2000.

86. Chuang HY, Schwartz J, Tsai S-Y, Lee M-L T, Wang J-D, Hu H.  Vibration perception thresholds in workers with long-term lead exposure.  Occup Environ Med 2000;57:588-594.

87. Wu M-T, Demple B, Bennett RAO, Christiani DC, Fan R, Hu H.  Individual variability in the zinc inducibility of metallothionein-IIA mRNA in human lymphocytes.  Toxicol Environ Health 2000; 61A:553-567.

88. Vig EK, Hu H.  Lead toxicity in older adults.  J Am Geriatrics Soc. 2000;48:1501-1506.

89. Cheng Y, Schwartz J, Sparrow D, Aro A, Weiss ST, Hu H.  A prospective study of bone lead level and hypertension: the Normative Aging Study.  Am J Epidem 2001;153:164-171.

90. Hu H.  Poorly-controlled hypertension in a painter with chronic lead toxicity.  Environ Health Perspec 2001;109:95-99.

91. Brown MJ, Gardner J, Sargent JD, Swartz K, Hu H, Timeri R.  Prevention effectiveness of housing policies to reduce lead exposure: risk factors associated with recurrent pediatric lead poisoning in addresses with lead poisoned children in the past.  Am J Public Health 2001;91:621-624.

92. Chuang HY, Hu H, Schwartz J, Palazuelos E, Aro A, Amarasiriwardena C, Hernandez-Avila M. The inter-relationships between lead levels in maternal venous blood, maternal bone, and umbilical cord blood: implications for plasma lead.  Environ Health Perspec 2001;109:527-532.

93. Potula V, Hegarty-Steck M, Hu H.  A pilot study of blood lead levels in relation to paint and dust lead levels: the Lead-Safe Cambridge Program.  Am J Public Health 2001;91:1973-1975.

94. Sanín LH, González-Cossío T, Romieu I, Peterson KE, Ruíz S, Palazuelos E, Hernández-Avila M, Hu H.  Effect of maternal lead burden on infant weight and weight gain at one-month of age among
CV: Howard Hu, M.D., M.P.H., Sc.D.

breastfed infants. Pediatrics 107:1016-1023, 2001.

95. Hu H, Aro A, Sparrow D, Kelsey K. The relationship of bone and blood lead levels to polymorphisms of amino-levulinic acid dehydratase among middle-aged to elderly men: the Normative Aging Study. Environ Health Perspec 2001;109:827-832.

96. Tsaih SW, Korrick S, Lee M-L T, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. The influence of bone resorption on the mobilization of lead from bone among middle-aged to elderly men: the Normative Aging Study. Environ Health Perspec 2001;109:995-999.

97. Hu H. Progress in research on lead toxicity research: Peeling the onion. Biomedicine 2001;21(2&3): 1-17.

98. Guo H-R, Yu H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and skin cancers: cell-type specificity. Cancer Causes and Controls 2001;12:909-16.

99. Téllez-Rojo MM, Hernández-Avila M, González-Cossío T, Romieu I, Aro A, Palazuelos E, Schwartz J, Hu H. Impact of breastfeeding on the mobilization of lead from bone. Am J Epidemiol 2002;155:420-428.

100. Dykeman R, Aguilar-Madrid G, Smith T, Juarez-Perez A, Piacitelli G, Hu H, Hernandez-Avila M. Lead exposure in Mexican radiator repair workers. Am J Industrial Med 2002;41:179-187.

101. Smith D, Hernandez-Avila M, Tellez-Rojo MM, Mercado A, Hu H. The relationship between lead in plasma and whole blood in women. Environ Health Persp 2002;110:263-268.

102. Hernandez-Avila M, Peterson KE, Gonzalez-Cossio T, Sanin LH, Aro A, Schnaas L, Hu H. Effect of maternal bone lead on length and head circumference of newborns and 1-month-old infants. Arch Environ Health 2002;57:482-8.

103. Wolfe J, Erickson DJ, Proctor SP, Hu H. Risk factors for the development of multisymptom illness in U.S. veterans of the Gulf War: the Ft. Devens Cohort study. J Occup Environ Med 2002;44:271-281.

104. Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih S-W, González-Cossío T, Schnaas L, Peterson K, Aro A, Hernández-Avila M. Maternal bone lead as an independent risk factor for fetal neurotoxicity: A prospective study. 2002;Pediatrics 110:110-118.

105. Kamel F, Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP. Lead exposure and amyotrophic lateral sclerosis (ALS). Epidemiology 2002;13:311-319.

106. Elmarsafawy SF, Tsaih SW, Korrick S, Dickey JH, Sparrow D, Hu H. Occupational determinants of bone and blood lead levels in middle aged and elderly men from the general community: the Normative Aging Study. Am J Industrial Med 2002;42:38-49.

CV: Howard Hu, M.D., M.P.H., Sc.D.

107. Korrick SA, Schwartz J, Tsaih SW, Hunter DJ, Aro A, Rosner B, Speizer FE, Hu H. Correlates of bone and blood lead levels among middle-aged and elderly women. Am J Epidemiol. 2002 Aug 15;156(4):335-43. PubMed PMID: 12181103.

108. Wittman R, Hu H. Cadmium exposure and nephropathy in a 28-year old female metals worker. Env Health Persp 2002;110:1261-6.

109. Hu H, Hernandez-Avila M. Lead, bones, and pregnancy: the poison within? Am J Epidem (Commentary) 2002;156:1088-91.

110. Oliveira S, Aro A, Sparrow D, Hu H. Seasonality as a modifier of the relationship between bone lead levels and blood lead levels: the Normative Aging Study. Arch Env Health 2002;57:466-72.

111. Wright RO, Tsaih S-W, Schwartz J, Wright R, Hu H. Association between iron deficiency and blood lead level in a longitudinal analysis of children followed in an urban primary care clinic. J Peds 2003;142:9-14.

112. Wu MT, Kelsey K, Schwartz J, Sparrow D, Weiss S, Hu H. A delta-aminolevulinic acid dehydratase (ALAD) polymorphism may modify the relationship of low-level lead exposure to uricemia and renal function: the normative aging study. Environ Health Perspect. 2003 Mar;111(3):335-41. doi: 10.1289/ehp.5504. PMID: 12611663; PMCID: PMC1241391.

113. Hernandez-Avila M, Gonzalez-Cossio T, Hernandez-Avila JE, Romier I, Peterson KE, Aro A, Palazuelos E, Kageyama Escobar ML, Hu H. Dietary calcium supplements to lower blood lead levels in lactating women: a randomized placebo-controlled trial. Epidemiology 2003;14:206-12.

114. Hu H, Brown MJ. Effectiveness of environmental health policies: a new frontier for epidemiologists. (Commentary). Epidemiology 2003;14:257-258.

115. Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M. A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy. Am J Prev Med 2003;24:260-4.

116. Latorre FG, Hernandez-Avila M, Orozco JT, Medina AA, Aro A, Palazuelos E, Hu H. The relationship of blood and bone lead to menopause and bone mineral density among middle-aged women in Mexico City. Environ Health Persp 2003;111:631-6.

117. Wright RO, Tsaih SW, Schwartz J, Spiro A 3rd, McDonald K, Weiss ST, Hu H. Lead exposure biomarkers and mini-mental status exam scores in older men. Epidemiology. 2003 Nov;14(6):713-8. PubMed PMID: 14569188.

118. Kamel F, Umbach DM, Lehman TA, Park LP, Munsat TL, Shefner JM, Sandler DP, Hu H,

Taylor JA. Amyotrophic lateral sclerosis, lead, and genetic susceptibility: polymorphisms in the delta-aminolevulinic acid dehydratase and vitamin D receptor genes. Environ Health Perspect. 2003;111:1335-9.

119. Rhodes D, Spiro A 3rd, Aro A, Hu H. Relationship of bone and blood lead levels to psychiatric symptoms: the normative aging study. J Occup Environ Med. 2003 Nov;45(11):1144-51. PubMed PMID: 14610395.

120. Wright RO, Hu H, Silverman EK, Tsaih SW, Schwartz J, Bellinger D, Weiss ST, Palazuelos E, Hernandez-Avila M. Apolipoprotein E genotype predicts 24-month infant Bayley Scale score Pediatric Research 2003; 54(6):819-25.

121. Guerra-Tamayo JL, Hernandez-Cadena L, Tellez-Rojo MM, Mercado-Garcia Adel S, Solano-Gonzalez M, Hernandez-Avila M, Hu H. Time to pregnancy and lead exposure. Salud Publica Mex. 2003;45 Suppl 2:S189-95.

122. Guo H-R, Wang N-S, Hu H, Monson RR. Cell-type specificity of lung cancer associated with arsenic ingestion. Cancer Epidemiology, Biomarkers, and Prevention 2004 Apr;13(4):638-43.

123. Weisskopf MG, Hu H, Mulkern RV, White R, Aro A, Oliveira S, Wright RO. Cognitive deficits and magnetic resonance spectroscopy in adult monozygotic twins with lead poisoning. Environ Health Perspect 2004; 112:620-625.

124. Wright RO, Silverman EK, Schwartz J, Tsaih ST, Senter J, Sparrow D, Weiss ST, Aro A, Hu H. Association between hemochromatosis genotype and lead exposure among elderly men: the Normative Aging Study. Environ Health Perspect 2004;112:746-750.

125. Juarez-Perez CA, Aguilar-Madrid G, Smith DR, Lacasana-Navarro M, Tellez-Rojo MM, Piacittelle G, Hu H, Hernandez-Avila M. Predictors of plasma lead levels in printing press workers. Am J Industr Med 2004;46:245-52.

126. Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A, Hu H, Hernandez-Avila M. Levels of lead in breast milk and their relation to maternal blood and bone lead levels at one-month postpartum. Environ Health Perspec 2004;112:926-931.

127. Lin C, Tsaih S, Kim R, Sparrow D, Hu H. Bone and blood lead levels and their determinants amongst minority subjects living in the Boston area. Environ Health Perspec 2004;112:1147-1151.

128. Tellez-Rojo MM, Hernandez-Avila M, Lamadrid-Figueroa H, Smith D, Hernandez-Cadena L, Mercado A, Aro A, Schwartz J, Hu H. Impact of bone lead on plasma lead levels during pregnancy. Am J Epidem 2004;160:668-78.

129. Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A,

Hu H, Hernandez-Avila M.  Effect of breast milk lead on infant blood lead levels at 1 month of age.  Environ Health Perspec 2004;112:1381-185.

130.  Tsaih SW, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. Lead, diabetes, hypertension, and renal function: the normative aging study. Environ Health Perspect. 2004 Aug;112(11):1178-82. PubMed PMID: 15289163; PubMed Central PMCID: PMC1247478.

131.  Weisskopf MG, Wright RO, Schwartz J, Spiro III A, Sparrow D, Aro A, Hu H.   Cumulative lead exposure and prospective change in cognition among elderly men: the VA Normative Aging Study.  Am J Epidem 2004;160:1184-1193.

132.  Schaumberg DA, Mendes F, Balaram M, Dana MR, Sparrow D, Hu H.  Accumulated lead exposure and risk of age-related cataract extraction in men: the Normative Aging Study.  JAMA 2004;292:2750-2754.

133.  Terry P,  Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP, Kamel F.  VEGF promoter haplotype and amyotrophic lateral sclerosis (ALS).  J Neurogenetics 2004;18:1-6.

134.  Thurston SW, Williams PL, Hauser R, Hu H, Spiegelman D.  A comparison of regression calibration approaches for main study/internal validation study designs.  J Stat Plan Inference 2005;131:175-190.

135.  Farias P, Echavarria M, Hernandez-Avila M, Villanueva C, Amarasiriwardena C, Hernandez L, Aro A, Hu H. Bone, blood and semen lead in environmentally exposed Mexican men. Int  J Environ Health Res 2005;15:21-31.

136.  Bellinger D, Hu H, Kartigeyan V, Thomas N, Rajan P, Sankar S, Ramaswamy P, Balakrishnan K. A pilot study of blood lead levels and neurobehavioral function in children living in Chennai, India.  Int J Occ Environ Health 2005;11:138-143.

137.  Jarrell J, Chan S, Hauser R, Hu H.  Longitudinal Assessment of PCBs and Pesticides in Pregnant Women from Western Canada.  Environ Health 2005;4:10 (1-8).

138.  Hu H, Balakrishnan K.  The Environment and Health: an Emerging Area of Research in India.  Indian J Med Res.  2005;121:711-715.

139.  Sanchez BN, Budtz-Jorgensen E, Ryan LM, Hu H.  Structural equation models.  A review with applications to environmental epidemiology.  J Am Stat Assoc  2005;100:1443-1455.

140.  Green R, Hauser R, Calafat AM, Weuve J, Schettler T, Ringer S, Huttner K, Hu H.  Use of di(2-ethylhexyl) phthalate-containing medical products and urinary levels of mono(2-ethylhexyl) phthalate in neonatal intensive care unit infants. Environ Health Perspect. 2005;113:1222-5.

CV: Howard Hu, M.D., M.P.H., Sc.D.

141.    Oken E, Wright RO, Kleinman KP, Bellinger D, Amarasiriwardena C, Hu H,  Gillman MW.  Fish as brain food:  maternal fish consumption, hair mercury, and infant cognition in a US cohort.  Environ Health Perspec 2005;113:1376-80.

142.    Kamel F, Umbach DM, Hu H, Munsat TL, Shefner JM, Taylor JA, Sandler DP.  Lead exposure as a risk factor for Amyotrophic Lateral Sclerosis (ALS).  Neurodegen Dis  2005;2:195-201.

143.    Ettinger AS, Téllez-Rojo MM, Amarasiriwardena C, Schwartz J, Peterson KE, Aro A, Hu H, Hernández-Avila M.  Influence of maternal bone lead burden, breastfeeding practices, and calcium intake on levels of lead in breast milk over the course of lactation.  Am J Epidem 2005;163:48-56.

144.    Schwartz BS, Rischitelli G, Hu H.  The Future of Environmental Medicine in *Environmental Health Perspectives*: Where Should We Be Headed?  Environ Health Persp 2005;113:A574-6.

145     Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Cadena L, Mercado-García A, Smith D, Solano-González M, Hernández-Avila M, Hu H. Biological markers of fetal lead exposure at each stage of pregnancy. J Toxicol Environ Health A. 2006 Oct;69(19):1781-96. PubMed PMID: 16905508.

146.    Jain NB, Hu H.  Childhood correlates of blood lead levels in Mumbai and Delhi.  Environ Health Persp 2006;114:466-70.

147.    Jarrell J,  Weisskopf M ,Weuve J, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal lead exposure and the sex ratio of offspring.  Human Reproduction 2006;21:1901-6.

148.    Tellez-Rojo MM, Bellinger DC, Lamadrid-Figueroa H, Schaas-Arrieta L, Arroyo-Quiroz C, Mercado-Garcia A, Wright RO, Hernandez-Avila M, Hu H.  Longitudinal associations between blood lead concentration <10 µg/dL and neurobehavioral development in environmentally-exposed children in Mexico City.  Pediatrics 2006 Aug;118:e323-30. .

149.    Elmarsafawy SF, Jain N, Schwartz J, Sparrow D, Aro A, Hu H.  Dietary calcium as a potential modifier of the relationship of lead burden to blood pressure: the Normative Aging Study. Epidemiology 2006;17:531-537.

150.    Weuve J, Sanchez BN, Calafat AM, Schettler T, Green R, Hu H, Hauser R.  Exposure to phthalates in neonatal intensive care unit infants.  Environ Health Perspec 2006; 114:1424–1431.

151.    Weuve, J; Kelsey KT; Schwartz J, Bellinger D, Rajan P, Spiro A, Sparrow D, Aro A, Hu H.  Delta-aminolevulinic acid dehydratase (ALAD) polymorphism and the relation between low-level lead exposure and cognitive function in older men:  the Normative Aging Study.  Occup Environ Med 2006;63:746-53.

152.    Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, Schwartz J,

Schnaas L, Mercado-García A, Hernández-Avila M. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspec 2006;114:1730-1735.

153. Park SK, Schwartz J, Weisskopf M, Wright RO, Coull B, Sparrow D, Vokonas P, Nie H, Hu H. Low-level lead exposure, metabolic syndrome and heart rate variability: the VA Normative Aging Study. Environ Health Perspec 2006;114:1718-1724

154. Schwartz BS, Parker C, Glass TA, Hu H. Global Environmental Change: What Should Clinicians and the Environmental Health Community Do? Environ Health Perspec 2006;114:1807-1812.

155. Park SK, O'Neill MS, Wright RO, Hu H, Vokonas PS, Sparrow D, Suh, H, Schwartz, J. HFE Genotype, Particulate Air Pollution, and Heart Rate Variability: A Gene-Environment Interaction. Circulation 2006;114:2798-2805.

156. Hu H, Wright RO, Shine J. The challenge posed to children's health by mixtures of toxic waste: the Tar Creek Superfund Site as a case-study. Ped Clin North America 2007;54:155-175. PMID: 17306689

157. Schwartz BS, Hu H. Adult Lead Exposure: Time for Change – Introduction to the Mini-monograph. Environ Health Perspec 2007;115:451-454.. PMID: 17431498

158. Hu H, Shih R, Rothenberg S, Schwartz BS. The Epidemiology of Lead Toxicity in Adults: Measuring Dose and Consideration of Other Methodological Issues. Environ Health Perspec 2007;115:455-462. PMID: 17431499

159. Shih R, Hu H, Weisskopf MG, Schwartz BS. Cumulative Lead Dose and Cognitive Function in Adults: a Review of Studies that Measured Both Blood Lead and Bone Lead. Environ Health Perspec 2007;115:483-492. PMID: 17431502

160. Kosnett MJ, Wedeen RP, Rothenberg SJ, Hipkins KL, Materna BL, Schwartz BS, Hu H, Woolf A. Recommendations for medical management of adult lead exposure. Environ Health Perspec 2007;115:463-471. PMID: 17431500

161. Weisskopf MG, Proctor SP, Wright RO, Schwartz J, Spiro A 3rd, Sparrow D, Nie H, Hu H. Cumulative lead exposure and cognitive performance among elderly men. Epidemiology. 2007;18:59-66. PMID: 17130688

162. Ettinger AS, Hu H, Hernandez-Avila M. Dietary calcium supplementation to lower blood lead levels in pregnancy and lactation. J Nutr Biochem 2007;18:172-178. PMID: 17296490

163. Zhou H, Chen J, Rissanen TH, Korrick SA, Hu H, Salonen JT, Longnecker MP. Outcome-dependent sampling: an efficient sampling and inference procedure for studies with a continuous outcome. Epidemiology. 2007;18:461-468. PMID: 17568219

164.    Weisskopf MG, Hu H, Sparrow D, Lenkinski R, Wright RO.  [1]H magnetic resonance spectroscopic evidence of glial effects of cumulative lead exposure in the adult human hippocampus. Environ Health Perspec 2007;115(4):519-23. PMID: 17450218

165.    Jain NB, Potula V, Schwartz J, Vokonas PS, Sparrow D, Wright RO, Nie H, Hu H.  Lead levels and ischemic heart disease in a prospective study of middle-aged and elderly men: the Normative Aging Study.  Environ Health Perspec 2007;115:871-875. PMID: 17589593

166.    Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, Hertz-Picciotto I, Hu H, Huang TT, Jensen TK, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebaek NE, Skerfving S, Weihe P. The faroes statement: human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol. 2008 Feb;102(2):73-5. PubMed PMID: 18226057.

167.    Peters JL, Kubzansky L, McNeely E, Schwartz J, Wright RO, Spiro A, Sparrow D, Nie H, Hu H. Stress as a potential modifier of the impact of lead exposure on blood pressure: the Normative Aging Study.  Environ Health Perspec 2007 Aug;115(8):1154-9.  PMID: 17687441.

168.    Wang FT, Hu H, Schwartz J, Weuve J, Spiro A, Sparrow D, Silverman EK, Weiss ST, Wright RO.  Modifying effects of hemochromatosis polymorphisms on the association between lead burden and cognitive decline.  Environ Health Perspec 2007 Aug;115(8):1210-5. PMID: 17687449.

169.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Sparrow D, Spiro A, Smith RJ, Nie H, Hu H, Wright RO.  Prospective Study of Lead and Psychiatric Symptoms and the Modifying Influence of the Delta-Aminolevulinic Acid Dehydratase (ALAD) Polymorphism:  the Normative Aging Study.  Am J Epidem  2007 Dec 15;166(12):1400-8. Epub 2007 Sep 6.  PMID: 17823382

170.    Perlstein T, Weuve J, Schwartz J, Sparrow D, Wright R, Litonjua A, Nie H, Hu H.  Bone and blood lead levels in relation to pulse pressure in community-exposed men: the Normative Aging Study. Environ Health Perspec 2007 Dec;115(12):1696-700.  PMID: 18087585.

171.    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Ávila M, Solano-González M, Smith D, Hu H, Wright RO. Association between the plasma fraction of circulating lead and history of abortion in Mexican pregnant women  Biomed Central Pregnancy and Childbirth 2007 Sep 27;7:22.  PMID: 17900368

_____

2008 and after (must comply with NIH Public Access Policy, applied to any paper accepted for publication in a journal on or after April 7, 2008; must supply PubMed Central ID number, PMCID for any article resulting from research sponsored by NIH; see: http://publicaccess.nih.gov/index.htm)

* journal that automatically submits *All* NIH-Funded *Final Published Articles* to PubMed Central, as of 8/27/08 (http://publicaccess.nih.gov/submit_process_journals.htm)

CV: Howard Hu                                                                                          48

172.    Surkan PJ, Schnaas L, Wright RJ, Tellez-Rojo MM, LaMadrid H, Hu H, Hernandez-Avila M, Bellinger DC, Schwartz J, Perroni E, Wright RO.  Coopersmith self-esteem, lead and neurodevelopment. Neurotoxicology 2008;Mar;29(2):278-85. PMID: 18261800; PMCID: PMC2495770

173.    Arora M, Ettinger AS, Peterson KE, Schwartz J, Hu H, Hernandez-Avila M, Wright RO. Maternal dietary intake of saturated and polyunsaturated fatty acids modifies the relationship between lead levels in bone and breast milk.  J Nutrition 2008 Jan;138(1):73-9. PMID: 18156407; PMCID: PMC2628754.

174.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Wright RO, Coull B, Nie H, Hu H, Schwartz J. Air pollution and heart rate variability: effect modification by chronic lead exposure. Epidemiology. 2008 Jan;19(1):111-20. PMID: 18091001; PMCID: PMC2671065.

175.    Navas-Acien A, Schwartz BS, Rothenberg SJ, Hu H, Silbergeld EK, Guallar E.  Bone lead levels and blood pressure endpoints – a meta-analysis. Epidemiology 2008 May;19(3):496-504. PMID: 18414090; PMCID: pending

176.    Nie H, Hu H, Chettle D.  Application and Methodology of *in vivo* K X-ray Fluorescence of Pb in Bone.  X Ray Spectrometry 2008;37:69-75.  PMID: n/a; PMCID: pending

177.    Oken E, Radesky JS, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW.  Maternal fish intake during pregnancy, blood mercury, and child cognition at age 3 years in a US cohort.  Amer J Epid 2008 May 15;167(10):1171-81.  PMID: 18353804; PMCID: pending

178.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Weuve J, Spiro A, Sparrow D, Smith TJ, Nieh H, Hu H, Wright RO.  Interaction of the delta-aminolevulinic acid dehydratase (ALAD) polymorphism and lead exposure on cognitive function:  the Normative Aging Study.  J Occup Environ Med 2008; 50(9):1053-61. PMID: 18784554; PMCID: pending

179.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Spiro A, Tucker K, Suh H, Hu H, Schwartz J. Traffic-related particles are associated with elevated homocysteine: the VA Normative Aging Study. *Am J Resp Crit Care Med  2008 Aug 1;178(3):283-9. PMID: 18467508; PMCID: PMC2542426.

180.    Kamel F, Umbach DM, Stallone L, Richards M, Hu H, Sandler DP.  Association of Lead Exposure with Survival in Amyotrophic Lateral Sclerosis (ALS). *Environ Health Perspec 2008; 2008 Jul;116(7):943-7.  PMID: 18629318; PMCID: PMC2453164.

181.    Hopkins M, Ettinger AS, Hernandez-Avila M, Schwartz J, Tellez-Rojo MM, Bellinger D, Hu H, Wright RO. Variants in iron metabolism genes predict blood and bone lead levels among postpartum women and their children.  *Environ Health Perspec 2008 Sep;116(9):1261-6.PMID: 18795173. PMCID: PMC2535632.

182.    Lampe BJ, Park SK, Robins T, Mukherjee B, Litonjua AA, Amarasiriwardena C, Weisskopf M, Sparrow D, Hu H.  Association between 24-Hour Urinary Cadmium and Pulmonary Function

CV: Howard Hu, M.D., M.P.H., Sc.D.

Among Community-Exposed Men: The VA Normative Aging Study. *Environ Health Perspec 2008 Sep;116(9):1226-30.PMID: 18795167. PMCID: PMC2535626.

183. Rahman S, Hu H, McNeely E, Rahman SMM, Krieger N, Waterman P, Peters J, Harris C, Harris CH, Prothrow-Stith D, Gibbs B, Brown PC, Johnson G, Burgess A, Gragg RD. Social and environmental risk factors for hypertension in minorities. Fl Publ Health Rev 2008;5:64-72. PMID: 19966946; PMCID: PMC2788965

184. Zota AR, Ettinger AS, Bouchard M, Amarasiriwardena CJ, Schwartz J, Hu H, Wright RO. Association of maternal blood manganese levels with infant birth weight. Epidemiology 2009;20(3):367-73. PMID: 19289966. PMCID: pending.

185. Park SK, Hu H, Wright RO, Schwartz J, Cheng Y, Sparrow D, Vokonas PS, Weisskopf M. Iron Metabolism Genes, Low-Level Lead Exposure and QT Interval. *Environ Health Perspec 2009 Jan;117(1):80-5. PMID: 19165391; PMCID: PMC2627870.

185. Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson K, Schwartz J, Hu H, Hernández-Avila M. Effect of Calcium Supplementation on Blood Lead Levels in Pregnancy: A Randomized Control Trial. *Environ Health Perspec 2009 Jan;117(1):26-31. Epub 2008 Sep 2.PMID: 19165383; PMCID: PMC2627861.

186. Eamranond PP, Hu H. Environmental and occupational exposures in immigrant health. Environ Health Insights (in press; available at http://www.la-press.com). PMIC: pending; PMCID: pending.

187. Park SK, Tucker KL, O'Neill MS, Sparrow D, Vokonas PS, Hu H, Schwartz J. Fruit, vegetable, and fish consumption and heart rate variability: the Veterans Administration Normative Aging Study. Am J Clin Nutr. 2009 Mar;89(3):778-86. PMID: 19158214; PMCID: PMC2714396.

188. Weuve J, Korrick SA, Weisskopf MA, Ryan L, Schwartz J, Nie H, Grodstein F, Hu H. Cumulative exposure to lead in relation to cognitive function in older women, *Environ Health Perspec 2009 Apr;117(4):574-80. Epub 2008 Dec 11. PMID: 19440496. PMCID: PMC2679601

189. Calafat AM, Weuve J, Ye X, Jia T, Hu H, Ringer S, Hauser R. Exposure to Bisphenol A and other Phenols in Neonatal Intensive Care Unit Infants. *Environ Health Perspec 2009 Apr;117(4):639-44. Epub 2008 Dec 10.PMID: 19440505. PMCID: PMC2679610.

190. Avendano-Badillo D, Hernandez-vaila M, Koplan K, Hernandez-Cadena L, Rueda-Hernandez G, Solano-Gonzalez M, Ibarra LG, Hu H, Tellez-Rojo MM. High dietary calcium intake decreases bone mobilization during pregnancy in human. Salud Publica 2009;51 Suppl 1:S100-7. PMID: 19287883; PMCID: pending.

191. Kordas K, Ettinger S, Lamadrid-Figueroa H, Tellez-RojoM, Hernandez-Avila M, Hu H, Wright RO. MTHFR C677T, A1298C, and G1793A genotypes, and the relationship between maternal

folate intake, tibia lead and infant size at birth.  Br J Nutr. 2009 Sep;102(6):907-14. Epub 2009 Apr 2.PMID: 19338708; PMCID: pending.

192.    Pilsner JR, Hu H, Ettinger A, Sanchez BN, Wright RO, Cantonwine D, Lazarus A, Lamadrid-Figueroa H, Mercado-Garcia A, Tellez-Rojo MM, Hernandez-Avila M.  Influence of Prenatal Lead Exposure on Genomic DNA Methylation of Umbilical Cord Blood.   *Environ Health Perspec Environ Health Perspect. 2009 Sep;117(9):1466-71. Epub 2009 Mar 25.PMID: 19750115.  PMCID: PMC2737027.

193.    Nie H, Sanchez BN, Wilker E, Weisskopf M, Schwartz J, Sparrow D, Hu H.  Bone lead and endogenous exposure in an environmentally exposed elderly population: the Normative Aging Study.  J Occup Environ Med 2009 Jul;51(7):848-57.PMID: 1952882.  PMCID: pending.

194.    Ettinger AE, Zota AR, Amarasiriwardena CJ, Hopkins MR, Schwartz J, Hu H, Wright RO.  Maternal Arsenic Exposure and Impaired Glucose Tolerance during Pregnancy.  *Environ Health Perspect 2009 Jul;117(7):1059-64. Epub 2009 Mar 11.PMID: 19654913.  PMCID: PMC2717130.

195.    Weisskopf MG, Jain N, Nie H, Sparrow D, Vokonas P, Schwartz J, Hu H.  A prospective study of bone lead concentration and death from all causes, cardiovascular diseases, and cancer in the VA Normative Aging Study.  Circulation 2009;120:1056-64.  PMID: 19738141.  PMCID: PMC2760410

196.    Arora M, Weuve J, Weisskopf MG, Sparrow D, Nie H, Garcia RI, Hu H.  Cumulative Lead Exposure and Tooth Loss in Men: The Normative Aging Study.  *Environ Health Perspec 2009 Oct;117(10):1531-4. Epub 2009 Jun 15.PMID: 20019902; PMCID: PMC2790506

197.    Meeker JD, Hu H, Cantonwine DE, LaMadrid-Figueroa H, Calafat AM, Ettinger A, Hernandez-Avila M, Loch-Caruso R, Tellez-Rojo M.  Pilot study of urinary phthalate metabolites in relation to preterm birth in Mexico City.  *Environ Health Perspec 2009 Oct;117(10):1587-92. Epub 2009 Jun 16.PMID: 20019910.  PMCID: PMC2790514

198.    Roy A, Bellinger D, Hu H, Schwartz J, Ettinger AS, Wright R, Bouchard M, Palaniappan K, Balakrishnan K.  Lead exposure and behavior among young children in Chennai, India.  *Environ Health Perspec 2009 Oct;117(10):1607-11. Epub 2009 Jun 26.PMID: 20019913; PMCID: PMC2790517

199.    Roy A, Hu H, Bellinger DC, Wright RO, Schwartz J, Mukherjee B, Pallaniappan K, Balakrishnan K.  Predictors of blood lead among 3-7 year old children in Chennai, India.  Internat J Occup and Environ Health 2009 Oct-Dec;15(4):351-9.  PMID: 19886345.  PMCID: pending.

200.    Park SK, Mukherjee B, Xia X, Sparrow D, Weisskopf MG, Nie H, Hu H.  Bone Lead Level Prediction Models and Their Application to Examining the Relationship of Lead Exposure and

CV: Howard Hu, M.D., M.P.H., Sc.D.

Hypertension in the Third National Health and Nutrition Examination Survey (NHANES-III) J Occup and Environ Medicine 2009 Dec;51(12):1422-36. PMID: 19952788. PMCID: PMC2939477.

201.    Meeker JD, Hu H, Cantonwine DE, Lamadrid-Figueroa H, Calafat AM, Ettinger AS, Hernandez-Avila M, Loch-Caruso R, Téllez-Rojo MM. Urinary phthalate metabolites in relation to preterm birth in Mexico city. Environ Health Perspect. 2009 Oct;117(10):1587-92. Epub 2009 Jun 16. PubMed PMID: 20019910; PubMed Central PMCID: PMC2790514.

202.    Leiba A, Hu H, Zheng A, Kales SN. A safe strategy to decrease fetal lead exposure in a woman with chronic intoxication. J Matern Fetal Neonatal Med. 2010 Aug;23(8):932-4. PubMed PMID: 20459344.

203.    Peters JL, Weisskopf MG, Spiro A 3rd, Schwartz J, Sparrow D, Nie H, Hu H, Wright RO, Wright RJ. Interaction of stress, lead burden, and age on cognition in older men: the VA Normative Aging Study. Environ Health Perspect. 2010 Apr;118(4):505-10. Epub 2009 Nov 6. PubMed PMID: 20064786; PubMed Central PMCID: PMC2854727.

204.    Claus Henn B, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-Avila M, Schnaas L, Amarasiriwardena C, Bellinger DC, Hu H, Wright RO. Early postnatal blood manganese levels and children's neurodevelopment. Epidemiology. 2010 Jul;21(4):433-9. PubMed PMID: 20549838.

205.    Wright RO, Schwartz J, Wright RJ, Bollati V, Tarantini L, Park SK, Hu H, Sparrow D, Vokonas P, Baccarelli A. Biomarkers of lead exposure and DNA methylation within retrotransposons. Environ Health Perspect. 2010 Jun;118(6):790-5. Epub 2010 Jan 11. PubMed PMID: 20064768; PubMed Central PMCID: PMC2898855.

206.    Zhang A, Park SK, Wright RO, Weisskopf MG, Mukherjee B, Nie H, Sparrow D, Hu H. HFE H63D polymorphism as a modifier of the effect of cumulative lead exposure on pulse pressure: the Normative Aging Study. Environ Health Perspect. 2010 Sep;118(9):1261-6. Epub 2010 May 14. PubMed PMID: 20478760; PubMed Central PMCID: PMC2944087.

207.    Roy A, Hu H, Bellinger DC, Mukherjee B, Modali R, Nasaruddin K, Schwartz J, Wright RO, Ettinger AS, Palaniapan K, Balakrishnan K. Hemoglobin, Lead Exposure, and Intelligence Quotient: Effect Modification by the DRD2 Taq IA Polymorphism. Environ Health Perspect. 2011 Jan;119(1):144-9. PubMed PMID: 21205584.

208.    Cantonwine D, Meeker JD, Hu H, Sanchez BN, Lamadrid-Figueroa H, Mercado-Garcia A, Fortenberry GZ, Calafat AM, Tellez-Rojo MM. Bisphenol A exposure in Mexico City and risk of prematurity: a pilot nested case control study. Environ Health. 2010 Oct 18;9(1):62. [Epub ahead of print] PubMed PMID: 20955576.

209.    Cantonwine D, Hu H, Téllez-Rojo MM, Sánchez BN, Lamadrid-Figueroa H, Ettinger AS,

Mercado-García A, Hernández-Avila M, Wright RO. HFE gene variants modify the association between maternal lead burden and infant birthweight: a prospective birth cohort study in Mexico City, Mexico. Environ Health. 2010 Jul 26;9:43. PubMed PMID: 20659343; PubMed Central PMCID: PMC2916893.

210.    Pilsner JR, Hu H, Wright RO, Kordas K, Ettinger AS, Sánchez BN, Cantonwine D, Lazarus AL, Cantoral A, Schnaas L, Téllez-Rojo MM, Hernández-Avila M. Maternal MTHFR genotype and haplotype predict deficits in early cognitive development in a lead-exposed birth cohort in Mexico City. Am J Clin Nutr. 2010 Jul;92(1):226-34. Epub 2010 May 26. PubMed PMID: 20504979; PubMed Central PMCID: PMC2884326.

211.    Weisskopf MG, Weuve J, Nie H, Saint-Hilaire M-H, Sudarsky L, Simon DK, Hersh B, Schwartz J, Wright RO, Hu H.  Association of Cumulative Lead Exposure with Parkinson's Disease. *Environ Health Perspec 2010; 118:1609–1613, PMID: 20807691; PMCID: PMC2974701

212.    Basu N, Abare M, Buchanan S, Cryderman D, Nam D-H, Sirkin S, Schmitt S, Hu H.  A combined ecological and epidemiologic investigation of metals exposure amongst indigenous peoples near the Marlin Mine in Western Guatemala.  Sci Total Environ 2010 Dec 1;409(1):70-7. Epub 2010 Oct 16. PubMed PMID: 20952048.

213,    Lee MS, Park SK, Hu H, Lee S. Cadmium exposure and cardiovascular disease in the 2005 Korea National Health and Nutrition Examination Survey. Environ Res. 2011 Jan;111(1):171-6. Epub 2010 Nov 5. PubMed PMID: 21055738.

214.    Cantonwine D, Hu H, Sanchez BN, Lamadrid-Figueroa H, Smith D, Ettinger AS, Mercado-Garcia A, Hernandez-Avila M, Wright RO, Tellez-Rojo MM.  Critical Windows of Fetal Lead Exposure: Adverse Impacts on Length of Gestation and Risk of Premature Delivery.  J Occup Environ Med. 2010 Nov;52(11):1106-11. PubMed PMID: 21063188; PubMed Central PMCID: PMC3003442.

215.    Lamadrid-Figueroa H, Téllez-Rojo MM, Angeles G, Hernández-Ávila M, Hu H. Bias correction by use of errors-in-variables regression models in studies with K-X-ray fluorescence bone lead measurements. Environ Res. 2011 Jan;111(1):17-20.  Epub 2010 Nov 18. PubMed PMID: 21092947; PubMed Central PMCID: PMC3026095.

216.    Pan CH, Shih TS, Chen CJ, Hsu JH, Wang SC, Huang CP, Kuo CT, Wu KY, Hu H, Chan CC. Reduction of cooking oil fume exposure following an engineering intervention in Chinese restaurants. Occup Environ Med. 2011 Jan;68(1):10-5. Epub 2010 Sep 30. PubMed PMID: 20884797.

217.    Sánchez BN, Hu H, Litman HJ, Téllez-Rojo MM. Statistical Methods to Study Timing of Vulnerability with Sparsely Sampled Data on Environmental Toxicants.  *Environ Health Perspec Environ Health Perspect. 2011 Mar;119(3):409-15. PubMed PMID: 21362588.

CV: Howard Hu, M.D., M.P.H., Sc.D.

218.  Park SK, Elmarsafawy S, Mukherjee B, Spiro A 3rd, Vokonas PS, Nie H, Weisskopf MG, Schwartz J, Hu H. Cumulative lead exposure and age-related hearing loss: the VA Normative Aging Study.  Hear Res. 2010 Oct 1;269(1-2):48-55. Epub 2010 Jul 16. PubMed PMID: 20638461; PubMed Central PMCID: PMC2934752.

219.  Lee SD, Shin HT, Park HM, Ko SG, Kook YB, Ryu JY, Kim H, Hu H, Park SK.  Metal concentrations of Chinese herbal medicine products in the United States.  Oriental Pharm Exp Med 2010; 10(4):294-303.

220.  Weuve J, Glymour MM, Hu H, Sparrow D, Spiro A 3rd, Vokonas PS, Litonjua AA. Forced expiratory volume in 1 second and cognitive aging in men. J Am Geriatr Soc. 2011 Jul;59(7):1283-92. doi: 10.1111/j.1532-5415.2011.03487.x. Epub 2011 Jun 30. PubMed PMID: 21718272.

221.  Bush KF, Luber G, Kotha SR, Dhaliwal RS, Kapil V, Pascual M, Brown DG, Frumkin H, Dhiman RC, Hess J, Wilson ML, Balakrishnan K, Eisenberg J, Kaur T, Rood R, Batterman S, Joseph A, Gronlund CJ, Agrawal A, Hu H. Impacts of climate change on public health in India: future research directions.  *Environ Health Perspect. 2011 Jun;119(6):765-70. Epub 2011 Jan 27. PubMed PMID: 21273162; PubMed Central PMCID: PMC3114809.

222.  Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, Hu H, Wright RO. A Dopamine Receptor (DRD2) but Not Dopamine Transporter (DAT1) Gene Polymorphism is Associated with Neurocognitive Development of Mexican Preschool Children with Lead Exposure. J Pediatr. 2011 Oct;159(4):638-43. Epub 2011 May 17. PubMed PMID: 21592505; PubMed Central PMCID: PMC3158955.

223.  Eum KD, Nie LH, Schwartz J, Vokonas PS, Sparrow D, Hu H, Weisskopf MG. Prospective cohort study of lead exposure and electrocardiographic conduction disturbances in the Department of Veterans Affairs Normative Aging Study.  *Environ Health Perspect. 2011 Jul;119(7):940-4. Epub 2011 Mar 16. PubMed PMID: 21414889.

224.  Wilker E, Korrick S, Nie LH, Sparrow D, Vokonas P, Coull B, Wright RO, Schwartz J, Hu H. Longitudinal Changes in Bone Lead Levels: The VA Normative Aging Study. J Occup Environ Med. 2011 Aug;53(8):850-855. PubMed PMID: 21788910; PubMed Central PMCID: PMC3159960.

225.  Palaniappan K, Roy A, Balakrishnan K, Gopalakrishnan L, Mukherjee B, Hu H, Bellinger DC. Lead exposure and visual-motor abilities in children from Chennai, India. Neurotoxicology. 2011 Aug;32(4):465-70. Epub 2011 Apr 8. PubMed PMID: 21510976; PubMed Central PMCID: PMC3115626.

226.  Choi YH, Hu H, Tak S, Mukherjee B, Park SK. Occupational noise exposure assessment using O*NET and its application to a study of hearing loss in the US general population. Occup Environ Med. 2012 Mar;69(3):176-83. doi: 10.1136/oem.2011.064758. Epub 2011 Jul 1.

PubMed PMID: 21725070; PubMed Central PMCID: PMC3277688..

227.   Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L,
       Ettinger AS, Hernández-Avila M, Hu H, Téllez-Rojo MM. Prenatal lead exposure and weight of
       0- to 5-year-old children in Mexico city. Environ Health Perspect. 2011 Oct;119(10):1436-41.
       Epub 2011 Jun 29. PubMed PMID: 21715242; PubMed Central PMCID: PMC3230436.

228.   Claus Henn B, Schnaas L, Ettinger AS, Schwartz J, Lamadrid-Figueroa H, Hernández-Avila M,
       Amarasiriwardena C, Hu H, Bellinger DC, Wright RO, Téllez-Rojo MM. Associations of Early
       Childhood Manganese and Lead Co-exposure with Neurodevelopment. Environ Health Perspect.
       2012 Jan;120(1):126-31. doi: 10.1289/ehp.1003300. Epub 2011 Sep 1. PubMed PMID:
       21885384; PubMed Central PMCID: PMC3261931.

229.   Peters JL, Kubzansky LD, Ikeda A, Spiro A 3rd, Wright RO, Weisskopf MG, Kim D, Sparrow
       D, Nie LH, Hu H, Schwartz J. Childhood and adult socioeconomic position, cumulative lead
       levels, and pessimism in later life: the VA Normative Aging Study. Am J Epidemiol. 2011 Dec
       15;174(12):1345-53. Epub 2011 Nov 9. PubMed PMID:22071587; PubMed Central PMCID:
       PMC3276297.

230.   Hicken M, Gragg R, Hu H. How cumulative risks warrant a shift in our approach to racial health
       disparities: the case of lead, stress, and hypertension.  Health Aff (Millwood). 2011
       Oct;30(10):1895-901. PubMed PMID: 21976332.

231.   Zhang A, Hu H, Sánchez BN, Ettinger AS, Park SK, Cantonwine D, Schnaas L, Wright RO,
       Lamadrid-Figueroa H, Tellez-Rojo MM. Association between Prenatal Lead Exposure and
       Blood Pressure in Female Offspring. Environ Health Perspect. 2012 Mar;120(3):445-50. doi:
       10.1289/ehp.1103736. Epub 2011 Sep 21. PubMed PMID: 21947582; PubMed Central PMCID:
       PMC3295346.

232.   Bakulski KM, Rozek LS, Dolinoy DC, Paulson HL, Hu H. Alzheimer's disease and
       environmental exposure to lead: the epidemiologic evidence and potential role of epigenetics.
       Curr Alzheimer Res. 2012 Jun;9(5):563-73. PubMed PMID: 22272628.

233.   Mordukhovich I, Wright RO, Hu H, Amarasiriwardena C, Baccarelli A, Litonjua A, Sparrow D,
       Vokonas P, Schwartz J. Associations of Toenail Arsenic, Cadmium, Mercury, Manganese and
       Lead with Blood Pressure in the Normative Aging Study. Environ Health Perspect. 2012
       Jan;120(1):98-104. doi: 10.1289/ehp.1002805. Epub 2011 Aug 30. PubMed PMID: 21878420;
       PubMed Central PMCID: PMC3261928.

234.   Afeiche M, Peterson KE, Sánchez BN, Schnaas L, Cantonwine D, Ettinger AS, Solano-González
       M, Hernández-Avila M, Hu H, Téllez-Rojo MM. Windows of lead exposure sensitivity, attained
       height, and body mass index at 48 months. J Pediatr. 2012 Jun;160(6):1044-9. Epub 2012 Jan 28.
       PubMed PMID: 22284921; PubMed  Central PMCID: PMC3360798.

CV: Howard Hu, M.D., M.P.H., Sc.D.

235. Peters JL, Kubzansky LD, Ikeda A, Fang SC, Sparrow D, Weisskopf MG, Wright RO, Vokonas P, Hu H, Schwartz J. Lead Concentrations in Relation to Multiple Biomarkers of Cardiovascular Disease: the Normative Aging Study. Environ Health Perspect. Mar;120(3):361-6. doi: 10.1289/ehp.1103467. Epub 2011 Dec 5. PubMed PMID: 22142875; PubMed Central PMCID: PMC3295335.

236. Bakulski KM, Dolinoy DC, Sartor MA, Paulson HL, Konen JR, Lieberman AP, Albin RL, Hu H, Rozek LS. Genome-wide DNA methylation differences between late-onset Alzheimer's disease and cognitively normal controls in human frontal cortex. J Alzheimers Dis. 2012;29(3):571-88. PubMed PMID: 22451312.

237. Claus Henn B, Kim J, Wessling-Resnick M, Tellez-Rojo MM, Jayawardene I, Ettinger AS, Hernandez-Avila M, Schwartz J, Christiani DC, Hu H, Wright RO. Associations of iron metabolism genes with blood manganese levels: a population-based study with validation data from animal models. Environ Health. 2011 Nov 10;10(1):97-107. [Epub ahead of print] PubMed PMID: 22074419.

238. Fortenberry GZ, Hu H, Turyk M, Barr DB, Meeker JD. Association between urinary 3, 5, 6-trichloro-2-pyridinol, a metabolite of chlorpyrifos and chlorpyrifos-methyl, and serum T4 and TSH in NHANES 1999–2002, Science of The Total Environment, 2012; 424:351-355.   doi: 10.1016/j.scitotenv.2012.02.039. Epub 2012 Mar 17. PubMed PMID: 22425279; PubMed Central PMCID: PMC3327766.

239. Eum KD, Korrick SA, Weuve J, Okereke O, Kubzansky LD, Hu H, Weisskopf MG. Relation of cumulative low-level lead exposure to depressive and phobic anxiety symptom scores in middle-age and elderly women. Environ Health Perspect. 2012 Jun;120(6):817-23. doi: 10.1289/ehp.1104395. Epub 2012 Feb 29. PubMed PMID: 22538241; PubMed Central PMCID: PMC3385437.

240. Hicken MT, Gee GC, Morenoff J, Connell CM, Snow RC, Hu H. A novel look at racial health disparities: the interaction between social disadvantage and environmental health. Am J Public Health. 2012 Dec;102(12):2344-51. doi: 10.2105/AJPH.2012.300774. Epub 2012 Oct 18. PubMed PMID: 23078461.

241. Choi YH, Hu H, Mukherjee B, Miller J, Park SK. Environmental cadmium and lead exposures and hearing loss in U.S. adults: the National Health and Nutrition Examination Survey, 1999 to 2004. Environ Health Perspect. 2012 Nov;120(11):1544-50. doi: 10.1289/ehp.1104863. Epub 2012 Jul 31. PubMed PMID: 22851306; PubMed Central PMCID: PMC3556613.

242. Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive  deficits in Mexican children. Neurotoxicology. 2012 Oct;33(5):1040-7. doi: 10.1016/j.neuro.2012.04.022. Epub 2012 May 10. PubMed PMID: 22579785.

CV: Howard Hu, M.D., M.P.H., Sc.D.

243.   Weuve J, Press DZ, Grodstein F, Wright RO, Hu H, Weisskopf MG. Cumulative exposure to lead and cognition in persons with Parkinson's disease. Mov Disord. 2013 Feb;28(2):176-82. doi: 10.1002/mds.25247. Epub 2012 Nov 9. PubMed PMID: 23143985; PubMed Central PMCID: PMC3581753.

245.   Hicken MT, Gee GC, Connell C, Snow RC, Morenoff J, Hu H. Black-white blood pressure disparities: depressive symptoms and differential vulnerability to blood lead. Environ Health Perspect. 2013 Feb;121(2):205-9. doi: 10.1289/ehp.1104517. Epub 2012 Oct 25. PubMed PMID: 23127977; PubMed Central PMCID: PMC3569674.

246.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Zhang LN, Liao XP, Zhang J, Ouyang FX, Zhang JS, Shen XM. Personal characteristics related to the risk of adolescent internet addiction: a survey in Shanghai, China. BMC Public Health. 2012 Dec 22;12:1106. doi: 10.1186/1471-2458-12-1106. PubMed PMID: 23259906; PubMed Central PMCID: PMC3563549.

247.   Lim SS, Vos T, Flaxman AD, Danaei G, Shibuya K, Adair-Rohani H, Amann M, Anderson HR, Andrews KG, Aryee M, Atkinson C, Bacchus LJ, Bahalim AN, Balakrishnan K, Balmes J, Barker-Collo S, Baxter A, Bell ML, Blore JD, Blyth F, Bonner C, Borges G, Bourne R, Boussinesq M, Brauer M, Brooks P, Bruce NG, Brunekreef B, Bryan-Hancock C, Bucello C, Buchbinder R, Bull F, Burnett RT, Byers TE, Calabria B, Carapetis J, Carnahan E, Chafe Z, Charlson F, Chen H, Chen JS, Cheng AT, Child JC, Cohen A, Colson KE, Cowie BC, Darby S, Darling S, Davis A, Degenhardt L, Dentener F, Des Jarlais DC, Devries K, Dherani M, Ding EL, Dorsey ER, Driscoll T, Edmond K, Ali SE, Engell RE, Erwin PJ, Fahimi S, Falder G, Farzadfar F, Ferrari A, Finucane MM, Flaxman S, Fowkes FG, Freedman G, Freeman MK, Gakidou E, Ghosh S, Giovannucci E, Gmel G, Graham K, Grainger R, Grant B, Gunnell D, Gutierrez HR, Hall W, Hoek HW, Hogan A, Hosgood HD 3rd, Hoy D, Hu H, Hubbell BJ, Hutchings SJ, Ibeanusi SE, Jacklyn GL, Jasrasaria R, Jonas JB, Kan H, Kanis JA, Kassebaum N, Kawakami N, Khang YH, Khatibzadeh S, Khoo JP, Kok C, Laden F, Lalloo R, Lan Q, Lathlean T, Leasher JL, Leigh J, Li Y, Lin JK, Lipshultz SE, London S, Lozano R, Lu Y, Mak J, Malekzadeh R, Mallinger L, Marcenes W, March L, Marks R, Martin R, McGale P, McGrath J, Mehta S, Mensah GA, Merriman TR, Micha R, Michaud C, Mishra V, Hanafiah KM, Mokdad AA, Morawska L, Mozaffarian D, Murphy T, Naghavi M, Neal B, Nelson PK, Nolla JM, Norman R, Olives C, Omer SB, Orchard J, Osborne R, Ostro B, Page A, Pandey KD, Parry CD, Passmore E, Patra J, Pearce N, Pelizzari PM, Petzold M, Phillips MR, Pope D, Pope CA 3rd, Powles J, Rao M, Razavi H, Rehfuess EA, Rehm JT, Ritz B, Rivara FP, Roberts T, Robinson C, Rodriguez-Portales JA, Romieu I, Room R, Rosenfeld LC, Roy A, Rushton L, Salomon JA, Sampson U, Sanchez-Riera L, Sanman E, Sapkota A, Seedat S, Shi P, Shield K, Shivakoti R, Singh GM, Sleet DA, Smith E, Smith KR, Stapelberg NJ, Steenland K, Stöckl H, Stovner LJ, Straif K, Straney L, Thurston GD, Tran JH, Van Dingenen R, van Donkelaar A, Veerman JL, Vijayakumar L, Weintraub R, Weissman MM, White RA, Whiteford H, Wiersma ST, Wilkinson JD, Williams HC, Williams W, Wilson N, Woolf AD, Yip P, Zielinski JM, Lopez AD, Murray CJ, Ezzati M. A comparative risk assessment of burden of disease and injury attributable to 67

CV: Howard Hu, M.D., M.P.H., Sc.D.

risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2224-60. doi: 10.1016/S0140-6736(12)61766-8. PubMed PMID: 23245609.

248.   Grashow R, Spiro A, Taylor KM, Newton K, Shrairman R, Landau A, Sparrow D, Hu H, Weisskopf M. Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. Neurotoxicology. 2013 Mar;35:154-61. doi: 10.1016/j.neuro.2013.01.005. Epub 2013 Jan 28. PubMed PMID: 23370289; PubMed Central PMCID: PMC3602137.

249.   Amarasiriwardena CJ, Jayawardene I, Lupoli N, Barnes RM, Hernandez-Avila M, Hu H, Ettinger
        AS. Comparison of digestion procedures and methods for quantification of trace lead in breast milk by isotope dilution inductively coupled plasma mass spectrometry. Anal Methods. 2013;5(7):1676-1681. PubMed PMID: 24808927; PubMed Central PMCID: PMC4010228.

250.   Grashow R, Miller MW, McKinney A, Nie LH, Sparrow D, Hu H, Weisskopf MG. Lead exposure and fear-potentiated startle in the VA Normative Aging Study: a pilot study of a novel physiological approach to investigating neurotoxicant effects.  Neurotoxicol Teratol. 2013 Jul-Aug;38:21-8. doi: 10.1016/j.ntt.2013.04.003. Epub 2013 Apr 17. PubMed PMID: 23603705; PubMed Central PMCID: PMC3774537.

251.   Roy A, Ettinger AS, Hu H, Bellinger D, Schwartz J, Modali R, Wright RO, Palaniappan K, Balakrishnan K. Effect modification by transferrin C2 polymorphism on lead exposure, hemoglobin levels, and IQ. Neurotoxicology. 2013 Sep;38:17-22.  doi: 10.1016/j.neuro.2013.05.005. Epub 2013 May 31. PubMed PMID: 23732512; PubMed Central PMCID: PMC3770761.

252.   Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. PubMed PMID: 23732085; PubMed Central PMCID: PMC3672933.

253.   Téllez-Rojo MM, Cantoral A, Cantonwine DE, Schnaas L, Peterson K, Hu H, Meeker JD. Prenatal urinary phthalate metabolites levels and neurodevelopment in children at two and three years of age. Sci Total Environ. 2013 Sep 1;461-462:386-90. doi: 10.1016/j.scitotenv.2013.05.021. Epub 2013 Jun 5. PubMed PMID: 23747553; PubMed Central PMCID: PMC3735862.

254.   Fortenberry GZ, Meeker JD, Sánchez BN, Barr DB, Panuwet P, Bellinger D, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Tellez-Rojo MM. Urinary 3,5,6-trichloro-2-pyridinol (TCPY) in pregnant women from Mexico City: distribution, temporal variability, and relationship with child attention and hyperactivity. Int J Hyg Environ Health. 2014 Mar;217(2-

3):405-12. doi: 10.1016/j.ijheh.2013.07.018. Epub 2013 Aug 13. PubMed PMID: 24001412; PubMed Central PMCID: PMC3946926.

255.   Eum KD, Wang FT, Schwartz J, Hersh CP, Kelsey K, Wright RO, Spiro A, Sparrow D, Hu H, Weisskopf MG. Modifying roles of glutathione S-transferase polymorphisms on the association between cumulative lead exposure and cognitive function. Neurotoxicology. 2013 Dec;39:65-71. doi: 10.1016/j.neuro.2013.08.002. Epub 2013 Aug 16. PubMed PMID: 23958642; PubMed Central PMCID: PMC3844089.

256.   Choi YH, Miller JM, Tucker KL, Hu H, Park SK. Antioxidant vitamins and magnesium and the risk of hearing loss in the US general population. Am J Clin Nutr. 2014 Jan;99(1):148-55. doi: 10.3945/ajcn.113.068437. Epub 2013 Nov 6. PubMed PMID: 24196403.

257.   Power MC, Korrick S, Tchetgen Tchetgen EJ, Nie LH, Grodstein F, Hu H, Weuve J, Schwartz J, Weisskopf MG. Lead exposure and rate of change in cognitive function in older women. Environ Res. 2014 Feb;129:69-75. doi: 10.1016/j.envres.2013.12.010. Epub 2014 Jan 29. PubMed PMID: 24529005; PubMed Central PMCID: PMC3951744.

258.   Ettinger AS, Roy A, Amarasiriwardena CJ, Smith D, Lupoli N, Mercado Garcia A, Lamadrid-Figueroa H, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal blood, plasma, and breast milk lead: Lactational transfer and contribution to infant exposure.  Environ Health Perspec 2014 Jan;122(1):87-92. doi: 10.1289/ehp.1307187. Epub 2013 Oct 30. PubMed PMID: 24184948; PubMed Central PMCID: PMC3888576.

259.   Chatwood S, Bytautas J, Darychuk A, Bjerregaard P, Brown A, Cole D, Hu H, Jong M, King M, Kvernmo S, Veillard J. Approaching a collaborative research agenda for health systems performance in circumpolar regions. Int J Circumpolar Health. 2013 Aug 14;72. doi: 10.3402/ijch.v72i0.21474. eCollection 2013. PubMed PMID: 23961514; PubMed Central PMCID: PMC3745603.

260.   Bush KF, O'Neill MS, Li S, Mukherjee B, Hu H, Ghosh S, Balakrishnan K. Associations between extreme precipitation and gastrointestinal-related hospital  admissions in Chennai, India. Environ Health Perspect. 2014 Mar;122(3):249-54. doi: 10.1289/ehp.1306807. Epub 2013 Dec 16. PubMed PMID: 24345350; PubMed Central PMCID: PMC3948034.

261.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Ouyang F, Zhang LN, Liao XP, Zhang J, Zhang JS, Shen XM. Parent-adolescent interaction and risk of adolescent internet addiction: a population-based study in Shanghai. BMC Psychiatry. 2014 Apr 15;14:112. doi: 10.1186/1471-244X-14-112. PubMed PMID: 24731648; PubMed Central PMCID: PMC3999889.

262.   Fortenberry GZ, Meeker JD, Sánchez BN, Bellinger D, Peterson K, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Maria Tellez-Rojo M. Paraoxonase I polymorphisms and attention/hyperactivity in school-age children from Mexico City,

Mexico. Environ Res. 2014 Jul;132:342-9. doi: 10.1016/j.envres.2014.04.010. Epub 2014 May 14. PubMed PMID: 24834831.

263.    Arora M, Austin C, Sarrafpour B, Hernández-Ávila M, Hu H, Wright RO, Tellez-Rojo MM. Determining prenatal, early childhood and cumulative long-term lead exposure using micro-spatial deciduous dentine levels. PLoS One. 2014 May 19;9(5):e97805. doi: 10.1371/journal.pone.0097805. eCollection 2014. PubMed PMID: 24841926; PubMed Central PMCID: PMC4026445.

264.    Braun JM, Wright RJ, Just AC, Power MC, Tamayo Y Ortiz M, Schnaas L, Hu H, Wright RO, Tellez-Rojo MM. Relationships between lead biomarkers and diurnal salivary cortisol indices in pregnant women from Mexico City: a cross-sectional study. Environ Health. 2014 Jun 10;13(1):50. doi: 10.1186/1476-069X-13-50. PubMed PMID: 24916609; PubMed Central PMCID: PMC4068833.

265.    Bakulski KM, Park SK, Weisskopf MG, Tucker KL, Sparrow D, Spiro A, Vokonas PS, Nie LH, Hu H, Weuve J. Lead Exposure, B Vitamins, and Plasma Homocysteine in Men  55 Years of Age and Older: The VA Normative Aging Study. Environ Health Perspect. 2014 Oct;122(10):1066-74. doi: 10.1289/ehp.1306931. Epub 2014 Jun 4. PubMed PMID: 24905780; PubMed Central PMCID: PMC4181916.

266.    Ji JS, Schwartz J, Sparrow D, Hu H, Weisskopf MG. Occupational determinants of cumulative lead exposure: analysis of bone lead among men in the VA normative aging study. J Occup Environ Med. 2014 Apr;56(4):435-40. doi: 10.1097/JOM.0000000000000127. PubMed PMID: 24709766; PubMed Central PMCID: PMC3982188.

267.    Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, Rodriguez L, Schnaas L, Solano M, Mercado A, Peterson K, Sánchez BN, Hernández-Avila M, Hu H,  Maria Téllez-Rojo M. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res. 2014 Sep 25;135C:63-69. doi: 10.1016/j.envres.2014.08.029. [Epub ahead of print] PubMed PMID: 25262076.

268.    Eum KD, Seals RM, Taylor KM, Grespin M, Umbach DM, Hu H, Sandler DP, Kamel F, Weisskopf MG. Modification of the association between lead exposure and amyotrophic lateral sclerosis by iron and oxidative stress related gene polymorphisms. Amyotroph Lateral Scler Frontotemporal Degener. 2014 Oct 8:1-8. [Epub ahead of print] PubMed PMID: 25293352.

269.    Karwowski MP, Just AC, Bellinger DC, Jim R, Hatley EL, Ettinger AS, Hu H, Wright RO. Maternal iron metabolism gene variants modify umbilical cord blood lead levels by gene-environment interaction: a birth cohort study. Environ Health. 2014 Oct 6;13:77. doi: 10.1186/1476-069X-13-77. PubMed PMID: 25287020.

270.    Eum K-D, Weisskopf MG, Nie LH, Hu H, Korrick SA. Cumulative Lead Exposure and Age at Menopause in the Nurses' Health Study Cohort. Environmental Health Perspectives.

2014;122(3):229-234. doi:10.1289/ehp.1206399.

271.   Goodrich JM, Sánchez BN, Dolinoy DC, Zhang Z, Hernández-Ávila M, Hu H, Peterson KE, Téllez-Rojo MM. Quality control and statistical modeling for environmental epigenetics: A study on in utero lead exposure and DNA methylation  at birth.  Epigenetics. 2015 Jan 2;10(1):19-30. doi: 10.4161/15592294.2014.989077. Epub 2015 Jan 27. PubMed PMID: 25580720.

272.   Ji JS, Power MC, Sparrow D, Spiro III A, Hu H, Louis ED, Weisskopf MG.  Lead Exposure and Tremor among Older Men: The VANormative Aging Study.  Environ Health Perspectives 2015 May;123(5):445-50. doi: 10.1289/ehp.1408535. Epub 2015 Jan 23.  PubMed PMID: 25633720; PubMed Central PMCID: PMC4421770.

273.   Ettinger AS, Lamadrid-Figueroa H, Mercado-Garcia A, Kordas K, Wood RJ, Peterson KE, Hu H, Hernandez-Avila M, Tellez-Rojo MM.  Effect of Calcium Supplementation on Bone Resorption in Pregnancy and the Early Postpartum: A Randomized Controlled Trial in Mexican Women.  Nutrition Journal Nutr J. 2014 Dec 16;13(1):116. doi: 10.1186/1475-2891-13-116. PubMed PMID: 25511814; PubMed Central PMCID: PMC4289552.

274.   Jhun MA, Hu H, Schwartz J, Weisskopf MG, Nie LH, Sparrow D, Vokonas PS, Park SK.  Effect modification by Vitamin D receptor genetic polymorphisms in the association between cumulative lead exposure and pulse pressure: a longitudinal study.  Environ Health 2015 Jan 13;14:5. doi: 10.1186/1476-069X-14-5. PubMed PMID: 25582168; PubMed Central PMCID: PMC4417283.

275.   Cantoral A, Tellez-Rojo MM, Ettinger AS, Hu H, Hernandez-Avila M, Peterson K.  Early introduction and cumulative consumption of sugar-sweetened beverages during the pre-school period and risk of obesity at 8–14 years of age.  Pediatr Obesity 2015 Apr 17. doi: 10.1111/ijpo.12023. [Epub ahead of print] PubMed PMID: 25891908.

276.   Orkin AM, Bingham K, Klaiman M, Leece P, Buick JE, et al. (2015) An Agenda for Naloxone Distribution Research and Practice: Meeting Report of the Surviving Opioid Overdose with Naloxone (SOON) International Working Group. J Addict Res Ther 6:212. doi:10.4172/2155-6105.1000212

277.   Xu J, Hu H, Wright R, Sánchez BN, Schnaas L, Bellinger DC, Park SK, Martínez  S, Hernández-Avila M, Téllez-Rojo MM, Wright RO. Prenatal Lead Exposure Modifies the Impact of Maternal Self-Esteem on Children's Inattention Behavior. J Pediatr. 2015 Aug;167(2):435-41. doi: 10.1016/j.jpeds.2015.04.057. Epub 2015 Jun 3. PubMed PMID: 26047683.

278.   Kotha SR, Jadad AR, Hu H.  Creating a Pandemic of Health: Opportunities and Lessons for a University Initiative at the Intersection of Health, Equity, and Innovation.  Harvard Publ Hlth Review 2015;5:1-8.  (available at http://harvardpublichealthreview.org/wp-content/uploads/2015/04/HPHRv5-Kotha-Jadad-Hu-Creating-a-Pandemic.pdf).

CV: Howard Hu, M.D., M.P.H., Sc.D.

279.   Weisskopf MG, Sparrow D, Hu H, Power MC. Biased Exposure-Health Effect Estimates from Selection in Cohort Studies: Are Environmental Studies at Particular Risk? Environ Health Perspect. 2015 Nov;123(11):1113-22. doi: 10.1289/ehp.1408888. Epub 2015 May 8. PubMed PMID: 25956004; PubMed Central PMCID: PMC4629739.

280.   Grashow R, Kim J, Sparrow D, Hu H, Wessling-Resnick M, Weisskopf MG.  Cumulative lead exposure is associated with reduced olfactory function in elderly men: the Normative Aging Study.  Neurotoxicology 2015 Jul;49:158-64. doi: 10.1016/j.neuro.2015.06.006. Epub 2015 Jun 26. PubMed PMID: 26121922; PubMed Central PMCID: PMC4523435.

281.   Kim WB, Sibbald RG, Hu H, Bashash M, Anooshirvani N, Coutts P, Alavi A. Clinical Features and Patient Outcomes of Hidradenitis Suppurativa: A Cross-Sectional Retrospective Study. J Cutan Med Surg. 2016 Jan;20(1):52-7. doi:  10.1177/1203475415602840. Epub 2015 Aug 28. PubMed PMID: 26318545.

282.   Global Burden of Disease Study 2013 Collaborators, Vos T, Barber RM, Bell B…Hu H…Zunt JR, Salomon JA, Murray CJ. Global, regional, and national incidence, prevalence, and years lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013: a systematic analysis  for the Global Burden of Disease Study 2013. Lancet. 2015 Aug 22;386(9995):743-800. doi: 10.1016/S0140-6736(15)60692-4. Epub 2015 Jun 7.  Review. PubMed PMID: 26063472; PubMed Central PMCID: PMC4561509.

283.   GBD 2013 Risk Factors Collaborators, Forouzanfar MH, Alexander L, Anderson HR…Hu H… Lopez AD, Vos T, Murray CJ. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015 Dec 5;386(10010):2287-323. doi: 10.1016/S0140-6736(15)00128-2. Epub 2015 Sep 11. PubMed PMID: 26364544; PubMed Central PMCID: PMC4685753.

284.   Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L, Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM. Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016 Jun;124(6):868-74. doi: 10.1289/ehp.1510067. PubMed PMID: 26645203; PubMed Central PMCID: PMC4892926.

285.   Taylor KM, Saint-Hilaire MH, Sudarsky L, Simon DK, Hersh B, Sparrow D, Hu H, Weisskopf MG. Head injury at early ages is associated with risk of Parkinson's disease. Parkinsonism Relat Disord. 2016 Feb;23:57-61. doi: 10.1016/j.parkreldis.2015.12.005. PubMed PMID: 26725141; PubMed Central PMCID: PMC4787263.

286.   Cantoral A, Téllez-Rojo MM, Levy TS, Hernández-Ávila M, Schnaas L, Hu H, Peterson KE, Ettinger AS. Differential association of lead on length by zinc status in two-year old Mexican children. Environ Health. 2015 Dec 30;14:95. doi: 10.1186/s12940-015-0086-8. PubMed PMID:

26715556; PubMed Central PMCID: PMC4696318.

287.    Watkins DJ, Fortenberry GZ, Sánchez BN, Barr DB, Panuwet P, Schnaas L, Osorio-Valencia E, Solano-González M, Ettinger AS, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Meeker JD. Urinary 3-phenoxybenzoic acid (3-PBA) levels among pregnant women in Mexico City: Distribution and relationships with child neurodevelopment. Environ Res. 2016 May;147:307-13. doi: 10.1016/j.envres.2016.02.025. PubMed PMID: 26922411; PubMed Central PMCID: PMC4821665.

288.    Specht AJ, Lin Y, Weisskopf M, Yan C, Hu H, Xu J, Nie LH. XRF-measured bone lead (Pb) as a biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning. Biomarkers. 2016 Jun;21(4):347-52. doi: 10.3109/1354750X.2016.1139183. Epub 2016 Feb 9. PubMed PMID: 26856822.

289.    Tamayo Y Ortiz M, Téllez-Rojo MM, Hu H, Hernández-Ávila M, Wright R, Amarasiriwardena C, Lupoli N, Mercado-García A, Pantic I, Lamadrid-Figueroa H.  Lead in candy consumed and blood lead levels of children living in Mexico City. Environ Res. 2016 May;147:497-502. doi: 10.1016/j.envres.2016.03.007. Epub 2016 Mar 11. PubMed PMID: 26974363.

290.    Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

291.    Ding N, Wang X, Weisskopf MG, Sparrow D, Schwartz J, Hu H, Park SK. Lead-Related Genetic Loci, Cumulative Lead Exposure and Incident Coronary Heart Disease: The Normative Aging Study. PLoS One. 2016 Sep 1;11(9):e0161472. doi: 10.1371/journal.pone.0161472. PubMed PMID: 27584680; PubMed Central PMCID: PMC5008632.

292.    Goodrich JM, Dolinoy DC, Sanchez BN, Zhang Z, Meeker JD, Mercado-Garcia A, Solano-Gonzalez M, Hu H, Tellez-Rojo MM, Peterson KE.  Adolescent epigenetic profiles and environmental exposures from early life through peri-adolescence.  Environmental Epigenetics, 2016; 2(3)1–11, doi: 10.1093/eep/dvw018

293.    Xu J, Yan CH, Hu H, Wu MQ, Shen XM. Prenatal Maternal Occupational Exposure and Postnatal Child Exposure to Elemental Mercury. Pediatr Emerg Care. 2016 Mar;32(3):175-9. doi: 10.1097/PEC.0000000000000305. PubMed PMID: 25415760.

294.    Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brenan K, Herrera LA, Schwartz J, Wright RO, Hu H, Baccarelli AA. APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals. Environ Res. 2016 Nov;151:101-105. doi: 10.1016/j.envres.2016.07.034. Epub 2016 Jul 27. Erratum in: Environ Res. 2017 Nov 25;:. PubMed PMID: 27474937; PubMed Central PMCID: PMC5071136.

295. Farooqui Z, Bakulski KM, Power MC, Weisskopf MG, Sparrow D, Spiro A 3rd, Vokonas PS, Nie LH, Hu H, Park SK. Associations of cumulative Pb exposure and longitudinal changes in Mini-Mental Status Exam scores, global cognition and domains of cognition: The VA Normative Aging Study. Environ Res. 2017 Jan;152:102-108. doi: 10.1016/j.envres.2016.10.007. PubMed PMID: 27770710; PubMed Central PMCID: PMC5135609.

296. Somers EC, Monrad SU, Warren JS, Solano M, Schnaas L, Hernandez-Avila M, Tellez-Rojo M, Hu H. Antinuclear antibody prevalence in a general pediatric cohort from Mexico City: discordance between immunofluorescence and multiplex assays. Clin Epidemiol. 2016 Dec 20;9:1-8. doi: 10.2147/CLEP.S121632. eCollection 2017. PubMed PMID: 28053555; PubMed Central PMCID: PMC5192054.

297. Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, Slack GW, Berry R, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ. Genetic polymorphism at BCL2 as a predictor for rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone efficacy in patients with diffuse large B-cell lymphoma. Haematologica. 2017 May;102(5):e199-e202. doi: 10.3324/haematol.2016.159087. Epub 2017 Feb 2. PubMed PMID: 28154089; PubMed Central PMCID: PMC5477624.

298. Hu H, Galea S, Rosella L, Henry D. Big Data and Population Health: Focusing on the Health Impacts of the Social, Physical, and Economic Environment. Epidemiology. 2017 Nov;28(6):759-762. doi: 10.1097/EDE.0000000000000711. PubMed PMID: 28682850.

299. Wang X, Ding N, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. A Western Diet Pattern Is Associated with Higher Concentrations of Blood and Bone Lead among Middle-Aged and Elderly Men. J Nutr. 2017 Jul;147(7):1374-1383. doi: 10.3945/jn.117.249060. Epub 2017 Jun 7. PubMed PMID: 28592514; PubMed Central PMCID: PMC5483966.

300. Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-Avila M. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspec 2017 Environ Health Perspect. 2017 Sep 19;125(9). doi: 10.1289/EHP655. PubMed PMID: 28937959.

301. Ge E, Fan M, Qiu H, Hu H, Tian L, Wang X, Xu G, Wei X. Ambient sulfur dioxide levels associated with reduced risk of initial outpatient visits for tuberculosis: A population based time series analysis. Environ Pollut. 2017 Sep;228:408-415. doi: 10.1016/j.envpol.2017.05.051. Epub 2017 May 26. PubMed PMID: 28554030.

302. Tse LA, Lee PMY, Ho WM, Lam AT, Lee MK, Ng SSM, He Y, Leung KS, Hartle JC, Hu H, Kan H, Wang F, Ng CF. Bisphenol A and other environmental risk factors for prostate cancer in Hong Kong. Environ Int. 2017 Oct;107:1-7. doi: 10.1016/j.envint.2017.06.012. Epub 2017 Jun 20. PubMed PMID: 28644961.

CV: Howard Hu, M.D., M.P.H., Sc.D.

303. Liu SH, Bobb JF, Lee KH, Gennings C, Claus Henn B, Bellinger D, Austin C, Schnaas L, Tellez-Rojo MM, Hu H, Wright RO, Arora M, Coull BA. Lagged kernel machine regression for identifying time windows of susceptibility to exposures of complex mixtures. Biostatistics. 2018 Jul 1;19(3):325-341. doi: 10.1093/biostatistics/kxx036. PubMed PMID: 28968676; PubMed Central PMCID: PMC5991212.

304. Mehdizadeh A, Alavi A, Alhusayen R, Bauer B, Bechara FG, Bourcier M, Brassard A, Djamei V, Dutz J, George R, Ghias M, Gooderham M, Hamzavi I, Hoffman LK, Hou A, Hu H, Kimball AB, Kirchhof M, Kryzskaya D, Liy Wong MDC, Lowes MA, Lynde CW, McLellen C, Prens E, Prens L, Rogalska T, Sibbald RG, Sisic M, Tan MG, Wong DD. Proceeding report of the Symposium on Hidradenitis Suppurativa Advances (SHSA). Exp Dermatol. 2018 Jan;27(1):104-112. doi: 10.1111/exd.13445. Epub 2017 Nov 15. PubMed PMID: 28898476.

305. Claus Henn B, Austin C, Coull BA, Schnaas L, Gennings C, Horton MK, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Wright RO, Arora M. Uncovering neurodevelopmental windows of susceptibility to manganese exposure using dentine microspatial analyses. Environ Res. 2018 Feb;161:588-598. doi: 10.1016/j.envres.2017.12.003. PubMed PMID: 29247915; PubMed Central PMCID: PMC5965684.

306. Mehdizadeh A, Rosella L, Alavi A, Sibbald G, Farzanfar D, Hazrati A, Vernich L, Laporte A, Hu H, Bashash M. A Canadian Population-Based Cohort to the Study Cost and Burden of Surgically Resected Hidradenitis Suppurativa. J Cutan Med Surg. 2018 May/Jun;22(3):312-317. doi: 10.1177/1203475418763536. Epub 2018 Mar 11. PubMed PMID: 29528753.

307. Jansen EC, Zhou L, Song PXK, Sánchez BN, Mercado A, Hu H, Solano M, Peterson KE, Tellez-Rojo MM. Prenatal lead exposure in relation to age at menarche: results from a longitudinal study in Mexico City. J Dev Orig Health Dis. 2018 Apr 30:1-6. doi: 10.1017/S2040174418000223. [Epub ahead of print] PubMed PMID: 29706142. 308.

308. Brook JR, Setton EM, Seed E, Shooshtari M, Doiron D; CANUE – The Canadian Urban Environmental Health Research Consortium. The Canadian Urban Environmental Health Research Consortium - a protocol for building a national environmental exposure data platform for integrated analyses of urban form and health. BMC Public Health. 2018 Jan 8;18(1):114. doi: 10.1186/s12889-017-5001-5. PubMed PMID: 29310629; PubMed Central PMCID: PMC5759244.

309. Hu H, Baines C.  Recent Insights and Opportunities for Three Under-recognized Conditions: Myalgic Encephalomyelitis/ Chronic Fatigue Syndrome, Fibromyalgia and Environmental Sensitivities/ Multiple Chemical Sensitivity.  Can Fam Physician. 2018 Jun;64(6):413-415. PubMed PMID: 29898928; PubMed Central PMCID: PMC5999262.

310. Landrigan PJ, Fuller R, Hu H, Caravanos J, Cropper ML, Hanrahan D, Sandilya K, Chiles TC, Kumar P, Suk WA. Pollution and Global Health – An Agenda for Prevention. Environ Health

Perspect. 2018 Aug 6;126(8):084501. doi: 10.1289/EHP3141. eCollection 2018 Aug. PubMed PMID: 30118434; PubMed Central PMCID: PMC6108842.

311.   Hu H, Landrigan PJ, Fuller R, Lim SS, Murray CJL. New Initiative aims at expanding Global Burden of Disease estimates for pollution and climate. Lancet Planet Health. 2018 Oct;2(10):e415-e416. doi: 10.1016/S2542-5196(18)30189-X. PubMed PMID: 30318094.

312.   Wang W, Moroi S, Bakulski K, Mukherjee B, Weisskopf MG, Schaumberg D, Sparrow D, Vokonas PS, Hu H, Park SK. Bone Lead Levels and Risk of Incident Primary Open-Angle Glaucoma: The VA Normative Aging Study. Environ Health Perspect. 2018  Aug 8;126(8):087002. doi: 10.1289/EHP3442. eCollection 2018 Aug. PubMed PMID: 30102601; PubMed Central PMCID: PMC6108844.

313.   Xu J, Hu H, Wright R, Schnaas L, Bellinger DC, Park SK, Wright RO, Téllez-Rojo MM. Prenatal lead exposure modifies the association of maternal self-esteem with child adaptive ability. Int J Hyg Environ Health. 2019 Jan;222(1):68-75. doi: 10.1016/j.ijheh.2018.08.005. Epub 2018 Aug 23. PubMed PMID: 30146178.

314.   Horton MK, Hsu L, Claus Henn B, Margolis A, Austin C, Svensson K, Schnaas L, Gennings C, Hu H, Wright R, Rojo MMT, Arora M. Dentine biomarkers of prenatal and early childhood exposure to manganese, zinc and lead and childhood behavior. Environ Int. 2018 Dec;121(Pt 1):148-158. doi: 10.1016/j.envint.2018.08.045. Epub  2018 Sep 8. PubMed PMID: 30205321.

315.   Zhang Z, Braun TM, Peterson KE, Hu H, Téllez-Rojo MM, Sánchez BN. Extending Tests of Random Effects to Assess for Measurement Invariance in Factor Models.  Stat Biosci. 2018 Dec;10(3):634-650. doi: 10.1007/s12561-018-9222-7. Epub 2018 Sep 29. PubMed PMID: 30805035; PubMed Central PMCID: PMC6385881.

316.   Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10.  PubMed PMID: 30316181.

317.   GBD 2017 Risk Factor Collaborators. Global, regional, and national comparative risk assessment of 84 behavioural, environmental and occupational, and metabolic risks or clusters of risks for 195 countries and territories, 1990-2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10;392(10159):1923-1994. doi: 10.1016/S0140-6736(18)32225-6. Epub 2018 Nov 8.  PubMed PMID: 30496105; PubMed Central PMCID: PMC6227755.

318.   Zheutlin AR, Hu H, Weisskopf MG, Sparrow D, Vokonas PS, Park SK. Low-Level Cumulative Lead and Resistant Hypertension: A Prospective Study of Men Participating in the Veterans Affairs Normative Aging Study. J Am Heart Assoc. 2018 Nov 6;7(21):e010014. doi: 0.1161/JAHA.118.010014. PubMed PMID: 30608198.

CV: Howard Hu, M.D., M.P.H., Sc.D.

319.  Green R, Till C, Al-Hakeem H, Cribbie R, Téllez-Rojo MM, Osorio E, Hu H, Schnaas L.
      Assessment of neuropsychological performance in Mexico City youth using the Cambridge
      Neuropsychological Test Automated Battery (CANTAB). J Clin Exp Neuropsychol. 2018 Oct
      18:1-11. doi: 10.1080/13803395.2018.1529229. [Epub ahead of print] PubMed PMID:
      30336715.

320.  Pantic I, Tamayo-Ortiz M, Rosa-Parra A, Bautista-Arredondo L, Wright RO, Peterson KE,
      Schnaas L, Rothenberg SJ, Hu H, Téllez-Rojo MM. Children's Blood Lead Concentrations from
      1988 to 2015 in Mexico City: The Contribution of Lead in Air and Traditional Lead-Glazed
      Ceramics. Int J Environ Res Public Health. 2018 Sep 30;15(10). pii: E2153. doi:
      10.3390/ijerph15102153. PubMed PMID: 30274368; PubMed Central PMCID: PMC6210390.

321.  Ding N, Wang X, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Dietary patterns,
      bone lead and incident coronary heart disease among middle-aged to elderly men. Environ Res.
      2019 Jan;168:222-229. doi: 10.1016/j.envres.2018.09.035. Epub 2018 Sep 27. PMID: 30317107;
      PMCID: PMC6263823.

322.  Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P,
      Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4
      allele modifies the association of lead exposure with age-related cognitive decline in older
      individuals" [Environ. Res. 151 (2016) 101-105]. Environ. Res. 2018 Aug;165:504. doi:
      0.1016/j.envres.2017.11.022. Epub 2017 Nov 26. PubMed PMID: 29183624.  (*correct citation
      [first in this CV] for earlier publication that was missing co-authors*).

323.  Wu Y, Jansen EC, Peterson KE, Foxman B, Goodrich JM, Hu H, Solano-González M, Cantoral
      A, Téllez-Rojo MM, Martinez-Mier EA. The associations between lead exposure at multiple
      sensitive life periods and dental caries risks in permanent teeth. Sci Total Environ. 2019 Mar
      1;654:1048-1055. doi:10.1016/j.scitotenv.2018.11.190. Epub 2018 Nov 14. PubMed PMID:
      30841379; PubMed Central PMCID: PMC6407640.

324.  Lin Y, Huang L, Xu J, Specht AJ, Yan C, Geng H, Shen X, Nie LH, Hu H. Blood lead, bone lead
      and child attention-deficit-hyperactivity-disorder-like behavior.  Sci Total Environ. 2019 Apr
      1;659:161-167. doi: 10.1016/j.scitotenv.2018.12.219. Epub 2018 Dec 15. PubMed PMID:
      30597466.

325.  Liu Y, Téllez-Rojo M, Hu H, Sánchez BN, Martinez-Mier EA, Basu N, Mercado-García A,
      Solano-González M, Peterson KE. Fluoride exposure and pubertal development in children
      living in Mexico City. Environ Health. 2019 Mar 29;18(1):26. doi: 10.1186/s12940-019-0465-7.
      PubMed PMID: 30922319; PubMed Central PMCID: PMC6439980.

326.  Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE,
      Hu H, Téllez-Rojo MM, Martinez-Mier EA. Fluoride Content in Foods and Beverages From
      Mexico City Markets and Supermarkets. Food Nutr Bull. 2019 Jul 25:379572119858486. doi:

10.1177/0379572119858486. [Epub ahead of print] PubMed PMID: 31342782.

327.   Jansen EC, Dunietz GL, Dababneh A, Peterson KE, Chervin RD, Baek J, O'Brien L, Song PXK, Cantoral A, Hu H, Téllez-Rojo MM. Cumulative Childhood Lead Levels in Relation to Sleep During Adolescence. J Clin Sleep Med. 2019 Oct 15;15(10):1443-1449. doi: 10.5664/jcsm.7972. PubMed PMID: 31596209; PubMed Central PMCID: PMC6778356.

328.   Perng W, Tamayo-Ortiz M, Tang L, Sánchez BN, Cantoral A, Meeker JD, Dolinoy DC, Roberts EF, Martinez-Mier EA, Lamadrid-Figueroa H, Song PXK, Ettinger AS, Wright R, Arora M, Schnaas L, Watkins DJ, Goodrich JM, Garcia RC, Solano-Gonzalez M, Bautista-Arredondo LF, Mercado-Garcia A, Hu H, Hernandez-Avila M, Tellez-Rojo MM, Peterson KE. Early Life Exposure in Mexico to ENvironmental Toxicants (ELEMENT) Project. BMJ Open. 2019 Aug 26;9(8):e030427. doi: 10.1136/bmjopen-2019-03 27. PubMed PMID: 31455712; PubMed Central PMCID: PMC6720157.

329.   Liu Y, Ettinger AS, Téllez-Rojo MM, Sánchez BN, Zhang Z, Cantoral A, Hu H, Peterson KE. Prenatal lead exposure, type 2 diabetes and cardiometabolic risk factors in children at age 10-18 years: a birth cohort study in Mexico City.  J Clin Endocrinol Metab. 2019 Oct 14. pii: dgz038. doi: 10.1210/clinem/dgz038. [Epub ahead of print] PubMed PMID:31608940.

330.   Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC, Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H.  Improving and Expanding Estimates of the Global Burden of Disease due to Environmental Health Risk Factors.  2019 Oct;127(10):105001. doi: 10.1289/EHP5496. Epub 2019 Oct 18. PubMed PMID: 31626566.

331.   Hu H. From Air Pollution to the Anthropocene and Planetary Health. Implications for Clinicians, Researchers, and Society. Ann Am Thorac Soc. 2020 Feb;17(2):165-168. doi: 10.1513/AnnalsATS.201910-730PS. PMID: 31661632.

332.   Colicino E, Just A, Kioumourtzoglou MA, Vokonas P, Cardenas A, Sparrow D, Weisskopf M, Nie LH, Hu H, Schwartz JD, Wright RO, Baccarelli AA. Blood DNA methylation biomarkers of cumulative lead exposure in adults. J Expo Sci Environ Epidemiol. 2019 Oct 21. doi: 10.1038/s41370-019-0183-9. [Epub ahead of print]PubMed PMID: 31636367.

333.   Wang X, Kim D, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Effect of Dietary Sodium and Potassium Intake on the Mobilization of Bone Lead among Middle-Aged and Older Men: The Veterans Affairs Normative Aging Study. Nutrients. 2019 Nov 13;11(11):2750. doi: 10.3390/nu11112750. PMID: 31766133; PMCID: PMC6893449.

334.   Mehdizadeh A, Alavi A, Piguet V, Sibbald G, Vernich L, Marchand M, Rosella L, Hu H, Laporte A, Bashash M. Surgically resected hidradenitis suppurativa: a population-based cost analysis. Br J Dermatol. 2019 Nov 27. doi: 10.1111/bjd.18738. Epub ahead of print. PMID:

31774145.

335.    Cantoral A, Montoya A, Luna-Villa L, Roldán-Valadez EA, Hernández-Ávila M, Kershenobich
        D, Perng W, Peterson KE, Hu H, Rivera JA, Téllez-Rojo MM. Overweight and obesity status
        from the prenatal period to adolescence and its association with Non-alcoholic fatty liver disease
        in young adults: cohort study. BJOG. 2020 Mar 7. doi: 10.1111/1471-0528.16199. Epub ahead
        of print. PMID: 32145139.

336.    Liu Y, Téllez-Rojo M, Sánchez BN, Ettinger AS, Osorio-Yáñez C, Solano M, Hu H, Peterson
        KE. Association between fluoride exposure and cardiometabolic risk in peripubertal Mexican
        children. Environ Int. 2020 Jan;134:105302. doi: 10.1016/j.envint.2019.105302. PMID:
        31726363; PMCID: PMC6904509.

337.    Bakulski KM, Seo YA, Hickman RC, Brandt D, Vadari HS, Hu H, Park SK. Heavy Metals
        Exposure and Alzheimer's Disease and Related Dementias. J Alzheimers Dis. 2020;76(4):1215-
        1242. doi: 10.3233/JAD-200282. PMID: 32651318; PMCID: PMC7454042.

338.    Rygiel CA, Dolinoy DC, Perng W, Jones TR, Solano M, Hu H, Téllez-Rojo MM, Peterson KE,
        Goodrich JM. Trimester-Specific Associations of Prenatal Lead Exposure With Infant Cord
        Blood DNA Methylation at Birth. Epigenet Insights. 2020 Jul 20;13:2516865720938669. doi:
        10.1177/2516865720938669. PMID: 32734142; PMCID: PMC7372614.

339.    Yepes JF, McCormick-Norris J, Vinson LA, Eckert GJ, Hu H, Wu Y, Jansen EC, Peterson KE,
        Téllez-Rojo MM, Mier EAM. Blood levels of lead and dental caries in permanent teeth. J Public
        Health Dent. 2020 Sep;80(4):297-303. doi: 10.1111/jphd.12384. Epub 2020 Jul 30. PMID:
        32729942.

340.    Causey K, Burkart K, Collman G, Hu H, Brauer M, London SJ. Increasing the impact of
        environmental epidemiology in the Global Burden of Disease project. Epidemiology. 2020 Oct
        5. doi: 10.1097/EDE.0000000000001273. Epub ahead of print. PMID: 33031218.

341.    Park SK, Sack C, Sirén MJ, Hu H. Environmental Cadmium and Mortality from Influenza and
        Pneumonia in U.S. Adults. Environ Health Perspect. 2020 Dec;128(12):127004. doi:
        10.1289/EHP7598. Epub 2020 Dec 16. PMID: 33325772; PMCID: PMC7739956.

342.    Ericson B, Hu H, Nash E, Ferraro G, Sinitsky J, Taylor MP. Blood lead levels in low-income and
        middle-income countries: a systematic review. Lancet Planet Health. 2021 Mar;5(3):e145-e153.
        doi: 10.1016/S2542-5196(20)30278-3. PMID: 33713615.

343.    Castiblanco-Rubio GA, Muñoz-Rocha TV, Cantoral A, Téllez-Rojo MM, Ettinger AS, Mercado-
        García A, Peterson KE, Hu H, Martínez-Mier EA. Dietary fluoride intake over the course of
        pregnancy in Mexican women. Public Health Nutr. 2021 Jun;24(9):2388-2396. doi:
        10.1017/S1368980021000781. Epub 2021 Feb 19. PMID: 33602354.

CV: Howard Hu, M.D., M.P.H., Sc.D.

344.    Betanzos-Robledo L, Cantoral A, Peterson KE, Hu H, Hernández-Ávila M, Perng W, Jansen E, Ettinger AS, Mercado-García A, Solano-González M, Sánchez B, Téllez-Rojo MM. Association between cumulative childhood blood lead exposure and hepatic steatosis in young Mexican adults. Environ Res. 2021 May;196:110980. doi: 10.1016/j.envres.2021.110980. Epub 2021 Mar 7. PMID: 33691159; PMCID: PMC8119339.

345.    Stratakis N, Golden-Mason L, Margetaki K, Zhao Y, Valvi D, Garcia E, Maitre L, Andrusaityte S, Basagana X, Borràs E, Bustamante M, Casas M, Fossati S, Grazuleviciene R, Haug LS, Heude B, McEachan RRC, Meltzer HM, Papadopoulou E, Roumeliotaki T, Robinson O, Sabidó E, Urquiza J, Vafeiadi M, Varo N, Wright J, Vos MB, Hu H, Vrijheid M, Berhane KT, Conti DV, McConnell R, Rosen HR, Chatzi L. In Utero Exposure to Mercury Is Associated With Increased Susceptibility to Liver Injury and Inflammation in Childhood. Hepatology. 2021 Sep;74(3):1546-1559. doi: 10.1002/hep.31809. Epub 2021 Aug 30. PMID: 33730435; PMCID: PMC8446089.).

346.    Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children. Risk Anal. 2021 Jun 8. doi: 10.1111/risa.13767. Epub ahead of print. PMID: 34101876.

347.    Rygiel CA, Goodrich JM, Solano-González M, Mercado-García A, Hu H, Téllez-Rojo MM, Peterson KE, Dolinoy DC. Prenatal Lead (Pb) Exposure and Peripheral Blood DNA Methylation (5mC) and Hydroxymethylation (5hmC) in Mexican Adolescents from the ELEMENT Birth Cohort. Environ Health Perspect. 2021 Jun;129(6):67002. doi: 10.1289/EHP8507. Epub 2021 Jun 21. PMID: 34152198; PMCID: PMC8216410.

348.    Castiblanco-Rubio GA, Muñoz-Rocha TV, Téllez-Rojo MM, Ettinger AS, Mercado-García A, Peterson KE, Hu H, Cantoral A, Martínez-Mier EA. Dietary Influences on Urinary Fluoride over the Course of Pregnancy and at One-Year Postpartum. Biol Trace Elem Res. 2021 Jun 26. doi: 10.1007/s12011-021-02799-8. Epub ahead of print. PMID: 34176079.

349.    Margetaki K, Vafeiadi M, Kampouri M, Roumeliotaki T, Karakosta P, Daraki V, Kogevinas M, Hu H, Kippler M, Chatzi L. Associations of exposure to cadmium, antimony, lead and their mixture with gestational thyroid homeostasis. Environ Pollut. 2021 Nov 15;289:117905. doi: 10.1016/j.envpol.2021.117905. Epub 2021 Aug 4. PMID: 34371266.

350.    Zamora AN, Watkins DJ, Peterson KE, Téllez-Rojo MM, Hu H, Meeker JD, Cantoral A, Mercado-García A, Jansen EC. Prenatal maternal pesticide exposure in relation to sleep health of offspring during adolescence. Environ Res. 2022 Mar;204(Pt A):111977. doi: 10.1016/j.envres.2021.111977. Epub 2021 Aug 29. PMID: 34469742; PMCID: PMC8639673.

351.    Sood N, Pernet O, Lam CN, Klipp A, Kotha R, Kovacs A, Hu H. Seroprevalence of Antibodies Specific to Receptor Binding Domain of SARS-CoV-2 and Vaccination Coverage Among Adults in Los Angeles County, April 2021: The LA Pandemic Surveillance Cohort Study. JAMA

Netw Open. 2022 Jan 4;5(1):e2144258. doi: 10.1001/jamanetworkopen.2021.44258. PMID: 35050360; PMCID: PMC8777558.

352.    Kang H, Hu H, Park SK. Serum antioxidant status and mortality from influenza and pneumonia in US adults. Public Health Nutr. 2022 Jan 10:1-10. doi: 10.1017/S1368980022000027. Epub ahead of print. PMID: 35000647.

353.    Nicholas W, Sood N, Lam CN, Kotha R, Hu H, Simon P. Did prioritizing essential workers help to achieve racial/ethnic equity in early COVID-19 vaccine distribution? The LA pandemic surveillance cohort study. Am J Ind Med. 2022 Apr;65(4):231-241. doi: 10.1002/ajim.23335. Epub 2022 Feb 20. PMID: 35187706; PMCID: PMC9082038.

354.    Hu H, Cohen G, Sharma B, Yin H, McConnell R.  Sustainability in Health Care.  Annual Rev Environ Resources 2022. 47:173-196.  https://doi.org/10.1146/annurev-environ-112320-095157.

355.    Goodman CV, Bashash M, Green R, Song P, Peterson KE, Schnaas L, Mercado-García A, Martínez-Medina S, Hernández-Avila M, Martinez-Mier A, Téllez-Rojo MM, Hu H, Till C. Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6-12 years in the ELEMENT cohort. Environ Res. 2022 Mar 9;211:112993. doi: 10.1016/j.envres.2022.112993. Epub ahead of print. PMID: 35276192.

356.    Fuller R, Landrigan PJ, Balakrishnan K, Bathan G, Bose-O'Reilly S, Brauer M, Caravanos J, Chiles T, Cohen A, Corra L, Cropper M, Ferraro G, Hanna J, Hanrahan D, Hu H, Hunter D, Janata G, Kupka R, Lanphear B, Lichtveld M, Martin K, Mustapha A, Sanchez-Triana E, Sandilya K, Schaefli L, Shaw J, Seddon J, Suk W, Téllez-Rojo MM, Yan C. Pollution and health: a progress update. Lancet Planet Health. 2022 Jun;6(6):e535-e547. doi: 10.1016/S2542-5196(22)00090-0. Epub 2022 May 18. Erratum in: Lancet Planet Health. 2022 Jun 14;: PMID: 35594895.

357.    Nicolo M, Kawaguchi ES, Ghanem-Uzqueda A, Kim AE, Soto D, Deva S, Shanker K, Rogers C, Lee R, Casagrande Y, Gilliland F, Van Orman S, Klausner J, Kovacs A, Conti D, Hu H, Unger JB. Characteristics associated with COVID-19 vaccination status among staff and faculty of a large, diverse University in Los Angeles: The Trojan Pandemic Response Initiative. Prev Med Rep. 2022 Jun;27:101802. doi: 10.1016/j.pmedr.2022.101802. Epub 2022 Apr 23. PMID: 35493961; PMCID: PMC9034831.

358.    Danziger J, Dodge LE, Hu H, Mukamal KJ. Susceptibility to Environmental Heavy Metal Toxicity among Americans with Kidney Disease. Kidney360. 2022 Apr 29;3(7):1191-1196. doi: 10.34067/KID.0006782021. PMID: 35919521; PMCID: PMC9337884.

359.    Lam CN, Nicholas W, De La Torre A, Chan Y, Unger JB, Sood N, Hu H. Factors associated with parents' willingness to vaccinate their children against COVID-19: The LA pandemic surveillance cohort study. AIMS Public Health. 2022 May 25;9(3):482-489. doi: 10.3934/publichealth.2022033. PMID: 36330284; PMCID: PMC9581747.

CV: Howard Hu, M.D., M.P.H., Sc.D.

360.   Lee RC, Hu H, Kawaguchi ES, Kim AE, Soto DW, Shanker K, Klausner JD, Van Orman S, Unger JB. COVID-19 booster vaccine attitudes and behaviors among university students and staff in the United States: The USC Trojan pandemic research Initiative. Prev Med Rep. 2022 Aug;28:101866. doi: 10.1016/j.pmedr.2022.101866. Epub 2022 Jun 27. PMID: 35785408; PMCID: PMC9235287.

361.   Shaffer RM, Forsyth JE, Ferraro G, Till C, Carlson LM, Hester K, Haddock A, Strawbridge J, Lanfear CC, Hu H, Kirrane E. Lead exposure and antisocial behavior: A systematic review protocol. Environ Int. 2022 Aug 4;168:107438. doi: 10.1016/j.envint.2022.107438. Epub ahead of print. PMID: 35994796.

362.   Hu H, Gilliland F, Baezconde-Garbanati L. Communities, Mistrust, and Implementation: Addressing a Large Gap in the National Strategy for COVID-19 and Future Pandemics. Am J Public Health. 2022 Dec;112(12):1713-1715. doi: 10.2105/AJPH.2022.307115. Epub 2022 Oct 27. PMID: 36302214; PMCID: PMC9670215.

363.   Reyes Sánchez JD, Trejo-Valdivia B, Schnaas L, Osorio-Valencia E, Lamadrid-Figueroa H, Bautista-Arredondo LF, Peterson KE, Hu H, Téllez-Rojo MM. Early life exposure to lead and its association with parent-reported aggression and conduct problems during childhood and adolescence. Neurotoxicology. 2022 Dec;93:265-271. doi: 10.1016/j.neuro.2022.10.008. Epub 2022 Oct 15. PMID: 36252845.

364.   Paudel S, Geetha P, Kyriazis P, Specht A, Hu H, Danziger J. Association of environmental lead toxicity and hematologic outcomes in patients with advanced kidney disease. Nephrol Dial Transplant. 2022 Dec 22:gfac336. doi: 10.1093/ndt/gfac336. Epub ahead of print. PMID: 36549667.

365.   Danziger J, Dodge LE, Hu H. Role of renal function in the association of drinking water fluoride and plasma fluoride among adolescents in the United States: NHANES, 2013-2016. Environ Res. 2022 Oct;213:113603. doi: 10.1016/j.envres.2022.113603. Epub 2022 Jun 7. PMID: 35688217.

366.   Wang X, Bakulski KM, Mukherjee B, Hu H, Park SK. Predicting cumulative lead (Pb) exposure using the Super Learner algorithm. Chemosphere. 2022 Nov 5;311(Pt 2):137125. doi: 10.1016/j.chemosphere.2022.137125. Epub ahead of print. PMID: 36347347.

367.   Nicolo M, Kawaguchi E, Ghanem-Uzqueda A, Kim AE, Soto D, Deva S, Shanker K, Rogers C, Lee R, Gilliland F, Van Orman S, Klausner J, Kovacs A, Conti D, Hu H, Unger JB. Correlates of COVID-19 vaccination status among college students. J Am Coll Health. 2023 Jan 3:1-3. doi: 10.1080/07448481.2022.2157216. Epub ahead of print. PMID: 36596228.

368.   Pernet O, Balog S, Kawaguchi ES, Lam CN, Anthony P, Simon P, Kotha R, Sood N, Hu H, Kovacs A. Quantification of Severe Acute Respiratory Syndrome Coronavirus 2 Binding
CV: Howard Hu, M.D., M.P.H., Sc.D.

Antibody Levels To Assess Infection and Vaccine-Induced Immunity Using WHO Standards. Microbiol Spectr. 2023 Feb 14;11(1):e0370922. doi: 10.1128/spectrum.03709-22. Epub 2023 Jan 23. PMID: 36688648; PMCID: PMC9927585.

369.    Hu H.  Toxic Metals: The Poisons that are "Killing Us Softly".  Invited commentary for the J Am Heart Assoc. Available at: https://professional.heart.org/en/science-news/contaminant-metals-as-cardiovascular-risk-factors/Commentary.

370.    Stafylis C, Hernandez-Tamayo C, Kovacs A, Emerson J….Hu H, Klausner JD.  Surveillance of SARS-CoV-2 and variants using digital droplet polymerase chain reaction at a large university and healthcare system in Los Angeles, California.  Open Forum Infect Dis (accepted).

371.    Nicolo M, Kawaguchi E, Ghanem-Uzqueda A, Soto D, Deva S, Shanker K, Lee R, Gilliland F, Klausner JD, Baezconde-Garbanati L, Kovacs A, Van Orman S, Hu H, Unger JB.  Trust in science and scientists among university students, staff, and faculty of a large, diverse university in Los Angeles during the COVID-19 pandemic, The Trojan Pandemic Response Initiative.  BMC Public Health (in press).

372.    Allan-Blitz L-T, Goodrich J, Hu H, Akbari O, Klausner J.  Altered tumor necrosis factor response in Neurologic Post-Acute SARS-Co-V-2 Syndrome.  J Interferon Cytokine Research (accepted).

373.    Ahmed AT, Hector E, Peter KE, Tellez-Rojo MM, Mier-Martinez A.  Early Lead Exposure is Associated with Molar Hypomineralization.  Ped Dentistry (accepted).

374.    Halabicky O, Tellez-Rojo MM, Miller AL, Goodrich JM, Dolinoy DC, Hu H, Peterson KE.  Associations of prenatal and childhood Pb exposure with allostatic load in adolescence: Finds from the ELEMENT cohort study.  Environ Res.  Online 12, July 2023: Associations of prenatal and childhood Pb exposure with allostatic load in adolescence: Findings from the ELEMENT cohort study - ScienceDirect.

375.    Caravanos J, Nassif J, Lanphear B, Landrigan PJ, Hu H, Fuller R.  Invited perspective: Changing the reporting units for lead in blood.  Environ Health Persp (accepted).

Pre-prints (not yet peer-reviewed and published) on medRχiv

Other Peer-reviewed Publication

1.      Hu H.  Investigating allegations using survey epidemiology.  Proceedings of the International Conference on Combatting the Use of Chemical and Biological Weapons. Geneva May 24-27, 1989. International Commission of Health Professionals: Geneva.

CV: Howard Hu, M.D., M.P.H., Sc.D.

2.      Kim R, Hu H.  New biomarkers of lead dose and toxicity.  Proceedings of the Pacific Basin Conference on Hazardous Waste, Edmonton, Alberta, May 7-12, 1995.  East-West Center: Honolulu.

3.      Hu H, Kim R, Payton M, Korrick S, Sparrow D, Weiss ST.  The relationship of bone and blood lead to hypertension: further analyses of the normative aging study data.  Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Nov 4-8, 1996.  East-West Center: Honolulu.

4.      Hu H, Kim R, Fleischaker G, Aro A.  K-X-ray fluorescence: measuring bone lead as a biomarker of cumulative lead dose.   Proceeding of "Biomarkers, the Genome, and the Individual: Workplace and Medical Implications of a Rapidly Evolving Technology".  May, 1997, Charleston, SC.

5.      Hu H, Johnson K, Heldman R, Jones K, Komaroff AL, Schacterle R, Barsky A, Becker A, Holman L.  A comparison of single photon emission computed tomography in normal controls, in subjects with multiple chemical sensitivity syndrome and in subjects with chronic fatigue syndrome.  Department of Labor and Industries, State of Washington.  1999 (peer-reviewed technical report).

6.      Wright R, Mulkern R, White R, Aro A, Hu H.  Magnetic resonance spectroscopy in the neurologic assessment of adult lead poisoning.  Proceeding of the Silver Anniversary International Conference on Heavy Metals in the Environment.  August, 2000, Ann Arbor, MI.

7.      Tsaih S-W, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  Influence of dietary ascorbic acid intake on lead mobilized from bone among middle-aged and elderly men: the Normative Aging Study.    Proceeding of the Silver Anniversary International Conference on Heavy Metals in the Environment. August 2000, Ann Arbor, MI.

8.      Hu H, O'Neill M, Ebi K, Kotha R, Patz J, Keeler J, Erdmann C, Xi C, Ebi K.  Coping with Climate Change: Public Health Sector Synthesis.  Proceedings of the National Summit on Coping with Climate Change, University of Michigan, Ann Arbor, 8-10 May 2007

<u>Non-peer reviewed publications</u>

1.      Hu H.  Occupational health: on the job training for medical students.  The New Physician, May 1979:24-25.

2.      Hu H, Shaffer N. Trade unionism for doctors.  (Letter to the Editor).  N Engl J Med 1985;323:926.

3.      Kern D, Christiani DC, Kelsey KT, Hu H, Frumkin H, Kreiss K, Rose C, Newman LS, Jarvis J, Garabrant D.  Asbestos related diseases.  (Letter to the Editor).  N Engl J Med 1991;324:195-

196.

3.      Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly  1993;3:141-142 (reply to letter).

4.      Hoppin JA, Ryan PB, Hu H, Aro ACA.  Bone lead levels and delinquent behavior (letter to the editor).  J Am Med Assoc 1996;275:1727.

5.      Hu H, Aro A, Payton M, Korrick S, Weiss S, Sparrow D.  Lead and hypertension (reply to Letters to the Editor).  J Am Med Assoc 1996;276:1038.

6.      Hu H.  Inorganic lead exposure: Metabolism and intoxication.  (book review).  Am J Epi 1997;145:382-383.

7.      Hu H. The exportation of hazardous industries, products, and wastes: globally-distributed chemicals and associated toxins.  Our Planet.  United Nations Environmental Program North America (Suppl) 1997;8:3-4.

8.      Sumner D, Hu H, Woodward A.  Health risks of ionizing radiation.  Science for Democratic Action  2000;8:1-4.

9.      Schwartz BS, Stewart W, Hu H.  Critique of Goodman et al.: Lead and neurobehavioral test scores in adults.  OEM Online - Occupational and Environmental Medicine, May 8, 2002 (http://oem.bmjjournals.com/cgi/eletters/59/4/217).

10.     Mitchell CS, Moline J, Avery AN, Baker D, Blessman JE, Carson AI, Cosby O, Darcey D, Ducatman A, Emmett EA, Forst L, Gerr F, Gochfeld M, Guidotti TL, Harber P, Hu H, Hegmann KT, Kipen HM, Levin J, McGrail MP, Meyer JD, Mueller KL, Prince S, Rubin R, Schwerha JJ, Sprince NL, Taiwo O, Upfal M.   In response to the 2002, vol. 22, no. 4 article entitled "The rise and fall of occupational medicine in the United States". Am J Prev Med. 2002;23:307-9.

11.     Ettinger AS, Hu H.  Lead and its impact on children—the Environmental Health dimension.  Contact  2005;179:13-15.

12.     Hu H, Tellez-Rojo M, LaMadrid-Figueroa H, Mercado-Garcia A, Herandez-Avila M, Bellinger D, Smith D, Ettinger AS, Schnaas L.  Response to Letter to the Editor by Ronchetti.  Environ Health Perpec 2007;115:A186-187.

13.     Weisskopf MG, Weuve J, Jarrell J, Hu H, Tellez-Rojo MM, Hernandez-Avila M.  Reply to Letter to the Editor by Jongbloet.  Hum Reprod. 2007 Oct;22(10):2792-3. Epub 2007 Jun 28.

14.     Aguilar Madrid G, Beaudry M, Bell W, Bowes D, Brophy J, Burdorf A, Carlsten C, Castleman B, Chaturvedi S, Conti ME, Corra L, Corrêa Filho HR, Cranor CF, Cullen E, Dalvie A, Dickson RC, Digon A, Egilman D, Eisner Falvo C, Fischer E, Frank AL, Frank E, Gee D,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Giannasi F, Goldstein BD, Greenberg M, Guidotti TL, Harris WA, Hindry M, Houlson A, Hu H, Huff J, Infante PF, Thambyappa J, Juarez Perez CA, Jeebhay MF, Joshi TK, Keith M, Keyserlingk JR, Khatter K, King D, Kodeih N, Kristensen J, Kulsomboon V, Landrigan PJ, Lee CW, Leigh J, Lemen RA, Lippman A, London L, Matzopoulos R, McCulloch J, McDiarmid MA, Mehrdad R, Mirabelli D, Moshammer H, Notebaert É, Nycz Z, Oberta AF, O'Connor J, O'Neill R, Orris P, Ozonoff D, Paek D, Rickard C, Rodriguez EJ, Sass J, Sentes KE, Simpson IM, Soffritti M, Soskolne CL, Sparling SP, Spiegel J, Takahashi K, Takaro TK, Terracini B, Thébaud-Mony A, Trosic I, Turcotte F, Vakil C, Van Der Walt A, Waterman YR, Watterson A, Wegman DH, Welch LS, Weiss SH, Winston R, Yassi A. Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile asbestos use is not safe and must be banned. Arch Environ Occup Health. 2013;68(4):243-9. doi: 10.1080/19338244.2013.780807. PubMed PMID: 23697697.

15.    Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA.  Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ. Res. 2017 Nov 25. pii: S0013-9351(17)31700-0. doi:10.1016/j.envres.2017.11.022. [Epub ahead of print] PubMed PMID: 29183624.

16.    Hu H.  Reply to Igor Gonda's Comment on "From Air Pollution to the Anthropocene and Planetary Health".  Annals Am Thoracic Soc.  (accepted).

17.    Park SK, Hu H.  Response to "Comment on 'Environmental Cadmium and Mortality from Influenza and Pneumonia in U.S. Adults'" Environmental Health Perspectives.  (in press).


Book Chapters (peer-reviewed)

1.     Hu H.  Renal and urinary tract disorder.  In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

2.     Hu H.  Other physical hazards.  In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

3.     Frumkin H, Hu H.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

4.     Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*. 2nd edition. Boston: Little, Brown, 1988:263-279.

5.     Frumkin H, Hu H, Travers P.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston:

Little, Brown, 1988.

6.      Hu H.  The effects of ultraviolet radiation. In: Upton R, Positano R, eds. Med Clin N Amer: Environmental Medicine. March 1990;74:509-514.

7.      Hu H.  Non-ionizing radiation. In: Levy B, Weeks J, eds., *Control of Occupational Diseases; Center for Disease Control.*  Washington, D.C.: American Public Health Association:1991:508-515.

8.      Hu H.  Toxicodynamics of riot control agents (lacrimators).  In:  Somani SM, ed.  *Chemical Warfare Agents*. New York: Academic Press, 1992;271-288.

9.      Hu H, Besser M.  Other physical hazards. In: Paul M, ed. *Occupational and Environmental Reproductive Hazards: A Guide for Clinicians*.  Philadelphia: Williams & Wilkins, 1992:218-232.

10.     Hu H.  Ultraviolet radiation.  *The Encyclopedia of the Environment*.  Boston: Houghton Mifflin Co.  1993:750.

11.     Hu H, Kim N.  Drinking water pollution and human health.  In: Chivian E, McCally M, Hu H, Haines H, eds.  Human Health and the Environment--A Doctor's Report.  Cambridge: The MIT Press, 1993:31-48.

12.     Bowen E, Hu H.  Food Contamination Due to Environmental Pollution.  In: Chivian E, McCally M, Hu H, Haines H, eds. *Human Health and the Environment--A Doctor's Report*.  Cambridge: The MIT Press 1993:49-69.

13.     Kales S, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  3rd edition. Boston: Little, Brown, 1994:337-354.

14.     Hu H, Speizer F.  Physicians and Environmental/Occupational Hazards.  In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper D, eds. *Harrison's Principles of Internal Medicine*, (13th edition). New York: McGraw-Hill, Inc., 1994:2439-2441.

15.     Frumkin H, Hu H, Travers PH.  Training and Career Opportunities.  In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  Boston:Little, Brown, Co. 1994:16-24.

16.     Hu H. Health Effects from Lead Exposure: A Review.   In: Hernandez-Avila M, Palazuelos Rendon E, ed. *Lead Pollution in Mexico: Prevention and Control*.  Cuernavaca: National Institute of Public Health.  1995.

17.     Hu H, Kim R, Fleischaker G, Aro A.  Measuring bone lead as a biomarker of cumulative lead
CV: Howard Hu, M.D., M.P.H., Sc.D.

dose using K X-ray fluorescence.  In: *Biomarkers: Medical and Workplace Applications*.  ML Mendelsohn, LC Mohr, JP Peeters, Ed.  Washington DC: Joseph Henry Press.  1998.  pp. 71-86.

18.   Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:18-21.

19.   Hu H, Speizer F.  Specific Environmental and Occupational Hazards. In:Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds.  *Harrison's Principles of Internal Medicine,* (14th edition). New York: McGraw-Hill 1998:2521-2523.

20.   Hu H.  Heavy Metals.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:2564-2569.

21.   Leffler C, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease and Injury*. 4th edition.  Philadelphia: Lippincott Williams & Wilkins.  2000.

22.   Hu H.  Exposure to Metals.  In: LaDou J, ed.  Occupational Medicine.  *Primary Care: Clinics in Office Practice*. 2000 Dec;27(4):983-96.

23.   Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

24.   Hu H, Speizer F.  Specific Environmental and Occupational Hazards. In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

25.   Hu H.  Heavy Metals.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

26.   Goldman RH, Hu H. Overview of Adult Lead Poisoning. *UpToDate in Medicine*. Primary Care Section. (CD-ROM/Internet publication).  Begun in 2000, updated annually.

27.   Hu H.  Human Health and Toxic Metals.  Chapter in: *Life Support: the Environment and Human Health.*  M McCally, Editor.  MIT Press, 2002.

28.   Chivian E, Epstein PR, Ford TE, Goodenough DA, Hu H.  Bringing global issues to medical training.  (Letter to Editor).  Lancet 2002;359:714.

29.   Hu H, Woolf A.  Introduction: Environmental Medicine as an emerging discipline.  In: *Grand*

*Rounds in Environmental Medicine*.  Hu, H (Editor).  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

30.   Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:  Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

31.   Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

32.   Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*.  Frumkin H, Editor.  Jossey-Bass.  2005.

33.   Fischbein A, Hu H.  Occupational and environmental exposure to lead.  In *Environmental and Occupational Medicine, Fourth Edition,* edited by William N. Rom. Lippincott–Raven Publishers, Philadelphia 2006.

34.   Weisskopf MG, Wright RO, Hu H.  Early life environmental exposure and neurologic outcomes  in adults.  In: DB Bellinger, Ed.  *Human Developmental Neurotoxicology.*  The Taylor and Francis Publishing Group 2006.

35.   Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (17th edition). New York: McGraw-Hill 2008.

36.   Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*.  Frumkin H, Editor.  Jossey-Bass.  2nd Edition, 2009

37.   Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (18th edition). New York: McGraw-Hill 2011.

38.   Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (19th edition). New York: McGraw-Hill 2014.

39.   Bush KF, Balakrishnan K, Hu H.  Global Climate Change: Case Study of India.  In *Climate Change and Health.*  London: Oxford University Press.  (in press)

40.   (Hu H et al. ).  Epilogue: 'Global Health, Governance and Education'.  In *Global Population Health and Well-Being in the 21st Century: Toward NewParadigms, Policy and Practice.* George Lueddeke, Editor.  Springer, 2015.

CV: Howard Hu, M.D., M.P.H., Sc.D.

41.    Anderson G, Buckle R, Favrin G, Friend S, Geschwind D, Hu H, Oliver S, Peterson R, Rossor M, St. George-Hyslop P, Zhang B.  Big Data Approaches to Dementia: Opportunities and Challenges.  In *Dementia Research and Care: Can Big Data Help?*  G Anderson, J Oderkirk, Ed.  OECD Publishing, Paris. 2015.  http://dx.doi.org/10.1787/9789264228429-en

42.    Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (20th edition). New York: McGraw-Hill 2018.

43.    Hu H.  Childhood Lead Toxicity.  In: Levy, B, ed.  *Social Injustice and Public Health,* (3rd edition).  New York: Oxford University Press 2019.

44.    Bakulski K, Hu H, Park SK.  Lead, Cadmium, and Alzheimer's Disease.  In: *The Neuroscience of Dementia: Genetics, Neurology, Behavior and Diet.*  VR Preedy, CR Martin, Ed.  Elsevier, 1st Edition-August, 2020.

45.    Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (21st edition). New York: McGraw-Hill (in progress).


<u>Books, Monographs, Reports</u>

1.    Frumkin H, Hu H, eds. *Occupational and Environmental Health: A Resource Guide for Health Science Students* (National Institute of Occupational Safety and Health), March 1980; Publication # 90-118.

2.    Physicians for Human Rights.  *The Use of Tear Gas in the Republic of Korea: A Report by Health Professionals.*  Somerville: Physicians for Human Rights.  July 27, 1987.  Available at: https://s3.amazonaws.com/PHR_Reports/korea-1987-use-of-tear-gas-in-republic-of-korea.pdf

3.    Hu H, Cook-Deegan R, Shukri A.  *Winds of Death: Iraq's Use of Poison Gas Against its Kurdish Population*. Somerville, Massachusetts: Physicians for Human Rights, February 1989.  Available at: https://s3.amazonaws.com/PHR_Reports/winds-of-death-iraq-kurds-1989.pdf

4.    Korman P, Hu H, Planatamura D.  *Lead Abatement Manual: A Union Training Course for Workers and Supervisors*.  Commonwealth of Massachusetts, Department of Industrial Accidents, 1991.

5.    Hu H, Win UK, Arnison A.  *Health and Human Rights in Burma (Myanmar): 1988 to the present.*  Somerville, Massachusetts: Physicians for Human Rights, 1991.

6.    Hu H, Makhijani A, Yih K.  *Plutonium: Deadly Gold of the Nuclear Age*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons

CV: Howard Hu                                                                                          80

Production.  Cambridge: the International Physicians for the Prevention of Nuclear Weapons, 1992.

7.      Chivian E, McCally M, Hu H, Haines H, eds.  *Critical Condition: Human Health and the Environment*.  Cambridge: The MIT Press, 1993.

8.      Makhijani A, Hu H, Yih K.  *Nuclear Wastelands.  A Global Guide to Nuclear Weapons Production and Its Health and Environmental Effects*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production. Cambridge: The MIT Press, 1995.

9.      Hu, H.  (Editor).  *Grand Rounds in Environmental Medicine*.  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

10.     Basu N, Hu H.  *Toxic Metals and Indigenous Peoples Near the Marlin Mine in Western Guatemala: Potential Exposures and Impacts on Health*.  A report for Physicians for Human Rights.  March, 2010  (http://physiciansforhumanrights.org/library/report-2010-05-18.html).

11.     Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy (Hu: member). Ettinger AS and Wengrowitz AG, Editors.  *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women.*  Atlanta: Centers for Disease Control.  November, 2010.  Available at:
        https://www.cdc.gov/nceh/lead/prevention/pregnant.htm ; accessed May 20, 2020

12.     Taskforce on Environmental Health (Hu: Taskforce Chair).  *Time for Leadership: Recognizing and Improving Care for those with ME/CFS, FM and ES/MCS*.  Interim Report.  Ministry of Health and Longterm Care, Province of Ontario.  July, 2017  Available at:
        https://www.health.gov.on.ca/en/common/ministry/publications/reports/environmental_health_2017/default.aspx

13.     Energy Research Committee (Hu: Member).  *Potential Human Health Effects Associated with Unconventional Oil and Gas Development: A Systematic Review of the Epidemiology Literature*.  Health Effects Institute, September 2019.  Available at: https://hei-energy.org/publication/potential-human-health-effects-associated-unconventional-oil-and-gas-development

14.     Hu, H. *Environment, Health and Pollution: A Review of WHO's Guidelines for Pollution in Relation to Recent Evidence on Pollution Trends and Health Impacts*.  March, 2020.   Nairobi: United Nations Environment Programme.

        Abstracts of Work (Upon request)


CV: Howard Hu, M.D., M.P.H., Sc.D.

# **Plaintiffs**
# **Dr. Bruce Lanphear's CV**

## CURRICULUM VITAE

### Bruce Perrin Lanphear, MD, MPH

**Office Address**
Blusson Hall
8888 University Drive
Burnaby, BC V5A 1S6
Canada

**Home and Mailing Address**
3415 Ash Street
Vancouver, BC, V5Z 3E5
Canada
e-mail:  blanphear@sfu.ca

**Date of Birth:**   January 12th, 1963

**Marital status:**   Married to Nancy Ebbesmeyer Lanphear, M.D., a developmental pediatrician

**Citizenship:**   Canada and United States of America (dual citizenship)

**Specialty:**   Board Certified in General Preventive Medicine & Public Health

### Employment

| | |
|---|---|
| 1984-1986 | Paramedic, Jackson County Jail, Kansas City, Missouri |
| 1988-1989 | Physician, International Travel Clinic, University of Cincinnati, Cincinnati, Ohio |
| 1988-1989 | Staff Physician, Sexually Transmitted Disease Clinic, Cincinnati Public Health Department, Cincinnati, Ohio |
| 1989-1992 | Assistant Professor of Environmental Health, Associate Director, Medical Center Health Services, University of Cincinnati |
| 1992-1997 | Senior Instructor, Departments of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1992-1994 | National Research Scholar Award in General Pediatric Research, University of Rochester School of Medicine and Dentistry. |
| 1992-1997 | Assistant Professor, Department of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1997-2002 | Associate Professor, Department of Pediatrics, Children's Hospital Medical Center and the University of Cincinnati, Cincinnati, Ohio. |
| 1997-2008 | Director, General Pediatric Research Fellowship Training Program, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2008 | Director, Children's Environmental Health Center, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2006 | Associate Professor (Adjunct), Departments of Pediatrics and of Environmental Medicine, University of Rochester School of Medicine & Dentistry, Rochester, NY. |
| 1998-2003 | Associate Director for Research, Division of General & Community Pediatrics, Children's Hospital Medical Center. |
| 2001-2002 | Associate Professor (tenured), Department of Pediatrics, University of Cincinnati, Cincinnati, Ohio. |
| 2001-2004 | Associate Professor (Adjunct), Department of Environmental Health Sciences, University of Michigan School of Public Health, Ann Arbor, Michigan. |
| 2002-2008 | Sloan Professor of Children's Environmental Health, Departments of Pediatrics and Environmental Health, University of Cincinnati, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio. |
| 2008-2012 | Adjunct Professor of Pediatrics, Department of Pediatrics, Cincinnati Children's Hospital Medical Center and the University of Cincinnati. |

2008-        Professor, Faculty of Health Sciences, Simon Fraser University
2008-        Investigator, BC Children's Hospital Research Institute, University of British Columbia
2019-        Adjunct Professor, Department of Epidemiology, Geisel School of Medicine at
             Dartmouth, Hanover, New Hampshire
2020-2022    Adjunct Professor, Department of Psychology, York University, Toronto, Ontario

**Education**

1980-1985    Bachelor of Arts in Biology
1980-1986    University of Missouri at Kansas City, Medical Degree (1986)
1986-1987    Internship, University of Arkansas for Medical Sciences, Little Rock, Arkansas
1987-1988    Master's in Public Health & Tropical Medicine
             Tulane School of Public Health & Tropical Medicine
1987-1989    General Preventive Medicine and Public Health Residency
             Tulane School of Public Health & Tropical Medicine
1992-1995    Postdoctoral Fellowship in General Academic Pediatric Research
             University of Rochester School of Medicine, Rochester, NY

**Awards and Honors**

2011    Sterling Prize in Controversy, Simon Fraser University
2012    Research Integrity Award, International Society for Environmental Epidemiology
2013    Public Policy and Advocacy Award, Academic Pediatric Association
2015    Research Award, Academic Pediatric Association
2015    Confederation of Union Faculty Associations of British Columbia Academic of the Year
        Award
2018    Lumina Award from the Women for Healthy Environmental Health, Pittsburgh, PA
2023    University of Bristol Benjamin Meaker Distinguished Visiting Professor, University of
        Bristol, Bristol, England

**Teaching Experience**

1992-1997    Course Instructor, "Public Health & the Environment", Department of Community &
             Preventive Medicine, The University of Rochester School of Medicine and Dentistry. A
             required course for MPH students taught annually.

1997-2008    Founding Director, NIH-funded, General Academic and Community Pediatric Research
             Fellowship Training Program, Cincinnati Children's Hospital Medical Center. This
             interdisciplinary, research training program, which included pediatricians, psychologists
             and epidemiologists, was the first training program in Children's Environmental Health.

1998-2008    Course Co-Instructor, "Children's Health & the Environment", Department of
             Environmental Health, The University of Cincinnati School of Medicine. A course taught
             every other year to MPH, PhD and postdoctoral trainees in medical subspecialties.

2008-        Course Instructor, "Children's Health and the Environment". A two-week intensive
             course for 4th year undergraduate students at Simon Fraser University.

2011-        Course Instructor, "Plagues, Pollutants and Poverty: The Origins and Evolution of
             Public Health". An undergraduate course at Simon Fraser University.

2

**Committee and Community Involvement**

| | |
|---|---|
| 1993-1997 | Lead Poisoning Prevention Task Force, Monroe County Health Department. |
| 1994-1997 | Investigational Review Board, Rochester General Hospital |
| 1995- | Scientific Consultant, National Center for Healthy Housing, Columbia, Maryland. |
| 1996-1997 | Member, New York State Task Force on Environmental Neurotoxins, University of Rochester School of Medicine |
| 1996-2001 | Member, National Institute for Environmental Health Sciences Grant Review Committee for Community-Based Interventions (FG) |
| 1996-1998 | Chairman, U.S. Department of Housing and Urban Development Committee on Lead-Contaminated House Dust |
| 1998 | Member, Review Group for National Research Service Awards, Health Resources and Services Administration |
| 1998-2000 | Member, Cincinnati Board of Health, Cincinnati, Ohio. |
| 1998-2001 | Member, Science and Research Work Group, Office of Children's Health Protection Advisory Committee, U.S. EPA |
| 1998-2000 | Member, Cincinnati Lead Poisoning Prevention Advisory Task Force, Cincinnati, Ohio. |
| 1999 | Member, K23 Grant Review Committee, National Institute for Environmental Health Sciences, August 1999 |
| 1999 | Member, Expert Panel on Soil Pica Behavior, Agency for Toxic Substance Disease Registry, June 7th-8th, Atlanta, Georgia |
| 2000 | Member, Panel on Health Disparities: Linking Biological and Behavioral Mechanisms with Social and Physical Environments, National Institute for Environmental Health Sciences, July 14-15th |
| 2000-2002 | Member, Workshop on Assessing Environmental Exposures to Children, U.S. Environmental Protection Agency, July 26-27th |
| 2000-2004 | Member, Children's Environmental Health Project, AAP's Child Health Research Center, Rochester, NY. |
| 2001 | Senate Testimony, "Ensuring that Children with Dangerous Levels of Lead in their Blood Receive Care as Early as Possible". Subcommittee on Housing and Transportation of the Committee on Banking, Housing and Urban Affairs, 107th U.S. Congress, November 13th, 2001. |
| 2001 | Reviewer, National Research Council, National Academy of Science Update of the 1999 Arsenic in Drinking Water Report |
| 2001-2003 | Member, Expert Panel on Children's Health and the Environment, North American Commission for Environmental Cooperation |
| 2002- | Member, Scientific Advisory Board, Scientist Communication Network. |
| 2003 | Member, "Herculaneum Health Study Workshop" Agency for Toxic Substance Diseases Registry, May 22nd to 23rd, 2003 |
| 2003-2004 | Panel Member, "Lead Poisoning in Pregnant Women", Mt. Sinai for Children's Health and the Environment, New York, NY |
| 2003 | Member, "Invitational Workshop on a proposed American Family Study" National Human Genome Research Institute, December 1st to 3rd, 2003. |

| | |
|---|---|
| 2004-2006 | Member, Committee on "Ethical Consideration for Research on Housing-Related Health-Hazards involving Children", National Research Council and the Institute of Medicine, The National Academies |
| 2004 | Congressional Testimony, "Tapped Out? Lead in the District of Columbia and the Providing of Safe Drinking Water", Subcommittee on Environment and Hazardous Materials of the Committee on Energy and Commerce, U.S. House of Representatives, 108th Congress, July 22nd, 2004 |
| 2005 | Reviewer, "Superfund and Mining Megasites – Lessons from the Couer d" Alene River Basin", National Research Council, The National Academies. |
| 2005 | Ad Hoc Member, NIEHS Board of Scientific Counselors Review of the Epidemiology Branch, April 3rd to April 5th, 2005 |
| 2005 | Senate Briefing, "The Connection of Environmental Chemicals and Learning Disabilities", U.S. Senate, May 10th, 2005 |
| 2006 | Invited Participant, NIEHS Strategic Planning Forum, National Institute for Environmental Health Sciences, Chapel Hill, North Carolina, October 17-18th, 2006. |
| 2006-2008 | Member, U.S. EPA's Clean Air Scientific Advisory Committee Lead Review Panel. |
| 2006-2008 | Member, National Children's Study Steering Committee, NICHD |
| 2006 | Invited Participant, "How Does Housing Affect Health Outcomes of Children?", MacArthur Foundation, Chicago, Illinois, June 21st-22nd, 2006. |
| 2006- 2010 | Member, External Scientific Advisory Committee, Richmond Center for Excellence in Tobacco Research, American Academy of Pediatrics. |
| 2007 | Testimony, Vermont State Legislature, "The Lingering Legacy of Lead Toxicity", Montpelier, Vermont, February 1st, 2007 |
| 2007 | Testimony, Connecticut State Legislature, "The Legacy of Lead Toxicity", Hartford, Connecticut, March 14th, 2007. (PG) |
| 2007 | Invited Testimony, United States Senate Hearing, "Lead and Children's Health". Committee on Environmental and Public Works, October 18th, 2007 |
| 2007-2008 | Member, Committee on "Committee on Contaminated Drinking Water at Camp Lejeune", National Research Council, The National Academies. |
| 2008 | Member, Expert Panel on Health and the Environment, Statistics Canada, Ottawa, |
| 2008 | Member, Alliance for the Global Elimination of Lead Paint, Intergovernmental Forum on Chemical Safety (IFCS), World Health Organization |
| 2008-2009 | Reviewer, Toxicological Review and Recommended Toxicological Reference Values for Environmental Lead Exposure in Canada, Health Canada |
| 2009-2013 | Scientific Advisor, Canada Lead Study funded by Health Canada (Patrick Levallois, Principal Investigator). |
| 2009-2014 | Board Member, Barro Sin Plomo |
| 2009-2010 | Member, Health and Environment Experts Advisory Group of the Canadian Longitudinal Study on Aging, Canadian Institutes of Health Research |
| 2010-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Dust Lead Standards |
| 2010-2013 | Advisor, Canada Environmental Health Law and Canadian Partnership for Children's Health and Environment Retrofit Project |
| 2010-2012 | Member, Physicians Advisory Panel, Canada Health Measures Survey |
| 2010 | Invited Testimony, United States Senate Hearing, "Research on Environmental Health Factors with Autism and Neurodevelopmental Disorders", August 3rd, 2010 |
| 2010 | Member, Joint FAO/WHO Expert Panel for Toxicological and Health Review of Bisphenol A |
| 2010-2015 | Board Member, Global Community Monitoring, Oakland, California |
| 2010-2017 | Chairman, Scientific Advisory Committee for Dartmouth University's Program in Children's Health and the Environment |

| | |
|---|---|
| 2011-2016 | Member, American Academy of Pediatrics Executive Council on Environmental Health |
| 2011-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Hazards of Partial Water Line Replacement |
| 2011 | Invited Testimony, Special Committee on Cosmetic Pesticides, Legislative Assembly, Province of British Columbia, October 7th, 2011 |
| 2011-2012 | Member, Panel on Health Effects of Low-level Lead, Office of Health Effects, National Toxicology Program of the National Institutes of Environmental Health Sciences, |
| 2012-2016 | Member, Expert Advisory Committee, Canada Health Measures Survey |
| 2012- | Member, Environmental Defence Fund Science Advisory Committee on Toxics |
| 2015 | Reviewer, Review of Clinical Guidance for the Care of Health Conditions Identified by the Camp Lejune Legislation, Institute of Medicine, The National Academies |
| 2016- | Member, The Lancet Commission on Pollution, Health & Development |
| 2016-2021 | Member, Project TENDR |
| 2016 | Member, Steering Committee, The National Lead Summit, United States |
| 2017 | Rockefeller Foundation Academic Writing Retreat, Bellagio, Italy |
| 2017- | Member, Advisory Committee for the Flint (MI) Cohort Study |
| 2017- | Pure Earth Leadership Council |
| 2018-2021 | Member Project TENDR Advisory Board |
| 2018-2021 | Member, Mercury Disability Board Committee, Health Canada |
| 2021 | Reviewer, National Academies of Science, Engineering and Medicine Report on Options for Reducing Lead-emissions from Piston-engine Aircraft |
| 2020-2021 | 3.5 Blood Lead Reference Value Work Group, Centers for Disease Control |
| 2021- | Member, U.S. Environmental Protection Agency's Clean Air Scientific Advisory Committee Lead Review Panel |
| 2022-2023 | Co-Chair, Science Advisory Committee on Pest Control Products, Pest Management Regulatory Agency, Health Canada |
| 2022 | Invited Testimony, U.S. Congress, House Committee on Oversight and Reform, "Health and Environmental Dangers of Leaded Aviation Fuel" July 28th, 2022. |

## Editorial Boards

| | |
|---|---|
| 2000-2015 | Assistant Editor, *Environmental Research* |
| 2000-2008 | Deputy Editor, *Public Health Reports* |
| 2004 | Associate Editor, *Pediatrics* supplement on Children's Environmental Health |
| 2004-2017 | Editorial Board Member, *PLoS Medicine* |
| 2005-2014 | Editorial Board Member, *Breastfeeding Medicine* |
| 2007- | Editorial Board Member, *Environmental Health* |
| 2008-2012 | Editorial Review Board Member, *Environmental Health Perspectives* |
| 2012-2015 | Associate Editor, *Environmental Health Perspectives* |
| 2016 - | Advisor, *Environmental Health Perspectives* News Section |
| 2019-2021 | Section Editor, Controversies in Pediatrics, Pediatric Research |

## Societies and Organizations

| | |
|---|---|
| 1989-2008 | American Public Health Association |
| 1996-2015 | Academic Pediatric Association |
| 1997-2012 | American Association for the Advancement of Science |
| 2000-2008 | Society for Pediatric Research |
| 2001-2008 | American Pediatric Society |
| 2001-2016 | Specialty Fellow, American Academy of Pediatrics |
| 2006- | Fellow, Collegium Ramazzini |

| | |
|---|---|
| 2006- | Member, International Society for Environmental Epidemiology |
| 2008- | Founding Member, International Society for Children's Health & the Environment |
| 2011-2017 | Secretary and Treasurer, International Society for Children's Health & the Environment |
| 2012- | Member, International Society for Exposure Science |
| 2017-2018 | Vice-President, International Society for Children's Health and the Environment |
| 2019-2021 | President, International Society for Children's Health and the Environment |

**Video and Website Production – www.littlethingsmatter.ca**

1. Canadian Environmental Health Atlas: A Portal to Discover the Promise of Environmental Health.
2. Shifting the Curve: The Impact of Toxins on ADHD in U.S. Children (video)
3. Little Things Matter: The Impact of Toxins on the Developing Brain (video)
4. Little Things Matter: The Impact of Toxins on Preterm Birth (video)
5. Prevention Paradox: Why We are Failing to Prevent Disease (video)
6. Little Things Matter: The Deadly Impact of Airborne Particles (video)
7. Cause or Cure: A Plea for Prevention (video)
8. Crime of the Century: The Failure to Prevent the Lead Pandemic (video)
9. The Impact of Fluoride on the Developing Brain (video)
10. Who is at Risk? The Impact of Toxic Chemicals on Children's Behaviors (video)
11. Little Things Matter: Going Organic (video)

**Original Research**

1. Lanphear BP. Deaths in Custody. American Journal Forensic Medicine & Pathology 1987;8:299-301.

2. Lanphear BP, Snider DE. Myths of Tuberculosis. J Occ Med 1991;33:501-504.

3. Linnemann CC Jr, Cannon C, DeRonde M, Lanphear BP. Effect of educational programs, rigid sharps containers, and universal precautions on reported needle-stick injuries in healthcare workers. Infection Control Hospital Epidemiology 1991;12:214-20.

4. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. Journal Occupational Med 1992;34:718-721.

5. Lanphear BP, Linnemann CC Jr, Cannon CG, DeRonde MM. Decline of clinical hepatitis B in workers at a general hospital. Clinical Infectious Disease 1993:11:10-14.

6. Lanphear BP, Linnemann CC Jr, Cannon C, DeRonde MM, Pendy L, Kerly L. Hepatitis C virus infection in health care workers. Infection Control Hospital Epidemiology 1994;15:745-750.

7. Lanphear BP, Emond M, Jacobs DE, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S. A side-by-side comparison of dust collection methods for sampling lead-contaminated house-dust. Environmental Research 1995;68:114-123.

8. Lanphear BP, Winter NL, Apetz L, Eberly S, Weitzman M. A randomized trial of the effect of dust control on children's blood lead levels. Pediatrics 1996;98:35-40.

9. Christy C, Pulcino M, Lanphear BP, McConnochie K. Screening for tuberculosis infection in urban children. Arch Pediatrics Adolescent Med 1996;150:722-726.

10.     Lanphear BP, Weitzman M, Eberly S. Racial differences in environmental exposures to lead. American Journal of Public Health 1996;86:1460-1463.

11.     Lanphear BP, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S, Emond M, Matte TD. Lead-contaminated house dust and urban children's blood lead levels. American Journal of Public Health 1996;86:1416-1421.

12.     Lanphear B, Byrd R, Auinger P, Hall C. Increasing prevalence of recurrent otitis media among children in the United States. Pediatrics 1997. http//www.pediatrics.org/cgi/contents/full99/3/e1

13.     Emond MJ, Lanphear BP, Watts A, Eberly S for the Rochester Lead-in-Dust Study Group. Measurement error and its impact on the estimated relationship between dust lead and children's blood lead. Environmental Research 1997;72:82-92.

14.     Lanphear BP, le Cessie S, Atkinson WL, Watelet L. Association of live births and the resurgence of measles. International Journal Epidemiology 1997;26:204-211.

15.     Rust SW, Burgoon DA, Lanphear BP, Eberly S. Log-additive versus log-linear analysis of lead-contaminated house dust and children's blood lead levels:  Implications for residential dust-lead standard. Environmental Research 1997;72:173-184.

16.     Lanphear BP, Roghmann KJ. Pathways of lead exposure in urban children.  Environmental Research 1997;74:67-73.

17.     Lanphear BP, Byrd RS, Auinger P, Schaffer S. Community characteristics associated with elevated blood lead levels in children. Pediatrics 1998;101:264-271.

18.     Lanphear BP, Rust SW, Burgoon DA, Eberly S, Galke W. Environmental exposures to lead and urban children's blood lead levels. Environmental Research 1998;76:120-130.

19.     Lanphear BP. The paradox of lead poisoning prevention. Science 1998;281:1617-1618.

20.     Lanphear BP, Hall CB, Black J, Auinger P. Risk factors for the early acquisition of HHV-6 and HHV-7 infection in children. Pediatric Infectious Disease Journal 1998;17:792-795.

21.     Lanphear BP, Matte TD, Rogers J, Clickner R, Dietz B, Bornschein RL, Succop P, Mahaffey KR, Dixon S, Galke W, Rabinowitz M, Farfel M, Rohde C, Schwartz J, Ashley P and Jacobs DE.  The contribution of lead-contaminated house dust and residential soil to children's blood lead levels: A pooled analysis of 12 epidemiologic studies. Environmental Research 1998;79:51-68.

22.     Marron R, Lanphear BP, Kouides R, Dudman L, Manchester R, Christy C. Efficacy of informational letters on Hepatitis B immunization rates in university students.  J Am College Health 1998;47:123-127.

23.    Howard CR, Howard FM, Lanphear BP, deBlieck EA, Eberly S, Lawrence RA. Effect of early pacifier use on breastfeeding duration.  Pediatrics 1999;103. http//www.pediatrics.org/cgi/contents/full103/3/e33.

24.    Lanphear BP, Howard CR, Eberly S, Auinger P, Kolassa J, Weitzman M, Alexander K, Schaffer S. Primary prevention of childhood lead exposure: A randomized trial of dust control. Pediatrics 1999;103:772-777.

25.    Moss ME, Lanphear BP, Auinger P. Association of dental caries and blood lead levels among the U.S. population. JAMA 1999;281:2294-2298.

26.    Howard CR, de Blieck EA, ten Hoopen C, Howard F, Lanphear BP, Lawrence RA. Physiologic stability of newborns during cup and bottle-feeding. Pediatrics 1999;104:1204-1207.

27.    Steiner JF, Curtis P, Lanphear BP, Vu KO, Reid A. Federally-funded fellowship training in primary care research: perspectives of program directors.  Academic Medicine 2000;75:74-80.

28.    Stone KE, Lanphear BP, Pomerantz WJ, Khoury J. Injuries and deaths in children due to window-falls. Journal of Urban Health 2000;77:26-33.

29.    Mansour M, Lanphear BP, DeWitt TG. Barriers to asthma care among underserved, urban children. Pediatrics 2000;106:512-519.

30.    Lanphear BP, Eberly S, Howard CR. Long-term effect of dust control on children's blood lead levels. Pediatrics 2000 http//www.pediatrics.org/cgi/contents/full106/4/e48.

31.    Lanphear BP, Dietrich KN, Auinger P, Cox C. Cognitive deficits associated with blood lead levels <10 $\mu$g/dl in U.S. children and adolescents. Public Health Reports 2000;115:521-529.

32.    Lanphear BP, Aligne C, Auinger P, Byrd R, Weitzman M. Residential exposures associated with asthma in U.S. children. Pediatrics 2001;107:505-511.

33.    Lanphear BP, Kahn RS, Berger O, Auinger P, Bortnick S, Naahas R.  Contribution of residential exposures to asthma in US children and adolescents.  Pediatrics 2001. http://www.pediatrics.org/cgi/content/full/107/6/e98.

34.    Phelan KJ, Kalkwarf H, Khoury J, Lanphear BP.  Trends and patterns of playground injuries in U.S. children and adolescents. Ambulatory Pediatrics 2001;1:227-233.

35.    Mansour M, Lanphear BP, Hornung R, Khoury J, Bernstein DI, Menrath W, Decolongon J.  A side-by-side comparison of sampling methods for settled indoor allergens. Environ Res 2001;87:37-46.

36.    Haynes E, Lanphear BP, Tohn E, Farr N, Rhoads GG. The effect of dust control on children's blood lead concentrations: A systematic review. Env Health Perspect 2002;110:103-107.

37.    Lanphear BP, Hornung R, Ho M, Howard CR, Eberly S, Knauf K.  Environmental lead exposure during early childhood. Journal of Pediatrics 2002;140:40-47.

38.    Steiner JF, Lanphear BP, Curtis P, Vu KO.  The training and career paths of fellows in the National Research Service Award (NRSA) program for research in primary medical care. Acad Med 2002;77:712-718.

39.    Steiner JF, Lanphear BP, Curtis P, Vu KO.  Indicators of early research productivity among primary care fellows.  J Gen Intern Med 2002;17:845-851.

40.    Kalkwarf HJ, Khoury JC, Lanphear BP.  Milk intake in childhood and adolescence, adult bone density and osteoporotic fractures in U.S. women. Am J Clin Nut 2003;77:257-265.

41.    Howard CR, Howard FM, Lanphear BP, Eberly S, deBlieck EA, Oakes D, Lawrence RA.  A randomized trial of pacifier use and bottle-feeding and their effect on breastfeeding. Pediatrics 2003;111:511-518.

42.    Curtis P, Dickinson P, Steiner J, Lanphear BP, Vu K.  Building capacity for research in family medicine: Is the blueprint faulty? Family Medicine 2003;35:124-130.

43.    Lanphear BP, Succop P, Roda S, Henningsen G.  The effect of soil abatement on blood lead levels in children living near a former smelting and milling operation. Public Health Reports 2003;118:83-90.

44.    Canfield RL, Henderson CR, Cory-Slechta DA, Cox C, Jusko TA, Lanphear BP. Intellectual impairment in children with blood lead concentrations below 10 micrograms per deciliter. N Engl J Med 2003;348:1517-1526.

45.    Kahn RS, Khoury JC, Nichols WC, Lanphear BP. Role of dopamine transporter genotype and maternal prenatal smoking in childhood hyperactivity-impulsivity, inattentive and oppositional behaviors. Journal of Pediatrics 2003;143: 104-110.

46.    Auinger P, Kalkwarf HJ, Mansour M, Lanphear BP.  Trends in otitis media in US children. Pediatrics 2003:112:514-520.

47.    Haynes E, Kalkwarf H, Hornung R, Wenstrup R, Dietrich K, Lanphear B. Vitamin D Fok1 polymorphism and blood lead levels in children. Environ Health Persp 2003;111:1665-1669.

48.    Steiner JF, Curtis P, Lanphear BP, Vu KO, Main DS. Assessing the role of influential mentors in the research development of primary care fellows. Academic Medicine 2004:79:865-872.

49.    Yolton K, Auinger P, Dietrich KN, Lanphear BP, Hornung R.  Exposure to environmental tobacco smoke and cognitive abilities among US children and adolescents. Environ Health Persp 2005:113:98-103.

50.    Phelan KJ, Khoury J, Kalkwarf H, Lanphear BP. Residential injuries in US children and adolescents. Public Health Reports 2005;120:63-70.

51.    Wilson SE, Kahn RS, Khoury J, Lanphear BP. Racial differences in exposure to environmental tobacco smoke among children. Environ Health Perspect 2005;113:362-367.

52. Lanphear BP, Hornung R, Ho M. Screening housing to prevent lead toxicity in children. Pub Health Rep 2005;120:305-310.

53. Rosner D, Markowitz G, Lanphear BP. J. Lockhart Gibson and the discovery of the impact of lead pigments on children's health:  A review of a century of knowledge. Pub Health Rep 2005;120:296-300.

54. Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J.  Low-level environmental lead exposure and children's intellectual function: An international pooled analysis.  Environ Health Perspect 2005;113:894-899. [erratum: Environ Health Perspect 2019;127: doi: 10.1289/EHP5685].

55. Nagaraja J, Menkedick J, Phelan KJ, Ashley PJ, Zhang J, Lanphear BP. Deaths from residential injuries in US children and adolescents, 1985 to 1997.  Pediatrics 2005;116:454-61.

56. Eskenazi B, Gladstone EA, Berkowitz GS, Drew CH, Faustman EM, Holland NT, Lanphear BP, Meisel SJ, Perera FP, Rauh VA, Sweeney A, Whyatt RM, Yolton K.  Methodologic and logistic issues in conducting longitudinal birth cohort studies: Lessons learned from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1419-1429.

57. Eggleston PA, Diette G, Lipsett M, Lewis T, Tager I, McConnell R, Chrischilles E, Lanphear BP, Miller R, Krishnan J.  Lessons learned for the study of childhood asthma from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1430-1436.

58. Spanier AJ, Hornung R, Lierl M, Lanphear BP.  Environmental exposures and exhaled nitric oxide in children with asthma. J Pediatrics 2006;149:220-226.

59. Yuan W, Holland S, Cecil K, Dietrich K, Wessel SD, Altaye M, Hornung R, Ris M, Egelhoff J, Lanphear B.  The impact of early childhood lead exposure on brain organization: A functional magnetic resonance imaging study of language function. Pediatrics 2006;118:971-977.

60. Howard CR, Lanphear N, Lanphear BP, Eberly S, Lawrence RA.  Parental responses to infant crying and colic: the effect on breastfeeding duration.  Breastfeeding Med 2006;1:146-155.

61. Brinkman W, Geraghty S, Lanphear B, Khoury J, Gonzalez-Del-Rey J, DeWitt T, Britto M. Evaluation of resident communication skills and professionalism: A matter of perspective? Pediatrics 2006;118:1371-1379.

62. Braun JM, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children.  Environ Health Perspect 2006;114:1904-1909.

63.   Brinkman WB, Geraghty SR, Lanphear BP, Khoury JC, Gonzalez-Del-Rey JA, DeWitt TG, Britto MT.  Effect of multisource feedback on resident communication skills and professionalism: a randomized controlled trial. Arch Pediatr Adolesc Med 2007;161:44-49.

64.   Wilson SE, Kahn RS, Khoury J, Lanphear BP.  The role of air nicotine in explaining racial differences in cotinine among tobacco-exposed children.  Chest 2007;131:856-862.

65.   Froehlich T, Lanphear BP, Dietrich KN, Cory-Slechta D, Wang N, Kahn RS.  Interactive effects of a DRD4 polymorphism, lead, and sex on executive functions in children.  Biol Psychiatry 2007:62:243-249.

66.   Froehlich TE, Lanphear BP, Epstein JN, Barbaresi WJ, Katusic SK, Kahn RS. Prevalence, recognition and treatment of attention-deficit/hyperactivity disorder in a national sample of US children.  Arch Pediatr Adolesc Med 2007;161:857-864.

67.   Landrigan PJ, Woolf AD, Gitterman B, Lanphear B, Forman J, Karr C, Moshier EL, Godbold J, Crain E. The Ambulatory Pediatric Association Fellowship in Pediatric Environmental Health: A five-year assessment. EHP 2007;115:1383-1387.

68.   Jusko TA, Henderson CR, Lanphear BP, Cory-Slechta DA, Parsons PJ, Canfield RL. Blood lead concentrations < 10 µg/dL and child intelligence at 6 years of age.  Environ Health Perspect 2008;116:243-248.

69.   Cecil KM, Brubaker CJ, Adler CM, Dietrich KN, Altaye M, Egelhoff JC, Wessel S, Elangovan I, Hornung R, Jarvis K, Lanphear BP.  Decreased brain volume in adults with childhood lead exposure.  PLoS Med 2008;5:e112.

70.   Wright JP, Dietrich KN, Ris MD, Hornung RW, Wessel SD, Lanphear BP, Ho M, Rae MN. Association of prenatal and childhood blood lead concentrations with criminal arrests in early adulthood.  PLoS Med 2008;5:e101.

71.   Spanier AJ, Hornung RW, Kahn RS, Lierl MB, Lanphear BP.  Seasonal variation and environmental predictors of exhaled nitric oxide in children with asthma.  Pediatr Pulmonol 2008;43:576-583.

72.   Braun JM, Froehlich TE, Daniels JL, Dietrich KN, Hornung R, Auinger P, Lanphear BP. Association of environmental toxicants and conduct disorder in U.S. children:  NHANES 2001-2004. Environ Health Perspect 2008;116:956-962.

73.   Yolton K, Khoury J, Hornung R, Dietrich KN, Succop P, Lanphear BP.  Environmental tobacco smoke exposure and child behaviors. J Dev Behav Pediatr 2008;29:456-463.

74.   Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2008;2:CD006047.

75. Geraghty SR, Khoury JC, Morrow AL, Lanphear BP. Reporting individual test results of environmental chemicals in breastmilk: potential for premature weaning. Breastfeed Med. 2008;3:207-213.

76. Spanier AJ, Kahn RS, Hornung RW, Wang N, Sun G, Lierl MB, Lanphear BP. Environmental exposures, nitric oxide synthase genes, and exhaled nitric oxide in asthmatic children. Pediatr Pulmonol. 2009;44:812-819.

77. Hornung RW, Lanphear BP, Dietrich KN. Age of greatest susceptibility to childhood lead exposure: A new statistical approach. Environ Health Persp 2009;117:1309-1312.

78. Phelan KJ, Khoury J, Xu Y, Lanphear BP. Validation of a HOME Injury Survey. Injury Prevention 2009:15:300-306.

79. Braun J, Yolton K, Dietrich K, Hornung R, Ye X, Calafat AM, Lanphear BP. Prenatal Bisphenol A exposure and early childhood behavior. Environ Health Persp 2009;117:1945-1952.

80. Yolton K, Khoury J, Xu Y, Succop P, Lanphear B, Bernert JT, Lester B.  Low-level prenatal exposure to nicotine and infant neurobehavior. Neurotoxicol Teratol. 2009;31:356-363.

81. Froehlich T, Lanphear BP, Auinger P, Hornung R, Epstein JN, Braun J, Kahn RS. The association of tobacco and lead exposure with attention-deficit/hyperactivity disorder in a national sample of US children. Pediatrics 2009;124:e1054-1063.

82. Brubaker CJ, Schmithorst VJ, Haynes EN, Dietrich KN, Egelhoff JC, Lindquist DM, Lanphear BP, Cecil KM. Altered myelination and axonal integrity in adults with childhood lead exposure: A diffusion tensor imaging study. Neurotoxicology 2009;30:867-875.

83. Yolton K, Xu Y, Khoury J, Succop P, Lanphear B, Beebe DW, Owens J. Associations between secondhand smoke exposure and sleep patterns in children. Pediatrics. 2010;125:e261-268.

84. Brubaker CJ, Dietrich KN, Lanphear BP, Cecil KM. The influence of age of lead exposure on adult gray matter volume. Neurotoxicology 2010;31:259-266.

85. Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. Prenatal environmental tobacco smoke exposure and early childhood body mass index. Paediatr Perinat Epidemiol 2010;24:524-534.

86. Kalkbrenner AE, Hornung RW, Bernert JT, Hammond SK, Braun JM, Lanphear BP. Determinants of serum cotinine and hair cotinine as biomarkers of childhood secondhand smoke exposure. J Expo Sci Environ Epidemiol 2010;20:615-624.

87. Wilson SE, Baker ER, Leonard AC, Eckman M, Lanphear BP. Understanding preferences for disclosure of individual biomarker results among participants in a longitudinal birth cohort. J Med Ethics 2010;doi:10.1136/jme.2010.036517.

88. Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. A prospective cohort study of biomarkers of prenatal tobacco smoke exposure: The correlation between serum and meconium and their association with infant birth weight. Environmental Health 2010;9:53 (doi: 10.1186/1476-069X-9-53).

89. Braun JM, Kalkbrenner AE, Calafat AM, Bernert JT, Ye X, Barr DB, Sathyanarayana S, Lanphear BP. Variability and predictors of urinary Bisphenol A concentrations during pregnancy. Environ Health Perspect 2011;119:131-137.

90. Wilson SE, Talaska G, Kahn RS, Schumann B, Khoury J, Leonard AC, Lanphear BP. White blood cell DNA adducts in a cohort of asthmatic children exposed to environmental tobacco smoke. Int Arch Occup Environ Health 2011;84:19-27.

91. Lanphear BP, Hornung RW, Khoury J, Yolton K, Lierl M, Kalkbrenner AE. Effects of HEPA air cleaners on unscheduled asthma visits and asthma symptoms in children exposed to second hand tobacco smoke. Pediatrics 2011;127:93-101.

92. Phelan KJ, Khoury J, Xu Y, Liddy S, Hornung R, Lanphear BP. A randomized, controlled trial of home injury hazard reduction: The HOME Study. Arch Pediatrics Adolesc Medicine 2011;165:339-345.

93. Cecil KM, Dietrich KN, Altaye M, Egelhoff JC, Lindquist DM, Brubaker CJ, Lanphear BP. Proton magnetic resonance spectroscopy in adults with childhood lead exposure. Environ Health Perspect 2011;119:403-408.

94. Spanier AJ, Kahn RS, Xu Y, Hornung R, Lanphear BP. A comparison of biomarkers and parent report of tobacco exposure to predict wheeze. J Pediatrics 2011;159:776-782.

95. Braun J, Kalkbrenner A, Calafat A, Yolton K, Xiaoyun Y, Dietrich KN, Lanphear BP. Impact of early life bisphenol A exposure on behavior and executive function in children. Pediatrics 2011;128:873-882.

96. Sathyanarayana S, Braun JM, Yolton K, Liddy S, Lanphear BP. Case Report: High prenatal Bisphenol A exposure and infant behavior. Environ Health Perspect 2011;119:1170-1175.

97. Spanier AJ, Kahn RS, Hornung R, Lierl M, Lanphear BP. Associations of fraction of exhaled nitric oxide with beta agonist use in children with asthma. Pediatr Allergy Immunol Pulmonol. 2011 Mar;24(1):45-50.

98. Byars KC, Yolton K, Rausch J, Lanphear BP, Beebe DW. Prevalence, patterns and persistence of sleep problems in the first 3 years of life. Pediatrics 2012;129:276-284.

99. Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2012;2:CD006047.

100. Ciesielski T, Weuve J, Bellinger DC, Schwartz J, Lanphear B, Wright RO. Cadmium exposure and neurodevelopmental outcomes in U.S. children. Environ Health Persp 2012;120:758-763.

101. Beebe DW, Rausch J, Byars K, Lanphear B, Yolton K. Persistent snoring in preschool children: predictors and behavioral and developmental correlates. Pediatrics 2012;130:382-389.

102. Spanier AJ, Kahn RS, Kunselman AR, Hornung R, Xu Y, Calafat A, Lanphear BP. Prenatal exposure to Bisphenol A and childhood wheeze from birth to 3 years of age. Environ Health Perspect 2012;120:916-920. http://dxdoi.org/10.1289/ehp.1104175. (Recipient of the Michael Shannon Young Investigator Award, Denver, Colorado, April 30th, 2011.)

103. Rauch S, Braun J, Barr DB, Calafat A, Montesanto A, Yolton K, Khoury J, Lanphear BP. Associations of prenatal exposure to organophosphate pesticides with gestational age and birth weight Env Health Perspect 2012;120:1055-1060. http://dx.doi.org/10.1289/ehp.1104615.

104. Hayward I, Malcoe LH, Cleathero LA, Janssen PA, Lanphear BP, Hayes MV, Mattman A, Pampalon R, Venners SA. Investigating maternal risk factors as potential targets of intervention to reduce socioeconomic inequality in small for gestational age: a population-based study. BMC Public Health. 2012;13;12:333.

105. Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology. 2012;33:1040-1047.

106. Budtz-Jorgenson E, Bellinger D, Lanphear BP, Grandjean P on behalf of the International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Analysis 2013;33:450-461.

107. Oulhote Y, Le Tertre A, Etchevers A, Le Bot B, Lucas J-P, Mandin C, Le Strat Y, Lanphear B, Gleorennec P. Implications of different residential lead standards on children's blood lead levels in France: Predictions based on a national cross-sectional survey. Int J Hygiene Health. 2013;216:743-750.

108. Sathyanarayana S, Alcedo G, Saelens BE, Zhou C, Dills RL, Lanphear B. Unexpected results in a randomized dietary trial to reduce phthalate and bisphenol A exposures. J Exp Science Environ Epidemiol 2013. doi.10.1038/jes.2013.9

109. Spanier A, Wilson S, Ho M, Hornung R, Lanphear BP. The contribution of housing renovation to children's blood lead levels: a cohort study. Environmental Health 2013;12:72.

110. Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G, Fredette P, Smith G, Walker M, Shear R, Dodds L, Ettinger AS, Weber JP, D'Amour M,

Legrand M, Kumarathasan P, Vincent R, Luo ZC, Platt RW, Mitchell G, Hidiroglou N, Cockell K, Villeneuve M, Rawn DF, Dabeka R, Cao XL, Becalski A, Ratnayake N, Bondy G, Jin X, Wang Z, Tittlemier S, Julien P, Avard D, Weiler H, Leblanc A, Muckle G, Boivin M, Dionne G, Ayotte P, Lanphear B, Séguin JR, Saint-Amour D, Dewailly E, Monnier P, Koren G, Ouellet E. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol. 2013 Jul;27(4):415-25. doi: 10.1111/ppe.12061.

111. Braun JM, Kalkbrenner A, Just AC, Yolton K, Sjodin A, Hauser R, Webster GM, Chen A, Lanphear BP. Gestational exposure to endocrine disrupting chemicals and reciprocal social, repetitive and stereotypic behaviors in 4 and 5 year old children. Environ Health Perspect 2014;122:513-520. (CEHN Article of the Month August, 2014.)

112. Phelan KJ, Morrongiello B, Khoury J, Xu Y, Liddy S, Lanphear BP. Maternal supervision of children during their first 3 years of life: the influence of maternal depression and child gender. J Pediatr Psychol 2014;39:349-357.

113. Chen A, Yolton K, Rauch S, Webster GM, Hornung R, Sjodin A, Dietrich KN, Lanphear BP. Cognitive deficits and behavior problems in children with prenatal PBDE Exposure. Environ Health Perspect 2014;122:856-862. (CEHN Article of the Month, September, 2014.)

114. Kato K, Wong L-Y, Chen A, Dunbar C, Webster G, Lanphear B, Calafat, A. Changes in serum concentrations of maternal poly- and perfluoroalkyl substances over the course of pregnancy and predictors of exposure in a multiethnic cohort of Cincinnati, Ohio pregnant women during 2003–2006. Environmental Science & Technology 2014;48:9600-9608.

115. Watkins DJ, Eliot M, Sathyanarayana S, Calafat AM, Yolton K, Lanphear BP, Braun JM. Variability and Predictors of Urinary Concentrations of Phthalate Metabolites during Early Childhood. Environ Sci Technol. 2014;48:9600-9608.

116. Braun JM, Lanphear BP, Calafat AM, Deria S, Khoury J, Howe CJ, Venners SA. Early-life Bisphenol A exposure and child body mass index: A prospective cohort study. Environ Health Perpect 2014;122:1239-1245.

117. Prasodjo A, Pfeiffer CM, Fazili Z, Xu Y, Liddy S, Yolton K, Savitz DA, Lanphear BP, Braun JM. Serum cotinine and whole blood folate concentrations in pregnancy. Ann Epidemiol. 2014;24:498-503.e1. doi: 10.1016/j.annepidem.2014.04.004.

118. Spanier AJ, Kahn RS, Kunselman AR, Schaefer EW, Hornung RW, Xu Y, Calafat AM, Lanphear BP. Bisphenol A exposure and the development of wheeze and lung function in children through age 5 years. JAMA Pediatrics 2014;168:1131-1137.

119. Evens A, Hryhorczuk D, Lanphear BP, Rankin KM, Lewis DA, Forst L, Rosenberg D. The impact of low-level lead toxicity on school performance among children in the Chicago Public

Schools: a population-based retrospective cohort study. Environ Health 2015;14:21 DOI 10.1186/s12940-015-0008-9.

120. Romano ME, Webster GM, Vuong AM, Zoeller RT, Chen A, Hoofnagle AN, Calafat AM, Karagas MR, Kimberly Yolton K, Lanphear BP, Braun JM. Gestational urinary bisphenol A and maternal and newborn thyroid hormone concentrations: the HOME Study. Environmental Research 2015;138:453-460.

121. Barnard H, Rao R, Xu Y, Froehlich T, Epstein J, Lanphear BP, Yolton K. Association of the Conners' Kiddie J Continuous Performance Test (K-CPT) and Parent-Report Measures of Behaviors and Executive Functioning. Atten Disord. 2015 pii:1087054715578271. PMID: 25846228

122. Vuong AM, Webster GM, Romano ME, Braun JM, Zoeller RT, Hoofnagle AN, Sjödin A, Yolton K, Lanphear BP, Chen. Maternal polybrominated diphenyl ether (PBDE) exposure and thyroid hormones in maternal and cord sera: the HOME Study, Cincinnati, USA. Environ Health 2015;123:1079-1085. PMID: 25893858.

123. Werner EF, Braun JM, Yolton K, Khoury JC, Lanphear BP. The association between maternal urinary phthalate concentrations and blood pressure in pregnancy: the HOME Study. Environ Health 2015;14:75 doi:10.1186/s12940-015-0062-3.

124. Melissa Wagner-Schuman, Jason Richardson, Peggy Auinger, Joseph Braun, Bruce Lanphear, Jeffrey N. Epstein, Kimberly Yolton and Tanya E Froehlich. Association of Pyrethroid Pesticide Exposure with Attention-Deficit/Hyperactivity Disorder in a Nationally Representative Sample of U.S. Children. Environmental Health 2015;28:14:44 DOI 10.1186/s12940-015-0030-y.

125. Buckley JP, Engel SM, Braun JM, Whyatt RM, Daniels JL, Mendez MA, Richardson DB, Xu Calafat AM, Lanphear BP, Wolff MS, Herring AH, Rundle AG. Prenatal phthalate exposures and body mass index among 4 to 7 year old children: A pooled analysis. Epidemiology 2016;27:449-58. doi: 10.1097/EDE.0000000000000436.

126. Engel SM, Bradman A, Wolff MS, Rauh VA, Harley KG, Yang JH, Hoepner L, Barr DB, Yolton K, Vedar MG, Xu Y, Hornung RW, Wetmur JG, Chen J, Holland N, Perera FP, Whyatt RM, Lanphear BP, Eskenazi B. Prenatal organophosphorous pesticide exposure and child neurodevelopment at 24 months: an analysis of four birth cohorts. EHP 2016;124:822-830.

127. Braun JM, Chen A, Romano ME, Calafat AM, Webster GM, Yolton K, Lanphear BP. Prenatal perfluoroalkyl substance exposure and child adiposity at 8 years of age: The HOME Study. Obesity 2016;24:231-237.

16

128. Webster GM, Rauch SA, Ste Marie N, Mattman A, Lanphear BP, Venners SA. Cross-sectional associations of serum perfluoroalkyl acids and thyroid hormones in U.S. adults: variation according to TPOAb and Iodine status. Environ Health Persp 2016124935-942. doi: 10.1289/ehp.1409589.

129. Braun JM, Kalloo G, Chen A, Dietrich KN, Liddy-Hicks S, Morgan S, Xu Y, Yolton K, Lanphear BP. Cohort Profile: The Health Outcomes and Measures of the Environment (HOME) Study. Int J Epidemiol 2017;46:24 doi: 10.1093/ije/dyw006.

130. Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. The relationship between atmospheric lead pollution and aggressive crime: An ecologic study. Environ Health 2016;15:23. doi: 10.1186/s12940-016-0122-3.

131. Harley KG, Engel SM, Vedar MG, Eskenazi B, Whyatt RM, Lanphear BP, Bradman A, Rauh VA, Yolton K, Hornung RW, Wetmur JG, Chen J, Holland NT, Barr DB, Perera FP, Wolff MS. Prenatal exposure to organophosphorous pesticides and fetal growth: pooled results from four longitudinal birth cohort studies. Env Health Perspect 2016;124:1084-1092.

132. Vuong AM, Yolton K, Webster GM, Sjodin A, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether and perfluoroalkyl substance exposures and executive function in school-age children. Env Res 2016;147:556-564.

133. Stacy SL, Eliot M, Calafat AM, Chen A, Lanphear BP, Hauser R, Papandonatos GD, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary Bisphenol A concentrations during childhood. Environ Sci Tech 2016;50:5981-5990.

134. Romano ME, Xu Y, Calafat AM, Yolton K, Chen A, Webster GM, Eliot MN, Howard CR, Lanphear BP, Braun JM. Maternal serum perfluoroalkyl substances during pregnancy and duration of breastfeeding. Env Res 2016;149:239-246.

135. Shoaff JR, Romano ME, Yolton K, Lanphear BP, Calafat AM, Braun JM. Prenatal phthalate exposure and infant size at birth and gestational duration. Env Res 20161;50:52-58.

136. Tewar S, Auinger P, Braun JM, Lanphear B, Yolton K, Epstein JN, Froehlich TE.  Association of bisphenol A exposure and attention-deficit/hyperactivity disorder in a national sample of U.S. children. Environ Res 2016;150:112-118.

137. Vuong AM, Braun JM, Sjodin A, Webster GM, Yolton K, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether exposure and body mass index in children up to 8 years of age. Environ Health Perspect 2016;124:1891-1897.

138. Donauer S, Altaye M, Xu Y, Sucharew H, Succop P, Calafat AM, Khoury JC, Lanphear B, Yolton K. An observational study to evaluate associations between low-level gestational

exposure to organophosphate pesticides and cognition during early childhood. Am J Epidemiol 2016;184:410-418.

139. Percy Z, Xu Y, Sucharew H, Khoury JC, Calafat AM, Braun JM, Lanphear BP, Chen A, Yolton K. Gestational exposure to phthalates and gender-related play behaviors in 8-year old children: an observational study. Environ Health 2016;15:doi: 10.1186?s12940-016-0171-7.

140. Blackowicz MJ, Hryhorczuk DO, Rankin KM, Lewis DA, Haider D, Lanphear BP, Evens A. The impact of low-level lead toxicity on school performance among Hispanic subgroups in the Chicago Public Schools. Int J Environ Res Public Health 2016 doi: 10.3390/ijerph13080774.

141. Ernhardt J, Xu Y, Khoury J, Yolton, Lanphear B, Phelan K. Cognitive and motor abilities of young children and risk of injuries in the home. Inj Prev 2016 doi: 10.1136/injuryprev-2016-042031.

142. Zhang H, Yolton K, Webster GM, Sjodin A, Calafat AM, Dietrich KN, Xu Y, Xie C, Braun JM, Lanphear BP, Chen A. Prenatal PBDE and PCB exposures and reading, cognition and externalizing behaviours in children. Environ Health Perspect 2017;125:746-752.

143. Braun JM, Bellinger DC, Hauser R, Wright RO, Chen A, Calafaat AM, Yolton K, Lanphear BP. Prenatal phthalate, triclosan and bisphenol A exposures and child visual-spatial abilities. Neurotoxicology 2017;58:75-83.

144. Vuong AM, Braun JM, Yolton K, Xie C, Webster GM, Sjodin A, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether exposure and visual spatial abilities in children. Env Res 2017;153:83-92.

145. Etzel T, Calafat A, Ye X, Chen A, Lanphear BP, Savitz D, Yolton K, Braun J. Urinary triclosan concentrations during pregnancy and birth outcomes. Environ Res 2017;156:505-511.

146. Pell T, Eliot M, Chen A, Lanphear BP, Yolton K, Sathyanarayana S, Braun JM. Parental concern about environmental chemical exposures and children's urinary concentrations of phthalates and phenols. J Pediatr 2017;186:138-144.e3.

147. Millenson ME, Braun JM, Calafat AM, Barr DB, Huang YT, Chen A, Lanphear BP, Yolton K. Urinary organophosphate insecticide metabolite concentrations during pregnancy and children's interpersonal, communication, repetitive, and stereotypic behaviors at 8 years of age: The HOME Study. Environ Res 2017;157:9-16.

148. Stacy SL, Eliot M, Etzel T, Papandonatos GD, Calafat AM, Chen A, Hauser R, Lanphear BP, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary triclosan concentrations during pregnancy and childhood. Environ Sci Technol 2017 (in press).

149.   Stacy SL, Papandonatos GD, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early
       life bisphenol A exposure and neurobehavior at 8 years: identifying windows of heightened
       vulnerability. Environ Int 2017107:258-265.

150.   Lam J, Lanphear BP, Bellinger D, Axelrad DA, McPartland J, Sutton P, Davidson L, Daniels N,
       Sen S, Woodruff TJ. Developmental PBDE exposure and IQ/ADHD in childhood: A systematic
       review and meta-analysis. Environ Health Persp 2017;125:086001. doi: 1289/EHP1632.

151.   Braun JM, Yolton K, Stacy SL, Erar B, Papandonatas GD, Bellinger DC, Lanphear BP, Chen
       A. Prenatal environmental chemical exposures and longitudinal patterns of child
       neurobehavior. Neurotoxicology 2017;62:192-199.

152.   Rosen-Carole CB, Auinger P, Howard CR, Brownell EA, Lanphear BP. Low-level prenatal
       toxin exposure and breastfeeding duration. A prospective cohort study. Matern Child Health J.
       2017;doi: 10.1016/j.neuro.2017.07.027.

153.   Vuong AM, Yolton K, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP,
       Chen A. Childhood polybrominated diphenyl ether (PBDE) exposure and neurobehavior in
       children at 8 years. Env Res 2017;158:8677-684.

154.   Braun JM, Muckle G, Arbuckle T, Bouchard MF, Fraser WD, Ouellet E, Seguin JR, Oulhote Y,
       Webster GM, Lanphear BP. Associations of prenatal urinary bisphenol A concentrations with
       child behaviors and cognitive abilities. Environ Health Perspect 2017;125(6):067008. doi:
       10.1289EHP984.

155.   Kingsley SL, Kelsey KY, Butler R, Chen A, Eliot MN, Romano ME, Houseman A, Koestler DC,
       Lanphear BP, Yolton K, Braun JM. Maternal serum PFOA concentration and DNA methylation
       in cord blood: A pilot study. Environ Res 2017;158:174-178.

156.   Poropat AE, Laidlaw MAS, Lanphear B, Ball A, Mielke HW. Blood lead and preeclampsia: A
       meta-analysis and review of implications. Environ Res 2017;160:12-19.

157.   Shoaff J, Papandonatos GD, Calafat AM, Xe X, Chen A, Lanphear BP, Yolton K, Braun JM.
       Early-life phthalate exposure and adiposity at 8 Years of Age. Environ Health Persp
       2017;125:097008. doi: 10.1289/EHP1022.

158.   Vuong AM, Yolton K, Poston KL, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN,
       Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether (PBDE)
       exposure and measures of inattention and impulsivity in children. Neurotoxicol Teratol
       2017;64:20-28.

159.   Zhang H, Yolton K, Webster GM, Ye X, Xie C, Calafat AM, Dietrich KN, Braun JM, Lanphear
       BP, Chen A. Prenatal and childhood perfluoroalkyl substance exposures and children's

reading skills at ages 5 and 8 years. Environ Int 2017;111:224-231. doi: 1016/j.envint.2017.11.031. PMID: 29241079

160. Woods MM, Lanphear BP, Braun JM, McCandless LC. Gestational exposure to endocrine disrupting chemicals in relation to infant birth weight: A Bayesian analysis of the HOME Study. Environ Health 2017;16:115. doi: 10.1186/s12940-017-0332-3.

161. Vuong AM, Yolton K, Dietrich KN, Braun JM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) and child behavior: Current findings and future directions. Horm Behav 2017 doi: 10.1016/j.yhbeh.2017.11.008.

162. Landrigan PJ, Fuller R, Acosta NJR, Adeyi O, Arnold R, Basu NN, Baldé AB, Bertollini R, Bose-O'Reilly S, Boufford JI, Breysse PN, Chiles T, Mahidol C, Coll-Seck AM, Cropper ML, Fobil J, Fuster V, Greenstone M, Haines A, Hanrahan D, Hunter D, Khare M, Krupnick A, Lanphear B, Lohani B, Martin K, Mathiasen KV, McTeer MA, Murray CJL, Ndahimananjara JD, Perera F, Potočnik J, Preker AS, Ramesh J, Rockström J, Salinas C, Samson LD, Sandilya K, Sly PD, Smith KR, Steiner A, Stewart RB, Suk WA, van Schayck OCP, Yadama GN, Yumkella K, Zhong M. The Lancet Commission on Pollution and Health. Lancet 2017 pii: SO140-6736(17)32345-0. doi: 10.1016/S0140-6736(17)32345-0. PMID: 29056410.

163. Lanphear BP, Rauch S, Auinger P, Allen R, Hornung RW. Low-level lead exposure and mortality in US adults: a population-based cohort study. Lancet Public Health 2018; https://doi.org/10.1016/S2468-2667(18)30025-2

164. Kalloo G, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life triclosan exposure and child adiposity at 8 years of age: a prospective cohort study. Environ Health 2018;17:24. doi: 10.1186/s12940-018-0366-1.

165. Braun JM, Chen A, Hoofnagle A, Papandonatos GD, Jackson-Browne M, Hauser R, Romano ME, Karagas MR, Yolton, Zoeller TR, Lanphear BP. Associations of early-life urinary triclosan concentrations with maternal, neonatal, and child thyroid hormone levels. Horm Behav 2018;101:77-84.

166. Taylor MP, Forbes MK, Opeskin B, Parr, N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: An ecological study. Environ Health 2018;17:10. Doi: 10.1186/s12940-018-0354-5.

167. Etzel T, Muckle G, Arbuckle TE, Fraser WD, Ouellet E, Seguin JR, Lanphear B, Braun JM. Prenatal urinary triclosan concentrations and child neurobehavior. Env Int 2018;114:152-159. doi: 10.1016/j.envint.2018.02.032.

168. Romano ME, Eliot MN, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM. Maternal urinary phthalate metabolites during pregnancy and

thyroid hormone concentrations in maternal and cord sera: The HOME Study. Int J Hyg Environ Health 2018;221:623-631. doi: 10.1016/j.ijheh.2018.03.010.

169. Jackson-Brown MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Identifying vulnerable periods of neurotoxicity to triclosan exposure in children. Environ Health Perspect 2018;126:057001. doi:  10.1289/EHP2777.

170. Kingsley SL, Eliot MN, Kelsey KT, Calafat AM, Ehrlich S, Lanphear BP, Chen A, Braun JM. Variability and predictors of serum perfluoralkyl substance concentrations during pregnancy and early childhood. Environ Res 2018;165:247-257. PMID: 29734025

171. Barn P, Gombojav E, Ochir C, Laagan B, Beejin B, Naidan G, Boldbaatar B, Galsuren J, Byambaa T, Janes C, Janssen PA, Lanphear BP, Takaro TK, Venners SA, Webster GM, Yuchi W, Palmer CD, Parsons PJ, Roh YM, Allen RW. The effect of portable HEPA filter air cleaners on indoor PM2.5 concentrations and second-hand tobacco smoke exposure among pregnant women in Ulaanbaatar, Mongolia: The UGGAR randomized controlled trial. Sci Total Environ 2018;615:1379-1389.

172. Braun JM, Kalkwarf HJ, Papandonatos GD, Chen A, Lanphear BP. Patterns of early life body mass index and childhood overweight and obesity status at 8 years of age. BMC Pediatrics 2018;11:161. doi: 10.1186/s12887-018-1124-9.

173. Vuong AM, Braun JM, Webster GM, Zoeller TR, Hoofnagel AN, Sjodin A, Yolton K, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) exposures and thyroid hormones in children at 3 years. Environ Int 2018;117:339-347.

174. Li N, Yolton K, Lanphear BP, Chen A, Kalkwarf HJ, Braun JM. Impact of early-life weight status on cognitive abilities in children. Obesity 2018;26:1088-1095.

175. Oulhote Y, Tremblay E, Arbuckle TE, Fraser WD, Lemelin JP, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Dionne G, Lanphear BP, Muckle G. Prenatal exposure to polybrominated diphenyl ethers and predisposition to frustration at 7 months. Env Int 2018;119:79-88.

176. Vuong AM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood perfluororalkyl substance exposure and executive function in children at 8 years. Env Int 2018;119:212-219.

177. Vuong AM, Braun JM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Dietrich KN, Lanphear BP, Chen A. Prenatal and childhood exposure to perfluoroalkyl substances and measures of attention, impulse control and visual spatial abilities. Env Int 2018;119:413-420.

178. Braun JM, Hornung R, Chen A, Dietrich KN, Jacobs DE, Jones R, Khoury JC, Liddy-Hicks S, Morgan S, Baez Vanderbeek S,  Xu Yingying, Yolton K, Lanphear BP. Effect of residential

lead-hazard interventions on childhood blood lead concentrations and neurobehavioral outcomes. JAMA Pediatrics 2018:doi:10.1001/jamapediatrics.2018.3282.

179. Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Profiles and predictors of environmental chemical mixture exposure among pregnant women: The Health Outcomes and Measures of the Environment Study. Environ Sci Technol 2018;52:10104-10113.

180. Barn P, Gombojav E, Ochir C, Boldbaatar B, Laagan B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. The effect of portable HEPA filter air cleaner use during pregnancy on fetal growth: The UGAAR randomized controlled trial pregnant Environ Int 2018;121:981-989.

181. Buck CO, Eliot MN, Kelsey KT, Calafat AM, Chen A, Ehrlich S, Lanphear BP, Braun JM. Prenatal exposure to perfluoralkyl substances and adipocytokines: the HOME Study. Pediatr Res 2018;doi: 10.1038/s41390-018-0170-1.

182. Shoaff J, Papandonatos GD, Calafat AM, Chen A, Lanphear BP, Ehrlich S, Kelsey KT, Braun JM. Prenatal exposure to perfluoralkyl substances: infant birth weight and early life growth. Environ Epidemiol 2018;doi:10.1097/EE9.0000000000000010.

183. Sears CG, Braun JM, Ryan PH, Xu Y, Werner EF, Lanphear BP, Wellenius GA. The association of traffic-related air and noise pollution with maternal blood pressure and hypertensive disorders of pregnancy in the HOME Study cohort. Env Int 2018;121:574-581.

184. Li N, Arbuckle TE, Muckle G, Lanphear BP, Boivin M, Chen A, Dodds L, Fraser WD, Ouellet E, Seguin JR, Velez MP, Yolton K, Braun JM. Associations of cord blood leptin and adiponectin with children's cognitive abilities. Psychoneuroendocrinology 2019;99:257-264.

185. Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier A, Ayotte P, Muckle G, Lanphear B. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environmental Health Perspectives 2018;126:107001.

186. Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool children. Environ Int 2018;121:1235-1242.

187. Goetz AR, Beebe DW, Peugh JL, Mara CA, Lanphear BP, Braun JM, Yolton K, Stark LJ. Sleep 2018;doi:1093/sleep/zsy214.

188. Pagalan L, Bickford C, Weikum W, Lanphear BP, Brauer M, Lanphear N, Hanley GE, Oberlander TF, Winters M. Association of prenatal exposure to air pollution with autism spectrum disorder. JAMA Pediatrics 2018;doi:10.1001/jamapediatrics.2018.3101.

189. Yuchi W, Gombojav E, Boldbaatar B, Galsuren J, Enkhmaa S, Beejin B, Naidan G, Ochir C, Legtseg B, Byambaa T, Henderson SB, Janes CR, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. Evaluation of random forest regression and multiple linear regression for predicting indoor fine particulate matter concentrations in a highly polluted city. Environ Pollut 2018;16;746-753.

190. Liang H, Vuong AM, Xie C, Webster GM, Sjodin A, Yuan W, Miao M, Braun JM, Dietrich KN, Yolton K, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) serum concentrations and reading ability at ages 5 and 8 years: The HOME Study. Environ Int 2018;doi:10.1016/j.envint.2018.11.026.

191. Vuong AM, Braun JM, Wang Z, Yolton K, Xie C, Sjodin A, Webster GM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) during childhood and adiposity measures at age 8 years. Environ Int 2019;123:148-155.

192. Patel NB, McCandless LC, Chen A, Yolton K, Braun J, Jones RL, Dietrich KN, Lanphear BP. Very-low-level prenatal mercury exposure and behaviors in children: The HOME Study. Environ Health 2019;18:4 doi: 10.1186/s12940-018-0443-5.

193. Landrigan PJ, Braun JM, Crain EF, Forman J, Galvez M, Gitterman BA, Halevi G, Karr C, Mall JK, Paulson JA, Woolf AD, Lanphear BP, Wright RO. Building capacity in Pediatric Environmental Health. Acad Pediatr 2019 doi: 10.1016/j.acap.2019.01.001

194. Jackson-Browne MS, Papandonatos GD, Chen A, Yolton K, Lanphear BP, Braun JM. Early-life triclosan exposure and parent-reported behavior problems in 8-year-old children. Environ Int 2019. doi: 10.1016/j.envint.201901.021

195. Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Prenatal and childhood exposure to poly- and perfluoroalkyl substances (PFAS) and cognitive development in children at 8 years. Environ Res 2019;172:242-248.

196. Bernardo BA, Lanphear BP, Venners SA, Arbuckle TE, Braun JM, Muckle G, Fraser WD, McCandless LC. Assessing the relation between plasma PCB concentrations and elevated autistic behaviours using Bayesian predictive odds ratios. Int J Environ Res Public Health 2019;16:pii: E457. Doi: 10.3390/ijerph16030457.

197. Braun JM, Li N, Arbuckle TE, Dodds L, Massarelli I, Fraser WD, Lanphear BP, Muckle G. Association between gestational urinary bisphenol A concentrations and adiposity in young children: The MIREC Study. Environ Res 2019;172:454-461.

198. Li N, Papandonatos GD, Calafat AM, Yolton K, Lanphear BP, Chen A, Braun JM. Identifying periods of susceptibility to the impact of phthalates on children's cognitive abilities. Environ Res 2019;172:604-614.

199. Buck CO, Eliot MN, Kelsey KT, Chen A, Kalkwarf H, Lanphear BP, Braun JM. Neonatal adipocytokines and longitudinal pattern of childhood growth. Obesity 2019;27:1323-1330.

200. Kingsley SL, Walker DI, Calafat AM, Chen A, Papandonatos GD, Xu Y, Jones DP, Lanphear BP, Pennell KD, Braun JM. Metabolomics of childhood exposure to perfluoroalkyl substances: a cross-sectional study. Metabolomics 2019;15:95. doi: 10.1007/s11306-019-1560-z.

201. Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier A, Neufeld R, Ayotte P, Muckle G, Till C. Association between maternal fluoride exposure during pregnancy and IQ scores in Canada. JAMA Pediatrics doi: 10.1001/jamapediatrics.2019.1729.

202. Ashley-Martin J, Dodds L, Arbuckle TE, Lanphear B, Muckle G, Bouchard MF, Fisher M, Asztalos E, Foster W, Kuhle S. Blood metal levels and early childhood anthropometric measures in a cohort of Canadian children. Environ Res 2019;179 doi:10.1016/j.envres.2019.108736.

203. Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC, Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H. Improving and expanding estimates of the global burden of disease due to environmental health risk factors. Environ Health Perspect 2019; doi: 10.1289/EHP5496.

204. Barn P, Gombojav E, Ochir C, Boldbaatar B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Palmer CD, Allen RW. Coal smoke, gestational cadmium exposure and fetal growth. Environ Res 2019;179:doi:10.1016/j.envres.2019.108830.

205. Percy Z, La Guardia La MJ, Xu Y, Hale RC, Dietrich KN, Lanphear BP, Yolton K, Vuong AM, Cecil KM, Braun JM, Xie C, Chen A. Concentrations and loadings of organophosphate and replacement brominated flame retardants in house dust from the HOME Study during the PBDE phase-out. Chemosphere 2020;239:doi: 10.1016/j.chemosphere.2019.124701.

206. Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Romano ME, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Exposures to chemical mixture during pregnancy and neonatal outcomes. Environ Int 2019;134:doi:10.1016/j.envint.2019.105219.

207.   Oulhoute Y, Lanphear B, Braun JM, et al. Gestational exposures to phthalates and folic acid and autistic traits in Canadian children. Environ Health Perspect 2020;128:27004 doi: 10.1289/EHP5621.

208.   Percy Z, Vuong AM, Calafat AM, La Guardia MJ, Xu Y, Hale RC, Dietrich KN, Xie C, Lanphear BP, Braun JM, Cecil KM, Yolton K, Chen A. Organophosphate esters in a cohort of pregnant women: Variability and predictors of exposure. Environ Res 2020;184:109255. doi: 10.1016/j.envres.2020.109255.

209.   Sears CG, Lanphear BP, Calafat AM, Chen A, Skarah J, Xu Y, Yolton K, Braun JM. Lowering urinary phthalate metabolite concentrations among children by reducing contaminated dust in housing units: A randomized controlled trial and observational study. Environ Sci Technol 2020;54:4327-4335.

210.   Jackson-Browne MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Gestational and childhood urinary triclosan concentrations and academic achievement among 8-year old children. Neurotoxicology 2020;78:170-176.

211.   Lebeaux RM, Doherty BT, Gallagher LG, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM, Romano ME. Maternal serum perfluoroalkyl substance mixtures and thyroid hormone concentrations in maternal and cord sera: The HOME Study. Environ Res 2020;185:109395. doi: 10.1016/j.envres.2020.109395.

212.   Vuong AM, Yolton K, Braun JM, Sjodin A, Calafat AM, Xu Y, Dietrich KN, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) and poly- and perfluoroalkyl substance (PFAS) exposures during pregnancy and maternal depression. Environ Intl 2020;139:105694. doi: 10.1016/j.envint.2020.105694.

213.   Arbuckle TE, MacPherson S, Foster WG, Sathyanarayana S, Fisher M, Monnier P, Lanphear BP, Muckle G, Fraser WD. Prenatal exposure to phthalates and male reproductive system development. Reprod Toxicol 2020;94:31-39.

214.   Braun JM, Buckley JP, Cecil KM, Chen A, Kalkwarf HJ, Lanphear BP, Xu Y, Woeste A, Yolton K. Adolescent follow-up in the Health Outcomes and Measures of the Environment (HOME) Study; Cohort profile. BMJ Open 2020;10:e034838. doi: 10.1136/bmjopen-2019-034838.

215.   Hu JMY, Arbuckle TE, Janssen P, Lanphear BP, Braun JM, Platt RW, Chen A, Fraser WD, McCandless LC. Associations of prenatal urinary phthalate exposure with preterm birth: The Maternal-Infant Research on Environmental (MIREC) Chemicals. Can J Public Health 2020;doi: 17269/s41997-020-00322-5.

216.   Polevoy C, Arbuckle TE, Oulhote Y, Lanphear BP, Cockell KA, Muckle G, Saint-Amour D. Prenatal exposure to legacy contaminants and visual acuity in Canadian infants: a maternal-

infant research on environmental chemicals study. Environ Health 2020;19:14. doi: 10.1186/s12940-020-0567-2.

217. Oh K, Xu Y, Terrizzi BF, Lanphear B, Chen A, Kalkbrenner AE, Yolton K. Association between early low-level tobacco smoke exposure and executive function at age 8 years. J Pediatr 2020;221:174-180.e1.doi: 10.1016/j.jpeds.2019.11.032.

218. Marshall AT, Betts S, Kan EC, McConnell R, Lanphear BP, Sowell ER. Association of lead-exposure risk and family income with childhood brain outcomes. Nat Med 2020;26:91-97.

219. Doherty BT, Kosarek N, Hoofnagle AN, Xu Y, Zoeller RT, Yolton K, Chen A, Lanphear BP, Romano ME. Maternal, cord, and three-year-old child serum thyroid hormone concentrations in the Health Outcomes and Measures of the Environment Study. Clin Endocrinol 2020:366-372. doi: 10.1111/cen.14151.

220. Braun JM, Yolton K, Newman N, Jacobs DE, Taylor M, Lanphear BP. Residential dust lead levels and the risk of childhood lead poisoning in the United States. Pediatr Res. 2020 Jul 28. doi: 10.1038/s41390-020-1091-3. PMID: 32722664.

221. Yang W, Vuong AM, Xie C, Dietrich KN, Karagas MR, Lanphear BP, Braun JM, Yolton K, Chen A. Maternal cadmium exposure and neurobehavior in children. The HOME Study. Environ Res. 2020 Jul;186:109583. doi: 10.1016/j.envres.2020.109583. Epub 2020 Apr 25. PMID: 32668545.

222. Oulhote Y, Lanphear B, Braun JM, Webster GM, Arbuckle TE, Etzel T, Forget-Dubois N, Seguin JR, Bouchard MF, MacFarlane A, Ouellet E, Fraser W, Muckle G. Gestational exposure to phthalates and folic acid, and autistic traits in Canadian children. Environ Health Perspect. 2020 Feb;128(2):27004. doi: 10.1289/EHP5621. PMID: 32073305.

223. Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ Int. 2020 Jan;134:105315. doi: 10.1016/j.envint.2019.105315. PMID: 31743803

224. Liu Y, Li N, Papandonatos GD, Calafat AM, Eaton CB, Kelsey KT, Chen A, Lanphear BP, Cecil KM, Kalkwarf HJ, Yolton K, Braun JM. Exposure to Per- and Polyfluoroalkyl substances and adiposity at age 12 years: Evaluating periods of susceptibility. Environ Sci Technol 2020;doi: 10.1021/acs.est.0c06088

225. Green R, Till C, Cantoral A, Lanphear B, Martinez-Mier EA, Ayotte P, Wright RO, Tellez-Rojo MM, Malin AJ. Associations between urinary, dietary, and water fluoride concentrations among children in Mexico and Canada. Toxics 2020;8:110 doi: 10.3390/toxics8040110

226. Braun JM, Eliot M, Papandonatos GD, Buckley JP, Cecil KM, Kalkwarf HJ, Chen A, Eaton CB, Kelsey KT, Lanphear BP, Yolton K. Gestational perfluoralkyl substance exposure and body

mass index trajectories over the first 12 years of life. Int J Obes 2020;doi: 10.1038/s41366-020-00717-x.

227. Romano ME, Gallagher LG, Eliot MN, Calafat AM, Chen A, Yolton K, Lanphear B, Braun JM. Per- and polyfluoroalkyl substance mixtures and gestational weight gain among mothers in the Health Outcomes and Measures of the Environment Study. Int J Hyg Environ Health 2020;231:113660. doi: 10.1016/j.ijheh.2020.113660.

228. Yang W, Vuong AM, Xie C, Dietrich KN, Karagas MR, Lanphear BP, Braun JM, Yolton K, Chen A. Maternal cadmium exposure and neurobehavior in children: The HOME Study. Environ Res 2020;186:109583.doi: 10.1016/j.envres.2020.109583.

229. Vuong AM, Yolton K, Braun JM, Sjodin A, Calafat AM, Xu Y, Dietrich KN, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) and poly- and perfluoralkyl substance (PFAS) exposures during pregnancy and maternal depression. Environ Int 2020;139:105694.doi:10.1016/j.envint.2020.105694.

230. Lebeaux RM, Doherty BT, Gallagher LG, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM, Romano ME. Maternal serum perfluoroalkyl substance mixtures and thyroid hormones concentrations in maternal and cord sera: The HOME Study. Env Res 2020;185:109395.doi:10.1016/j.envres.2020.109395.

231. Carwile JL, Ahrens KA, Seshasayee SM, Lanphear B, Fleisch AF. Predictors of plasma fluoride concentrations in children and adolescents. Int J Environ Res Public Health 2020;doi:10.3390/ijerph17249205.

232. Ntantu Nkinsa P, Muckle G, Ayotte P, Lanphear BP, Arbuckle TE, Fraser WD, Bouchard MF. Organophosphate pesticide exposure during fetal development and IQ scores in 3- and 4-year-old Canadian children. Environ Res 2020;doi:10.1016/j.envres.2020.110023.

233. Patti MA, Newschaffer C, Eliot M, Hamra GB, Chen A, Croen LA, Fallin MD, Hertz-Picciotto I, Kalloo G, Khoury JC, Lanphear BP, Lyall K, Yolton K, Braun JM. Gestational exposure to phthalates and social responsiveness scores in children using quantile regression: The EARLI and HOME Studies. Int J Environ Res Public Health 2021;18:1254. doi: 10.3390/ijerph18031254.

234. Vuong AM, XIe C, Jandarov R, Dietrich KN, Zhang H, Sjodin A, Calafat AM, Lanphear BP, McCandless L, Braun JM, Yolton K, Chen A. Prenatal exposure to a mixture of persistent organic pollutants (POPs) and child reading skills at school age. Int J Hyg Environ Health 2020;228:113527. doi: 10.1016/j.ijheh.2020.113527.

235. Patti MA, Li N, Eliot M, Newschaffer C, Yolton K, Khoury JC, Chen A, Lanphear BP, Lyall K, Hertz-Picciotto I, Fallin MD, Croen LA, Braun JM. Association between self-reported caffeine

intake during pregnancy and social responsiveness scores in childhood: The EARLI and HOME Studies. PLoS One 2021;16:e0245079. doi:10.1371/journal.pone.0245079.

236. Vuong AM, Webster GM, Yolton K, Calafat AM, Muckle G, Lanphear BP, Chen A. Prenatal exposure to per- and polyfluoralkyl substances (PFAS) and neurobehavior in US children through 8 years of age: The HOME Study. Environ Res 2021;195:110825. doi: 10.1016/j.enveres.2021.110826.

237. Azar N, Booij L, Muckle G, Arbuckle TE, Seguin JR, Asztalos E, Fraser WD, Lanphear BP, Bouchard MF. Prenatal exposure to polybrominated diphenyl ethers (PBDEs) and cognitive ability in early childhood. Environ Int 2021;146:106296.

238. Hu JMY, Arbuckle TE, Janssen P, Lanphear BP, Zhuang LH, Braun JM, Chen A, McCandless LC. Prenatal exposure to endocrine disrupting chemical mixtures and infant birth weight: a Bayesian analysis using kernel machine regression. Environ Res 2021;195:110749. doi:10.1016/j.enveres.2021.110749.

239. Vecchione R, Vigna R, Whitman C, Kauffman EM, Braun JM, Chen A, Xu Y, Hamra GB, Lanphear BP, Yolton K, Croen LA, Fallin MD, Hertz-Picciotto I, Newschaffer CJ, Lyall K. The association between maternal prenatal fish intake and child autism-related traits in the EARLI and HOME Studies. J Autism Dev Disord 2021;51:487-500. doi:10.10007/s10803-020-04546-9

240. Li N, Liu Y, Papandonatos G, Calafat A, Eaton C, Kelsey K, Cecil KM, Kalkwarf H, Yolton K, Lanphear B, Chen A, Braun J. Gestational and childhood exposure to per- and polyfluoroalkyl substances and cardiometabolic risk at age 12 years. Environ Int 2021;147:106344.

241. Ashley-Martin J, Dodds L, Arbuckle TE, Lanphear BP, Muckle G, Foster WG, Ayotte P, Zidek A, Asztalos E, Bouchard MF, Kuhle S. Urinary phthalates and body mass index in preschool children: The MIREC Study. Int J Hyg Environ Health 2021;232:113689.

242. Percy Z, Vuong AM, Xu Y, Xie C, Ospina M, Calafat AM, Hoofnagle A, Lanphear BP, Braun JM, Cecil KM, Dietrich KN, Yolton K, Chen A. Maternal urinary organophosphate esters and alterations in maternal and neonatal thyroid hormones. Amer J Epidem 2021 (in press).

243. Kalloo G, Wellenius GA, McCandless L, Calafat AM, Sjodin A, Sullivan AJ, Romano ME, Karagas MR, Chen A, Yolton K, Lanphear BP, Braun JM. Environ Res 2021 doi: 10.1016/j.enveres.2021.111027.

244. Rasnick E, Ryan PH, Bailer AJ, Fisher T, Parsons PJ, Yolton K, Newman NC, Lanphear BP, Brokamp C. Identifying sensitive windows of airborne lead exposure associated with behavioral outcomes at age 12. Environ Epidemiol 2021;5:e144. doi: 10.1097/EE9.0000000000000144.

245. Alampi JD, Lanphear BP, Braun JM, Chen A, Takaro TK, Muckle G, Arbuckle TE, McCandless LC. Association between gestational exposure to toxicants and autistic behaviors using Bayesian quantile regression. Am J Epidemiol 2021 doi: 10.1093/aje/kwab065 (ahead of print).

246. Mourino N, Perez-Rios M, Santiago-Perez MI, Lanphear BP, Yolton K, Braun JM. Secondhand tobacco smoke exposure among children under 5 years old: questionnaires versus cotinine biomarkers: a cohort study. BMJ Open 2021;11:e044829. doi: 10.1136/bmjopen-2020-044829.

247. Zhuang LH, Chen A, Braun JM, Lanphear BP, Hu JMY, Yolton K, McCandless LC. Effects of gestational exposure to chemical mixtures on birth weight using Bayesian factor analysis in the Health Outcome and Measures of the Environment (HOME) Study. Environ Epidemiol 2021;5:e159. doi: 10.1097/EE9.0000000000000159.

248. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear BP, Budtz-Jorgenson E. A benchmark dose analysis for maternal pregnancy urine-fluoride and IQ in children. Risk Anal 2021;doi:10.1111/risa.13767.

249. Buck CO, Li N, Eaton CB, Kelsey KT, Cecil KM, Kalkwarf HJ, Yolton K, Lanphear BP, Chen A, Braun JM. Neonatal and adolescent adipocytokines as predictors of adiposity and cardiometabolic risk in adolescence. Obesity 2021;29:1036-1045. doi: 10.1002/oby.23160.

250. Kalloo G, Wellinius GA, McCandless L, Calafat AM, Sjodin A, Sullivan AJ, Romano ME, Karagas MR, Chen A, Yolton K, Lanphear BP, Braun JM. Chemical mixture exposures during pregnancy and cognitive abilities in school-aged children. Environ Res 2021;197:111027. doi:10.1016/j.envres.2021.111027.

251. Tamana SK, Gombojav E, Kanlic A, Banzrai C, Batsukh S, Enkhtuya E, Boldbaatar B, Lanphear BP, Lear SA, McCandless L, Venners SA, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's body mass index at two years of age: The UGAAR randomized controlled trial. Environ Int 2021;156:doi:10.1016/j.envint.2021.106728.

252. Enkhbat U, Gombojav E, Banzrai C, Batsukh S, Boldbaatar B, Enkhtuya E, Ochir C, Bellinger DC, Lanphear BP, McCandless LC, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's behavior problem scores: a secondary analysis of the UGAAR randomized controlled trial. Environ Health. 2021;20:78. doi:10.1186/s12940-021-00763-6. PMID: 34225757.

253. Marshall AT, McConnell R, Lanphear BP, Thompson WK, Hertig MM, Sowell ER. Risk of subcortical brain structure and cognition in a large cohort of 9- to 10-year old children. PLoS One 2021;16:e0258649. doi: 10.1371/journalpone.0258469.eCollection 2021.

254. Buckley JP, Kuiper JR, Lanphear BP, Calafat AM, Cecil KM, Chen A, Xu Y, Yolton K, Kalkwarf HJ, Braun JM. Associations of maternal serum perfluoroalkyl substances concentrations with

early adolescent bone mineral content and density: The Health Outcomes and Measures of the Environment (HOME) Study. In press: *Environmental Health Perspectives*. doi: 10.1289/EHP9424.

255. Gogna P, King WD, Villeneuve PJ, Kumarathasan P, Johnson M, Lanphear B, Shutt RH, Arbuckle TE, Borghese MM. Ambient air pollution and inflammatory effects in a Canadian pregnancy cohort. Environ Epidemiol 2021;5:e168.doi:10.1097/EE9.0000000000000168. PMID: 34934889.

256. Hartley K, MacDougall MC, Terrizi B, Xu Y, Cecil KM, Chen A, Braun JM, Lanphear BP, Newman NC, Vuong AM, Sjodin A, Yolton K. Gestational exposure to polybrominated diphenyl ethers and social skills and problem behaviors in adolescents: The HOME Study. Environ Int 2021;159:107036. doi: 10.1016/j.envint.2021.107036. PMID: 34896668.

257. Wright JP, Lanphear BP, Dietrich KN, Bolger M, Tully L, Cecil KM, Sacarellos C. Developmental lead exposure and adult criminal behavior: A 30-year prospective birth cohort study. Neurotoxicol Teratol 2021;85:106960. PMID: 33617950.

258. Braun JM, Eliot M, Papandonatos GD, Buckley JP, Cecil KM, Kalkwarf HJ, Chen A, Eaton CB, Kelsey K, Lanphear BP, Yolton K. Gestational perfluoroalkyl substance exposure and body mass index trajectories over the first 12 years of life. Int J Obes 2021;45:25-35. PMID: 33208860.

259. Kuiper JR, Braun JM, Calafat AM, Lanphear BP, Cecil KM, Chen A, Xu Y, Yolton K, Kalkwarf HJ, Buckley JP. Associations of pregnancy phthalate concentrations and their mixtures with early adolescent bone mineral content and density: The Health Outcomes and Measures of the Environment. Bone 2022;154:116251. PMID: 34740813. doi:10.1016/j.bone.2021.116251.

260. Sears CG, Lanphear BP, Xu Y, Chen A, Yolton K, Braun JM. Identifying periods of heightened susceptibility to lead exposure in relation to behavioral problems. J Expo Sci Environ Epidemiol 2021 PMID: 34728761.

261. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Xie C, Deka R, Calafat AM, Ospina M, Werner E, Yolton K, Cecil KM, Lanphear BP, Chen A. Maternal urinary OPE metabolite concentrations and blood pressure during pregnancy: The HOME Study. Environ Res 2021;112220. PMID: 34656632. doi: 10.1016/j.envres.2021.112220.

262. Percy Z, Vuong AM, Xu Y, Xie C, Ospina M, Calafat AM, Lanphear BP, Braun JM, Cecil KM, Dietrich KN, Chen A, Yolton K. Prenatal exposure to a mixture of organophosphate esters and intelligence among 8-year-old children in the HOME Study. Neurotoxicology 2021;87:149-155. PMID: 34582899.

263.    Hanley GE, Bickford C, Ip A, Lanphear N, Lanphear B, Weikum W, Zwaigenbaum L, Oberlander TF. JAMA 2021;326:1178-1185. PMID: 34581736.

264.    Ashley-Martin J, Gaudreau E, Dumas P, Liang CL, Logvin A, Belanger P, Provencher G, Gagne S, Foster W, Lanphear B, Arbuckle TE. Direct LC-MS/MS and indirect GC-MS/MS methods for measuring urinary bisphenol A concentrations are comparable. Environ Int 2021;157:106874. PMID: 34537522.

265.    Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Childhood exposure to per- and polyfluoroalkyl substances (PFAS) and neurobehavioral domains in children at 8 years. Neurotoxicol Teratol 2021;88:107022. PMID: 34438039.

266.    Yayah Jones NH, Khoury JC, Xu Y, Newman N, Kalkwarf HJ, Braun JM, Lanphear B, Chen A, Cecil KM, Rose SR, Yolton K. Comparing adolescent staging of pubertal development with hormone biomarkers. J Pediat Endocrinol Metab 2021;34:1531-1541. PMID: 34432968.

267.    Vuong AM, Braun JM, Sjodin A, Calafat AM, Yolton K, Lanphear BO, Chen A. Exposure to endocrine disrupting chemicals (EDCs) and cardiometabolic indices during pregnancy: The HOME Study. Environ Int 2021;156:106747. PMID: 34425642.

268.    Weiler HA, Brooks SPJ, Sarafin K, Fisher M, Massarelli I, Luong TM, Johnson M, Morisset AS, Dodds L, Taback S, Helewa M, von Dadelszen P, Smith G, Lanphear BP, Fraser WD, Arbuckle TE. Early prenatal use of a multivitamin diminishes the risk for inadequate vitamin D status in pregnant women: results from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort study. Am J Clinic Nutr 2021;114:1238-1250. PMID: 34081131.

269.    Ip BC, Li N, Jackson-Browne M, Eliot M, Xu Y, Chen A, Lanphear AJ, Braun JM. Does fetal leptin and adiponectin influence children's lung function and risk of wheeze? J Dev Orig Health Dis 2021;12:570-577.

270.    Gajjar P, Liu Y, Li N, Buckley JP, Chen A, Lanphear BP, Kalkwarf HJ, Cecil KM, Yolton K, Braun JM. Associations of mid-childhood bisphenol A and bisphenol S exposure with mid-childhood and adolescent obesity. Environ Epidemiol 2021 Dec 20;6(1):e187. doi: 10.1097/EE9.0000000000000187.

271.    Farmus L, Till C, Green R, Hornung R, Martinez Mier EA, Ayotte P, Muckle G, Lanphear BP, Flora DB. Critical windows of fluoride neurotoxicity in Canadian children. Environ Res 2021;200:111315. PMID: 34051202.

272.    Ahmadi M, Lanphear BP. The impact of clinical and population strategies on coronary heart disease mortality: An assessment of Rose's Big Idea. BMC Public Health 2022;10.1186/s12889-021-12421-0.

273. Fisher M, Potter B, Little J, Oulhote Y, Weiler HA, Fraser W, Morisset AS, Braun J, Ashley-Martin J, Borghese MM, Shutt R, Kumarathasan P, Lanphear B, Walker M, Arbuckle TE. Blood metals and vitamin D status in a pregnancy cohort: a bidirectional biomarker analysis. Environ Res. 2022 Feb 28:113034. doi: 10.1016/j.envres.2022.113034.

274. Laouali N, Benmarhnia T, Lanphear BP, Weuve J, Mascari M, Boutron-Ruault MC, Oulhote Y. Association between blood metals mixtures concentrations and cognitive performance, and effect modification by diet in older US adults. Environ Epidemiol. 2022 Jan 25;6(1):e192. doi: 10.1097/EE9.0000000000000192

275. Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Childhood exposure to per- and polyfluoroalkyl substances (PFAS) and neurobehavioral domains in children at age 8 years. Neurotoxicol Teratol. 2021;88:107022. doi: 10.1016/j.ntt.2021.107022.

276. Liu Y, Eliot MN, Papandonatos GD, Kelsey KT, Fore R, Langevin S, Buckley J, Chen A, Lanphear BP, Cecil KM, Yolton K, Hivert MF, Sagiv SK, Baccarelli AA, Oken E, Braun JM. Gestational perfluoroalkyl substance exposure and DNA methylation at birth and 12 years of age: a longitudinal epigenome-wide association study. Environ Health Perspect 2022;130:37005. doi: 10.1289/EHP10118.

277. Etzel TM, Braun JM, Kuiper JR, Calafat AM, Cecil KM, Chen A, Lanphear BP, Yolton K, Kalkwarf HJ, Buckley JP. Gestational and childhood phthalate exposures and adolescent body composition: The HOME Study.  Environ Res. 2022 Apr 22;212(Pt B):113320. doi: 10.1016/j.envres.2022.113320.

278. Patti MA, Eliot M, Li N, Yolton K, Lanphear BP, Chen A, Braun JM. Environ Epidemiol. Does early life phthalate exposure mediate racial disparities in children's cognitive abilities? 2022 Mar 15;6(2):e205. doi: 10.1097/EE9.0000000000000205.

279. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children Risk Anal. 2022 Mar;42(3):439-449. doi: 10.1111/risa.13767.

280. Gasiorowski R, Forbes MK, Silver G, Krastev Y, Hamdorf B, Lewis B, Tisbury M, Cole-Sinclair M, Lanphear BP, Klein RA, Holmes N, Taylor MP. Effect of Plasma and Blood Donations on Levels of Perfluoroalkyl and Polyfluoroalkyl substances in firefighters in Australia: A Randomized Clinical Trial. JAMA Netw Open. 2022 Apr 1;5(4):e226257. doi: 10.1001/jamanetworkopen.2022.6257.

281. Fuller R, Landrigan PJ, Balakrishnan K, Bathan G, Bose-O'Reilly S, Brauer M, Caravanos J, Chiles T, Cohen A, Corra L, Cropper M, Ferraro G, Hanna J, Hanrahan D, Hu H, Hunter D,

Janata G, Kupka R, Lanphear B, Lichtveld M, Martin K, Mustapha A, Sanchez-Triana E, Sandilya K, Schaefli L, Shaw J, Seddon J, Suk W, Téllez-Rojo MM, Yan C. Pollution and Health: An update. Lancet Planetary Health. 2022 doi: 10.1016/S2542-5196(22)00090-0.

282.    Kamai EM, Daniels JL, Delamater PL, Lanphear BP, MacDonald Gibson J, Richardson DB. Patterns of children's blood lead screening and blood lead levels in North Carolina, 2011-2018 – who is tested, who is missed? Environ Health Perspect. 2022 Jun;130(6):67002. doi: 10.1289/EHP10335.

283.    Green R, Lanphear B, Phipps E, Goodman C, Joy J, Rihani S, Flora D, Till C. Development and validation of the Prevention of Toxic Chemicals in the Environment for Children Tool: A questionnaire for examining the community's knowledge of and preference toward toxic chemicals and children's brain development. Front Public Health 2022 doi: 10.3389/fpubh.2022.863071.

284.    Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Burris HH, Yolton K, Cecil KM, Lanphear BP, Chen A. Associations of gestational exposure to organophosphate esters with gestational age and neonatal anthropometric measures: The HOME Study. Environ Poll 2022;316:120516. PMID: 36341822.

285.    Krzeczkowski JE, Hall M, McGuckin T, Lanphear B, Bertinato J, Ayotte P, Chevrier J, Goodman C, Green R, Till C. Iodine status in a large Canadian pregnancy cohort. Am J Obset Gynecol MFM. 2022;5:100784. PMID: 36280147.

286.    Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Burris HH, Yolton K, Cecil KM, Lanphear BP, Chen A. Gestational exposure to organophosphate esters infant anthropometric measures in the first 4 weeks after birth: Sci Total Environ 2022;857:159322. PMID: 36220473.

287.    Strawn JR, Xu Y, Cecil KM, Khoury J, Altaye M, Braun JM, Lanphear BP, Sjodin A, Chen A, Yolton K. Early exposure to flame retardants is prospectively associated with anxiety symptoms in adolescents: A prospective birth cohort study. Depress Anxiety 2022. PMID: 36218051.

288.    Yonkman AM, Alampi JD, Kaida A, Allen RW, Chen A, Lanphear BP, Braun JM, Muckle G, Arbuckle T, McCandless LC. Using latent profile analysis to identify associations between gestational chemical mixtures and child neurodevelopment. Epidemiology 2022. PMID:36166205.

289.    Patti MA, Kelsey KT, MacFarlane AJ, Papandonatos GD, Arbuckle TE, Ashley-Martin J, Fisher M, Fraser WD, Lanphear BP, Muckle G, Braun JM. Maternal folate status and the relation

between gestational arsenic exposure and child health outcomes. Int J Environ Res Public Health 2022;19:11332. PMID: 36141604.

290.   Percy Z, Chen A, Yang W, Braun JM, Lanphear BP, Ospina M, Calafat AM, Xie C, Cecil KM, Vuong AM, Xu Y, Yolton K. Childhood urinary organophosphate esters and cognitive abilities in a longitudinal cohort study. Environ Res 2022;215:114265. PMID: 36103927.

291.   Zhang Z, Li N, Buckley JP, Cecil KM, Chen A, Eaton CB, Kalkwarf HJ, Lanphear BP, Yolton K, Braun JM. Associations between eating behaviors and cardiometabolic risk among adolescents in the Health Outcomes and Measures of the Environment Study. Pediatr Obes 2022;e12979. PMID: 36094787.

292.   Kuiper JR, Vuong AM, Lanphear BP, Calafat AM, Ospina M, Cecil KM, Xu Y, Yolton K, Kalkwarf HJ, Braun JM, Buckely JP. Early life organophosphate ester exposure and bone health at age 12 years: The Health Outcomes and Measures of the Environment (HOME) Study. Sci Total Environ 2022;851:158246. PMID: 36030851.

293.   Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Yolton K, Cecil KM, Lanphear BP, Chen A. Maternal urinary organophosphate ester metabolite concentrations and gluocose tolerance during pregnancy: The HOME Study. Int J Hyg Environ Health 2022;245:114026. PMID: 36029741.

294.   Nitschke AS, Karim JL, Vallance BA, Bickford C, Ip A, Lanphear N, Lanphear B, Wekum W, Oberlander TF, Hanley GE. Autism risk and perinatal antibiotic use. Pediatrics 2022;150:e2022057346. PMID: 36017659.

295.   Enkhbat U, Gombojav E, Banzrai C, Batsukh S, Boldbaatar B, Enkhtuya E, Bellinger DC, Lanphear BO, McCandless LC, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's autistic behaviors at four years of age: The UGAAR randomized controlled trial. Environ Int 2022;168:107432. PMID: 36007302.

296.   Braun JM, Papandonato GD, Li N, Sears CG, Buckley JP, Cecil KM, Chen A, Eaton CB, Kalkwarf HJ, Kelsey KT, Lanphear BP, Yolton K. Physical activity modifies the relation between gestational perfluorooctanoic acid exposure and adolescent cardiometabolic risk. Environ Res 2022;214:114021. PMID: 35952751.

297.   Signes-Pastor AJ, Romano ME, Jackson B, Braun JM, Yolton K, Chen A, Lanphear B, Karagas MR. Associations of maternal urinary arsenic concentrations during pregnancy with childhood cognitive abilities: The HOME Study. Int J Hyg Environ Health 2022;245:114009. PMID: 35947921.

298.   Pagalan L, Oberlander TF, Hanley GF, Rosella LC, Bickford C, Weikum W, Lanphear N, Lanphear B, Brauer M, van den Bosch M. The association between prenatal greenspace

exposure and autism spectrum disorder, and the potentially mediating role of air pollution reduction: A population-based birth cohort study. Environ Int 2022;167:107445. PMID: 35921770.

299. Mourino N, Perez-Rios M, Yolton K, Lanphear BP, Chen A, Buckley JP, Kalkwarf HJ, Cecil KM, Braun JM. Pre- and postnatal exposure to secondhand tobacco smoke and body composition at 12 years: periods of susceptibility. Obesity 2022;30:1659-1669. PMID: 35894081.

300. Goodman CV, Hall M, Green R, Chevrier J, Ayotte P, Martinez-Mier EA, McGuckin T, Krzeczkowski J, Flora D, Hornung R, Lanphear B, Till C. Iodine status modifies the association between fluoride exposure in pregnancy and preschool boys' intelligence. Nutrients 2022;14:2920. PMID: 35889877.

301. Bitan M, Steinberg DM, Wilson SR, Kalkbrenner AE, Lanphear B, Hovell MF, Gamliel VM, Rosen LJ. Association between objective measures and parent-reported measures of child tobacco smoke exposure: a secondary data analysis of four trials. Tob Ind Dis 2022;20:62. PMID: 35854878.

302. Welch BM, Keil AP, Buckley JP, Calafat AM, Christenbury KE, Engle SM, O'Brien KM, Rosen EM, James-Todd T, Zota AR, Ferguson KK, Alshawabkeh AN, Cordero JF, Meeker JD, Barrett ES, Bush NR, Nguyen RHN, Sathyanarayana S, Swan SH, Cantowine DE, McElrath TF, Aalborg J, Dabelea D, Starling AP, Hauser R, Messerlian C, Zhang Y, Bradman A, Eskenazi B, Harley KG, Holland N, Bloom MS, Newman RB, Wenzel AG, Braun JM, Lanphear BP, Yolton K, Factor-Litvak P, Herbstman JB, Rauh VA, Drobnis EZ, Sparks AE, Redmon JB, Wang C, Binder AM, Michels KB, Baird DD, Jukic AMZ, Weinberg CR, Wilcox AJ, Rich DQ, Weinberger B, Padmanabhan V, Watkins DJ, Hertz-Picciotto I, Schmidt RJ. JAMA Pediatr 2022;176:895-905. PMID: 35816333.

303. Ulziikhuu B, Gombojav E, Banzrai C, Batsukh S, Enkhtuya E, Boldbaatar B, Bellinger DC, Lanphear BP, McCandless LC, Tamana SK, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's cognitive performance at four years of age; The UGAAR randomized controlled trial. Environ Health Perspect 2022;130 doi: 10.1289/EHP10302

304. Etzel TM, Kuiper JR, Wang X, Mueller NT, Calafat AM, Cecil KM, Chen A, Lanphear BP, Yolton K, Kalkwarf HJ, Braun JM, Buckley JP. Associations of early life phthalate exposures with adolescent lipid levels and insulin resistance: The HOME Study. Int J Hyg Environ Health 2022;248:1402. doi: 10.1016/j.ijheh.2022.114102. PMID: 36527833.

305. Kuiper JR, Pan S, Lanphear BP, Calafat AM, Chen A, Cecil KM, Yolton K, Kalkwarf HJ, Braun JM, Buckley JP. Associations of gestational urinary environmental phenol concentrations with

bone mineral density among 12-year-old children in the HOME Study. Int J Hyg Environ Health 2022;248:114104. doi: 10.1016/j.ijheh.2022.114104. PMID: 36525700.

306.    Krzeczkowski JE, Hall M, McGuckin T, Lanphear BP, Bertinato J, Ayotte P, Chevrier J, Goodman C, Green R, Till C. Iodine status in a large Canadian pregnancy cohort. Am J Obstet Gynecol MFM. 2023. doi: 10.1016/j.ajogmf.2022.100784. PMID: 36280147.

307.    Strawn JR, Xu Y, Cecil KM, Khoury JC, Altaye M, Braun JM, Lanphear BP, Sjodin A, Chen A, Yolton K. Early exposure to flame retardants is prospectively associated with anxiety symptoms in adolescents: A prospective birth cohort study. Depress Anxiety 2022;39:780-793. Doi: 10.1002/da.23284. PMID: 36218051.

308.    Yonkman AM, Alampi JD, Kaida A, Allen RW, Chen A, Lanphear BP, Braun JM, Muckle G, Arbuckle TE, McCandless LC. Using latent profile analysis to identify associations between gestational chemical mixtures and child neurodevelopment. Epidemiology 2023;34:45-55. doi:10.1097/EDE.0000000000001554. PMID: 36166205.

309.    Zahran S, Keyes C, Lanphear BP. Leaded aviation gasoline exposure risk and child blood lead levels. PNAS Nexus 2023 doi:10.1093/pnasnexus/pgac285. PMID: 36712926

310.    Goodman C, Hall M, Green R, Hornung R, Martinez-Mier EA, Lanphear B, Till C, Maternal fluoride exposure, fertility, and birth outcomes: The MIREC cohort. Environ Adv 2022;doi: 10/1016/j.envdv.2021.100135.

311.    Ashley-Martin J, Huang R, MacPherson S, Brion O, Gaudreau E, Bienvenu JF, Fisher M, Borghese MM, Bouchard MF, Lanphear B, Foster WG, Arbuckle TE. Urinary concentrations and determinants of glyphosate and glufosinate in pregnant Canadian participants in the MIREC study. Environ Res 2023;doi:10.1016/j.envres.2022.114842.PMID: 36410462.

312.    Hall M, Lanphear B, Chevrier, Hornung R, Green R, Goodman C, Ayotte P, Martinez-Mier EA, Zoeller T, Till C. Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort. STOTEN 2023 doi: 10.1016/j.scitotenv.2022.1611149. PMID: 36764861

313.    Laouali N, Benmarhnia T, Lanphear BP, Oulhote Y. Associations with blood lead and urinary cadmium concentrations in relation to mortality in the US population: A causal survival analysis with G-computation. Toxics 2023 doi: 10.3390/toxics11020133. PMID: 36851008

314.    Fisher M, Marro L, Arbuckle TE, Potter BK, Little J, Weiler H, Morriset AS, Lanphear B, Oulhote Y, Braun JM, Kumarathasan P, Walker M, Borghese MM, Ashley-Martin J, Shutt R, Fraser WD. Associations between toxic metals, vitamin D, and preterm birth in the Maternal-Infant research on chemicals study. Paediatr Perinat Epidemiol 2023 doi: 10.1111/ppe.12962. PMID: 36864001

315. Percy Z, Chen A, Sucharew H, Yang W, Vuong AM, Braun JM, Lanphear B, Ospina M, Calafat AM, Cecil KM, Xu Y, Yolton K. Early-life exposure to a mixture of organophosphate esters and child behavior. Int J Hyg Environ Health 2023;250:https://doi.org/10.1016/j.ijheh.2023.114162

316. Nitschke AS, do Valle HA, Vallance BA, Bickford C, Ip A, Lanphear N, Lanphear B, Weikum W, Oberlander TF, Hanley GE. Association between prenatal antibiotic exposure and autism spectrum disorder among term births: A population-based cohort study. Pediatr Perinat Epidemiol 2023;doi:10.1111/ppe.12972. PMID: 36978215.

317. Mourino N, Perez-Rios M, Yolton K, Lanphear BP, Chen A, Buckley JP, Kalkwarf HJ, Cecil KM, Braun JM. Pre- and postnatal exposure to secondhand tobacco smoke and cardiometabolic risk at 12-years: Periods of susceptibility. Env Res 2023;224:115572. doi:10.1016/j.envres.2023.115572. PMID: 36841524.

318. Borghese MM, Fisher M, Jillian Ashley-Martin, Fraser WD, Trottier H, Lanphear B, Johnson M, Helewa M, Foster W, Walker M, Arbuckle TE. Individual, independent, and joint associations of toxic metals and manganese on hypertensive disorders of pregnancy. Environ Health Perspect 2023; https://doi.org/10.1289/EHP10825.

319. Sultan H, Buckley JP, Kalkwarf HJ, Cecil KM, Chen A, Lanphear BP, Yolton K, Braun JM. Dietary Per- and Polyfluoroalkyl Substance (PFAS) Exposure in Adolescents: The HOME Study. *Environmental Research*. Accepted.

**Editorials and Commentaries**

1. Lanphear BP, Gergen PJ.  Measuring asthma trends in US children (invited commentary). Am J Epidemiol 2003;158:105-107.

2. Lanphear BP. Origins and evolution of children's environmental health. Essays on the future of environmental health research: A tribute to Dr. Kenneth Olden.  Environ Health Perspect 2005;24-32.

3. Lanphear BP, Vorhees CV, Bellinger DC.  Protecting children from environmental toxins. PLoS Med. 2005;2(3):e61.

4. Lanphear BP. Lead Poisoning Prevention – Too Little, Too Late. JAMA 2005;293:2274-2276.

5. Wigle DT, Lanphear BP. Human health risks from low-level environmental exposures: No apparent safety thresholds. PLoS Med 2005;2(12)e350.

6. Lanphear BP, Paulson J, Beirne S. Trials and tribulations of protecting children from environmental hazards.  Environ Health Perspect 2006;114:1609-1612.

7.     Swanson, JM, Kinsbourne M, Nigg J, Lanphear B, Stefanatos GA, Volkow G, Taylor E, Casey BJ, Castellanos FX, Wadhwa PD. Etiologic subtypes of attention-deficit/hyperactivity disorder: brain imaging, molecular genetic and environmental factors and the dopamine hypothesis. Neuropsychol Rev 2007;17:39–59.

8.     Lanphear, BP.  The conquest of lead poisoning: A Pyrrhic victory.  Environ Health Perspect 2007;115:A484-A485.

9.     Lanphear BP, Hornung RW, Khoury J, Dietrich KN, Cory-Slechta DA, Canfield RL.  The conundrum of unmeasured confounding. Sci Total Environ 2008;396:196-200.

10.    Taylor MP, Schniering CA, Lanphear BP, Jones AL. Lessons learned on lead poisoning prevention: One-hundred years on from Turner's declaration. J Paediatr Child Health 2011;47:849-856.

11.    Bellinger DC, Goldman LR, Lanphear BP, Eskenazi B, Jacobs DE, Miller M. The launch of the International Society for Children's Health and the Environment (ISCHE). Environ Health Perspectives 2011;119:a420-a421.

12.    Rauch S, Lanphear BP. Prevention of Disabilities: Elevating the Role of Environment. Future of Children. 2012;22:193-217.

13.    Taylor MP, Winder C, Lanphear BP. Eliminating childhood lead toxicity in Australia: A call to lower the intervention level. Med J Aust 2012;197:493.

14.    Lanphear BP. ADHD: A preventable epidemic? Archives of Pediatrics and Adolescent Medicine 2012;166:1182-1184. doi: 10.001/archpediatrics.2012.1900

15.    Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945.

16.    Hornung R, Lanphear BP. The supralinear dose-response for environmental toxicants: a statistical artifact? Clinical Toxicology 2014;52:88-90.

17.    Taylor MP, Winder C, Lanphear BP. Australia's leading public health body delays action on the revision of the public health goal for blood lead exposures. Environ Int. 2014 Sep;70:113-7. doi: 10.1016/j.envint.2014.04.023.

18.    Allen RW, Barn P, Lanphear B. Randomized controlled trials in environmental health research: unethical or underutilized? PLoS Med 2015;12:e1001775. doi:10.1371/journal.pmed.1001775.

19.    Lanphear BP. The impact of toxins on the developing brain. Ann Rev Public Health 2015;36:211-230.

20. Bakan J, Lanphear BP, Sargent JD. Medical journals and free speech. Pediatrics 2015;135:403-405.

21. Calafat AM, Longnecker MP, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Rudel RA, Engel SM, Teitelbaum SL, Whyatt RM, Wolff MS. Optimal exposure biomarkers for nonpersistent chemicals in environmental epidemiology. Environ Health Perspect 2015;123:A-166-A168.

22. Myers JP, Antoniou MN, Blumberg B, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vandenberg LN, Vom Saal FS, Welshons WV, Benbrook CM. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. Environ Health 2016;15(1):19. doi: 10.1186/s12940-016-0117-0.

23. Crighton E, Abelsohn A, Blake J, Enders J, Kilroy K, Lanphear B, Marshall L, Phipps E, Smith G. Beyond alcohol and tobacco smoke: Are we doing enough to reduce fetal toxicant exposure? J Obstet Gynaecol Can 2016;38:56-59.

24. Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R, Hertz-Picciotto I, Kwiatkowski CF, Lanphear BP, Marquez E, Marty M, McPartland J, Newschaffer CJ, Payne-Sturges D, Patisaul HB, Perera FP, Ritz B, Sass J, Schantz SL, Webster TF, Whyatt RM, Woodruff TJ, Zoeller RT, Anderko L, Campbell C, Conry JA, DeNicola N, Gould RM, Hirtz D, Huffling K, Landrigan PJ, Lavin A, Miller M, Mitchell MA, Rubin L, Schettler T, Tran HL, Acosta A, Brody C, Miller E, Miller P, Swanson M, Witherspoon NO. 2016. Project TENDR: Targeting Environmental Neuro-Developmental Risks. The TENDR Consensus Statement. Environ Health Perspect 2016;124:A118–A122; http://dx.doi.org/10.1289/EHP358.

25. Hirtz D, Campbell C, Lanphear B. Targeting environmental neurodevelopmental risks to protect children. Pediatrics 2017 139;pii:e20162245.

26. Vandenberg LN, Blumberg B, Antoniou MN, Benbrook CM, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vom Saal FS, Welshons WV, Myers JP. Is it time to reassess current safety standards for glyphosate-based herbicides? J Epidemiol Community Health 2017;71:613-618.

27. Bellinger DC, Chen A, Lanphear BP. Establishing and achieving national goals for preventing lead toxicity and exposure in children. JAMA Pediatrics 2017;171:616-618.

28. Lanphear BP. Still treating lead poisoning after all these years. Pediatrics 2017;140(2):e20171400.

29. Lanphear BP. Low-level toxicity of chemicals: No acceptable levels? PLoS Biology 2017;15:e2003066. https://doi.org/10.1371/journal.pbio.2003066

30.    Hanna-Attisha M, Lanphear BP, Landrigan P. Lead poisoning in the 21st Century: The silent epidemic continues. Am J Public Health 2018;108:1430.

31.    Hertz-Picciotto I, Sass JB, Engel S, Bennett DH, Bradman A, Eskenazi B, Lanphear BP, Whyatt R. Organophosphate pesticide exposure during pregnancy and child neurodevelopment: Recommendations for essential policy reforms. PLoS Med 2018;15:e1002671.

32.    Basu N, Lanphear BP. The challenge of pollution and health in Canada. Can J Public Health 2019;110:159-164.

33.    Taylor MP, Lanphear BP. Blood lead levels in children have fallen, but vigilance is still needed. Med J Aust 2020;212:161-162.

**Chapters and Reviews**

1.    Lanphear BP. Hepatitis B immunoprophylaxis: Development of a cost-effective program in the hospital setting. Infect Control Hospital Epidemiol 1990;11:47-50.

2.    Lanphear BP. Trends and patterns in the transmission of bloodborne pathogens to health care workers. Epidemiologic Reviews 1994;16:437-450.

3.    Kapil V, Lanphear BP. Tuberculosis - surveillance, prevention, and control.  Occupational Environmental Medicine Report 1994;8:35-38.

4.    Myers G, Davidson P, Weitzman M, Lanphear B. Contribution of heavy metals to developmental disabilities in children. Mental Retard Dev Dis 1997;3:239-245.

5.    Lanphear BP. Transmission and control of blood-borne viral hepatitis in health care workers, in Occupational Medicine: State of the Art Reviews.  McDiarmid MA, Kessler E, (eds), Hanley & Belfus, Inc. Philadelphia, PA, 1997;12:717-730.

6.    Lanphear BP.  Indoor Pollutants and Toxins, in *Ambulatory Pediatrics*, Green, Haggerty and Weitzman (eds.) 5th edition, 1999, W.B. Saunders Company, Philadelphia, PA.

7.    Lanphear BP, Dietrich KN, Berger O.  Prevention of lead toxicity in US children.  Ambulatory Pediatrics 2003;3:27-36.

8.    Sandel M, Phelan KJ, Wright R, Hynes HP, Lanphear BP.  The effects of housing interventions on child health.  Pediatr Ann 2004;33:474-481.

9.    Breysse P, Farr N, Galke W, Morley R, Lanphear BP, Bergofsky L. The relationship between housing and health: children at risk.  Environ Health Persp 2004;112:1583-1588.

10.    Lanphear BP, Wright RO, Dietrich KN. Environmental toxins. Pediatrics in Review 2005;26:191-197.

11.     Lanphear BP, Bearer CF. Biomarkers in paediatric research and clinical practice. Arch Dis Child. 2005;90:594-600.

12.     Lanphear BP. Lead. In Children's Health and the Environment. Philip Landrigan and Ruth Etzel (eds). Oxford University Press. 2013.

13.     Foreman J, Silverstein J, Committee on Nutrition; Council on Environmental Health; American Academy of Pediatrics. Organic foods: health and environmental advantages and disadvantages. Pediatrics 2012;130:e1406-1415.doi:10.152/peds.2012-2579.

14.     Iodine deficiency, pollutant chemicals, and the thyroid: new information on an old problem. Council on Environmental Health, Rogan WJ, Paulson JA, Baum C, Brock-Utne AC, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Osterhoudt KC, Sandel MT, Spanier A, Trasande L. Pediatrics. 2014;133:1163-6. doi: 10.1542/peds.2014-0900.

15.     Rosenthal FS, Lanphear BP, Gottesfeld P, Krzyzanowski M and others. ISEE Call for action for global control of lead exposure to eliminate lead poisoning. Epidemiology 2015;26:774-777.

16.     Ahdoot S, Paulson JA, Baum C, Bole A, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Pacheco SE, Spanier AJ, Trasande L. Global climate change and children's health. Pediatrics 2015;136:5:992-997.

17.     Ahdoot S, Pacheco SE for The Council on Environmental Health. Global climate change and children's health – Technical Report. Pediatrics 2015;136:5:992-997.

18.     Paulson JA, Zaoutis TE, for the Council on Environmental Health and the Committee on Infectious Disease. Nontherapeutic use of antimicrobial agents in animal agriculture: implications for pediatrics. Pediatrics 2015;136:6:e1670-e1677.

19.     Lanphear BP for the American Academy of Pediatrics Council on Environmental Health. Prevention of Lead Toxicity. Pediatrics 2016;138(1):e20161493.

20.     England LJ, Aagaard K, Bloch M, Conway K, Cosgrove K, Grana R, Gould TJ, Hatsukami D, Jensen F, Kandel D, Lanphear B, Leslie F, Pauly JR, Neiderhiser J, Rubinstein M, Slotkin TA, Spindel E, Stroud L, Wakschlag L. Developmental toxicity of nicotine: A transdisciplinary synthesis and implications for emerging tobacco products. Neurosci Biobehav Res 2017;72:176-189.

21.     Matsui EC, Abramson SL, Sandel MT and AAP Council on Environmental Health. Pediatrics 2016;138:pii: e20162589.

**Blogs and Op-Ed**

1.      Trasande L, Lanphear BP. Preventing a Thousand Flints: Getting Reform of Chemical Regulation Right. Health Affairs Blog. May 23, 2016.

http://healthaffairs.org/blog/2016/05/23/preventing-a-thousand-flints-getting-reform-of-chemical-regulation-right/

2.      Lanphear BP, Till C and Birnbaum LS. It is time to protect kids' developing brains from fluoride. Environmental Health News, October 7th, 2020.


**Letters**

1.      Menkhaus NA, Lanphear BP, Linnemann CC. Airborne transmission of varicella-zoster virus in hospitals. Lancet 1990;2:1315.  May 23, 2016.

2.      Lanphear BP. The resurgence of measles and herd immunity. JAMA 1992;268:789.

3.      Lanphear BP, Linnemann CC, Cannon C. A high false positive rate of tuberculosis associated with Aplisol. J Infect Dis 1994;169:703-704.

4.      Lanphear BP. Potential consequences of using Aplisol tuberculin tests in prior epidemic investigations. Infection Control Hospital Epidemiology 1995;16:255.

5.      Canfield R, Henderson C, Lanphear BP. Intellectual impairment and blood lead levels. N Engl J Med. 2003;349:500-502.

6.      Juskow T, Canfield RC, Henderson C, Lanphear BP. Comments on "Recent development in low level lead exposure and children's intellectual abilities". Environ Health Perspect 2005;113:A16.

7.      Lanphear BP, Hornung R, Khoury J, Yolton K, Dietrich KN.  Lead and IQ in Children.  Environ Health Persp 2006;114:A86-A87.

8.      Hornung R, Lanphear B, Dietrich K. Response to: "What is the meaning of non-linear dose-response relationships between blood lead concentration and IQ?" Neurotoxicology. 2006;27:635.

9.      Braun J, Lanphear BP. Comments on "Lead neurotoxicity in children: is prenatal exposure more important than postnatal exposure?" Acta Paediatr. 2007;96:473; author reply 474-475.

10.     Braun J, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Comments on "Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children".  Environ Health Perspect 2007;115:A399.

11.     Geraghty SR, Morrow AL, Lanphear B. The heart of the matter on breastmilk and environmental chemicals: essential points for healthcare providers and new parents. Breastfeed Med. 2009;4:125-126.

12.     Joshi TK, Bailar JC 3rd, Craner J, Davis D, Ehrlich R, Franco G, Frank AL, Huff J, LaDou J, Lanphear B, London L, Melnick RL, O'Neill R, Osaro E, Rosenman KD, Sass J, Smith AH, Soskolne CL, Stephens C, Stuckey R, Takaro TK, Teiteibaum D, Watterson A, Yassi A.

Physician expelled from Indian Association of Occupational Health after critique. Int J Occup Environ Health. 2009 Oct-Dec;15(4):419-420.

13. Calafat AM, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Longnecker MP, Rudel RA, Teitelbaum SL, Whyatt RM, Wolff MS. Misuse of blood serum to assess exposure to bisphenol A and phthalates. Breast Cancer Res. 2013;15:403.

14. Soskone CL, Al-Delaimy WK, Burns K, Finch MR, Gaudino JA, Jr, Lanphear B, Oremus M, Phillips L, Ruff K, Weiss SH, Wing S. Competing interests in epidemiology. BMJ 2015;350.PMID: 25569167.

15. Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: an ecological study. Environ Health 2018;17:doi: 10.1186/s12940-018-0354-5.

16. Lanphear BP, Hornung RW, Auinger P, Allen R. Environmental exposure to lead: old myths never die. Lancet Public Health 2018;e363 doi: 10.1016/S2468-2667(18)30128-2.

17. Pagalan L, Brauer M, Lanphear B. Maternal exposure to air pollution during pregnancy and autism spectrum disorder in offspring. JAMA Pediatrics 2019;173:698.

18. Till C, Green R, Lanphear B. Association between maternal fluoride exposure and child IQ-Reply. JAMA Pediatrics 2020;174:216-217.


**Presentations**

1. "Biologic Hazards to Health Care Personnel in the Workplace". University of Cincinnati, Cincinnati, Ohio, September 26, 1990.

2. "Common Misconceptions about Tuberculosis". American Lung Association, St. Elizabeth's Hospital, Belleville, IL, March 19, 1991.

3. "Prevention and Control of Infectious Disease in Health Care Workers". Miami Valley Hospital, Dayton, OH, September 5, 1991.

4. "Transmission of Hepatitis B Virus Infection in Health Care Workers". Ohio University, Athens, Ohio, March 21, 1992.

5. "Universal Immunization Against Hepatitis B Virus". Grand Rounds, Dayton Children's Hospital, May 1992, Dayton, Ohio.

6. "Correlation of Blood Lead Levels and Dust Lead Levels Using Three Dust Collection Methods. Environmental Protection Agency, Research Triangle, N.C., January 20,1994.

7. "Relation of Lead-Contaminated House Dust and Blood Lead Levels in Urban Children" Environmental Protection Agency, Washington, D.C., February 1994.

8.      "Lead-Contaminated House Dust and Blood Lead Concentrations in Children", Society for Pediatric Research, Seattle, Washington May 5, 1994.

9.      "EPA Health-Based Standards for Soil and Dust". Alliance to End Childhood Lead Poisoning, Washington, D.C., May 17, 1994.

10.     "Epidemiology of Tuberculosis in Health Care Settings". University of Cincinnati, Cincinnati, OH, August 19, 1994.

11.     "A Side-by-Side Comparison of Sampling Methods for Lead-Contaminated House Dust". American Public Health Association, Washington, D.C., November 1, 1994.

12.     "Trends in Childhood Exposure to Lead:  Implications for Prevention". University of Rochester, Pediatric Grand Rounds, February 15, 1995.

13.     "Childhood Exposure to Lead". Visiting Professor, Nazareth College, Rochester, New York, March 24, 1995.

14.     "Transmission and Control of Infections in Health Care Workers". (Moderator & Speaker) American College of Occupational Environmental Medicine, Las Vegas, Nevada, May 4, 1995.

15.     "Lead Exposure Prevention Research at the University of Rochester". New England Lead Conference, Kennebunkport, Maine, August 3, 1995.

16.     "Prevention of Childhood Lead Exposure". 1st Annual Midwest Conference on Childhood Lead Poisoning Prevention, Kansas City, MO, September 10-11, 1995.

17.     "Childhood Lead Exposure: Implications for Occupational Health". National Institute for Occupational Safety and Health, Cincinnati, OH, May 10, 1996.

18.     "Community Characteristics and Children's Blood Lead Concentrations". American Public Health Association, New York City, NY, November 19, 1996.

19.     "Evolution of a Disease: The Science of Childhood Lead Exposure Prevention." American Public Health Association, New York City, NY, November 18, 1996.

20.     "Childhood Lead Exposure: A Local and National Perspective." Occupational Medicine Grand Rounds, University of Rochester, January 2, 1997.

21.     "Prevention of Childhood Lead Exposure: The U.S. Experience". (Keynote) University of the West Indies and Pan American Health Organization, Kingston, Jamaica, January 23, 1997

22.     "Lead-Contaminated House Dust and Children's Blood Lead Levels". (Keynote Presentation) Look Out for Lead Conference, Madison, WI, May 22, 1997.

23.     "Primary Prevention of Childhood Lead Exposure: A Randomized Trial of Dust Control". American Public Health Association, Indianapolis, November 13, 1997.

24.     "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Medical University of South Carolina, Charleston, SC, March 20, 1998.

25.     "The Science of Childhood Lead Exposure Prevention." Tulane/Xavier Center for
        Bioenvironmental Research, New Orleans, May 4-5[th], 1998.

26.     "Lead Hazard Control Research" Conference on Linking Health, Housing & Environment,
        Centers for Disease Control, Department of Housing and Urban Development, National
        Institutes of Health, Phoenix, Arizona, June 21-24, 1998.

27.     "A Randomized Trial of Dust Control to Prevent Childhood Lead Exposure." Presenter and Co-
        chairman, Section on Heavy Metals, 1st International Conference on Children's Environmental
        Health, Amsterdam, The Netherlands, August 11-13[th], 1998.

28.     "Prevention of Childhood Lead Exposure: A Critique of the EPA's Proposed Residential Lead
        Standard". Office of Children's Health Protection, U.S. Environmental Protection Agency,
        Washington, D.C., November 5, 1998.

29.     "Science and Policy of Lead Poisoning Prevention in the United States". Nicholas School of the
        Environment, Duke University, Durham, North Carolina, February 22, 1999.

30.     "Behaviors in Early Childhood and Exposure to Environmental Toxins". (invited) Pediatric
        Environmental Health Conference, San Francisco, CA May 4, 1999.

31.     "Patterns of Lead Exposure in Early Childhood". International Conference on Lead Exposure,
        Reproductive Toxicity and Carcinogenicity, Gargnano, Italy, May 7, 1999.

32.     "Adverse Effects of Blood Lead Concentrations <10 $\mu$g/dL" (Invited), 17th International
        Conference Neurotoxicology Conference, Little Rock, Arkansas, October 17-20, 1999.

33.     "Emerging Research and Implications for Prevention of Childhood Lead Exposure" (Invited), 2nd
        Annual Syracuse Lead Conference, Syracuse, New York October 27th, 1999.

34.     "Prevention of Lead Poisoning in Children" Sierra Club, Omaha, NE, November 16th, 1999.

35.     "Children's Environmental Health: A Focus on Residential Hazards" Department of Pediatrics,
        University of Nebraska Hospital, November 17th, 1999.

36.     "Effectiveness of Lead Hazard Controls", New England Lead Conference, New Hampshire,
        Tufts University School of Medicine, April 25, 2000.

37.     "Subclinical Lead Toxicity in U.S. Children and Adolescents", Pediatric Academic Societies,
        Boston, MA, May 15, 2000.

38.     "Contribution of Residential Exposures to Asthma in U.S. Children and Adolescents", Pediatric
        Academic Societies, Boston, MA, May 16, 2000.

39.     "The Effect of Soil Abatement on Blood Lead Concentration in Children living near a former
        Smelter and Milling Operation" (invited). Coeur d'Alene, Idaho, May 24, 2000.

40.     "The Paradox of Lead Poisoning Prevention" (invited). National Institute of Justice,
        Washington, D.C., July 18th, 2000.

41.   "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Children's Hospital Medical Center, Cincinnati, Ohio, August 22, 2000.

42.   "Children's Environmental Health: A Focus on Residential Hazards"  Pediatric Grand Rounds, Department of Pediatrics, University of Rochester School of Medicine, Rochester, NY, September 20th, 2000.

43.   "Prevention of Lead Poisoning in Childhood" 7th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, NY, September 29, 2000.

44.   "Excavating the Enigmas of Childhood Lead Exposure". Department of Environmental and Occupational Medicine, Harvard University School of Public Health, Boston, MA, October 16th, 2000.

45.   "Contribution of Residential Exposures to Asthma". Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 11th, 2000.

46.   "Setting Research Priorities for the Decade". (Moderator & Speaker) Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 13th, 2000.

47.   "Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation) Look Out for Lead Conference, Madison, WI, April 12, 2001.

48.   "Environmental Lead Exposure and Children's Intelligence at Blood Lead Concentrations below 10 $\mu$g/dl." APA Presidential Plenary Session, Pediatric Academic Society Meeting, Baltimore, MD, April 30, 2001.

49.   "Elimination of Childhood Lead Exposure: Obstacles & Opportunities" (Plenary).  National Housing Conference and Exposition, New Orleans, LA, May 16th, 2001.

50.   "Prevention of Childhood Lead Exposure: A Public Health Perspective" (Keynote Presentation). Philadelphia Health Department, Philadelphia, PA, May 23rd, 2001.

51.   "Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation), Charles Drew University, Los Angeles, California, October 22nd, 2001.

52.   "Primary Prevention of Childhood Lead Exposure" (Keynote Presentation), Midwest Regional Lead Conference, Pittsburgh PA, October 29th, 2001.

53.   "Prevention of Childhood Lead Exposure: Shifting to Primary Prevention" (Keynote Presentation), Indiana Department of Health, Lead-Safe Conference, November 7th, 2001.

54.   "A Strategy for Primary Prevention of Childhood Lead Exposure" A testimony to Housing and Transportation Subcommittee, U.S. Senate, Washington, D.C., November 13, 2001.

55. "Ethical issues of Environmental Research involving Children" (moderator and speaker). Panelists were Jeffrey Kahn, Ph.D., and Leonard Glantz, J.D., Raleigh-Durham, North Carolina, NIEHS Conference of Children's Environmental Health Centers, January 23, 2001.

56. "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Omaha Children's Hospital, Omaha, Nebraska, March 1, 2002.

57. "Racial Disparities in Children due to Environmental Hazards" Ohio Commission on Minority Health, Columbus, Ohio March 27, 2002.

58. "Prevention of Childhood Lead Exposure in a Former Mining Community" Tar Creek, Oklahoma, April 4, 2002.

59. "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Hasbro Children's Hospital, Brown University, Providence Rhode Island, May 17, 2002.

60. "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Dayton Children's Hospital, Wright University, Dayton, Ohio May 22, 2002.

61. "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." International Lead Congress, Washington, DC, June 3rd, 2002.

62. "Residential Hazards: A Neglected Health Problem" Agency for Toxic Substances Disease Registry, Centers for Disease Control and Prevention, Atlanta, Georgia, August 19th, 2002.

63. "Control of Residential Exposures to Environmental Neurotoxins" National Center for Healthy Homes (Moderator and Speaker), Annapolis, VA, November 7th, 2003.

64. "The Promises and Potential Pitfalls of Primary Lead Poisoning Prevention" Purchase College, 9th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, New York, October 4th, 2002.

65. "Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Syracuse, NY, October 9th, 2002.

66. "Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." University of Texas at El Paso, El Paso, Texas January 29th, 2003.

67. "Childhood Lead Poisoning" Introduction to Children's Environmental Health, Seattle, Washington, Pediatric Academic Society, May 3rd, 2003.

68. "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Chicago Lead Summit, Chicago, Illinois, May 28th, 2003.

69. "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Case Western Reserve University, Cleveland, Ohio, June 3rd, 2003.

70. "Housing and Children's Health", Sprawl: The impact on vulnerable populations, University of Cincinnati College of Medicine, Cincinnati, Ohio, July 8th, 2003.

71.     "Trials and Tribulations of Protecting Children from Environmental Toxins". Duke University, Nicholas School of the Environment, Durham, NC, November 6th, 2003.

72.     "Adverse Effects of Fetal and Childhood Exposures to Prevalent Toxins" Midwest Critical Regional Neonatology Conference, Covington, KY, November 14th, 2003.

73.     "Control of Residential Hazards in Children" American Public Health Association, San Francisco, CA, November 18th, 2003.

74.     "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". 21st International Neurotoxicology Conference, Honolulu, Hawaii, February 11th, 2004.

75.     "Trials and Tribulations of Protecting Children from Environmental Hazards" Workshop on Ethical Issues on Children's Environmental Health, Children's Environmental Health Network, Washington, D.C. March 5, 2004.

76.     "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis", Pediatric Academic Societies Annual Meeting. Pediatric Research 2004;55:163A.

77.     "The Impact of the Environment on Children's Health" Bob Smith Endowed Lecture, Department of Pediatrics, First Gulf Coast Children's Environmental Health Symposium, Baylor University, Houston, Texas.

78.     "The Search for Environmental Causes of Learning Disabilities, Learning Disabilities Initiative, Baltimore, MD, May 18th, 2004.

79.     "Residential Hazards in Children: A Neglected Public Health Problem", Pediatric Grand Rounds, Boston Medical Center, Department of Pediatrics, Boston University Medical Center, Boston, MA, May 20th, 2004.

80.     "Residential Hazards in Children" "Healthier Homes, Stronger Families: Public Policy Approaches to Healthy Housing", National Center for Healthy Housing, Washington, D.C., June 2nd, 2004.

81.     "Fetal and Early Childhood Exposures to Prevalent Toxins" Pediatric Grand Rounds, Ste. Justine Children's Hospital, University of Montréal, Montreal, Canada, June 16th, 2004.

82.     "Childhood Exposure to Lead-Contaminated Soil: A Problem of the Past or a Problem from the Past?" National Academy of Science Committee on Superfund Site Assessment and Remediation in Coeur d'Alene River Basin", June 17th, 2004, Coeur d'Alene, Idaho.

83.     "The Legacy of Lead" (Keynote Speaker). Chicago Lead Summit, Region V EPA Headquarters, September 15th, 2004.

84.    "A Tale of Two Toxins: Children's Exposure to Tobacco and Lead" (with Michael Weitzman), The American Academy of Pediatrics, San Francisco, CA, October 10th, 2004.

85.    "A Legacy of Childhood Lead Poisoning" University of Washington, Seattle, Washington, October 30, 2004.

86.    "Protecting Children from Environmental Toxins", Pediatric Grand Rounds, Seattle Children's Hospital, Seattle Washington, March 10th, 2005.

87.    "The Science and Politics of Childhood Lead Poisoning", Northwest Pediatric Environmental Health Conference, University of Washington, Seattle, Washington, March 11th, 2005.

88.    "The Effects of Low-level Exposure to Environmental Toxins during Fetal Development and Early Childhood", Children's' Hospital of Fudan University, Shanghai International Pediatric Forum, Shanghai, China, June 16th to 18th, 2005.

89.    "The Role of Biomarkers in Revealing Genetic and Environmental Influences of Disease and Disability" Psychiatry Grand Rounds, University of Cincinnati, February 8th, 2006.

90.    "Trials and Tribulations of Protecting Children from Environmental Hazards: Ethical Issues", Johns Hopkins University of Medicine, March 17th, 2006.

91.    "Key Elements of a Primary Prevention Strategy for Lead Poisoning", Albany Law School, Union University, Albany, New York, March 16th, 2006.

92.    "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", Case Western Reserve University, City Club of Cleveland, Cleveland, OH March 4th, 2006.

93.    Integrating Genetic and Environmental Influences in Pediatric Research" (Moderator and Speaker), Pediatric Academic Societies, San Francisco, CA, April 30th 2006.

94.    "Ethical Issues in Housing Health Hazard Research Involving Children" (Topic Symposia) Pediatric Academic Societies, San Francisco, CA, May 2nd 2006.

95.    "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", International Workshop on Neurotoxic metals: from Research to Prevention, University of Brescia, Italy, June 17th, 2006.

96.    "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", International Society for Environmental Epidemiology, Paris France, September 6th, 2006.

97.    "Protecting Children from Environmental Toxins", Region VIII Children's Environmental Health Summit, Vail, Colorado September 20th, 2006.

98.    "Integrating Genetic and Environmental Biomarkers in Pediatric Epidemiology", Visiting Professor, Simon Fraser University and University of British Columbia, Vancouver, British Columbia, October 19th-20[th], 2006.

99.    "The Legacy of Lead", Indiana Lead Conference, Indianapolis, Indiana, October 24, 2006.

100.    "Ethical dilemmas in Children's Environmental Health", Seminar Series in Ethics of Toxicology, University of Champagne-Urbana, Champagne, Illinois, November 19th, 2006.

101.    "Low-Level Lead Toxicity: Implications for Prevention"", WHO Informal Workshop on Lead, University of Munich, Germany, November 30th, 2006.

102.    "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", National Environmental Public Health Conference, National Centers for Disease Control, Atlanta, Georgia, December 4th, 2006.

103.    "The Epidemiologic Conquest of Childhood Lead Toxicity: A Pyrrhic Victory". NIEHS Workshop on Children's Environmental Health Research: Past, Present and Future.  January 22nd, 2007.

104.     "Linking Low-level Exposures to Environmental Toxicants with ADHD".  Duke Integrated Toxicology and Environmental Health Program Symposium on Developmental Neurobehavioral Disabilities and Toxic Exposures, March 23, 2007, Durham, North Carolina.

105.    "Using Biomarkers to Link Environmental Influences with Disease and Disability", The Channing Laboratory, Harvard University, Boston, Massachusetts, April 4th, 2007.

106.    "The Lingering Legacy of Lead Toxicity". Grand Rounds, Department of Pediatrics, St. Louis Children's Hospital, St. Louis University, St. Louis, Missouri, April 11th, 2007.

107.    "Protecting Children from Environmental Toxicants", United States Council of Catholic Bishops, Washington, D.C., April 30th, 2007.

108.    "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", Pediatric Academic Societies, APA Presidential Platform Plenary Session, Toronto, Canada, May 7th, 2007.

109.    "The Lingering Legacy of Lead Toxicity" Grand Rounds, Department of Pediatrics, Omaha Children's Hospital, University of Nebraska, Omaha, Nebraska, April 11th, 2007.

110.    "Linking Low-level Neurotoxicant Exposures of the Developing Brain to Learning and Behavioral Problems."  International Conference on Developmental Programming and Effects of Environmental Toxicants in Human Health and Disease, Faroe Islands, May 20th, 2007.

111.    "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson", National Policy Consultation Series on Children's Health and Environment, Moncton, New Brunswick, Canada, May 31, 2007.

112.    "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  Occupational and Environmental Health Seminar Series, Health Canada, Ottawa, Canada, June 6th, 2007.

113.    "Linking Low-Level Lead Exposure with Child and Adolescent Psychopathology", 13th Annual International Society for Research in Child and Adolescent Psychopathology, London, England, June 19th, 2007.

114. "The Legacy of Lead Toxicity". Pediatric Grand Rounds, New York Presbyterian Hospital-Weill Cornell Medical Center, September 18th, 2007.

115. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Pediatric Grand Rounds, Children's Hospital at Dartmouth, Dartmouth Medical School, September 19th, 2007.

116. "The Legacy of Lead Toxicity: Effects of Childhood Lead Exposure in Children, Adolescents and Adults". Mid-America Conference, Philadelphia, Pennsylvania, October 4th, 2007.

117. "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?" International Society for Exposure Analysis (invited plenary session), Raleigh-Durham, North Carolina, October 17th, 2007.

118. The Global Elimination of Lead Toxicity: A Focus on Housing." National Institute of Public Health, Rennes, France, October 22nd, 2007.

119. Linkage of Environmental Lead Exposure with Psychopathology in Children and Adolescents" Ramazzini Collegium, Carpi, Italy, October 25th, 2007.

120. "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology", Symposium on Environmental Toxicity and the Brain, University of Toronto, Toronto, Canada, December 7th, 2007.

121. "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology." Pediatric Grand Rounds, Rochester General Hospital and Strong Memorial Hospital, Rochester, New York, April 1&2, 2008.

122. "Rochester's Role in the Ongoing Elimination of Childhood Lead Toxicity." Beaven Lecture, Rochester Academy of Medicine, Rochester, New York, April 1, 2008.

123. "The Lingering Legacy of Lead Toxicity: Lansing Legacy." Michigan's Conference for Lead Safe & Healthy Homes, East Lansing, MI, April 22, 2008.

124. First Annual Controversies in Pediatric Environmental Health, "Should the Centers for Disease Control Lower the Blood Lead Level of Concern". A debate by Bruce Lanphear and George G. Rhoads (James Sargent, Moderator). Pediatric Academic Societies Meeting, Honolulu, Hawaii, May 2nd, 2008.

125. "Linking Exposure to Environmental Toxicants with Psychopathology in Children and Youth". Visiting Professor, Alberta Child and Youth Network, Calgary Children's Hospital, Calgary, Alberta. May 13th-15th, 2008.

126. Lead Toxicity and the Teenage Brain", Youth Exploring Science Program, St. Louis Science Center, St. Louis, Missouri, June 30th, 2008.

127. "The Legacy of Childhood Lead Toxicity." Health Canada, Ottawa, Canada, October 6th, 2008.

128.  "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". The 2008 Rachel Carson Legacy Conference: Green Chemistry – Solutions for a Healthy Economy, Duquesne University, Pittsburgh, Pennsylvania, September 20th, 2008.

129.  "Trials and Tribulations of Protecting Children from Environmental Hazards", Ethics in Toxicology Seminar Series, University of Champagne-Urbana, Champagne, Illinois, September 22nd, 2008.

130.  "Industry's Influence on the Prevention of Childhood Lead Poisoning." In: Symposia on Insulating Environmental Health Research from Conflicting Interests.  International Society for Environmental Epidemiology Annual Meeting, Pasadena, California, October 14th, 2008.

131.  "The Lingering Legacy of Lead Toxicity: Implications for Research and Policy on Other Environmental Toxicants". (Keynote Presentation) BC Environmental and Occupational Health Research Network, Vancouver, BC, November 7th, 2008.

132.  "Effects of Environmental Toxicants on Children's Development". DB-PREP Course, American Academy of Pediatrics, Atlanta, Georgia, December 5th, 2008.

133.  "Linking Low-level Environmental Toxicants with New Morbidities of Childhood". BC Children's Grand Rounds, British Columbia, Vancouver, February 6th, 2009.

134.  "Using Biomarkers to Link Exposures with Disease and Disability in Children". Workshop on Physical and Chemical Exposures in Canadian Cohort Studies, Canadian Institute of Health Research and Health Canada, February 8th-9th, 2009.

135.  "How Dangerous Is Lead In Drinking Water?" An interview on "Around The Water Cooler" with Werner Troesken and Bruce Lanphear. February 18th, 2009.

136.  "Linking Environmental Toxicants with ADHD in Children" (invited), Learning Disabilities Association Annual Meeting, February 25th, Salt Lake City, Utah.

137.  "The Lingering Legacy of Lead Toxicity", Norfolk Children's Hospital, April 30th, 2009, Norfolk Virginia.

138.  Second Annual Controversies in Pediatric Environmental Health Debate, "Should Pediatricians Advise Parents to Feed their Children Organic Foods?" A debate by Joel Forman and Janet Silverstein (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Baltimore, MD, May 4th, 2009.

139.  "A Pattern of Pathology: The Population Impact of Environmental Toxicants on Health". Workshop on Endocrine Disruptors, Endocrine Society, Washington, DC, June 9th, 2009.

140.  "The Quandary of Environmental Contaminants in Human Milk", 25th Anniversary of US Surgeon General's Report on Breastfeeding, Washington, DC, June 13th, 2009.

141.   "Linking Exposures to Environmental Toxicants with Learning Problems and Psychopathology in Children." Northwest Conference on Children's Health and Environment, Tukwila, Washington, October 1st, 2009.

142.   "The Second Coming of the Sanitarians", Pediatric Grand Rounds, University of California at Davis Children's Hospital, Sacramento, California, October 9th, 2009.

143.   "The Second Coming of the Sanitarians", National Institute of Public Health, Rennes, France, November 4th, 2009.

144.   "Linking Exposure to Environmental Toxicants with ADHD in Children." Symposium on ADHD. Riyadh, Saudi Arabia, November 7th, 2009.

145.   "The Interplay of Genetic and Environmental Influences in Common Conditions of Children." Macquarie University, Department of Geology, Sydney, Australia, November 18th, 2009.

146.   "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure." Pacific Basin Consortium Symposium on Environment and Health, Perth, Australia, November 13th, 2009.

147.   "The Second Coming of the Sanitarians", SFU President's Lecture, Simon Fraser University, Burnaby, BC, March 4th, 2010.

148.   Third Annual Controversies in Pediatric Environmental Health Debate, "Should the American Academy of Pediatrics Sponsor a Ratings Board to Provide Evidence-based Ratings for Media?" A debate by James Sargent and Donald Shifrin (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Vancouver, BC, May 2nd, 2010.

149.   "Efficacy of Reducing Lead Hazards in Housing on Lead-Contaminated House Dust, Blood Lead Concentration and Intellectual Abilities in Children." Pediatric Academic Societies Meeting, Vancouver, BC May 1st, 2010.

150.   "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Pediatric Grand Rounds, Cornell Weill Medical College, New York, New York. May 25th, 2010.

151.   "Excavating the Enigmas of Childhood Lead Toxicity", Guest Lecturer, "Introduction to Toxicology, Harvard School of Public Health, Boston, Massachusetts, October 27th, 2010.

152.   "The Conquest of Lead Poisoning: A Pyrrhic Victory", Lead Action Collaborative, New England Carpenters Center, Boston, Massachusetts, October 28th, 2010.

153.   "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Academy of Breastfeeding Medicine, San Francisco, California, October 29th, 2010.

154.   "Bisphenol A and Behavior Problems in Children". Eastern Perinatal Conference, Kingston, Ontario, November 10th, 2010.

155. "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?" UBC Statistics Department Seminar, November 18th, 2010.

156. "Protecting Children from Environmental Toxicants." Children's Hospital of Quebec, University of Laval, Quebec City, Quebec, December 17th, 2010.

157. "Low-level Toxicity: Implications for Research and Policy", Joint Talks by C. Arden Pope and Bruce Lanphear, SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 7th, 2011.

158. "Crime of the Century: Lead Toxicity in the 20th Century", Panel Presentation and Discussion, UC Davis, Sacramento, California April 7th, 2011.

159. Fourth Annual Controversies in Pediatric Environmental Health Debate, "Should Parent Slather their Children with Sunscreen?" A debate with Russell Chesney, MD and Sophie Balk, MD, (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Denver, Colorado, May 1st, 2011.

160. The Conquest of Lead Toxicity: A Pyrrhic Victory", Canadian Water Network, Ecole Polytechnique de Montreal, Montreal, Canada, June 9th, 2011.

161. The Contribution of Environmental Influences on Chronic Disease, Canadian Partnership for Health and Environment, Toronto, Canada, June 16th, 2011.

162. "The Second Coming of the Sanitarians", Environmental and Occupational Health Seminar, University of Washington School of Public Health, Seattle, WA, May 12th, 2011.

163. "Crime of the Century: The Failure to Prevent the Lead Pandemic". Sterling Prize in Controversy, Wosk Centre, Simon Fraser University, Vancouver, BC, October 19th, 2011.

164. "Measuring Exposure: The Benefits and Limits of Biomarkers". Canadian Institute for Human Development, Child and Youth Research, Montreal, Canada, December 6th, 2011.

165. "Rachel Carson: Clarity of Vision". SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA, January 6th, 2012.

166. "The Truth About Toxins: What Parents and Health Professionals Should Know". Environmental Influences on Neurodevelopment: Translating the Emerging Science into Public Health Policy". UCLA School of Public Health, Los Angeles, California, January 12th, 2012.

167. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Mattel Children's Hospital, Los Angeles, California, January 13th, 2012.

168. "Why Should We Share Data?", Data Sharing Strategies for Environmental Health Workshop, National Institute of Environmental Health Sciences, Research Triangle Park, North Carolina, February 6th and 7th, 2012.

169.    "The Science and Prevention of Lead Toxicity" (Keynote Presentation), Forum on Lead Toxicity: A Little is Still Too Much", Macquarie University, Sydney, Australia, June 5th, 2012

170.    "Canada Environmental Health Atlas Knowledge Translation Workshop", Canadian Public Health Association, Edmonton, Alberta, June 13th, 2012.

171.    "First Annual Controversies in Pediatric Environmental Health Debate: Should organophosphate pesticides be reduced or banned?" A debate with Brenda Eskenazi and Bruce Lanphear (Rob McConnell, Moderator). International Society for Environmental Epidemiology, Columbia, SC, August 28th, 2012.

172.    "Supralinear Dose-Response Relationship of Environmental Toxicants: Research and Policy Implications." Moderator and Speaker, with Arden Pope, Roel Vermeulen and Bruce Lanphear. International Society for Environmental Epidemiology, Columbia, SC, August 29th, 2012.

173.    Tanya Froehlich and Bruce Lanphear, "ADHD and Environmental Toxicants: Time for Prevention?", Society for Development and Behavioral Pediatrics, Phoenix, AZ, September 9th, 2012.

174.    "The Epidemic of Childhood Disabilities: A Failure to Regulate". Workshop on Children's Rights and Corporate Responsibility, Green College, University of British Columbia, Vancouver, BC, October 19th, 2012.

175.    "Low-level Toxicity: Much Ado About Nothing?", Department of Preventive Medicine Seminar, University of Southern California, Los Angeles, California, October 23rd, 2012.

176.    "Reflections on Silent Spring". (Invited Keynote). International Society for Exposure Sciences, Seattle, Washington, October 28th, 2012.

177.     "Randomized Controlled Trials in Children's Environmental Health: Underutilized or Unethical?" The University of Washington Northwest Pediatric Environmental Health Specialty Unit and Center for Child Environmental Health, Seattle, Washington, February 26th, 2013.

178.    "Crime of the Century: Our Failure to Prevent the Lead Pandemic". Dali Lana School of Public Health and of School Environment, University of Toronto, Toronto, Ontario, March 26th, 2013.

179.    "The Ongoing Search for a Threshold". International Conference of Toxicology, Seoul, Korea, July 1, 2013.

180.    "Blood Lead Concentrations and Cardiovascular Mortality in the United States: The NHANES Mortality Follow-up Cohort Study". International Society for Environmental Epidemiology, Basel, Switzerland, August 2, 2013.

181.    "The Conquest of Lead Poisoning: A Pyrrhic Victory". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

182.  "Striking at the Root: Changing the Narrative on the Causes of Disease". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

183.  "Crime of the Century: The Failure to Prevent the Lead Pandemic". Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 26, 2013.

184.  "Low-level Toxicity: Policy Implications for the 21st Century". Symposium on Policy Implications of Environmental Exposures in the 21st Century. Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 27, 2013.

185.  "Excavating the Enigmas of Childhood Lead Toxicity". Network for Soil Contamination Research (INSCR), Delhi University, New Delhi, India. October 22nd, 2013.

186.  "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure", World Health Organization, New Delhi, India. October 24th, 2013. "The Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." National Institute of Environmental Health Sciences, Raleigh-Durham, NC, November 10th, 2013.

187.  "Protecting Children from Environmental Toxins". Japan Dioxin and Endocrine Disruptors Preventive Action, Tokyo, Japan, November 24th, 2013.

188.  "ADHD: A Preventable Epidemic?" Alberta Children's Hospital, Calgary, Alberta, December 16th, 2013.

189.  "Little Things Matter: The Impact of Toxins on the Developing Brain". Early Years Conference, Vancouver, British Columbia, January 30th, 2014.

190.  "Little Things Matter: The Impact of Toxins on the Developing Brain". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

191.  "Low-level Toxicity of Environmental Toxins: Much Ado About Nothing?". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

192.  "The Canadian Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." School of Occupational and Environmental Health, University of British Columbia, March 28th, 2014.

193.   "Little Things Matter: The Impact of Toxins on the Developing Brain". British Columbia Healthy Child Alliance, Vancouver, British Columbia, April 2nd, 2014.

194.  "Sixth Annual Controversies in Pediatric Environmental Health Debate, E-Cigarettes: A weapon in the war against tobacco or a threat to tobacco control. (Moderator). Featuring Greg Connelly and James Sargent. Pediatric Academic Societies, Vancouver, May 4th, 2014.

195.  "Striking at the Root Causes of Chronic Disease in Children" (Moderator). James Sargent, Joel Bakan and David Kessler, May 5th, 2014.

196. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). OHKA Healthy Homes Alliance, Omaha, Nebraska, May 15th, 2014.

197. "Excavating environmental risk factors for autism: Suspects and strategies". A workshop on examining a multi-systems approach to autism and the environment: challenges and opportunities for research". Toronto, Ontario, June 23rd-24th, 2014.

198. "Lead Poisoning: Tackling a Global Problem" (Co-Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

199. "Interventions to Reduce Exposures to Environmental Hazards in Pregnant Women and Children", (Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

200. 3rd Annual ISCHE-Sponsored Debate: Should there be any restrictions on universities or academicians receiving payment from industry or other sources? (Moderator). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

201. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Tulane University School of Public Health and Tropical Medicine, New Orleans, Louisiana, September 5th, 2014.

202. "Environment Matters", Children's Environmental Health Panel. Society for Environmental Journalists, New Orleans, Louisiana, September 6th, 2014.

203. "Insidious Influence of Industry on Science: How Corporations Undermine Science", 5th Annual C. Everett Koop Distinguished Lecture, "Corporate Threats to Children's Health", with Joel Bakan and James Sargent, Dartmouth University, New Hampshire, October 6th, 2014.

204. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, Montefiore Medical Center, New York, New York, October 8th, 2014.

205. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). Prenatal Environmental Health Education (PEHE) Conference, University of Ottawa. Ottawa, Ontario, November 21st, 2014.

206. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). ISEE Asian Regional Meeting, Shanghai, China, November 30th, 2014.

207. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, ISEE Asian Regional Meeting, Shanghai, China, November 31st, 2014.

208. "Data Visualization", with Joe Braun and Allan Just, Pediatric Environmental Health Scholars Retreat, Reston, VA, December 6th, 2014.

209. "Victories in Public Health: Progress or Adaptation?" SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 8th, 2015.

210. "Food in the Industrial Era: Is Backward the Way Forward?" Children's Environmental Health Network, Austin, Texas, February 4th, 2015.

211. "Excavating the enigmas of childhood lead toxicity". Broken Hill City Council and Lead Reference Group, Broken Hill, New South Wales, Australia, March 3rd, 2015.

212. "Prevention Paradox: Why a Little Lead is Too Much". Unequal Exposure Symposium, Climate Change Research Center, University of New South Wales, March 5th, 2015, Sydney, Australia.

213. "Crime of the Century: Our Failure to Prevent the Lead Pandemic". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 23rd, 2015.

214. "The Staggering Cost of Lead Toxicity and the Unbelievable Benefit of Preventing It". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 24th, 2015.

215. Seventh Annual Controversies in Pediatric Environmental Health Debate, "GMOs: A Hazard or Harvest of Health?" A debate with Joel Forman, MD and Daniel Goldstein, MD,  (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, San Diego, California, April 27th, 2015.

216. "Impact of Dwellings on Child Health", Canadian Green Building Council Conference, Vancouver Convention Center, Vancouver, BC, April 28. 2015.

217. "Impact of Tobacco on the Developing Brain", Developmental Effects of Nicotine and Implications for Emerging Tobacco Products, Rockville, Maryland, May 5thth, 2015.

218. "Impact of Toxins on the Developing Brain" India Tour (Bengaluru, Trivandrum, Kolkata, and Chandigarh) Sponsored by PAN-India, September 4th-11th, 2015.

219. "Impact of Dwellings on Child Health", Green School Summit, Calgary, Alberta, September 25th. 2015.

220. "Prevention Paradox: Why a Little Lead is Too Much", A debate with George Rhoads, Montefiore Medical Center, Tarrytown, October 2nd, 2015.

221. "Crime of the Century: Our Failure to Prevent the Lead Pandemic" (Keynote Presentation), University of Cincinnati Department of Environmental Health 50th Anniversary Gala, Cincinnati, Ohio, October 9th, 2015.

222. "Impact of Toxins on the Developing Brain" (Keynote Presentation) Children's Environmental Health Centers Annual Meeting, Washington, DC, October 31, 2015.

223. "The Impact of Toxins on the Developing Brain: Our Failure to Prevent Brain-based Disorders in Children", National Core for Neuroethics, UBC November 12th, 2015.

224. "Impact of Dwellings on Child Health", Canada Green Building Council, Toronto, ON Green, December 1st, 2015.

225.  "The Tortuous Road to Prevention: Are We There Yet", Air Quality and Impacts on Health: Beyond the Heart and the Lungs, The Lung Association of BC, February 28th, 2016.

226.  "Lead's Long Shadow: What the Story of Flint, Michigan Means for All of Us", with Bruce Lanphear, Mona Hanna-Attisha and Marc Edwards. Collaborative on Health and the Environment Webinar, March 8th, 2016.

227.  "Little Things Matter: The Impact of Toxins on the Developing Brain", Collaborative on Health and Environmental Alaska Working Group Webinar, March 9th, 2016.

228.  "Victories in Public Health: Progress or Adaptation?", Symposium Against Indifference, Ashland University, Ashland, Ohio, April 5th, 2016.

229.  "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote), Children's Environmental Health: New Findings from California Research, Sacramento, California, April 7th, 2016.

230.  "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Distinguished Visiting Professor in Health Law, Loyola University, Chicago, Illinois April 21st, 2016.

231.  "The Population Impact of Toxins on Intellectual Abilities: Implications for Policy and Prevention", in Symposia on Environmental Toxins and the Brain: Growing Evidence of Risk, Pediatric Academic Societies, Baltimore, MD, May 2nd, 2016.

232.  "Data Visualization and Video Production for Public Consumption", in Symposia on Innovative Tools to Enhance Knowledge Translation of Environmental Health: Data Visualization, Videos and Message Mapping, (co-Moderated by Mark Miller and Bruce Lanphear), Pediatric Academic Societies, Baltimore, MD, April 30th, 2016.

233.  "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Michigan State University, Flint, MI, May 7th, 2016.

234.  "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Johns Hopkins University School of Public Health, Baltimore, MD, May 7th, 2016.

235.  "Little Things Matter: The Impact of Toxins on the Developing Brain", Baltimore, MD, International Medical Federation Autism Research (IMFAR), May 8th, 2016.

236.  "Public Health Matters: Videos on Toxic Chemicals, Air Pollutants and the Prevention Paradox", Mongolian National University of Medical Sciences, June 23, 2016.

237.  "Little Things Matter: The Impact of Toxins on the Developing Brain", USC Annenberg Center for Health Journalism, July 18th, 2016.

238.  "Preventing Lead Toxicity", California Environmental Protection Agency, Occupational Environmental Health Hazard Assessment, September 23rd, 2016.

239.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease," World Issues Forum, Fairhaven College, University of Western Washington, (with Bob Lanphear), November 2, 2016.

240.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, Maimonides Hospital, November 15th, 2016.

241.   "Little Things Matter: The Impact of Toxic Chemicals on the Child Health" (Keynote), Hudson Valley Perinatal Conference, November 16th, 2016.

242.   "Little Things Matter: The Impact of Toxins on the Developing Brain", IPEN, San Francisco, CA, November 18th, 2016.

243.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", SFU, UBC and UW Annual Occupational and Environmental Health Conference Semiahmoo, WA, January 5th, 2017.

244.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", University of New Brunswick, January 25th, 2017.

245.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", New Brunswick Children's Environmental Health Collaborative, January 26th, 2017.

246.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Rockefeller Center, Bellagio, Italy, February 22nd, 2017.

247.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", The Science in Society Speaker Series, Okanagan College, Vernon, BC, April 6th, 2017.

248.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain" (invited plenary), Vancouver, British Columbia, Canadian Pediatric Society, June 3rd, 2017.

249.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Macquarie University, Sydney, Australia, September 29th, 2017.

250.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Brown University, Providence, Rhode Island, October 13th, 2017.

251.   Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Health? University of Alaska, Alaska Tribal Health Consortium, Anchorage, Alaska, November 2nd, 2017.

252.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain"  (Keynote), All Alaska Pediatric Conference, Anchorage, Alaska, November 3rd, 2017.

253.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", CINBIOSE 30th Anniversary, University of Quebec at Montreal, Montreal, November 9th, -10th, 2017.

254.   "The Legacy of Lead Poisoning: Moving towards Prevention". East Chicago Community Meeting, Illinois, November 26th, 2017.

255.   "Cause or Cure", NIEHS Environmental Health Seminar, University of Southern California, Los Angeles, California, December 1st, 2017.

256.   "Little Things Matter: The Impact of Lead on Brain Development" (Keynote Presentation), Workshop on Lead-Free Schools, Pew Trust, Washington, DC, December 6th-7th, 2017.

257.   "Low-level Toxicity of Chemicals: No Acceptable Threshold?" Risk Modeling, Mitigation and Modeling in Health Sciences, Centre de Recherches Mathematiques, Montreal, QC, December 11th, 2017.

258.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Department of Psychology and Neuroscience, York University, Toronto, ON, December 13th, 2017.

259.   "The impact of Pollutants on Human Health: No Safe Levels?", Center for Energy and Environmental Contaminants, Macquarie University, Sydney, Australia, February 13th, 2018.

260.   "Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Children's Health?", Department of Pediatrics, University of Wisconsin at Madison School of Medicine, Madison, Wisconsin, March 1st, 2018.

261.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Wisconsin Environmental Health Network, Madison, Wisconsin, March 2nd, 2018.

262.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Biennial Atlantic Symposium on Learning Disabilities Association, Fredericton, NB.

263.   "Crime of the Century: The Failure to Prevent the Lead Pandemic" (Keynote). 11th UK and Ireland Environmental and Occupational Epidemiology, John Snow Lecture Hall, London School of Hygiene and Tropical Medicine, April 23rd, 2018.

264.   "The Impact of Pollutants on Human Health: No Safe Levels?" From Toxicology to Planetary Health, London School of Hygiene and Tropical Medicine, April 27th, 2018.

265.   Topic Symposium: "Toxic Chemicals and the Rise of Chronic Disease in Childhood: A Preventable Epidemic?" (chair and speaker), Pediatric Academic Societies, May 7th, 2018.

266.   "Prevention Paradox; Why a Little Lead is Too Much", Ontario Water Advisory, Toronto, CA, May 7th, 2018.

267.   "How the Secrets of Body Care and Cleaning Products Impact your Health", Panel with Bruce Lanphear, Muhannad Malas and Janie McConnell, Centre for Free Expression, Ryerson University, Toronto, ON, May 7th, 2018.

268.   "Prevention Paradox; Why a Little Lead is Too Much" (Keynote), Pittsburgh, PA, Get the Lead Out Conference, May 9th, 2018.

269.   "Low-level Lead Exposure and Mortality", Global Health Forum, Miami, Fl, May 23rd, 2018.

270. "Unleashing the Power of Prevention: Targeting Toxic Chemicals and Pollutants", Canadian Public Health Association, Montreal, QC, May 28th, 2018.

271. "The Impact of Pollutants on Human Health: No Safe Levels?" Chemicals Management Plan Stakeholder Advisory Council, Health Canada, May 30th, 2018.

272. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, University of California – Davis, Sacramento, CA, June 8th, 2018.

273. "Why a Little Lead is Too Much", Health Canada, Ottawa, ON, August 29th, 2018.

274. "Unleashing the Power of Prevention: Mobilizing Science to Prevent Disease", ISEE-ISES Workshop, Ottawa, ON, August 30th, 2018.

275. "The Lingering Legacy of Lead: Why a Little Lead is Too Much", LA Lead Summit: A Strategy for Prevention, University of Southern California, September 14th, Los Angeles, CA.

276. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Children's Hospital of Orange County, Orange County, CA, September 19th, 2018.

277. "The Lingering Legacy of Lead: Why a Little Lead is Too Much", Hurley Medical Center, Flint, Michigan, October 3rd, 2018.

278. "Lead and The Mysterious Decline in Coronary Heart Disease", National Institute of Occupational Safety and Health, Cincinnati, OH, October 11, 2018.

279. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Grand Rounds, Oregon State Health University, Portland, OR, October 23, 2018.

280. "The Impact of Pollutants on Human Health: No Safe Levels?" Oregon Environmental Council, Portland, OR, October 23, 2018.

281. "Little Things Matter: The Impact of Toxic Chemicals and Organic Food on Children's Health", HIPP Scientific Symposium on Organic Food, Kranzberg, Germany, October 30, 2018.

282. "The Mysterious Decline in Coronary Heart Disease", Harvard University Lead Summit, Cambridge, MA, November 15th, 2018.

283. "The Impact of Pollutants on Human Health: No Safe Levels?" Department of Epidemiology, UMass, Amherst, MA, November 16th, 2018.

284. "Little Things Matter: The Impact of Toxic Chemicals on Human Health", School of Public Health, Oregon State University, Corvallis, Oregon, April 12th, 2019.

285. Why A Little Lead is Too Much: An Intimate History", "The Impact of Pollutants on Human Health: No Safe Levels?", Graduate Course in Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.

286. "The Impact of Pollutants on Human Health: No Safe Levels?", Department of Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.

287.  "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Northwest Toxic Communities Coalition, University of Washington, Seattle, WA, April 27th, 2019.

288.  "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Betty DeVos Children's Hospital Grand Rounds, Grand Rapids, Michigan, June 3rd, 2109.

289.  "Toxic Chemicals and the Mysterious Decline in Coronary Heart Disease", Symposium on Legacy of Lead (co-Moderator with Aaron Rueben) International Society for Environmental Epidemiology, Utrecht, The Netherlands, August 26th, 2019.

290.  "The Lingering Legacy of Lead: Why a Little Lead is Too Much", Wisconsin Lead Poisoning Prevention Conference, Wausau, Wisconsin, September 12th, 2019.

291.  "Lingering Legacy of Lead Poisoning: An Intimate History", Zielber School of Public Health, Milwaukee, Wisconsin, November 19th, 2019.

292.  "The Impact of Toxic Chemicals: No Safe Levels?" University of Colorado School of Public Health, Denver, Colorado], January 18th, 2020

293.  "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", Colorado Department of Public Health and Environment, Denver, Colorado, January 19th, 2020.

294.  "Little Things Matter: The Impact of Toxic Chemicals", Keynote Presentation and discussion of Toxic Beauty. K-DOCS Vancouver International Film Festival, February 21st, 2020, Vancouver, British Columbia.

295.  "The Impact of Toxic Chemicals on the Developing Brain". Nationwide Children's Hospital Pediatric Residents, August 28th, 2020.

296.  "Why a Little Lead is Too Much: The Ongoing Search for a Threshold", Catalyst Seminar Series, Nicholas Institute for Environment, Duke University Webinar, November 19th, 2020.

297.  "Disruptive Epidemiology: Unleashing the Power of Prevention", 20th Whittenberger Lecture, Department of Environmental Health, Chan School of Public Health, Harvard University, Boston, MA, December 9th, 2020.

298.  Little Things Matter: The Impact of Organic Food on Child Health. INCHES

299.  "The Lingering Legacy of Lead Poisoning: Why a Little Lead is Too Much". First Annual Needleman Lecture, Dept of Environmental and Occupational Medicine, University of California, San Francisco, January 14, 2021.

300.  Panelist, The Interplay between Environmental Exposures and Mental Health Outcomes. National Academies Sciences, Engineering and Medicine, February 2nd-3rd, 2021.

301.  "The Impact of Toxic Chemicals on Human Health: No Safe Levels?" Center for Health, Environment and Justice Webinar Series, April 20, 2021.

302. "Toxic Hearts: The Mysterious Decline in Coronary Heart Disease (virtual), Montefiore Annual Conference on Lead Poisoning Prevention, November 5th, 2021.

303. Toxic Hearts: The Mysterious Decline in Coronary Heart Disease", UMASS Amherst, November 18th, 2021.

304. "The Impact of Toxic Chemicals on the Developing Brain", Advance for Change Webinar, April 14th, 2022.

305. "Biomarkers and Mental Health" (virtual), Workshop on Mental and Societal Health Indicators, Munster, Germany, April 5th, 2022.

306. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much" (virtual), Sacramento County Lead Poisoning Prevention Program, May 17, 2022.

307. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", Reid-Hillview Community Forum, Santa Clara County, California, August, 17th, 2022.

308. "The Impact of Toxic Chemicals on the Developing Brain", Integrative Pediatrics, Palos Verdes, California, September 8th-10[th], 2022.

309. "25th Anniversary of the Cincinnati Children's Primary Care Research Fellowship", Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, October 14th, 2022.

310. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", Congressional Stafff Briefing (virtual), U.S. Congress, October 27, 2022.

311. "THRESHOLD: Do Environmental Regulations Protect Human Health?", Grand Rounds, Department of Environmental Health and Engineering, Johns Hopkins University, November 11th, 2022.

312. The Impact of Toxic Chemicals: No Safe Levels", Canadian Society of Clinical Chemists (virtual), November 19th, 2022.

313. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", US EPA Region X Webinar, January 10th, 2023.

314. "Global Burden of Cardiovascular Disease", Center for Global Development, London, England, January 23rd, 2023.

315. "The Lingering Legacy of Lead Toxicity: Leaded Aviation Fuel" (virtual conference), Boston University, Boston, Massachusetts, December 15th, 2022.

316. "Why We Live Longer", Benjamin Meaker Lecture, University of Bristol, Bristol, England, February 16th, 2023.

317. "The Mysterious Decline in Coronary Heart Disease", University of Bristol, Bristol, England, February 23rd, 2023.

318.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Benjamin
Meaker Lecture, University of Bristol, Bristol, England, February 28th, 2023.

319.   "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", March 25th, King's
College, London, England

320.   "The Mysterious Decline in Coronary Heart Disease", Litchfield Lectures, Oxford University,
Oxford, England, May 4th, 2023.


**Grants**

Active Grant Awards

Canadian Institutes of Health Research (Allen)          7/1/2019 – 6/30/2024          1.2 person months
CIHR                                                                                  $ 203,300
An Interventional Trial of Air Pollution and Cardiometabolic and Respiratory Health in Children

A randomized air filter intervention study of air pollution on neurobehavioral and respiratory outcomes
in the highly polluted community of Ulan Bator, Mongolia.

R01 ES030078 (Buckley)                                  12/1/2018 - 11/30/2023          .075 person months
NIEHS/NIH                                                                            $ 275,000
Early life phthalate and perfluoralkyl substance exposures and childhood bone health

The major goal of this project is to determine if childhood exposure to phthalates and PFAS are
associated with bone strength in adolescents, and whether micronutrients modify the relationship.

1RO1ES03036 NIEHS (Till and Lanphear)          9/15/2019-5/31/2024          2.4 person months
NIEHS/NIH                                                                            $ 380,000
Fluoride in Tooth Dentin and Neurodevelopmental outcomes in a Canadian cohort.

The purpose of this study is to examine the effects of prenatal and early childhood exposure to
fluoride on neurodevelopmental and thyroid outcomes in the MIREC Study using dentin fluoride
concentrations.

R01ES031621 (Yolton)                                    04/01/2021 - 06/30/2026          .075 person months
NIEHS/NIH                                                                            $ 859,668

Longitudinal impact of air pollution on mental health and neuroimaging outcomes during adolescence
in the Cincinnati Combined Childhood Cohorts (C4)

The purpose of this study to examine the association of $PM_{2.5}$ and traffic-related air pollution
contributes to the development of depression and anxiety in adolescence.

R01ES031247 (Sowell)                                    07/01/2020 - 06/30/2025          .075 person months
NIEHS/NIH                                                                            $ 250,000

Prenatal and Early Postnatal Lead Exposure on Childhood and Adolescent Brain, Cognitive and
Behavioral Development

65

The purpose of this study is to examine the impact of prenatal and postnatal lead exposure using tooth lead concentrations on cognition, behaviors, and brain development in the ABCD cohort.

R01ES033054 Chen (PI)                    07/01/2021 – 04/30/2026        .075 person months
NIEHS/NIH                                $389,000
Role: Consultant
Impact of Pre- and Postnatal Chemical Mixture Exposures on Child Neurobehavior and Neuroimaging

The purpose of this study is to examine the impact of chemical mixtures on neurobehavioral problems and brain development in children.

R01 ES032552 (Oulhote)                   01/01/2022 – 10/31/2026       1.2 person months
NIEHS/ONES                               $391,381
Role: Consultant

The interplay of early life exposure to environmental pollutants and folate system in the etiology of autistic behaviors

R01 ES034187A (Braun)                    07/08/2022–06/30/2024        0.1 person months
NIEHS/NIH                                $175,000
Role: Consultant
Title: Residential Dust Control Intervention to Reduce Early Childhood Exposure to Chemical Mixtures


Past Grant Awards


1.   Principal Investigator, "Dust-Lead and Blood Lead Levels among Urban Children". The National Center for Lead-Safe Housing, $561,619, 06/15/93 to 08/31/94. Department of Housing and Urban Development Contract MDLPT0001-93. (25% effort).

2.   Principal Investigator, "Determinants of Lead Exposure among Children in Monroe County, NY", NIEHS Pilot Grant, University of Rochester School of Medicine and Dentistry, Department of Environmental Medicine.  $7,600, 06/15/93 to 12/31/95.  (0% effort)

3.   Principal Investigator, "The Effectiveness of Dust Control in Reducing Children's Blood Lead Levels" U.S. Department of Housing and Urban Development, $128,394, 04/01/94 to 05/30/95. (25% effort).

4.   Principal Investigator, "Primary Prevention of Exposure to Lead".  Centers for Disease Control and Prevention, $832,228, 09/30/94 to 10/01/98. (25% effort)

5.   Principal Investigator, "Lead-Contaminated House Dust and Children's Blood Lead Levels". National Center for Lead-Safe Housing, $43,260, 10/01/96 to 03/30/96. (25% effort).

6.   Co-investigator (Christy, PI), "Tuberculosis Screening in Children". New York Department of Health, $15,000, 01/01/95 to 12/31/96. (0% effort)

7.    Co-investigator (Weitzman, PI), "Fellowship Training in General Pediatrics" (Grant # D28PE50008).  Bureau of Health Professions, HRSA, U.S. Public Health Service, $1,752,816, 06/01/96 to 05/30/97. (10% effort).

8.    Principal Investigator, "Neurobehavioral Effects of Low-Level Childhood Lead Exposure". University of Rochester School of Medicine & Dentistry, $8,560, 06/01/96 to 05/30/97. (0% effort)

9.    Principal Investigator, "Neurobehavioral Effects of low-level Lead Exposure in Children". NIEHS Pilot Grant, University of Rochester Department of Environmental Medicine, $20,035, 09/01/97 to 08/30/97.  (0% effort).

10.   Co-investigator (Howard, PI), "Effect on Breastfeeding of Pacifiers and Bottle Feeding". Bureau of Maternal and Child Health, $420,333, 10/01/96 to 09/30/00. (2.5% effort)

11.   Co-investigator (Canfield, PI) "Lead and Children's Cognitive Functioning", Research Grants Program, Cornell University.  $17,000, 10/01/96 to 09/31/97 (0% effort).

12.   Principal Investigator, "Neurobehavioral Effects of Low-Level Lead Exposure in Children" (RO1-ES 08338). National Institute of Environmental Health Sciences, 12/01/96 to 11/31/01, $1,946,848. (25% effort).

13.   Co-investigator, (Aligne, PI).  "Reduction in Passive Smoking among Children with Asthma:  A Randomized Trial of HEPA Air Filtration."  10/01/96 to 09/31/97, $6,000.  KIDD Grant, Rochester General Hospital (0% effort).

14.   Co-investigator, (DeWitt, PI). "Faculty Development in General Pediatrics". Bureau of Health Professions, Health, Department of Health and Human Services 07/01/97 to 06/30/00, $338,000. (15% effort).

15.   Principal Investigator, "A Side-by-Side Comparison of Allergen Sampling Methods", U.S. Department of Housing and Urban Development, 01/02/98 to 12/31/98, $163,065. (15% effort).

16.   Principal Investigator, "National Research Service Award - Fellowship Training in General Pediatrics and Adolescent Medicine" (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/03. $634,408. (0% effort).

17.   Co-investigator, (Steiner, PI) "Survey of Directors and Graduates of NRSA Fellowship Training Programs", Health Resources and Services Administration, Department of Health and Human Services.  06/01/98 to 06/30/99.

18.   Principal Investigator, "Effect of Soil Remediation on Children's Blood Lead Levels in Midvale, Utah".  U.S. Environmental Protection Agency, 08/01/98 to 07/30/99.  $62,550. (15% effort).

19.   Co-investigator, (Phelan, PI) Trends and Patterns in Playground Injuries among U.S. Children." Ambulatory Pediatric Association, 05/05/99 to 05/04/00.  $9,000 (0% effort).

20.     Principal Investigator, "Risk Assessment for Residential Lead Hazards". U.S. Department of Housing and Urban Development, 09/01/99 to 08/30/00. $102,435. (25% effort).

21.     Principal Investigator, "Residential Exposures associated with Asthma in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 07/16/99 to 03/15/00. $30,400. (20% effort).

22.     Principal Investigator, "Effectiveness of Lead Hazard Control Interventions – A Systematic Review" National Center for Lead-Safe Housing, 10/01/99 to 06/01/00. $22,500 (10% effort).

23.     Principal Investigator, "Racial Disparity in Blood Lead Levels due to Genetic Variation in Calcium Absorption". NIEHS Pilot Grant, Center for Environmental Genetics, University of Cincinnati, 04/01/00 to 03/31/01. $28,130 (0% effort).

24.     Principal Investigator, "International Pooled Analysis of Prospective, Lead-Exposed Cohorts". National Institute of Environmental Health Sciences, National Institutes of Health, 08/15/00 to 09/14/01, $16,000. (2.5% effort).

25.     Principal Investigator, "A Randomized Trial to Reduce ETS in Children with Asthma" (RO1-HL/ES65731). National Heart, Lung and Blood Institute, National Institutes of Health, 09/29/00 to 09/28/04, $1,546,848. (25% effort).

26.     Co-investigator, (Geraghty, PI) "Breastfeeding Practices of Mothers of Multiples". Ambulatory Pediatric Association, 05/01/01 to 04/30/02.  $5,000 (0% effort).

27.     Principal Investigator (Subcontract), "A Longitudinal Study of Lead Exposure and Dental Caries".  National Institute of Dental and Craniofacial Research, National Institutes of Health, 08/01/01 to 07/30/04. $300,000 (10% effort).

28.     Co-investigator (Phelan, PI), "Fatal and Non-Fatal Residential Injuries in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 03/01/01 to 11/31/01. $40,700. (5% effort).

29.     Principal Investigator, "Prevalent Neurotoxicants in Children" (PO1-ES11261). National Institute for Environmental Health Sciences and U.S. Environmental Protection Agency, 09/01/01 to 09/31/06, $5,000,000. (30% effort).

30.     Principal Investigator, "International Pooled Analysis of Lead-Exposed Cohorts". Centers for Disease Control (RO1/CCR 521049). Centers for Disease Control, 09/15/01 to 09/14/02, $28,473. (3% effort).

31.     Principal Investigator, supplement to "Prevalent Neurotoxicants in Children" (PO1-ES11261). NIEHS, 09/01/02 to 09/31/07, $1,800,000. (10% effort).

32.     Co-Investigator, "ADHD Phenotype Network: Animal Model to Clinical Trial".  National Institute of Neurologic Diseases, 09/15/02 to 06/30/05 (15% effort).

33.  Principal Investigator, "Linkage of ADHD and Lead Exposure", Springfield, Ohio Department of Health, 02/01/03 to 06/01/04, $25,000. (0% effort).

34.  Co-investigator (Yolton, PI) "Explorations of ETS Exposure on Child Behavior and Sleep" NIEHS, 04/01/04 to 03/30/06, $300,000. (5% effort).

35.  Co-investigator (Haynes, PI) "MRI as a Biomarker of Manganese Exposure". NIEHS, 09/01/04 to 08/30/06, $300,000. (5% effort).

36.  Co-investigator (National Center for Healthy Housing, PI) "Development of a Standardized Housing Assessment for Asthma", U.S. Department of Housing and Urban Development, 11/01/05 to10/31/07, $50,000. (5% effort).

37.  Co-Investigator (Hershey, PI) "Epithelial Genes in Allergic Inflammation" National Institutes of Allergy and Infectious Diseases", 07/01/06 to 06/30/07, $4,787.541. (3% effort).

38.  Co-Investigator and Mentor (Wilson, PI), "Racial Difference in DNA Adducts in Tobacco-Exposed Children". Dean's Scholar Award, University of Cincinnati, 02/22/06 to 01/21/09, $150,000 (5% effort).

39.  Principal Investigator, "National Research Service Award - Fellowship Training in Primary Care Research," (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/08. $1,600,000. (0% effort).

40.  Co-Investigator and Mentor (Kahn, PI). "Childhood Asthma in an Era of Genomics: Will the Generalist's Role be Recast?" Robert Wood Johnson Generalist Physician Faculty Scholars Program" 06/01/04 to 05/30/08, $300,000.

41.  Co-Investigator and Mentor (Spanier, PI), "Exhaled Nitric Oxide to Manage Childhood Asthma". National Heart, Lung and Blood Institute, 07/01/06 to 06/31/08, $200,000 (10% effort).

42.  Co-investigator (Sub-Contract PI), BYPL Vanguard Center (Specker, Principal Investigator), "National Children's Study", National Institute for Child Health and Development, 11/01/05 to 10/31/10, $500,000. (20% effort). [Relinquished with relocation to SFU].

43.  Associate Director and Co-Investigator, (Ho, PI). "Center for Environmental Genetics," NIEHS, 04/01/08 to 3/31/13, $1,000,000 (10% effort). [Relinquished with relocation to SFU.]

44.  Co-Investigator (Yolton, PI). "Tobacco Smoke and Early Human Behavior". Clinical Innovator Award, Flight Attendant Medical Research Institute", 07/01/07 to 06/30/10, $300,000. (3% effort).

45.  Co-Investigator (Spanier, PI). "Low Level Prenatal Tobacco Exposure and Infant Wheeze." Young Clinical Scientist Award, Flight Attendant Medical Research Institute, 07/01/07 to 06/30/12, $300,000. (5% effort).

69

46.   Co-Investigator and Mentor (Spanier, PI).  K23, "Prenatal Low Level Tobacco & Phthalate Exposure and Childhood Respiratory Health".  National Institute for Environmental Health Sciences, 12/1/07 to 11/30/12, $623,679 (0% funded effort).

47.   Co-investigator (Yolton, PI). "Neurobehavioral effects of insecticide exposure in pregnancy and early childhood." NIEHS, 09/01/09 to 08/31/12.

48.   Principal Investigator (Bruce Lanphear, PI), "A Community-Based Trial to Prevent Lead Poisoning and Injuries," National Institute for Environmental Health Sciences, 04/01/07 to 03/30/13, $2,000,000. (25% effort).

49.   Co-Investigator (Kim N. Dietrich, PI).  "Early Lead Exposure, ADHD & Persistent Criminality: Role of Genes & Environment," National Institute for Environmental Health Sciences, 04/01/07 to 3/31/2013, $1,250,000. (2.5% funded effort).

50.   Co-Investigator and Sub-Contract PI (Brenda Eskenazi, PI). This supplemental award was to conduct a pooled analysis of prenatal organophophate pesticide exposures with birth outcomes and neurodevelopment in children using 4 US birth cohorts. NIEHS, 09/01/2009 to 08/31/2013, $96,000 (0% effort).

51.   Mentor and Supervisor (Glenys Webster, PI). Michael Smith Foundation for Health Research Postdoctoral Training Award, 03/01/12 to 02/28/15, $134,500 (5% effort).

52.   Co-Principal Investigator (Tye Arbuckle, PI). Maternal-Infant Research on Environmental Chemicals: Effects on Child Development (MIREC-CD). 06/26/11 to /5/25/14, Health Canada Chemical Management Program, $283,000 (10% effort).

53.   Co-Investigator (Patti Dods and Amanda Wheeler, co-PIs). Phthalate Exposure and the development of asthma in the CHILD Study.  06/01/11 to 05/30/14, Health Canada Chemical Management Program, $204,000 (5% effort).

54.   Consultant (Stephanie Engel, PI). A pooled investigation of prenatal phthalate exposure and childhood obesity. 11/01/2012 – 10/31/15, NIEHS. $275,000. (5% effort).

55.   Co-Investigator (Ryan Allen, PI). A randomized air filter intervention study of air pollution and fetal growth in a highly polluted community. 06/08/2012 – 05/30/15, CIHR $348,000 (10% effort).

56.   Co-Investigator (William Fraser and Tye Arbuckle, co-PIs). MIREC-CD Biomonitoring Study in Vancouver. 09/01/2013 – 08/30/2014. Health Canada, $120,138 (10% effort).

57.   Principal Investigator. Knowledge translation tools for capacity building for an online Canadian Environmental Health Atlas. 03/01/12 – 02/28/13, Canadian Institutes of Health Research, $98,974 (10% effort).

58. Principal Investigator (with Lawrence McCandless). Prenatal exposure to environmental contaminants and fetal growth: How to account for multiplicity when testing multiple statistical hypotheses. 07/01/2015-06/30/2016. Canadian Institutes of Health Research (CIHR), $12,000 (5% effort).

59. Principal Investigator, Canadian Environmental Health Atlas Knowledge Translation to produce videos and interactive tools. 06/01/2015-07/30/2016. Canadian Internet Registration Authority, $50,000 (10% effort).

60. Co-Investigator (Kieran Phelan, PI). "Injury Prevention in a Home Visitation Population". NICHD, 09/28/10 to 07/31/16, $2,000,000 (total direct costs over 5 years) (10% effort).

61. Co-applicant (Timothy F. Oberlander, PI). Developmental origins of autism: A population level linked data study of prenatal antidepressant medication exposure. 09/01/2013 – 09/31/2016, Canadian Institutes of Health Research (CIHR), $285,768.

62. Principal Investigator (Multiple PI Award with Aimin Chen and Kimberly Yolton). "Longitudinal study of exposures to PBDEs and PFCs and child behavior". NIEHS, 04/30/11 – 05/01/17, $2,150,000 (total direct costs over 5 years) (20% effort).

63. Principal Applicants (McCandless and Lanphear). Biostatistical methods for estimating the cumulative impact of environmental contaminant exposures on preterm birth. Canadian Institute for Human Development, Child and Youth Health. 12/06/16-12/05/18, $200,000 (10% effort).

64. Co-investigator (Ryan Allen, PI). Randomized Interventions to Evaluate the Effects of Air Pollution Exposure on Children's Health and Development. 03/01/2015 – 03/31/2019, Canadian Institutes of Health Research (CIHR), $720,535. (10% effort)

65. Co-investigator (Joseph Braun, PI). Endocrine Disrupting Chemicals, Thyroid Hormones and Child Neurobehavior. 06/01/2015-03/31/2019. National Institutes of Health, $471,241 (5% effort). The purpose of this study is test if and when early life exposures to phthalates, triclosan, or bisphenol A adversely impacts children's cognition and behavior.

66. Principal Investigator (Multiple PI Award with Christine Till). "Impact of early life fluoride exposure on cognitive and behavioral outcomes in children". NIEHS, 09/30/16 – 05/01/19, $296,683 (10% effort).

67. Co-Applicant (Linda Booij, Maryse Bouchard PI). In utero exposure to Bisphenol-A and the developing brain in humans: A longitudinal study of epigenetic mechanisms. 03/01-2016 – 03/31/2019. Canadian Institutes of Health Research (CIHR) (2.5% effort).

68.   Consultant (Joseph Braun, PI). Early Life Perfluoroalkyl Substance Exposure and Obesity: Mechanisms and Phenotyping. 02/01/2016-01/31/2021. National Institutes of Health. (2.5% effort).

69.   Consultant (Yolton, Cecil, Ryan). Internalizing Behaviors and Neuroimaging Outcomes: Impact of PBDE and PFC Exposures. NIEHS, 9/30/2016 - 8/31/2021 (0.15 person months)

70.   Consultant (Chen) Developmental neurotoxicity of organophosphate and novel brominated flame retardants in children. NIEHS, 9/30/2017 - 6/30/2022 (10% effort).

71.   Mentor (Curl) Measurement of Agricultural and Dietary Glyphosate Exposure among Pregnant Women. NIEHS, 9/1/2018- 8/30/2022 (5% effort).

**Expert Witness in Legal Cases (2013-2020). Dr. Lanphear receives no personal payments for his service as an expert witness.**

1.   People of the state of California vs. Atlantic Richfield Co., et al. Case No. 1-00-CV-788657.

2.   Glenn Burton, Jr., vs. American Cyanamid Co., et al., Case No. 07-CV-0303. Ravon Owens vs. American Cyanamid Co, et al., Case No. 10-CV-0441 and Cesar Sifuentes vs. American Cyanamid Co., et al., Case No. 10-CV-0075.

3.   Newark Education Workers Caucus et al. vs. City of Newark, et al. Civ. No. 18-CV-11025.

4.   Concerned Pastors for Social Action, et al. vs. Nick A. Khouri, et al. Case No. 16-10277.

5.   Pennsylvania Public Utility Commission et al., vs. Pittsburgh Water and Sewer Authority – Water Pennsylvania Public Utility Commission, et al., Docket R-2018-3002645, et al and Docket No. R-2018-3002647, et al.

6.   Food & Water Watch, et al. vs. U.S. Environmental Protection Agency, United States District Court for the Northern District of California at San Francisco.

7.   Elnora Carthan, et al, vs. Governor Rick Snyder, et al. Civil Action No. 5:16-cv-10444-JEL-MKM

8.   Kabwe and others vs Anglo American South Africa Limited. Case No: 2020/32777. High Court of South Africa, Gauteng Local Division, Jahannesburg, South Africa.

**Ethics Training for Research**

CITI (Collaborative Institutional Training Initiative) (Reference# 7159023). Academic and Regional Health Centers Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 7160515), Canada GCP Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 8316270), Human Subjects Core Curriculum, completed on August 17th, 2012.

CITI (Collaborative Institutional Training Initiative) (Reference# 13561457), Academic and Regional Health Centers Core Curriculum, completed on September 1st, 2014.

CITI (Collaborative Institutional Training Initiative) (Reference# 16954900), Human Subjects Research Core Curriculum, completed on October 31st, 2015.

CITI Program Responsible Conduct of Research completed on November 4th, 2020 (Record ID# 29754848).

# **Plaintiffs**
# **Dr. Kathleen Thiessen's CV**

# KATHLEEN M. THIESSEN, Ph.D.
## Senior Scientist
## Oak Ridge Center for Risk Analysis, Inc.

---

**Education**

Ph.D. 1986  Genetics, University of Tennessee-Oak Ridge, Graduate School of Biomedical Sciences, Oak Ridge, TN

B.A. 1981  Biology and Chemistry (*Summa cum laude*), Covenant College, GA

**Capabilities**

Health Effects Assessment
Dose and Risk Assessment
Analysis of Environmental Transport and Exposure Pathways
Uncertainty and Sensitivity Analysis
Technical Writing/Editing, Technical and Public Presentations

**Experience Summary**

Dr. Thiessen is experienced in the evaluation of exposures, doses, and risks to human health from trace levels of chemical and radiological contaminants in the environment and in the use of uncertainty analysis for environmental and health risk assessment. Dr. Thiessen led an analysis of human exposures, doses, and health risks to off-site individuals associated with historic releases of radionuclides to the Clinch River from the U.S. Department of Energy's Oak Ridge (Tennessee) facilities. She also contributed to the development of a risk-based screening approach to prioritize further investigation of contaminants and exposure situations in various assessment contexts, and she led in the application of risk-based screening techniques for the reconstruction of doses and health risks associated with releases of chemicals and radionuclides from the Oak Ridge facilities. Dr. Thiessen has led several working groups on urban contamination and dose reconstruction for the International Atomic Energy Agency's programs on environmental transport modeling (BIOMASS, EMRAS and EMRAS II, MODARIA and MODARIA II), and she served on the coordinating committees of the programs. Dr. Thiessen has contributed to a number of open literature publications on the use of international data sets to test and improve the accuracy of mathematical models used to assess the environmental fate and consequences of releases of radioactivity. Dr. Thiessen served on a committee for the preparation of a new International Atomic Energy Agency report on modeling the impacts of planned discharges of radioactivity, and she was involved in the preparation of an IAEA guidance document on implementation of remediation strategies following accidental releases of radioactivity. Dr. Thiessen participated in two symposia on reconstruction of internal doses from Fukushima releases organized by Japan's National Institute of Radiological Sciences, and she has served as a consultant on environmental modeling issues to the Korea Atomic Energy Research Institute and on uncertainty analysis to the National Council on Radiation Protection and Measurements. Dr. Thiessen currently serves with a subgroup of the United Nations Scientific Committee on the Effects of Atomic Radiation concerned with past activities and accidents involving ionizing radiation, as part of an UNSCEAR project on Evaluation of Public Exposure to Ionizing Radiation from Natural and Man-made Sources. Dr. Thiessen has also served on two National Research Council subcommittees, one



*Thiessen, K.M.* continued

charged with the review of fluoride exposure and toxicology, and one dealing with guidance levels for air contaminants in submarines. She has also written two reports for the U.S. Environmental Protection Agency, one on the health effects of hydrogen fluoride and related compounds, and one on the health effects of mercuric chloride. Dr. Thiessen has also been involved in litigation support for several cases involving chemical or radionuclide contaminants.

## Experience

2019-present   President, Oak Ridge Center for Risk Analysis, Inc.

1992-present   Senior Scientist and Director, Oak Ridge Center for Risk Analysis, Inc. (Formerly *SENES* Oak Ridge, Inc., Center for Risk Analysis), Oak Ridge, TN.
- Review of data on contaminant exposure and toxicology.
- Analysis of environmental transport and exposure pathways.
- Screening techniques for environmental assessment.
- Dose reconstruction.
- Uncertainty analysis for environmental assessment.
- International model validation using Chernobyl data sets.
- Working Group Leader for International Atomic Energy Agency research programs.
- Project coordination.
- Technical review.
- Litigation support.

1991-1992   Consultant and Technical Writer. Environmental Sciences Division, Oak Ridge National Laboratory, Oak Ridge, TN.

1987-1992   Lecturer in Genetics. University of Tennessee, Oak Ridge Graduate School of Biomedical Sciences.

1986-1989   Oak Ridge National Laboratory, Health and Safety Research Division, Chemical Hazard Evaluation Program.
- Assessment of health effects from chemicals.
- Risk assessment.
- Technical review.

## Publications and Technical Reports

IAEA (International Atomic Energy Agency). 2022. Assessment of Radioactive Contamination and Effectiveness of Remedial Measures in Urban Environments. Report of Working Group 2, Exposures in Contaminated Urban Environments and Effect of Remedial Measures, of MODARIA Topical Heading: Remediation of Contaminated Areas. Modelling and Data for Radiological Impact Assessments (MODARIA) Programme. International Atomic Energy Agency, Vienna, IAEA-TECDOC-2001.

Thiessen, K.M., Boznar, M.Z., Charnock, T.W., Chouhan, S.L., Federspiel, L., Grašič, B., Grsic, Z., Helebrant, J., Hettrick, S., Hůlka, J., Hwang, W.T., Kamboj, S., Korolevych, V., Kuča, P., Lee, J., Mancini, F., Mlakar, P., Patryl, L., Pattantyús-Ábrahám, M., Reisin, T., Sdouz, G., Silva, K., Takahara, S., Tay, B.K., Walter, H., Yankovich, T., and Yu, C. 2022. Urban working groups in

2



the IAEA's model testing programmes: Overview from the MODARIA I and MODARIA II programmes. *J. Radiol. Prot.* 42:020502.

Thiessen, K.M., Kuča, P., Helebrant, J., Hůlka, J., Charnock, T.W., Chouhan, S.L., Ďuran, J., Fuka, V., de With, G., Mancini, F., Periáñez, R., Tay, B.K., Trifunović, D., and Walter, H. 2022. Modelling the atmospheric dispersion of radiotracers in small-scale, controlled detonations: validation of dispersion models using field test data. *J. Radiol. Prot.* 42:020516.

Takahara, S., Charnock, T.W., Silva, K., Hwang, W.T., Lee, J., Yu, C., Kamboj, S., Yankovich, T., and Thiessen, K.M. 2022. Assessment of doses in contaminated urban areas: Modelling exercise based on Fukushima data. *J. Radiol. Prot.* 42:020517.

Božnar, M.Z., Mlakar, P., Grašič, B., Grsic, Z., Hettrick, S., Mancini, F., Patryl, L., and Thiessen, K.M. 2022. Modelling air pollution around nuclear power plants: Validation of dispersion models using tracer data. *J. Radiol. Prot.* 42:020519.

Simon, S.L., Bouville, A., Beck, H.L., Anspaugh, L.R., Thiessen, K.M., Hoffman, H.O., and Shinkarev, S. 2022. Dose estimation for exposure to radioactive fallout from nuclear detonations. *Health Physics* 122(1):1-20.

Beck, H.L., Bouville, A., Simon, S.L., Anspaugh, L.R., Thiessen, K.M., Shinkarev, S., and Gordeev, K. 2022. A method for estimating the deposition density of fallout on the ground and on vegetation from a low-yield, low-altitude nuclear detonation. *Health Physics* 122(1):21-53.

Bouville, A., Beck, H.L., Anspaugh, L.R., Gordeev, K., Shinkarev, S., Thiessen, K.M., Hoffman, F.O., and Simon, S.L. 2022. A methodology for estimating external doses to individuals and populations exposed to radioactive fallout from nuclear detonations. *Health Physics* 122(1):54-83.

Anspaugh, L.R., Bouville, A., Thiessen, K.M., Hoffman, F.O., Beck, H.L., Gordeev, K., and Simon, S.L. 2022. A methodology for calculation of internal dose following exposure to radioactive fallout from the detonation of a nuclear fission device. *Health Physics* 122(1):84-124.

Thiessen, K.M., Hoffman, F.O., Bouville, A., Anspaugh, L.R., Beck, H.L., and Simon, S.L. 2022. Parameter values for estimation of internal doses from ingestion of radioactive fallout from nuclear detonations. *Health Physics* 122(1):236-268.

Apostoaei, A.I., Thomas, B.A., Hoffman, F.O., Kocher, D.C., Thiessen, K.M., Borrego, D., Lee, C., Simon, S.L., and Zablotska, L.B. 2021. Fluoroscopy X-ray Organ-specific Dosimetry System (FLUXOR) for estimation of organ doses and their uncertainties in the Canadian Fluoroscopy Cohort Study. *Radiation Research* 195:385–396.

Thiessen, K.M., Apostoaei, A.I., and Zablotska, L.B. 2021. Estimation of heights and body masses of tuberculosis patients in the Canadian Fluoroscopy Cohort Study for use in individual dosimetry. *Health Physics* 120(3):278-287.

IAEA (International Atomic Energy Agency). In preparation. Assessment of the Impact of Radioactive Discharges to the Environment, Volume 1: Screening Assessment of Public Exposure for Planned Exposure Situations. International Atomic Energy Agency, Vienna.

IAEA (International Atomic Energy Agency). In preparation. Assessment of the Impact of Radioactive Discharges to the Environment, Volume 2: Generic Models for Use in Screening Assessment of Public Exposure for Planned Exposure Situations. International Atomic Energy Agency, Vienna.



IAEA (International Atomic Energy Agency). 2021. Assessment of Radioactive Contamination in Urban Areas. Report of Working Group 9, Urban Areas of EMRAS II/ Topical Heading: Approaches for Assessing Emergency Situations. Environmental Modelling for Radiation Safety (EMRAS II) Programme. International Atomic Energy Agency, Vienna, IAEA-TECDOC-1941.

Bouville, A., Beck, H., Thiessen, K.M., Hoffman, O., Potischman, N., Salazar, S., and Simon, S.L. 2020. The methodology used to assess doses from the first nuclear weapons test (Trinity) to the populations of New Mexico. *Health Physics* 119(4): 400-427.

Periáñez, R., Thiessen, K.M., Chouhan, S.L., Mancini, F., Navarro, E., Sdouz, G., and Trifunović, D. 2016. Mid-range atmospheric dispersion modelling. Intercomparison of simple models in EMRAS-2 project. *Journal of Environmental Radioactivity* 162-163:225-234.

Thiessen, K.M., Charnock, T.W., Chouhan, S.L., Hwang, W.T., Kamboj, S., Tomás, J., and Yu, C. 2015. Modeling the effectiveness of remediation efforts in contaminated urban areas: An EMRAS II Urban Areas Working Group exercise. In: Proceedings of the WM2015 Conference, March 15-19, 2015, paper #15631.

Ko, L., and Thiessen, K.M. 2015. A critique of recent economic evaluations of community water fluoridation. *International Journal of Occupational and Environmental Health* 21(2):91-120.

Menkes, D.B., Thiessen, K., and Williams, J. 2014. Health effects of water fluoridation—how "effectively settled" is the science? [letter]. *New Zealand Medical Journal* 127(1407):84-86.

IAEA (International Atomic Energy Agency). 2014. Handbook of Parameter Values for the Prediction of Radionuclide Transfer to Wildlife. International Atomic Energy Agency, Vienna, Technical Reports Series No. 479.

Yankovich, T., Beresford, N.A., Fesenko, S., Fesenko, J., Phaneuf, M., Dagher, E., Outola, I., Andersson, P., Thiessen, K., Ryan, J., Wood, M.D., Bollhöfer, A., Barnett, C.L., and Copplestone, D. 2013. Establishing a database of radionuclide transfer parameters for freshwater wildlife. *Journal of Environmental Radioactivity* 126:299-313.

IAEA (International Atomic Energy Agency). 2012. Environmental Modelling for Radiation Safety (EMRAS). A Summary Report of the Results of the EMRAS programme (2003-2007). International Atomic Energy Agency, Vienna, IAEA-TECDOC-1678.

IAEA (International Atomic Energy Agency). 2012. Environmental Modelling of Remediation of Urban Contaminated Areas. Report of the Urban Remediation Working Group of the EMRAS (Environmental Modelling for Radiation Safety) programme.

Thiessen, K.M., Andersson, K.G., Berkovskyy, V., Charnock, T.W., Chouhan, S.L., de With, G., Ďuran, J., Fuka, V., Helebrant, J., Hůlka, J., Hwang, W.T., Kuča, P., Mancini, F., Navarro, E., Periáñez, R., Prouza, Z., Sdouz, G., Tomás, J., Trifunović, D., Urso, L., and Walter H. 2011. Assessing emergency situations and their aftermath in urban areas: The EMRAS II Urban Areas Working Group. *Radioprotection* 46(6):S601-S607.

NRC (National Research Council). 2009. *Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants*: Volume 3. Washington, DC: National Academies Press.

Thiessen, K.M., Andersson, K.G., Charnock, T.W., and Gallay, F. 2009. Modelling remediation options for urban contamination situations. *Journal of Environmental Radioactivity* 100:564-573.



Thiessen, K.M., Andersson, K.G., Batandjieva, B., Cheng, J.-J., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., and Yu, C. 2009. Modelling the long-term consequences of a hypothetical dispersal of radioactivity in an urban area including remediation alternatives. *Journal of Environmental Radioactivity* 100:445-455.

Thiessen, K.M., Arkhipov, A., Batandjieva, B., Charnock, T.W., Gaschak, S., Golikov, V., Hwang, W.T., Tomás, J., and Zlobenko, B. 2009. Modelling of a large-scale urban contamination situation and remediation alternatives. *Journal of Environmental Radioactivity* 100:413-421.

Thiessen, K.M., Batandjieva, B., Andersson, K.G., Arkhipov, A., Charnock, T.W., Gallay, F., Gaschak, S., Golikov, V., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., Yu, C., Zelmer, R., and Zlobenko, B. 2008. Improvement of modelling capabilities for assessing urban contamination:  The EMRAS Urban Remediation Working Group. *Applied Radiation and Isotopes* 66:1741-1744.

Thiessen, K.M., Batandjieva, B., Andersson, K.G., Arkhipov, A., Charnock, T.W., Gallay, F., Gaschak, S., Golikov, V., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., Yu, C., Zelmer, R., and Zlobenko, B. 2007. Improvement of modeling capabilities for assessing urban contamination:  The EMRAS Urban Remediation Working Group.  In: Proceedings from the International Conference on Environmental Radioactivity:  From Measurements and Assessments to Regulation, Vienna, April 23-27, 2007, pp. 133-134 (IAEA-CN-145/070).

Köteles, G.J., Kanyár, B., and Thiessen, K.M. 2007. Radiation Biology and Radiation Protection. In: *Radiochemistry and Nuclear Chemistry* (S. Nagy, ed.). In: *Encyclopedia of Life Support Systems (EOLSS).* Developed under the auspices of the UNESCO, Eolss Publishers, Oxford, UK [http://www.eolss.net].

NRC (National Research Council). 2006. *Fluoride in Drinking Water:  A Scientific Review of EPA's Standards*. Washington, DC:  The National Academies Press.

Thiessen, K.M., Napier, B.A., Filistovic, V., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Nedveckaite, T., Nényei, A., Sazykina, T.G., Tveten, U., Sjöblom, K.-L., and Robinson, C. 2005. Model testing using data on [131]I released from Hanford. *Journal of Environmental Radioactivity* 84(2):211-224.

Thiessen, K.M., Sazykina, T.G., Apostoaei, A.I., Balonov, M.I., Crawford, J., Domel, R., Fesenko, S.V., Filistovic, V., Galeriu, D., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Kryshev, I.I., Nedveckaite, T., Ould-Dada, Z., Sanzharova, N.I., Robinson, C., and Sjöblom, K.-L. 2005. Model testing using data on [137]Cs from Chernobyl fallout in the Iput River catchment area of Russia. *Journal of Environmental Radioactivity* 84(2):225-244.

Nedveckaite, T., Filistovic, V., Mastauskas, A., and Thiessen, K. 2004. Thyroid dosimetry in the western trace of the Chernobyl accident plume. *Radiation Protection Dosimetry* 108(2):133-141.

IAEA (International Atomic Energy Agency). 2003. Testing of environmental transfer models using data from the atmospheric release of Iodine-131 from the Hanford site, USA, in 1963. Report of the Dose Reconstruction Working Group of the Biosphere Modelling and Assessment (BIOMASS) Programme, Theme 2.  Biosphere Modelling and Assessment Methods (BIOMASS) programme.  International Atomic Energy Agency, Vienna, IAEA-BIOMASS-2.

IAEA (International Atomic Energy Agency). 2003. Testing of environmental transfer models using Chernobyl fallout data from the Iput River catchment area, Bryansk Region, Russian



Federation.   Report of the Dose Reconstruction Working Group of BIOMASS Theme 2. Biosphere Modelling and Assessment Methods (BIOMASS) programme. International Atomic Energy Agency, Vienna, IAEA-BIOMASS-4.

Reed, E.W., Thiessen, K.M., Hoffman, F.O., and Apostoaei, A.I. 2003. Comparison of doses and risks obtained from dose reconstructions for historical operations of federal facilities that supported the development, production, or testing of nuclear weapons. *Health Physics* 84(6):687-697.

Thiessen, K.M. 2002. Data sets available for testing environmental transport models. *Atmospheric Environment* 36:3057.

Thiessen, K.M., Napier, B.A., Filistovic, V., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Nedveckaite, T., Nényei, A., Sazykina, T.G., Tveten, U., Sjöblom, K.-L., and Robinson, C. 2002. Model Testing Using Data from Accidental Releases of $^{131}$I and $^{137}$Cs.  1:  Model Testing Using Data on $^{131}$I Released from Hanford.  In:  Proceedings from the International Conference on Radioactivity in the Environment, Monaco, Sept. 1-5, 2002, pp. 313-316.

Thiessen, K.M., Sazykina, T.G., Apostoaei, A.I., Balonov, M.I., Crawford, J., Domel, R., Fesenko, S.V., Filistovic, V., Galeriu, D., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Kryshev, I.I., Nedveckaite, T., Ould-Dada, Z., Sanzharova, N.I., Robinson, C., and Sjöblom, K.-L. 2002. Model Testing Using Data from Accidental Releases of $^{131}$I and $^{137}$Cs.  2:  Model Testing Using Data on $^{137}$Cs from Chernobyl Fallout in the Iput River Catchment Area of Russia. In:  Proceedings from the International Conference on Radioactivity in the Environment, Monaco, Sept. 1-5, 2002, pp. 317-320.

Apostoaei, A.I., Nair, S.K., Thomas, B.A., Lewis, C.J., Hoffman, F.O., and Thiessen, K.M. 2000. External exposure to radionuclides accumulated in the shoreline sediments with an application to the lower Clinch River. *Health Physics* 78(6):700-710.

IAEA (International Atomic Energy Agency). 2001. Generic models for use in assessing the impact of discharges of radioactive substances to the environment.  International Atomic Energy Agency, Vienna, Safety Report 19.

Apostoaei, A.I., Blaylock, B.G., Caldwell, B., Flack, S., Gouge, J.H., Hoffman, F.O., Lewis, C.J., Nair, S.K., Reed, E.W., Thiessen, K.M., Thomas, B.A., and Widner, T.E. 1999. Radionuclides Released to the Clinch River from White Oak Creek on the Oak Ridge Reservation—An Assessment of Historical Quantities Released, Off-site Radiation Doses, and Health Risks. Reports of the Oak Ridge Dose Reconstruction, Vols. 4 and 4A. The Report of Project Task 4. Tennessee Department of Health, Oak Ridge Health Studies, Oak Ridge Dose Reconstruction.

Thiessen, K.M., Thorne, M.C., Maul, P.R., Pröhl, G., and Wheater, H.S. 1999. Modelling radionuclide distribution and transport in the environment. *Environmental Pollution* 100:151-177.

Kryshev, I.I., Sazykina, T.G., Hoffman, F.O., Thiessen, K.M., Blaylock, B.G., Feng, Y., Galeriu, D., Heling, R., Kryshev, A.I., Kononovich, A.L., and Watkins, B. 1999. Assessment of the consequences of the radioactive contamination of aquatic media and biota for the Chernobyl NPP cooling pond: Model testing using Chernobyl data.  *Journal of Environmental Radioactivity* 42:143-156.

Konoplev, A.V., Bulgakov, A.A., Hoffman, F.O., Kanyár, B., Lyashenko, G., Nair, S.K., Popov, A., Raskob, W., Thiessen, K.M., Watkins, B., and Zheleznyak, M. 1999. Validation of models of



radionuclide wash-off from contaminated watersheds using Chernobyl data. *Journal of Environmental Radioactivity* 42:131-141.

Garger, E.K., Hoffman, F.O., Thiessen, K.M., Galeriu, D., Kryshev, A.I., Lev, T., Miller, C.W., Nair, S.K., Talerko, N., and Watkins, B. 1999. Test of existing mathematical models for atmospheric resuspension of radionuclides. *Journal of Environmental Radioactivity* 42:157-175.

Thiessen, K.M., Gouge, J.H., Hoffman, F.O., Apostoaei, A.I., Thomas, B.A., Lewis, C.J., Blaylock, B.G., Caldwell, B., Widner, T.E., Flack, S., Nair, S.K., and Reed, E.W. 1998. Radionuclides Released to the Clinch River from White Oak Creek on the Oak Ridge Reservation – An Assessment of Historical Quantities Released, Off-Site Radiation Doses, and Health Risks. Oak Ridge Health Studies, Oak Ridge Dose Reconstruction.

Hoffman, F.O., Hammonds, J.S., Apostoaei, A.I., Blaylock, B.G., Thomas, B.A., Thiessen, K.M. 1998. Estimation of Health Risks Based on Revised Estimates of HEDR Doses for Maximum Representative Individuals Consuming Fish and Waterfowl from the Columbia River: An Evaluation of HEDR Reports on the Columbia River Pathways. Report prepared for the National Opinion Research Center. ATSDR, Atlanta, GA.

Hammonds, J.S., Hoffman, F.O., Apostoaei, A.I., Thiessen, K.M., Lewis, C.J., Blaylock, B.G., Caldwell, B., Flack, S., Nair, S.K., Reed, E.W., Thomas, B.A., and Widner, T.E. 1997. Radionuclides released from White Oak Creek on the Oak Ridge Reservation to the Clinch River: A reconstruction of historical quantities released, off-site doses, and health risks. Oak Ridge Health Studies, Oak Ridge Dose Reconstruction. Draft Report, November 1997.

Thiessen, K.M., Hoffman, F.O., Rantavaara, A., and Hossain, S. 1997. Environmental models undergo international test: The science and art of exposure assessment modeling were tested using real-world data from the Chernobyl accident. *Environmental Science & Technology* 31(8):358A-363A.

Garger, E.K., Hoffman, F.O., and Thiessen, K.M. 1997. Uncertainty of the long-term resuspension factor. *Atmospheric Environment* 31(11):1647-1656.

Nair, S.K., Miller, C.W., Thiessen, K.M., Garger, E.K., and Hoffman, F.O. 1997. Modeling the resuspension of radionuclides in Ukrainian regions impacted by Chernobyl fallout. *Health Physics* 72(1):77-85.

Hoffman, F.O., and Thiessen, K.M. 1996. The use of Chernobyl data to test model predictions for interindividual variability of $^{137}$Cs concentrations in humans. *Reliability Engineering and System Safety* 54:197-202.

Hoffman, F.O., Simon, S.L., and Thiessen, K.M. 1996. The Role of Uncertainty Analysis in Dose Reconstruction and Risk Assessment. 31st Annual Meeting of the NCRP, pp. 107-134.

Nair, S.K., Hoffman, F.O., Thiessen, K.M., and Konoplev, A. 1996. Modeling the wash-off of $^{90}$Sr and $^{137}$Cs from an experimental plot established in the vicinity of the Chernobyl reactor. *Health Physics* 71(6):896-909.

IAEA (International Atomic Energy Agency). 1996. Validation of models using Chernobyl fallout data from southern Finland--Scenario S. Second Report of the VAMP Multiple Pathways Assessment Working Group. IAEA-TECDOC-904.



IAEA (International Atomic Energy Agency). 1996. Modelling of radionuclide interception and loss processes in vegetation and of transfer in semi-natural ecosystems. Second Report of the VAMP Terrestrial Working Group. IAEA-TECDOC-857.

NCRP (National Council on Radiation Protection and Measurements). 1996. A Guide for Uncertainty Analysis in Dose and Risk Assessments Related to Environmental Contamination. (Consultant to Scientific Committee 64-17.) NCRP Commentary No. 14.

Hoffman, F.O., Thiessen, K.M., and Watkins, B. 1996. Opportunities for the testing of environmental transport models using data obtained following the Chernobyl accident. *Health Physics* 70 (1):5-7.

Thiessen, K.M., Hammonds, J.S., Lewis, C.J., Hoffman, F.O., and White, E.I. 1996. Screening Method for the Oak Ridge Dose Reconstruction. A Task 7 Report. ChemRisk, State of Tennessee. April 1996.

BIOMOVS II. 1996. Wash-off of Sr-90 and Cs-137 from Two Experimental Plots:  Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 9.

BIOMOVS II. 1996. Assessment of the Consequences of the Radioactive Contamination of Aquatic Media and Biota:  Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 10.

BIOMOVS II. 1996. Atmospheric Resuspension of Radionuclides:  Model Testing Using Chernobyl Data.  Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 11.

Thiessen, K.M., Hoffman, F.O., Hammonds, J.S., and White, E.I. 1995. A Review of the Preliminary Screening Analysis Carried Out during the Oak Ridge Dose Reconstruction Feasibility Study. ChemRisk, State of Tennessee, August, 1995.

Hoffman, F.O., and Thiessen, K.M. 1995. Use of Chernobyl data to test predictions and uncertainty estimates from exposure assessment models. In: Proceedings of a Symposium on Environmental Impact of Radioactive Releases. International Atomic Energy Agency, Vienna, Austria, 8-12 May 1995. IAEA-SM-339/20:325-336.

IAEA (International Atomic Energy Agency). 1995. Validation of models using Chernobyl fallout data from the Central Bohemia region of the Czech Republic--Scenario CB. First Report of the VAMP Multiple Pathways Assessment Working Group. IAEA-TECDOC-795.

Hoffman, F.O., Thiessen, K.M., and Rael, R.M. 1995. Comparison of interception and initial retention of wet-deposited contaminants on leaves of different vegetation types*. Atmos. Envir.* 29:1771-1775.

USEPA (US Environmental Protection Agency). 1994. Summary Review of Health Effects Associated with Mercuric Chloride: Health Issue Assessment.  Research Triangle Park, NC: Office of Health and Environmental Assessment, Report No. EPA/600/R-92/199.

Hoffman, F.O., Blaylock, B.G., Frank, M.L., and Thiessen, K.M. 1993. A risk-based screening approach for prioritizing contaminants and exposure pathways at Superfund sites.  *Environ. Monitoring and Assessment* 28:221-237.



Hoffman, F.O., Thiessen, K.M., Frank, M.L., and Blaylock, B.G. 1992. Quantification of the interception and initial retention of radioactive contaminants deposited on pasture grass by simulated rain. *Atmospheric Environment* 26A:3313-3321.

Hoffman, F.O., Thiessen, K.M., Frank, M.L., and Blaylock, B.G. 1992. Determining the collection efficiency of gummed paper for the deposition of radioactive contaminants in simulated rain. *Health Physics* 62:439-442.

USEPA (US Environmental Protection Agency). 1988. Summary Review of Health Effects Associated with Hydrogen Fluoride and Related Compounds: Health Issue Assessment. Research Triangle Park, NC: Office of Health and Environmental Assessment, Report No. EPA/600/8-89/002F.

USEPA (US Environmental Protection Agency). 1988. Evaluation of the Potential Carcinogenicity of Propargyl Bromide (106-96-7) In Support of Reportable Quantity Adjustments Pursuant to CERCLA Section 102. Washington, DC: Office of Health Effects Assessment [draft].

USEPA (US Environmental Protection Agency). 1988. Evaluation of the Potential Carcinogenicity of Ethanol, 1,2-Dichloro-, Acetate (10140-887-1) In Support of Reportable Quantity Adjustments Pursuant to CERCLA Section 102. Washington, DC: Office of Health Effects Assessment [draft].

USEPA (US Environmental Protection Agency). 1988. Evaluation of Cancer Risk Assessment for Coke Oven Emissions (EPA-600/6-82-003F, EPA-450/3-85-028a). Washington, DC: Office of Policy, Planning and Evaluation [draft].

Thiessen, K.M., and Lalley, P.A. 1987. Gene assignments and syntenic groups in the sacred baboon (*Papio hamadryas*). *Cytogenet. Cell Genet.* 44:82-88.

Créau-Goldberg, N., Cochet, C., Turleau, C., de Grouchy, J., Thiessen, K.M., and Lalley, P.A. 1987. Primate genetic maps. Baboon, *Papio papio*, *hamadryas*, *cynocephalus*. In: S.J. O'Brien, ed., Genetic Maps 1987. Cold Spring Harbor Laboratory, Cold Spring Harbor, New York (1987). 511.

Thiessen, K.M., and Lalley, P.A. 1986. New gene assignments and syntenic groups in the baboon (*Papio papio*). *Cytogenet. Cell Genet.* 42:19-23.

Moore, K.L., and Lalley, P.A. 1985. New gene assignments and linkage groups in baboon (*Papio*) species [abstract]. Eighth International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet.* 40:702.

Roderick, T.H., Lalley, P.A., Davisson, M.T., O'Brien, S.J., Womack, J.E., Créau-Goldberg, N., Echard, G., and Moore, K.L. 1984. Report of the committee on comparative mapping. Seventh International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet.* 37:312-339.

Moore, K.L., and Lalley, P.A. 1984. Comparative mapping in man and baboon (*Papio papio*) involving genes assigned to human chromosomes 4, 6, 14, 15, and 20 [abstract]. Seventh International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet.* 37:542-543.

Moore, K.L., and Lane, E.T. 1981. An investigation of mathematical models for the addition reaction of chlorine to oleic acid [abstract]. *J. Tenn. Acad. Sci.* 56:54.

