# Plaintiffs' Expert Disclosures

# **Plaintiffs**
# Dr. Philippe Grandjean's Expert Report (July 31, 2023)

**U.S. FEDERAL COURT**

**ACTION NO. 17-CV-02162**

**FOOD AND WATER WATCH,** *et al.* **v. U.S. EPA**

**SECOND SUPPLEMENTAL REPORT BY
PHILIPPE GRANDJEAN, MD, DMSc**

**PREPARED ON BEHALF OF
PLAINTIFFS**

**July 31st, 2023**

# Contents

I.      QALIFICATIONS ................................................................................................................. 3

II.     BACKGROUND ................................................................................................................... 4

III.    THE NATIONAL TOXICOLOGY PROGRAM'S (NTP's) ASSESSMENT ................. 5

   A.   The NTP's Systematic Review ..................................................................................... 5

       1.   Summary ................................................................................................................. 6

       2.   Consistency ............................................................................................................. 6

       3.   Confounding ........................................................................................................... 7

       4.   Exposure Characterization .................................................................................... 8

       5.   The Strengths of Cross-Sectional Studies in Endemic Fluorosis Areas ............ 8

       6.   Relevance to Water Fluoridation ......................................................................... 9

       7.   Animal Studies ....................................................................................................... 9

   B.   NTP's Meta-Analysis ................................................................................................... 10

       1.   Objectives & Methods .......................................................................................... 10

       2.   Results .................................................................................................................... 12

       3.   NTP's Conclusions ............................................................................................... 13

   C.   The NIEHS Working Group's Assessment .............................................................. 14

   D.   Conclusions from NTP's Systematic Review & Meta-Analysis ............................. 15

IV.     BENCHMARK CALCULATIONS ................................................................................. 15

   A.   Pooled Analysis of ELEMENT and MIREC Data .................................................. 16

   B.   Pooled Analysis of ELEMENT, MIREC and Danish OCC Data ........................... 18

   C.   Further Considerations on the BMC/BMCL ........................................................... 19

V.      OTHER RECENT PUBLICATIONS ............................................................................. 20

VI.     CONCLUSIONS ................................................................................................................ 26

VII.    AFFIRMATION ................................................................................................................ 27

VIII.   REFERENCES .................................................................................................................. 28

I, Philippe Grandjean MD, DMSc, declare that:

I am a physician and environmental epidemiologist who three years ago contributed reports to the Court on the medical evidence on fluoride toxicity. I was now asked by Plaintiffs' counsel to evaluate scientific developments on fluoride subsequent to June 2020, with a focus on (1) my own benchmark dose calculations, (2) the Monograph issued by the National Toxicology Program (NTP) in May 2022, (3) the NTP's July 2022 meta-analysis, and (4) any other recent studies that I find pertinent to address.

## I.      QUALIFICATIONS

I am an MD with a DMSc degree and an honorary doctorate. I have served for over 40 years as a full professor of environmental medicine at the University of Southern Denmark, over 30 years as the toxicology adviser to the National Board of Health at the Danish Ministry of Health, and for 20 years as Adjunct Professor at the Harvard University School of Public Health. I also currently serve as a part-time Research Professor at the University of Rhode Island, where I co-lead an NIH-funded research center.

I continue conducting research on fluoride toxicity. This research first began in the 1980s where I focused on male workers at the unique cryolite factory in Copenhagen where (only) fluoride exposure was highly elevated. With employment records available from the 1920s and onwards, my studies examined long-term mortality as well as cancer incidence, the latter as documented by the world's oldest cancer registry. The clear conclusion of these studies was that bladder cancer was elevated in a dose-dependent fashion. Unfortunately, this finding has escaped attention from regulatory agencies, although experimental support exists for possible carcinogenicity.

All my research has been entirely funded by public sources, including the National Institutes of Health and EPA. As part of the collaboration with the EPA, I have served on the Science Advisory Panel (SAP) Endocrine Disruptor Screening Program Subcommittee. Later on, at EPA's recommendation, I functioned as external reviewer of the National Research Council's report on Fluoride in Drinking Water: A Scientific Review of EPA's Standards (National Research Council 2006). I have also supported EPA's standard setting efforts by other means. Thus, when the mercury exposure limit was being reconsidered, the National Academy of Sciences reviewed the scientific evidence and concluded that EPA should base the Reference Dose on my research (National Research Council 2000). EPA then issued a contract to me to facilitate the collaboration. In 2008, I served as medical expert for EPA and the DOJ in a lawsuit involving mercury pollution. Most recently, my research on perfluorinated alkylates has resulted in a renewed collaboration, and my research now serves as a basis for EPA's calculation of the Reference Doses (U.S. Environmental Protection Agency 2022).

At an international level, I assisted the World Health Organization by drafting the first Environmental Criteria Document on fluoride. Later on, at the request of the European Commission, I developed the Criteria Document for an occupational exposure limit value for fluorine. Among other achievements, I was elected Fellow of the American Association for the Advancement of Science already 30 years ago, I have been knighted by the Danish Queen, and I have received numerous research awards, most recently the International Francqui Chair award in Belgium and the Needleman Award in Children's Environmental Health.

Further information about my qualifications, including my work as medical and science advisor to national and international authorities, such as the World Health Organization, EPA, FDA, NIH, IARC, and White House Office of Science and Technology Policy, can be found in my curriculum vitae (Attachment A).

## II.   BACKGROUND

In my previous reports, I noted that health risks associated with elevated exposures to fluoride have been downplayed, likely in the interest of promoting increased fluoride intakes of the general population. While the original purpose was to prevent caries, modern research has clearly documented that beneficial effects are predominantly due to topical fluoride application in the oral cavity and not to fluoride intake and systemic circulation (National Institute of Dental and Craniofacial Research 2021; Vieira 2021). In the past, dental fluorosis and skeletal fluorosis (in their severe and crippling forms, respectively) were thought to be the only relevant adverse effects, thus resulting in exposure limits that would not necessarily protect against other toxicity that was initially overlooked or ignored.

In establishing limits for human exposures, an important goal is to identify the most vulnerable population and the organ system or function that is the most sensitive to the exposure. Much documentation has accumulated on the great vulnerability in early life, where organ development and functional programming must occur to ensure proper maturation, and where any protective mechanisms may not be fully operational. This is particularly important for the formation of the central nervous system (Grandjean 2013; Nilsen, Ruiz, and Tulve 2020), where the lasting functions of the human brain depend on the optimal completion of all prenatal and subsequent developmental stages. These issues were at the center of attention for, *e.g.*, EPA's assessment of lead exposure (U.S. Environmental Protection Agency 1985), and likewise later on with mercury and other neurotoxic substances. Fluoride fits well into this paradigm (Nilsen, Ruiz, and Tulve 2020) and would be expected to trigger similar efforts to protect pregnant women and small children against elevated toxicant exposure.

My previous reports[1] summarized the major studies in the field up to early 2020. As discussed, a substantial number of studies support the existence of cognitive deficits in children with elevated developmental exposure to fluoride, although often in cross-sectional designs and sometimes including comparatively high exposures (Choi et al. 2012; Duan et al. 2018). The evidence of fluoride's developmental neurotoxicity has been extended in recent years to include well conducted birth cohort studies from North America (Bashash et al. 2018; Bashash et al. 2017; Green et al. 2019; Till et al. 2020).

As explained in my prior reports, the consistent inverse association between elevated prenatal fluoride exposure and impaired cognitive performance in childhood is unlikely to be explained by some unmeasured confounder or methodological deficiency across the studies (*e.g.*, Trial Declaration ¶¶ 68, 79, 104-110). By contrast, Dr. Chang from Exponent hypothesized that biases arising from selection bias, publication bias, confounding, outcome assessment, and exposure

---

[1] I refer here to my reports in this case dated June 21, 2019 and August 14, 2019, as well as my trial declaration dated May 20, 2020.

measurement could somehow explain the consistency of the reported association. I disagreed with Dr. Chang, explaining,

> "although Dr. Chang's systematic assessment of study quality correctly identified limitations in a number of studies, she failed to credibly explain how these limitations can plausibly explain the significant inverse associations that have consistently been found across many study settings and designs. Although I recognize the issues that Dr. Chang has raised and have fully considered them in my assessment, it remains extremely unlikely, if not impossible, that the overwhelming evidence of fluoride neurotoxicity is a mirage caused by extensive bias, as Dr. Chang apparently believes. A far more likely and plausible explanation for the consistent findings in the epidemiological studies is that fluoride is a developmental neurotoxicant that reduces IQ and that this association is strong enough to be apparent also in studies with less-than-ideal designs." [2]

As described below, the NTP has now reached essentially the same qualitative conclusion, thus further supporting my opinions in this matter. NTP has also confirmed, and extended, the findings of my meta-analysis from 10 years ago (Choi et al. 2012).

In my prior reports, I also discussed the preliminary findings of my pooled benchmark concentration (BMC) analysis. These findings have been peer reviewed and were published in the journal *Risk Analysis* (Grandjean et al. 2022). Further, an additional analysis, which incorporates the findings of a birth cohort from Denmark, is currently under review for publication in a scientific journal. As explained below, these additional BMC analyses support the existence of a developmental neurotoxic risk at levels of fluoride exposure that are common in areas with "optimally" fluoridated drinking water.

### III.   THE NATIONAL TOXICOLOGY PROGRAM'S (NTP's) ASSESSMENT

#### A.        The NTP's Systematic Review

NTP has conducted a thorough systematic review of the scientific literature on fluoride neurotoxicity, as reflected in the prepublication Monograph from May 2022. This report incorporates three rounds of external peer review, including two rounds by the National Academy of Sciences, Engineering and Medicine, and constitutes an essential assessment on which one can appropriately and safely rely. While no report is perfect, I agree with NTP's main conclusions and its overall evaluation of the scientific evidence (National Toxicology Program 2022). In the present report, I shall focus on the May 2022 prepublication Monograph, which is the version that NTP's scientists considered to be complete and ready for publication.[3] While I am aware of the September 2022 iteration of the Monograph, in which NTP inserts its responses to HHS comments in the margin, the content of the September iteration is essentially the same, with only a few minor alterations that are immaterial to my assessment.

---

[2] Trial Declaration ¶ 110
[3] I refer here to emails dated April 28, 2022, May 11, 2022, and May 12, 2022 from Dr. Mary Wolfe, Director of NTP's Office of Policy, Review and Outreach, as well as the January 26, 2023 declaration from NTP's Former Director, Dr. Linda Birnbaum.

SECOND SUPPLEMENTAL REPORT BY PHILIPPE GRANDJEAN MD, DMSc

*1. Summary*

NTP conducted an extensive search of both English and non-English databases to identify relevant studies. Overall, NTP identified 72 studies that examined the association between developmental fluoride exposure and IQ in children. Nineteen of those studies were considered to be high quality (*i.e.*, low risk of bias); of these, 18 reported a negative association between fluoride exposure and IQ in children. The 18 studies, which include the new North American cohort studies, were conducted in five different countries. Each of the high-quality prospective cohort studies, and all but one of the high-quality cross-sectional studies, reported an association between increased fluoride exposure and lower IQ scores.

NTP found a progression over the years in the quality of studies conducted, with more recent studies having better study designs, larger sample sizes, and more sophisticated statistical analysis. This relates, in particular, to the prospective studies, where the study design can establish a temporal relationship between early-life exposure and subsequent outcome, which would contribute to demonstrating causality and therefore provide the strongest evidence for an association between fluoride exposure during development and IQ in children.

Overall, NTP concluded with "moderate confidence" that developmental fluoride exposure—at levels approximating the exposures seen in communities with 1.5 mg F/L—is consistently associated with reduced childhood IQ. In response to HHS comments, NTP has explained that total fluoride exposures in artificially fluoridated areas (~0.7 mg/L in water) can equal and exceed the exposures seen in areas with 1.5 mg/L in water.[4]

Due to fewer studies, and more heterogeneous endpoints, NTP had less confidence in the association between fluoride and other (non-IQ) developmental outcomes. However, due to the general consistency across these studies, NTP noted that they provide additional support for the fluoride/IQ association.

*2. Consistency*

NTP agreed that existing epidemiological studies are consistent in reporting inverse associations between fluoride exposure and IQ in children.

As to the North American cohort studies, NTP commented that "although not every analysis found a statistically significant association, together the three studies provided consistent evidence that increasing maternal fluoride levels were associated with lower IQ scores in the children." (*p.* 40).

Overall, NTP summarized the low risk-of-bias studies on childhood IQ as follows: "In summary, the high-quality studies (*i.e.*, studies with low potential for bias) consistently demonstrate lower IQ scores with higher fluoride exposure [*e.g.*, represented by populations whose total fluoride exposure approximates or exceeds the WHO Guidelines for Drinking-water Quality of 1.5 mg/L of fluoride (World Health Organization 2006)]. The consistency in association is observed among studies of

---

[4] I refer here to NTP's responses to the federal agency comments, as reproduced in the BSC Working Group's report, *op.cit. See, e.g.*, pp. 12-13, 24, 31-32, 41, 55, 82-83. The Working Group appropriately found NTP's responses to be adequate.

varying study designs, exposure measures, and study populations. Although some studies that conducted multiple analyses observed within-study variations in results (*e.g.*, differences between subsets of IQ tests), these variations were unique to individual studies and did not detract from the overall consistency in the findings that higher fluoride is associated with lower IQ scores." (*p.* 47)

NTP found a similar consistency in results among the low-quality (*i.e.*, high risk-of-bias) studies on childhood IQ. In total, 46 of the 53 low-quality studies found evidence of an association between higher fluoride exposure and lower IQ in children. According to NTP, "Although the high risk-of-bias studies may have more potential for bias due to confounding compared with the low risk-of-bias studies, the consistent IQ findings across high and low risk-of-bias studies indicate that the results cannot be explained solely by potential bias due to confounding." (*p.* 51)

In addition to studies on IQ, NTP also identified studies that investigated other neurobehavioral outcomes of fluoride exposure, including ADHD. As with the childhood IQ studies, NTP noted that these studies show consistent associations between fluoride and one or more neurodevelopmental outcomes. To quote:

> "In summary, the high-quality studies (*i.e.*, studies with low potential for bias) provide evidence of an association between fluoride exposure and neurodevelopmental and cognitive effects in children other than IQ; however, the body of evidence is limited by heterogeneity in the outcomes evaluated and few directly comparable studies. Across these outcomes, eight of nine studies reported a significant association between fluoride exposure and a measure of neurodevelopment or cognition other than IQ, which provides support for the consistency in evidence based on children's IQ studies of an association between fluoride exposure and adverse effects on cognitive neurodevelopment." (*p.* 63)

*3. Confounding*

The NTP concluded that confounding is unlikely to explain the consistent association between elevated fluoride and adverse neurodevelopmental outcomes, including both IQ and non-IQ effects. (*pp.* 48 & 64). NTP based its conclusion, in part, on the consistency of the association in the high-quality studies despite "considerable variation in the specific covariates considered." (*p.* 48). NTP also based its conclusion on the results of sensitivity testing in the North American cohort studies, where "none of the sensitivity analyses adjusting for additional covariates found meaningful shifts in the association between fluoride exposure and IQ or other measures of cognitive function." (*pp.* 48-49).

Further, NTP appropriately recognized that confounding can influence results in both directions, and that there is reason to believe some of the fluoride/IQ studies were subject to reverse confounding (*pp.* 52-53). This point, which I noted on page 20 of my initial report, highlights the fallacy in assuming that unmeasured confounding will uniformly bias the studies towards an inverse association. "In summary, when considering the impact of each covariate (or combinations of covariates) on the consistency of results, no trends are discernable that would suggest that bias due to confounding has impacted or would explain the consistency in findings across the body of

evidence that fluoride exposure is associated with lower IQ in children." (*p.* 48). NTP is thus in agreement with my own assessment on this critical point.

### 4. *Exposure Characterization*

The NTP concluded that any deficiencies in exposure assessment are unlikely to explain the consistent association between fluoride and IQ and other neurobehavioral outcomes (*pp.* 51 & 65). As NTP noted, most of the high-quality studies on childhood IQ had individual measurements of exposure. Further, while recognizing that there is some exposure imprecision with urinary fluoride measurements, NTP determined it is a "reasonable measure of exposure" (*p.* 51). For example, NTP pointed to analyses from the MIREC cohort which found "a linear association between urinary fluoride concentrations in pregnant women and drinking water fluoride concentrations regardless of method used to correct for urine dilution or whether adjustments were made for dilution." (*p.* 52) NTP also pointed to data from the MIREC cohort showing that adjusting for time of urine collection or time of collection since last void "did not substantially affect associations with IQ results in either boys or girls" (*p.* 51). NTP further noted that the association between maternal urinary fluoride and IQ in the MIREC cohort remained the same whether the authors adjusted for creatinine or specific gravity, and remained significant when the authors limited the analysis to only those women with spot samples from each of the three trimesters (*p.* 52).

### 5. *The Strengths of Cross-Sectional Studies in Endemic Fluorosis Areas*

In observational epidemiology studies on general population groups, where exposure levels are not controlled, the associations with outcomes may be affected by a variety of factors. Thus, cross-sectional studies often cannot ensure that the exposure preceded outcome. This uncertainty reduces confidence in study findings compared with prospective cohort studies—which, by design, establish that exposure occurred prior to outcome—and is captured in the subsequent outcome assessment. Still, as the NTP has recognized, cross-sectional studies can provide indicators of prior exposure (*e.g.*, prevalence of dental fluorosis, limiting study populations to subjects who lived in the same area for long periods of time). Evidence that exposure occurred prior to the outcome of interest increases the confidence in results and any potential association reported in these studies. Importantly, of the 16 low risk-of-bias cross-sectional studies, the NTP established that in 12 of them, the exposure clearly preceded the outcome assessment.

The NTP also recognized another strength with the cross-sectional studies from endemic fluorosis areas: they have "greater power to detect an effect" due to the larger differences in group-level fluoride exposures.[5] By contrast, group-level studies in most populations have limited power to detect an effect due to overlapping exposures between the groups being compared.[6] In the New Zealand study (Broadbent et al. 2015), for example, "there were 99 children included in the non-fluoridated area for the community water evaluation, but there is no indication that these 99 children were not some of the 139 children that had ever used supplemental fluoride tablets or the 634

---

[5] Final (corrected) report of the NIEHS Board of Scientific Counselors (BSC) Working Group that was approved by the BSC on May 16, 2023. Available at: https://ntp.niehs.nih.gov/sites/default/files/2023-05/BSC_WG_Report_Final_Version_BSC_approved051623_508.pdf (p. 276).

[6] *Op.cit.*, (p. 277).

children that had always used fluoride toothpaste. Therefore, comparing fluoridated areas to non-fluoridated areas without accounting for other sources of exposure that might occur in these non-fluoridated areas would bias the results toward the null." (National Toxicology Program 2022) (*pp.* 52-53). In light of these considerations, the NTP appropriately judged the New Zealand study to be at higher risk of bias than some of the more well-conducted studies, *e.g.*, from China.

### 6. Relevance to Water Fluoridation

The purpose of NTP's systematic review was not to determine whether the level of fluoride added to water for fluoridation (0.7 mg/L) poses a risk of neurodevelopmental harm. As commented by the National Academies of Sciences, Engineering, and Medicine (NASEM), this type of determination requires an appropriate dose-response analysis, which goes beyond the scope of the protocol for NTP's systematic review.[7] Nevertheless, various HHS agencies have implored NTP to avow in the Monograph that NTP's moderate confidence finding is not relevant to water fluoridation in the U.S. (I experienced similar requests after publishing my meta-analysis in 2012.) NTP has appropriately resisted these agency requests.[8] As NTP has explained, its confidence conclusions are based, in part, on "studies with fluoride exposures that are similar to those associated with optimally fluoridated water supplies in the United States".[9] NTP has further explained that "several of the highest quality studies showing lower IQs in children were done in optimally fluoridated (0.7 mg/L) areas in Canada".[10] Moreover, the "individual exposure information in [the MIREC] studies, as documented by repeated urinary measurements, suggests widely varying total fluoride exposure" with "many urinary fluoride measurements exceed[ing] those that would be expected from consuming water that contains fluoride at 1.5 mg/L".[11]

### 7. Animal Studies

One limitation of the NTP prepublication Monograph is its virtual elimination of recent animal studies that have investigated fluoride's impact on learning and memory. While I do not dispute that there are methodological weaknesses in several of these studies, including lack of randomization and failure to control for litter effects, it would be a mistake to give these studies (which come from academic laboratories from across the world) no weight or renewed consideration. Evidence of adverse cognitive effects in fluoride-treated animals is a factor that adds confidence in the causality

---

[7] NASEM (National Academies of Sciences, Engineering, and Medicine) (2020). Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects. Washington, DC: The National Academies Press. https://doi.org/10.17226/25715. In its review of NTP's 2019 draft, NASEM noted "the discussion section of the Monograph provides an informal assessment of the evidence with regard to exposure and concludes that adverse health effects are observed largely in association with exposures above those associated with water fluoridation. The basis of that conclusion is not apparent and seems to contradict the earlier assertion that nearly all the studies are positive, including ones that evaluated groups exposed to lower concentrations. More important, as noted above, this discussion gives a false impression that NTP conducted a formal dose–response assessment. NTP should be clear that the Monograph cannot be used to assess what concentrations of fluoride are safe." (NASEM 2020, *p.* 5)

[8] The agency comments on this point, and NTP's responses to them, can be found on pages 12-13, 24, 31-32, 41, 55, 82-83 of the BSC Working Group Report, *op.cit.*

[9] Working Group report, *op.cit.* (*pp.* 12-13 & 24 & 31-32).

[10] Working Group report, *op.cit.* (*pp.* 82-83)

[11] Working Group report, *op.cit.* (*pp.* 12-13)

of the association between fluoride and IQ in humans. In its 2016 systematic review of the experimental evidence, the NTP concluded "there is low to moderate level-of-evidence that suggests adverse effects on learning and memory" in animals exposed to elevated fluoride (National Toxicology Program 2016). NTP's decision not to update this line of evidence can be considered a weakness in its otherwise thorough assessment.

While foregoing a detailed assessment of the learning/memory studies, NTP's Monograph does include a brief assessment of animal studies that have investigated mechanistic effects at relatively low levels (<20 ppm) (Appendix F). The NTP found these studies insufficient to increase its confidence in the assessment of the human epidemiological studies but noted that "there is some evidence of consistency in mechanistic effects" (*p.* F-2). Of note, NTP found that "the majority of the low risk-of-bias studies (11 of 14 drinking water studies) found some histological change in the brain of rats or mice treated with fluoride at water concentrations at or below 20 ppm [mg/L], of which 8 studies reported histological changes in the brain at or below 10 ppm" (*p.* F-5). The area of the brain most frequently evaluated was the hippocampus, with 6 of 8 studies finding effects at < 20 ppm (*p.* F-5). Fluoride was also consistently associated with various indicia of oxidative stress in the brain, including decreases in antioxidant activity, increases in lipid peroxidation, and increases in reactive oxygen species (F-6). While the heterogenous nature of the mechanistic studies limits the conclusions that can be drawn, the repeated observation of brain changes in laboratory animals lends general support to the plausibility of fluoride's neurotoxic potential in humans.

## B.          NTP's Meta-Analysis

Meta-analysis is a statistical technique that combines and analyzes data from multiple independent studies on a specific topic to draw more reliable conclusions from the extended evidence. Instead of relying on a single study, which may have limitations, a meta-analysis looks at the larger picture by combining data from a group of studies by applying statistical methods to analyze the overall evidence.

NTP's meta-analysis was initially included in the 2020 draft Monograph and underwent peer review by the National Academy.[12] Subsequent to NASEM's peer review (*op.cit*), NTP opted to publish the meta-analysis as a stand-alone document. In my evaluation here, I will focus on the most recent July 2022 version of NTP's meta-analysis (National Toxicology Program 2022).

### *1.   Objectives & Methods*

The protocol for NTP's meta-analysis is set forth in NTP's Protocol for Systematic Review of Effects of Fluoride Exposure on Neurodevelopment (2nd Revised),[13] which was peer reviewed prior to finalization (*pp.* 80-88).

---

[12] NASEM (National Academies of Sciences, Engineering, and Medicine) (2021). The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations. Washington, DC: The National Academies Press. https://doi.org/10.17226/25952.
[13] The protocol is available online at:
https://ntp.niehs.nih.gov/sites/default/files/ntp/ohat/fluoride/ntpprotocol_revised20200916_508.pdf

NTP limited its meta-analysis to studies that examined the association between fluoride and childhood IQ. For other outcomes, such as ADHD, NTP concluded there were too few studies to justify combining them in meta-analyses.

The "key objectives" of the NTP meta-analysis were summarized in the protocol as (1) "What is the magnitude and precision of the association between exposure to fluoride and children's intelligence?" and (2) "What is the shape of the relationship between exposure to fluoride and children's intelligence?" (NTP Protocol 2020, *p.* 82). In other words, when combining the studies of fluoride and child IQ, how large is the pooled effect of fluoride on IQ and how precise is the pooled effect. The shape of the relationship between fluoride and child IQ is also called the dose-response curve. It can be used in risk assessment to estimate a safe dose that would not be expected to pose an unacceptable risk of harm and potentially complement with a benchmark analysis.

As set forth in the protocol, the "specific" aims of the NTP meta-analysis were to (1) update previous meta-analyses (Choi et al. 2012; Duan et al. 2018) to include subsequently published studies, and (2) conduct the joint analyses using individual level exposure data.[14]

The NTP conducted three types of meta-analyses: (a) mean effects; (b) dose response of mean-effects; and (c) regression slopes.

The *mean-effects* meta-analysis is the method that has been used in prior meta-analyses of fluoride & IQ and calculates the standardized mean difference (SMD) in IQ and corresponding 95% CI between the highest exposed and the reference groups. The SMD converts the effect size of each study into units of standard deviation to permit combining studies that used different IQ test scales. The mean SMD unit can then be translated into the commonly used IQ scale (mean = 100, SMD = 15) by multiplying the SMD by 15. A pooled effect of 0.5 SMD thus translates to 7.5 IQ points.

The *dose-response mean-effects* analysis analyzes the group-level exposure studies using the standardized methodology).[15] This type of dose-response analysis should not be confused with a benchmark dose (BMD) analysis, which utilizes individual exposure data and is the preferred method for risk assessment (see below).

The *regression slopes* obtained in the meta-analysis from pooling the studies are reported to characterize the relation between individual-level fluoride exposures and IQ. The effect size for fluoride refers to a 1-mg/L unit increase in exposure (water or urine).

In addition to the primary meta-analyses, the NTP also employed secondary sensitivity analyses as checks on the robustness of the findings of the primary meta-analysis (*p.* 84). The protocol identifies subgroup analyses for risk-of-bias, country, sex, age, exposure assessment type, and type of intelligence test.

---

[14] NTP Protocol 2020 (p. 82).
[15] NTP Protocol 2020 (p. 87).

## 2.  Results

In total, the NTP identified 55 studies that fit its eligibility criteria for the mean effects meta-analysis, including 10 studies with low risk of bias. Among these 55 studies, the pooled SMD was -0.46 (95% CI: -0.55, -.037, p value <0.001) using a random effects model. This is consistent with the SMD (-0.45, 95% CI: -0.56, -0.035) that we calculated in our meta-analysis of 27 studies (Choi et al. 2012). Translated to IQ points, the high fluoride groups in NTP's analysis had an average of 6.9 less IQ points than the reference groups.

As with our meta-analysis ($I^2$ = 80%, p value <0.001), the NTP found a high level of heterogeneity between study results ($I^2$ = 87% p value <0.001) that may suggest publication bias. The inverse association between fluoride and IQ remained significant after adjusting for publication bias and also when limiting the studies to those with low risk of bias. The association also remained significant in subgroup analyses by sex, age group, study location, outcome assessment type, and exposure assessment type. Although subgroup analyses lowered the heterogeneity, it remained high.

For the dose response mean-effects analysis, NTP combined data from 29 studies with group-level fluoride measurements, while 18 studies had group-level urinary fluoride measurements. Based on the linear models, the decrease in IQ among exposed and reference groups was -0.15 SMD (95% CI: -0.20, -0.11; p value <0.001) for water fluoride and -0.16 SMD (95% CI: -0.24, -0.08; p value <0.001) for urinary fluoride.[16] Based on the AIC and likelihood ratio tests, the linear model was found to be the best fit for the urinary fluoride analysis, while the best fit for the water fluoride analysis was achieved when quadratic or restricted cubic splines were added to the linear model. The direction of this association did not change when NTP restricted the exposed groups to <4 mg F/L or <2 mg F/L or <1.5 mg F/L in urine (eTable4 & eTable5) (National Toxicology Program 2022). Similar results were obtained for the water-fluoride analyses when limiting the models to <4 mg/L, although there were some discrepancies seen across the models at less than 2 mg/L (eTable 4 & eTable 5) (National Toxicology Program 2022). When limiting the water fluoride studies to those with low-risk of bias, however, the associations were negative at every cut-off point (<4 mg F/L, <2 mg F/L, and <1.5 mg/L) (eTable 4 & eTable 5) (National Toxicology Program 2022). Some of the discrepancies observed across these models likely result from the exposure imprecision due to the group-level metrics that NTP used for its dose-response assessment.

The following figures visually show the dose-response relationship between fluoride (water & urine) and IQ when pooling data across the full spectrum of exposures (Figures 1 and 2). As NTP has explained in its responses to the federal agencies, "there was no obvious threshold" in the dose-response curves (National Toxicology Program 2022) (*pp. 324-325*).

When determining the regression slopes, NTP was able to combine ten studies with individual-level exposure measures, including nine studies with low risk-of-bias. Among the nine studies with urinary fluoride data, each 1 mg/L increase in urinary fluoride was associated with a 1.81 drop in IQ (95% CI: -2.80, -0.81; p value <0.001), again with evidence of heterogeneity ($I^2$ = 77%, p value

---

[16] The SMD should be multiplied by the s.d., which for the IQ scale is 15. Thus, an SMD of 0.16 corresponds to 2.4 IQ points.

<0.001). When restricted to only studies with low risk of bias, the effect size was smaller (1.33 points per mg F/L) but the heterogeneity was no longer high or significant ($I^2$ = 46%, p value <0.072). The significant inverse association also remained evident in additional subgroup analyses by sex, country, exposure type, outcome assessment type, and pre- or post-natal exposure, and the heterogeneity was reduced and no longer significant.



Figure 1. Pooled dose-response association between fluoride in urine and standardized mean differences in children's IQ. Urinary fluoride levels were modeled with a linear random-effects model (solid line). Dashed lines represent the 95 % confidence intervals for the linear model. From NTP's meta-analysis report.



Figure 2. Pooled dose-response association between fluoride in water and standardized mean differences in children's IQ. Water fluoride levels were modeled with restricted cubic splines terms in a random-effects model (solid line). Dashed lines represent the 95 % confidence intervals for the spline model. From NTP's meta-analysis report.

*3. NTP's Conclusions*

Based on the above findings, the NTP concluded (National Toxicology Program 2022):

"This meta-analysis extends the findings of our larger systematic review that concluded, with moderate confidence, that higher fluoride exposure is associated with lower children's IQ. These findings are consistent with prior meta-analyses and demonstrate that the direction of the association is robust to stratifications by risk of bias, sex, age group, outcome assessment, study location, exposure timing, and

exposure measurement (including both drinking water and urinary fluoride). Therefore, the consistency of the data supports an inverse association between fluoride exposure and children's IQ."

## C.        The NIEHS Working Group's Assessment

Various related entities within HHS, including CDC's Division of Oral Health and the National Institute of Dental & Craniofacial Research, have criticized NTP's assessment on fluoride. To address these criticisms, a Working Group of the NIEHS Board of Scientific Counselors (BSC) was convened to evaluate NTP's initial responses to the HHS criticisms. Overall, the BSC Working Group found that 87% of NTP's responses to the HHS criticisms of the Monograph were adequate, while 65% of NTP's responses to the HHS criticisms of the meta-analysis were adequate.[17]

While suggestions for clarity are very reasonable, the Working Group also provided somewhat contradictory input, apparently due to variable authorships. Thus, the Working Group agreed with NTP's responses to the (misguided) Agency requests to add language that the evidence of harm refers only to high levels of exposure that have no relevance to water fluoridation. Still, in referring to the meta-analysis, the assessment appears to echo similar Agency comments, noting that "The levels of fluoride measured in most of the studies are much higher than in the United States and other countries where studies are few or nonexistent, which makes it hard to generalize the findings from this meta-analysis to areas with much lower fluoride levels".[18]

Some Working Group comments also overstate the importance of heterogeneity in the NTP's meta-analysis, *e.g.*, by concluding that the heterogeneity identified in the meta-analysis is "at the level that would typically preclude conducting a meta-analysis".[19] However, heterogeneity is known to occur when comparing observational studies of different populations with different study designs (Higgins 2008; Stroup et al. 2000). Thus, "When combining observational studies, heterogeneity of populations (eg, US vs international studies), design (eg, case-control vs cohort studies), and outcome (eg, different studies yielding different relative risks that cannot be accounted for by sampling variation) is expected" (Stroup, et al. 2008). Also, "any amount of heterogeneity is acceptable, providing both that the predefined eligibility criteria for the meta-analysis are sound and that the data are correct" (Higgins 2008). Accordingly, NTP's treatment of heterogeneity in its meta-analysis is appropriate, and it is consistent with NTP's established procedure, cf. NTP's *Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration* (National Toxicology Program 2015) (*p.* 56).[20] As discussed above, the heterogeneity was less prominent when the analysis was limited to the nine studies with individual-level exposures. I therefore regard the Working Group's comment on

---

[17] BSC Working Group, op. cit

[18] *Op.cit*. (p. 217). Although draft comments considered inadequate were discussed at a collective meeting of the whole group (p. 4), the contradictory input suggests that this process may not have been sufficient to ensure a fully harmonized approach to the issues. It may also explain why the Working Group made a basic error in treating 0.46 SMD as half an IQ point, as opposed to the 6.9 points it represents (this error was corrected after it was identified through public comment).

[19] *Op.cit*. (p. 265-266)

[20] NTP's Handbook is available online at:
https://ntp.niehs.nih.gov/sites/default/files/ntp/ohat/pubs/handbookmarch2019_508.pdf

heterogeneity to be overstated and would not mistake the Working Group's judgment as superior to NTP's assessment that I find appropriate and justified.

**D.        Conclusions from NTP's Systematic Review & Meta-Analysis**

NTP's systematic review and meta-analysis support the following conclusions:

1. The 72 epidemiological studies reviewed by NTP that address the association between developmental fluoride exposure and neurotoxicity originate from a diverse set of locations and a variety of study designs, including a relatively large number of high-quality cross-sectional studies where exposure clearly occurred prior to outcome assessment.

2. Among these studies, a relatively large number are of high-quality that evaluate the same outcome (*i.e.*, IQ).

3. The reported associations between developmental fluoride exposure and reduced IQ are consistent across studies of both low and high quality.

4. The associations between fluoride and reduced IQ are consistent across different study populations, study designs, and exposure measures.

5. A wide variety of important covariates are either addressed by study design or captured across the evidence base, with no consistent patterns that would suggest an alternative explanation.

6. The studies of the highest quality done to date are two prospective North American cohort studies, which cover the ranges of fluoride exposure that represent those typical of populations exposed to "optimal" levels of fluoride in the drinking water. There is a linear dose-response relationship between the maternal pregnancy level of fluoride in urine and child IQ, with no obvious threshold.

7. The epidemiological evidence that NTP reviewed appears to be far more extensive than the documentation available for several other chemicals, for which EPA has determined the presence of unreasonable risk.[21]

## IV.     BENCHMARK CALCULATIONS

Regulatory agencies often use benchmark dose (BMD) or benchmark concentration (BMC) calculations to identify safe or tolerable exposure levels.(European Food Safety Authority 2009; U.S. Environmental Protection Agency 2012; European Food Safety Authority 2017). For developmental neurotoxicity, as first developed for risk assessment of lead, the EPA considers loss of IQ a critical effect, with a loss of 1 IQ point being adverse, thus representing the so-called benchmark response (BMR), as generally recognized (European Food Safety Authority 2010; Gould 2009; Reuben et al. 2017; Budtz-Jørgensen et al. 2013). This BMR would appropriately apply also to fluoride neurotoxicity.

---

[21] EPA has recently made risk determinations under TSCA for chemicals with little, if any, epidemiological evidence of harm for the effects of interest (e.g., perchlorethylene, 1-Bromopropane, 1-4 Dioxane, HBCD, NMP, and Pigment Violet 29).

**A.         Pooled Analysis of ELEMENT and MIREC Data**

To calculate the BMC and BMCL of urinary fluoride associated with a 1-point decrement in Full Scale IQ (FSIQ), we analyzed data from the ELEMENT and MIREC studies (Grandjean et al. 2022).

In the ELEMENT cohort, pregnant women were successively enrolled in longitudinal birth cohort studies from three hospitals in Mexico City which serve low to moderate income populations where salt fluoridation is the primary source of fluoride exposure (Perng et al. 2019). Eligible mothers for whom urinary samples were collected during pregnancy were recruited in two time periods. Complete data was obtained on 299 mother–child pairs, of whom 287 and 211 had data for the GCI at age 4 years and/or IQ between ages 6 and 12 years. In multivariate models, an increase in maternal urine-fluoride (U-F) of 0.5 mg/L predicted 3.15 and 2.50 lower offspring GCI and IQ scores, respectively (Bashash et al. 2017).

In the MIREC cohort, 2,001 pregnant women were enrolled from ten cities across Canada, seven of which have water fluoridation, while three do not (Arbuckle et al. 2013). A subset of 601 children was evaluated at 3-to-4 years of age from six of the ten cities included in the original cohort, half of which were fluoridated. Of 512 mother-child pairs, data on maternal fluoride intake and children's IQ were available for 400. Overall, a 1 mg/L increase in U-F was associated with a 4.49-point lower IQ score in boys, but there was no statistically significant association with IQ scores in girls. However, a 1 mg greater daily intake of fluoride among pregnant women was associated with a 3.66 lower IQ score in both boys and girls (Green et al. 2019).

Both the ELEMENT and MIREC studies relied on exposure assessment by measurement of the fluoride concentration in maternal pregnancy urine. All urine samples from the two studies were analyzed by the same laboratory (Martinez-Mier et al. 2011). To account for variations in urinary dilution at time of sample collection, maternal U-F concentrations were adjusted for the urinary creatinine, as is the routine procedure (Thomas et al. 2016; Till et al. 2020). In the ELEMENT study, spot (second morning void) urine samples were collected during all three semesters. An average of all available creatinine-adjusted U-F concentrations during pregnancy (maximum 3 samples and minimum one sample) was computed and used as the exposure measure. In the MIREC study, urine spot samples were collected at each trimester. Adjustment of U-F concentrations by specific gravity was also derived for each woman and to allow inclusion of more data, but this alternative adjustment did not affect the results (Green et al. 2019).

In regard to outcome measures, the ELEMENT study (Bashash et al. 2017) used the McCarthy Scales of Children's Abilities (MSCA) Spanish version to measure cognitive abilities at age 4 years and derive a General Cognitive Index (GCI) as a standardized composite score. The MSCA was administered by trained psychometrists or psychologists who were supervised by an experienced clinical child psychologist. For children aged 6-12 years, a Spanish-version of the Wechsler Abbreviated Scale of Intelligence (WASI) was administered to derive FSIQ as a measure of global intellectual functioning. In the MIREC study, children's intellectual abilities (Green et al. 2019) were assessed at age 3-4 years using the FSIQ from the Wechsler Preschool and Primary Scale of Intelligence, Third Edition (WPPSI-III). A trained research assistant who was supervised by a

psychologist administered the WPPSI-III in either English or French. In both studies, examiners were blinded to the children's fluoride exposure.  All raw scores were standardized for age and sex. These different measures of intellectual ability are considered equally valid (National Institute of Environmental Health Sciences 2022), thereby justifying pooling the IQ scores across the cohorts. Thus, the GCI shows concurrent validity with intelligence tests, including the Stanford-Binet IQ (r=.81) and FSIQ (r=.71) from the Wechsler Preschool and Primary Scale of Intelligence (WPPSI) (Kaplan and Sacuzzo 2010). Likewise, the Full-Scale IQ of the WASI (ELEMENT cohort) and WISC-III (MIREC cohort) is strong (r = .81) (Wechsler 1991). The high covariance between the various measures of intellectual ability provides justification for pooling IQ scores across the two cohorts (National Institute of Environmental Health Sciences 2022). Also, the fluoride effect seems rather stable at different ages of IQ assessment (Goodman et al. 2022).

Covariables were identified by similar methods in the two cohort studies. In the ELEMENT study, data were collected from each subject by questionnaire and from hospital records. Thus, the potential predictors included gestational age, birth weight, sex, HOME scale, age at outcome measurement and the following maternal characteristics:  parity, smoking history, marital status, age at delivery, IQ, education, and sub-cohort. The MIREC study selected similar covariates from a set of established predictors of fluoride metabolism and cognitive development, including maternal age, sex, city of residence, HOME score, maternal education, and maternal race/ethnicity.

The BMC is the U-F concentration that reduces the outcome by the prespecified BMR, as compared to an unexposed control with the same covariate profile (Crump 1995; Budtz-Jørgensen, Keiding, and Grandjean 2001). To allow for the possibility of different exposure effects in boys and girls, each concentration-response model was fitted with the inclusion of an interaction with sex. Models were fitted independently in the cohorts yielding analyses that were similar to those presented in the original publications (Bashash et al. 2017; Green et al. 2019), as based on the original raw data and with the covariate adjustments as originally justified.

To assess the linearity of the concentration-response relationship, several models were considered. In addition to the standard linear model, we estimated a squared effect, and two piecewise-linear models (or broken-stick) with breakpoints at 0.5 and 0.75 mg/L. Piecewise-linear models are useful in benchmark calculations because the slope of the concentration-response function is allowed to change linearity at the breakpoint, and in such models, benchmark calculations are less sensitive to exposure-associated effects occurring only at high concentration levels. Furthermore, to allow for the possibility of different exposure effects in boys and girls, each concentration-response model was also fitted with the inclusion of an interaction with sex.

From the regression results, we first calculated BMC results for each cohort, and we then derived joint BMCs by combining regression coefficients from the two cohorts. For regulatory agencies, the main result of the BMC analysis is the BMCL, which is defined as a lower one-sided 95% confidence limit of the BMC. We found that the standard linear model provided a reasonable fit to the data. The BMC based on the linear model of the pooled ELEMENT and MIREC data was 0.33 mg/L with a lower confidence limit (BMCL) of 0.20 mg/L (Grandjean et al. 2022). This result is in accordance with the preliminary findings previously communicated to the Court. My understanding

is that the EPA relies on benchmark results to derive a Reference Dose (RfD) using a 10-fold uncertainly factor.

**B.        Pooled Analysis of ELEMENT, MIREC and Danish OCC Data**

After completing the above BMC analysis of the ELEMENT and MIREC cohorts, new data became available that permitted an extended assessment. First, extended data from the ELEMENT cohort became available (Goodman et al. 2022), now with matching data on fluoride exposure with GCI data at ages 4-5 from 386 children and with WISC at age 6–12 for 278 children.

Second, results have now become available from the Odense Child Cohort (OCC), a prospective study carried out in a Danish municipality (Beck et al. 2022), where fluoride concentrations in drinking water are low by international standards (Geological Survey of Denmark and Greenland 2022). Prenatal fluoride exposure was represented by maternal pregnancy U-F (third trimester only), and full-scale IQ at school age. Given the low mean fluoride exposure in this community, the findings are of limited interest on their own, but the range of U-F in the OCC substantially overlaps with the two prior studies (especially with the Canadian non-fluoridated cities) and thereby allows a more representative joint analysis that better covers the full ranges occurring in the U.S. The fluoride concentration was determined by the same method as in the two previous cohorts and were likewise adjusted for the creatinine concentration (Green et al. 2019; Goodman et al. 2022; Bashash et al. 2018). The average was 0.58 mg/L, *i.e.*, slightly higher than those seen in Canadian non-fluoridated communities (*i.e.*, 0.46 mg F/L), but the OCC relied on a single third-trimester urine sample that may have overestimated the exposure (Till et al. 2018).

While the OCC cohort did not reveal any significant association between fluoride exposure and IQ, neither in boys nor in girls, the linear associations in the three cohort studies did not differ statistically ($p = 0.28$), and thus allowed a joint analysis of the combined data. With the availability of new data from the OCC and the extended ELEMENT results, we carried out a new joint BMD analysis. This analysis of all three cohorts showed a highly significant association between urine-fluoride and IQ, with a BMC of 0.47 mg/L and a BMCL of 0.28 mg/L, thus slightly higher than the BMC previously reported for the two North American cohorts alone (Grandjean et al. 2022). The combined data showed that an increase in maternal pregnancy U-F by 1 mg/L significantly predicted an IQ decrease by 2.06 points, without a clear effect of sex.[22]

Other benchmark dose calculations (Hirzy et al. 2016) have been carried out, in this case relying on a single, large cross-sectional study (Xiang et al. 2003). It showed results similar to the ones obtained in the current analysis. Interestingly, BMD calculations have also been conducted on experimental data, most recently on DNA damage in the testicles (Radovanovic et al. 2022). Although this outcome would rather relate to fluoride carcinogenicity, the BMDL was found to be as low as 0.1 µg /kg b.w., *i.e.*, of a magnitude similar to the BMDL calculated for developmental neurotoxicity.

---

[22] A manuscript on this study is currently undergoing peer review.

**C.        Further Considerations on the BMC/BMCL**

Sensitivity to fluoride toxicity may not be uniform. For example, boys in the MIREC cohort were more vulnerable to prenatal fluoride neurotoxicity than girls (Green et al. 2019), perhaps suggesting sex-dependent endocrine disruption (Bergman et al. 2013). However, this tendency was not replicated in the ELEMENT or OCC cohorts.

Other types of individual vulnerability may play a role, including genetic predisposition (Zhao et al. 2021; Yu et al. 2021). For example, there is a possibility of heightened sensitivity to fluoride neurotoxicity due to genetic polymorphisms in the dopamine receptor D2 or catechol-O-methyltransferase (Cui et al. 2018; Zhang et al. 2015). Other predisposing factors, such as iodine deficiency in pregnancy (Malin et al. 2018), may also potentially affect the outcome. Overall, such unadjusted variability will generate imprecision in the dose-response relationship. The EPA uses a 10-fold uncertainty factor to take individual susceptibility into account.

The fluoride excretion rate in urine varies over pregnancy (Castiblanco-Rubio et al. 2022; Till et al. 2018). Thus, the maternal U-F averaged over three trimesters is a more precise and stronger predictor of child IQ than trimester-specific or random spot-sample U-F (Farmus et al. 2021). Because the creatinine-adjusted U-F is known to be the highest in the third trimester (Till et al. 2018), a possible overestimation of fluoride exposure in the OCC cohort may have occurred, as compared to the two other studies that relied on averages across trimesters. Any imprecision, most likely occurring at random in these studies, is known to result in an underestimation of the outcome's dependence on the exposure (Grandjean and Budtz-Jørgensen 2010).

The BMCL results discussed above show some variability across the different models and datasets. However, when judged against the backdrop of urinary fluoride levels in pregnant women living in fluoridated areas (Till et al. 2018), each of the BMCLs is exceeded by sizeable percentages of the population. In the fluoridated areas of the MIREC cohort, for example, 25% of pregnant women had a creatinine-adjusted U-F in excess of 1.18 mg/L during the third trimester, while 5% showed U-F levels in excess of 2.41 mg/L, as compared to 25% and 5% exceeding 0.56 and 1.04 mg/L, respectively, in the non-fluoridated areas (Till et al. 2018)(Supplement). Our BMC results therefore need to be considered in the light of the documented U-F concentrations in exposed populations, *e.g.*, in the fluoridated areas.

In comparison with exposures to other neurotoxic risks, U.S.EPA authors recently concluded that commonly occurring fluoride exposure constituted a greater risk of developmental neurotoxicity than, *e.g.,* lead, arsenic, and mercury as environmental risk factors (Nilsen, Ruiz, and Tulve 2020). Similar conclusions emerged from a recent analysis in Europe, where few water supplies are fluoridated (Sprong et al. 2023). Referring to the BMCL from our 2022 publication (Grandjean et al. 2022), these new studies indicate that prevalent fluoride exposures are likely contributing to substantial IQ deficits in children.

# V.   OTHER RECENT PUBLICATIONS

Several new epidemiological studies on fluoride's developmental neurotoxicity have been published since the literature review cut-off date (May 2020) for NTP's systematic review.[23] On balance, the new studies add further support to NTP's assessment, especially the prospective studies.

<u>Recent ecologically designed studies</u>: Some ecologically designed studies have been published since the NTP report was finalized, but they provide only limited evidence on developmental fluoride neurotoxicity in humans. One such study was carried out in Sweden to assess the health economics outcomes associated with fluoride exposure. Based on variations in fluoride concentrations in ground water, the study found no association with years of education and income (Aggeborn and Ohman 2021). I had commented on an earlier draft of this study in my initial report in this case. As I noted, the method for estimating the water-fluoride concentration at the person's home involved some assumptions which could have introduced a substantial amount of measurement error, particularly for fluoride exposures during the most vulnerable early-life period. The NTP has offered a similar assessment, noting "this study would not impact our confidence conclusions for multiple reasons: it is a high risk-of-bias ecological study; . . . and it uses cognitive tests that are not specified" (National Toxicology Program 2022) (*p.* 17).

Another ecological study was carried out in Australia (Do and Australian Research Centre for Population Oral Health 2020). Again, this study was based on an ecological design, as the authors determined the percent lifetime residence in fluoridated areas during the first 5 years of life, thus not focusing on prenatal exposures. Children's emotional and behavioral development was evaluated through the Strength and Difficulties Questionnaire (SDQ) while executive functioning was assessed through the Behavior Rating Inventory of Executive Function (BRIEF) at adolescent age up to 18 years.[24] As with the Swedish study, this study included impressive numbers of subjects, but the insensitive and group-level nature of the exposure metric allows no conclusion to be drawn on developmental fluoride neurotoxicity. First, no attempt was made to assess prenatal fluoride exposures. Tea drinking is widespread in Australia,[25] and fluoride exposure from this source will likely result in substantial exposure imprecision for the prenatal period. Second, fluoride supplements are commonly prescribed in Australia.[26] In regard to childhood exposures, fluoride toothpaste is almost universally used by pre-school children (Trinh et al. 2021), likely resulting in substantial ingestion of fluoride (Levy and Guha-Chowdhury 1999). These non-water sources of fluoride exposure will create extensive overlaps in exposure between children (and pregnant women) living in fluoridated and non-fluoridated communities. Third, the study excluded families

---

[23] The literature cut-off for the meta-analysis was later (November 2021) than for the systematic review. The meta-analysis thus includes some of the studies discussed in this section, including the study of the INMA cohort in Spain (Ibarluzea, et al. 2022) which was published online in 2021.

[24] One of the co-authors of the paper (Roberts) previously co-authored a study on the use of SDQ for 4-to-10 year-olds in Australia and found substantial problems in their application that prevented the authors from recommending its use (https://pubmed.ncbi.nlm.nih.gov/34151597/).

[25] Australia has been estimated to have the 16th highest consumption of tea in the world, with an average of 1.62 pounds of tea consumed per capita. https://finance.yahoo.com/news/20-countries-highest-tea-consumption-221233778.html

[26] A previous study by the authors found that 25% of children in South Australia who lived in non-fluoridated areas used fluoride supplements https://pubmed.ncbi.nlm.nih.gov/18474053/ (Table 2).

who used water filtration systems that could remove fluoride but makes no mention of excluding families who consumed bottled water. Taken together, the risk of bias from inaccurate exposure assignment in this study is rather severe and would be expected to bias the results toward the null.

*Recent cross-sectional studies*: At least eight cross-sectional studies have been published since the literature cut-off date for NTP's systematic review that replicate the association between fluoride and reduced childhood IQ, including 3 studies from China, 1 from Mexico, 2 from Pakistan, 1 from Indonesia, and 1 from Iran (Feng et al. 2022; Prabhakar et al. 2021; Wang et al. 2022; Wang et al. 2021; Yani et al. 2021; Yu et al. 2021; Valdez-Jiménez et al. 2023; Ali et al. 2023; Khorsanda, Paziraa, and Tabatabaie 2023). As these studies are in accordance with existing evidence, although without adding much to the current knowledge base, I shall refrain from commenting on them in any detail. The same applies to two recent studies from China that used dental fluorosis as indicator of early-life exposure to fluoride, although this marker is not specific for prenatal exposure (Lin et al. 2023; Lou et al. 2021), Being in support of developmental fluoride neurotoxicity, these studies are in general agreement with previous studies.

In regard to other neurobehavioral outcomes, additional cross-sectional studies have reported associations between fluoride exposure and internalizing symptoms in adolescence (Wang et al. 2022; Adkins et al. 2022), hypothyroidism among women of child-bearing age (Hall et al. 2023), and cognitive impairment in the elderly (Ren et al. 2021). A study on fluoride and internalizing symptoms in the U.S. analyzed caregiver questionnaire data on anxiety, depression, somatization from the Cincinnati Childhood Allergy and Air Pollution Study (CCAAPS) (Adkins et al. 2022). A spot urinary sample was taken at age 12 among 286 participants and measured for fluoride and adjusted for specific gravity. Covariates included race, age of the adolescent, household income, maternal age at birth, caregiver depression, caregiver-child relationships, and age 12-year serum cotinine concentrations. Sex-specific effects were addressed through inclusion of interaction terms. Higher urinary fluoride concentrations were found to be significantly associated with increased somatization ($\beta = 3.64$, 95% CI 0.49, 6.81) and internalizing composite T-scores in a clinically "at-risk" range (OR=2.9, 95% CI 1.24, 6.9). The association was stronger and more robust for males, suggesting sex-specific effects. While the results were largely driven by somatization symptoms, trends toward increased anxiety and depression were seen in the higher-exposed males. A limitation of this study is its imprecise exposure metric. This imprecision, however, would be expected to bias the results toward the null, as previously discussed.

<u>Recent cohort studies</u>: An association between maternal fluoride exposure and impaired cognitive performance has been reported in the PROGRESS cohort from Mexico (Cantoral et al. 2021). Unlike the ELEMENT and MIREC analyses, this study used estimated total dietary fluoride intake as the metric for maternal intake, as determined through a food frequency questionnaire (completed in the second and/or third trimesters) and Mexican data on fluoride content in various foods. The study included 103 mother-child pair and assessed neurodevelopment at 12 and 24 months of age using the Bayley Scales of Infant and Toddler Development, Third Edition (Bayley-III). Median maternal fluoride intake from food was estimated to be 1.12 mg/day. Covariates included maternal age, maternal education, maternal calcium intake, family socioeconomic status, birth weight, child

sex, breastfeeding practices (none, at least one month, up to 12 months), and Z-scores for weight-for-age. Overall, maternal fluoride intake from food was not associated with cognitive, language, or motor outcomes. However, as in the MIREC cohort (Green et al. 2019), child sex was found to modify the association with a 0.5 mg/day increase in dietary fluoride intake associated with a statistically significant 3.46 point drop in cognitive outcome in boys, but not in girls. Limitations of this study include a relatively small sample size, and exposure imprecision resulting from recall bias and indirect assessment of fluoride content (*i.e.*, estimating fluoride content by reference to other studies as opposed to direct measurements of the foods the mothers consumed). These limitations would tend to obscure the impact of fluoride because "limitations related to maternal recall and measurement of dietary fluoride intake would contribute to non-differential exposure misclassification since women were not aware of fluoride-diet sources" (Cantoral et al. 2021).

An additional prospective study was carried out in Spain (Ibarluzea et al. 2022). The population studied is from the Gipuzkoa subcohort of the INMA Project. In this study, IQ assessment was carried out at ages 1 and 4 years in a setting with elevated arsenic, lead, manganese, and mercury exposures.[27] Fluoride exposure was determined from maternal pregnancy urine samples collected during the first and third trimesters of pregnancy, *i.e.*, 393 total urine samples from both trimesters, where 316 and 248 mother-child pairs had complete information for two trimesters and neuropsychological outcomes at 1 and 4 years of age. Contrary to most other studies, the fluoride-IQ associations were non-significant or were even positive, after adjustment for covariables, including exposure to toxic metals. However, a surprising and worrisome finding was that an opposite association (*i.e.*, a negative relationship between fluoride and IQ) was obtained when expressing the urine-fluoride concentration on a different scale.[28] Moreover, the significant and surprisingly large positive associations between fluoride and IQ among the boys were observed only in the non-fluoridated areas; and were not replicated in the fluoridated areas (Ibarluzea et al. 2022) (Suppl. Table 21).[29] For example, in the non-fluoridated areas, the study reports a statistically significant 29.76-point *increase* (95% CI 5.89-33.38) for verbal performance among boys, as compared to a non-significant 1.13-point *decrease* (95% CI -16.19, 13.93) on this same measure in the fluoridated areas. The authors provide no discussion or explanation as to why the associations would be so dramatically different between the two areas. Further, mercury exposure was also associated with an increased IQ in the children, which is contrary to expectation. These surprising results illustrate that the findings from this particular study are unlikely to be representative.

For reasons that are unclear, the Ibarluzea study excluded mother-child pairs from all INMA locations other than Gipuzkoa, which is in contrast to analyses that the authors had previously reported in conference abstracts.[30] The published article also has larger effect sizes for boys than was reported in the conference abstract, which suggests that the association may be driven by

---

[27] Data on these exposures is provided in Table S3 of the paper, as well as an earlier study from the INMA cohort (Freire et al. 2019) (Table 3).
[28] Email dated 30 December 2021 from Jesus Ibarluzea to Kyla Taylor at NTP.
[29] The table is incorrectly referred to as Table 2 in the article.
[30] At the ISEE conference in 2020, the authors presented results for 436 mother-child pairs from four INMA subcohorts: Valencia, Sabadell, Asturias, and Gipuzkoa. The authors also reported that controlling for mercury in cord blood eliminated the significance of several of the associations between fluoride and IQ.

unmeasured confounding in this subcohort. Taken together, the Spanish study seems to be particularly vulnerable to bias.

Two new cohort studies from Canada have been published. One study, with an ecological exposure design, looked at IQ and executive functioning at ages 3-to-5 years (Dewey et al. 2023). Because of local changes in fluoridation, the authors were able to determine whether the mother lived in a fluoridated community during the pregnancy plus an additional 90 days. While appropriate outcome assessments at age 3-to-5 years were carried out and suggested one possible type of deficit associated with the exposure, the crude exposure assessment unfortunately does not allow conclusions to be drawn. The study does not appear to have ascertained whether the mothers actually drank tap water (as opposed to bottled water), nor does it consider fluoride from other sources (*e.g.*, dental products, tea, etc.). The authors also assume that previously elevated fluoride exposures will be eliminated within 90 days (Dewey et al. 2023), but this claim is incorrect. Fluoride is stored in the calcified tissues, and due to the constant rebuilding if the skeleton, previously stored fluoride will be released to the blood (and urine) for many years, as I have shown in my past studies of fluoride-exposed workers (Grandjean and Thomsen 1983). This new study thus adds little to the existing and quite comprehensive database.

The other study from Canada examined whether maternal iodine modifies the association between maternal fluoride intake and childhood IQ in the MIREC cohort (Goodman, et al. 2022). A total of 366 mother-child pairs had available fluoride data across all three trimesters, maternal urinary iodine at the first and second trimesters, and FSIQ data at ages 3 and 4. Covariates included maternal education, maternal race, study site, and HOME. Analyses revealed that low maternal iodine magnified the association between maternal fluoride and IQ in boys, but not in girls. Among boys, a 0.5 mg/L increase in maternal fluoride was associated with a 4.65-point loss in IQ when the mother had low iodine, as opposed to a 2.95-point loss in IQ when the mother had adequate iodine.

Recent systematic reviews & meta-analyses: Some additional systematic reviews and meta-analyses have been published on fluoride and IQ but are less reliable than NTP's assessment and include choices that were not clearly described or were poorly justified. In one recent meta-analysis (Miranda et al. 2021), only 27 studies were found to fulfill the eligibility criteria, and the authors decided to include 10 of these studies in their analysis. The authors excluded the ELEMENT and MIREC studies (presumably on the grounds that these studies did not report a binary analysis of high vs low fluoride exposure). After excluding these informative studies, the authors commented that IQ impairment seemed to occur only for individuals with high fluoride exposure (> 2 mg/L), without evidence of association between low levels and any neurological disorder. Although each of the 10 studies that the authors included showed a negative association between fluoride and IQ, the authors surprisingly considered this as very low-level evidence (Miranda et al. 2021).

Another recent review (Gopu et al. 2022) likewise suffers from obvious errors and omissions that undermine its interpretation. This review identified 5 high-quality studies (*i.e.*, (Barberio et al. 2017; Bashash et al. 2017; Cui et al. 2018; Green et al. 2019; Xu et al. 2020), but claims that only one of these studies (Green et al. 2019) reported a negative association between fluoride and cognitive outcomes. To reach this conclusion, the authors characterized the other prospective study

(Bashash et al. 2017) as reporting no association, which is incorrect. The authors also portrayed an additional study (Cui et al. 2018) as reporting no association, which again is incorrect as evident by the authors' own table showing that this study found a significant negative association (Table S2). A study which has since then been retracted (Xu et al. 2020) was said to report no association, which is again incorrect. While referring to the first study report (Barberio et al. 2017), the authors failed to explain why their review omitted the follow-up analysis (Riddell et al. 2019), which is of superior quality and reported a negative association. When these errors are taken into account, the percentage of high-quality studies reporting negative associations would seem to be 100. This review (Gopu et al. 2022) also errs in its summary of the longitudinal studies, as it treats a study on perfluorinated alkylates (PFAS) as one of 6 longitudinal studies on fluoride, although this paper did not address inorganic fluoride (Fei and Olsen 2011).

A subsequent and more detailed analysis considered 33 studies eligible, 30 of which were also suitable for the meta-analysis (Veneri et al. 2023). The summary mean difference of IQ score, comparing highest versus lowest fluoride categories and considering all types of exposure, was -4.68 (95% confidence interval-CI -6.45; -2.92), with a value of -5.60 (95% CI -7.76; -3.44) for drinking water fluoride and -3.84 (95% CI -7.93; 0.24) for urinary fluoride. Although not including all studies currently available and relying on a somewhat simplified and subjective assessment of risk of bias,[31] this report is in better agreement with previous analyses of fluoride neurotoxicity (Choi et al. 2012; Duan et al. 2018).

Less convincing is another recent meta-analysis that selected eight studies from non-endemic fluorosis areas in countries that were not considered impoverished (Kumar et al. 2023). Given the smaller populations included and the narrower exposure ranges, associations did not reach statistical significance, and the authors bluntly concluded that "fluoride exposure relevant to community water fluoridation is not associated with lower IQ scores in children." Notably, the authors omitted a dose-response analysis which contradicted this conclusion.[32]

Taken together, the recent systematic reviews and meta-analyses are inferior and do not cast any doubt on the validity of the NTP conclusions. Also, I note that several authors had a dentistry background, rather than epidemiological and toxicological, and without previous publications on fluoride exposure or neurotoxicity. In contrast, a recent review of studies of fluoride-IQ associations in South Asia found that 13 out of 16 studies in this region pointed toward fluoride neurotoxicity (Peng, Sarker, and Ahmad 2021). This study was carried out by Chinese social scientists.

Criticisms: Critical comments have been raised by various parties regarding the epidemiological studies, including the prospective cohort studies, focusing on well-known limitations of observational, *i.e.*, non-experimental, studies. Unfortunately, the comments add very little, if any, to the scientific documentation as such and its interpretation, and in fact propagate misunderstandings.

---

[31] The most significant problem with Veneri's risk-of-bias assessment is its determination that Broadbent is the highest quality study to date. This, in my view, represents a serious lapse in judgment. As I have previously explained, this study from New Zealand is a relatively weak and uninformative assessment. The NTP concurred on this point, ranking Broadbent as "probably at high risk of bias." https://hawcproject.org/study/264439/

[32] I refer here to emails from the authors dated March 5, 2022, March 24, 2022, and March 25, 2022, along with a March 19, 2022 draft of the manuscript, which I understand were provided to EPA's counsel.

One particularly dismissive assessment was published as a scientific article in the Archives of Toxicology, with a subsequent update (Guth et al. 2020, 2021).[33] The authors reviewed 23 epidemiological studies published since 2012 and recommended prospective studies to be carried out. They pointed out a discrepancy between experimental and epidemiological evidence, the latter being affected by potential confounding factors, *e.g.*, socioeconomic status, residence, breast feeding, low birth weight, maternal intelligence, and exposure to other neurotoxic chemicals. The authors do not recognize that such concerns are well-known in epidemiology and that many studies provided sensitivity analyses and other information to address them. Further, the authors excluded the ELEMENT study from their 2020 assessment on the (fallacious) grounds that it is a "longitudinal" as opposed to "prospective" study (Guth, et al. 2020, *p.* 1396). The authors thus incorrectly treated the New Zealand and MIREC studies as the only prospective studies addressing "optimal" fluoride levels. Further, the authors failed to grapple with the serious limitations in the New Zealand study (*e.g.*, lack of any prenatal exposure data), as evident by their suggestion that I should have included this study in our BMD calculations (Guth et al. 2021) (*p.* 2581).

Some of the statements from the Guth team are clearly misleading, such as their assertion that IQ was analyzed only once between the ages of 3 and 4 when the IQ of children is known to change rapidly, while the exact age was not considered. This critique is misleading, as the study used age-adjusted scaled scores, as is normal practice in clinical psychology and neurotoxicity research. Further, the authors describe the loss in IQ among boys in the MIREC cohort as "small," and appear to place greater weight on mean, unadjusted IQ scores in the fluoridated versus non-fluoridated communities than they do on the adjusted analyses of individual exposures (Guth et al. 2020) (*p.* 1404). In addition, the authors write that "statistical significance was reported, although removing only one or two cases with extreme IQ scores from the models would result in non-significant associations," (Guth et al. 2021) (*p.* 2574), as if this can explain the associations reported throughout the literature. Perhaps the authors' reliance on toxicology studies and the associated rather harsh critique of epidemiology findings is not all that surprising, considering the toxicologist authorship.[34]

In contrast to the above assertions, the NTP's review and meta-analyses (National Toxicology Program 2022) show that the association is robust to stratifications by risk of bias, exposure measurement (*i.e.*, water or urine), outcome assessment, study location, age group, and sex. Slight within-study variations occur that may be associated with study variables such as IQ domains or subsets of IQ tests in a few studies that conducted multiple analyses, but these variations are heterogenous and cannot be further explored with the available studies. Despite these few variations, according to the NTP, the overall evidence of an association with lower IQ is apparent and "a spurious association is unlikely." Further, "there is no evidence to suggest that the factors

---

[33] At the time the Guth commentary was submitted to the journal, I was the only member of the journal's editorial review committee with expertise on fluoride, yet I was not consulted by the editor, who is also the senior author of the two articles. Under these circumstances, I asked the publisher to remove my name from the journal's review committee.
[34] The authors include eight colleagues employed at Dr. Hengstler's institute in Germany. I used the PubMed data base to identify prior publications by the authors on human health that related to fluoride. I did not find any. The authors' dismissal of the epidemiological evidence on fluoride appears driven more by their general view of observational human studies, perhaps combined with a favorable view of German fluoridation of table salt.

cited above (*e.g.*, variation in period of urine collection) could account for the consistent direction of the association between fluoride in urine and children's IQ observed across the body of evidence. To do so, these factors would need to affect both fluoride exposure and children's IQ. Concerns about confounding among individual studies may be minimized or ruled out if consistent results are seen across different study populations, study designs, exposure settings, and studies that adjust for different sets of confounders (Steenland et al. 2020; Arroyave et al. 2021). Although the high risk-of-bias studies likely have a greater risk of bias, mainly due to possible confounding, as compared with the low risk-of-bias studies, the consistent IQ findings across both high and low risk-of-bias studies indicate that the results cannot be explained by potential bias due to confounding.

## VI.    CONCLUSIONS

The NTP's systematic review and meta-analysis (National Toxicology Program 2022) provide strong support for the conclusion that fluoride is a developmental neurotoxicant. As demonstrated by the NTP's assessment, the association between elevated developmental fluoride exposure and lower IQ in children has been consistently found across different study populations, study locations, study quality/risk-of-bias determinations, study designs, exposure measures, and types of exposure data (group-level and individual-level). Of note, the NTP highlighted that the 12 high-quality cross-sectional studies – including more than 7,000 children – had a low risk of bias and therefore provided strong evidence of consistent responses to fluoride, independent of study populations, study designs, exposure measures and outcome parameters. The wording of NTP's conclusions reflects the preferred language in reports from government agencies in that it finds, "with moderate confidence", that higher fluoride exposure is consistently associated with lower IQ in children, and the report also calls for "more studies" to *fully* understand the potential for lower fluoride exposure to affect children's IQ. Similarly cautious wording can be easily found in government agency reports on other recognized neurotoxicants.

As an extension of the existing evidence on developmental fluoride neurotoxicity, our benchmark calculations contribute important information on the association between comparatively low levels of prenatal fluoride exposure and children's cognitive function. These calculations were based on more than 1,500 mother-child pairs from prospective studies in North America and Europe with a low risk of bias. The BMCL for the maternal U-F concentration of about 0.3 mg/L is therefore highly reliable. Fluoride exposures in fluoridated communities often exceed this U-F level, sometimes rather substantially.

Given that high-quality prospective studies have become available in the last few years, I would today use the term "strong confidence." But whether one characterizes the confidence as strong or medium, NTP's findings and our benchmark calculations ought to inspire a revision of water-fluoride recommendations aimed at protecting pregnant women and young children, as it is apparent that current fluoridation guidelines do not protect against the risk of neurodevelopmental harm.

In considering the validity of the scientific evidence, I therefore conclude that developmental fluoride neurotoxicity is an established neurotoxicity risk factor in humans. In this regard, I am

aware of the need of scientific documentation for the purposes of the TSCA legislation and the EPA's recent decisions on regulating other toxic substances, such as the bystander risk from perchlorethylene (PCE) exposure in the dry/spot cleaning industry.[35] The evidence supporting the EPA's conclusion on this condition of PCE use is far less extensive than the NTP-reviewed and more recent documentation of fluoridated drinking water presenting a neurotoxic risk to the next generation. Thus, I conclude that the risk associated with fluoridation clearly satisfies the scientific criteria for TSCA regulation.

## VII.   AFFIRMATION

I affirm that the foregoing is a true and correct statement of my opinions in this matter and the grounds for those opinions.

Executed on July 31st, 2023

Philippe Grandjean, MD

---

[35] EPA's publication # 740-R1-8011 on "Risk Evaluation for Perchloroethylene" was published in 2020 (available online at https://www.epa.gov/sites/default/files/2020-12/documents/1_risk_evaluation_for_perchloroethylene_pce_casrn_127-18-4_0.pdf). I also refer to pages 175 to 195 from the rough draft deposition transcript of EPA representative Stanley Barone on 24 July, 2023).

SECOND SUPPLEMENTAL REPORT BY PHILIPPE GRANDJEAN MD, DMSc

# VIII.   REFERENCES

Adkins, E. A., K. Yolton, J. R. Strawn, F. Lippert, P. H. Ryan, and K. J. Brunst. 2022. 'Fluoride exposure during early adolescence and its association with internalizing symptoms', *Environ Res*, 204: 112296.

Aggeborn, L., and M. Ohman. 2021. 'The Effects of Fluoride in Drinking Water', *Journal of political economy*, 129: 465-91.

Ali, M., M. Salman Ahmad, A. Acevedo-Duque, M. Irfan, and H. Abbas. 2023. 'Evaluating the influence of fluoridated water on the intelligence level of children: On the path towards a greener future', *Fluoride*, 56: 75-83.

Arbuckle, T. E., W. D. Fraser, M. Fisher, K. Davis, C. L. Liang, N. Lupien, S. Bastien, M. P. Velez, P. von Dadelszen, D. G. Hemmings, J. Wang, M. Helewa, S. Taback, M. Sermer, W. Foster, G. Ross, P. Fredette, G. Smith, M. Walker, R. Shear, L. Dodds, A. S. Ettinger, J. P. Weber, M. D'Amour, M. Legrand, P. Kumarathasan, R. Vincent, Z. C. Luo, R. W. Platt, G. Mitchell, N. Hidiroglou, K. Cockell, M. Villeneuve, D. F. Rawn, R. Dabeka, X. L. Cao, A. Becalski, N. Ratnayake, G. Bondy, X. Jin, Z. Wang, S. Tittlemier, P. Julien, D. Avard, H. Weiler, A. Leblanc, G. Muckle, M. Boivin, G. Dionne, P. Ayotte, B. Lanphear, J. R. Seguin, D. Saint-Amour, E. Dewailly, P. Monnier, G. Koren, and E. Ouellet. 2013. 'Cohort profile: the maternal-infant research on environmental chemicals research platform', *Paediatr Perinat Epidemiol*, 27: 415-25.

Arroyave, W. D., S. S. Mehta, N. Guha, P. Schwingl, K. W. Taylor, B. Glenn, E. G. Radke, N. Vilahur, T. Carreon, R. M. Nachman, and R. M. Lunn. 2021. 'Challenges and recommendations on the conduct of systematic reviews of observational epidemiologic studies in environmental and occupational health', *J Expo Sci Environ Epidemiol*, 31: 21-30.

Barberio, A. M., C. Quinonez, F. S. Hosein, and L. McLaren. 2017. 'Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation', *Can J Public Health*, 108: e229-e39.

Bashash, M., M. Marchand, H. Hu, C. Till, E. A. Martinez-Mier, B. N. Sanchez, N. Basu, K. E. Peterson, R. Green, L. Schnaas, A. Mercado-Garcia, M. Hernandez-Avila, and M. M. Tellez-Rojo. 2018. 'Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12years of age in Mexico City', *Environ Int*, 121: 658-66.

Bashash, M., D. Thomas, H. Hu, E. A. Martinez-Mier, B. N. Sanchez, N. Basu, K. E. Peterson, A. S. Ettinger, R. Wright, Z. Zhang, Y. Liu, L. Schnaas, A. Mercado-Garcia, M. M. Tellez-Rojo, and M. Hernandez-Avila. 2017. 'Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of Age in Mexico', *Environ Health Perspect*, 125: 097017.

Beck, I. H., N. Bilenberg, K. A. Davidsen, A. A. Rasmussen, H. Boye, and T. K. Jensen. 2022. 'Prenatal and early childhood predictors of intelligence quotient (IQ) in 7-year-old Danish children from the Odense Child Cohort', *Scand J Public Health*: 14034948221077463.

Bergman, A., J. J. Heindel, T. Kasten, K. A. Kidd, S. Jobling, M. Neira, R. T. Zoeller, G. Becher, P. Bjerregaard, R. Bornman, I. Brandt, A. Kortenkamp, D. Muir, M. N. Drisse, R. Ochieng, N. E. Skakkebaek, A. S. Bylehn, T. Iguchi, J. Toppari, and T. J. Woodruff. 2013. 'The impact of endocrine disruption: a consensus statement on the state of the science', *Environ Health Perspect*, 121: A104-6.

Broadbent, J. M., W. M. Thomson, S. Ramrakha, T. E. Moffitt, J. Zeng, L. A. Foster Page, and R. Poulton. 2015. 'Community Water Fluoridation and Intelligence: Prospective Study in New Zealand', *Am J Public Health*, 105: 72-76.

Budtz-Jørgensen, E., D. Bellinger, B. Lanphear, P. Grandjean, and International Pooled Lead Study Investigators. 2013. 'An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children', *Risk Anal*, 33: 450-61.

Budtz-Jørgensen, E., N. Keiding, and P. Grandjean. 2001. 'Benchmark dose calculation from epidemiological data', *Biometrics*, 57: 698-706.

Cantoral, A., M. M. Tellez-Rojo, A. J. Malin, L. Schnaas, E. Osorio-Valencia, A. Mercado, E. A. Martinez-Mier, R. O. Wright, and C. Till. 2021. 'Dietary fluoride intake during pregnancy and neurodevelopment in toddlers: A prospective study in the progress cohort', *Neurotoxicology*, 87: 86-93.

Castiblanco-Rubio, G. A., T. V. Munoz-Rocha, M. M. Tellez-Rojo, A. S. Ettinger, A. Mercado-Garcia, K. E. Peterson, H. Hu, A. Cantoral, and E. A. Martinez-Mier. 2022. 'Dietary Influences on Urinary Fluoride over the Course of Pregnancy and at One-Year Postpartum', *Biol Trace Elem Res*, 200: 1568-79.

Choi, A. L., G. Sun, Y. Zhang, and P. Grandjean. 2012. 'Developmental fluoride neurotoxicity: a systematic review and meta-analysis', *Environ Health Perspect*, 120: 1362-8.

Crump, K. S. 1995. 'Calculation of benchmark doses from continuous data', *Risk Analysis*, 15: 79-89.

Cui, Y., B. Zhang, J. Ma, Y. Wang, L. Zhao, C. Hou, J. Yu, Y. Zhao, Z. Zhang, J. Nie, T. Gao, G. Zhou, and H. Liu. 2018. 'Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study', *Ecotoxicol Environ Saf*, 165: 270-77.

Dewey, D., G. England-Mason, H. Ntanda, A. J. Deane, M. Jain, N. Barnieh, G. F. Giesbrecht, N. Letourneau, and A. PrON Study Team. 2023. 'Fluoride exposure during pregnancy from a community water supply is associated with executive function in preschool children: A prospective ecological cohort study', *Sci Total Environ*, 891: 164322.

Do, L. G., and Australian Research Centre for Population Oral Health. 2020. 'Guidelines for use of fluorides in Australia: update 2019', *Aust Dent J*, 65: 30-38.

Duan, Q., J. Jiao, X. Chen, and X. Wang. 2018. 'Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis', *Public Health*, 154: 87-97.

European Food Safety Authority. 2009. 'Guidance of the Scientific Committee on Use of the benchmark dose approach in risk assessment', *EFSA Journal*, 1150: 1-72.

———. 2010. 'EFSA Panel on Contaminants in the Food Chain (CONTAM); Scientific Opinion on Lead in Food', *EFSA Journal*, 8: 1570.

———. 2017. 'Update: use of the benchmark dose approach in risk assessment', *The EFSA Journal*, 15: 1-41.

Farmus, L., C. Till, R. Green, R. Hornung, E. A. Martinez Mier, P. Ayotte, G. Muckle, B. P. Lanphear, and D. B. Flora. 2021. 'Critical windows of fluoride neurotoxicity in Canadian children', *Environ Res*, 200: 111315.

Fei, C., and J. Olsen. 2011. 'Prenatal exposure to perfluorinated chemicals and behavioral or coordination problems at age 7 years', *Environ Health Perspect*, 119: 573-8.

Feng, Z., N. An, F. Yu, J. Ma, N. Li, Y. Du, M. Guo, K. Xu, X. Hou, Z. Li, G. Zhou, and Y. Ba. 2022. 'Do methylenetetrahydrofolate dehydrogenase, cyclohydrolase, and formyltetrahydrofolate synthetase 1 polymorphisms modify changes in intelligence of school-age children in areas of endemic fluorosis?', *Chin Med J (Engl)*, 135: 1846-54.

Freire, C., E. Amaya, F. Gil, M. Murcia, L. Lop S, M. Casas, M. Vrijheid, A. Lertxundi, A. Irizar, G. Fernandez-Tardon, R. V. Castro-Delgado, N. Olea, M. F. Fernandez, and Inma Project. 2019. 'Placental metal concentrations and birth outcomes: The Environment and Childhood (INMA) project', *Int J Hyg Environ Health*, 222: 468-78.

Geological Survey of Denmark and Greenland. 2022. 'The GEUS Jupiter database', Geological Survey of Denmark and Greenland. https://data.geus.dk/geusmap.

Goodman, C. V., M. Bashash, R. Green, P. Song, K. E. Peterson, L. Schnaas, A. Mercado-Garcia, S. Martinez-Medina, M. Hernandez-Avila, A. Martinez-Mier, M. M. Tellez-Rojo, H. Hu, and C. Till. 2022. 'Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6-12 years in the ELEMENT cohort', *Environ Res*, 211: 112993.

Gopu, B. P., L. B. Azevedo, R. M. Duckworth, M. K. P. Subramanian, S. John, and F. V. Zohoori. 2022. 'The Relationship between Fluoride Exposure and Cognitive Outcomes from Gestation to Adulthood-A Systematic Review', *Int J Environ Res Public Health*, 20: 22.

Gould, E. 2009. 'Childhood lead poisoning: conservative estimates of the social and economic benefits of lead hazard control', *Environ Health Perspect*, 117: 1162-7.

SECOND SUPPLEMENTAL REPORT BY PHILIPPE GRANDJEAN MD, DMSc

Grandjean, P. 2013. *Only one chance: How environmental pollution impairs brain development — and how to protect the brains of the next generation* (Oxford University Press: New York).

Grandjean, P., and E. Budtz-Jørgensen. 2010. 'An ignored risk factor in toxicology: The total imprecision of exposure assessment', *Pure Appl Chem*, 82: 383-91.

Grandjean, P., H. Hu, C. Till, R. Green, M. Bashash, D. Flora, M. M. Tellez-Rojo, P. X. K. Song, B. Lanphear, and E. Budtz-Jørgensen. 2022. 'A benchmark dose analysis for maternal pregnancy urine-fluoride and IQ in children', *Risk Anal*, 42: 439-49.

Grandjean, P., and G. Thomsen. 1983. 'Reversibility of skeletal fluorosis', *Br J Ind Med*, 40: 456-61.

Green, R., B. Lanphear, R. Hornung, D. Flora, E. A. Martinez-Mier, R. Neufeld, P. Ayotte, G. Muckle, and C. Till. 2019. 'Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada', *JAMA Pediatr*, 173: 940-48.

Guth, S., S. Huser, A. Roth, G. Degen, P. Diel, K. Edlund, G. Eisenbrand, K. H. Engel, B. Epe, T. Grune, V. Heinz, T. Henle, H. U. Humpf, H. Jager, H. G. Joost, S. E. Kulling, A. Lampen, A. Mally, R. Marchan, D. Marko, E. Muhle, M. A. Nitsche, E. Rohrdanz, R. Stadler, C. van Thriel, S. Vieths, R. F. Vogel, E. Wascher, C. Watzl, U. Nothlings, and J. G. Hengstler. 2020. 'Toxicity of fluoride: critical evaluation of evidence for human developmental neurotoxicity in epidemiological studies, animal experiments and in vitro analyses', *Arch Toxicol*, 94: 1375-415.

———. 2021. 'Contribution to the ongoing discussion on fluoride toxicity', *Arch Toxicol*, 95: 2571-87.

Hall, M., B. Lanphear, J. Chevrier, R. Hornung, R. Green, C. Goodman, P. Ayotte, E. A. Martinez-Mier, R. T. Zoeller, and C. Till. 2023. 'Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort', *Sci Total Environ*, 869: 161149.

Higgins, J. P. 2008. 'Commentary: Heterogeneity in meta-analysis should be expected and appropriately quantified', *Int J Epidemiol*, 37: 1158-60.

Hirzy, J. W., P. Connett, Q. Y. Xiang, B. J. Spittle, and D. C. Kennedy. 2016. 'Developmental neurotoxicity of fluoride: A quantitative risk analysis towards establishing a safe daily dose of fluoride for children', *Fluoride*, 49: 379-400.

Ibarluzea, J., M. Gallastegi, L. Santa-Marina, A. Jimenez Zabala, E. Arranz, A. Molinuevo, M. J. Lopez-Espinosa, F. Ballester, C. M. Villanueva, I. Riano, J. Sunyer, A. Tardon, and A. Lertxundi. 2022. 'Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children', *Environ Res*, 207: 112181.

Kaplan, R. M., and D. P. Sacuzzo. 2010. *Psychological Testing: Principles, Applications, & Issues, Eighth Edition* (Wadsworth: Belmont, CA).

Khorsanda, M., A. Paziraa, and T. Tabatabaie. 2023. 'Risk assessment of fluoride in drinking water and correlation with children's Intelligence Quotient in rurals of Bushehr province', *Fluoride*, 56: (in press).

Kumar, J. V., M. E. Moss, H. Liu, and S. Fisher-Owens. 2023. 'Association between low fluoride exposure and children's intelligence: a meta-analysis relevant to community water fluoridation', *Public Health*, 219: 73-84.

Levy, S. M., and N. Guha-Chowdhury. 1999. 'Total fluoride intake and implications for dietary fluoride supplementation', *J Public Health Dent*, 59: 211-23.

Lin, Y. Y., W. Y. Hsu, C. E. Yen, and S. W. Hu. 2023. 'Association of Dental Fluorosis and Urinary Fluoride with Intelligence among Schoolchildren', *Children (Basel)*, 10.

Lou, D., Y. Luo, J. Liu, D. Zheng, R. Ma, F. Chen, Y. Yu, and Z. Guan. 2021. 'Refinement Impairments of Verbal-Performance Intelligent Quotient in Children Exposed to Fluoride Produced by Coal Burning', *Biol Trace Elem Res*, 199: 482-89.

Malin, A. J., J. Riddell, H. McCague, and C. Till. 2018. 'Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status', *Environ Int*, 121: 667-74.

Martinez-Mier, E. A., J. A. Cury, J. R. Heilman, B. P. Katz, S. M. Levy, Y. Li, A. Maguire, J. Margineda, D. O'Mullane, P. Phantumvanit, A. E. Soto-Rojas, G. K. Stookey, A. Villa, J. S. Wefel, H. Whelton, G. M.

Whitford, D. T. Zero, W. Zhang, and V. Zohouri. 2011. 'Development of gold standard ion-selective electrode-based methods for fluoride analysis', *Caries Res*, 45: 3-12.

Miranda, G. H. N., M. O. P. Alvarenga, M. K. M. Ferreira, B. Puty, L. O. Bittencourt, N. C. F. Fagundes, J. P. Pessan, M. A. R. Buzalaf, and R. R. Lima. 2021. 'A systematic review and meta-analysis of the association between fluoride exposure and neurological disorders', *Sci Rep*, 11: 22659.

National Institute of Dental and Craniofacial Research. 2021. "Oral health in America: Advances and challenges." In. Bethesda, MD: National Institutes of Health.

National Institute of Environmental Health Sciences. 2022. "NIEHS Report on evaluating features and application of neurodevelopmental tests in epidemiological atudies." In. Research Triangle Park, North Carolina, USA: National Institute of Environmental Health Sciences.

National Research Council. 2000. *Toxicological effects of methylmercury* (National Academy Press: Washington, DC).

———. 2006. *Fluoride in drinking water: a scientific review of EPA's standards* (The National Academies Press: Washington, DC).

National Toxicology Program. 2015. "Handbook for Conducting a Literature-Based Health Assessment Using Office of Health Assessment and Translation (OHAT) Approach for Systematic Review and Evidence Integration. January 9, 2015 release. Available at http://ntp.niehs.nih.gov/go/38673." In. Research Triangle Park, NC: National Institute of Environmental Health Sciences.

———. 2016. "Systematic literature review on the effects of fluoride on learning and memory in animal studies." In. Research Triangle Park, NC: National Institute of Environmental Health Sciences.

———. 2022. "Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects." In. Research Triangle Park, NC: National Institute of Environmental Health Sciences.

Nilsen, F. M., J. D. C. Ruiz, and N. S. Tulve. 2020. 'A meta-analysis of stressors from the total environment associated with children's general cognitive ability', *Int J Environ Res Public Health*, 17.

Peng, Y., M. N. I. Sarker, and M. S. Ahmad. 2021. 'Effects of fluoride on the intelligence quotient of school children in South Asia: A review', *Fluoride*, 54: 197-209.

Perng, W., M. Tamayo-Ortiz, L. Tang, B. N. Sanchez, A. Cantoral, J. D. Meeker, D. C. Dolinoy, E. F. Roberts, E. A. Martinez-Mier, H. Lamadrid-Figueroa, P. X. K. Song, A. S. Ettinger, R. Wright, M. Arora, L. Schnaas, D. J. Watkins, J. M. Goodrich, R. C. Garcia, M. Solano-Gonzalez, L. F. Bautista-Arredondo, A. Mercado-Garcia, H. Hu, M. Hernandez-Avila, M. M. Tellez-Rojo, and K. E. Peterson. 2019. 'Early Life Exposure in Mexico to ENvironmental Toxicants (ELEMENT) Project', *BMJ Open*, 9: e030427.

Prabhakar, A., K. Abdulkhayarkutty, S. V. Cheruvallil, and P. Sudhakaran. 2021. 'Effect of Endemic Fluorosis on Cognitive Function of School Children in Alappuzha District, Kerala: A Cross Sectional Study', *Ann Indian Acad Neurol*, 24: 715-20.

Radovanovic, J., B. Antonijevic, M. Curcic, K. Baralic, S. Kolarevic, Z. Bulat, D. Dukic-Cosic, A. Buha Djordjevic, B. Vukovic-Gacic, D. Javorac, E. Antonijevic Miljakovic, M. Carevic, and Z. Mandinic. 2022. 'Fluoride subacute testicular toxicity in Wistar rats: Benchmark dose analysis for the redox parameters, essential elements and DNA damage', *Environ Pollut*, 314: 120321.

Ren, C., P. Zhang, X. Y. Yao, H. H. Li, R. Chen, C. Y. Zhang, and D. Q. Geng. 2021. 'The cognitive impairment and risk factors of the older people living in high fluorosis areas: DKK1 need attention', *BMC Public Health*, 21: 2237.

Reuben, A., A. Caspi, D. W. Belsky, J. Broadbent, H. Harrington, K. Sugden, R. M. Houts, S. Ramrakha, R. Poulton, and T. E. Moffitt. 2017. 'Association of Childhood Blood Lead Levels With Cognitive Function and Socioeconomic Status at Age 38 Years and With IQ Change and Socioeconomic Mobility Between Childhood and Adulthood', *JAMA*, 317: 1244-51.

Riddell, J. K., A. J. Malin, D. Flora, H. McCague, and C. Till. 2019. 'Association of water fluoride and urinary fluoride concentrations with attention deficit hyperactivity disorder in Canadian youth', *Environ Int*, 133: 105190.

Sprong, C., J. D. Te Biesebeek, M. Chatterjee, G. Wolterink, A. van den Brand, U. Blaznik, D. Christodoulou, A. Crepet, B. Hamborg Jensen, D. Sokolic, E. Rauscher-Gabernig, J. Ruprich, A. Kortenkamp, and J.

van Klaveren. 2023. 'A case study of neurodevelopmental risks from combined exposures to lead, methyl-mercury, inorganic arsenic, polychlorinated biphenyls, polybrominated diphenyl ethers and fluoride', *Int J Hyg Environ Health*, 251: 114167.

Steenland, K., M. K. Schubauer-Berigan, R. Vermeulen, R. M. Lunn, K. Straif, S. Zahm, P. Stewart, W. D. Arroyave, S. S. Mehta, and N. Pearce. 2020. 'Risk of Bias Assessments and Evidence Syntheses for Observational Epidemiologic Studies of Environmental and Occupational Exposures: Strengths and Limitations', *Environ Health Perspect*, 128: 95002.

Stroup, D. F., J. A. Berlin, S. C. Morton, I. Olkin, G. D. Williamson, D. Rennie, D. Moher, B. J. Becker, T. A. Sipe, and S. B. Thacker. 2000. 'Meta-analysis of observational studies in epidemiology: a proposal for reporting. Meta-analysis Of Observational Studies in Epidemiology (MOOSE) group', *JAMA*, 283: 2008-12.

Thomas, D. B., N. Basu, E. A. Martinez-Mier, B. N. Sanchez, Z. Zhang, Y. Liu, R. P. Parajuli, K. Peterson, A. Mercado-Garcia, M. Bashash, M. Hernandez-Avila, H. Hu, and M. M. Tellez-Rojo. 2016. 'Urinary and plasma fluoride levels in pregnant women from Mexico City', *Environ Res*, 150: 489-95.

Till, C., R. Green, D. Flora, R. Hornung, E. A. Martinez-Mier, M. Blazer, L. Farmus, P. Ayotte, G. Muckle, and B. Lanphear. 2020. 'Fluoride exposure from infant formula and child IQ in a Canadian birth cohort', *Environ Int*, 134: 105315.

Till, C., R. Green, J. G. Grundy, R. Hornung, R. Neufeld, E. A. Martinez-Mier, P. Ayotte, G. Muckle, and B. Lanphear. 2018. 'Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada', *Environ Health Perspect*, 126: 107001.

Trinh, V. A., E. Tarbit, L. Do, D. Ha, and S. K. Tadakamadla. 2021. 'The influence of family socioeconomic status on toothbrushing practices in Australian children', *J Public Health Dent*, 81: 308-15.

U.S. Environmental Protection Agency. 1985. "Costs and Benefits of Reducing Lead in Gasoline: Final Regulatory Impact Analysis." In. Washington, D.C: U.S. Environmental Protection Agency.

———. 2012. "Benchmark dose technical guidance." In. Washington, DC: Risk Assessment Forum, U.S. Environmental Protection Agency.

———. 2022. 'Drinking Water Health Advisories for Four PFAS (PFOA, PFOS, GenX chemicals, and PFBS)', U.S. Environmental Protection Agency Office of Water.

Valdez-Jiménez, L., L.M. Valdez-Jiménez, P. Marín-Barba, and M.I. Pérez-Vega. 2023. 'Correlation analysis of fluoride levels and cognitive test performances in the adult population exposed to water consumption with high concentrations of fluoride', *Fluoride*, 56: 2-8.

Veneri, F., M. Vinceti, L. Generali, M. E. Giannone, E. Mazzoleni, L. S. Birnbaum, U. Consolo, and T. Filippini. 2023. 'Fluoride exposure and cognitive neurodevelopment: Systematic review and dose-response meta-analysis', *Environ Res*, 221: 115239.

Vieira, A. R. 2021. 'Fluoride toxicity', *Monogr Oral Sci*, 30: 140-48.

Wang, A., L. Duan, H. Huang, J. Ma, Y. Zhang, Q. Ma, Y. Guo, Z. Li, X. Cheng, J. Zhu, G. Zhou, and Y. Ba. 2022. 'Association between fluoride exposure and behavioural outcomes of school-age children: a pilot study in China', *Int J Environ Health Res*, 32: 232-41.

Wang, S., Q. Zhao, G. Li, M. Wang, H. Liu, X. Yu, J. Chen, P. Li, L. Dong, G. Zhou, Y. Cui, M. Wang, L. Liu, and A. Wang. 2021. 'The cholinergic system, intelligence, and dental fluorosis in school-aged children with low-to-moderate fluoride exposure', *Ecotoxicol Environ Saf*, 228: 112959.

Wechsler, D. 1991. *Wechsler Intelligence Scale for Children, 3rd ed. WISC-III Manual*. (The Psychological Corporation: San Antonio, TX).

World Health Organization. 2006. "Fluoride in drinking-water." In, edited by J. Fawell, K. Bailey, E. Chilton, E. Dahi, L. Fewtrell and Y. Magara. London, UK: IWA Publishing.

Xiang, Q. , Y. Liang, L. Chen, C. Wang, B. Chen, X. Chen, and M. Zhou. 2003. 'Effect of fluoride in drinking water on children's intelligence', *Fluoride*, 36: 84-94.

Xu, K., N. An, H. Huang, L. Duan, J. Ma, J. Ding, T. He, J. Zhu, Z. Li, X. Cheng, G. Zhou, and Y. Ba. 2020. 'Fluoride exposure and intelligence in school-age children: evidence from different windows of exposure susceptibility', *BMC Public Health*, 20: 1657.

SECOND SUPPLEMENTAL REPORT BY PHILIPPE GRANDJEAN MD, DMSc

Yani, S. I., A. Seweng, A. Mallongi, R. Nur, M. T. Abdullah, U. Salmah, S. Sirajuddin, M. Basir-Cyio, Mahfudz, and A. Anshary. 2021. 'The influence of fluoride in drinking water on the incidence of fluorosis and intelligence of elementary school students in Palu City', *Gac Sanit*, 35 Suppl 2: S159-S63.

Yu, X., L. Xia, S. Zhang, G. Zhou, Y. Li, H. Liu, C. Hou, Q. Zhao, L. Dong, Y. Cui, Q. Zeng, A. Wang, and L. Liu. 2021. 'Fluoride exposure and children's intelligence: Gene-environment interaction based on SNP-set, gene and pathway analysis, using a case-control design based on a cross-sectional study', *Environ Int*, 155: 106681.

Zhang, S., X. Zhang, H. Liu, W. Qu, Z. Guan, Q. Zeng, C. Jiang, H. Gao, C. Zhang, R. Lei, T. Xia, Z. Wang, L. Yang, Y. Chen, X. Wu, Y. Cui, L. Yu, and A. Wang. 2015. 'Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China', *Toxicol Sci*, 144: 238-45.

Zhao, L., C. Yu, J. Lv, Y. Cui, Y. Wang, C. Hou, J. Yu, B. Guo, H. Liu, and L. Li. 2021. 'Fluoride exposure, dopamine relative gene polymorphism and intelligence: A cross-sectional study in China', *Ecotoxicol Environ Saf*, 209: 111826.

# **Plaintiffs**
# **Dr. Philippe Grandjean's Supplemental Report (Sept. 15, 2023)**

**U.S. FEDERAL COURT**

**ACTION NO. 17-CV-02162**

**FOOD AND WATER WATCH, *et al.* v. U.S. EPA**

**THIRD SUPPLEMENTAL REPORT BY
PHILIPPE GRANDJEAN, MD, DMSc**

**PREPARED ON BEHALF OF
PLAINTIFFS**

**September 15th, 2023**

THIRD SUPPLEMENTAL REPORT BY PHILIPPE GRANDJEAN MD, DMSc

I, Philippe Grandjean MD, DMSc, declare that:

I am a physician and environmental epidemiologist who three years ago contributed reports to the Court on the medical evidence on fluoride toxicity. I was earlier this year asked by Plaintiffs' counsel to evaluate scientific developments on fluoride after June 2020. Following my submission of the Second Supplement, some additional evidence has been published that I now review.

New study from Rift Valley

A new cross-sectional study from a previously unstudied population in the Rift Valley was published on September 9, 2023 and provides further support to neurotoxicity as a hazard of fluoride exposure during early life (Godebo et al. 2023). The Rift Valley is known to include areas with high fluoride concentrations in the soil and also in ground water. The study was conducted in a homogenous rural population with large, stable, and well-characterized differences in waterborne fluoride exposures. A total of 74 children (aged 5 to 14) participated, each child having permanently lived in the specific area, with lifelong dependence on wells with known fluoride concentrations. Cognitive performance was measured by two types of culture appropriate tests: (1) a simple drawing test of culturally familiar objects (donkey, horse, and person); and (2) the Cambridge Neuropsychological Test Automated Battery's Paired Associate Learning (CANTAB PAL). Covariates included sex, children's grade level, BMI, arsenic, lead, and anemia.

Water-fluoride concentrations ranged from 0.4 to 15.5 mg/L (mean, 7.6 mg/L); urine-fluoride levels ranged from 0.5 to 15.7 mg/L (mean, 5.3 mg/L). A strong positive correlation was found between the two ($r = 0.74$). Higher fluoride exposure was associated with poorer performance in the drawing test, with "the strongest and most significant negative impacts observed for the more challenging drawing task", which "may be indicative of a greater challenge accessing working memory." As with the drawing test, higher fluoride exposure was significantly associated with "higher deficits in the more difficult [CANTAB PAL] tasks." Higher fluoride exposure was also significantly associated with impaired performance on CANTAB PAL tasks that represent visual memory and new learning.

The study design is similar to the one that we used when studying an exposed population in the southwest of China (Choi et al. 2015). An important strength of this new study is its restriction of participants to those who were lifelong residents with known and stable well-water fluoride exposures. Water-fluoride is therefore a reliable proxy of prenatal exposures. Another strength of

the study is the homogeneity of the population in terms of culture, living conditions, and diet.

While the exposures in this study were generally higher or much higher than those associated with water fluoridation, the close correlation between fluoride concentrations in water and urine is noteworthy and likely due in part to the fact that the children did not use fluoride-containing toothpaste. It is also noteworthy that the children did not have postnatal fluoride exposures for the first one-to-two years of life (due to the customary long-lasting breastfeeding practices in the area), which would reduce the early postnatal fluoride exposure. The study, which applied culture-appropriate methods within an optimal study setting, thus adds to the hazard assessment of fluoride, although the small number of participants carries only limited weight.

Additional results from the Basque country

Following the first publication of a prospective study carried out in northern Spain (Ibarluzea et al. 2022), a further analysis has now been provided in regard to ADHD. The cohort was initially presented as an INMA study (Ribas-Fito et al. 2006), with participation of 800 births, and 248 and 316 were examined at ages 1 and 4 years. In the previous study, the IQ measure seemed to be higher at elevated fluoride exposures and was said to be adjusted for arsenic, lead, manganese, and mercury exposures.

The present study includes data on 236 and 255 mother-child pairs and found that maternal creatinine-adjusted urine-fluoride was not associated with cognitive problems--inattention, hyperactivity or ADHD index score of symptoms. However, the authors report that there were significant inverse associations between fluoride and having cognitive problems-inattention. Sensitivity analyses did not change these conclusions. Table 2 in the supplementary data shows that mercury and lead were measured in cord blood, which is appropriate, although no data on analytical quality is provided for any of the elements, including fluoride. At ages 8 and 11 years, almost all lead concentrations were again below the (high) detection limit (2 μg/dl, or 0.1 μmol/L), For mercury, the averages were given as about 10 mg/L at the two ages. Unless the unit is wrong, these exposures are truly dramatic. The previous study referred to mercury concentrations in two different units, without explanation. Although the article clearly states that adjustment for those variables did not change substantially the overall picture and OR values, no further information on the possible impact of these contaminants was provided, and no DAG was shown.

As an additional issue, in neither study did the authors consider seafood consumption as a cofactor, although Dr. Ibarluzea has previously co-authored INMA articles on the IQ benefits of maternal

seafood consumption (Julvez et al. 2016). Given that certain seafoods (e.g. crustaceans, sardines, processed fish) are known to have elevated fluoride contents, and mercury may particularly occur in large fish, maternal seafood consumption could be a meaningful confounder in this cohort, but was ignored.

While the previous study (Ibarluzea et al. 2022) showed differences in the associations between fluoridated and non-fluoridated area (Suppl. Table 21), the present study only comments that residences changed between these areas over the years. Also, the striking differences in correlations between the different measuring units for fluoride[1] was not covered. Given that mercury exposure in the previous study was found to be associated with an increased IQ in the children, no comment on this issue is provided (which is surprising, also in light of possibly heavy exposures). The results described in this new study are therefore confusing and appear premature, thus indicating that this cohort study, including its extension, is unlikely to be representative and relevant to the risk assessment for fluoride neurotoxicity.

I affirm that the foregoing is a true and correct statement of my opinions in this matter and the grounds for those opinions.

References

Choi, A. L., Y. Zhang, G. Sun, D. C. Bellinger, K. Wang, X. J. Yang, J. S. Li, Q. Zheng, Y. Fu, and P. Grandjean. 2015. 'Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study', *Neurotoxicol Teratol* 47:96-101.

Godebo, T. R., M. Jeuland, R. Tekle-Haimanot, B. Alemayehu, A. Shankar, A. Wolfe, and N. Phan. 2023.
   Associations between fluoride exposure in drinking water and cognitive deficits in children: A pilot study', *Neurotoxicol Teratol* 107293.

Ibarluzea, J., M. Gallastegi, L. Santa-Marina, A. Jimenez Zabala, E. Arranz, A. Molinuevo, M. J. Lopez-Espinosa, F. Ballester, C. M. Villanueva, I. Riano, J. Sunyer, A. Tardon, and A. Lertxundi. 2022. 'Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children', *Environ Res*, 207: 112181.

Julvez, J. , M. Méndez, S.  Fernandez-Barres, D.  Romaguera, J. Vioque, S. Llop, J. Ibarluzea, M. Guxens, C.  Avella-Garcia, A.  Tardón, I.  Riaño, A.  Andiarena, O.  Robinson, V. Arija, M. Esnaola, F. Ballester, and J. Sunyer. 2016. 'Maternal Consumption of Seafood in Pregnancy and Child Neuropsychological Development: A Longitudinal Study Based on a Population With High Consumption Levels', *Am J Epidemiol*, 183: 169-82.

Ribas-Fito, N., R. Ramon, F. Ballester, J. Grimalt, A. Marco, N. Olea, M. Posada, M. Rebagliato, A. Tardon, M. Torrent, and J. Sunyer. 2006. 'Child health and the environment: the INMA Spanish Study', *Paediatr Perinat Epidemiol*, 20: 403-10.

[1] Email dated 30 December 2021 from Jesus Ibarluzea to Kyla Taylor at NTP.

# **Plaintiffs**
# **Dr. Kathleen Thiessen's Expert Report (August 4, 2023)**

# Third Supplemental Report on Fluoride in Drinking Water

Kathleen M. Thiessen, Ph.D.
August 4, 2023

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN  37830



*Food and Water Watch v. EPA*                                    *Thiessen Third Supplemental Report*

## TABLE OF CONTENTS

I. NTP's finding of "Moderate Confidence" that fluoride exposure is associated with reduced IQ is justified.   2

    I.1. The inverse association between fluoride exposure and IQ is consistent.   3

    I.2. Confounding is unlikely.   5

    I.3. Exposure characterization is an unlikely source of bias.   6

    I.4. Outcome measurement is an unlikely source of bias.   6

    I.5. Dose-response evidence supports the association of fluoride exposure and decreased IQ.   6

    I.6. Other information supports NTP's conclusion.   7

II. NTP's findings support the existence of a risk from fluoridation chemicals in drinking water.   9

    II.1. NTP failed to find any "obvious threshold" in its dose-response analyses in the meta-analysis.   9

    II.2. NTP's confidence in the association between fluoride exposure and decreased IQ includes high-quality studies that were done in areas with approximately 0.7 mg/L fluoride in drinking water.   9

    II.3. Some people in fluoridated areas in the U.S. will have total fluoride exposures that exceed exposures typically associated with a fluoride concentration of 1.5 mg/L in drinking water.   10

    II.4. Even if there were no evidence of harm at a fluoride concentration of 0.7 mg/L and evidence of harm only at fluoride concentrations of at least 1.5 mg/L, a margin of exposure of 2 is unacceptable.   16

III. Limitations of the NTP report serve to understate the toxicity of fluoride.   22

IV. Real and perceived limitations and weaknesses of NTP's assessment should be considered in the context of EPA's own final, peer-reviewed risk evaluations.   24

    IV.1. The transparency and clarity of NTP's assessment compares favorably with EPA's risk evaluations.   25

    IV.2. If NTP followed EPA's approach to hazard assessment under TSCA, NTP would <u>not</u> use the descriptor of "High" to describe the fluoride exposures associated with reduced IQ.   27

    IV.3. Heterogeneity in results across observational studies of different populations with different study designs is to be expected and does not call into question NTP's conclusions.   28

    IV.4. NTP was justified in not including the Ibarluzea (2022) study in the monograph.   29

V. The risk-related factors that EPA considers under the Amended TSCA strongly support a determination of unreasonable risk for fluoridation chemicals in drinking water.   30

REFERENCES   35



## THIRD SUPPLEMENTAL REPORT

I have recently reviewed draft documents produced by the National Toxicology Program (NTP), including the May 2022 and September 2022 versions of the "NTP Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Systematic Review" ("Monograph") and the July 2022 manuscript entitled "Association between fluoride exposure and children's intelligence: A systematic review and meta-analysis" ("Meta-analysis"). I have also reviewed comments on the May 2022 Monograph and the July 2022 Meta-analysis from a variety of sources (National Academies of Science, Engineering, and Medicine; federal agencies including the Centers for Disease Control and Prevention, Food and Drug Administration, and National Institute of Dental and Craniofacial Research; and external peer reviewers), the NTP's responses to those comments (including the revisions incorporated into the September 2022 version of the Monograph), and the report of the NTP's Board of Scientific Counselors regarding NTP's responses to review comments. I have also reviewed several risk evaluations prepared by the Environmental Protection Agency (EPA) under the Toxic Substances Control Act (TSCA), as well as the deposition of EPA's representative, Dr. Stanley Barone, regarding these evaluations. The NTP documents and EPA final risk evaluations support the opinions I have offered in this case, as explained herein.

### I. NTP's finding of "Moderate Confidence" that fluoride exposure is associated with reduced IQ is justified.

The NTP Monograph draws the following conclusion:  "This review finds, with <u>moderate confidence</u>, that higher fluoride exposure is associated with lower IQ in children. The association between higher fluoride exposure and lower IQ in children was consistent across different study populations, study locations, study quality/risk-of-bias determinations, study designs, exposure measures, and types of exposure data (group-level and individual-level"[1,2] In short, when two populations having different fluoride exposures are compared, the population with the higher fluoride exposure is consistently demonstrated to have lower IQ in children.

The NTP defines "higher fluoride exposure" as that representative of populations whose total fluoride exposure approximates or exceeds that of populations exposed to drinking water containing fluoride at a concentration of 1.5 mg/L (based on the World Health Organization Guidelines for Drinking-water Quality) and who have no other significant exposure to fluoride.[3] The comparison with the WHO guideline actually understates the NTP's findings, as three prospective cohort studies were carried out in Canada and Mexico, with fluoride exposures comparable to those experienced in the United States (fluoridated communities having approximately 0.7 mg/L fluoride in drinking water). These high-quality (low risk of bias) studies, funded by the U.S. government, reported lower IQ with increased maternal or early childhood

---

[1] NTP September 2022 Monograph, p. 76; see also NTP May 2022 Monograph, p. 76. The word "higher" in the first sentence was not present in the May 2022 version. See also NTP May 2022 Monograph, p. xiii; NTP September 2022 Monograph, p. xiii.

[2] As noted in NTP's Handbook, "Although the [confidence] conclusions describe associations, a causal relationship is implied" (NTP 2019, p. 65).

[3] NTP May 2022 Monograph, pp. xiii, 76-77; NTP September 2022 Monograph, pp. xiii, 77. The WHO guideline of 1.5 mg/L fluoride in drinking water is based on the endpoints of dental fluorosis and skeletal fluorosis (WHO 2022, p. 403-405).



*Food and Water Watch v. EPA*                                      *Thiessen Third Supplemental Report*

exposure to fluoride, at fluoride exposures typically observed in fluoridated communities in the United States.[4]

*I.1. The inverse association between fluoride exposure and IQ is consistent.*

The NTP conducted a comprehensive search for relevant scientific literature, including research databases from China, where much of the epidemiological research on fluoride toxicity has been conducted.[5] In total, NTP identified 72 studies that addressed fluoride exposure and IQ outcomes in children, which is a large body of information. Of the 19 studies considered to be high quality (low risk of bias), "18 reported an association between higher fluoride exposure and lower IQ in children,"[6] including all three prospective cohort studies, all of which were based on North American populations. Of the 16 high-quality cross-sectional studies, 15 reported an association between fluoride exposure and lower IQ scores; 14 of the studies reported statistically significant associations.[7,8] Of the 53 low quality (high risk of bias) studies, 46 "found evidence of an association between higher fluoride exposure and lower IQ in children."[9]

Both the ELEMENT and MIREC prospective cohort studies provide consistent evidence of an association between higher fluoride exposure and lower IQ in children.[10] According to the NTP:

> In summary, although not every analysis [in the ELEMENT and MIREC studies] found a
> statistically significant association, together the three studies provided consistent evidence

---

[4] Bashash et al. (2017), Green et al. (2019), and Till et al. (2020), described in the NTP May 2022 Monograph, pp. 34-37, 40-41, and in the NTP September 2022 Monograph, pp. 34-37, 40-41.

[5] NTP May 2022 Monograph, pp. 7-12; NTP September 2022 Monograph, pp. 7-12.

[6] NTP May 2022 Monograph, pp. xii, 76-77; NTP September 2022 Monograph, pp. xii, 76-77.

[7] NTP May 2022 Monograph, pp. 41-42; NTP September 2022 Monograph, pp. 41-42.

[8] A study by Soto-Barreras et al. (2019) did not report an association between fluoride exposure and reduced IQ. According to NTP, Soto-Barreras et al. did not provide results "in a manner that allowed for a direct comparison with other low risk-of-bias studies" (NTP May 2022 Monograph, p. 40; NTP September 2022 Monograph, p. 40), and "[i]n terms of evaluating an association between fluoride exposure and IQ scores, the study is limited by the way the data were reported" (NTP May 2022 Monograph, p. E-33; NTP September 2022 Monograph, p. E-33). Rather than reporting IQ scores by fluoride exposure levels, the authors compared fluoride exposure levels within IQ grades (NTP May 2022 Monograph, pp. 34, E-30; NTP September 2022 Monograph, pp. 34, E-30 to E-31). The paper assumes that exposures assessed at ages 9-10 were indicative of exposures (or relative exposures) during earlier years that would have been important for any effects on IQ, as well as for development of dental fluorosis; there is no information on breastfeeding vs. formula-feeding, which could have altered relative exposures of individuals during the postnatal period. Importantly, there is a discrepancy between Tables 2 and 4 in the paper (Soto-Barreras et al. 2019): Table 2 indicates 32 children with no dental fluorosis (TF 0) and 129 children with fluorosis (TF 1-2, TF 3-4, TF > 5), while Table 4 indicates 32 children with dental fluorosis and 129 children without fluorosis. Assuming that Table 2 is correct, correcting the information in Table 4 leads to the observation that 84.4% of children with no fluorosis were in Intellectual Grades I-III (average or higher), while only 79.1% of children with fluorosis were in these grades. Correspondingly, 15.6% of children with no fluorosis were in Grades IV-V (below average or impaired), while 20.9% of children with fluorosis were in these grades. This difference might not be statistically significant, but it is consistent with the findings from many other studies that higher fluoride exposure during the first few years of life (demonstrated here by the presence of dental fluorosis) is associated with lower IQ. Note that this brief analysis does not account for the severity of dental fluorosis (and corresponding levels of fluoride intake), as the paper does not provide information in a suitable form for that level of analysis.

[9] NTP May 2022 Monograph, pp. xii, 47, 77; NTP September 2022 Monograph, pp. xii, 47, 77.

[10] Bashash et al. (2017); Green et al. (2019); Till et al. (2020).



that increasing maternal fluoride levels were associated with lower IQ scores in the children.[11]

Taken together, the three prospective cohort studies (based on two North American study populations) indicate consistency in results across different types of analysis and across two study populations that higher fluoride exposure during development is associated with lower IQ scores.[12]

The high-quality (low risk of bias) cross-sectional studies also provide consistent evidence of an association between higher fluoride exposure and lower IQ in children. According to the NTP:

As with the prospective cohort studies, the cross-sectional studies reported a consistent association between fluoride exposure and lower IQ scores in children. Fifteen of the 16 low risk-of-bias cross-sectional studies [i.e., all with the exception of Soto-Barreras et al. (2019)] consistently demonstrate that exposure to fluoride is associated with lower IQ scores. Fourteen of these 15 studies . . . reported significant associations.[13]

Overall, the cross-sectional studies consistently provide evidence that fluoride exposure is associated with lower IQ scores in children.[14]

Overall, the cross-sectional studies consistently support a pattern of findings that higher fluoride exposure is associated with lower IQ scores in children.[15]

Thus, NTP has concluded that the 19 low risk-of-bias (high quality) studies demonstrate a consistent association between fluoride intake and lower IQ in children:

In summary, the high-quality studies (i.e., studies with low potential for bias) consistently demonstrate lower IQ scores with higher fluoride exposure. . . . The consistency in association is observed among studies of varying study designs, exposure measures, and study populations. Although some studies that conducted multiple analyses observed within-study variations in results (e.g., differences between subsets of IQ tests), these variations were unique to individual studies and did not detract from the overall consistency in the findings that higher fluoride [exposure] is associated with lower IQ scores.[16]

The NTP also concluded that the 53 high risk-of-bias studies demonstrate a consistent association between fluoride intake and lower IQ in children, which increases the confidence in the overall body of evidence, that fluoride intake is associated with lower IQ in children.

Despite the lack of adequate consideration of key covariates in the vast majority of high risk-of-bias studies, the results across most of these studies (46 of 53) consistently provide evidence of an association between fluoride exposure and IQ, supporting the results observed in the low risk-of-bias studies. This finding suggests that confounding is likely less of a concern for the body of evidence as a whole than for any individual study. Although the high risk-of-bias studies may have more potential for bias due to confounding compared with the low risk-of-bias studies, the consistent IQ findings across high and low

---

[11] NTP May 2022 Monograph, p. 40; NTP September 2022 Monograph, p. 40.

[12] NTP May 2022 Monograph, p. 41; NTP September 2022 Monograph, p. 41.

[13] NTP May 2022 Monograph, pp. 41-42; NTP September 2022 Monograph, pp. 41-42. Note that corrected information from Soto-Barreras et al. (2019) also shows an association between higher fluoride exposure (presence of dental fluorosis) and below average or impaired intellectual abilities (described above in footnote #8).

[14] NTP May 2022 Monograph, p. 42; see also NTP September 2022 Monograph, p. 42.

[15] NTP May 2022 Monograph, p. 44; NTP September 2022 Monograph, p. 44.

[16] NTP May 2022 Monograph, p. 47; NTP September 2022 Monograph, p. 47.



risk-of-bias studies indicate that the results cannot be explained solely by potential bias due to confounding.[17,18]

In addition, the NTP concluded that the studies of other (non-IQ) effects provide consistent evidence of an association of fluoride exposure with other types of neurodevelopmental outcomes. In the NTP's own words:

> In summary, the high-quality studies (i.e., studies with low potential for bias) provide evidence of an association between fluoride exposure and neurodevelopmental and cognitive effects in children other than IQ; however, the body of evidence is limited by heterogeneity in the outcomes evaluated and few directly comparable studies. Across these outcomes, eight of nine studies reported a significant association between fluoride exposure and a measure of neurodevelopment or cognition other than IQ, which provides support for the consistency in evidence based on children's IQ studies of an association between fluoride exposure and adverse effects on cognitive neurodevelopment.[19]

Although the National Academies of Science, Engineering, and Medicine (NASEM) was critical of how NTP communicated certain portions of its assessment (discussed further below), NASEM agreed with NTP that there is a "marked consistency in the current epidemiologic literature on fluoride and childhood IQ." [20] NASEM further agreed that there is a "wealth of evidence" that supports NTP's conclusion.[21]

*I.2. Confounding is unlikely.*

The consistent association between fluoride exposure and decreased IQ is unlikely to be the result of confounding.[22] NTP considered the 19 high-quality studies "to have low risk of bias when assessed across all risk-of-bias domains."[23] In NTP's words:

> Taken together and considering the consistency in the results despite the variability across studies in which covariates were accounted for, bias due to confounding is not considered to be a concern in the body of evidence. The potential for the consistency in results to be attributable to bias due to confounding in the 19 low risk-of-bias studies is considered low.[24]

> There is considerable variation in the specific covariates considered across the 19 low risk-of-bias studies. The consistency of results across these studies suggests that confounding is not a concern in this body of evidence. Each of the 18 low risk-of-bias studies that observed an association between fluoride and IQ (see Summary of Results section above) considered a unique combination of covariates. The findings of these studies consistently provide evidence of an association between lower IQ in children and exposure to fluoride regardless of the inclusion or absence of consideration of any one or combination of

---

[17] NTP May 2022 Monograph, p. 51; NTP September 2022 Monograph, p. 51.
[18] A study by Broadbent et al. (2015) that is sometimes cited as evidence of no association between water fluoridation and IQ effects was considered by NTP to be probably high risk of bias due to lack of control for multiple sources of fluoride exposure (overlapping exposure groups) and the possibility of confounding (NTP May 2022 Monograph, pp. 52-53; NTP September 2022 Monograph, pp. 52-33). Also see NTP's HAWC database (https://hawcproject.org/rob/study/264439/).
[19] NTP May 2022 Monograph, p. 63; NTP September 2022 Monograph, p. 63 (the September version inserts "higher" before "fluoride exposure" in the first sentence).
[20] NASEM (2021a), p. 11.
[21] NASEM (2021a), p. 14.
[22] NTP May 2022 Monograph, pp. 47-49, 55; NTP September 2022 Monograph, pp. 47-49, 55.
[23] NTP May 2022 Monograph, p. 47; NTP September 2022 Monograph, p. 47.
[24] NTP May 2022 Monograph, p. 49; NTP September 2022 Monograph, p. 49.



*Food and Water Watch v. EPA*                              *Thiessen Third Supplemental Report*

covariates of interest. . . . In summary, when considering the impact of each covariate (or combinations of covariates) on the consistency of results, no trends are discernable that would suggest that bias due to confounding has impacted or would explain the consistency in findings across the body of evidence that fluoride exposure is associated with lower IQ in children.[25]

In addition, for the studies of other (non-IQ) neurodevelopmental effects of fluoride exposure in children, the observed associations are unlikely to be explained by confounding. "Consistent with the IQ studies, bias due to confounding is not likely a concern for the low risk-of-bias studies" of other neurodevelopmental or cognitive effects.[26]

*I.3. Exposure characterization is an unlikely source of bias.*

Nearly all of the high-quality (low risk of bias) studies, both for IQ and for non-IQ effects, used individual measures of fluoride exposure, and exposure characterization is not considered to be a cause for concern. For the 19 high-quality studies of IQ, "[i]n general, there were few, if any, risk-of-bias concerns regarding exposure characterization in the low risk-of-bias studies. These studies mainly had individual exposure data based on urine or water measures with appropriate analyses."[27] For the 9 high-quality studies of other neurodevelopmental or cognitive effects, "[t]here were no risk-of-bias concerns regarding exposure assessment in the low risk-of-bias studies. All of the low risk-of-bias studies had individual exposure data based on urine or water measures with appropriate analyses."[28]

*I.4. Outcome measurement is an unlikely source of bias.*

Outcome measurement is not considered to be a cause for concern for the high-quality (low risk of bias) studies, both for IQ and for non-IQ effects. For the IQ studies, "[t]he low risk-of-bias studies have few concerns regarding outcome assessment. All 19 low risk-of-bias studies used appropriate methods for measuring IQ in the study population being assessed, and blinding of outcome assessors was not a concern in 18 of the 19 studies."[29] For the non-IQ studies, "[t]he low risk-of-bias studies have few concerns regarding outcome assessment. Seven of the nine studies . . . used appropriate methods for measuring other neurodevelopmental effects in the study population, and blinding of outcome assessors was either reported or not a concern in eight of the nine studies."[30]

*I.5. Dose-response evidence supports the association of fluoride exposure and decreased IQ.*

NTP's meta-analysis found evidence of a dose-response relationship between fluoride exposure and reduced IQ in children. "The consistency of the data supports an inverse association between fluoride exposure and children's IQ."[31] From the draft paper describing NTP's meta-analysis:

There was a dose response relationship between group-level fluoride exposure measures and mean children's IQ. The meta-analysis of studies that reported individual-level measures of fluoride and children's IQ scores found a decrease of 1.81 points (95% CI:

---

[25] NTP May 2022 Monograph, p. 48; NTP September 2022 Monograph, p. 48.
[26] NTP May 2022 Monograph, pp. 64-65; NTP September 2022 Monograph, pp. 64-65.
[27] NTP May 2022 Monograph, p. 51; NTP September 2022 Monograph, p. 51.
[28] NTP May 2022 Monograph, p. 65; NTP September 2022 Monograph, p. 65.
[29] NTP May 2022 Monograph, p. 53; NTP September 2022 Monograph, p. 53.
[30] NTP May 2022 Monograph, p. 65; NTP September 2022 Monograph, p. 65.
[31] Taylor et al., July 2022 draft meta-analysis manuscript, p. 3.



−2.80, −0.81; p-value < 0.001) per 1-mg/L increase in urinary fluoride. Overall the direction of the association was robust to stratification by study quality (high vs. low risk of bias), sex, age group, outcome assessment, study location, exposure timing, and exposure metric.[32]

Based on the linear models, the decrease in mean SMD between exposed and reference groups is −0.15 (95% CI: −0.20, −0.11; p-value < 0.001) for drinking water fluoride levels and −0.16 (95% CI: −0.24, −0.08; p-value < 0.001) for urinary fluoride levels. Based on the AIC and likelihood ratio tests, the best model fit was achieved when quadratic or restricted cubic spline exposure levels were added to the linear models for drinking water; the linear model was the best fit for urinary fluoride. Given the small difference in AICs between the different models, and for ease of interpretability, the linear model results were chosen for the purposes of discussion.[33]

For both high-quality and low-quality studies, the dose-response relationship between urinary fluoride and IQ remained when NTP restricted the analysis to data on (group-level) urinary fluoride concentrations less than 4 mg/L, less than 2 mg/L, and less than 1.5 mg/L.[34] The analysis of (group-level) water fluoride levels showed similar findings for the high-quality studies, but not when the low-quality studies were also included.[35] Analysis of the combined high- and low-quality studies showed a significant association with reduced IQ for water fluoride concentrations below 4 mg/L, but not below 2 mg/L.[36]

A limitation of NTP's dose-response analyses is that NTP did not analyze exposure and outcome at the individual level.[37] EPA's preferred method for dose-response analysis is benchmark dose (BMD) modeling, which NTP did not perform. A BMD analysis, however, has been performed on the maternal urinary fluoride and IQ data from the North American birth cohorts,[38] and the results are consistent with NTP's findings of a linear inverse relationship between urinary fluoride and IQ, including at water fluoride levels less than 1.5 mg/L.

*I.6. Other information supports NTP's conclusion.*

NTP's conclusion of moderate confidence that fluoride exposure reduces IQ is based on a "large body of evidence on IQ effects in children."[39] "The body of literature that evaluates the association between fluoride exposure and neurodevelopmental and cognitive effects in humans is relatively robust with a large number of studies (n = 100) that cover a wide array of endpoints."[40] In addition, the quality of the studies has improved greatly over time. "Looking across the literature, there has been a progression over the years in the quality of studies conducted to assess the association between fluoride exposure and IQ in children, with more recent studies including better study designs, larger sample sizes, and more sophisticated statistical analysis."[41] The evidence of an effect of fluoride exposure on other neurodevelopmental effects also supports the association between fluoride exposure and reduced IQ. "[T]he low risk-of-bias studies [of non-IQ effects]

---

[32] Taylor et al., July 2022 draft meta-analysis manuscript, pp. 2-3.
[33] Taylor et al., July 2022 draft meta-analysis manuscript, p. 10.
[34] Taylor et al., July 2022 draft meta-analysis manuscript, Supplemental Materials, p. 38.
[35] Taylor et al., July 2022 draft meta-analysis manuscript, Supplemental Materials, p. 38.
[36] Taylor et al., July 2022 draft meta-analysis manuscript, Supplemental Materials, p. 38.
[37] Taylor et al., July 2022 draft meta-analysis manuscript, p. 10.
[38] Grandjean et al. (2022).
[39] NTP May 2022 Monograph, p. xiii; NTP September 2022 Monograph, p. xiii.
[40] NTP May 2022 Monograph, p. 24; NTP September 2022 Monograph, p. 24.
[41] NTP May 2022 Monograph, p. 25; NTP September 2022 Monograph, p. 25.



*Food and Water Watch v. EPA*                                    *Thiessen Third Supplemental Report*

demonstrate a relationship between higher fluoride exposure and neurodevelopmental effects, even in very young children, which supports the consistency in evidence shown in children's IQ studies of an association between fluoride exposure and adverse effects on cognitive neurodevelopment."[42]

Among the low risk-of-bias studies of fluoride exposure and reduced IQ, 12 of the 16 cross-sectional studies "established that exposure preceded the outcome assessment."[43] "Taken together, 12 cross-sectional studies from 9 study populations provide indicators of prior exposure."[44] These studies thus support the findings of the 3 prospective cohort studies, "which, by design, establish that exposure occurred prior to outcome."[45]

Although mechanistic information to date is still limited, the available information from both human studies and animal studies could help explain the association between fluoride exposure and decreased IQ in children. "[T]he low risk-of-bias studies provide some evidence of mechanistic effects (primarily changes in thyroid stimulating hormone [TSH] levels in children)."[46] "Similar to the low risk-of-bias studies, the high risk-of-bias studies provide some evidence of mechanistic effects (primarily changes in TSH levels in children)." [47] "Neurotransmitter and biochemical changes in the brain and neurons were considered the mechanistic areas with the greatest potential to demonstrate effects of fluoride on the brain of animals in the lower dose range and provide evidence of changes in the brain that may relate to lower IQ in children."[48] In addition, there is some evidence of genetic polymorphisms in humans that increase susceptibility to fluoride in terms of effects on IQ. "A few studies also support the possibility of heightened sensitivities to the detrimental cognitive effects of fluoride exposure in individuals with certain genetic polymorphisms in dopamine receptor D2 or catechol-O-methyltransferase."[49] Although mechanistic information is not necessary for a determination of hazard or risk,[50] these lines of information are consistent with and support the association of fluoride exposure and neurotoxicity.

---

[42] NTP May 2022 Monograph, p. 66; NTP September 2022 Monograph, p. 66.
[43] NTP May 2022 Monograph, p. 42; NTP September 2022 Monograph, p. 42.
[44] NTP May 2022 Monograph, p. 42; NTP September 2022 Monograph, p. 42.
[45] NTP May 2022 Monograph, p. 42; NTP September 2022 Monograph, p. 42.
[46] NTP May 2022 Monograph, p. 71; NTP September 2022 Monograph, p. 71.
[47] NTP May 2022 Monograph, p. 72; NTP September 2022 Monograph, p. 72.
[48] NTP May 2022 Monograph, p. 75; NTP September 2022 Monograph, p. 75.
[49] NTP May 2022 Monograph, p. 77; NTP September 2022 Monograph, p. 77.
[50] The EPA, as well as NAS and NTP, has recognized that mechanisms of action are not necessary for hazard identification, and that our understanding of mechanistic pathways for non-cancer outcomes remains incomplete for all but a few chemicals (NASEM 2018, p. 9; NTP 2019, p. 68; Deposition of Stanley Barone, July 24, 2023, pp. 197, 201).



## II. NTP's findings support the existence of a risk from fluoridation chemicals in drinking water.

NTP's findings demonstrate a risk of adverse cognitive effects at exposures similar to those resulting from fluoridated drinking water in the U.S., without any apparent threshold. This is consistent with the findings for other neurotoxic chemicals, e.g., lead,[51] for which no threshold is observed and some risk of adverse effects is expected even at low exposures.

*II.1. NTP failed to find any "obvious threshold" in its dose-response analyses in the meta-analysis.*

In the Working Group Report from NTP's Board of Scientific Counselors (BSC), NTP explains this lack of an obvious threshold in an exchange with the Food and Drug Administration (FDA),[52] in the context of NTP's statement in the draft meta-analysis manuscript that there is evidence of a dose-response relationship between higher fluoride exposure and lower children's IQ:

> [FDA]: Was a threshold for such relationship considered?
>
> [NTP]: As previously mentioned, results for the dose-response relationship restricted to lower fluoride exposure levels (i.e., < 4 mg/L and < 2 mg/L, < 1.5 mg/L) in both drinking water and urine are reported in the supplemental materials.
>
> The restricted cubic splines model for water fit slightly better than the linear model, however there was no obvious threshold as illustrated by the figure at either of the modelled knots.[53]
>
> [FDA]: Was there a threshold for water?
>
> [NTP]: Results for the dose-response relationship restricted to lower fluoride levels (i.e., < 4 mg/L and < 2 mg/L, < 1.5 mg/L fluoride in drinking water) are reported in the supplemental materials.
>
> As described in the previous response, there was no obvious threshold for water.[54]

*II.2. NTP's confidence in the association between fluoride exposure and decreased IQ includes high-quality studies that were done in areas with approximately 0.7 mg/L fluoride in drinking water.*

As described earlier in this report, three prospective cohort studies carried out in North America included fluoride exposures comparable to those experienced in fluoridated areas of the U.S. These high-quality studies of populations with "optimal" fluoride supplementation reported lower IQ with increased maternal or early childhood exposure to fluoride.[55] In responses to comments from the Centers for Disease Control and Prevention (CDC) and the FDA, NTP said the following:

> It is true that our stated confidence assessment is based primarily on studies with total exposures higher than those generally associated with consumption of optimally

---

[51] "The MCLG [maximum contaminant level goal] for lead is zero. EPA has set this level based on the best available science which shows there is no safe level of exposure to lead." USEPA (2023), Basic Information about Lead in Drinking Water (Available from https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#health).

[52] NTP BSC April 2023 Working Group Report, pp. 324-325.

[53] NTP BSC April 2023 Working Group Report, p. 324.

[54] NTP BSC April 2023 Working Group Report, p. 325.

[55] Bashash et al. (2017), Green et al. (2019), and Till et al. (2020), described in the NTP May 2022 Monograph, pp. 34-37, 40-41, and in the NTP September 2022 Monograph, pp. 34-37, 40-41.



fluoridated water in the United States. However, the confidence assessment also includes findings from studies with fluoride exposures that are similar to those associated with optimally fluoridated water supplies in the United States.[56]

The comment implies that our conclusions are based solely on "studies [that] were conducted on populations with higher exposures from water than are routinely found in the United States." This implication is not accurate. It is true that our stated confidence assessment is based primarily on studies with total exposures higher than those generally associated with consumption of optimally fluoridated water in the United States. However, the confidence assessment also includes findings from studies with fluoride exposures that are similar to, or lower than, those associated with optimally fluoridated water supplies in the United States.[57]

### II.3. Some people in fluoridated areas in the U.S. will have total fluoride exposures that exceed exposures typically associated with a fluoride concentration of 1.5 mg/L in drinking water.

As described earlier in this report, NTP defines "higher fluoride exposure" as that representative of a population exposed to drinking water containing fluoride at a concentration of 1.5 mg/L and having no other significant exposure to fluoride. In practice, however, total fluoride exposures (from drinking water and other sources) in "optimally fluoridated" areas may exceed those exposures typically associated with drinking water alone at 1.5 mg/L. In response to comments from the National Institutes of Health (NIH) and the FDA, NTP said the following:

> Several of the highest quality studies showing lower IQs in children were done in optimally fluoridated (0.7 mg/L) areas in Canada, but the individual exposure information in those studies, as documented by repeated urinary measurements, suggests widely varying total fluoride exposure from drinking water combined with exposures from other sources. For example, many urinary fluoride measurements exceed those that would be expected from consuming water that contains fluoride at 1.5 mg/L.[58]

> First, the publication by Green et al. (2019) did examine the IQ of children in Canada exposed to fluoride in both non-fluoridated communities and fluoridated communities with 0.7 mg/L in drinking water (the same recommended fluoridation level for community water systems in the United States). Individual exposure levels of women living in these optimally fluoridated cities in Canada, as documented by repeated urinary measurements, suggest widely varied total exposures from water combined with fluoride from other sources. Many of these urinary fluoride measurements exceed those expected from consuming fluoride in water alone that contains 1.5 mg/L fluoride or less. The Bashash et al. (2017) study also provided information from a population in Mexico whose urinary fluoride exposures were comparable to those identified in the Green et al. (2019) study. Both studies are reviewed in our monograph and contribute to our confidence conclusions.[59]

Figure 1 shows the 50th, 75th, and 95th percentiles of the maternal urinary fluoride concentrations from the Canadian MIREC study, demonstrating the wide range of fluoride concentrations (corresponding to a wide range of fluoride intakes), in a population whose water

---

[56] NTP BSC April 2023 Working Group Report, p. 13.
[57] NTP BSC April 2023 Working Group Report, p. 24.
[58] NTP BSC April 2023 Working Group Report, p. 83.
[59] NTP BSC April 2023 Working Group Report, p. 32.



*Food and Water Watch v. EPA*                                    *Thiessen Third Supplemental Report*

fluoride concentration averaged 0.61 mg/L (median = 0.56 mg/L; range, 0.41-0.87).[60,61] For women in their third trimester of pregnancy, the 95th percentile of urinary fluoride concentration was 2.41 mg/L.[62]



Fig. 1. Comparison of 50th, 75th, and 95th percentile values of maternal urinary fluoride in the Canadian MIREC study (data from Till et al. 2018, Table S4).

In addition, as summarized and reported by EPA,[63] water consumption varies greatly among the U.S. population, typically by more than a factor of 10 across a given population group. Figures 2 and 3 show the approximate distributions of water intake (L/kg per day) from community sources (consumers only[64]) for infants ages 0-1 year (Fig. 2) and pregnant women (Fig. 3); note that both ranges of intake exceed a factor of 100 (more than two orders of magnitude).[65]

---

[60] Till et al. (2018), Tables 2, S4.

[61] Thippeswamy et al. (2021) also found correlations between water fluoride and maternal urinary fluoride (as well as with maternal serum fluoride and cord fluoride in newborns) for relatively low water fluoride concentrations (mean, 0.50 ppm).

[62] Till et al. (2018), Table S4.

[63] USEPA (2019), Tables 3-17, 3-21, 3-63.

[64] Data for "consumers only" for water from community sources. People who do not consume water from community sources ("zero" values) are not included.

[65] The ratio of the 95th percentile to the 5th percentile is 36 for ages 0-1 year and 42 for pregnant women (percentiles from EPA 2019, Tables 3-21, 3-63). Note also from Figure 2 that there are distinct population subsets in terms of the amount of water intake from community sources for infants ages 0-1 year; these probably correspond to breastfed infants with very low (but non-zero) intake of water (first peak), infants fed formula prepared with community water (last peak), and infants in transition from breastfeeding to formula feeding or in transition to solid food (middle peaks). For pregnant women there also appears to be at least one population subset with low consumption of water from community sources.



Based on the distributions of water consumption in Figures 2 and 3, Figures 4 and 5 show the resulting distributions in fluoride intake from community water sources for infants ages 0-1 year and for pregnant women, respectively, for fluoride concentrations of 0.7 mg/L ("optimally fluoridated") and 1.5 mg/L (WHO guideline). Note that in each case, the ranges of fluoride intake overlap except for the very lowest intake at 0.7 mg/L and the very highest intake at 1.5 mg/L. Figure 6 shows the distribution of waterborne fluoride intake among formula-fed infants as contrasted with the distribution of waterborne fluoride intake in adults (based on observed distributions of community water intake, and assuming a fluoride concentration of 0.7 mg/L). Note that infants less than 6 months old have a mean intake of fluoride from community water approximately 8 times as much fluoride per unit body weight as adults. Figure 7 shows the distribution of waterborne fluoride intake for the whole population with a water supply containing 0.7 mg/L fluoride, as contrasted with the distribution of waterborne fluoride intake for the whole population with a water supply containing 1.5 mg/L fluoride. To put it another way, many people in "optimally fluoridated" areas with 0.7 mg/L fluoride in drinking water will consume more water, and therefore more fluoride, than many people in areas with 1.5 mg/L fluoride in drinking water. For example, more than 10% of people whose water contains 0.7 mg/L fluoride will ingest more fluoride than the 50th percentile of fluoride ingestion by people whose water contains 1.5 mg/L fluoride (Fig. 7). Note that Figures 4-7 show only the fluoride intake resulting from ingestion from community water; fluoride from other sources will also contribute to the total fluoride intake of individuals, in addition to the fluoride consumed in drinking water.

The high fluoride exposure that the U.S. population is currently subjected to (largely as a result of water fluoridation programs) is reflected in recent findings of widespread dental fluorosis. An examination of recent (2015-2016) survey data in the U.S. found that 70% of children ages 6-19 have dental fluorosis.[66] This finding indicates that a majority of U.S. children have a fluoride intake, from all sources, high enough to cause a visible physiological effect.

---

[66] Dong et al. (2021). The 70% with dental fluorosis included DFI categories 1-4 (very mild, mild, moderate, and severe), but not questionable fluorosis (DFI = 0.5). Only 14% of children had normal teeth (DFI = 0). Hung et al. (2023) reported 68.2% with dental fluorosis in the 2015-2016 survey and 87.3% with dental fluorosis in the previous (2013-2014) survey.





Fig. 2. Approximate distribution of water intake from community sources (consumers only) for infants 0-1 year old (based on percentiles in EPA 2019, Table 3-21).



Fig. 3. Approximate distribution of water intake from community sources (consumers only) for pregnant women (based on percentiles in EPA 2019, Table 3-63).





Fig. 4. Approximate distribution of fluoride intake from consumption of community water for infants 0-1 year old, based on the distribution of water intake from community sources (consumers only) in Fig. 2.



Fig. 5. Approximate distribution of fluoride intake from consumption of community water for pregnant women, based on the distribution of water intake from community sources (consumers only) in Fig. 3.



*Food and Water Watch v. EPA*                                   *Thiessen Third Supplemental Report*



Fig. 6. Means and selected percentiles of fluoride intake due to ingestion of water from community sources (consumers only) for adults and infants less than 6 months old (based on means and percentiles of water intake in EPA (2019), Table 3-21, and assuming a water fluoride concentration of 0.7 mg/L).



Fig. 7. Approximate distribution of fluoride intake from consumption of community water for all ages in areas with 0.7 and 1.5 mg F/L in water, based on the distribution of water intake from community sources (consumers only) in EPA (2019), Table 3-21.



15

*II.4. Even if there were no evidence of harm at a fluoride concentration of 0.7 mg/L and evidence of harm only at fluoride concentrations of at least 1.5 mg/L, a margin of exposure of 2 is unacceptable.*

As described above, there is evidence of neurotoxic harm associated with fluoride concentrations of 0.7 mg/L in drinking water. Additionally, given the wide range in drinking water intakes from municipal water sources among the U.S. population, there is considerable overlap of total fluoride exposures between areas with 0.7 and 1.5 mg/L fluoride in drinking water.[67] However, even if there were no evidence of any harm at fluoride concentrations below 1.5 mg/L in drinking water, and no overlap of exposure ranges, a factor of 2 between exposures at 0.7 mg/L ("optimally fluoridated" areas in the U.S., assuming no other sources of fluoride exposure) and a hazard at 1.5 mg/L would be woefully inadequate in terms of protection of the population, and thus unacceptable.

<u>First</u>, in each of EPA's own risk evaluations to date under the Amended TSCA, a factor of 2 would be an unacceptably low margin of exposure (MOE) between an expected exposure and the hazard level (Point of Departure, or POD). As seen in Tables 1 and 2, the EPA used Benchmark MOEs ranging from 10 to 300 to assess risk of non-cancer effects – i.e., human exposures 10 to 300 times less than the respective Points of Departure were presumed to present a risk to human health.[68] An instructive example is EPA's determination of unreasonable risk for Occupational Non-Users (ONUs) in the spot/dry cleaning industry. In that analysis, EPA selected neurotoxicity as the chronic non-cancer health effect with a point of departure (in this case, a Lowest Observed Adverse Effect Level, or LOAEL) derived from two human epidemiological studies.[69] Although the ONUs had central tendency exposures that were 89 times less than the LOAEL, EPA found this to be an unreasonable risk.[70] EPA's determination was based on a comparison with the Benchmark MOE (= 100), as well as on the confidence in the hazard and exposure data – i.e., medium confidence in the two critical studies, medium-high confidence in the chronic neurotoxicity endpoint, and high confidence in the exposure data.[71] While I do not dispute EPA's determination of risk for this exposure scenario, the determination of risk for water fluoridation requires far less extrapolation, and involves far less uncertainty, because water fluoridation has been associated with neurotoxic outcomes (in high-quality epidemiological studies) at the levels of exposure produced by the condition of use.

<u>Second</u>, an Uncertainty Factor (UF) is necessary to account for intraspecies variability in susceptibility (interindividual variability; variability across the human population). In the absence of a suitable Physiologically Based Phamacokinetic model (PBPK), or similarly reliable chemical-specific information on toxicokinetics or toxicodynamics, EPA uses a default uncertainty factor of 10 to account for intraspecies variability in its risk assessments,[72] as is evident in its establishment

---

[67] See Figures 2 and 4 above for water intake from community sources (consumers only) and resulting fluoride intakes, for infants 0-1 year old. Similar overlaps are seen for other age groups or population subsets (e.g., Figs. 3, 5, 6, 7).
[68] A human health risk is presumed to exist when the Calculated MOE (the difference between the POD and the estimated human exposure level) is less than the Benchmark MOE. For example, see EPA's December 2020 Risk Evaluation for PCE, (USEPA 2020f, pp. 369-370); EPA's December 2020 Risk Evaluation for 1,4-dioxane (USEPA 2020g, p. 213); EPA's September 2020 Risk Evaluation for HBCD (USEPA 2020c, p. 411).
[69] USEPA (2020f), p. 331.
[70] USEPA (2020f), pp. 487, 530.
[71] USEPA (2020f), pp. 181, 331, 337, 343, 530; Deposition of Stanley Barone, July 24, 2023, pp. 187-191.
[72] USEPA (2014), p. 12, Fig. 2.



of RfDs pursuant to EPA's Guidelines for Neurotoxicity Risk Assessment[73] and in each of its 9 risk evaluations of non-cancer risk under the Amended TSCA (Table 3). The National Research Council's 2009 report on risk assessment (sponsored by the USEPA) states that alternatives to default UFs require a high level of justification and must be "clearly superior."[74] EPA responded to NRC's recommendation by establishing the aforementioned requirement of a PBPK model (or similarly reliable chemical-specific information) in order to justify departures from the default.[75]

There is no clearly superior" alternative to the default UF for intraspecies variability for fluoride. First, there is no PBPK model for fluoride neurotoxicity, or any comparable type of information that would permit empirical determinations of intraspecies variations in the toxicokinetics and toxicodynamics of fluoride in the brain. Second, existing evidence supports the possibility of increased susceptibility to neurodevelopmental effects of fluoride for some people, including individuals or children of individuals with genetic polymorphisms, renal disease, thyroid disease, nutrient deficiencies (e.g., iodine, calcium), and certain life-style factors.[76,77] In particular, infants *in utero* are especially susceptible to maternal effects of fluoride exposure (e.g., reduced maternal thyroid function), while newborn infants who are fed formula prepared with fluoridated tap water have among the very highest fluoride exposures in the population (on a mass-normalized basis).

<u>Third</u>, a fluoride concentration of 1.5 mg/L in drinking water is a level at which adverse effects are observed. If it were a "Lowest Observed Adverse Effect Level" (LOAEL), an additional UF of 3 to 10 would be necessary to convert the LOAEL to a "No Observed Adverse Effect Level" (NOAEL). For example, EPA's recent Risk Evaluations for PCE, 1,4-dioxane, and HBCD use a UF of 10 for conversion of LOAELs to NOAELs.[78] However, for fluoride, 1.5 mg/L is not even a LOAEL, and thus it is questionable whether even a UF of 10 would be sufficient.

If 1.5 mg/L were considered to be a NOAEL (which it is not), a safe concentration of fluoride in drinking water with respect to human exposure would still be at most 0.15 mg/L (1.5 mg/L divided by UF = 10 for intraspecies variation). In short, as illustrated in Table 4 below, whether 1.5 mg F/L is treated as a LOAEL or a NOAEL, the resulting safe drinking water

---

[73] See pp. 51-53 (including Table 4) of my initial report in this case (June 27, 2019).

[74] NRC (2009), p. 201, "Because of the effort that EPA has invested in selecting its current defaults and the consistency that defaults confer on the risk-assessment process, the use of an alternative to the default in specific cases faces a substantial hurdle and should be supported by specific theory and evidence. The committee recommends that EPA adopt an alternative assumption in place of a default when it determines that the alternative is 'clearly superior,' that is, that its plausibility clearly exceeds the plausibility of the default."

[75] USEPA (2014), p. 12. As the NRC has previously noted: "Consistency and predictability are served if an agency sets out criteria for departing from its guidelines. If such criteria are themselves too rigidly applied, the guidelines could ossify into inflexible rules; but without such criteria, the guidelines could be subverted at will with the potential for political manipulation of risk assessment" (NRC 1994, p. 90). EPA says it is in general agreement with NRC on this point (Deposition of Stanley Barone, July 24, 2023, p. 241).

[76] I discussed the evidence on susceptible subpopulations to fluoride exposure in my Trial Declaration (pp. 56-70) and in my report of June 27, 2019 (pp. 33-50).

[77] Concerns about the impact of iodine deficiency on *in utero* fluoride exposures gain further support from the recent findings from the MIREC cohort showing that the impact of maternal fluoride on IQ in male offspring was magnified in the context of iodine deficiency in the mother (Goodman et al. 2022).

[78] USEPA (2020f), pp. 336-338, 343, 345-346, 349-350 (including Tables 3-5, 3-7, 3-8, 3-12); $UF_L$ = 10 when a LOAEL is converted to a NOAEL. USEPA (2020g), pp. 180-182, 189, 198-199, 249 (including Table 3-14); $UF_L$ = 10 when a LOAEL is converted to a NOAEL. USEPA (2020c), p. 369, 375 (including Table 3-11); $UF_L$ = 10 when a LOAEL is converted to a NOAEL.



*Food and Water Watch v. EPA*                                    *Thiessen Third Supplemental Report*

concentration will be well below the so-called "optimal" concentration for water fluoridation, thus demonstrating the risk presented by this condition of use. The same result is obtained if one uses the recently published BMCL for the level of maternal urinary fluoride associated with loss of 1 IQ point in the North American birth cohorts (BMCL = 0.2 mg/L).[79] As can be seen in Figure 8, the BMCL is greatly exceeded in pregnant mothers living in fluoridated areas, with 5% of women in their second or third trimester exceeding the BMCL by at least a factor of 10 (i.e., an MOE of 0.1 or less). EPA considers a condition of use to present a risk when the 95th percentile exposure exceeds safe levels (i.e., the MOE for the 95th percentile is less than the Benchmark MOE).[80] However, for fluoride in drinking water, the 50th percentile in all trimesters, not just the 95th percentile, exceeds the BMCL by a factor of at least 2.65 (i.e., an MOE of 0.4 or less).



Fig. 8. Selected percentiles of maternal urinary fluoride concentrations (Till et al. 2018, Table S4), compared with the BMCL for urinary fluoride (Grandjean et al. 2022).

---

[79] Grandjean et al. (2022).
[80] Deposition of Stanley Barone, July 24, 2023, pp. 40, 124; USEPA (2020f), p. 449.



Table 1. Summary of EPA's final risk evaluations of acute non-cancer risk.*

| Chemical (Reference) | Health Endpoint for POD | Study Used for POD | Quality of Study Used for POD | Type of POD | Confidence in Hazard Data | Benchmark MOE | Highest MOE with an Unreasonable Risk Determination | Confidence in Exposure Data for the Condition of Use with Highest MOE |
|---|---|---|---|---|---|---|---|---|
| **1-BP** USEPA (2020b) | Decreased litter size/post-implantation loss | Animal Study (WIL Research 2001) | High | BMCL | High | 100 | **63** | Medium |
| **Carbon Tetrachloride** USEPA (2020d) | CNS effects | Human Epi Study (Davis 1934) | Low | NOAEC | High | 10 | No Unreasonable Risk | N/A |
| **1,4-Dioxane** USEPA (2020g,h) | Liver effects | Animal Study (Mattie 2012) | Medium | LOAEC | Medium | 300 | **177** | Medium |
| **HBCD** USEPA (2020c) | Offspring loss | Animal study (Ema 2008) | High | BMDL | Not Stated | 100 | No Unreasonable Risk | N/A |
| **Methylene Chloride** USEPA (2020a) | CNS Depression | Human Experimental (Putz 1979) | Medium | LOAEC | Medium | 30 | **27** | Low |
| **NMP** USEPA (2020i) | Post-Implantation Loss | Animal Study (Saillenfait 2002 & 2003) | High | BMDL | High | 30 | **22** | Medium |
| **PCE** USEPA (2020f) | Neurotoxicity | Human Epi (Altmann 1990) | Medium | NOAEL | Medium-High | 10 | **9.8** | Medium / Medium-High |
| **TCE** USEPA (2020e) | Immunosuppression | Animal study (Selgrade & Gilmour 2010) | High | BMDL | High | 10 | **8.3** | Low to Medium |

* EPA's risk evaluations for asbestos (USEPA 2020j) and PV29 (USEPA 2021a,b) are not included in this table because EPA did not conduct risk characterizations for acute non-cancer hazards in these evaluations.



*Food and Water Watch v. EPA*                                                                                  *Thiessen Third Supplemental Report*

Table 2. Summary of EPA's final risk evaluations of chronic non-cancer risks.*

| Chemical (Reference) | Health Endpoint for POD | Study Used for POD | Quality of Study Used for POD | Type of POD | Confidence in Hazard Data | Benchmark MOE | Highest MOE with an Unreasonable Risk Determination | Confidence in Exposure Data for the Condition of Use with Highest MOE |
|---|---|---|---|---|---|---|---|---|
| **1-BP** USEPA (2020b) | Decreased litter size/post-implantation loss | Animal Study (WIL Research 2001) | High | BMCL | High | 100 | **88** | Medium |
| **Carbon Tetrachloride** USEPA (2020d) | Liver effects | Animal study (Nagano 2007) | High | BMDL | High | 30 | **20** | Medium |
| **1,4-Dioxane** USEPA (2020g,h) | Olfactory epithelium effects | Animal Study (Kasai 2009) | High | BMCL | High | 30 | **27.6** | Medium |
| **HBCD** USEPA (2020c) | Thyroid effects | Animal study (Ema 2008) | High | BMDL | Medium | 300 | **274** | Low-Medium |
| **Methylene Chloride** USEPA (2020a) | Liver effects | Animal study (Nitschke 1988) | High/ | BMDL | Medium | 10 | **8.7** | Low |
| **NMP** USEPA (2020i) | Decreased male fertility | Animal study (Exxon 1991) | High | BMDL | Medium | 30 | **26** | Medium |
| **PCE** USEPA (2020f) | Neurotoxicity | Human Epi (Cavalleri 1994 & Echeverria 1995) | Medium | LOAEL | Medium-High | 100 | **89** | High |
| **TCE** USEPA (2020e) | Autoimmunity | Animal study (Keil 2009) | High | LOAEL | High | 30 | **23.3** | Low to Medium |
| **PV29** USEPA (2021a,b) | Lung effects | Animal study (Elder 2005) | High | NOAEC | Low | 30 | **10.2** | Low |

* EPA's risk evaluation for asbestos (USEPA 2020j) is not included in this table because it does not include a risk characterization for chronic non-cancer hazards.



Table 3. Summary of uncertainty factors (UF) that EPA has used to account for intraspecies (human-to-human) variability in its first 10 risk evaluations.

| Chemical | Reference | Acute (Non-Cancer) | Chronic (Non-Cancer) |
|---|---|---|---|
| **Asbestos** | USEPA (2020j) | N/A* | N/A* |
| **1-Bromopropane** | USEPA (2020b) | 10 | 10 |
| **Carbon Tetrachloride** | USEPA (2020d) | 10 | 10 |
| **1,4-Dioxane** | USEPA (2020g) | 10 | 10 |
| **HBCD** | USEPA (2020c) | 10 | 10 |
| **Methylene Chloride** | USEPA (2020a) | 10 | 3 |
| **NMP** | USEPA (2020i) | 10 | 10 |
| **PCE** | USEPA (2020f) | 10 | 10 |
| **TCE** | USEPA (2020e) | 3 | 3 |
| **PV29** | USEPA (2021a) | N/A** | 10 |

\* EPA did not perform a risk characterization of asbestos's non-cancer effects.
\*\* EPA determined that PV29 did not have sufficient evidence of acute toxicity to warrant a risk characterization.

Table 4. Examples of "safe" levels for fluoride, based on various possible points of departure (PODs).

| Study | POD | Urine or Water | POD Type | Uncertainty Factor(s) | Benchmark MOE | Corresponding Level with No Appreciable Risk |
|---|---|---|---|---|---|---|
| NTP (2022) | 1.5 mg/L | Water | NOAEL | $UF_H = 10$ | 10 | 0.15 mg/L |
| NTP (2022) | 1.5 mg/L | Water | LOAEL | $UF_H = 10$ $UF_L > 1$ | > 10 | < 0.15 mg/L |
| Green et al. (2019) | 0.7 mg/L | Water | LOAEL | $UF_H = 10$ $UF_L > 1$ | > 10 | < 0.07 mg/L |
| Grandjean et al. (2022) | 0.2 mg/L | Urine | BMCL | $UF_H > 1$ | > 1 | < 0.2 mg/L |



*Food and Water Watch v. EPA*                                    *Thiessen Third Supplemental Report*

### III. Limitations of the NTP report serve to understate the toxicity of fluoride.

As described in Section (1) above, NTP's Monograph reported moderate confidence in the observed association between fluoride exposure and reduced IQ in children. However, at least two lines of evidence support an upgrade in NTP's findings to a higher level of confidence.

First, evidence of a dose-response or exposure-response relationship could justify an upgrade to the confidence level.[81] NTP's meta-analysis, which was part of an earlier draft of the Monograph, reports a dose-response relationship, both for group-level measures of fluoride exposure and for individual-level measures of fluoride exposure.[82] "There is also evidence of a dose-response relationship."[83] NTP reported that a linear model provided the best fit for urinary fluoride and IQ.[84]

Second, a potential upgrade to the confidence level can be applied for consistency across species, i.e., when data in non-human animals are consistent with data in humans.[85] By omitting all animal studies of learning and memory from its consideration,[86] NTP missed an opportunity for upgrading its level of confidence in the neurotoxic effects of fluoride in humans. The same applies for animal studies of mechanisms (e.g., thyroid effects).[87] NTP describes the omission of animal studies as a limitation of the Monograph.[88] While there are limitations in the animal studies, they are certainly consistent with the human studies in finding neurotoxic effects of fluoride exposure. As the principal author of the NTP's 2016 review of the animal data correctly noted, the animal literature on fluoride supports the "biological plausibility" of neurological effects in humans.[89]

Given the importance (historic and current) of animal studies in assessing toxicity of a variety of chemicals,[90,91] there is insufficient justification for excluding all animal studies of

---

[81] NTP May 2022 Monograph, pp. 54-55; NTP September 2022 Monograph, p. 55.

[82] Taylor et al., July 2022 draft meta-analysis manuscript, pp. 2-3, 11. See also Section I.5 above.

[83] Taylor et al., July 2022 draft meta-analysis manuscript, p. 11.

[84] Taylor et al., July 2022 draft meta-analysis manuscript, p. 10.

[85] NTP May 2022 Monograph, p. 55; NTP September 2022 Monograph, p. 55.

[86] NTP May 2022 Monograph, p. 74; NTP September 2022 Monograph, p. 74.

[87] NTP May 2022 Monograph, p. F-7; NTP September 2022 Monograph, p. F-7.

[88] NTP May 2022 Monograph, p. 80; NTP September 2022 Monograph, pp. 80-81.

[89] Trial Testimony of Kristina Thayer, PhD, June 10, 2020, p. 450:9-13.

[90] NASEM (2023): "Historically, the most influential data [on toxicity] have come from laboratory mammalian studies, which still form the foundation of most human health assessments" (p. 13). "[T]he current risk assessment approach is built around a common paradigm based on the underlying premise that, in the absence of evidence to the contrary, undesirable effects observed in mammalian studies are adequately predictive of potential undesirable effects in humans" (p. 20). "An overarching goal of toxicity testing is to identify and characterize the potential of an agent to adversely impact human health, and participants [in a NASEM worshop on use of mammalian toxicity tests in human health risk assessment] acknowledged that laboratory mammalian studies have long been the cornerstone of risk assessment as part of meeting this goal" (p. 22).

[91] As can be seen in Tables 1 and 2, EPA has repeatedly based unreasonable risk determinations under the Amended TSCA on hazard endpoints derived from animal studies. For a number of these evaluations, either there were no human data on the hazard endpoint (e.g., 1-BP, 1,4-dioxane, NMP, PV29), or the human data on the endpoint were inadequate or inconclusive (e.g., HBCD).



fluoride neurotoxicity.[92,93] Animal studies provide an opportunity for controlling experimental conditions, which cannot usually be done in human studies. In addition, exclusion of the animal studies represents an enormous waste of resources in terms of both the experiments and their publication, and clearly many funding sources and journal editors need to be informed of the expectations of the NTP regarding quality of studies and publications.

With respect specifically to animal studies of fluoride, two important issues have not been addressed by NTP. One issue is that laboratory animals typically require much higher exposures (by a factor of 5 to 20) to achieve the same level of fluoride in bone or similar levels of toxic effects.[94] Too often, animal studies have been dismissed as having used exposures seemingly much higher than anticipated human exposures, when in fact this demonstrates the much higher sensitivity of humans than animals to fluoride toxicity.

A second issue is that discussions of animal studies have uniformly failed to address the fact that a large proportion of human babies[95] are fed formula prepared with fluoridated tap water, resulting in the highest human exposures at the earliest and most vulnerable ages, while no analogous exposure is included in animal studies.[96] Milk of humans and all other mammalian species reported contains extremely low concentrations of fluoride, regardless of the mother's intake, thus acting to protect the newborn from ingestion of fluoride.[97] In the animal studies of fluoride toxicity, exposure may occur *in utero* (from mothers exposed to fluoride during pregnancy) or after weaning, but not during the time that the infants are entirely dependent on their mothers' milk. Studies may vary in the timing of exposure of the mothers or offspring, and failure to consider this issue with respect to animal studies probably contributes to the difficulties in their interpretation.

An additional line of evidence that could support increased confidence in NTP's finding of neurotoxic effects of fluoride is the body of mechanistic studies, which were not treated in detail by NTP.[98] In particular, given the importance of maternal thyroid function to normal

---

[92] The NTP's findings are discussed in my earlier report (June 27, 2019) in this case (pp. 12-13) and in my Trial Declaration (pp. 22-25). NTP's 2015 report identified 30 animal studies of learning and memory that were not at high risk of bias and concluded that there was "a moderate level-of-evidence for a pattern of findings suggestive of an effect on learning and memory in rats treated during development or adulthood" (NTP 2015, p. 1). In its updated 2016 report, NTP considered a total of 32 studies (NTP 2016, p. vi). Additional animal studies of fluoride neurotoxicity published since the NTP's 2016 report have reported effects on learning and memory, depressive effects, and biochemical changes (e.g., Dominguez et al. 2021; Ferreira et al. 2021; Bartos et al. 2022; Souza-Monteiro et al. 2022; Bittencourt et al. 2023).

[93] NTP's exclusion of all animal studies on learning and memory is one of the issues that NASEM was critical of in its 2021 review (NASEM 2021a, p. 5). "[T]he committee disagrees that a large number of epidemiologic studies generally negates the value of animal studies in hazard determination."

[94] NRC (2006), pp. 98-99, 442-446. This issue was discussed in my earlier report (June 27, 2019) in this case (pp. 58-59) and in my Trial Declaration (p. 50).

[95] While the Centers for Disease Control and Prevention (CDC) currently recommends that infants be exclusively breastfed for the first 6 months of life, with continued breastfeeding until 1 year old, in practice, 16.8% of newborns in the U.S. are never breastfed, and only 24.9% are exclusively breastfed for 6 months (https://www.cdc.gov/breastfeeding/data/facts.html, data for 2019). Thus approximately 75% of U.S. infants receive at least some formula by age 6 months, which in most cases will be prepared with tap water.

[96] This issue was discussed in detail in my earlier report (June 27, 2019) in this case (especially pp. 40-44, 59) and in my Trial Declaration (pp. 59-66).

[97] See my earlier report (June 27, 2019) in this case (pp. 13-14, 24, 40-41) and my Trial Declaration (p. 26). See also NRC (2006), pp. 33, 36.

[98] NTP May 2022 Monograph, pp. 71-75, Appendix F; NTP September 2022 Monograph, pp. 71-75, Appendix F.



neurodevelopment, NTP should note the consistency of elevated TSH in human studies (both low- and high-risk of bias) and should attempt to (re)evaluate thyroid effects in both human and animal studies. There are several routes by which fluoride could affect thyroid function, depending partly on adequacy of iodine intake;[99] thus NTP should concentrate on TSH levels in the study subjects and not expect consistency in effects on T3 or T4 levels. Other mechanisms by which fluoride could affect neurodevelopment include direct effects on the brain and neural tissues, biochemical effects in the brain, oxidative stress, and effects on gene regulation.[100]

## IV. Real and perceived limitations and weaknesses of NTP's assessment should be considered in the context of EPA's own final, peer-reviewed risk evaluations.

The NTP's assessment, both its monograph and its meta-analysis, has been subjected to extensive, and apparently unprecedented,[101] external review, including a round of peer review by 5 external experts (the typical course for an NTP monograph); two rounds of peer review by NASEM; and continuous input from agencies in HHS that promote water fluoridation (e.g., CDC, FDA, and NIDCR).[102,103]

In its peer review of the September 2020 draft of NTP's monograph, NASEM agreed that NTP had adequately addressed many of the issues that NASEM had raised in its initial review.[104]

---

[99] NRC (2006), pp. 233-236.

[100] See my earlier report (June 27, 2019) in this case (p. 21) and in my Trial Declaration (pp. 29, 31-32).

[101] Declaration of Former NTP Director, Linda Birnbaum, Jan. 26, 2023, ¶¶ 27-28: "I am not familiar with any prior instances where an NTP monograph, which had cleared external peer review, was not published. Nor am I familiar with prior instances where an NTP monograph, which had cleared external peer review, was subjected to additional inter-agency review. I understand, however, that officials at CDC's Division of Oral Health and the National Institute of Dental and Craniofacial Research (NIDCR) objected to the fluoride monograph being published, and that the monograph has been submitted for another round of peer review by NTP's Board of Scientific Counselors (BSC) to address CDC's and NIDCR's criticisms. As someone who believes deeply in NTP's science-based mission, I am concerned by the recent course of events with the fluoride monograph. The decision to set aside the results of an external peer review process based on concerns expressed by agencies with strong policy interests on fluoride suggests the presence of political interference in what should be a strictly scientific endeavor." Email from NTP Scientific Director Brian Berridge, May 25, 2023: "As I've shared, this experience is unprecedented." Email from NTP Scientific Director Brian Berridge, May 12, 2022: "I have significant concerns that the level of engagement on this scientific product has crossed the line from rigorous peer review to ensure balance and accuracy to one that could be construed as attempting to influence the outcomes."

[102] NTP's scientists considered the Monograph to be complete and ready for publication by May 2022. Email from Mary Wolfe, May 12, 2022 ("[W]e believe the current findings, as stated in the monograph, reflect the scope of our evaluation and the available scientific evidence and no revision is needed."); Email from Mary Wolfe, April 28, 2022 ("At this time the analysis and the conclusions are set. We are not requesting comment….").

[103] Health Canada anticipated publication of the NTP report by the end of May 2022 and considered NTP's review to be of very high quality. "Since our last update, there has been many published epi studies showing an association between F levels in drinking water and potential neurocognitive outcomes in children. We consider the NTP systematic review as a very high quality monograph and we used dose-response data from their meta-analysis of relevant epi studies to perform BMD modelling. We are waiting for the expected official publication of this report at the end of the month so that we can cite this report." Email from Richard Carrier, May 11, 2022.

[104] NASEM (2021a): "The committee finds that NTP has addressed many of the issues regarding methods in its revisions of the draft monograph but notes that some further improvements would be useful" (p. 4). "NTP has done excellent work in responding to concerns about a potentially biased selection of studies" (p. 6). "[T]he committee's prior concerns regarding exposure misclassification appear to have been adequately addressed" (p. 8). "The committee found the meta-analysis to be a valuable addition to the monograph and acknowledges the tremendous amount of work that was required" (p. 11). "NTP provides a reasonably thorough and appropriate evaluation of publication bias" (p.



NASEM, however, identified a number of areas that, in its view, could still be further improved. The "major problem with the report," NASEM stated, "is not related to missing or misinterpreted information, but rather with how the underlying research and its evaluations are presented by NTP."[105]

In this section, I will address some of the criticisms that have been levied against the NTP assessment. To avoid the dilemma that arises from judging quality in a vacuum, however, I will consider the criticisms of NTP's assessment in the context of EPA's own risk evaluations. Since EPA's risk evaluations satisfy all of TSCA's scientific requirements,[106] the EPA evaluations present a helpful standard by which to assess the importance of the criticisms raised against NTP's fluoride assessment.

### IV.1. The transparency and clarity of NTP's assessment compare favorably with EPA's risk evaluations.

NASEM's major criticism of NTP's monograph, in both its 2020[107] and 2021[108] reviews, was on how NTP *presented* its assessment, not on whether the science supported NTP's conclusions. The thrust of NASEM's recommendations was to improve the "clarity and transparency" of NTP's analysis.[109] NASEM offered similar criticisms of EPA's own approach to systematic review under TSCA, concluding that EPA's own approach "does not meet the criteria of 'comprehensive, workable, objective, and transparent.'"[110]

Protocol

In terms of clarity and transparency, NTP's assessment compares favorably to EPA's risk evaluations. For example, while NASEM criticized discrete aspects of the protocol for NTP's 2020 draft review (e.g., for failing to make clear how closely the protocol follows NTP's handbook),[111] EPA's risk evaluations did not have any protocol prior to the commencement of the reviews.[112] Instead, EPA merged protocol development together with the problem formulation and data collection phases of the process.[113] NASEM identified this as a significant deficiency that diminished the transparency of EPA's risk evaluations.[114] In this regard, NTP's review compares

---

12). "Overall, NTP has done a good job of identifying and extracting the underlying epidemiologic information that it needs to evaluate the possible neurodevelopmental effects of fluoride" (p. 14). "Overall, the revised monograph seems to include a wealth of evidence and a number of evaluations that support its main conclusion" (p. 14). "The revised monograph is much improved from the initial draft that the committee reviewed" (p. 14).

[105] NASEM (2021a), p. 14. Subsequent to NASEM's 2021 review of NTP's fluoride assessment, the NTP revised the monograph to address NASEM's concerns.

[106] Deposition of Stanley Barone, July 24, 2023, pp. 257-259.

[107] NASEM (2020), p. 5 ("[T]he committee does not find that NTP has adequately supported its conclusion. That finding does not mean that the conclusion is incorrect; rather, further analysis or reanalysis as noted in the present report is needed to support conclusions in the monograph.").

[108] NASEM (2021a), p. 3 ("It is important to note that the committee did not conduct its own independent evaluation of the evidence, nor did it conduct a data audit; both were outside its scope.").

[109] NASEM (2021a), p. 14-15.

[110] NASEM (2021b), p. 7.

[111] NASEM (2021a), p. 4.

[112] NASEM (2021b), p. 6 and 26.

[113] NASEM (2021b), p. 4.

[114] NASEM (2021b), p. 6, "The committee found that transparency of the entire risk evaluation process is compromised across all of its elements. Neither clear questions nor protocols have been developed for the systematic reviews. Consequently, the review process is not documented from its start, and clarity is lacking when the review is finished and published."



*Food and Water Watch v. EPA*                    *Thiessen Third Supplemental Report*

favorably to EPA's risk evaluations, as NTP had a peer-reviewed protocol prior to the commencement of its review.[115,116]

<u>Evidence Integration</u>

NTP's assessment also compares favorably to EPA's evaluation in the clarity and transparency of its evidence synthesis and integration. For example, NTP has a clear framework that explains the different criteria for each of its hazard confidence rankings, from high, to medium, to low, to very low.[117] By contrast, the EPA had no such criteria or standards to guide its own hazard confidence rankings, and instead made confidence determinations in a non-structured and seemingly *ad hoc* manner, with little explanation of the factors that separated high, medium, and low confidence rankings.[118]

In commenting on EPA's evidence integration procedures, NASEM noted that "without a clear, documented approach to evidence synthesis and to integration, [EPA's] risk evaluation process becomes unworkable because staff have to decide on approaches for these critical steps for each new evaluation rather than relying on a protocol or guidance."[119] NASEM explained that "the transparency of the entire risk evaluation is compromised because in addition to not developing clear questions for the systematic reviews, there are no protocols for the reviews or to guide the synthesis step. Consequently, the review process is not documented or prespecified from its start, and clarity is lacking when the review is finished and published."[120]

<u>Narrative Discussion</u>

NASEM criticized NTP for using "impressionistic and haphazard" language in its narrative review of the studies, noting that NTP "does not provide a clear rationale for why some findings are reported and others are not."[121] Previously, in its 2020 review, NASEM criticized NTP for using the word "consistent" to describe results across studies with different outcome measurements, different ages of children, and different study designs.[122] NASEM called on NTP to engage in a more exacting assessment of consistency to ensure that the studies being compared permit like-to-like comparisons.[123]

NTP has revised its monograph to address NASEM's recommendations, but its narrative discussion of the literature was no more "haphazard" than EPA's risk evaluations. In its 1-BP evaluation, for example, EPA notes "the general consistency" of the findings on developmental toxicity several times in its review, without engaging in a specific endpoint-by-endpoint comparison across the studies to show that the results remain consistent when taking a more granular view of the specific endpoint (e.g., litter size, postnatal survival, pup body weight, brain weight, implantation sites, etc), dosages, and timing of exposure.[124] Similarly, in its PCE evaluation, EPA notes that "animal studies provide support for the [neurotoxic] effects seen in

---

[115] https://ntp.niehs.nih.gov/sites/default/files/ntp/ohat/fluoride/protocol_fluoridejune2017_508.pdf
[116] NTP later issued revised versions of the protocol to address recommendations that it received from NASEM, and which guided NTP's revisions to the 2019 draft.
[117] NTP (2019), p. 45-64; NTP May 2022 Monograph, pp. 20-22; NTP September 2022 Monograph, pp. 20-22.
[118] Deposition of Stanley Barone, July 24, 2023, pp. 72-73.
[119] NASEM (2021b), p. 6.
[120] NASEM (2021b), p. 26.
[121] NASEM (2021a), p. 10.
[122] NASEM (2020), pp. 41-42.
[123] NASEM (2020), pp. 41-42.
[124] USEPA (2020b), pp. 202, 211.



humans," but provides a very cursory summary of the animal literature to demonstrate this, with no discussion of how the cited animal findings support the observed effects in humans, nor any discussion of the criteria EPA used to determine which animal studies to cite in its short 3-paragraph narrative summary.[125] Later, in its weight of the evidence summary of PCE and neurotoxicity, EPA states that the neurotoxic effects observed in humans are supported "by both clinical and mechanistic findings in animals," without explaining the basis for this statement.[126]

My point here is not that EPA was substantively wrong in its 1-BP or PCE assessments. Rather, my point is that the type of exacting language that NASEM has called on NTP to provide goes beyond what EPA provides in its own qualitative reviews of hazards under TSCA. Indeed, a side-by-side comparison of NTP's discussion of the human epidemiological evidence on fluoride and IQ[127] and EPA's discussion of the critical (non-cancer) endpoints in its own risk evaluations[128] will show that NTP's discussion is far more detailed, and far more thorough, than the short and concise summaries of the literature that EPA typically provides.

*IV.2. If NTP followed EPA's approach to hazard assessment under TSCA, NTP would not use the descriptor of "High" to describe the fluoride exposures associated with reduced IQ.*

Several commenters, particularly the HHS agencies,[129,130,131] have criticized NTP for failing to use the word "high" to describe the fluoride exposures that have been associated with reduced IQ, and/or for failing to sufficiently emphasize the (purportedly) high exposures of fluoride that are associated with adverse effects. This criticism, which is misguided for many reasons, would apply with much greater force to EPA's own hazard evaluations under TSCA. In EPA's hazard assessments under TSCA, EPA has rarely characterized the exposures associated with the critical effects as high – even when the exposures are 2 to 3 orders of magnitude higher than the human exposure level. Instead, EPA's focus in its hazard identification inquiry is on whether the chemical has been reliably associated with the endpoint, not on whether the doses can be qualitatively characterized as "high" or "low."

---

[125] USEPA (2020f), p 297.

[126] USEPA (20020f), p. 326.

[127] NTP May 2022 Monograph, pp. 25-55, 76-80; NTP September 2022 Monograph, pp. 25-55, 76-81.

[128] I refer here to the Hazard Identification, Weight of the Evidence, and Confidence/Uncertainty sections for the critical endpoints, which are the sections from EPA's risk evaluations that are most analogous to NTP's evaluation of fluoride in the monograph. *E.g.*, USEPA (2020b), pp. 195-196, 202-203, 233-234, 295-298; USEPA (2020f), pp. 293-297, 326, 351, 445; USEPA (2020c), pp. 344-345, 350-352, 377-379, 459-460; USEPA (2020d), pp. 135-137, 169-171, 227-228 (no weight of the evidence section); USEPA (2020g), pp. 160-164, 175-177, 200-202, 247-248; USEPA (2020i), pp. 226-230, 235-238, 267-269 and 338-339.

[129] See, for example, the federal agency comments that have been reproduced (along with NTP's responses) on pages 12-13, 24, 31-32, 41, 55, and 82-83 of the NTP BSC Working Group report.

[130] The BSC Working Group recommended that NTP use the descriptors "relatively high" or "high" fluoride exposure when referring to comparisons between the exposed and control groups. NTP BSC Working Group Report, p. 9.

[131] NASEM has made contradictory comments on this issue. In its 2020 review, NASEM wrote "The discussion section of the monograph provides an informal assessment of the evidence with regard to exposure range and declares that the positive results are based largely on exposures greater than those used for fluoridation. The basis of that inference is not apparent, and it seems to contradict the earlier assertion that nearly all the studies are positive, including ones that assessed lower exposures" (NASEM 2020, p. 44). In its 2021 review, NASEM wrote: "Much of the evidence presented in the report comes from studies that involve relatively high fluoride concentrations. Little or no conclusive information can be garnered from the revised monograph about the effects of fluoride at low exposure concentrations (less than 1.5 mg/L)" (NASEM 2021a, p. 14).



The following are typical examples of how EPA has described the association between the chemical and the critical effect:

> Overall, there is evidence in high-quality animal studies to support adverse reproductive and developmental effects following 1-BP exposure.[132]

> Overall, based on numerous identified functional outcomes in human studies supported by both clinical and mechanistic findings in animals, neurotoxicity following PCE exposure is supported by the weight of the scientific evidence.[133]

> Overall, based on limited human evidence and evidence in multiple animal species from highly rated studies, there is evidence to support non-cancer liver effects following methylene chloride exposure.[134]

> Animal toxicity studies provided evidence of thyroid perturbation associated with HBCD exposure, including altered levels of thyroid hormones, histological changes, and increased thyroid weight, with effects observed across multiple lifestages.[135]

The irony with the criticism levied against the NTP for failing to adequately use the word "high" as a descriptor of the causative exposures is that the doses of fluoride associated with IQ loss are actually *far closer to, or coinciding with,* the human exposure level than are the doses associated with harm for most of the chemicals in EPA's first 10 risk evaluations.

*IV.3. Heterogeneity in results across observational studies of different populations with different study designs is to be expected and does not call into question NTP's conclusions.*

One of the strengths of NTP's assessment is its inclusion of an extensive meta-analysis of the fluoride/IQ studies, which further strengthens the causal inference that can be drawn from the epidemiological data. NTP's meta-analysis represents a comparative strength of its assessment vis-à-vis EPA's risk evaluations, as EPA has not used this analytical tool to assess the evidence it its risk evaluations. However, some of the commenters (i.e., the HHS agencies and BSC Working Group) have called on NTP to moderate its conclusions in the meta-analysis given the high level of heterogeneity in the data. This criticism is misplaced, as discussed herein.

First, it has been recognized that "When combining observational studies, heterogeneity of populations (eg, US vs international studies), design (eg, case-control vs cohort studies), and outcome (eg, different studies yielding different relative risks that cannot be accounted for by sampling variation) is expected."[136]

Second, NTP's treatment of heterogeneity is consistent with NTP's handbook, which provides that a high level of heterogeneity is not a serious issue when the point estimates are in the same direction,[137] which is the case with fluoride.[138] Figure 9 shows an example from the NTP Handbook of a high level of heterogeneity that does not pose a serious issue.[139]

---

[132] USEPA (2020b), p. 202.
[133] USEPA (2020f), p. 326.
[134] USEPA (2020a), p. 287.
[135] USEPA (2020c), p. 350.
[136] Stroup et al. (2000).
[137] NTP (2019), p. 56, Table 11.
[138] Taylor et al., July 2022 draft meta-analysis manuscript, Figure 2, eFigure 7, and eFigures 12-16.
[139] NTP (2019), p. 56, Table 11.





Fig. 9. An example of heterogeneity that is "not serious" (from NTP 2019, p. 56, Table 11).

The level of heterogeneity in Figure 9 is almost identical to the level of heterogeneity that NTP found for fluoride in its main mean-effects analysis (i.e., $I^2 = 0.86$ vs. $I^2 = 0.87$).[140] NTP's treatment of high heterogeneity in its fluoride analysis is thus consistent with NTP's pre-established criteria. NASEM was in concurrence with this approach, noting that the marked consistency in the direction of effect "should be emphasized more" in NTP's discussion of heterogeneity.[141] As NASEM explained:

> Heterogeneity can also be assessed by providing a count or percentage of the number of studies to the right or left of the null value. Some would consider that a much simpler, more intuitive, and perhaps more useful way of assessing heterogeneity, especially in light of the marked differences between the studies in design, study populations, exposure and outcome assessment methods, and statistical analyses. Although that approach should not be used as the sole basis of conclusions, it can be a useful first step in exploring why heterogeneity might exist.[142]

### IV.4. NTP was justified in not including the Ibarluzea (2022) study in the monograph.

The CDC criticized NTP's systematic review for not including the Ibarluzea et al. (2022) study from Spain, which reported a positive association between maternal fluoride and IQ in boys,[143] and the Aggeborn and Öhman (2021) study from Sweden,[144] which found no association between estimated fluoride exposure and test performance.[145] The NTP was justified for not

---

[140] Taylor et al. July 2022 draft meta-analysis manuscript, p. 8.

[141] NASEM (2021a), p. 12.

[142] NASEM (2021a), p. 12.

[143] While a detailed review of the Ibarluzea study was beyond the scope of my analysis, the large discrepancies in the results (a) when the authors restricted their analysis to boys in the non-fluoridated or fluoridated areas (Supplemental Table 21, which was incorrectly labeled Supplemental Table 2) and (b) when the authors used mg F/g creatine (e.g., +11.48 GCI for boys) or mg F/L (e.g., -1.79 GCI for boys) as the metric for maternal urinary fluoride, raise questions about the study's outlier findings. https://hawcproject.org/epi/outcome/36278/.

[144] According to NTP: "With respect to Aggeborn and Öhman (2021), we examined this study when it was published as a non-peer-reviewed white paper in 2017 and it was excluded then as non-peer-reviewed reference. It was determined that including this study would not impact our confidence conclusions for multiple reasons: 1) it is a high risk-of-bias ecological study; 2) it would also fall under other neurodevelopmental (non-IQ) studies; and 3) it uses cognitive tests that are not specified." NTP BSC Working Group Report, p. 17.

[145] NTP BSC Working Group Report, p. 17.



including either of these studies in its systematic review because both studies were published after the NTP's literature cut-off date. It would have been cherry picking for NTP to divert from its procedure to include these two post-cutoff studies, unless NTP was to conduct another systematic review of the post-cutoff studies (or extend its systematic review to a later cutoff date) to ensure it captured *all* available new studies. Had NTP done such a review, it would have found many more studies that further support NTP's conclusions, including a prospective cohort study from the PROGRESS cohort that found a significant association between dietary fluoride intake and reduced IQ in boys,[146] a new prospective cohort study finding that iodine deficiency interacts with maternal fluoride exposure to exacerbate the impact on IQ in boys,[147] more cross-sectional studies associating fluoride with reduced IQ;[148] and many additional animal studies linking fluoride to neurotoxic outcomes,[149] including several from a research team (Buzalaf and colleagues) that has a long history of promoting fluoride for oral health.[150]

## V. The risk-related factors that EPA considers under the Amended TSCA strongly support a determination of unreasonable risk for fluoridation chemicals in drinking water.

Under the Amended TSCA, where a risk is indicated through the Margin of Exposure analysis (as is the case for fluoridation), EPA considers "risk related factors" to determine if the risk is *unreasonable*.[151] The factors that EPA considers include:

- Severity of the hazard (e.g., whether the effect is adverse, reversible, etc);[152]
- Duration, frequency, magnitude, and pattern of exposures under the condition of use;[153]
- Population involved with the condition of use, including the number of people and whether there are susceptible subsets of the population being potentially exposed;[154]
- Confidence in the information used to inform the hazard and exposure values, including strengths, weaknesses, and uncertainties associated with the information.[155]

Each of these factors supports a determination of unreasonable risk for fluoridation of water.

*Severity of the Hazard*:

As part of its unreasonable risk determination, EPA will consider the nature of the health endpoint at issue, including its severity and reversibility.[156] With fluoridation, the critical endpoint is IQ loss, with 95th percentile maternal urinary fluoride levels exceeding the BMCL (benchmark concentration level, based on a benchmark response (BMR) of 1 IQ point) by a factor of approximately 10 (i.e., MOE = ~0.1).[157] EPA has recognized that chemical-induced IQ loss is an

---

[146] Cantoral et al. (2021).

[147] Goodman et al. (2022).

[148] For example, Ali et al. (2023); Feng et al. (2023); Valdez-Jiminez et al. (2023).

[149] For example, Dominguez et al. (2021); Bartos et al. (2022).

[150] Ferreira et al. (2021); Souza-Monteiro et al. (2022); Bittencourt et al. 2023.

[151] Deposition of Stanley Barone, July 24, 2023, pp. 48-90; PCE Risk Evaluation, p. 500; HBCD Risk Evaluation, p. 468.

[152] Deposition of Stanley Barone, July 24, 2023, p. 53; HBCD Risk Evaluation, p. 468.

[153] Deposition of Stanley Barone, July 24, 2023, p. 48; PCE Risk Evaluation, p. 500.

[154] Deposition of Stanley Barone, July 24, 2023, pp. 59-60, 88-90; PCE Risk Evaluation, p. 500; HBCD Risk Evaluation, p. 468.

[155] Deposition of Stanley Barone, July 24, 2023, p. 61; PCE Risk Evaluation, p. 500; HBCD Risk Evaluation, p. 468.

[156] Deposition of Stanley Barone, July 24, 2023, p. 53; HBCD Risk Evaluation, p. 468.

[157] Till et al. (2018), Table S4; Grandjean et al. (2022).



adverse effect that warrants regulatory action. According to EPA's representative, Dr. Stanley Barone: "EPA's on record for looking at IQ and IQ decrements in a number of risk assessments and that has been the critical effect in a number of risk assessments."[158] Dr. Barone further noted that "with our developmental risk assessment guidelines and with our neurotoxicity guidelines we would consider a developmental effect particularly on function as an important and critical adverse effect."[159]

*Duration, Frequency, Magnitude and Pattern of Exposures Under the Condition of Use:*

As Dr. Barone explained at his deposition, EPA is often confronted with trying to assess exposure for manufacturing processes for which no direct monitoring data are available.[160] As such, EPA is left trying to determine how much it can extrapolate from studies of other conditions of use. In this context, information on the duration, frequency, magnitude and/or pattern of exposures is "critically important" to guiding these extrapolations.[161] Whether there is information on these factors, and the quality of this information, will thus "inform the uncertainty for the exposure assessment and inform the strength of the evidence."[162]

Unlike with data-poor manufacturing processes, there is little uncertainty about the nature and extent of fluoride exposure from fluoridated drinking water. As discussed in my Trial Declaration,[163] there is an abundant and reliable body of exposure data,[164] to understand human exposure to fluoride from drinking water, including the duration (lifelong), frequency (daily), magnitude (i.e., an intentional concentration of ~0.7 mg/L), and patterns (e.g., age-related changes in intake, including during the first 12 months of life). There is also substantial published data on the relationship between water fluoride and urinary fluoride, particularly among pregnant women.[165] This risk-related factor thus highlights the strength of the exposure evidence that exists for fluoridation.[166]

*The Population Exposed:*

Dr. Barone explained that EPA considers both the total number of people impacted by the condition of use, as well as whether the impacted group includes susceptible subsets of the population.[167] Knowing the total number of people involved with the condition of use helps to understand the extent of potential exposure and risk.[168] (There is greater potential for variability in response to the toxicant when the impacted population is large and diverse.[169]) If there is evidence showing that a known susceptible population is being exposed under the condition of use, EPA

---

[158] Deposition of Stanley Barone, July 24, 2023, p. 54.
[159] Deposition of Stanley Barone, July 24, 2023, p. 57.
[160] Deposition of Stanley Barone, July 24, 2023, pp. 79-80.
[161] Deposition of Stanley Barone, July 24, 2023, pp. 57-58, 79-80.
[162] Deposition of Stanley Barone, July 24, 2023, pp. 57-58.
[163] See my earlier report (June 27, 2019) in this case (pp. 65-66) and my Trial Declaration (pp. 53-56).
[164] EPA's Exposure Factors Handbook (USEPA 2019), for example, presents nationally representative water consumption data that shows the percentage of people who drink community water, and the distribution of intake across the population, including heavy water drinkers (e.g., 95th percentile) and susceptible populations (e.g., infants and pregnant mothers). (See Figures 2 and 3 in this report.)
[165] E.g., Till et al. (2018); Thippeswamy et al. (2021).
[166] A less-well characterized population subgroup for the water fluoridation conditions of use is workers at water plants, especially those directly involved with the fluoridation chemicals.
[167] Deposition of Stanley Barone, July 24, 2023, pp. 59-60, 88-90.
[168] Deposition of Stanley Barone, July 24, 2023, p. 89.
[169] Deposition of Stanley Barone, July 24, 2023, p. 90.



would consider this "an important part of the characterization for the unreasonable risk determination."[170] This is because "TSCA specifically asked us to consider sentinel exposure groups and PESS (potentially exposed and susceptible populations) in our considerations of population."[171]

This risk-related factor strongly supports the unreasonable risk determination for fluoridation, as it is a condition of use that directly affects the ~200 million people who have fluoridation chemicals added to their drinking water,[172] and indirectly affects the remainder of the population who are regularly exposed to fluoridation chemicals through processed beverages and foods that are made with fluoridated water. To put these numbers in perspective, EPA has found unreasonable risks for conditions of use that affect less than 500,[173] and as few as 56[174] and 75[175] people, which is less than 0.0000025% of the population impacted by fluoridation. To put it another way, if water fluoridation caused IQ loss in only 0.0000025% of the population, it would still harm more people than the entire populations involved[176] with conditions of use that EPA has found to present unreasonable risk.

Further, as I have previously explained, it is known that large numbers of susceptible individuals are being exposed each year to fluoride through fluoridation, including over 2 million pregnant women, and about 400,000 exclusively formula-fed babies.[177]

*Confidence in the Hazard and Exposure Data:*

Another risk-related factor that EPA considers in its unreasonable risk analysis is the confidence it has in the hazard and exposure data that underlie the Margin of Exposure estimates. Naturally, the greater the confidence, the stronger the basis there is for an unreasonable risk determination. However, EPA does not require high confidence in either the hazard or exposure data,[178] and EPA has repeatedly made unreasonable risk determinations where it lacks high confidence in both (see Tables 1 and 2). In its PV29 risk evaluation, for example, EPA made unreasonable risk determinations where it had *low* confidence in *both* the hazard and exposure data, including for conditions of use that impacted only 56 people.[179]

<u>Hazard Data</u>

For the hazard data, in its first 10 risk evaluations, EPA made a case-by-case determination of whether there is a "robust" or "likely" association between the chemical and the hazard at the levels used in the hazard studies.[180] If the data supported a "robust association,"[181] EPA assigned

---

[170] Deposition of Stanley Barone, July 24, 2023, pp. 59-60.
[171] Deposition of Stanley Barone, July 24, 2023, p. 59.
[172] The CDC's most recent estimate is that 209,145,650 people live in communities with fluoridated water. https://www.cdc.gov/fluoridation/statistics/index.htm
[173] Deposition of Stanley Barone, July 24, 2023, p. 124.
[174] USEPA (2021a), pp. 49, 79, 90.
[175] USEPA (2020f), pp. 156, 477, 513; Deposition of Stanley Barone, July 24, 2023, p. 108-115.
[176] As Dr. Barone explained, not everyone involved with a condition of use will necessarily be exposed to the chemical. Deposition of Stanley Barone, July 24, 2023, p. 89.
[177] See my Trial Declaration, pp. 58, 65-66.
[178] Deposition of Stanley Barone, July 24, 2023, pp. 93, 105-106.
[179] USEPA (2021a), pp. 49, 79, 82, 90.
[180] Deposition of Stanley Barone, July 24, 2023, pp. 64, 67-68.
[181] According to Dr. Barone, a "robust association" means that a causal association has been demonstrated at the exposure ranges used in the hazard studies. Deposition of Stanley Barone, July 24, 2023, p. 68.



high confidence, whereas if the data supported a "likely association," EPA would assign medium confidence.[182] EPA's assessment of the association was on exposures examined in the hazard studies,[183] which were often orders of magnitude higher than the human exposures.[184]

In the case of fluoride, the current hazard evidence, as reviewed by NTP, is at least as strong as the neurotoxicity evidence that EPA found to be sufficient for PCE. This is particularly so when considering that the epidemiological studies on fluoride, including high-quality birth cohort studies, have detected the association between fluoride and neurotoxicity *at the human exposure level under the condition of use*, as well as at average levels that are just marginally higher. Among pregnant women, the central tendency (50th percentile) and the high-end (95th percentile) urinary fluoride levels exceed the BMCL by factors of about 3 (MOE = 0.3) and 10 (MOE = 0.1), respectively.[185]

By contrast, in EPA's risk evaluation for PCE, EPA had to extrapolate from a LOAEL (from epidemiology studies) that was *96 times higher than the exposure level* in order to find a risk of neurotoxicty for ONUs with central tendency exposures in the spot/dry cleaning industry.[186] The determination of neurotoxic risk from fluoridation requires far less extrapolation than the determination of neurotoxic risk for this condition of PCE use.[187] This, in turn, significantly reduces the uncertainty in the hazard data for fluoride.[188]

While NTP was not able to draw any conclusions about the mechanisms by which fluoride causes IQ loss, EPA does not require a known mechanism to have confidence in the hazard data.[189] Nor does EPA require that the evidence base be free of contradictory findings[190] or uncertainties.[191] Uncertainty is pervasive to the practice of risk assessment,[192] and some uncertainty is to be expected in the fluoride database. The presence of some contradictory findings or uncertainties (e.g., sex-specific effects) in the epidemiological studies of fluoride/IQ is not a basis for foregoing a risk determination, particularly when considering the remarkably consistent direction of the

---

[182] EPA did not state this in its risk evaluations. I am relying here, therefore, on the testimony of EPA's representative, Dr. Barone. Deposition of Stanley Barone, July 24, 2023, pp. 64, 67-68.
[183] Deposition of Stanley Barone, July 24, 2023, p. 68.
[184] E.g., Deposition of Stanley Barone, July 24, 2023, pp. 55, 136, 162, 182.
[185] Grandjean et al. (2022); Till et al. (2018), Table S4.
[186] USEPA (2020f), pp. 176-182.
[187] EPA appears to recognize that evidence of hazards under the actual condition of use, while rare, is a risk-related factor that contributes to the confidence in the hazard data (USEPA 2020c, p. 468, noting that "the effects of the chemical substance on health and human exposure to such substance under the conditions of use" is a factor that the Agency considers in its unreasonable risk assessment).
[188] EPA recognizes that the larger the Benchmark MOE is, the larger the uncertainty in the risk estimates (USEPA 2020f, p. 499). In the PCE risk evaluation, EPA used a Benchmark MOE of 100, which is a relatively high Benchmark.
[189] Deposition of Stanley Barone, July 24, 2023, pp. 197, 201.
[190] For example, in the NMP risk evaluation, EPA selected infertility as the critical non-cancer endpoint for chronic exposure, despite the fact that 3 of the 6 animal studies that investigated the issue failed to find the effect (USEPA 2020i, pp. 226, 269). Similarly, in the HBCD risk evaluation, EPA selected thyroid effects as the critical non-cancer endpoint for chronic exposure, despite the fact that most of the epidemiological studies on the issues failed to find an association between HBCD exposure and thyroid effects in humans (USEPA 2020c, pp. 344, 350, 358).
[191] Deposition of Stanley Barone, July 24, 2023, pp. 119-121.
[192] NRC (1983), p. 11.



association, and the biological plausibility of the hazard during the prenatal and infancy lifestages.[193]

<u>Exposure Data</u>

In its first 10 risk evaluations, EPA's confidence in the exposure data was based on the relevance of the exposure information to the condition of use, whether there was any modeling or monitoring data to assess the exposures, whether the monitoring data were based on a statistically robust sample (as opposed to a "more anecdotal or case-study like representation of exposure"), and whether the data "characterize[d] the population variability in the exposure."[194] EPA's confidence was thus significantly increased if the exposure values were based on robust monitoring data that describes the variability in exposure.[195]

The exposure data for fluoridation of water warrant a strong confidence ranking under the considerations that EPA has identified. There is extensive, statistically robust, and directly relevant monitoring data available for fluoride exposure from drinking water. Moreover, these data characterize the exposures for three critical population subsets of concern for fluoride exposure: pregnant women, infants, and high-end water consumers (e.g., 95th percentile). The available water consumption data thus reflect the variability in exposure across the general population, including for susceptible subsets of the population. Additionally, there is a large dataset now available on the urinary fluoride levels in pregnant women living in fluoridated areas, which also reflects the variability in exposure, including the 50th and 95th percentile exposures.[196] Taken together, the water intake and urinary fluoride data provide highly relevant and reliable information on the distribution of exposures across the population, and permit a high level of confidence in the exposure values underlying the risk estimates.

---

[193] I discussed the evidence supporting the plausibility of an effect during pregnancy and infancy in my Trial Declaration. See pp. 57-66.
[194] Deposition of Stanley Barone, July 24, 2023, p. 74.
[195] Deposition of Stanley Barone, July 24, 2023, p. 76.
[196] Till et al. (2018).



**REFERENCES**

Aggeborn, L., and Öhman, M. 2021. The effects of fluoride in drinking water. Journal of Political Economy 129(2):465-491.

Ali, M., Ahmad, M.S., Acevedo-Dudque, Á., Irfan, M., and Abbas, H. 2023. Evaluating the influence of fluoridated water on the intelligence level of children: On the path towards a greener future. Fluoride 56(1):75-83.

Bartos, M., Gumilar, F., Baier, C.J., Dominguez, S., Bras, C., Cancela, L.M., Minetti, A., and Gallegos, C.E. 2022. Rat developmental fluoride exposure affects retention memory, leads to a depressive-like behavior, and induces biochemical changes in offspring rat brains. Neurotoxicology 93:222-232.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., Peterson, K.E., Ettinger, A.S., Wright, R., Zhang, Z., Liu, Y., Schnaas, L., Mercado-García, A., Téllez-Rojo, M.M., and Hernández-Avila, M. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Environmental Health Perspectives 125(9):097017.

Bittencourt, L.O., Dionizio, A., Ferreira, M.K.M., Aragão, W.A.B., Cartágenes, S.deC., Puty, B., Maia, C.doS.F., Zohoori, F.V., Buzalaf, M.A.R., and Lima, R.R. 2023. Prolonged exposure to high fluoride levels during adolescence to adulthood elicits molecular, morphological, and functional impairments in the hippocampus. Scientific Reports 13:11083.

Broadbent, J.M., Thomson, W.M., Ramrakha, S., Moffitt, T.E., Zeng, J., Foster Page, L.A., and Poulton, R. 2015. Community water fluoridation and intelligence: Prospective study in New Zealand. American. Journal of Public Health 105(1):72-76.

Cantoral, A., Téllez-Rojo, M.M., Malin A.J., Schnaas, L., Osorio-Valencia, E., Mercado, A., Martínez-Mier, E.A., Wright, R.O., and Till, C. 2021. Dietary fluoride intake during pregnancy and neurodevelopment in toddlers: A prospective study in the PROGRESS cohort. Neurotoxicology 87:86-93.

Dominguez, S., Lencinas, I., Bartos, M., Gallegos, C., Bras, C., Mónaco, N., Minetti, A., and Gumilar, F. 2021. Neurobehavioral and neurochemical effects in rats offspring co-exposed to arsenic and fluoride during development. Neurotoxicology 84:30-40.

Dong, H., Yang, X., Zhang, S., Wang, X., Guo, C., Zhang, X., Ma, J., Niu, P., and Chen, T. 2021. Associations of low level of fluoride exposure with dental fluorosis among U.S. children and adolescents, NHANES 2015-2016. Ecotoxicology and Environmental Safety 221:112439.

Feng, Z., An, N., Yu, F., Ma, J., Li, N., Du, Y., Guo, M., Xu, K., Hou, X., Li, Z., Zhou, G., and Ba, Yue. 2022. Do methylenetetrahydrofolate dehydrogenase, chclohydrolase, and formyltetrahydrofolate synthetase 1 polymorphisms modify changes in intelligence of school-age children in areas of endemic fluorosis? Chinese Medical Journal 135(15):1846-1854.

Ferreira, M.K.M., Aragão, W.A.B., Bittencourt, L.O., Puty, B., Dionizio, A., de Souza, M.P.C., Buzalaf, M.A.R., de Oliveira, E.H., Crespo-Lopez, M.E., and Lima, R.R. 2021. Fluoride exposure during pregnancy and lactation triggers oxidative stress and molecular changes in hippocampus of offspring rats. Ecotoxicology and Environmental Safety 208:111437.

Goodman, C.V., Hall, MN., Green, R., Chevrier, J., Ayotte, P., Martinez-Mier, E.A., McGuckin, T., Krzeczkowski, J., Flora, D., Hornung, R., Lanphear, B., and Till, C. 2022. Iodine status



modifies the association between fluoride exposure in pregnancy and preschool boys' intelligence. Nutrients 14:2920.

Grandjean, P., Hu, H., Till, C., Green, R., Bashash, M., Flora, D., Tellez-Rojo, M.M., Song, P.X.K., Lanphear, B., and Budtz-Jørgensen, E. 2022. A benchmark dose analysis for maternal pregnancy urine-fluoride and IQ in children. Risk Analysis 42(3):439-449.

Green, R., Lanphear, B., Hornung, R., Flora, D., Martinez-Mier, E.A., Neufeld, R., Ayotte, P., Muckle, G., and Till, C. 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatrics 173(10):940-948.

Hung, M., Hon, E.S., Mohajeri, A., Moparthi, H., Vu, T., Jeon, J., and Lipsky, M.S. 2023. A national study exploring the association between fluoride levels and dental fluorosis. JAMA Network Open 6(6):e2318406.

Ibarluzea, J., Gallastegi, M., Santa-Marina, L., Zabala, A.J., Arranz, E., Molinuevo, A., Lopez-Espinosa, M.-J., Ballester, F., Vallanueva, C.M., Riano, I., Sunyer, J., Tardon, A., and Lertxundi, A. 2022. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1- to 4 years old children. Environmental Research 207:112181.

National Academies of Sciences, Engineering, and Medicine (NASEM). 2018. Progress Toward Transforming the Integrated Risk Information System (IRIS) Program: A 2018 Evaluation. Washington, DC: The National Academies Press.

National Academies of Sciences, Engineering, and Medicine (NASEM). 2020. Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects. Washington, DC: The National Academies Press.

National Academies of Sciences, Engineering, and Medicine (NASEM). 2021a. Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effets: A Letter Report. Washington, DC: The National Academies Press.

National Academies of Sciences, Engineering, and Medicine (NASEM). 2021b. The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations. Washington, DC: The National Academies Press.

National Academies of Sciences, Engineering, and Medicine (NASEM). 2023. Building Confidence in New Evidence Streams for Human Health Risk Assessment. Lessons Learned from Laboratory Mammalian Toxicity Tests. Washington, DC: The National Academies Press.

National Research Council (NRC). 1983. Risk Assessment in the Federal Government: Managing the Process. Washington, DC: The National Academies Press.

National Research Council (NRC). 1994. Science and Judgment in Risk Assessment. Washington, DC: The National Academies Press.

National Research Council (NRC). 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, DC: The National Academies Press.

National Research Council (NRC). 2009. Science and Decisions: Advancing Risk Assessment. Washington, DC: The National Academies Press.

National Toxicology Program (NTP). 2015. Systematic Review on the Neurobehavioral Toxicity



*Food and Water Watch v. EPA*                                    *Thiessen Third Supplemental Report*

of Fluoride in Animal Studies. National Institute of Environmental Health Sciences, National Toxicology Program Office of Health Assessment and Translation (June 2015).

National Toxicology Program (NTP). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC: National Toxicology Program (July 2016).

National Toxicology Program (NTP). 2019. Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. National Institute of Environmental Health Sciences, Division of the National Toxicology Program, Office of Health Assessment and Translation (OHAT) (March 4, 2019).

National Toxicology Program (NTP). 2022. NTP Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Systematic Review. Research Triangle Park, NC: NTP Monograph 08 (May 2022 Monograph).

National Toxicology Program (NTP). 2022. NTP Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Systematic Review. Research Triangle Park, NC: NTP Monograph 08 (September 2022 Monograph).

National Toxicology Program (NTP). 2023. NTP Board of Scientific Counselors Working Group Report on the Draft State of the Science Monograph and the Draft Meta-Analysis Manuscript on Fluoride (NTP BSC Working Group Report, April 2023).

Soto-Barreras, U., Excalante-Villalobs, K.Y., Holgu®ín-Loya, B., Perez-Aguirre, B., Nevárez-Rascón, A., Martínez-Martínez, R.E., and Loyola-Rodríguez, J.P. 2019. Effect of fluoride in drinking water on dental caries and IQ in children. Fluoride 52(3 Part 3):474-482.

Souza-Monteiro, D., Ferreira, M.K.M., Bittencourt, L.O., Aragão, W.A.B., de Oliveira, I.G., Maia, C.S.F., Freire, M.A.M., Zohoori, F.V., Buzalaf, M.A.R., and Lima, R.R. 2022. Intrauterine and postnatal exposure to high levels of fluoride is associated with motor impairments, oxidative stress, and morphological damage in the cerebellum of offspring rats. International Journal of Molecular Sciences 23:8556.

Stroup, D.F., Berlin, J.A., Morton, S.C., Olkin, I., Williamson, G.D., Rennie, D., Moher, D., Becker, B.J., Sipe, T.A., and Thacker, S.B., for the Meta-analysis of observational studies in epidemiology (MOOSE) Group. 2000. Meta-analysis of observational studies in epidemiology. A proposal for Reporting. JAMA 283(15):2008-2012.

Taylor, K.W., Eftim, S.E., Sibrizzi, C.A., Blain, R.B., Magnuson, K., Hartman, P.A., Rooney, A.A., and Bucher, J.R. 2022. Association between fluoride exposure and children's intelligence: A systematic review and meta-analysis. (draft meta-analysis manuscript, July 2022).

Thippeswamy, H.M., Kumar, M.N., Girish, M., Prashanth, S.N., and Shanbhog, R. 2021. Linear regression approach for predicting fluoride concentrations in maternal serum, urine and cord blood of pregnant women consuming fluoride containing drinking water. Clinical Epidemiology and Global Health 10:100685.

Till, C., Green, R., Grundy, J.G., Hornung, R., Neufeld, R., Martinez-Mier, E.A., Ayotte, P., Muckle, G., and Lanphear, B. 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environmental Health Perspectives 126(10):107001



Till, C., Green, R., Flora, D., Hornung, R., Martinez-Mier, E.A., Blazer, M., Farmus, L., Ayotte, P., Muckle, G., and Lanphear, B. 2020. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environment International 134:105315.

U.S. Environmental Protection Agency (USEPA). 2014. Guidance for Applying Quantitative Data to Develop Data-Derived Extrapolation Factors for Interspecies and Intraspecies Extrapolation. Washington, DC: U.S. Environmental Protection Agency, Office of the Science Advisor, EPA/100/R-14/002F (September 2014).

U.S. Environmental Protection Agency (USEPA). 2019. Update for Chapter 3 of the Exposure Factors Handbook. Ingestion of Water and Other Select Liquids. Washington, DC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment, EPA/600/R-18/259F (February 2019).

U.S. Environmental Protection Agency (USEPA). 2020a. Risk Evaluation for Methylene Chloride (Dichloromethane, DCM), EPA-740-R1-8010 (June 2020).

U.S. Environmental Protection Agency (USEPA). 2020b. Risk Evaluation for 1-Bromopropane (n-Propyl Bromide), EPA-740-R1-8013 (August 2020).

U.S. Environmental Protection Agency (USEPA). 2020c. Risk Evaluation for Cyclic Aliphatic Bromide Cluster (HBCD), EPA-740-R1-8006 (September 2020).

U.S. Environmental Protection Agency (USEPA). 2020d. Risk Evaluation for Carbon Tetrachloride (Methane, Tetrachloro-), EPA-740-R1-8014 (October 2020).

U.S. Environmental Protection Agency (USEPA). 2020e. Risk Evaluation for Trichloroethylene, EPA-740-R1-8008 (November 2020).

U.S. Environmental Protection Agency (USEPA). 2020f. Risk Evaluation for Perchloroethylene (Ethene, 1,1,2,2-Tetrachloro-), EPA-740-R1-8011 (December 2020).

U.S. Environmental Protection Agency (USEPA). 2020g. Risk Evaluation for 1,4-Dioxane, EPA-740-R1-8007 (December 2020).

U.S. Environmental Protection Agency (USEPA). 2020h. Risk Evaluation for 1,4-Dioxane: Systematic Review Supplemental File: Data Quality Evaluation of Human Health Hazard Studies, Animal and *In Vitro* Studies (December 2020).

U.S. Environmental Protection Agency (USEPA). 2020i. Risk Evaluation for n-Methylpyrrolidone (2-Pyrrolidinone, 1-Methyl-) (NMP), EPA-740-R1-8009 (December 2020).

U.S. Environmental Protection Agency (USEPA). 2020j. Risk Evaluation for Asbestos: Part 1: Chrysotile Asbestos, EPA-740-R1-8012 (December 2020).

U.S. Environmental Protection Agency (USEPA). 2021a. Risk Evaluation for C.I. Pigment Violet 29 (Anthra[2,1,9-def:6,5,10-d'e'f']diisoquinoline-1,3,8,10(2H,9H)-tetrone), EPA-740-R-18-015 (January 2021).

U.S. Environmental Protection Agency (USEPA). 2021b. Risk Evaluation for C.I. Pigment Violet 29 (Anthra[2,1,9-def:6,5,10-d'e'f']diisoquinoline-1,3,8,10(2H,9H)-tetrone): Systematic Review Supplemental File: Data Quality Evaluation of Human Health Hazard Studies (January 2021).



Valdez-Jiménez, L., Valdez-Jiménez, L.M., Marín-Barba, P., and Pérez-Vega, M.I. 2023. Correlation analysis of fluoride levels and cognitive test performances in the adult population exposed to water consumption with high concentrations of fluoride. Fluoride 56(1):2-8.

World Health Organization (WHO). 2022. Guidelines for Drinking-Water Quality. Fourth edition incorporating the first and second addenda. Geneva: World Health Organization.



# Goodman et al. (2022a)

# Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6–12 years in the ELEMENT cohort

# HHS Public Access
Author manuscript

*Environ Res.* Author manuscript; available in PMC 2023 February 01.

Published in final edited form as:
*Environ Res.* 2022 August ; 211: 112993. doi:10.1016/j.envres.2022.112993.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

# Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6–12 years in the ELEMENT cohort

Carly V. Goodman[a], Morteza Bashash[b], Rivka Green[a], Peter Song[c], Karen E. Peterson[c], Lourdes Schnaas[d], Adriana Mercado-García[e], Sandra Martínez-Medina[d], Mauricio Hernández-Avila[f], Angeles Martinez-Mier[g], Martha M. Téllez-Rojo[e,*], Howard Hu[b], Christine Till[a]

[a]Faculty of Health, York University, Toronto, Ontario, Canada

[b]Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada

[c]School of Public Health, University of Michigan, Ann Arbor, MI, USA

[d]Instituto Nacional de Perinatología, Mexico City, Mexico

[e]Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

[f]Instituto Nacional del Seguro Social, Mexico City, Mexico

[g]Indiana University School of Dentistry, Indianapolis, IN, USA

## Abstract

**Objective:** Prenatal exposure to fluoride has been associated with adverse neurodevelopmental outcomes. However, the neuropsychological profile of fluoride's developmental neurotoxicity at low levels and the stability of this relationship across childhood has not been characterized. We investigated the longitudinal and domain specific effect of prenatal fluoride exposure on IQ among children ages 4, 5, and 6–12 years in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort.

**Methods:** We measured the average of maternal urinary fluoride at each trimester of pregnancy adjusted for creatinine (MUF$_{CRE}$). Children were administered the McCarthy Scales of Children's Abilities at ages 4 (N = 386) and 5 (N = 308), and the Wechsler Abbreviated Scale of Intelligence at age 6–12 (N = 278). We used generalized estimating equation (GEE) models to estimate the population averaged effect of MUF$_{CRE}$ concentration on longitudinal General Cognitive Index (GCI)/Full-Scale IQ (FSIQ), Verbal IQ (VIQ), and Performance IQ (PIQ) scores (N = 348). We tested for possible interactions between MUF$_{CRE}$ and child sex as well as for MUF$_{CRE}$ and time point on children's IQ. All models controlled for relevant available covariates.

*Corresponding author. Universidad 655, Col. Santa María Ahuacatitlán, Cuernavaca, Morelos, 62100, Mexico. mmtellez@insp.mx (M.M. Téllez-Rojo).

Declaration of competing interest
The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

Appendix A. Supplementary data
Supplementary data to this article can be found online at https://doi.org/10.1016/j.envres.2022.112993.

**Results:** The mean/median MUF$_{CRE}$ concentration was 0.90/0.83 mg/L (SD = 0.39; IQR, 0.64–1.11 mg/L). A 0.5 mg/L increase in MUF$_{CRE}$ predicted an average 2.12-point decrease in GCI/FSIQ (95% CI: −3.49, −0.75) and 2.63-point decrease in PIQ (95% CI: −3.87, −1.40). MUF$_{CRE}$ was marginally associated with VIQ across time (B = −1.29, 95% CI: −2.60, 0.01). No interactions between MUF$_{CRE}$ and child sex or MUF$_{CRE}$ and time were observed.

**Conclusion:** The negative association between prenatal fluoride exposure and longitudinal IQ was driven by decrements in non-verbal intelligence (i.e. PIQ), suggesting that visual-spatial and perceptual reasoning abilities may be more impacted by prenatal fluoride exposure as compared to verbal abilities.

**Keywords**

Fluoride; Pregnancy; Longitudinal; IQ; Verbal intelligence; Non-verbal intelligence; Neurodevelopment

## 1.  Introduction

Fluoride is added to drinking water and salt for the prevention of dental caries (CDC, 2016). Other sources of fluoride include fluoridated dental products and supplements, certain foods that absorb naturally occurring fluoride, such as green and black tea, and foods that are sprayed with fluoride-containing pesticides (i.e., grapes; Nutrient Data Laboratory, 2015; Zohoori et al., 2013). Recent studies conducted in the United States (Abduweli Uyghurturk et al., 2020), Canada (Till et al., 2018), and Mexico (Thomas et al., 2016; Castiblanco-Rubio et al., 2021) have reported positive associations between fluoride from dietary sources, including drinking water and salt, and urinary fluoride levels in pregnant women. Because of its ubiquity and its ability to pass through the placenta and blood-brain barrier to reach the fetal brain (Agency for Toxic Substances and Disease Registry, 2003), the safety of fluoride exposure in pregnancy has received much attention, both in endemic fluorosis areas (Jiménez et al., 2017) and communities that have fluoridation programs (Green et al., 2019; Bashash et al., 2017).

While it is not disputed that fluoride is a developmental neurotoxicant at high exposure levels, there are relatively few studies that have assessed fluoride's potential neurotoxicity at levels found in fluoridated areas (i.e., 0.7 mg/L), particularly for pregnant women and young infants. In 2021, the National Toxicology Program (National Toxicology Program, 2020) conducted a systematic review on the impact of fluoride on neurodevelopmental outcomes. The NTP identified two high-quality prospective birth cohort studies that were conducted in Mexico City where salt is fluoridated at 250 ppm (Bashash et al., 2017) and in Canada where drinking water is fluoridated at 0.7 mg/L (Green et al., 2019). Both cohort studies found a 4-to 6-point lower Full-Scale IQ score in children per 1 mg/L increase in maternal urinary fluoride level; in the Canadian cohort the effect of maternal urinary fluoride on IQ was only found in boys while the effect of drinking water fluoride level on IQ was found in both boys and girls.

Most human developmental toxicology studies focus on global or composite test scores, such as Full-Scale IQ, which are derived from a diverse set of tasks (Kamphaus, 2019).

While global outcomes are considered highly significant from a public health (Lanphear, 2015) and economic standpoint (Gould, 2009), a low composite score does not convey specific information about the child's intellectual and cognitive profile. When there are strengths and weaknesses in a cognitive profile, the use of a composite score may have high sensitivity, but at the cost of low specificity (Fiorello et al., 2007). Partitioning Full-Scale IQ into domain specific intellectual abilities, such as verbal and nonverbal skills, may reveal particular cognitive domains that are more sensitive to neurotoxic exposures or may be differentially affected over time (Bellinger et al., 2016). For example, studies have demonstrated that prenatal and early-life lead exposure is more strongly associated with non-verbal intelligence compared to verbal intelligence between the ages of 2–7 (Bellinger et al., 1991; Desrochers-Couture et al., 2018; Dietrich et al., 1991, 1993; Factor-Litvak et al., 1999; Jusko et al., 2008; Wasserman et al., 1997). Similarly, prenatal and early-life fluoride exposure has been associated with greater deficits in non-verbal abilities than verbal abilities in preschool years (Till et al., 2020; Farmus et al., 2021; Cantoral et al., 2021); however, other studies examining early-life exposure to fluoride did not find observe this profile (Ibarluzea et al., 2021) or did not report verbal and non-verbal intelligence (Bashash et al., 2017). Whether non-verbal intelligence is associated with early life exposure to fluoride over the course of child development has not been examined.

In the present study, we examined the longitudinal and domain specific effects (i.e., verbal and nonverbal intelligence) of prenatal fluoride exposure on IQ in mother-child dyads from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort. Since our prior publication on this cohort (Bashash et al., 2017), we received additional maternal urinary fluoride and creatinine data enabling us to examine children's IQ at three separate time points (age 4, 5, and 6–12 years) and using a larger sample size at each time point relative to our prior work. We also examined the potential for sex-specific effects based on findings that boys may be more susceptible to prenatal exposure than girls (Cantoral et al., 2021; Comfort and Re, 2017; Green et al., 2019, 2020; Torres-Rojas and Jones, 2018).

## 2. Methods

### 2.1. Study sample

The ELEMENT project enrolled mother-child pairs from three hospitals in Mexico City serving low to middle income families. Participants were recruited as part of four longitudinal birth cohort studies and are described in a recent cohort profile paper (see Perng et al., 2019). Of the four cohorts, cohorts 2 A and 3 had prenatal information and archived maternal urine samples collected during pregnancy. Cohort 2 A included 327 women recruited between 1997 and 1999 for an observational study of prenatal lead exposure and neurodevelopment outcomes in children (Hu et al., 2006). Cohort 3 included 670 women recruited between 2001 and 2003 for a randomized trial of the effect of calcium supplementation during pregnancy on maternal blood levels (Ettinger et al., 2009). Women were included in cohorts 2 A and 3 if they were planning to conceive or were pregnant at less than 14 weeks gestation and intended to reside in Mexico City for at least five years. Women were excluded if they reported a history of psychiatric disorders or substance use, a high-risk pregnancy, and other medical conditions (see Bashash et al., 2017). For

the purpose of the current study, women from cohorts 2 A and 3 were included if they were at least 18 years of age, had at least one biobanked urine sample collected during pregnancy available for fluoride analysis, a urinary creatinine concentration, and if their child underwent IQ testing at the ages of 4, 5, or 6–12 years.

The institutional review boards of the National Institute of Public Health of Mexico, University of Toronto, University of Michigan, Indiana University, and Harvard T.H. Chan School of Public Health and participating clinics approved the study procedures. Participants were informed of study procedures prior to signing an informed consent required for participation in the study.

## 2.2.  Measures

### 2.2.1.  Maternal urinary fluoride (MUF) concentration—Spot (second morning void) urine samples were collected during one or more trimesters of pregnancy. The samples were collected into fluoride-free containers and immediately frozen at the field site. Samples were then shipped and stored at $-20\ °C$ at the Harvard School of Public Health (HSPH), and then at $-80\ °C$ at the University of Michigan School of Public Health (UMSPH). All urine samples were analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane (Sigma Chemical Co., USA) microdiffusion method with the ion-selective electrode (Martinez-Mier et al., 2011).

To account for variations in urinary dilution, each trimester MUF value (mg/L) was adjusted for urinary creatinine (prior to calculating the overall average MUF concentration) using this formula (Thomas et al., 2016; Till et al., 2018):

$$MUF_{CRE(mg/L)} = (MUF_i / CRE_i)\ *\ CRE_{avg}$$

where $MUF_{CRE\ (mg/L)}$ is the creatinine adjusted fluoride concentration, $MUF_i$ is the observed fluoride concentration, $CRE_i$ is the observed creatinine concentration for that individual, and $CRE_{avg}$ is the average creatinine concentration of the sample available at each trimester.

The average creatinine concentration ($CRE_{avg}$) value used at each trimester were derived from the sample of participants in cohorts 2 A and 3 with MUF data at trimester 1, 2, and 3: 100.13, 83.34, and 71.42 (mg/L), respectively. After calculating MUFCRE, extreme outliers (values greater than 3.5 standard deviations from the mean) were dropped (consistent with Bashash et al., 2017). An average of all available maternal urinary fluoride adjusted for creatinine concentrations ($MUF_{CRE}$) during pregnancy (maximum 3 samples and minimum one sample) was computed and used as the exposure measure.

### 2.2.2.  Assessment of intelligence—Trained psychologists administered the McCarthy Scales of Children's Abilities (MSCA; McCarthy, 1991) to children aged 4 and 5, translated into Spanish. The MSCA includes 18 subtests which yield scores on five domains: perceptual-performance, verbal, quantitative, memory, and a motor index. For the purposes of this study, we included children assessed on two of the five domains given our

primary interest in examining the differential effects of fluoride on verbal and performance intelligence; specifically, children were assessed on the verbal scale (VIQ; a measure of verbal reasoning and comprehension) and the perceptual-performance scale (PIQ; a measure of nonverbal reasoning and perceptual information processing), which are each made up of seven subtests. Children were also assessed on the General Cognitive Index (GCI), which is the standardized composite score derived from the verbal, perceptual-performance, and quantitative scales produced by the MSCA.

Trained psychologists administered the Spanish version of Wechsler Abbreviated Scale of Intelligence (WASI; Wechsler, 1999) to children aged 6–12 years. The WASI includes four subtests; Vocabulary and Similarities are combined to provide estimates for Verbal (VIQ; a measure of verbal reasoning and comprehension), Block Design and Matrix Reasoning are combined to provide estimates for Performance (PIQ; a measure of nonverbal reasoning and spatial processing), and Full-Scale intelligence (FSIQ; a measure of global intellectual functioning) is the composite score of all 4 subtests.

Each child was evaluated by one of three psychologists who was unaware to the child's prenatal fluoride exposure and supervised by an experienced developmental psychologist (L.S.). The inter-examiner reliability of the psychologists on the MSCA was evaluated by having all three psychologists participate in assessments on a set of 30 individuals. For these 30 participants, one examiner would administer and score the MSCA; the other two psychologists observed the assessment and scored the test independent from the person who was administering the test. Each psychologist was observed for 10 of the 30 participants. The intraclass correlation coefficient ($r > 0.90$) was evaluated by calculating the correlation in GCI scores (standardized for age and sex). Inter-examiner reliability was not examined on the WASI test. All raw scores were standardized (mean = 100; SD = 15) for age.

**2.2.3.   Covariates**—We used the same covariates from a previous publication based on factors associated with fluoride and children's intellectual abilities (Bashash et al., 2017). These included maternal education (coded as number of years), maternal age at delivery, marital status at delivery (coded as married: yes/no), maternal smoking (coded as ever smoked: ever/never), gestational age (in weeks), weight at birth (in kilograms), birth order (coded as first child: yes/no), child age (in years and months) at each outcome measurement (i.e., MSCA at age 4, MSCA at age 5, and WASI between age 6–12), and cohort (coded as: Cohort 2 A, Cohort 3 + Ca supplement, and Cohort 3 + placebo). Given that we adjusted for maternal education (a proxy for IQ), and to preserve a larger sample size due to missing data, we did not include maternal IQ as a covariate in our main models, however, we included it as a covariate in sensitivity analyses. A continuous measure of quality of home environment using the Home Observation for Measurement of the Environment (HOME) - Revised Edition (Caldwell and Bradley, 1984) translated into Spanish was available on a subset of the cohort and therefore included as a covariate in sensitivity analyses (see Bashash et al., 2017 for more details). Furthermore, maternal one-month post-partum patella bone lead, and tibia bone lead were available on a subset of the cohort and were included in sensitivity analyses, to determine whether their inclusion significantly altered the results (Gomaa et al., 2002).

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**2.2.4.   Statistical analyses**—Descriptive statistics were computed for exposure and outcome variables, as well as model covariates. Chi-square tests for categorical covariates and t-tests for continuous covariates were used to test for sampling differences amongst our included sample and the excluded sample with data on $MUF_{CRE}$. Pearson correlation coefficients were used to determine the correlation between IQ scores at each time point (age 4, 5, and 6–12).

To estimate the average effect of $MUF_{CRE}$ exposure on children's IQ scores across time, we used generalized estimating equation (GEE) population averaged models for panel data with an autoregressive correlation structure. The panel data were ordered by timepoint, such that time one represented IQ testing at age 4, time two represented IQ testing at age 5, and time three represented IQ testing between the ages of 6–12. Individuals were included in the model if they had data for at least two time points; thus, using the first-order autoregressive structure enabled us to take into account the correlation between IQ scores even if observations were unequally spaced in time.

In supplemental analyses, we ran age-stratified multiple linear regression analyses to estimate the individual associations between $MUF_{CRE}$ exposure and children's IQ scores at each time point (i.e., age 4, 5, and 6–12). Regression diagnostics did not reveal any model specification issues and confirmed that absence of collinearity (all variance inflation factors <4.5) in any of the models. Model residuals were approximately normally distributed, and in sensitivity analyses, extreme outliers depicted in Q-Q plots did not substantially change the results. When we plotted model residuals against model fitted values, there were no indications that the assumption of linearity or heteroscedasticity was violated.

To assess whether sex might be an effect modifier, we re-estimated all models with interactions between child sex and $MUF_{CRE}$ concentration. We also tested the stability of the effect of $MUF_{CRE}$ on IQ scores by including assessment time point by MUFcre interaction in all GEE models.

We used a statistical significance level of $\alpha = 0.05$, two-tailed for all tests. We report coefficients corresponding to a 0.5 mg/L increase in $MUF_{CRE}$ which represents the approximate difference between the 25th and 75th percentile of $MUF_{CRE}$ in our sample. All analyses were conducted using STATA version 17.0 (STATA corporation).

**2.2.5.   Sensitivity analyses**—As previously mentioned, sensitivity analyses were conducted with maternal IQ, HOME scores, maternal one-month post-partum patella bone lead, and tibia bone lead added to the model, to determine whether their inclusion significantly altered the results. Consistent with Bashash et al. (2017), participants in Cohort 3 randomized to the calcium intervention were excluded given the potential impact of calcium on fluoride (Mulualem et al., 2021). Models were also examined excluding IQ scores less than 70 to ensure that very low IQ scores were not influential outliers. Models were further examined including the number/timing of urine samples provided (i.e., trimester 1, 2, 3, 1 and 2, 1 and 3, 2 and 3, or 1 and 2 and 3) as a covariate. Moreover, children's quantitative scores on the MSCA were examined. These were not included in the

primary analyses as there is no equivalent measure on the WASI to examine longitudinal changes in our GEE analyses.

## 3.   Results

### 3.1.   Sample characteristics

Out of the 997 mothers from cohorts 2 A and 3, 971 were at least 18 years of age. Of the 971, 585 had urinary fluoride and urinary creatinine measured for at least one trimester (6 were excluded for having $MUF_{CRE}$ concentrations greater than 3.5 standard deviations from the mean). Of the 585 mothers with $MUF_{CRE}$ data, 391 had MSCA data at age 4, 314 had MSCA data at age 5, and 282 had WASI data at age 6–12. The final sample included 348 mother-child dyads with complete covariate, $MUF_{CRE}$, and outcome data for at least two time points (see Fig. 1); from hereon, this sample is referred to as the primary sample.

Table 1 describes the sociodemographic characteristics of the mother-child dyads included in the current analysis. Mothers were approximately 27 years old at delivery and had on average 11 years of education. The majority of mothers were married (~70%) and about one-third were nulliparous (~34%). Roughly half of the participants reported ever smoking (~49%).

The current study sample consisted of about 36% of women from cohort 2 A, 35% from cohort 3-Ca, and 29% from cohort 3-Placebo. The mean birth weight of the children was within normal range (~3.13 kg) and the mean gestational age was within a full-term pregnancy (~39 weeks). Children's age at outcome testing ranged from 3 years and 8 months to 11 years and 9 months. Approximately half of the sample was male (~48%). Demographic characteristics of the 348 mother-child dyads with $MUF_{CRE}$ and IQ data did not significantly differ from the subset of participants without complete IQ data on any of the demographic characteristics other than the percentage of people from each cohort (n = 210; Supplemental Table 1)

### 3.2.   $MUF_{CRE}$ data

The mean/median $MUF_{CRE}$ concentration in our primary sample was 0.90/0.83 mg/L (SD = 0.39; range, 0.14–3.01 mg/L). Of the 348 mother-child dyads in our primary sample, 55 had $MUF_{CRE}$ data from each of the three trimesters; 141 had data from two of the three trimesters ($n$ = 102, T1 and T2; $n$ = 29, T1 and T3; and $n$ = 10, T2 and T3); and 152 had data from one of the three trimesters ($n$ = 72, T1; $n$ = 64, T2; and $n$ = 16, T3).

### 3.3.   IQ data

The mean scores of, and the correlation between, the MSCA and WASI are shown in Table 2. GCI/FSIQ, PIQ, and VIQ scores across ages 4, 5 and 6–12 years were moderately to highly correlated, with correlations decreasing across time (r values ranging from 0.49 to 0.76).

Author Manuscript                    Author Manuscript                    Author Manuscript                    Author Manuscript

### 3.4.   Effects of MUF$_{CRE}$ on IQ

#### 3.4.1.   GEE population-averaged models—We observed statistically significant negative associations between MUF$_{CRE}$ concentration and GCI/FSIQ and PIQ scores (Table 3). Specifically, after covariate adjustment, every 0.5 mg/L increase in MUF$_{CRE}$ concentration was significantly associated with an average 2.12-point decrease in GCI/FSIQ (95% CI: −3.49, −0.75, $p = .002$) and 2.63-point decrease in PIQ (95% CI: −3.87, −1.40, $p < .001$) across age. The association of MUF$_{CRE}$ concentration with VIQ across age was negative but only of borderline statistical significance (B = −1.29, 95% CI: −2.60, 0.01, $p = .053$). No interactions were observed between MUF$_{CRE}$ and time in any of the models. Similarly, no interactions were observed between MUF$_{CRE}$ and child sex (i.e., all $p$ values > .10). Fig. 2 shows the longitudinal relationship between MUF$_{CRE}$ and IQ outcomes.

#### 3.4.2.   Linear regression analyses—In Supplemental Table 2, we found a significant negative relationship between MUF$_{CRE}$ concentration and FSIQ and PIQ at ages 4 and 5. Specifically, at age 4, we observed a 2.12-point decrease in FSIQ (95% CI: −3.83, −0.41, $p = .015$) and a 3.08-point decrease in PIQ (95% CI: −4.69, −1.47, $p < .001$) for every 0.5 mg/L increase in MUF$_{CRE}$ concentration. At age 5, we observed a 1.97-point decrease in FSIQ (95% CI: −3.64, −0.30, $p = .021$) and a 2.46-point decrease in PIQ (95% CI: −4.04, −0.87, $p = .003$) for every 0.5 mg/L increase in MUF$_{CRE}$ concentration. At both ages 4 and 5, MUF$_{CRE}$ concentration was not significantly associated with VIQ. At ages 6–12 years, we observed a significant negative association between MUF$_{CRE}$ concentration and all three IQ outcomes. Specifically, for every 0.5 mg/L increase in MUF$_{CRE}$ concentration, we observed a 2.01-point decrease in FSIQ (95% CI: −3.66, −0.46, $p = .012$), a 1.80-point decrease in PIQ (95% CI: −3.39, −0.21, $p = .027$), and a 1.93-point decrease in VIQ (95% CI: −3.67, −0.18, $p = .031$). No interactions were observed between MUF$_{CRE}$ and child sex in any of the models (i.e., all $p$ values > .10).

### 3.5.   Sensitivity analyses

The inclusion of number/timing of urine samples, maternal IQ, HOME scores, patella bone lead, or tibia bone lead in our GEE population-averaged models predicting FSIQ/GCI and PIQ, did not substantially alter the results. Similarly, the exclusion of participants with IQ scores less than 70 or in cohort 3 randomized to the calcium supplementation did not significantly affect our GEE population-averaged models predicting FSIQ/GCI and PIQ. The inclusion of maternal IQ and patella lead resulted in slightly more negative coefficients for our GEE population-averaged models predicting VIQ (see Supplemental Table 3). Models examining the effects of fluoride on the quantitative scale of the MSCA at ages 4 and 5 were non-significant (data not shown).

## 4.   Discussion

We examined the association between prenatal fluoride exposure and IQ scores in children of mothers included in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) study. Consistent with past research conducted on a smaller number of mother-child dyads from this cohort (Bashash et al., 2017), an increment of 0.5 mg/L in maternal urinary fluoride concentration was associated with a 2-point decrement in children's Full-

Scale IQ scores. Results remained consistent when we averaged IQ scores across ages 4, 5, and 6–12 or looked at fluoride-IQ associations separately at each age. We then examined the domain specific effects for the association between prenatal fluoride exposure and children's intelligence. Using a repeated-measures approach, results showed that higher maternal urinary fluoride (MUF$_{CRE}$ exposure was significantly associated with deficits in non-verbal intelligence (PIQ) and marginally associated with deficits in verbal intelligence (VIQ). These findings indicate that the association between prenatal fluoride exposure and IQ is stable over time, and that visual-spatial and perceptual reasoning abilities may be more impacted by fluoride exposure as compared to verbal abilities.

While we found that prenatal fluoride exposure was more negatively associated with PIQ than VIQ using a repeated-measures approach, our age-stratified analyses only indicated this pattern at ages 4 and 5. Between ages 6–12, prenatal fluoride exposure was significantly associated with decreases in *both* PIQ and VIQ, perhaps reflecting the use of an abbreviated measure (i.e. WASI) to assess intelligence as opposed to the full-length MSCA used with pre-school-aged children. Our findings of lower non-verbal intelligence in preschool years are in line with previous studies conducted in Canada and Mexico. Specifically, a Canadian prospective cohort study found that every 0.5 mg/L increase in prenatal fluoride exposure was significantly associated with a 4-point decrement in PIQ in boys but not similarly associated with VIQ in boys at age 3–4 (Farmus et al., 2021). A recent prospective study conducted in Mexico City on the PROGRESS cohort found that higher dietary fluoride intake during pregnancy was associated with poorer non-verbal abilities in boys at age 2 (Cantoral et al., 2021). In contrast, a study conducted in Spain found that higher maternal urinary fluoride was positively associated with IQ in boys at age 4 (Ibarluzea et al., 2021). However, the positive association between maternal urinary fluoride and higher verbal and performance IQ was driven by those living in non-fluoridated communities and further, was attenuated when adjusting for other neurotoxicants.

Despite consistencies with the Canadian and Mexican study with the specificity of our findings on non-verbal intelligence, we did not similarly find boys to be more vulnerable than girls in the current cohort. This discrepancy may reflect differences in contextual factors, such as socioeconomic status that interact with sex-specific genetic expressions or a lack of statistical power to detect effect modification with precision (Bellinger, 2000). Given these mixed findings, child sex should continue to be investigated in relation to fluoride neurotoxicity.

One reason for the stronger effects of fluoride on non-verbal intelligence, especially at younger ages, may relate to the influence of modifiable environmental factors. Within the context of neurotoxic exposures, social and parenting factors have been found to account for 40% or more of the variance in children's neurocognitive outcomes (Weiss, 2000), emphasizing the importance of the home environment. A more enriched home environment, involving parental responsiveness, involvement, and acceptance, as well as social, academic, and language stimulation, predicts greater verbal intelligence in young children (Luster and Dubow, 1992). Thus, our findings showing a marginal negative association between fluoride exposure and verbal abilities at earlier ages may reflect a potential buffering effect of the home environment. Future research is needed to explore whether the home environment may

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

differentially influence offspring outcomes and whether other outcomes, such as executive functioning and self-regulation, may also be affected (Morawska et al., 2019; Shonkoff et al., 2016) in the context of chemical exposures.

Another reason why non-verbal skills may be more vulnerable to prenatal fluoride exposure may relate to the mechanism of fluoride neurotoxicity. There is evidence from animal (Bobek et al., 1976; Cinar and Selcuk, 2005; Wang et al., 2009) and human studies (Chaitanya et al., 2018) that disruption to thyroid function may be involved. Thyroid hormones play an important role in brain development (Bernal, 2005), especially during early fetal development when the fetus is entirely dependent on maternal thyroid hormone but also from mid-gestation until birth when the fetus is partially dependent on maternal thyroid hormone (Morreale de Escobar, 2001; Thorpe-Beeston et al., 1991). Several studies demonstrate that low maternal free T4 is associated with decreased intelligence in children (Haddow et al., 1999; Henrichs et al., 2010; Julvez et al., 2013; Korevaar et al., 2016), and a recent meta-analysis of thyroid function and child IQ in 9036 mother-child dyads from Spain, the Netherlands, and the United Kingdom, found that decreased free T4 in early pregnancy was associated with a significant decrease in non-verbal intelligence (decrease of 3.9 points) but not in verbal intelligence (Levie et al., 2018). Taken together, fluoride exposure across pregnancy may cause reductions in maternal thyroid hormone, which in turn may result in more pronounced effects on non-verbal intelligence. Future research should explore free T4 as a mediator between prenatal fluoride exposure and non-verbal intelligence in children.

Lastly, there is neurochemical evidence from some (Ferreira et al., 2021; Niu et al., 2018; Qian et al., 2013), but not all (McPherson et al., 2018), animal studies that fluoride alters synaptic structures of the hippocampus. Further, fluoride has been found to be related to spatial learning and memory impairment in mice (Jiang et al., 2014) and human studies have demonstrated a direct role of the hippocampus in higher-order visual-spatial perception (Lee et al., 2012). Therefore, non-verbal skills may be more susceptible to prenatal fluoride exposure due to fluoride's impact on the hippocampus.

## 5.  Limitations

A limitation of our study is that fluoride exposure was estimated through maternal non-fasting spot urine samples. Urinary fluoride has a short half-life (approximately 5 h), and measurement of fluoride may be diluted by lack of control for behaviours that could contribute to acute changes in fluoride levels, such as consumption of fluoride-free bottled water prior to urine sampling. We minimized these limitations by collecting serial urine samples across more than one trimester of pregnancy (i.e., 1–3 urine samples) and adjusting for urinary dilution; however, only 196 of 348 (56.3%) of women included in the longitudinal sample provided 2 or 3 urine samples and the timing of urine collection was not standardized across the sample. Further, the correlations of MUF between trimesters were weak (r values ranging from 0.15 to 0.27). Future research should examine prenatal fluoride exposure using biomarkers that capture more chronic exposure to fluoride, such as fingernails or toenails, 24-h urine samples, or measurement of fluoride in shed deciduous teeth (Arora and Austin, 2013). Furthermore, the performance and verbal subscales of

Author Manuscript     Author Manuscript     Author Manuscript     Author Manuscript

the MSCA and WASI are made up of different subtests, which may capture different abilities, and are normed on different populations. For better interpretation, future studies should assess longitudinal outcomes using more similar tests across age such as the Wechsler Preschool & Primary Scale of Intelligence and the Wechsler Intelligence Scale for Children (Wahlstrom et al., 2018; Wechsler, 1989). A final limitation is that we are missing important covariate data for a large number of participants (for example, HOME scores and maternal lead), and as such, these variables could not be included in the main analyses. Important strengths of the study included the prospective and longitudinal design and blinded assessment of intelligence using standardized measures.

## 6.   Conclusion

In conclusion, prenatal exposure to fluoride is associated with sustained impacts on IQ. Non-verbal abilities may be more susceptible to impairment from prenatal fluoride exposure as compared to verbal abilities. These results were found among mother-child pairs living in a region of Mexico in which fluoride is added to salt. These findings contribute to the growing body of evidence on fluoride's neurotoxicity, and indicate a need to develop recommendations for pregnant women. Future research should continue to investigate the mechanisms of action of low-level fluoride exposure with an emphasis on differences between non-verbal and verbal intelligence, which is important for risk assessment.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgements

The authors gratefully acknowledge: The American British Cowdray Hospital for providing facilities for the ELEMENT research and Dr. David Bellinger for his collaboration on the design and execution of the ELEMENT study's cognitive testing.

**Funding:**

This data was supported by the U.S. National Institutes of Health (NIH; grants R01ES030365, R01ES021446 and R01-ES007821); the National Institute of Environmental Health Sciences/the U.S. Environmental Protection Agency (NIEHS/EPA; grant P01ES022844, 83543601), the NIEHS (grant P42-ES05947, P20ES018171, and NIEHS Center Grant P30ES017885), and by the National Institute of Public Health/Ministry of Health of Mexico. This publication's contents are solely the responsibility of the grantee and do not necessarily represent the official views of the NIEHS, NIH, or USEPA. Further, USEPA does not endorse the purchase of any commercial products or services mentioned in the publication.

## References

Abduweli Uyghurturk D, Goin DE, Martinez-Mier EA, Woodruff TJ, DenBesten PK, 2020. Maternal and fetal exposures to fluoride during mid-gestation among pregnant women in northern California. Environ. Health 19, 1–9. 10.1186/s12940-020-00581-2. [PubMed: 31898503]

Agency for Toxic Substances and Disease Registry (ATSDR), 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine (Update). ATSDR, Atlanta.

Arora M, Austin C, 2013. Teeth as a biomarker of past chemical exposure. Curr. Opin. Pediatr 25 (2), 261–267. 10.1097/MOP.0b013e32835e9084. [PubMed: 23429707]

Bashash M, Thomas D, Hu H, Angeles Martinez-Mier E, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schaas L, Mercado-Garcia A, Tellez-Rojo MM, Hernandez-Avila M,

2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health Perspect 125 (9), 097017 10.1289/EHP655. [PubMed: 28937959]

Bellinger DC, 2000. Effect modification in epidemiologic studies of low-level neurotoxicant exposures and health outcomes. Neurotoxicol. Teratol 22 (1), 133–140. 10.1016/s0892-0362(99)00053-7. [PubMed: 10642122]

Bellinger D, Leviton A, Sloman J, Rabinowitz M, Needleman HL, Waternaux C, 1991. Low-level lead exposure and children's cognitive function in the preschool years. Pediatrics 87 (2), 219–227. [PubMed: 1987535]

Bellinger DC, Matthews-Bellinger JA, Kordas K, 2016. A developmental perspective on early-life exposure to neurotoxicants. Environ. Int 94, 103–112. 10.1016/j.envint.2016.05.014. [PubMed: 27235688]

Bernal J, 2005. Thyroid hormones and brain development. Vitam. Horm 71, 95–122. 10.1016/S0083-6729(05)71004-9. [PubMed: 16112266]

Bobek S, Kahl S, Ewy Z, 1976. Effect of long-term fluoride administration on thyroid hormones level blood in rats. Endocrinol. Exp 10 (4), 289–295. [PubMed: 1087230]

Caldwell BM, Bradley RH, 1984. Home Observation for Measurement of the Environment. Little Rock: University of Arkansas at Little Rock.

Cantoral A, Malin AJ, Schnaas L, Osorio-Valencia E, Mercado A, Martínez-Mier EA, Wright RO, Téllez-Rojo MM, Till C, 2021. Dietary fluoride intake during pregnancy and neurodevelopment in toddlers: a prospective study in the PROGRESS cohort. Neurotoxicology 87, 86–93. 10.1016/j.neuro.2021.08.015. [PubMed: 34478773]

Castiblanco-Rubio GA, Muñoz-Rocha TV, Téllez-Rojo MM, Ettinger AS, Mercado-García A, Peterson KE, et al. 2021. Dietary influences on urinary fluoride over the course of pregnancy and at one-year postpartum. Biol. Trace Elem. Res 1–12 10.1007/s12011-021-02799-8.

Centers for Disease Control and Prevention, 2016. Water Fluoridation Data & Statistics. Monitoring Fluoridation in the United States [cited 2018 Spring 15] Available from:. https://www.cdc.gov/fluoridation/statistics/index.htm.

Chaitanya NC, Karunakar P, Allam NSJ, Priya MH, Alekhya B, Nauseen S, 2018. A systematic analysis on possibility of water fluoridation causing hypothyroidism. Indian J. Dent. Res 29 (3), 358. 10.4103/ijdr.IJDR_505_16. [PubMed: 29900922]

Cinar A, Selcuk M, 2005. Effects of chronic fluorosis on thyroxine, triiodothyronine, and protein-bound iodine in cows. Fluoride 38 (1), 65–68.

Comfort N, Re DB, 2017. Sex-specific neurotoxic effects of organophosphate pesticides across the life course. Curr. Environ. Health Rep 4 (4), 392–404. 10.1007/s40572-017-0171-y. [PubMed: 29063415]

Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Séguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Lanphear B, Muckle G, 2018. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. Environ. Int 121, 1235–1242. 10.1016/j.envint.2018.10.043. [PubMed: 30392942]

Dietrich KN, Berger OG, Succop PA, Hammond PB, Bornschein RL, 1993. The developmental consequences of low to moderate prenatal and postnatal lead exposure: intellectual attainment in the Cincinnati Lead Study Cohort following school entry. Neurotoxicol. Teratol 15 (1), 37–44. 10.1016/0892-0362(93)90043-N. [PubMed: 8459787]

Dietrich KN, Succop PA, Berger OG, Hammond PB, Bornschein RL, 1991. Lead exposure and the cognitive development of urban preschool children: the Cincinnati Lead Study cohort at age 4 years. Neurotoxicol. Teratol 13 (2), 203–211. 10.1016/0892-0362(91)90012-L. [PubMed: 1710765]

Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, Hu H, Hernández-Avila M, 2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ. Health Perspect 117 (1), 26–31. 10.1289/ehp.11868. [PubMed: 19165383]

Factor-Litvak P, Wasserman G, Kline JK, Graziano J, 1999. The Yugoslavia Prospective Study of environmental lead exposure. Environ. Health Perspect 107(1), 9–15. 10.1289/ehp.991079. [PubMed: 9872712]

Farmus L, Till C, Green R, Hornung R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear BP, Flora D, 2021. Critical Windows of Fluoride Neurotoxicity in Canadian Children. Environmental Research, p. 111315. 10.1016/j.envres.2021.111315. [PubMed: 34051202]

Ferreira MKM, Aragão WAB, Bittencourt LO, Puty B, Dionizio A, de Souza MPC, et al. 2021. Fluoride exposure during pregnancy and lactation triggers oxidative stress and molecular changes in hippocampus of offspring rats. Ecotoxicol. Environ. Saf 208, 111437. 10.1016/j.ecoenv.2020.111437. [PubMed: 33096359]

Fiorello CA, Hale JB, Holdnack JA, Kavanagh JA, Terrell J, Long L, 2007. Interpreting intelligence test results for children with disabilities: is global intelligence relevant? Appl. Neuropsychol 14 (1), 2–12. 10.1080/09084280701280338. [PubMed: 17439365]

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al. 2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics 110 (1), 110–118. 10.1542/peds.110.1.110. [PubMed: 12093955]

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C, 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatr. 173 (10), 940–948. 10.1001/jamapediatrics.2019.1729. [PubMed: 31424532]

Green R, Rubenstein J, Popoli P, Capulong R, Till C, 2020. Sex-specific neurotoxic effects of early-life exposure to fluoride: a review of the epidemiologic and animal literature. Curr. Epidemiol. Rep 7, 263–273. 10.1007/s40471-020-00246-1. [PubMed: 33816056]

Gould E, 2009. Childhood lead poisoning: conservative estimates of the social and economic benefits of lead hazard control. Environ. Health Perspect 117 (7), 1162–1167. 10.1289/ehp.0800408. [PubMed: 19654928]

Haddow JE, Palomaki GE, Allan WC, Williams JR, Knight GJ, Gagnon J, O'Heir CE, Mitchell ML, Hermos RJ, Waisbren SE, Faix JD, Klein RZ, 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. N. Engl. J. Med 341 (8), 549–555. 10.1056/NEJM199908193410801. [PubMed: 10451459]

Henrichs J, Bongers-Schokking JJ, Schenk JJ, Ghassabian A, Schmidt HG, Visser TJ, Hooijkaas H, de Muinck Keizer-Schrama SMPF, Hofman A, Jaddoe VVW, Visser W, Steegers EAP, Verhulst FC, de Rijke YB, Tiemeier H, 2010. Maternal thyroid function during early pregnancy and cognitive functioning in early childhood: the generation R study. J. Clinic. Endocrinol. Metabol 95 (9), 4227–4234. 10.1210/jc.2010-0415.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, Schwartz J, Schnaas L, Mercado-Garcia A, Hernández-Avila M, 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ. Health Perspect 114 (11), 1730–1735. 10.1289/ehp.9067. [PubMed: 17107860]

Ibarluzea J, Gallastegi M, Santa-Marina L, Zabala AJ, Arranz E, Molinuevo A, et al. 2021. Prenatal Exposure to Fluoride and Neuropsychological Development in Early Childhood: 1-to 4 Years Old Children. Environmental Research, p. 112181. 10.1016/j.envres.2021.112181. [PubMed: 34627799]

Jiang S, Su J, Yao S, Zhang Y, Cao F, Wang F, et al. 2014. Fluoride and arsenic exposure impairs learning and memory and decreases mGluR5 expression in the hippocampus and cortex in rats. PLoS One 9 (4), e96041. 10.1371/journal.pone.0096041. [PubMed: 24759735]

Jiménez LV, Guzmán OL, Flores MC, Costilla-Salazar R, Hernández JC, Contreras YA, Rocha-Amador DO, 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59, 65–70. 10.1016/j.neuro.2016.12.011. [PubMed: 28077305]

Julvez J, Alvarez-Pedrerol M, Rebagliato M, Murcia M, Forns J, Garcia-Esteban R, Lertzundi N, Espada M, Tardón A, Riaño Galan I, Sunyer J, 2013. Thyroxine levels during pregnancy in healthy women and early child neurodevelopment. Epidemiology 150–157. 10.1097/EDE.0b013e318276ccd3. [PubMed: 23232616]

Jusko TA, Henderson CR Jr., Lanphear BP, Cory-Slechta DA, Parsons PJ, Canfield RL, 2008. Blood lead concentrations< 10 µg/dL and child intelligence at 6 years of age. Environ. Health Perspect 116 (2), 243–248. 10.1289/ehp.10424. [PubMed: 18288325]

Kamphaus RW, 2019. Clinical Assessment of Child and Adolescent Intelligence. Springer.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Korevaar TI, Muetzel R, Medici M, Chaker L, Jaddoe VW, de Rijke YB, Steegers EA, Visser TJ, White T, Tiemiere H, Peeters RP, 2016. Association of maternal thyroid function during early pregnancy with offspring IQ and brain morphology in childhood: a population-based prospective cohort study. Lancet Diabetes Endocrinol. 4 (1), 35–43. 10.1016/S2213-8587(15)00327-7. [PubMed: 26497402]

Lanphear BP, 2015. The impact of toxins on the developing brain. Annu. Rev. Publ. Health 36, 211–230. 10.1146/annurev-publhealth-031912-114413.

Lee AC, Yeung LK, Barense MD, 2012. The hippocampus and visual perception. Front. Hum. Neurosci 6, 91. 10.3389/fnhum.2012.00091. [PubMed: 22529794]

Levie D, Korevaar TI, Bath SC, Dalmau-Bueno A, Murcia M, Espada M, Dineva M, Ibarluzea JM, Sunyer J, Tiemeier H, Rebagliato M, Rayman MP, Peeters RP, Guxens M, 2018. Thyroid function in early pregnancy, child IQ, and autistic traits: a meta-analysis of individual participant data. J. Clinic. Endocrinol. Metabol 103 (8), 2967–2979. 10.1210/jc.2018-00224.

Luster T, Dubow E, 1992. Home environment and maternal intelligence as predictors of verbal intelligence: a comparison of preschool and school-age children. Merrill-Paimer Q. 151–175.

Martinez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, Maguire A, Margineda J, O'Mullane D74., Phantumvanit P, Soto-Rojas AE, Stookey GK, Villa A, Wefel JS, Whelton H, Whitford GM, Zero DT, Zhang W, Zohouri V, 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res. 45 (1), 3–12. 10.1159/000321657. [PubMed: 21160184]

McCarthy D, 1991. Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide. TEA Ediciones, Madrid, Spain.

McPherson CA, Zhang G, Gilliam R, Brar SS, Wilson R, Brix A, et al. 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. Neurotox. Res 34 (4), 781–798. 10.1007/s12640-018-9870-x. [PubMed: 29404855]

Morawska A, Dittman CK, Rusby JC, 2019. Promoting self-regulation in young children: the role of parenting interventions. Clin. Child Fam. Psychol. Rev 22 (1), 43–51. [PubMed: 30715651]

Morreale de Escobar G, 2001. The role of thyroid hormone in fetal neurodevelopment. J. Pediatr. Endocrinol. Metab.: JPEM 14, 1453–1462. [PubMed: 11837499]

Mulualem D, Hailu D, Tessema M, Whiting SJ, 2021. Efficacy of calcium-containing eggshell powder supplementation on urinary fluoride and fluorosis symptoms in women in the Ethiopian rift valley. Nutrients 13 (4), 1052. 10.3390/nu13041052. [PubMed: 33804976]

National Toxicology Program, 2020. Revised Draft NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects.

Niu R, Chen H, Manthari RK, Sun Z, Wang J, Zhang J, Wang J, 2018. Effects of fluoride on synapse morphology and myelin damage in mouse hippocampus. Chemosphere 194, 628–633. 10.1016/j.chemosphere.2017.12.027. [PubMed: 29241138]

Nutrient Data Laboratory, 2015. USDA National Fluoride Database of Selected Beverages and Foods - Release 2 (2005). Nutrient Data Laboratory, Beltsville Human Nutrition Research Center, ARS. USDA. 10.15482/USDA.ADC/1178143.

Perng W, Tamayo-Ortiz M, Tang L, Sanchez BN, Cantoral A, Meeker JD, Dolinoy DC, Roberts EF, Martinez-Mier EA, Lamadrid-Figueroa H, et al. 2019. Early life exposure in Mexico to ENvironmental Toxicants (ELEMENT) project. BMJ Open 9 (8), e030427. 10.1136/bmjopen-2019-030427.

Qian W, Miao K, Li T, Zhang Z, 2013. Effect of selenium on fluoride-induced changes in synaptic plasticity in rat hippocampus. Biol. Trace Elem. Res 155 (2), 253–260. 10.1007/s12011-013-9773-x. [PubMed: 23959921]

Shonkoff JP, Richmond J, Levitt P, Bunge SA, Cameron JL, Duncan GJ, Nelson CA III, 2016. From Best Practices to Breakthrough Impacts a Science-Based Approach to Building a More Promising Future for Young Children and Families. Harvard University, Center on the Developing Child, Cambirdge, MA.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ. Res 150, 489–495. 10.1016/j.envres.2016.04.046. [PubMed: 27423051]

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Thorpe-Beeston JG, Nicolaides KH, Felton CV, Butler J, McGregor AM, 1991. Maturation of the secretion of thyroid hormone and thyroid-stimulating hormone in the fetus. N. Engl. J. Med 324 (8), 532–536. 10.1056/NEJM199102213240805. [PubMed: 1899469] .

Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, et al. 2020. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ. Int 134, 105315. 10.1016/ j.envint.2019.105315. [PubMed: 31743803]

Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B, 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ. Health Perspect 126 (10), 107001. 10.1289/EHP3546. [PubMed: 30392399]

Torres-Rojas C, Jones BC, 2018. Sex differences in neurotoxicogenetics. Front. Genet 9, 196. 10.3389/ fgene.2018.00196. [PubMed: 29922331]

Wahlstrom D, Raiford SE, Breaux KC, Zhu J, Weiss LG, 2018. The Wechsler Preschool and Primary Scale of Intelligence—Fourth Edition, Wechsler Intelligence Scale for Children—Fifth Edition, and Wechsler Individual Achievement, test—third ed.

Wang H, Yang Z, Zhou B, Gao H, Yan X, Wang J, 2009. Fluoride-induced thyroid dysfunction in rats: roles of dietary protein and calcium level. Toxicol. Ind. Health 25 (1), 49–57. 10.1177/0748233709102720. [PubMed: 19318504]

Wasserman GA, Liu X, Lolacono NJ, Factor-Litvak P, Kline JK, Popovac D, Morina N, Musabegovic A, Vrenezi N, Capuni-Paracka S, Preteni-Redjepi E, Hadzialjevic S, Slakovich V, Graziano JH, 1997. Lead exposure and intelligence in 7-year-old children: the yugoslavia prospective study. Environ. Health Perspect 105 (9), 956–962. 10.1289/ehp.97105956. [PubMed: 9410739]

Weiss B, 2000. Vulnerability of children and the developing brain to neurotoxic hazards. Environ. Health Perspect 108, 375. 10.2307/3454523. [PubMed: 10852831]

Wechsler D, 1999. Wechsler Abbreviated Scale of Intelligence (WASI).

Wechsler D, 1989. WPPSI-R: Wechsler Preschool and Primary Scale of Intelligence-Revised. Psychological Corporation, San Antonio.

Zohoori FV, Buzalaf MAR, Cardoso CAB, Olympio KPK, Levy FM, Grizzo LT, Mangueira DFB, Sampaio FC, Maguire A, 2013. Total fluoride intake and excretion in children up to 4 years of age living in fluoridated and non-fluoridated areas. Eur. J. Oral Sci 121 (5), 457–464. 10.1111/ eos.1207. [PubMed: 24028594]

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Goodman et al.                                                                                                          Page 16



**Fig. 1.**
Study sample inclusion flow chart.



**Fig. 2.**
Visual representation of the adjusted GEE coefficients (and 95% CI) for the longitudinal association between $MUF_{CRE}$ and IQ.

Goodman et al.                                                                                          Page 18

**Table 1**

Sociodemographic characteristics of the mother-child pairs included in the present study and at each time point (M ± SD for continuous variables, n (%) for categorical variables).

| Characteristic | Samples | | | |
|---|---|---|---|---|
| | **Primary Sample** | **Age 4** | **Age 5** | **Age 6-12** |
| | **N = 348** | **N = 386** | **N = 308** | **N = 278** |
| Maternal Characteristics | | | | |
| Married (yes) | 246 (70.69) | 273 (70.73) | 216 (70.13) | 200 (71.94) |
| Age at delivery[a] (yrs) | 26.77 (18–44) | 26.77 (18–44) | 26.48 (18–43) | 27.04 (18–44) |
| Education (yrs) | 10.77 ± 2.82 | 10.77 ± 2.83 | 10.61 ± 2.87 | 10.91 ± 2.87 |
| Ever smoked | 171 (49.14) | 189 (48.96) | 158 (51.30) | 138 (49.64) |
| First Child | 120 (34.48) | 134 (34.72) | 103 (33.44) | 93 (33.45) |
| Cohort | | | | |
| 2 A | 124 (35.63) | 131 (33.94) | 123 (39.94) | 93 (33.45) |
| 3 Calcium | 123 (35.34) | 134 (34.72) | 100 (32.47) | 104 (37.41) |
| 3 Placebo | 101 (29.02) | 121 (31.35) | 85 (27.60) | 81 (29.14) |
| $MUF_{CRE}$ (mg/L)[b] | 0.90 (0.64–1.11) | 0.91 (0.64–1.12) | 0.91 (0.64–1.13) | 0.89 (0.61–1.10) |
| Child Characteristics | | | | |
| Birth Weight (kg) | 3.13 ± 0.51 | 3.13 ± 0.50 | 3.13 ± 0.51 | 3.13 ± 0.52 |
| Gestational Age (wks) | 38.62 ± 1.85 | 38.69 ± 1.81 | 38.61 ± 1.84 | 38.65 ± 1.76 |
| Child age[a] (yrs) | – | 4.04 (3.81–4.31) | 5.06 (4.83–5.24) | 8.40 (6.3–11.9) |
| Males | 167 (47.99) | 183 (47.41) | 151 (49.03) | 132 (47.48) |

Abbreviation: $MUF_{CRE}$, maternal urinary fluoride adjusted for creatinine collected during pregnancy.

[a] Mean (range).

[b] Mean (IQR).

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 2**

MSCA and WASI scores (Mean ± SD) and Pearson correlations among the scores at each time point.

| FSIQ/GCI | N | M ± SD | Pearson Correlations | | |
|---|---|---|---|---|---|
| | | | Age 4 | Age 5 | Age 6-12 |
| Age 4 | 386 | 96.58 ± 13.96 | – | | |
| Age 5 | 308 | 96.62 ± 12.52 | 0.76 **a | – | |
| Age 6-12 | 278 | 96.20 ± 11.12 | 0.58 **b | 0.64 **c | – |
| **PIQ** | **N** | **M ± SD** | **Age 4** | **Age 5** | **Age 6-12** |
| Age 4 | 386 | 102.51 ± 13.31 | – | | |
| Age 5 | 308 | 101.95 ± 11.80 | 0.63 **a | – | |
| Age 6-12 | 278 | 95.54 ± 10.99 | 0.49 **b | 0.53 **c | – |
| **VIQ** | **N** | **M ± SD** | **Age 4** | **Age 5** | **Age 6-12** |
| Age 4 | 386 | 97.49 ± 11.86 | – | | |
| Age 5 | 308 | 97.03 ± 12.62 | 0.71 **a | – | |
| Age 6-12 | 278 | 97.63 ± 11.85 | 0.54 **b | 0.54 **c | – |

Abbreviations: FSIQ = Full-Scale IQ; GCI = General Cognitive Index; PIQ = Performance Intelligence; VIQ = Verbal Intelligence; MSCA = McCarthy Scales of Children's Abilities; WASI = Wechsler Abbreviated Scales of Intelligence.

**
p < .01.

[a] N = 297.

[b] N = 262.

[c] N = 219.

**Table 3**

Adjusted GEE models for the association between $MUF_{CRE}$ and IQ longitudinally (N = 348).

| | FSIQ/GCI | | PIQ | | VIQ | |
|---|---|---|---|---|---|---|
| | **B** | **95% CI** | **B** | **95%CI** | **B** | **95%CI** |
| $MUF_{CRE}$ [a] | −2.12[**] | −3.49, −0.75 | −2.63[**] | −3.87, −1.40 | −1.29 | −2.60, 0.01 |

Abbreviations: $MUF_{CRE}$ = Maternal Urinary Fluoride Adjusted for Creatinine; GCI = General Cognitive Index; FSIQ = Full-Scale Intelligence; PIQ = Performance Intelligence; VIQ = Verbal Intelligence.

[**] $p$ value is < .010.

[a] All models adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, time of testing, smoking history (ever smoked during the pregnancy vs. non-smoker), marital status (married vs. others), maternal age at delivery, maternal education, and cohort/calcium treatment.

Author Manuscript     Author Manuscript     Author Manuscript     Author Manuscript

**Supplemental Tables and Figures**

**Supplemental Table 1.**

Comparison between our primary sample and the excluded sample with $MUF_{CRE}$ data but

without IQ data (M ± SD for continuous variables, n(%) for categorical variables)

| Characteristic | Primary Included Sample | Excluded Sample | p-value |
|---|---|---|---|
|  | N = 348 | N = 210 |  |
| Maternal Characteristics |  |  |  |
| Married | 246 (70.69) | 146 (69.52) | .770 |
| Age[a] | 26.77 (18-44) | 26.90 (18-42) | .781 |
| Education (yrs) | 10.77 ± 2.82 | 10.81 ± 3.01 | .253 |
| Ever smoked | 171 (49.14) | 102 (48.57) | .897 |
| First Child | 120 (34.48) | 72 (34.29) | .962 |
| Cohort |  |  |  |
|     2A | 124 (35.63) | 38 (18.10) | <.001 |
|     3 Calcium | 123 (35.34) | 78 (44.76) |  |
|     3 Placebo | 101 (29.02) | 94 (37.14) |  |
| $MUF_{CRE}$ (mg/L)[b] | 0.90 (0.64-1.11) | 0.88 (0.64-1.03) | .558 |
| Child Characteristics |  |  |  |
| Birth Weight (kg) | 3.13 ± 0.51 | 3.14 ± 0.48 | 1.00 |
| Gestational Age (wks) | 38.62 ± 1.85 | 38.76 ± 1.59 | .362 |
| Males | 167 (47.99) | 110 (52.38) | .315 |

Reported as the [a]mean(range), [b]mean(IQR)

**Supplemental Table 2.**

Adjusted multiple linear regression models for the association between $MUF_{CRE}$ and IQ stratified by age.

| $MUF_{CRE}$ | N | GCI/FSIQ | | PIQ | | VIQ | |
|---|---|---|---|---|---|---|---|
| | | B | 95% CI | B | 95%CI | B | 95%CI |
| Age 4[a] | 386 | -2.12* | -3.83, -0.41 | -3.08** | -4.69, -1.47 | -0.81 | -2.30, 0.69 |
| Age 5[a] | 308 | -1.97* | -3.64, -0.30 | -2.46** | -4.04, -0.87 | -1.24 | -2.97, 0.49 |
| Age 6-12[a] | 278 | -2.01* | -3.66, -0.46 | -1.80* | -3.39, -0.21 | -1.93* | -3.67, -0.18 |

Abbreviations:  $MUF_{CRE}$ = Maternal Urinary Fluoride Adjusted for Creatinine; GCI = General Cognitive Index; FSIQ = Full-Scale Intelligence; PIQ = Performance Intelligence; VIQ = Verbal Intelligence
** *p* value is < .010, * *p* value is < .050.
All models are reported for every 0.5 mg/L increase of $MUF_{CRE}$.
[a]All models adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, smoking history (ever smoked during the pregnancy vs. non-smoker), marital status (married vs. others), maternal age at delivery, maternal education, and cohort/calcium treatment.



*Supplemental Figure 1.* Visual representation of the adjusted multiple linear regression coefficients (and 95% CI) for the association between $MUF_{CRE}$ and IQ stratified by age.

**Supplemental Table 3.**

Adjusted GEE models for the association between $MUF_{CRE}$ and IQ

| | n | FSIQ/GCI | | PIQ | | VIQ | |
|---|---|---|---|---|---|---|---|
| | | B | 95% CI | B | 95% CI | B | 95% CI |
| Model A[a] | 348 | **-2.10** | **-3.47, -0.73** | **-2.61** | **-3.85, -1.38** | -1.28 | -2.58, 0.03 |
| Model A + num samples | 348 | **-2.12** | **-3.49, -0.75** | **-2.63** | **-3.86, -1.39** | -1.30 | -2.60, 0.01 |
| Model A – IQ < 70 | 340 | **-1.67** | **-2.93, -0.41** | **-2.61** | **-3.81, -1.42[a]** | -1.05 | -2.31, 0.21[b] |
| Model A – Cohort 3 Ca | 225 | **-1.98** | **-3.70, -0.27** | **-3.13** | **-4.67, -1.58** | -0.69 | -2.31, 0.94 |
| Model A – Mat IQ | 319 | **-2.40** | **-3.79, -1.01** | **-2.78** | **-4.04, -1.52** | **-1.55** | **-2.86, -0.24** |
| Model A + Mat IQ | 319 | **-2.09** | **-3.44, -0.73** | **-2.46** | **-3.68, -1.24** | **-1.33** | **-2.62, -0.04** |
| Model A – HOME | 189 | **-2.33** | **-4.46, -0.20** | **-3.67** | **-5.52, -1.82** | -0.71 | -2.72, 1.30 |
| Model A + HOME | 189 | **-2.11** | **-4.06, -0.16** | **-3.44** | **-5.15, -1.72** | -0.54 | -2.43, 1.35 |
| Model A – Patella Lead | 280 | **-2.42** | **-3.98, -0.86** | **-2.66** | **-4.05, -1.27** | **-1.62** | **-3.12, -0.11** |
| Model A + Patella Lead | 280 | **-2.41** | **-3.98, -0.85** | **-2.65** | **-4.04, -1.27** | **-1.62** | **-3.13, -0.11** |
| Model A – Tibia Lead | 237 | **-2.75** | **-4.61, -0.89** | **-2.81** | **-4.46, -1.16** | **-2.09** | **-3.88, -0.31** |
| Model A + Tibia Lead | 237 | **-2.23** | **-4.09,- 0.38** | **-2.41** | **-4.07, -0.76** | -1.65 | -3.44, 0.14 |
| Model A – Tibia and Patella Lead | 225 | **-2.73** | **-4.71, -0.76** | **-2.75** | **-4.50, -1.00** | **-2.09** | **-3.99, -0.19** |
| Model A + Tibia and Patella Lead | 225 | **-2.20** | **-4.18, -0.22** | **-2.32** | **-4.08, -0.56** | -1.63 | -3.55, 0.28 |

Abbreviations:  $MUF_{CRE}$ = Maternal Urinary Fluoride Adjusted for Creatinine; GCI = General Cognitive Index; FSIQ = Full-Scale Intelligence; PIQ = Performance Intelligence; VIQ = Verbal Intelligence
Bolded values represent those with a *p*-value < .050
All models are reported for every 0.5 mg/L increase of $MUF_{CRE}$.
[a]Coefficients from GEE models adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, time of testing, smoking history (ever smoked during the pregnancy vs. non-smoker), marital status (married vs. others), maternal age at delivery, maternal education, and cohort/calcium treatment. Model A + num samples, model A including the number/timing of urine samples provided as a covariate. Model A – IQ < 70, model A excluding cases with FSIQ/GCI, PIQ, or VIQ scores less than 70. Model A – Cohort 3 Ca, model A excluding the subset of cases who received calcium supplementation. Model A – Mat IQ, model A for the subset of cases who have data on maternal IQ. Model A + Mat IQ, model A for the subset of cases who have data on maternal IQ, adjusted for maternal IQ. Model A – HOME, model A for the subset of cases  who have data on Home Observation for the Measurement of the Environment (HOME) scores. Model A+HOME, model A for subset of cases with HOME score, adjusted for HOME score. Model A– Patella Lead, model A for subset of cases who have data on maternal patella lead. Model A + Patella Lead, model A for subset of cases with data on maternal patella lead, adjusted for maternal patella lead. Model A– Tibia Lead, model A for subset of cases who have data on maternal tibia lead. Model A + Tibia Lead, model A for subset of cases with data on maternal tibia lead, adjusted for maternal tibia lead. Model A– Tibia and Patella Lead, model A for subset of cases who have data on maternal tibia and patella lead. Model A + Tibia and Patella Lead, model A for subset of cases with data on maternal tibia and patella lead, adjusted for maternal tibia and patella lead.
[b]N = 346

# Malin et al. (2023)

# Urinary Fluoride Levels and Metal Co-Exposures among Pregnant Women in Los Angeles, California

Malin *et al. Environmental Health*     (2023) 22:74
https://doi.org/10.1186/s12940-023-01026-2

Environmental Health

## RESEARCH

**Open Access**

# Urinary fluoride levels and metal co-exposures among pregnant women in Los Angeles, California

Ashley J. Malin[1*], Howard Hu[2], E. Angeles Martínez-Mier[3], Sandrah P. Eckel[2], Shohreh F. Farzan[2], Caitlin G. Howe[4], William Funk[5], John D. Meeker[6], Rima Habre[2], Theresa M. Bastain[2] and Carrie V. Breton[2]

## Abstract

**Background**  Fluoride is ubiquitous in the United States (US); however, data on biomarkers and patterns of fluoride exposure among US pregnant women are scarce. We examined specific gravity adjusted maternal urinary fluoride (MUFsg) in relation to sociodemographic variables and metal co-exposures among pregnant women in Los Angeles, California.

**Methods**  Participants were from the Maternal and Developmental Risks from Environmental and Social Stressors (MADRES) cohort. There were 293 and 490 women with MUFsg measured during first and third trimesters, respectively. An intra-class correlation coefficient examined consistency of MUFsg between trimesters. Kruskal–Wallis and Mann-Whitney U tests examined associations of MUFsg with sociodemographic variables. Covariate adjusted linear regression examined associations of MUFsg with blood metals and specific gravity adjusted urine metals among a subsample of participants within and between trimesters. A False Discovery Rate (FDR) correction accounted for multiple comparisons.

**Results**  Median (IQR) MUFsg was 0.65 (0.5) mg/L and 0.8 (0.59) mg/L, during trimesters one and three respectively. During both trimesters, MUFsg was higher among older participants, those with higher income, and White, non-Hispanic participants than Hispanic participants. MUFsg was also higher for White, non-Hispanic participants than for Black, non-Hispanic participants in trimester three, and for those with graduate training in trimester one. MUFsg was negatively associated with blood mercury in trimester one and positively associated with blood lead in trimester three. MUFsg was positively associated with various urinary metals, including antimony, barium, cadmium, cobalt, copper, lead, nickel, tin, and zinc in trimesters one and/or three.

**Conclusions**  MUFsg levels observed were comparable to those found in pregnant women in Mexico and Canada that have been associated with poorer neurodevelopmental outcomes. Lower urinary fluoride levels among Hispanic and non-Hispanic Black participants in MADRES compared to non-Hispanic White participants may reflect lower tap water consumption or lower fluoride exposure from other sources. Additional research is needed to examine whether MUFsg levels observed among pregnant women in the US are associated with neurodevelopmental outcomes.

**Keywords**  Fluoride, Metals, Pregnancy, Biomarkers, Hispanic Women, Los Angeles

*Correspondence:
Ashley J. Malin
ashleymalin@ufl.edu
Full list of author information is available at the end of the article



© The Author(s) 2023. **Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated in a credit line to the data.

Malin *et al. Environmental Health*        (2023) 22:74

## Introduction

Fluoride is widely utilized in North America as a public health intervention for dental caries prevention. The United States (US) is one of the most fluoridated countries in the world with approximately 73% of the population on public water distribution systems receiving fluoridated water [1]. In Los Angeles (LA) County, 89% of cities are at least partially fluoridated [2]; however, the practice became widespread only recently, in 2007 [3]. The US Public Health Service and Health Canada consider a concentration of 0.7 mg/L to be optimal for preventing dental carries, while minimizing risk of adverse systemic health effects [4, 5]. Other countries also utilize fluoride for caries prevention. For example, in Canada, fluoride is added to the public drinking water of approximately 39% of the population [6]. In Mexico, fluoride is added to salt in regions where water fluoride levels fall below 0.7 mg/L [7]. Conversely, most European countries do not have community water fluoridation programs; however, Germany and Switzerland add fluoride to most salt [8]. Still, the World Health Organization considers the optimal concentration for fluoride in drinking water to range from 0.5–1.0 mg/L [9]. Other sources of fluoride for the North American population can include dental products, foods sprayed with fluoride containing pesticides, certain pharmaceuticals, green and black tea, seafood, and food packaging [10–12].

Studies conducted in Mexico and Canada suggest that prenatal fluoride exposure, at levels relevant to the US, may contribute to poorer neurodevelopmental outcomes in offspring, including lower IQ and increased risk of Attention-Deficit/Hyperactivity Disorder [13–17]. While urinary fluoride levels among pregnant women in Canada and Mexico have been characterized [18–20], data on biomarkers and patterns of fluoride exposure among US pregnant women are scarce [21]. Examining patterns of fluoride exposure during pregnancy is important for ultimately assessing whether fluoride exposures at levels that the US population is exposed to may pose risk to the developing fetus. Moreover, since co-exposure to fluoride and toxic metals and/or essential elements can occur, having a better understanding of which metals may interact with fluoride to impact health is also important [22, 23]. Therefore, the current study examined urinary fluoride levels according to sociodemographic factors and metal co-exposures among a cohort of pregnant women residing in urban LA, California.

## Methods
### Participants

The sample consisted of women from the Maternal and Developmental Risks from Environmental and Social Stressors (MADRES) prospective pregnancy cohort. MADRES is an ongoing NIH-funded cohort consisting of over 1000 predominately low-income Hispanic women residing in urban LA. However, not all have provided data. A detailed overview of participant recruitment and data collection for MADRES is described elsewhere [24]. Briefly, pregnant women were recruited beginning in 2015, from prenatal care providers in LA serving predominantly medically underserved communities. Eligibility criteria include being < 30 weeks gestation at the time of recruitment, being ≥ 18 years of age, and speaking English or Spanish fluently. Exclusion criteria include being HIV positive; having a physical, mental, or cognitive disability that would prevent participation or the ability to provide informed consent; current incarceration; and having a multiple gestation pregnancy [24]. The current study includes data from 491 pregnant women in MADRES who had urine collected during the first, third or both trimesters of pregnancy. See Table S1 for a comparison of demographic characteristics between the study sample and all MADRES participants with available demographic data and see Figure S1 for a participant selection flow diagram.

### Sociodemographic variables
#### Pre-pregnancy Body Mass Index (BMI)

Self-reported pre-pregnancy weight was ascertained through interviewer-administered questionnaires during pregnancy. If missing, then the first weight of the index pregnancy (obtained from maternal electronic medical records) was used in lieu of self-reported pre-pregnancy weight. Pre-pregnancy BMI, defined as [weight (kg) / height (cm)$^2$] × 10,000, was measured both continuously and categorically. Categorical BMI was initially classified according to the CDC categories of "underweight", "normal", "overweight", "class 1 obese", "class 2 obese" and "class 3 obese"; however, for the current study, the 3 classes of obesity were collapsed into a single "obese" category. Therefore, the BMI variable was subsequently recoded into a 4-level variable of "underweight", "normal", "overweight" and "obese".

#### Race/ethnicity

Self-reported race and ethnicity were collected separately but were combined for this analysis into a four-category race/ethnicity variable: White non-Hispanic, Black non-Hispanic, Hispanic, and Multiracial or other non-Hispanic.

#### Maternal ethnicity by nativity

Participants were classified according to their self-reported ethnicity and nativity; non-Hispanic, US-born Hispanic, and non-US-born Hispanic.

### Maternal education

Participants were asked, "what was the last grade in school you completed?" Their responses were classified as less than 12th grade (i.e., did not finish high school), completed grade 12 (i.e., high school), some college or technical school, completed 4 years of college, and some graduate training after college.

### Smoking history

Participants were asked during at each trimester: "Excluding e-cigarettes, have you ever smoked cigarettes, cigars, or pipes?". Their responses were coded as "yes" or "no". A collapsed variable of any smoking during pregnancy and no smoking during pregnancy was then calculated.

### Earliest ascertained income

Participants were asked during pregnancy, "in which of the following categories did your total household family income fall in the last year?" The categories included, don't know, less than \$15,000, \$15,000 to \$29,999, \$30,000 to \$49, 999, \$50,000 to \$99,999, and \$100, 000 or more.

### Birth order

Mothers were asked what the birth order index of their child was at the time of pregnancy. Birth order was defined as first born, second born, third born, fourth-born, fifth born, sixth-born or later; however, this variable was collapsed into first born, second born and third born or later.

## Urinary fluoride

Single spot urine samples were collected from MADRES participants in 90-mL sterile specimen containers during their first and third trimesters of pregnancy. Women were asked to fast, if possible, prior to attending the study visit. During trimester one, only 46 women reported fasting, while in trimester three most participants ($N=385$) reported fasting for at least 8 h. Urine samples were transported on ice to the laboratory within 1 h of collection. They were then aliquoted and stored at $-80°C$ in 1.5 mL sterile cryovials (VWR).

Urinary fluoride was measured at the Oral Health Research Institute, Indiana University, School of Dentistry. Fluoride content of urine samples was quantified using Martinez Mier et al. (2011) modification of the hexamethyldisiloxane (HMDS) microdiffusion method of Taves (1968). Each sample was dispensed into the bottom of a disposable $60 \times 15$ mm Petri dish and 2.0 mL of deionized water (diH20) was pipetted in each dish. After applying petroleum jelly to the inside of each Petri dish lid corresponding to each sample, 50 WI of 0.05N sodium hydroxide (NaOH) solution was placed in five equal drops on each dish lid. Each dish was then immediately tightly sealed. After burning a small hole into each lid with a soldering iron, 1.0 mL of HMDS-saturated 3N I-12S04 was pipetted in each hole and sealed immediately with petroleum jelly. During overnight diffusion at ambient temperature, fluoride was released and trapped in the NaOH. The trap was recovered and buffered to pH 5.2 with 25 WI of 0.1 M of acetic acid. The recovered solution was adjusted to a final volume of 100 pl with diH20. A similarly prepared standard fluoride curve was used to determine the fluoride content of each sample. Analyses of all standards/samples were performed using a fluoride ion-specific electrode and a pH/lSE meter. Testing included a standard check (using a fluoride standard traceable to NIST) performed with daily sample analysis.

All urine fluoride measurements were adjusted for specific gravity. Urinary specific gravity was measured using a zero-setting calibrated ATAGO@ Pen Refractometer under darkened conditions and was performed daily while setting up Petri dishes for fluoride analysis. Urine fluoride adjusted for specific gravity was derived from the unadjusted fluoride value and specific gravity of each sample using the Levine Fahy equation: [Concentration$_{SG\ normalized}$ = Concentration$_{specimen}$ (SG$_{reference}$ − 1)/(SG$_{specimen}$ − 1)] where SG$_{reference}$ is the median SG for the cohort [25]. After fluoride analyses was complete, data were reviewed and approved by quality assurance staff and the study director. Out of the 491 participants who had urine collected, all but one who had urine fluoride measured in trimester one also had urine fluoride measured in trimester three ($n=293$ for urinary fluoride measured in trimester one; $n=490$ for urinary fluoride measured in trimester three).

## Urine metals

A detailed description of urinary metals measurement has been provided elsewhere [26, 27]. Briefly, urinary metals analyses were performed by NSF International in collaboration with the University of Michigan Children's Health Exposure Analysis Resource (CHEAR) Laboratory Hub. Metals were measured in urine collected during trimesters one and three using inductively coupled plasma mass spectrometry (ICP-MS). Included in this panel were: antimony (Sb), arsenic (As), barium (Ba), beryllium (Be), cadmium (Cd), cesium (Cs), cobalt (Co), copper (Cu), chromium (Cr), mercury (Hg), manganese (Mn), molybdenum (Mo), nickel (Ni), lead (Pb), platinum (Pt), tin (Sn), thallium (Tl), tungsten (W), uranium (U), vanadium (V), and zinc (Zn). Specific gravity was also

measured during the time of urinary metals analyses, and we adjusted urine metals for specific gravity using the Levine Fahy equation described above [25]. Metals with concentrations below the lower limit of detection (LLOD) or in the undetectable range were imputed as LLOD/$\sqrt{2}$. There were four metals for which > =80% of the sample was below the LLOD (i.e., Be, Cr, Pt, and V), and two metals for which > =60% of the sample was below the LLOD (i.e., W and U), and therefore they were excluded from statistical analyses. All remaining metals for regression analyses of first trimester MUFsg and first trimester urine metals had < 30% of the sample below the LLOD except for Sb which had 33% below the LLOD. For regression analyses of third trimester MUFsg with third trimester urine metals, all urine metals had < 30% of the sample below the LLOD except for Cd which had 37% below the LLOD and Sb which had 49% below the LLOD.

## Blood metals
Venous whole blood samples were collected from participants during the first and third trimesters of pregnancy during the same visit that the urine samples were collected. Blood metals were measured among a small subset of participants who also had urinary fluoride measured ($n=123$ in trimester one and $n=90$ in trimester three). Participants were asked to fast prior to attending the study visit when blood was collected; however, not all were able to. In trimester one, only 34 participants reported fasting for at least 8 hours, while in trimester three most participants with blood metals measured ($n=81$) reported fasting. Collection time was not standardized. Using acid washed pipette tips, 50 μL of venous whole blood was spiked directly into 15 mL metal-free polypropylene centrifuge tubes (VWR, Atlanta, GA) and extracted in 1.5 mL of 5% ultrapure grade acetic acid and 0.01% ultrapure grade Triton X-100 (Fisher Scientific, Pittsburgh, PA) in 18.2 mΩ deionized water. Two hundred ppb of Au was added to amalgamate Hg to prevent analyte loss throughout the procedure (Inorganic Ventures, Christiansburg, VA). Five ppb of indium, bismuth, and yittrium were added to the extraction solution as internal standards (Inorganic Ventures, Christiansburg, VA). The blood extracts were then centrifuged at 3600×g for 2 min and incubated for 90 min at room temperature on a shaker table at 300 rpm. As, Cd, Pb, and Hg were quantified in whole blood samples using ICP-MS, performed at the Quantitative Bio-element Imaging Center (QBIC) at Northwestern University. The following isotopes were quantified: $^{206}$Pd, $^{207}$Pb, $^{208}$Pb, $^{202}$Hg, $^{75}$As, and $^{114}$Cd, using previously developed methods [28, 29]. Collisional cell technology was used to eliminate interfering ions. All sample results were above the LLOD.

## Statistical analysis
Statistical analyses were performed using IBM SPSS Statistics version 28. Descriptive statistics were calculated for fluoride, sociodemographic variables, and metals. Specific gravity adjusted maternal urinary fluoride (MUFsg) distributions were skewed, and therefore medians, standard errors, and interquartile ranges are reported. However, we also report arithmetic means and standard deviations for comparison with other fluoride studies. Spearman correlations examined associations of fluoride variables within and between trimesters, and an intra-class correlation coefficient examined consistency of MUFsg between trimesters. Kruskal–Wallis, Mann–Whitney U tests, and Spearman correlations examined associations of MUFsg with sociodemographic variables. Linear regression examined associations of MUFsg with blood and/or urinary metals, adjusted for maternal age, income, pre-pregnancy BMI, ethnicity by nativity and parity, within and between trimesters. We dummy coded covariates including income, parity, and ethnicity by nativity for regression analyses. Additionally, participants with missing data were designated to a "missing" category for these dummy coded covariates. Covariates were selected a prior based on previously established associations between fluoride and metal exposures/ metabolism [18, 30–32]. One participant with an extreme and atypical value of MUFsg=7.99 during trimester three was removed for all analyses that included third trimester urine. A logarithm base 10 transformation was applied to blood and urine metals to satisfy linear regression assumptions. We conducted sensitivity analyses examining covariate-adjusted associations of MUFsg with blood and/or urinary metals among participants who reported fasting for at least 8 h during trimester 3. A False Discovery Rate (FDR) correction accounted for multiple comparisons for associations between MUFsg and sociodemographic variables for statistically significant Kruskal–Wallis tests, as well as for 60 tests of associations between MUFsg and urinary metals  and 16 tests of associations between MUFsg and blood metals within and between trimesters. The criterion for statistical significance was a two-tailed *p*-value or *q*-value of 0.05, depending on the analysis.

## Results
Sociodemographic characteristics are presented in Table 1, and descriptive statistics for fluoride measures are presented in Table 2. The mean age of participants was 29 years, and approximately 80% of participants identified as Hispanic or Latina. Most participants had

Malin *et al. Environmental Health*      (2023) 22:74

**Table 1** Maternal demographics according to fluoride sample

| | First Trimester Sample ($N=293$) | Third trimester sample ($N=490$) |
|---|---|---|
| **Age at Consent** (yrs; M, SE) | 28.73 (0.34) | 28.88 (0.27) |
| **Pre-pregnancy BMI** (freq., %) | | |
| Underweight | 9 (3.1) | 13 (2.7) |
| Normal | 84 (28.7) | 146 (29.8) |
| Overweight | 93 (31.7) | 154 (31.4) |
| Obese | 107 (36.6) | 177 (36.2) |
| **Race** (freq., %) [a] | | |
| White, non-Hispanic | 19 (6.5) | 30 (6.2) |
| Black, non-Hispanic | 29 (9.9) | 56 (11.5) |
| Hispanic | 235 (80.2) | 383 (78.8) |
| Multiracial, non-Hispanic | 4 (1.4) | 7 (1.4) |
| Other, non-Hispanic | 6 (2.0) | 10 (2.1) |
| **Ethnicity** (freq., %) [a] | | |
| Non-Hispanic/Latino | 58 (19.8) | 103 (21.2) |
| Hispanic or Latino | 235 (80.2) | 383 (78.8) |
| **Education** (freq., %) [a] | | |
| <High School | 71 (24.2) | 122 (25.1) |
| High School | 83 (28.3) | 146 (30) |
| Some college/technical school | 87 (29.7) | 129 (26.5) |
| 4-years of college | 34 (11.6) | 57 (11.7) |
| Some graduate training after college | 18 (6.1) | 32 (6.6) |
| **Maternal Ethnicity by Nativity** (freq., %) [b] | | |
| Non-Hispanic | 58 (19.9) | 103 (21.7) |
| US-Born Hispanic | 104 (35.6) | 169 (35.6) |
| Non-US-Born Hispanic | 130 (44.5) | 203 (42.7) |
| **Birth Order** [c] | | |
| 1st | 100 (34.2) | 169 (35.8) |
| 2nd | 89 (30.5) | 141 (29.9) |
| 3rd | 57 (19.5) | 91 (19.3) |
| 4th | 29 (9.9) | 45 (9.5) |
| 5th | 10 (3.4) | 14 (3) |
| 6th | 7 (2.4) | 12 (2.5) |

All but 1 participant with first trimester MUF had 3rd trimester MUF

[a] $N=486$ for trimester three

[b] $N=292$ and $N=475$ for trimesters one and three respectively

[c] $N=292$ and $N=472$ for trimesters one and three respectively

**Table 2** Urinary fluoride concentrations by trimester

| Fluoride Concentrations | Arithmetic Mean | SD | Median | SE | IQR | 5th percentile | 95th percentile |
|---|---|---|---|---|---|---|---|
| **MUF First Trimester** ($N=293$) | 0.72 | 0.53 | 0.59 | 0.03 | 0.55 | 0.19 | 1.67 |
| **MUF Third Trimester** ($N=490$) | 0.75 | 0.50 | 0.63 | 0.02 | 0.58 | 0.20 | 1.78 |
| **MUFsg First Trimester** ($N=293$) | 0.81 | 0.54 | 0.65 | 0.03 | 0.50 | 0.28 | 1.85 |
| **MUFsg Third Trimester** ($N=490$) | 0.92 | 0.61 | 0.80 | 0.03 | 0.59 | 0.34 | 1.89 |

All but 1 participant with first trimester MUF had 3rd trimester MUF, *MUF* maternal urinary fluoride, *MUFsg* specific-gravity adjusted maternal urinary fluoride, *SD* Standard Deviation, *SE* Standard Error

Malin *et al. Environmental Health*        (2023) 22:74



**Fig. 1** Distribution of MUFsg during the first and third trimesters of pregnancy in the MADRES pregnancy cohort

MUFsg = specific gravity adjusted maternal urinary fluoride

pre-pregnancy BMIs in the overweight or obese categories. The median MUFsg concentration was higher during the third trimester compared with the first trimester (medians = 0.80 mg/L and 0.65 mg/L for trimesters three and one respectively). Distributions of MUFsg during the first and third trimesters are presented in Fig. 1.

MUFsg measures were moderately consistent ($N = 292$, ICC = 0.46, 95%C.I. 0.32,0.57) and moderately associated ($N = 292$, $\rho = 0.50$, $p < 0.001$) between both trimesters. MUF was highly correlated with MUFsg in the first (N = 293, $\rho = 0.71$, $p < 0.001$) and third (N = 490, $\rho = 0.74$, $p < 0.001$) trimesters.

### Associations of MUFsg with Sociodemographic variables

MUFsg levels according to sociodemographic variables at each trimester are presented in Table 3. Maternal age was positively associated with MUFsg during the first (N = 293, $\rho = 0.16$, $p = 0.006$) and third trimesters (N = 490, $\rho = 0.18$, $p < 0.001$), such that older women tended to have higher MUFsg levels. MUFsg also differed by race/ethnicity during the first and third trimesters ($H$ (3) = 7.99, $p = 0.046$ and $H$ (3) = 25.31, $p < 0.001$ respectively) (see Fig. 2). Specifically, MUFsg was higher for White, non-Hispanic participants than for Hispanic participants in both trimesters $p = 0.048$ and $p = 0.006$ respectively. Additionally, during trimester three, MUFsg was higher for White, non-Hispanic participants than for Black non-Hispanic participants $p = 0.009$. MUFsg differed according to income in both trimesters ($H$ (5) = 14.67, $p = 0.012$ and $H$ (5) = 29.73, $p < 0.001$ respectively). Specifically, in trimester 1, MUFsg tended to be higher among participants earning $100,000 or more than those earning $15,000 to $29,999 ($p = 0.03$). In trimester 3, MUFsg tended to be higher among participants earning $100,000 or more than those reporting all other income categories (all *p values* = 0.02). In trimester

3, MUFsg differed according to maternal ethnicity by nativity ($H$ (2) = 16.25, $p < 0.001$) and parity ($H$ (2) = 9.46, $p = 0.009$). It was higher for non-Hispanic participants than for US-born or non-US-born Hispanic participants ($ps = 0.003$ and 0.002 respectively) and higher for women pregnant with their first child compared to women pregnant with their second child ($p = 0.021$).

In trimester one, MUFsg also differed by education ($H$ (4) = 10.61, $p = 0.031$), in that it was higher for participants with some graduate training than those with high school or some college/technical school education ($ps = 0.03$ and 0.04, respectively). MUFsg was not associated with pre-pregnancy BMI in either trimester (N = 293, $\rho = 0.02$, $p = 0.71$; N = 490, $\rho = 0.03$, $p = 0.54$, respectively) trimester, nor did MUFsg differ according to BMI category in either trimester ($H$ (3) = 2.6, $p = 0.46$, and $H$ (3) = 0.93, $p = 0.82$ respectively). There were also no differences in MUFsg according to smoking history in either trimester ($p = 0.63$ and $p = 0.51$ respectively).

### Associations of MUFsg with blood and urinary metals

Associations between MUFsg and blood and urinary metals are presented in Supplemental Tables S2-S5. MUFsg was negatively associated with blood mercury within trimester one (B = -0.132, 95% CI: -0.233, -0.030, $p = 0.044$) and positively associated with blood lead within trimester three (B = 0.194, 95% CI: 0.076, 0.311, $p = 0.008$). Within both trimesters one and three, MUFsg was positively associated with urinary antimony, barium, cobalt, copper, lead, nickel, and tin($ps = 0.008-0.049$). Additionally, within trimester one, MUFsg was positively associated with urinary zinc (B = 0.106, 95% CI: 0.042, 0.170, $p = 0.008$), and within trimester three MUFsg was positively associated with urinary cadmium (B = 0.085, 95% CI: 0.026, 0.144, $p = 0.025$). MUFsg during the first trimester was also positively associated with

Malin *et al. Environmental Health*   (2023) 22:74

Page 7 of 11

**Table 3** Specific gravity adjusted maternal urinary fluoride concentrations according to select sociodemographic variables

| | First Trimester | | | | | | Third Trimester | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | Median | IQR | Min | Max | p | N | Median | IQR | Min | Max | p |
| **NIH Race/Ethnicity Categories** | | | | | | | | | | | | |
| White, non-Hispanic | 19 | 1.03 | 1.31 | 0.20 | 4.93 | $p=0.046$ | 30 | 1.32 | 1.24 | 0.25 | 3.73 | $p<0.001$ |
| Black, non-Hispanic | 29 | 0.62 | 0.47 | 0.24 | 1.81 | | 56 | 0.82 | 0.49 | 0.24 | 4.27 | |
| Hispanic | 235 | 0.64 | 0.48 | 0.11 | 3.05 | | 383 | 0.76 | 0.55 | 0.13 | 7.99 | |
| Multiracial or Other, non-Hispanic | 10 | 0.72 | 0.95 | 0.42 | 2.85 | | 17 | 0.95 | 0.65 | 0.48 | 2.79 | |
| **Education** | | | | | | | | | | | | |
| < High School | 71 | 0.68 | 0.50 | 0.17 | 3.05 | $p=0.031$ | 122 | 0.73 | 0.55 | 0.25 | 3.21 | $p=0.050$ |
| High School | 83 | 0.62 | 0.43 | 0.18 | 1.98 | | 146 | 0.80 | 0.53 | 0.19 | 4.27 | |
| Some college/technical school | 87 | 0.61 | 0.51 | 0.11 | 4.93 | | 129 | 0.76 | 0.56 | 0.13 | 7.99 | |
| 4-years of college | 34 | 0.74 | 0.51 | 0.20 | 2.03 | | 57 | 0.81 | 0.85 | 0.18 | 2.89 | |
| Some graduate training after college | 18 | 1.02 | 1.09 | 0.31 | 2.94 | | 32 | 0.97 | 0.86 | 0.29 | 3.73 | |
| **Income** | | | | | | | | | | | | |
| Don't know | 78 | 0.70 | 0.52 | 0.10 | 4.93 | $p=0.012$ | 143 | .76 | .65 | .13 | 2.89 | $p<0.001$ |
| Less than $15,000 | 66 | 0.63 | 0.47 | 0.26 | 3.05 | | 101 | .75 | .46 | .26 | 4.27 | |
| $15,000 to $29,999 | 70 | 0.54 | 0.31 | 0.17 | 2.85 | | 128 | .75 | .75 | .25 | 7.99 | |
| $30,000 to $49,999 | 44 | 0.74 | 0.56 | 0.31 | 1.89 | | 58 | .91 | .91 | .29 | 2.27 | |
| $50,000 to $99,999 | 16 | 0.84 | 0.62 | 0.41 | 2.94 | | 27 | .80 | .48 | .38 | 2.15 | |
| $100,000 or more | 19 | 0.93 | 0.93 | 0.38 | 2.00 | | 29 | .80 | .78 | .53 | 3.73 | |
| **Maternal Ethnicity by Nativity** | | | | | | | | | | | | |
| Non-Hispanic | 58 | .76 | .59 | .20 | 4.93 | $p=0.095$ | 103 | .94 | .76 | .24 | 4.27 | $p<.001$ |
| US-Born Hispanic | 104 | .67 | .44 | .18 | 2.69 | | 169 | .74 | .54 | .22 | 7.99 | |
| Non-US Born Hispanic | 130 | .61 | .51 | .10 | 3.05 | | 203 | .79 | .62 | .13 | 3.21 | |
| **Birth Order** | | | | | | | | | | | | |
| First Born | 100 | .71 | .58 | .20 | 4.93 | $p=0.190$ | 169 | .84 | .70 | .25 | 7.99 | $p=0.009$ |
| Second Born | 89 | .62 | .51 | .10 | 2.32 | | 141 | .74 | .59 | .13 | 4.27 | |
| Third Born or greater | 103 | .64 | .50 | .27 | 3.05 | | 162 | .76 | .55 | .19 | 2.39 | |



**Fig. 2** MUFsg concentrations in the first and third trimesters of pregnancy according to race and ethnicity in the MADRES pregnancy cohort

MUFsg = specific gravity adjusted maternal urinary fluoride; *N* = 293 for trimester one and *N* = 486 for trimester three

third trimester urinary cadmium, cobalt, and tin (all *p*s = 0.045). No other associations of MUFsg with blood or urinary metals within or between trimesters were significant after FDR correction, although some were marginally significant. Results did not change appreciably for sensitivity analyses that included only participants who fasted during trimester 3 (See Supplemental Tables S6 and S7).

Case 3:17-cv-02162-EMC   Document 378-5   Filed 12/22/23   Page 114 of 150

Malin *et al. Environmental Health*        (2023) 22:74                                                                 Page 8 of 11

## Discussion

This study characterized urinary fluoride levels during the first and third trimesters of pregnancy among a cohort of predominately Hispanic pregnant women residing in urban LA. MUFsg levels observed in MADRES (trimester 1 mean=0.81 mg/L; trimester 3 mean=0.92 mg/L) were higher than those reported in one other US study, but comparable to those observed among pregnant women in Mexico and Canada for which higher levels have been associated with poorer neurodevelopmental outcomes [13, 33–35]. Specifically, Abduweli et al. (2020) found that among 138 women in Northern and Central California, mean MUFsg levels during the second trimester of pregnancy were 0.63 mg/L [21]. Conversely, studies of pregnant women from Mexico [36] and fluoridated communities in Canada [18] observed mean creatinine-adjusted maternal urinary fluoride and MUFsg levels of 0.87 mg/L and 0.88 mg/L during trimester 3 respectively. Notably, in these studies, higher maternal urinary fluoride levels during pregnancy were associated with higher symptoms of ADHD and/or lower child IQ [33–35]. Interestingly, Hispanic women in MADRES tended to have comparable third trimester MUFsg levels (median=0.76 mg/L) to women in Mexico, while White non-Hispanic women in MADRES had higher levels (median=1.32 mg/L). MUFsg may have been lower among pregnant women in the Abduweli et al. (2020) study in Northern/Central California because these women were from regions with low water fluoride levels (i.e., <0.3 mg/L) as well as levels at or above the recommended concentration of 0.7 mg/L [5]. We also observed increases in MUFsg between trimesters one and three. These findings are consistent with studies conducted in Mexico, Canada, and Poland [18, 20, 37]. It has been suggested that increases in urine fluoride across pregnancy might be attributed to higher fluoride uptake by fetal bone during the first trimester of pregnancy than during the third trimester [18]. Lastly, MUFsg and MUF levels in MADRES were highly correlated, which is also consistent with the moderate to high correlations between MUF and MUFsg observed by Abduweli et al. (2020) [21] and Till et al. (2018) [18].

When examining associations of MUFsg with sociodemographic variables, we observed higher MUFsg levels among pregnant women who were older. These findings are consistent with Till et al. (2018) who observed weak positive correlations between urine fluoride and age among pregnant women in the Canadian-based MIREC cohort [18]. Higher urinary fluoride levels among pregnant women who were older may be due to the accumulation of fluoride in bone over time which is then excreted from the body upon urination [38]. Also consistent with

Till et al. (2018), we observed higher MUFsg levels among women with higher levels of educational attainment but did not observe associations of MUFsg with pre-pregnancy BMI or smoking history. However, unlike Till et al. (2018) we found higher MUFsg levels among women who were pregnant with their first child compared to their second child. These findings suggest that there may be greater mobilization of fluoride from bone during the first pregnancy compared to subsequent pregnancies.

White non-Hispanic participants in MADRES tended to have higher MUFsg levels than Black non-Hispanic participants or Hispanic participants; however, the sample size among White non-Hispanic participants was relatively small. Interestingly, other studies have shown that tap water consumption tends to be lower, and bottled water (which tends to be lower in fluoride) consumption higher, among Hispanic and non-Hispanic Black adults, including pregnant women, in the US in comparison to non-Hispanic White adults [39–41]. Furthermore, tap water mistrust in Los Angeles tends to be among the highest in the country when compared to other cities, particularly among Hispanic individuals [42]. A tendency for Hispanic adults to mistrust and consume less tap water may stem partly from negative perceptions about the safety of tap water, due to tap water quality issues in their country of origin [43]. However, there are also current racial/ethnic disparities in exposure to environmental toxicants in tap water that may contribute to increased caution around tap water consumption among minoritized populations [44, 45]. Moreover, Black Americans have been shown to report higher levels of mistrust regarding healthcare and public health interventions in general [46–48]. Therefore, it is possible that lower tap water consumption may have contributed to lower urine fluoride levels among non-Hispanic Black and Hispanic women in MADRES. Future research is needed to examine whether potential fluoride exposure disparities observed in MADRES are generalizable to the overall Los Angeles area and greater US population, as well as to assess beverage consumption patterns, and perspectives on fluoridation according to race/ethnicity among pregnant women living in the US.

Women in MADRES with higher levels of MUFsg during trimester three also tended to have higher levels of blood lead, as well as higher levels of various urinary metals, including antimony, barium, cadmium, copper, cobalt, lead, nickel, and tin. Interestingly, research shows that fluoridation chemicals such as sodium fluoride and hydrofluorosilicic acid can be contaminated with metals, including lead, arsenic, barium and aluminum at varying concentrations [22]. Furthermore, children residing in fluoridated communities within the

Case 3:17-cv-02162-EMC   Document 378-5   Filed 12/22/23   Page 115 of 150

Malin *et al. Environmental Health*        (2023) 22:74                                                                                       Page 9 of 11

US have been shown to have higher blood lead levels than children residing in communities not treated with fluoridation chemicals [49]. The corrosion of lead-bearing plumbing by fluoridation chemicals administered along with disinfecting agents such as chloramine is one possible pathway by which fluoride and lead co-exposure may occur [50]. However, animal research has also shown that fluoride increases absorption of lead in blood and calcified tissues, potentially by impacting intestinal absorption and/or renal excretion of lead [51]. Therefore, higher blood lead in relation to fluoride exposure among pregnant women in the US may result from co-occurring fluoride and lead exposure in drinking water or increased bodily uptake of lead from other sources by fluoride.

In terms of other metals, fluoride and cadmium can naturally co-occur in drinking water due to industrial processes, thus increasing the likelihood of simultaneous exposure [52]. Interestingly, animal studies point to potential interactions between fluoride and cadmium in affecting renal and hepatic function [23]; however, effects on other health outcomes have yet to be examined. Prior research has also shown that blood copper levels tend to be lower among both adults [53] and children [54] with chronic fluorosis. Therefore, higher urinary copper and urinary fluoride levels among pregnant women in MADRES may reflect increased excretion of copper in relation to higher fluoride exposure. Interestingly, women with higher urinary fluoride during trimester one also tended to have lower blood mercury. Future research is needed to explore potential mechanisms underlying this novel finding.

This study has several strengths, including its large sample size, individual measures of exposure assessment, prospective design, measurement of urinary fluoride at two time points, and breadth of sociodemographic variables and metals measured. However, it also has some limitations. First, although women were asked to fast prior to urine and blood collection, not all were able to comply, and of those who did comply, the duration of fasting was not standardized which may have introduced random error. Still, associations between MUFsg and metals in trimester three did not change appreciably when examined only among women who fasted for at least 8 hours. Second, urine collection time was not standardized and only a single urine sample was obtained per participant. Therefore, urinary fluoride measures in this study tended not to assess cumulative fluoride exposure and they may have been influenced by daily behaviors. Third, data on water consumption habits (i.e., consumption of tap versus bottled water) were not available for most participants in

this study at the time of writing and therefore were not included. We also do not have measures of total fluoride intake and exposure. Therefore, future research is needed to examine relative contributions of different sources of fluoride exposure to urinary fluoride levels.

## Conclusion
Urinary fluoride levels among pregnant women in Los Angeles are comparable to those observed among pregnant women in Mexico and fluoridated communities in Canada that have been associated with poorer neurodevelopmental outcomes. Consistent with other studies, urinary fluoride levels among women in this study tended to increase across pregnancy. Lower urinary fluoride levels among Hispanic and non-Hispanic Black participants in MADRES compared to non-Hispanic White participants may reflect lower tap water consumption or lower fluoride exposure from other sources. Studies examining whether maternal urinary fluoride levels are associated with neurodevelopmental outcomes in the US are warranted.

### Abbreviations
| | |
|---|---|
| US | United States |
| LA | Los Angeles |
| MADRES | Maternal and Developmental Risks from Environmental and Social Stressors |
| BMI | Body mass index |
| MUFsg | Specific gravity adjusted maternal urinary fluoride |
| MUF | Maternal urinary fluoride |
| CHEAR | Children's Health Exposure Analysis Resource |
| Sb | Antimony |
| As | Arsenic |
| Ba | Barium |
| Be | Beryllium |
| Cd | Cadmium |
| Cs | Cesium |
| Co | Cobalt |
| Cu | Copper |
| Cr | Chromium |
| Hg | Mercury |
| Mn | Manganese |
| Mo | Molybdenum |
| Ni | Nickel |
| Pb | Lead |
| Pt | Platinum |
| Sn | Tin |
| Tl | Thallium |
| W | Tungsten |
| U | Uranium |
| V | Vanadium |
| Zn | Zinc |
| LLOD | Lower limit of detection |
| ICP-MS | Inductively coupled plasma mass spectrometry |
| QBIC | Quantitative Bio-element Imaging Center |
| FDR | False discovery rate |
| SD | Standard deviation |
| SE | Standard error |
| IQR | Interquartile range |

Malin *et al. Environmental Health*          (2023) 22:74

Page 10 of 11

## Supplementary Information

The online version contains supplementary material available at https://doi.org/10.1186/s12940-023-01026-2.

---

**Additional file 1: Table S1.** Maternal Demographics According to Fluoride Sample. **Table S2.** Associations of First Trimester MUFsg with Blood Metals according to Trimester. **Table S3.** Associations of Third Trimester MUFsg with Blood Metals according to Trimester. **Table S4.** Associations of First Trimester MUFsg with Urine Metals According to Trimester. **Table S5.** Associations of Third Trimester MUFsg with Urine Metals according to Trimester. **Table S6.** Associations of Third Trimester MUFsg with Third Trimester Blood Metals among Women who Fasted for at Least 8 Hours. **Table S7.** Associations of Third Trimester MUFsg with Third Trimester Urine Metals among Women who Fasted for at Least 8 Hours.

**Additional file 2.**

**Additional file 3: Appendix A.** False Discovery Rate (FDR) Correction Methods.

---

### Acknowledgements

We thank the MADRES participants, the study staff, and our community clinic partners for making this work possible.

### Authors' contributions

A.J.M.: Conceptualization, Data curation, Formal analysis, Funding acquisition, Methodology, Visualization, Roles/Writing—original draft; and Writing—review & editing; H.H: Conceptualization, Methodology, Resources, Software, Supervision, Writing—review & editing; E.A.M: Investigation, Methodology, Writing—review & editing; S.P.E.: Methodology, Validation, Writing—review & editing; S.F.F.: Writing—review & editing; C.G.H.: Data curation; Funding acquisition; Writing—review & editing; W.F.: Methodology, Data curation, Writing—review & editing; J.D.M.: Methodology, Data curation, Writing—review & editing; R.H.: Writing—review & editing; T.M.B.: Data curation, Investigation, Resources, Supervision, Project administration, Funding acquisition, Writing—review & editing; C.V.B.: Data curation, Investigation, Resources, Supervision, Project administration, Funding acquisition, Writing—review & editing. All authors read and approved the final manuscript.

### Funding

This work was supported in part by funding from NIH/NIEHS [R00ES031676, R00ES030400, ES030400, P50MD015705, P50ES026086] and the EPA [83615801–0]. This work was additionally supported by grants U2CES026555 and U2CES026553 from the NIEHS as part of the Children's Health Exposure Analysis Resource (CHEAR). A portion of the data used in this study was generated by the CHEAR Program with grant support from the NIEHS and are publicly available (https://www.doi.org/10.36043/1945_177,https://www.doi.org/10.36043/1945_159). The content of this paper is solely the responsibility of the authors and does not necessarily represent the official views of these funding organizations.

### Availability of data and materials

The datasets used and/or analyzed during the current study are available from the corresponding author on reasonable request.

## Declarations

### Ethics approval and consent to participate

This study was approved by Institutional Review Boards at The University of Southern California (#HS-15–00498; #HS-21–00718) and The University of Florida (IRB202202104). Consent from subjects participating in the study was received prior to conducting the study.

### Consent for publication

N/A.

### Competing interests

The authors declare no competing interests.

### Author details

¹Department of Epidemiology, College of Public Health and Health Professions and College of Medicine, University of Florida, 2004 Mowry Rd, Gainesville 32603, USA. ²Department of Population and Public Health Sciences, Keck School of Medicine of University of Southern California, 1845 N Soto Street, Los Angeles, CA 90089-9239, USA. ³Department of Cardiology, Operative Dentistry and Dental Public Health, School of Dentistry, Indiana University, 1121 W. Michigan St., Indianapolis, IN 46202-2876, USA. ⁴Department of Epidemiology, Geisel School of Medicine at Dartmouth, 1 Medical Center Drive, Williamson Translational Research Building, 7th Floor, Lebanon, NH 03756, USA. ⁵Department of Preventive Medicine, Feinberg School of Medicine, Northwestern University, 680 N Lake Shore Dr Ste 1400, Chicago, IL 60611, USA. ⁶Department of Environmental Health Sciences, University of Michigan School of Public Health, 1420 Washington Hts, Ann Arbor, MI 48109, USA.

Received: 8 September 2023   Accepted: 13 October 2023
Published online: 26 October 2023

## References

1. Centers for Disease Control and Prevention. Community Water Fluoridation: Fluoridation Statistics, 2018 [Available from: https://www.cdc.gov/fluoridation/statistics/2018stats.htm.
2. Cabezas M, Obara A. Los Angeles County, Status of Community Water Fluoridation. Los Angeles, California: Los Angeles County Department of Public Health, Oral Health Program; 2019.
3. Cabezas M, editor Water Fluoridation Status In Los Angeles County Cities Over A 23-Year Period. National Oral Health Conference; 2014.
4. Health Canada. Page 2: Guidelines for Canadian Drinking Water Quality: Guideline Technical Document – Fluoride. 2011.
5. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. Public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. Public Health Rep. 2015;130(4):318–31.
6. Public Health Capacity and Knowledge Management Unit - Quebec Region for the Office of the Chief Dental Officer of Canada. Table 3: Provincial and Territorial estimates for total community water fluoridation coverage, 2017 [
7. Secretaría-de-Salud. Norma Oficial Mexicana Nom-040-Ssa1–1993. Sal Yodatada y Sal Fluorada. Mexico City, Mexico: Ministry of Health; 1995.
8. Guth S, Hüser S, Roth A, Degen G, Diel P, Edlund K, et al. Toxicity of fluoride: critical evaluation of evidence for human developmental neurotoxicity in epidemiological studies, animal experiments and in vitro analyses. Arch Toxicol. 2020;94(5):1375–415.
9. World Health Organization. Inadequate Or excess fluoride: a major public health concern. Geneva: Switzerland, Department of Public Health EaS-DoH; 2019.
10. Nutrient Data Laboratory BHNRC, Agricultural Research Service. USDA National Fluoride Database of Selected Beverages and Foods Release 2. Beltsville, MD, USA,: U.S. Department of Agriculture; 2005.
11. United States Environmental Protection Agency. Fluoride: Exposure and Relative Source Contribution Analysis. Washington, DC, USA2010.
12. Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, et al. Fluoride content in foods and beverages from Mexico City markets and supermarkets. Food Nutr Bull. 2019;40(4):514–31.
13. Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ Health Perspect. 2017;125(9):097017.
14. Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12years of age in Mexico City. Environ Int. 2018;121(Pt 1):658–66.
15. Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatrics. 2019;173(10):940–8.
16. Cantoral A, Téllez-Rojo MM, Malin AJ, Schnaas L, Osorio-Valencia E, Mercado A, et al. Dietary fluoride intake during pregnancy and

Case 3:17-cv-02162-EMC   Document 378-5   Filed 12/22/23   Page 117 of 150

Malin *et al. Environmental Health*          (2023) 22:74                                                                 Page 11 of 11

neurodevelopment in toddlers: a prospective study in the progress cohort. Neurotoxicology. 2021;87:86–93.

17. Farmus L, Till C, Green R, Hornung R, Martinez Mier EA, Ayotte P, et al. Critical windows of fluoride neurotoxicity in Canadian children. Environ Res. 2021;200:111315.

18. Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ Health Perspect. 2018;126(10):107001.

19. Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016;150:489–95.

20. Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, et al. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology. 2017;59:65–70.

21. Abduweli Uyghurturk D, Goin DE, Martinez-Mier EA, Woodruff TJ, DenBesten PK. Maternal and fetal exposures to fluoride during midgestation among pregnant women in northern California. Environ Health. 2020;19(1):38.

22. Mullenix PJ. A new perspective on metals and other contaminants in fluoridation chemicals. Int J Occup Environ Health. 2014;20(2):157–66.

23. Zhang J, Song J, Zhang J, Chen X, Zhou M, Cheng G, et al. Combined effects of fluoride and cadmium on liver and kidney function in male rats. Biol Trace Elem Res. 2013;155(3):396–402.

24. Bastain TM, Chavez T, Habre R, Girguis MS, Grubbs B, Toledo-Corral C, et al. Study design, protocol and profile of the Maternal And Developmental Risks from Environmental and Social Stressors (MADRES) pregnancy cohort: a prospective cohort study in predominantly low-income hispanic women in Urban Los Angeles. BMC Pregnancy Childbirth. 2019;19(1):189.

25. Cone EJ, Caplan YH, Moser F, Robert T, Shelby MK, Black DL. Normalization of urinary drug concentrations with specific gravity and creatinine. J Anal Toxicol. 2009;33(1):1–7.

26. Howe CG, Foley HB, Farzan SF, Chavez TA, Johnson M, Meeker JD, et al. Urinary metals and maternal circulating extracellular vesicle microRNA in the MADRES pregnancy cohort. Epigenetics. 2021;17:1–15.

27. Howe CG, Claus Henn B, Farzan SF, Habre R, Eckel SP, Grubbs BH, et al. Prenatal metal mixtures and fetal size in mid-pregnancy in the MADRES study. Environ Res. 2021;196:110388.

28. Funk WE, McGee JK, Olshan AF, Ghio AJ. Quantification of arsenic, lead, mercury and cadmium in newborn dried blood spots. Biomarkers. 2013;18(2):174–7.

29. Funk WEPJ, Sauter DJ, McDade TW, Holl JL. Use of dried blood spots for estimating children's exposures to heavy metals in epidemiological research. J Environ Anal Toxicol. 2015;S7(002):1–9.

30. Wang X, Qi L, Peng Y, Xia W, Xu S, Li Y, et al. Urinary concentrations of environmental metals and associating factors in pregnant women. Environ Sci Pollut Res Int. 2019;26(13):13464–75.

31. Jain RB. Effect of pregnancy on the levels of urinary metals for females aged 17–39 years old: data from National health and nutrition examination survey 2003–2010. J Toxicol Environ Health A. 2013;76(2):86–97.

32. McElroy JA, Shafer MM, Hampton JM, Newcomb PA. Predictors of urinary cadmium levels in adult females. Sci Total Environ. 2007;382(2–3):214–23.

33. Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatr. 2019;173(10):940–8.

34. Goodman CV, Bashash M, Green R, Song P, Peterson KE, Schnaas L, et al. Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6–12 years in the ELEMENT cohort. Environ Res. 2022;211:112993.

35. Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City. Environ Int. 2018;121(Pt 1):658–66.

36. Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016;150:489–95.

37. Opydo-Szymaczek J, Borysewicz-Lewicka M. Variations in concentration of fluoride in blood plasma of pregnant women and their possible consequences for amelogenesis in a fetus. Homo. 2006;57(4):295–307.

38. Mostafaei F, McNeill FE, Chettle DR, Wainman BC, Pidruczny AE, Prestwich WV. Measurements of fluorine in contemporary urban Canadians: a comparison of the levels found in human bone using in vivo and ex vivo neutron activation analysis. Physiol Meas. 2015;36(3):465–87.

39. Onufrak SJ, Park S, Sharkey JR, Sherry B. The relationship of perceptions of tap water safety with intake of sugar-sweetened beverages and plain water among US adults. Public Health Nutr. 2014;17(1):179–85.

40. van Erp B, Webber WL, Stoddard P, Shah R, Martin L, Broderick B. Demographic factors associated with perceptions about water safety and tap water consumption among adults in Santa Clara County, California, 2011. Prev Chronic Dis. 2014;11:E98.

41. Forssén UM, Herring AH, Savitz DA, Nieuwenhuijsen MJ, Murphy PA, Singer PC, et al. Predictors of use and consumption of public drinking water among pregnant women. J Expo Sci Environ Epidemiol. 2007;17(2):159–69.

42. Pierce G, Gonzalez SR, Roquemore P, Ferdman R. Sources of and solutions to mistrust of tap water originating between treatment and the tap: lessons from Los Angeles County. Sci Total Environ. 2019;694:133646.

43. Hobson WL, Knochel ML, Byington CL, Young PC, Hoff CJ, Buchi KF. Bottled, filtered, and tap water use in latino and non-latino children. Arch Pediatr Adolesc Med. 2007;161(5):457–61.

44. Balazs C, Morello-Frosch R, Hubbard A, Ray I. Social disparities in nitrate-contaminated drinking water in California's San Joaquin Valley. Environ Health Perspect. 2011;119(9):1272–8.

45. Martinez-Mier EA, Soto-Rojas AE. Differences in exposure and biological markers of fluoride among White and African American children. J Public Health Dent. 2010;70(3):234–40.

46. Bogart LM, Dong L, Gandhi P, Klein DJ, Smith TL, Ryan S, et al. COVID-19 Vaccine Intentions and Mistrust in a National Sample of Black Americans. J Natl Med Assoc. 2022;113(6):599–611.

47. Kennedy BR, Mathis CC, Woods AK. African Americans and their distrust of the health care system: healthcare for diverse populations. J Cult Divers. 2007;14(2):56–60.

48. Gary FA, Thiese S, Hopps J, Hassan M, Still CH, Brooks LM, et al. Medical mistrust among black women in America. J Natl Black Nurses Assoc. 2021;32(2):10–5.

49. Masters RD, Coplan MJ, Hone BT, Dykes JE. Association of silicofluoride treated water with elevated blood lead. Neurotoxicology. 2000;21(6):1091–100.

50. Maas RP, Patch SC, Christian AM, Coplan MJ. Effects of fluoridation and disinfection agent combinations on lead leaching from leaded-brass parts. Neurotoxicology. 2007;28(5):1023–31.

51. Sawan RM, Leite GA, Saraiva MC, Barbosa F Jr, Tanus-Santos JE, Gerlach RF. Fluoride increases lead concentrations in whole blood and in calcified tissues from lead-exposed rats. Toxicology. 2010;271(1–2):21–6.

52. Tang J, Xiao T, Wang S, Lei J, Zhang M, Gong Y, et al. High cadmium concentrations in areas with endemic fluorosis: a serious hidden toxin? Chemosphere. 2009;76(3):300–5.

53. Ersoy IH, Koroglu BK, Varol S, Ersoy S, Varol E, Aylak F, et al. Serum copper, zinc, and magnesium levels in patients with chronic fluorosis. Biol Trace Elem Res. 2011;143(2):619–24.

54. Tkachenko H, Kurhaluk N, Skaletska N, Maksin V, Osadowski Z. Elemental status and lipid peroxidation in the blood of children with endemic fluorosis. Biol Trace Elem Res. 2021;199(4):1237–45.

## Publisher's Note

Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

# Goodman et al. (2022b)

# Iodine Status Modifies the Association between Fluoride Exposure in Pregnancy and Preschool Boys' Intelligence





*Article*

# Iodine Status Modifies the Association between Fluoride Exposure in Pregnancy and Preschool Boys' Intelligence

Carly V. Goodman [1], Meaghan Hall [1], Rivka Green [1], Jonathan Chevrier [2], Pierre Ayotte [3], Esperanza Angeles Martinez-Mier [4], Taylor McGuckin [1], John Krzeczkowski [1], David Flora [1], Richard Hornung [5,†], Bruce Lanphear [6] and Christine Till [1,*]

[1] Department of Psychology, York University, Toronto, ONT M3J 1P3, Canada; cgoodman@yorku.ca (C.V.G.); mkhall@yorku.ca (M.H.); rrgreen@yorku.ca (R.G.); mcguckin@yorku.ca (T.M.); krzeczkj@yorku.ca (J.K.); dflora@yorku.ca (D.F.)
[2] Department of Epidemiology, Biostatistics, and Occupational Health, Faculty of Medicine and Health Sciences, McGill University, Montreal, QC H3A 1G1, Canada; jonathan.chevrier@mcgill.ca
[3] Département de Médecine Sociale et Préventive, Faculté de Médecine, Université Laval, Québec, QC G1V 0A6, Canada; pierre.ayotte@inspq.qc.ca
[4] Cariology, Operative Dentistry and Dental Public Health, Indiana University School of Dentistry, Indianapolis, IN 46202, USA; esmartin@iupui.edu
[5] Pediatrics and Environmental Health, Cincinnati Children's Hospital Medical Center, Cincinnati, OH 45229, USA; rwhornung@yahoo.com
[6] Faculty of Health Sciences, Simon Fraser University, Burnaby, BC V5A 1S6, Canada; bruce_lanphear@sfu.ca
* Correspondence: ctill@yorku.ca
† Retired.



**Citation:** Goodman, C.V.; Hall, M.; Green, R.; Chevrier, J.; Ayotte, P.; Martinez-Mier, E.A.; McGuckin, T.; Krzeczkowski, J.; Flora, D.; Hornung, R.; et al. Iodine Status Modifies the Association between Fluoride Exposure in Pregnancy and Preschool Boys' Intelligence. *Nutrients* **2022**, *14*, 2920. https://doi.org/10.3390/nu14142920

Academic Editor: Philippe Pierre Hujoel

Received: 1 June 2022
Accepted: 13 July 2022
Published: 16 July 2022

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**Copyright:** © 2022 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

**Abstract:** In animal studies, the combination of in utero fluoride exposure and low iodine has greater negative effects on offspring learning and memory than either alone, but this has not been studied in children. We evaluated whether the maternal urinary iodine concentration (MUIC) modifies the association between maternal urinary fluoride (MUF) and boys' and girls' intelligence. We used data from 366 mother–child dyads in the Maternal–Infant Research on Environmental Chemicals Study. We corrected trimester-specific MUF and MUIC for creatinine, and averaged them to yield our exposure variables (MUF$_{CRE}$, mg/g; MUIC$_{CRE}$, µg/g). We assessed children's full-scale intelligence (FSIQ) at 3 to 4 years. Using multiple linear regression, we estimated a three-way interaction between MUF$_{CRE}$, MUIC$_{CRE}$, and child sex on FSIQ, controlling for covariates. The MUIC$_{CRE}$ by MUF$_{CRE}$ interaction was significant for boys ($p = 0.042$), but not girls ($p = 0.190$). For boys whose mothers had low iodine, a 0.5 mg/g increase in MUF$_{CRE}$ was associated with a 4.65-point lower FSIQ score (95% CI: $-7.67$, $-1.62$). For boys whose mothers had adequate iodine, a 0.5 mg/g increase in MUF$_{CRE}$ was associated with a 2.95-point lower FSIQ score (95% CI: $-4.77$, $-1.13$). These results suggest adequate iodine intake during pregnancy may minimize fluoride's neurotoxicity in boys.

**Keywords:** fluoride; iodine; intelligence; neurodevelopment; pregnancy

## 1. Introduction

Fluoride exposure during early brain development has been associated with diminished intelligence quotient (IQ) scores among children living in areas with high levels of naturally occurring fluoride in drinking water (~3 mg/L) [1–3] and in areas where fluoride is added to public water supplies or salt for caries prevention [4–6]. The mechanism(s) underlying fluoride-associated cognitive deficits are not well understood, but changes to the thyroid function may be one such mechanism [7–11]. In 2006, the National Research Council (NRC) classified fluoride as an endocrine disruptor and recommended more research to understand fluoride's effects on the thyroid gland, especially in iodine deficient pregnant women [12].

*Nutrients* **2022**, *14*, 2920

Iodine is an essential nutrient for thyroid hormone synthesis and normal thyroid function [13]. Sufficient iodine intake is critical for optimal maternal and fetal thyroid function and normal fetal neurodevelopment [14–17]. Even mild to moderate iodine deficiency in pregnancy has been linked to diminished cognitive abilities in children [14,18–24], though not in all studies [25,26]. The inconsistent results may reflect differences in the severity of maternal iodine deficiency, methodology, age at outcome assessment, or other biological co-factors.

Studies conducted in China examined whether fluoride exposure and iodine deficiency combine to impart adverse effects on children's intelligence. Notably, school-aged children living in endemic fluoride and iodine-deficient areas had lower IQ scores than those living in endemic fluoride areas alone or iodine-deficient areas alone [27,28]. Fluoride in drinking water was reported to exacerbate the adverse effects of low iodine on child neurodevelopment and central nervous system function more broadly [28]. However, these studies were cross-sectional and did not account for potential confounders. In experimental studies, rat offspring exposed to both high fluoride and low iodine in utero showed greater deficits in learning and memory compared with those exposed to either high fluoride or low iodine [29,30].

Given the ubiquity of fluoride exposure, along with recent trends showing mild-to-moderate iodine deficiency in pregnant women [17,31,32], we evaluated whether the maternal iodine status modifies the association between prenatal fluoride exposure and children's intelligence. We hypothesized that low urinary iodine concentrations in Canadian pregnant women would exacerbate the fluoride-associated intellectual deficits observed in their children. We further hypothesized that the effects would be stronger in boys than girls given previous findings of sex differences in the neurotoxicity of prenatal fluoride exposure [33].

## 2. Materials and Methods

### 2.1. Participants

Participants included mother–child dyads enrolled in the Canadian Maternal–Infant Research on Environmental Chemicals (MIREC) study. Between 2008 and 2011, 2001 pregnant women were recruited from 10 cities across Canada to participate in a longitudinal cohort study. The inclusion criteria were as follows: women who were 18 years of age or older who could provide consent, communicate in English or French, and were <14 weeks' gestation. Participants were excluded if they had any medical complications, any known fetal abnormalities, or if there was illicit drug or alcohol abuse during pregnancy. Additional details of the MIREC study can be found in the cohort profile [34].

A subset of 808 women provided consent to participate with their child in the MIREC-Child Development Plus (CD Plus) follow-up study. Due to budgetary constraints, recruitment for MIREC CD Plus was limited to six of the ten cities from the original cohort, namely Vancouver, Toronto, Hamilton, Montreal, Kingston, and Halifax. The inclusion criteria for mother–child dyads in MIREC-CD Plus were as follows: mothers of singleton children born >28 weeks' gestation who were between the ages of 3 and 4 at the time of the study and had no congenital abnormalities, major neurological disorders, or history of convulsions. Among the 808 women who consented, 610 agreed to child IQ testing (76%), 601 of whom completed the neurodevelopmental testing. The latter subset of 601 mother–child dyads provided data for the current study.

Of the 601 children who completed IQ testing, 366 had complete data on maternal urinary fluoride (MUF), maternal urinary iodine concentration (MUIC), urinary creatinine (CRE), and covariates (See Figure 1); 235 were excluded for missing (i) creatinine data at all three trimesters ($n = 175$), (ii) a valid MUF measure available at all three trimesters ($n = 9$), (iii) MUIC$_{CRE}$ < 600 µg/g data at trimesters 1 and 2 ($n = 40$), and (4) covariate data ($n = 11$). Women with MUIC$_{CRE}$ values greater than or equal to 600 µg/g ($n = 37$) were excluded from the analyses because excess iodine levels have been linked to diminished intelligence [35], and we were specifically interested in comparing women with "low"

*Nutrients* **2022**, 14, 2920

levels of iodine with those with "adequate" levels of iodine, rather than "excess" levels of iodine. We considered $MUIC_{CRE}$ values greater than or equal to 600 μg/g to be "higher than adequate" as opposed to the WHO cut-off of 500 μg/L for unadjusted MUIC [36], given that we used MUIC values corrected for creatinine, and $MUIC_{CRE}$ values increase from trimester 1 to 2 [37].



**Figure 1.** Sample flow chart.

The present study was approved by the research ethics boards at Health Canada and York University. The MIREC study was also approved by the research ethics boards at all participating recruitment sites and at Health Canada. All participants provided their informed consent.

### 2.2. Urine Collection

Urine was collected in Nalgene® containers, labeled with a unique identification, aliquoted into smaller Cryovials®, and stored at appropriate temperatures until they were shipped for fluoride or iodine analysis. Spot samples were collected in each trimester of pregnancy at a mean ± SD of 11.57 ± 1.57, 19.11 ± 2.39, and 33.11 ± 1.50 weeks' gestation.

### 2.3. Maternal Urinary Fluoride Concentration

We derived maternal urinary fluoride (MUF, mg/L) concentrations by averaging fluoride concentrations across trimesters. We previously found a moderate correlation between the three samples, with intraclass correlation coefficients ranging from 0.37 to 0.40 [38]. Urine samples were analyzed at the Indiana University School of Dentistry through a modification of the hexamethyldisiloxane (HMDS; Sigma Chemical Co., St. Louis, MO, USA) micro-diffusion procedure described previously [38,39]. In neutral solutions, fluoride concentrations were measured down to 0.02 mg/L. Two of the spot urine samples (0.04%) were excluded from the first trimester as the readings surpassed the highest concentration standard of the instrument (5 mg/L).

*Nutrients* **2022**, *14*, 2920

*2.4. Maternal Urinary Iodine Concentration*

We derived the maternal urinary iodine concentration (MUIC, μg/L) by averaging iodine concentrations from two spot urine samples collected in the first and second trimester. MUIC is considered a reliable biomarker of recent iodine intake and reflects total iodine intake from all dietary sources [40]. MUIC was measured by the accredited Toxicology Laboratory at the Institut National de Santé Publique du Québec (INSPQ) using inductively coupled plasma mass spectrometry (ICP-MS). Values below the limit of detection (LOD, 38 μg/L) were replaced with the LOD divided by the square root of 2 (Hornung and Reed, 1990); 180 (9.74%) and 79 (4.56%) mothers had a MUIC below the LOD in trimesters 1 and 2, respectively.

*2.5. Correcting for Variability in Urinary Dilution*

To account for variability in urine dilution at time of measurement, MUF and MUIC were corrected for creatinine (CRE) measured in the same spot sample using the following equations:

$$\text{MUF}_{\text{CRE (mg/g)}} = \frac{(\text{MUF}_{\text{T1}}/\text{CRE}_{\text{T1}}) + (\text{MUF}_{\text{T2}}/\text{CRE}_{\text{T2}}) + (\text{MUF}_{\text{T3}}/\text{CRE}_{\text{T3}})}{3},$$

$$\text{MUIC}_{\text{CRE (μg/g)}} = \frac{(\text{MUIC}_{\text{T1}}/\text{CRE}_{\text{T1}}) + (\text{MUIC}_{\text{T2}}/\text{CRE}_{\text{T2}})}{2},$$

where $\text{MUF}_{\text{T1}}$ is the observed fluoride concentration, $\text{MUIC}_{\text{T1}}$ is the observed MUIC, and $\text{CRE}_{\text{T1}}$ is the observed creatinine concentration for that individual in trimester 1. $\text{MUF}_{\text{T2}}$ is the observed fluoride concentration, $\text{MUIC}_{\text{T2}}$ is the observed MUIC, and $\text{CRE}_{\text{T2}}$ is the observed creatinine concentration for that individual in trimester 2. $\text{MUF}_{\text{T3}}$ is the observed fluoride concentration, and $\text{CRE}_{\text{T3}}$ is the observed creatinine concentration for that individual in trimester 3. The measurement of urinary creatinine was previously described [38]. In pregnant women, the iodine to creatinine ratio (MUIC/CRE) is moderately correlated with 24 h urinary iodine excretion, the gold standard measure of iodine status relative to uncorrected urinary iodine concentration [14,41].

*2.6. Children's Full-Scale Intelligence Quotient*

We assessed children's intellectual abilities at 3 to 4 years of age using the Wechsler Preschool and Primary Scale of Intelligence-III with Canadian age-standardized norms (mean = 100, SD = 15). The test was administered in children's homes in either English or French by qualified research professionals who were blinded to gestational iodine status or fluoride exposure in pregnancy. We used full-scale intelligence (FSIQ), a measure of global intellectual and cognitive functioning, as our primary outcome.

*2.7. Covariates*

We selected covariates a priori based on prior work with the same study cohort examining fluoride exposure and children's intellectual abilities [6]. Covariates included maternal education (dichotomized as bachelor's degree or higher), maternal race (White/non-White), study site, and a continuous measure of the quality of the home environment using the Home Observation for Measurement of the Environment (HOME)—Revised Edition [42] at the time of the home visit when children were aged 3 to 4 years old.

*2.8. Statistical Analyses*

We used chi-square tests for categorical covariates and t-tests for continuous covariates to test for sampling differences between those with complete data and those without complete data (i.e., without $\text{MUF}_{\text{CRE}}$ or $\text{MUIC}_{\text{CRE}}$ but with FSIQ data). For descriptive purposes, $\text{MUIC}_{\text{CRE}}$ was stratified into those with low (<200 μg/g) and adequate ≥200 and <600 μg/g urinary iodine. Independent sample t-tests were used to test for differences

between boys and girls for exposure and outcome variables. Welch's correction was applied for t-tests to account for unequal variance.

We used multiple linear regression to estimate a model with a three-way interaction between $MUF_{CRE}$, $MUIC_{CRE}$, and child sex in predicting children's FSIQ scores while controlling for maternal education, maternal race, study site, and the HOME score; this model included all constituent two-way interaction terms and first-order effects. To determine whether $MUF_{CRE}$ and $MUIC_{CRE}$ interact as a function of sex without stratifying the sample, we then examined the model-implied $MUF_{CRE}$ by $MUIC_{CRE}$ two-way interaction within each sex. To facilitate the interpretation of coefficients, we centered $MUIC_{CRE}$ (i.e., subtracted a constant from every value of $MUIC_{CRE}$) around a "low" level (i.e., 147 µg/g which corresponds to the 10th percentile value for $MUIC_{CRE}$) and an "adequate" level (i.e., 294 µg/g which corresponds to the 50th percentile value for $MUIC_{CRE}$) [43,44]. We then re-ran the model using $MUIC_{CRE}$ centered around the "low" and "adequate" levels of iodine, separately, with boys coded as the reference. The model was re-estimated with girls coded as the reference to interpret the association between $MUF_{CRE}$ and FSIQ for a girl whose mother had a low or adequate level of iodine during pregnancy. All models were evaluated for linearity, homoscedasticity, and normality and model assumptions were sufficiently met. No influential outliers were detected according to Cook's distance.

We used STATA version 16.1 (STATA corporation) for data analysis. The level of significance was 0.05, and all statistical tests were two-tailed. All coefficients were reported for every 0.5 mg/g increase in $MUF_{CRE}$ (approximately the IQR).

## 3. Results

Most participants included in the present study were married or in a common-law relationship, had a bachelor's degree or higher, and were White (Table 1). Mother–child dyads with complete data did not significantly differ from those without complete data on any of the demographic characteristics, except a greater proportion of mothers with complete data were White.

**Table 1.** Demographic Characteristics of those with Complete Data (*N* = 366) and Incomplete Data (*N* = 211).

| Demographic Characteristic (Mean ± SD or *N* (%)) | Complete Data (*N* = 366) | Incomplete Data (*N* = 211) | *p* |
|---|---|---|---|
| **Mothers** | | | |
| Maternal Age (years) | 32.50 ± 4.51 | 32.55 ± 4.62 | 0.899 |
| Married or Common Law | 353 (96.54) | 205 (97.16) | 0.646 |
| White | 334 (91.26) | 181 (85.78) | 0.041 |
| Bachelor's Degree or Higher | 243 (66.39) | 142 (67.30) | 0.824 |
| Taking a prenatal multivitamin | 319 (87.40) | 175 (82.94) | 0.140 |
| HOME Score | 47.23 ± 4.44 | 47.40 ± 4.10 | 0.649 |
| **Children** | | | |
| Male | 186 (50.82) | 98 (46.44) | 0.311 |
| Age at Testing (years) | 3.44 ± 0.32 | 3.40 ± 0.31 | 0.144 |

Abbreviations: HOME = Home Observation Measurement of the environment.

The median (IQR) $MUF_{CRE}$ and $MUIC_{CRE}$ were 0.61 (0.49) mg/g and 294 (181) µg/g, respectively. Boys and girls did not differ significantly in $MUF_{CRE}$ concentration or $MUIC_{CRE}$ (Table 2). Children's FSIQ scores were in the average range, with girls scoring significantly higher than boys ($t(364)$ = −3.17, *p* = 0.002; Table 2).

*Nutrients* **2022**, *14*, 2920

**Table 2.** $MUF_{CRE}$, $MUIC_{CRE}$, and Full-Scale IQ by sex.

| Urinary Measurement | All | | Boys | | Girls | | |
|---|---|---|---|---|---|---|---|
| | *n* | Median (IQR) | *n* | Median (IQR) | *n* | Median (IQR) | *p* [1] |
| $MUF_{CRE}$ (mg/g) | 366 | 0.61 (0.49) | 186 | 0.63 (0.52) | 180 | 0.61 (0.48) | 0.538 |
| $MUIC_{CRE}$ (µg/g) | 366 | 294 (181) | 186 | 309 (181) | 180 | 287 (203) | 0.059 |
| Low | 86 | 148 (47) | 31 | 131 (73) | 55 | 152 (37) | 0.083 |
| Adequate | 280 | 341 (165) | 155 | 348 (187) | 125 | 336 (146) | 0.893 |
| Outcome | *n* | Mean ± SD | *n* | Mean ± SD | *n* | Mean ± SD | *p* [1] |
| FSIQ | 366 | 107.46 ± 13.75 | 186 | 105.25 ± 14.90 | 180 | 109.75 ± 12.09 | 0.002 |

Low $MUIC_{CRE}$ < 200 µg/g, Adequate $MUIC_{CRE}$ ≥ 200 & < 600 µg/g; Abbreviations: $MUF_{CRE}$ = Maternal urinary fluoride corrected for creatinine; $MUIC_{CRE}$ = maternal urinary iodine concentration corrected for creatinine; FSIQ = Full-Scale IQ. [1] Comparing boys with girls.

*Three-Way Interaction Model*

We found a significant three-way interaction between $MUF_{CRE}$, $MUIC_{CRE}$, and sex while controlling for relevant covariates ($p$ = 0.019; see Table 3 and Figure 2). The two-way $MUIC_{CRE}$ by $MUF_{CRE}$ interaction was significant for boys ($p$ = 0.042), but not girls ($p$ = 0.190). For boys whose mothers had a low $MUIC_{CRE}$, every 0.5 mg/g increase in $MUF_{CRE}$ was associated with a 4.65-point lower FSIQ score (95% CI: −7.67, −1.62; $p$ = 0.003). For boys whose mothers had adequate $MUIC_{CRE}$, every 0.5 mg/g increase in $MUF_{CRE}$ was associated with a 2.95-point lower FSIQ score (95% CI: −4.77, −1.13; $p$ = 0.002). In contrast, $MUF_{CRE}$ was marginally associated with FSIQ for girls whose mothers had low $MUIC_{CRE}$ (B = 2.48; 95% CI: −0.31, 5.26; $p$ = 0.081) and was not significantly associated with FSIQ for girls whose mothers had adequate $MUIC_{CRE}$ (B = 1.31, 95%; CI: −0.41, 3.03; $p$ = 0.135).



**Figure 2.** Model—implied three-way interaction between maternal urinary fluoride ($MUF_{CRE}$), maternal urinary iodine concentration ($MUIC_{CRE}$) and child sex. Every 0.5 mg/g increase in $MUF_{CRE}$ was significantly associated with a 4.65- and −2.95-point lower FSIQ score for boys whose mothers had low $MUIC_{CRE}$ or adequate $MUIC_{CRE}$, respectively. $MUF_{CRE}$ was marginally associated with FSIQ for girls whose mothers had low $MUIC_{CRE}$ and not significantly associated with FSIQ for girls whose mothers had adequate $MUIC_{CRE}$.

*Nutrients* **2022**, *14*, 2920

**Table 3.** Results of the three-way interaction model.

| Variable | B | SE(B) | $p$ |
| --- | --- | --- | --- |
| $MUF_{CRE}$ (mg/g) | −5.89 | 1.85 | 0.002 |
| $MUIC_{CRE}$ (µg/g) | −0.03 | 0.01 | 0.023 |
| Sex | −3.09 | 2.17 | 0.155 |
| $MUF_{CRE} \times MUIC_{CRE}$ | 0.02 | 0.01 | 0.042 |
| $MUF_{CRE} \times$ Sex | 8.51 | 2.40 | <0.001 |
| $MUIC_{CRE} \times$ Sex | 0.03 | 0.02 | 0.042 |
| $MUF_{CRE} \times MUIC_{CRE} \times$ Sex | −0.04 | 0.02 | 0.019 |

Note. SE: Standard Error, $R^2 = 0.28$, $F$ (15, 350) = 8.97, $p < 0.001$; Abbreviations: $MUF_{CRE}$ = maternal urinary fluoride corrected for creatinine; $MUIC_{CRE}$ = maternal urinary iodine concentration corrected for creatinine. Model adjusted for maternal level of education, maternal ethnicity, HOME score, and study site. $MUIC_{CRE}$ is centered around the "adequate" level of iodine, and boys are coded as the reference. The coefficient for $MUF_{CRE}$ represents the association between $MUF_{CRE}$ and FSIQ for a boy whose mother had an adequate level of $MUIC_{CRE}$ during pregnancy.

## 4. Discussion

We examined whether gestational iodine status modifies the association between prenatal fluoride exposure and preschool boys' and girls' intelligence in the Maternal Infant Research on Environmental Chemicals (MIREC) Study. To do so, we estimated the three-way interaction between prenatal fluoride exposure, gestational iodine status, and sex on children's FSIQ. We found that the association between prenatal fluoride exposure and FSIQ was stronger among boys whose mothers had low urinary iodine concentrations in pregnancy compared to boys whose mothers had adequate iodine concentrations in pregnancy. These findings are consistent with previous experimental and human epidemiological studies [27–30,45] and indicate that even mildly reduced iodine levels may have biological significance when interacting with fluoride. Importantly, our findings were observed in a Canadian pregnancy sample with, on average, sufficient iodine intake (median iodine = 294 µg/g) and with 88% of women taking prenatal multi-vitamins.

Regarding potential mechanisms, experimental evidence demonstrates that prenatal exposure to both high fluoride and low iodine can induce neurochemical changes in offspring. For example, Ge et al., (2011) found that brains of rat offspring exposed to both high fluoride and low iodine in utero had different protein profiles compared with controls; proteins involved in cellular signaling and metabolism were most affected [46]. Other studies with similar experimental designs found higher levels of superoxide dismutase and malondialdehyde (biomarkers of oxidative stress), apoptosis, and histopathological changes (e.g., elongation of neural dendrites and missing nuclei) in the brains of rat offspring exposed to high fluoride and low iodine compared with those exposed to either alone [29,47,48].

The combination of low iodine and high fluoride may also adversely impact thyroid function. A prior study conducted in Canada showed that higher urinary fluoride levels in adults were associated with higher thyroid stimulating hormone levels, but only among adults who had low urinary iodine concentrations (≤0.38 µmol/L) [49]. One potential mechanism by which fluoride may interact with iodine to affect thyroid function is by inhibiting one or more enzymes involved in normal thyroid function, such as deiodinases [50]. This would increase the iodine requirement, such that the effect would be more severe in the presence of iodine deficiency. Another common hypothesis is that fluoride displaces thyroidal iodine uptake since it is more electronegative and has a lighter atomic weight than iodine [51].

Experimental studies have also shown that the effects of fluoride may be exacerbated by deficient or excess iodine [52]. For instance, Guan et al. (1988) observed decreases in T3 and T4 among adult Wistar rats with sufficient iodine intake who were exposed to fluoride at a concentration of 30 mg/L [53]. These same changes were observed among iodine-deficient rats who were exposed to fluoride at a lower concentration of only 10 mg/L. Another study with adult mice observed lower levels of triiodothyronine (T3) and thyroxine

(T4) among mice with a deficient iodine intake coupled with low fluoride intake when compared with mice with a moderate iodine intake [52]. Thus, the relationship between fluoride exposure and thyroid function may differ as a function of iodine intake.

The impact of fluoride and iodine on thyroid hormones during pregnancy is especially relevant to cognitive abilities in offspring. The fetus is entirely dependent on maternal thyroid hormones until mid-gestation and continues to be partially dependent until birth [54]. Even subtle changes in maternal thyroid hormone levels in pregnancy can have adverse effects on brain structure [55–57] and neurodevelopment [55,56,58]. Low iodine and exposure to higher levels of fluoride in drinking water during pregnancy are both independently associated with a greater risk of developing hypothyroidism [59,60]. Our results are consistent with the combination of low iodine and high fluoride compounding thyroid disruption during fetal development, the most vulnerable period of brain development.

In our study, the interaction between fluoride and iodine was only evident in boys. This finding is consistent with a recent cross-sectional study conducted in China showing that iodine modified the susceptibility of the thyroid gland to fluoride exposure in school-aged boys, but not girls [45]. For boys with lower urinary levels of iodine, higher urinary fluoride was associated with larger thyroid volumes, whereas higher levels of iodine reduced the effects of fluoride on the thyroid. To our knowledge, no study has examined sex-specific effects of the interaction between prenatal fluoride and iodine on neurodevelopmental outcomes, but some epidemiological and animal studies of fluoride neurotoxicity found that boys are more vulnerable to prenatal fluoride exposure than girls [33]. Sex-specific effects in the interaction between fluoride and iodine, particularly among mothers with insufficient iodine intake, may disrupt in utero thyroid hormones. Given that the thyroid gland expresses estrogen and androgen receptors, boys and girls may respond differently to thyroid hormone insufficiency [61–63]. One study, for example, found that maternal trajectories of thyroid hormones were associated with preschool boys' behavioural development but not girls' [64]. Taken together, these findings indicate that future investigations of fluoride's neurotoxicity should examine the roles of iodine intake and child sex, and whether thyroid hormones mediate the pathway for fluoride and iodine's effects on boys' IQ.

*Strengths and Limitations*

Our study has several strengths, including a modest-sized pregnancy cohort, prospective design, state-of-the-art biomarkers of fluoride exposure and iodine status, available information on a wide array of potential maternal and child confounders, and use of standardized and valid measures of child intelligence. Our study also has limitations. Compared with the general Canadian population, women in the MIREC cohort were more educated, older, predominantly Caucasian, and more likely to be married or in common law relationships [34], which may limit the generalizability of our findings. The high use of prenatal multivitamins in our sample likely reduced the risk of moderate-to-severe iodine deficiency which may be observed in other populations. Even though we used state-of-the-art biomarkers, fluoride and iodine both have short half-lives and could therefore be impacted by recent fluoride or iodine ingestion. Further, we measured iodine and fluoride in urine spot samples instead of 24 h urine samples. We attempted to minimize this limitation by averaging urine fluoride across all three trimesters of pregnancy, and urine iodine across two trimesters of pregnancy. Nonetheless, we acknowledge that up to ten repeat spot urine samples may be needed to accurately reflect individual iodine status [65].

## 5. Conclusions

This is the first prospective epidemiological study to estimate the interplay between prenatal fluoride exposure and maternal iodine status in relation to child IQ in boys and girls. Our findings indicate that the association between prenatal fluoride exposure and full-scale intelligence previously identified in this cohort [6] was exacerbated by low maternal iodine in pregnancy among boys. These results, which were found among mother-child

pairs living in fluoridated and non-fluoridated communities in Canada, underscore the importance of sufficient iodine intake in pregnancy to minimize the neurotoxicity of fluoride in boys.

**Author Contributions:** Conceptualization, C.V.G., M.H., R.G. and C.T.; methodology, C.V.G., M.H., D.F., R.H. and C.T.; software, C.V.G.; validation, D.F. and R.H.; formal analysis, C.V.G.; investigation, B.L. and E.A.M.-M.; resources, E.A.M.-M.; data curation, C.V.G.; writing—original draft preparation, C.V.G. and M.H.; writing—review and editing, C.V.G., M.H., R.G., J.C., P.A., E.A.M.-M., T.M., J.K., D.F., R.H., B.L. and C.T.; visualization, C.V.G.; supervision, C.T.; project administration, C.T.; funding acquisition, B.L., P.A. and C.T. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research was funded by National Institute of Environmental Health Science, grant numbers R21ES027044, 2016–2019; R01ES030365, 2020–2025 and the Maternal-Infant Research on Environmental Chemicals Study was funded by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institute for Health Research, grant number MOP-81285, 2006).

**Institutional Review Board Statement:** The study was conducted in accordance with the Declaration of Helsinki, and approved by the Institutional Review Board at Health Canada (2019-023H) and York University (12 December 2019).

**Informed Consent Statement:** Informed consent was obtained from all subjects involved in the study.

**Data Availability Statement:** Anonymized data described in the manuscript are available to qualified investigators with IRB approval.

**Acknowledgments:** We thank Nicole Lupien, Stéphanie Bastien, and Romy-Leigh McMaster (Centre de Recherche, CHU Sainte-Justine), and the MIREC Study Coordinating Staff for their administrative support, the MIREC study group of investigators and site investigators, as well as the MIREC Biobank; Jillian Ashely-Martin for her review of our manuscript as the Knowledge Translation representative for the MIREC study; Christine Buckley, Frank Lippert, and Prithvi Chandrappa, (Indiana University School of Dentistry), for their analysis of urinary fluoride at the Indiana University School of Dentistry. Ciprian Mihai Cirtiu, Insitut National de Santé Publique du Québec, for measuring the urinary creatinine and iodine.

**Conflicts of Interest:** The authors declare no conflict of interest. The funders had no role in the design of the study; in the collection, analyses, or interpretation of data; in the writing of the manuscript, or in the decision to publish the results.

# References

1. Lu, Y.; Sun, Z.R.; Wu, L.N.; Wang, X.; Lu, W.; Liu, S.S. Effect of High-Fluoride Water on Intelligence in Children. *Fluoride* **2000**, *33*, 74–78.
2. Xiang, Q.; Liang, Y.; Chen, L.; Wang, C.; Chen, B.; Chen, X.; Zhou, M. Effect of Fluoride in Drinking Water on Children's Intelligence. *Fluoride* **2003**, *36*, 84–94.
3. Zhao, L.B.; Liang, G.H.; Zhang, D.N.; Wu, X.R. Effect of a High Fluoride Water Supply on Children's Intelligence. *Fluoride* **1996**, *29*, 190–192.
4. Bashash, M.; Thomas, D.; Hu, H.; Martinez-Mier, E.A.; Sanchez, B.N.; Basu, N.; Peterson, K.E.; Ettinger, A.S.; Wright, R.; Zhang, Z.; et al. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico. *Environ. Health Perspect.* **2017**, *125*, 97017. [CrossRef]
5. Till, C.; Green, R.; Flora, D.; Hornung, R.; Martinez-Mier, E.A.; Blazer, M.; Farmus, L.; Ayotte, P.; Muckle, G.; Lanphear, B. Fluoride Exposure from Infant Formula and Child IQ in a Canadian Birth Cohort. *Environ. Int.* **2020**, *134*, 105315. [CrossRef]
6. Green, R.; Lanphear, B.; Hornung, R.; Flora, D.; Martinez-Mier, E.A.; Neufeld, R.; Ayotte, P.; Muckle, G.; Till, C. Association between Maternal Fluoride Exposure during Pregnancy and IQ Scores in Offspring in Canada. *JAMA Pediatr.* **2019**, *173*, 940–948. [CrossRef]
7. Chaitanya, N.; Karunakar, P.; Allam, N.; Priya, M.; Alekhya, B.; Nauseen, S. A Systematic Analysis on Possibility of Water Fluoridation Causing Hypothyroidism. *Indian J. Dent. Res.* **2018**, *29*, 358–363. [CrossRef]
8. Wang, M.; Liu, L.; Li, H.; Li, Y.; Liu, H.; Hou, C.; Zeng, Q.; Li, P.; Zhao, Q.; Dong, L.; et al. Thyroid Function, Intelligence, and Low-Moderate Fluoride Exposure among Chinese School-Age Children. *Environ. Int.* **2020**, *134*, 105229. [CrossRef]
9. Khandare, A.L.; Validandi, V.; Gourineni, S.R.; Gopalan, V.; Nagalla, B. Dose-Dependent Effect of Fluoride on Clinical and Subclinical Indices of Fluorosis in School Going Children and Its Mitigation by Supply of Safe Drinking Water for 5 Years: An Indian Study. *Environ. Monit. Assess.* **2018**, *190*, 1–8. [CrossRef]

*Nutrients* 2022, *14*, 2920

10. KheradPisheh, Z.; Mirzaei, M.; Mahvi, A.H.; Mokhtari, M.; Azizi, R.; Fallahzadeh, H.; Ehrampoush, M.H. Impact of Drinking Water Fluoride on Human Thyroid Hormones: A Case-Control Study. *Sci. Rep.* 2018, *8*, 2674. [CrossRef]

11. Peckham, S.; Lowery, D.; Spencer, S. Are Fluoride Levels in Drinking Water Associated with Hypothyroidism Prevalence in England? A Large Observational Study of GP Practice Data and Fluoride Levels in Drinking Water. *J. Epidemiol. Community Health* 2015, *69*, 619–624. [CrossRef] [PubMed]

12. National Research Council. *Fluoride in Drinking Water; A Scientific Review of EPA's Standards*; National Academies Press: Washington, DC, USA, 2006; ISBN 9780309101288.

13. Institute of Medicine. *Dietary Reference Intakes for Vitamin A, Vitamin K, Arsenic, Boron, Chromium, Copper, Iodine, Iron, Manganese, Molybdenum, Nickel, Silicon, Vanadium, and Zinc: A Report of the Panel on Micronutrients ... [et al.], Standing Committee on the Scientific Eva*; National Academies Press: Cambridge, MA, USA, 2001.

14. Murcia, M.; Espada, M.; Julvez, J.; Llop, S.; Lopez-Espinosa, M.J.; Vioque, J.; Basterrechea, M.; Riaño, I.; González, L.; Alvarez-Pedrerol, M.; et al. Iodine Intake from Supplements and Diet during Pregnancy and Child Cognitive and Motor Development: The INMA Mother and Child Cohort Study. *J. Epidemiol. Community Health* 2018, *72*, 216–222. [CrossRef] [PubMed]

15. de Escobar, G.M.; Obregón, M.J.; Escobar del Rey, F. Maternal Thyroid Hormones Early in Prenancy and Fetal Brain Development. *Best Pract. Res. Clin. Endocrinol. Metab.* 2004, *18*, 225–248. [CrossRef]

16. Glinoer, D. The Regulation of Thyroid Function during Normal Pregnancy: Importance of the Iodine Nutrition Status. *Best Pract. Res. Clin. Endocrinol. Metab.* 2004, *18*, 133–152. [CrossRef]

17. Katz, P.M.; Leung, A.M.; Braverman, L.E.; Pearce, E.N.; Tomlinson, G.; He, X.; Vertes, J.; Okun, N.; Walfish, P.G.; Feig, D.S. Iodine Nutrition during Pregnancy in Toronto, Canada. *Endocr. Pract.* 2013, *19*, 206–211. [CrossRef] [PubMed]

18. De Escobar, G.M.; Obregón, M.J.; Del Rey, F.E. Iodine Deficiency and Brain Development in the First Half of Pregnancy. *Public Health Nutr.* 2007, *10*, 1554–1570. [CrossRef] [PubMed]

19. Zimmermann, M.B. Iodine Deficiency in Pregnancy and the Effects of Maternal Iodine Supplementation on the Offspring: A Review. *Am. J. Clin. Nutr.* 2009, *89*, 668–672. [CrossRef] [PubMed]

20. Melse-Boonstra, A.; Jaiswal, N. Iodine Deficiency in Pregnancy, infancy, and childhood and its consequences for brain development. *Best Pract. Res. Clin. Endocrinol. Metab.* 2010, *24*, 29–38. [CrossRef] [PubMed]

21. Bath, S.C. The Effect of Iodine Deficiency during Pregnancy on Child Development. *Proc. Nutr. Soc.* 2019, *78*, 150–160. [CrossRef]

22. Pearce, E.N. Effects of Iodine Deficiency in Pregnancy. *J. Trace Elem. Med. Biol.* 2012, *26*, 131–133. [CrossRef]

23. Bath, S.C.; Steer, C.D.; Golding, J.; Emmett, P.; Rayman, M.P. Effect of Inadequate Iodine Status in UK Pregnant Women on Cognitive Outcomes in Their Children: Results from the Avon Longitudinal Study of Parents and Children (ALSPAC). *Lancet* 2013, *382*, 331–337. [CrossRef]

24. Levie, D.; Korevaar, T.I.M.; Bath, S.C.; Murcia, M.; Dineva, M.; Llop, S.; Espada, M.; Van Herwaarden, A.E.; De Rijke, Y.B.; Ibarluzea, J.M.; et al. Association of Maternal Iodine Status with Child IQ: A Meta-Analysis of Individual Participant Data. *J. Clin. Endocrinol. Metab.* 2019, *104*, 5957–5967. [CrossRef] [PubMed]

25. Ghassabian, A.; Steenweg-de Graaff, J.; Peeters, R.P.; Ross, H.A.; Jaddoe, V.W.; Hofman, A.; Verhulst, F.C.; White, T.; Tiemeier, H. Maternal Urinary Iodine Concentration in Pregnancy and Children's Cognition: Results from a Population-Based Birth Cohort in an Iodine-Sufficient Area. *BMJ Open* 2014, *4*, e005520. [CrossRef] [PubMed]

26. Rebagliato, M.; Murcia, M.; Álvarez-Pedrerol, M.; Espada, M.; Fernández-Somoano, A.; Lertxundi, N.; Navarrete-Muñoz, E.M.; Forns, J.; Aranbarri, A.; Llop, S.; et al. Iodine Supplementation during Pregnancy and Infant Neuropsychological Development. *Am. J. Epidemiol.* 2013, *177*, 944–953. [CrossRef]

27. Ren, D.; Li, K.; Liu, D. A Study of the Intellectual Ability of 8–14 Year-Old Children in High Fluoride, Low Iodine Areas. *Fluoride* 2008, *41*, 319–320.

28. Fa-Fu, L.; Aihaiti, H.X.Z.; Jin, U.; Ji-Yong, J.; Maimaiti, A. The Relationship of a Low-Iodine and High- Fluoride Environment to Subclinical Cretinism in Xinjiang. *Iodine Defic. Disord. Newsl.* 1991, *7*, 24–25.

29. Wang, J.; Ge, Y.; Ning, H.; Wang, S. Effects of High Fluoride and Low Iodine on Biochemical Indexes of the Brain and Learning-Memory of Offspring Rats. *Fluoride* 2004, *37*, 201–208.

30. Hong, J.H.; Ge, Y.M.; Ning, H.M. Effects of High Fluoride and Low Iodine on Learning-Memory and TchE of Brain in Offspring Rats. *China Prev. Med.* 2005, *6*, 489–491.

31. Mioto, V.C.B.; de Castro Nassif Gomes Monteiro, A.C.; De Camargo, R.Y.A.; Borel, A.R.; Catarino, R.M.; Kobayashi, S.; Chammas, M.C.; Marui, S. High Prevalence of Iodine Deficiency in Pregnant Women Living in Adequate Iodine Area. *Endocr. Connect.* 2018, *7*, 762–767. [CrossRef]

32. Perrine, C.G.; Herrick, K.A.; Gupta, P.M.; Caldwell, K.L.; Activity, P.; Surveys, N.E. Iodine Status of Pregnant Women and Women of Reproductive Age in the United States. *Thyroid* 2019, *29*, 153–154. [CrossRef]

33. Green, R.; Rubenstein, J.; Popoli, R.; Capulong, R.; Till, C. Sex-Specific Neurotoxic Effects of Early-Life Exposure to Fluoride: A Review of the Epidemiologic and Animal Literature. *Curr. Epidemiol. Rep.* 2020, *7*, 263–273. [CrossRef] [PubMed]

34. Arbuckle, T.E.; Fraser, W.D.; Fisher, M.; Davis, K.; Liang, C.L.; Lupien, N.; Bastien, S.; Velez, M.P.; Von Dadelszen, P.; Hemmings, D.G.; et al. Cohort Profile: The Maternal-Infant Research on Environmental Chemicals Research Platform. *Paediatr. Perinat. Epidemiol.* 2013, *27*, 415–425. [CrossRef] [PubMed]

*Nutrients* **2022**, *14*, 2920

35. Li, F.; Wan, S.; Zhang, L.; Li, B.; He, Y.; Shen, H.; Liu, L. A Meta-Analysis of the Effect of Iodine Excess on the Intellectual Development of Children in Areas with High Iodine Levels in Their Drinking Water. *Biol. Trace Elem. Res.* **2022**, *200*, 1580–1590. [CrossRef] [PubMed]

36. World Health Organization. Worldwide Iodine Status. In *WHO Global Database on Iodine Deficiency*; Department of Nutrition for Health and Development World Health Organization: Geneva, Switzerland, 2004.

37. Luo, J.; Li, C.; Zhang, X.; Shan, Z.; Teng, W. Reference Intervals of the Ratio of Urine Iodine to Creatinine in Pregnant Women in an Iodine-Replete Area of China. *Biol. Trace Elem. Res.* **2020**, *199*, 62–69. [CrossRef]

38. Till, C.; Green, R.; Grundy, J.G.; Hornung, R.; Neufeld, R.; Martinez-Mier, E.A.; Ayotte, P.; Muckle, G.; Lanphear, B. Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. *Environ. Health Perspect.* **2018**, *126*, 107001. [CrossRef]

39. Martínez-Mier, E.A.; Cury, J.A.; Heilman, J.R.; Katz, B.P.; Levy, S.M.; Li, Y.; Maguire, A.; Margineda, J.; O'Mullane, D.; Phantumvanit, P.; et al. Development of Gold Standard Ion-Selective Electrode-Based Methods for Fluoride Analysis. *Caries Res.* **2011**, *45*, 3–12. [CrossRef]

40. Zimmermann, M.B.; Andersson, M. Assessment of Iodine Nutrition in Populations: Past, Present, and Future. *Nutr. Rev.* **2012**, *70*, 553–570. [CrossRef]

41. Li, C.; Peng, S.; Zhang, X.; Xie, X.; Wang, D.; Mao, J.; Teng, X.; Shan, Z.; Teng, W. The Urine Iodine to Creatinine as an Optimal Index of Iodine during Pregnancy in an Iodine Adequate Area in China. *J. Clin. Endocrinol. Metab.* **2016**, *101*, 1290–1298. [CrossRef]

42. Caldwell, B.M.; Bradley, R.H. *Home Observation for Measurement of the Environment*; University of Arkansas: Little Rock, AR, USA, 1979.

43. Bauer, D.J.; Curran, P.J.; Thurstone, L.L. Probing Interactions in Fixed and Multilevel Regression: Inferential and Graphical Techniques. *Multivariate Behav. Res.* **2005**, *40*, 373–400. [CrossRef]

44. Van Mil, N.H.; Tiemeier, H.; Bongers-Schokking, J.J.; Ghassabian, A.; Hofman, A.; Hooijkaas, H.; Jaddoe, V.W.V.; de Muinck Keizer-Schrama, S.M.; Steegers, E.A.P.; Visser, T.J.; et al. Low Urinary Iodine Excretion during Early Pregnancy Is Associated with Alterations in Executive Functioning in Children. *J. Nutr.* **2012**, *142*, 2167–2174. [CrossRef]

45. Du, Y.; Zhou, G.; Gong, B.; Ma, J.; An, N.; Gao, M.; Yang, M.; Ma, Q.; Huang, H.; Zuo, Q.; et al. Iodine Modifies the Susceptibility of Thyroid to Fluoride Exposure in School-Age Children: A Cross-Sectional Study in Yellow River Basin, Henan, China. *Biol. Trace Elem. Res.* **2021**, *199*, 3658–3666. [CrossRef] [PubMed]

46. Ge, Y.; Niu, R.; Zhang, J.; Wang, J. Proteomic Analysis of Brain Proteins of Rats Exposed to High Fluoride and Low Iodine. *Arch. Toxicol.* **2011**, *85*, 27–33. [CrossRef] [PubMed]

47. Ge, Y.; Ning, H.; Wang, S.; Wang, J. Effects of High Fluoride and Low Iodine on Brain Histopathology in Offspring Rats. *Fluoride* **2005**, *38*, 127–132.

48. Ge, Y.; Ning, H.; Feng, C.; Wang, H.; Yan, X.; Wang, S.; Wang, J. Apoptosis in Brain Cells of Offspring Rats Exposed to High Fluoride and Low Iodine. *Fluoride* **2006**, *39*, 173–178.

49. Malin, A.J.; Riddell, J.; McCague, H.; Till, C. Fluoride Exposure and Thyroid Function among Adults Living in Canada: Effect Modification by Iodine Status. *Environ. Int.* **2018**, *121*, 667–674. [CrossRef] [PubMed]

50. Waugh, D.T. Fluoride exposure induces inhibition of sodium/iodide symporter (NIS) contributing to impaired iodine absorption and iodine deficiency: Molecular mechanisms of inhibition and implications for public health. *Int. J. Environ. Res. Public Health* **2019**, *16*, 1086. [CrossRef] [PubMed]

51. Singh, J.; Verma, K.G.; Verma, P.; Sidhu, G.K.; Sachdeva, S. A comparative study of fluoride ingestion levels, serum thyroid hormone & TSH level derangements, dental fluorosis status among school children from endemic and non-endemic fluorosis areas. *Springerplus* **2014**, *3*, 7. [CrossRef] [PubMed]

52. Zhao, W.; Zhu, H.; Yu, Z.; Aoki, K.; Misumi, J.; Zhang, X. Long-Term Effects of Various Iodine and Fluorine Doses on the Thyroid and Fluorosis in Mice. *Endocr. Regul.* **1998**, *32*, 63–70.

53. Guan, Z.Z.; Zhuang, Z.-J.; Yang, P.-S.; Pan, S. Synergistic Action of Iodine-Deficiency and Fluorine-Intoxication of Rat Thyroid. *Chin. Med. J.* **1988**, *101*, 679–684.

54. Rovet, J.F. The Role of Thyroid Hormones for Brain Development and Cognitive Function. *Endocr. Dev.* **2014**, *26*, 26–43. [CrossRef]

55. Moog, N.K.; Entringer, S.; Heim, C.; Wadhwa, P.D.; Kathmann, N.; Buss, C. Influence of Maternal Thyroid Hormones during Gestation on Fetal Brain Development. *Neuroscience* **2017**, *342*, 68–100. [CrossRef] [PubMed]

56. Prezioso, G.; Giannini, C.; Chiarelli, F. Effect of Thyroid Hormones on Neurons and Neurodevelopment. *Horm. Res. Paediatr.* **2018**, *90*, 73–81. [CrossRef]

57. Jansen, T.A.; Korevaar, T.I.M.; Mulder, T.A.; White, T.; Muetzel, R.L.; Peeters, R.P.; Tiemeier, H. Maternal Thyroid Function during Pregnancy and Child Brain Morphology: A Time Window-Specific Analysis of a Prospective Cohort. *Lancet Diabetes Endocrinol.* **2019**, *7*, 629–637. [CrossRef]

58. Miranda, A.; Sousa, N. Maternal Hormonal Milieu Influence on Fetal Brain Development. *Brain Behav.* **2018**, *8*, e00920. [CrossRef] [PubMed]

59. Zimmermann, M.B. The Effects of Iodine Deficiency in Pregnancy and Infancy. *Paediatr. Perinat. Epidemiol.* **2012**, *26*, 108–117. [CrossRef] [PubMed]

60. Hall, M.; Green, R.; Goodman, C.V.; Farmus, L.; Lanphear, B.; Martinez-Mier, A.; Hornung, R.; Ayotte, P.; Till, C. Fluoride Exposure and Hypothyroidism in a Canadian Pregnancy Cohort. *Birth Defects Res.* **2021**, *113*, 804.

Case 3:17-cv-02162-EMC   Document 378-5   Filed 12/22/23   Page 130 of 150

61. Batista, G.; Hensch, T.K. Critical Period Regulation by Thyroid Hormones: Potential Mechanisms and Sex-Specific Aspects. *Front. Mol. Neurosci.* **2019**, *12*, 77. [CrossRef]
62. Duarte-Guterman, P.; Navarro-Martín, L.; Trudeau, V.L. Mechanisms of Crosstalk between Endocrine Systems: Regulation of Sex Steroid Hormone Synthesis and Action by Thyroid Hormones. *Gen. Comp. Endocrinol.* **2014**, *203*, 69–85. [CrossRef]
63. Baksi, S.; Pradhan, A. Thyroid Hormone: Sex-Dependent Role in Nervous System Regulation and Disease. *Biol. Sex Differ.* **2021**, *12*, 25. [CrossRef]
64. Li, P.; Teng, Y.; Ru, X.; Liu, Z.; Han, Y.; Tao, F.; Huang, K. Sex-Specific Effect of Maternal Thyroid Hormone Trajectories on Preschoolers' Behavioral Development: A Birth Cohort Study. *J. Clin. Endocrinol. Metab.* **2022**, *107*, e2037–e2046. [CrossRef]
65. König, F.; Andersson, M.; Hotz, K.; Aeberli, I.; Zimmermann, M.B. Ten Repeat Collections for Urinary Iodine from Spot Samples or 24-Hour Samples Are Needed to Reliably Estimate Individual Iodine Status in Women. *J. Nutr.* **2011**, *141*, 2049–2054. [CrossRef] [PubMed]

# Hall, et al. (2023)

# Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort

Science of the Total Environment 869 (2023) 161149



Contents lists available at ScienceDirect

## Science of the Total Environment

journal homepage: www.elsevier.com/locate/scitotenv



# Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort



Meaghan Hall [a], Bruce Lanphear [b], Jonathan Chevrier [c], Rick Hornung [d], Rivka Green [a], Carly Goodman [a], Pierre Ayotte [e], Esperanza Angeles Martinez-Mier [f], R. Thomas Zoeller [g], Christine Till [a,*]

[a] Psychology Department, York University, Toronto, ON, Canada
[b] Faculty of Health Sciences, Simon Fraser University, Burnaby, BC, Canada
[c] School of Population and Global Health, McGill University, Montreal, QC, Canada
[d] Retired; Consultant to Psychology Department, York University, Toronto, ON, Canada
[e] Department of Social and Preventive Medicine, Faculty of Medicine, Université Laval, Québec City, QC, Canada
[f] School of Dentistry, Indiana University, Indianapolis, IN, United States
[g] Biology Department, The University of Massachusetts Amherst, Amherst, MA, United States

HIGHLIGHTS

- Fluoride may disrupt thyroid function.
- Thyroid dysfunction in pregnancy can adversely impact offspring development.
- Fluoride in water increased risk of hypothyroidism in pregnant women.
- Boys had lower IQ scores if their mothers were hypothyroid in pregnancy.
- Thyroid disruption may contribute to developmental neurotoxicity of fluoride.

GRAPHICAL ABSTRACT



ARTICLE INFO

Editor: Lidia Minguez Alarcon

Keywords:
Fluoride
Thyroid function
Hypothyroidism
Pregnancy
IQ
Neurotoxicity

ABSTRACT

Background: While fluoride can have thyroid-disrupting effects, associations between low-level fluoride exposure and thyroid conditions remain unclear, especially during pregnancy when insufficient thyroid hormones can adversely impact offspring development.
Objectives: We evaluated associations between fluoride exposure and hypothyroidism in a Canadian pregnancy cohort.
Methods: We measured fluoride concentrations in drinking water and three dilution-corrected urine samples and estimated fluoride intake based on self-reported beverage consumption. We classified women enrolled in the Maternal-Infant Research on Environmental Chemicals Study as euthyroid ($n = 1301$), subclinical hypothyroid ($n = 100$) or primary hypothyroid ($n = 107$) based on their thyroid hormone levels in trimester one. We used multinomial logistic regression to estimate the association between fluoride exposure and classification of either subclinical or primary hypothyroidism and considered maternal thyroid peroxidase antibody (TPOAb) status, a marker of autoimmune hypothyroidism, as an effect modifier. In a subsample of 466 mother-child pairs, we used linear regression to explore the association between maternal hypothyroidism and child Full-Scale IQ (FSIQ) at ages 3-to-4 years and tested for effect modification by child sex.
Results: A 0.5 mg/L increase in drinking water fluoride concentration was associated with a 1.65 (95 % confidence interval [CI]: 1.04, 2.60) increased odds of primary hypothyroidism. In contrast, we did not find a significant association between urinary fluoride (adjusted odds ratio [aOR]: 1.00; 95%CI: 0.73, 1.39) or fluoride intake (aOR: 1.25; 95%CI: 0.99, 1.57) and hypothyroidism. Among women with normal TPOAb levels, the risk of primary hypothyroidism increased with both increasing water fluoride and fluoride intake (aOR water fluoride concentration: 2.85; 95%CI:

* Corresponding author at: 4700 Keele Street, 125 Behavioural Science Building, Toronto, ON M3J 1P3, Canada.
  E-mail address: ctill@yorku.ca (C. Till).

http://dx.doi.org/10.1016/j.scitotenv.2022.161149
Received 7 November 2022; Received in revised form 19 December 2022; Accepted 19 December 2022
Available online 9 February 2023

0048-9697/© 2022 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

*M. Hall et al.*                                                                                   *Science of the Total Environment 869 (2023) 161149*

1.25, 6.50; aOR fluoride intake: 1.75; 95%CI: 1.27, 2.41). Children born to women with primary hypothyroidism had lower FSIQ scores compared to children of euthyroid women, especially among boys (B coefficient: − 8.42; 95 % CI: −15.33, − 1.50).

*Discussion:* Fluoride in drinking water was associated with increased risk of hypothyroidism in pregnant women. Thyroid disruption may contribute to developmental neurotoxicity of fluoride.

---

## 1. Introduction

Fluoride is added to some public water supplies and dental products to prevent dental caries (Community Water Fluoridation, 2019). Drinking water is the largest source of fluoride for children and adults living in fluoridated communities, accounting for 40 %–70 % of daily intake (United States Environmental Protection Agency, n.d.). Black tea is another dietary source of fluoride (Krishnankutty et al., 2021). Questions about systemic fluoride exposure during pregnancy have increased following findings from studies linking gestational exposure to fluoride with neurodevelopmental deficits, including lower intelligence quotient (IQ) (Bashash et al., 2017; Cantoral et al., 2021; Green et al., 2019).

Disruption of thyroid hormone is a potential mechanism underlying developmental fluoride neurotoxicity (National Toxicology Program, n.d.; National Research Council, 2006), especially during the first 10–12 weeks of gestation when the fetus is exclusively reliant on maternal thyroid hormones (Andersen et al., 2013; de Escobar et al., 2004; Chevrier et al., 2011). Maternal thyroid hormone insufficiency (i.e., hypothyroidism) early in gestation is associated with adverse effects on offspring development, including preterm birth (Andersen et al., 2013) and diminished IQ (Andersen et al., 2018; Haddow et al., 1999). A meta-analysis of three prospective birth cohorts found that maternal hypothyroxinemia (i.e., normal thyroid stimulating hormone [TSH] and low [<2.5th percentile] free thyroxine [FT4]) was associated with a 3 to 4-point reduction in offspring IQ (Levie et al., 2018).

While thyroid-disrupting effects of fluoride have been known since the 1930s (Day and Powell-Jackson, 1972), evidence of an association between low-level exposure to fluoride and thyroid disruption is mixed in few studies conducted in pregnancy. In experimental studies, Wistar rats whose mothers were exposed in pregnancy to higher levels of fluoride (i.e., 20 mg/kg of body weight (Banji et al., 2013) and >100 ppm (Basha et al., 2011)) showed decreases in serum FT4 and free triiodothyronine (FT3). Similar findings were reported in female and male Wistar rats at lower, prolonged fluoride exposure levels (Jiang et al., 2016), but not in Long-Evans hooded male rats (McPherson et al., 2018), perhaps reflecting strain differences in response to fluoride exposure (Kang et al., 1986).

In children and adults, higher fluoride levels in drinking water and in urine were associated with elevated serum TSH and lower serum free and total T4 and T3 levels, considered characteristic of hypothyroidism (Khandare et al., 2018; Kheradpisheh et al., 2018; Wang et al., 2020). Likewise, in a population-based study conducted in England, hypothyroidism was 1.6 times more likely among adults living in areas with water fluoride levels >0.7 mg/L compared to areas with water-fluoride concentrations <0.3 mg/L (Peckham et al., 2015). In contrast, an observational study (Barberio et al., 2017) conducted in Canada reported no association between fluoride exposure and thyroid hormone levels or self-reported diagnosis of a thyroid condition. However, when iodine status was considered, an association between water fluoride concentration and TSH was found among iodine deficient individuals (Malin et al., 2018). A 2018 systematic review also reported a positive relationship between fluoride exposure and hypothyroidism in children and adults (Chaitanya et al., 2018), though this association was limited to a small number of ecological and cross-sectional studies.

To date, no studies have assessed the association between fluoride exposure and thyroid function in pregnant women living in areas with optimally fluoridated water. If fluoride is associated with a reduction in thyroid hormone, thereby reducing the availability of the hormone to the fetus, then fluoride could affect offspring cognitive function. We evaluated the potential thyroid-disrupting effects of fluoride exposure in pregnancy and explored whether hypothyroidism in pregnancy was associated with children's IQ among Canadian mother-child dyads.

## 2. Methods

### 2.1. Participants

Pregnant women were enrolled in the Maternal-Infant Research on Environmental Chemicals (MIREC) Study (Arbuckle et al., 2013) between 2008 and 2011 from ten cities across Canada, seven of which add fluoride to drinking water (Toronto, Hamilton, Ottawa, Sudbury, Halifax, Edmonton, Winnipeg) and three of which do not (Vancouver, Montreal, Kingston). Women were eligible to participate if they were ≥18 years of age, able to communicate in English or French, and <14 weeks' gestation. Participants were considered ineligible if they had known fetal abnormalities, medical complications, or reported drug use. Of 2001 women recruited, 1983 consented to participate; of these, 1885 (95.1 %) provided plasma samples in trimester one.

Mothers of singleton children born >28 weeks' gestation who were between the ages of 3–4 years of age at time of study, with no congenital abnormalities, major neurological disorders, or history of convulsions were contacted to participate with their children in a neurodevelopmental follow-up study (i.e., MIREC-Child Development Plus). Owing to limited resources, in-person IQ testing was offered in six study sites (Toronto, Hamilton, Halifax, Vancouver, Kingston, and Montreal). Of 1207 eligible women, 808 consented to participate in this follow-up study; of these, 610 (76 %) agreed to child neurodevelopmental testing and 601 completed IQ testing in entirety.

The current study received approval from the research ethics boards at Health Canada and York University. All participants provided written informed consent at time of enrollment in MIREC and MIREC-Child Development Plus.

### 2.2. Maternal fluoride exposure

#### 2.2.1. Water fluoride (mg/L)

Municipal drinking water reports from 2008 to 2012 were solicited from municipal water treatment plants (WTPs) in all ten cities included in MIREC. These reports listed water fluoride concentrations that were measured daily if fluoride was added to public drinking water, and weekly or monthly if fluoride was not added to public water (Till et al., 2018). Using the first three letters of their postal code, participants' residences were matched with boundary regions serviced by each WTP. Average water fluoride concentration (i.e., geometric mean; mg/L) was estimated for each woman who reported drinking tap water in pregnancy by averaging water fluoride concentrations across each woman's pregnancy; thus, each woman has a water fluoride concentration that is matched in time to the levels of fluoride found in tap water for the duration of her pregnancy. Further details can be found in Till et al. (Till et al., 2018).

#### 2.2.2. Maternal fluoride intake (mg/day)

We collected information on women's consumption of tap water, tea, and coffee from a self-reported questionnaire completed in the first and third trimesters. We estimated daily maternal fluoride intake (mg/day) in trimester one and three separately by multiplying water fluoride concentration (mg/L) by total volume (L) of water, tea, and coffee consumed. Volume

M. Hall et al. Science of the Total Environment 869 (2023) 161149

of water and water-based beverages was only derived for women who reported drinking tap water in pregnancy. We then added the additional fluoride content that would be expected from drinking each 200-mL cup of black tea (0.326 mg) or green tea (0.260 mg) if made with deionized water (Krishnankutty et al., 2021). Estimated maternal dietary fluoride intake (mg/day) was derived by taking the average of fluoride intake for trimesters one and three. See Supplemental Material, Appendix A for the formula used to derive maternal fluoride intake.

### 2.2.3. Maternal urinary fluoride (MUF; mg/L)

MUF concentration was analyzed in spot urine samples collected in each trimester of pregnancy, using a modification of the hexamethyldisiloxane (HMDS; Sigma Chemical Co., USA) microdiffusion method with ion-selective electrode by the Indiana University School of Dentistry (Martínez-Mier et al., 2011). The limit of detection (LoD) was 0.02 mg/L; trimester-specific concentrations below the LoD were replaced with the value of LoD/$\sqrt{2}$ ($n = 23$), which is a validated method for estimation of the average concentration from data containing nondetectable values (Hornung and Reed, 1990). Each MUF concentration was standardized for urine specific gravity (SG) to account for variability due to urinary dilution using the following equation: $MUF_{SG} = MUF \times [(SG_M − 1) ÷ (SG_i − 1)]$, where $MUF_{SG}$ is the SG-adjusted fluoride concentration (mg/L), $SG_i$ is the observed SG concentration for the individual urine sample, and $SG_M$ is the median SG for the cohort (Duty et al., 2005). We derived the average dilution-adjusted $MUF_{SG}$ concentration by taking the average across all three trimesters for each woman. We removed one averaged $MUF_{SG}$ value (>5 mg/L) because of uncertainty that it reflected an individual's true exposure; this high $MUF_{SG}$ concentration was driven by one trimester-specific value of 16 mg/L, which was not consistent with the other trimester-specific values that were close to zero. Thus, this extreme value was more likely to represent fluoride ingestion (e.g., swallowing toothpaste prior to urine sample) rather than a reliable exposure measure.

For comparison, we also used urinary creatinine to correct for dilution when measuring MUF. Urinary creatinine was measured using a colorimetric end-point assay (Jaffe) on an Indiko instrument (Indiko Plus, ThermoFisher Scientific). An alkaline sodium picrate solution was used to react with creatinine in urine to form a red Janovski complex using Mircogenics DRI® Creatinine-Detect® Test. The absorbance was read at 510 nm on an Indiko chemistry autoanalyzer with a detection limit of 0.069 mmol/L, reporting limit of 0.23 mmol/L, and reproducibility of 2.2 %. While both methods are commonly used to correct for urine dilution with little difference observed between the two methods (Till et al., 2018), we chose to use $MUF_{SG}$ for our primary model because of the larger sample size relative to creatinine-adjusted MUF.

### 2.3. Classification of thyroid status

TSH and FT4 were analyzed in maternal plasma samples from the first trimester (mean [standard deviation (SD)] = 11.6 (1.6) weeks). Plasma FT4 was measured using gold standard equilibrium dialysis isotope dilution mass spectrometry (ED-ID-MS) by the accredited Toxicology Laboratory at the Institut National de Santé Publique du Québec (INSPQ). Plasma FT4 was considered normal if it fell between the 10th and 90th percentiles of FT4 levels for all women in MIREC (i.e., 11–17 pg/mL). Plasma TSH was quantified using a commercial immunoassay by an accredited biochemistry laboratory at the Institut Universitaire de Cardiologie et de Pneumologie de Québec (IUCPQ) and compared against the trimester one reference range as recommended by the American Thyroid Association (Stagnaro-Green et al., 2011) (i.e., 0.1–2.5 µU/mL). The LoD was 0.0025 µU/mL; concentrations below the LoD ($n = 7$) were given a value of LoD/$\sqrt{2}$ (Hornung and Reed, 1990). We also measured thyroid peroxidase antibody (TPOAb) levels, a marker of autoimmune hypothyroidism. Elevated TPOAb levels (considered in this study as ≥5.61 IU/mL based on lab protocols from the IUCPQ), which have been associated with a reduced capacity to regulate thyroid hormones due to autoimmune destruction of the thyroid gland, have been shown to modify the association between *per-* and

polyfluoroalkyl substances and thyroid hormones in pregnant women (Webster et al., 2014).

Women were classified as euthyroid if their TSH and FT4 levels fell within the population reference range (i.e., 0.1–2.5 µIU/mL and 11–17 pg/mL, respectively), and subclinical hypothyroid if their TSH levels were above the top limit of the reference range but FT4 levels were within range (i.e., 2.5–10 µIU/mL (Stagnaro-Green and Pearce, 2012) and 11–17 pg/mL, respectively). Notably, women were classified as primary hypothyroid if their TSH levels were high and FT4 levels were low (i.e., >2.5 µIU/ mL and < 11 pg/mL, respectively), *or* if they had reported a prior clinical diagnosis of hypothyroidism. Women meeting criteria for hyperthyroidism (subclinical or primary) were excluded from all analyses.

### 2.4. Measures of iodine status

Thyroglobulin (Tg) was measured by the accredited Toxicology Laboratory at the INSPQ using an Abbott Architect i2000SR immunoassay analyzer. Tg was used as a biomarker of long-term iodine nutrition (Ma and Skeaff, 2014), which was used as a covariate in sensitivity analyses. The LoD was 0.09 µg/L. In addition, we describe urinary iodine adjusted for creatinine (UIC/Cr) as well as daily iodine intake in our sample. UIC/Cr (µg/g) was calculated by dividing UIC (µg/L) by creatinine concentration (g/L). Daily iodine intake was estimated using the following formula: UIC/Cr x predicted 24-hour creatinine excretion/0.92. Predicted 24-hour urine creatinine was estimated using an established equation for adult females as described in Krzeczkowski et al. (2022) (Krzeczkowski et al., 2022); 0.92 is the urinary iodine excretion rate.

### 2.5. Children's intelligence

Intellectual abilities were assessed at 3-to-4 years of age using the Wechsler Preschool and Primary Scale of Intelligence-III [Canadian norms; mean (SD) = 100 (15)]. Testing was conducted in the child's primary language (English or French) by trained research assistants who were blinded to women's fluoride exposure and thyroid status in pregnancy. Integrity of test administration was ensured by periodic observation of testers and double scoring of all protocols. We used Full-Scale IQ (FSIQ), a measure of global intellectual and cognitive functioning, as the primary outcome. Verbal (VIQ) and Performance IQ (PIQ) were used in supplementary analyses.

### 2.6. Statistical analysis

We examined the distribution and descriptive statistics for all demographics, maternal fluoride exposure and thyroid hormone variables, and child FSIQ. We used Spearman correlations to examine associations between exposure variables. Our primary analyses used multinomial logistic regression to estimate odds of subclinical and primary hypothyroidism associated with each exposure measure (water fluoride concentration, fluoride intake, and $MUF_{SG}$ concentration). We adjusted for maternal age, level of education (dichotomized as bachelor's degree or higher), prepregnancy body mass index (BMI), and race (White or Other). Race was self-reported by participants and dichotomized given that the majority of women (86 %) in MIREC identified as White, with the remaining individuals identifying as other categories, including Asian/Pacific Islander, multiracial or other. Race was included as a covariate given evidence of disparities in women's exposures to, and metabolism of, environmental chemicals (Nguyen et al., 2020), and evidence of differences in diagnosis of thyroid disorders by race (McLeod et al., 2014). Covariates were included in models based on prior studies suggesting that they are causal determinants of thyroid function and may be associated with fluoride exposure (Till et al., 2018; Buzalaf and Whitford, 2011; Collares et al., 2017). We also adjusted for study site when $MUF_{SG}$ was used as the independent variable because thyroid function problems could vary across the study sites. The same set of covariates was used in the models with fluoride intake and water fluoride concentration, apart from study site because site

M. Hall et al.

*Science of the Total Environment 869 (2023) 161149*

is collinear with fluoride levels in municipal drinking water (which was used to derive fluoride intake). Moreover, the models involving fluoride intake or water fluoride concentration only included women who reported drinking tap water in pregnancy. We tested for effect modification by maternal TPOAb status in all models through inclusion of interaction terms. If the interaction term was significant, we probed the predicted slopes by running each model twice, once with normal TPOAb levels (<5.61 IU/mL) set as the reference category, and again with high TPOAb levels (≥5.61 IU/mL) as the reference.

For all models, odds ratios and associated confidence intervals (CIs) were reported per 0.5 mg/L or mg/day increase in water fluoride concentration, fluoride intake, and MUF$_{SG}$ concentration; 0.5 mg/L corresponds to the approximate difference in water fluoride concentration between a fluoridated and non-fluoridated community and interquartile range (IQR) for MUF$_{SG}$, and 0.5 mg/day represents the approximate difference in dietary fluoride consumption between women at the 25th and 60th percentiles of fluoride intake. Regression diagnostics confirmed no assumption violations, issues with model fit, collinearity, heteroskedasticity, influential cases, or outliers in any of the above models.

As a secondary aim, we investigated the association between maternal hypothyroidism and child IQ. We used multiple linear regression to test whether subclinical or primary hypothyroidism was associated with child FSIQ; this analysis included a total of 466 mother-child dyads with thyroid and FSIQ data, of whom 411 women were classified as euthyroid, 27 women as subclinical hypothyroid, and 28 as primary hypothyroid. Effect modification by child sex was explored through inclusion of interaction terms. Given the smaller sample size, we probed an interaction if the *p* value for the interaction term was <0.15 (Rothman, 2014). We estimated slopes by running each model twice, once with female children set as the reference category, and again with male children as the reference. Models involving IQ were adjusted for maternal age, race, level of education, second-hand smoke exposure (yes/no/I don't know), parity, study site, child sex, and a continuous measure of the quality of the home environment (HOME score). We did not adjust for gestational age in these models given that gestational age may be a causal intermediate between hypothyroidism in pregnancy and child IQ (Consortium on Thyroid and Pregnancy – Study Group on Preterm Birth, 2019; Nasirkandy et al., 2017); however,

gestational age was added to our model in a sensitivity analysis. We further probed the association between primary hypothyroidism and IQ using VIQ and PIQ. Participants who were missing covariates (<7.5 % of total sample; see Fig. 1) were excluded from all models.

We used STATA version 17.0 (STATA corporation) for all statistical analyses. Two-sided *p* values ≤.05 were considered to indicate statistical significance.

### 2.7. Sensitivity analyses

For primary models investigating associations between fluoride exposure and hypothyroidism, we conducted the following sensitivity analyses: First, we entered thyroglobulin (Tg), a biomarker of long-term iodine nutrition, as a covariate in all three multinomial regression models used to estimate odds of subclinical or primary hypothyroidism associated with each exposure measure to evaluate confounding by iodine insufficiency in these relationships. Second, we ran three separate binary logistic regression models to estimate odds of primary hypothyroidism associated with water fluoride concentration, fluoride intake, and MUF$_{SG}$ concentration including only women who self-reported clinical diagnoses of primary hypothyroidism at the time of enrollment in MIREC. Third, we ran separate multinomial logistic regression models to estimate the association between water fluoride concentration and odds of primary hypothyroidism with adjustment for other environmental toxicants, including arsenic, lead, manganese, mercury, perfluorooctanoic acid (PFOA), perfluorooctanesulfonic acid (PFOS), and perfluorohexanesulfonic acid (PFHxS) measured in trimester one. Lastly, we reran the models used to estimate odds of either subclinical or primary hypothyroidism associated with maternal fluoride intake and MUF$_{SG}$ concentration using data from trimester one only given that these values were measured at the same time as the thyroid variables and may better represent pre-pregnancy fluoride exposure.

Given the association between hypothyroidism and child FSIQ, we explored whether primary hypothyroidism in pregnancy would mediate the significant association between water fluoride concentration and children's FSIQ that we previously reported in the MIREC sample (Green et al., 2019). The current analysis was considered exploratory given the limited number of participants (*n* = 358) with data related to water fluoride concentration,



**Fig. 1.** Study sample flow chart for primary analyses.

M. Hall et al. Science of the Total Environment 869 (2023) 161149

**Table 1**
Demographic characteristics of women classified as euthyroid, subclinical hypothyroid, and primary hypothyroid.

| | Overall cohort | Euthyroid | Subclinical hypothyroid | Primary hypothyroid | Missing[a] |
|---|---|---|---|---|---|
| N | 1508 | 1301 | 100 | 107 | 377 |
| Maternal age (years; mean; SD) | 32.2 (5.0) | 32.1 (5.0) | 32.1 (4.8) | 33.2 (5.1)** | 32.2 (5.2) |
| **Ethnicity (n; %)** | | | | | |
| White | 1302 (86.3) | 1117 (85.9) | 86 (86.0) | 99 (92.5)* | 317 (84.1) |
| Other | 206 (13.7) | 184 (14.1) | 14 (14.0) | 8 (7.5)* | 60 (15.9) |
| **Marital status (n; %)** | | | | | |
| Married or common law | 1436 (95.2) | 1238 (95.2) | 94 (94.0) | 104 (97.2) | 357 (94.7) |
| Single | 72 (4.8) | 63 (4.8) | 6 (6.0) | 3 (2.8) | 20 (5.3) |
| **Level of education (n; %)** | | | | | |
| College diploma or less | 558 (37) | 483 (37.1) | 37 (37.0) | 38 (35.5) | 154 (40.8) |
| University degree | 950 (63) | 818 (62.9) | 63 (63.0) | 69 (64.5) | 223 (59.2) |
| **Household income (CAD) (n; %)** | | | | | |
| <100,000 | 856 (59.6) | 753 (60.7) | 52 (53.1) | 52 (52.0)* | 221 (60.4) |
| ≥100,000 | 580 (40.4) | 487 (39.3) | 45 (46.9) | 48 (48.0)* | 145 (39.6) |
| **City (n; %)** | | | | | |
| Fluoridated[b] | 912 (60.5) | 774 (59.5) | 61 (61.0) | 77 (71.9)** | 246 (65.3) |
| Non-fluoridated[c] | 596 (39.5) | 527 (40.5) | 39 (39.0) | 30 (28.1)** | 131 (34.7) |
| **Second-hand smoke in trimester 1 (n; %)** | | | | | |
| Yes | 93 (6.2) | 80 (6.2) | 6 (6.0) | 7 (6.6) | 22 (5.9) |
| No | 1414 (93.8) | 1221 (93.8) | 94 (94.0) | 99 (93.4) | 354 (94.1) |
| Pre-pregnancy BMI (kg/m$^2$; mean; SD) | 24.8 (5.4) | 24.7 (5.3) | 24.3 (5.9) | 26.4 (6.5)** | 25.5 (5.7)** |
| **Parity (n; %)** | | | | | |
| 0 | 662 (43.9) | 567 (43.6) | 52 (52.0)** | 43 (40.2) | 173 (45.9) |
| 1 | 622 (41.3) | 533 (41.0) | 42 (42.0) | 47 (43.9) | 143 (37.9) |
| 2+ | 224 (14.8) | 201 (15.4) | 6 (6.0)** | 17 (15.9) | 61 (16.2) |
| Gestational age (weeks; mean; SD)[d] | 11.6 (1.6) | 11.6 (1.6) | 11.7 (1.4) | 11.8 (1.4) | 11.5 (1.6) |
| **Maternal fluoride exposure** | | | | | |
| MUF (mg/L; mean; SD) | 0.59 (0.42) | 0.59 (0.42) | 0.57 (0.40) | 0.62 (0.35) | 0.61 (0.38) |
| Water fluoride (mg/L; mean; SD) | 0.41 (0.26) | 0.41 (0.26) | 0.42 (0.25) | 0.48 (0.24)** | 0.44 (0.25)** |
| Fluoride intake (mg/day; mean; SD) | 0.66 (0.50) | 0.65 (0.50) | 0.67 (0.48) | 0.78 (0.59)** | 0.69 (0.48) |
| **Maternal thyroid hormones** | | | | | |
| TSH (mean; SD) | 1.4 (1.1) | 1.2 (0.55) | 3.1 (0.66)** | 3.2 (2.8)** | 1.2 (1.6)** |
| FT4 (pg/mL; mean; SD) | 13.5 (1.9) | 13.5 (1.7) | 13.1 (1.5)** | 14.0 (3.7)* | 14.3 (9.3)* |
| TT4 (pg/mL; mean; SD) | 106.1 (20.3) | 105.8 (19.8) | 107.1 (18.9) | 109.3 (26.6)* | 108.9 (26.1)** |
| Tg (ng/mL; mean; SD) | 17.4 (16.8) | 17.7 (16.6) | 16.6 (17.2) | 14.9 (19.4)* | 18.1 (17.0) |
| **Maternal thyroid antibodies** | | | | | |
| Anti-Tg (IU/mL; mean; SD) | 12.3 (57.4) | 7.5 (39.2) | 33.0 (107.8)** | 52.1 (124.1)** | 9.9 (50.0) |
| Anti-TPO (IU/mL; mean; SD) | 28.5 (107.5) | 15.0 (73.1) | 51.9 (123.4)** | 183.4 (252.7)** | 22.6 (100.5) |
| Anti-TPO + (≥5.61 IU/mL; n; %) | 232 (15.6) | 137 (10.6) | 33 (33.0)** | 62 (63.3)** | 40 (11.4)** |
| Iodine intake (μg/day; mean; SD) | 444.0 (343.5) | 440.9 (356.7) | 458.0 (273.8) | 470.0 (208.4) | 482.4 (442.8)* |
| UIC/Cr (μg/g; mean; SD) | 344.5 (252.7) | 342.1 (261.0) | 370.6 (218.3) | 348.7 (167.6) | 362.6 (326.8) |
| Reported taking a prenatal vitamin (n; %) | 1323 (87.8) | 1134 (87.2) | 95 (95.0)** | 94 (87.9) | 325 (86.2) |
| Reported taking thyroid medication (n; %) | 78 (5.2) | 0 (0.0) | 0 (0.0) | 78 (72.9)** | 4 (1.1)** |
| **Child sex (n; %)** | | | | | |
| Male | 763 (52.2) | 676 (53.5) | 49 (50.0) | 38 (37.6)** | 211 (57.5)* |
| Female | 699 (47.8) | 587 (46.5) | 49 (50.0) | 63 (62.4)** | 156 (42.5)* |
| **Child IQ (mean; SD)** | | | | | |
| Full scale IQ | 107.3 (13.7) | 107.6 (13.8) | 108.5 (13.0) | 101.5 (11.9)** | 104.9 (12.9)** |
| Verbal IQ | 109.6 (13.5) | 109.8 (13.6) | 110.1 (11.5) | 106.4 (13.8) | 108.1 (12.4) |
| Performance IQ | 103.4 (14.9) | 103.9 (14.9) | 104.7 (14.4) | 96.3 (13.3)** | 101.0 (14.7)* |
| HOME score (mean; SD) | 47.3 (4.3) | 47.3 (4.4) | 47.7 (4.9) | 46.6 (4.4) | 47.1 (4.5) |

Due to missing data, percentage totals for subgroups may not sum to the total sample population; percentages are reported based on total sample in each subgroup with available data.

*/** Denotes significant differences (*: $p < .10$; **: $p < .05$) between subclinical or primary hypothyroid women compared with euthyroid women, or between women with missing thyroid data compared with the overall cohort. Calculated using the Chi-square test for categorical variables and $t$-test for continuous variables.

Abbreviations: CAD = Canadian; SD = standard deviation; IQ = intelligence quotient; HOME = home observation measurement of the environment; $MUF_{SG}$ = maternal urinary fluoride, adjusted for specific gravity; TSH = thyroid stimulating hormone; FT4 = free thyroxine; TT4 = total thyroxine; Tg = thyroglobulin; TPO = thyroid peroxidase; UIC/Cr = urinary iodine concentration, adjusted for creatinine.

[a] Refers to women in the MIREC cohort who provided a blood plasma sample in trimester one but did not have TSH and/or T4 measured, or did not meet criteria for any thyroid function category (i.e., euthyroid, subclinical hypothyroid, or primary hypothyroid).

[b] Edmonton, Winnipeg, Toronto, Hamilton, Sudbury, Ottawa, Halifax.

[c] Vancouver, Kingston, Montreal.

[d] Gestational age at time of maternal blood collection in trimester one.

*M. Hall et al.*                                                                                                                    *Science of the Total Environment 869 (2023) 161149*

child FSIQ, and thyroid status. Notably, only 25 of 107 (23.4 %) women in the primary hypothyroid group were retained in the mediation analysis. We used mediation analysis within the counterfactual framework (Valeri and VanderWeele, 2013) (via *paramed* package in STATA) to explore the potential mediating effect (or indirect effect) of primary hypothyroidism in the association between water fluoride concentration and child FSIQ. We estimated the effect of a 0.5 mg/L increase in water fluoride concentration on child FSIQ. Mediation models were rerun using child VIQ and PIQ.

## 3. Results

Fig. 1 shows the sample flow chart for all primary variables and subgroups of interest, with detailed descriptions of where there was missing exposure, outcome, and covariate data. We studied a total of 1508 women (mean (SD) age = 32.2 (5.02) years) with thyroid data, of whom 1301 women (86.3 %) were classified as euthyroid, 100 met criteria for subclinical hypothyroidism (6.6 %), and 107 (7.1 %) met criteria for primary hypothyroidism; among the primary hypothyroid group, 79 women reported a diagnosis at time of study enrollment and 28 were identified based on thyroid hormone levels measured in the first trimester. As expected, among the women who had TPOAb data, more women in the subclinical (33 of 100; 33.0 %) and primary hypothyroid (62 of 98; 63.3 %) groups had elevated TPOAb levels (≥5.61 IU/mL) relative to the euthyroid group (137 of 1295; 10.6 %), suggesting active or incipient autoimmune hypothyroidism (Table 1). As predicted, water fluoride concentration was moderately-to-strongly associated with fluoride intake ($r = 0.76$, $p < .01$) and urinary fluoride ($r = 0.49$, $p < .01$) and fluoride intake was associated with urinary fluoride ($r = 0.59$, $p < .01$).

*Note.* MUF$_{SG}$ = maternal urinary fluoride, standardized for specific gravity; PH = primary hypothyroid; SH = subclinical hypothyroid.

### 3.1. Maternal fluoride exposure and thyroid status

Among the 1105 women with a water fluoride measurement, 945 (85.5 %) were classified as euthyroid, 79 (7.2 %) as subclinical hypothyroid, and 81 (7.3 %) as primary hypothyroid. Mean water fluoride concentration was 0.42 mg/L (median = 0.52; range: 0.04 to 0.87 mg/L) and 60.5 % lived in fluoridated communities. Covariate-adjusted multinomial logistic regression revealed a statistically significant association between water fluoride concentration and risk of primary hypothyroidism; a 0.5 mg/L increase in water fluoride concentration was associated with 1.65 times greater odds (95 % CI: 1.04, 2.60) of having a diagnosis or meeting criteria for primary hypothyroidism. In contrast, no statistically significant association was

observed between water fluoride concentration and risk of subclinical hypothyroidism (adjusted odds ratio [aOR]: 1.15; 95 % CI: 0.73, 1.82) (Fig. 2).

Of the 996 women with a fluoride intake measurement, 857 (86.1 %) were classified as euthyroid, 71 (7.1 %) as subclinical hypothyroid, and 68 (6.8 %) as primary hypothyroid. Mean fluoride intake was 0.67 mg/day (median = 0.58; range: 0.02 to 2.84 mg/day) and 61 % lived in fluoridated communities. Daily fluoride intake was not significantly associated with risk of subclinical (aOR: 1.03; 95 % CI: 0.81 to 1.32) or primary hypothyroidism (aOR: 1.25; 95 % CI: 0.99, 1.57) (Fig. 2).

Among the 1149 women with a SG-adjusted urinary-fluoride measurement, 991 (86.3 %) were classified as euthyroid, 83 (7.2 %) as subclinical hypothyroid, and 75 (6.5 %) as primary hypothyroid. Mean MUF$_{SG}$ was 0.59 mg/L (median = 0.49; range: 0.05 to 3.33 mg/L) and 59.5 % lived in fluoridated communities. Results from multinomial logistic regression analysis indicated that MUF$_{SG}$ concentration was not significantly associated with risk of subclinical hypothyroidism (aOR: 0.94; 95 % CI: 0.67, 1.31) or primary hypothyroidism (aOR: 1.00; 95 % CI: 0.73, 1.39) (Fig. 2). Results did not differ when using creatinine-adjusted MUF concentration (Table S3).

#### 3.1.1. Effect modification by TPOAb status

The interaction between fluoride exposure and maternal TPOAb status in predicting risk of primary hypothyroidism was statistically significant for models with water fluoride concentration ($p$ interaction term = 0.03) and daily fluoride intake ($p$ interaction term = 0.01). Women with normal TPOAb levels were 2.85 times (95 % CI: 1.25, 6.50) more likely to have or meet criteria for primary hypothyroidism for each 0.5 mg/L increase in water fluoride concentration. Likewise, fluoride intake was significantly associated with risk of primary hypothyroidism among women with normal TPOAb levels (aOR: 1.75; 95 % CI: 1.27, 2.41). In contrast, there was no evidence of effect modification by maternal TPOAb status in the associations between water fluoride or fluoride intake and risk of subclinical hypothyroidism, or between MUF$_{SG}$ and risk of subclinical or primary hypothyroidism (Table 2).

### 3.2. Maternal hypothyroidism and child intelligence

Demographic characteristics comparing the water fluoride cohorts with and without child IQ data are summarized in Table S1. Compared to women without child IQ data, those with child IQ data were more likely to be White, live in non-fluoridated cities, report no second-smoke exposure in the first trimester, and had lower MUF$_{SG}$ and water fluoride concentrations, and daily fluoride intake.



**Fig. 2.** Covariate-adjusted and unadjusted effect estimates of associations between water fluoride concentration, daily fluoride intake, and urinary fluoride concentration, and subclinical and primary hypothyroidism relative to euthyroid women.

*Note.* Covariate-unadjusted and adjusted effect estimates from multinomial logistic regression models shown in black and grey, respectively. Results are also summarized in Table 2. OR = odds ratio; reported for every 0.5 mg/L or 0.5 mg/day increase in water fluoride concentration, MUF$_{SG}$ concentration, and daily fluoride intake.

Abbreviations: MUF$_{SG}$ = maternal urinary fluoride, standardized for specific gravity; CI = confidence interval

*M. Hall et al.*                                                                                                   *Science of the Total Environment 869 (2023) 161149*

**Table 2**
Associations between water fluoride concentration, daily fluoride intake, and urinary fluoride concentration, and subclinical and primary hypothyroidism in pregnant women participating in the MIREC study.

| | Model 1[a]: unadjusted | | | | Model 2[b]: covariate adjusted | | | | Model 2 + normal TPOAb[c] | | | | Model 2 + high TPOAb[d] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | n | OR | 95 % CI | p | n | aOR | 95 % CI | p | n | aOR | 95 % CI | p | n | aOR | 95 % CI | p |
| **Primary hypothyroidism** | | | | | | | | | | | | | | | | |
| Water fluoride (mg/L) | 1185 | 1.71 | 1.10,2.67 | 0.02 | 1105 | 1.65 | 1.04,2.60 | 0.03 | 1094 | 2.85 | 1.25,6.50 | 0.01 | 1094 | 0.88 | 0.45,1.72 | 0.71 |
| Fluoride intake (mg/day) | 1071 | 1.25 | 1.01,1.54 | 0.04 | 996 | 1.25 | 0.99,1.57 | 0.06 | 988 | 1.75 | 1.27,2.41 | 0.00 | 988 | 0.87 | 0.58,1.31 | 0.51 |
| MUF$_{SG}$ (mg/L) | 1239 | 1.11 | 0.85,1.45 | 0.46 | 1149 | 1.00 | 0.73,1.39 | 0.98 | 1141 | 0.94 | 0.53,1.67 | 0.82 | 1141 | 0.90 | 0.56,1.44 | 0.66 |
| **Subclinical hypothyroidism** | | | | | | | | | | | | | | | | |
| Water fluoride (mg/L) | 1185 | 1.12 | 0.71,1.74 | 0.63 | 1105 | 1.15 | 0.73,1.82 | 0.54 | 1094 | 1.15 | 0.67,1.99 | 0.61 | 1094 | 1.13 | 0.48,2.70 | 0.78 |
| Fluoride intake (mg/day) | 1071 | 1.03 | 0.81,1.30 | 0.83 | 996 | 1.03 | 0.81,1.32 | 0.79 | 988 | 0.98 | 0.73,1.33 | 0.91 | 988 | 1.18 | 0.73,1.89 | 0.51 |
| MUF$_{SG}$ (mg/L) | 1239 | 0.96 | 0.72,1.28 | 0.76 | 1149 | 0.94 | 0.67,1.31 | 0.71 | 1141 | 1.04 | 0.72,1.51 | 0.84 | 1141 | 0.74 | 0.37,1.49 | 0.40 |

[a]  Model 1: multinomial logistic regression models of water fluoride concentration, daily fluoride intake, and MUF$_{SG}$ concentration predicting risk of either primary or subclinical hypothyroidism, not adjusted for covariates.

[b]  Model 2: primary multinomial logistic regression models of water fluoride concentration, daily fluoride intake, and MUF$_{SG}$ concentration predicting risk of either primary or subclinical hypothyroidism, adjusted for relevant covariates.

[c]  Model 2 + normal TPOAb: primary multinomial logistic regression models of water fluoride concentration, daily fluoride intake, and MUF$_{SG}$ concentration predicting risk of either primary or subclinical hypothyroidism for women with normal levels of TPOAb (i.e., <5.61 IU/mL).

[d]  Model 2 + high TPOAb: primary multinomial logistic regression models of water fluoride concentration, daily fluoride intake, and MUF$_{SG}$ concentration predicting risk of either primary or subclinical hypothyroidism for women with elevated levels of TPOAb (i.e., ≥5.61 IU/mL). OR = Odds ratio, aOR = adjusted odds ratio; reported for every 0.5 mg/L or 0.5 mg/day increase in water fluoride concentration, MUF$_{SG}$ concentration, and daily fluoride intake. MUF$_{SG}$ = maternal urinary fluoride, standardized for specific gravity.

Median (IQR) FSIQ score was 108 (19) for the sample of 439 children with euthyroid or primary hypothyroid mothers (females: 110 (17); males: 105 (19)). FSIQ scores were 4.45-points (95 % CI: −9.17, 0.26) lower, on average, among children of primary hypothyroid women compared to children of euthyroid women. The interaction between maternal primary hypothyroidism and child sex in predicting child FSIQ scores met our threshold for model-selection purposes (p interaction term = 0.13).

Males born to women with primary hypothyroidism (n = 13) had significantly lower FSIQ scores (B coefficient: −8.42; 95 % CI: −15.33 to −1.50) compared with males born to euthyroid women (n = 201) (Fig. 3). In contrast, FSIQ scores did not differ significantly among females born to primary hypothyroid women (n = 15) versus euthyroid women (n = 210; B coefficient: −1.04; 95 % CI: −7.47, 5.38). Results remained the same with gestational age included as a covariate. Further probing of the



**Fig. 3.** Sex-specific effects in the association between maternal primary hypothyroidism and child FSIQ, VIQ, and PIQ.
*Note.* Top (left to right): mean FSIQ, VIQ, and PIQ scores of *male* children born to euthyroid (mean: FSIQ = 105.06, VIQ = 107.3, PIQ = 101.97) and primary hypothyroid (mean: FSIQ = 95.92, VIQ = 99.1, PIQ = 94.23) women.
Bottom (left to right): mean FSIQ, VIQ, and PIQ scores of *female* children born to euthyroid (mean: FSIQ = 109.91, VIQ = 111.96, PIQ = 105.61) and primary hypothyroid (mean: FSIQ = 107.07, VIQ = 112.43, PIQ = 100.20) women.
Error bars represent the 95 % confidence intervals.
* Indicates a significant difference between means (p < .05).

M. Hall et al.                                                                                                                    Science of the Total Environment 869 (2023) 161149

association between maternal primary hypothyroidism and child IQ indicated that the significant difference in FSIQ among male children born to primary hypothyroid versus euthyroid women was primarily driven by a difference in VIQ (B coefficient: −8.76; 95 % CI: −15.59 to −1.93) and not PIQ (B coefficient: −5.93; 95 % CI: −13.64 to 1.79; Fig. 3). For complete results, see Table S2.

We did not observe a significant association between maternal subclinical hypothyroidism and child FSIQ ($n$ = 438; B coefficient: 0.05; 95 % CI: −4.78, 4.89). Further, we found no evidence of effect modification by child sex.

### 3.3. Sensitivity analyses

#### 3.3.1. Primary models

Controlling for Tg as a covariate in our models estimating associations between fluoride exposure (water fluoride concentration, fluoride intake, and $MUF_{SG}$ concentration) and risk of either subclinical or primary hypothyroidism did not alter any of the results (Table S3).

When the sample was restricted to include only women who reported clinical diagnoses of primary hypothyroidism at the time of enrollment in MIREC ($n$ = 59), a 0.5 mg/L increase in water fluoride concentration was associated with 1.88 times greater odds (95 % CI: 1.10, 3.21) of having a diagnosis after controlling for covariates. Similarly, results revealed a statistically significant association between daily fluoride intake and diagnosed primary hypothyroidism (aOR: 1.42; 95 % CI: 1.10, 1.82). In contrast, no significant association was found between $MUF_{SG}$ concentration and diagnosed primary hypothyroidism (Table S3).

We found no evidence of confounding by other environmental toxicants (i.e., arsenic, lead, manganese, mercury, PFOA, PFOS, or PFHxS) in the association between water fluoride concentration and risk of primary hypothyroidism (Table S3).

Finally, $MUF_{SG}$ concentration from trimester one was not significantly associated with hypothyroidism (Table S3). In contrast, the association between daily fluoride intake and risk of primary hypothyroidism was statistically significant when using fluoride intake from trimester one in the model (aOR: 1.42; 95 % CI: 1.18, 1.71) (Table S3).

#### 3.3.2. Mediation analysis

Mediation analysis on the subsample of 358 mother-child pairs with water fluoride, thyroid (i.e., euthyroid and primary hypothyroid women), and FSIQ data, as well as complete covariates, indicated a significant direct effect of water fluoride concentration on child FSIQ (natural direct effect estimate = −3.55; 95 % CI: −5.95, −1.15). In contrast, the indirect effect was close to null (natural indirect effect estimate = −0.12; 95 % CI: −0.41, 0.16), indicating that maternal primary hypothyroidism did not significantly mediate the relationship between maternal water fluoride concentration and child FSIQ in this subsample of mother-child pairs (Table 3). Likewise, there was no evidence of mediation when the model was rerun using child VIQ and PIQ (Table S4).

### 4. Discussion

In this Canadian pregnancy and birth cohort, fluoride in drinking water was associated with risk of primary hypothyroidism in pregnant women. Specifically, risk of hypothyroidism was 1.65 times higher per 0.5 mg/L increase in water fluoride concentration after accounting for potential confounding variables. To contextualize these results, the difference in water fluoride concentration between cities that are fluoridated at the recommended level of 0.7 mg/L and those without fluoridation is approximately 0.5 mg/L (Till et al., 2018). It is noteworthy that among the 1508 women for whom thyroid status was defined in the current study, 60.5 % lived in fluoridated areas, which is considerably higher than the proportion of the general Canadian population receiving fluoridated municipal drinking water (i.e., 38 %) (Public Health Agency of Canada, 2017). While fluoridated tap water is the main source of fluoride exposure among adults in fluoridated communities (United States Environmental Protection Agency,

### Table 3
Maternal primary hypothyroidism as a mediator of the association between maternal water fluoride concentration and child FSIQ.

| Mediation parameters | B | $p > |z|$ | 95 % Confidence Interval | |
|---|---|---|---|---|
| Natural direct effect[a] | −3.55 | 0.00 | −5.95 | −1.15 |
| Natural indirect effect[b] | −0.12 | 0.40 | −0.41 | 0.16 |
| Marginal total effect[c] | −3.67 | 0.79 | −30.66 | 23.32 |

Output from mediation analysis in the counterfactual framework.
B = effect of a 0.5 mg/L increase in water fluoride concentration on child FSIQ.
[a] Effect of maternal water fluoride concentration on child FSIQ not mediated by maternal primary hypothyroidism.
[b] Effect of maternal water fluoride concentration on child FSIQ mediated by maternal primary hypothyroidism.
[c] Total effect of maternal water fluoride concentration on child FSIQ, mediated and not mediated by maternal primary hypothyroidism (i.e., sum of the natural direct[a] and indirect[b] effects).

n.d.), we also estimated fluoride intake by weighting each cup of water and other water-based beverages (i.e., tea, coffee) consumed by fluoride concentration in tap water. Findings revealed the same pattern of results, where higher fluoride intake was associated with risk of primary hypothyroidism, particularly among women with normal TPOAb levels.

In contrast, maternal urinary fluoride concentration was not associated with hypothyroidism. Fluoride concentrations in municipal water supplies are relatively constant and therefore are more likely to be indicative of chronic fluoride exposure, and perhaps body burden, than urinary fluoride. It is possible that day-to-day variations in intake of high-fluoride foods, beverages, or dental products before sample collection could influence urinary-fluoride measurement and contribute to exposure misclassification that would bias estimates toward the null. Moreover, thyroid disorders tend to develop over time (Casey et al., 2017; Chatzitomaris et al., 2017). Thus, it is reasonable that our more stable measure of fluoride exposure (i.e., water fluoride concentration) would be more strongly associated with risk of primary hypothyroidism than maternal urinary fluoride. Among the women with primary hypothyroidism, 73.8 % reported having a diagnosis prior to their pregnancy and enrollment in the MIREC study. In contrast, urinary fluoride was measured throughout pregnancy, and thus, following diagnosis for most women. Therefore, our findings make sense temporally in that we would not expect an exposure variable measured in pregnancy to predict risk of a health condition diagnosed before pregnancy. Similarly, we found a stronger association between daily fluoride intake and risk of primary hypothyroidism when looking at fluoride intake in trimester one only, perhaps indicating that women's self-reported beverage consumption in trimester one was more reflective of their pre-pregnancy beverage consumption habits. Prior research examining associations between fluoride exposure and other health outcomes have also reported stronger associations with water fluoride over urinary fluoride concentration (Green et al., 2019; Malin et al., 2018; Riddell et al., 2019).

We did not observe an association between maternal fluoride exposure and subclinical hypothyroidism. This may be because subclinical hypothyroidism is a milder form of hypothyroidism with more variable presentations that may be exacerbated by pregnancy-associated changes in thyroid hormone levels. Indeed, there is ongoing controversy as to whether subclinical hypothyroidism constitutes a clinical disorder that requires formal treatment, especially in pregnancy, given that abnormalities in thyroid hormone levels are commonly detected in routine blood work during pregnancy (Casey et al., 2017). Notably, when we restricted our analysis to include only women with a reported clinical diagnosis of hypothyroidism, the observed associations between maternal fluoride exposure and primary hypothyroidism were stronger than when we included women identified using trimester one thyroid hormone levels – perhaps reflecting imprecision in our classifications of maternal thyroid function.

Our findings are consistent with prior studies showing a relationship between fluoride exposure and thyroid function. An ecologic study

M. Hall et al.                                                                                                                    Science of the Total Environment 869 (2023) 161149

conducted in England reported a significantly higher prevalence of diagnosed hypothyroidism among adults living in areas with higher fluoride levels in drinking water (Peckham et al., 2015). Considering hypothyroidism is defined by elevated TSH and low FT4 levels, our findings are also in line with epidemiologic studies reporting associations between higher drinking water-fluoride concentrations and higher TSH and lower T4 levels in children and adults (Khandare et al., 2018; Kheradpisheh et al., 2018). In contrast, our results do not align with those of a Canadian study that reported no relationship between fluoride exposure (measured in urine and tap water) and self-reported diagnosis of a thyroid disorder among non-pregnant adults (Barberio et al., 2017). Discrepancy in results could reflect differences in exclusion and inclusion criteria (i.e., the prior study included respondents between the ages of 3–79 years), differences between a pregnant and non-pregnant sample, and differences in how thyroid disorders were classified (i.e., use of different cut-offs for elevated TSH and low FT4).

Fluoride may impact thyroid function by several potential mechanisms. It may inhibit the deiodinase enzymes that are necessary for thyroid hormone production, resulting in decreased blood-T3 and T4 levels and increases in circulating TSH (Malin et al., 2018; Susheela et al., 2005). Fluoride may also induce structural and functional changes to the follicular epithelial cells of the thyroid gland (e.g., decline in the colloidal content and damage to the endoplasmic reticulum) resulting in insufficient secretion of Tg, and thus disruption to thyroid hormone synthesis more broadly (Banji et al., 2013; Basha et al., 2011). Further, fluoride may interfere with iodine to exert its negative effects on thyroid function, perhaps by inhibiting the expression and activity of sodium iodide symporters that are necessary for mediating active iodide transport into the thyroid, resulting in lower iodine availability and the indirect suppression of thyroid hormone production (Greer et al., 2002; Waugh, 2019). Importantly, however, a recent experimental study (Buckalew et al., 2020) refuted this claim by showing that fluoride does not inhibit sodium iodide symporter activity in Fischer rat thyroid follicular cells. This, together with our prior finding of women in MIREC being largely iodine sufficient (Krzeczkowski et al., 2022), and evidence that the effect of water fluoride concentration on maternal primary hypothyroidism remains significant after controlling for a biomarker of chronic iodine nutrition (i.e., Tg), suggest that iodine deficiency is not a confounder in this study. Ultimately, further research in this area is needed to understand fluoride action on thyroid function and whether iodine modifies the neurotoxicity of fluoride as reported in prior studies (Malin et al., 2018; Goodman et al., 2022).

In our study, having an underlying autoimmune condition (i.e., Hashimoto's disease) did not increase vulnerability to fluoride-induced changes in thyroid gland functioning. Rather, our findings showed that pregnant women with normal TPOAb levels (<5.61 IU/mL) were most susceptible to fluoride-associated thyroid disruption, in that the associations between water fluoride concentration and fluoride intake and primary hypothyroidism were stronger among this group of women. It is possible that pregnant women with high TPOAb levels had a pre-existing autoimmune-related decreased capacity to produce thyroid hormones and therefore did not show as strong of a link with fluoride exposure compared to women with normal TPOAb levels. However, the estimates for women with normal TPOAb levels were less precise (i.e., wider confidence intervals) and should thus be interpreted with caution.

Our finding that women with primary hypothyroidism were more likely to have children with lower IQ scores is consistent with previous studies (Andersen et al., 2018; Haddow et al., 1999; Levie et al., 2018), though this association was only significant for FSIQ and VIQ among male children in our study. Few, if any, studies have explored effect modification by child sex when assessing the relationship between maternal hypothyroidism in pregnancy and offspring IQ. However, males born to women with hypothyroidism have been reported to be at increased risk of developing externalizing (e.g., attention deficit and hyperactivity disorder) (Peltier et al., 2021) problems when compared to females. In the context of neurotoxicants, the male brain is known to be more vulnerable to many chemical exposures, including fluoride, when compared with similarly exposed females (Green et al., 2020; Kern et al., 2017). Moreover, in recent studies, women who

were pregnant with males were found to be more likely to have elevated TSH (Sitoris et al., 2022; Wang et al., 2019). Collectively, these findings suggest that sex differences in the association between maternal hypothyroidism in pregnancy and child FSIQ and VIQ are plausible.

Despite the significant direct effect between water fluoride concentration and lower child FSIQ and observed trend toward lower child FSIQ among women with primary hypothyroidism ($p = .06$), results from mediation analysis showed that maternal primary hypothyroidism did not significantly mediate the relationship between water fluoride concentration and child FSIQ. It is important to note that we were unable to account for all relevant covariates in the mediation model; study site was not included due to collinearity, and some of the covariates (e.g., HOME score) that are relevant for the association between hypothyroidism and child IQ are not directly relevant for the association between fluoride exposure and hypothyroidism. Moreover, considering only 25 of 107 (23.4 %) children of mothers with primary hypothyroidism had IQ data, there may have been insufficient statistical power in the mediation model to detect a significant indirect effect.

Among the sample of pregnant women included in this study, 6.1 % met criteria for primary hypothyroidism. Prevalence of primary or overt hypothyroidism has been shown to vary across other Canadian and American pregnant samples, generally falling between 0.7 and 3 % (Stagnaro-Green and Pearce, 2012; Leduc-Robert et al., 2020; Blatt et al., 2012). The relatively higher prevalence rate observed in the current study may be explained, in part, by the fact that women were categorized as primary hypothyroid if they met criteria based on their thyroid hormone levels in trimester one *or* if they had reported a previous diagnosis. Notably, women with prior diagnoses presented as euthyroid by blood panel in trimester one, and thus, would not normally be accounted for when determining prevalence rates based on thyroid hormone levels alone. This discrepancy may also be attributed to differences in diagnostic criteria used across studies (i.e., use of TSH on its own, with varying cut-offs) and time at thyroid hormone measurement since prevalence rates can vary across trimesters. Moreover, prevalence rates may differ depending on the demographic characteristics (e.g., race, age) of the sample (Stagnaro-Green and Pearce, 2012; Blatt et al., 2012).

### 4.1. Strengths and limitations

Strengths of our study include the use of multiple measures of maternal fluoride exposure and thyroid hormones measured using gold-standard approaches in a large pregnancy cohort. In addition, our analyses incorporated an array of potential confounding variables and incorporated several factors that may influence thyroid hormone levels, including Tg, TPOAb levels, and pre-pregnancy BMI. There are some limitations associated with our study as well. Women in the MIREC cohort tend to be older, more educated, more likely to be married or common law, primarily White, and more likely to report prenatal vitamin use (Arbuckle et al., 2013) which may restrict the generalizability of our results to the broader Canadian population. Results pertaining to child IQ may also be restricted in generalizability, given the subsample of mother-child dyads with available IQ data were more likely to reside in non-fluoridated areas (54.0 % of the fluoride-IQ sample lived in a non-fluoridated area compared with 38.1 % in the fluoride-thyroid sample; Table S1). Regarding our measure of maternal race, our prior work conducted in the MIREC pregnancy cohort (Till et al., 2018), as well as in another Canadian population (Riddell et al., 2021), did not find differences in urinary-fluoride levels by race. We therefore do not have evidence of disproportionate exposure to fluoride by race, as reported in a study conducted in U.S. children (Martinez-Mier and Soto-Rojas, 2010). Still, other factors that could differ by race, such as diet (Brooks et al., 2017) and urinary pH (Ekstrand et al., 1982), could contribute to differences in fluoride excretion and therefore control for race is warranted for increasing the accuracy of the estimates. Reporting bias is also possible in that some women may not have self-reported a previous diagnosis of a thyroid disorder or taking thyroid medication. Further, as with any observational study, we cannot exclude the potential for residual confounding, whereby unmeasured or imprecisely measured confounders prevent

M. Hall et al.                                                                                                                                    Science of the Total Environment 869 (2023) 161149

causal inferences from begin drawn from associations. Interpretation of findings should also consider the potential for reverse causality. We considered hypothyroidism as a potential mediator of the association between fluoride exposure and child IQ; however, it is conceivable that women with hypothyroidism may drink more water or other beverages given that hypothyroidism is associated with increased thirst. In this case, hypothyroidism would be associated with higher fluoride intake among women drinking fluoridated tap water and/or tea. The plausibility of reverse causality is unlikely, however, given that we would not expect more women with hypothyroidism to drink fluoridated over non-fluoridated water. An additional limitation is that fluoride was measured in spot samples instead of 24-hour urine samples or first morning voids, preventing us from being able to control for behaviours that could contribute to fluctuations in urinary fluoride concentration given the short half-life of fluoride (approximately 5 h). We attempted to mitigate the effects of this limitation by averaging urinary fluoride across all three trimesters. Finally, the questionnaire and methods used to estimate daily fluoride intake have not yet been validated; however, fluoride intake showed the expected associations with urinary fluoride and water fluoride concentrations, suggesting content validity of our derived variable.

### 4.2. Conclusions

To our knowledge, this is the first study to investigate the relationships between maternal fluoride exposure and thyroid function in a prospective pregnancy cohort receiving optimally fluoridated water. Our findings indicate that higher levels of fluoride exposure in pregnant women were associated with increased risk of hypothyroidism, supporting our hypothesis that fluoride exposure may disrupt thyroid function. Thyroid dysfunction in pregnancy may be one mechanism underlying the previously found association between fluoride exposure in pregnancy and offspring FSIQ in the MIREC cohort (Green et al., 2019), particularly among women with male children, though further research is warranted. Our findings are of public health significance given the large number of people exposed to fluoride in drinking water and the vital role of thyroid hormones in neurodevelopment.

### CRediT authorship contribution statement

**Meaghan Hall:** Conceptualization, Data curation, Formal analysis, Methodology, Software, Visualization, Writing – original draft, Writing – review & editing. **Bruce Lanphear:** Conceptualization, Funding acquisition, Investigation, Writing – review & editing. **Jonathan Chevrier:** Investigation, Methodology, Validation, Writing – review & editing. **Rick Hornung:** Methodology, Validation, Writing – review & editing. **Rivka Green:** Conceptualization, Methodology, Writing – review & editing. **Carly Goodman:** Methodology, Writing – review & editing. **Pierre Ayotte:** Funding acquisition, Investigation, Methodology, Writing – review & editing. **Esperanza Angeles Martinez-Mier:** Investigation, Resources, Writing – review & editing. **R. Thomas Zoeller:** Investigation, Writing – review & editing. **Christine Till:** Conceptualization, Funding acquisition, Methodology, Project administration, Supervision, Writing – review & editing.

### Data availability

The authors do not have permission to share data.

### Declaration of competing interest

The authors declare the following financial interests/personal relationships which may be considered as potential competing interests: Rick Hornung reports financial support was provided by National Institute of Environmental Health Sciences. Christine Till reports a relationship with Health Research Board, Dublin that includes: consulting or advisory. Meaghan Hall reports a relationship with NIEHS that includes: travel reimbursement. Christine Till reports a relationship with National Institute of

Environmental Health Sciences that includes: travel reimbursement. Dr. Lanphear served as a non-retained expert witness in the federal fluoride case to describe the results of the fluoride studies using the MIREC cohort (Food & Water Watch, et al. vs. U.S. Environmental Protection Agency, United States District Court for the Northern District of California at San Francisco). He received no payment for his service.

### Acknowledgments

The authors would like to extend a sincere thank you to Nicole Lupien, Stéphanie Bastien, and Romy-Leigh McMaster (Centre de Recherche, CHU Sainte-Justine), and the Maternal Infant Research on Environmental Chemicals (MIREC) Study Coordinating Staff for their administrative support, the MIREC site investigators, as well as the MIREC Biobank; Jillian Ashely-Martin for her review of our manuscript as the Knowledge Translation representative for the MIREC study; Alain LeBlanc from the Institut National de Santé Publique Québec (INSPQ) for free and total thyroxine measurement; Nathalie Ouellet at INSPQ; the team at the Institut Universitaire de Cardiologie et de Pneumologie de Québec (IUCPQ) for measuring thyroglobulin, thyroid stimulating hormone, and thyroid antibody levels; Christine Buckley, Frank Lippert, and Prithvi Chandrappa at the Indiana University School of Dentistry for their analysis of urinary fluoride; and Dr. Joanne Rovet for serving as a consultant to this work; Dr. John Krzeczkowski, Taylor McGuckin, Maddy Blazer, and Raichel Neufeld at York University for their valuable contributions to, and support of, this work.

This research was funded by the National Institute of Environmental Health Science [grant numbers R21ES027044, 2016–2019; R01ES030365, 2020–2025], and the Maternal-Infant Research on Environmental Chemicals Study was funded by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institute for Health Research (CIHR) [grant number MOP-81285, 2006]. This work was also supported by a CIHR scholarship awarded to M.H.

### Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.scitotenv.2022.161149.

### References

Andersen, S.L., Olsen, J., Wu, C.S., Laurberg, P., 2013. Low birth weight in children born to mothers with hyperthyroidism and high birth weight in hypothyroidism, whereas preterm birth is common in both conditions: a Danish national hospital register study. Eur. Thyroid J. 2 (2), 135–144. https://doi.org/10.1159/000350513 Pmid:24783052.
Andersen, S.L., Andersen, S., Liew, Z., Vestergaard, P., Olsen, J., 2018. Maternal thyroid function in early pregnancy and neuropsychological performance of the child at 5 years of age. J. Clin. Endocrinol. Metab. 103 (2), 660–670. https://doi.org/10.1210/jc.2017-02171 Pmid:29220528.
Arbuckle, T.E., Fraser, W.D., Fisher, M., et al., 2013. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr. Perinat. Epidemiol. 27 (4), 415–425. https://doi.org/10.1111/ppe.12061 Pmid:23772943.
Banji, D., Banji, O.J.F., Pratusha, N.G., Annamalai, A.R., 2013. Investigation on the role of spirulina platensis in ameliorating behavioural changes, thyroid dysfunction and oxidative stress in offspring of pregnant rats exposed to fluoride. Food Chem. 140 (1–2), 321–331. https://doi.org/10.1016/j.foodchem.2013.02.076 Pmid:23578649.
Barberio, A.M., Hosein, F.S., Quiñonez, C., McLaren, L., 2017. Fluoride exposure and indicators of thyroid functioning in the Canadian population: implications for community water fluoridation. J. Epidemiol. Community Health 71 (10), 1019–1025. https://doi.org/10.1136/jech-2017-209129.
Basha, P.M., Rai, P., Begum, S., 2011. Fluoride toxicity and status of serum thyroid hormones, brain histopathology, and learning memory in rats: a multigenerational assessment. Biol. Trace Elem. Res. 144 (1–3), 1083–1094. https://doi.org/10.1007/s12011-011-9137-3 Pmid:21755305.
Bashash, M., Thomas, D., Hu, H., et al., 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health. Perspect. 125 (9), 097017. https://doi.org/10.1289/EHP655 Pmid:28937959.
Blatt, A.J., Nakamoto, J.M., Kaufman, H.W., 2012. National status of testing for hypothyroidism during pregnancy and postpartum. J. Clin. Endocrinol. Metab. 97 (3), 777–784. https://doi.org/10.1210/jc.2011-2038 Pmid:22170721.
Brooks, C.J., Gortmaker, S.L., Long, M.W., Cradock, A.L., Kenney, E.L., 2017. Racial/ethnic and socioeconomic disparities in hydration status among US adults and the role of tap

M. Hall et al.                                                                                                                        Science of the Total Environment 869 (2023) 161149

water and other beverage intake. Am. J. Public Health 107 (9), 1387–1394. https://doi.org/10.2105/AJPH.2017.303923 Pmid:28727528.

Buckalew, A.R., Wang, J., Murr, A.S., et al., 2020. Evaluation of potential sodium-iodide symporter (NIS) inhibitors using a secondary fischer rat thyroid follicular cell (FRTL-5) radioactive iodide uptake (RAIU) assay. Arch. Toxicol. 94 (3), 873–885. https://doi.org/10.1007/s00204-020-02664-y Pmid:32065294.

Buzalaf, M.A.R., Whitford, G.M., 2011. Fluoride intake, metabolism and toxicity. In: Buzalaf, M.A.R. (Ed.), Fluoride And Oral Environment. Karger, Basel, Switzerland, pp. 20–36.

Cantoral, A., Muñoz-Rocha, T.V., Luna-Villa, L., et al., 2021. Association of dietary fluoride intake and diet variables with dental caries in adolescents from the element cohort study. Caries Res. 55 (2), 88–98. https://doi.org/10.1159/000511699 Pmid:33535210.

Casey, B.M., Thom, E.A., Peaceman, A.M., et al., 2017. Treatment of subclinical hypothyroidism or hypothyroxinemia in pregnancy. N. Engl. J. Med. 376 (9), 815–825. https://doi.org/10.1056/nejmoa1606205 Pmid:28249134.

Chaitanya, N., Karunakar, P., Allam, N., Priya, M., Alekhya, B., Nauseen, S., 2018. A systematic analysis on possibility of water fluoridation causing hypothyroidism. Indian J. Dent. Res. 29 (3), 358–363. https://doi.org/10.4103/ijdr.IJDR_505_16 Pmid:29900922.

Chatzitomaris, A., Hoermann, R., Midgley, J.E., et al., 2017. Thyroid allostasis-adaptive responses of thyrotropic feedback control to conditions of strain, stress, and developmental programming. Front. Endocrinol. 8, 163. https://doi.org/10.3389/fendo.2017.00163 Pmid: 28775711.

Chevrier, J., Harley, K.G., Kogut, K., Holland, N., Johnson, C., Eskenazi, B., 2011. Maternal thyroid function during the second half of pregnancy and child neurodevelopment at 6, 12, 24, and 60 months of age. J. Thyroid. Res. 2011, 426427. https://doi.org/10.4061/2011/426427 Pmid:22132346.

Collares, F.M., Korevaar, T.I.M., Hofman, A., et al., 2017. Maternal thyroid function, pregnancy obesity and gestational weight gain — the generation R study: a prospective cohort study. Clin. Endocrinol. 87 (6), 799–806. https://doi.org/10.1111/cen.13412 Pmid:28666083.

Community Water Fluoridation, 2019. About fluoride. Centers for Disease Control and Prevention. https://www.cdc.gov/fluoridation/faqs/about-fluoride.html. (Accessed 21 September 2022).

Consortium on Thyroid and Pregnancy – Study Group on Preterm Birth, 2019. Association of thyroid function test abnormalities and thyroid autoimmunity with preterm birth: a systematic review and meta-analysis. JAMA 322 (7), 632–641. https://doi.org/10.1001/jama.2019.10931 Pmid:31429897.

Day, T.K., Powell-Jackson, P.R., 1972. Fluoride, water hardness, and endemic goitre. Lancet 1 (7761), 1135–1138. https://doi.org/10.1016/s0140-6736(72)91370-0 Pmid:4113053.

Duty, S.M., Ackerman, R.M., Calafat, A.M., Hauser, R., 2005. Personal care product use predicts urinary concentrations of some phthalate monoesters. Environ. Health Perspect. 113 (11), 1530–1535. https://doi.org/10.1289/ehp.8083 Pmid:16263507.

Ekstrand, J., Spak, C.J., Ehrnebo, M., 1982. Renal clearance of fluoride in a steady state condition in man: influence of urinary flow and pH changes by diet. Acta Pharmacol. Toxicol. 50 (5), 321–325. https://doi.org/10.1111/j.1600-0773.1982.tb00982.x Pmid:7113707.

de Escobar, G.M., Obregon, M.J., del Rey, F.E., 2004. Role of thyroid hormone during early brain development. Eur. J. Endocrinol. 151 (Suppl_3), U25–U37. https://doi.org/10.1530/eje.0.151u025 pmid:15554884.

Goodman, C.V., Hall, M., Green, R., et al., 2022. Iodine status modifies the association between fluoride exposure in pregnancy and preschool boys' intelligence. Nutrients 14 (14), 2920. https://doi.org/10.3390/nu14142920 Pmid:35889877.

Green, R., Lanphear, B., Hornung, R., et al., 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatr. 173 (10), 940–948. https://doi.org/10.1001/jamapediatrics.2019.1729 Pmid:31424532.

Green, R., Rubenstein, J., Popoli, R., Capulong, R., Till, C., 2020. Sex-specific neurotoxic effects of early-life exposure to fluoride: a review of the epidemiologic and animal literature. Curr. Epidemiol. Rep. 7 (4), 263–273. https://doi.org/10.1007/s40471-020-00246-1 Pmid:33816056.

Greer, M.A., Goodman, G., Pleus, R.C., Greer, S.E., 2002. Health effects assessment for environmental perchlorate contamination: the dose response for inhibition of thyroidal radioiodine uptake in humans. Environ. Health Perspect. 110 (9), 927–937. https://doi.org/10.1289/ehp.02110927 Pmid: 12204829.

Haddow, J.E., Palomaki, G.E., Allan, W.C., et al., 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. N. Engl. J. Med. 341 (8), 549–555. https://doi.org/10.1056/nejm199908193410801 Pmid:10617396.

Hornung, R.W., Reed, L.D., 1990. Estimation of average concentration in the presence of nondetectable values. Appl. Occup. Environ. Hyg. 5 (1), 46–51. https://doi.org/10.1080/1047322X.1990.10389587.

Jiang, Y., Guo, X., Sun, Q., Shan, Z., Teng, W., 2016. Effects of excess fluoride and iodide on thyroid function and morphology. Biol. Trace Elem. Res. 170 (2), 382–389. https://doi.org/10.1007/s12011-015-0479-0 Pmid:26319807.

Kang, Y.J., Zolna, L., Manson, J.M., 1986. Strain differences in response of Sprague-Dawley and Long Evans Hooded rats to the teratogen nitrofen. Teratology 34 (2), 213–223. https://doi.org/10.1002/tera.1420340211 Pmid:3775674.

Kern, J.K., Geier, D.A., Homme, K.G., et al., 2017. Developmental neurotoxicants and the vulnerable male brain: a systematic review of suspected neurotoxicants that disproportionally affect males. Acta Neurobiol. Exp. 77 (4), 269–296 https://pubmed.ncbi.nlm.nih.gov/29369294/. Published November 3, 2017. Accessed September 20, 2022. Pmid:29369294.

Khandare, A.L., Validandi, V., Gourineni, S.R., Gopalan, V., Nagalla, B., 2018. Dose-dependent effect of fluoride on clinical and subclinical indices of fluorosis in school going children and its mitigation by supply of safe drinking water for 5 years: an Indian study. Environ. Monit. Assess. 190 (3), 110–118. https://doi.org/10.1007/s10661-018-6501-1 Pmid:29396763.

Kheradpisheh, Z., Mirzaei, M., Mahvi, A.H., et al., 2018. Impact of drinking water fluoride on human thyroid hormones: a case-control study. Sci. Rep. 8 (1), 1–7. https://doi.org/10.1038/s41598-018-20696-4 Pmid:29422493.

Krishnankutty, N., Jensen, T.S., Kjaer, J., Jørgensen, J.S., Nielsen, F., Grandjean, P., 2021. Public-health risks from tea drinking: fluoride exposure. Scand. J. Public Health 50 (3), 355–361. https://doi.org/10.1177/1403494821990284 Pmid:33557697.

Krzeczkowski, J.E., Hall, M., McGuckin, T., et al., 2022. Iodine status in a large Canadian pregnancy cohort. Am. J. Obstet. Gynecol. MFM 5 (1), 100784. https://doi.org/10.1016/j.ajogmf.2022.100784.

Leduc-Robert, G., Lews, M., Abdelkareem, A.O., Williams, C., Bloomenthal, D., Abdelhafez, F., Bedaiwy, M.A., 2020. Prevalence of thyroid autoimmunity and effect of levothyroxine treatment in a cohort of 1064 patients with recurrent pregnancy loss. Reprod. BioMed. Online 40 (4), 582–592. https://doi.org/10.1016/j.rbmo.2019.11.014 Pmid:32160949.

Levie, D., Korevaar, T.I.M., Bath, S.C., et al., 2018. Thyroid function in early pregnancy, child IQ, and autistic traits: a meta-analysis of individual participant data. J. Clin. Endocrinol. Metab. 103 (8), 2967–2979. https://doi.org/10.1210/jc.2018-00224 Pmid:29757392.

Ma, Z.F., Skeaff, S.A., 2014. Thyroglobulin as a biomarker of iodine deficiency: a review. Thyroid 24 (8), 1195–1209. https://doi.org/10.1089/thy.2014.0052 Pmid:24762031.

Malin, A.J., Riddell, J.K., McCague, H., Till, C., 2018. Fluoride exposure and thyroid function among adults living in Canada: effect modification by iodine status. Environ. Int. 121 (Pt 1), 667–674. https://doi.org/10.1016/j.envint.2018.09.026 Pmid:30316182.

Martinez-Mier, E.A., Soto-Rojas, A.E., 2010. Differences in exposure and biological markers of fluoride among white and african american children. J. Public Health Dent. 70 (3), 234–240. https://doi.org/10.1111/j.1752-7325.2010.00173.x Pmid:20545831.

Martínez-Mier, E.A., Curry, J.A., Heilman, J.R., et al., 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res. 45 (1), 3–12. https://doi.org/10.1159/000321657 Pmid:21160184.

McLeod, D.S.A., Caturegli, P., Cooper, D.S., Matos, P.G., Hutfless, S., 2014. Variation in rates of autoimmune thyroid disease by race/ethnicity in US military personnel. JAMA 311 (15), 1563–1565. https://doi.org/10.1001/jama.2013.285606 Pmid:24737370.

McPherson, C.A., Zhang, G., Gilliam, R., et al., 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. Neurotox. Res. 34 (4), 781–789. https://doi.org/10.1007/s12640-018-9870-x pmid: 29404855.

Nasirkandy, M.P., Badfar, G., Shohani, M., et al., 2017. The relation of maternal hypothyroidism and hypothyroxinemia during pregnancy on preterm birth: an updated systematic review and meta-analysis. Int. J. Reprod. Biomed. 15 (9), 543–552. https://doi.org/10.29252/ijrm.15.9.543 Pmid:29662962.

National Research Council, 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. The National Academies Press, Washington, DC, pp. 224–266.

National Toxicology Program, .. Draft NTP monograph on the systematic review of fluoride exposure and neurodevelopmental and cognitive health effects. Revised September 16, 2020 https://ntp.niehs.nih.gov/ntp/ohat/fluoride/draft_rd_revised-monograph-9-16-2020.pdf. (Accessed 21 September 2022).

Nguyen, V.K., Kahana, A., Heidt, J., et al., 2020. A comprehensive analysis of racial disparities in chemical biomarker concentrations in United States women, 1999–2014. Environ. Int. 137, 105496. https://doi.org/10.1016/j.envint.2020.105496 Pmid:32113086.

Peckham, S., Lowery, D., Spencer, S., 2015. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. J. Epidemiol. Community Health 69 (7), 619–624. https://doi.org/10.1136/jech-2014-204971 Pmid:25714098.

Peltier, M.R., Fassett, M.J., Chiu, V.Y., Getahun, D., 2021. Maternal hypothyroidism increases the risk of attention-deficit hyperactivity disorder in the offspring. Am. J. Perinatol. 38 (2), 191–201. https://doi.org/10.1055/s-0040-1717073 Pmid:33086392.

Public Health Agency of Canada, 2017. The state of Community Water Fluoridation (CWF) across Canada. Published December 19 https://www.canada.ca/en/services/health/publications/healthy-living/community-water-fluoridation-across-canada-2017.html. (Accessed 20 September 2022).

Riddell, J.K., Malin, A.J., Flora, D., McCague, H., Till, C., 2019. Association of water fluoride and urinary fluoride concentrations with attention deficit hyperactivity disorder in Canadian youth. Environ. Int. 133 (Pt B), 105190. https://doi.org/10.1016/j.envint.2019.105190 Pmid: 31654913.

Riddell, J.K., Malin, A.J., McCague, H., Flora, D.B., Till, C., 2021. Urinary fluoride levels among canadians with and without community water fluoridation. Int. J. Environ. Res. Public Health 18 (12), 6203 doi:10.3390/ijerph18126203. Pmid:34201160.

Rothman, K.J., 2014. Six persistent research misconceptions. J. Gen. Intern. Med. 29 (7), 1060–1064. https://doi.org/10.1007/s11606-013-2755-z Pmid:24452418.

Sitoris, G., Veltri, F., Kleynen, P., Ichiche, M., Rozenberg, S., Poppe, K.G., 2022. Does foetal gender influence maternal thyroid parameters in pregnancy? Eur. Thyroid J. 11 (1), e210001. https://doi.org/10.1530/ETJ-21-0001 Pmid:34981747.

Stagnaro-Green, A., Pearce, E.N., 2012. Thyroid disorders in pregnancy. Nat. Rev. Endocrinol. 8 (11), 650–658. https://doi.org/10.1038/nrendo.2012.171 Pmid:23007317.

Stagnaro-Green, A., Abalovich, M., Alexander, E., et al., 2011. Guidelines of the American thyroid association for the diagnosis and management of thyroid disease during pregnancy and postpartum. Thyroid 21 (10), 1081–1125. https://doi.org/10.1089/thy.2011.0087 Pmid:21787128.

Susheela, A.K., Bhatnagar, M., Vig, K., Mondal, N.K., 2005. Excess fluoride ingestion and thyroid hormone derangements in children living in Delhi,India. Fluoride 38 (2), 98–108.

Till, C., Green, R., Grundy, J.G., et al., 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ. Health Perspect. 126 (10), 107001. https://doi.org/10.1289/ehp3546 Pmid:30392399.

United States Environmental Protection Agency, n... Fluoride: exposure and relative source contribution analysis. Revised December, 2010 https://www.epa.gov/sites/default/files/2019-03/documents/fluoride-exposure-relative-report.pdf. (Accessed 21 September 2022).

Valeri, L., VanderWeele, T.J., 2013. Mediation analysis allowing for exposure-mediator interactions and causal interpretation: theoretical assumptions and implementation with SAS and SPSS macros. Psychol. Methods 18 (2), 137–150. https://doi.org/10.1037/a0031034 Pmid:23379553.

*M. Hall et al.*

*Science of the Total Environment 869 (2023) 161149*

Wang, X., Sun, X., Yang, L., et al., 2019. Maternal thyroid-stimulating hormone level in the first trimester and sex ratio at birth. Endocr. Pract. 25 (4), 315–319. https://doi.org/10.4158/EP-2018-0348 Pmid:30995430.

Wang, M., Liu, L., Li, H., et al., 2020. Thyroid function, intelligence, and low-moderate fluoride exposure among chinese school-age children. Environ. Int. 134, 105229. https://doi.org/10.1016/j.envint.2019.105229 Pmid:31698198.

Waugh, D.T., 2019. Fluoride exposure induces inhibition of sodium/iodide symporter (NIS) contributing to impaired iodine absorption and iodine deficiency: molecular mechanisms of inhibition and implications for public health. Int. J. Environ. Res. Public Health 16 (1086), 1–28. https://doi.org/10.3390/ijerph16061086 Pmid:30917615.

Webster, G.M., Venners, S.A., Mattman, A., Martin, J.W., 2014. Associations between perfluoroalkyl acids (PFASs) and maternal thyroid hormones in early pregnancy: a population-based cohort study. Environ. Res. 133, 338–347. https://doi.org/10.1016/j.envres.2014.06.012 Pmid:25019470.

**Supplementary Material**

**Appendix A**

Formula for calculating daily fluoride intake, averaged across trimesters 1 and 3:

$$[((WaterFT1 \times TotalCupsT1) + (BlackTeaFT1 \times CupsBlackTeaT1) + (GreenTeaFT1 \times CupsGreenTeaT1)) +$$

$$((WaterFT3 \times TotalCupsT3) + (BlackTeaFT3 \times CupsBlackTeaT3) + (GreenTeaFT3 \times CupsGreenTeaT3))] \div 2$$

where *WaterF* is the amount of fluoride in a 200mL cup based on each women's individual water fluoride concentration, *TotalCups* is the total volume of water, coffee, and tea consumed, *BlackTeaF* is the amount of fluoride in each 200-mL cup of black tea, *CupsBlackTea* is the total volume of black tea consumed, *GreenTeaF* is the amount of fluoride in each 200-mL cup of green tea, and *CupsGreenTea* is the total volume of green tea consumed; *T1* represents trimester 1 data, and *T3* represents trimester 3 data.

**Table S1**

*Demographic characteristics of main subsamples of interest.*

| | MIREC cohort participants with: | |
|---|---|---|
| | Water fluoride concentration | Water fluoride concentration + IQ scores |
| *N* | 1527 | 485 |
| Maternal age (years; mean; SD) | 32.5 (5.1) | 32.7 (4.7) |
| Ethnicity (*n*; %) | | |
|     White | 1273 (83.4) | 426 (87.8)* |
|     Other | 254 (16.6) | 59 (12.2)* |
| Marital status (*n*; %) | | |
|     Married or common law | 1448 (94.8) | 463 (95.5) |
|     Single | 79 (5.2) | 22 (4.5) |
| Level of education (*n*; %) | | |
|     College diploma or less | 534 (35.0) | 157 (32.4) |
|     University degree | 993 (65.0) | 328 (67.6) |
| Household income (*n*; %) | | |
|     <100,000 | 853 (58.5) | 276 (59.1) |
|     ≥100,000 | 606 (41.5) | 191 (40.9) |
| City (n; %) | | |
|     Fluoridated[a] | 946 (61.9) | 223 (46.0)* |
|     Non-fluoridated[b] | 581 (38.1) | 262 (54.0)* |
| Water fluoride concentration (mg/L; mean; SD) | 0.42 (0.25) | 0.34 (0.24)* |
| Fluoride intake (mg/day; mean; SD) | 0.67 (0.50) | 0.55 (0.44)* |
| $MUF_{SG}$ concentration (mg/L; mean; SD) | 0.61 (0.40) | 0.55 (0.39)* |
| Second-hand smoke in trimester 1 (*n*; %) | | |
|     Yes | 86 (5.7) | 16 (3.3)* |
|     No | 1440 (94.3) | 469 (96.7)* |
| Pre-pregnancy BMI (kg/m$^2$; mean; SD) | 24.8 (5.3) | 25.0 (6.0) |
| Parity (*n*; %) | | |
|     0 | 701 (46.0) | 220 (45.4) |
|     1 | 611 (40.0) | 205 (42.3) |
|     2+ | 215 (14.0) | 60 (12.3) |
| Gestational age (weeks; mean; SD)[c] | 11.7 (1.4) | 11.7 (1.4) |
| Born preterm (<37 weeks) (*n*; %) | 129 (8.5) | 29 (6.0) |
| Maternal thyroid hormones | | |
|     TSH (μIU/mL; mean; SD) | 1.4 (1.2) | 1.4 (1.1) |

| | | |
|---|---|---|
| FT4 (pg/mL; mean; SD) | 13.6 (2.8) | 13.5 (2.9) |
| TT4 (ng/mL; mean; SD) | 106.9 (21.6) | 105.3 (20.7) |
| Tg (ng/mL; mean; SD) | 17.3 (16.2) | 16.9 (14.6) |
| Maternal thyroid antibodies | | |
| Anti-Tg (IU/mL; mean; SD) | 11.5 (54.1) | 11.5 (58.9) |
| Anti-TPO (IU/mL; mean; SD) | 27.9 (109.2) | 25.2 (100.2) |
| Child sex ($n$; %) | | |
| Male | 803 (53.4) | 241 (50.3) |
| Female | 702 (46.6) | 244 (49.7) |
| Child IQ (mean; SD) | | |
| Full Scale IQ | -- | 107.1 (13.7) |
| Verbal IQ | -- | 109.9 (13.1) |
| Performance IQ | -- | 102.8 (14.9) |
| HOME score (mean; SD) | -- | 47.3 (4.4) |

[a] Edmonton, Winnipeg, Toronto, Hamilton, Sudbury, Ottawa, Halifax.

[b] Vancouver, Kingston, Montreal.

[c] Gestational age at time of maternal blood collection in trimester one.

* Denotes significant differences ($p<.05$) between participants with data on water fluoride concentration compared to those with data on both water fluoride concentration and children's FSIQ scores. Calculated using the Chi-square test for categorical variables and t-test for continuous variables.

Abbreviations: SD= standard deviation; IQ = intelligence quotient; HOME= home observation measurement of the environment; $MUF_{SG}$ = maternal urinary fluoride, standardized for specific gravity; TSH= thyroid stimulating hormone; FT4= free thyroxine; TT4= total thyroxine; Tg= thyroglobulin; TPO = thyroid peroxidase.

**Table S2**

*Main and sex specific effects in the associations between maternal primary hypothyroidism and child FSIQ, VIQ and PIQ.*

| | *n* | B | 95% CI | | *p* |
|---|---|---|---|---|---|
| Full Scale IQ[a] | 439 | -4.45 | -9.17 | 0.26 | 0.06 |
| Males[b] | 439 | -8.42 | -15.33 | -1.50 | 0.02 |
| Females[c] | 439 | -1.04 | -7.46 | 5.38 | 0.75 |
| Verbal IQ[d] | 436 | -3.72 | -8.47 | 1.03 | 0.12 |
| Males[e] | 436 | -8.76 | -15.59 | -1.93 | 0.01 |
| Females[f] | 436 | 0.93 | -5.63 | 7.49 | 0.78 |
| Performance IQ[g] | 436 | -4.27 | -9.52 | 0.97 | 0.11 |
| Males[h] | 436 | -5.93 | -13.64 | 1.79 | 0.13 |
| Females[i] | 436 | -2.85 | -10.01 | 4.31 | 0.44 |

[a]Multiple linear regression model of association between maternal primary hypothyroidism and child FSIQ, adjusted for relevant covariates (n=28 women with primary hypothyroidism).

[b] Multiple linear regression model of association between maternal primary hypothyroidism and child FSIQ, for women with male children (n=214; n=15 women with primary hypothyroidism).

[c] Multiple linear regression model of association between maternal primary hypothyroidism and child FSIQ, for women with female children (n=225; n=13 women with primary hypothyroidism).

[d]Multiple linear regression model of association between maternal primary hypothyroidism and child VIQ, adjusted for relevant covariates (n=27 women with primary hypothyroidism).

[e] Multiple linear regression model of association between maternal primary hypothyroidism and child VIQ, for women with male children (n=212; n=13 women with primary hypothyroidism).

[f] Multiple linear regression model of association between maternal primary hypothyroidism and child VIQ, for women with female children (n=224; n=14 women with primary hypothyroidism).

[g]Multiple linear regression model of association between maternal primary hypothyroidism and child PIQ, adjusted for relevant covariates (n=28 women with primary hypothyroidism).

[h] Multiple linear regression model of association between maternal primary hypothyroidism and child PIQ, for women with male children (n=212; n=13 women with primary hypothyroidism).

[i] Multiple linear regression model of association between maternal primary hypothyroidism and child PIQ, for women with female children (n=224; n=15 women with primary hypothyroidism).

**Table S3**

*Additional models of associations between water fluoride concentration, daily fluoride intake, and urinary fluoride concentration, and subclinical and primary hypothyroidism used to address sensitivity analyses.*

| | *n* | aOR | 95% CI | *p* |
|---|---|---|---|---|
| Water fluoride concentration | | | | |
| Model 1a[a] (Primary Hypo.) | 1105 | 1.65 | 1.04, 2.60 | 0.03 |
| Model 1a + Tg | 1102 | 1.62 | 1.03, 2.55 | 0.04 |
| Model 1a (Diagnoses) | 1004 | 1.88 | 1.10, 3.21 | 0.02 |
| Model 1a + Arsenic | 1083 | 1.66 | 1.05, 2.64 | 0.03 |
| Model 1a + Lead | 1096 | 1.63 | 1.03, 2.58 | 0.04 |
| Model 1a + Manganese | 1092 | 1.58 | 1.00, 2.50 | 0.05 |
| Model 1a + Mercury | 1096 | 1.56 | 0.98, 2.48 | 0.06 |
| Model 1a + PFOA | 1100 | 1.63 | 1.04, 2.58 | 0.04 |
| Model 1a + PFOS | 1100 | 1.66 | 1.05, 2.62 | 0.03 |
| Model 1a + PFHxS | 1100 | 1.65 | 1.04, 2.60 | 0.03 |
| Model 1b[b] (Subclinical Hypo.) | 1105 | 1.15 | 0.73, 1.82 | 0.54 |
| Model 1b + Tg | 1102 | 1.15 | 0.73, 1.81 | 0.55 |
| Daily fluoride intake | | | | |
| Model 2a[c] (Primary Hypo.) | 996 | 1.25 | 0.99, 1.57 | 0.06 |
| Model 2a + Tg | 993 | 1.24 | 0.99, 1.56 | 0.07 |
| Model 2a (Diagnoses) | 907 | 1.42 | 1.10, 1.82 | 0.01 |
| Model 2a (F Intake T1) | 1102 | 1.42 | 1.18, 1.71 | 0.00 |
| Model 2b[d] (Subclinical Hypo.) | 996 | 1.03 | 0.81, 1.32 | 0.79 |
| Model 2b + Tg | 993 | 1.03 | 0.81, 1.32 | 0.79 |
| Model 2b (F Intake T1) | 1102 | 0.97 | 0.77, 1.23 | 0.81 |
| Urinary fluoride concentration | | | | |
| Model 3a[e] (Primary Hypo.) | 1149 | 1.00 | 0.73, 1.39 | 0.98 |
| Model 3a + Tg | 1146 | 0.99 | 0.72, 1.36 | 0.96 |
| Model 3a (Diagnoses) | 1049 | 0.93 | 0.64, 1.36 | 0.72 |

| | | | | |
|---|---|---|---|---|
| Model 3a (MUF$_{SG}$ T1) | 1149 | 1.03 | 0.81, 1.31 | 0.82 |
| Model 3a (MUF$_{Cr}$) | 909 | 1.00 | 0.74, 1.35 | 0.98 |
| Model 3b[f] (Subclinical Hypo.) | 1149 | 0.94 | 0.67, 1.31 | 0.71 |
| Model 3b + Tg | 1146 | 0.94 | 0.67, 1.31 | 0.71 |
| Model 3b (MUF$_{SG}$ T1) | 1149 | 1.12 | 0.90, 1.40 | 0.31 |
| Model 3b (MUF$_{Cr}$) | 909 | 1.02 | 0.76, 1.36 | 0.90 |

[a] Primary logistic regression model of water fluoride concentration predicting risk of primary hypothyroidism, adjusted for covariates. Model was rerun, separately, with adjustment for Tg and other neurotoxicants (i.e., Arsenic, Lead, Manganese, Mercury, PFOA, PFOS, PFHxS), and for women with clinical diagnoses of primary hypothyroidism only.

[b] Primary logistic regression model of water fluoride concentration predicting risk of subclinical hypothyroidism, adjusted for covariates. Model was rerun, separately, with adjustment for Tg.

[c] Primary logistic regression model of daily fluoride intake predicting risk of primary hypothyroidism, adjusted for covariates. Model was rerun, separately, with adjustment for Tg, for women with clinical diagnoses of primary hypothyroidism only, and using daily fluoride intake from trimester one only.

[d] Primary logistic regression model of daily fluoride intake predicting risk of subclinical hypothyroidism, adjusted for covariates. Model was rerun, separately, with adjustment for Tg, and using daily fluoride intake from trimester one only.

[e] Primary logistic regression model of MUF$_{SG}$ concentration predicting risk of primary hypothyroidism, adjusted for covariates. Model was rerun, separately, with adjustment for Tg, for women with clinical diagnoses of primary hypothyroidism only, using MUF$_{SG}$ from trimester one only, and using MUF adjusted for urinary creatinine (averaged across three trimesters).

[f] Primary logistic regression model of MUF$_{SG}$ concentration predicting risk of subclinical hypothyroidism, adjusted for covariates. Model was rerun, separately, with adjustment for Tg, using MUF$_{SG}$ from trimester one only, and using MUF adjusted for urinary creatinine (averaged across three trimesters).

aOR= adjusted odds ratio; reported for every 0.5 mg/L or 0.5 mg/day increase in water fluoride concentration, MUF$_{SG}$ concentration, and daily fluoride intake.

Abbreviations: Tg= thyroglobulin; PFOA= perfluorooctanoic acid; PFOS= perfluorooctane sulfonate; PFHxS= perfluorohexanesulfonic acid; MUF$_{SG}$= maternal urinary fluoride, standardized for specific gravity; T1= trimester one; MUF$_{Cr}$=maternal urinary fluoride, standardized for creatinine.

**Table S4**

***Maternal primary hypothyroidism as a mediator of the association between maternal water fluoride concentration and child VIQ and PIQ.***

| Mediation parameters | *n* | B | $p > |z|$ | 95% Confidence Interval | |
|---|---|---|---|---|---|
| Verbal IQ | 357 | | | | |
|     Natural direct effect[a] | | 1.14 | 0.34 | -1.20 | 3.47 |
|     Natural indirect effect[b] | | -0.11 | 0.42 | -0.37 | 0.15 |
|     Marginal total effect[c] | | -1.03 | 0.93 | -22.40 | 24.45 |
| Performance IQ | 355 | | | | |
|     Natural direct effect[d] | | -7.74 | 0.00 | -10.41 | -5.07 |
|     Natural indirect effect[e] | | -0.11 | 0.43 | -0.39 | 0.17 |
|     Marginal total effect[f] | | -7.85 | 0.53 | -32.28 | 16.58 |

Output from mediation analysis in the counterfactual framework.
[a,d]Effect of maternal water fluoride concentration on child VIQ or PIQ not mediated by maternal primary hypothyroidism.
[b,e]Effect of maternal water fluoride concentration on child VIQ or PIQ mediated by maternal primary hypothyroidism.
[c,f]Total effect of maternal water fluoride concentration on child VIQ or PIQ, mediated and not mediated by maternal primary hypothyroidism (i.e., sum of the natural direct[a,d] and indirect[b,e] effects).
B= effect of a 0.5 mg/L increase in water fluoride concentration on child VIQ or PIQ.