# Defendants' Expert CVs

# Defendants' Expert David Savitz CV

## CURRICULUM VITAE

**July 2023**
# David A. Savitz, Ph.D.
Providence, RI 02912
401-863- 6090(Phone) 401-863-3713(Fax)
David_Savitz@Brown.edu

---

## EDUCATION

**BA**, **Brandeis University,** Waltham, Massachusetts - 1971-1975

**Ohio State University College of Medicine,** Columbus, Ohio
(Passed Part I, National Boards)  - 1975-1976

**MS**, **Ohio State University,** Department of Preventive Medicine
Columbus, Ohio - 1976-1978

**PhD, University of Pittsburgh,** Department of Epidemiology
Graduate School of Public Health
Pittsburgh, Pennsylvania - 1979-1982

## HONORS/AWARDS

1975 -  Highest Honors in Psychology
Brandeis University
B.A., summa cum laude
Brandeis University

1983 -  Excellence in Teaching Award, Second Year Medical
Students, University of Colorado School of Medicine

1999 -  Elected to American Epidemiological Society

William R. Gemma Award, Outstanding Alumnus,
Department of Preventive Award, Ohio State University

2003 -  Slone Memorial Lecturer, Slone Epidemiology Center at
Boston University

2004 -  Advancing Knowledge Award, Coalition for Excellence in
Maternal and Child Health Epidemiology

Distinguished Graduate Award, University of Pittsburgh
Graduate School of Public Health

2007 -  Elected Member, National Academy of Medicine (formerly Institute of
Medicine)

2011 -  Distinguished Lecturer, Occupational and Environmental
Epidemiology Branch, National Cancer Institute

SAVITZ0000028

2019 – David Rall Medal for Distinguished Leadership as Chair of Study Committee, National Academy of Medicine

2019 – John Snow Award, Epidemiology Section, American Public Health Association

## ACADEMIC APPOINTMENTS

2010–Present Professor of Epidemiology
School of Public Health
Professor of Obstetrics and Gynecology
Professor of Pediatrics
The Warren Alpert Medical School
Brown University
Providence, Rhode Island

2023-Present Adjunct Professor of Epidemiology
Dartmouth Geisel School of Medicine
Hanover, New Hampshire

2022-Present Adjunct Professor of Epidemiology
Boston University School of Public Health
Boston, Massachusetts

2020
(July-Aug) Interim Dean for the School of Public Health
School of Public Health
Brown University
Providence, Rhode Island

2018-2019 Associate Dean for Research
School of Public Health
Brown University
Providence, Rhode Island

2013-2017 Vice President for Research
Brown University
Providence, Rhode Island

2006-2010 Charles W. Bluhdorn Professor of Preventive Medicine
Director, Disease Prevention and Public Health Institute
Mount Sinai School of Medicine
New York, New York

2003-2005 Cary C. Boshamer Distinguished Professor
Department of Epidemiology
School of Public Health
University of North Carolina
Chapel Hill, North Carolina

1999-2005 Associate Director, Center for Infectious Diseases
1996-2005 Professor and Chair

2

SAVITZ0000029

| | |
|---|---|
| 1993-1996 | Professor |
| 1992-2005 | Member, Lineberger Comprehensive Cancer Center |
| 1989-1992 | Associate Professor |
| 1986-2005 | Fellow, Carolina Population Center |
| 1985-1989 | Assistant Professor |
| | |
| 1981-1985 | Assistant Professor |
| | Department of Preventive Medicine and Biometrics |
| | University of Colorado School of Medicine |
| | Denver, Colorado |
| | |
| 1979-1981 | Public Health Service Trainee in Psychiatric Epidemiology |
| | Department of Epidemiology |
| | Graduate School of Public Health |
| | University of Pittsburgh |
| | Pittsburgh, Pennsylvania |
| | |
| 1977-1979 | Researcher (Epidemiology) |
| | Ecology and Ecosystems Analysis Section |
| | Battelle-Columbus Laboratories |
| | Columbus, Ohio |

## OTHER PROFESSIONAL APPOINTMENTS

### Elected Positions in Professional Societies

Society for Epidemiologic Research

| | |
|---|---|
| 1987-1991 | Secretary-Treasurer |
| 1994-1997 | Executive Committee Member |
| 1999-2000 | President-Elect |
| 2000-2001 | President |
| 2001-2002 | Past President |

International Epidemiological Association

| | |
|---|---|
| 1996-2001 | North American Regional Councilor |

Society for Pediatric and Perinatal Epidemiologic Research

| | |
|---|---|
| 2003-2004 | President-Elect |
| 2004-2005 | President |

International Society for Environmental Epidemiology

| | |
|---|---|
| 2012-2014 | Executive Council Member |

National Council on Radiation Protection

| | |
|---|---|
| 2022- Present | Council Member |

### Appointed Membership to Editorial Boards

| | |
|---|---|
| 1988-1990, 2010-Present | Associate Editor, American Journal of Epidemiology |
| 1990-1998 | Editor, American Journal of Epidemiology |
| 1989-1990 | Editorial Board, Bioelectromagnetics |
| 1993-1997, 2009-2023 | Editorial Board, Environmental Health Perspectives |
| 1996-2001 | Editorial Board, Japanese Journal of Epidemiology |
| 1998-2005 | Editorial Board, Pediatric and Perinatal Epidemiology |

3

SAVITZ0000030

| 2001-2013 | Editor, Epidemiology |
| 2005 | Editorial Board, Annual Reviews in Public Health |
| 2008-2012 | Editorial Board, Journal of Neurodevelopmental Disorders |

**Manuscript Review**

American Industrial Hygiene Association Journal
American Journal of Epidemiology
American Journal of Industrial Medicine
American Journal of Obstetrics and Gynecology
American Journal of Preventive Medicine
American Journal of Public Health
Annals of Epidemiology
Bioelectromagnetics
Birth Defects Research A
British Journal of Obstetrics and Gynecology
CA -- A Cancer Journal for Clinicians
Cancer Epidemiology Biomarkers and Prevention
Cancer Causes and Control
Cancer Research
Critical Reviews in Toxicology
Developmental Origins of Health and Disease
Drug Safety
Environment International
Environmental Health Perspectives
Environmental Research
Environmental Technology Letters
Epidemiology
Ethnicity and Diseases
International Journal of Epidemiology
Journal of the American Medical Association
Journal of Clinical Epidemiology
Journal of Exposure Analysis and Environmental Epidemiology
Journal of the National Cancer Institute
Journal of Occupational and Environmental Medicine
Journal of Pediatrics
Journal of Toxicology and Environmental Health
Journal of Urban Health
Mayo Clinic Proceedings
New England Journal of Medicine
Obstetrics and Gynecology
Occupational and Environmental Medicine
Occupational Hygiene
Pediatric and Perinatal Epidemiology
Pediatrics
PLOS One
Preventive Medicine
Reproductive Toxicology
Risk Analysis
Sleep
Teratology

**Intramural/Extramural Committees**

SAVITZ0000031

### University of Colorado

| | |
|---|---|
| 1982-1983 | Member, Faculty Senate |
| 1982-1985 | Member, Admissions Committee Department of Preventive Medicine and Biometrics |
| 1983-1985 | Chairperson, Comprehensive Examination Committee Department of Preventive Medicine and Biometrics |
| 1983-1985 | Member, Appointments and Promotions Committee Department of Preventive Medicine and Biometrics |
| 1984-1985 | Director, Epidemiology Program Community Health Section Department of Preventive Medicine and Biometrics |

### University of North Carolina

| | |
|---|---|
| 1986-1992 | Chair, Seminar Committee Department of Epidemiology |
| 1986-1989 | Member, Institutional Review Board on Research Involving Human Subjects School of Public Health |
| 1986-1991, 1994-1996 | Member, Admissions Committee Department of Epidemiology |
| 1987-1996 | Member, Training Committee Carolina Population Center |
| 1987-1990 | Co-Chairperson, Low Birth Weight Prevention Task Force, Center for Health Promotion and Disease Prevention |
| 1988-1990 | Member, Seminar Committee Carolina Population Center |
| 1989-1990 | Alternate Member, University Faculty Council |
| 1989-1994 | Advisory Council, Carolina Population Center |
| 1989 | Member, Search Committee, Nutrition Department Chair |
| 1990 | Member, Strategic Planning Task Force School of Public Health |
| 1991-1993 | Member, Academic Programs Committee School of Public Health |
| 1993-1996 | Member, Appointments and Promotions Committee School of Public Health |
| 1994-1996 | Member, Advisory Committee for the Center for Environmental Medicine and Lung Biology |
| 1996- 2004 | Member Advisory Board, Sheps Center for Health Services Research |
| 1996-1997 | Member, Search Committee, Director of Lineberger Cancer Center |
| 1997-1998 | Chair, Search Committee, Department of Biostatistics Chair |
| 2002-2003 | Chair, Search Committee, Department of Maternal and Child Health Chair |
| 2004-2005 | Chair, Advisory Board, Sheps Center for Health Services Research |
| 2005 | Chair, Search Committee, Department of Nutrition Chair |

### Brown University

| | |
|---|---|
| 2010-2011 | Member, Admissions Committee |
| 2010-2012 | Chair, Search Committee, Environmental Epidemiology |

5

SAVITZ0000032

|  | Faculty Recruitment |
| 2012 | Chair, Methods Curriculum Review Committee |
| 2018-Present | Associate Director, Center for the Study of Children at Risk |
| 2018-Present | Chair, Internal Advisory Committee, Advance-CTR |
| 2020 | Chair, Search Committee for the Chair of Epidemiology, School of Public Health |

**Grant Review**

| 1983 | Grant Review, American Cancer Society New York, New York |
| 1983-1989 | Grant Review, National Science Foundation Washington, D.C. |
| 1984, 1986 | Grant Review, March of Dimes |
| 1985, 1988, 1991, 1993 | Member, Special NIH Study Section |
| 1986-1987 | Grant Review, Electric Power Research Institute |
| 1989 | Grant Review, National Institute of Environmental Health Sciences |
| 1989 | Grant Review, Health Effects Institute |
| 1989-1992 | Member, March of Dimes Research Advisory Committee on Reproductive Hazards in the Workplace, Home, Community and Environment |
| 1990, 1992, 1994 | Grant Review, Health and Welfare Canada |
| 1990 | Grant Review, U.S. Department of Energy |
| 1991-1993 | Special Reviewer, Epidemiology and Disease Control I Study Section, National Institutes of Health |
| 1994-1998 | Charter Member, Epidemiology and Disease Control I Study Section, National Institutes of Health |
| 1994 | Grant Review, Dutch Cancer Society |
| 1998 | Special Reviewer, Radiation Epidemiology Branch National Cancer Institute |
| 1999 | Special Reviewer, Occupational Epidemiology Branch National Cancer Institute, Johnson Foundation |
| 1989-1992 | Member, March of Dimes Research Advisory Committee on Reproductive Hazards in the Workplace, Home, Community and Environment |
| 1994-1998 | Charter Member, Epidemiology and Disease Control I Study Section, National Institutes of Health |
| 2005 | March of Dimes Birth Defects Foundation, Social and Behavioral Sciences Review Committee |
| 2005 | Young Epidemiology Scholars Program, Robert Ward |
| 2012 | Reviewer, Autism Networks and Center Programs Study Section, National Institutes of Health |
| 2012 | Ad Hoc Member, Infectious, Reproductive, Asthma, and Pulmonary Conditions Study Section, National Institutes of Health |
| 2012 | Reviewer, Core Infrastructure and Methodological Research for Cancer Epidemiology Cohorts Study Section |
| 2012 | Chair, Contract Review, Exposure to Contaminants in the Generation R Study, National Institute of Environmental Health Sciences |
| 2014-2019 | Member, National Institutes of Health Grant Review, Conflict/Special Study Sections (multiple) |

SAVITZ0000033

|  |  |
|---|---|
| 2016, 2017 | Chair, GULF Synthesis Grants Review Committee, GULF Research Program, National Academies of Sciences, Engineering, and Medicine |

**Other Scientific Review Committees, Congressional Testimony, and Related Professional Activities**

|  |  |
|---|---|
| 1982-1983 | Member, Planning Committee<br>Cancer Prevention Conference<br>AMC Cancer Center and Penrose Hospital |
| 1983 | Member, Governor's Advisory Group on<br>Rocky Flats, Colorado State Government |
| 1984 | Member, Extremely Low Frequency Electromagnetic<br>Fields Bioeffects Review Committee<br>American Institute for Biological Sciences |
| 1985-1986 | Expert Witness, Benzene Regulation Hearings<br>U.S. Occupational Safety and Health Administration |
| 1986-1988 | Member, Family Health International Protection of<br>Human Subjects Committee |
| 1986 | Member, Electric Power Research Institute<br>Program Review on Non-Ionizing Radiation |
| 1986-1991 | Member, National Council on Radiation Protection<br>and Measurements Scientific Committee 79<br>Extremely Low Frequency Electric and<br>Magnetic Fields |
| 1987 | Testimony, U.S. House of Representatives<br>Subcommittee on Water and Power Resources<br>and Human Development Planning Conference |
| 1988 | Participant, National Institute for Child Health on<br>the Reproductive Effects of Video Display<br>Terminal Use |
| 1988 | Member, Ad Hoc Committee on Reproductive and<br>Developmental Epidemiology U.S. Environmental<br>Protection Agency |
| 1989-1992 | Member, Peer Review Committee<br>Woburn Environment and Birth Study |
| 1989-1992 | Chair, Working Group on Electromagnetic Fields<br>Environmental Epidemiology Planning Project<br>Health Effects Institute |
| 1990 | Member, Planning Committee for International<br>Symposium on Birth Defects Epidemiology<br>March of Dimes Birth Defects Foundation |
| 1993-1996 | Vice Chairman, Committee on Possible Effects of<br>Electromagnetic Fields on Biologic Systems<br>National Research Council, National Academy of<br>Sciences |
| 1994-1996 | Member, Committee to Review the Health<br>Consequences of Service during the Persian Gulf War,<br>Institute of Medicine, National Academy of Sciences |
| 1997-2001 | Member, Maternal and Fetal Medicine Network<br>Advisory Committee, National Institute of Child<br>Health and Human Development |
| 1999 | Member, Panel of Court Appointed Scientific Experts<br>(CASE) for the American Association for the<br>Advancement of Science (AAAS) |

SAVITZ0000034

| | |
|---|---|
| 1999-2004 | Member, Board of Scientific Counselors, National Cancer Institute |
| 1999 | Co-Chair, Scientific Organizing Committee, NIEHS Conference on Epidemiology in the Twenty-First Century |
| 1999-2000 | Member, External Advisory Board, The University of Iowa College of Public Health |
| 2000-2002 | Member, American Cancer Society Breast Cancer Prevention Forum |
| 2000-2013 | Member, Standing Committee on Epidemiology, International Commission on Non-Ionizing Radiation Protection |
| 2001 | Witness, Senate Cancer Coalition, Hearing on Cancer Clusters |
| 2001-2005 | Member, Advisory Committee for the Trucking Industry Particle Study, Harvard University |
| 2002 | Panel Member, Joint Science, Technology, and Law Program and American Law Institute, National Academy of Sciences |
| 2002 | Panelist, Health Canada Workshop Held to Identify Critical End Points for Assessment of the Health Risks Related to Trihalomethanes in Drinking Water |
| 2002-2003 | Member, Expert Panel on Risks and Benefits of Policies to Reduce Human Methyl Mercury Exposure through Fish Consumption, Harvard Center for Risk Analysis |
| 2002-2003 | Member, Advisory Panel on Health Effects of Blood Lead Levels <10μg/dl in Children, Centers for Disease Control and Prevention, National Center for Environmental Health |
| | Consultant, Case-Control Study of Gynecologic Cancers in Northern Vietnam, Family Health International |
| 2002 – 2012 | Member, Agricultural Health Study Advisory Committee |
| 2004 - 2005 | Armed Forces Epidemiologic Board |
| 2004 | Chair, National Children's Study Sampling Design Workshop |
| 2004-2005 2004-2006 | Member, Committee on EPA's Exposure and Human Health Reassessment of TCDD and Related Compounds, Board on Environmental Studies and Toxicology, National Academy of Sciences |
| 2005-2006 | Member, Committee on Preterm Birth: Causes, Consequences, and Prevention, Institute of Medicine, National Academy of Sciences |
| 2006—2009 | Member, Advisory Panel on Research, Association of American Medical Colleges |
| 2006 – 2010 | Member, University of North Carolina School of Public Health External Advisory Board |
| 2006– 2008 | Chair, Committee on Making the Best Use of the Agent Orange Exposure Reconstruction Model, Institute of Medicine, National Academy of Sciences |
| 2007 – 2009 | Chair, Committee on Contaminated Drinking Water at Camp Lejeune, National Research Council, National Academy of Sciences |

SAVITZ0000035

| | |
|---|---|
| 2008 – 2009 | Member, Committee on Reexamination of IOM Pregnancy Weight Guidelines, Institute of Medicine, National Academy of Sciences |
| 2009 | Member, International Agency for International Research on Cancer, Monograph 100 Working Group |
| 2010 – 2011 | Member, Committee on Obesity Prevention Policies for Young Children, Institute of Medicine, National Academy of Sciences |
| 2010 | Member, Planning Committee for Institute of Medicine Workshop on Assessing the Effects of the Gulf of Mexico Oil Spill on Human Health |
| 2012 – 2014 | Member, Centre for Research in Environmental Epidemiology Scientific Advisory Committee |
| 2015 – Present | Co-Chair, External Advisory Committee, Barcelona Institute for Global Health (ISGlobal) |
| 2013-2014 | Chair, Committee to Review of EPA's Draft Paper on State of the Science on Nonmonotonic Dose Response, National Research Council |
| 2013 | Member, Advisory Council, Population Sciences and Epidemiology Integrated Review Group Evaluation, Center for Scientific Review, National Institutes of Health |
| 2014-2016 | Member, Board on the Health of Selected Populations, Institute of Medicine, National Academy of Sciences |
| 2015 | Chair, World Health Organization Workshop on the Effect of Maternal Influenza and Influenza Vaccination on the Developing Fetus, Montreal, Canada |
| 2015-2017 | Chair, Committee to Assess the Department of Veterans Affairs Airborne Hazards and Open Burn Pit Registry, National Academy of Medicine |
| 2017-2018 | Member, Committee on the Review of the Health Effects of Electronic Nicotine Delivery Systems (ENDS), National Academy of Medicine |
| 2017-2020 | Academic Advisor, Michigan PFAS Action Response Team |
| 2018-Present | Chair, Research Committee, Health Effects Institute |
| 2019-2020 | Chair, Committee to Review the Long-Term Effects of Antimalarial Drugs, National Academy of Medicine |
| 2019-2020 | Committee to Review NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects |
| 2020-2022 | Chair, Committee to Reassess the Department of Veterans Affairs Airborne Hazards and Open Burn Pit Registry, National Academy of Medicine |
| 2022-Present | Chair, Scientific Committee 8-1, NCRP Informational Webpages on Health Effects of Wireless Technology, National Council on Radiation Protection |
| 2022-Present | Chair, Program Area Committee 8, Nonionizing Radiation, National Council on Radiation Protection |
| 2022-Present | Chair, Committee on Complementary Feeding Interventions for Infants and Young Children under Age 2 |

9

SAVITZ0000036

**TRAINING RECORD AS PRIMARY ADVISOR TO MASTERS AND DOCTORAL STUDENTS**

    **Masters**

        <u>University of North Carolina</u>

| | |
|---|---|
| 1988 | Lisa Feingold, MSPH |
| | Peter S. Kapernick, MPH |
| 1989 | Sally S. Harris, MPH |
| 1990 | Michael T. O'Shea, MPH |
| | Sara M. Sarasua, MSPH |
| 1991 | Kathryn M. Menard, MPH |
| 1992 | Josephine A. Evans, MPH |
| 1996 | Kurtis Andrews, MSPH |
| | Michael Gallagher, MSPH |
| | Gayle Shimokura, MSPH |
| 1997 | Valerie King, MPH |
| 2004 | Nora Franceschini, MPH |
| | Yevgeniy Sheyn,  MPH |
| 2005 | Cherrie Heller, MPH |
| 2010 | Michele La Merrill, MPH |

        <u>Brown University</u>

| | |
|---|---|
| 2012 | Paul Davis, MPH |
| | Hannah Shamjii, MPH |

    **Doctoral**

        <u>University of North Carolina</u>

| | |
|---|---|
| 1987 | Hillary Klonoff-Cohen, PhD |
| 1989 | Debora Barnes, PhD |
| 1990 | Ester John, PhD |
| 1991 | Katherine M. Brett, PhD |
| | Martha Ann Keels, PhD |
| | Howard Morrison, PhD |
| | Shao Lin, PhD |
| 1992 | Cheryl Blackmore, PhD |
| | Debra E. Irwin, PhD |
| 1993 | Elizabeth M. Barnett, PhD |
| 1994 | Tye E. Arbuckle, PhD |
| | Laurie Elam Evans, PhD |
| | Kristine-Anne ToloPhD |
| | Suzanne L. West, PhD |
| | Jun Zhang, PhD |
| 1996 | Cande Ananth, PhD |
| | Kathryn Curtis, PhD |
| | Linda, Kaste, PhD |
| 1997 | Linda Pastore, PhD |

10

SAVITZ0000037

| | |
|---|---|
| 1998 | Amy Sayle, PhD |
| 1999 | Katherine E. Hartmann, PhD |
| 2001 | Nancy Dole, PhD |
| | Rukmini Bagchee Balu, PhD |
| 2002 | Juan Yang, PhD |
| | Lisa Pompeii, PhD |
| 2004 | Sherry Farr, PhD |
| 2005 | Emily Harville, PhD |

### Brown University

| | |
|---|---|
| 2014 | Valery Danilack |
| 2017 | Kimberly Glazer |

## TEACHING ACTIVITIES

### University Courses

#### University of Colorado

| | |
|---|---|
| 1981-1985 | Discussion group leader, Epidemiology course for Medical Students – 12 contact hours each year |
| 1983 | Excellence in Teaching Award, Second Year Medical Students, University of Colorado School of Medicine |
| 1982-1984 | Introduction to Occupational and Environmental Health – 30 contact hours |
| 1984-1985 | Advanced Epidemiologic Methods – 30 contact hours |

#### University of North Carolina

| | |
|---|---|
| 1985-1996, 1998-2005 | Epidemiologic Research Methods – 35 contact hours |
| 1986-1994 | Reproductive Epidemiology – 26 contact hours |
| 1997 | Advanced Epidemiologic Methods – 30 contact hours |

#### Brown University

| | |
|---|---|
| 2011-2012 | Environmental and Occupational Epidemiology – 40 contact hours |
| 2011 | Critical Epidemiology – 40 contact hours |
| 2013, 2016-2017, 2019-2021 | Interpretation and Application of Epidemiology – 40 contact hours |
| 2018-2019 | Reproductive Epidemiology – 40 contact hours |

### Other Teaching

| | |
|---|---|
| 1988 | New England Epidemiology Institute Summer Program Course on Occupational and Environmental Epidemiology |
| 1991 | University of Michigan Summer Program in Epidemiology Course on Environmental Epidemiology |

SAVITZ0000038

1997                    Faculty for the Society for Epidemiologic Research
                        Student Workshop


## GRANT AND CONTRACT SUPPORT

### <u>Completed</u>

Reproductive Hazard Surveillance Among Oil, Chemical, and Atomic Workers Union Members (M. Orleans, Principal Investigator, D. Savitz, Co-Investigator) March of Dimes, $32,000, January 1, 1981-August 31, 1984.

Case-Control Study of Invasive Cervical Cancer (R.F. Hamman, Principal Investigator, D. Savitz, Project Director), National Cancer Institute through Westat Subcontract, $140,961, June 1, 1982-July 31, 1984.

Oil Shale Technology Health and Environmental Effects Risk Analysis (W. Marine, Principal Investigator, D. Savitz, Co-Investigator), U.S. Department of Energy, $20,723, September 1, 1982-August 31, 1983; $25,000, December 1, 1983-September 30, 1984.

Ethnicity and Cancer Risk in Colorado Hispanics (D. Savitz, Principal Investigator), Biomedical Research Assistance Committee, University of Colorado, $5,670, September 1, 1982-February 28, 1983.

Cancer Risk among Oil, Chemical, and Atomic Workers Exposed to Halogenated Hydrocarbons (D. Savitz, Principal Investigator), American Cancer Society Institutional Research Grant, $5,000, October 1, 1982-December 31, 1983.

Childhood Cancer and Electromagnetic Field Exposure (D. Savitz, Principal Investigator), Health Research, Incorporated, New York State Department of Health, $391,000, December 1, 1983-August 31, 1987.

Association of Parental Occupation with Late Fetal Mortality and Low Birth Weight (D. Savitz, Principal Investigator), March of Dimes, $50,000, January 1, 1986-November 30, 1987.

Low Birth Weight among Offspring of Smokeless Tobacco Users:  A Feasibility Study (D. Savitz, Principal Investigator), University of North Carolina Research Program, $1,500, January 1, 1987 - December 31, 1987.

Epidemiologic Study of Utility Workers Exposed to Electric and Magnetic Fields (D. Savitz, Principal Investigator), Electric Power Research Institute, $5,381,303, July 1, 1987 - December 31, 1997.

Adverse Pregnancy Outcomes among Cosmetologists.  (D. Savitz, Principal Investigator with doctoral student, E. John), National Institute for Occupational Safety and Health, $30,000, October 1, 1987-May 31, 1990.

Adverse Pregnancy Outcomes among Cosmetologists.  (D. Savitz, Principal Investigator with doctoral student, E. John), March of Dimes, $53,000, December 1, 1987-March 31, 1990.

Development of Capabilities for Microcomputer Data Analyses of Epidemiologic Data (D. Savitz, Principal Investigator), University of North Carolina Junior Faculty Development Award, $3,000, January 1, 1988-December 31, 1988.

Epidemiology of Pregnancy Outcome in a Textile Community (D. Savitz, Principal Investigator), National Institutes of Health, National Institute of Child Health and Development, $350,000, March 1, 1988-February 28, 1993.

SAVITZ0000039

Menstrual Cycle Patterns and Risk of Breast Cancer (D. Savitz, Principal Investigator with doctoral student, E. Whelan), National Institutes of Health, National Cancer Institute, $25,000, August 1, 1988-December 31, 1989.

The Effect of Exposure to Mercury Vapor and Nitrous Oxide on the Risk of Spontaneous Abortion among Female Dental Assistants (D. Savitz, Principal Investigator with doctoral student, A. Rowland), March of Dimes, $50,000, January 1, 1989-December 31, 1990.

Phenoxy Herbicides and Spontaneous Abortions in Ontario (D. Savitz, Principal Investigator with doctoral student, T. Arbuckle), National Institutes of Health, National Institute of Environmental Health Sciences, $404,982, May 15, 1991 - April 30, 1995.

Lead in Pregnancy, Hypertension, and Neonatal Health (I. Hertz-Picciotto, Principal Investigator, D. Savitz, Co-Investigator), National Institutes of Health, National Institute of Environmental Health Sciences, $855,694, August 1, 1991 - July 31, 1994.

Case-Control Study of Risk Factors in Neuroblastoma (A. Olshan, Principal Investigator, D. Savitz, Co-Investigator), National Institutes of Health, National Cancer Institute, $1,211,736, September 30, 1991 - August 31, 1997.

Genetic susceptibility and dietary factors in ovarian dysfunction: galactose consumption, metabolism, and reproductive impairment (D. Savitz, Principal Investigator with doctoral student, Glinda Cooper), March of Dimes Birth Defects Foundation, $39,216, January 1, 1992 - July 31, 1995.

Mercury and Reproductive Health in Women Dentists (D. Savitz, Principal Investigator, L. Kaste, Co-Investigator), National Institutes of Health, National Institute of Dental Research, $34,245, May 1, 1992 - April 30, 1993.

Parental Occupation and Pregnancy Outcome: Analysis of the National Maternal and Infant Health Survey (D. Savitz, Principal Investigator), March of Dimes Birth Defects Foundation, $54,285, April 1, 1993 - March 31, 1995.

Parents' Drinking, Toxicant Interactions, and Pregnancy (D. Savitz, Principal Investigator), National Institute of Alcoholism and Alcohol Abuse, $50,000, July 1, 1993 - June 30, 1995.

Psychosocial Risks and Preterm in African-American Women, (D. Savitz, Principal Investigator), Centers for Disease Control, $122,222 October 1, 1996 - September 30, 1998.

Cancer Mortality in Minority Workers (D. Loomis, Principal Investigator, D. Savitz, Co-Investigator), National Institute of Occupational and Statistical Health, $243,895, September 30, 1995 - September 29, 1997.

Epidemiology of Preterm Premature Rupture of Membranes (D. Savitz, Principal Investigator), National Institute of Child Health and Human Development, $1,182,246, January 1, 1995 - December 31, 1998.

Pesticides and Breast Cancer in North Carolina (D. Savitz, Principal Investigator), National Institute of Environmental Health Sciences, $883,813, January 1, 1995 - December 31, 1998.

Predictors of Urinary Tract Infection during Pregnancy, (L. Pastore, Principal Investigator, D. Savitz, Co-Investigator), Agency for Health Care and Policy Research, $20,000, September 1, 1995 - December 31, 1996.

Environment and Breast Cancer (D. Savitz, Principal Investigator), National Cancer Institute, $201,793, September 30, 1994 - September 29, 1998.

13

Supplement to Epidemiology of Preterm Premature Rupture of the Membranes on Cocaine and Preterm Delivery, (D. Savitz, Principal Investigator), National Institute of Child Health and Human Development, $492,914, September 9, 1996 - December 31, 1998.

Research to Advance Environmental Epidemiology: Improving the Use of Human Data in Risk Assessment (D. Savitz, Principal Investigator), US Environmental Protection Agency, $1,584,928, July 1, 1992 - June 30, 1999.

Nutritional Biochemistry and Epidemiology of Cancer Training Grant (L. Kohlmeier, Principal Investigator), National Institute of Environmental Health Sciences, $423,297, July 1, 1997 – June 30, 2002.

Pfiesteria-Related Illness Surveillance and Prevention (C. Moe, Principal Investigator), North Carolina Department of Health and Human Services, $1,362,821, April 1, 1998 – March 31, 2001.

Influence of Iron, Zinc and Folate on Preterm Delivery (D. Savitz, Principal Investigator), National Institute of Child Health and Human Development, $1,405,542, January 1, 1999 – December 31, 2001.

Occupational Exertion and Preterm Delivery (D. Savitz, Principal Investigator), March of Dimes Birth Defects Foundation, $94,877, June 1, 1999 – May 31, 2000.

Psychosocial Factors in African-American and Preterm Birth, (D. Savitz, Principal Investigator), Association of Schools of Public Health/Centers for Disease Control and Prevention, $170,952, September 9, 1999 – September 8, 2002.

Community-Level Social Influences on Preterm Birth, (D. Savitz, Principal Investigator), Association of Schools of Public Health/Centers for Disease Control and Prevention, $196,791, October 1, 1999 – September 30, 2002.

ANCA Glomerulonephritis: From Molecules to Man (R. Falk, Principal Investigator, D. Savitz, Co-Investigator) National Institute of Diabetes and Digestive and Kidney Diseases $1,070,474, September 1, 2000 – August 31, 2005

Drinking Water Disinfection By-Products and Spontaneous Abortion (D. Savitz, Principal Investigator) American Water Works Association Foundation $3,500,000, November 1, 1999 – September 30, 2005

Reliability, Validity, and Variability in Behavioral Determinants of Drinking Water Disinfection By-Products Exposure (D. Savitz, Principal Investigator) US Environmental Protection Agency $471,000, September 15, 2001 – September 14, 2005

Drinking Water Disinfection By-Products and Male Reproductive Health: Semen Quality and Sperm Biomarkers (A. Olshan, Principal Investigator; D. Savitz, Co-Investigator) US Environmental Protection Agency $557,340, October 1, 2001 – September 30, 2005

Environmental Epidemiology and Exposure Assessment Training Grant Project (L. Kupper, Principal Investigator; D. Savitz, Co-Principal Investigator) National Institute of Environmental Health Sciences $5,642,423, July 1, 2002 – June 30, 2007

Epidemiology of Exertion, Stress, and Preterm Delivery Project (D. Savitz, Principal Investigator) National Institute of Child Health and Human Development $2,154,340, February 1, 2000 – January 31, 2006

SAVITZ0000041

Placental Vascular Compromise and Preterm Delivery (J. Thorp, Principal Investigator, D. Savitz, Co-Principal Investigator) National Institute of Child Health and Human Development $2,281,788, September 1, 2001 – August 31, 2006

National Children's Study Duplin County Vanguard Center (B. Entwisle, Principal Investigator; D. Savitz, Original Principal Investigator, consultant).   National Institute of Child Health and Human Development $1,091,825, September 30, 2005 – September 29, 2008

Ethnicity and Birth Outcome in New York City (D. Savitz, Principal Investigator) National Institute of Child Health and Human Development, $275,000, January 1, 2006 – December 31, 2008

Risk Factors for Onset and Persistence of TMD (W. Maixner, Principal Investigator; D. Savitz, Co-Investigator through July 2009) National Institute of Dental and Craniofacial Research, $17,216,202, October 1, 2005 – July 31, 2012

National Children's Study Queens County Vanguard Center (P. Landrigan, Principal Investigator; D. Savitz, Co-Investigator).   National Institute of Child Health and Human Development $1,091,825, September 30, 2005 – September 29, 2008

C8 and Reproductive and Neurodevelopmental Outcomes (D. Savitz, Principal Investigator, Garden City Group, Inc., $605,693 September 1, 2010 – August 31, 2013

The Epidemiology of Hospitalized Postpartum Depression (D. Savitz, Principal Investigator, NIH 5R21HD0588111-02, $116,629, September 1, 2010 – March 31, 2014

The National Standard for Normal Fetal Growth (E. Chien, Principal Investigator, D. Savitz, Co-Investigator).  National Institute of Child Health and Human Development $8,815.  September 30, 2010 – December 31, 2011

Metals in Hair and Child Neurobehavioral Development (C. Stein, Principal Investigator; D. Savitz, Subcontract Principal Investigator), Mount Sinai/NIEHS, $41,517, September 1, 2011 – August 31, 2013

Air Pollution and Pregnancy Outcome in New York City (D. Savitz, Principal Investigator), NIH 1-R01 -ES019955, $339,071, April 1, 2011 – March 31, 2015

The Epidemiology of Postpartum Depression and Associated Childhood Outcomes (M. Silverman, Principal Investigator; D. Savitz, Co-Investigator) NIH 1R21HD073010, $24,308, August 1/13- July 31, 2015

Residential Air Pollution and Preeclampsia (D. Savitz, Co-Investigator), NIEHS 1R21ES023073, $204,778, July 1, 2013 – June 30, 2016

Marcellus Shale Development, Respiratory & Reproductive Outcomes in Pennsylvania (B. Schwartz, Principal Investigator; D. Savitz, Co-Investigator)) NIH 1R21ES023675, $11,748, December 1, 2013 – November 30, 2015

Residential Air Pollution and Preeclampsia (G. Wellenius, Principal Investigator, D. Savitz, Co-Investigator) R21ES023073-01, $160,035, August 9, 2013 – July 31, 2017.

Effect of Iatrogenic Delivery at 34-38 Weeks' Gestation on Pregnancy Outcome (D. Savitz, Principal Investigator) 1R01HD077592-01A1, $345,602, May 15, 2014 – April 30, 2019

SAVITZ0000042

Children's Health Exposure Analysis Resource (CHEAR): Coordinating Center (U24) (B. O'Brien, Principal Investigator, D. Savitz, Co-Investigator) 1U24ES026539-01, $2,650,342, September 30, 2015 – August 31, 2019

**CURRENT SUPPORT**

Multi-Site Study of Health Implications of Exposure of PFAS-Contaminated Drinking Water – PA PFAS Study (L. Brown, Principal Investigator, D. Savitz, Co-Investigator) CDC ATSDR $41,186 10/01/2019 - 09/30/2020

The Prenatal and Childhood Mechanisms of Health Disparities: Protocol Development and Initial Recruitment and Attention (Disparities) (K. Batts, PI, D. Savitz, Co-Investigator) NICHD $119,803 10/01/2019 – 02/02/2021

Impact of Open Burn Pit Exposure on Respiratory and Cardiovascular Health among Military Veterans (D. Savitz, Principal Investigator) DOD IIRA $1,400,000 July 1, 2019 – June 30, 2022

Human Health Exposure Analysis Resource (HHEAR): Coordinating Center (B. O'Brien, PI, D. Savitz, Co-Investigator), NIEHS $817,221 September 5, 2019 – May 31, 2020

Neonatal Cry Acoustics and Neurobehavioral Characteristics as Early Markers of Risk for Autism Spectrum Disorder (S. Sheinkopf, PI, D. Savitz, Co-Investigator) NICHD $753,899 September 9, 2019 – June 30, 2024

Clinical Markers of Neonatal Opioid Withdrawal Syndrome: Onset severity and Longitudinal neurodevelopmental outcome (B. Lester, E. Conradt, Co-PIs, D. Savitz Co-Investigator) NICHD $801,638 April 1, 2020 – February 28, 2025

## PUBLICATIONS:

### Published Peer-Reviewed Articles including Research with Original Data, Reviews, and Commentaries

**1980**

1. Rogers SE, Savitz DA.  Toxic substances from coal:  Some policy implications for the future. Journal of Environmental Management 1980; 11:165-82.

**1984**

2. Savitz DA, Harley B, Krekel S, Marshall J, Bondy J, Orleans M.  Survey of reproductive hazards among Oil, Chemical, and Atomic Workers exposed to halogenated hydrocarbons.  American Journal of Industrial Medicine 1984; 6:253-64.

3. Savitz DA, Moure R.  Review of epidemiologic studies of cancer risk among oil refinery workers. Journal of Occupational Medicine 1984; 26:662-70.

**1985**

4. Savitz DA, Grace C.  Determinants of medical record access for an epidemiologic study. American Journal of Public Health 1985; 75:1425-6.

SAVITZ0000043

5.   Savitz DA, Redmond CK.  Screening for geographic heterogeneity of disease rates:  Application to cancer incidence in Allegheny County, Pennsylvania, 1969-71. Journal of Chronic Diseases 1985; 38:145-56.

**1986**

6.   Brinton LA, Huggins GR, Lehman HF, Mallin K, Savitz DA, Trapido E, Rosenthal J, Hoover R.  Long-term use of oral contraceptives and risk of invasive cervical cancer.  International Journal of Cancer 1986; 38:339-44.

7.   Brinton LA, Schairer C, Haenszel W, Stolley P, Lehman HF, Levine R, Savitz DA.  Smoking and invasive cervical cancer.  Journal of the American Medical Association 1986; 255:3265-69.

8.   Savitz DA.  Changes in Spanish surname cancer rates relative to other Whites in the Denver area.  American Journal of Public Health 1986; 76:1210-15.

9.   Savitz DA, Hamman RF, Grace C, Stroo K.  Respondents' attitudes regarding participation in an epidemiologic study.  American Journal of Epidemiology 1986; 123:362-6.

**1987**

10.  Alderman BA, Baron AE, Savitz DA.  Maternal exposure to neighborhood carbon monoxide and risk of low infant birth weight.  Public Health Reports 1987; 102:410-4.

11.  Brinton LA, Tashima KT, Lehman HF, Levin RS, Mallin, Savitz DA, Stolley PD, Fraumeni JF Jr.  Epidemiology of cervical cancer by cell type.  Cancer Research 1987; 47:1706-11.

12.  Savitz DA, Calle EE.  Leukemia and occupational exposure to electromagnetic fields.  Review of epidemiologic surveys.  Journal of Occupational Medicine 1987; 29:47-51.

13.  Savitz DA, Zuckerman DL.  Childhood cancer in the Denver metropolitan area, 1976-83.  Cancer 1987; 59:1539-42.

**1988**

14.  Davis MD, Savitz DA, Graubard BI.  Infant feeding and childhood cancer.  Lancet 1988; 2:365-8.

15.  Mayer EJ, Hamman RF, Gay EC, Lezotte DC, Savitz DA, Klingensmith GJ.  Reduced risk of insulin dependent diabetes mellitus among breast-fed children.  The Colorado IDDM Registry.  Diabetes 1988; 37:1625-32.

16.  Savitz DA. Human studies of human health hazards - comparison of epidemiology and toxicology.  Statistical Science 1988; 3:306-13.

17.  Savitz DA, Pierce NE.  Control selection with incomplete case ascertainment.  American Journal of Epidemiology 1988; 127:1109-17.

18.  Savitz DA, Wachtel H, Barnes FA, John EM, Tvrdik JG.  Case-control study of childhood cancer and exposure to 60-Hz magnetic fields. American Journal of Epidemiology 1988; 128:21-38.

**1989**

17

19. Barnes F, Wachtel H, Savitz D, Fuller J.  The use of wiring configurations and wire codes for estimating externally-generated electric and magnetic fields.  Bioelectromagnetics 1989; 10:13-21.

20. Klonoff-Cohen HS, Savitz DA, Cefalo RC, McCann MF.  An epidemiologic study of contraception and pre-eclampsia.  Journal of the American Medical Association 1989; 262:3143-7 (Also published in French, Indian, and Japanese JAMA).

21. Narendrenathan M, Sandler RS, Suchindran CM, Savitz DA.  Male infertility in inflammatory bowel disease.  Journal of Clinical Gastroenterology 1989; 11:403-6.

22. Savitz DA, Baron AE.  Estimating and correcting for confounder misclassification.  American Journal of Epidemiology 1989; 129:1062-71.

23. Savitz DA, Feingold L.  Association of childhood cancer with residential traffic density.  Scandinavian Journal of Work, Environment and Health 1989; 15:360-3.

24. Savitz DA, Pearce NE, Poole C.  Methodological issues in the epidemiology of electromagnetic fields and cancer.  Epidemiologic Reviews 1989; 11:59-78.

25. Savitz DA, Whelan EA, Kleckner RC.  Effect of parents' occupational exposures on risk of stillbirth, preterm delivery, and small-for-gestational-age infants.  American Journal of Epidemiology 1989; 129:1201-18.

26. Savitz DA, Whelan EA, Kleckner RC.  Self-reported exposure to pesticides and radiation in relation to pregnancy outcome: Results from the National Natality and Fetal Mortality surveys.  Public Health Reports 1989; 104:473-7.

**1990**

27. Ad Hoc Working Group, International Agency for Research on Cancer.  Extremely low-frequency electric and magnetic fields and risk of human cancer.  Bioelectromagnetics 1990; 11:91-9.

28. Brenner H, Savitz DA.  The effects of sensitivity and specificity of case selection on validity, sample size, precision, and power in hospital-based case-control studies.  American Journal of Epidemiology 1990; 132:181-92

29. Dole N, Gleiter K, Savitz DA, Chimbira THK, Mbizvo MT.  Birth weight patterns in Harare, Zimbabwe.  International Journal of Epidemiology 1990; 1998-100.

30. Hildesheim A, Brinton LA, Mallin K, Lehman HF, Stolley P, Savitz D, Levine R.  Barrier and spermicidal contraceptive methods and risk of invasive cervical cancer.  Epidemiology 1990; 1:266-72.

31. Loomis DP, Savitz DA.  Brain cancer and leukemia among electrical workers.  British Journal of Industrial Medicine 1990; 47:633-8.

32. Savitz DA, Chen J.  Parental occupation and childhood cancer: Review of epidemiologic studies.  Environmental Health Perspectives 1990; 88:325-37.

33. Savitz DA, Greenland S, Stolley PD, Kelsey JL.  Scientific standards of criticism: A reaction to "Scientific standards in epidemiologic studies of the menace of daily life" by A.R. Feinstein.  Epidemiology 1990; 1:78-83.

SAVITZ0000045

34.  Savitz DA, John EM, Kleckner RC.  Magnetic field exposure from electric appliances and childhood cancer.  American Journal of Epidemiology 1990; 131:763-73.

35.  Savitz DA, Whelan EA, Rowland AS, Kleckner RC.  Maternal employment and reproductive risk factors.  American Journal of Epidemiology 1990; 132:933-45.

## **1991**

36.  Albers LL, Savitz DA.  Hospital setting and fetal death during labor among low-risk women.  American Journal of Obstetrics and Gynecology 1991; 164:868-73.

37.  Albers LL, Savitz DA.  Hospital setting for birth and use of medical procedures in low-risk women.  Journal of Nurse-Midwifery 1991; 36:327-33.

38.  Checkoway H, Savitz DA, Heyer NJ.  Assessing the effects of nondifferential misclassification of exposures in occupational studies.  Applied Occupational and Environmental Hygiene 1991; 6:528-33.

39.  Chestnut LG, Schwartz J, Savitz DA, Burchfiel CM.  Pulmonary function and ambient particulate matter:  Epidemiological evidence from NHANES I.  Archives of Environmental Health 1991; 46:135-44.

40.  Flynn MR, West S, Kaune WT, Savitz DA, Chen C-C, Loomis DP.  Validation of expert judgment in assessing occupational exposure to magnetic fields in the utility industry.  Applied Industrial Hygiene 1991; 6:141-5.

41.  John EM, Savitz DA, Sandler DP.  Prenatal exposure to parents' smoking and childhood cancer.  American Journal of Epidemiology 1991; 133:123-32.

42.  Lasisse DL, Savitz DA, Hamman RF, Baron AE, Brinton LA, Levine RS.  Invasive cervical cancer and intrauterine device use.  International Journal of Epidemiology 1991; 20:865-70.

43.  Leeper E, Wertheimer N, Savitz D, Barnes F, Wachtel H.  Modification of the 1979 "Denver wire code" for different wire or plumbing types.  Bioelectromagnetics 1991; 12:315-8.

44.  Loomis DP, Savitz DA.  Occupation and leukemia mortality among men in 16 states.  American Journal of Industrial Medicine 1991; 19:509-21.

45.  Savitz DA, Blackmore CA, Thorp JM.  Epidemiology of preterm delivery: etiologic heterogeneity.  American Journal of Obstetrics and Gynecology 1991; 164:467-71.

46.  Savitz DA, Harlow SD.  Selection of reproductive health endpoints for environmental risk assessment.  Environmental Health Perspectives 1991; 90:159-64.

47.  Savitz DA, Schwingl PJ, Keels MA.  Influence of paternal age, smoking, and alcohol consumption on congenital anomalies.  Teratology 1991; 44:429-40.

## **1992**

48.  Brenner H, Greenland S, Savitz DA.  The effects of nondifferential confounder misclassification in ecologic studies.  Epidemiology 1992; 5:456-9.

49.  Brenner H, Savitz DA, Jockel KH, Greenland S.  Effects of nondifferential exposure misclassification in ecologic studies.  American Journal of Epidemiology 1992; 135:85-95.

SAVITZ0000046

50.   Feingold L, Savitz DA, John EM.  Use of a job-exposure matrix to evaluate parental occupation and childhood cancer.  Cancer Causes and Control 1992; 3:161-9.

51.   O'Shea M, Savitz DA, Hage ML, Feinstein KA.  Perinatal events and the risk of subependymal/intraventricular hemorrhage in very low birth weight neonates.  Paediatric and Perinatal Epidemiology 1992; 6:352-62.

52.   Savitz DA, Zhang J.  Pregnancy-induced hypertension in North Carolina, 1988-1989.  American Journal of Public Health 1992; 82:675-9.

53.   Savitz DA, Zhang J, Schwingl P, John EM.  Association of paternal alcohol use with gestational age and birth weight.  Teratology 1992; 46:465-71.

54.   Zhang J, Savitz DA.  Preterm birth subtypes among blacks and whites in North Carolina.  Epidemiology 1992; 5:428-33.

55.   Zhang J, Savitz DA, Schwingl PJ.  Case-control study of paternal smoking and birth defects.  International Journal of Epidemiology 1992; 21:273-8.

**1993**

56.   Alderman BW, Baron AE, Savitz DA.  Cautions in the use of antecedents as surrogates for confounders.  American Journal of Epidemiology 1993; 137:1259-72.

57.   Brenner H, Savitz DA, Gefeller O.  The effects of joint misclassification of exposure and disease on epidemiologic measures of association.  Journal of Clinical Epidemiology 1993; 46:1195-1202.

58.   Dovan T, Kaune WT, Savitz DA.  Repeatability of measurements of residential magnetic fields and wire codes.  Bioelectromagnetics 1993; 14:145-59.

59.   Evans JA, Savitz DA, Kanal E, Gillen J.  Infertility and pregnancy outcome among MRI workers.  Journal of Occupational Medicine 1993; 35:1191-5.

60.   Kanal E, Gillen J, Evans JA, Savitz DA, Shellock FG.  Survey of reproductive health among female MR workers.  Radiology 1993; 187:395-9.

61.   Klonoff-Cohen H, Edelstein S, Savitz D.  Cigarette smoking and preeclampsia.  American Journal of Obstetrics and Gynecology 1993; 81:541-4.

62.   Morrison H, Savitz D, Semenciw R, Hulka B, Mao Y, Morison D, Wigle D.  Farming and prostate cancer mortality.  American Journal of Epidemiology 1993; 137:270-80.

63.   Savitz DA.  Epidemiologic studies of electric and magnetic fields and cancer: strategies for extending knowledge.  Environmental Health Perspectives 1993; 101:83-91.

64.   Savitz DA.  Health effects of electric and magnetic fields: overview of research recommendations.  Environmental Health Perspectives 1993; 101:71-2.

65.   Savitz DA.  Is significance testing useful in interpreting data?  Reproductive Toxicology 1993; 7:95-100.

66.   Savitz DA.  Overview of epidemiologic research on electric and magnetic fields and cancer.  American Industrial Hygiene Association Journal 1993; 54:197-204.

SAVITZ0000047

67.   Savitz DA, Kaune WT.  Childhood cancer in relation to a modified residential wire code.
      Environmental Health Perspectives 1993; 101:76-80.

68.   Savitz DA, Pearce N, Poole C.  Update on methodological issues in the epidemiology of
      electromagnetic fields and cancer.  Epidemiologic Reviews 1993; 15:558-66.

69.   Savitz DA, Thang NM, Swenson IE, Stone EM.  Infant and childhood mortality in relation to the
      Vietnam War.  American Journal of Public Health 1993; 83:1134-8.

70.   Wartenberg D, Savitz DA.  Evaluating exposure cutpoint bias in epidemiologic studies of electric
      and magnetic fields.  Bioelectromagnetics 1993; 14:237-45.

71.   Zhang J, Savitz DA.  Maternal age and placenta previa: a population-based case-control study.
      American Journal of Obstetrics and Gynecology 1993; 168:641-5.


**1994**

72.   Ananth CV, Savitz DA.  Vaginal bleeding and adverse reproductive outcomes: a meta-analysis.
      Paediatric and Perinatal Epidemiology 1994; 8:62-78.

73.   Andrews KW, Savitz DA, Hertz-Picciotto I.  Prenatal lead exposure in relation to gestational age
      and birth weight: a review of epidemiologic studies.  American Journal of Industrial Medicine
      1994; 26:13-32.

74.   Cooper GS, Hulka BS, Baird DD, Savitz DA, Hughes CL Jr, Weinberg CR, Coleman RA,
      Shields JM.  Galactose consumption, metabolism, and follicle-stimulating hormone
      concentrations in women of late reproductive age.  Fertility and Sterility 1994; 62:1168-75.

75.   Dargent-Molina P, James SA, Strogatz DS, Savitz DA.  Association between maternal education
      and infant diarrhea in different household and community environments of Cebu, Philippines.
      Social Science and Medicine 1994; 38:343-50.

76.   Henriksen TB, Savitz DA, Hedegaard M, Secher NJ.  Employment during pregnancy in relation
      to risk factors and pregnancy outcome.  British Journal of Obstetrics and Gynaecology 1994;
      101:858-65.

77.   Irwin DE, Savitz DA, Hertz-Picciotto I, St. Andre KA.  The risk of pregnancy-induced
      hypertension: black/white differences in a military population.  American Journal of Public
      Health 1994; 84:1508-10.

78.   Irwin DE, Savitz DA, St. Andre KA, Hertz-Picciotto I.  Study of occupational risk factors for
      pregnancy-induced hypertension among active duty enlisted Navy personnel. American Journal
      of Industrial Medicine 1994; 25:349-59.

79.   John EM, Savitz DA.  Effect of a monetary incentive on response to a mail survey.  Annals of
      Epidemiology 1994; 4:231-5.

80.   John EM, Savitz DA, Shy CM.  Spontaneous abortions among cosmetologists.  Epidemiology
      1994; 5:147-55.

81.   Kaune WT, Savitz DA.  Simplification of the Wertheimer-Leeper wire-code.
      Bioelectromagnetics 1994; 15:275-82.

SAVITZ0000048

82. Loomis DP, Kromhout H, Peipins LA, Kleckner RC, Iriye R, Savitz DA.  Sampling design and field methods of a large, randomized, multi-site survey of occupational magnetic field exposure.  Applied Occupational and Environmental Hygiene 1994; 9:49-52.

83. Loomis DP, Peipins LA, Browning SR, Howard RL, Savitz DA.  Organization and classification of work history data in industry-wide studies: an application to the electric power industry.  American Journal of Industrial Medicine 1994; 26:413-25.

84. Loomis DP, Savitz DA.  Effect of incomplete exposure assessment on epidemiologic dose-response analyses.  Scandinavian Journal of Work, Environment, and Health 1994; 20:200-5.

85. Loomis DP, Savitz DA, Ananth CV.  Breast cancer mortality among female electrical workers.  Journal of the National Cancer Institute 1994; 86:921-5.

86. Sarasua S, Savitz DA.  Cured and broiled meat consumption in relation to childhood cancer:  Denver, Colorado (United States).  Cancer Causes and Control 1994; 5:141-8.

87. Savitz DA.  In defense of black box epidemiology.  Epidemiology 1994; 5:550-2.

88. Savitz DA, Ananth CV.  Birth characteristics of childhood cancer cases, controls, and their siblings.  Pediatric Hematology and Oncology 1994; 11:587-99.

89. Savitz DA, Ananth CV.  Residential magnetic fields, wire codes, and pregnancy outcome.  Bioelectromagnetics 1994; 15:271-3.

90. Savitz DA, Baird N, Dole N.  Agreement among textile industry exposures during pregnancy based on work description, job title, and self-report.  Journal of Exposure Analysis and Environmental Epidemiology 1994; 4:513-24.

91. Savitz DA, Boyle CA, Holmgreen P.  Prevalence of depression among electrical workers.  American Journal of Industrial Medicine 1994; 25:165-76.

92. Savitz DA, Brett KM, Evans LE, Bowes W.  Medically treated miscarriage among Black and White women in Alamance County, North Carolina, 1988-1991.  American Journal of Epidemiology 1994; 139:1100-6.

93. Savitz DA, Ohya T, Loomis DP, Senior RS, Bracken TD, Howard RL.  Correlations among indices of electric and magnetic field exposure in electric utility workers. Bioelectromagnetics 1994; 15:193-204.

94. Savitz DA, Sonnenfeld NL, Olshan AF.  Review of epidemiologic studies of paternal occupational exposure and spontaneous abortion.  American Journal of Industrial Medicine 1994; 25:361-83.

95. Savitz DA, Tolo K-A, Poole C.  Statistical significance testing in the American Journal of Epidemiology, 1970 to 1990.  American Journal of Epidemiology 1994; 139:1047-52.

96. Schober EA, Kusy RP, Savitz DA.  Resistance of fetal membranes to the concentrated application of force and reconciliation of puncture and burst testing.  Annals of Biomedical Engineering 1994; 22:540-8.

97. Schober EA, Kusy RP, Whitley JQ, Savitz DA.  Effect of thickness on the fracture characteristics of fetal membranes.  Journal of Materials Science: Materials in Medicine 1994; 5:130-7.

SAVITZ0000049

98. West SL, Strom BL, Freundlich B, Normand E, Koch G, Savitz DA.  Completeness of prescription recording in outpatient medical records from a health maintenance organization.  Journal of Clinical Epidemiology 1994; 47:165-71.

## 1995

99. Ananth CV, Peedicayil A, Savitz DA.  Effect of hypertensive diseases in pregnancy on birth weight, gestational duration, and small-for-gestational-age births.  Epidemiology 1995; 6:391-5.

100. Ananth CV, Savitz DA, Bowes WA Jr. Hypertensive diseases of pregnancy and stillbirth in North Carolina, 1988 to 1991.  Acta Obstetrica et Gynecologica Scandinavica 1995; 74:788-793.

101. Blackmore CA, Savitz DA, Edwards LJ, Harlow SD, Bowes WA Jr.  Racial differences in the patterns of preterm delivery in central North Carolina.  Paediatric and Perinatal Epidemiology 1995; 9:281-95.

102. Blair A, Burg J, Foran J, Gibb H, Greenland S, Morris R, Raabe G, Savitz D, Teta J, Wartenberg D, Wong O, Zimmerman R.  Guidelines for application of meta-analysis in environmental epidemiology.  Regulatory Toxicology and Pharmacology 1995; 22:189-97.

103. Cooper GS, Baird DD, Hulka BS, Weinberg CR, Savitz DA, Hughes CL.  Follicle-stimulating hormone concentrations in relation to active and passive smoking.  Obstetrics and Gynecology 1995; 85:407-11.

104. Kromhout H, Loomis DP, Mihlan GJ, Peipins LA, Kleckner RC, Iriye R, Savitz DA.  Assessment and grouping of occupational magnetic field exposure in five electric utility companies.  Scandinavian Journal of Work, Environment and Health 1995; 21:43-50.

105. Leiss JK, Savitz DA.  Case-control study of home pesticide use and childhood cancer.  American Journal of Public Health 1995; 85:249-52.

106. Millikan R, DeVoto E, Newman B, Savitz D.  Studying environmental influences on breast cancer risk: suggestions for an integrated population-based approach.  Breast Cancer Research and Treatment 1995; 34:79-89.

107. Olshan AF, Ananth CV, Savitz DA.  Intrauterine growth retardation as an endpoint in mutation epidemiology: an evaluation based on paternal age.  Mutation Research 1995; 344:89-94.

108. Pastore LM, Savitz DA.  A case-control study of caffeinated beverages and preterm delivery.  American Journal of Epidemiology 1995; 141:61-69.

109. Pearce N, Sanjose S, Boffetta P, Kogevinas M, Saracci R, Savitz D.  Limitations of biomarkers of exposure in cancer epidemiology.  Epidemiology 1995; 6:190-4.

110. Rowland AS, Baird DD, Shore DL, Weinberg CR, Savitz DA, Wilcox AJ.  Nitrous oxide and spontaneous abortion in female dental assistants.  American Journal of Epidemiology 1995; 141:531-8.

111. Savitz DA.  Exposure assessment strategies in epidemiological studies of health effects of electric and magnetic fields.  Science of the Total Environment 1995; 168:143-53.

112. Savitz DA.  Overview of occupational exposure to electric and magnetic fields and cancer: advancements in exposure assessment.  Environmental Health Perspectives 1995; 103(Suppl 2):69-74.

SAVITZ0000050

113.   Savitz DA, Andrews KW, Brinton LA.  Occupation and cervical cancer.  Journal of Occupational and Environmental Medicine 1995; 37:357-61.

114.   Savitz DA, Andrews KW, Pastore LM.  Drinking water and pregnancy outcome in central North Carolina: source, amount, and trihalomethane levels.  Environmental Health Perspectives 1995; 103:592-6.

115.   Savitz DA, Loomis DP.  Magnetic field exposure in relation to leukemia and brain cancer mortality among electric utility workers.  American Journal of Epidemiology 1995; 141:123-34. [Erratum:  American Journal of Epidemiology 1996:144;205.]

116.   Savitz DA, Olshan AF.  Multiple comparisons and related issues in the interpretation of epidemiologic data.  American Journal of Epidemiology 1995; 142:904-8.

117.   Schnitzer PG, Olshan AF, Savitz DA, Erickson JD.  Validity of mother's report of father's occupation in a study of paternal occupation and congenital malformations.  American Journal of Epidemiology 1995; 141:872-7.

118.   Wertheimer N, Savitz DA, Leeper E.  Childhood cancer in relation to indicators of magnetic fields   from ground current sources.  Bioelectromagnetics 1995; 16:86-96.

119.   West SL, Savitz DA, Koch G, Strom BL, Guess H, Hartzema A.  Recall accuracy for prescription medications: self-report compared to database information.  American Journal of Epidemiology 1995; 142:1103-12.

**1996**

120.   Ananth CV, Savitz DA, Luther ER.  Maternal cigarette smoking as a risk factor for placental abruption, placenta previa, and vaginal bleeding in pregnancy.  American Journal of Epidemiology 1996; 144:881-9.

121.   Ananth CV, Savitz DA, Williams MA.   Placental abruption and its association with hypertension and prolonged rupture of the membranes: a methodological review and meta-analysis.  Obstetrics and Gynecology 1996; 88:309-18.

122.   Ananth CV, Wilcox AJ, Savitz, DA, Bowes WA, Luther ER.  Effect of maternal age and parity on the risk of uteroplacental bleeding disorders in pregnancy.  Obstetrics and Gynecology 1996; 88:511-16.

123.   Feychting M, Kaune WT, Savitz DA, Ahlbom A.  Estimating exposure in studies of residential magnetic fields and cancer -- importance of short-term variability, time interval between diagnosis and measurement, and distance to power lines.  Epidemiology 1996; 7:220-24.

124.   Irwin DE, Savitz DA, Bowes WA Jr, St Andre KA.  Race, age and cesarean delivery in a military population.  Obstetrics and Gynecology 1996; 88:530-3.

125.   Passaro KT, Little RE, Savitz DA, Noss J.  The effect of maternal drinking before conception and in early pregnancy on infant birth weight.  Epidemiology 1996; 7:377-83.

126.   Savitz DA, Brett KM, Baird N, Tse C-K.  Male and female employment in the textile industry in relation to miscarriage and preterm delivery.  American Journal of Industrial Medicine 1996; 30:307-16.

127.   Savitz DA, Olshan AF, Gallagher K.  Maternal occupation and pregnancy outcome.  Epidemiology 1996; 7:269-74.

24

128.  Sayle AE, Cooper GS, Savitz DA.  Menstrual and reproductive history of mothers of galactosemic children.  Fertility and Sterility 1996; 65:534-8.

129.  Zhang J, Savitz DA.  Exercise during pregnancy among U.S. women.  Annals of Epidemiology 1996; 6:53-9.

**1997**

130.  Ananth CV. Savitz DA, Bowes WA Jr, Luther ER.  Influence of hypertensive disorders during pregnancy on placental abruption and uterine bleeding during pregnancy.  British Journal of Obstetrics and Gynecology 1997; 104:572-8.

131.  Ananth CV, Savitz DA, Luther ER, Bowes WA Jr.  Pre-eclampsia and preterm birth subtypes in Nova Scotia, 1986 to 1992.  American Journal of Perinatology 1997; 14:17-23.

132.  Brett KM, Strogatz DS, Savitz DA.  Employment, job strain, and low birthweight delivery.  American Journal of Public Health 1997; 87:199-204.

133.  Curtis KM, Savitz DA.  Effects of cigarette smoking, caffeine consumption, and alcohol intake on fecundability.  American Journal of Epidemiology 1997; 146:32-41.

134.  Daniels JL, Olshan AF, Savitz DA.  Pesticides and childhood cancers.  Environmental Health Perspectives 1997; 105:1068-77.

135.  Kromhout H, Loomis DP, Kleckner RC, Savitz DA.  Sensitivity of the relation between cumulative magnetic field exposure and brain cancer mortality to choice of monitoring data grouping scheme.  Epidemiology 1997; 8:442-5.

136.  Loomis D, Browning SR, Schenck AP, Gregory E, Savitz DA.  Cancer mortality among electric utility workers exposed to polychlorinated biphenyls.  Occupational and Environmental Medicine 1997; 54:720-8.

137.  Passaro KT, Noss J, Savitz DA, Little RE, ALSPAC Study Team.  Agreement between self and partner reports of paternal smoking and drinking.  International Journal of Epidemiology 1997; 26:315-20.

138.  Savitz DA. The alternative to epidemiologic theory: whatever works. Epidemiology 1997; 8:210-2.

139.  Savitz DA, Ananth CV. Luther ER, Thorp JM.  Influence of gestational age on the time from spontaneous rupture of the chorioamniotic membranes to the onset of labor.  American Journal of Perinatology 1997; 14:129-33.

140.  Savitz DA, Andrews KW.  Review of epidemiologic evidence on benzene and lymphatic and hematopoietic cancers.  American Journal Industrial Medicine 1997; 31:287-95

141.  Savitz DA, Arbuckle T, Kaczor D, Curtis KM.  Male pesticide exposure and pregnancy outcome.  American Journal of Epidemiology 1997; 146:1025-36.

142.  Savitz DA, Bornschein RL, Amler RW, Bove FI, Edmonds LD, Hanson JW, Kaye WE, Khoury M, Kiely M, Lemasters GK, Sever LE, Shepard TH, Spengler RF, Steinberg KK, Yeargin-Allsopp M.  Assessment of reproductive disorders and birth defects in communities near hazardous chemical sites. I. Birth defects and developmental disorders.  Reproductive Toxicology 1997; 11:223-30.

25

143.   Savitz DA, Brett KM, Dole N, Tse C-K J.  Male and female occupation in relation to miscarrage and preterm delivery in central North Carolina.  Annals of Epidemiology 1997; 7:509-16.

144.   Savitz DA, Dufort V, Armstrong B, Theriault G.  Lung cancer in relation to employment in the electrical utility industry and exposure to magnetic fields.  Occupational and Environmental Medicine 1997; 54:396-402.

145.   Schroeder JC, Savitz DA.  Lymphoma and multiple myeloma mortality in relation to magnetic field exposure among electric utility workers.  American Journal of Industrial Medicine 1997; 32:392-402.

146.   Zohoori N, Savitz DA.  Econometric approaches to epidemiologic data: relating endogeneity and unobserved heterogeneity to confounding.  Annals of Epidemiology 1997; 17:251-7.

**1998**

147.   Berkowitz GS, Blackmore-Prince C, Lapinski RH, Savitz DA.  Risk factors for preterm birth subtypes.  Epidemiology 1998; 9:279-85.

148.   Gallagher MD, Nuckols JR, Stallones L, Savitz DA.  Exposure to trihalomethanes and adverse pregnancy outcomes.  Epidemiology 1998; 9:484-9.

149.   Kaune WT, Feychting M, Ahlbom A, Ulrich RM, Savitz DA.  Temporal characteristics of transmission-line loadings in the Swedish childhood cancer study.  Bioelectromagnetics 1998; 19:354-65.

150.   Loomis D, Kromhout H, Kleckner RC, Savitz DA.  Effects of the analytical treatment of exposure data on associations of cancer and occupational magnetic field exposure.  American Journal of Industrial Medicine 1998; 34:49-56.

151.   Marcus PM, Savitz DA, Millikan RC, Morgenstern H.  Female breast cancer and trihalomethane levels in drinking water in North Carolina.  Epidemiology 1998; 9:156-60.

152.   Millikan CR, Pittman GS, Tse C-K J, Duell E Newman B, Savitz D, Moorman PG, Boissy RJ, Bell DA.  Catechol-$O$-methyltransferase and breast cancer risk.  Carcinogenesis 1998; 19:1943-7.

153.   Millikan CR, Pittman GS, Newman B, Tse C-K J, Selmin O, Rockhill B, Savitz D, Moorman PG, Bell DA.  Cigarette smoking, $N$-acetyltransferases 1 and 2, and breast cancer risk.  Cancer Epidemiology, Biomarkers and Prevention 1998; 7:371-8.

154.   Passaro KT, Little RE, Savitz DA, Noss J, Alspac Study Team.  Effect of paternal alcohol consumption before conception on infant birth weight.  Teratology 1998; 57:294-301.

155.   Savitz DA, Checkoway H, Loomis DP.  Magnetic field exposure and neurodegenerative disease mortality among electric utility workers.  Epidemiology 1998; 9:398-404.

156.   Savitz DA, Koppelman LF.  Occupational and environmental influences on preterm birth. Prenatal and Neonatal Medicine 1998; 3:25-8.

157.   Savitz DA, Loomis DP, Tse C-K J.  Electrical occupations and neurodegenerative disease: analysis of US mortality data.  Archives of Environmental Health 1998; 53:71-4.

158.   Savitz DA, Olshan AF.  Describing data requires no adjustment for multiple comparisons: a reply from Savitz and Olshan.  American Journal of Epidemiology 1998; 147:813-4.

SAVITZ0000053

159. Shimokura GH, Savitz DA, Symanski E.  Assessment of water use for estimating exposure to tap water contaminants.  Environmental Health Perspectives 1998; 106:55-9.

160. Zaffanella LE, Savitz DA, Greenland S, Ebi KL.  The residential case-specular method to studywire codes, magnetic fields, and disease.  Epidemiology 1998; 9:16-20.

**<u>1999</u>**

161. Ananth CV, Berkowitz TS, Savitz DA, Lapinski RL.  Placental abruption and adverse perinatal outcomes.  Journal of the American Medical Association 1999; 282:1646-51.

162. Andrews KW, Savitz DA.  Accuracy of industry and occupation on death certificates of electric utility workers:  implications for epidemiologic studies of magnetic fields and cancer.  Bioelectromagnetics 1999; 0:512-18.

163. Arbuckle TE, Savitz DA, Mery LS, Curtis KM.  Exposure to phenoxy herbicides and the risk of spontaneous abortion.  Epidemiology 1999; 10:752-60.

164. Blackmore-Prince C, Harlow SD, Gargiullo P, Lee MA, Savitz DA.  Chemical hair treatments and adverse outcome among black women in central North Carolina.  American Journal of Epidemiology 1999; 149:712-6.

165. Curtis KM, Savitz DA, Weinberg CR, Arbuckle TE.  The effect of pesticide exposure on time to pregnancy.  Epidemiology 1999; 10:112-117.

166. Hartmann KE, Thorp JM, McDonald TL, Savitz DA, Granados JL. Cervical dimensions and risk of preterm birth: a prospective cohort study. Obstetrics and Gynecology 1999; 93:504-9.

167. Kheifets LI, Gilbert ES, Sussman SS, Guénel P, Sahl JD, Savitz DA, Thériault G. Comparative analyses of the studies of magnetic fields and cancer in electric utility workers: studies from France, Canada, and the United States.  Occupational and Environmental Medicine 1999; 56:567-74.

168. Pastore LM, Royce RA, Jackson TP, Thorp, Jr, JM, Savitz DA, Kreaden US.  Association between bacterial vaginosis and fetal fibronectin at 24-29 weeks' gestation.  Obstetrics and Gynecology 1999; 93:117-23.

169. Royce RA, Jackson T, Thorp JM Jr, Hillier SL, Rabe LK, Pastore LM, Savitz DA. Race/ethnicity, vaginal flora patterns, and pH during pregnancy. Sexually Transmitted Diseases 1999; 26:96-102.

170. Royce RA, Thorp J, Granados JL, Savitz DA.  Bacterial vaginosis associated with HIV infection in pregnant women from North Carolina.  Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology 1999; 20:382-6.

171. Savitz DA, Dole N, Williams J, Thorp JM, McDonald T, Carter AC, Eucker B.  Determinants of participation in an epidemiologic study of preterm delivery.  Paediatric and Perinatal Epidemiology 1999; 13:114-25.

172. Savitz DA, Liao D, Sastre A, Kleckner RC, Kavet R.  Magnetic field exposure and cardiovascular disease mortality among electric utility workers.  American Journal of Epidemiology 1999; 149:135-42.

173. Savitz DA, Poole C, Miller WC.  Reassessing the role of epidemiology in public health.  American Journal of Public Health 1999; 89:1158-61.

SAVITZ0000054

174.  Van Wijngaarden E, Savitz DA, Kleckner RC, Mihlan G, Nylander-French LA, Dufort V, Cai J, Loomis D, Kromhout H.  Refinements in magnetic field exposure assignment for a case-cohort study of electric utility workers.  Annals of Occupational Hygiene 1999; 43:485-92.

**2000**

175.  Carozza SE, Wrensch M, Miike R, Newman B, Olshan AF, Savitz DA, Yost M, Lee M. Occupation and adult gliomas.  American Journal of Epidemiology 2000; 152:838-46.

176.  Duell EJ, Millikan RC, Savitz DA, Newman B, Smith JC, Schell MJ, Sandler DP.  A population-based case-control study of farming and breast cancer in North Carolina.  Epidemiology 2000; 11:523-31.

177.  Millikan R, DeVoto E, Tse C-K, Duell E, Newman B, Moorman P, Savitz D.  DDE, PCBs and breast cancer:  A case-control study of African-American and white women.  Cancer Epidemiology, Biomarkers and Prevention 2000; 9:1233-40.

178.  Millikan R, Pittman G, Tse C-K, Savitz DA, Newman B, Bell D.  Glutathione-s-transferases M1, T1, and P1 and breast cancer.  Cancer Epidemiology, Biomarker and Prevention 2000; 9:567-73

179.  Padungtod C, Savitz DA, Overstreet JW, Christiani DC, Ryan LM, Xu X.  Occupational pesticide exposure and semen quality among Chinese workers.  Journal of Occupational and Environmental Medicine 2000; 42:982-92.

180.  Pastore LM, Hartmann K, Thorp J, Royce R, Jackson T, Savitz DA.  Bacterial vaginosis and cervical dilation and effacement at 24-29 weeks gestation.  American Journal of Perinatology 2000; 17:83-8.

181.  Savitz DA, Ananth CV, Berkowitz GS, Lapinski R.  Concordance among measures of pregnancy outcome based on fetal size and duration of gestation.  American Journal of Epidemiology 2000; 151:627-33.

182.  Savitz DA, Cai J, Van Wijngaarden E, Loomis D, Mihlan G, Dufort V, Kleckner RC, Nylander-French L, Kromhout H, Zhou H.  Case-cohort analysis of brain cancer and leukemia in electric utility workers using a refined magnetic field job-exposure matrix.  American Journal of Industrial Medicine 2000; 38:417-25.

183.  Savitz DA. Failure to publish results of epidemiologic studies is unethical. Epidemiology 2000; 11:361-3.

184.  Van Wijngaarden E, Savitz DA.  Occupational sunlight exposure in relation to suicide among electric utility workers.  American Journal of Industrial Medicine 2000; 38:149-54.

185.  Van Wijngaarden E, Savitz DA, Kleckner RC, Cai J, Loomis D. Exposure to electromagnetic fields and suicide among electric utility workers:  a nested case-control study.  Occupational Environmental Medicine 2000; 57:258-63.

**2001**

186.  Ahlbom A, Cardis E, Green A, Linet M, Savitz D, Swerdlow A.  Review of the epidemiologic literature on EMF and health: ICNIRP (International Commission for Non-Ionizing Radiation Protection) standing committee on epidemiology.  Environmental Health Perspectives 2001; 109(s6):911-33.

SAVITZ0000055

187. DeRoos AJ, Teschke K, Savitz DA, Poole C, Grufferman S, Pollock BH, Olshan AF.  Parental occupational exposures to electromagnetic fields and radiation and the incidence of neuroblastoma in offspring.  Epidemiology 2001; 12:508-17.

188. Daniels JL, Olshan AF, Teschke K, Hertz-Picciotto I, Savitz DA, Blatt J.  Comparison of assessment methods for pesticide exposure in a case-control interview study.  American Journal of Epidemiology 2001; 51:1227-32.

189. Daniels JL, Olshan AF, Teschke K, Hertz-Picciotto I, Savitz DA, Blatt J, Bondy ML, Neglia JP, Pollock BH, Cohn SL, Look AT, Seege RC, Castleberry RP.  Residential pesticide exposure and neuroblastoma.  Epidemiology 2001; 12:20-7.

190. DeRoos AJ, Olshan AF, Teschke K, Poole C, Savitz DA, Blatt J, Bondy ML, Pollock BH.  Parental occupational exposures to chemical and incidence of neuroblastoma in offspring.  American Journal of Epidemiology 2001;154:106-14

191. Duell EJ, Millikan RC, Savitz DA, Schell MJ, Newman B, Tse C-K, Sandler DP.  Reproducibility of reported farming activities and pesticide use among breast cancer cases and controls:  A comparison of two modes of data collection.  Annals of Epidemiology 2001; 11:178-85.

192. Hatcher JL, Baris D, Olshan AF, Inskip PD, Savitz DA, Swanson GM, Pottern LM, Greenberg RS, Schwartz AG, Schoenberg JB, Brown LM.  Diagnostic radiation and the risk of multiple myeloma (United States).  Cancer Causes and Control 2001; 12:755-61.

193. Hudnell HK, House D, Schmid J, Koltai D, Stopford W, Wilkins J, Savitz DA, Swinker M, Music S.  Human visual function in the North Carolina clinical study on possible estuary-associated syndrome.  Journal of Toxicology and Environmental Health, Part A 2001; 62;575-94.

194. McCurdy AL, Wijnberg L, Loomis D, Savitz DA, Nylander-French LA.  Exposure to low frequency magnetic fields among working women and homemakers.  Annals of Occupational Hygiene 2001; 45:643-50.

195. Moe CL, Turf E, Oldach D, Bell P, Hutton S, Savitz DA, Koltai D, Turf M, Ingsrisawang L, Hart R, Ball JD, Stutts M, McCarter R, Wilson L, Haselow D, Grattan L, Morris JG, Weber DJ.  Cohort studies of health effects among people exposed to Estuarine Waters: North Carolina, Virginia, and Maryland.  Environmental Health Perspectives 2001;109(supplement 5):781-86

196. Savitz, DA, Dole N, Terry, JW, Zhou H, Thorp JM.  Smoking and pregnancy outcome among African-American and White women in Central North Carolina.  Epidemiology 2001; 12:636-42.

197. Savitz DA, Poole C.  Do studies of wire code and childhood leukemia point towards or away from magnetic fields as the causal agent?  Bioelectromagnetics 2001; 5:S69-S85.

198. Sayle AE, Savitz DA, Thorp JM Jr, Hertz-Picciotto I, Wilcox AJ.  Sexual activity during late pregnancy and risk of preterm delivery.  Obstetrics and Gynecology 2001; 97:283-9.

199. Shaw GM, Savitz DA, Nelson V, Thorp JM Jr.  Role of structural birth defects in preterm delivery.  Paediatric and Perinatal Epidemiology 2001; 15:106-9

200. Siega-Riz AM, Herrmann TS, Savitz DA, Thorp JM.  Frequency of eating during pregnancy and its effect on preterm delivery.  American Journal of Epidemiology 2001; 153:647-52.

SAVITZ0000056

201.    Van Wijngaarden E, Nylander-French L, Millikan RC, Savitz DA, Loomis D.  Population-based case-control study of occupational exposure to electromagnetic fields and breast cancer.  Annals of Epidemiology 2001; 11:297-03.

202.    Van Wijngaarden E, Savitz DA.  Occupational sunlight exposure and mortality from non-Hodgkins lymphoma among electric utility workers.  Journal of Occupational and Environmental Medicine 2001; 43:548-53.

203.    Van Wijngaarden E, Savitz DA, Kleckner RC, Kavet R, Loomis D.  Mortality patterns by occupation in a cohort of electric utility workers.  American Journal of Industrial Medicine 2001; 40:667-73.

204.    West SL, Yawn BP, Thorp JM, Korhonen MJH, Savitz DA, Guess HA.  Tocolytic therapy for preterm labor:  assessing its potential for reducing preterm delivery.  Paediatric and Perinatal Epidemiology 2001; 15:243-51.

205.    Yang J, Savitz DA. The effect of vaginal bleeding during pregnancy on preterm and small-for-gestational-age births:  US national maternal and infant health survey, 1988. Paediatric and Perinatal Epidemiology 2001; 15:34-9.

**2002**

206.    Balu RB, Savitz DA, Ananth CV, Hartmann KE, Miller WC, Thorp JM, Heine RP. Bacterial vaginosis and vaginal fluid defensins during pregnancy. American Journal of Obstetrics and Gynecology 2002; 187:1267-71.

207.    Calle EE, Frumkin H, Henley SJ, Savitz DA, Thun MJ. Organochlorines and breast cancer risk. CA: Cancer Journal for Clinicians 2002; 52:301-9.

208.    Cooper GS, Savitz DA, Milllikan R, Chiu Kit T.  Organochlorine exposure and age at natural menopause. Epidemiology 2002; 13:729-33.

209.    Evenson KR, Siega-Riz AM, Savitz DA, Leiferman JA, Thorp JM Jr. Vigorous leisure activity and pregnancy outcome: the Pregnancy, Infection, and Nutrition Study. Epidemiology 2002; 13:653-9.

210.    Kaune WT, Dovan T, Kavet RI, Savitz DA, Neutra RR. Study of high and low current configuration homes from the 1988 Denver Childhood Cancer Study. Bioelectromagnetics 2002; 23:177-88.

211.    Parks CG, Cooper GS, Nylander-French LA, Sanderson WT, Dement JM, Cohen PL, Dooley MA, Treadwell EL, St Clair EW, Gilkeson GS, Hoppin JA, Savitz DA. Occupational exposure to crystalline silica and risk of systemic lupus erythematosus: a population-based, case-control study in the southeastern United States. Arthritis and Rheumatism 2002; 46:1840-50.

212.    Pastore LM, Thorp JM Jr, Royce RA, Savitz DA, Jackson TP.  Risk score for antenatal bacterial vaginosis:  BV PIN points.  Journal of Perinatology 2002; 22:125-32.

213.    Peck JD, Hulka BS, Poole C, Savitz DA, Baird D, Richardson BE.  Steroid hormone levels during pregnancy and incidence of maternal breast cancer.  Cancer Epidemiology, Biomarkers, and Prevention 2002; 11:361-8.

214.    Savitz DA, Hertz-Picciotto I, Poole C, Olshan AF. Epidemiologic measures of the course and outcome of pregnancy. Epidemiologic Reviews 2002; 24:91-101.

SAVITZ0000057

215.   Savitz DA, Henderson L, Dole N, Herring A, Wilkins DG, Rollins D, Thorp JM Jr.  Indicators of cocaine exposure and preterm birth.  Obstetrics and Gynecology 2002; 99:458-65.

216.   Savitz DA, Terry JW Jr, Dole N, Thorp JM Jr, Siega-Riz AM, Herring AH.  Comparison of pregnancy dating by last menstrual period, ultrasound, and their combination.  American Journal of Obstetrics and Gynecology 2002; 187:1660-6.

217.   Siega-Riz AM, Bodnar LM, Savitz DA. What are pregnant women eating? Nutrient and food group differences by race.  American Journal of Obstetrics and Gynecology 2002; 186:480-6.

**2003**

218.   Balu RB, Savitz DA, Ananth CV, Hartmann KE, Miller WC, Thorp JM, Heine RP. Bacterial vaginosis, vaginal fluid neutrophil defensins and preterm birth. Obstetrics and Gynecology 2003; 101:862-8.

219.   Dole N, Savitz DA, Hertz-Picciotto I, Siega-Riz AM, McMahon MJ, Buekens P.  Maternal stress and preterm birth.  American Journal of Epidemiology 2003; 157:14-24.

220.   Kaufman JS, Dole N, Savitz DA, Herring AH.  Modeling community-level effects on preterm birth.  Annals of Epidemiology 2003; 13:377-84.

221.   Peck JD, Hulka BS, Savitz DA, Baird D, Poole C, Richardson BE. Accuracy of fetal growth indicators as surrogate measures of steroid hormone levels during pregnancy. American Journal of Epidemiology 2003; 157:258-66.

222.   Saldana TM, Siega-Riz AM, Adair LS, Savitz DA, Thorp JM Jr. The association between impaired glucose tolerance and birth weight among black and white women in central North Carolina. Diabetes Care 2003; 26:656-61.

223.   Savitz DA. Paternal exposure to known mutagens and health of the offspring: ionizing radiation and tobacco smoke. Advances in Experimental Medicine and Biology 2003; 518:49-57.

224.   Savitz DA.  Epidemiologic evidence on the carcinogenicity of metal working fluids. Applied Occupational and Environmental Hygiene 2003; 18:913-20

225.   Sayle AE, Savitz DA, Williams JF. Accuracy of reporting of sexual activity during late pregnancy.  Paediatric and Perinatal Epidemiology 2003; 17:143-7.

226.   Siega-Riz AM, Promislow JH, Savitz DA, Thorp JM Jr, McDonald T. Vitamin C intake and the risk of preterm delivery. American Journal of Obstetrics and Gynecaology 2003; 189:519-25.

227.   Van Wijngaarden E, Stewart PA, Olshan Af, Savitz DA, Bunin GR. Parental occupational exposure to pesticides and childhood brain cancer. American Journal of Epidemiology 2003; 157:989-97.

**2004**

228.   Cook MN, Olshan AF, Guess HA, Savitz DA, Poole C, Blatt J, Bondy ML, Pollock BH. Maternal medication use and neuroblastoma in offspring. American Journal of Epidemiology 2004; 159: 721-31.

229.   Dole N, Savitz DA, Siega-Riz AM, Hertz-Picciotto I, McMahon MJ, Buekens P. Psychosocial factors and preterm birth among African-American and White women in Central North Carolina. American Journal of Public Health 2004; 94:1358-1365.

SAVITZ0000058

230. Evenson KR, Savitz DA, Huston SL. Leisure-time physical activity among pregnant women in the US. Paediatric and Perinatal Epidemiology 2004; 18:400-7.

231. Farr SL, Cooper GS, Cai J, Savitz DA, Sandler DP. Pesticide use and menstrual cycle characteristics among premenopausal women in the agricultural health study. American Journal of Epidemiology 2004; 160:194-204.

232. Nguyen N, Savitz DA, Thorp JM. Risk factors for preterm birth in Vietnam. International Journal of Gynecology and Obstetrics 2004; 86:70-8.

233. Promislow JH, Makarushka CM, Gorman JR, Howards PP, Savitz DA, Hartmann KE. Recruitment for a community-based study of early pregnancy: the Right From The Start study. Paediatric and Perinatal Epidemiology 2004; 18:143-52.

234. Savitz DA, Kaufman JS, Dole N, Siega-Riz AM, Thorp JM, Kaczor DT. Poverty, education, race and pregnancy outcome. Ethnicity and Disease 2004; 14:322-9.

235. Savitz DA, Kirby RS. Training the next generation of reproductive, perinatal and paediatric epidemiologists. Paediatric and Perinatal Epidemiology 2004; 18:240-2.

236. Siega-Riz AM, Savitz DA, Zeisel SH, Thorp JM, Herring A. Second trimester folate status and preterm birth. American Journal of Obstetrics and Gynecology 2004; 191:1851-7.

237. Symanski E, Savitz DA, Singer PC. Assessing spatial fluctuations, temporal variability, and measurement error in estimated levels of disinfection by-products in tap water: implications for exposure assessment. Occupational and Environmental Medicine 2004; 61:65-72.

238. Vahratian A, Zhang J, Troendle JF, Savitz DA, Siega-Riz AM. Maternal prepregnancy overweight and obesity and the pattern of labor progression in term nulliparous women. Obstetrics and Gynecology 2004; 104:943-51.

239. Vahratian A, Siega-Riz AM, Savitz DA, Thorp JM. Multivitamin use and the risk of preterm birth. American Journal of Epidemiology 2004; 160:886-92.

240. Vahratian A, Siega-Riz AM, Savitz DA, Zhang J. Maternal pre-pregnancy overweight and obesity and the risk of cesarean delivery in nulliparous women. Annals of Epidemiology 2005; 15:467-74

241. Yang J, Hartmann KE, Savitz DA, Herring AH, Dole N, Olshan AF, Thorp JM. Vaginal bleeding during pregnancy and preterm birth. American Journal of Epidemiology 2004; 160:118-25.

**2005**

242. Ananth CV, Platt RW, Savitz DA. Regression models for clustered binary responses: implications of ignoring the intracluster correlation in an analysis of perinatal mortality in twin gestations. Annals of Epidemiology 2005; 15:293-301.

243. Bouzan C, Cohen JT, Connor WE, Kris-Etherton PM, Gray GM, König A, Lawrence RS, Savitz DA, Teutsch SM. A quantitative analysis of fish consumption and stroke risk. American Journal of Preventive Medicine 2005; 29:347-352.

244. Cohen JT, Bellinger DC, Connor WE, Kris-Etherton PM, Lawrence RS, Savitz DA, Shaywitz BA, Teutsch SM, Gray GM. A quantitative risk-benefit analysis of changes in population fish consumption. American Journal of Preventive Medicine 2005; 29:325-334.

32

245.    König A, Bouzan C, Cohen JT, Connor WE, Kris-Etherton PM, Gray GM, Lawrence RS, Savitz DA, Teutsch SM. A quantitative analysis of fish consumption and coronary heart disease mortality. American Journal of Preventive Medicine 2005; 29:335-346.

246.    Engel SM, Hans CE, Savitz DA, Thorp JM, Chanock SJ, Olshan AF. Risk of spontaneous preterm birth is associated with common pro-inflammatory cytokine polymorphisms. Epidemiology 2005; 16:46-77.

247.    Engel SM, Olshan AF, Savitz DA, Thorp JM, Erichsen HC, Chanock SJ. Risk of small-for-gestational age is associated with common anti-inflammatory cytokine polymorphisms. Epidemiology 2005; 16:478-86.

248.    Franceschini N, Savitz DA, Kaufman JS, Thorp JM. Maternal urine albumin excretion and pregnancy outcome. American Journal of Kidney Disorders 2005; 45:1010-8.

249.    Gilboa SM, Mendola P, Olshan AF, Langlois PH, Savitz, DA, Loomis D, Herring AH, Fixler DE. Relation between ambient air quality and selected birth defects, seven county study, Texas, 1997 Epidemiology 2000.  American Journal of Epidemiology 2005; 162:238-52.

250.    Hall SA, Kaufman J, Millikan R, Ricketts T, Herman, Savitz DA.  Urbanization and breast cancer Epidemiology incidence in North Carolina, 1995-1999.  Annals of Epidemiology 2005; 15:796-803

251.    McPheeters ML, Miller WC, Hartmann KE, Savitz DA, Kaufman JS, Garrett JM, Thorp JM. The epidemiology of threatened preterm labor: A prospective cohort study. American Journal of Obstetrics and Gynecology 2005; 192:1325-9.

252.    Messer LC, Dole N, Kaufman JS, Savitz, DA. Pregnancy intendedness, maternal psychosocial factors and preterm birth. Maternal and Child Health Journal 2005; 26:1-10.

253.    Pompeii LA, Savitz DA, Evenson KR, Rogers B, McMahon M.  Physical exertion at work and the risk of preterm delivery and small-for-gestational-age birth.  Obstetrics and Gynecology 2005; 106:1279-88.

254.    Sagiv SK, Mendola P, Loomis D, Herring AH, Neas LM, Savitz DA, Poole C. A time-series analysis of air pollution and preterm birth in Pennsylvania, 1997-2001. Environmental Health Perspectives 2005; 113:602-6.

255.    Salafia CM, Maas E, Thorp JM, Eucker B, Pezzullo JC, Savitz DA.  Measures of placental growth in relation to birth weight and gestational age. American Journal of Epidemiology 2005; 162: 991-998.

256.    Savitz DA, Dole N, Herring AM, Kaczor D, Murphy J, Siega-Riz AM, Thorp JM, MacDonald TL. Should spontaneous and medically indicated preterm births be separated for studying aetiology? Paediatric and Perinatal Epidemiology 2005; 19:97-105.

257.    Savitz DA, Dole N, Siega-Riz AM, Kaczor DA, Kaufman J, Herring AH, Thorp JM. Probability samples of area births version clinic populations for reproductive epidemiology studies. Paediatric and Perinatal Epidemiology 2005; 19:315-322.

258.    Strauss RA, Eucker B, Savitz DA, Thorp JM. Diagnosis of bacterial vaginosis from self-obtained vaginal swabs. Infectious Diseases in Obstetrics and Gynecology 2005; 13:31-35.

33

SAVITZ0000060

259.  Vahratian A, Siega-Riz AM, Savitz DA, Zhang J. Maternal pre-pregnancy overweight and obesity and the risk of cesarean delivery in nulliparous women. Annals of Epidemiology 2005; 15:467-74.

260.  Yang J, Hartmann KE, Herring AH, Savitz DA. Reducing misclassification in assignment of timing of events during pregnancy. Epidemiology 2005; 16:121-3.

261.  Yang J, Savitz DA, Dole N, Hartmann KE, Herring AH, Olshan AF, Thorp JM. Predictors of vaginal bleeding during the first two trimesters of pregnancy. Paediatric and Perinatal Epidemiology 2005; 19:276-83.

**2006**

262.  Daniels JL, Savitz DA, Bradley C, Dole N, Evenson KR, Eucker B, Herring AH, Siega-Riz AM, Thorp JM.  Attitudes toward participation in a pregnancy and child cohort study. Paediatric and Perinatal Epidemiology 2006; 20:260-6.

263.  Engel SM, Olshan AF, Siega-Riz AM, Savitz DA, Chanock SJ. Polymorphisms in folate metabolizing genes and risk for spontaneous preterm and small-for-gestational age birth. American Journal of Obstetrics and Gynecology 2006; 195:1231.e1-11.

264.  Farr SL, Cai J, Savitz DA, Sandler DP, Hoppin JA, Cooper GS. Pesticide exposure and timing of menopause: The Agricultural Health Study. American Journal of Epidemiology 2006; 163:731-42

265.  Forssen UM, Lonn S, Ahlbom A, Savitz DA, Feychting M. Occupational magnetic field exposure and the risk of acoustic neuroma. American Journal of Industrial Medicine 2006; 49:112-8.

266.  Gilboa SM, Mendola P, Olshan AF, Harness C, Loomis D, Langlois PH, Savitz DA, Herring AH. Comparison of residential geocoding methods in population-based study of air quality and birth defects. Environmental Research 2006; 256-262.

267.  Gilboa SM, Mendola P, Olshan AF, Savitz DA, Herring AH, Loomis D, Langlois PH, Keating K. Characteristics that predict locating and interviewing mothers identified by a state birth defects registry and vital records.Birth Defects Research Part A: Clinical and Molecular Teratology 2006; 76:60-5.

268.  Howard DL, Marshall SS, Kaufman JS, Savitz DA.Variations in low birth weight and preterm delivery among blacks in relation to ancestry and nativity: New York City, 1998-2002. Pediatrics 2006; 118:e1399-405.

269.  Laraia BA, Messer L, Kaufmann JS, Dole N, Caughy M, O'Campo P, Savitz DA. Direct observation of neighborhood attributes in an urban area of the US south: characterizing the social context of pregnancy.  International Journal of Health Geography 2006; 17:5:11.

270.  Lindsay L, Jackson LA, Savitz DA, Weber DJ, Koch GG, Kong L, Guess HA.  Community influenza activity and risk of acute influenza-like illness episodes among healthy unvaccinated pregnant and postpartum women. American Journal of Epidemiology 2006; 163:838-48.

271.  Messer LC, Kaufman JS, Dole N, Savitz DA, Laraia BA. Neighborhood crime, deprivation and preterm birth. Annals of Epidemiology 2006; 16:455-462.

272.  Savitz DA, Dole N, Herring AH.  Methodologic issues in the design and analysis of epidemiologic studies of pregnancy outcome. Statistical Methods in Medical Research 2006; 15:93-102.

SAVITZ0000061

273.   Savitz DA, Herring AH, Mezei G, Evenson KR, Terry JW Jr., Kavet R.  Physical activity and magnetic field exposure in pregnancy.  Epidemiology 2006; 17:222-5.

274.   Savitz DA, Meyer RE, Tanzer JM, Mirvish SS, Lewin F. Public health implications of smokeless tobacco use as a harm reduction strategy. American Journal Public Health 2006; 96:1934-9.

275.   Savitz DA, Singer PC, Herring AH, Hartmann KE, Weinberg HS, Makarushka C. Exposure to drinking water disinfection by-products and pregnancy loss. American Journal of Epidemiolology 2006; 164:1043-51.

276.   Weinberg HS, Pereira VRPJ, Singer PC, Savitz DA.  Considerations for improving the accuracy of exposure to disinfection by-products by ingestion in epidemiologic studies.  Science of the Total Environment 2006; 354:35-42.

277.   Wright JM, Murphy PA, Nieuwenhuijsen MJ, Savitz DA. The impact of water consumption, point-of-use filtration and exposure categorization on exposure misclassification of ingested drinking water contaminants. Science of the Total Environment 2006; 366:65-73.

**2007**

278.   Forssén UM, Herring AH, Savitz DA, Nieuwenhuijsen MJ, Murphy PA, Singer PC, Wright JM. Predictors of use and consumption of public drinking water among pregnant women.  Journal of Exposure Science and Environmental Epidemiology 2007; 17:159-69. PMID: 16670711

279.   Harville EW, Savitz DA, Dole N, Herring AH, Thorp JM, Light KC. Patterns of salivary cortisol secretion in pregnancy and implications for assessment protocols. Biological Psychology 2007; 74:85-91. PMID: 16979811

280.   Harville EW, Savitz DA, Dole N, Thorp JM Jr, Herring AH.  Psychological and biological markers of stress and bacterial vaginosis in pregnant women. BJOG: An International Journal of Obstetrics and Gynaecology 2007; 114:216-23. PMID: 17305894

281.   Hogan SL, Cooper GS, Savitz DA, Nylander-French LA, Parks CG, Chin H, Jennette CE, Lionaki S, Jennette JC, Falk RJ. Association of silica exposure with anti-neutrophil cytoplasmic autoantibody small-vessel vasculitis: a population-based, case-control study. Clinical Journal of the American Society of Nephrology 2007; 2:290-9. PMID: 17699427

282.   Kheifets L, Ahlbom A, Johansen C, Feychting M, Sahl J, Savitz D.  Extremely low-frequency magnetic fields and heart disease.  Scandinavian Journal of Work, Environment and Health 2007; 33:5-12. PMID: 17353960

283.   Kwok RK, Mendola P, Liu ZY, Savitz DA, Heiss G, Ling HL, Xia Y, Lobdell D, Zeng D, Thorp JM Jr, Creason JP, Mumford JL.  Drinking water arsenic exposure and blood pressure in healthy women of reproductive age in Inner Mongolia, China. Toxicology Applied Pharmacology 2007; 222:337-43. PMID: 17509635

284.   Luben TJ, Olshan AF, Herring AH, Jeffay S, Strader L, Buus RM, Chan RL, Savitz DA, Singer PC, Weinberg HS, Perreault SD. The healthy men study: an evaluation of exposure to disinfection by-products in tap water and sperm quality. Environmental Health Perspectives 2007; 115:1169-76. PMCID: PMC1940094

285.   Olshan AF, Perreault SD, Bradley L, Buus RM, Strader LF, Jeffay SC, Lansdell L, Savitz DA, Herring A. The healthy men study: design and recruitment considerations for environmental epidemiologic studies in male reproductive health. Fertility and Sterility 2007; 87:554-64. PMID: 17140573.

35

SAVITZ0000062

**2008**

286.   Daniels JL, Forssen U, Hultman CM, Cnattingius S, Savitz DA, Feychting M, Sparen P. Parental psychiatric disorders associated with autism spectrum disorders in the offspring. Pediatrics 2008; 121:e1357-62. PMID: 18450879

287.   Elliott P, Savitz DA. Design issues in small-area studies of environment and health. Environmental Health Perspectives 2008; 116:1098-104. PMCID: PMC2516594

288.   Harville EW, Savitz DA, Dole N, Herring AH, Thorp JM, Light KC. Stress and placental resistance measured by Doppler ultrasound in early and mid-pregnancy. Ultrasound in Obstetrics and Gynecology 2008; 32:23-30. PMID: 18546420

289.   Hoffman CS, Mendola P, Savitz DA, Herring AH, Loomis D, Hartmann KE, Singer PC, Weinberg HS, Olshan AF. Drinking water disinfection by-product exposure and fetal growth. Epidemiology. 2008; 19:729-37. PMID: 18633330

290.   Hoffman CS, Mendola P, Savitz DA, Herring AH, Loomis D, Hartmann KE, Singer PC, Weinberg HS, Olshan AF.  Drinking water disinfection by-product exposure and duration of gestation. Epidemiology 2008; 19:738-46. PMID: 18633329

291.   Hoffman CS, Messer LC, Mendola P, Savitz DA, Herring AH, Hartmann KE. Comparison of gestational age at birth based on last menstrual period and ultrasound during the first trimester. Paediatric and Perinatal Epidemiology 2008; 22(6):587-596. PMID: 19000297

292.   MacLehose RF, Savitz DA, Herring AH, Hartmann KE, Singer PC, Weinberg HS. Drinking water disinfection by-products and time to pregnancy. Epidemiology 2008; 19:451-8. PMID: 18379423

293.   Nomura Y, Halperin JM, Newcorn JH, Davey C, Fifer WP, Savitz DA, Brooks-Gunn J. The risk for impaired learning-related abilities in childhood and educational attainment among adults born near-term. Journal of Pediatric Psychology 2008. PMCID: PMC2722131

294.   Savitz DA, Chan RL, Herring AH, Howards PP, Hartmann KE. Caffeine and miscarriage risk. Epidemiology 2008; 19:55-62. PMID: 18091004

295.   Savitz DA, Janevic TM, Engel SM, Kaufman JS, Herring AH. Ethnicity and gestational diabetes in New York City, 1995-2003. BJOG: An International Journal of Obstetrics and Gynaecology 2008; 115:969-78. PMID: 18651880

296.   Savitz DA, Oxman RT, Metzger KB, Wallenstein S, Stein D, Moline JM, Herbert R. Epidemiologic research on man-made disasters: strategies and implications of cohort definition for World Trade Center worker and volunteer surveillance program. Mount Sinai Journal of Medicine 2008; 75:77-87. PMID: 18500709

297.   Thorp JM Jr, Dole N, Herring AH, McDonald TL, Eucker B, Savitz DA, Kaczor D. Alteration in vaginal microflora, douching prior to pregnancy, and preterm birth. Paediatric and Perinatal Epidemiology 2008; 22(6):530-537. PMID: 19000290.

**2009**

298.   Ahlbom A, Feychting M, Green A, Kheifets L, Savitz DA, Swerdlow AJ; ICNIRP (International Commission for Non-Ionizing Radiation Protection) Standing Committee on Epidemiology.

SAVITZ0000063

Epidemiologic evidence on mobile phones and tumor risk: a review. Epidemiology 2009; 20:639-52. PMID: 19593153

299.   Chan RL, Olshan AF, Savitz DA, Herring AH, Daniels JL, Peterson HB, Martin SL. Maternal influences on nausea and vomiting in early pregnancy. Maternal Child Health Journal 2009. DOI 10.1007/s10995-009-0548-0. PMID: 20012346.

300.   Engel SM, Janevic TM, Stein CR, Savitz DA. Maternal smoking, preeclampsia, and infant health outcomes in New York City, 1995-2003. American Journal of Epidemiology 2009; 169(1):33-40. PMCID: PMC2720705

301.   Forssén UM, Wright JM, Herring AH, Savitz DA, Nieuwenhuijsen MJ, Murphy PA. Variability and predictors of changes in water use during pregnancy. Journal of Exposure Science and Environmental Epidemiology 2009; 19:593-602. PMID: 18830235

302.   Harville EW, Savitz DA, Dole N, Herring AH, Thorp JM. Stress questionnaires and stress biomarkers during pregnancy. Journal of Womens Health (Larchmount) 2009; 18:1425-33. PMCID: PMC2825685

303.   Hasan R, Olshan AF, Herring AH, Savitz DA, Siega-Riz AM, Hartmann KE.  Self-reported vitamin supplementation in early pregnancy and risk of miscarriage. American Journal of Epidemiology 2009; 169:1312-8. PMCID: PMC2727248

304.   Laughlin SK, Baird DD, Savitz DA, Herring AH, Hartmann KE. Prevalence of uterine leiomyomas in the first trimester of pregnancy: an ultrasound-screening study. Obstetrics & Gynecology 2009; 113(3):630-635. PMID: 19300327

305.   Moline JM, Herbert R, Crowley L, Troy K, Hodgman E, Shukla G, Udasin I, Luft B, Wallenstein S, Landrigan P, Savitz DA. Multiple myeloma in World Trade Center responders: a case series. Journal of Occupational and Environmental Medicine 2009; 51:896-902. PMID: 19620891

306.   Nomura Y, Halperin JM, Newcorn JH, Davey C, Fifer WP, Savitz DA, Brooks-Gunn J. The risk for impaired learning-related abilities in childhood and educational attainment among adults born near-term. Journal of Pediatric Psychology 2009; 34:406-18. PMCID: PMC2722131

307.   Stein CR, Ellis JA, Savitz DA, Vichinsky L, Perl SB.  Decline in smoking during pregnancy in New York City, 1995-2005.  Public Health Reports 2009; 124:841-9. PMCID: PMC2773948

308.   Stein CR, Savitz DA, Dougan M.   Serum levels of perfluorooctonoic acid and perfluorooctone sulfonate and pregnancy outcome.  American Journal of Epidemiology 2009; 170:837-46. PMID: 19692329

309.   Stein CR, Savitz DA, Janevic T, Ananth CV, Kaufman JS, Herring AH, Engel SM.  Maternal ethnic ancestry and adverse perinatal outcomes in New York City.  American Journal of Obstetrics and Gynecology 2009; 201:584.e1-9. PMCID: PMC2789914

310.   Trasande L, Lee M, Liu Y, Weitzman M, Savitz D. Incremental charges, costs, and length of stay associated with obesity as a secondary diagnosis among pregnant women. Medical Care 2009; 47:1046-52. PMID: 19820612

## 2010

311.   Chan RL, Olshan AF, Savitz DA, Herring AH, Daniels JL, Peterson HB, Martin SL. Severity and duration of nausea and vomiting symptoms in pregnancy and spontaneous abortion. Human Reproduction 2010 Nov; 25(11):2907-12. PMID: 20861299

SAVITZ0000064

312.  Frisbee SJ, Shankar A, Knox SS, Steenland K, Savitz DA, Fletcher T, Ducatman AM. Perfluorooctanoic acid, perfluorooctanesulfonate, and serum lipids in children and adolescents: Results from the C8 Health Project.  Archives of Pediatric and Adolescent Medicine 2010; 164:860-9. PMID: 20819969

313.  Janevic T, Borrell LN, Savitz DA, Herring AH, Rundle A. Neighborhood food environment and gestational diabetes in New York City. Paediatric and Perinatal Epidemiology 2010 May; 24(3):249-54.  PMID: 20415754

314.  Janevic T, Stein CR, Savitz DA, Kaufman JS, Mason SM, Herring AH. Neighborhood deprivation and adverse birth outcomes among diverse ethnic groups. Annals of Epidemiology 2010 Jun; 20(6):445-51. PMID: 20470971

315.  Laughlin SK, Herring AH, Savitz DA, Olshan AF, Fielding JR, Hartmann KE, Baird DD. Pregnancy-related fibroid reduction.  Fertility and Sterility 2010 Nov; 94(6):2421-3. PMID:20451187

316.   Mason SM, Kaufman JS, Emch ME, Hogan VK, Savitz DA.  Ethnic density and preterm birth in African-, Caribbean-, and US-Born Non-Hispanic Black populations in New York City. American Journal of Epidemiology 2010 Oct 1; 172(7):800-8. PMID:20801865

317.  Sakr CJ, Taiwo OA, Galusha DH, Slade MD, Fiellin MG, Bayer F, Savitz DA, Cullen MR. Reproductive outcomes among male and female workers at an aluminum smelter.  Journal of Occupational and Environmental Medicine 2010; 52:137-43. PMCID: PMC2830270

318.  Savitz DA, Murnane P.  Behavioral influences on preterm birth: a review.  Epidemiology   2010; 21:291-9. PMID: 20386169

319.  Steenland K, Fletcher T, Savitz DA.  Epidemiologic evidence on the health effects of perfluorooctanoic acid (PFOA).  Environmental Health Perspectives 2010; 118:1100-8. PMCID: PMC2920088

320.  Wright JM, Hoffman CS, Savitz DA. The relationship between water intake and foetal growth and preterm delivery in a prospective cohort study. BMC Pregnancy & Childbirth 2010 Aug 24; 10:48.  PMCID: PMC2940790

321.  Wright JM, Hoffman CS, Savitz DA. The relationship between water intake and foetal growth and preterm delivery in a prospective cohort study. BMC Pregnancy & Childbirth 2010; 10(1):48. PMCID: PMC2940790

## 2011

322.  Chan RL, Olshan AF, Savitz DA, Herring DA, Daniels JL, Peterson HB, Martin SL.  Maternal influences on nausea and vomiting in early pregnancy.  Maternal and Child Health Journal 2011 Jan; 15(1):122-7.  PMID: 20012346

323.  Horton BJ, Luben TJ, Herring AH, Savitz DA, Singer PC, Weinberg HS, Hartmann KE.  The effect of water disinfection by-products on pregnancy outcomes in two southeastern US communities.  Journal of Occupational and Environmental Medicine 2011 Oct; 53(10):1172-8. PMID: 21915074

324.  Janevic T, Savitz DA, Janevic M.  Maternal education and adverse birth outcomes among immigrant women to the United States from Eastern Europe: a test of the healthy migrant hypothesis.  Social Science and Medicine 2011 Aug; 73(3):429-35.  PMID: 21724312

SAVITZ0000065

325.    Kaufman JS, MacLehose RF, Torrone EA, Savitz DA.  A flexible Bayesian hierarchical model of preterm birth risk among US Hispanic subgroups in relation to maternal nativity and education. BMC Medical Research Methodology 2011; 11:51.  PMID: 21504612

326.    La Merril M, Stein CR, Landrigan P, Engel SM, Savitz DA. Prepregnancy body mass index, smoking during pregnancy, and infant birth weight. Annals of Epidemiology 2011Jun; 21(6):413-20. PMID: 21421328

327.    Mason SM, Kaufman JS, Daniels JL, Emch ME, Hogan VK, Savitz DA. Neighborhood ethnic density and preterm birth across seven ethnic groups in New York City. Health & Place 2011 Jan; 17(1):280-8. PMID: 21130677

328.    Mason SM, Kaufman JS, Daniels JL, Emch ME, Hogan VK, Savitz DA.  Black preterm birth risk in nonblack neighborhoods: effects of Hispanic, Asian, and non-Hispanic white ethnic densities. Annals of Epidemiology 2011 Aug; 21(8): 631-8.  PMID: 21737050

329.    Savitz DA, Stein CR, Siega-Riz AM, Herring AH.  Gestational weight gain and birth outcome in relation to prepregnancy body mass index and ethnicity. Annals of Epidemiology 2011 Feb; 21(2):78-85. PMID: 20702110

330.    Savitz DA, Stein CR, Ye F, Kellerman L, Silverman M.  The epidemiology of hospitalized postpartum depression in New York State, 1995-2004.  Annals of Epidemiology 2011 Jun; 21(6):399-406.  PMID: 21549277

331.    Stein CR, Savitz DA.  Serum perfluorinated compound concentration and attention deficit/hyperactivity disorder in children 5-18 years of age.  Environmental Health Perspectives 2011 Oct; 119(10):1466-71.  PMID: 21665566

332.    Swerdlow AJ, Feychting M, Green AC, Leeka Kheifets LK, Savitz DA.  Mobile phones, brain tumors, and the interphone study: where are we now?  Environmental Health Perspectives 2011 Nov; 119(11):1534-8.  PMID: 22171384

333.    Werner EF, Janevic TM, Illuzzi J, Funai EF, Savitz DA, Lipkind HS.  Mode of delivery in nulliparous women and neonatal intracranial injury.  Obstetrics and Gynecology 2011 Dec; 118(6):1239-46.  PMID: 22105252.

## 2012

334.    Edwards DR, Aldridge T, Baird DD, Funk MJ, Savitz DA, Hartmann KE. Periconceptional over-the-counter nonsteroidal anti-inflammatory drug exposure and risk for spontaneous abortion. Obstetrics and Gynecology 2012 Jul; 120(1):113-22. PMID: 22914399

335.    Gong J, Savitz DA, Stein CR, Engel SM.  Maternal ethnicity and pre-eclampsia in New York City, 1995-2003.  Pediatric and Perinatal Epidemiology 2012 Jan; 26(1):45-52.  PMID: 22150707

336.    Kim H, Herbert R, Landrigan P, Markowitz SB, Moline JM, Savitz DA, Todd AC, Udasin IG, Wisnivesky JP.  Increased rates of asthma among World Trade Center disaster responders. America Journal of Industrial Medicine 2012 Jan; 55(1):44-53.  PMID: 22068920

337.    Mocarski M, Savitz DA. Ethnic differences in the association between gestational diabetes and pregnancy outcome. Maternal and Child Health Journal 2012 Feb, 16(2):364-73 Mar.  PMID: 21365298

SAVITZ0000066

338.  Rivera-Núñez Z, Wright JM, Blount BC, Silva LK, Jones E, Chan RL, Pegram RA, Singer PC, Savitz DA. Comparison of trihalomethanes in tap water and blood: a case study in the United States. Environmental Health Perspectives 2012 May; 120(5):661-7. PMID: 22281753

339.  Savitz DA, Harmon Q, Siega-Riz AM, Herring AH, Dole N, Thorp JM Jr. Behavioral influences on preterm birth: integrated analysis of the pregnancy, infection, and nutrition study. Maternal Child    Health Journal 2012 Aug; 16(6):1151-63. PMID: 21989675

340.  Savitz DA, Harmon Q, Siega-Riz AM, Herring AH, Dole N, Thorp, JM.  Behavioral Influences on Preterm Birth: Integrated Analysis of the Pregnancy, Infection, and Nutrition Study.  Maternal Child Health Journal 2012 Aug; 16(6):1151-63 PMID: 21989675

341.  Savitz DA, Stein CR, Bartell SM, Elston B, Gong J, Shin HM, Wellenius GA. Perfluorooctanoic acid exposure and pregnancy outcome in a highly exposed community. Epidemiology 2012 May; 23(3):386-92. PMID: 22370857

342.  Savitz DA, Stein CR, Elston B, Wellenius GA, Bartell SM, Shin HM, Vieira VM, Fletcher T. Relationship of perfluorooctanoic Acid exposure to pregnancy outcome based on birth records in the mid-Ohio Valley. Environmental Health Perspectives 2012 Aug; 120(8):1201-7. PMID: 22450153

343.  Velez-Edwards DR, Baird DD, Hasan R, Savitz DA, Hartmann KE.  First-trimester bleeding characteristics associate with increased risk of preterm birth: data from a prospective pregnancy cohort.  Human Reproduction 2012 Jan; 27(1):54-60.  PMID: 22052384

344.  Werner EF, Savitz DA, Janevic TM, Ehsanipoor RM, Thung SF, Funai EF, Lipkind HS. Mode of delivery and neonatal outcomes in preterm, small-for-gestational-age newborns. Obstetrics and Gynecology 2012 Sep; 120(3):560-4.  PMID: 22914464

## 2013

345.  Engel SM, Scher E, Wallenstein S, Savitz DA, Alsaker ER, Trogstad L, Magnus P. Maternal active and passive smoking and hypertensive disorders of pregnancy: risk with trimester-specific exposures. Epidemiology 2013 May; 24(3):379-86. doi: 10.1097/EDE.0b013e3182873a73. PMID: 23429405 [PubMed - in process]

346.  Mukherjee S, Velez Edwards DR, Baird DD, Savitz DA, Hartmann KE. Risk of miscarriage among black women and white women in a U.S. Prospective Cohort Study. American Journal of Epidemiology 2013 Jun 1; 177(11):1271-8. PMID: 23558353

347.  Ness RB, Bodnar L, Holzman C, Platt RW, Savitz DA, Shaw GM, Klebanoff M. Thoughts on the future of reproductive and perinatal epidemiology. Paediatric and Perinatal Epidemiology 2013 Jan; 27(1):11-9.  PMID: 23215705

348.  Nguyen NC, Evenson KR, Savitz DA, Chu H, Thorp JM, Daniels JL. Physical activity and maternal-fetal circulation measured by Doppler ultrasound. Journal of Perinatology 2013 Feb; 33(2):87-93 . PMID: 22678142

349.  Savitz DA.  Reconciling theory and practice regarding p values.  Epidemiology 2013 Sep; 24(5):781-2. doi: 10.1097/EDE.0b013e31829f39d9. No abstract available.  PMID: 23903887 [PubMed - indexed for MEDLINE]

350.  Savitz DA, Bobb JF, Carr JL, Clougherty JE, Dominici F, Elston B, Ito K, Ross Z, Yee M, Matte TD.  Ambient fine particulate matter, nitrogen dioxide, and term birth weight in New York, New York. American Journal of Epidemiology 2014 Feb 15; 179(4):457-66. PMID: 24218031

SAVITZ0000067

351. Savitz DA, Danilack VA, Engel SM, Elston B, Lipkind HS. Descriptive Epidemiology of Chronic Hypertension, Gestational Hypertension, and Preeclampsia in New York State, 1995-2004. Maternal and Child Health Journal 2014 May; 18(4):829-38 PMID: 23793484

352. Stein CR, Savitz DA, Bellinger DC. Perfluorooctanoate and neuropsychological outcomes in children. Epidemiology 2013 Jul; 24(4):590-9. doi: 10.1097/EDE.0b013e3182944432. PMID: 23680941 [PubMed - in process]

353. Stein CR, Savitz DA, Bellinger DC. Perfluorooctanoate exposure in a highly exposed community and parent and teacher reports of behaviour in 6-12-year-old children. Paediatric and Perinatal Epidemiology 2014 Mar; 28(2):146-56. PMID: 24320613

354. Trasande L, Wong K, Roy A, Savitz DA, Thurston G. Exploring prenatal outdoor air pollution, birth outcomes and neonatal health care utilization in a nationally representative sample. Journal of Exposure Science and Environmental Epidemiology 2013 May-Jun; 23(3):315-21. PMID: 23340702

355. Watkins DJ, Josson J, Elston B, Bartell SM, Shin HM, Vieira VM, Savitz DA, Fletcher T, Wellenius GA. Exposure to perfluoroalkyl acids and markers of kidney function among children and adolescents living near a chemical plant. Environmental Health Perspectives 2013 May; 121(5):625-30. PMID: 23482063

356. Werner EF, Han CS, Savitz DA, Goldshore M, Lipkind HS. Health outcomes for vaginal compared with cesarean delivery of appropriately grown preterm neonates. Obstetrics and Gynecology 2013 Jun; 121(6):1195-200. doi: 10.1097/AOG.0b013e3182918a7e. PMID: 23812452 [PubMed - in process]

## 2014

357. James-Todd T, Janevic T, Brown FM, Savitz DA. Race/ethnicity, educational attainment, and pregnancy complications in New York City women with pre-existing diabetes. Paediatric and Perinatal Epidemiology 2014 Mar; 28(2):157-65. PMID: 24354778

358. Michels KA, Velez Edwards DR, Baird DD, Savitz DA, Hartmann KE. Uterine leiomyomata and cesarean birth risk: a prospective cohort with standardized imaging. Annals of Epidemiology 2014 Feb; 24(2):122-6. PMID: 24321612

359. McKenzie LM, Guo R, Witter RZ, Savitz DA, Newman LS, Adgate JL. Birth outcomes and maternal residential proximity to natural gas development in rural Colorado. Environmental Health Perspectives 2014 Apr; 122(4):412-7. PMID: 24474681

360. Prasodjo A, Pfeiffer CM, Fazili Z, Xu Y, Liddy S, Yolton K, Savitz DA, Lanphear BP, Braun JM. Serum cotinine and whole blood folate concentrations in pregnancy. Annals of Epidemiology 2014 Jul; 24(7):498-503.PMID: 24854185

361. Romano ME Savitz DS, Braun JM. Challenges and future directions to evaluating the association between prenatal exposure to endocrine-disrupting chemicals and childhood obesity. Current Epidemiology Reports 2014 Jun; 1(2):57-66 PMID 25328860

362. Savitz DA, Danilack VA, Elston B, Lipkind HS. Pregnancy-induced hypertension and diabetes and the risk of cardiovascular disease, stroke, and diabetes hospitalization in the year following delivery. American Journal of Epidemiology 2014 Jul 1; 180(1):41-4 PMID: 24879314

SAVITZ0000068

363.    Savitz DA, Klebanoff MA, Wellenius GA, Jensen ET, Longnecker MP. Persistent organochlorines and hypertensive disorders of pregnancy.  Environmental Research 2014 Jul; 132:1-5 .PMID: 24742720

364.    Stein CR, Savitz DA, Elston B, Thorpe PG, Gilboa SM.  Perfluorooctanoate Exposure and Major Birth Defects.  Reproductive Toxicology 2014 Aug; 47:15-20   PMID: 24803403

365.    Stroustrup A, Plafkin C, Savitz DA.  Impact of physician awareness on diagnosis of fetomaternal hemorrhage. Neonatology 2014; 105(4):250-5. PMID: 24526231

## 2015

366.    Avanasi R, Shin HM, Vieira VM, Savitz DA, Bartell SM.  Impact of exposure uncertainty on the association between perfluorooctanoate and preeclampsia in the C8 Health Project population. Environmental Health Perspectives 2016 Jan; 124(1):126-32. doi: 10.1289/ehp.1409044.

367.    Lewis RC, Evenson KR, Savitz DA, Meeker JD.  Temporal variability of daily personal magnetic field exposure metrics in pregnant women. Journal of Exposure Science and Environmental Epidemiology 2015 Jan; 25(1):58-64. doi: 10.1038/jes.2014.18. Epub 2014 Apr 2. PMID: 24691007

368.    Savitz DA, Elston B, Bobb JF, Clougherty JE, Dominici F, Ito K, Johnson S, McAlexander T, Ross Z, Shmool JL, Matte TD, Wellenius GA.  Ambient fine particulate matter, nitrogen dioxide, and hypertensive disorders of pregnancy in New York City.  Epidemiology 2015 Sep; 26(5):748-57. PMID: 26237745

369.    Savitz DA, Fell DB, Ortiz JR, Bhat N.  Does influenza vaccination improve pregnancy outcome? Methodological issues and research needs. Vaccine. 2015 Aug 28. pii: S0264-410X(15)01168-8. doi: 10.1016/j.Vaccine 2015.08.041.  PMID: 26319740

370.    Shmool JL, Bobb JF, Ito K, Elston B, Savitz DA, Ross Z, Matte TD, Johnson S, Dominici F, Clougherty JE.  Area-level socioeconomic deprivation, nitrogen dioxide exposure, and term birth weight in New York City.  Environmental Research 2015 Aug 26; 142:624-32. doi: 10.1016/j.envres.2015.08.019. PMID: 26318257

## 2016

371.    Borrell LN, Rodriguez-Alvarez E, Savitz DA, Baquero MC. Parental race/ethnicity and adverse birth outcomes in New York City: 2000-2010.  American Journal of Public Health 2016 Aug; 106(8):1491-7. doi: 10.2105/AJPH.2016.303242. Epub 2016 Jun 16.

372.    Casey JA, Savitz DA, Rasmussen SG, Ogburn EL, Pollak J, Mercer DG, Schwartz BS. Unconventional natural gas development and birth outcomes in Pennsylvania, USA. Epidemiology 2016 Mar; 27(2):163-72. doi: 10.1097/EDE.0000000000000387.  PMID: 26426945

373.    Danilack VA, Muri JH, Savitz DA, Caldwell DL, Wood CL.  Hospital differences in special care nursery use for newborns of gestational diabetic mothers.  Journal of Maternal and Fetal Neonatal Medicine 2016 Sep; 29(18):3045-50. doi: 10.3109/14767058.2015.1114083. Epub 2015 Dec 23. PMID: 26700740

374.    Danilack VA, Triche EW, Dore DD, Muri JH, Phipps MG, Savitz DA.  Comparing expectant management and spontaneous labor approaches in studying the effect of labor induction on cesarean delivery.  Annals of Epidemiology 2016 Jun; 26(6):405-11.e1. doi: 10.1016/j.annepidem.2016.04.009. Epub 2016 Apr 27.  PMID: 27211604

SAVITZ0000069

375. Hutcheon JA, Fell DB, Jackson ML, Kramer MS, Ortiz JR, Savitz DA, Platt RW. Detectable risks in studies of the fetal benefits of maternal influenza vaccination. American Journal of Epidemiology 2016 Aug 1; 184(3):227-32. doi: 10.1093/aje/kww048. Epub 2016 Jun 30.  PMID: 27365363

376. Johnson S, Bobb JF, Ito K, Savitz DA, Elston B, Shmool JL, Dominici F, Ross Z, Clougherty JE, Matte T. Ambient fine particulate matter, nitrogen dioxide, and preterm birth in New York City. Environmental Health Perspectives 2016 Aug; 124(8):1283-90. doi: 10.1289/ehp.1510266. Epub 2016 Feb 5.  PMID: 26862865

377. Savitz DA.  Commentary: response to environmental pollution: more research may not be needed.  Epidemiology 2016 Nov; 27(6):919-20. doi: 10.1097/EDE.0000000000000526. PMID: 27299193

378. Stroustrup A, Plafkin C, Tran TA, Savitz DA.  Demographic and behavioral predictors of severe fetomaternal hemorrhage: a case-control study.  Neonatology 2016; 109(4):248-54. doi: 10.1159/000442082. Epub 2016 Feb 10.  PMID: 26859152

379.  Xia W, Hu J, Zhang B, Li Y, Wise JP Sr, Bassig BA, Zhou A, Savitz DA, Xiong C, Zhao J, du X, Zhou Y, Pan X, Yang J, Wu C, Jiang M, Peng Y, Qian Z, Zheng T, Xu S.  A case-control study of maternal exposure to chromium and infant low birth weight in China.  Chemosphere 2016 Feb; 144:1484-9. doi: 10.1016/j.chemosphere.2015.10.006. Epub 2015 Oct 23.  PMID: 26498095

## 2017

380. Cheng L, Zhang B, Zheng T, Hu J, Zhou A, Bassig BA, Xia W, Savitz DA, Buka S, Xiong C, Braun JM, Zhang Y, Zhou Y, Pan X, Wu C, Wang Y, Qian Z, Yang A, Romano ME, Shi K, Xu S, Li Y.  Critical Windows of Prenatal Exposure to Cadmium and Size at Birth.  International Journal of Environmental Research and Public Health 2017 Jan 9; 14(1). pii: E58. doi: 10.3390/ijerph14010058.  PMID: 28075368

381. Etzel TM, Calafat AM, Ye X, Chen A, Lanphear BP, Savitz DA, Yolton K, Braun JM.  Urinary triclosan concentrations during pregnancy and birth outcomes.  Environmental Research 2017 Jul; 156:505-511. doi: 10.1016/j.envres.2017.04.015. Epub 2017 Apr 26.  PMID: 28427038

382. Fell DB, Azziz-Baumgartner E, Baker MG, Batra M, Beauté J, Beutels P, Bhat N, Bhutta ZA, Cohen C, De Mucio B, Gessner BD, Gravett MG, Katz MA, Knight M, Lee VJ, Loeb M, Luteijn JM, Marshall H, Nair H, Pottie K, Salam RA, Savitz DA, Serruya SJ, Skidmore B, Ortiz JR; WHO taskforce to evaluate influenza data to inform vaccine impact and economic modelling. Influenza epidemiology and immunization during pregnancy: Final report of a World Health Organization working group.  Vaccine 2017 Oct 13; 35(43):5738-5750. doi: 10.1016/j.vaccine.2017.08.037. Epub 2017 Sep 1.  PMID: 28867508

383. Fell DB, Bhutta ZA, Hutcheon JA, Karron RA, Knight M, Kramer MS, Monto AS, Swamy GK, Ortiz JR, Savitz DA.  Report of the WHO technical consultation on the effect of maternal influenza and influenza vaccination on the developing fetus: Montreal, Canada, September 30-October 1, 2015.  Vaccine 2017 Apr 25; 35(18):2279-2287. doi: 10.1016/j.vaccine.2017.03.056. Epub 2017 Mar 24. PMID: 28343772

384. Hartmann KE, Velez Edwards DR, Savitz DA, Jonsson-Funk ML, Wu P, Sundermann AC, Baird DD.  Prospective cohort study of uterine fibroids and miscarriage risk.  American Journal of Epidemiology 2017 Jun; 7:1-9. doi: 10.1093/aje/kwx062. [Epub ahead of print]  PMID: 2859

385.   Kingsley SL, Eliot MN, Glazer K, Awad YA, Schwartz JD, Savitz DA, Kelsey KT, Marsit CJ, Wellenius GA.  Maternal ambient air pollution, preterm birth and markers of fetal growth in Rhode Island: results of a hospital-based linkage study.  Journal of Epidemiology and Community Health 2017 Dec; 71(12):1131-1136. doi: 10.1136/jech-2017-208963. Epub 2017 Sep 25.  PMID: 28947670

386.   Romano ME, Hawley NL, Eliot M, Calafat AM, Jayatilaka NK, Kelsey K, McGarvey S, Phipps MG, Savitz DA, Werner EF, Braun JM.  Variability and predictors of urinary concentrations of organophosphate flame retardant metabolites among pregnant women in Rhode Island. Environmental Health 2017 Apr 11; 16(1):40. doi: 10.1186/s12940-017-0247-z.  PMID: 28399857

387.   Silverman ME, Reichenberg A, Savitz DA, Cnattingius S, Lichtenstein P, Hultman CM, Larsson H, Sandin S.  The risk factors for postpartum depression: A population-based study.  Depression and Anxiety 2017 Feb; 34(2):178-187. doi: 10.1002/da.22597. Epub 2017 Jan 18. PMID: 28098957

## 2018

388.   Chenwi HF, Savitz DA.  Distribution of preventive dental care during pregnancy in Rhode Island, 2012 to 2015.  Rhode Island Medical Journal 2013;. 2018 Nov 1; 101(9):19-22.  PMID: 30384514

389.   Choe SA, Kauderer S, Eliot MN, Glazer KB, Kingsley SL, Carlson L, Awad YA, Schwartz JD, Savitz DA, Wellenius GA.  Air pollution, land use, and complications of pregnancy.  Science of the Total Environment 2018; Dec 15; 645:1057-1064. doi: 10.1016/j.scitotenv.2018.07.237. PMID: 30248831

390.   Glazer KB, Eliot MN, Danilack VA, Carlson L, Phipps MG, Dadvand P, Savitz DA, Wellenius GA.  Residential green space and birth outcomes in a coastal setting. Environmental Research 2018; May; 163:97-107. doi: 10.1016/j.envres.2018.01.006. Epub 2018 Feb 22.  PMID: 29433021

391.   Guelfo JL, Marlow T, Klein DM, Savitz DA, Frickel S, Crimi M, Suuberg EM.  Evaluation and management strategies for per- and polyfluoroalkyl substances (PFASs) in drinking water aquifers: perspectives from impacted U.S. northeast communities.  Environmental Health Perspectives 2018 Jun 15; 126(6):065001. doi: 10.1289/EHP2727. PMID: 29916808

392.   Katon JG, Zephyrin L, Meoli A, Hulugalle A, Bosch J, Callegari L, Galvan IV, Gray KE, Haeger KO, Hoffmire C, Levis S, Ma EW, Mccabe JE, Nillni YI, Pineles SL, Reddy SM, Savitz DA, Shaw JG, Patton EW.  Reproductive health of women Veterans: a systematic review of the literature from 2008 to 2017.  Seminars in Reprodive Medicine 2018 Nov; 36(6):315-322. doi: 10.1055/s-0039-1678750. Epub 2019 Apr 19. PMID: 31003246

393.   Mason SM, Schnitzer PG, Danilack VA, Elston B, Savitz DA.  Risk factors for maltreatment-related infant hospitalizations in New York City, 1995-2004. Annals of Epidemiology 2018 Sep; 28(9):590-596. doi: 10.1016/j.annepidem.2018.05.010. Epub 2018 Jun 2.  PMID: 30153909

394.   Savitz DA.  When is epidemiological research a helpful response to industrial contamination? Epidemiologia & Prevenzione 2018 Sep-Dec;42(5-6S1):89-92. doi: 10.19191/EP18.5-6.S1.P089.091.  PMID: 30322239

SAVITZ0000071

395. Steenland K, Barry V, Savitz D.  Serum perfluorooctanoic acid and birthweight: an updated meta-analysis with bias analysis. Epidemiology 2018 Nov; 29(6):765-776. doi: 10.1097/EDE.0000000000000903. PMID: 30063543

**2019**

396. Bengtson AM, Sanfilippo AM, Hughes BL, Savitz DA.  Maternal immunisation to improve the health of HIV-exposed infants.  Lancet Infect Dis. 2019 Apr; 19(4):e120-e131. doi: 10.1016/S1473-3099(18)30545-0. PMID: 30529212

397. Conradt E, Flannery T, Aschner JL, Annett RD, Croen LA, Duarte CS, Friedman AM, Guille C, Hedderson MM, Hofheimer JA, Jones MR, Ladd-Acosta C, McGrath M, Moreland A, Neiderhiser JM, Nguyen RHN, Posner J, Ross JL, Savitz DA, Ondersma SJ, Lester BM.  Prenatal opioid exposure: neurodevelopmental consequences and future research priorities.  Pediatrics. 2019 Sep; 144(3). pii: e20190128. doi: 10.1542/peds.2019-0128. PMID: 31462446

398. Choe SA, Eliot MN, Savitz DA, Wellenius GA.  Ambient air pollution during pregnancy and risk of gestational diabetes in New York City.  Environmental Research 2019 Aug; 175:414-420. doi: 10.1016/j.envres.2019.04.030. Epub 2019 May 24. PMID: 31154231

399. Danilack VA, Hutcheon JA, Triche EW, Dore DD, Muri JH, Phipps MG, Savitz DA.  Development and validation of a risk prediction model for cesarean delivery after labor induction. J Womens Health (Larchmt). 2019 Oct 29. doi: 10.1089/jwh.2019.7822. PMID: 31657668

400. Drucker AM, Li WQ, Savitz DA, Weinstock MA, Han J, Li T, Qureshi AA, Cho E.  Association between health maintenance practices and skin cancer risk as a possible source of detection bias. JAMA Dermatology 2019 Mar 1;155(3):353-357. doi: 10.1001/jamadermatol.2018.4216.  PMID: 30586131

401. Lee HH, Hsieh YP, Murphy J, Tidey JW, Savitz DA.  Health research using Facebook to identify and recruit pregnant women who use electronic cigarettes: Internet-based nonrandomized pilot study.  JMIR Res Protoc. 2019 Oct 18; 8(10):e12444. doi: 10.2196/12444.  PMID: 31628785

402. Lee YH, Cherkerzian S, Seidman LJ, Papandonatos GD, Savitz DA, Tsuang MT, Goldstein JM, Buka SL. Maternal bacterial infection during pregnancy and offspring risk of psychotic disorders: variation by severity of infection and offspring sex.  Am J Psychiatry. 2019 Oct 4:appiajp201918101206. doi: 10.1176/appi.ajp.2019.18101206.  PMID: 31581799

403. Savitz DA, Eliot MN, Ito K, Johnson S, Manjourides J, Danilack VA, Wellenius GA. Should we adjust for delivery hospital in studies of air pollution and pregnancy outcomes? Environ Epidemiol. 2019 Oct 14;3(5):e064. doi: 10.1097/EE9.0000000000000064. PMID: 33195963; PMCID: PMC7608891.

404. Savitz DA, Wellenius GA, Trikalinos TA.  The problem with mechanistic risk of bias assessments in evidence synthesis of observational studies and a practical alternative: assess the impact of specific sources of potential bias.  American Journal of Epidemiology 2019 May 30. pii: kwz131. doi: 10.1093/aje/kwz131. PMID: 31145434

**2020**

405. Beninati MJ, Ramos SZ, Danilack VA, Has P, Savitz DA, Werner EF. Prediction model for vaginal birth after induction of labor in women with hypertensive disorders of pregnancy. Obstet Gynecol. 2020 Aug;136(2):402-410. doi: 10.1097/AOG.0000000000003938. PMID: 32649502.

SAVITZ0000072

406.  Brunwasser SM, Snyder BM, Driscoll AJ, Fell DB, Savitz DA, Feikin DR, Skidmore B, Bhat N, Bont LJ, Dupont WD, Wu P, Gebretsadik T, Holt PG, Zar HJ, Ortiz JR, Hartert TV. Assessing the strength of evidence for a causal effect of respiratory syncytial virus lower respiratory tract infections on subsequent wheezing illness: a systematic review and meta-analysis. Lancet Respir Med. 2020 Aug;8(8):795-806. doi: 10.1016/S2213-2600(20)30109-0. Erratum in: Lancet Respir Med. 2021 Jan;9(1):e10. PMID: 32763206; PMCID: PMC7464591.

407.  Crawford KA, Hawley N, Calafat AM, Jayatilaka NK, Froehlich RJ, Has P, Gallagher LG, Savitz DA, Braun JM, Werner EF, Romano ME. Maternal urinary concentrations of organophosphate ester metabolites: associations with gestational weight gain, early life anthropometry, and infant eating behaviors among mothers-infant pairs in Rhode Island. Environ Health. 2020 Sep 11;19(1):97. doi: 10.1186/s12940-020-00648-0. PMID: 32917231; PMCID: PMC7488675.

408.  Danilack VA, Hutcheon JA, Triche EW, Dore DD, Muri JH, Phipps MG, Savitz DA. Development and validation of a risk prediction model for cesarean delivery after labor induction. J Womens Health (Larchmt). 2020 May;29(5):656-669. doi: 10.1089/jwh.2019.7822. Epub 2019 Oct 29.  PMID: 31657668

409.  Driscoll AJ, Arshad SH, Bont L, Brunwasser SM, Cherian T, Englund JA, Fell DB, Hammitt LL, Hartert TV, Innis BL, Karron RA, Langley GE, Mulholland EK, Munywoki PK, Nair H, Ortiz JR, Savitz DA, Scheltema NM, Simões EAF, Smith PG, Were F, Zar HJ, Feikin DR.  Does respiratory syncytial virus lower respiratory illness in early life cause recurrent wheeze of early childhood and asthma? Critical review of the evidence and guidance for future studies from a World Health Organization-sponsored meeting.  Vaccine. 2020 Mar 4; 38(11):2435-2448. doi: 10.1016/j.vaccine.2020.01.020. Epub 2020 Jan 20. PMID: 31974017

410.  Glazer KB, Danilack VA, Field AE, Werner EF, Savitz DA. Term labor induction and cesarean delivery risk among obese women with and without comorbidities. Am J Perinatol. 2020 Jul 28. doi: 10.1055/s-0040-1714422. Epub ahead of print. PMID: 32722823.

411.  Glazer KB, Danilack VA, Werner EF, Field AE, Savitz DA.  Elucidating the role of overweight and obesity in racial and ethnic disparities in cesarean delivery risk Ann Epidemiol. 2020 Feb; 42:4-11.e4. doi: 10.1016/j.annepidem.2019.12.012. Epub 2020 Jan 7.  PMID: 32005568

412.  Hu H, Zhao J, Savitz DA, Prosperi M, Zheng Y, Pearson TA.  An external exposome-wide association study of hypertensive disorders of pregnancy.  Environment International 2020 May 12; 141:105797. doi: 10.1016/j.envint.2020.105797.  PMID: 32413622

413.  Lee YH, Papandonatos GD, Savitz DA, Heindel WC, Buka SL.  Effects of prenatal bacterial infection on cognitive performance in early childhood. Paediatr Perinat Epidemiol. 2020 Jan; 34(1):70-79. doi: 10.1111/ppe.12603. Epub 2019 Dec 13. PMID: 31837043

414.  Lewkowitz AK, López JD, Werner EF, Ranney ML, Macones GA, Rouse DJ, Savitz DA, Cahill AG. Effect of a novel smartphone application on breastfeeding rates among low-income, first-time mothers intending to exclusively breastfeed: secondary analysis of a randomized controlled trial. Breastfeed Med. 2021 Jan;16(1):59-67. doi: 10.1089/bfm.2020.0240. Epub 2020 Oct 20. PMID: 33085510; PMCID: PMC7826429.

415.  Malhamé I, Mehta N, Raker CA, Hardy EJ, Spalding H, Bouvier BA, Savitz DA, Danilack VA. Identifying cardiovascular severe maternal morbidity in epidemiologic studies.  Paediatr Perinat Epidemiol. 2020 Jan 23. doi: 10.1111/ppe.12571. Online ahead of print.  PMID: 31971615

416.  Savitz DA. Reconciling epidemiology's aspirations and capabilities. Am J Epidemiol. 2020 Dec 16:kwaa271. doi: 10.1093/aje/kwaa271. Epub ahead of print. PMID: 33324974.

46

SAVITZ0000073

417.  Steenland K, Fletcher T, Stein CR, Bartell SM, Darrow L, Lopez-Espinosa MJ, Barry Ryan P, Savitz DA. Review: Evolution of evidence on PFOA and health following the assessments of the C8 Science Panel. Environ Int. 2020 Dec;145:106125. doi: 10.1016/j.envint.2020.106125. Epub 2020 Sep 18. PMID: 32950793.

## 2021

418.  Bengtson AM, Ramos SZ, Savitz DA, Werner EF. Risk factors for progression from gestational diabetes to postpartum Type 2 diabetes: a review. Clin Obstet Gynecol. 2021 Mar 1;64(1):234-243. doi: 10.1097/GRF.0000000000000585. PMID: 33306495; PMCID: PMC7855576.

419.  Dalla Zuanna T, Savitz DA, Barbieri G, Pitter G, Zare Jeddi M, Daprà F, Fabricio ASC, Russo F, Fletcher T, Canova C. The association between perfluoroalkyl substances and lipid profile in exposed pregnant women in the Veneto region, Italy. Ecotoxicol Environ Saf. 2021 Feb;209:111805. doi: 10.1016/j.ecoenv.2020.111805. Epub 2020 Dec 24. PMID: 33360787.

420.  Fell DB, Dimitris MC, Hutcheon JA, Ortiz JR, Platt RW, Regan AK, Savitz DA. Guidance for design and analysis of observational studies of fetal and newborn outcomes following COVID-19 vaccination during pregnancy. Vaccine. 2021 Apr 1;39(14):1882-1886. doi: 10.1016/j.vaccine.2021.02.070. Epub 2021 Mar 2. PMID: 33715900; PMCID: PMC7923848.

421.  Haviland MJ, Nillni YI, Fox MP, Savitz DA, Hatch EE, Rothman KJ, Hacker MR, Wang TR, Wise LA. Psychotropic medication use during pregnancy and gestational age at delivery. Ann Epidemiol. 2021 Jan;53:34-41.e2. doi: 10.1016/j.annepidem.2020.08.010. Epub 2020 Aug 22. PMID: 32835770; PMCID: PMC7736493.

422.  Savitz DA. Point: Reconciling Epidemiology's Aspirations and Capabilities. Am J Epidemiol. 2021 Jun 1;190(6):977-979. doi: 10.1093/aje/kwaa271. PMID: 33324974; PMCID: PMC8921614.

423.  Savitz DA. Epidemiology and biological plausibility in assessing causality. Environ Epidemiol. 2021 Nov 11;5(6):e177. doi: 10.1097/EE9.0000000000000177. PMID: 34909557; PMCID: PMC8663842.

424.  Savitz DA, Forastiere F. Do pooled estimates from meta-analyses of observational epidemiology studies contribute to causal inference? Occup Environ Med. 2021 Sep;78(9):621-622. doi: 10.1136/oemed-2021-107702. Epub 2021 Jun 22. PMID: 34158356.

425.  Savitz DA, Hu H. Ambient heat and stillbirth in Northern and Central Florida. Environ Res. 2021 May 8;199:111262. doi: 10.1016/j.envres.2021.111262. Epub ahead of print. PMID: 33974845.

426.  Sun S, Savitz DA, Wellenius GA. Changes in Adverse Pregnancy Outcomes Associated With the COVID-19 Pandemic in the United States. JAMA Netw Open. 2021 Oct 1;4(10):e2129560. doi: 10.1001/jamanetworkopen.2021.29560. PMID: 34652449; PMCID: PMC8520131.

427.  Viet SM, Falman JC, Merrill LS, Faustman EM, Savitz DA, Mervish N, Barr DB, Peterson LA, Wright R, Balshaw D, O'Brien B. Human Health Exposure Analysis Resource (HHEAR): A model for incorporating the exposome into health studies. Int J Hyg Environ Health. 2021 May 23;235:113768. doi: 10.1016/j.ijheh.2021.113768. Epub ahead of print. PMID: 34034040.

428.  Wise LA, Wang TR, Wesselink AK, Willis SK, Chaiyasarikul A, Levinson JS, Rothman KJ, Hatch EE, Savitz DA. Accuracy of self-reported birth outcomes relative to birth certificate data in an Internet-based prospective cohort study. Paediatr Perinat Epidemiol. 2021 May 6. doi: 10.1111/ppe.12769. Epub ahead of print. PMID: 33956369.

SAVITZ0000074

**2022**

429.   Gantenberg JR, van Aalst R, Zimmerman N, Limone B, Chaves SS, La Via WV, Nelson CB, Rizzo C, Savitz DA, Zullo AR. Medically Attended Illness due to Respiratory Syncytial Virus Infection Among Infants Born in the United States Between 2016 and 2020. J Infect Dis. 2022 Aug 15;226(Suppl 2):S164-S174. doi: 10.1093/infdis/jiac185. PMID: 35968869; PMCID: PMC9377038.

430.   Gould AJ, Ding JJ, Recabo O, Has P, Savitz DA, Danilack VA, Lewkowitz AK. Risk factors for respiratory distress syndrome among high-risk early-term and full-term deliveries. J Matern Fetal Neonatal Med. 2022 Dec;35(26):10401-10405. doi: 10.1080/14767058.2022.2128657. Epub 2022 Oct 9. PMID: 36210090; PMCID: PMC9851950.

431.   Malhamé I, Raker CA, Hardy EJ, Spalding H, Bouvier BA, Hurlburt H, Vrees R, Daskalopoulou SS, Nerenberg K, Savitz DA, Mehta N, Danilack VA. Development and Internal Validation of a Risk Prediction Model for Acute Cardiovascular Morbidity in Preeclampsia. Can J Cardiol. 2022 Oct;38(10):1591-1599. doi: 10.1016/j.cjca.2022.05.007. Epub 2022 Jun 13. PMID: 35709932.

432.   Nulty AK, Bovbjerg ML, Savitz DA, Herring AH, Bradley CB, Evenson KR. Maternal Physical Activity at Term and Spontaneous Labor: A Case-Crossover Study. J Phys Act Health. 2022 Feb 1;19(2):99-107. doi: 10.1123/jpah.2021-0160. Epub 2022 Jan 8. PMID: 34998275.

433.   Savitz DA, Danilack VA, Cochancela J, Hughes BL, Rouse DJ, Gutmann R. Health Outcomes Associated With Clinician-initiated Delivery for Hypertensive Disorders at 34-38 Weeks' Gestation. Epidemiology. 2022 Mar 1;33(2):260-268. doi: 10.1097/EDE.0000000000001442. PMID: 34799472; PMCID: PMC8810678.

434.   Savitz DA, Wellenius GA. Can Cross-Sectional Studies Contribute to Causal Inference? It Depends. Am J Epidemiol. 2022 Mar 1:kwac037. doi: 10.1093/aje/kwac037. Epub ahead of print. PMID: 35231933.

435.   Skarha J, Dominick A, Spangler K, Dosa D, Rich JD, Savitz DA, Zanobetti A. Provision of Air Conditioning and Heat-Related Mortality in Texas Prisons. JAMA Netw Open. 2022 Nov 1;5(11):e2239849. doi: 10.1001/jamanetworkopen.2022.39849. Erratum in: JAMA Netw Open. 2022 Dec 1;5(12):e2249232. PMID: 36322085; PMCID: PMC9631100.

436.   Stein CR, Wu H, Bellinger DC, Smith DR, Wolff MS, Savitz DA. Exposure to metal mixtures and neuropsychological functioning in middle childhood. Neurotoxicology. 2022 Dec;93:84-91. doi: 10.1016/j.neuro.2022.09.003. Epub 2022 Sep 16. PMID: 36122627.

437.   Wesselink AK, Wise LA, Hatch EE, Mikkelsen EM, Savitz DA, Kirwa K, Rothman KJ. A Prospective Cohort Study of Seasonal Variation in Spontaneous Abortion. Epidemiology. 2022 May 1;33(3):441-448. doi: 10.1097/EDE.0000000000001474. PMID: 35213511.

438.   Yland JJ, Crowe HM, Hatch EE, Willis SK, Wang TR, Mikkelsen EM, Savitz DA, Walkey AJ, Rothman KJ, Wise LA. A prospective study of preconception asthma and spontaneous abortion. Ann Epidemiol. 2022 Feb 27:S1047-2797(22)00024-2. doi: 10.1016/j.annepidem.2022.02.006. Epub ahead of print. PMID: 35235814.

**2023**

SAVITZ0000075

439.  Bailey JM, Wang L, McDonald JM, Gray JS, Petrie JG, Martin ET, Savitz DA, Karrer TA, Fisher KA, Geiger MJ, Wasilevich EA. Immune response to COVID-19 vaccination in a population with a history of elevated exposure to per- and polyfluoroalkyl substances (PFAS) through drinking water. J Expo Sci Environ Epidemiol. 2023 Jun 19. doi: 10.1038/s41370-023-00564-8. Epub ahead of print. PMID: 37337047.

440.  Peter-Marske KM, Hesketh KR, Herring AH, Savitz DA, Bradley CB, Evenson KR. Association Between Change in Physical Activity During Pregnancy and Infant Birth Weight. Matern Child Health J. 2023 Feb 4. doi: 10.1007/s10995-023-03604-9. Epub ahead of print. PMID: 36738421.

441.  Polnaszek BE, Danilack VA, Has P, Russo M, Hamel M, Tuuli MG, Savitz DA, Lewkowitz AK. Risk of Spontaneous Obstetric Anal Sphincter Injury Following Non-Operative Vaginal Delivery in a High-Risk Cohort. R I Med J (2013). 2023 Mar 1;106(2):43-44. PMID: 36848543.

442.  Ramos SZ, Has P, Gimovsky A, Danilack VA, Savitz D, Lewkowitz AK. Outcomes Among Neonates After a Diagnosis of Persistent or Transient Fetal Growth Restriction Delivered at Term. Am J Perinatol. 2023 Mar 9. doi: 10.1055/a-2051-3859. Epub ahead of print. PMID: 36894159.

443.  Ramos SZ, Lewkowitz AK, Lord MG, Has P, Danilack VA, Savitz DA, Werner EF. Predicting primary cesarean delivery in pregnancies complicated by gestational diabetes mellitus. Am J Obstet Gynecol. 2023 Jun 7:S0002-9378(23)00371-X. doi: 10.1016/j.ajog.2023.06.002. Epub ahead of print. PMID: 37290567.

444.  Savitz DA. Enhancing Epidemiology's Impact on Policy: Mediation by Expert Committees. Am J Epidemiol. 2023 Mar 31:kwad078. doi: 10.1093/aje/kwad078. Epub ahead of print. PMID: 37005087.

445.  Savitz DA, Hattersley AM. Evaluating Chemical Mixtures in Epidemiological Studies to Inform Regulatory Decisions. Environ Health Perspect. 2023 Apr;131(4):45001. doi: 10.1289/EHP11899. Epub 2023 Apr 6. PMID: 37022726; PMCID: PMC10078806.

446.  Skarha J, Spangler K, Dosa D, Rich JD, Savitz DA, Zanobetti A. Heat-related mortality in U.S. state and private prisons: A case-crossover analysis. PLoS One. 2023 Mar 1;18(3):e0281389. doi: 10.1371/journal.pone.0281389. PMID: 36857338; PMCID: PMC9976996.

447.  Woskie SR, Bello A, Rennix C, Jiang L, Trivedi AN, Savitz DA. Burn Pit Exposure Assessment to Support a Cohort Study of U.S. Veterans of the Wars in Iraq and Afghanistan. J Occup Environ Med. 2023 Jan 11. doi: 10.1097/JOM.0000000000002788. Epub ahead of print. PMID: 36728333.

**BOOKS**

Bertollini R, Lebowitz MD, Saracci R, Savitz DA (editors).  Environmental epidemiology.  Exposure and disease.  Proceedings of an international workshop on priorities in environmental epidemiology.  Boca Raton, FL: Lewis Publishers, 1995.

Steenland K, Savitz DA (editors).  Topics in environmental epidemiology.  New York, NY: Oxford University Press, 1997.

Savitz DA. Interpreting epidemiologic evidence: strategies for study design and analysis. New York, NY: Oxford University Press, 2003.

SAVITZ0000076

Savitz DA, Wellenius GA.  Interpreting epidemiologic evidence:  connecting research to applications, Second Edition.  New York, NY: Oxford University Press, 2016.


**Invited Editorials/Commentaries**

Savitz DA.  Measurements, estimates, and inferences in reporting study results.  American Journal of Epidemiology 1992; 135:223-4.

Savitz DA.  Health effects of low-frequency electric and magnetic fields.  Environmental Science and Technology 1993; 27:52-4.

Feychting M, Ahlbom A, Savitz D.  Electromagnetic fields and childhood leukemia.  Epidemiology 1998; 9:225-6.

Savitz DA.  Invited commentary:  what can we infer from author order in epidemiology?  American Journal of Epidemiology 1999; 149:401-3.

Savitz DA. Reply: comment by S. Milham. Bioelectromagnetics 2000; 21:412.

Savitz DA.  Commentary:  Prior specification of hypotheses:  cause or just a correlate of informative studies?  International Journal of Epidemiology 2001; 30:957-58.

Savitz DA.  Environmental exposure and childhood cancer:  Doing our best may not be good enough.  American Journal of Public Health 2001; 91:562-63.

Savitz DA.  Invited commentary:  Electromagnetic fields and cancer in railway workers.  American Journal of Epidemiology 2001; 153:836-38.

Savitz DA.  Occupational exposure to magnetic fields and brain cancer.  Occupational and Environmental Medicine 2001; 58:617-18.

Savitz DA.  Commentary:  Magnetic fields and miscarriage.  Epidemiology 2002; 13:1-3

Savitz, DA.  Commentary: Health effects of electric and magnetic fields:  Are we done yet?  Epidemiology 2003; 14:15-17.

Savitz, DA Commentary: Ethnic differences in gestational age exist, but are they 'normal'? International Journal of Epidemiology 2004; 33:114-5

Savitz DA. Mixed signals on cell phones and cancer. Epidemiology 2004; 15:651-2.

Savitz DA. Why senior epidemiologists should write and publish papers. Epidemiology 2004; 15:381-2.

Savitz DA. Delimiting the role of ethical reasoning in epidemiology. European Journal of Epidemiology 2007; 22:211- 3.

Savitz DA. Guest editorial: biomarkers of perfluorinated chemicals and birth weight. Environmental Health Perspectives 2007; 115:A528-9.

Savitz DA. Delimiting the role of ethical reasoning in epidemiology. European Journal of Epidemiology 2007; 22:211-3.

Savitz DA. Disaggregating preterm birth to determine etiology. American Journal of Epidemiology 2008; PMID: 18756017.

50

Savitz DA. Low prior + frightening implications = inflammatory epidemiology? Epidemiology 2008; 19:534-5.

Samet JM, Savitz DA. Education in epidemiology: "The times they are a-changin'". Epidemiology 2008; 19:345-6.

Savitz DA. How far can prenatal screening go in preventing birth defects? Journal of Pediatrics 2008; 152:3-4.

Wilcox AJ, Savitz DA, Samet JM. A tale of two toxicants: lessons from Minamata and Liaoning. Epidemiology 2008; 19:1-2.

Savitz DA.  Disaggregating preterm birth to determine etiology.  American Journal of Epidemiology 2008; 168:990-2.

Savitz DA, Ness RB. Saving the National Children's Study.  Epidemiology 2010; 21:598-601. PMID: 20631622

Savitz DA.  The etiology of epidemiologic perseveration: when enough is enough.  Epidemiology. 2010; 21:281-3. PMID: 20386168

Savitz DA, Engel LS.  Lessons for study of the health effects of oil spills. Annals of Internal Medicine. Oct 19; 153(8):540-1. PMID: 20733179

Savitz DA.  Biomarkers of exposure to drinking water disinfection by-products--are we ready yet? American Journal of Epidemiology 2011 Dec.  [Epub ahead of print] PMID: 22156021

Savitz DA.  Registration of observational studies does not enhance validity.  Clinical Pharmacology and Therapeutics 2011 Nov; 90, (5): 646-8.  PMID: 22012311

Savitz DA. Commentary: A niche for ecologic studies in environmental epidemiology. Epidemiology. 2012 Jan; 23(1):  53-4.  PMID: 22157303

Savitz DA. Invited commentary: biomarkers of exposure to drinking water disinfection by-products--are we ready yet?   American Journal of Epidemiology 2012 Feb; 15, 175(4): 276-8. PMID: 22156021

Savitz DA. Sample Selection for the National Children's Study: Form Must Follow Function. Paediatric and Perinatal Epidemiology 2013 Jan; 27(1): 31-3. PMID: 23215709

Savitz DA. Sample selection for the National Children's Study: form must follow function.  Paediatric and Perinatal Epidemiology 2013 Jan; 27(1):31-3. PMID: 23215709

Savitz DA. Commentary: reconciling theory and practice: what is to be done with P values? Epidemiology 2013 Mar; 24(2):212-4. PMID: 23377090

Hernán MA, Savitz DA.  From "big epidemiology" to "colossal epidemiology": when all eggs are in one basket.  Epidemiology 2013 May; 24(3):344-5. PMID: 23549177

Savitz DA. Invited commentary: interpreting associations between exposure biomarkers and pregnancy outcome. American Journal of Epidemiology 2014 Mar 1; 179(5):545-7. PMID: 24401560

Steenland K, Savitz DA, Fletcher T.  Commentary: class action lawsuits: can they advance epidemiologic research?  Epidemiology 2014 Mar; 25(2):167-9. PMID: 24487199

SAVITZ0000078

Savitz DA, Werner EF.  Invited commentary: isolating preterm birth to assess its impact.  American Journal of Epidemiology 2015 Nov 1; 182(9):759-61. PMID: 26409236

Hutcheon JA, Savitz DA.  Invited Commentary: influenza, influenza immunization, and pregnancy - it's about time.  American Journal of Epidemiology 2016 Aug 1; 184(3):187-91.  PMID: 27449413

Savitz DA, Wellenius GA.  Exposure biomarkers indicate more than just exposure.  American Journal of Epidemiology 2017 Nov 16. doi: 10.1093/aje/kwx333. [Epub ahead of print]PMID: 29155925

Savitz DA, Westreich D.  Editorial: innovations in study design--a call for creative solutions. American Journal of Epidemiology 2017 Nov 1; 186(9):1024-1025. doi: 10.1093/aje/kwx320. PMID: 29040350

Savitz DA.  The epidemiology of e-cigarettes and reproductive health begins.  Am J Epidemiol. 2020 May 7:kwaa066. doi: 10.1093/aje/kwaa066. Online ahead of print. PMID: 32378706

Savitz DA. You can't always get what you want…: Ideal vs. operational measures in the study of COVID-19 and pregnancy. Paediatr Perinat Epidemiol. 2021 Aug 24. doi: 10.1111/ppe.12803. Epub ahead of print. PMID: 34431124.

Savitz DA. How could such a promising risk predictor as bacterial vaginosis not cause preterm birth? Paediatr Perinat Epidemiol. 2023 Feb 21. doi: 10.1111/ppe.12964. Epub ahead of print. PMID: 36806266.

**BOOK CHAPTERS**

Cornaby BW, Savitz DA, Pomerantz L, Murthy KS.  Development of environmental objectives based on health and ecological effects. In C. Bliss (ed), Proceedings of the Fifth International Conference on Fluidized-Bed Combustion, Mitre Technical Document, 1978.

Savitz DA.  Potential uses of a Synthetic Fuels Worker Registry. In final report of the Committee on Synthetic Fuels Facilities Safety, Safety Issues Related to Synthetic Fuels Facilities, pp. 265-8. Washington, D.C.:  National Academy Press, 1982.

Savitz DA.  A critical review of the Hanford worker studies: Cancer risk and low-level radiation.  In Epidemiology Applied to Health Physics, Proceedings of the Sixteenth Midyear Topical Symposium of the Health Physics Society, CONF-830101, pp. 495-503. Albuquerque:  Health Physics Society, 1983.

Savitz DA, Marine WM, Gratt LB, Perry BW.  Hydrocarbon-induced cancer risks in oil shale Processing.  In JH Gary (ed), Seventeenth Oil Shale Symposium Proceedings, pp. 426-32.  Golden, Colorado:  Colorado School of Mines Press, 1984.

Gratt LB, Perry BW, Marine WM, Savitz DA.  High risk groups in an oil shale workforce.  In JH Gary (ed), Seventeenth Oil Shale Symposium Proceedings, pp. 403-13. Golden, Colorado: Colorado School of Mines Press, 1984.

Marine WM, Savitz DA, Gratt LB, Perry BW.  Risk of dust-induced lung disease in oil shale workers.  In JH Gary (ed), Seventeenth Oil Shale Symposium Proceedings, pp. 414-25.  Golden, Colorado: Colorado School of Mines Press, 1984.

Savitz DA.  The role of medical records in evaluating hazardous chemical exposures.  In J Saxena (ed), Hazard Assessment of Chemicals--Current Developments, Volume 3, pp. 111-39.  New York: Academic Press, 1984.

Savitz DA.  Basic concepts of epidemiology.  In WR Hendee (ed), The Health Effects of Low-Level Radiation Exposure, pp. 47-56. Norwalk, Connecticut:  Appleton-Century-Crofts, 1984.

SAVITZ0000079

Savitz DA.  Review of epidemiologic studies of Hanford workers: Cancer risk and low-level radiation.  In WR Hendee (ed), The Health Effects of Low-Level Radiation Exposure, pp. 57-76. Norwalk, Connecticut:  Appleton-Century-Crofts, 1984.

Savitz DA.  Childhood cancer.  In ZA Stein, MC Hatch (eds), Reproductive Problems in the Workplace, pp. 415-29.  Philadelphia: Hanley and Belfis, 1986.

Savitz DA.  Human health effects of extremely low frequency electromagnetic fields:  critical review of clinical and epidemiological studies.  IEEE Publication, 1986.

Savitz DA, Pearce NE.  Occupational leukemias and lymphomas.  In PW Brandt-Rauf (ed), Occupational Cancers.  Seminars in Occupational Medicine 1987; 2:283-9.

Savitz DA, Arbuckle TE, Harlow SD.  Epidemiologic considerations in conducting studies of reproductive effects and environmental exposures: study design and analysis.  EPA Reproductive Epidemiology Planning Workshop, U.S. EPA, Cincinnati, Ohio, 1988.

Savitz DA (Contributor).  U.S. Department of Health and Human Services.  The Health Benefits of Smoking Cessation.  U.S. DHHS, PHS, CDC, Office on Smoking and Health.  DHHS Publication No. (CDC) 90-8416, 1990.

Savitz DA.  The use of epidemiology for establishing hazards and risk.  IEEE Transactions on Education 1991; 34:211-5.

Savitz DA, Harris RP, Brownson RC.  Methods in chronic disease epidemiology.  In: Brownson RC, Remington PL, Davis JR (eds), Chronic disease epidemiology and control.  Washington, DC: American Public Health Association 1993; 19-36.

Savitz DA, Ahlbom A.  Epidemiologic evidence on cancer in relation to residential and occupational exposures.  In Carpenter DO, Ayrapetyan S (eds), Biological Effects of Electric and Magnetic Fields, Volume 2.  San Diego, CA: Academic Press, 1994:233-61.

Arbuckle T, Savitz DA.  The Ontario Farm Family Health Study: development of survey instruments.  In McDuffie HH, Dosman JA, Semchuk KM, Olenchock SA, Senthilselvan A (eds), Supplement to agricultural health and safety: workplace, environment, sustainability. Chelsea, Michigan: Lewis Publishers 1995; 149-155.

Savitz DA.  Overview of evidence and research needs concerning electromagnetic fields and health.  In Bertollini R, Lebowitz MD, Saracci R, Savitz DA (eds), Environmental Epidemiology.  Exposure and Disease.  Boca Raton, Florida: Lewis Publishers, 1995:99-112.

Savitz DA.  Residential magnetic fields and cancer: issues in exposure assessment.  In Steenland K, Savitz DA (eds), Topics in Environmental Epidemiology.  New York, NY.  Oxford University Press, 1997; 295-313.

Savitz DA, Moe C. Drinking water. In Steenland K, Savitz DA (eds), Topics in Environmental Epidemiology.  New York, NY.  Oxford University Press, 1997; 89-118.

Savitz DA, Pastore LM. Causes of prematurity. In McCormick MC, Siegel JE (eds.), Prenatal Care. Effectiveness and implementation.  Cambridge, University Press, UK 1999; 63-104.

Savitz DA, Trichopoulos D. Brain cancer.  In Adami H-O, Hunter D, Trichopoulos D (eds.), Textbook of Cancer Epidemiology.  New York, NY. Oxford University Press 2002; 486-503.

SAVITZ0000080

Savitz DA, Ahlbom A. Electromagnetic fields and radiofrequency radiation.  In Schottenfeld D, Fraumeni Jr JF (Eds.), Cancer Epidemiology and Prevention, Third Edition. New York, NY: Oxford University Press 2006; 3066-321.

## LETTERS

Savitz DA.  Methodological error cited in SIDS study. American Journal of Public Health 1979;69: 178-9.

Savitz DA.  Comment on principal component analysis of health indicators.  American Journal of Epidemiology 1980; 112:574-5.

Savitz DA.  Criteria for evaluating epidemiologic research.  Journal of Occupational Medicine 1983; 25:787-8.

Calle EG, Savitz DA.  Leukemia in occupational groups with the potential for electric and magnetic field exposure.  New England Journal of Medicine 1985; 313:1476-7.

Savitz DA, Moure R.  Authors Response to H. Checkoway "Identifying Unexposed Workers from Occupational Cohorts." Journal of Occupational Medicine 1985; 27:240.

Savitz DA.  Comments received on statistical testing and confidence intervals.  American Journal of Public Health 1987; 77:237-8.

Savitz DA, Moure R.  Treatment of subjects lost to follow-up: Effect on cancer risks.  Journal of Occupational Medicine 1988; 30:89-91.

Savitz DA, Kelsey JL.  Response to Feinstein.  Epidemiology 1991; 2:61-3.

Savitz DA.  Comment on "Associations are not effects."  American Journal of Epidemiology 1991; 134:442-3.

Whelan EA, Savitz DA.  Parental occupation and risk of prematurity.  Lancet 1991; 2:1082.

Stevens R, Savitz D.  Electromagnetic fields and cancer: is it an issue worthy of study?  Cancer 1992; 69:603-6.

Savitz DA.  Response to Mundt letter re: "Exposure to residential electric and magnetic fields and risk of childhood leukemia" and "Case-control study of childhood cancer and exposure to 60-Hz magnetic fields."  American Journal of Epidemiology 1992; 135:1071-3.

Savitz DA, Kaune WT.  Response: potential bias in Denver childhood cancer study.  Environmental Health Perspectives 1993; 101:369-70.

Savitz DA.  Re: Validation studies using an alloyed gold standard.  American Journal of Epidemiology 1994; 139:853-4.

Savitz DA, Swenson IE.  Response to Smith and Zaidi letter re: The possible effect of emigration on infant and child mortality from the Vietnam War."  American Journal of Public Health, 1994; 84:499-500.

Savitz DA, Ahlbom A.  Power lines, viruses, and childhood leukemia.  Cancer Causes and Control 1994; 5:589-80.

Savitz DA.  Re: "Breast cancer and serum organochlorines: a prospective study among white, black, and Asian women."  Journal of the National Cancer Institute 1994; 86:1255-6.

SAVITZ0000081

Loomis DP, Savitz DA, Ananth CV (Letter).  Re: Breast cancer mortality among female electrical workers in ther United States.  Journal of the National Cancer Institute 1994; 86:1801-1802.

Savitz DA, Sonnenfeld NL, Olshan AF.  Reply to Dr. Magos.  American Journal of Industrial Medicine 1995; 27:609-10.

Savitz DA, Sonnenfeld NL, Olshan AF.  Reply to Olsen, Ramlow, and Hearn.  American Journal of Industrial Medicine 1995; 27:615-6.

Savitz DA, Olshan AF.  Re: "Male and female factors in infertility."  American Journal of Epidemiology 1995; 141:1107-8.

Poole C, Savitz DA.  Response to Witte, Thomas, and Langholz letter re: Statistical significance testing in the American Journal of Epidemiology, 1970-1990."  American Journal of Epidemiology 1995; 142:102.

Savitz DA.  Response to Chiu and Bayliss letter re: "Black Box Epidemiology."  Epidemiology 1995; 6:464-5.

Olshan AF, Savitz DA.  Paternal smoking and low birthweight: the routes of exposure.  American Journal of Public Health 1995; 85:1169.

Leiss JK, Savitz DA.  Response to Bukowski and Meyer letter re: "Reevaluating the evidence on pesticide safety."  American Journal of Public Health, 1995 85:1587.

Pearce N, de Sanjose S, Boffetta P, Saracci R, Kogevinas M, Savitz D.  Response to Schulte, Rothman, Perera and Talaska letter re: "Biomarkers of exposure in cancer epidemiology."  Epidemiology 1995; 6:638.

Savitz DA, Andrews KW.  Re: "Risk of myelogenous leukemia and multiple myeloma in workers exposed to benzene." Occupational and Environmental Medicine 1996; 53:357.

Savitz DA, Olshan AF.  Re: "Multiple comparisons and related issues in the interpretation of epidemiologic data." American Journal of Epidemiology 1997; 145:84-5.

Savitz DA, Curtis KM, Kaczor D.  Re: "Male pesticide exposure and pregnancy outcome."  American Journal of Epidemiology 1999; 149:291.

Savitz DA, Poole C, Miller WC.  Reassessing the role of epidemiology in public health.  American Journal of Public Health 1999; 89:1158-61.

Savitz DA.  Can children's health be predicted by perinatal health?  International Journal of Epidemiology 2000; 29:189.

Savitz DA.  Reply: Comment by S Milham.  Bioelectromagnetics 2000; 21:412.

Cohen JT, Bellinger DC, Connor WE, Kris-Etherton PM, Lawrence RS, Savitz DA, Shaywitz BA, Teutsch SM, Gray GM. Fish Consumption. Author's Response. American Journal of Prevevntive Medicine 2006; 30:441-3.

Savitz DA. Re: Moderate alcohol intake during pregnancy and risk of fetal death. International     Journal of Epidemiology 2012 Oct; [Epub ahead of print].  PMID: 23064503

SAVITZ0000082

McKenzie LM, Guo R, Witter RZ, Savitz DA, Newman LS, Adgate JL. Birth outcomes and natural gas development: McKenzie et al. respond. Environ Health Perspect. 2014 Sep; 122(9):A232-3. doi: 10.1289/ehp.1408647R. No abstract available.  PMID: 25180489

## BOOK REVIEWS

Savitz DA.  Electric current and health.  Review of "Currents of Death: Power Lines, Computer Terminals, and the Attempt to Cover Up their Threat to Health" by Paul Brodeur.  Journal of the American Medical Association 1990; 264:636-7.

Savitz DA, McMahon MJ, Olshan AF.  Review of "Occupational and Environmental Reproductive Hazards: A Guide for Clinicians" edited by Maureen Paul.  New England Journal of Medicine 1993; 329:1588-9.

Savitz DA.  Review of "Basic Epidemiology" by Beaglehole, Bonita, and Kjellstrom.  Epidemiology 1994; 5:634-5.

Savitz DA.  Finding the Silver Lining:  Review of 'False Premises False Promises:  Selected Writings of Petr Skrabanek.  International Journal of Epidemiology 2001; 30:403-05.

Savitz DA.  Hyping Health Risks: Environmental Hazards in Daily Life and the Science of Epidemiology: By Goeffrey C. Kabat.  American Journal of Epidemiology 2009; 169:1039-41.

## INVITED LECTURES/PRESENTATIONS (Selected, 1985-Present)

### Invited Presentations in the United States

### Universities

Baylor College of Medicine
Boston University
Brown University
Dartmouth University
Drexel University
Eastern Virginia Medical School
Emory University
Harvard University
Johns Hopkins University
Memorial Sloan Kettering Cancer Center
Mount Sinai School of Medicine
Michigan State University
New York State Department of Health
Ohio State University
Oregon State University
Robert Wood Johnson Medical School
State University of New York School of Public Health
Texas A & M
University of Alabama at Birmingham
University of California, San Francisco
University of Buffalo
University of Chicago
University of Cincinnati

SAVITZ0000083

University of Connecticut
University of Michigan
University of Minnesota
University of Pittsburgh
University of Texas
Vanderbilt University

## Other Organizations/Research Meetings

American College of Epidemiology
American Conference of Governmental and Industrial Hygienists
Center for Urban Epidemiologic Studies
Health Effects Institute Annual Conference
International Society for Environmental Epidemiology
National Academy of Sciences
National Cancer Center
National Institute of Child Health and Human Development
National Institute of Occupational Safety and Health
Norwegian Epidemiological Society
Population Association of America
Society for Epidemiologic Research SERTalks
Teratology Society

### Invited International Presentations

Electromagnetic Fields and Childhood Cancer.  Department of Environmental
Epidemiology Seminar, Karolinska Institute, Stockholm, 1987

Epidemiologic Studies of Electromagnetic Fields and Cancer.  Plenary Presentation,
International Society for Environmental Epidemiology, Stockholm, Sweden 1993

Epidemiology of Childhood Cancer, Central Pediatric Hospital, Mexico City, Mexico,
1995

Epidemiologic Research on Health Effects of Electric and Magnetic Fields.  Benelux
Conference on Electromagnetic Fields, Brussels, Belgium, January 1997.

Methodologic Issues in Reproductive Epidemiology.  Department of Community Health,
University of Newcastle School of Medicine, Newcastle-Upon-Tyne, England,
September 1997

Epidemiologic Research on Health Effects of Electric and Magnetic Fields.  Workshop
on Power Lines and Cancer, London, England, 1999

Health Effects of Electromagnetic Fields.  World Health Organization Conference,
Florence, Italy, August 1999.

Paternal Exposure to Known Mutagens and Health of the Offspring: Ionizing Radiation
and Tobacco Smoke.  Second International Conference on Male Mediated
Developmental Toxicity, Montreal, Quebec, Canada, June 2001

Strengths and Limitations in Ecological Exposure Measures in Environmental
Epidemiology.  International Conference on Spatial Epidemiology, London, England,
May 2006

SAVITZ0000084

Air Pollution and Preterm Birth, Seminar, Statens Serum Institut, Copenhagen, Denmark, December 2010

Does Influenza Vaccination Prevent Preterm Birth? Methodological Issues and Research Needs.  World Health Organization, March 2015

Influenza Vaccine:  Observational Studies Assessing Birth Outcome. Montreal, Canada, September 2015

Interpreting Epidemiologic Evidence:  The Art of Using Research Wisely.  Norwegian Epidemiology Society Annual Meeting, Bergen, Norway, September 2016

When Is Epidemiologic Research a Helpful Response to Environmental Pollution and When Is It Not?  First International Training School on Environmental Health in Industrially Contaminated Sites COST Action IS1408 Industrially Contaminated Sites and Health Network, February 2017

SAVITZ0000085

# Defendants' Expert Stanley Barone CV

# CURRICULUM VITAE

Name: **Stanley Barone Jr.** MS, PhD
Title: Senior Science Policy advisor for immediate office
Office of Chemical Safety and Pollution Prevention

## PROFILE

An executive public service leader, and senior scientist policy manger with a track record of coaching and leading organizations to successful achievement of mission and goals.

- Passion for planning and achieving practical, measurable results
- Focus on mission & goals of protecting human health and the environment
- Commitment to public service & public servants
- Core value driven interest in environmental & human health protection
- Extensive knowledge & experience in public sector management and transparency

## EDUCATION:

| Institution and Location | Degree | Year | Field |
|---|---|---|---|
| East Carolina University, School of Medicine, Greenville, NC | Ph.D. | 1990 | Anatomy & Cell Biology (neurobiology- developmental neurotoxicology) |
| East Carolina University (ECU), Biology Department, Greenville, NC | M.S. | 1985 | Biology (endocrinology) |
| Belmont Abbey College, Belmont, NC | B.S. | 1982 | Biology |

## INTERESTS and MAJOR ACTIVITIES:

Currently, Dr. Barone serves as a senior science policy advisor in the immediate office of OCSPP. Dr. Barone's experience leading major programs and projects demonstrates his program mangment skills. His scientific background has been applied to policy development in the form of guidance and risk evaluations to support rulemaking and regulatory development in multiple programs including OAR methanol delisting petition and mercury rule, Childrens Risk Assessment Framework, EJ guidance, systematic review guidance, AEGL assessments and TSCA risk evaluations. His technical background has provided him the foundational edge in policy development of strategy for nonanimal test method approaches including leading the endocrine disruption testing program and representing the agency at the OECD and UNEP chemical programs. His key responsibilities included overseeing risk assessment activities related to both new chemicals and existing chemicals programs, administrative, and resource functions for the entire division. He has also served as the OPPT's peer review coordinator. Dr. Barone's health and ecological assessment activities include involvement in IRIS assessments of tetrachloroethylene, trichloroethylene (TCE) and methanol, and leadership of OPPT TSCA risk assessments including TCE, antimony trioxide, methylene chloride, *n*-methylpyrolidone, and several flame-retardant assessments. His key responsibilities included overseeing risk assessment activities related to both new chemicals and existing chemicals programs. He has been instrumental in developing streamlined prioritization and scoping processes for existing chemical assessment. These efforts included evaluation of ecological and health endpoints. In addition, this position included oversight of design and development of new methods and models for pollution prediction and prevention of chemical exposures.

BARONE0000007

**EMPLOYMENT:  Leadership and Professional Experience:**

**March 2022- present,  SL position - Senior Science Policy advisor for immediate office of OCSPP**. As senior advisor I provides expert technical advice and guidance to senior management concerning scientific integrity, science policy development, and science coordination. This includes, but is not limited to, an understanding of the agency's scientific integrity policy and risk evaluation procedures under the Toxic Substances Control Act (TSCA), the Federal Insecticide, Fungicide, and Rodenticide Act (FIRA), and the Federal Food, Drug, and Cosmetic Act (FFDCA).

**October 2020 to February 2022** GS15 Branch Chief Prioritization and Informatics Branch (GS-401-15) Data Gathering and Analysis Division, Office of Pollution Prevention and Toxics, U.S. Environmental Protection Agency,

> The key challenge is developing data science group post OCSPP reorganization and leading cross office team overseeing systematic review and enterprise-wide data prioritization activities for existing chemical risk assessment. I provided leadership for data gathering efforts for TSCA by leading multi-disciplinary teams team to complete 10 highly complex priority chemical risk evaluations, to meet statutory deadlines, delivering finished analytical products to meet tight statutory deadlines; leading multi-disciplinary scientific team to establish high-profile documentation (protocol) of scientific approach to systematic review of studies that underlie key regulatory program; leading SR team, leading data science team, leading team providing key contributions to PFAS national testing program; coordinating cross-organization team collaborations within EPA's OPPT and across organizational boundaries with ORD; briefing senior Agency leadership on scientific, policy, and regulatory strategies; mentoring staff in leadership positions as well as new staff; formulated budget projection and reported on budget utilization; successfully led recruiting efforts for scientific positions. Key results include developing prioritized list of PFAS chemicals for test orders and national testing strategy and draft systematic review protocol.

**February 2019- October 2020** GS15 Deputy Director of Risk Assessment Division of Office of Pollution Prevention & Toxics (OPPT) USEPA. Washington, DC, oversees new and existing chemical risk assessment activities and peer review coordinator OPPT risk evaluations, staff development and training, budget and all administrative and human resource functions of division.

> **Results Oriented**:-
> - Developed peer review drafts of risk evaluations for 10 chemicals in response to Lautenberg amendments to TSCA 2016.
> - Prioritized TSCA chemicals and developed high priority designations for next 20 chemicals to undergo TSCA risk evaluation process.
> - Developed 20 scopes for next 20 risk evaluations.
> - Finalized 10 risk evaluations for first set of chemicals

BARONE0000008

**April 2016 to February 2019 (SES level position):** *Acting* Office Director, Office of Science Coordination Policy (OSCP), (GS-401-15) Supervisor Biologist, Office of Chemical Safety and Pollution Prevention (OCSPP), USEPA, Washington, DC.

This leadership opportunity presented a myriad of organizational challenges with multiple LER, EEO, MD715 and IG complaints in this Office. This was an opportunity to build trust in leadership and develop my coaching skills to the next level with an interdisciplinary staff of 20. I engaged unions NTEU and AFGE in collaboration with LER to build trust and improve communication. I provided advice and leadership on cross-cutting science policy issues such as the endocrine disruption screening program (EDSP), alternative testing approaches through coordination with ORD, OPP, OPPT and OW. This effort included establishing contractual efforts through ORD to amplify EDSP high-throughput screening and funding of postdoctoral positions in ORD to develop research on thyroid hormone assay battery and cross species extrapolation. I also coordinated activities on children's health-related issues and provided advice to the OCSPP Assistant Administrator and the USEPA Administrator. A key area of emphasis was the transparency of science on emerging scientific and technical issues for all of Office of Chemical Safety and Pollution Prevention (OCSPP). I coordinated quality assurance, science integrity, and peer review programs for OCSPP to assure that sound scientific decisions were made regarding safe pesticides, chemical management, complex pollution prevention and chemical safety approaches. As the Deputy Ethics Official for OCSPP he conducted peer review coordination and leadership of the FIFRA Scientific Advisory Panel (SAP). I established the Science Advisory Committee on Chemicals (SACC) for TSCA website: http://www.epa.gov/scipolicy/sap/. I coordinated and provided leadership on emerging topics such as endocrine disruptors: Endocrine Disruptor Screening Program (EDSP) (http://www.epa.gov/scipoly/oscpendo/).

I developed FACA committees and procedures for FIFRA and TSCA programs with new charters and a new TSCA standing committee of over 100 ad hoc special government employees. This included building coalition and partnering with the EPA SAB to address staffing shortfalls and common science policy issues needing review. I developed methods and procedures for new framework for EDSP screening using high through put techniques for steroid and thyroid pathways through multidisciplinary collaborations. I served as US government representative on OECD Endocrine Committee- OECD EDTA, OECD VMG NA and VMG ECO.

**November 2013 to May 2016:** Deputy Director, Risk Assessment Division, (GS-401-15) Supervisor Biologist, Office of Pollution Prevention & Toxics (OPPT), Office of Chemical Safety and Pollution Prevention, USEPA, Washington, DC.

I oversaw a reorganization of the risk assessment division affecting both new and existing chemical risk assessment activities, coordinated peer review for OPPT, led development of work plan risk assessments, managed budget and all administrative and human resource functions of the division.

Page 3

I developed peer review program for TSCA products. I developed a project management tool to track level of effort for risk evaluations, skills assessment, and resource assessment in Salesforce. I developed alternatives analysis approaches to inform risk management decisions in rule making. I developed existing chemical exposure limits (ECELs) approach to support risk-based occupational exposure limits for risk management options.

**May 2012 to February 2014:** Chief, Science Support Branch, Risk Assessment Division, (GS-401-15) Supervisor Biologist, Office of Pollution Prevention & Toxics (OPPT), Office of Chemical Safety and Pollution Prevention, USEPA, Washington, DC.
I oversaw new and existing chemical risk assessment activities and served as OCSPP peer review coordinator, developed OPPT workplan risk assessments. Identified critical gaps and structure of organization and skills the organization lacked in effectively meeting its mission. These critical needs were incorporated into reorganization plan for OPPT in 2013. Key accomplishments included development an Organo-Halogen Flame-Retardant Assessment Strategy based on structurally related use clusters. I managed and led the acute exposure guideline (AEGL) development program providing nearly 60 new chemical AEGL for use in emergency response to chemicals releases and accidents.

**December 2007 - to May 2012:** *Acting* National Program Director for Human Health Risk Assessment (HHRA), (GS-401-15) Supervisor Biologist, National Center for Environmental Assessment (NCEA), Office of Research and Development (ORD), USEPA, Washington, DC. I led the development of Human Health Risk Assessment (HHRA) research action plan. I provide leadership for cross program budget planning and accountability for budget execution. I also providing leadership for all of the program translation and communication of assessment products across five divisions of NCEA. Key accomplishment included completion of backlogged IRIS assessments (e.g., TCE, Perchloroethylene) for the Agency and timely completion of integrated science assessments for OAR and PPRTVs for OLEM.

**January 2006 to December 2007:** *Acting* Assistant Center Director, Human Health Risk Assessment, GS15 Supervisor Biologist 401, National Center for Environmental Assessment (NCEA), Washington, DC, Office of Research and Development (ORD), USEPA. Revision of HHRA multi-year plan, Preparation for HHRA Board of Scientific Counselors (BOSC) review of HHRA MYP, responsible for managing PART Implementation on HHRA.

**2004- March- to January 2006:** GS14 Research Biologist, Effects Identification and Characterization Group (EICG) of National Center for Environmental Assessment (NCEA)-Washington, DC, Office of Research and Development (ORD) USEPA-Neurotoxicology risk assessment and use of mode of action data in harmonized approaches human health risk assessment.

BARONE0000010

**2004-  February:** <u>GS14 Research Biologist</u> in Cellular and Molecular Toxicology Branch (CMTB), Neurotoxicology Division (NTD), National Health and Environmental Effects Research laboratory (NHEERL), ORD, USEPA, Research Triangle Park (RTP), NC- Development of mechanistically-based markers of developmental neurotoxicity to be used *in vitro* and *in vivo* test systems.

**2000-:** <u>GS14 Supervisory Research Biologist, Acting Branch Chief,</u> CMTB, NTD, NHEERL, ORD, USEPA. Six month detail

**1997- 2003:** <u>GS13 Research Biologist,</u> CMTB, NTD, NHEERL, ORD, USEPA - Development of mechanistically-based markers of developmental neurotoxicity to be used with *in vitro* and *in vivo* test systems.

**1995-  1997:**  <u>GS12 Research Biologist,</u> CMTB, NTD, NHEERL, ORD, USEPA – Characterizing alterations in neurotrophic factor interactions and related signal transduction proteins as indices of developmental neurotoxicology.

**1994-1995:** <u>Research Scientist,</u> ManTech Environmental a contractor for USEPA.

**1992-1994:** <u>Project Scientist</u> at ManTech Environmental a contractor for USEPA

**1990-1992:** <u>Senior Scientist</u> at ManTech Environmental a contractor for USEPA

**1985-1990:** <u>Ph.D. candidate</u> working under the supervision of H.A. Tilson, Ph.D. National Institute of Environmental Health Science (NIEHS) and J.F. McGinty, Ph.D. (ECU). Dissertation project: *The effects of exogenous NGF and transplantation of fetal hippocampal cells after intradentate administration of colchicine.*

**1982-1985:** <u>Graduate student</u> (Masters Degree) under the supervision of T.M. Louis Ph.D. and E. Simpson Ph.D. Thesis Title: *Effects of vasectomy and exercise on testosterone levels of mice.*

### SOCIETIES MEMBERSHIPS:

| | |
|---|---|
| Society for Neuroscience. | 1986-1995 |
| American Association for the Advancement of Science. | 1986-present |
| NC Society for Neuroscience. | 1986-2000 |
| International Society for Developmental Neuroscience. | 1990-1997 |
| Society of Toxicology (SOT). | 1994-present |
| International Brain Research Organization. | 1986-present |
| NC Society for Toxicology. | 1996- life-time member |
| Teratology Society | 2002-2004 |
| Neurobehavioral Teratology Society (NBTS) | 1997- present |
| International Neurotoxicology Association. | 1995- present |
| Society for Risk Analysis (SRA) | 2004- present |
| National Capital Area Society of Toxicology | 2005- present |

BARONE0000011

**AWARDS AND HONORS (listed by hierarchy and chronology newest to oldest)**

**SEMI-FINALIST FOR SAMUEL J. HEYMEN SERVICE TO AMERICA AWARD (SAMMIES).** Award nomination for leadership and contribution to health and safety for US citizens with the development of risk assessments and approach that address chemical safety (2020).

**GOLD MEDAL FOR EXCEPTIONAL SERVICE**
**Trichloroethylene and Tetrachloroethylene Health Assessment Team**
For the extraordinary scientific skill and dedication of the trichloroethylene and tetrachloroethylene technical teams in overcoming multiple challenges to complete state-of-the-art, scientifically rigorous IRIS assessments (2011)

**MANAGER OF THE YEAR AWARD IN OPPT/OCSPP**
**Stanley Barone Jr.**, for leadership and exemplary performance in managing and leading both scientific and administrative functions in the Risk Assessment Division. (2015)

**Bronze Medals for Asbestos (2020)**
Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: Asbestos Team.

**Bronze Medals for 1-Bromopropane (2020)**
Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: 1-Bromopropane Team.

**Bronze Medals for 1, 4- Dioxane (2020)**
Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: 1, 4- Dioxane Team.

**Bronze Medals for Carbon Tetrachloride (2020)**
Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: Carbon Tetrachloride Team.

**Bronze Medals for Cyclic Aliphatic Bromide Cluster (HBCD) (2020)**
Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: Cyclic Aliphatic Bromide Cluster (HBCD) Team.

**Bronze Medals for Methylene Chloride (2020)**
Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: Methylene Chloride Team.

**Bronze Medals for *n*-Methyl-Pyrrolidone (2020)**
Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: *n*-Methyl-Pyrrolidone Team.

BARONE0000012

**Bronze Medals for Perchloroethylene (2020)**
> Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: Perchloroethylene Team.

**Bronze Medals for Pigment Violet 29 (2020)**
> Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: Pigment Violet 29 Team.

**Bronze Medals for Trichloroethylene (2020)**
> Stanley Barone Jr., for leadership and development of one of the first ten scope and risk evaluations mandated by TSCA: Trichloroethylene Team.

**Award for Science Leadership in OCSPP** with the development of systematic review approaches employed in risk evaluation and scoping. Development of strategy and approaches presented to NASEM 2020.

**Bronze Medal for Alternative Testing Strategy** In recognition for successfully developing a inventory of current alternative approaches for testing and evaluation and a strategy to address requirements for TSCA within the statutory deadlines (2018).

**Bronze Medal for DfE Alternatives Assessments:** In recognition for collaborative partnerships on alternatives to decabromodipheyl ether, hexabromocyclododecane, bisphenol-A, and pentabromodiphenyl ether that gives stakeholders the environmental information needed for informed chemical selection decisions. (2014)

**Bronze Medal for Enforcement Consent Agreement for Environmental Monitoring for Octamethylcyclotetrasiloxane (D4):** In recognition for successfully developing, drafting, and negotiating an enforceable consent agreement with industry to conduct environmental monitoring on a siloxane (D4) widely used in consumer products (2014)

**Bronze Medal for Final TSCA Work Plan Chemicals Assessments for TCE, DCM/NMP, ATO, and HHCB:** In recognition for significant accomplishment of the TSCA work plan chemical assessment teams for completion and peer review of risk assessments for trichloroethylene (TCE), methylene chloride (DCM), *n*-methylpyrrolidone (NMP), antimony trioxide and 1,2,3,6,7,8- hexahydro-4,6,6,7,8,9-hexamethylcyclopenta-gamam-2-benzopyran (2014)

**Bronze Medal for Forging International Partnerships for Advancing EPA's Mission of Protecting Human Health and the Environment**
This diverse and dedicated team from EPA has created an outstanding process for international collaborations and assurance of EPA's role as a global leader for protecting the environmental and human health. I served as Project officer on the on the cooperative agreements with World Health Organization through which this effort was forged. (2013)

BARONE0000013

**Bronze Medal for Human Health Risk Assessment Research Action Plan Team**
For intense and dedicated effort in developing and delivering EPA's human health risk assessment research action plan. Principal author and leader of team. (2011)

**Bronze Medal** for the Budget and Program Structure Implementation Team was crucial in implementing the "Path Forward" by developing a new integrated program and budget structure for ORD (2011).

**Bronze Medal** for Commendable Service for development of Children's Health Risk Assessment (CHRA) framework and leading workgroup 2006.

**OPPT Collaboration award (2016)** for recognition of outstanding achievements of the TSCA work plan assessment workgroup for 1-Bromopronae for innovation and cross agency and interagency collaboration on the 1 Bromopropane risk assessment.

**OPPT Collaboration award (2016)** for recognition of outstanding achievements of the governance team in developing and launching OPPT project management tool for risk assessment and risk management activities.

**OPPT Mission award (2016)** for recognition of outstanding achievements for completion of the Risk Assessment Divisions first annual Quality Assurance Audit focused on targeted technical and scientific contracts

**OPPT Mission award (2016)** for recognition of outstanding achievements for developing and incorporating a new and scientifically – legally defensible analytical approach and tool for the evaluation of regulatory options for TSCA Section 6 rules for TCE and paint removers.

**OPPT Mission award (2016)** for recognition of outstanding achievements for developing and incorporating a new and scientifically – defensible analytical approach for the evaluation of alternative products in support of TSCA Section 6 rules for TCE and paint removers.

**OPPT Mission award (2015)** for recognition of outstanding achievements in enhancing and improving the quality of work OPPT work through planning, budgeting and financial management

**OPPT Mission award (2015)** for recognition of outstanding achievements in evolving the approach and methods for developing TSCA Work Plans Assessments and collaborating across OPPT to improve the Work plan assessment process enhancing and improving the quality of work OPPT work through

**OPPT Mission award (2015)** for recognition of completion of the Approach for Estimating Exposures and Incremental Health Effects from Lead Due to Renovation, Repair and Painting Activities in Public and Commercial Buildings

**Exceptional/Outstanding ORD Technical Assistance to the Regions or Program Offices**
**2011:** ORD Mercury Air Toxics Support Team for quick and exceptional technical

BARONE0000014

assistance, specifically in characterizing neurological and cardiovascular health effects of methylmercury, fostering an effective peer review, and describing subpopulations vulnerable to methylmercury exposure through fish consumption.

**ORD Environmental Justice Award 2010:** Environmental Justice Symposium Team for extraordinary achievement in creating a successful Symposium to focus efforts to incorporate environmental justice concerns into analytical and decision frameworks during environmental decision-making.

**Scientific and Technical Achievement Award (STAA Honorable Mention) 2006:** Mundy, W.R., Shafer T.J, **Barone, S. Jr.**, Gilbert, M.E., Meacham, C.A., Freudenrich, T.M., Lyons- Darden, T., Anderson, W.L., and Sui, L., Evaluation of the appropriate dose metric for neurotoxicants in numerous in vitro models. *This effort included a series of peer reviewed papers.*

**Scientific and Technical Achievement Award (STAA Level III) 2003:** Rice, D. and **Barone, S. Jr.** (2000) Critical periods of vulnerability for the developing nervous system: Evidence from humans and animal models. *EHP suppl. on Children's Health* **108 (suppl. 3)**, 511-533.

**Scientific and Technical Achievement Award (STAA Level III) 2000: Barone, S. Jr.**, Changes in neurotrophic factor expression and signaling as markers of developmental neurotoxicity. *Developmental Brain Res.* (1998) **109**(1), 13-31, **109**(1), 33-49 and *Neurotoxicity Research*. **1(4)**, 271-283.

**Scientific and Technical Achievement Award (STAA Level III) 1999:** Kodavanti, P.R.S., Derr-Yellin, E.C., Mundy, W.R., Shafer, T.J., Herr, D.W., **Barone, S. Jr.**, Choksi, N.Y., MacPhail R.C., and Tilson, H.A. (1998) Repeated exposure of adult rats to Aroclor 1254 causes brain region specific changes in intracellular $Ca^{+2}$ buffering and protein kinase C activity in the absence of changes in tyrosine hydroxylase. *Toxicol. Appl. Pharmacol.* **153**(2): 186-198.

**Scientific and Technical Achievement Award (STAA Honorable Mention) 1996: Barone, S. Jr.,** Stanton, M.E., and Mundy, W.R. (1995) Neurotoxic effects of neonatal triethyltin (TET) exposure are exacerbated with aging. *Neurobiology of Aging* **16**(5), 723-735.

**Featured Highlight Paper in August 2001 issue of Toxicological Sciences.** Moser, V.C., **Barone, S. Jr.**, Smialowicz, R.P., Harris, M.W., Davis, B.J., Overstreet, D., Mauney, M., and Chapin, R.E. The effects of perinatal tebuconazole exposure on adult neurological, immunological, and reproductive functions in rats. *Tox. Sci.* **62**, 339-352.

**NHEERL Award for Outstanding Leadership** (2002) for developing the Agency's response to the delisting petition for methanol.

**NHEERL Award for Exceptional Leadership** (2002) impacting NHEERL diversity efforts.

Page 9

BARONE0000015

**NHEERL Award for Exceptional Leadership** (2003) impacting NHEERL workforce equity assessment efforts.

**ORD Diversity Award for Exceptional Leadership** (2003) impacting ORD diversity efforts.

**Scientific Achievement in Neurotoxicology (SAINT) Best paper award for 2001:** Rice, D. and **Barone, S. Jr.** (2000) Critical periods of vulnerability for the developing nervous system: Evidence from humans and animal models. *EHP suppl. on Children's Health* **108 (suppl. 3)**, 511-533.

**Scientific Achievement in Neurotoxicology (SAINT) Best paper award for 1999: Barone, S. Jr.**, Haykal-Coates, N., Parran D.K., & Tilson, H.A. (1998) Gestational exposure to methylmercury alters the developmental pattern of *trk*-like immunoreactivity in the rat brain and results in cortical dysmorphology. *Developmental Brain Res.* **109**(1), 13-31.

### CERTIFICATION AND PROFESSIONAL TRAINING (chronological order):

Team leadership training- *How to lead a team* (one-day course) – April 7, 1998

Training in quantitative morphometric approaches using stereological techniques (1 week course) New Orleans, LA, 2000.

Training in PBPK modeling and risk assessment methods (2 week course) Colorado State University, 2002.

Self-Expression and Leadership Program takes place through dialogue and exercises during a four-month period. Participants meet monthly on a Saturday or Sunday from 10:00 a.m. until 10:00 p.m.; during each week on weeknights, a 2½ -hour evening session is required to go over exercises to improve leadership skills and provide coaching on community project. Completed Corse Project, Landmark Education, Washington, DC September 2006.

Communication Access Power: Gain access to a new world of communication where listening and speaking—actions that we typically think of as ordinary and commonplace—take on new dimensions and provide unexpected power (3-day course); Landmark Education, Washington, DC, February, 2006.

Advanced Communication Course: The Power to Create: Make communication vivid and real, with structures and tools that leave you with powerful new ways of generating possibilities, designing opportunities, and moving your commitments to fulfillment. (3-day course); Landmark Education, Washington, DC, April, 2006.

Leadership in Communications: Interpersonal Communications- Communication training for scientists and engineers making the transition to management positions, OPM (4-day course) Aurora, CO, June 11-15, 2007.

BARONE0000016

Written communication training for managers /leaders who need to brief and communicate with OMB, GAO and Congressional staff (1 week), Shepherdstown, WV, 2010

Federal Executive Service Training (FEI)– *Leadership in a Democratic Society*, Class 373 (month long course) Charlottesville, VA. October –November 2011.

Office of Civil Rights Certification of *Special Emphasis Program Manager training* (3-day course), 2012

EPA training -*Working Effectively with Tribal Governments* online 2012/13/14

EPA training *Federal Employee Antidiscrimination and Retaliation Act* (No FEAR Act) Training- online 2012/14

EPA training - *IT Security Training*-online 2012/13/14

EPA management Integrity training implementing OMB circular A-123 Appendix A and training for EPA Management Integrity Program Managers –online June 28, 2013

EPA training - *IT Security Training*- online 2013/14/15

EPA training – *Records Management Training*- online 2013

EPA *Rule Effectiveness for Managers:  How to Design Regulations That Will Better Achieve Their Intended Benefits*. (4-hour course), 2013

EPA Senior Leadership Development Program- year long developmental assignment 2013.
Completed Module 1 Excellence in Supervision April 15-19, 2013
Completed Module Two Class Situational Frontline Leadership - / May 14-16, 2013

EPA OPPT back to basics skill refresher for managers (40 hrs) 2013.

EPA Training Recertified for Grant's Manager (MANAGER'S ONLY) FY13
http://intranet.epa.gov/ogd/on_line_training/main/manager_traininginfo.htm

EPA Training IA Certification/Recertification: (IAG ONLY) FY13
http://intranet.epa.gov/ogd/on_line_training/main/traininginfoiag.htm

EPA Anti-Harassment Training for managers FY2015

EPA Training Leading at the Speed of Trust training for managers 2-day course July 2016

EPA Supervisory Training - Drug-Free Workplace Program 2-hour course December 2016

BARONE0000017

**COMMITTEES AND CONSULTANT APPOINTMENTS, PROFESSIONAL SOCIETY ELECTED APPOINTMENTS, ADJUNCT FACULTY APPOINTMENTS, ADVISORY AND EDITORIAL APPOINTMENTS. EPA ACTIVITIES (chronological order):**

***Team and Committee Efforts:***

Principal Investigator on Award from Pesticide and Kids Request for Proposals for NHEERL inter-divisional funding FY 1995; *Neurotrophic Mechanisms of Age-related susceptibility to Cholinesterase Inhibiting Pesticides.*

Principal Investigator and participant in Interagency Agreement on Pesticide and Children Project (EPA & NTP/NIEHS 1995-2002).

*NHEERL Career Development Team* – I served as team leader and reporter to NHEERL senior management on barriers in career development and recommendations (1996-1998).

Scientific Reviewer and Consultant to EPA *Food Quality Protection Act 10X Task Force* (1996-2000).

NTD Team Leader for Goal 8, Sound Science *Markers, mechanisms and models of developmental neurotoxicity team (NTD)* (1996-2001).

NTD Leader on Interagency Agreement to characterize the developmental neurotoxicity of mercury vapor exposure (EPA & NTP/NIEHS 1997-2002).

Scientific Consultant on OECD harmonization of developmental neurotoxicity testing guidelines coordinated NTD response on draft guidelines (1997-2001).

Member of the ORD *Mercury Research Strategy Team* (health effects section 1998-2000)

Scientific Reviewer for *OPP Developmental Neurotoxicity Retrospective Study* (1999) and ORD participant in OPP Scientific Advisory Panel presentation.

Invited Scientific Consultant in EPA sponsored, Critical Windows of Exposure for Children's Health Workshop (coauthor and presenter of background paper on developmental neurotoxicology, Richmond, VA, 1999).

Scientific Consultant to OPP on Chlorpyrifos FQPA 10X safety factor document (2000) **http://www.epa.gov/oppsrrd1/op/chlorpyrifos/reevaluation.pdf**.

Scientific Consultant to OPP on testing protocol requirements for data call in (DCI) for organophosphate pesticides (2000).

Meeting Reporter and author of case studies for *NHEERL Goal 8.2 Human Health Research (HHR) Strategy* (2000)

BARONE0000018

NHEERL participant in *ORD Goal 8.2 Human Health Research Multi-Year Research Planning* (2001-2004).

Principal Investigator and participant in Interagency Agreement to characterize the developmental neurotoxicity of organotin mixtures in drinking water (EPA & NTP/NIEHS 2001).

NTD representative to NHEERL HHR implementation team (2001-2004).
- o Principal CoAuthor of NHEERL white papers on *Harmonization* and *Susceptible Populations.*
- o Facilitator of NHEERL HHR Scientist to Scientist meeting on Harmonization.

CoChair recruitment subcommittee of *NHEERL Diversity Steering Group* (1999-2004).
- o Program director of NHEERL 2000-2002 Holiday Diversity Celebration.
- o Program director of Gay Lesbian Bisexual Trasgendered (GLBT) Pride Celebration (June 2001 and June 2002).

Research Triangle Park (RTP) representative to GLOBE, the gay, lesbian, bisexual, transgendered (GLBT) employee group of federal employees at EPA (1999-2004).
- o Principal Author of Agency white paper on *Business Case for Special Emphasis Program Managers for GLBT Employees at the USEPA submitted to EPA Administrator and Senior management.*
- o Presenter at Federal GLOBE meeting *Business Plan for Growing GLBT organization for Employees at the USEPA* (November, 2002).
- o Presenter at USDA diversity Council meeting on *Business Case for Special Emphasis Program Managers for GLBT Employees at the USEPA* (January 2003).
- Treasurer for Equality EPA (formerly GLOBE) 2010-2111.
- President of Equality EPA (formerly GLOBE) 2011-2016.

*Liaison and Leader* of *ad hoc* ORD team reviewing technical information on petition to delist methanol as a hazardous air pollutant (1999-2002) to OAQPS/OAR.
- Author of memo characterizing human health hazard to methanol following developmental exposures. This memo was used in the decision analysis for the denial of delisting request and a significant part of the federal register notice for the published denial of the petition.

CoChair of *NHEERL National Children's Study Research Program, Project on Biomarkers for Goal 8.2 Susceptible Populations*, (2002-2004).

GLBT Diversity Program Manager for USEPA Research Triangle Park, March 1, 2003- January 30, 2004 (20 percent time collateral duty). Reported to Mary Day, Director of Human Resources (HR) in RTP. Responsibilities included development of education and awareness programs for staff and management and serving as a liaison between employees, the Union local/AFGE, Office of Civil Rights and HR office.

BARONE0000019

Executive liaison to EPA LGBT special emphasis program mangers whose mission is to ensure an inclusive and welcoming workplace for all

Consultant to OPPT/OAR/ATSDR on Toxic Substance Control Act (TSCA) section 4 Proposed Test Rule for Testing Neurotoxicity of Selected Solvents (2004-05). Responsibility included review and revision of findings document, identification of additional testing requirements and suitable guidelines to address testing needs. Additional responsibilities included assistance of OPPT in responding to Office of Management and Budget and industry group comments.

Team leader of effort to develop *A Framework for Assessing Health Risks of Environmental Exposure to Children* (2005-2012). Principal author and editor of this document and leader of the interdisciplinary effort to develop this document.

Team member of effort to develop IRIS documentation for Tetrachloroethylene (PERC) (2004-2012).

Team member of effort to develop IRIS documentation for Ethylene dichloride (EDC; also known as 1, 2 dichloroethylene) (2004-2012).

Team member of effort to develop IRIS assessment for methanol (2004-2013).

Team member of effort to develop IRIS documentation for Trichloroethylene (TCE) (2006-2011).

Team member of effort to develop IRIS documentation for formaldehyde (2008-2011).

ORD Reviewer and coauthor of revised EPA Developmental Neurotoxicity Testing guidelines in response to EPA SAB/SAP comments (2005-2006).

ORD Reviewer and coauthor of revised OECD Developmental Neurotoxicity Testing guidelines. Draft 3 and 4 (2005-2006).

ORD coauthor of National Center for Environmental Research (NCER)- PBPK request for proposals 2006.

Member of NCEA mode of action (MOA) framework (2006-2012)- team to develop approaches document for application of MOA information risk assessment.

Member of ORD MOA workgroup (2006-2012) - broad based membership across EPA to discuss research on MOA and research needs for risk assessment and discusses implementation of MOA information risk assessment.

BARONE0000020

Member of Risk Assessment Forum technical panel on MOA framework employing human relevance analysis (2006-2012) - Agency expert on application of life stage approach for evaluation of risk using MOA information. This technical panel intends to develop a MOA framework for harmonized use in both cancer and noncancer evaluations.

Member of Risk Assessment Forum Human Health oversight panel (2006-2012)

Member of NHEERL/ORD Title 42 selection panel for division directors for NHEERL/ORD (2009)

ORD/NCEA liaison with GAO on IRIS study **Job Code 361203** (2009-2012).
       Agency point of contact on High Risk report as it relates to IRIS program

Agency Liaison to National Academy of Science (NAS) Committee on Emerging Science for Environmental Health Decisions, responsible for planning and determining relevance of workshops and symposium. *Sponsored by NIEHS* 20011-present.

Member of ILSI/HESI Risk 21 steering group on Integrated Evaluation and Tier Testing (2010-2012).

Member of cross agency workgroup mercury air toxics rule – provided technical support to appropriate and necessary analysis and regulatory impact assessment (chapter 4) 2011-12.     (http://www.epa.gov/ttn/atw/utility/mats_final_ria_v2.pdf)

Member of Interagency Chemical Toxicity Assessment workgroup under White House Office Science and Technology Policy Office and the Committee of Environment and Natural Resources (OSTP/CENR) (2016-2019).

Science and Technology Policy Council Science manager representative for OCSPP (2016-2019).

National Toxicology Program Interagency Executive council representative for OCSPP (2016-2019).

Deputy Ethics Official and Peer Review Coordinator for OCSPP FACA committees (2016-2019).

Senior Science Integrity Official for OCSPP (2016-2019).

Senior Quality Assurance official for OCSPP (2016-2019).

Senior Science Integrity Official for OCSPP (2022-present).

Expert witness in fluoride litigation Food and Water Watch vs EPA 2023 March to present.

Page 15

**OUTSIDE ACTIVITIES (chronological order by category):**

*Adjunct and Board Appointments to Five Academic and Not for Profit Organizations*

Adjunct appointment to the Anatomy and Cell Biology Department at East Carolina University School of Medicine (1993-2004).

Adjunct appointment to the Toxicology Curriculum, University of North Carolina at Chapel Hill. (2002-2004).

Board of Trustees *Crispus Attucks Park*- Community Park in Washington, DC (2005-06). Responsible for grantsmanship and public outreach

Chair of Board of Trustees Metropolitan Community Church, Washington, DC (2011-2013).

Vice Moderator of Board of Trustees for Holy Redeemer Metropolitan Community Church, College Park, MD (2014-present).

*Mentorship of Fifteen Women and Minority Graduate Students and Post Docsin Environmental Science*

Mentor to Doctoral Student in Neurobiology Curriculum (UNC-CH) Laura W. Shaughnessy, Ph.D. (1992-1997). Title: *The role of NGF in lesion-induced compensation following colchicine infusion into the rat nucleus basalis.*

CoMentor to Doctoral Student in Experimental Psychology (UNC-CH) John H. Freeman Jr., Ph.D. (1993-1994). Title: *Role of cerebellar maturation in the ontogeny of eye blink conditioning in rats.*

CoMentor to UNC-CH Toxicology Curriculum graduate student, Mr. T. Leon Lassiter (1995-2002). Title: *The role of cholinesterases during development: Toxicological considerations.*

CoMentor to UNC-CH Toxicology Curriculum graduate student, Mr. Damani Parran (1996-2002). Title: *Disruption of the neurotrophin signal transduction cascade leads to altered differentiation?*

Mentor to NRC Postdoctoral Research Fellow, Kaberi Das, Ph.D. (1996-1999). Title of Project: *Qualitative effects of developmental exposures to cholinesterase inhibitors: Involvement of trophic mechanisms.*

CoMentor to UNC-CH Postdoctoral Research Fellow, Sushmita Chanda, Ph.D. (1997). Title of Project: *Characterization of the developmental neurotoxicity of gestational mercury vapor exposure.*

BARONE0000022

CoMentor for graduate student internship to Tiffany L. Crumpton, Ph.D. (1997) from Meharry Medical College, Department of Pharmacology. *Examination of molecular mechanisms of lead-induced alteration in differentiation.*

CoMentor to UNC-CH Toxicology Curriculum graduate student, Ms. Amy Driver, Masters thesis (1998-1999). Title: *Reactive oxygen species susceptibility in Long-Evans rats due to age and treatment with ferrous iron, methylmercury, and trimethyltin.*

Mentor to EPA Postdoctoral Research Fellow, David Mason, Ph.D. (1999-2001). Title of Project: *Convergence of the effects of methylmercury and polychlorinated biphenyls on developmental processes: A study of the developmental neurotoxicity of mixtures of persistent bioaccummulated toxicant (PCB's and CH$_3$Hg).*

CoMentor to Visiting Scientist, Estefânia Gastaldello Moreira, PhD. (2000-2002), from the Center for Toxicological Assistance, San Paulo State University, Brazil. Title of Project: *Behavioral, biochemical and neuroanatomical evaluation of weaned and adult rats exposed to lead during pregnancy and lactation.*

Mentor to UNC-CH Postdoctoral Research Fellow, Scott Jenkins, Ph.D. (2001-2004). Title of Project: *Evaluation of the in vitro and in vivo developmental neurotoxicity of organotin mixtures found in PVC leachates.*

CoMentor to Visiting Scientist/Predoctoral Research Fellow, Julia M. Gohlke (2001-2004) Univ Washington, Department of. Environmental Health Title of Project: *Pharmacodynamic modeling of altered proliferation and apoptosis following developmental neurotoxicity in the neocortex.*

Mentor to EPA Postdoctoral Research Fellow, Tara Lyons-Darden, Ph.D. (2002-2005). Title of Project: *Evaluation of surrogate biomarkers of developmental neurotoxicity in animal and humans.*

Mentor to Margaret Adgent, MPH fellow, (2004-2005) Association of School of Public Health. Project: *Investigation of effects perinatal environmental tobacco smoke on neurological outcomes.*

Mentor to Christine Robles, MPH fellow, (2005- 2006) Association of School of Public Health. Project: *Investigating biomarkers of effect for children's health risk assessment for adverse neurodevelopmental health outcomes.*

### *Organizer of Over Twenty-Six External Symposia and Workshops (1994- Present)*

1. Organizer and participant in Workshop on *Mechanisms of Developmental Neurotoxicity* (EPA & NIEHS, 1994).

BARONE0000023

2. Organizer and participant in Panel Discussion on *Relevance of Neurotrophic Factors to Neurotoxicology. Fifth International Neurotoxicology Association* (1995).

3. CoOrganizer, participant and Chair of Society of Toxicology 1998 Symposium; *Unique Roles of Cholinesterases and Acetylcholine in the Developing Nervous System.*

4. Organizer for 5th NHEERL symposium on *Use of Indicators of Health and Ecology in Risk Assessment* and Cochaired session on *Indicators for Persistent Bioaccumulating Toxicants* (1999-2000)*.*

5. Invited Chair of symposium on Children's Health and the Environment: Mechanisms and Consequences of Developmental Neurotoxicity (Little Rock, AK, 1999).

6. Invited Chair of Poster Discussion on Apoptosis for Society of Toxicology Annual meeting (2000).

7. Invited Chair of Poster Discussion on Children's Health and the Environment: Mechanisms and Consequences of Developmental Neurotoxicity (Colorado Springs, CO, 2000), *Use of in vitro simulations for in vivo developmental neurotoxicity.*

8. Organizer, chair and participant in Symposium for Society of Toxicology 2001 meeting; *The role of apoptosis in developmental neurotoxicity and neurodegeneration in adults.*

9. Invited Chair of Session 5: "*Environmental Influences as Etiologic Factors in Autism*" in Symposium on, Potential Cellular and Molecular Mechanisms in Autism and Related Disorders, sponsored by NICHD and NIEHS, Co-sponsored by NIMH, NINDS, and NIDCD, Bethesda, MD, September 6-8, 2001.

10. Organizer and participant in Workshop on *Harmonization of Risk Assessment Approaches* (sponsored by EPA- NCEA and NHEERL, 2003).

11. CoOrganizer of National Children's Study Workshop on Neurobehavioral Development and Environmental Exposures: Measures for the National Children's Study, September 27–28, 2004.

12. CoOrganizer of Symposium: *Updated Approaches to Assessing Risk in IRIS: Issues from Recent Chemical Risk Assessments of Ethylene Oxide, Perchloroethylene and Tricholoroethylene*, Society for Risk Analysis Meeting, December 4-7, 2005, Orlando, FL

13. CoOrganizer of WHO-IPCS workshop on *Biomarkers for Assessing Risk to Children Following Environmental Exposures.* Buenos Aires, Argentina. November 14-16, 2005

14. CoOrganizer of OCHP/NCEA *State Risk Assessors Workshop on Children's Health Risk Assessment*. June 7-9 2006

Page 18

15. CoOrganizer of Symposium *Contemporary Issues in Children's Health Risk Assessment.* Toxicology and Risk Assessment Conference. The conference will be held in April 23-26, 2007 Cincinnati, OH.

16. Organizer and participant in Workshop on *Challenges and opportunities in incorporating mode of action (MOA) information into Risk Assessment Approaches* (sponsored by EPA-NCEA and ACC 2008). *34th Annual Summer Toxicology Forum.* Aspen, CO, July 7-10, 2008.

17. CoOrganizer of *TestSmart meeting II; Alternative neurotoxicity testing meeting*, November 14-16, 2008, Reston, VA.

18. CoOrganizer of Symposium: *Developmental Vulnerability to Environmental Chemical Exposures: Evidence from Analysis of Behavior to Genes.* 49th Annual Meeting of Teratology and Neurobehavioral Teratology Meeting, Puerto Rico, June 27- July 1, 2009.

19. Organizer of Symposium: *Incorporating and Addressing Environmental Justice/Disproportionate Impacts in EPA's Decision-Making Process using a Risk Assessment Framework,* Strengthening Environmental Decision making: A symposium on Science of Disproportionate Environmental Health Impacts. (Sponsored by EPA) Washington, DC, March 17-19, 2010.

20. CoOrganizer of EPA workshop: *Advancing the Next Generation (NexGen) of Risk Assessment: Approaches for Chemicals with Less Data.* Research Triangle Park, NC, November 1-3, 2010

21. CoOrganizer of SOT Round Table: Reforming the Toxic Substances Control Act (TSCA): Challenges, Opportunities, and Timing. Society of Toxicology 2011 meeting, March 7, 2011 Washington, DC.

22. Organizer of Agency workshop on flame-retardant research and alternative and risk assessment for EPA. Washington, DC April 1-2, 2014.

23. Organizer of Interagency workshop on flame-retardant research and assessment and policy oversight for federal government. Research Triangle Park, NC May 8-9, 2014.

24. CoOrganizer of International Workshop. Accelerating the Pace of Chemical Risk Assessment Workshop, Washington, DC. September 14-15, 2016

25. Invited chair- for how can knowledge from new in vitro DNT tests contribute to epidemiology and vice versa? OECD/EFSA Workshop on Developmental Neurotoxicity (DNT): The Use of Non-Animal Test Methods for Regulatory Purposes. Brussels, Belgium. October 16-20, 2016

BARONE0000025

26. Appointment to Organizing Committee on Understanding the Paradigm Change at the Interface of Emerging Sources of Environmental Health Data and Decision Making. For NAS Emerging Science Committee of Board of Life Science. November 22-23, 2017.

### *Ad Hoc Reviewer for over Twenty Peer Reviewed Journals*

| | |
|---|---|
| **Hippocampus**. | **Toxicology & Applied Pharmacology.** |
| **Toxicological Sciences.** | **Neurotoxicology and Teratology**. |
| **NeuroToxicology**. | **Environmental Health Perspectives**. |
| **Experimental Neurology.** | **Neurochemical Research.** |
| **Pharmacology & Toxicology.** | **Mental Retardation and Research Reviews.** |
| **European Journal of Neuroscience.** | **Journal of Toxicology & Environmental Health.** |
| **Neuroscience Letters.** | **Reproductive Toxicology.** |
| **Critical Reviews in Toxicology.** | **Neuropharmacology.** |
| **Journal of Neurochemistry.** | **Neuroscience Research.** |
| **European Journal of Neuropsychopharmacology.** | |
| **Human and Ecological Risk Assessment.** | |

  **(Guest Handling Editor for NHEERL symposium supplement).**

### *Ad Hoc Advisory Role and Member of Twenty-Five Peer Review Boards*

*Ad hoc* reviewer for EPA experimental myopia proposals (1996).

*Ad hoc* reviewer of Post Doc Proposal for UNC-Chapel Hill Toxicology Curriculum Proposals (1996).

*Ad hoc* reviewer for proposals to Center for Alternatives to Animal Testing, John Hopkins University, Baltimore, MD (1996-1997).

*Ad hoc* member of NIH specialty section (ALTX4) on Neurotoxicology & Alcohol, (April 1997).

Reviewer for Investigator Initiated Research proposal for Jeffress Research Grant from the Jeffress Memorial Trust (1999).

Reviewer for US Army specialty section on Neurotoxicology Investigator Initiated Research proposals (November 2000).

Reviewer for USEPA Office of Children's Health Protection request for proposal on developmental neurotoxicology (February 2001).

Reviewer and Scientific Advisory Board Member for Cure Autism Now (CAN) Investigator Initiated Research proposal on developmental neurotoxicology (2001).

Reviewer for Center for Environmental and Rural Health (CERH) at Texas A&M University pilot grants program (May 2001).

Page 20

BARONE0000026

Reviewer for National Toxicology Program Center for the Evaluation of Risks to Human Reproduction (CERHR) review of developmental and reproductive toxicity data for methanol (February-October, 2001).

Reviewer for NCER-EPA/NIEHS proposals for Centers for Environmental Excellence on Children's Health (June, 2001)

*Ad hoc* reviewer for Food & Drug Administration (FDA) National Center for Toxicological Research (NCTR)- Intramural research proposals (July 2002).

*Member of Interagency Workgroup on Development and Behavior to National Children's Study (NCS)*, (2002-2005).
- Facilitator of Interagency Workgroup meeting in April, July, and December 2002.
- Principal CoAuthor of Core Hypothesis on *Gene and Environmental Interactions for Neurodevelopment & Behavior Workgroup of National Children Study.*
- Developed expert peer panel workshop to provide recommendations for early neurological testing to be employed in (NCS).

Reviewer for Center for Environmental and Rural Health (CERH) at Texas A&M University pilot grants program (May 2003).

Reviewer for NCER-EPA/NIEHS proposals for Centers for Environmental Excellence on Children's Health (August, 2003)

Reviewer for Veterans Administration on role of cholinesterase inhibition in Gulf War Illness (September, 2004)

Invited Expert Panel member of Hershey Medical Center Technical Workshop: Optimizing the Design and Interpretation of Epidemiologic Studies for Assessing Neurodevelopmental Effects from *in Utero* Chemical Exposure, Research Triangle Park, NC September 14, 2005

Reviewer Department of Veterans Affairs' Environmental Hazards Research Centers Proposals (June, 2006).

Reviewer for NCER-EPA/NIEHS proposals for Centers for Environmental Excellence on Children's Health (August, 2006, July 2010, June 2015)

Reviewer for US Army specialty section on Neurotoxin Exposure Treatment Research Program (December 2006).

Member of NBTS Constitution and Bylaws Committee (2009-2011)

Appointment to organizing committee as agency representative to NAS Emerging Science

BARONE0000027

Committee of Board of Life Science. November 2016- present

## LEADERSHIP WITH INTERNATIONAL ORGANIZATIONS with MAJOR EXTRAMURAL EXPERIENCE

Project Officer on World Health Organization cooperative agreements for the Agency. Conduct External Peer review of International Programme on Chemical Safety (IPCS) (value-11.2 million) and Public Health and the Environment (PHE) proposals (value- 8.2 million) 2006-to 2012.

Project Officer and technical liaison on National Academy of Science (NAS) risk assessment issues contract. Organized 6 workshops and two symposia for ORD/EPA for NAS risk assessment issues contract (value- 5 million) 2006-2010.
   *1)* Dose-response for receptor-mediated toxic events and low dose population cancer risk assessment,
   *2)* Quantitative approaches to characterizing uncertainty in human cancer risk assessment based on bioassay results,
   *3)* Relevancy of mouse liver tumors: benefits and constraints on use in human health risk assessment, qualitative and quantitative aspects,
   *4)* Quantitative approaches to characterizing uncertainty in human risk assessment based on epidemiological results,
   *5)* Risk Assessment Considerations for Interpretation of Data from Bioassays for Thyroid Activity and from Human Biomonitoring Data: Issues of Variability, Critical Reproductive-Developmental Periods, and Cross-Species Comparisons, Toxicity,
   *6)* Approaches to Screening for Risk from Pharmaceuticals In Drinking Water and Prioritization for Further Evaluation,
   *7)* Symposium-Pathway-Based Risk Assessment: Preparing for Paradigm Change, and
   8*)* Symposium-Exposure Science in the 21st Century.

## INVITED SEMINARS: <u>Invited to give Sixty National Level Seminars from 1995-Present</u>

1. **Barone, S. Jr.** TMT-induced increases in GFAP immunoreactivity in the developing rat brain. *Sigma Xi, FDA Chapter.* NIH Bethesda, MD, April 21-24, 1992.

2. **Barone, S. Jr.** Trophic factors as indicators of developmental neurotoxicity. *Neurotoxicology Panel Discussion: Neural markers of injury-pros and cons. Society for Neuroscience*, Anaheim, CA. October 28, 1992.

3. **Barone, S. Jr.** Developmental differences in neural damage following trimethyl-tin as demonstrated with GFAP immunohistochemistry. *Association of the Learning Disabled.* San Francisco, CA, February 26, 1993.

4. Fierke, L., & **Barone, S. Jr.** Developmental effects of methylmercury on a nerve growth factor's second messenger cascade. *Third Annual North Carolina State University Undergraduate Research Symposium.* April 7, 1994.

BARONE0000028

5. **Barone, S. Jr.**, Freeman J. H. Jr., Mundy, W.R., & Stanton, M. E.  Age-related sensitivity and latent effects of developmental CNS damage induced by triethyltin. *Eastern Carolina Chapter Society for Neuroscience*. Greenville, NC.  April 29, 1994.

6. Shaughnessy, L.W., **Barone, S. Jr.**, Mundy, W.R., & Tilson, H.A. (1995) Neurochemical and behavioral recovery after colchicine lesions of the nucleus basalis magnocellularis in rats. *Sun Coast Conference on Neurobiology of Aging*, Amelia Island, Florida April 11-14, 1995.

7. **Barone, S. Jr.**, Mundy, W.R. and Stanton, M.E. Neurotoxic effects of neonatal triethyltin (TET) exposure are exacerbated with aging. *Neurobehavioral Teratology Society.* Keystone, Colorado, June 23-26, 1996

8. **Barone, S. Jr.**, Empirical data supporting the accelerated aging hypothesis. *North Carolina Society for Neuroscience, Neurotoxicology Round table.* NIEHS, October 24, 1996

9. **Barone, S. Jr.**, Possible effects of cholinergic tone on neurotrophic factor expression and neural development. *Society for Toxicology Symposium*; Unique Roles of Cholinesterases and Acetylcholine in the Developing Nervous System. Seattle, WA, March 5, 1998.

10. **Barone, S. Jr.**, Markers of developmental neurotoxicity: The study of methylmercury a prototypic developmental neurotoxicant. *Meharry Medical College Seminar Series*, Nashville, TN, May 8, 1998.

11. **Barone, S. Jr.**, Gilbert, M. E., Royland, J.E., Shafer, T., and Mundy, W.R. Mechanistic Determinants of Developmental Neurotoxicity. *NIEHS/EPA Workshop on Application and Use of Biomarkers in Risk Assessment*. Chapel Hill, NC, August 30-31, 1999.

12. **Barone, S. Jr.**, Preliminary efforts to construct a Biologically-Based Dose Response Model for developmental effects of exposure to chlorpyrifos. *Seminar Series, University of Washington*, Seattle, WA, April 28, 2000.

13. **Barone, S. Jr.**, Development and maturation of the nervous system: Neurobiological basis of vulnerability to environmental contaminants. California EPA sponsored conference, *Children's Environmental Health-Risk Assessment Issues and Challenges*, Oakland Ca. May 1, 2000.

14. **Barone, S. Jr.**, Development and maturation of the nervous system: Anatomical Evaluation of Developmental Neurotoxicity. *Training Course for HED/OPP staff*, Washington, DC. May 23, 2000.

15. **Barone, S. Jr.**, Summary of past and present use of indicators in human health risk assessment for persistent bioaccumulated toxicants. *5th NHEERL Symposium*. Research Triangle Park, NC, June 6-8, 2000.

Page 23

BARONE0000029

16. **Barone, S. Jr.,** Effects of Chlorpyrifos and its metabolites on developmental processes: Evidence from *in vitro* and *in vivo* test systems. Symposium on: *Organophosphate Pesticide Impacts on Neural Development: Dish to Fish to Rodents to Humans.* Duke University. December 4, 2000.

17. **Barone, S. Jr.** The role of apoptosis in neurotoxicology. *Society of Toxicology,* San Francisco, CA. March 26, *2001* symposium talk

18. **Barone, S. Jr.,** Integration of mechanistic data into the weight evidence considerations for risk assessment of developmental exposure to chlorpyrifos. *Children's Environmental Health- Developing a Framework.* California EPA, Monterey, California. April 23-24, 2001.

19. **Barone, S. Jr.,** Examination of the effects of chlorpyrifos on developmental processes: Evaluation of biochemical, morphological and behavioral indices of developmental neurotoxicity. *Continuing Education Course on Developmental Neurotoxicology, Teratology Society.* Scottsdale, Arizona, June 23, 2002,

20. **Barone, S. Jr.,** Effects of Toxicants on Neural Differentiation *Colloquium In Vitro Neurotoxicology: Tools for Cellular Neurobiology, American Society for Neurochemistry.* West Palm Beach, FLA, June 25, 2002.

21. **Barone, S. Jr.,** Biomarkers of exposure and biomarkers of effect for developmental neurotoxicology: A case study with chlorpyrifos. *Region 10 Seminar Series.* Seattle, Washington, March 17, 2003.

22. **Barone, S. Jr.,** Update on children' health risk assessment framework. *Office of Children's Health Protection Federal Advisory Committee Meeting.* Washington, DC, Washington Hotel. February 22, 2005,

23. **Barone, S. Jr.,** Overview of Office of Research and development children's health research program. *Children's Environmental Health Network.* Methodist Building.  Washington, DC March 24, 2005.

24. **Barone, S. Jr.,** Children's health risk assessment framework looking toward implementation. *Regional Risk Assessors Meeting.* Kansas City, Kansas. May 1, 2005.

25. **Barone, S. Jr.** Overview of Neurotoxicity issues to be considered in IRIS Assessments. Chemical Managers Seminar Series. July 28, 2005

26. **Barone, S. Jr.** & Scott, C.S. Characterization of uncertainties: How do we define these uncertainties per application of Uncertainty Factors. *Society for Risk Analysis Meeting,* December 4-7, 2005, Orlando, FL

Page 24

BARONE0000030

27. **Barone, S. Jr.**  Brown, R.C., Euling, S., Hubal, E., Kimmel, C.A., El-Masri, H., Moya, J., Selevan, S.G., Sonawane, B., Employing A Children's Health Risk Assessment Framework Using a Life-Stage Approach.  *Society for Risk Analysis Meeting*, December 4-7, 2005, Orlando, FL

28. **Barone, S. Jr.** Overview of Neurotoxicity issues to be considered by Risk Assessors. Risk Assessment Teleconference for Superfund (RATS) - Regional and State Risk Assessors Seminar Series.  January 11, 2005

29 **Barone, S. Jr.** Overview of Contemporary Children's Health Risk Assessment Approaches. RATS- Regional and State Risk Assessors Seminar Series. November 8, 2006

30. **Barone, S. Jr.**, Postnatal CNS Development. *Continuing Education Course on Functional Developmental of the CNS: Positive and Negative Factors, Teratology Society.* Monterey, CA, June 28, 2008.

31. **Barone, S. Jr.**, Overview of environmental vulnerability to chemical exposures. *Society Presidents Symposium -49th Annual Meeting of Teratology and Neurobehavioral Teratology Meeting,* Puerto Rico, June 27- July 1, 2009.

32. **Barone, S. Jr.**, How can science inform risk-based decisions and protect children's health? *Society of Toxicology*, Salt Lake City, UT, Symposium talk March 7-11, 2010.

33. **Barone, S. Jr.**, Putting High Throughput Chemical Risk Characterization into Real-World Practice Symposium Faster Science for Better Decisions: Characterizing Environmental Contaminant Risk from High Throughput Data *Society of Toxicology*, Salt Lake City, UT,  Talk March 7-11, 2010.

34. **Barone, S. Jr.**, Next Generation Risk Assessment Overview. Regional Risk Assessors Training Conference. Atlanta, Ga, June 8-10, 2010

35. **Barone, S. Jr.,** Challenges and Opportunities in Putting High-Throughput Chemical Risk Characterization into Real-World Practice. National Capital Area Chapter - Society of Toxicology. Washington, DC,  April 19, 2011

36. **Barone, S. Jr.,** Update on IRIS Cumulative Hazard Assessment for Phthalates: EPA Design for the Environment Program's Phthalates Alternatives Analysis Kick-off Meeting, Washington, DC, August 24, 2011

37. **Barone, S. Jr.,** TSCA Work Plan Chemical Risk Assessments: Upcoming Actions. OMNE meeting. Washington, DC,  February 2, 2015

38. **Barone, S. Jr.,** TSCA Work Plan for Chemical Assessment and Flame Retardants Overview for DTSC. Consultation with California Department of Toxic Substances Control. Washington, DC,  March 26, 2015

BARONE0000031

39. **Barone, S. Jr.,** TSCA Work Plan for Chemical Assessment and Flame Retardants Overview Assessment Approaches. Phosphorus, Inorganic and Nitrogen Flame Retardants Association (PINFA) Tampa, FL, April 2, 2015

40. **Barone, S. Jr.,** Technical overview of Flame Retardants Assessment and Approaches. National TSCA Tribal Council Washington, DC,  September 30, 2015

41. **Barone, S. Jr.,** Overview of Systematic Review Framework Office of Chemical Safety & Pollution Prevention (OCSPP). National Academies of Science (NAS) Committee on Low Dose NonMonotonic Dose Response. Washington, DC  November 17, 2015

42. **Barone, S. Jr.,** Current Practices in OCSPP to Estimate Human Health Risk in the Context of Temporal Exposures Scenarios. Temporal Exposure Issues for Environmental Pollutants: Health Effects and Methodologies for Estimating Risk Research Triangle Park, NC,  January 27–29, 2016

43. **Barone, S. Jr.,** Overview of EPA's OPPT TSCA work plan assessment of new and existing chemicals. Texas AM Integrated Toxicology Program College Station, TX March 27, 2016

44. **Barone, S. Jr.,** Endocrine Disruptor Screening Program (EDSP) Overview. National Tribal Caucus Update, Washington, DC, June 9, 2016

45. **Barone, S. Jr.,** Overview of EPA's Pivot in the Endocrine Disruptor Screening Program (EDSP). NTP executive committee, HHS, Washington, DC November 10, 2016

46. **Barone, S. Jr.,** Overview of EPA's Endocrine Disruptor Screening Program (EDSP) with emphasis on path forward. Crop Life America Ecological Risk Assessment Committee. Washington DC, December 12, 2016

47. **Barone, S. Jr.,** Strengthening Chemical Safety Decision Making with Information on Low Dose Toxicity. Toxicology Forum  Washington, DC, February 6, 2017

48. **Barone, S. Jr.,** Update on EPA's Endocrine Disruptor Screening Program (EDSP) SOT 21st Century Toxicology  Baltimore, MD, February 24, 2017

49. **Barone, S. Jr.,** Overview of EPA's Update of OPPT TSCA work plan assessment of new and existing chemicals. Texas AM Integrated Toxicology Program College Station, TX March 27, 2017

50. **Barone, S. Jr.,** Overview of EPA's Endocrine Disruptor Screening Program (EDSP) Pivot with emphasis on path forward. Texas AM Integrated Toxicology Program College Station, TX March 27, 2017

Page 26

51. **Barone, S. Jr.,** Decision Making Within Endocrine Disruptor Screening Program: A Conversation on Replacing the Uterotrophic Assay. Understanding the Paradigm Change at the Interface of Emerging Sources of Environmental Health Data and Decision Making. For NAS Emerging Science Committee of Board of Life Science. Washington, DC  November 22-23, 2017 YouTube  Stan Barone- Replacing the Uterotrophic Assay

52. **Barone, S. Jr.,** Overview of the Pivot in EPA's Endocrine Disruptor Screening Program (EDSP) with an emphasis on high throughput and computational approaches. Toxicology Forum Annapolis, MD July 9-11, 2018,

53. **Barone, S. Jr.,** TSCA Risk Evaluations: Lessons Learned from the First 10 Risk Evaluations." ACC 2020 GlobalChem Webinar Series Session, March

54. **Barone, S. Jr.,** Overview of TSCA Risk Evaluation Process. Committee To Review EPA's Toxic Substances Control Act (TSCA) Systematic Review Guidance Document Virtual Meeting 2.1. June 18, 2020

55. **Barone, S. Jr.,** Panel Discussion- Session IV: Future Directions For Risk Assessment And Public Health Protection. Environmental Neuroscience: Advancing the Understanding of How Chemical Exposures Impact Brain Health and Disease—A Virtual Workshop June 25, 2020

56. **Barone, S. Jr.,** and Wong E. Evidence Integration Supporting Exposure and Hazard Assessments for TSCA Risk Evaluations.  Committee To Review EPA's Toxic Substances Control Act (TSCA) Systematic Review Guidance Document Virtual Meeting 2.2. July 23, 2020

57. **Barone, S. Jr.,** TSCA Section 6: Overview of Risk Evaluations and Lessons Learned. **Children's Health Protection Advisory Committee (CHPAC)** Washington, DC, July 25, 2020

58. **Barone, S. Jr.,** Connecting Data Evaluation & Evidence Integration Supporting Exposure and Hazard Assessments for TSCA Risk Evaluations Committee To Review EPA's Toxic Substances Control Act (TSCA) Systematic Review Guidance Document Virtual Meeting 2.3. August 24, 2020

59. **Barone, S. Jr.,** TSCA Section 6: Overview of Risk Evaluations and Lessons Learned Children's Health Protection Advisory Committee July 24, 2020

60. **Barone, S. Jr.,** Organohalogen (OFR) and Other Flame Retardants – EPA Toxic Substances Control Act (TSCA) Review. The Scientific Challenges in Regulating Organohalogen Flame Retardants (OFRs) as a Class in Consumer Products" (ID 61), for the 2021 SOT Annual Meeting, March 14–18, 2021, in Orlando, Florida.

BARONE0000033

**INVITED SEMINARS: <u>Invited to give Seventeen International Seminars from 1994-Present</u>**

1. **Barone, S. Jr.** Regional ontogeny of PKC activity: Effects of methylmercury. *10th Biennial Meeting of the International Society for Developmental Neuroscience.* San Diego, CA. August 2, 1994.

2. **Barone, S. Jr.** The role of neurotrophic factor receptors in methylmercury-induced neurotoxicity. Neurotoxicity of mercury: Indicators and effects of low-level exposure. *Twelfth International Neurotoxicology Conference.* Hot Springs, AK. October 30 to November 2, 1994.

3. **Barone, S. Jr.** Relevance of neurotrophic factors to neurotoxicology. Panel Discussion. *Fifth International Neurotoxicology Association* Port Ludlow, WA. June 25-30, 1995.

4. **Barone, S. Jr.**, Tutorial: Vulnerable periods of nervous system development. *Sixteenth International Neurotoxicology Conference.* Pesticides and susceptible populations: who is at risk and when? Little Rock, AK. September 13-15, 1998.

5. **Barone, S. Jr.**, Primer on vulnerability of nervous system development. Mechanisms of Developmental Neurotoxicology, *Seventeenth International Neurotoxicology Conference* Little Rock, AK. October 17, 1999.

6. **Barone, S. Jr.**, Latent effects of developmental exposure to neurotoxicants indicate compensation may come at cost late in life. *International Federation of Teratology Societies Symposium*, Matsue, Japan. July 12-14, 2000.

7. **Barone, S. Jr.**, Development and evaluation of *in vitro* imaging techniques used to screen agents that affect neuronal differentiation. *Molecular Biomarkers, Transgenics, and Imaging: Technologies Ushering in a New Millennium of Neurotoxicology.* Interagency Committee on Neurotoxicology, Washington, DC. Nov. 27-Dec. 1, 2000.

8. **Barone, S. Jr.**, Effects of gestational mercury exposure on neurotrophic factor signaling and altered development of the nervous system. *Microbiology, Immunology & Toxicology of Autism and Other Neurodevelopmental Disorders.* Sponsored by March of Dimes, CAN, MIND, Banbury Center, Cold Springs Harbor, New York. February 11-14, 2001.

9. **Barone, S. Jr.**, Developmental neurotoxicity of methanol in animals. *Symposium and Panel discussion- Methanol- is it a developmental toxicant? 28th Annual Summer Toxicology Forum.* Aspen, CO, July 7-12, 2002.

10. **Barone, S. Jr.**, Overview of children's health risk assessment. *Healthy Environments, Healthy Children: Increasing Knowledge and Taking Action.* Sponsored by WHO. Panamericano Crowne Plaza Hotel, Buenos Aires, Argentina, November 14-16, 2005

BARONE0000034

11. **Barone, S. Jr.**, Case Example for Use of High Throughput and Computational Approaches in Decision Making for Endocrine Disruption Potential. Accelerating Risk Assessment Workshop, Washington, DC. September 14-15, 2016

12. **Barone, S. Jr.,** Overview of EPA's Pivot in the Endocrine Disruptor Screening Program (EDSP). Meeting with French Ministry of Environment & French Ministry of Ecology Washington, DC, July 12, 2016

13. **Barone, S. Jr.**, US Regulatory Perspective on Developmental Neurotoxicity Testing with Special Focus on Endocrine Disrupting and Industrial Chemicals.  OECD/EFSA Workshop on Developmental Neurotoxicity (DNT): The Use of Non-Animal Test Methods for Regulatory Purposes. Brussels, Belgium. October 16-20, 2016

14. **Barone, S. Jr.,** Overview of EPA's Endocrine Disruptor Screening Program (EDSP) with emphasis on path forward. Global Chem Conference,  February 24, 2017

15. **Barone, S. Jr.,** Overview of EPA's Endocrine Disruptor Screening Program (EDSP) Pivot with emphasis on path forward. OECD EDTA Paris, France Meeting May 19, 2017

16. **Barone, S. Jr.,** US representative update on EPA's Endocrine Disruptor Screening Program (EDSP) Pivot with emphasis on path forward. OECD EDTA and VMGNA Meeting Paris, France October 2-5, 2017

17. **Barone, S. Jr.,** US representative update on EPA's Endocrine Disruptor Screening Program (EDSP) with emphasis on thyroid hormone battery development and updates to ecological testing and evaluation. OECD EDTA and VMG ECO Meeting. Paris, France October 21-25, 2018

## PEER REVIEWED MANUSCRIPTS:

1. Mundy, W.R., **Barone, S.**, and Tilson, H.A. (1990) Neurotoxic lesions of the nucleus basalis induced by colchicine: Effects on spatial navigation in the water maze. *Brain Res.* **512**, 221-228.

2. **Barone, S. Jr.**, Nanry, K.P, Mundy, W.R. and Tilson, H.A. (1991) Spatial learning deficits are not solely due to cholinergic deficits following medial septal lesions with colchicine. *Psychobiology* **19**(1), 41-50.

3. Mundy, W.R., Tandon, P., **Barone, S. Jr.**, and Tilson, H.A. (1991) Long-term changes in phosphoinositide hydrolysis following colchicine lesions of the nucleus basalis magnocellularis.  *Brain Res. Bulletin* **26**, 657-662.

4. Tandon, P., **Barone, S. Jr.**, Drust, E.G., and Tilson, H.A. (1991) Long-term behavioral and neurochemical effects of intradentate administration of colchicine in rats. *NeuroToxicology* **12**, 67-78.

BARONE0000035

5. **Barone, S. Jr.**, Tandon, P., McGinty, J.F. and Tilson, H.A. (1991) Effects of NGF and fetal cell transplants on spatial learning after hippocampal damage in rats. *Exp. Neurol.* **114**, 1-13.

6. **Barone, S. Jr.**, Bonner, M.J., Tandon, P., McGinty, J.F. and Tilson, H.A. (1992) Neurobiological effects of colchicine administration into the hippocampus: Modulation by NGF. *Brain Res. Bulletin* **28**, 265-274.

7. Tandon, P., **Barone, S. Jr.**, Bonner, M., Ali, S., and Tilson, H.A. (1993) The role of the septohippocampal pathway in the mediation of colchicine-induced compensatory changes in the rat hippocampus. *NeuroToxicology* **14**, 41-50.

8. Freeman, J.H., **Barone, S. Jr.**, and Stanton, M.E. (1994) Triethyltin produces neural damage and cognitive deficits in developing rats that depend on age of exposure. *Brain Res.* **634**, 85-95.

9. Tandon, P., Padilla, S., **Barone, S. Jr.**, Pope, C.N., and Tilson, H.A. (1994) Fenthion produces persistent decreases in muscarinic receptor function in the adult rat retina. *Tox. Appl. Pharm.* **125,** 271-280.

10. Boyes, W.K., Tandon, P., **Barone, S. Jr.**, and Padilla, S. (1994) Effects of organophosphates on the visual system of rats. *J. Appl. Tox.* **14**(2), 135-143.

11. Shaughnessy, L.W., **Barone, S. Jr.**, Mundy, W.R., and Tilson, H.A. (1994) Comparison of intracranial infusions of colchicine and ibotenic acid as models of neurodegeneration in the basal forebrain. *Brain Res.* **637**, 15-26.

12. Tandon, P., **Barone, S. Jr.**, Mundy, W.R., and Tilson, H.A. (1994) Compensatory changes in the hippocampus following intradentate infusion of colchicine. *NeuroToxicology* **15**(3), 513-524.

13. Goldey, E.S., O'Callaghan, J.P., Stanton M., **Barone, S. Jr.**, and Crofton, K.M. (1994) Developmental neurotoxicity: Evaluation of testing procedures with methylazoxymethanol and methyl mercury. *Fund. Appl. Toxicol.* **23**(3), 447-464.

14. Crofton, K.M., Janssen, R., Prazma. J, Pulver, S., and **Barone, S. Jr.** (1994) The ototoxicity of 3, 3'-iminodipropionitrile: Behavioral, physiological, and morphological evidence of cochlear damage. *Hearing Res.* **81**(1), 129-140.

15. Sengstock, G.J., Olanow, C.W., Dunn, A.J., **Barone, S. Jr.**, and Arendash, G.W. (1994) Progressive changes in striatal dopaminergic markers, nigral volume, and rotational behavior following iron infusion into the rat Substantia Nigra. *Exp. Neurol.* **130**, 82-94.

BARONE0000036

16. **Barone, S. Jr.**, Stanton, M.E., and Mundy, W.R. (1995) Neurotoxic effects of neonatal triethyltin (TET) exposure are exacerbated with aging. *Neurobiol. of Aging* **16**(5), 723-735.

17. **Barone, S. Jr.**, Herr, D.W., and Crofton, K.M. (1995) The effects of 3, 3'-iminodipropionitrile on the peripheral structures of the rat visual system. *NeuroToxicology* **16**(3), 451-468.

18. Freeman, J.H., **Barone, S. Jr.**, and Stanton, M.E. (1995) Disruption of cerebellar maturation by an antimitotic agent impairs the ontogeny of eye blink conditioning in rats. *Neurosci.* **15**(11), 7301-7314.

19. Herr, D.W., King, D., **Barone, S. Jr.**, and Crofton, K.M. (1995) Alterations in flash evoked potentials (FEPs) in rats produced by 3, 3'-iminodipropionitrile (IDPN). *Neurotox. Teratol.* **17**(6), 645-56.

20. Shaughnessy, L.W., **Barone, S. Jr.**, Mundy, W.R., and Tilson, H.A. (1996) Neurochemical and behavioral recovery after colchicine lesions of the nucleus basalis magnocellularis in rats. *Restor. Neurol. & Neurosci.* **10**, 135-46.

21. Shaughnessy, L.W. and **Barone, S. Jr.** (1997) Damage to the NBM leads to a sustained lesion-induced increase in functional NGF in the cortex. *NeuroReport.* **8**(12), 2767-2774.

22. Shaughnessy, L.W., Mundy, W.R., Tilson, H.A. & **Barone, S. Jr.** (1998) A time-course of changes in cholinergic and neurotrophic-related markers following infusion of colchicine into the basal forebrain. *Brain Res.* **781**(1), 67-77.

23. Lassiter, L., **Barone, S. Jr.**, and Padilla, S. (1998) Ontogenetic Differences in the regional and cellular distribution of acetylcholinesterase (AChE) and butyrylcholinesterase (BuChE) activity in the rat brain. *Dev. Brain Res.* **105**(1), 109-123.

24. **Barone, S. Jr.**, Haykal-Coates, N., Parran D.K., and Tilson, H.A. (1998) Gestational exposure to methylmercury alters the developmental pattern of *trk*-like immunoreactivity in the rat brain and results in cortical dysmorphology. *Dev. Brain Res.* **109**(1), 13-31.

25. Haykal-Coates, N., Shafer, T., Mundy, W.R., and **Barone, S. Jr.** (1998) Effects of gestational methylmercury exposure on immunoreactivity of specific isoforms of PKC and enzyme activity during postnatal development in the rat brain. *Dev. Brain Res.* **109**(1), 33-49.

26. Lassiter, T.L., Padilla, S., Mortensen, S., Chanda, M.S., Moser, V.C., and **Barone, S. Jr.** (1998) Gestational exposure to chlorpyrifos: Apparent protection of the fetus? *Toxicol. Appl. Pharmacol.* **152**(1), 56-65.

BARONE0000037

27. Kodavanti, P.R.S., Derr-Yellin, E.C., Mundy, W.R., Shafer, T.J., Herr, D.W., **Barone, S. Jr.**, Choksi, N.Y., MacPhail R.C., and Tilson, H.A. (1998) Repeated exposure of adult rats to Aroclor 1254 causes brain region specific changes in intracellular $Ca^{+2}$ buffering and protein kinase C activity in the absence of changes in tyrosine hydroxylase. *Toxicol. Appl. Pharmacol.* **153**(2), 186-198. *Featured on Cover*

28. Lassiter, T.L., **Barone, S. Jr.**, Moser, V.C., and Padilla, S. (1999) Gestational exposure to chlorpyrifos: Dose response profiles for cholinesterase and carboxylesterase in the fetus and dam. *Tox. Sci.* **52**, 92-100.

29. Das, K. P. and **Barone S. Jr.** (1999) Neuronal differentiation in PC12 cells is inhibited by chlorpyrifos and its metabolites: Is acetylcholinesterase inhibition the site of action? *Toxicol. Appl. Pharmac.* **160**, 217-230. *Featured on Cover*

30. **Barone, S. Jr.**, Das, K.P., Lassiter, T.L., and White, L.D. (2000) Vulnerable processes of nervous system development: A review of markers and methods. *NeuroToxicology.* **21**, 15-36.

31. Mundy, W.R., Parran, D.K., and **Barone, S. Jr.** (2000) Gestational exposure to methylmercury alters the developmental pattern of neurotrophin- and neurotransmitter-induced phosphoinositide (PI) hydrolysis. *Neurotox. Res.* **1(4)**, 271-283.

32. Rice, D. and **Barone, S. Jr.** (2000) Critical periods of vulnerability for the developing nervous system: Evidence from humans and animal models. *EHP Suppl. on Children's Health* **108 (Suppl. 3)**, 511-533.

33. Adams, J., **Barone, S. Jr.**, LaMantia, A., Philen, R., Rice, D., Spear, L., Susser, E. (2000) Workshop summary to identify critical windows of exposure for children's health: Neurobehavioral workgroup. *EHP Suppl. on Children's Health* **108 (Suppl. 3)**, 535-544.

34. Parran, D.K., Mundy, W.R., and **Barone, S. Jr.** (2001) Effects of methylmercury and mercuric chloride on differentiation and cell viability in PC12 cells. *Tox. Sci.* **59**, 278-290.

35. Das, K., Chao, S, White, L.D., Haines, W., Tilson, H.A., Harry, J., and **Barone, S., Jr.** (2001) Differential patterns of nerve growth factor, brain-derived neurotrophic factor and neurotrophin-3 mRNA and protein levels in developing regions of rat brain. *Neurosci.* **103**, 739-761.

36. White, L.D. and **Barone, S., Jr.** (2001) Qualitative and quantitative estimates of apoptosis from birth to senescence in the rat brain. *Cell Death and Diff.* **8**(4), 345-356.

37. Crumpton, T.L., Atkins, D., Zawia, N., and **Barone S. Jr.**, (2001) Lead exposure in pheochromocytoma (PC12) cells alters neural differentiation and Sp1 DNA-binding. *NeuroToxicology.* **22**(1):49-62.

BARONE0000038

38. Moser, V.C., **Barone, S. Jr.**, Smialowicz, R.P., Harris, M.W., Davis, B.J., Overstreet, D., Mauney, M., and Chapin, R.E. (2001) The effects of perinatal tebuconazole exposure on adult neurological, immunological, and reproductive functions in rats. *Tox. Sci.* **62**, 339-352.

39. DeWoskin, R.S., **Barone S. Jr.,** Clewell, H., and Setzer, R.W. (2001) Improving the development and use of biologically based dose response models (BBDR) in risk assessment. *Human and Ecological Risk Assessment*, **7**(5), 1091-1120**.**

40. Chanda, S.M., Lassiter, T.L., Moser, V.C., **Barone, S. Jr.**, and Padilla, S. (2002) Tissue carboxylesterase and chlorpyrifos toxicity in the developing rat. *Human and Ecological Risk Assessment*, **8**(1), 75-90.

41. Morgan, D.L., Chanda, S.M., Price, H.C., Fernando, R., Liu, J., Brambilia, E., O'Conner, R.W., Beliles, R.P., and **Barone, S. Jr.** (2002) Disposition of Inhaled Mercury Vapor in Pregnant Rats: Maternal toxicity and Effects on Developmental Outcomes. *Tox. Sci.* **66** (2), 261-273

42. Shafer, T.J., Meacham, C.A., and **Barone, S. Jr.** (2002) Effects of subacute exposure to nanomolar concentrations of methylmercury on voltage-gated sodium and calcium currents in PC12 cells. *Dev. Brain Res.* **136** (2), 151-164.

43. Parran, D.K., **Barone, S. Jr.**, Mundy, W.R. (2003) Methylmercury inhibits NGF-induced TrkA autophosphorylation and neurite outgrowth in PC12 cells. *Dev. Brain Res.* **141**(1-2):71-81.

44. Meacham, C.A., White, L.D., **Barone, S. Jr.** and Shafer, T.J. (2003) Ontogeny of voltage-sensitive calcium channel $\alpha_{1A}$ and $\alpha_{1E}$ subunit expression and synaptic function in rat central nervous system. *Dev. Brain Res.* **142**, Issue 1: 47-65

45. Jenkins, S. M., and **Barone, S.  Jr.**, (2004) The neurotoxicant trimethyltin causes apoptosis via oxidative stress, caspase activation and P38 protein kinase. *Toxicol. Letters* **147**(1): 63-72.

46. Parran, D.K., **Barone, S. Jr.**, Mundy, W.R. (2004) Role of MAP kinase and Protein Kinase C in Methylmercury inhibition of neurite outgrowth in PC12 cells. *Dev. Brain Res.* **149**(1): 53-61.

47. Jenkins, S. M., Ehman, K., and **Barone S. Jr.** (2004) Structure-Activity Comparison of Organotin Species: Dibutyltin is a Developmental Neurotoxicant *In Vitro* and *In Vivo*. *Dev. Brain Res.* **151**: 1-12.

BARONE0000039

48. Herr, D.W., Chanda, S.M., Graff, J.E., **Barone, S. Jr.**, Beliles, R.P., and Morgan, D.L. (2004) Evaluation of sensory evoked potentials in Long-Evans rats gestationally exposed to mercury (Hg") vapor. *Tox. Sci.* **82**: 193-206.

49. Meacham, C.A., Freudenrich, T.M., Anderson, W.L., Sui, L., Lyons- Darden, T., **Barone, S. Jr.**, Gilbert, M.E., Mundy, W.R., and Shafer T.J. (2004) Accumulation of the persistent environmental toxicants methylmercury or polychlorinated biphenyls in *in vitro* models and relevance to *in vivo* levels in rat neuronal tissue. *Toxicol. Appl. Pharmac*. **205(2)**: 177-87.

50. Bingham, E., **Barone, S. Jr.,** Burin, G., Chapin, R., Davis, J.M., Dorman, D., Glowa, J.R., Hansen, D., Matthews, H.B., Miller, M., Nauss, K.M., Rogers, J.M., Shelby, M. (2004) NTP-CERHR Expert panel report on the reproductive ands developmental toxicity of methanol. *Reproductive Toxicology* **18**: 303-390.

51. **Barone, S. Jr.,** and Moser, V.C., The effects of perinatal tebuconazole exposure on adult neurological, immunological, and reproductive functions in rats. Letter to the Editor *Tox. Sci.* **77,** 183 (2004)

52. Moser, V.C., **Barone, S. Jr.,** Phillips, P.M., McDaniel, K.L., and Ehman, K.D., (2006). Evaluation of developmental neurotoxicity of organotin via drinking water in rats: monomethyl tin. *NeuroToxicology.* **27**(3):409-20.

53. Morgan DL, Price HC, Fernando R, Chanda SM, O'Connor RW, **Barone S. Jr**, Herr DW, Beliles RP. (2006) Gestational mercury vapor exposure and diet contribute to mercury accumulation in neonatal rats. *Environ Health Perspect*. **114**(5): 735-739.

54. **Barone, S. Jr.,** Brown, R.C., Euling, S., Cohen Hubal, E., Kimmel, C.A., Makris, S., Moya, J., Selevan, S.G., Sonawane, B., Thomas, T. & Thompson, C. (2006) Overview of a life stage approach to children's health risk assessment. *Acta Toxicologica Argentina* **14**:7-10. Translated into Spanish.

55. Lakind J, **Barone, S. Jr.**, Frank, H., Lipkin, P., Harry, J., Needham, L., Lorber, M., Hooper, S., Belger, A., Goodman, M., Cox, C., Myers, G., Amler, R., Lipsitt, L., Wachs, T. (2006) Workshop on technical report: optimizing the design and interpretation of improving methods project to identify critical methodological factors in epidemiologic studies for assessing neurodevelopmental effects from *in utero* chemical exposure: Conceptual overview. *NeuroToxicology.* Sep; **27**(5):861-74.

56. Ehman, K.D., Phillips, P.M., McDaniel, K.L., **Barone, S. Jr.**, V.C. Moser (2007) Evaluation of developmental neurotoxicity of organotins via drinking water in rats: Dimethyl tin. *Neurotoxicology and Teratology.* Nov-Dec; **29**(6):622-33

57. Guyton, K.Z., **Barone, S. Jr.**, Brown, R.C., Euling, S.Y., Jinot, J., and Makris S., (2008) Mode of Action Frameworks: A Critical Analysis. *Journal of Toxicology and Environmental Health.* Jan; **11**(1):16-31

Page 34

58. Firestone, F. Sonawane, B, **Barone, S**., Salmon, A.G., Brown, J.P., Hattis, D., Woodruff, T. (2008) Potential New Approaches for Children's Inhalation Risk Assessment *Journal of Toxicology and Environmental Health.*, 71(3):208 - 217

59. Brown, R.C., **Barone, S. Jr.**, and Kimmel C.A. (2008) Children's Health Risk Assessment: Incorporating a Lifestage Approach into the Risk Assessment Process. *Birth Defects Research Part B: Developmental and Reproductive Toxicology,* **83**:1–11.

60. Brown-Dzusbow, R. C., Makris. S., Scott, C.S., **Barone, S. Jr.**, (2009) Early Lifestage Exposure and Potential Developmental Susceptibility to Tetrachloroethylene. *Birth Defects Research Part B: Developmental and Reproductive Toxicology,* **89**:50–65.

61. Bale, A. S. **Barone, S. Jr.**, Scott, C.S. and Cooper. G. S. (2011) A Review of Potential Neurotoxic Mechanisms Among Three Chlorinated Organic. *Toxicology and Applied Pharmacology* **255**(1):113-26.

62. Chiu, W.A., Jinot, J., Siegel Scott, C., Makris, S.L., Cooper, G., Dzubow, R., Bale A, Evans, M., Guyton, K.Z., Keshava, N., Lipscomb, J., **Barone, S. Jr.**, Fox, J., Gwinn, M.R., Schaum., J., Caldwell, J.C, (2013) Assessment Report:  Key Findings and Issues in the Human Health Effects of Trichloroethylene. *Environ Health Perspect*. Mar; **121**(3):303-11.

63. Guyton, K.Z., Hogan, K., Siegel Scott, C., Cooper, G., Bale A, Kopylev, L., **Barone, S. Jr.**, Makris, S.L., Glenn, B., Subramaniam, R., Gwinn, M.R., Dzubow, R., Chiu, W.A., (2014) Key Findings and Issues in the Human Health Effects of Tetrachloroethylene. *Environ Health Perspect.* Apr; **122**(4):325-3

64. Cote, I., Andersen, M., Ankley, G., **Barone, S.,** Birnbaum, L., Boekelheide, K., Bois, F., Burgoon, L., Chiu, W., Crawford-Brown, D., Crofton, K., DeVito, M., Devlin, R., Edwards, S., Guyton, K., Hattis, D., Judson, R., Knight, D., Krewski, D., Lambert, J., Maull, E., Mendrick, D., Padilla, S., Paoli, G., Patel, C., Perkins, E., Poje, G., Portier, C., Rusyn, I., Schulte, P., Simeonov, A., Smith, M., Whittaker, C., Thayer, K., Thomas, R., Thomas, R., Tice, R., Vandenberg, J., Villanueve, D., Wesselkamper, S., Whelan, M., White, R., Xia, M., Yauk, C., Zeise, L., Zhao, J., DeWoskin, R. (2016) The Next Generation of Risk Assessment Multiyear Study-Highlights of Findings, Applications to Risk Assessment and Future Directions. *Environ Health Perspect*. November **124**(11):1671-1683.

65. Beardslee, R. A., Blanton, N., Blaine˒ S., **Barone, S.,** Price, P., Sweeny, L., Zeise, Lauren Hattis, D., LaKind, J, Sobus, J., Goeden, H., Ginsberg, G., Fry, R., Meliker, J., Wetmore, B., Rogers, J., Edwards, S., Blumberg, B., Bussard, D., Nachman, K., Gray, E., Poet, T., Schlosser, P., Tokar, E., Guiseppi-Elie, A., D'Amico, L., Flowers, L., Jones, S., Cogliano, V., Hotchkiss, A., Cote, I., Olden, K., Sams, R., (2017) Temporal Exposure Issues for Environmental Pollutants: Health Effects and

BARONE0000041

Methodologies for Estimating Risk.
https://cfpub.epa.gov/ncea/workshops/recordisplay.cfm?deid=310470

66. Noyes, P. D, Paul-Friedman, K., Browne, P., Haselman, J. T., **Barone, S.**, Crofton, K., Gilbert, M. E., Hornung, M. W., Laws, S. C., Simmons S. O., Stoker, T. E., Tietge, J. E., Degitz, S. J. (2019) Framework for Screening Chemicals for Thyroid Bioactivity Using *In Vitro* High-Throughput Data and Adverse Outcome Pathways. *Environ Health Perspect*. 2019 Sep; 127(9): 095001.

67. Ginsberg, G.L., Solomon, G.M., Elliott, K.C., Vandenberg, J.J., **Barone S. Jr.,** Pullen, K. & Bucher, J.R. (2019) COMMENTARY: New Toxicology Tools and the Emerging Paradigm Shift in Environmental Health Decision-Making *Environ Health Perspect*. 127(12) December 2019. pp 125002-1-7.

## PEER REVIEWED BOOK CHAPTERS AND MONOGRAPHS:

1. **Barone, S. Jr.** (1993) Developmental differences in neural damage following trimethyl-tin as demonstrated with GFAP immunohistochemistry. In J.N. Johannessen (Ed.), *Markers of Neuronal Injury and Degeneration. Annals New York Academy of Science* 679 pp. 306-317.

2. Arendash, G.W., Sengstock, G.J., Olanow, C.W. **Barone, S. Jr.**, & Dunn, A.J. (1994) Intranigral iron infusion as a model for Parkinson's disease.  M. Woodruff & A. Nonneman, Eds. In: *Toxin-Induced Animal Models of Neurological Disorders.*  Plenum Press, New York, pp 175-212.

3. **Barone, S. Jr.** (1999) Applications of the neurotrophic hypothesis to developmental Neurotoxicology. H.A. Tilson & G.J. Harry, eds. In: *Target Organ Toxicity-Neurotoxicology*. Taylor & Francis, Washington, DC, Chapter 8, pp. 179-200.

4. White, L. D., Hunter, S., Miller, M.W., Ehrich, M.F., **Barone, S. Jr.** (2004) The role of apoptosis in neurotoxicology. *In Vitro Neurotoxicology: Principles and Challenges*, Humana Press, Totowa, New Jersey, Chapter 5, pp 95-132.

5. **Barone, S. Jr.,** Kodavanti, P.R.S., and Mundy, W.R (2004) Effects of toxicants on neural differentiation. *In Vitro Neurotoxicology: Principles and Challenges*, Humana Press, Totowa, New Jersey, Chapter 8, pp 187-216.

6. **Barone, S. Jr.,** and Foos B (2011) Children's Health Risk Assessment: Issues and Approaches. In: Nriagu JO (ed.) *Encyclopedia of Environmental Health*, volume 1, pp. 618–624 Burlington: Elsevier Press,

BARONE0000042

7. Rogers, J.M., Gift, J.S., **Barone, S. Jr.**, (2013) Developmental and reproductive toxicology of methanol. In: John Clary (ed.) *The Toxicology of Methanol.* Elsevier Press, Chapter 5, pp 107-139.

**PEER REVIEWED MEETING REPORTS AND
OTHER SCIENCE ASSESMENTS:**

Coauthor of *Mercury Research Strategy Document* (health effects section Chapter 5; 1998-2000). **http://oaspub.epa.gov/eims/eimsapi.detail?deid=20853&partner=ORD-NCEA**

Coauthor of technical information used in denial of petition to delist methanol as a hazardous air pollutant (1999-2001) to OAQPS. Federal Register Notice May 2, 2001. **http://www.epa.gov/EPA-AIR/2001/May/Day-02/a10990.html**

Coauthor of Meeting Report of Toxicological Evaluation and Research Needs: National Toxicology Program Center for the Evaluation of Risks to Human Reproduction (CERHR) review of developmental and reproductive toxicity data for methanol (February-October, 2001). **http://cerhr.niehs.nih.gov/news/methanol_report.PDF**

Potential Cellular and Molecular Mechanisms in Autism and Related Disorders, Sponsored by NICHD and NIEHS, Co-sponsored by NIMH, NINDS, and NIDCD, Bethesda, MD, September 6-8, 2001. CoAuthor of Meeting Report on Research Needs: **http://www.nichd.nih.gov/autism/2001conference.htm**

**Congressional Report on Annual Performance Measure (148).** Moser, V.C., Padilla, S., **Barone, S. Jr.**, Smialowicz, R.J., Harris, M.W., Chapin, R.E. Summary and comparison of multiple toxicities following developmental exposure to pesticides: neurotoxicity, immunotoxicity, and reproductive toxicity. This report summarizes a multi-disciplinary collaborative project involving both EPA and NIEHS, which evaluated long-term effects of developmental exposure to different pesticides. October 1, 2002

**National Children's Study Workshop Report on Neurobehavioral Development and Environmental Exposures: Measures for the National Children's Study,** September 27–28, 2004. Chairs of this effort were Drs. Carole Kimmel and Stan Barone. (http://nationalchildrensstudy.gov/events/workshops/Neurobehavioral_Development.cfm).

**A Framework for Assessing Health Risks to Children from Environmental Exposures. Barone, S. Jr.**, Brown, R.C., Euling, S., Hubal, E., Kimmel, C.A., El-Masri, H., Moya, J., Selevan, S.G., Sonawane, B., Thomas, T. 2006 APM. EPA/600/R-05/093F  **http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=158363**

**Toxicological Review of Formaldehyde - Inhalation Assessment** (CAS No. 50-00-0) **In Support of Summary Information on the Integrated Risk Information System (IRIS) VOLUME I of IV**, *contributor* External Review Draft *June 2, 2010*

Page 37

**Toxicological Review of Trichloroethylene (CAS No. 79-01-6) In Support of Summary Information on the Integrated Risk Information System (IRIS)** Chiu, W.A., Bale A, **Barone, S. Jr.**, Brown, R., Caldwell, J.C, Chen, C., Cooper, G., Dannan, G., Evans, M., Fox, J., Guyton, K.Z., Gwinn, M.R., Jinot, J., Keshava, N., Lipscomb, J., Okino, M., Power, F., Schaum., J., Siegel Scott, C. **Final September 2011** *http://www.epa.gov/iris/subst/0199.htm*

**Toxicological Review of Tetrachloroethylene (Perchloroethylene; CAS No. 127-18-4) In Support of Summary Information on the Integrated Risk Information System (IRIS)** McGaughy, R.E., **Barone, S. Jr.**, Beck, N., Hogan, K., Makris, S., Parker, J., Rice, D., Rigas, M., Scott, C.S., Subramaniam, R., Valcovic, L., Brown, R., Keshava, N. **Final February** *2, 2012* *http://www.epa.gov/iris/subst/0106.htm*

**Toxicological Review of Methanol (noncancer) (CAS No. 67-56-1) In Support of Summary Information on the Integrated Risk Information System (IRIS)** Gift, J., **Barone, S. Jr.**, Davis, A., Iannucci, A., Schlosser, P., **Final 2013** *http://www.epa.gov/iris/supdocs/0305index.html*

**OPPT Work Plan Risk Assessment for Trichloroethylene (CASRN: 79-01-6)** This risk assessment addresses trichloroethylene (TCE) as a degreaser, a spot-cleaner in dry cleaning and a spray-on protective coating. Management Lead**. Final 2014** http://www.epa.gov/oppt/existingchemicals/pubs/TCE_OPPTWorkplanChemRA_FINAL_062414.pdf

**OPPT Work Plan Risk Assessment for Methylene Chloride / Dichloromethane (CASRN: 872-50-4) paint stripping use.** Management Lead**. Final 2014** This final risk assessment finds health risks to both workers and consumers who use these products, and to bystanders in workplaces and residences where methylene chloride is used. EPA is considering a range of possible voluntary and regulatory actions to address risks from the use of methylene chloride-containing paint and coating removal products. http://www.epa.gov/oppt/existingchemicals/pubs/DCM_OPPTWorkplanRA_final%208_27_14.pdf

**OPPT Work Plan Risk Assessment for Antimony Trioxide (CASRN: 1309-64-4)** This risk assessment addresses effects on ecological receptors from the use of antimony trioxide (ATO) as a synergist in halogenated flame retardants. Management Lead**. Final 2014** **http://www.epa.gov/oppt/existingchemicals/pubs/ATO%20RA_(8-28-14)_FINAL.PDF**

**OPPT Work Plan Risk Assessment for *n*-Methylpyrrolidone (CASRN: 872-50-4) paint stripping use.** Management Lead**. Final 2015** This final risk assessment finds health risks to people, particularly pregnant women and women of childbearing age, who have high exposure to NMP through paint or coating removal products. EPA is considering a range of possible voluntary and regulatory actions to address risks from the use of NMP-containing paint and coating removal products. **http://www.epa.gov/oppt/existingchemicals/pubs/nmp_ra_3_23_15_final.pdf**

**OPPT Work Plan Risk Assessment for 1-Bromopropane** (CASRN: 106-94-5) This draft risk assessment (2016) addresses effects of 1-BP on human health from occupational and consumer uses of 1-Bromopropane (1-BP), also referred to a *n*-propyl bromide, in spray

BARONE0000044

adhesives, dry-cleaning (including spot cleaners) and degreasing operations. EPA did not evaluate potential risks to the environment associated with 1-BP because it has a low hazard profile for ecological receptors and low persistence and bioaccumulation if released into aquatic or terrestrial environments. https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/tsca-work-plan-chemical-risk-assessment-peer-review

**OPPT Problem Formulation Assessment for Chlorinated Phosphate Esters Cluster** (2015) Chlorinated Phosphate Esters are used as flame retardants in furniture foams and textiles. The goal of this problem formulation was to identify scenarios where further risk analysis may be necessary. The EPA will assess risks to consumers, the general population and aquatic organisms exposed as a result of manufacture, processing and use of chlorinated phosphate esters cluster members. https://www.epa.gov/sites/production/files/2015-09/documents/cpe_fr_cluster_problem_formulation.pdf

**TSCA Risk Evaluation for Methylene Chloride / Dichloromethane (CASRN: 872-50-4) (2019)** This final risk assessment finds health risks to both workers and consumers who use these products, and to bystanders in workplaces and residences where methylene chloride is used.https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-evaluation-methylene-chloride-0

**TSCA Risk Evaluation for 1-Bromopropane / *n*-Propyl Bromide (CASRN: 872-50-4) (2020)** This final risk assessment finds health risks to both workers and consumers who use these products, and to bystanders in workplaces and residences where **1-Bromopropane** is used. https://www.epa.gov/sites/production/files/2020-08/documents/risk_evaluation_for_1-bromopropane_n-propyl_bromide.pdf

**TSCA Risk Evaluation for Cyclic-Aliphatic-Bromide-Cluster-HBCD (CASRN: 25637-99-4; 3194-55-6; and 3194-57-8) (2020)** This final risk assessment finds environmental risks and health risks to workers who are involved in demolition and disposal of some uses of HBCD containing products. https://www.epa.gov/sites/production/files/2020-09/documents/1._risk_evaluation_for_cyclic_aliphatic_bromide_cluster_hbcd_casrn2563 7-99-4_casrn_3194-5_casrn_3194-57-8.pdf

**TSCA Risk Evaluation of Asbestos (CASRN: 1332-21-4)** (2020) This final risk assessment finds health risks to both workers and bystanders in workplaces and consumers who use these products. https://www.epa.gov/sites/default/files/2020-12/documents/1_risk_evaluation_for_asbestos_part_1_chrysotile_asbestos.pdf

**TSCA Risk Evaluation of 1, 4- Dioxane (CASRN: 123-91-1)** (2020) This final risk assessment finds health risks to both workers and bystanders in workplaces and consumers who use these products. https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-evaluation-14-dioxane#riskevaluation

**TSCA Risk Evaluation of Carbon Tetrachloride (CASRN: 56-23-5)** (2020) This final risk assessment finds health risks to both workers and to bystanders in workplaces where

Page 39

used. Final Risk Evaluation for Carbon Tetrachloride CASRN:56-23-5 (epa.gov)

**TSCA Risk Evaluation of *n*-Methyl-Pyrrolidone (CASRN: 872-50-4)** (2020) This final risk assessment finds health risks to both workers and bystanders in workplaces and consumers who use these products. https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-evaluation-n-methylpyrrolidone-nmp-0#riskevaluation

**TSCA Risk Evaluation of Perchloroethylene (CASRN: 127-18-4)** (2020) This final risk assessment finds health risks to both workers and bystanders in workplaces and consumers who use these products. https://www.epa.gov/sites/default/files/2020-12/documents/1_risk_evaluation_for_perchloroethylene_pce_casrn_127-18-4_0.pdf

**TSCA Risk Evaluation of Trichloroethylene (CASRN: 79-01-6)** (2020) This final risk assessment finds health risks to both workers and bystanders in workplaces and consumers who use these products. https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/final-risk-evaluation-trichloroethylene

**TSCA Risk Evaluation of Pigment Violet** 29 (CASRN: 81-33-4) (2021) This final risk assessment finds health risks to both workers and bystanders in workplaces. https://www.epa.gov/sites/default/files/2021-01/documents/1_final_risk_evaluation_for_c.i._pigment_violet_29.pdf

## ABSTRACTS PUBLISHED: National

1. Tilson, H.A., Nanry, K., Bonner, M., **Barone, S. Jr.**, Drust, E.G., & Tandon, P. Long-term behavioral and neurochemical effects of intradentate administration of colchicine in rats. *Society for Neuroscience, Abstracts* Vol. 15 Part 1, p. 262, 1989.

2. Mundy, W.R., **Barone, S.**, & Tilson, H.A.  Neurotoxic lesions of the nucleus basalis induced by colchicine: Effects on spatial navigation in the water maze.  *Society for Neuroscience, Abstracts* Vol. 15 Part II, p. 1104, 1989.

3. Tandon, P., Bonner, M., **Barone, S. Jr.**, & Tilson, H.A. Involvement of septohippocampal pathway in colchicine-induced compensatory responses in hippocampus. *Society for Neuroscience, Abstracts* Vol. 15 Part I, p. 871, 1989.

4. **Barone, S. Jr.**, Nanry, K.P., & Tilson H.A. Dissociation between water maze acquisition and cholinergic deficits following medial septal lesions with colchicine. *Society for Neuroscience, Abstracts* Vol. 15, Part II, p. 1105, 1989.

5. **Barone, S. Jr.**, Bonner, M.J., Tandon, P., & Tilson, H.A. Neurobiological effects of colchicine administration into the hippocampus: Modulation by NGF. *Society for Neuroscience, Abstracts* Vol. 16, Part II, p. 1989 1990.

BARONE0000046

6. Tandon, P., **Barone, S. Jr.**, & Tilson, H.A. Effects of NGF and fetal cell transplants on spatial learning after hippocampal damage in rats. *Society for Neuroscience, Abstracts* Vol. 16, Part I, p. 479 1990.

7. Mundy, W.R., Tandon, P., **Barone, S. Jr.**, & Tilson H.A. Long-term changes in phosphoinositide hydrolysis following colchicine lesions of the nucleus basalis. *Society for Neuroscience, Abstracts* Vol. 16, Part I, p. 536 1990.

8. Tandon, P., **Barone, S. Jr.**, & Tilson, H.A. Characterization of compensatory changes in receptor-stimulated phosphoinositide (PI) hydrolysis following colchicine administration in the rat hippocampus. *Society for Neuroscience, Abstracts* Vol. 17, Part I, p. 421 1991.

9. Goldey, E.S., **Barone, S. Jr.**, Crofton, K.M., & O'Callaghan, J.P. Developmental profile of GFAP in the rat brain: Increased regional GFAP following prenatal exposure to methylazoxy-methanol. *Society for Neuroscience, Abstracts* Vol. 18, Part I, p. 769 1992.

10. Shaughnessy, L.W., **Barone, S. Jr.**, Mundy, W.R., & Tilson, H.A. Comparison of intracranial infusions of colchicine and ibotenic acid as models of neurodegeneration in the basal forebrain. *Society for Neuroscience, Abstracts* Vol. 18, Part I, p. 1246 1992.

11. **Barone, S. Jr.**, Herr, D., & Crofton, K. Effects of IDPN on the structure and function of the rat visual system. *Society for Neuroscience, Abstracts* Vol. 18, Part I, p. 138 1992.

12. **Barone, S. Jr.**, Stanton, M.E., & Mundy, W.R. Latent neurotoxic effects of neonatal triethyl-tin (TET) exposure are expressed with aging. *Society of Toxicology, Abstracts* Vol. 13, p. 300 1993.

13. Tandon, P., Padilla, S., Pope, C.N., **Barone, S. Jr.**, & Tilson, H.A. Fenthion produces persistent decreases in muscarinic receptor function in the adult rat retina. *Society of Toxicology* Vol 13, p. 87 1993.

14. Freeman, J.H., **Barone, S. Jr.**, & Stanton, M.E. Triethyltin produces neural damage and cognitive deficits in developing rats that depend on age of exposure. *Neurobehavioral Teratology Society.* 1993.

15. Shaughnessy, L.W., Mundy, W.R., Herr, D., Tilson, H.A., & **Barone, S. Jr.** Comparison of non-cholinergic neurotransmitters effects following intracranial infusions of colchicine and ibotenic acid into the basal forebrain. *Society for Neuroscience, Abstracts Vol. 19* p. 1773 1993.

16. **Barone, S. Jr.**, Haykal-Coates, N., Goldey, E.S., & Tilson, H.A. A developmental profile of trk immunoreactivity in the rat brain is affected by gestational exposure to methyl mercury. *Society for Neuroscience Abstract Vol 19* p. 1735 1993.

BARONE0000047

17. Haykal-Coates, N., Goldey, E.S., Herr, D.W., Tilson, H.A., & **Barone, S. Jr.**   The developmental profile of PKC isoforms in the rat brain is altered by gestational exposure to methyl mercury. *Society for Neuroscience Abstract Vol. 19.*  p. 1733 1993.

18. **Barone, S. Jr.**, Janssen, R., Prazma. J, Pulver, S. & Crofton, K.M., The ototoxicity of 3, 3'-iminodipropionitrile: Behavioral, physiological, and morphological evidence of cochlear damage. *Society of Toxicology* 1994.

19. Shaughnessy, L.W., **Barone, S. Jr.**, Mundy, W.R., & Tilson, H.A. (1994) Neurochemical and behavioral recovery after colchicine lesions of the nucleus basalis Magnocellularis in rats. *Society for Neuroscience Abstracts* 1994.

20. Freeman, J.H., **Barone, S. Jr.**, & Stanton, M.E.  Disruption of cerebellar maturation by an antimitotic agent impairs the ontogeny of eye blink conditioning in infant rats. *Society for Neuroscience Abstracts* 1994.

21. **Barone, S. Jr.**, Stanton, M.E., & Freeman, J.H.  Postnatal exposure to methylazoxy methanol produces hypoplasia in the cerebellum of developing rats. *Society for Neuroscience Abstracts* 1994.

22. Haykal-Coates, N., Shafer, T. J., Mundy, W.R., Tilson, H.A., & **Barone, S. Jr.**  Localization of PKC$\gamma$ in the developing rat brain following exposure to methyl mercury.  *Society for Neuroscience Abstracts* 1994.

23. Shaughnessy, L.W., Mundy, W.R., Tilson, H.A. & **Barone, S. Jr.**  A time-course analysis of changes in cholinergic markers and p140[trk] receptor following colchicine infusions into the rat nucleus basalis Magnocellularis.  *Society for Neuroscience Abstracts* 1995

24. Chapin, R.E., Harris, M.W., Shelby, M.D., Smialowicz, R.P., Moser, V.C., Padilla, S., **Barone, S., Jr.,** MacPhail, R., Lockart, A.C., Mauney, M.M. The effects of perinatal/juvenile pesticide exposure on adult neurologic, immune, and reproductive function. *Society of Toxicology Abstracts.* 1996.

25. Haykal-Coates, N., Crofton, K.M., and **Barone, S., Jr.**  Does ultrasound irradiation amplify immunohistochemical localization? *Society for Neuroscience Abstract.* 1996.

26. **Barone, S. Jr.**, Freudenrich, T., and Mundy, W.R. Gestational exposure to methylmercury alters the developmental pattern of neurotrophin- and neurotransmitter-induced phosphoinositide (PI) hydrolysis. *Society for Neuroscience Abstract.* 1996.

27. Lassiter, L., **Barone, S. Jr.**, Padilla, S., Region-specific differences in the developmental profiles of acetylcholinesterase (AChE) and butyrylcholinesterase (BuChE) activity in the rat brain.  *Society for Neuroscience Abstract.* 1996.

BARONE0000048

Case 3:17-cv-02162-EMC   Document 378-6   Filed 12/22/23   Page 104 of 148

28. Lassiter, L., Padilla, S., **Barone, S. Jr.**, Effects of gestational exposure to chlorpyrifos on the developmental profiles of acetylcholinesterase (AChE) and butyrylcholinesterase (BuChE) activity in the rat brain. *Society of Toxicology Abstract 1997,* Cinn. OH.

29. **Barone, S. Jr.**, Lau, C. Moser V.C., Phillips, P.M., McDaniel, K.L., Hunter, D., Marshall, R., Kodavanti, P., Derr-Yellin, E., Padilla, S., Lassiter, T.L., Developmental effects of gestational exposure to chlorpyrifos in the rat. *Society of Toxicology Abstract 1997*, Cinn. OH.

30. Chanda, S.M., Mortensen, S.R., **Barone, S. Jr.**, Moser, V.C., Padilla, S., Developmental profiles of two organophosphate detoxifying enzymes: carboxylesterase and A-esterase. *Society of Toxicology Abstract 1997,* Cinn. OH.

31. Phillips, P.M., McDaniel, K.L., Lassiter, T.L., **Barone, S. Jr.**, Moser, V.C., Behavioral effects of gestational exposure to chlorpyrifos in rats. *Society of Toxicology Abstract 1997,* Cinn. OH.

32. McDaniel, K.L., Hunter, D.L., Marshal, R.S., **Barone, S. Jr.**, Haykal-Coates, N., Padilla, S., MacPhail, R.C., Harris, M.W., Chapin, R.E., Moser, V.C., Effects of perinatal carbaryl exposure on nervous system function in the rat. *Society of Toxicology Abstract 1997*, Cinn. OH.

33. Parran, D.K., Mundy W.R., Wetsel, W.C., **Barone, S. Jr.**, Effects of developmental methylmercury exposure on protein kinase C isoforms. *Society of Toxicology Abstract 1997*, Cinn. OH.

34. Lassiter, T.L., Hunter, D., Marshall, R., Mortensen, S., Chanda, S., Das, K., Padilla, S., and **Barone, S. Jr.**, The fetal brain appears to be protected from late gestational exposure to chlorpyrifos: toxicokinetic considerations. *Neurobehavioral Teratology Society Meeting, Abstract*, June 22-26, 1997, Palm Beach, Florida

35. Kohn, M.C., Morgan, D.L., **Barone, S. Jr.**, Beliles, R.P., A preliminary physiological model of inhaled mercury vapor ($Hg^0$) disposition in the pregnant rat. *Teratology Society Meeting*, Abstract, June 22-26, 1997, Palm Beach, Florida

36. Shaughnessy, L.W. and **Barone, S., Jr.**, (1997) Colchicine infusions in the NBM lead to a lesion-induced increase in functional NGF in the cortex. *Society for Neuroscience Abstract*, 1997 New Orleans, LA

37. Das, K., Chao, S, Harry, G.J., Tilson, H.A., and **Barone, S. Jr.**, Levels of β-NGF, BDNF, and NT-3 in developing rat brain regions. *Society for Neuroscience Abstract*, 1998 Los Angeles, CA

38. Chao, S, Haines, W.T., **Barone, S. Jr.**, Tilson, H.A., Beliles, R.P., Morgan, DL., and Harry, G.J., Altered levels of neurotrophic factors in rat frontal lobe and cerebellum during

BARONE0000049

developmental exposure to mercury vapor. *Society for Neuroscience Abstract*, 1998 Los Angeles, CA

39. Crumpton, T.L., Zawia, N., Meacham, C., and **Barone S. Jr.**, Lead exposure in pheochromocytoma (PC12) cells stimulates differentiation at low doses and inhibits differentiation at higher doses. *Society of Toxicology Abstract 1998*, Seattle WA

40. Das, K. P. House, D., and **Barone S. Jr.**, Neuronal differentiation in PC12 cells is inhibited by chlorpyrifos and its metabolites. *Society of Toxicology Abstract 1998*, Seattle WA

41. Chanda, S.M., **Barone, S. Jr.**, Price, H.C., O'Conner, R.W., Beliles, R.P., and Morgan, D.L. Distribution of mercury between maternal, fetal, and neonatal tissues following gestational exposure to elemental mercury vapor in Long-Evans rats. *Society of Toxicology Abstract 1998*, Seattle WA

42. Parran, D.K., Chanda, S.M., Morgan, D.L., Beliles, R.P., Haykal-Coates, N. Mundy, W.R., and **Barone, S. Jr.**, Gestational exposure to mercury vapor: effects on neurotrophic factor stimulated phosphoinositide hydrolysis and protein kinase C. *Society of Toxicology Abstract 1998*, Seattle WA

43. Hunter, D.L. Lassiter, T.L., Chanda, S.M., **Barone, S. Jr.**, and Padilla, S., Pharmacokinetics of chlorpyrifos and its metabolites in maternal ands fetal rat brain during gestational exposure. *Society of Toxicology Abstract 1998*, Seattle WA.

44. Lassiter, T.L., Padilla, S., Chanda, S.M., Das, P.K., Haykal-Coates, N., Hunter, D.L., Marshall, R., and **Barone, S. Jr.**, Dose response study of the effects of chlorpyrifos on various biochemical measures in the fetus and dam during late gestation. *Society of Toxicology Abstract 1998*, Seattle WA.

45. Das, K.P., Lassiter T.L., and **Barone, S. Jr.**, Gestational exposure of rats to chlorpyrifos alters neurotrophin and DNA levels in the brains of offspring. *Society of Toxicology Abstract 1999*, New Orleans, LA

46. Parran, D.K., Mundy, W.R., and **Barone, S. Jr.**, Differential effects of inorganic and organic mercury on differentiation and cytotoxicity in PC12 cells. *Society of Toxicology Abstract 1999*, New Orleans, LA.

47. Bushnell, P.J., Samsam, T.E., Padnos, B.K., Beliles, R.P., Morgan, D.L., **Barone, S. Jr.**, Effects of mercury vapor and gender on sustained attention in rats. *Society of Toxicology Abstract* 1999, New Orleans, LA.

49. White, L.D. and **Barone, S., Jr.**, Qualitative and quantitative estimates of apoptosis from birth to senescence in the rat brain. *Society for Neuroscience Abstract*, 1999 Miami Beach, FL

Page 44

50. Das, K. P., White, L.D., and **Barone S. Jr.**, Neuronal apoptosis in PC12 cells is promoted by chlorpyrifos and its metabolites. *Society of Toxicology Abstract 2000*, Philadelphia, PA

51. Lassiter, T.L., Das, K.P., White, L.D., and **Barone, S. Jr.**, Gestational exposure of rats to chlorpyrifos alters neurotrophin levels, apoptosis, and morphology of the fetal brain. *Society of Toxicology Abstract 2000*, Philadelphia, PA

52. Parran, D.K., White, L.D., and **Barone S. Jr.**, Methylmercury affects neuronal apoptosis in PC12 cells in a dose- and NGF-dependent fashion. *Society of Toxicology Abstract 2000*, Philadelphia, PA

53. Mason, D. J. Jr., Vernon, M., Tilson, H.A., White, L.D., **Barone S. Jr.**, and Kodavanti, P.R.S., Evaluation of the effects of adult oral exposure to Methylmercury on regional indicators of reactive oxygen species and apoptosis in the rat nervous system. *Society of Toxicology Abstract 2000*, Philadelphia, PA

54. DeWoskin, R.S., **Barone S. Jr.**, Clewell, H., and Setzer, R.W. A biologically-based dose-response (BBDR) model for methylmercury neurotoxicity as a mechanistic frame work for organizing the extant literature on biomarkers. *5th NHEERL Symposium*, June 6-8, 2000, Research Triangle Park.

55. Parran, D. K., **Barone, S. Jr.,** Ward, T. R., and Mundy, W. R. Methylmercury effects on neurotrophin signaling in PC12 cells. *Society of Toxicology Abstract 2001*, San Francisco, CA.

56. White, L. D., Parran, D. K., and **Barone, S. Jr.** Apoptosis during development and aging and in response to mercury exposure. *Society of Toxicology Abstract 2001*, San Francisco, CA.

57. Mason, D. J. Jr., White, L.D., and **Barone S. Jr.**, Modulation of cell viability and apoptotic activity by Aroclor 1254. *Society of Toxicology Abstract 2001*, San Francisco, CA.

58. Shafer, T.J., Meacham, C.A., and **Barone, S. Jr.** Sub-acute treatment with methylmercury during differentiation of pheochromocytoma (PC12) cells does not alter binding of ion channel ligands or cell morphology. *Society of Toxicology Abstract 2001*, San Francisco, CA.

59. White L. D., Lassiter, T. L., Das, K.P., and **Barone, S. Jr.** Prenatal exposure to chlorpyrifos alters neurotrophin immunoreactivity and apoptosis in rat brain. *Society of Toxicology Abstract 2002*, Nashville, TN.

60. Lassiter T.L., White L. D., Padilla S., and **Barone, S. Jr.** Gestational exposure to chlorpyrifos: qualitative and quantitative neuropathological changes in the fetal neocortex. *Society of Toxicology Abstract 2002*, Nashville, TN.

BARONE0000051

61. Moreira, E.G., Vassilieff, V.S., Vassilieff, I., Florio, J.C., Lassiter, T.L., and **Barone, S. Jr.** Developmental lead exposure: a neurochemical and immunohistochemical evaluation of the dopaminergic and serotonergic systems in rats. *Society of Toxicology Abstract 2002*, Nashville, TN.

62. Parran, D.K., **Barone S. Jr.** and Mundy, W.R. Methylmercury impairs neuronal differentiation by altering neurotrophin signaling. *Society of Toxicology Abstract 2002*, Nashville, TN.

63. Luebke, R.W., **Barone S. Jr.,** Copeland, C.B., White, L.D., Jenkins, S.M., Developmental exposure to di-n-butyltin dichloride (DBTC): immunotoxic and neurotoxic evaluation. *Society of Toxicology Abstract 2003*, Salt Lake City, Utah.

64. White, L.D., Jenkins, S. M., and **Barone, S.  Jr.**, The neurotoxicant trimethyltin stimulates apoptosis via oxidative stress, caspase activation and p38 protein kinase. *Society of Toxicology Abstract 2003*, Salt Lake City, Utah.

65 Jenkins, S. M., White. L.D., and **Barone, S.  Jr.**, Structure-activity relationship among organotins in an *in vitro* model of neuronal differentiation and program cell death. *Society of Toxicology Abstract 2003*, Salt Lake City, Utah.

66. Moser, V.C., Padilla, S., **Barone, S. Jr.**, Smialowicz R.J., Harris, M.W., and Chapin, R.E. A Comparison of Multiple Toxicities Following Developmental Exposure to Pesticides: Neurotoxicity, Immunotoxicity, and Reproductive Toxicity. *Society of Toxicology Abstract 2003*, Salt Lake City, Utah.

67. Meacham, C.A., Freudenrich, T.M., Anderson, W.L., Sui, L, **Barone, S. Jr.**, Gilbert, M.E., Mundy, W.R., and Shafer, T.J., Accumulation of the Persistent Environmental Toxicants Methylmercury or Polychlorinated Biphenyls in *In Vitro* Models of Rat Neuronal Tissue. *Society of Toxicology Abstract 2003*, Salt Lake City, Utah.

68. White, L.D., Tully, DB, Bao, W., Schmid, J.E., Ren, H., Goetz, A.K. Sun, G. Nesnow, S., Dix, D.J., **Barone, S. Jr.** DNA Microarray analysis of rat brain to assess changes in gene expression and neurotoxicity of four conazoles. *Society of Toxicology Abstract 2004*, Baltimore, MD.

69. **Barone, S. Jr.**, Brown, R.C., Euling, S., Hubal, E., Kimmel, C.A., El-Masri, H., Moya, J., Selevan, S.G., Sonawane, B., Thomas, T. Development of a Children's Health Risk Assessment Framework Using a Life-Stage Approach**.** *Society of Toxicology Abstract 2005*, March 6-10. New Orleans, LA.

70. Brown, R.C., **Barone, S. Jr.,** Makris, S., Scott, C.S., Potential Developmental Susceptibility to Tetrachloroethylene (PERC) *Teratology Society Meeting 2005,* June 25-30. St. Petersburg Beach, FL

Page 46

71. **Barone, S. Jr.**, McGaughy, R. and Scott, C.S., Weight of Evidence for the Neurotoxicity of Perchloroethylene. *Society of Toxicology*, March 5-9, 2006, San Diego, CA

72. Chang, D. T., Markey K. H., Mayo-Bean, K., Irwin, W., Baier-Anderson, C., Brinkerhoff, C., Shah, I., Patleiwicz, G., Richard, A., Scarano, L. and **Barone S. Jr.** Identification and Analysis of Substructure Fragments Within the Toxic Substances and Control Act Chemicals Program for Developmental and Reproductive Toxicity Endpoints. American Chemical Society, 2017

73. **Barone, S. Jr.,** Overview of TSCA Risk Evaluation Process. Committee to Review EPA's Toxic Substances Control Act (TSCA) Systematic Review Guidance Document Virtual Meeting 2.1. June 18, 2020

74. **Barone, S. Jr.,** and Wong E. Evidence Integration Supporting Exposure and Hazard Assessments for TSCA Risk Evaluations.  Committee to Review EPA's Toxic Substances Control Act (TSCA) Systematic Review Guidance Document Virtual Meeting 2.2. July 23, 2020

75. **Barone, S. Jr.,** Connecting Data Evaluation & Evidence Integration Supporting Exposure and Hazard Assessments for TSCA Risk Evaluations Committee to Review EPA's Toxic Substances Control Act (TSCA) Systematic Review Guidance Document Virtual Meeting 2.3. August 24, 2020

76. **Barone, S. Jr.,** Organohalogen (OFR) and Other Flame Retardants – EPA Toxic Substances Control Act (TSCA) Review. The Scientific Challenges in Regulating Organohalogen Flame Retardants (OFRs) as a Class in Consumer Products" (ID 61), for the 2021 SOT Annual Meeting, March 14–18, 2021, in Orlando, Florida.


**ABSTRACTS PUBLISHED: International**

1. Tilson, H.A., Tandon, P., **Barone, S. Jr.**, & Mundy, W.R. Compensatory changes in the hippocampus following intradentate infusion of colchicine. *International Neurotoxicology Association.* 1993.

2. **Barone, S. Jr.**, Haykal-Coates, N., Goldey E.S., & Tilson H.A. Methyl-mercury alters the developmental pattern of trk and PKC isoforms in the rat brain. *International Journal of Developmental Neuroscience. Vol. 12, Supplement, p. 80 1994.*

3. Padilla, S., Mortensen, S.R., Chanda, S.M., Lassiter, T.L., **Barone, S. Jr.**, Moser, V.C., Age-related sensitivity to anticholinesterase pesticides: using mechanistic studies to predict sensitive human Subpopulations. *Sixteenth international Neurotoxicology Conference,* September 13-16, 1998, Little Rock, AR.

BARONE0000053

4. Das, K.P., Lassiter T.L., and **Barone, S. Jr.**, Gestational exposure of rats to chlorpyrifos alters neurotrophin levels in the brains of offspring. Pesticides and Susceptible Populations. Who is at risk and when? *Sixteenth International Neurotoxicology Conference,* September 13-16, 1998, Little Rock, AR.

5. **Barone, S. Jr.,** Developmental neuroanatomy: how developmental processes are critical to the formation of structure. *Seventeenth International Neurotoxicology Conference,* October 12-17, 1999, Little Rock, AR.

6. Parran, D.K., Mundy, W.R., and **Barone, S. Jr.,** Differential effects of inorganic and organic mercury on differentiation and cytotoxicity in PC12 cells. *Seventeenth International Neurotoxicology Conference,* October 12-17, 1999, Little Rock, AR.

7. Shafer, T.J., Meacham, C.A., White, L.D., and **Barone, S. Jr.** Ontogeny of P/Q-type $Ca^{2+}$ channels in rat brain: α1A subunit immunohistochemistry and nerve terminal function. *Seventeenth International Neurotoxicology Conference,* October 12-17, 1999, Little Rock, AR.

8. Tully, D.B., Bao, W., **Barone, S. Jr.**, Best, D. S., Blystone, C. R., Murrell, R. N., Narotsky, M. G. Ren, H., Rockett, J. C., Schmid, J. E., Strader, L. F. White, L. D. Wolf, D. C. Wood, C. R., Dix, D. J. Gene expression profiling in testis, brain and liver of rats to identify common effects of conazole fungicides. *Society for Study of Reproduction* 37th Abstract, 2004, University of British Columbia, Vancouver, British Columbia, Canada

9. **Barone, S. Jr.**, Markey, K., Pinto, C., Lynn, S., Schappelle, S., and Matten, S. Case Example for Use of High Throughput and Computational Approaches in Decision Making for Endocrine Disruption Potential. Accelerating the Pace of Chemical Risk Assessment Workshop, Washington, DC. September 14-15, 2016

10. **Barone, S. Jr.**, Markey, K., Bever, J., Kueberuwa, S., Schappelle, S and Baier-Anderson, B. US Regulatory Perspective on Developmental Neurotoxicity Testing with Special Focus on Endocrine Disrupting and Industrial Chemicals.  OECD/EFSA Workshop on Developmental Neurotoxicity (DNT): The Use of Non-Animal Test Methods for Regulatory Purposes. Brussels, Belgium. October 16-20, 2016

BARONE0000054

# Defendants' Expert Jesus Ibarluzea CV

## _Jesús Mª Ibarluzea Maurolagoitia._

## CURRÍCULUM VITAE

Donostia- San Sebastian, 2023.

MODELO DE FICHA DE MIEMBROS DEL GRUPO

Nombre y apellidos: Jesús Ibarluzea Maurolagoitia

Categoría profesional: Investigador en BIODONOSTIA. Técnico de Salud Pública

Teléfono: 943 022749

Correo electrónico: mambien3-san@euskadi.eus

Direcciones web:

https://www.researchgate.net/profile/Jesus-Ibarluzea

https://orcid.org/0000-0002-6933-5373.

Datos académicos:

Licenciado en Ciencias Biología, UPV-EHU.

Licenciado en Psicología, UPV-EHU.

Master en Ciencias de Salud Ambiental (UPR- Recinto Ciencias Médicas. Puerto Rico).

Master in Ingeniería Ambiental. Escuela de Organización Industrial.

Doctor en Salud Pública (UPV-EHU)


**Resumen CV.**

Investigación del efecto de los factores ambientales en la salud, desarrollo físico y neuropsicológico, principalmente en la salud infanto-juvenil. Otros ámbitos de estudio son: a) efecto de las emisiones industriales potencialmente peligrosas en la salud de la población, b) efectos de los entornos urbanos en la salud y conductas saludables y c) la percepción de riesgos, estrategias de adecuación de las percepciones a los riesgos "reales", así como el conocimiento en materia de salud ambiental por grupos profesionales y población general. Pertenezco al Instituto BIODONOSTIA, donde dirijo el Área de Epidemiología y Salud Pública, cuyo principal proyecto es INMA -Infancia y Medio Ambiente-  Soy investigador colaborador de la Facultad de Psicóloga de la UPV-EHU, profesor en la Universidad de Deusto e IP grupo 28 CIBERESP. 140 publicaciones de alto impacto (>80% en Q1 y más del 65% en decil 1; H Index = 43). Imparto docencia en los másteres de Salud Pública, Promoción de la Salud y Salud Comunitaria, Toxicología y Contaminación Ambiental, Psicología General Sanitaria de la Universidad del País Vasco (UPV-EHU). Docente asociado a la Universidad de Deusto, área de Ciencias de la Salud.

Nuestro grupo de investigación es multidisciplinar y multisectorial. Colabora y participa en varios proyectos europeos como: ESCAPE, HELIX, ATHLETE y PARC. Mantenemos contratos con la administración vasca (Consejería de la Salud y Viceconsejería de Medio Ambiente). Participo/ he participado en diferentes revistas como editor: Gaceta Sanitaria, Revista Española de Salud Ambiental, Frontiers in Epidemiology e IJERPH. Actuó como revisor de múltiples revistas de alto impacto: Env Res, STOTEN, Environmental International, Frontiers in Nutrition, IJERPH, JEHP o ENVPOL, entre otras.

He participado en la elaboración de documentos de consenso, planes estratégicos diferentes grupos y grupos de expertos organizados por diferentes organismos de las administraciones autonómicas (Comunidad autonómica del País Vasco) y estatales (Ministerio de Sanidad).

**SUMMARY OF JESÚS IBARLUZEA'S RESEARCH CAREER.**

My name is Jesús Ibarluzea Maurolagoitia. I have a degree in Biology (1981: UPV-EHU) and in Psychology (2012: UPV-EHU). I was awarded a scholarship to study Public Health in Puerto Rico (Master of Science in Environmental Health; School of Public Health: 1986-88). In addition, I have completed other postgraduate programs: Master in Environmental Engineering and Diploma in Epidemiology and Public Health and got a PhD in Public Health from the UPV-EHU (2004).

Professionally, I have developed my entire professional career as a Public Health Technician in the Basque Government Health Department since 1986.

Research: My main task is the investigation of the effect of environmental factors, broadly understood, on health, physical and neuropsychological development, mainly in infant-juvenile health. Other related areas of study are: a) the effect of potentially hazardous industrial emissions on the health of the general population, b) the study of urban environments and their characteristics on health and healthy behaviors, and c) the study of risk perception and environmental risk communication, as well as environmental health knowledge by professional groups and the general population. I belong to the BIODONOSTIA Health Research Institute, where I direct the Area of Epidemiology and Public Health and the Interdisciplinary and the cross-sector Group of Environmental Epidemiology, whose main project is INMA -Infancia y Medio Ambiente (Childhood and Environment)-. I am a collaborating researcher at the Faculty of Psychology of the UPV-EHU and the PI of group 28 of CIBERESP. I have directed three doctoral theses, 3 master thesis and I am currently directing four doctoral thesis. I have more than 140 publications in high impact international journals (>80 in Q1 and more than 65 in decile 1; h Index = 39).

Our research group collaborates and participates in several European projects such as: ESCAPE, HELIX, ATHLETE and PARC. We maintain contracts with different organizations of the Basque Administration (Health and Environment).

I participate/have participated in different journals as editor: Gaceta Sanitaria, Revista Española de Salud Ambiental, Frontiers in Epidemiology. He acted as reviewer of multiple high impact journals: Env Res, STOTEN, Environmental International, Frontiers in Nutrition, IJERPH, JEHP or ENVPOL, among others.

I teach in the Masters in Public Health and Health Promotion and Community Health, Toxicology and Environmental Pollution, General Health Psychology (UPV-EHU).

I have participated in the development of consensus documents, strategic plans and groups of experts organized by different agencies of regional and state administrations.

***PROYECTOS DE INVESTIGACIÓN/CONTRATOS.***

1.  Nombre del proyecto: La metilación del ADN como mediador de la exposición prenatal a contaminantes obesogénos en la infancia.

Entidad de realización: UPV-EHU

Ciudad entidad realización: Leioa, Bizkaia, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Amaia Irizar Lombide

Nº de investigadores/as: 5

Fecha de inicio-fin: 14/12/2018 - 31/10/2022

Cuantía total: 24.417. €

2.  Nombre del proyecto: El reto de laprevención del deteioro cognitivo: desde la exploración de las relaciones complejas de sus factores determnantes a la identificación de losperfiles de reisgo.

Entidad de realización: Departamento de Salud

Ciudad entidad realización: Leioa, Bizkaia, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Itziar Vergara Micheltorena

Nº de investigadores/as: 9

Fecha de inicio-fin: 01/06/2022 - 30/09/2023

Cuantía total: 24.417. €

3.   Nombre del proyecto: EPI (Embarazo y Primera Infancia) DATA

Entidad de realización: UPV-EHU Tipo de entidad: Universidad

Ciudad entidad realización: Leioa, Bizkaia, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Ana Esplugues Cebrian; Aitana Lertxundi Manterola; **Jesús Ibarluzea Maurolagoitia**; Ferran Ballester

Nº de investigadores/as: 5

Fecha de inicio-fin: 23/02/2022 - 31/12/2023

Cuantía total: 50.000 €

**4.** Nombre del proyecto: Infection acquisition in early life and health outcomes in childhood

Entidad de realización: ISGlobal Tipo de entidad: Centro de I+D

Ciudad entidad realización: Barcelona, Cataluña, España

Nombres investigadores principales (IP, Co-IP,...): Marina Vafeiadi; Marta Vidal; Marianna Karachaliou; Delphine Casabonne; Lucy Pembrey; John Wright; Lida Chazi; Maria José López **Jesús Ibarluzea**; Martine Vrijheid; Jordi Sunyer; Ruth Aguilar; Mariona Bustamante; Emmanouil Kogevinas

Nº de investigadores/as: 14

Entidad/es financiadora/s:   TV3 Marato Tipo de entidad: televisión Autonomica

Ciudad entidad financiadora: Barcelona, Cataluña, España

Fecha de inicio-fin: 01/01/2019 - 31/12/2021

Cuantía total: 199.875 €

**5.** Nombre del proyecto: La metilación del ADN como mediador de la exposición prenatal a contaminantes obesógenos en la obesidad infantil

Entidad de realización: Biodonostia y Biocruces Tipo de entidad: Asociaciones y Agrupaciones

Ciudad entidad realización: San Sebastian y Bilbao, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Loreto Santa-Marina; Amaia Irizar; Ainara Andiarena; Ana Jimenez; **Jesus Ibarluzea**; Jose Ramon Bilbao; Ainara Castellanos; Ane Olazagoitia

Nº de investigadores/as: 8

Entidad/es financiadora/s: Departamento de salud del gbierno vasco Tipo de entidad: Departamento de salud autonomico

Ciudad entidad financiadora: Vitoria, País Vasco, España

Fecha de inicio-fin: 01/01/2019 - 31/12/2021

Cuantía total: 234.831 €

**6.** Nombre del proyecto: Medio ambiente urbano, entorno psicosocial y desarrollo neuropsicológico y salud mental en la infancia y preadolescencia

Entidad de realización: Biodonostia Tipo de entidad: Asociaciones y Agrupaciones

Ciudad entidad realización: san sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): ***Jesus Ibarluzea***; Joana Acha; Ruben Amoros;

Guillermo Fernandez; Manuel Sanchez de Miguel; Enrique Arranz; Juan Jose Aurrekoetxea; Aitana Lertxundi

Nº de investigadores/as: 8

Entidad/es financiadora/s: Instituto de Salud Carlos III Tipo de entidad: Organismo Público de Investigación

Ciudad entidad financiadora: Majadahonda, Comunidad de Madrid, España

Fecha de inicio-fin: 01/01/2019 - 31/12/2021

Cuantía total: 32.670 €

**7.** Nombre del proyecto: Influencia del medio ambiente urbano construido, entorno verde y factores psicosociales en el ejercicio físico

Entidad de realización: Biodonstia Instituto Investigación Sanitaria

Ciudad entidad realización: Donostia-San Sebastián, País Vasco, España

Nombres investigadores principales: (IP) Aitana Lertxundi; (Co-IP): **Jesús Ibarluzea**; Loreto Santa Marina; Mikel Subiza; Asier Anabitarte; Itziar Ubillos; Amaia Molinuevo; Jon Irazusta

Fecha de inicio-fin: 18/05/2019 - 31/12/2020

Cuantía total: 64.037 €

**8.** Nombre del proyecto: Estudio Epidemiológico en relacion con la planta de Valoracion Energética que forma parte del Complejo Medioambiental de Gipuzkooa

Ámbito geográfico: Autonómica

Entidad de realización: BIODONOSTIA Tipo de entidad: Instituto Universitario de Investigación

Ciudad entidad realización: San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): ***Jesús Ibarluzea*** **Maurolagoitia**; Aitana Lertxundi

Manterola; Jon Iñaki Alvarez Uriarte; Juan José Aurrekoetxea Agirre; Loreto Santa Marina Rodriguez

Nº de investigadores/as: 5

Entidad/es financiadora/s: DIPUTACION FORAL DE GIPUZKOA Tipo de entidad: Administración local

Ciudad entidad financiadora: San Sebastian, País Vasco, España

Cód. según financiadora: 2017/11-HH-ZE

Fecha de inicio-fin: 2017 - 2019 Duración: 3 años

Cuantía total: 544.500 €

**9.** Nombre del proyecto: Implicación del desarrollo y actividad de los ejes HPG y HPA en el desarrollo neuropsicológico: desarrollo de funciones cognitivas, trastorno de Déficit de Atención y/o Hiperactividad (TDAH), conductas Internalizantes y Externalizantes, así como en el acoso escolar o bullying.

Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad

Ciudad entidad realización: San Sebastian, País Vasco, España

Nº de investigadores/as: 5

Entidad/es financiadora/s: DIPUTACION FORAL DE GIPUZKOA Tipo de entidad: Administración local

Ciudad entidad financiadora: San Sebastian, País Vasco, España

Fecha de inicio-fin: 2017 - 2018

Cuantía total: 30.672 €

**10.** Nombre del proyecto: Exposición prenatal a flúor y manganeso y efectos en el desarrollo neuropsicológico en los niñ@s al año y medio, 4 y 8-9 años en las cohortes INMA-Gipuzkoa.

Entidad de realización: BIODONOSTIA Tipo de entidad: Instituto Universitario de

Investigación

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Aitana Lertxundi Manterola, ***Jesús Ibarluzea***,

Nº de investigadores/as: 8

Entidad/es financiadora/s: Departamento de Salud Gobierno vasco Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: VItoria, País Vasco, España

DIPUTACION FORAL DE GIPUZKOA Tipo de entidad: Administración local

Ciudad entidad financiadora: San Sebastian, País Vasco, España

Fecha de inicio-fin: 2017 - 2017

Cuantía total: 39.500 €

**11.** Nombre del proyecto: Exposición prenatal a flúor y manganeso y efectos en el desarrollo neuropsicológico en los niñ@s al año y medio, 4 y 8-9 años en las cohortes INMA-Gipuzkoa.

Entidad de realización: BIODONOSTIA

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Nerea Lertxundi; **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 7

Entidad/es financiadora/s: Diputación Foral Gipuzkoa Tipo de entidad: Organiso Publico Territorio histórico

Ciudad entidad financiadora: San Sebastián, País Vasco, España

Fecha de inicio-fin: 2016 - 2017

Cuantía total: 46.641 €

**12** Nombre del proyecto: Caracterización de la exposición a campos electromagnéticos de radiación no ionizante en los niños de la cohorte INMA-Gipuzkoa.

Entidad de realización: BIODONOSTIA

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 8

Entidad/es financiadora/s: Fonfo Investigación sanitaria FIS Tipo de entidad: Agencia Estatal

Ciudad entidad financiadora: Madrid, Comunidad de Madrid, España

Fecha de inicio-fin: 2013 - 2016

Cuantía total: 88.693 €

**13** Nombre del proyecto: Fase de seguimiento de los niñ@s INMA-Gipuzkoa a los 8 años de edad: desarrollo neuropsicológico y trastornos de la infancia (TDAH, conducta), obesidad y asma.

Entidad de realización: BIODONOSTIA Tipo de entidad: Instituto Universitario de Investigación

Ciudad entidad realización: San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Itsaso Martin Maso; **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 9

Entidad/es financiadora/s: Departamento de Salud Gobierno Vasco Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: Vitoria, País Vasco, España

Fecha de inicio-fin: 2014 - 2015

Cuantía total: 29.500 €

**14.** Nombre del proyecto: Efectos de la exposición prenatal y postnatal a la contaminación ambiental en la función

Entidad de realización: Fundación Vasca de Innovación e Investigación Sanitarias / B+I+O eusko fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Bilbao, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 9

Entidad/es financiadora/s: Instituto de Salud Carlos III Tipo de entidad: Organismo Público de Investigación

Ciudad entidad financiadora: Majadahonda, Comunidad de Madrid, España

Fecha de inicio-fin: 2009 - 2012

Cuantía total: 215.380 €

**15** Nombre del proyecto: Seguimiento de los niños de la cohorte INMA-Gipuzkoa a los 2 años de edad.

Caracterización de del desarrollo físico y neuroconductual y su relación con exposiciones ambientales: contaminación atmosférica, compuestos organoclorados y metales pesados. Financiado en 2008 por la Diputación Foral de Gipuzkoa. Expediente: DFG08/001 Duración 3 años.

Entidad de realización: Fundación Vasca de

Innovación e Investigación Sanitarias / B+I+O eusko fundazioa

Tipo de entidad: Diputacion Foral de Gipuzkoa

Ciudad entidad realización: Donostia-San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): IP: **Jesús María Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Diputación Foral de Gipuzkoa Tipo de entidad: Diputación

Ciudad entidad financiadora: San Sebastian, País Vasco, España

Fecha de inicio-fin: 2008 - 2010

Cuantía total: 90.667 €

**16** Nombre del proyecto: Seguimiento de una cohorte de embarazadas y sus hijos hasta el primer año de vida en Gipuzkoa: caracterización de la exposición ambiental y medición del desarrollo general y neuroconductual. Proyectos de Investigación y Desarrollo de la Diputación Foral de Gipuzkoa 2006 (Proyecto DFG06/004):

Entidad de realización: Fundación Vasca de

Innovación e Investigación Sanitarias / B+I+O eusko fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Donostia San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús María Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Diputación Foral de Gipuzkoa Tipo de entidad: Organismo público Territorio Histórico

Ciudad entidad financiadora: Donostia San Sebastián, País Vasco, España

Fecha de inicio-fin: 2006 - 2009

Cuantía total: 7.536 €

**17** Nombre del proyecto: Seguimiento de una cohorte de embarazadas y sus hijos hasta el primer año de vidal: caracterización de la exposición ambiental y medición del desarrollo general y neuroconductual.

Financiado por El Fondo de Investigación sanitaria del Ministerio de Sanidad y Consumo 2006 para 3 año.

(Expediente PI06/0867): Duración 3 años.

Entidad de realización: Fundación Vasca de Innovación e Investigación Sanitarias / B+I+O eusko

fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Donostia-San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Instituto de Salud Carlos III Tipo de entidad: Organismo Público de Investigación

Ciudad entidad financiadora: Majadahonda, Comunidad de Madrid, España

Fecha de inicio-fin: 2006 - 2009

Cuantía total: 174.240 €

     **18** Nombre del proyecto: Seguimiento de una cohorte de embarazadas y sus hijos hasta el primer año de

vida: caracterización de la exposición ambiental y medición del desarrollo general y neuroconductual.

Financiado por El Gobierno Vasco en la convocatoria de Proyectos de investigación sanitaria 2005. (expediente 20051110093). Duración 3 años (111093).

Entidad de realización: Fundación Vasca de Innovación e Investigación Sanitarias / B+I+O eusko

fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Donostia -San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús María Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Diputación Foral de Gipuzkoa Tipo de entidad: Pública del Territorio Histórico

Ciudad entidad financiadora: Donostia San Sebastián, País Vasco, España

Fecha de inicio-fin: 2005 - 2008

Cuantía total: 39.500 €

     **19** Nombre del proyecto: Contaminación del aire interior en piscinas de Gipuzkoa y prevalencia de síntomas respiratorios en grupos de nadadores de competición. Convocatoria de Proyectos de Investigación y Desarrollo de la Diputación Foral de Gipuzkoa 2006 (Proyecto 06/002/C). El proyecto pretende caracterizar la contaminación de aire interior en piscinas cubiertas (trihalometanos, cloro y cloraminas) y estudiar la exposición y efectos, fundamentalmente respiratorios, en grupos de nadadores con alta exposición.

Varibales que más influencia tienen en la presencia de altos niveles de trihalometanos y derivados de cloro en el aire interior. El papel en el proyecto es el de diseño del estudio y analisis de resultados como investigador colaborador:

Entidad de realización: Fundación Vasca de

Innovación e Investigación Sanitarias / B+I+O eusko fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Donostia-San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús María Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Diputación Foral de Gipuzkoa Tipo de entidad: Organismo público Territorio Histórico

Ciudad entidad financiadora: Donostia San Sebastián, País Vasco, España

Fecha de inicio-fin: 2006 - 2007

Cuantía total: 40.000 €

**20** Nombre del proyecto: Determinación de la carga estrogénica en cáncer de mama mediante ensayo biológico E-screen/modificado y MVLN-luciferesa. Identificación y cuantificación de los xenobióticos en sangre y tejido adiposo.

Entidad de realización: Hospital Virgen de las Nieves

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: Granada, Andalucía, España

Nombres investigadores principales (IP, Co-IP,...): Nicolás Olea Serrano; **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 8

Entidad/es financiadora/s: Fondo Investigacion Sanitaria FIS Tipo de entidad: Agencia Estatal

Ciudad entidad financiadora: Madrid, Comunidad de Madrid, España

Fecha de inicio-fin: 2003 - 2006

Cuantía total: 42.500 €

**21** Nombre del proyecto: Factores etiológico de cáncer de mama: Xenobióticos estrogénicos contenidos en tejido adiposo.

Entidad de realización: Hospital Virgen de las Nieves

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: Granada, Andalucía, España

Nombres investigadores principales (IP, Co-IP,...): NIcolás Olea Serrano; **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 8

Entidad/es financiadora/s: Instituto Salud Carlos III

Ciudad entidad financiadora: Madrid, Comunidad de Madrid, España

Fecha de inicio-fin: 1996 - 1998

Cuantía total: 87.000 €

**22** Nombre del proyecto: Evaluación de los riegos de exposición a PCBs y HCB.  IJERS4118: 1990.

tas. Fecha de inicio: 1990

Entidad de realización: Subdireccion Salud Pública Gipuzkoa

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea.**

Nº de investigadores/as: 6

Entidad/es financiadora/s: Departamento de Sanidad de y Consumo Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: San Sebastián, País Vasco, España

Fecha de inicio-fin: 1990 - 1992

Cuantía total: 14.000 €

**23** Nombre del proyecto: Evaluación de la calidad de agua de baño en función del tratamiento en los distintos tipos de piscinas.

Entidad de realización: Subdireccion Salud Pública Gipuzkoa

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 4

Entidad/es financiadora/s: Departamento de Sanidad del Gobierno Vasco.

IJERS4123. 1990

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: San Sebastián, País Vasco, España

Fecha de inicio-fin: 1990 - 1991

Cuantía total: 10.500 €

**24** Nombre del proyecto: Giardia lamblia. Estudio epidemiológico e población infantil.

Entidad de realización: Subdireccion Salud Pública Gipuzkoa

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 6

Entidad/es financiadora/s: Departamento de Sanidad y Consumo Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: San Sebastián, País Vasco, España

Fecha de inicio-fin: 1989 - 1990

Cuantía total: 7.200 €

**25** Nombre del proyecto: PASSOS: PeAtones, Salud y SOStenibilidad Ciudad entidad realización: Barcelona, España

Nombres investigadores principales (IP, Co-IP,...): JM Ibarluzea; A Gutierrez; O Marquet; JA Soria-Lara; JM Chica; C Marmolejo; FJ Lamiquiz; T Ruiz; Carme Miralles-Guasch

Entidad/es financiadora/s: Ministerio de Ciencia e Innovación. Universidades Tipo de entidad: Ministerio Publico

Ciudad entidad financiadora: Madrid, Comunidad de Madrid, España

Cuantía total: 20.000 €

---

**CONTRATOS ADMINISTRACIONES:**

---

**1** Nombre del proyecto: Servicios especializados en epidemiologia durante los cuatro primeros años de funcionamineto del complejo Medioambiental de Gupuzkoa

Grado de contribución: Coordinador del proyecto total, red o consorcio

Nombres investigadores principales (IP, Co-IP,...): Jesús Ibarluzea Maurolagoitia; Ion Iñaki Alvarez; Amaia Irizar; Loreto Santa Marina Rodriguez; Asier Anabitarte; Aitana Lertxundi Manterola

Nº de investigadores/as: 6

Entidad/es participante/s: Diputación Foral de Gipuzkoa

Fecha de inicio: 22/06/2020 Duración: 4 años

Cuantía total: 1.495.999 €


**2** Nombre del proyecto: Estudio Epidemiológico en Relación con la planta de valorización energética que forma parte del complejo medioambiental de Gipuzkoa

Grado de contribución: Coordinador del proyecto total, red o consorcio

Nombres investigadores principales (IP, Co-IP,...): Jesús Ibarluzea Maurolagoitia; Ion Iñaki Alvarez;

Amaia Irizar; Loreto Santa Marina Rodriguez; Asier Anabitarte; Aitana Lertxundi Manterola

Nº de investigadores/as: 6

Entidad/es participante/s: Diputación Foral de Gipuzkoa

Fecha de inicio: 04/07/2017 Duración: 3 años

Cuantía total: 450.000 €

3.Nombre del proyecto: *EFECTO DEL NIVEL SOCIOECONÓMICO MATERNO EN LA SALUD DE RECIEN NACIDOS DE LAS COHORTES INMA: TRANSMISIÓN DE DESIGUALDADES SOCIALES EN SALUD. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia.25.000 €*

4.Nombre del proyecto: *EFECTO DE LA EXPOSICIÓN A COMPUESTOS ORGANOCLORADOS EN LAS MUJERES DE LA COHORTE INMA EN LAS HORMONAS TIROIDEAS DEL RECIÉN NACIDO. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia.25.000 €.*

5.Nombre del proyecto: Exploración de la relación entre los niveles de $PM_{2.5}$ durante el embarazo y efectos en el neurodesarrollo al año y a los 4 años de edad. *Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia: 20.000 €*

6. Nombre del proyecto: Caracterización de la exposición a campos electromagnéticos de radiofrecuencias (CEM-RF) y baja frecuencia (CEM-ELF) en viviendas, escuelas y parques públicos de Gipuzkoa. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia. 25.000 €

7. Nombre del proyecto: Exposición a flúor en mujeres embarazadas y sus hijos a los 4 años de edad en Gipuzkoa. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia. 30.000 €

8. Nombre del proyecto: Análisis de la exposición al flúor y los posibles efectos en el neurodesarrollo en población infantil. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia. 22.000 €

**ESTANCIAS:**

1. Entidad de realización: University of Texas. Tipo de entidad: Universidad, Facultad, instituto, centro: School of Public Health. Ciudad entidad realización: Houston, Estados Unidos de América. Fecha de inicio-fin: 08/03/2020 - 14/04/2020. Objetivos de la estancia: Invitado/a: Tareas contrastables: Diseño de estudio de las características urbanas y la actividad física en mujeres embarazadas y los efectos reproductivos. Colaboración en el diseño del Proyecto ONES convocatoria del NIH de Estados Unidos.

2. Entidad de realización: University of Texas. Tipo de entidad: Universidad Facultad, instituto, centro: School of Public Health. Ciudad entidad realización: Houston, Estados Unidos de América. Fecha de inicio-fin: 21/02/2018 - 20/06/2018. Objetivos de la estancia: Invitado/a: Tareas contrastables: Diseño de estudio de las características urbanas y la actividad física en mujeres embarazadas y los efectos reproductivos. Colaboración en el diseño del Proyecto ONES convocatoria del NIH de Estados Unidos.

3. Entidad de realización: ISGlobal Tipo de entidad: Organismo Público de Investigación Facultad, instituto, centro: ISGLOBAL. Ciudad entidad realización: Barcelona, Cataluña, España. Fecha de inicio-fin: 07/11/2016 - 02/12/2016 Duración: 1 mes.

PUBLICACIONES.

1.  Arregi A, Lertxundi A, Vegas O, García-Baquero G, **Ibarluzea J**, Anabitarte Z, Jimeno-Romero A, Subiza-Pérez M, Lertxundi N. Environmental Noise Exposure and Sleep Habits among Children in a Cohort from Northern Spain. Int J Environ Res Public Health. 2022 Dec 6;19(23):16321. doi: 10.3390/ijerph192316321. PMID: 36498392 Free PMC article.

2.  Torres Toda M, Avraam D, James Cadman T, Fossati S, de Castro M, Dedele A, Donovan G, Elhakeem A, Estarlich M, Fernandes L, Gonçalves R, Grazuleviciene R, Harris JR, Harskamp-van Ginkel MW, Heude B, **Ibarluzea J**, Iñiguez C, Wv Jaddoe V, Lawlor D, Lertxundi A, Lepeule J, McEachan R, Moirano G, Lt Nader J, Nybo Andersen AM, Pedersen M, Pizzi C, Roumeliotaki T, Santos S, Sunyer J, Yang T, Vafeiadi M, Gm Vrijkotte T, Nieuwenhuijsen M, Vrijheid M, Foraster M, Dadvand P. Exposure to natural environments during pregnancy and birth outcomes in 11 European birth cohorts. Environ Int. 2022 Dec;170:107648. doi: 10.1016/j.envint.2022.107648. Epub 2022 Nov 19. PMID: 36436464 Free article.

3.  Chen WJ, Rector AM, Guxens M, Iniguez C, Swartz MD, Symanski E, **Ibarluzea J**, Ambros A, Estarlich M, Lertxundi A, Riano-Galán I, Sunyer J, Fernandez-Somoano A, Chauhan SP, Ish J, Whitworth KW. Susceptible windows of exposure to fine particulate matter and fetal growth trajectories in the Spanish INMA (INfancia y Medio Ambiente) birth cohort. Environ Res. 2023 Jan 1;216(Pt 2):114628. doi: 10.1016/j.envres.2022.114628. Epub 2022 Oct 21. PMID: 36279916 Free article.

4.  Compañ-Gabucio LM, Torres-Collado L, Garcia-de la Hera M, Fernández-Somoano A, Tardón A, Julvez J, Sunyer J, Rebagliato M, Murcia M, **Ibarluzea J**, Santa-Marina L, Vioque J. Association between the Use of Folic Acid Supplements during Pregnancy and Children's Cognitive Function at 7-9 Years of Age in the INMA Cohort Study. Int J Environ Res Public Health. 2022 Sep 25;19(19):12123. doi: 10.3390/ijerph191912123. PMID: 36231425 Free PMC article.

5.  Torres Toda M, Estarlich M, Ballester F, De Castro M, Fernández-Somoano A, **Ibarluzea J**, Iñiguez C, Lertxundi A, Subiza-Perez M, Sunyer J, Tardón A, Foraster M, Dadvand P. Associations of residential greenspace exposure and fetal growth across four areas in Spain. Health Place. 2022 Nov;78:102912. doi: 10.1016/j.healthplace.2022.102912. Epub 2022 Sep 28. PMID: 36182749 Free article.

6.  Ish J, Symanski E, Gimeno Ruiz de Porras D, Casas M, Delclos GL, Guxens M, **Ibarluzea JM**, Iñiguez C, Lertxundi A, Rebagliato M, Swartz MD, Whitworth KW. Correction: Maternal occupational exposure to chemicals and child cognitive function. Pediatr Res. 2022 Sep 22. doi: 10.1038/s41390-022-02300-8. Online ahead of print. PMID: 36138064 No abstract available.

7.  Puig-Vallverdú J, Romaguera D, Fernández-Barrés S, Gignac F, **Ibarluzea J**, Santa-Maria L, Llop S, Gonzalez S, Vioque J, Riaño-Galán I, Fernández-Tardón G, Pinar A, Turner MC, Arija V, Salas-Savadó J, Vrijheid M, Julvez J. The association between maternal ultra-processed food consumption during pregnancy and child neuropsychological development: A population-based birth cohort study. Clin Nutr. 2022 Oct;41(10):2275-2283. doi: 10.1016/j.clnu.2022.08.005. Epub 2022 Aug 19. PMID: 36087519 Free article.

8.  Babarro I, **Ibarluzea J**, Theodorsson E, Fano E, Lebeña A, Guxens M, Sunyer J, Andiarena A. Hair cortisol as a biomarker of chronic stress in preadolescents: influence of school context and bullying. Child Neuropsychol. 2022 Aug 28:1-18. doi: 10.1080/09297049.2022.2115991. Online ahead of print. PMID: 36036166

9.  Akinci ZS, Delclòs-Alió X, Vich G, Salvo D, **Ibarluzea J**, Miralles-Guasch C. How different are objective operationalizations of walkability for older adults compared to the general population? A systematic review. BMC Geriatr. 2022 Aug 15;22(1):673. doi: 10.1186/s12877-022-03233-x. PMID: 35971086 Free PMC article.

10. Bosch de Basea M, Carsin AE, Abellan A, Cobo I, Lertxundi A, Marin N, Soler-Blasco R, **Ibarluzea J**, Vrijheid M, Sunyer J, Casas M, Garcia-Aymerich J. Gestational phthalate exposure and lung function during childhood: A prospective population-based study. Environ Pollut. 2022 Nov 1;312:119833. doi: 10.1016/j.envpol.2022.119833. Epub 2022 Aug 2. PMID: 35931390 Free article.

11. Konjevod M, Sáiz J, Barbas C, Bergareche A, Ardanaz E, Huerta JM, Vinagre-Aragón A, Erro ME, Chirlaque MD, Abilleira E, **Ibarluzea JM**, Amiano P. A Set of Reliable Samples for the Study of Biomarkers for the Early Diagnosis of Parkinson's Disease. Front Neurol. 2022 May 30;13:844841. doi: 10.3389/fneur.2022.844841. eCollection 2022. PMID: 35707037 Free PMC article.

12. Babarro I, Andiarena A, Fano E, García-Baquero G, Lebeña A, Arranz-Freijo EB, **Ibarluzea J.** Do prepubertal hormones, 2D:4D index and psychosocial context jointly explain 11-year-old preadolescents' involvement in bullying?. Biol Psychol. 2022 Jul;172:108379. doi: 10.1016/j.biopsycho.2022.108379. Epub 2022 Jun 8. PMID: 35690279 Free article.

13. Ish J, Symanski E, Gimeno Ruiz de Porras D, Casas M, Delclos GL, Guxens M, **Ibarluzea JM**, Iñiguez C, Lertxundi A, Rebagliato M, Swartz MD, Whitworth KW. Maternal occupational exposure to chemicals and child cognitive function. Pediatr Res. 2022 Oct;92(4):1153-1160. doi: 10.1038/s41390-022-02089-6. Epub 2022 May 16. PMID: 35578010

14. Ish J, Gimeno Ruiz de Porras D, Symanski E, Ballester F, Casas M, Delclos GL, Guxens M, **Ibarluzea J**, Iñiguez C, Santa-Marina L, Swartz MD, Whitworth KW. Maternal occupational exposures and fetal growth in a Spanish birth cohort. PLoS One. 2022 Apr 7;17(4):e0264530. doi: 10.1371/journal.pone.0264530. eCollection 2022. PMID: 35390005 Free PMC article.

15. Anabitarte A, **Ibarluzea J**, García-Baquero G, Santa Marina L, Fernández-Somoano A, Tardón A, Nieuwenhuijsen M, de Castro M, Dadvand P, Lertxundi A. Effects of residential greenness on attention in a longitudinal study at 8 and 11-13 years. Environ Res. 2022 Jul;210:112994. doi: 10.1016/j.envres.2022.112994. Epub 2022 Feb 25. PMID: 35227672 Free article.

16. Whitworth KW, Rector A, Ish J, Chauhan SPJ, **Ibarluzea J**, Guxens M, Swartz MD, Symanski E, Iñiguez C. Identifying Sensitive Windows of Exposure to NO2 and Fetal Growth Trajectories in a Spanish Birth Cohort. Epidemiology. 2022 May 1;33(3):318-324. doi: 10.1097/EDE.0000000000001468. PMID: 35213509 Free PMC article.

17. L. Luque-García; A. Corrales; A. Lertxundi; S. Díaz; J. **Ibarluzea.** Does exposure to greenness improve children's neuropsychological development and mental health? A Navigation Guide systematic review of observational evidence for associations. Environmental Research. 206, 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85121918854&doi=10.1016%2fj.envres.2021. Tipo de producción: Artículo científico Tipo de soporte: Revista

18. Cabré-Riera; L. van Wel; I. Liorni; M.E. Koopman-Verhoeff; L. Imaz; **J. Ibarluzea**; A. Huss; J. Wiart; R. Vermeulen; W. Joseph; M. Capstick; M. Vrijheid; E. Cardis; M. Röösli; M. Eeftens; A. Thielens; H. Tiemeier; M. Guxens. Estimated all-day and evening whole-brain radiofrequency electromagnetic fields doses, and sleep in preadolescents. Environmental Research. 204, 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85119441404&doi=10.1016%2fj.envres.2021. Tipo de producción: Artículo científico Tipo de soporte: Revista

19. F. Barreto-Zarza; M. Sánchez de Miguel; E.B. Arranz-Freijo; J. Acha; L. González; M. Rebagliato; **J. Ibarluzea**. Family Context and ADHD Symptoms in Middle Childhood: an Explanatory Model. Journal of Child and Family Studies. 2022. Disponible en Internet en:                         <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85123091277&doi=10.1007%2fs10826-021-02206-9&partnerID=40&md5=31318bf74de75fdf4a5a4c5bd74ef1f0>.
20. Tipo de producción: Artículo científico Tipo de soporte: Revista

21. J.O. Grimalt; M. Garí; L. Santa-Marina; **J. Ibarluzea**; J. Sunyer. Influence of gestational weight gain on the organochlorine pollution content of breast milk. Environmental Research. 209, 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85124912791&doi=10.1016%2fj. envres.2022.
22. 112783&partnerID=40&md5=df219d24f2fbeee7a064a3ad7dd5ee74>.
23. Tipo de producción: Artículo científico Tipo de soporte: Revista

24. **J. Ibarluzea**; M. Gallastegi; L. Santa-Marina; A. Jiménez Zabala; E. Arranz; A. Molinuevo; M.-J. Lopez-Espinosa; F. Ballester; C.M. Villanueva; I. Riano; J. Sunyer; A. Tardon; A. Lertxundi. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. Environmental Research. 207, 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85117165643&doi=10.1016%2fj.envres.2021.112181&partnerID=40&md5=c336b6e b24520c97858c91db08d6cb54>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

25. Rammah; K.W. Whitworth; C.I. Amos; M. Estarlich; M. Guxens; **J. Ibarluzea**; C. Iñiguez; M. Subiza-Pérez; M. Vrijheid; E. Symanski. Air pollution, residential greenness and metabolic dysfunction during early pregnancy in the infancia y medio ambiente (Inma) cohort. International Journal of Environmental Research and Public Health. 18 - 17, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85114221987&doi=10.3390%2fijerph18179354&partnerID=40&md5=8fc2d9c1e43e af5776f8ad3a4e956939>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

26. Cabré-Riera A.; van Wel L.; Liorni I.; Birks L.E.; Pierotti L.; 0000-0002-8246-0793; Ibarluzea J.; Ferrero A.; 0000-0001-9268-1867; Wiart J.; Santa-Marina L.; Torrent M.; Vrijkotte T.; 0000-0002-5751-418X; Vermeulen R.; 0000-0002-7090-1758; Cardis E.; Röösli M.; Guxens M. Association between estimated whole-brain radiofrequency electromagnetic fields dose and cognitive function in preadolescents and adolescents. International Journal of Hygiene and Environmental Health. 231, 2021. ISSN 14384639. DOI: 10.1016/j.ijheh.2020.113659

27. Tipo de producción: Artículo científico Tipo de soporte: Revista

    A. Irizar; A. Txintxurreta; A. Molinuevo; A. Jimeno-Romero; A. Anabitarte; J.I. Álvarez; M.D. Martínez; L. Santa-Marina; J. Ibarluzea; A. Lertxundi. Association between prenatal exposure to air pollutants and newborn thyroxine (T4) levels. Environmental Research. 197, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85104332490&doi=10.1016%2fj.envres.2021.111132&partnerID=40&md5=26de6237c56d3364153bc5ccd1408c6a>.

28. Tipo de producción: Artículo científico Tipo de soporte: Revista

L. Santa-Marina; N. Lertxundi; A. Andiarena; A. Irizar; J. Sunyer; A. Molinuevo; S. Llop; J. Julvez; A. Beneito; J. Ibarluzea; L. Imaz; M. Ferrin. Correction: Santa-marina et al. maternal ferritin levels during pregnancy and ADHD symptoms in 4-year-old children: Results from the INMA-INfancia y medio ambiente (environment and childhood) prospective birth cohort study. (Int. J. Environ. Res. Public Health 2020, 17, 7704). International Journal of Environmental Research and Public Health. 18 - 12, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85107500538&doi=10.3390%2fijerph18126283&partnerID=40&md5=a98c94755c73aaefa55456edb05dd707>.

29. Tipo de producción: Artículo científico Tipo de soporte: Revista

30. Molinuevo A.; Valvi D.; Gorostiaga A.; Balluerka N.; Shivappa N.; Hebert J.; Navarrete-Muñoz E.M.; Vioque J.; Tardón A.; Vrijheid M.; Roumeliotaki T.; Koutra K.; Chatzi L.; Ibarluzea J. Dietary inflammatory index of mothers during pregnancy and Attention Deficit-Hyperactivity Disorder symptoms in the child at preschool age: a prospective investigation in the INMA and RHEA cohorts. European Child and Adolescent Psychiatry. 2021. ISSN 10188827 DOI: 10.1007/s00787-020-01705-28882e2237d293ddac9da0a1d70c9a586 Tipo de producción: Artículo científico Tipo de soporte: Revista

31. M. Subiza-Pérez; G. García-Baquero; I. Babarro; A. Anabitarte; X. Delclòs-Alió; G. Vich; O. Roig-Costa; C. Miralles-Guasch; N. Lertxundi; J. Ibarluzea. Does the perceived neighborhood environment promote mental health during pregnancy? Confirmation of a pathway through social cohesion in two Spanish samples. Environmental Research. 197, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85104681032&doi=10.1016%2fj.envres.2021. Tipo de producción: Artículo científico Tipo de soporte: Revista

32. Barreto-Zarza F.; de Miguel M.S.; Ibarluzea J.; González-Safont L.; Rebagliato M.; Arranz-Freijo E.B.. Family context assessment in middle childhood: A tool supporting social, educational, and public health interventions. International Journal of

Environmental Research and Public Health. 18, pp. 1 - 17. 2021. ISSN 16617827. DOI: 10.3390/ijerph18031094

Tipo de producción: Artículo científico Tipo de soporte: Revista

33. M.L.C. Iurilli; B. Zhou; J.E. Bennett; R.M. Carrillo-Larco; M.K. Sophiea; A. Rodriguez-Martinez; H. Bixby; B.D. Solomon; C. Taddei; G. Danaei; M. Di Cesare; G.A. Stevens; L.M. Riley; S. Savin; M.J. Cowan; P. Bovet; A. Damasceno; A. Chirita-Emandi; A.J. Hayes; N. Ikeda; R.T. Jackson; Y.-H. Khang; A. Laxmaiah; J. Liu; J.J. Miranda; O. Saidi; S. Sebert; M. Sorić; G. Starc; E.W. Gregg; L. Abarca-Gómez; Z.A. Abdeen; S. Abdrakhmanova; S.A. Ghaffar; H.F.A. Rahim; N.M. Abu-Rmeileh; J.A. Garba; B. Acosta-Cazares; R.J. Adams; W. Aekplakorn;

34. K. Afsana; S. Afzal; I.A. Agdeppa; J. Aghazadeh-Attari; C.A. Aguilar-Salinas; C. Agyemang; M.H. Ahmad; N.A. Ahmad; A. Ahmadi; N. Ahmadi; S.H. Ahmed; W. Ahrens; G. Aitmurzaeva; K. Ajlouni; H.M. Al-Hazzaa; B. Al-Lahou; R. Al-Raddadi; M. Alarouj; F. AlBuhairan; S. AlDhukair; M.M. Ali; A. Alkandari; A. Alkerwi; K. Allin; M. Alvarez-Pedrerol; E. Aly; D.N. Amarapurkar; P. Amiri; N. Amougou; P. Amouyel; L.B. Andersen; S.A. Anderssen; L. Ängquist; R.M. Anjana; A. Ansari-Moghaddam; H. Aounallah-Skhiri; J. Araújo; I. Ariansen; T. Aris; R.E. Arku; N. Arlappa; K.K. Aryal; T. Aspelund; F.K. Assah; M.C.F. Assunção; M.S. Aung; J. Auvinen; Mária Avdicová; S. Avi; A. Azevedo; M. Azimi-Nezhad; F. Azizi; M. Azmin; B.V. Babu; M. Bæksgaard Jørgensen; A. Baharudin; S. Bahijri; J.L. Baker; N. Balakrishna; M. Bamoshmoosh; M. Banach; P. Bandosz; J.R. Banegas; J. Baran; C.M. Barbagallo; A. Barceló; A. Barkat; A.J.D. Barros; M.V.G. Barros; A. Basit; J.L.D. Bastos; I. Bata; A.M. Batieha; R.L. Batista; Z. Battakova; A. Batyrbek; L.A. Baur; R. Beaglehole; S. Bel-Serrat; A. Belavendra; H.B. Romdhane; J. Benedics; M. Benet; I.H. Bergh; S. Berkinbayev; A. Bernabe-Ortiz; G. Bernotiene; H. Bettiol; J. Bezerra; A. Bhagyalaxmi; S. Bharadwaj; S.K. Bhargava; Z.A. Bhutta; H. Bi; Y. Bi; D. Bia; E.C.B. Lele; M.M. Bikbov; B. Bista; D.J. Bjelica; P. Bjerregaard; E. Bjertness; M.B. Bjertness; L. Björkelund; K.V. Bloch; A. Blokstra; S. Bo; M. Bobak; L.M. Boddy; B.O. Boehm; H. Boeing; J.G. Boggia; E. Bogova; C.P. Boissonnet; S.E. Bojesen; M. Bonaccio; V. Bongard; A. Bonilla-Vargas; M. Bopp; H. Borghs; L. Braeckevelt; L. Braeckman; M.C.E. Bragt; I. Brajkovich; F. et al. Heterogeneous contributions of change in population distribution of body mass index to change in obesity and underweight. eLife. 10, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85103837539&doi=10.7554%2feLife. 60060&partnerID=40&md5=f038870d9ceaeb039fb90681324360db>.

Tipo de producción: Artículo científico Tipo de soporte: Revista

35. Anabitarte; G. García-Baquero; A. Andiarena; N. Lertxundi; N. Urbieta; I. Babarro; J. Ibarluzea; A. Lertxundi. Is brief exposure to green space in school the best option to improve attention in children?. International Journal of Environmental Research and Public Health. 18 - 14, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85109721029&doi=10.3390%2fijerph18147484&partnerID=40&md5=d360c57385a0 f6a5f538dd0ede6f7066>.

Tipo de producción: Artículo científico Tipo de soporte: Revista

36. L. González; M. Estarlich; M. Murcia; F. Barreto-Zarza; L. Santa-Marina; S. Simó; M.I. Larrañaga; E. Ruiz-Palomino; J. Ibarluzea; M. Rebagliato. Poverty, social exclusion, and mental health: the role of the family context in children aged 7–11 years INMA mother-and-child cohort study. European Child and Adolescent Psychiatry. 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-

85111340855&doi=10.1007%2fs00787-021-01848-
w&partnerID=40&md5=f632bd0ac9a0060f879e28ae28ccfede>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

37. C. Carrizosa; M. Murcia; V. Ballesteros; O. Costa; C.B. Manzano-Salgado; J. Ibarluzea;
C. Iñiguez; M. Casas; A. Andiarena; S. Llop; A. Lertxundi; T. Schettgen; J. Sunyer; F.
Ballester; M. Vrijheid; M.-J. Lopez-Espinosa. Prenatal perfluoroalkyl substance
exposure and neuropsychological development throughout childhood: The INMA
Project. Journal of Hazardous Materials. 416, 2021. Disponible en Internet en:
<https://www.scopus.com/inward/record.uri?eid=2-s2.0-
85104322002&doi=10.1016%2fj.jhazmat.2021.125185&partnerID=40&md5=42961c
fe0049f6e2da2e55af2eec39da>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

38. M. Porta; J. Pumarega; L.A. Henríquez-Hernández; M. Gasull; X. Bartoll; J.P. Arrebola;
E. Morales; J. Ibarluzea; J. Alguacil; U. Bilal; O.P. Luzardo. Reductions in blood
concentrations of persistent organic pollutants in the general population of Barcelona
from 2006 to 2016. Science of the Total Environment. 777, 2021. Disponible en
Internet    en:    <https://www.scopus.com/inward/record.uri?eid=2-s2.0-
85102316251&doi=10.1016%2fj.scitotenv.2021.146013&partnerID=40&md5=c6d3b
eb67d1a2458b312c7e7cd151829>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

39. Compañ Gabucio L.M.; García de la Hera M.; Torres Collado L.; Fernández-Somoano
A.; Tardón A.; Guxens M.; Vrijheid M.; Rebagliato M.; Murcia M.; Ibarluzea J.; Martí I.;
Vioque J.. The use of lower or higher than recommended doses of folic acid
supplements during pregnancy is associated with child attentional dysfunction at 4–5
years of age in the inma project. Nutrients. 13, pp. 1 - 16. 2021. DOI:
10.3390/nu13020327
Tipo de producción: Artículo científico Tipo de soporte: Revista

40. Lemonnier, Nathanael; Melen, Erik; Jiang, Yale; Joly, Stephane; Menard, Camille;
Aguilar, Daniel; Acosta-Perez, Edna; Bergstrom, Anna; Boutaoui, Nadia; Bustamante,
Mariona; Canino, Glorisa; Forno, Erick; Ramon Gonzalez, Juan; Garcia-Aymerich,
Judith; Gruzieva, Olena; Guerra, Stefano; Heinrich, Joachim; Kull, Inger; Ibarluzea
Maurolagoitia, Jesus; Santa-Marina Rodriguez, Loreto; Thiering, Elisabeth; Wickman,
Magnus; Akdis, Cezmi; Akdis, Mubeccel; Chen, Wei; Keil, Thomas; Koppelman, Gerard
H.; Siroux, Valerie; Xu, Cheng-Jian; Hainaut, Pierre; Standl, Marie; Sunyer, Jordi;
Celedon, Juan C.; Maria Anto, Josep; Bousquet, Jean. A novel whole blood gene
expression signature for asthma, dermatitis, and rhinitis multimorbidity in children
and adolescents.
ALLERGY. 2020. ISSN 0105-4538. DOI: 10.1111/all.14314
Tipo de producción: Artículo científico

41. Freire C.; Vela-Soria F.; Beneito A.; Lopez-Espinosa M.J.; Ibarluzea J.; Barreto F.B.;
Casas M.; Vrijheid M.; Riaño-Galan I.; Fernandez M.F.. Association of placental
concentrations of phenolic endocrine disrupting chemicals with cognitive functioning
in preschool children from the Environment and Childhood (INMA) Project.
International Journal of Hygiene and Environmental Health. 230, 2020. ISSN
143846398882e2237d293ddac9da0a1d70c9a586. DOI: 10.1016/j.ijheh.2020.113597
Tipo de producción: Artículo científico Tipo de soporte: Revista

42. Forns J.; Verner M.A.; Iszatt N.; Nowack N.; Bach C.C.; Vrijheid M.; Costa O.; Andiarena A.; Sovcikova E.; Høyer B.B.; Wittsiepe J.; Lopez-Espinosa M.J.; Ibarluzea J.; Hertz-Picciotto I.; Toft G.; Stigum H.; Guxens M.; Liew Z.; Eggesbø M.. Early life exposure to perfluoroalkyl substances (PFAS) and ADHD: A meta-analysis of nine European population-based studies. Environmental Health Perspectives. 128, 2020.
ISSN 00916765. DOI: 10.1289/EHP5444
Tipo de producción: Artículo científico Tipo de soporte: Revista

43. Subiza-Pérez M; Marina LS; Irizar A; Gallastegi M; Anabitarte A; Urbieta N; Babarro I; Molinuevo A; Vozmediano L; Ibarluzea J. Explaining social acceptance of a municipal waste incineration plant through sociodemographic and psycho-environmental variables. Environmental pollution (Barking, Essex : 1987). 263, pp. 114504. 2020. ISSN 0269-7491. DOI: 10.1016/j.envpol.2020.114504.
Tipo de producción: Artículo científico

44. Rodriguez-Martinez A.; Zhou B.; Sophiea M.K.; Bentham J.; Paciorek C.J.; Iurilli M.L.; Carrillo-Larco R.M.; Bennett J.E.; Di Cesare M.; Taddei C.; Bixby H.; Stevens G.A.; Riley L.M.; Cowan M.J.; Savin S.; Danaei G.; Chirita-Emandi A.; Kengne A.P.; Khang Y.H.; Laxmaiah A.; Malekzadeh R.; Miranda J.J.; Moon J.S.; Popovic S.R.; Sørensen T.I.; Soric M.; Starc G.; Zainuddin A.A.; Gregg E.W.; Bhutta Z.A.; Black R.; Abarca-Gómez L.; Abdeen Z.A.;  Abdrakhmanova S.; Abdul Ghaffar S.; Abdul Rahim H.F.; Abu-Rmeileh N.M.; Abubakar Garba

45. J.; Acosta-Cazares B.; Adams R.J.; Aekplakorn W.; Afsana K.; Afzal S.; Agdeppa I.A.; Aghazadeh-Attari J.; Aguilar-Salinas C.A.; Agyemang C.; Ahmad M.H.; Ahmad N.A.; Ahmadi A.; Ahmadi N.; Ahmed S.H.; Ahrens W.; Aitmurzaeva G.; Ajlouni K.; Al-Hazzaa H.M.; Al-Othman A.R.; Al-Raddadi R.; Alarouj M.; AlBuhairan F.; AlDhukair S.; Ali M.M.; Alkandari A.; Alkerwi A.; Allin K.; Alvarez-Pedrerol M.; Aly E.; Amarapurkar D.N.; Amiri P.; Amougou N.; Amouyel P.; Andersen L.B.; Anderssen S.A.; Ängquist L.; Anjana R.M.; Ansari-Moghaddam A.; Aounallah-Skhiri H.; Araújo J.; Ariansen I.; Aris T.; Arku R.E.; Arlappa N.; Aryal K.K.; Aspelund T.; Assah F.K.; Assunção M.C.F.; Aung M.S.; Auvinen J.; Avdicová M.; Azevedo A.; Azimi-Nezhad M.; Azizi F.; Azmin M.; Babu B.V.; Bæksgaard Jørgensen M.; Baharudin A.; Bahijri S.; Baker J.L.; Balakrishna N.; Bamoshmoosh M.. Height and body-mass index trajectories of school-aged children and adolescents from 1985 to 2019 in 200 countries and territories: a pooled analysis of 2181 population-based studies with 65 million participants. The Lancet. 396, pp. 1511 - 1524. 2020. ISSN 01406736.DOI: 10.1016/S0140-6736(20)31859-6
Tipo de producción: Artículo científico Tipo de soporte: Revista

46. Levie D; Bath SC; Guxens M; Korevaar TI; Dineva M; Fano E; Ibarluzea JM; Llop S; Murcia M; Rayman MP; Sunyer J; Peeters RP; Tiemeier H. Maternal Iodine Status During Pregnancy Is Not Consistently Associated with Attention-Deficit Hyperactivity Disorder or Autistic Traits in Children. The Journal of Nutrition. 2020. ISSN 0022-3166.
DOI: 10.1093/jn/nxaa051. PMID: 32171006
Tipo de producción: Artículo científico

47. Levie D.; Bath S.C.; Guxens M.; Korevaar T.I.M.; Dineva M.; Fano E.; Ibarluzea J.M.; Llop S.; Murcia M.; Rayman M.P.; Sunyer J.; Peeters R.P.; Tiemeier H.. Maternal Iodine Status during Pregnancy Is Not Consistently Associated with Attention-Deficit Hyperactivity Disorder or Autistic Traits in Children. Journal of Nutrition. 150, pp. 1516 - 1528. 2020. ISSN 00223166. DOI: 10.1093/jn/nxaa051
Tipo de producción: Artículo científico Tipo de soporte: Revista

48. Santa-Marina L.; Lertxundi N.; Andiarena A.; Irizar A.; Sunyer J.; Molinuevo A.; Llop S.; Julvez J.; Beneito A.; Ibarluzea J.; Imaz L.; Ferrin M.. Maternal ferritin levels during pregnancy and ADHD symptoms in 4-year-old children: Results from the INMA–infancia y medio ambiente (environment and childhood) prospective birth cohort study. International Journal of Environmental Research and Public Health. 17, pp. 1 - 17. 2020. ISSN 16617827. DOI: 10.3390/ijerph17217704
Tipo de producción: Artículo científico Tipo de soporte: Revista

49. Andiarena A; Irizar A; Molinuevo A; Urbieta N; Babarro I; Subiza-Pérez M; Santa-Marina L; Ibarluzea J; Lertxundi A. Prenatal Manganese Exposure and Long-Term Neuropsychological Development at 4 Years of Age in a Population-Based Birth Cohort. International journal of environmental research and public health. 17, 2020. ISSN 1661-7827. DOI: 10.3390/ijerph17051665. PMID: 32143391
Tipo de producción: Artículo científico

50. Soler-Blasco, Raquel; Murcia, Mario; Lozano, Manuel; Gonzalez-Safont, Llucia; Amoros, Ruben; Ibarluzea, Jesus; Broberg, Karin; Irizar, Amaia; Lopez-Espinosa, Maria-Jose; Lertxundi, Nerea; Santa Marina, Loreto; Ballester, Ferran; Llop, Sabrina. Prenatal manganese exposure and neuropsychological development in early childhood in the INMA cohort. INTERNATIONAL JOURNAL OF HYGIENE AND ENVIRONMENTAL HEALTH. 224, 2020. ISSN 1438-4639. DOI: 10.1016/j.ijheh.2019.113443
PMID: 31978738

51. Babarro I.; Andiarena A.; Fano E.; Lertxundi N.; Vrijheid M.; Julvez J.; Barreto F.B.; Fossati S.; Ibarluzea J. Risk and protective factors for bullying at 11 years of age in a spanish birth cohort study. International Journal of Environmental Research and Public Health. 17, pp. 1 - 19. 2020. ISSN 16617827. DOI: 10.3390/ijerph17124428
Tipo de producción: Artículo científico Tipo de soporte: Revista

52. Anabitarte A.; Subiza-Pérez M.; Ibarluzea J.; Azkona K.; García-Baquero G.; Miralles-Guasch C.; Irazusta J.; Whitworth K.W.; Lertxundi A.. Testing the multiple pathways of residential greenness to pregnancy outcomes model in a sample of pregnant women in the metropolitan area of donostia-san sebastián. International Journal of Environmental Research and Public Health. 17, pp. 1 - 23. 2020. ISSN 16617827. DOI: 10.3390/ijerph17124520
Tipo de producción: Artículo científico Tipo de soporte: Revista

53. Castello, Adela; Perez-Gomez, Beatriz; Lora-Pablos, David; Lope, Virginia; Castano-Vinyals, Gemma; Vitelli-Storelli, Facundo; Dierssen-Sotos, Trinidad; Amiano, Pilar; Guevara, Marcela; Moreno, Victor; Lozano-Lorca, Macarena; Tardon, Adonina; Alguacil, Juan; Hernandez-Garcia, Marta; Marcos-Gragera, Rafael; Chirlaque Lopez, Maria Dolores; Ardanaz, Eva; Ibarluzea, Jesus; Gomez-Acebo, Ines; Molina, Antonio J.; O'Callaghan-Gordo, Cristina; Aragones, Nuria; Kogevinas, Manolis; Pollan, Marina; Garcia-Perez, Javier. Validation of self-reported perception of proximity to industrial facilities: MCC-Spain study. ENVIRONMENT INTERNATIONAL. 135, 2020.
ISSN 0160-4120. DOI: 10.1016/j.envint.2019.105316
Tipo de producción: Artículo científico

54. Mendinueta, Ana; Esnal, Haritz; Arrieta, Haritz; Arrue, Miren; Urbieta, Nerea; Ubillos, Itziar; Whitworth, Kristina W.; Delclos-Alio, Xavier; Vich, Guillem; Ibarluzea, Jesus. What Accounts for Physical Activity during Pregnancy?. A Study on the Sociodemographic Predictors of Self-Reported and Objectively Assessed Physical

Activity during the 1st and 2nd Trimesters of Pregnancy. INTERNATIONAL JOURNAL OF ENVIRONMENTAL RESEARCH AND PUBLIC HEALTH. 17, 2020. DOI: 10.3390/ijerph17072517. PMID: 32272617

Tipo de producción: Artículo científico

55. Lopez-Vicente, Monica; Sunyer, Jordi; Lertxundi, Nerea; Gonzalez, Llucia; Rodriguez-Dehli, Cristina; Espada Saenz-Torre, Mercedes; Vrijheid, Martine; Tardon, Adonina; Llop, Sabrina; Torrent, Maties; Ibarluzea, Jesus; Guxens, Monica. Maternal circulating Vitamin D-3 levels during pregnancy and behaviour across childhood. SCIENTIFIC REPORTS. 9, 15/10/2019. ISSN 2045-2322. DOI: 10.1038/s41598-019-51325-3. PMID: 31616023

Tipo de producción: Artículo científico Tipo de soporte: Revista

56. J Julvez; S Fernandez-Barrés; F Gignac; M Lopez-Vicente; M Bustamante; R Garcia-Esteban; J Vioque; S Llop; F Ballester; A Fernandez-Somoano; A Tardón; M Vrijheid; C Tonne; J Ibarluzea; A Irazabal; N Sebastian-Galles; M Burgaleta; D Romaguera; J Sunyer. Maternal seafood consumption during pregnancy and child attention outcomes: a cohort study with gene effect modification by PUFA-related genes. International Journal of Epidemiology. pp. 1 - 13. 02/10/2019. DOI: doi: 10.1093/ije/dyz197

Tipo de producción: Artículo científico Tipo de soporte: Revista

57. A Jorcano; MJ Lubczynska; L Pierotti; H Altug; F Ballester; G Cesaroni; H El Marroun; A Fernandez-Somoano; C Freire; W Hanke; G Hoek; J Ibarluzea; C Iñiguez; PW Jansen; J Lepeule; I Markevych; K Polanska; D Porta; T Schiwkosky; R Slama; M Standl; A Tardon; TGM Vrikkote; A Von Berg; H Tiemeir; J Sunyer; M Guxens. Prenatal and postnatal exposure to air pollution and emotional and aggressive symptoms in children from 8 European birth cohorts. Environment International. 131, 01/07/2019.

DOI: https://doi.org/10.1016/j.envint.2019.104927

Tipo de producción: Artículo científico Tipo de soporte: Revista

58. Florence Gignac; Dora Romaguera; Silvia Fernández Barrés; Claire Phillipat; Raquel Garcia Esteban; Mónica López Vicente; Jesus Vioque; Ana Fernández Somoano; Adonina Tardón; Carmen Iñiguez; Maria-Jose Lopez Espinosa; Manoli García de la Hera; Pilar Amiano; Jesús Ibarluzea; Mònica Guxens; Jordi Sunyer; Jordi Julvez. Maternal nut intake in pregnancy and child neuropsychological development up to 8 years old: a population-basedcohort study in Spain. European journal of epidemiology. 07/05/2019. ISSN 1573-7284

Tipo de producción: Artículo científico

59. Rising rural body-mass index is the main driver of the global obesity epidemic in adults. Nature. 569 - 7755, pp. 260 - 264. 05/2019. ISSN 1476-4687

Tipo de producción: Artículo científico

60. Aitana Lertxundi; Ainara Andiarena; María Dolores Martínez; Mikel Ayerdi; Mario Murcia; Marisa Estarlich; Monica Guxens; Jordi Sunyer; Jordi Julvez; Jesús Ibarluzea. Prenatal exposure to PM[2.5] and NO[2] and sex-dependent infant cognitive and motor development. Environmental research. 174, pp. 114 - 121. 08/04/2019. ISSN 1096-0953

Tipo de producción: Artículo científico

61. Mark J Nieuwenhuijsen; Lydiane Agier; Xavier Basagaña; Jose Urquiza; Ibon Tamayo Uria; Lise Giorgis Allemand; Oliver Robinson; Valérie Siroux; Léa Maitre; Montserrat de Castro; Antonia Valentin; David Donaire; Payam Dadvand; Gunn Marit Aasvang; Norun Hjertager Krog; Per E Schwarze; Leda Chatzi; Regina Grazuleviciene; Sandra Andrusaityte; Audrius Dedele; Rosie McEachan; John Wright; Jane West; Jesús Ibarluzea; Ferran Ballester; Martine Vrijheid; Rémy Slama. Influence of the Urban Exposome on Birth Weight. Environmental health perspectives. 127 - 4, pp. 47007. 04/2019. ISSN 1552-9924
Tipo de producción: Artículo científico

62. Deborah Levie; Tim I M Korevaar; Sarah C Bath; Mario Murcia; Mariana Dineva; Sabrina Llop; Mercedes Espada; Antonius E van Herwaarden; Yolanda B de Rijke; Jesús M Ibarluzea; Jordi Sunyer; Henning Tiemeier; Margaret P Rayman; Mònica Guxens; Robin P Peeters. Association of maternal iodine status with child IQ: a meta-analysis of individual-participant data. The Journal of clinical endocrinology and metabolism. 28/03/2019. ISSN 1945-7197

63. Mónica López Vicente; Núria Ribas Fitó; Natalia Vilor Tejedor; Raquel Garcia Esteban; Sílvia Fernández Barrés; Payam Dadvand; Mario Murcia; Marisa Rebagliato; Jesús Ibarluzea; Aitana Lertxundi; Ana Fernández Somoano; Adonina Tardón; M Carmen López Sabater; Dora Romaguera; Martine Vrijheid; Jordi Sunyer; Jordi Julvez. Prenatal Omega-6:Omega-3 Ratio and Attention Deficit and Hyperactivity Disorder Symptoms.The Journal of pediatrics. 22/03/2019. ISSN 1097-6833

64. Mariana Dineva; Margaret P Rayman; Deborah Levie; Mònica Guxens; Robin P Peeters; Jesus Vioque; Llúcia González; Mercedes Espada; Jesús Ibarluzea; Jordi Sunyer; Tim I M Korevaar; Sarah C Bath. Similarities and differences of dietary and other determinants of iodine status in pregnant women from three European birth cohorts. European journal of nutrition. (Alemania): 08/02/2019. ISSN 1436-6215

65. Mara Gallastegi; Ana Jiménez Zabala; Amaia Molinuevo; Juan J Aurrekoetxea; Loreto Santa Marina; Laura Vozmediano; Jesús Ibarluzea. Exposure and health risks perception of extremely low frequency and radiofrequency electromagnetic fields and the effect of providing information.Environmental research. 169, pp. 501- 509. 02/2019. ISSN 1096-0953

66. Arija, Victoria; Hernandez-Martinez, Carmen; Tous, Monica; Canals, Josefa; Guxens, Monica; Fernandez-Barres, Silvia; Ibarluzea, Jesus; Babarro, Izaro; Soler-Blasco, Raquel; Llop, Sabrina; Vioque, Jesus; Sunyer, Jordi; Julvez, Jordi. Association of Iron Status and Intake During Pregnancy with Neuropsychological Outcomes in Children Aged 7 Years: The Prospective Birth Cohort Infancia y Medio Ambiente (INMA) Study. NUTRIENTS. 11, 2019. DOI: 10.3390/nu11122999. PMID: 31817835

67. Tozzi, Viola; Lertxundi, Aitana; Ibarluzea, Jesus M.; Baccini, Michela. Causal Effects of Prenatal Exposure to PM2.5 on Child Development and the Role of Unobserved Confounding. INTERNATIONAL JOURNAL OF ENVIRONMENTAL RESEARCH AND PUBLIC HEALTH. 16, 2019.  ISSN 1661-7827. DOI: 10.3390/ijerph16224381

68. Dineva M; Rayman MP; Levie D; Guxens M; Peeters RP; Vioque J; González L; Espada M; Ibarluzea J; Sunyer J; Korevaar TIM; Bath SC. Similarities and differences of dietary and other determinants of iodine status in pregnant women from three European

birth cohorts. European journal of nutrition. 2019. ISSN 1436-6207. DOI: 10.1007/s00394-019-01913-w8882e2237d293ddac9da0a1d70c9a586
PMID: 30734058

69. Villanueva CM; Gracia-Lavedan E; Julvez J; Santa-Marina L; Lertxundi N; Ibarluzea J; Llop S; Ballester F; Fernández-Somoano A; Tardón A; Vrijheid M; Sunyer J. Drinking water disinfection by-products during pregnancy and child neuropsychological development in the INMA Spanish cohort study. Environment international. 01/2018.
Disponible en Internet en: <http://europepmc.org/abstract/med/29107351>.

70. Villar M; Santa-Marina L; Murcia M; Amiano P; Gimeno S; Ballester F; Julvez J; Romaguera D; Fernández-Somoano A; Tardón A; Ibarluzea J. Social Factors Associated with Non-initiation and Cessation of Predominant Breastfeeding in a Mother-Child Cohort in Spain. Maternal and child health journal. 01/2018.
Disponible en Internet en: <http://europepmc.org/abstract/med/29349652>.

71. Murcia M; Espada M; Julvez J; Llop S; Lopez-Espinosa MJ; Vioque J; Basterrechea M; Riaño I; González L; Alvarez-Pedrerol M; Tardón A; Ibarluzea J; Rebagliato M. Iodine intake from supplements and diet during pregnancy and child cognitive and motor development: the INMA Mother and Child Cohort Study. Journal of epidemiology and community health. 12/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/29279360>.

72. NCD Risk Factor Collaboration (NCD-RisC). Worldwide trends in body-mass index, underweight, overweight, and obesity from 1975 to 2016: a pooled analysis of 2416 population-based measurement studies in 128·9 million children, adolescents, and adults. Lancet (London, England). 12/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/29029897>.

73. Matilla-Santander N; Valvi D; Lopez-Espinosa MJ; Manzano-Salgado CB; Ballester F; Ibarluzea J; Santa-Marina L; Schettgen T; Guxens M; Sunyer J; Vrijheid M. Exposure to Perfluoroalkyl Substances and Metabolic Outcomes in Pregnant Women: Evidence from the Spanish INMA Birth Cohorts. Environmental health perspectives. 11/2017.
Disponible en Internet en: <http://europepmc.org/abstract/med/29135438>.

74. Casas M; Forns J; Martínez D; Guxens M; Fernandez-Somoano A; Ibarluzea J; Lertxundi N; Murcia M; Rebagliato M; Tardon A; Sunyer J; Vrijheid M. Maternal pre-pregnancy obesity and neuropsychological development in pre-school children: a prospective cohort study. Pediatric research. 10/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28493861>.

75. Andiarena A; Balluerka N; Gorostiaga A; Ibarluzea J. Neuropsychological Assessment at Preschool Age: Adaptation and Validation of the McCarthy Scales of Children's Abilities to 4 Year-old Basque-speaking Children. The Spanish journal of psychology. 10/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/29056101>.

76. López-Vicente M; Garcia-Aymerich J; Torrent-Pallicer J; Forns J; Ibarluzea J; Lertxundi N; González L; Valera-Gran D; Torrent M; Dadvand P; Sunyer J. Are Early Physical Activity and Sedentary Behaviors Related to Working Memory at 7 and 14 Years of Age?. The Journal of pediatrics. 09/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28688631>.

77. Dadvand P; Tischer C; Estarlich M; Llop S; Dalmau-Bueno A; López-Vicente M; Valentín A; de Keijzer C; Fernández-Somoano A; Lertxundi N; Sunyer J. Lifelong Residential Exposure to Green Space and Attention: A Population-based Prospective Study.Environmental health perspectives. 09/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28934095>.

78. Sentís A; Sunyer J; Dalmau-Bueno A; Andiarena A; Ballester F; Cirach M; Estarlich M; Fernández-Somoano A; Ibarluzea J; Íñiguez C; Lertxundi A; INMA Project. Prenatal and postnatal exposure to NO2 and child attentional function at 4-5years of age. Environment international. 09/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28689118>.

79. Andiarena A; Balluerka N; Murcia M; Ibarluzea J; Glover V; Vegas O. Evening salivary cortisol and alpha-amylase at 14months and neurodevelopment at 4years: Sex differences. Hormones and behavior. 08/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28750755>.

80. Gallastegi M; Jiménez-Zabala A; Santa-Marina L; Aurrekoetxea JJ; Ayerdi M; Ibarluzea J; Kromhout H; González J; Huss A. Exposure to extremely low and intermediate-frequency magnetic and electric fields among children from the INMA-Gipuzkoa cohort. Environmental research. 08/2017.

81. Disponible en Internet en: <http://europepmc.org/abstract/med/28575784>.

82. Desirée Valera Gran; Eva M Navarrete Muñoz; Manuela Garcia de la Hera; Ana Fernández Somoano; Adonina Tardón; Jesús Ibarluzea; Nekane Balluerka; Mario Murcia; Llúcia González Safont; Dora Romaguera; Jordi Julvez; Jesús Vioque. Effect of maternal high dosages of folic acid supplements on neurocognitive development in children at 4-5 years of age: the prospective birth cohort Infancia y Medio Ambiente (INMA) study. The American Journal of Clinical Nutrition. 19/07/2017. ISSN 1938-3207

83. Zubero MB; Eguiraun E; Aurrekoetxea JJ; Lertxundi A; Abad E; Parera J; Goñi-Irigoyen F; Ibarluzea J. Changes in serum dioxin and PCB levels in residents around a municipal waste incinerator in Bilbao, Spain. Environmental Research. 07/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28482295>.

84. Christina Tischer; Mireia Gascon; Ana Fernández Somoano; Adonina Tardón; Aitana Lertxundi Materola; Jesus Ibarluzea; Amparo Ferrero; Marisa Estarlich; Marta Cirach; Martine Vrijheid; Elaine Fuertes; Albert Dalmau Bueno; Mark J Nieuwenhuijsen; Josep M Antó; Jordi Sunyer; Payam Dadvand. Urban green and grey space in relation to respiratory health in children. The European respiratory journal. 49 - 6, 06/2017. ISSN 1399-3003

85. Ana Jiménez Zabala; Loreto Santa Marina; Mónica Otazua; Mikel Ayerdi; Ane Galarza; Mara Gallastegi; Enrique Ulibarrena; Amaia Molinuevo; Asier Anabitarte; Jesús Ibarluzea. [Fluoride intake through consumption of water from municipal network in the INMA-Gipuzkoa cohort]. Gaceta sanitaria. (España): 22/05/2017. ISSN 1578-1283

86. Boucher O; Julvez J; Guxens M; Arranz E; Ibarluzea J; Sánchez de Miguel M; Fernández-Somoano A; Tardon A; Rebagliato M; Garcia-Esteban R; O'Connor G; Sunyer J.

Association between breastfeeding duration and cognitive development, autistic traits and ADHD symptoms: a multicenter study in Spain.Pediatric research. 03/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/27846197>.

87. Mireia Gascon; Mònica Guxens; Martine Vrijheid; Maties Torrent; Jesús Ibarluzea; Eduardo Fano; Sabrina Llop; Ferran Ballester; Mariana F Fernández; Adonina Tardón; Ana Fernández Somoano; Jordi Sunyer. The INMA-INfancia y Medio Ambiente- (Environment and Childhood) project: More than 10 years contributing to environmental and neuropsychological research. International journal of hygiene and environmental health. (Alemania): 28/02/2017. ISSN 1618-131X

88. Sabrina Llop; Ferran Ballester; Mario Murcia; Joan Forns; Adonina Tardon; Ainara Andiarena; Jesús Vioque; Jesús Ibarluzea; Ana Fernández Somoano; Jordi Sunyer; Jordi Julvez; Marisa Rebagliato; Maria-Jose Lopez Espinosa. Prenatal exposure to mercury and neuropsychological development in young children: the role of fish consumption. International journal of epidemiology. 17/11/2016. ISSN 1464-3685

89. Kogevinas M; Bustamante M; Gracia-Lavedán E; Ballester F; Cordier S; Costet N; Espinosa A; Grazuleviciene R; Danileviciute A; Ibarluzea J; Nieuwenhuijsen M. Drinking Water Disinfection By-products, Genetic Polymorphisms, and Birth Outcomes in a European Mother-Child Cohort Study.Epidemiology (Cambridge, Mass.). 11/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/27468006>.

90. Maitre L; Villanueva CM; Lewis MR; Ibarluzea J; Santa-Marina L; Vrijheid M; Sunyer J; Coen M; Toledano MB. Maternal urinary metabolic signatures of fetal growth and associated clinical and environmental factors in the INMA study. BMC medicine. 11/2016.       Disponible       en       Internet       en: <http://europepmc.org/abstract/med/27814705>.

91. Jesús Ibarluzea; Juan José Aurrekoetxea; Miquel Porta; Jordi Sunyer; Ferran Ballester. [The biomonitoring of toxic substances in biological samples of general population]. Gaceta sanitaria. 30 Suppl 1, pp. 45 - 54. (España): 11/2016. ISSN 1578-1283

92. Merino S; Ibarluzea N; Maortua H; Prieto B; Rouco I; López-Aríztegui MA; Tejada MI. Associated Clinical Disorders Diagnosed by Medical Specialists in 188 FMR1 Premutation Carriers Found in the Last 25 Years in the Spanish Basque Country: A Retrospective Study. Genes. 10/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/27775646>.

93. den Dekker HT; Sonnenschein-van der Voort AMM; de Jongste JC; Anessi-Maesano I; Arshad SH; Barros H; Beardsmore CS; Bisgaard H; Phar SC; Craig L; Duijts L. Early growth characteristics and the risk of reduced lung function and asthma: A meta-analysis of 25,000 children. The Journal of allergy and clinical immunology. 04/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/26548843>.

94. Julvez J; Méndez M; Fernandez-Barres S; Romaguera D; Vioque J; Llop S; Ibarluzea J; Guxens M; Avella-Garcia C; Tardón A; Riaño I; Andiarena A; Sunyer J. Maternal Consumption of Seafood in Pregnancy and Child Neuropsychological Development: A Longitudinal Study Based on a Population With High Consumption Levels. American journal     of     epidemiology.     02/2016.     Disponible     en     Internet     en: <http://europepmc.org/abstract/med/26740026>.

95. Guxens M; Ghassabian A; Gong T; Garcia-Esteban R; Porta D; Giorgis-Allemand L; Almqvist C; Aranbarri A; Beelen R; Badaloni C; Cesaroni G; Sunyer J. Air Pollution Exposure during Pregnancy and Childhood Autistic Traits in Four European Population-Based Cohort Studies: The ESCAPE Project. Environmental health perspectives. 01/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/26068947>.

96. Gallastegi M; Guxens M; Jiménez-Zabala A; Calvente I; Fernández M; Birks L; Struchen B; Vrijheid M; Estarlich M; Fernández MF; Torrent M; Santa-Marina L. Characterisation of exposure to non-ionising electromagnetic fields in the Spanish INMA birth cohort: study protocol. BMC public health. 2016.
Disponible en Internet en: <http://europepmc.org/abstract/med/26892951>.

97. Mara Gallastegi; Ana Jimenez Zabala; Loreto Santa Marina; Juan J. Aurrekoetxea; Mikel Ayerdi; Aitana Lertxundi; Mikel Basterrechea; Jesus Ibarluzea. Perception of the risk to electromagnetic RF fields in INMA-Gipuzkoa cohort. REVISTA DE SALUD AMBIENTAL. 16 - 2, pp. 118 - 126. 2016. ISSN 1577-9572

98. Nadia Vilahur; Mariona Bustamante; Eva Morales; Valeria Motta; Mariana Fatima Fernandez; Lucas Andres Salas; Georgia Escaramis; Ferran Ballester; Mario Murcia; Adonina Tardon; Isolina Riano; Loreto Santa Marina; Jesus Ibarluzea; Juan Pedro Arrebola; Xavier Estivill; Valentina Bollati; Jordi Sunyer; Nicolas Olea. Prenatal exposure to mixtures of xenoestrogens and genome-wide DNA methylation in human placenta. EPIGENOMICS. 8 - 1, pp. 43 -54. 2016. ISSN 1750-1911.

99. Manzano-Salgado CB; Casas M; Lopez-Espinosa MJ; Ballester F; Martinez D; Ibarluzea J; Santa-Marina L; Schettgen T; Vioque J; Sunyer J; Vrijheid M. Variability of perfluoroalkyl substance concentrations in pregnant women by socio-demographic and dietary factors in a Spanish birth cohort. Environment international. 2016.
Disponible en Internet en: <http://europepmc.org/abstract/med/27132161>.

100. Lertxundi A; Baccini M; Lertxundi N; Fano E; Aranbarri A; Martínez MD; Ayerdi M; Álvarez J; Santa-Marina L; Dorronsoro M; Ibarluzea J. Exposure to fine particle matter, nitrogen dioxide and benzene during pregnancy and cognitive and psychomotor developments in children at 15 months of age. Environment international. 07/2015.
Disponible en Internet en: <http://europepmc.org/abstract/med/25881275>.

101. Villar-Vidal M; Amiano P; Rodríguez-Bernal C; Santa Marina L; Mozo I; Vioque J; Navarrete-Muñoz EM; Romaguera D; Valvi D; Fernández Samoano A; Ibarluzea J. Compliance of nutritional recommendations of Spanish pregnant women according to sociodemographic and lifestyle characteristics: a cohort study. Nutricion hospitalaria. 04/2015. Disponible en Internet en: <http://europepmc.org/abstract/med/25795974>.

102. Zubero MB; Aurrekoetxea JJ; Murcia M; Ibarluzea JM; Goñi F; Jiménez C; Ballester F. Time trends in serum organochlorine pesticides and polychlorinated biphenyls in the general population of Biscay, Spain. Archives of Environmental Contamination and Toxicology. 04/2015. Disponible en Internet en: <http://europepmc.org/abstract/med/25612550>.

103.    Botton J; Kogevinas M; Gracia-Lavedan E; Patelarou E; Roumeliotaki T; Iñiguez C; Santa Marina L; Ibarluzea J; Ballester F; Mendez MA; Chatzi L; Villanueva CM. Postnatal weight growth and trihalomethane exposure during pregnancy. Environmental Research. 01/2015. Disponible en Internet en: <http://europepmc.org/abstract/med/25460647>.

104.    Madalen Oribe; Aitana Lertxundi; Mikel Basterrechea; Haizea Begiristain; Loreto Santa Marina; Maria Villar; Miren Dorronsoro; Pilar Amiano; Jesus Ibarluzea. Prevalence of factors associated with the duration of exclusive breastfeeding during the first 6 months of life in the INMA birth cohort in Gipuzkoa. GACETA SANITARIA. 29 - 1, pp. 4 - 9. 2015. ISSN 0213-9111

105.    Navarrete-Muñoz EM; Valera-Gran D; García de la Hera M; Gimenez-Monzo D; Morales E; Julvez J; Riaño I; Tardón A; Ibarluzea J; Santa-Marina L; INMA Project. Use of high doses of folic acid supplements in pregnant women in Spain: an INMA cohort study. BMJ open. 2015. Disponible en Internet en: <http://europepmc.org/abstract/med/26603248>.

106.    Oribe M; Lertxundi A; Basterrechea M; Begiristain H; Santa Marina L; Villar M; Dorronsoro M; Amiano P; Ibarluzea J. [Prevalence of factors associated with the duration of exclusive breastfeeding during the first 6 months of life in the INMA birth cohort in Gipuzkoa]. Gaceta sanitaria. 2015.
Disponible en Internet en: <http://europepmc.org/abstract/med/25258325>.

107.    Valera-Gran D; García de la Hera M; Navarrete-Muñoz EM; Fernandez-Somoano A; Tardón A; Julvez J; Forns J; Lertxundi N; Ibarluzea JM; Murcia M; Infancia y Medio Ambiente (INMA) Project. Folic acid supplements during pregnancy and child psychomotor development after the first year of life. JAMA pediatrics. 11/2014.
Disponible en Internet en: <http://europepmc.org/abstract/med/25365251>.

108.    Vilahur N; Fernández MF; Bustamante M; Ramos R; Forns J; Ballester F; Murcia M; Riaño I; Ibarluzea J; Olea N; Sunyer J. In utero exposure to mixtures of xenoestrogens and child neuropsychological development. Environmental research. 10/2014. Disponible en Internet en: <http://europepmc.org/abstract/med/25086706>.

109.    Liesbeth Duijts; Agnes M. M. Sonnenschein van der Voort; Johan C. de Jongste; Isabella Annessi Maesano; S. Hasan Arshad; Henrique Barros; Caroline S. Beardsmore; Hans Bisgaard; Leda Chatzi; Sofia Correia; Leone Craig; Graham Devereux; Kors van der Ent; Ana Esplugues; Maria P. Fantini; Claudia Flexeder; Urs Frey; Francesco Forastiere; Ulrike Gehring; Davide Gori; Anne C. van der Gugten; A. John Henderson; Barbara Heude; Jesus Ibarluzea; Hazel M. Inskip; Thomas Keil; Manolis Kogevinas; Eskil Kreiner Moller; Claudia E. Kuehni; Susanne Lau; Erik Men; Monique Mommers; Eva Morales; John Penders; Katy C. Pike; Daniela Porta; Graham Roberts; Anne Schmidt; Erica S. Schultz; Holger Schulz; Jordi Sunyer; Matias Torrent; Alet H. Wijga; Carlos Zabaleta; Vincent W. V. Jaddoe; Herman T. den Dekker. Preterm birth and early growth characteristics are associated with lower lung function in childhood: A meta-analysis of 24,000 Europe children. EUROPEAN RESPIRATORY JOURNAL. 44, 09/2014. ISSN 0903-1936

110.    Gascon M; Sunyer J; Casas M; Martínez D; Ballester F; Basterrechea M; Bonde JP; Chatzi L; Chevrier C; Eggesbø M; Esplugues A; Govarts E; Hannu K; Vrijheid M. Prenatal exposure to DDE and PCB 153 and respiratory health in early childhood: a meta-analysis. Epidemiology (Cambridge, Mass.). 07/2014.
Disponible en Internet en: <http://europepmc.org/abstract/med/24776790>.

111.    Forns J; Vegas O; Julvez J; Garcia-Esteban R; Rivera M; Lertxundi N; Guxens M; Fano E; Ferrer M; Grellier J; Ibarluzea J; Sunyer J. Association between child cortisol levels in saliva and neuropsychological development during the second year of life. Stress and health : journal of the International Society for the Investigation of Stress. 04/2014. Disponible en Internet en: <http://europepmc.org/abstract/med/23818417>.

112.    Villar-Vidal M; Lertxundi A; Martinez López de Dicastillo MD; Alvarez JI; Santa Marina L; Ayerdi M; Basterrechea M; Ibarluzea J. Air Polycyclic Aromatic Hydrocarbons (PAHs) associated with PM2.5 in a North Cantabric coast urban environment. Chemosphere. 03/2014. Disponible en Internet en: <http://europepmc.org/abstract/med/24331032>.

113.    Valvi D; Mendez MA; Garcia-Esteban R; Ballester F; Ibarluzea J; Goñi F; Grimalt JO; Llop S; Marina LS; Vizcaino E; Sunyer J; Vrijheid M. Prenatal exposure to persistent organic pollutants and rapid weight gain and overweight in infancy. Obesity (Silver Spring, Md.). 02/2014. Disponible en Internet en: <http://europepmc.org/abstract/med/23963708>.

114.    Basterrechea M; Lertxundi A; Iñiguez C; Mendez M; Murcia M; Mozo I; Goñi F; Grimalt J; Fernández M; Guxens M; INMA project. Prenatal exposure to hexachlorobenzene (HCB) and reproductive effects in a multicentre birth cohort in Spain. The Science of the total environment. 01/2014.
Disponible en Internet en: <http://europepmc.org/abstract/med/23973543>.

115.    Velasco D; Sánchez de Miguel M; Egurza M; Arranz E; Aranbarri A; Fano E; Ibarluzea J. Family context assessment in a public health study. Gaceta sanitaria. 2014. Disponible en Internet en: <http://europepmc.org/abstract/med/24929614>.

116.    Iñiguez C; Ballester F; Costa O; Murcia M; Souto A; Santa-Marina L; Aurrekoetxea JJ; Espada M; Vrijheid M; Alvarez-Avellón SM; Alvarez-Pedrerol M; INMA Study Investigators. Maternal smoking during pregnancy and fetal biometry: the INMA Mother and Child Cohort Study. American Journal of Epidemiology. 10/2013.
Disponible en Internet en: <http://europepmc.org/abstract/med/24008909>.

117.    Morales E; Gascon M; Martinez D; Casas M; Ballester F; Rodríguez-Bernal CL; Ibarluzea J; Marina LS; Espada M; Goñi F; Vizcaino E; Grimalt JO; INMA Project. Associations between blood persistent organic pollutants and 25-hydroxyvitamin D3 in pregnancy. Environment international. 07/2013. Disponible en Internet en: <http://europepmc.org/abstract/med/23651836>.

118.    Sabrina Llop; Jesus Ibarlucea; Jordi Sunyer; Ferran Ballester. Current dietary exposure to mercury during pregnancy and childhood, and public health recommendations. GACETA SANITARIA. 27 - 3, pp. 273 - 278. 2013. ISSN 0213-9111

119.    M. Villar Vidal; P. Amiano; L. Santa Marina; J. Vioque; E. Navarrete; C. Rodriguez Bernal; A. Tardon; A. Fernandez Somoano; D. Romaguera; V. Damaskini; J. Ibarluzea.

DIETARY INTAKE OF ANTIOXIDANTS AND INADEQUACIES IN DIET IN PREGNANT WOMEN IN SPAIN: INMA-ENVIRONMENT AND CHILDHOOD COHORT. ANNALS OF NUTRITION AND METABOLISM. 63, pp. 630 - 630. 2013. ISSN 0250-6807

120.      Mireia Gascon; Marc-André Verner; Mònica Guxens; Joan O Grimalt; Joan Forns; Jesús Ibarluzea; Nerea Lertxundi; Ferran Ballester; Sabrina Llop; S Haddad; Jordi Sunyer; Martine Vrijheid. Evaluating the neurotoxic effects of lactation al exposure to persistent organic pollutants (POPs) in Spanish children. Neurotoxicology. 18/10/2012. ISSN 1872-9711

121.      Morales E; Guxens M; Llop S; Rodríguez-Bernal CL; Tardón A; Riaño I; Ibarluzea J; Lertxundi N; Espada M; Rodriguez A; Sunyer J; INMA Project. Circulating 25-hydroxyvitamin D3 in pregnancy and infant neuropsychological development.Pediatrics. 10/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/22987876>.

122.      Joan Forns; Nerea Lertxundi; Aritz Aranbarri; Mario Murcia; Mireia Gascon; David Martinez; James Grellier; Aitana Lertxundi; Jordi Julvez; Eduardo Fano; Fernando Goni; Joan O. Grimalt; Ferran Ballester; Jordi Sunyer; Jesus Ibarluzea. Prenatal exposure to organochlorine compounds and neuropsychological development up to two years of life. ENVIRONMENT INTERNATIONAL. 45, pp. 72 - 77. 15/09/2012. ISSN 0160-4120

123.      Forns J; Lertxundi N; Aranbarri A; Murcia M; Gascon M; Martinez D; Grellier J; Lertxundi A; Julvez J; Fano E; Goñi F; Grimalt JO; Ballester F; Ibarluzea J. Prenatal exposure to organochlorine compounds and neuropsychological development up to two years of life. Environment international. 09/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/22575806>.

124.      Guxens M; Ballester F; Espada M; Fernández MF; Grimalt JO; Ibarluzea J; Olea N; Rebagliato M; Tardón A; Torrent M; Vioque J; Vrijheid M; Sunyer J; INMA Project. Cohort Profile: the INMA--INfancia y Medio Ambiente- -(Environment and Childhood) Project. International journal of epidemiology. 08/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/21471022>.

125.      Bustamante M; Danileviciute A; Espinosa A; Gonzalez JR; Subirana I; Cordier S; Chevrier C; Chatzi L; Grazuleviciene R; Sunyer J; Ibarluzea J; Kogevinas M. Influence of fetal glutathione S-transferase copy number variants on adverse reproductive outcomes.BJOG : an international journal of obstetrics and gynaecology. 08/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/22676722>.

126.      Sabrina Llop; Mònica Guxens; Mario Murcia; Aitana Lertxundi; Rosa Ramon; Isolina Riaño; Marisa Rebagliato; Jesus Ibarluzea; Adonina Tardon; Jordi Sunyer; Ferran Ballester. Prenatal exposure to mercury and infant neurodevelopment in a multicenter cohort in Spain: study of potential modifiers.American journal of epidemiology.  175 - 5, pp. 451 - 516. 01/03/2012. ISSN 1476-6256

127.      Morales E; Romieu I; Guerra S; Ballester F; Rebagliato M; Vioque J; Tardón A; Rodriguez Delhi C; Arranz L; Torrent M; Espada M; Basterrechea M; INMA Project. Maternal vitamin D status in pregnancy and risk of lower respiratory tract infections, wheezing, and asthma in offspring.Epidemiology (Cambridge, Mass.). 01/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/22082994>.

128.     Chatzi L; Mendez M; Garcia R; Roumeliotaki T; Ibarluzea J; Tardón A; Amiano P; Lertxundi A; Iñiguez C; Vioque J; Kogevinas M; Sunyer J; INMA and RHEA study groups. Mediterranean diet adherence during pregnancy and fetal growth: INMA (Spain) and RHEA (Greece) mother-child cohort studies. The British journal of nutrition. 01/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/21733314>.

129.     Zubero MB; Aurrekoetxea JJ; Ibarluzea JM; Rivera J; Parera J; Abad E; Rodríguez C; Sáenz JR. Evolution of PCDD/Fs and dioxin-like PCBs in the general adult population living close to a MSW incinerator. The Science of the Total Environment. 12/2011. Disponible en Internet en: <http://europepmc.org/abstract/med/22000289>.

130.     Villanueva CM; Gracia-Lavedán E; Ibarluzea J; Santa Marina L; Ballester F; Llop S; Tardón A; Fernández MF; Freire C; Goñi F; Basagaña X; Kogevinas M; INMA (Infancia y Medio Ambiente) Project. Exposure to trihalomethanes through different water uses and birth weight, small for gestational age, and preterm delivery in Spain.Environmental health perspectives. 12/2011. Disponible en Internet en: <http://europepmc.org/abstract/med/21810554>.

131.     Tipo de producción: Artículo científico Tipo de soporte: Revista

132.     Llop S; Aguinagalde X; Vioque J; Ibarluzea J; Guxens M; Casas M; Murcia M; Ruiz M; Amurrio A; Rebagliato M; Marina LS; Fernandez-Somoano A; Tardon A; Ballester F. Prenatal exposure to lead in Spain: cord blood levels and associated factors.The Science of the total environment. 05/2011. Disponible en Internet en: <http://europepmc.org/abstract/med/21397928>.

133.     R Ramon; M Murcia; X Aguinagalde; A Amurrio; S Llop; J Ibarluzea; A Lertxundi; M Alvarez Pedrerol; M Casas; J Vioque; J Sunyer; A Tardon; B Martinez Arguelles; F Ballester. Prenatal mercury exposure in a multicenter cohort study in Spain. Environment international. 37 - 3, pp. 597 - 1201. 04/2011. ISSN 1873-6750

134.     J Ibarluzea; M Alvarez Pedrerol; M Guxens; L Santa Marina; M Basterrechea; A Lertxundi; A Etxeandia; F Goñi; J Vioque; F Ballester; J Sunyer. Sociodemographic, reproductive and dietary predictors of organochlorine compounds levels in pregnant

135.     Zubero MB; Aurrekoetxea JJ; Ibarluzea JM; Arenaza MJ; Rodríguez C; Sáenz JR. Heavy metal levels (Pb, Cd, Cr and Hg) in the adult general population near an urban solid waste incinerator. The Science of the total environment. 09/2010. Disponible en Internet en: <http://europepmc.org/abstract/med/20659760>.

136.     Miren Begoña Zubero; Juan José Aurrekoetxea; Jesús M Ibarluzea; Fernando Goñi; Raúl López; Arsenio Etxeandia; Carlos Rodríguez; José Ramón Sáenz. [Organochlorine pesticides in the general adult population of Biscay (Spain)]. Gaceta sanitaria / S.E.S.P.A.S. 24 - 4, pp. 274 - 355. 08/2010. ISSN 1578-1283.

137.     Aitana Lertxundi; Maria Dolores Martinez; Mikel Ayerdi; Jon Alvarez; Jesús María Ibarluzea. Air quality assessment in urban areas of Gipuzkoa (Spain). Gaceta sanitaria/ S.E.S.P.A.S. 24 - 3, pp. 187 - 279. 04/2010.  ISSN 1578-1283

138.     Rebagliato M; Murcia M; Espada M; Alvarez-Pedrerol M; Bolúmar F; Vioque J; Basterrechea M; Blarduni E; Ramón R; Guxens M; Foradada CM; Ballester F; Sunyer J. Iodine intake and maternal thyroid function during pregnancy.Epidemiology (Cambridge, Mass.). 01/2010. Disponible en Internet en:

<http://europepmc.org/abstract/med/19940773>.

139.    Alvarez-Pedrerol M; Guxens M; Ibarluzea J; Rebagliato M; Rodriguez A; Espada M; Goñi F; Basterrechea M; Sunyer J. Organochlorine compounds, iodine intake, and thyroid hormone levels during pregnancy. Environmental science & technology. 10/2009.    Disponible    en    Internet    en: <http://europepmc.org/abstract/med/19921913>.

140.    M B Zubero; J M Ibarluzea; J J Aurrekoetxea; J Rivera; J Parera; E Abad; F Goñi; R López; A Etxeandia; C Rodríguez; J R Sáenz. Serum levels of polychlorinated dibenzodioxins and dibenzofurans and PCBs in the general population living near an urban waste treatment plant in Biscay, Basque Country.Chemosphere. 76 - 6, pp. 784 - 875. 08/2009. ISSN 1879-1298

141.    Loreto Santa Marina; Jesús Ibarluzea; Mikel Basterrechea; Fernando Goñi; Enrique Ulibarrena; Juncal Artieda; Ibai Orruño. [Indoor air and bathing water pollution in indoor swimming pools in Guipúzcoa (Spain)]. Gaceta Sanitaria / S.E.S.P.A.S. 23 - 2, pp. 115 - 135. 03/2009. ISSN 0213-9111

142.    Sabrina Llop; Ferran Ballester; Marisa Estarlich; Jesús Ibarluzea; Agurtzane Manrique; Marisa Rebagliato; Ana Esplugues; Carmen Iñiguez. Urinary 1-hydroxypyrene, air pollution exposure and associated life style factors in pregnant women.Science of the total environment. 407 - 1, pp. 97 - 201. 15/12/2008. ISSN 0048-9697

143.    Rosa Ramón; Mario Murcia; Ferran Ballester; Marisa Rebagliato; Marina Lacasaña; Jesús Vioque; Sabrina Llop; Ascensión Amurrio; Xabier Aguinagalde; Alfredo Marco; Gemma León; Jesús Ibarluzea; Núria Ribas Fitó. Prenatal exposure to mercury in a prospective mother-infant cohort study in a Mediterranean area, Valencia, Spain. Science of the total environment. 392 - 1, pp. 69 - 147. 15/03/2008. ISSN 0048-9697

144.    Navarro Puerto MA; Ibarluzea IG; Ruiz OG; Alvarez FM; Herreros RG; Pintiado RE; Dominguez AR; León IM. Analysis of the quality of clinical practice guidelines on established ischemic stroke. International journal of technology assessment in health care.    2008.    Disponible    en    Internet    en: <http://europepmc.org/abstract/med/18601802>.

145.    Simpson S; Packer C; Carlsson P; Sanders JM; Ibarluzea IG; Fay AF; Norderhaug I. Early identification and assessment of new and emerging health technologies: actions, progress, and the future direction of an international collaboration- - EuroScan. International journal of technology assessment in health care. 2008.
Disponible en Internet en: <http://europepmc.org/abstract/med/18828949>.

146.    Jesus Maria Ibarluzea Maurolagoitia; Juan Jose Aurrekoetxea Agirre; Miren Begona Zubero Oleagoitia. Heavy Metals (Pb, Cd, Cr and Hg) in the General Adult Population Near an Urban Waste Treatment Plant in Biscay, Spain in 2006. REVISTA ESPANOLA DE SALUD PUBLICA Volume: 82 Issue: 5 Pages: 481-492 Published: SEP-OCT 2008. 82 - 5, pp. 481 - 492. 2008.

147.    Tipo de producción: Artículo científico Tipo de soporte: Revista

148.     Fernandez MF; Santa-Marina L; Ibarluzea JM; Exposito J; Aurrekoetxea JJ; Torne P; Laguna J; Rueda AI; Pedraza V; Olea N. Analysis of population characteristics related to the total effective xenoestrogen burden: a biomarker of xenoestrogen exposure in breast cancer. European journal of cancer (Oxford, England: 1990). 05/2007. Disponible en Internet en: <http://europepmc.org/abstract/med/17466515>.

149.     Fernandez MF; Molina-Molina JM; Lopez-Espinosa MJ; Freire C; Campoy C; Ibarluzea J; Torne P; Pedraza V; Olea N. Biomonitoring of environmental estrogens in human tissues. International journal of hygiene and environmental health. 05/2007. Disponible en Internet en: <http://europepmc.org/abstract/med/17296326>.

150.     Mariana F Fernandez; Jordi Sunyer; Joan Grimalt; Marisa Rebagliato; Ferran Ballester; Jesus Ibarluzea; Nuria Ribas Fitó; Adonina Tardon; Rosalia Fernandez Patier; Maties Torrent; Nicolas Olea. The Spanish Environment and Childhood Research Network (INMA study).International journal of hygiene and environmental health. 210 - 3-4, pp. 491 - 494. 05/2007. ISSN 1438-4639

151.     Cristina M Villanueva; Joan O Grimalt; Ferran Ballester; Jesús Ibarluzea; Maria Sala; Adonina Tardón; Elena Romero Aliaga; Marieta Fernández; Núria Ribas Fitó; Manolis Kogevinas. [Measurement of drinking wáter contaminants and water use activities during pregnancy in a cohort study in Spain]. Gaceta sanitaria / S.E.S.P.A.S. 20 Suppl 3, pp. 1 - 10. 12/2006. ISSN 0213-9111

152.     Cerrillo I; Olea-Serrano MF; Ibarluzea J; Exposito J; Torne P; Laguna J; Pedraza V; Olea N. Environmental and lifestyle factors for organochlorine exposure among women living in Southern Spain. Chemosphere. 03/2006. Disponible en Internet en: <http://europepmc.org/abstract/med/16153679>.

153.     Rivas A; Fernandez MF; Cerrillo I; Ibarluzea J; Olea-Serrano MF; Pedraza V; Olea N. Human exposure to endocrine disrupters: standardisation of a marker of estrogenic exposure in adipose tissue. APMIS: acta pathologica, microbiologica, et immunologica Scandinavica. 03/2001.
Disponible en Internet en: <http://europepmc.org/abstract/med/11430496>.

154.     Begiristain J; Elizalde B; Ibarluzea J; Mendicute J; Sola C. [Impact of 3 years of contract implementation on the quality of cataract surgery]. Gaceta sanitaria. 1999. Disponible en Internet en: <http://europepmc.org/abstract/med/10619873>.

155.     F Goñi; E Serrano; JM Ibarluzea; M Dorronsoro; LG Galdeano. Polychlorinated biphenyl residues in various fatty foods consumed in Guipúzcoa, the Basque Country (Spain). Food additives and contaminants. 11 - 3, pp. 387 - 395. 05/1994.

156.     Ibarluzea JM; Goñi F; Santamaría J. Trihalomethanes in water supplies in the San Sebastian area, Spain. Bulletin of environmental contamination and toxicology. 03/1994.     Disponible     en     Internet     en: <http://europepmc.org/abstract/med/8142713>.

157.     Serra JL; Ibarlucea JM; Arizmendi JM; Llama MJ. Purification and properties of the assimilatory nitrite reductase from barley Hordeum vulgare leaves.The Biochemical     journal.     01/1982.     Disponible     en     Internet     en: <http://europepmc.org/abstract/med/7082281>.

158.    Begoña Zubero Zubero; Jesús Ibarluzea; Juan José Aurrekoetxea Aurrekoetxea; Josep Rivera; Jordi Parera; Esteban Abad. Nuestra Contaminación Interna. Niveles de dioxina, bifenilos policlorados y otros compuestos organoclorados en la población general adulta próxima a una planta detratamiento dresiduos urbanos de Bizkaia. País Vasco. pp. 167 - 192.

159.    Jesús Ibarluzea Maurolagoitia; MIkel Bastererchea Irurzun. Incineración de residuos urbanos y salud pública. pp. 1.- 43. País Vasco(España): Servicio Central de Publicaciones del Gobierno Vasco, 2004. ISBN 84 457 2158-5. Depósito legal: VI 417 04

160.    Jesus Ibarluzea Maurolagoita; Maria José Gardeazabal; LOreto Santa Marina. Calidad del Agua del Baño de las playas del Pais Vasco. pp. 1 - 175. País Vasco (España): Servicio Central de Publicaciones del Gobierno Vasco,
ISBN 84-457-1565-8.Depósito legal: BI-1605-00

161.    Gallastegi, Mara; Huss, Anke; Santa-Marina, Loreto; Aurrekoetxea, Juan J.; Guxens, Monica; Ellen Birks, Laura; Ibarluzea, Jesus; Guerra, David; Roeoesli, Martin; Jimenez-Zabala, Ana. Children's exposure assessment of radiofrequency fields: Comparison between spot and personal measurements. ENVIRONMENT INTERNATIONAL. 118, 2018. ISSN 0160-4120. DOI: 10.1016/j.envint.2018.05.028. PMID: 29803802

162.    Villanueva, Cristina M.; Gracia-Lavedan, Esther; Julvez, Jordi; Santa-Marina, Loreto; Lertxundi, Nerea; Ibarluzea, Jess; Llop, Sabrina; Ballester, Ferran; Fernandez-Somoano, Ana; Tardon, Adonina; Vrijheid, Martine; Guxens, Monica; Sunyer, Jordi. Drinking water disinfection by-products during pregnancy and child neuropsychological development in the INMA Spanish cohort study. ENVIRONMENT INTERNATIONAL. 110, 2018. ISSN 0160-4120. DOI: 10.1016/j.envint.2017.10.017.PMID: 29107351

163.    Gallastegi M; Jiménez-Zabala A; Molinuevo A; Aurrekoetxea JJ; Santa-Marina L; Vozmediano L; Ibarluzea J. Exposure and health risks perception of extremely low frequency and radiofrequency electromagnetic fields and the effect of providing information. Environmental research. 169, pp. 501 - 509. 2018. ISSN 0013-9351. DOI: 10.1016/j.envres.2018.11.042. PMID: 30530090

164.    Jimenez-Zabala, Ana; Santa-Marina, Loreto; Otazua, Monica; Ayerdi, Mikel; Galarza, Ane; Gallastegi, Mara; Ulibarrena, Enrique; Molinuevo, Amaia; Anabitarte, Asier; Ibarluzea, Jesus. Fluoride intake through consumption of water from municipal network in the INMA-Gipuzkoa cohort. GACETA SANITARIA. 32, 2018. ISSN 0213-9111.DOI: 10.1016/j.gaceta.2017.02.008. PMID: 28545738

165.    Ferrer M; García-Esteban R; Iñiguez C; Costa O; Fernández-Somoano A; Rodríguez-Delhi C; Ibarluzea J; Lertxundi A; Tonne C; Sunyer J; Julvez J. Head circumference and child ADHD symptoms and cognitive functioning: results from a large population-based cohort study. European child & adolescent psychiatry. 2018. ISSN 1018-8827. DOI: 10.1007/s00787-018-1202-4. PMID: 30027417

166.    Maitre L; de Bont J; Casas M; Robinson O; Aasvang GM; Agier L; Andrušaityt? S; Ballester F; Basagaña X; Borràs E; Brochot C; Bustamante M; Carracedo A; de Castro M; Dedele A; Donaire-Gonzalez D; Estivill X; Evandt J; Fossati S; Giorgis-Allemand L; R Gonzalez J; Granum B; Grazuleviciene R; Bjerve Gützkow K; Småstuen Haug L; Hernandez-Ferrer C; Heude B; Ibarluzea J; Julvez J; Karachaliou M; Keun HC; Hjertager Krog N; Lau CE; Leventakou V; Lyon-Caen S; Manzano C; Mason D; McEachan R; Meltzer HM; Petraviciene I; Quentin J; Roumeliotaki T; Sabido E; Saulnier PJ; Siskos AP; Siroux V; Sunyer J; Tamayo I; Urquiza J; Vafeiadi M; van Gent D; Vives-Usano M; Waiblinger D; Warembourg C; Chatzi L; Coen M; van den Hazel P; Nieuwenhuijsen MJ; Slama R; Thomsen C; Wright J; Vrijheid M. Human Early Life Exposome (HELIX) study: a European population-based exposome cohort.BMJ open. 8, pp. e021311. 2018. DOI: 10.1136/bmjopen-2017-021311. PMID: 30206078

167.    Murcia, Mario; Espada, Mercedes; Julvez, Jordi; Llop, Sabrina; Lopez-Espinosa, Maria-Jose; Vioque, Jesus; Basterrechea, Mikel; Riano, Isolina; Gonzalez, Llucia; Alvarez-Pedrerol, Mar; Tardon, Adonina; Ibarluzea, Jesus; Rebagliato, Marisa. Iodine intake from supplements and diet during pregnancy and child cognitive and motor development: the INMA Mother and Child Cohort Study. JOURNAL OF EPIDEMIOLOGY AND COMMUNITY HEALTH. 72, 2018. ISSN 0143-005X. DOI: 10.1136/jech-2017-209830. PMID: 29279360

168.    Irizar A; Gil F; Lertxundi A; Martín-Domingo MC; Urbieta N; Molinuevo A; Ibarluzea J; Basterrechea M; Aurrekoetxea JJ; Jiménez-Zabala A; Santa-Marina L. Manganese levels in newborns' hair by maternal sociodemographic, dietary and environmental factors. Environmental research. 170, pp. 92 - 100. 2018.  ISSN 0013-9351. DOI: 10.1016/j.envres.2018.11.038. PMID: 30576994

169.    Larrañaga I; Santa-Marina L; Molinuevo A; Álvarez-Pedrerol M; Fernández-Somoano A; Jimenez-Zabala A; Rebagliato M; Rodríguez-Bernal CL; Tardón A; Vrijheid M; Ibarluzea J. Poor mothers, unhealthy children: the transmission of health inequalities in the INMA study, Spain. European journal of public health. 2018.  ISSN 1101-1262. DOI: 10.1093/eurpub/cky239. PMID: 30462218

170.    Forns J; Stigum H; Høyer BB; Sioen I; Sovcikova E; Nowack N; Lopez-Espinosa MJ; Guxens M; Ibarluzea J; Torrent M; Wittsiepe J; Govarts E; Trnovec T; Chevrier C; Toft G; Vrijheid M; Iszatt N; Eggesbø M. Prenatal and postnatal exposure to persistent organic pollutants and attention-deficit and hyperactivity disorder: a pooled analysis of seven European birth cohort studies. International journal of epidemiology. 47, pp. 1082 - 1097. 2018. ISSN 0300-5771. DOI: 10.1093/ije/dyy052. PMID: 29912347

171.    Villar, Maria; Santa-Marina, Loreto; Murcia, Mario; Amiano, Pilar; Gimeno, Silvia; Ballester, Ferran; Julvez, Jordi; Romaguera, Dora; Fernandez-Somoano, Ana; Tardon, Adonina; Ibarluzea, Jesus. Social Factors Associated with Non-initiation and Cessation of Predominant Breastfeeding in a Mother-Child Cohort in Spain. MATERNAL AND CHILD HEALTH JOURNAL. 22, 2018. ISSN 1092-7875. DOI: 10.1007/s10995-018-2441-1. PMID: 29349652

172.    Robinson O; Tamayo I; de Castro M; Valentin A; Giorgis-Allemand L; Hjertager Krog N; Marit Aasvang G; Ambros A; Ballester F; Bird P; Chatzi L; Cirach M; D?del? A; Donaire-Gonzalez D; Gražuleviciene R; Iakovidis M; Ibarluzea J; Kampouri M; Lepeule

J; Maitre L; McEachan R; Oftedal B; Siroux V; Slama R; Stephanou EG; Sunyer J; Urquiza J; Vegard Weyde K; Wright J; Vrijheid M; Nieuwenhuijsen M; Basagaña X. The Urban Exposome during Pregnancy and Its Socioeconomic Determinants.Environmental health perspectives. 126, pp. 077005. 2018. ISSN 0091-6765. DOI: 10.1289/EHP2862. PMID: 30024382

173.    Levie, Deborah; Korevaar, Tim I. M.; Bath, Sarah C.; Dalmau-Bueno, Albert; Murcia, Mario; Espada, Mercedes; Dineva, Mariana; Ibarluzea, Jesus M.; Sunyer, Jordi; Tiemeier, Henning; Rebagliato, Marisa; Rayman, Margaret P.; Peeters, Robin P.; Guxens, Monica. Thyroid Function in Early Pregnancy, Child IQ, and Autistic Traits: A Meta-Analysis of Individual Participant Data. JOURNAL OF CLINICAL ENDOCRINOLOGY & METABOLISM. 103, 2018. SSN 0021-972X. DOI: 10.1210/jc.2018-00224. PMID: 29757392

174.    Levie D; Korevaar TIM; Bath SC; Dalmau-Bueno A; Murcia M; Espada M; Dineva M; Ibarluzea JM; Sunyer J; Tiemeier H; Rebagliato M; Rayman MP; Peeters RP; Guxens M. Thyroid Function in Early Pregnancy, Child IQ, and Autistic Traits: A Meta-Analysis of Individual Participant Data.The Journal of clinical endocrinology and metabolism. 103, pp. 2967 - 2979. 2018.  ISSN 0021-972X. DOI: 10.1210/jc.2018-00224. PMID: 29757392

175.    Maitre L; Robinson O; Martinez D; Toledano MB; Ibarluzea J; Marina LS; Sunyer J; Villanueva CM; Keun HC; Vrijheid M; Coen M. Urine Metabolic Signatures of Multiple Environmental Pollutants in Pregnant Women: An Exposome Approach.Environmental science & technology. 52, pp. 13469 - 13480. 2018.
ISSN 0013-936X. DOI: 10.1021/acs.est.8b02215. PMID: 30285427

176.    Ferran Ballester; Jesús Ibarlucea; Sabrina Llop; Jordi Sunyer. [Current dietary exposure to mercury during pregnancy and childhood, and public health recommendations.]. Gaceta sanitaria / S.E.S.P.A.S. 30/10/2012. ISSN 1578-1283

177.    Juan J Aurrekoetxea; José Expósito; Mariana F Fernández; Jesús m Ibarluzea Jm; Miguel Lorenzo; Nicolas Olea; Maria F Olea Serrano; Vicente Pedraza; Ana M Rivas; Loreto Santa Marina; Annie J Sasco; Pablo Torné; Mercedes Villalobos. Breast cancer risk and the combined effect of environmental estrogens.Cancer causes & control: CCC. 15 - 6, pp. 591 - 1191. 08/2004. ISSN 0957-5243

**TESIS DOCTORALES DIRIGIDAS/ EN DIRECCIÓN.**

1. Título del trabajo: Relación entre esteroides sexuales y cortisol y el desarrollo neuropsicológico: funciones ejecutivas, sintomatología de trastornos externalizantes (TDAH) y acoso escolar. Entidad de realización: Universidad País Vasco

**Alumno/a: Izaro Babarro Vélez. 17/11/2022**

2 Título del trabajo: Patrones de dolor cervical: asociación con las características clínicas y cambios radiológicos. Entidad de realización: Universidad del País Vasco: UPV-EHU.

**Alumno/a: Ana Lersundi Artamendi. En Progreso**

3. Título del trabajo: La influencia de los espacios verdes urbanos en la salud y la mediación entre ellas. Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad.
**Alumno/a: Asier Anabitarte Riol.**  30/03/2022

4. Título del trabajo: Greenness, contaminación atmosférica, ruido y entorno urbano, ¿cómo influye la exposición a estos factores sobre el desarrollo neuropsicológico de los niños? Una revisión sistemática. Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad

**Alumno/a: Leire Luque García. En progreso**

5. Título del trabajo: Efectos de la contaminación ambiental prenatal en el desarrollo neuropsicológico de la primera infancia. Seguimiento a los 26 meses. Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad.

**Alumno/a: Aritz Arambarri Paredes.** Fecha de defensa: 16/09/2014

6. Título del trabajo: Asociación entre factores conductuales, socioculturales y familiares, desarrollo neuropsicológico y niveles de exposición a compuestos organicos organoclorados durante el desarrollo intrauterino y primer año de vida.

Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad.

**Alumno/a: Nerea Lertxundi Iribar.** Fecha de defensa: 03/07/2012

7. Título del trabajo: Biomarcadores de exposición en los residentes del entorno de una incineradora. ESPOSIZIO BIOMARKATZAILEAK ERRAUSTEGIAREN INGURUKO BIZTANLEENGAN".

Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad

**Alumno/a: Begoña Zubero Oleagoitia.** Fecha de defensa: 10/12/2010

## DOCENCIA UNIVERSITARIA

- *Profesor asociado de la Escuela Andaluza de Salud Pública: 1986-1994.*
- *Postgrado: master de Salud Pública (desde 2010), Master en Promoción de la Salud y Salud Comunitaria (desde 2021), Master en Contaminación y Toxicología Ambiental (desde 2018). UPV-EHU.*
- *Docencia externa: Curso de verano. Dime dónde vives y te diré a que estas expuesto. 2021. UPV-EHU.*
- *Profesor de la Universidad de Deusto. Campus Gipuzkoa. Introducción a la Investigacion y Salud Pública y Salud Pública. Desde enero 2023.*

## DIVULGACIÓN Y DIFUSIÓN

- *Conferencias sobre aspectos de medio ambiente y salud a grupos profesionales, congresos, colectivos organizados. Grupos 55 + Medio Ambiente, Gupo 55 Plus* UPV-EHU, OSI Goierri, Hostital Donostia, Hopsital de Zumarraga, Colegios de Enfermería, Medicina de Gipuzkoa y Bizkaia, BIODONOSTIA.
- *Comité Organizador del VII Congreso de la Sociedad Española de Epidemiologia (SEE). Donostia-San Sebastán. 1987*
- *Organización del Congreso de la SEE (Primera Reunión Científica Virtual) y Portugesa de Epiedmiología. Miembro comité organizador.  2020. Bilbao 2022.*
- *Organización del Congreso dela SEE (XL) y Portugesa de Epiedmiología. Presdiente del Comité Organizador.  2022. septiembre 2022.*
- *Organización: Comité Organizador y Científico de las reuniones anuales del Proyecto INMA (Infancia Y Medio Ambiente). Aforo de 100 investigadores y técnicos de salud pública. Donostia-San sebastian: Años: 2007, 2013, 2018, 2021.*
- *Publicaciones en revistas en euskera: Ekaia, Elhuyar*
- *Notas prensa, articulos prensa, entrevistas científicas para prensa, Programas de radio, entrevistas TV locales y nacionales. Como ejemplo en el año 2022, se realizaron mas de 50 actividades correspondientes a este grupo de actividades, incluyendo medios-ámbitos locales, autonómicos y nacionales.*
-