# Defs.' Post-Trial Expert Designations and Disclosures

1

BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: Brandon.Adkins@usdoj.gov

2

3

4

5

6

(Additional counsel listed in signature)

7

*Attorneys for Defendants*

8

9

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11

FOOD & WATER WATCH, INC., et al.,

12

13

*Plaintiffs*,

14

v.

15

16

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

17

18

*Defendants*.

Case No. 3:17-cv-02162-EMC

**DEFENDANTS' POST-TRIAL**
**EXPERT DESIGNATIONS AND**
**DISCLOSURES**

19

20

21

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the stipulated scheduling order (ECF No. 355), EPA discloses the identities of the following witnesses that EPA may use at the second trial in this matter to present evidence under Federal Rules of Evidence 702, 703, or 705:[1]

22

23

24

25

26

27

---

[1]      Consistent with the Court's orders, EPA intends to disclose expert testimony that the Agency should be permitted to defer rulemaking after the Court makes a determination of unreasonable risk, if necessary. *See* Final Pretrial Conference Order 15, ECF No. 197.

1   **I.      EXPERT REQUIRED TO PROVIDE A WRITTEN REPORT**

2           A.      David Alan Savitz, Ph.D., Brown University, Providence, RI 02912. Today EPA

3   will produce Dr. Savitz's expert report with production identifiers SAVITZ0000001 through

4   SAVITZ0000087.

5   **II.     EXPERTS NOT REQUIRED TO PROVIDE A WRITTEN REPORT**

6           A.      Stanley Barone Jr., MS, Ph.D., Senior Science Policy Advisor, Office of

7   Chemical Safety and Pollution Prevention, U.S. Environmental Protection Agency.

8           <u>Subject matter</u>: Risk assessment under Amended TSCA; applications of systematic

9   review; developmental neurotoxicology.

10          <u>Summary of the facts and opinions to which the witness is expected to testify</u>: See

11  attachment with production identifiers BARONE0000001 through BARONE0000054.

12          B.      Jesús Ibarluzea, Ph.D. University of the Basque Country, San Sebastian, Spain.

13          <u>Subject matter</u>: Environmental epidemiology.

14          <u>Summary of the facts and opinions to which the witness is expected to testify</u>:

15  Dr. Ibarluzea studies the association between maternal fluoride exposure during pregnancy and

16  neurodevelopmental outcomes in offspring in the INMA-Gipuzkoa cohort. The journal

17  Environmental Research published an article reporting the results of a study under the title

18  "Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4

19  years old children." The journal Environmental Research recently accepted for publication an

20  article reporting the results of another study under the title "Association of maternal prenatal

21  urinary fluoride levels with ADHD symptoms in childhood." Today EPA will produce copies of

22  the articles with production identifiers IBARLUZEA0000001 through IBARLUZEA0000019.

23  Dr. Ibarluzea has agreed to testify as a non-retained expert regarding the methodology, results,

24  and conclusions of the studies, all of which are summarized in the articles.

25

26

27

1   DATED:  August 4, 2023                    TODD KIM
                                              Assistant Attorney General
2

3                                             */s/ Brandon N. Adkins*
                                              BRANDON N. ADKINS
4                                             PAUL A. CAINTIC
                                              United States Department of Justice
5                                             Environment & Natural Resources Division
                                              P.O. Box 7611
6                                             Washington, D.C. 20044
                                              Tel: (202) 616-9174
7                                             Brandon.Adkins@usdoj.gov

8                                             STEPHANIE M. HINDS
9                                             United States Attorney

10                                            EMMET P. ONG
                                              Assistant United States Attorney
11

12                                            *Attorneys for Defendants*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

**CERTIFICATE OF SERVICE**

2

  I certify that a true and correct copy of Defendants' Post-Trial Expert Designations and

3

Disclosures was served on August 4, 2023, by email on counsel of record for Plaintiffs, who

4

consented to service by email of discovery papers that must be served on a party.

5

6

          */s/ Brandon N. Adkins*
          Brandon N. Adkins

7

          United States Department of Justice

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# Updated Assessment of the Epidemiologic Evidence on Fluoride and Neurodevelopment

# Aug. 4, 2023

**Updated Assessment of the Epidemiologic Evidence on Fluoride and Neurodevelopment**

August 4, 2023

*Food & Water Watch v. EPA*, Case No. 17-cv-2162-EMC

Prepared By:

David A. Savitz, Ph.D.

SAVITZ0000001

**1. Background and Qualifications**

I am an epidemiologist on the faculty of Brown University School of Public Health, having served in similar positions at Mount Sinai School of Medicine and the University of North Carolina. I have conducted research for over 40 years on health effects of environmental pollutants, reproductive and developmental health outcomes, and a range of other topics as reflected in my publications. In addition to my own research, I have overseen 29 doctoral dissertations, led professional organizations, and served as a member and chair of several committees of the National Academy of Sciences, Engineering, and Medicine (NASEM), and I am an elected member of the National Academy of Medicine.

A particular focus throughout my career, but especially in the last decade, is with the methods for drawing causal inferences from observational studies. I have contributed over 20 methodological papers on this topic and written a book on that topic, now in its second edition—Interpreting Epidemiologic Evidence (Savitz & Wellenius, 2016)—and have a new book in press, entitled "Epidemiology and the Law." I have conducted and published over 20 papers addressing environmental toxicants and reproductive health, including studies specifically on drinking water contaminants, particularly perfluoroalkyl substances (PFAS). More broadly, I have extensive experience in studying environmental exposures and perinatal health outcomes.

I served as the Chair of the NASEM Committee to Review the National Toxicology Program (NTP) Monograph on Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects. In 2020, the committee published a review of the draft monograph. Then, at NTP's request, NASEM reconvened the committee to determine whether the substantive concerns raised in our 2020 report had been sufficiently addressed by NTP's revisions to the monograph and whether the evidence NTP presented in the revised monograph supported its conclusions. In 2021, the committee, which I also chaired, published a letter report on the revised NTP Monograph. Through these efforts, I became quite familiar with the body of research available at that time and the methodological challenges in determining whether fluoride in drinking water at or below the World Health Organization recommended limit of 1.5 mg/L adversely affects neurodevelopmental outcomes.

Based on my prior research experience, knowledge of the methods for integrating epidemiologic evidence to draw conclusions about causal effects, and familiarity with the research on fluoride and neurodevelopment, I am well-qualified to examine the evolution of evidence and current status of the epidemiologic research addressing the potential health effects of water fluoridation.

My qualifications, including a list of all publications I have authored, are further set out in the attached curriculum vitae. A list of all other cases in which I have testified as an expert at trial or by deposition in the last 4 years is also attached. I am being compensated for my preparation and testimony in this case at a rate of $500 per hour.

**2. Questions to be Addressed**

I have been retained by the United States Department of Justice, representing the United States Environmental Protection Agency, to assess the epidemiologic evidence on fluoride and neurodevelopment. As part of my work, I was asked to focus on the following questions:

1) What is the impact of the epidemiologic studies of fluoride and neurodevelopment that were published after June 2020 when the first trial was conducted? And how do the new

1

SAVITZ0000002

results from the Infancia y Medio Ambiente (Childhood and Environment) INMA Study (Ibarluzea et al., 2022, 2023) affect the overall evidence on fluoride and neurodevelopment?

2) What is the cumulative evidence regarding a possible adverse effect of fluoride on neurodevelopment?

3) What is the contribution of NTP's "Draft State of the Science Monograph (September, 2022)" and "Draft Meta-Analysis Manuscript on Fluoride (April, 2023)" to the assessment of fluoride and neurodevelopment?

4) What is the contribution of the Grandjean et al. (2022) publication "A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children" to the assessment of fluoride and neurodevelopment?


## 3. Features of Most Informative Epidemiologic Studies

Given the issues of concern in this case, some studies of fluoride and neurodevelopment are notably more informative and influential than others. These methodologic features determine the relevance and scientific quality of the information, features of the studies that jointly determine how much weight they should receive in forming an overall assessment of the research. In this area and most others in epidemiology, the studies vary substantially on these characteristics and often produce inconsistent results. To reconcile the findings across the studies, judgments must be made based on how directly they address the topic of interest and how scientifically rigorous the studies are. My primary focus is on original research, not reviews or interpretations of those studies, which I will address later in the report. The methods of the studies determine their weight in reaching a judgment regarding the postulated causal effect of fluoride on neurodevelopmental outcomes. An objective assessment of the research requires not selectively emphasizing studies that do or do not report a particular result but rather focusing on the research methods to determine their contribution.

The *relevance* of the studies is determined by the following characteristics:

*Exposure range*
For community water systems that add fluoridation chemicals, the U.S. Public Health Service recommends a fluoride concentration of 0.7 mg/L (Boehmer et al., 2023), and the World Health Organization ("WHO") recommends a safe water guideline of 1.5 mg/L of fluoride in drinking water (Fawell et al., 2006). The concern is with these low levels of fluoride in drinking water, so that studies of exposures markedly above that level based on endemic water levels of 4 or 5 mg/L are of limited relevance. While clear evidence of adverse effects of higher levels of fluoride could make it more plausible that there might be adverse effects at lower levels, the key issue concerns lower levels of exposure, in the range of 1.5 mg/L or less.

*Health outcome*
There is a particular interest in studies that address children's cognitive ability as an outcome, with a secondary interest in those examining attention deficit/hyperactivity disorder (ADHD) and other neurodevelopmental outcomes. The focus on cognitive ability is based in part on the opportunity to quantify impact in the form of change in IQ per unit change in fluoride exposure. Where the focus is on prenatal exposure, the outcome should be assessed early in life (within the first few years) since as the child ages, other factors become increasingly influential making

SAVITZ0000003

it more difficult to discern any prenatal influence.  While the studies vary in the timing of cognitive assessment, most occur within the first decade of life, and this is within the range in which prenatal influences are likely to be manifest.

*Presentation of results*

While the specific assessment methods vary across studies and by age of the child, the most informative studies employ a standardized assessment of cognitive ability which can be interpreted as a measure of IQ.  Statistical evidence that quantifies the association between fluoride exposure and neurobehavioral outcomes needs to indicate the expected change in IQ per unit change in fluoride exposure.  This might be expressed on a continuous scale (e.g., change in IQ points per 1.0 mg/L change in water fluoride) or in categories (e.g., difference in IQ comparing children exposed to fluoridated versus non-fluoridated drinking water).  When the results are presented as a continuous measure of change in IQ per unit change in fluoride, it is important that this be derived from exposures in the range of interest, at or below the WHO standard of 1.5 mg/L.  If a wider range is covered, e.g., up to 4 mg/L, even a continuous measure of predicted IQ change per unit change in exposure may be driven by results from higher levels of exposure, so the association at lower levels needs to be isolated.

The *quality* of the studies is determined by a number of characteristics that vary across the available studies:

*Exposure information*

Studies that address individual exposure are more informative than those that only consider exposure based on averages for a community or other population.  Individual information on drinking water levels of biomarkers of exposure provides a more accurate indicator than community-level drinking water concentrations, but if the community water fluoride levels are homogeneous for a given population, studies that assess the impact of variation in water fluoride are informative as well.

The two main approaches to exposure assessment that have been used in the published literature are fluoride concentrations in drinking water and urinary fluoride, generally from the mother during pregnancy, which reflects prenatal exposure.  There may also be measures of urinary fluoride levels in the infant or child, which address potential effects of postnatal exposure.  So long as the drinking water levels are accurately assessed and differ sufficiently within the study population, study of water fluoride in relation to health outcomes is an informative, if incomplete, exposure indicator, which can be of direct relevance to regulatory decisions.  Urinary biomarkers have the advantage of taking all sources of fluoride into account, including use of dental products containing fluoride, dietary sources, and use of drinking water from sources other than home that may have different fluoride levels than the home water supply.

*Control of confounding*

To assess the independent effect, if any, of fluoride exposure on neurodevelopment, the effect of fluoride needs to be isolated from other influences on neurodevelopment.  A number of determinants of cognitive ability are well-established, including socioeconomic status, home environment, and a number of environmental toxicants (e.g., lead, mercury, arsenic).  Studies of endemic fluoride are vulnerable to correlated exposure of fluoride with other environmental toxicants since the same geological factors that produce elevated levels of fluoride may also result in elevated levels of other chemicals, such as arsenic or lead.  However, when water fluoridation is the basis for differing exposure levels, there is little reason to expect fluoridation policy to be correlated with other water constituents.  The critical concern in studies of the

3

SAVITZ0000004

impact of exposure variation due to water fluoridation is with community characteristics that are associated with fluoridation policy.  Water fluoridation is not randomly allocated, so that comparing fluoridated and non-fluoridated areas is vulnerable to confounding by any other important community attributes that are associated with fluoridation.  Community decisions regarding fluoridation may well be related to other social or demographic characteristics that are themselves predictive of children's health.  Even when individual exposures are examined through urinary biomarkers, if the differences in fluoride exposure are driven by the community's fluoridation of the water supply, there will be susceptibility to confounding by these other community characteristics.

*Quality of outcome assessment*
The health outcomes of interest, namely cognitive ability, ADHD, and other indicators of neurodevelopment are challenging to assess accurately and thus vulnerable to measurement error.  Furthermore, the concern regarding an adverse effect of fluoride pertains to very small changes in the health outcome, on the order of a few IQ points depending on the measure used, for example, which requires very precise measurement to be accurately quantified. To the extent possible, those making the assessment should be blinded to the exposure status of study participants, since there is otherwise room for subtle biases to influence the results.  Moreover, the assessments need to be done by carefully trained and supervised staff using a rigorous protocol in order to have confidence in the study results.  Assessments done without such a protocol, e.g., routine evaluations in school, are likely to be insufficiently accurate to provide results which provides useful information on the potential small effects of interest.

*Longitudinal assessment of exposure and health outcome*
The potential health concern is with prenatal or postnatal fluoride exposure leading to neurodevelopmental deficits that are manifested some years after delivery.  Studies that are able to follow that temporal sequence through the study design and data collection, referred to as longitudinal studies, are the most informative since the exposure can be ascertained in the time period of greatest concern, namely during gestation.  In contrast, studies that collect the exposure and health outcome at the same point in time, referred to as cross-sectional studies, do not provide the desired information on prenatal exposure.  The main concern with such cross-sectional studies is that the exposure measured at the same time as health is assessed may differ from the exposure of concern which occurred at some time in the past.


**4. Summary of Studies Published Subsequent to June 2020**

Over the 3-year period subsequent to June 2020, several important new studies have been published regarding the potential effect of fluoride in drinking water and neurodevelopment.  It is important to distinguish between truly new research findings from conducting completely new studies as opposed to various re-analyses of previously published studies or publications that summarize previously published research.  A key consideration in the interpretation of epidemiologic research is replication, assessing whether an independent study produces results that corroborate or are inconsistent with previous studies.  When different analyses are done on studies published previously, it is not an independent replication because it is ultimately based on the same data source.  The studies from ELEMENT that follow the original publication (Bashash et al., 2017) and the studies from MIREC that follow their original publication (Green et al., 2019) may extend the original findings but should not be considered as replication because they are not independent of the original study.  Extrapolations or distillations of the available evidence are not providing fundamentally new information, only suggesting ways to evaluate the evidence that has already been published.

4

SAVITZ0000005

A brief synopsis of the studies published since June 2020 is provided below, with a more detailed evaluation of the subset of studies that are most informative regarding the possibility of adverse effects of drinking water fluoride in the exposure range of ≤1.5 mg/L.

New Primary Studies of the Association Between Fluoride and Neurodevelopment

*Aggeborn & Ohman, 2021*
The authors report on a study conducted in Sweden based on a unique resource for record linkage. They studied a population that was born between 1985 and 1987 and characterized drinking water fluoride levels in the municipality where each birth occurred, with a total of 1,726 water treatment plants. The fluoride levels were mostly ≤ 1.0 mg/L, with some outliers as high as 1.5 mg/L. They assessed cognitive function in adults, using records from assessment for military conscription at ages 18-20, mandatory for men in Sweden. They also assessed lifetime dental health using available treatment data. The results indicated an absence of association between fluoride levels in the municipality where the birth occurred and cognitive function and a positive (favorable) association between fluoride levels and dental health. While the study is quite large and was conducted in a setting that is pertinent to the US based on the range of fluoride in drinking water and socioeconomic conditions, relevance is limited given the use of routinely collected cognitive function information, which would not be as high in quality as data collected using a research protocol, and the study of adult rather than childhood cognitive ability. Nonetheless, the study provides evidence against an association between water fluoride levels around the time of birth and young adult cognitive ability.

*Cantoral et al., 2021*
This report concerns a Mexican birth cohort, the Programming Research in Obesity, Growth, Environment, and Social Stressors (PROGRESS) study, which identified pregnant women through the Mexican Social Security System between 2007 and 2011. The manuscript addresses dietary fluoride intake during pregnancy and cognitive, language, and motor skills at ages 1 and 2 years based on the Bayley Scales of Toddler and Infant Development, including 103 mother-infant pairs with complete data. A food frequency assessment was conducted in the second and third trimesters of pregnancy to characterize fluoride in the diet using estimated fluoride concentration in specific foods. Analyses indicated no association between estimated dietary fluoride intake during pregnancy and cognitive ability in infants at ages 1 or 2. The use of dietary fluoride estimates as opposed to drinking water or urinary fluoride limits the applicability to the issues of concern in this case but to the extent that the study is informative, it indicates a lack of effect of fluoride on cognitive ability in infancy.

*Do et al., 2022*
The authors evaluated early childhood exposure to fluoride and children's behavioral development and executive function in Australia. They utilized information from the National Child Oral Health Study conducted in 2012-2014. Children aged 5-10 (N=2,682) at entry were included in the analysis and assigned fluoridation status based on their residences at age 0-5. The exposure index was "lifetime exposure to fluoridated water" and classified as 0% if there was no exposure to fluoridated water, >0-<100% if there was some but not complete exposure to fluoridated water, or 100% if always exposed to fluoridated water. Since it was based on residence age 0-5, it can be assumed that the exposure information applied prenatally as well as cumulatively over the postnatal period. Children's behavioral development was assessed using standardized instruments and analyzed in relationship to the history of exposure to fluoridated water. Overall, there were no indications that greater exposure to fluoridated drinking water was associated with poorer scores on the behavioral measures. While the lack of precise quantitative data on fluoride exposure is a limitation, the categories are certain to

SAVITZ0000006

provide meaningful distinctions across levels of exposure, and the study was large enough to detect even small differences in the behavioral measures if present. Thus, the study provides meaningful evidence against an adverse effect of fluoridated water on the behavioral and cognitive outcomes that were examined.

*Ibarluzea et al. 2022*
This paper reports on a study conducted in Spain using the Infancia y Medio Ambiente (Childhood and Environment, INMA) population of mothers and children. The INMA study is a well-regarded, highly productive research program that has addressed a wide range of hypotheses regarding environmental influences on infant and child health. In this report, maternal urinary fluoride levels were measured in the first and third trimester of pregnancy and analyzed in relation to children's cognitive ability at ages 1 (N=316) and 4 (N=248) with adjustment for several covariates. The results indicated no association between maternal urinary fluoride levels and cognitive ability scores at age 1, and a positive association with cognitive ability in boys at age 4 (higher urinary fluoride levels associated with greater ability) and no association in girls. The study area had relatively low water fluoride levels overall (mean of 0.81 mg/L) and the urinary fluoride levels were clearly different for those consuming fluoridated water (mean of 0.91 mg/g creatinine) versus those consuming non-fluoridated water (mean of 0.43 mg/g creatinine), and thus directly relevant to the concerns in the US. Furthermore, it addresses prenatal fluoride exposure and was conducted in a setting that is generally comparable to the US and thus is directly applicable to the issues in this case. Because of the clear relevance of this study, it provides important evidence against an adverse effect of fluoride exposure on IQ and is described in more detail below.

*Dewey et al., 2023*
This study was conducted in Calgary, Canada over a period in which they stopped fluoridation of drinking water, a change that occurred in 2011. Building on an ongoing birth cohort study that recruited participants both before and after the change, the authors were able to identify infants who were prenatally exposed to fluoridated water throughout the pregnancy (N=295), exposed for part of the pregnancy (N=220), or exposed for none of the pregnancy (N=101). The recommended drinking water fluoride level was 0.7 mg/L so that the contrast was based on duration of pregnancy during which that level was present in the drinking water. The contrast between none and all of the pregnancy should be quite accurate and is not subject to measurement error. While it is not clear what the critical time window in pregnancy may be if there is an effect of fluoride exposure, the group exposed for part of the pregnancy provides an intermediate point between the all or none contrast. There was no association between exposure to fluoridated drinking water and IQ, with null findings for IQ subscales and for boys and girls analyzed separately. Results were also not indicative of an association with working memory or cognitive flexibility, but there was some indication of an association of fluoridated water and poorer inhibitory control but only among girls. This is an informative study that provides meaningful evidence against an adverse effect of water fluoridation.

Supplementary Analyses of Previously Reported Studies

As noted above, these reports examine different aspects of the fluoride and neurodevelopment relationship within studies that were reported previously. The same methodologic strengths and limitations that apply to the original studies apply to these subsequent analyses as well.

*Till et al., 2020 (MIREC)*
Building on the previous research report (Green et al., 2019), Till et al. (2020) addressed estimated fluoride in infant formula in relation to children's IQ, considering the water fluoride

SAVITZ0000007

levels used in the formula.  For the 398 mother-infant pairs who used tap water, the authors determined whether the association between water fluoride and children's IQ differed for those who were breastfed versus formula fed since only the latter group would be effectively exposed to fluoridated water.  They found that water fluoride concentration of 0 to 0.8 mg/L was associated with a reduction in full-scale IQ for formula fed infants (-4.40 points, 95% CI: -8.34, -0.46) whereas it was not associated with a meaningful reduction in IQ in breastfed infants.  The associations were stronger for performance IQ than for verbal IQ.  Estimated fluoride intake from infant formula was only weakly associated with full-scale IQ but more strongly associated with reduced performance IQ.

*Farmus et al., 2021 (MIREC)*
Following the Green et al. (2019) and Till et al. (2020) reports on the Canadian MIREC cohort, the report by Farmus et al. (2021) addressed timing of exposure in relation to children's IQ, specifically examining prenatal and postnatal exposure.  Information was assessed on maternal urinary fluoride (prenatal exposure), child's urinary fluoride (postnatal exposure), and water fluoride concentration as a determinant of fluoride in infant formula used in the first year of life. IQ was measured at age 3-4 and included 596 mother-child pairs.  They reported that maternal urinary fluoride was associated with a decrement in full-scale IQ of -1.28 (-2.37, -0.18), whereas infant fluoride intake and infant urinary fluoride were not associated with a meaningful decrement in IQ.  The magnitude of association was stronger for performance as compared to verbal IQ scales, with all three fluoride measures associated with reductions in performance IQ. There was some variation in results for boys compared to girls, but not a consistent pattern.

*Goodman et al., 2022 (ELEMENT)*
Following the reports of Bashash et al. (2017, 2018), Goodman et al. (2022) reported on the longitudinal patterns of IQ in relation to fluoride exposure with a larger number of study participants and longer follow-up.  Maternal urinary fluoride was assessed in relation to child's IQ at ages 4, 5, and 6-12 in 386, 308, and 278 children, respectively.  Integrating IQ scores over the follow-up period, an association was found between maternal urinary fluoride and a reduction in full-scale IQ (-2.12 per 0.5 mg/L, 95% CI: -3.49, -0.75), stronger for performance IQ than for verbal IQ.  No sex differences were identified in the magnitude of association.

<u>Evidence Syntheses on the Association Between Fluoride and Neurodevelopment</u>

*Grandjean et al., 2022*
This report, discussed in more detail below, used data from the MIREC and ELEMENT studies to model a benchmark dose for quantitative risk assessment.  It did not present new data but rather used the data from these studies on maternal urinary fluoride as the exposure and children's IQ as the health outcome.  They examined the levels of urinary fluoride associated with a 1-point reduction in IQ separately by age at assessment and sex.  The benchmark concentration, which was defined as the urinary fluoride concentration that is predicted to change the outcome by the specified level, in this case 1 IQ point, was calculated as 0.31 mg/L for the youngest children and 0.33 mg/L for older children. The benchmark concentration level was estimated at 0.2 mg/L. The Grandjean et al., 2022 report did not incorporate the INMA study's results.

*Kumar et al., 2023*
The authors conducted a meta-analysis focused on studies of populations exposed to fluoride through community water fluoridation, excluding the studies based on endemic fluoride levels. Meta-analysis refers to a pooling of the data across a series of studies to generate a weighted average of the results, with weights based on study size.  They identified studies that provided a

SAVITZ0000008

contrast between populations served by fluoridated versus non-fluoridated water and determined that there was no standardized mean difference in IQ scores associated with water fluoridation status.  Similarly, using maternal and infant spot measurements of urinary fluoride indicated no association between concentration of fluoride and IQ scores.

*Veneri et al., 2023*
The authors report a meta-analysis of fluoride and IQ that was focused on dose-response modeling.  The compared IQ in the highest versus lowest fluoride exposure categories varied across the 30 studies that were included, which were variably based on both endemic fluoride in the water and water fluoridation.  A reduction in IQ was found for all exposure indicators aggregated (- 4.7, 95% CI: -6.5, -2.9), somewhat stronger for drinking water fluoride (-5.6, 95% CI: -7.8, -3.4) and weaker for urinary fluoride (-3.8, 95% CI: -7.9, 0.2). The dose-response analysis suggested no association between water fluoride levels and IQ up to around 1.0 mg/L, some evidence of a reduction in IQ around 1.0-2.0, and a steeper decline in IQ with drinking water levels above 2.0 (Figure 5, page 16)  The pattern for urinary fluoride and IQ was somewhat different, with indications of a beneficial effect of fluoride on IQ up to around 1.5 mg/L and then a decline in IQ with higher levels.


## 5. Assessment of the Impact of Recent Publications

There are several important implications of the research published since June 2020, one of which is simply the unstable and evolving nature of the evidence regarding fluoride and neurodevelopment.  There are only three high-quality, prospective, longitudinal studies of fluoride and IQ with exposure in the range of interest (≤1.5 mg/L), but several others that make meaningful contributions to the overall evaluation.  Therefore, the overall weight of evidence has shifted over the period between June 2020 and June 2023, with the totality of evidence less supportive of adverse effects in the exposure range of ≤1.5 mg/L.  Since the potential effects of fluoride on neurodevelopment is of great interest at present, new studies are likely to continue to appear in the future and the overall assessment of the evidence will thus need to evolve in response.

The most consequential new study concerning cognitive ability is from INMA (Ibarluzea et al., 2022).  It is in every respect equal in relevance and quality to the reports from the ELEMENT and MIREC studies, as discussed in detail in the following section.  The opportunity to examine results from these three projects in detail and in relation to one another is a very significant advance relative to having only two studies.  This longitudinal study of exposure during pregnancy and infant cognitive ability at two ages from INMA provides informative data on health status at around age 1 and 4.  The study is similar in size and rigor to the earlier reports and deserves equal attention.  The results clearly are not indicative of an adverse effect of fluoride and lean towards a positive association.  While a beneficial effect of fluoride on children's intelligence seems unlikely, the purpose of the study was to address a possible adverse effect, and clearly, no support for an adverse effect was found.

The other new research is generally of high quality and provides valuable information contributing to the overall assessment of potential neurodevelopmental effects of fluoride in drinking water.  Regarding children's IQ, several additional studies are contributory:  Aggeborn and Ohman (2021) addressed adult, not children's intelligence, but did demonstrate a lack of relationship between water fluoride content and adult cognition.  Cantoral et al. (2021) addressed dietary fluoride rather than drinking fluoridated water or consuming fluoridated salt, a different exposure source, but again found no indications of adverse effects.  Do et al. (2022)

SAVITZ0000009

addressed behavioral rather than cognitive outcomes and added important negative evidence regarding the possible relationship between fluoridated water early in life and health outcomes.

The Dewey et al. (2023) study is the most recent and has the most direct relevance to the question of whether drinking fluoridated water is associated with reduction in IQ in early childhood.  The authors used a different strategy but one that is complementary to the other highly informative studies, namely taking advantage of the natural experiment as a city made the transition from fluoridated to non-fluoridated water.  In contrast to the other studies, the basis for differing exposures among study participants is not related to their residential location and the corresponding water source or to variation in their consumption of water, but rather on the timing of the pregnancy in relation to the change in fluoridation policy.  While they did not obtain biomarkers to prove that there was a meaningful contrast, abruptly changing the fluoridation status is certain to have produced an immediate change on a population level.  The exposure contrast directly addresses the question of whether fluoridation of drinking water is associated with adverse health effects.  By identifying pregnancies from before, during, and after the transition and examining the association with infant IQ, they were able to overcome concerns with confounding since the same population resource was used with exposure determined solely by the timing of pregnancy.  The failure to identify any association between drinking water fluoridation and IQ constitutes meaningful evidence against an effect of drinking fluoridated water and neurodevelopmental outcomes.

The expanded analyses of the MIREC population provided some additional information.  Till et al. (2020) reported that infants who used water-based formula, who would thus have had exposure to fluoride in water, manifested the inverse relationship between drinking water fluoride and IQ reported by Green et al. (2019), whereas that association was not found in breastfed infants who would not have been exposed to fluoride in drinking water.  As had been reported previously for prenatal exposure, the association was stronger for performance IQ than verbal IQ.  Farmus et al. (2021) focused on timing of exposure and children's IQ in the MIREC study and found that prenatal but not postnatal fluoride exposure was associated with a decrement in IQ.  These extended analyses of the MIREC cohort are considered in the section below that examines the key studies in detail.

Goodman et al. (2022) analyzed an expanded dataset from the ELEMENT study with longer follow-up and larger numbers.  The authors' focus was on the longitudinal pattern of results as the children were examined at ages up to 12 years.  This updated information provides the most recent and complete analysis of that study population and therefore will be relied upon in the assessment of the ELEMENT study results.

The Grandjean et al. (2022) paper is not a new study but rather a dose-response assessment based on selected results from the MIREC and ELEMENT studies.  Meta-analyses were reported by Kumar et al. (2023) who focused on studies with exposures from water fluoridation in relation to children's IQ and Veneri et al. (2023) who used a broader set of studies that included those from the National Toxicology Program report to address dose-response relationships.  The questions that they were asking of the literature are quite distinctive from one another.  Kumar et al. (2023) zeroed in on a narrow but highly relevant question:  Do children born in locations with fluoridated drinking water have lower IQ than children born in areas without fluoridated drinking water?  Based on their findings, the evidence suggests that they do not.  Veneri et al. (2023) included a wide range of studies and thus had a wide range of fluoride exposure levels to consider.  As was reported in the National Toxicology Program draft monograph, these studies do provide an indication of an inverse association between drinking water fluoride and IQ, somewhat weaker for maternal and child urinary fluoride and IQ.  They

9

SAVITZ0000010

indicated that the dose-response relationship became steeper at higher levels of water fluoride, starting at around 1.0 mg/L and a decline in IQ with urinary fluoride levels of 1.5 or greater. While their approach incorporated a larger volume of studies, it included methodologically weaker ones from a wider range of geographic settings.

**6. Evaluation of Key Studies Addressing Low Levels of Fluoride and Cognitive Ability**

While there are dozens of studies of naturally occurring fluoride in drinking water as opposed to water fluoridation, and a number of other contributory studies addressing aspects of the fluoride-neurodevelopment relationship based on fluoridation (e.g., Do et al., 2022, Dewey et al., 2023), there are only three major studies that were prospective cohort studies with biomarkers of prenatal fluoride exposure and assessment of cognitive ability early in life:  ELEMENT, MIREC, and INMA.  Because of their similar designs, which make them amenable to side-by-side comparisons, and the attention that has been drawn to the results from the ELEMENT and MIREC studies, a detailed assessment limited to these three studies is warranted.  All three cohorts, ELEMENT, MIREC, and INMA have produced multiple related papers on the analyses of their cohorts, but nonetheless are based on a single data collection process.  Similar findings across publications from the same study cohort should not be considered replication but rather an examination of different features within the same study.

The methods of the three studies are summarized in Table 1.  The research was done in three different countries, with ELEMENT in a somewhat lower income population than MIREC or INMA.  Fluoride exposure was primarily from fluoridation of water in MIREC and INMA and from fluoridated salt intake in ELEMENT.  Even with careful adjustment, the geographic variation in fluoridation status in MIREC and INMA is vulnerable to bias from other unmeasured features of the communities that do and do not fluoridate water, whereas ELEMENT would not have that vulnerability since exposure variability was not based on fluoride levels in the drinking water supply.  The focus of all three studies was on prenatal exposure of the mother and thus the fetus rather than on postnatal exposure of the infant.  But given the source of the exposure, one would expect there to be a correlation between maternal and infant exposure.  The three studies had exposure levels in the same general range, ≤1.5 mg/L, mostly ≤1.0 mg/L, which puts them within the range of interest for addressing fluoridation which has a target concentration of 0.7 mg/L.  All three studies considered maternal urinary fluoride as a primary marker of exposure and all used specimens from multiple trimesters of pregnancy as available, but only MIREC included estimated exposure based on water fluoride concentrations and only ELEMENT addressed postnatal exposure directly.  While maternal urinary fluoride provides an aggregate indicator of total exposure, it does not directly reflect water fluoride levels given contributions from diet (e.g., tea) or dental products. While maternal urinary fluoride may be most informative regarding total fluoride intake and neurodevelopment, the relationship of water fluoride levels and neurodevelopment has a more direct relevance to decisions regarding water fluoridation.

All three studies used standardized instruments to measure cognitive ability.  The ages at assessment of IQ ranged from slightly over one year (INMA) to ages 6-12 (ELEMENT), but all three studies had an assessment around 3-4 years of age, which allows for comparison of results.  The total study size was smaller for ELEMENT than for the other two studies, around 200-300 for ELEMENT and 400-500 for MIREC and INMA.  All studies made extensive and similar adjustment for covariates.

While details vary across the three studies, in balance they are quite similar in key attributes and of very similar overall quality.  They are carefully designed, well-executed, informative

SAVITZ0000011

studies with the inherent limitations in observational epidemiology regarding confounding, measurement error, and random error in that order of concern.  Regarding relevance to the US, perhaps there should be some down-weighting of ELEMENT for having had a different source of fluoride, fluoridated salt rather than drinking water fluoridation.  While there are some advantages to the study of fluoridated salt rather than fluoridated water regarding differences in susceptibility to confounding, the application of this study to decisions regarding water fluoridation requires an extrapolation of the information on salt fluoridation.  The MIREC population is the most sociodemographically similar to the US based on general cultural comparability of the US and Canada as compared to the US and Spain or Mexico.  However, the general features of the studies nonetheless make them informative and worthy of consideration in reaching conclusions about the state of evidence linking fluoride and neurodevelopment.

The results of the three studies are notably different (Table 2), most obviously the absence of any suggestion of adverse effects of fluoride in INMA.  There are also important inconsistencies within and between ELEMENT and MIREC. While both ELEMENT and MIREC generated suggestions of an adverse effect of fluoride on IQ, there are important inconsistencies in the pattern of results across the two studies, most notably MIREC's finding of, at most, a weak inverse association between maternal urinary fluoride and IQ in the total study population of boys and girls, which was notably stronger among boys and absent among girls.  ELEMENT generated summary measures of association that suggested a much stronger and more consistent effect across sex than MIREC, keeping in mind that the reduction in IQ points is expressed "per 0.5 mg/L" in ELEMENT rather than "per 1 mg/L" in MIREC.  Prior to stratifying the results by sex, MIREC generated decidedly mixed findings regarding an adverse effect of fluoride on IQ, not the pattern found for ELEMENT.  While the different findings of INMA are obvious, the differences between ELEMENT and MIREC should be appreciated as well.  Only among the boys in the MIREC study was a clear association found, with girls showing no such increase and modest indications of a beneficial effect.  While the authors emphasized sex-specific results, with a stronger association for boys and an absence of evidence for adverse effects among girls, these results for boys and girls combined are the most reliable characterization of the association between fluoride and IQ.

Evaluation of epidemiologic studies focuses on the question of whether the measured association accurately reflects the causal impact of exposure on disease, including whether null findings accurately indicate no causal effect is present.  From that perspective, the question regarding ELEMENT is what biases would be expected to produce spurious indications of an adverse effect.  While there are many influences on children's IQ, most of which were controlled for in the analysis, what is not clear is what might be associated with fluoride levels in urine.  Given the source in fluoridated salt, speculation regarding confounding would need to consider varying patterns of intake or metabolism and there are no obvious contenders for such confounding.  Confounding would require that some other determinants of IQ are related to the volume of fluoridated salt intake or the uptake or excretion of fluoride from fluoridated salt.  MIREC generated mixed results, but the greatest concern would be uncontrolled features of the populations from the participating cities that affect IQ and happen to be associated with fluoridation.  As in all epidemiologic studies, the participants are not a perfectly random sample of the population, so that if the mix of participants from Vancouver and Montreal, for example, differed in ways that are predictive of IQ, then we would mistakenly attribute IQ differences to the water fluoride levels associated with those cities.  While this cannot be examined directly, the patients recruited in MIREC depended on the prenatal care sources that enrolled volunteers and the mix of patients can differ among care providers.  MIREC included cities that are quite diverse in character based on region, language, and socioeconomic and ethnic composition.

11

SAVITZ0000012

Even with very careful adjustment, there is the possibility for a residual effect of location on IQ based on the hospitals or recruitment procedures across sites. In contrast, the INMA study was based on a population in one region of Spain, Gipuzkoa, that is likely to be more homogeneous than the diverse population across Canada. Some combination of selection bias and confounding could affect any or all the studies, but it is difficult to be more specific than that in evaluating their validity.

INMA changes the overall mix of findings considerably, with no indication of an adverse effect of fluoride level on cognitive ability and a strong suggestion of a beneficial effect based on scores at age 4, with an estimated increase of 15.4 points per 1 mg/L urinary fluoride. This study provides evidence against an adverse effect of fluoride exposure on IQ.

Examined in the aggregate, the results are decidedly mixed regarding a potential adverse effect of lower fluoride exposure of relevance on neurodevelopment. That is not to say the hypothesis has been disproven or that the suggestions from the ELEMENT and MIREC studies should be ignored, but rather that the overall body of evidence is inconclusive. In addition to the INMA study shifting the balance given the absence of evidence of adverse effects, it provides a forceful reminder that the conclusions from only one or two studies are inherently fragile. Until there is a stronger foundation of evidence, with multiple high-quality studies, small effects from relatively low-dose exposures will remain highly uncertain. New studies in the last three years have tilted the evidence away from supporting an adverse effect on cognitive ability, in particular, relative to where the evidence stood in June 2020. While scientific certainty is always a matter of degree, the research needs to be sufficient to establish a causal effect and discount study biases and random error. The inconsistent findings across the three methodologically similar studies and results from several additional informative studies make it premature to conclude that a causal association in which fluoride exposure reduces cognitive ability has been established with even a moderate level of certainty. Low exposures producing small decrements in cognitive ability are difficult to pin down and the evidence regarding fluoride has not reached even tentative closure.

Given the current state of the research, the epidemiologic findings do not provide a foundation for quantitative risk assessment. A fundamental requirement for quantitative risk assessment to be meaningful is the ability to infer causality or likely causality with sufficient confidence. But here, the body of research is limited in volume and the strongest studies have generated decidedly mixed results. To ignore these limitations and extrapolate from the evidence that supports an association (not accounting for the other research which does not support an association) to conduct risk assessment is not warranted at this time.

## 7. Evaluation of Key Studies Addressing Low Levels of Fluoride and Behavioral Disorders

Several studies have assessed the potential relationship between fluoride exposure and either subclinical indicators of behavior or diagnosed behavioral disorders such as ADHD. The specific health endpoints vary but have in common a focus on child behavior in relation to prenatal or postnatal fluoride exposure. Like the studies of cognitive ability, these studies of behavior vary markedly in the specific methods used and their scientific value.

One of the earliest studies was an ecological study in the US (Malin & Till, 2015). The authors assessed the proportion of the population in each of the states in the US that received fluoridated water, which was mostly from artificial fluoridation but included those whose water

SAVITZ0000013

was naturally fluoridated.  The health indicator was the prevalence of ADHD among children and adolescents aged 4-17 based on a national survey.  They found a positive correlation between artificial fluoridation and prevalence of ADHD, a negative correlation between natural fluoridation and prevalence ADHD, and a weak positive correlation between fluoridation of all types and prevalence of ADHD.  This ecologic approach with very large and variable geographic units of US states is very limited in assessing potential causal effects given the susceptibility to confounding by other attributes of the population and the potential "ecologic fallacy" in which there is an association at the aggregate level that does not apply at the individual level.  While such studies may raise possibilities to be explored with more rigorous designs, they provide little direct support for potential adverse effects, and in this case, there are much better studies to consider.

Data from the Canadian Health Measures Survey generated two publications (Barberio et al., 2017; Riddell et al., 2019) that addressed behavioral outcomes in relation to fluoride exposure with notably different findings.  Barberio et al. (2017) analyzed urinary and tap water fluoride in relation to learning disability among children aged 3-12, and for a subset of participants, the specific form of disability (ADHD or other).  No association was found between urinary fluoride and learning disability (OR=1.01, 95% CI: 0.99-1.04) or ADHD specifically (OR=1.02, 95% CI: 0.97-1.08).  They also reported that mean tap water fluoride levels did not differ between children with and without reported learning disabilities.

Riddell et al. (2019) assessed the association between urinary fluoride (N=1,877), being served by a fluoridated or non-fluoridated water provider (N=1,722), and measures of tap water fluoride levels (N=710) with diagnosed ADHD and behavioral scales associated with ADHD among children and adolescents aged 6-17 years from the same survey.  In this cross-sectional study, no relationship was found between the individual's urinary fluoride and diagnosis of ADHD (OR = 1.0, 95% CI: 0.6-1.5) or with scores on the hyperactivity/inattention subscale of the Strengths and Difficulties Questionnaire.  Mean urinary fluoride was 0.82 mg/L in those served by fluoridated water and 0.46 mg/L in those without fluoridated water.  However, tap water fluoride concentration was associated with a large but imprecise indication of increased risk of diagnosed ADHD (OR = 6.1 per 1 mg/L, 95% CI: 1.6-22.8).  Community water fluoridation was weakly associated with increased risk of ADHD (OR = 1.21, 95% CI: 1.0-1.4), solely based on an association among older children.  The same general pattern was found for the hyperactivity/inattention scale.

These results are difficult to interpret, since tap water is the predominant determinant of urinary fluoride, a more direct measure of individual exposure, and yet the results across the two studies as well as within the Riddell et al. (2019) study are notably inconsistent with one another.  In the Riddell et al. (2019) study, even the indicators of water fluoride, namely community fluoridation and tap water measurements, gave notably different results, with an increased risk of ADHD associated with higher tap water levels only among older children and no difference by age for the indicator of water fluoridation.  It is unclear if the reduced population with tap water measurements available has introduced some source of bias or perhaps some aspects of the analytic methods have generated spurious results, a possibility also suggested by the extremely wide confidence interval.  While the study generated some positive findings, there are important anomalies in their results that are not readily explained.  Furthermore, no such association was found in the same survey based on similar analytic methods for children aged 3-12 (Barberio et al., 2017).

The remainder of the studies appeared after the first trial and changed the overall picture regarding fluoride and behavior considerably.  Wang et al. (2020) conducted a cross-sectional

SAVITZ0000014

study of children in China aged 7-13 and examined urinary fluoride in relation to a range of behavioral measures based on parent reports.  The mean urinary fluoride was 1.54 mg/L, so the population exposures were higher than the range of primary interest, but even with these levels of exposure, no association was found between fluoride and most of the outcomes including those directly related to ADHD, including impulsive-hyperactive behaviors.

Adkins et al. (2022) conducted a study of 12-year-old children in Cincinnati, examining the association between urinary fluoride and measures indicative of "internalizing symptoms," anxiety, depression, and somatization.  Mean urinary fluoride was 0.88 mg/L.  They reported positive associations between urinary fluoride and somatization, particularly, with weaker associations with the other components of internalizing symptoms that were considered.  This cross-sectional study currently stands alone in considering a set of symptoms that are quite different from ADHD.

Do et al. (2022) evaluated early childhood exposure to fluoride and children's behavioral development and executive function in Australia based on the National Child Oral Health Study conducted in 2012-2014.  Children aged 5-10 (N=2,682) at entry were included in the analysis and assigned fluoridation status based on their residences at age 0-5.  The exposure index was "lifetime exposure to fluoridated water" and classified as 0% if there was no exposure to fluoridated water, >0-<100% if there was some but not complete exposure to fluoridated water, or 100% if always exposed to fluoridated water.  Since it was based on residence age 0-5, it can be assumed that the exposure information applied prenatally as well as cumulatively over the postnatal period.  They focused on indicators of emotional and behavioral development and executive function using standardized instruments.  Overall, there were no indications that greater exposure to fluoridated drinking water was associated with poorer scores on either of the behavioral measures.  While the lack of precise quantitative data on fluoride exposure is a limitation, the categories are certain to provide meaningful distinctions across levels of exposure, and the study was large enough to detect even small differences in the behavioral measures if present.  Thus, the study provides meaningful evidence against an adverse effect of fluoridated water on the behavioral and cognitive outcomes that were examined.

A study in Calgary, Canada (Dewey et al., 2023), described above, was based on an ongoing birth cohort study that recruited participants both before and after a change from fluoridated to non-fluoridated water in 2011.  One of the outcomes they considered was a scale of executive function measured at age 3-5 years, based on working memory, inhibitory control, and cognitive flexibility.  There was little indication of an association between fluoride exposure and working memory, and cognitive flexibility, with some evidence for a reduction in inhibitory control among those exposed prenatally to fluoridated water driven by an association exclusively among girls.  This is an informative study that provides overall evidence against an adverse effect of water fluoridation on behavioral outcomes with some caveats.

Data from the INMA study in Spain were analyzed to assess the relationship between prenatal (maternal) urinary fluoride and symptoms of ADHD in children aged 8 and 11 (Ibarluzea et al., 2023).  The study was described in more detail in the previous section, but briefly, there were 255 children aged 8 and 236 children aged 11 who had complete data on maternal urinary fluoride and results from the Conners' Parent Rating Scale-Revised: Short Form that includes scales of cognitive problems/inattention, hyperactivity/impulsivity, oppositional, and an ADHD index.  Continuous measures of the behavioral scales were analyzed as well as a dichotomy based on whether scores on the ADHD index were above or below the ADHD diagnostic criteria.  Maternal urinary fluoride levels averaged 0.81 mg/L in those supplied with fluoridated water versus 0.46 in those with non-fluoridated sources.  An extensive array of covariates was

14

SAVITZ0000015

considered and adjusted as needed for potential confounding.  The results were consistent in finding no support for an adverse effect of fluoride on ADHD or related behavioral symptoms or for the dichotomy of the ADHD index.  The pattern suggested more favorable outcomes for those with higher exposure in fact.  Given the study's size, quality of exposure and outcome assessment, and control of confounding, it provides important evidence that prenatal fluoride is not related to an increased risk of ADHD or other behavioral symptoms.

Collectively, these studies provide isolated suggestions of a possible association between fluoride exposure and some behavioral outcomes but with little corroboration or consistency. The exposures of concern vary across the studies regarding timing of exposure (prenatal or childhood) and outcome assessment (ages 3 to 17), and the outcomes that were considered are quite variable, including various behavioral rating scales and diagnosed conditions, mainly ADHD.  Some but not all the studies considered urinary markers of the child's exposure and others were based solely on tap water measurements or fluoridation status.  Focusing on the question of where the evidence stands at present relative to the time of the previous trial, the literature has expanded considerably and now includes several high-quality studies that indicate a lack of support for an effect of fluoride on behavioral outcomes (Do et al., 2022; Dewey et al., 2023; Ibarluzea et al., 2023).  Cumulatively the evidence can only be described as mixed but tilting towards an absence of a causal effect.

## 8. Contribution of National Toxicology Program Draft Monograph

The National Toxicology Program began developing a monograph on fluoride exposure and neurodevelopmental and cognitive health effects in 2016 and has made a series of revisions, with the latest draft dated September 2022. Earlier versions of the document were reviewed by a committee of the National Academy of Sciences, Engineering, and Medicine that I chaired on two occasions and by a committee of the Board of Scientific Counselors of the National Institute of Environmental Health Sciences.  The NTP report reflects a substantial amount of work and includes responses to hundreds of comments and suggestions from the multiple reviews that have been conducted. As of the date of this report, the National Toxicology Program has not finalized the monograph and an associated meta-analysis, both of which remain in draft form.

The goal of the revised NTP document is now defined as "a systematic review of the human, experimental animal, and mechanistic literature to evaluate the extent and quality of evidence linking fluoride exposure to neurodevelopmental and cognitive effects in humans."  Relevant scientific literature bearing on this question was identified, information from the studies was abstracted, judgments were made regarding the quality of studies, and inferences were drawn from the findings of those studies in the aggregate.  Their conclusions were that there is low confidence that fluoride exposure is associated with adverse effects on adult cognition and low confidence of an exposure with behavioral disorders in children.  Their conclusion regarding fluoride exposure and IQ is as follows:  "This review finds, with moderate confidence, that higher fluoride exposure is associated with lower IQ in children.  The association between higher fluoride exposure and lower IQ in children was consistent across different study populations, study locations, study quality/risk-of-bias determinations, study designs, exposure measures, and types of exposure data (group-level and individual-level)."  The studies that provide the basis for this assessment are largely addressing fluoride in the range at or above 3-4 mg/L.

There are several important features of the methods used for the NTP review that bear on its contribution.  Their approach was quite systematic, following clearly defined rules for identifying and evaluating studies.  Their search of the literature is likely to have identified essentially all

SAVITZ0000016

relevant studies published before the closing date of April 2021. They had a well-defined protocol for drawing inferences from those studies, including extracting information and assessing risk of bias. Focusing on the overarching goal of assessing the potential for a causal effect of fluoride exposure on neurodevelopmental outcomes, the methods that they employed have distinct advantages and disadvantages relative to a more flexible approach.

Advantages include the exhaustive identification of studies, the rigorous and explicit approach to assembling the evidence, and the compliance with the formal requirements for conducting systematic reviews. The algorithm for conducting the review is thorough and follows the rules that have been developed by NTP for conducting such assessments. But there are also notable disadvantages to such an algorithmic approach for making informed judgments regarding the strength of the evidence for causal effects of fluoride exposure on neurodevelopmental health outcomes.

The emphasis is on consistency, simply tallying the number of studies that point in one direction or another, with limited effort to examine the variation in methods and how the different methods might produce bias in one direction or another. The report focuses on the high proportion of studies that produce "positive results," but that only means at least some of their exposure measures were associated with some of their health outcomes among some members of the study population. Their tally by NTP is likely to be accurate in those terms, but glosses over important variation across studies. Even comparing the two prospective cohorts that were available at the time of their report, to claim that the analyses of ELEMENT (Bashash et al., 2017) and MIREC (Green et al., 2019) are consistent in producing positive findings glosses over important differences. Bashash et al. (2017) reported at age 4 an estimated change in overall IQ of -3.2 (95% CI: -5.4, -0.9) per 0.5 mg/L urinary fluoride whereas the corresponding figure from Green et al. (2019) was -2.0 (-5.2, 1.8) per 1 mg/L urinary fluoride. Although the authors chose to emphasize the results from boys, which were notably stronger than for the total population, the justification for doing so is arguable and Bashash et al. (2017) did not focus on sex-specific effects. It is an oversimplification to simply say both studies are positive.

All the studies that were considered in the NTP report were assigned quality scores based on a constellation of methodologic features. While the intent is to distinguish higher and lower quality studies, this approach aggregates many diverse study features with different implications for potential bias and is, in my opinion, misleading and fails to take advantage of the diversity of methods to better understand the association of interest (Savitz et al., 2019). Adding up points based on various features fails to consider the specific critical study features that may be driving the results. A more informative evaluation requires considering specific methodologic features (e.g., adequacy of control for confounding, susceptibility to exposure measurement error) in relation to the results, not just cataloguing the research, but examining the susceptibility to specific biases and the likely direction and magnitude of influence of those biases. While the NTP approach is commonly used, it is not ideal for assessing whether the studies individually or cumulatively support an inference of a causal effect.

The information value of the studies is a function of their relevance (based on study setting and exposure range) and the quality of their methods. In the course of revising the report, the authors wisely chose to abandon the goal of assessing whether exposures in the range of interest for water fluoridation is associated with adverse effects on neurodevelopment. The most relevant studies for addressing this issue consist of ELEMENT, MIREC, and INMA, and in the report, these are not highlighted or scrutinized in any detail, and, in fact, INMA was not incorporated at all due to the timing of the publication. For assessing a potential adverse effect of fluoride exposure on cognitive ability in the exposure range of interest (≤1.5 mg/L), these are

16

SAVITZ0000017

the three most important studies.  The NTP review fails to account for the studies notably different contributions to the question of whether fluoride exposure at relatively low levels may cause adverse neurodevelopmental outcomes.  The 19 studies judged to be "high quality" included many from the study of endemic fluoride in China (N=10), India (N= 3), or Iran (N=1) that have little direct applicability to the US population given the exposure source, levels, and socioeconomic differences.  To weight this equally with the results of the ELEMENT and MIREC studies reflects a failure to recognize that prospective longitudinal cohort studies are superior to cross-sectional studies and that there is a loss of relevance in the extrapolation from endemic fluoride to water fluoridation and extrapolation from low- and middle-income settings in Asia to a high income setting in North America.

The NTP monograph nonetheless made several important contributions to the evolution of research on fluoride and neurodevelopment.  First, it brought the topic to the attention of researchers and has undoubtedly helped to stimulate much-needed effort to determine whether there are, in fact, previously unrecognized adverse effects on children's cognition.  Second, the monograph summarizes a large number of studies that include many not readily available due to publication in languages other than English or appearance in journals that are difficult to access.  While vulnerable to a number of important methodological limitations, the monograph does indicate that the bulk of those studies do suggest children born in areas with endemic fluoride levels well above 1.5 mg/L show a tendency towards lower scores on intelligence tests.

Perhaps a predictable but unwarranted by-product of this report is a tendency to overinterpret its contributions and significance given it comes from a well-respected government agency, the National Toxicology Program, follows an explicit and highly detailed protocol, and is an extremely long, thoroughly reviewed and extensively edited document.  However, the inferences are limited by the quality of the available research upon which it is based.  Furthermore, their approach may not be the most informative way to assess the quality of the evidence and susceptibility to various biases. The summary of evidence does not attempt to deal in a formal, explicit manner with exposure levels resulting from water fluoridation that may be associated with an increased risk.  And most fundamentally, it does not directly address the extent to which the available epidemiologic research supports an inference of a causal or likely causal effect of fluoride exposure on adverse neurodevelopmental outcomes.

## 9. Contribution of Grandjean et al. (2022) Benchmark Dose Analysis

Grandjean et al. (2022) uses data from the ELEMENT and MIREC studies to estimate a benchmark dose and to derive a benchmark concentration limit based on the reported association between prenatal fluoride exposure and IQ.  There is no new data presented or detailed consideration of the quality or conclusiveness of the epidemiologic evidence.  Instead, the paper constitutes a quantitative, exploratory exercise predicated on the presumption that the two studies have accurately identified causal effects.  While there may be value in exploring possibilities, the Grandjean analysis is predicated not just on there being a causal relationship between prenatal fluoride exposure and reduced IQ, but also on the accuracy of the quantification of that relationship in the publications by Bashash et al. (2017) and Green et al. (2019).

The exercise starts with the presumption that an average reduction in IQ of 1 point constitutes the adverse outcome to be averted.  In practical terms, epidemiologic studies are not able to directly examine such a small change, so that inferences regarding a 1-point change can only come from models that make assumptions about the dose-response relationship.  The evidence

SAVITZ0000018

from the two studies is used to determine the maternal urinary fluoride concentration that would be predicted to result in a 1-point decrement in IQ.  A regression model is used to derive the estimated concentration along with a 95% confidence interval, and the lower limit of that confidence interval is designated as the benchmark concentration level.  Based on the series of assumptions and calculations, the authors conclude that the benchmark concentration level in maternal urine should be around 0.2 mg/L.

While the paper asserts that the basis for this exercise is well-established, the foundation on which it is based is fragile and subject to a great deal of uncertainty.  First, the addition of the data from Ibarluzea et al. (2022) would markedly shift the cumulative evidence such that there would likely be no association between maternal urinary fluoride and IQ if results were aggregated across the three studies.  To illustrate the principle, consider a rough estimate aggregation of the three studies assuming all are measuring cognitive ability in sufficiently similar ways to be combined.  The estimated shift of -3.2 from ELEMENT was doubled since it is expressed "per 0.5 mg/L" unlike the other two studies, which are "per 1 mg/L."  The calculation is then -6.4 from 287 study participants in ELEMENT, -2.0 from 512 study participants in MIREC, and +15.4 from 379 participants in INMA.  The resulting weighted average is +2.5.  While this exercise should not be viewed as a rigorous assessment of the combined evidence, it makes clear that substantial uncertainty remains in the underlying premise for the benchmark dose calculation and that incorporation of the INMA results would generate a fundamentally different calculation.

Second, the authors chose to examine sex-specific effects, claiming that different effects based on infant sex are commonly observed and to be expected.  While sex-specific effects might be expected for hormonal changes related to the development of the reproductive organs, for example, it is not at all certain that brain development is so fundamentally different for male and female fetuses such that exposure to fluoride would impact boys and girls differently.  While investigators can offer post hoc explanations when it is observed, sex differences are by no means consistently reported in the research on fluoride and neurodevelopment.  Emphasizing the MIREC results for boys, the strongest inverse association observed, is predicated on the results for boys providing an accurate indication of the impact of fluoride and the results for the girls not doing so.  In INMA, differences were sometimes found between boys and girls, and there was variation in which sex showed the stronger association.  This provides a useful reminder that sex differences may well be random, effectively doubling the chances of positive findings.  The most reliable estimate of the relationship of fluoride to cognitive ability comes from the results for the total population studied.

The reliance on using the lower confidence limit as the basis for assigning the benchmark concentration level raises a number of concerns.  Furthermore, there is the peculiar feature that the less precise the estimated association is, the lower the number will be.  If the studies were smaller and less informative, the calculated lower confidence limit would be even lower.  Weaker evidence would result in recommending even lower benchmark concentration levels.

Finally, the greatest concern from conducting such an exercise prematurely when the evidence to support it is tenuous is the impression it conveys and how readily the underlying assumptions are forgotten.  Presenting the evidence and results as they do, with great confidence and a lack of caution regarding the research on which it is based, implies certainty that low levels of fluoride cause a reduction in IQ and that the two studies on which this is based have accurately quantified that effect (notwithstanding differences in the results across the studies).  A more balanced conclusion from the authors' exercise would be that if further research were to demonstrate that low levels of fluoride have adverse neurodevelopmental effects, and if the

18

SAVITZ0000019

magnitude of effect on IQ were ultimately determined to be in the range reported by Bashash et al. (2017) and Green et al. (2019), then the levels of fluoride exposure to protect against adverse effects would have to be much lower than the current guidelines indicate.  But currently, the research does not demonstrate that there are causal effects as this exercise assumes.

## 10. Conclusions

An overall conclusion regarding the epidemiologic evidence on fluoride and neurodevelopment needs to account for the full array of relevant evidence, with careful consideration of the methodologic features of the research to weight the findings appropriately.  The ELEMENT and MIREC studies raise the possibility that relatively low levels of fluoride, including levels associated with water fluoridation, may have subtle effects on cognitive ability.  However, the INMA study does not support that hypothesis, nor do other recent studies (Cantoral et al., 2021; Dewey et al., 2023).  Therefore, the results in the aggregate remain inconclusive.  While a series of studies of endemic fluoride largely in China and India found indications that higher fluoride levels were associated with reduced IQ scores as reflected in the NTP report, the range of exposure considered, the methods of those studies, and the uncertainty in extrapolation to the US limit their value.  A similar pattern is found for behavioral outcomes with a few early studies suggestive of an association (Malin & Till, 2015; Riddell et al., 2019) followed by a series of negative studies (Do et al., 2022; Dewey et al., 2023; Ibarluzea et al., 2023).

In balance, the weight of evidence does not support the inference that fluoride exposure in the ≤1.5 mg/L range, which is the range relevant to water fluoridation, has an adverse effect on neurodevelopment, either with regard to cognitive ability or behavior.  The hypothesis remains plausible and warrants continued examination given the public health importance of such a widespread exposure such that even a small negative effect would warrant consideration.

SAVITZ0000020

**Table 1.  Summary of Methods in Key Studies of Fluoride Exposure and Neurodevelopment**

| | ELEMENT | MIREC | INMA |
|---|---|---|---|
| Geographic setting | Mexico City | Canada: Vancouver, Montreal, Kingston, Toronto, Hamilton, Halifax | Gipuzkos, Spain |
| Key publications | Bashash et al., 2017; Bashash et al., 2018; Goodman et al., 2022 | Green et al., 2019; Till et al., 2020; Farmus et al., 2021 | Ibarluzea et al., 2022 Ibarluzea et al., 2023 |
| Population | Pregnant women recruited from hospitals caring for low to moderate income populations | Pregnant women at participating prenatal clinics | Pregnant women at public referral hospital |
| Source of fluoride exposure | Naturally occurring fluoride in water, fluoridated salt intake | Fluoridation of drinking water, use of bottled water, use of water-based infant formula | Fluoridation of drinking water, use of bottled water, amount of water consumed |
| **Fluoride in drinking water** | | | |
| Measures of prenatal exposure | Not assessed | Water fluoride concentration; daily fluoride intake based on tap water consumption and tea | Maternal report of water consumption at end of 1st trimester, 3rd trimester |
| Exposure mean and range | Estimated range in water of 0.15-1.38 mg/L | Estimated intake - 0.39 mg/day | Mean=0.81 mgL (standard deviation=0.15) in fluoridated water, <0.1 mg/L in non-fluoridated water |
| Measures of infant exposure | - | - | Not assessed |
| **Biomarker of fluoride exposure** | | | |
| Measures of prenatal exposure | Maternal urinary fluoride in 1st, 2nd, and 3rd trimesters as available | Maternal urinary fluoride in 1st, 2nd, and 3rd trimesters as available | Maternal urinary fluoride at end of 1st and 3rd trimesters as available |
| Exposure mean and range | Mean = 0.82 mg/L | Mean = 0.41 mg/L, 0.93 mg/L in fluoridated communities, 0.30 mg/L in nonfluoridated communities | Mean = 0.91 mg/L with fluoridated water, 0.43 mg/L with non-fluoridated water, 0.62 mg/L with bottled water |

SAVITZ0000021

| Measures of children's exposure | Spot measurement at 6-12 years | Not assessed | Not assessed |
|---|---|---|---|
| **Measure of outcome** | | | |
| Instrument & age at assessment | McCarthy at 4 years for general cognitive index, Wechsler at 6-12 years for verbal, performance, and full-scale IQ | Wechsler at 3-4 years | Bayley at 14.6 months, McCarthy at 4.4 years (average) |
| Number with complete data on exposure and outcome | 287 at 4 years, 211 at 6-12 years | 512 with maternal urinary fluoride, 400 with fluoride intake | 483 at 1 year, 379 at 4 years |
| | | | |
| **Analytic approach** | Regression models predicting score at ages 4 and 6-12; change per 0.5 mg/L urinary fluoride (approximate interquartile range) | Multiple linear regression predicting IQ per 1 mg/L and for interquartile range | Multiple linear regression predicting score at ages 1 and 4; change in score per 1 mg/L urinary fluoride |
| **Covariates considered** | Maternal age, education, marital status, child's age, birth order, birth weight, gestational age, maternal smoking, maternal IQ | Child sex, city, HOME score, maternal education, race/ethnicity, and environmental tobacco smoke | Maternal age, social class, education, country of birth, smoking, alcohol, diet, marker of maternal IQ, deprivation index, child's sex, birth order, preterm birth, weight, family context, neurotoxic chemicals |

21

SAVITZ0000022

| Table 2.  Summary of Results in Key Studies of Fluoride Exposure and Neurodevelopment | | | |
|---|---|---|---|
| | **ELEMENT** | **MIREC** | **INMA** |
| **Drinking water exposure** | Not reported | | Not reported |
| Prenatal Exposure | | | |
|    Overall IQ | | Age 4: -3.7 (-7.2, -0.2) per 1 mg/day <br> -2.3 (-4.5, -0.1) per interquartile range | |
|    Performance IQ | | -2.7 (-6.8, 1.3) per 1 mg/day | |
|    Verbal IQ | | -3.1 (-6.4, 0.3) per 1 mg/day | |
| Postnatal exposure | | | |
|    Overall IQ | | Till: Formula-fed infants: -4.4 (-8.3, -0.5) per 0.5 mg/L <br> Breastfed: -1.3 (-5.0, 2.4) per 0.5 mg/L | |
|    Performance IQ | | Till: Formula-fed infants: -9.3 (-13.8, -4.8) per 0.5 mg/L <br> Breastfed: -1.3 (-6.2, -10.5) per 0.5 mg/L | |
|    Verbal IQ | | Till: Formula-fed infants: 0.9 (-2.9, -4.7) per 0.5 mg/L <br> Breastfed: 3.1 (-0.5, 6.6) per 0.5 mg/L | |
| **Biomarker of prenatal exposure** | | | |
| Time 1 assessment | | | |
|    Overall IQ | Bashash: Age 4: -3.2 (-5.4, -0.9) per 0.5 mg/L (McCarthy) <br> Goodman: Age 4 Full Scale IQ: -2.1 (-3.8, -0.4) per 0.5 mg/L | Age 4: -2.0 (-5.2, 1.8) per 1 mg/L <br> -0.6 (-1.7, 0.4) per interquartile range (Wechsler) <br> Boys: -4.5 (-8.4, -0.6) per 1 mg/L <br> Girls: 2.4 (-2.5, 7.3) per 1 mg/L | Age 1: 1.5 (-4.2, 7.2) per mg/L (Bayley) |
|    Performance IQ | Goodman: -3.1 (-4.7, -1.5) per 0.5 mg/L | -1.2 (-4.9, 2.4) per 1 mg/L | |

22

SAVITZ0000023

| | | | |
|---|---|---|---|
| Verbal IQ | Goodman:  -0.8  (-2.3, 0.7) per 0.5 mg/L | -1.6 (-4.7, 1.6) per 1 mg/L | |
| Time 2 assessment | | | |
| Overall IQ | Bashash: Age 6-12:-2.5 (-4.1, -0.6) per 0.5 mg/L (Wechsler) Goodman Age 6-12: -2.0 (-3.7, -0.5) per 0.5 mg/L | Not assessed | Age 4: 15.4 (6.3,24.5) per mg/L (McCarthy) |
| Performance IQ | Goodman: -1.8 (-3.4, -0.2) per 0.5 mg/L | | 5.9 (0.3,11.4) per mg/L (McCarthy) |
| Verbal IQ | Goodman: -1.9 (-3.7, -0.2) per 0.5 mg/L | | 13.9 (3.9,23.8) per mg/L (McCarthy) |
| | | | |
| **Biomarker of postnatal exposure** | Age 6-12: -0.9 (-2.6, 0.9) (Wechsler) | Not assessed | Not assessed |

23

SAVITZ0000024

**REFERENCES**

Adkins EA, Yolton K, Strawn JR, Lippert F, Ryan PH, Brunst KJ. Fluoride exposure during early adolescence and its association with internalizing symptoms. Environ Res. 2022 Mar;204(Pt C):112296. doi: 10.1016/j.envres.2021.112296. Epub 2021 Oct 29. PMID: 34755609; PMCID: PMC8725192.

Aggeborn L, Ohman M.  The effects of fluoride in drinking water.  Journal of Political Economy 2021;129(2): 465-491.

Barberio AM, Quiñonez C, Hosein FS, McLaren L. Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. Can J Public Health. 2017 Sep 14;108(3):e229-e239. doi: 10.17269/CJPH.108.5951. PMID: 28910243; PMCID: PMC6972387.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10. PMID: 30316181.

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-García A, Téllez-Rojo MM, Hernández-Avila M. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspect. 2017 Sep 19;125(9):097017. doi: 10.1289/EHP655. PMID: 28937959; PMCID: PMC5915186.

Boehmer TJ, Lesaja S, Espinoza L, Ladva CN. Community Water Fluoridation Levels To Promote Effectiveness and Safety in Oral Health — United States, 2016–2021. MMWR Morb Mortal Wkly Rep 2023;72:593–596. DOI: http://dx.doi.org/10.15585/mmwr.mm7222a1.

Cantoral A, Téllez-Rojo MM, Malin AJ, Schnaas L, Osorio-Valencia E, Mercado A, Martínez-Mier EÁ, Wright RO, Till C. Dietary fluoride intake during pregnancy and neurodevelopment in toddlers: A prospective study in the progress cohort. Neurotoxicology. 2021 Dec;87:86-93. doi: 10.1016/j.neuro.2021.08.015. Epub 2021 Aug 31. PMID: 34478773; PMCID: PMC8595627.

Dewey D, England-Mason G, Ntanda H, Deane AJ, Jain M, Barnieh N, Giesbrecht GF, Letourneau N; APrON Study Team. Fluoride exposure during pregnancy from a community water supply is associated with executive function in preschool children: A prospective ecological cohort study. Sci Total Environ. 2023 Sep 15;891:164322. doi: 10.1016/j.scitotenv.2023.164322. Epub 2023 May 25. PMID: 37236475.

Do LG, Spencer AJ, Sawyer A, Jones A, Leary S, Roberts R, Ha DH. Early Childhood Exposures to Fluorides and Child Behavioral Development and Executive Function: A Population-Based Longitudinal Study. J Dent Res. 2023 Jan;102(1):28-36. doi: 10.1177/00220345221119431. Epub 2022 Oct 9. PMID: 36214232.

Expert Declaration of Philippe Grandjean, Food and Water Watch v. EPA, May 20, 2020.

Expert Report of Philippe Grandjean, Food and Water Watch v. EPA, June 21, 2019.

Farmus L, Till C, Green R, Hornung R, Martinez Mier EA, Ayotte P, Muckle G, Lanphear BP, Flora DB. Critical windows of fluoride neurotoxicity in Canadian children. Environ Res. 2021 Sep;200:111315. doi: 10.1016/j.envres.2021.111315. Epub 2021 May 27. Erratum in: Environ Res. 2022 Dec;215(Pt. 3): PMID: 34051202; PMCID: PMC9884092.

Fawell J, Bailey K, Chilton J, Dahi E, Fewtrell L, Magara Y.  Fluoride in Drinking-water.  World Health Organization Drinking-Water Quality Series, 2006.

Goodman CV, Bashash M, Green R, Song P, Peterson KE, Schnaas L, Mercado-García A, Martínez-Medina S, Hernández-Avila M, Martinez-Mier A, Téllez-Rojo MM, Hu H, Till C. Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6-12 years in the ELEMENT cohort. Environ Res. 2022 Aug;211:112993. doi: 10.1016/j.envres.2022.112993. Epub 2022 Mar 9. PMID: 35276192; PMCID: PMC9890727.

Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children. Risk Anal. 2022 Mar;42(3):439-449. doi: 10.1111/risa.13767. Epub 2021 Jun 8. PMID: 34101876; PMCID: PMC9831700.

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada. JAMA Pediatr. 2019 Oct 1;173(10):940-948. doi: 10.1001/jamapediatrics.2019.1729. PMID: 31424532; PMCID: PMC6704756.

Ibarluzea J, Gallastegi M, Santa-Marina L, Jiménez Zabala A, Arranz E, Molinuevo A, Lopez-Espinosa MJ, Ballester F, Villanueva CM, Riano I, Sunyer J, Tardon A, Lertxundi A. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. Environ Res. 2022 May 1;207:112181. doi: 10.1016/j.envres.2021.112181. Epub 2021 Oct 8. PMID: 34627799.

Ibarluzea J, Subiza-Pérez M, Arregi A, Molinuevo A, Arranz-Freijo E, Sánchez-de Miguel M, Jiménez A, Andiarena A, Santa-Marina L, Lertxundi A. Association of maternal prenatal urinary fluoride levels with ADHD symptoms in childhood. Environ Res. 2023 Jul 19;235:116705. doi: 10.1016/j.envres.2023.116705. Epub ahead of print. PMID: 37479215.

Kumar JV, Moss ME, Liu H, Fisher-Owens S. Association between low fluoride exposure and children's intelligence: a meta-analysis relevant to community water fluoridation. Public Health. 2023 Jun;219:73-84. doi: 10.1016/j.puhe.2023.03.011. Epub 2023 Apr 28. PMID: 37120936.

Malin AJ, Till C. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ Health. 2015 Feb 27;14:17. doi: 10.1186/s12940-015-0003-1. PMID: 25890329; PMCID: PMC4389999.

National Academies of Sciences, Engineering, and Medicine (NASEM). 2020. Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects. Washington, DC: The National Academies Press. https://doi.org/10.17226/25715.

National Toxicology Program (NTP).  Draft NTP Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopment and Cognitive Health Effects;  A

SAVITZ0000026

Systematic Review.  NTP Monograph 08, September 2022.  National Toxicology Program, Research Triangle Park, North Carolina.

Rebuttal Report of Ellen T. Chang, Food and Water Watch v. EPA, August 1, 2019.

Riddell JK, Malin AJ, Flora D, McCague H, Till C. Association of water fluoride and urinary fluoride concentrations with attention deficit hyperactivity disorder in Canadian youth. Environ Int. 2019 Dec;133(Pt B):105190. doi: 10.1016/j.envint.2019.105190. Epub 2019 Oct 22. Erratum in: Environ Int. 2022 Mar;161:107091. PMID: 31654913; PMCID: PMC8118663.

Savitz DA, Wellenius GA. Interpreting Epidemiologic Evidence: Connecting Research to Applications. 2nd ed. New York, NY: Oxford University Press; 2016.

Savitz DA, Wellenius GA, Trikalinos TA. The Problem With Mechanistic Risk of Bias Assessments in Evidence Synthesis of Observational Studies and a Practical Alternative: Assessing the Impact of Specific Sources of Potential Bias. Am J Epidemiol. 2019 Sep 1;188(9):1581-1585. doi: 10.1093/aje/kwz131. PMID: 31145434.

Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ Int. 2020 Jan;134:105315. doi: 10.1016/j.envint.2019.105315. Epub 2019 Nov 16. PMID: 31743803; PMCID: PMC6913880.

Trial Declaration of Ellen T. Chang, Food and Water Watch v. EPA, May 20, 2020.

Veneri F, Vinceti M, Generali L, Giannone ME, Mazzoleni E, Birnbaum LS, Consolo U, Filippini T. Fluoride exposure and cognitive neurodevelopment: Systematic review and dose-response meta-analysis. Environ Res. 2023 Mar 15;221:115239. doi: 10.1016/j.envres.2023.115239. Epub 2023 Jan 10. PMID: 36639015.

Wang A, Duan L, Huang H, Ma J, Zhang Y, Ma Q, Guo Y, Li Z, Cheng X, Zhu J, Zhou G, Ba Y. Association between fluoride exposure and behavioural outcomes of school-age children: a pilot study in China. Int J Environ Health Res. 2022 Jan;32(1):232-241. doi: 10.1080/09603123.2020.1747601. Epub 2020 Apr 13. PMID: 32281876.

SAVITZ0000027

# Summary of Facts and Opinions to Which Stanley Barone Jr., MS., Ph.D. Is Expected to Testify

**Summary of Facts and Opinions to Which
Stanley Barone Jr., MS., Ph.D. Is Expected to Testify**

## I.       Relevant Qualifications

Dr. Barone is a Senior Science Policy Advisor in the Office of Chemical Safety and Pollution Prevention (OCSPP) and a Deputy Science Integrity Official for OCSPP at the United States Environmental Protection Agency (EPA). As senior advisor, Dr. Barone provides expert technical advice and guidance to senior management concerning scientific integrity, science policy development, and science coordination. This includes, but is not limited to, an understanding of the agency's scientific integrity policy and risk evaluation procedures under the Toxic Substances Control Act (TSCA) and other laws.

Dr. Barone's scientific experience and training has been applied to policy development in the form of guidance and risk assessments to support rulemaking and regulatory development in multiple programs, including TSCA risk evaluations and several other programs.

Dr. Barone also served as the OCSPP peer review coordinator and has been instrumental in developing streamlined prioritization and scoping processes for existing chemical risk evaluation under TSCA. These efforts included evaluation of ecological and health endpoints. In addition, he oversaw design and development of new methods and models for pollution prediction and prevention of chemical exposures.

Dr. Barone's qualifications and experience are set out more fully in the attached curriculum vitae.

## II.      Summary of Facts and Opinions

Dr. Barone's opinions are based on his expertise in TSCA risk evaluation and review of the expert reports and testimony of Dr. Ellen Chang, Dr. Joyce Tsuji, and Dr. Tala Henry from the first trial in this case, as well as the expert report of Dr. David Savitz dated August 4, 2023, the NTP draft monograph and meta-analysis, and his own independent review of relevant studies.

Dr. Barone will testify regarding TSCA risk evaluation standards and processes and the weight of the scientific evidence of the potential neurotoxicity of fluoride. Dr. Barone will testify that the scientific evidence for evaluating the risk of neurotoxic effects from exposure to fluoride, especially considering the more recent scientific studies published after the first trial, is insufficient for EPA to reach an informed risk determination under TSCA.

*TSCA Hazard Assessment*

As established by the National Research Council (1983), a hazard assessment includes two components: hazard identification and dose-response assessment. Hazard identification is the determination of whether a particular chemical is or is not causally linked to a particular health effect. Dose-response assessment is the determination of the relation between the magnitude of exposure and the probability of occurrence of the health effects in question.

BARONE0000001

This step requires identification, evaluation, and synthesis of information to describe the health effects of individual chemical substances or mixtures. In the dose-response assessment, the relationship between the exposure or dose of a contaminant and the occurrence of health or environmental effects or outcomes is assessed. The response assessed might be incidence of some endpoint or outcome or it might describe the magnitude of a response. The approaches employed for these components, including, for example, the level of detail and complexity of quantitative aspects, may vary across different risk assessments. Thus, TSCA subsections 26(h) and (i) require that all information used in TSCA section 6 risk evaluation be reviewed consistent with reliance on the best available science and a weight of the scientific evidence approach.

Dr. Barone will testify that the existing scientific studies do not provide sufficient evidence that low-dose fluoride exposure is associated with community water fluoridation in the United States for purposes of supporting a hazard assessment in a TSCA risk evaluation. There is suggestive evidence that prenatal fluoride exposure has neurological effects at low doses, but the evidence is conflicting and not coherent across the critical prospective longitudinal cohort studies. As detailed in Dr. Savitz's report, the available studies are of insufficient consistency and have significant uncertainties, which prevents a conclusion regarding the presence or absence of an effect.

The lack of consistency in cognitive performance outcome results calls into question the strength of the evidence to support the association of developmental, particularly prenatal, fluoride exposure as being likely associated with early postnatal cognitive performance (e.g., 4 years). It is unclear if water fluoridation via prenatal exposure is associated with later effects on cognitive performance and other neurodevelopmental disorders. EPA's consideration of the strength of the evidence would need to be causal or likely causal in the association of developmental exposure with adverse outcomes on cognition and developmental disabilities. For cognitive performance, the evidence seems suggestive from some studies and not others.

Dr. Barone will testify that the evidence is inadequate to determine that an association exists between low-dose prenatal developmental exposure to fluoride and other cognitive disorders, including ADHD and Autism Spectrum Disorder (ASD).

More evidence is needed to understand the impacts of low dose (1.5 mg/l or lower) developmental exposure to fluoride to move from a suggestive evidence conclusion about strength of the evidence for cognitive performance and other neurodevelopmental disorders to causal or likely causal.

Dose-response analyses of individual studies can be performed based on data from individual studies. In some cases, meta-analyses have been performed on several studies reviewed, including the cognitive findings from the Bashash 2017 and Green 2019 studies. The dose-response nature of the cognitive performance findings from Ibarluzea 2022 are positively associated with developmental exposure to fluoridation in water. This directly contradicts results from both Bashash 2017 and Green 2019. This discrepancy in critical study findings from Ibarluzea 2022 does not appear to be considered in the most recent NTP draft monograph or meta-analysis. The inclusion in the meta-analysis of studies spanning several orders of magnitude of exposure is a weakness in dose determination for any point of departure, especially when there is a recognized dose transition at low doses. The Veneri 2023 systematic review and

BARONE0000002

meta-analysis also does not consider Ibarluzea 2022. This may be possibly explained by publication timing. In contrast, the Kumar 2023 meta-analysis of low-dose exposures relevant to water fluoridation included all three critical cohort studies and did not find an association of fluoride exposures with cognitive deficits specifically focused on cognitive performance in cognitive tests. While individual studies can be used for dose response, the consideration of meta-analysis is important, and the criteria for inclusion and exclusion is critical to providing transparency and to further informing weight of the scientific evidence analysis support for dose-response findings.

*TSCA Exposure Assessment*

Dr. Barone will testify that a rigorous exposure assessment of fluoride in public drinking water (including artificially fluoridated and naturally occurring fluoride) and other fluoride source contributions has not been performed. Lack of an exposure assessment leads to high uncertainty in any risk estimation. An exposure assessment includes information on chemical-specific factors, including, but not limited to, physical-chemical properties and environmental fate and transport parameters. An exposure assessment, where relevant, includes some discussion of the magnitude, nature, duration, intensity, frequency, pattern, and number of exposures under the conditions of use. It should also include types of individuals or populations exposed to the agent, as well as discussion of the uncertainties in this information. Using reasonably available information, exposures will be estimated (usually quantitatively) for the identified conditions of use. For human health exposure, an assessment should consider the general population and all relevant potentially exposed or susceptible subpopulation(s), including consumers or residential populations identified in the condition of use, and utilize any combination, as available, of population-based epidemiological studies, information related to the geographic location of the potentially exposed or susceptible subpopulation, models representing exposures to the population(s), measurements in human tissues or relevant environmental or exposure media, and any other relevant, scientifically valid information or methodology.

*TSCA Risk Determination*

Under TSCA section 6(b), EPA must undertake a risk evaluation process to determine whether a chemical substance presents an unreasonable risk of injury to health or the environment. Prior to the 2016 amendments to TSCA, chemical substance risk assessments did not include a determination of unreasonable risk. Instead, the determination of "unreasonable risk" was made as part of the risk management rulemaking process. The amended statute now requires that a risk evaluation include a risk assessment as well as the EPA's determination of unreasonable risk. The risk assessment and the risk determination make up the risk evaluation. Most significantly, the risk evaluation requires that this determination be independent of consideration of cost or other non-risk factors.

EPA may weigh a variety of factors in determining unreasonable risk. In making this determination, EPA considers relevant risk-related factors, including, but not limited to: the effects of the chemical substance on health and human exposure to such substance under the conditions of use; the effects of the chemical substance on the environment and environmental exposure under the conditions of use; the population exposed (including any potentially exposed or susceptible subpopulations, magnitude, nature, duration, intensity, frequency, pattern, and

3

number of exposures under the conditions of use in an exposure assessment); the severity of hazard (including the nature of the hazard, the irreversibility of the hazard); and uncertainties. EPA takes into consideration the Agency's confidence in the data used in the risk estimate for both exposure and hazard. This includes an evaluation of the strengths, limitations and uncertainties associated with the information used to inform the risk estimate and the risk characterization. The factors EPA may consider are the subject of considerable scientific complexity and policy debate.

Uncertainty in the hazard assessment and variability in response between the most reliable and robust studies at this time makes a risk estimation highly uncertain. The strength of the evidence is too weak to make a reliable risk determination based upon risk factors alone.

## III.   References

Ana Jiménez-Zabala, Loreto Santa-Marina, Mónica Otazua, Mikel Ayerdi, Ane Galarza, Mara Gallastegi, Enrique Ulibarrena, Amaia Molinuevo, Asier Anabitarte, Jesús Ibarluzea. Fluoride intake through consumption of water from municipal network in the INMA-Gipuzkoa cohort. Gac Sanit 2018 Sep-Oct;32(5):418-424.

Anna Strunecka and Otakar Strunecky. Chronic Fluoride Exposure and the Risk of Autism Spectrum Disorder. Int J Environ Res Public Health. 2019 Sep; 16(18): 3431.

Ashley J Malin and Christine Till Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association Environ Health. 2015; 14: 17.

Carly V Goodman, Morteza Bashash, Rivka Green, Peter Song, Karen E Peterson, Lourdes Schnaas, Adriana Mercado-García, Sandra Martínez-Medina, Mauricio Hernández-Avila, Angeles Martinez-Mier, Martha M Téllez-Rojo, Howard Hu, Christine Till. Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6-12 years in the ELEMENT cohort Environ Res. 2022 Aug;211:112993.

Dewey D, England-Mason G, Ntanda H, Deane AJ, Jain M, Barnieh N, Giesbrecht GF, Letourneau N; APrON Study Team. Fluoride exposure during pregnancy from a community water supply is associated with executive function in preschool children: A prospective ecological cohort study. Sci Total Environ. 2023 Sep 15;891:164322. doi: 10.1016/j.scitotenv.2023.164322. Epub 2023 May 25. PMID: 37236475.

Do LG, Spencer AJ, Sawyer A, Jones A, Leary S, Roberts R, Ha DH. Early Childhood Exposures to Fluorides and Child Behavioral Development and Executive Function: A Population-Based Longitudinal Study. J Dent Res. 2023 Jan;102(1):28-36. doi: 10.1177/00220345221119431. Epub 2022 Oct 9. PMID: 36214232.

Federica Veneri, Marco Vinceti, Luigi Generali, Maria Edvige Giannone, Elena Mazzoleni, Linda S Birnbaum, Ugo Consolo, Tommaso Filippini. Fluoride exposure and cognitive neurodevelopment: Systematic review and dose-response meta-analysis Environ Res. 2023 Mar 15;221:115239.

4

Gianluca Fiore, Federica Veneri, Rosaria Di Lorenzo, Luigi Generali,Marco Vinceti and Tommaso Filippini. Fluoride Exposure and ADHD: A Systematic Review of Epidemiological Studies *Medicina* 2023, *59*(4), 797.

Jayanth V. Kumar, Mark E. Moss, Honghu Liu, Susan Fisher-Owens. Association between low fluoride exposure and children's intelligence: a meta-analysis relevant to community water fluoridation.  Public Health Volume 219, June 2023, Pages 73-84.

Jesús Ibarluzea, Mara Gallastegi, Loreto Santa-Marina, Ana Jiménez Zabala, Enrique Arranz, Amaia Molinuevo, Maria-Jose Lopez-Espinosa, Ferran Ballester, Cristina M Villanueva, Isolina Riano, Jordi Sunyer, Adonina Tardon, Aitana Lertxundi. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children Environ Res. 2022 May 1;207:112181.

Jesús Ibarluzea, Mikel SubizaPérez, Ane Arregi Amaia Molinuevo, Enrique Arranz-Freijo, Manuel Sánchez-de Miguel, Ana Jiménez, Ainara Andiarena, Loreto Santa-Marina, Aitana Lertxundi. Association of maternal prenatal urinary fluoride levels with ADHD symptoms in childhood. Environmental Research Volume 235, 15 October 2023.

Linda Farmus, Christine Till, Rivka Green, Richard Hornung, E Angeles Martinez Mier, Pierre Ayotte, Gina Muckle, Bruce P Lanphear, David B Flora. Critical windows of fluoride neurotoxicity in Canadian children Environ Res. 2021 Sep;200:111315.

Morteza Bashash , Deena Thomas , Howard Hu , E. Angeles Martinez-Mier , Brisa N.Sanchez , Niladri Basu , Karen E. Peterson , Adrienne S.Ettinger , Robert Wright , Zhenzhen Zhang , Yun Liu , Lourdes Schnaas , Adriana Mercado-García , Martha Maria Téllez-Rojo , Mauricio Hernández-Avila . Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspect. 2017 Sep 19;125(9):097017.

Morteza Bashash , Maelle Marchand , Howard Hu , Christine Till, E. Angeles Martinez-Mier, Brisa N. Sanchez, Niladri Basu , Karen E. Peterson, Rivka Green , Lourdes Schnaas, Adriana Mercado-García, Mauricio Hernández-Avila, Martha Maria Téllez-Rojo. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec; 121 (Pt 1):658-666.

NTP Board of Scientific Counselors Working Group Report on the Draft State of the Science Monograph and the Draft Meta-Analysis Manuscript on Fluoride.

Palanikumar Balasundaram; Indirapriya Darshini Avulakunta. Bayley Scales Of Infant and Toddler Development. StatPearls [Internet]. Nov 2022.

Rivka Green, MA; Bruce Lanphear, MD; Richard Hornung, PhD; David Flora, PhD; E. Angeles Martinez-Mier, DDS; Raichel Neufeld, BA; Pierre Ayotte, PhD; Gina Muckle, PhD; Christine Till, PhD. Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada. JAMA Pediatrics · August 2019.

BARONE0000005

Veneri F, Vinceti M, Generali L, Giannone ME, Mazzoleni E, Birnbaum LS, Consolo U, Filippini T. Fluoride exposure and cognitive neurodevelopment: Systematic review and dose-response meta-analysis. Environ Res. 2023 Mar 15;221:115239. doi: 10.1016/j.envres.2023.115239. Epub 2023 Jan 10. PMID: 36639015.

BARONE0000006

# Prenatal exposure to fluoride and neuropsychological development in early childhood:
# 1-to 4 years old children

Environmental Research 207 (2022) 112181

Contents lists available at ScienceDirect

# Environmental Research

journal homepage: www.elsevier.com/locate/envres



# Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children



Jesús Ibarluzea [a,b,c,d], Mara Gallastegi [d,*], Loreto Santa-Marina [a,c,d], Ana Jiménez Zabala [a,c,d], Enrique Arranz [b,d], Amaia Molinuevo [d], Maria-Jose Lopez-Espinosa [c,e,f], Ferran Ballester [c,e,f], Cristina M. Villanueva [c,g,h,i], Isolina Riano [c,j,k], Jordi Sunyer [c,f,g,h], Adonina Tardon [c,j,l], Aitana Lertxundi [c,d,m]

[a] Ministry of Health of the Basque Government, Sub-Directorate for Public Health and Addictions of Gipuzkoa, 20013, San Sebastián, Spain
[b] Faculty of Psychology of the University of the Basque Country, 20018, San Sebastian, Spain
[c] Spanish Consortium for Research on Epidemiology and Public Health (CIBERESP), 28029, Madrid, Spain
[d] Biodonostia Health Research Institute, Environmental Epidemiology and Child Development Group, 20014, San Sebastian, Spain
[e] Nursing School, Universitat de València, 46010, Valencia, Spain
[f] Epidemiology and Environmental Health Joint Research Unit, FISABIO–Universitat Jaume I–Universitat de València, 46020, Valencia, Spain
[g] Barcelona Institute for Global Health (ISGlobal), 08003, Barcelona, Spain
[h] Municipal Institute of Medical Research, IMIM-Hospital del Mar, 08003, Barcelona, Spain
[i] Universitat Pompeu Fabra (UPF), 08002, Barcelona, Spain
[j] Instituto de Investigación Sanitaria del Principado de Asturias (ISPA), 33001, Oviedo, Asturias, Spain
[k] Servicio de Pediatría, Endocrinología, HUCA, Roma Avenue, 33001, Oviedo, Asturias, Spain
[l] Unit of Molecular Cancer Epidemiology, University Institute of Oncology of the Principality of Asturias (IUOPA), Department of Medicine, University of Oviedo, Julian Clavería Street, 33006, Oviedo, Asturias, Spain
[m] Department of Preventive Medicine and Public Health, Faculty of Medicine, University of the Basque Country (UPV/EHU), 48940, Leioa, Spain

## ARTICLE INFO

*Keywords:*
Fluoride
Pregnancy
Neuropsychological development
Intelligence
Children

## ABSTRACT

*Background:* Cross-sectional and prospective studies have provided evidence of the neurotoxic effect of early exposure to fluoride (F) in pregnancy. It has been negatively associated with cognitive development during childhood, with most research conducted in areas with high F levels in community drinking water (CDW).

*Method:* Data from 316 to 248 mother-child pairs from the Infancia y Medio Ambiente (Childhood and Environment, INMA) birth cohort project with maternal urinary F level adjusted for creatinine (MUFcr) measurements in the first and third trimesters of pregnancy. Children's cognitive domains and intelligence indexes were evaluated using the Bayley Scales (age of 1) and the McCarthy Scales (age of 4). Multiple linear regression analyses were carried out adjusting for a wide range of covariates related to the child, mother, family context and other potential neurotoxicants.

*Results:* No association was found between MUFcr levels and Bayley Mental Development Index score. Nevertheless, regarding the McCarthy scales, it was found that per unit (mg/g) of MUFcr across the whole pregnancy, scores in boys were greater for the verbal, performance, numeric and memory domains (β = 13.86, CI 95%: 3.91, 23.82), (β = 5.86, CI 95%: 0.32, 11.39), (β = 6.22, CI 95%: 0.65, 11.79) and (β = 11.63, CI 95%: 2.62, 20.63) respectively and for General Cognitive Index (β = 15.4, CI 95%: 6.32, 24.48). For girls there was not any cognitive score significantly associated with MUFcr, being the sex-F interactions significant (P interaction <0.05). Including other toxicants levels, quality of family context or deprivation index did not substantially change the results.

---

*Abbreviations:* As, Arsenic; BSID, Bayley Scales of Infant Development; CI, Confidence interval; CDW, Community Drinking water; DW, drinking water; F, Fluoride; FCDW, Fluoridated community drinking water; GCI, General cognitive index; HES, Haezi-Etxadi Scale; Hg, Mercury; INMA, INfancia y Medio Ambiente -Environment and Childhood- Project; IQ, intelligence quotient; MDI, Mental development index; Mn, Manganese; MSCA, McCarthy Scales of Children's Abilities; MUF, maternal urinary fluoride; MUFcr, maternal urinary Fluoride adjusted by creatinine; NFCDW, Non-Fluoridated community drinking water; Pb, Lead; SD, Standard deviation.
* Corresponding author. Biodonostia, Environmental Epidemiology and Child Development Group, 20014, San Sebastian, Spain.
*E-mail address:* m-gallastegibilbao@euskadi.eus (M. Gallastegi).

https://doi.org/10.1016/j.envres.2021.112181
Received 11 April 2021; Received in revised form 21 September 2021; Accepted 3 October 2021
Available online 8 October 2021
0013-9351/© 2021 The Authors. Published by Elsevier Inc. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

J. Ibarluzea et al.

*Environmental Research 207 (2022) 112181*

*Conclusions:* In boys, positive associations were observed between MUFcr and scores in cognitive domains at the age of 4. These findings are inconsistent with those from some previous studies and indicate the need for other population-based studies to confirm or overturn these results at low levels of F in CDW.

## 1. Introduction

Fluoride (F⁻), the ionic form of the chemical element fluorine, is found in soil, air and water, especially in waters containing elements like sodium, potassium or chlorine that solubilize fluorine-bearing minerals, such as fluorite (Mondal et al., 2016). It is also intentionally added to toothpaste, salt, milk or drinking water in some areas where natural F content is low, as a public health measure for the prevention of dental caries. The addition of F to drinking water has been considered among the top-ten public health achievements of the 20th century, as it considerably decreased caries in children, especially those from a low social class (Jones et al., 2005; Khan et al., 2015). Nonetheless, given that oral hygiene has improved in the general population since the adoption of this measure, the decision to maintain community water fluoridation is controversial among public health practitioners, because of the possible health implications of high doses. Indeed, high F doses can induce dental or skeletal fluorosis (Bronckers et al., 2009; Indermitte et al., 2009; Liteplo, 2002). Other effects, such as a potential impact on neurodevelopment, need to be further investigated, especially in child populations. To date, animal models inform about moderate and small behavioral and developmental (learning and memory) effects (U.S. National Toxicology Program, 2016).

Maternal F exposure during pregnancy may be relevant for children's future neurodevelopment, given that the F can cross the placenta and penetrate the fetal blood-brain barrier (ASTDR (Agency for Toxic Substances and Disease Registry), 2003; Goasdoué et al., 2017), and then accumulate in cerebral tissues (Khan et al., 2015; Razdan et al., 2017). It is important to note that structural and functional changes in the central nervous system, specifically in the fetal period and during the first years of life, may lead to cognitive impairments (Choi et al., 2015). Most epidemiologic studies assessing neurodevelopmental effects have been ecological and cross-sectional and have estimated F exposure by measuring F concentration in drinking water and assessing water consumption habits rather than measuring F in individuals (Aravind et al., 2016; Choi et al., 2012; Grandjean, 2019; Khan et al., 2015; Razdan et al., 2017; Sebastian and Sunitha, 2015). The majority of these studies have been conducted in endemic areas, where a high F content in water (0.9–11.0 mg/L) occurs naturally, such as in Mexico, India, Iran and China. Systematic reviews conducted by Choi et al. (2012) and Grandjean (2019) concluded that the available research data points towards a possible adverse effect of high F exposure on children's neurodevelopment. Nonetheless, given that most of the studies available are based on intake of high vs low F in water, there is a clear need to carry out studies in non-endemic areas, for example, to obtain information about the safety of community water fluoridation. The range of F levels recommended in public drinking water by the World Health Organization is: 0.7–1.2 mg/L (2004). Further, many of the aforementioned cross-sectional studies show no or poor control of potential confounders in the statistical analyses performed.

New approaches, employing a prospective design, using mother and child cohorts, and individual biological measurements of F, provide data on early exposure during pregnancy, relevant to critical-phases of neurodevelopment and information of a wide range of variables of interest. A Mexican birth cohort recruiting pregnant women in Jalisco, an area with endemic hydrofluorosis (2.6–3.7 mg/L), found a negative association between cognitive development and maternal urinary fluoride (MUF) in samples collected during the three trimesters of pregnancy in children from 3 to 15 months of age (Valdez-Jiménez et al., 2017). A second study also from Mexico (Mexico City) in which F levels in community drinking water (CDW) were lower than in the former study

(0.15–1.38 mg/L), but where the general population was also exposed to fluoridated salt, also showed an inverse association with cognitive function at 6 and 6–12 years of age (Bashash et al., 2017). A third longitudinal study included mother-child pairs living in communities supplied with fluoridated water and others supplied with non-fluoridated water in six cities across Canada. In this case and in contrast to the Mexican studies, the inverse association was observed in boys but not in girls (Green et al., 2019). On the contrary, a recent Swedish retrospective cohort study did not found a negative association between F levels and cognitive ability measured at 18–20 years old men, from the national military conscription (Aggeborn and Oehman, 2021). Similarly, a New Zealand study, based on a birth cohort followed until the age of 38 years, neither found significant association in IQ related to water fluoridation levels (Broadbent et al., 2015).

Other factors potentially influencing neuropsychological development are the co-exposure to pollutants (from water or other environmental sources) with neurotoxic effects during pregnancy. Specifically, sex-dependent adverse effects on neuropsychological outcomes related to early environmental exposure have been reported for other environmental neurotoxicants (Gochfeld, 2017; Evans et al., 2014; Lertxundi et al., 2019) but are not routinely explored. Animal, ecological and cross-sectional studies have provided some evidence for an earlier and latter sexual maturation in females and males respectively related to F exposure (NRC, 2006; Liu et al., 2019). Besides, there is a paucity of information about sex-dependent neurocognitive effects which is inconsistent and mostly limited to ecological studies. Co-exposure to F and other toxic metalloids and metals from the same or different sources have recently been considered. For instance, co-exposure to F and arsenic (As) in water has generated great interest in recent epidemiological research, although exposure to other co-pollutants such as lead (Pb) and mercury (Hg) has also been explored (Bashash et al., 2017; Green et al., 2019).

A true maternal fluoride-neurodevelopment association in children would have major health implications not only in endemic areas but also in areas with community water fluoridation. Therefore, the aim of this study was to assess the association between maternal F exposure during pregnancy and neurodevelopmental outcomes in 1- and 4-year-old children in the INMA-Gipuzkoa cohort (from the Spanish for Environment and Childhood: *INfancia y Medio Ambiente*).

## 2. Methods

### 2.1. Study population

This study draws on data from a mother and child birth cohort established in Gipuzkoa, Spain (Guxens et al., 2012). It should be noted that, among the different subcohorts of the INMA project, only Gipuzkoa had an active community fluoridated drinking water (CFDW) program in place across drinking water treatment plants serving more than 30, 000 inhabitants. In the distribution systems with less than 30,000 inhabitants community drinking water was not fluoridated. The recruitment of mother-child pairs took place during the first antenatal visit to the gynecologist in the public referral hospital. Participating mothers received antenatal follow-up towards the end of the first trimester or early in the second trimester (mean ± standard deviation) (13.9 ± 1.5 weeks) and towards the end of the third trimester (32.8 ± 2.6 weeks). The inclusion criteria were: maternal age ≥16 years old, singleton pregnancy, recruitment during the first trimester of pregnancy, pregnancy achieved without assisted reproduction techniques, planned birth in the referral hospital and no communication problems in Spanish or

IBARLUZEA0000002

*J. Ibarluzea et al.*

*Environmental Research 207 (2022) 112181*

Basque (Guxens et al., 2012). In total, 638 pregnant women met the inclusion criteria and agreed to be enrolled in the INMA study. Of the 612 children born, 483 (78.9%) underwent neuropsychological testing at the age of 1 and 379 (61.9%) at the age of 4.

Participants were required to meet the following criteria: 1) children with data on neuropsychological assessment at 1 year of age, 2) children with data on neuropsychological assessment at 4 years of age provided they also had data on this assessment at 1 year of age (criterion 1), and 3) mothers with data on maternal urinary F level adjusted for creatinine (MUFcr) at the first and third trimesters of pregnancy. Additional analyses were also performed including, besides the former women, those with an impaired MUFcr sample.

MUFcr was analyzed in all the mothers with urine samples available. In total, there were 393 maternal samples with data on MUFcr levels for both trimesters. 316 and 248 mother-child pairs had complete information on respectively MUFcr for both trimesters and neuropsychological outcomes at 1 and 4 years of age. Fig. 1 shows the flowchart. All participating mothers gave written informed consent for themselves and on behalf of their children after the Ethics Committee of Donostia Hospital (Gipuzkoa) approved the protocol.

### 2.2. Fluoride in drinking water and type of drinking water consumed

Data on drinking water source (tap or bottled) and the amount of water consumed was obtained through food and drink questionnaires (Vioque et al., 2013), administered in the first and third trimesters of pregnancy. These questionnaires collected data about the brand of bottled water (BW) consumed but not its quantity, and hence, neither the amount of water nor the amount of F intake could be calculated for women who consumed BW. The CFDW and community non-fluoridated drinking water systems (CNFDW) supplied, during pregnancy, water with F levels of $0.81 \pm 0.15$ mg/L (mean $\pm$ standard deviation) vs $< 0.1$ mg/L. The study area covers the regions of Goierri and Urola in the province of Gipuzkoa (Basque Country) and had a population of 89,000 inhabitants distributed in 25 municipalities with a population ranging from 127 to 13,900 inhabitants. In 18 municipalities the distributed drinking water comes from 3 conventional treatment plants (pretreatment, coagulation, sedimentation, filtration and disinfection) that also included fluoridation in 2 of them. The remaining 7 municipalities were supplied with water treated with filtration and disinfection. Three reservoirs were the source of raw water for the 3 conventional treatment plants; spring water for the rest 7 villages or small towns. In all, 15 municipalities are supplied with CFDW (62% of the population) and 10 with CNFDW (38%). Raw and treated water quality is soft and low in minerals in all the municipalities (Gobierno, 2020). From the food and drink questionnaires administered during pregnancy, we identified the ten most consumed BW brands and then ascertained that F levels in these brands ranged from 0.07 to 0.48 mg/L.

Among the 316 pregnant women with information on MUFcr, whose children underwent neuropsychological testing at the age of 1, 36.7% consumed CFDW, 37.3% CNFDW and 24.4% BW. Among the 248 pregnant women with information on MUFcr, whose children underwent neuropsychological testing at age 4, 35.5% consumed FDW, 38.3% NFDW and 24.2% BW (Table 1). The percentage of pregnant women that used BW for cooking was extremely low (1.1%).

### 2.3. Biomarker of F exposure

F measured in maternal urine spot samples was used as biomarker of prenatal exposure. F in urine has been considered a good biomarker for F levels as excretion is in equilibrium with F intake (Aylward et al., 2015; Bashash et al., 2017). Maternal urine samples from the first and third trimesters were aliquoted and stored in 10-mL glass vials at −20 °C. The analyses were carried out in the Laboratory of the Institute of Agrochemistry and Food Technology (IATA-CSIC) in Valencia. The concentration of F in urine samples was quantified by potentiometry using an ion-selective electrode (DX219-F, Mettler Toledo). Total ionic strength adjustment buffer (TISAB) II was used to adjust the pH and ionic strength of the urine samples. This solution was prepared from 58 mg/mL of NaCl (Panreac), 10 mg/mL of trans-1,2-diaminocyclohexane-N,N,N′,N′-tetraacetic acid monohydrate (DCTA, Fluka) and 57 μL/mL of glacial acetic acid (Panreac). The TISAB II pH was adjusted to between 4.8 and 5.2 with a 7% (w/v) solution of NaOH (Prolabo). TISAB II was added at a final concentration of 20% (v/v). The quantification was performed with an F calibration curve (0.010–10 mg/L) prepared from NaF (1000 mg/L as F, Panreac) in 20% (v/v) TISAB II. Quality



**Fig. 1.** Flowchart showing mother-child pairs included in the analyses described in this paper.

IBARLUZEA0000003

J. Ibarluzea et al.

Environmental Research 207 (2022) 112181

**Table 1**
Characteristics of the study sample.

| N (%)/mean (sd)* | Bayley N = 316 | McCarthy N = 248 |
|---|---|---|
| *Mother* | | |
| Maternal age | 31.2 (3.4) | 31.5 (3.4) |
| BMI | 22.9 (3.3) | 22.8 (3.4) |
| Educational level | | |
| Primary or without education | 39 (12.3%) | 33 (13.3%) |
| Secondary | 112 (35.4%) | 89 (35.9%) |
| University | 164 (51.9%) | 126 (50.8%) |
| Missing | 1 (0.3%) | |
| Social class | | |
| No manual | 177 (56.0%) | 147 (59.3%) |
| Manual | 139 (44.0%) | 101 (40.7%) |
| MEDEA index of deprivation (4 years)** | | |
| 1 Very low | 22 (7.0%) | 19 (7.7%) |
| 2 Low | 100 (31.6%) | 78 (31.4%) |
| 3 Moderate | 117 (37.0%) | 85 (34.3%) |
| 4 High | 57 (18.0%) | 52 (21.0%) |
| 5 Very high | 20 (6.3%) | 14 (5.6%) |
| Maternal IQ | 9.90 (2.8) | 9.91 (2.7) |
| Smoking in pregnancy | | |
| No | 252 (79.7%) | 199 (80.2%) |
| Yes | 61 (19.3%) | 45 (18.1%) |
| Missing | 3 (1.0%) | 4 (1.6%) |
| Zone | | |
| Non fluoridated zone | 153 (48.4%) | 123 (49.6%) |
| Fluoridated zone | 160 (50.6%) | 124 (50.0%) |
| Missing | 3 (1.0%) | 1 (0.4%) |
| Type of drinking water | | |
| Community fluoridated drinking water (CFDW) | 116 (36.7%) | 88 (35.5%) |
| Community not fluoridated drinking water (CNFDW) | 118 (37.3%) | 95 (38.3%) |
| Bottled water | 77 (24.4%) | 60 (24.2%) |
| Missing | 5 (1.6%) | 5 (2.0%) |
| Parity | | |
| 0 | 186 (58.9%) | 146 (58.9%) |
| >0 | 130 (41.1%) | 102 (41.1%) |
| Missing | | |
| *Child* | | |
| Order between brothers/sisters | | |
| Not first | 129 (40.8%) | 100 (40.3%) |
| First | 187 (59.2%) | 148 (59.7%) |
| Missing | | |
| Sex | | |
| Female | 170 (53.8%) | 123 (49.6%) |
| Male | 146 (46.2%) | 125 (50.4%) |
| Nursery 1 year | | |
| No | 159 (50.3%) | 123 (49.6%) |
| Yes | 139 (44.0%) | 113 (45.6%) |
| Missing | 18 (5.7%) | 12 (4.8%) |
| Preterm | | |
| No | 305 (96.5%) | 240 (96.8%) |
| Yes | 8 (2.5%) | 6 (2.4%) |
| Missing | 3 (1.0%) | 2 (0.8%) |
| Small for gestational age | | |
| No | 288 (91.1%) | 222 (89.5%) |
| Yes | 24 (7.6%) | 22 (8.9%) |
| Missing | 4 (1.3%) | 4 (1.6%) |
| Breastfeeding weeks | 29.2 (19.9%) | 28.5 (19.8%) |

*Number (N) of subjects and the proportion in each category have been used for categorical variables and mean and standard deviation (sd) for continuous variables. **Deprivation index: MEDEA project.

control was carried out by analyzing a urine reference sample (Medisafe® Metalle U, LGC Standards) with a certified F concentration (assigned value: 10 mg/L; confidence interval: 7.6–12.4 mg/L). The limit of quantification (LOQ), calculated as 10 times the standard deviation of the F concentration in 20 blanks, was found to be 0.0052 mg/L. MUF levels were adjusted for creatinine and reported as F mg/g creatinine (MUFcr). Urinary creatinine was determined at the Normative Public Health Laboratory of Bilbao, Basque Country, by the Jaffé

method (compensated kinetic with target measurement), with Roche reagents, in a Hitachi 911 auto-analyzer.

### 2.4. Child neurodevelopment evaluation

The neuropsychological development of the children was assessed at 14.6 ± 0.8 months and 4.4 ± 0.1 years (mean ± SD) using the Bayley Scales of Infant Development (BSID) (Bayley, 1977) and a standardized version of the McCarthy Scales of Children's Abilities (MSCA) adapted to the Spanish population (McCarthy, 2009) respectively.

The Bayley Mental Development Index (MDI) consists of 163 items that assesses cognitive development and communication skills by evaluating skills such as performance abilities, memory, and early verbal communication. All testing was carried out in local health centers in the presence of the mother, father or another caregiver by specially trained neuropsychologists who were blinded to the child´s F exposure status. To limit inter-observer variability, we applied a strict protocol, including training sessions in which inter-observer differences were discussed (Guxens et al., 2012). The scores according to the age were standardized to a mean of 100 points with a standard deviation of 15 points. Higher scores indicated better general cognitive development.

The MSCA were designed to evaluate children's general intellectual abilities and their strengths and weaknesses. They comprise 18 subtests that yield standardized test scores for 6 scales. The verbal scale refers to cognitive tasks related to the processing of verbal information; the performance scale refers to cognitive tasks related to perceptual information processing, including manual skills; the quantitative scale assesses quantitative abilities; the global memory scale considers short-term retention of information (verbal, visual or quantitative), and the General Cognitive Index (GCI) calculated using the first three scales (McCarthy, 2009). Lastly, there is a motor scale, but this was not included in the study. Raw MSCA scores were normalized to a mean of 100 (SD 15), higher scores indicating better neuropsychological abilities.

### 2.5. Covariates

Data on maternal sociodemographic characteristics were gathered using questionnaires completed during the first and third trimester of pregnancy. These included: age of the mother, maternal social class (based on occupation, derived from the longest-held occupation reported during pregnancy or for mothers not working during their pregnancy, their most recent occupation, regrouped into two categories: non-manual workers [I + II + III for managers, technicians, associate professionals and other non-manual workers], and manual workers [IV + V for skilled, semi-skilled and unskilled manual workers] (Domingo-Salvany et al., 2013)), educational level (secondary or less, university), country of birth (Spain, another country), body mass index (BMI), parity (0, ≥1), smoking during pregnancy (yes, no, reported at the at first and third trimesters of pregnancy), alcohol consumption (no or occasional, more than occasional), diet (drinking water sources -tap or brands of bottled water-, and the amount of water consumed only from the tap was estimated through a food and drink questionnaire (Vioque et al., 2013) and duration (weeks) of breastfeeding. Furthermore, when the child reached around 15 months of age, maternal scores on the Similarities subtest of the Wechsler Adult Intelligence-Third Edition (WAIS-III) (Wechsler and Kaufman, 2001) were assessed as a proxy for maternal IQ, given that this subtest has been shown to be a good predictor of global IQ (Wechsler, 1997). In order to control the possible confounding effects of the socioeconomic level, in addition to the social class of the mother, the deprivation index at the census section level was used (Dominguez-Berjon et al., 2008) in the sensitivity analysis.

In addition, we collected data on characteristics of the children: sex, birth order, whether they were premature (born before 37 weeks of pregnancy) (World Health Organization (WHO), 2015), whether they

IBARLUZEA0000004

*J. Ibarluzea et al.*

*Environmental Research 207 (2022) 112181*

were small for gestational age (birth weight below 10th percentile for gestational age and sex considering national reference values (Carrascosa et al., 2004)) and whether they attended a kindergarten before 2 years of age. All questionnaires were administered face-to-face by trained interviewers.

Recent research provides empirical support for the view that the family context has a significant impact on children's cognitive development. Scores on the Haezi-Etxadi Scale (HES) (Arranz et al., 2014; Barreto et al., 2017), assessing the influence of the quality of family context on children's cognitive development in early childhood, were available at the age of 4 years. This scale is based on the Home Observation for Measurement of the Environment Inventory (Bradley, 2009; Caldwell and Bradley, 1984) and the developmental history interview proposed by Pettit et al. (1997), but also incorporates new variables gathered by observational procedures.

Additional analyses included neurotoxic substances detected in maternal urine samples during pregnancy, such as Total As (μg/g) and manganese (Mn, μg/g), both adjusted for creatinine, and Hg in umbilical cord blood (μg/l). Following the type of analyses carried out in previous cohort studies (Bashash et al., 2017; Green et al., 2019), we decided to include also Pb levels. In our case Pb had been measured in cord blood, although the levels of the samples with levels above the limit of quantification (2 μg/dl) were very low (5.9%). Iodine was also included in the main model due to, on the one hand, the association between urinary iodine (μg/g adjusted for creatinine) and cognitive scores in childhood (Levie et al., 2019), and on the other, the potential effect of F, as an endocrine disruptor, on thyroid function (NRC , 2006; Peckham et al., 2015).

### 2.6. Data handling and statistical analysis

The study sample was described in terms of the characteristics of mothers and children using percentages, means and 95% confidence intervals (CIs). Bivariate analyses of the mean MUFcr levels and Bayley and McCarthy scale scores by: 1) maternal characteristics (including sociodemographic, behavioral and reproductive) and habits (type of water consumed) and 2) child characteristics (including sex, breastfed, small for gestational age, and prematurity) and habits (nursery attendance), were analyzed by Student's t tests or one-way analysis of variance. Pearson correlations were calculated between urinary F levels and children's scores on each of the Bayley and McCarthy scales.

Based on this analysis, the variables with a p value below 0.2 were included in the multiple linear regression models, which were conducted for each of the Bayley and McCarthy cognitive scales, in order to explore the association of the F exposure during pregnancy on the performance of neuropsychological tests. In the multiple linear regression, the criterion for statistical significance was $p < 0.05$. Parameter estimates were expressed as regression coefficients and their 95% CIs associated with one-unit increase in MUFcr level. Residuals from each model had approximately normal distributions, and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations. Effect modification by sex was studied by including an interaction term in the regression model. For scales for which the interaction between sex and F was significant, results in the tables are presented separately for girls and boys. The association with GCI and the other cognitive scale scores appears to be linear across the range of MUFcr during pregnancy. GAM models are shown in Supplementary Fig. 1.

Further, analyses were performed including in the main regression model data available on the HES score and other pollutants that have been considered neurotoxic, namely, total As, Mn, Pb and Hg. Iodine, which is a bioelement essential for life, was also included. All statistical analyses were performed using R (version 3.6.1).

## 3. Results

The characteristics of the mother-child pairs samples analyzed at the age of 1 (Bayley scales) and 4 (McCarthy scales) respectively (Table 1) can be summarized as follows (only one figure is reported when both values in the consecutive follow ups are the same or very similar): the mean age of the mothers when they gave birth was 31 years old, had a BMI of 22.8 kg/m², most of them were nulliparous (58.8%), half of them had a university degree (51.9% and 50.8%) and more than half came from a non-manual social class (56.0 and 59.2%). 19.3% and 18.1% of the pregnant women smoked at some time during pregnancy. In relation to the characteristics of the samples of children included in the analyses, at the 1- and 4-year follow-ups respectively, 53.8% and 49.6% were females, 2.5% and 2.4% were preterm and 7.6% and 8.9% were small for gestational age. Around 44% of the children started kindergarten before the first follow-up. The percentages of the different types of drinking water consumed in pregnancy are reported in Section 2.2. The differences between the study sample and all women that gave birth in the INMA-Gipuzkoa cohort are shown in Supplementary Table 1. In general, there were not significant differences in relation to mother's and child's characteristics with the exception of smoking during pregnancy. Among the participating mothers at any of the follow ups, the percentage of ever smoking in pregnancy was lower than among non-participating mothers.

MUFcr levels (mg F/g creatinine) for the whole pregnancy (mean of the two samples) varied according to the source of drinking water consumed (mean and 95% CI) in each data collection wave, being 0.91 (0.83, 0.99) in mothers drinking CFDW, 0.43 (0.39, 0.47) in those drinking CNFDW and 0.62 (0.56, 0.69) in those drinking BW ($p = 0.04$) among the sample involved in the first wave of data collection (Bayley scales administered), and 0.89 (0.81, 0.98) in the mothers drinking CFDW, 0.41 (0.36, 0.45) in those drinking CNFDW and 0.63 (0.55, 0.71) in those drinking BW ($p = 0.078$) among those involved in the second wave (McCarthy scales administered) (Supplementary Table 2). Mean MUFcr levels (mg F/g creatinine) also varied by trimester of pregnancy, levels being lower in the first trimester than the third at both waves: respectively 0.57 (0.52, 0.62) vs 0.74 (0.69, 0.79) among the first-wave sample ($p < 0.001$) and 0.55 (0.50, 0.60) vs 0.73 (0.67, 0.79) among the second-wave sample ($p < 0.001$). Levels of MUF, MUFcr, Mn, As, and iodine in urine, and of Hg and Pb in cord blood are described in Supplementary Table 3. Differences between those living in municipalities with fluoridated water vs those living in non-fluoridated municipalities were only seen for those variables related to F (participants living in fluoridated or not fluoridated zone, type of drinking water, MUF and MUFcr), age of the mother (follow up at the age 4) and attending nursery (follow up at the age 1)". No differences in toxin levels between zones were observed (only whole pregnancy levels are shown) (Supplementary Table 4), including variables potentially related to neurodevelopment such as maternal education, social class or maternal IQ. There were no significant differences in MUFcr levels between women living in fluoridated and non-fluoridated municipalities according to categories of social class indexes (Supplementary Table 5).

While no significant association was observed between MUFcr levels and Bayley MDI scores, MUFcr (third trimester and whole pregnancy) was weakly ($0.13 \leq r \leq 0.20$) but significantly ($p < 0.05$) and positively correlated with all the McCarthy's cognitive domains scores (third trimester) and with all, except the verbal domain, for the whole pregnancy. Besides, Hg levels at birth were also associated with numeric and memory domains ($r = 0.25$ and 0.15 respectively) and As (third trimester) with the numeric domain ($r = 0.16$). Correlations between MUFcr with iodine, Mn and As in urine were low-to-moderate ($r = 0.12$ and 0.30), but significant. Hg cord blood levels were not associated with MUFcr (Supplementary Table 6). Correlation analyzes between Pb and cognitive functions could not be done due to the small number of samples ($<7\%$) with lead levels $\geq$ LOQ.

No association was found between MUFcr levels and Bayley MDI in

IBARLUZEA0000005

J. Ibarluzea et al.

Environmental Research 207 (2022) 112181

multiple regression models. In the same way, no association was found between MUFcr levels at first trimester and cognitive functions at the age of 4. Nevertheless, per unit (mg/g) of MUFcr in the third trimester, significantly greater verbal (β [CI 95%]: 12.01 ([4.82, 19.19]), memory (9.20 ([2.67, 15.73]) and GCI (11.48 ([4.88, 18.08]) scores were observed in boys, while non-significant effects were seen in girls (p for interaction <0.05). When referring to the MUFcr levels across the whole pregnancy, per unit (mg/g) of MUFcr, significant associations were observed with all the cognitive domains: performance (β [CI 95%]: 5.86 [0.32, 11.39]), numeric (6.22 ([0.65, 11.79]), verbal (13.86 ([3.91, 23.82]), memory (11.63 ([2.62, 20.63]) and GCI (15.40 ([6.32, 24.48]), being the latter three, again only significant for boys (p for interaction <0.05) (Table 2; Supplementary Fig. 2). In stratified analysis, the effects were significant only for boys and for all the cognitive domains at the age of 4 (Supplementary Table 7).

Additional examining other variables like other neurotoxicants (As, Mn, Pb, Hg and As x Pb), iodine, quality child's family context (HES) and deprivation index instead of maternal social class, were carried out. All of them, except Hg, showed results that did not substantially change the overall picture of associations (Supplementary Tables 8–14). However, adjusting for Hg lowered the β values of cognitive functions for the third trimester and whole pregnancy. Nevertheless, at the third trimester of pregnancy significant associations, only in boys, were observed for verbal and GCI (9.74 ([1.75, 17.74]) and (8.15 (0.69, 15.61'+) respectively)), and across whole pregnancy for GCI (10.54 ([0.19, 20.80]) (Table 3). Verbal, numeric and performance domains were no longer significant at whole pregnancy, but showed positive and moderate β values. When all neurotoxic pollutants together were included in the analysis, the beta values remained positives and significant for boys for GCI and numeric domain in whole pregnancy and verbal function in the third trimester of pregnancy (Supplementary Table 15).

The traditional approach used in the cross-sectional studies, comparing the scores of the different functions in those living and nonliving in fluoridated areas, regardless MUF levels, was also carried out, but not significant differences were observed, unless for the numeric domain; favoring those children living in the fluoridated area (Supplementary Table 16). Sensitivity analyses including women with availability of only one sample of urine (first or third trimester), adjusting by zone (fluoridated vs non-fluoridated or excluding extreme low scores of cognitive functions (less than 2 SD) (Supplementary Tables 17–19) were carried out, but results were basically not modified from those observed in Table 2.

Finally, the association between MUFcr and cognitive functions was analyzed by zone (Supplementary Table 20). The results showed that positive associations were mainly observed in non-fluoridated zones. When stratification analyzes among boys were carried out, results

showed that: 1) the association was significant only in the non-fluoridated zones, although the beta values were also high, but non-significant, in the fluoridated zone (Supplementary Tables 21) and 2) more positive and significant associations were observed in children of mothers with a better social position (Supplementary Tables 22) and 3) the association between MUFcr and HES was only statistically significant in families with a lower quality of the family context, although again, the beta values were also high, but non-significant, in high quality context families (Supplementary Table 23).

## 4. Discussion

In this study, we assessed the association between prenatal F exposure, measured as MUFcr, and neuropsychological development at 1 and 4 years old of the children. We consider that this kind of study is necessary to gather evidence which could be crucial for public health policy making. For instance, it might help to decide, based on scientific data, whether community fluoridation programs should continue. We observed no negative effects on children's cognition and even found positive associations for verbal, performance, numeric, memory scores and GCI, in boys at the age of 4 years, although when Hg levels were included in the model only verbal and GCI at week 32 and whole pregnancy remained significant or marginally significant. The positive associations between MUFcr and cognitive functions seemed to be more evident in children of mothers who lived their pregnancy in the non-fluoridated zones. The reduced sample size after stratification and the high beta values in both zones recommend to be prudent about this last association.

The associations have been seen with MUFcr of the third trimester and not with those of the first one. Higher levels of MUFcr have been reported in the third trimester of this study and other prospective studies (Till et al., 2018; Valdez-Jiménez et al., 2017). As there is not information of MUFcr of the second trimester of pregnancy, it is difficult to identify a window of exposure related to the effect, but the lack of associations in the first trimester indicate that the effects are associated with later periods in pregnancy.

The general conclusion drawn from the 27 cross-sectional (ecological) studies included in a meta-analysis (Choi et al., 2012) was that children at school age living in areas with high-F (from 1.0 to more than 11.0 mg/L F in water) and/or high dental fluorosis index had significantly lower IQ scores than those children in the reference group (Choi et al., 2012; Kumar et al., 2020; Li et al., 2010; Li et al., 2003). A recent review of these cross-sectional studies carried out by Grandjean (2019) including 14 new studies, all of them from endemic areas, provided further evidence of cognitive deficits in children with elevated F exposure. The major limitation of these cross-sectional studies is the small number of the covariates included in their design and the lack of

**Table 2**
Multiple lineal regression models for the association between MUFcr (mg/g) levels during pregnancy and cognitive domains scores (Bayley and McCarthy).

| Beta (IC95%) | | Bayley N = 316 | McCarthy N = 248 | | | | |
|---|---|---|---|---|---|---|---|
| | | Mental | Verbal | Performance | Numeric | Memory | General cognitive |
| MUFcr (mg/g) at pregnancy | All/ | 1.48 (−4.2, 7.16) | 13.86 (3.91, 23.82) † ** | 5.86 (0.32, 11.39)* | 6.22 (0.65, 11.79)* | 11.63 (2.62, 20.63) † * | 15.4 (6.32, 24.48) † *** |
| | Boys | | | | | | |
| | Girls | | −1.48 (−9.29, 6.32) | | | −1.77 (−8.82, 5.29) | −0.19 (−7.31, 6.93) |
| MUFcr (mg/g) at week 12 | All | 0.55 (−4.64, 5.74) | 1.11 (−4.86, 7.07) | 4.63 (−0.57, 9.82) | 4.47 (−0.79, 9.73) | 1.71 (−3.66, 7.09) | 3.37 (−2.09, 8.83) |
| MUFcr (mg/g) at week 32 | All/ | 1.52 (−2.92, 5.97) | 12.01 (4.82, 19.19) † *** | 3.68 (−0.49, 7.85) | 4.13 (−0.07, 8.32) | 9.2 (2.67, 15.73) † ** | 11.48 (4.88, 18.08) † *** |
| | Boys | | | | | | |
| | Girls | | −1.09 (−7.01, 4.83) | | | −1.87 (−7.24, 3.51) | −0.54 (−5.97, 4.9) |

Adjusted by age of the child at the time of the test (only for McCarthy), order of the child (between siblings), nursery at 14 months, breastfeeding, maternal social class, IQ and smoking.
Bayley (n = 316): 170 girls and 146 boys; McCarthy (n = 248): 123 girls and 125 boys.
† 004DUFcr and sex interaction statistically significant at the $p < 0.05$ level. When this interaction is significant, first coefficient indicates the effect found in boys and the second in girls. When there is no interaction, the first and only coefficient is indicative of the effect detected for the whole sample (All). * = $p < 0.05$, ** = $p < 0.01$ and *** = $p < 0.001$ in beta coefficients.

IBARLUZEA0000006

J. Ibarluzea et al.

Environmental Research 207 (2022) 112181

**Table 3**
Multiple lineal regression models for the association between MUFcr (mg/g) levels during pregnancy and cognitive domains scores (Bayley and McCarthy) adjusted by cord blood Hg levels.

| Beta (IC95%) | | Bayley N = 316 | McCarthy N = 248 | | | | |
|---|---|---|---|---|---|---|---|
| | | Mental | Verbal | Performance | Numeric | Memory | General cognitive |
| MUFcr (mg/g) at pregnancy | All/ Boys | 2.67 (−3.46, 8.81) | 9.4 (-1.78, 20.57) ⬆ | 4.41 (−1.59, 10.41) | 5.28 (−0.54, 11.1) | 0.8 (−5.3, 6.9) | 10.54 (0.19, 20.89) ⬆* |
| | Girls | | −2.07 (-10, 5.87) | | | | −0.83 (−8.18, 6.52) |
| MUFcr (mg/g) at week 12 | All | 0.89 (−4.55, 6.32) | −1.5 (−7.53, 4.54) | 3.85 (−1.62, 9.33) | 3.38 (−1.96, 8.71) | −0.52 (−6.06, 5.02) | 1 (−4.61, 6.61) |
| MUFcr (mg/g) at week 32 | All/ Boys | 2.65 (−2.14, 7.45) | 9.74 (1.75, 17.74) ⬆* | 2.33 (−2.15, 6.82) | 3.47 (−0.88, 7.82) | 1.15 (−3.4, 5.69) | 8.15 (0.69, 15.61) ⬇* |
| | Girls | | −0.74 (−6.72, 5.25) | | | | −0.46 (−6.04, 5.12) |

Adjusted by age of the child at the time of the test (only for McCarthy), order of the child (between siblings), nursery at 14 months, breastfeeding, maternal social class, IQ and smoking.
Bayley (n = 316): 170 girls and 146 boys; McCarthy (n = 248): 123 girls and 125 boys.
⬇ MUFcr and sex interaction statistically significant at the p < 0.05 level.
⬆ MUFcr and sex interaction statistically significant at the p < 0.10 level. When this interaction is significant, first coefficient indicates the effect found in boys and the second in girls. When there is no interaction, the first and only coefficient is indicative of the effect detected for the whole sample (All).
* = p < 0.05, ** = p < 0.01 and *** = p < 0.001 in beta coefficients.

measures of prenatal F exposure. Our results are opposite to those of the ecological studies mentioned above.

In general, our results are inconsistent with those of the prospective studies with information of prenatal exposure. Valdez-Jiménez et al. (2017) studied Mexican children and including a sample of similar age to our first assessment, exposure to F during pregnancy, and neurodevelopmental tests. The Bayley Scales were used in a sample of 65 mother-infant pairs when offspring were aged 3–15 months. The mean F levels in CDW ranged from 2.6 to 3.7 mg/L, being 3–4 times higher than F levels in the CFDW area of this study. MUFcr levels were also higher (4 times) for Mexican women. Another relevant difference with our study is the high proportion of children below the cutoff for normal mental development. These results are quite different to ours: while the MDI showed a strong inverse association with MUF in the Mexican study, our results did not show any significant association. The second prospective study, also from Mexico, reported data on the McCarthy's GCI and the full-scale IQ from the Wechsler Abbreviated Scale of Intelligence, administered at the ages of 4 and 6–12 years respectively (Bashash et al., 2017). The mean F level in CDW in Mexico City, where the children lived (ranged from 0.15 to 1.3 mg/L), this is, with an upper range above levels in our study. As the authors indicated there was another relevant source of F for the children in Mexico and this was the consumption of fluoridated salt. The mean levels of MUF in Mexican women were similar to the levels found in our group of women consuming CFDW and higher than those consuming CNFDW: 0.82–0.90 vs 0.89–0.91 and 0.41–0.43 mg/g respectively (the ranges of mean values are due to different woman-child pairs being included at different follow-up assessments). The results again differ between the two studies; specifically, while the GCI at the age of 4 and at 6–12 years was inversely and significantly associated with higher levels of MUFcr in pregnancy (Bashash et al., 2017), our results indicated positive associations and a direct and significant association with GCI and the verbal domain, although only for boys. We did not observe any significant association in girls.

The third prospective study analyzed the effect of F in women living in cities in Canada who were supplied with CFDW or CNFDW. The mean levels of F in CDW ranged from 0.13 to 0.59 mg/L, the upper limit of this range being below the levels in CFDW in our study, and the mean MUF (adjusted for specific gravity) was 0.51 mg/L, similar to our mean value (values adjusted for creatinine and gravity usually being similar). Also in this case, a significant and inverse association was observed, although only in boys (Green et al., 2019). Besides the latter three prospective studies with prenatal exposure data, there are two other cohort studies that do not confirm the former negative association. A New Zealander birth cohort followed up 3-year-old children, until they became adults (38 years old) administering IQ tests repeatedly, and did not find any

significant difference in IQ by water fluoridation levels (Broadbent et al., 2015). This study was considered the first prospective study evidencing the lack of negative effect on IQ (Grandjean, 2019). Besides, a recent Swedish retrospective men cohort study using registry data of F levels and cognitive ability measured at 18–20 years old, did not show either a negative association between both variables (Aggeborn and Oehman, 2021).

Neurotoxicity appeared to be dose-dependent and data from the prospective studies suggest that safe exposure could be below currently recommended F concentrations in drinking water (Grandjean, 2019). Nevertheless, there is no general consensus on this, as while Bashash et al. (2017) consider that the effects in Mexican children can be limited to exposure above 0.8 mg/L of F in drinking water, Green et al. (2019), based on their findings in Canadian children, propose the reduction of maternal intake with respect to the optimal F level of 0.7 mg/L currently recommended for drinking water in US and Canada. A recent cross-sectional study (Xu et al., 2020), presented results that indicated a nonlinear relationship with MUF, with a positive association between MUF levels and IQ, below 1.7 mg/L of MUF and a negative association for F levels above that threshold. Our sample's prenatal MUF concentrations were well below 1.7 mg/L (mean and 95% CI of MUF of mothers involved in the second wave (McCarthy scales), were (0.48; 0.17, 0.98 in mg/L); this is, in the positive association side of the curve.

As in most of the literature on this subject, measurements in urine are adjusted by creatinine or gravity to correct for variations in urine dilution (Bashash et al., 2017; Green et al., 2019; Thomas et al., 2016). Given that kidney function has been associated with lower IQ (Elias et al., 2009), this potential source of bias should be considered. Nevertheless, the mean age of mothers at delivery was 31 years old. Mother/child pairs belong to the general population and the expected number of cases with kidney function problems was probably very low; according to the prevalence of moderate chronic kidney disease (0.8%) observed by Hailpern et al. (2007) in a random general population sample, aged 20–59 years old. Accordingly, and added to the fact that the outcomes are assessed in childhood, the potential bias derived from the association between kidney function with IQ (Elias et al., 2009) should be low in this study.

There is not much evidence of the differential effect of F by sex in either toxicological or epidemiological studies, the potential differential effect not having been studied because most experiments have been carried out in male rats. Nevertheless, differential adverse effects of early environmental exposure have been reported in epidemiological studies in boys and girls for F (Green et al., 2019) and other environmental neurotoxins (Gochfeld, 2017; Evans et al., 2014; Lertxundi et al., 2019).

IBARLUZEA0000007

*J. Ibarluzea et al.*

*Environmental Research 207 (2022) 112181*

Experimental studies, most of them using high F concentrations, show that F can cross both the placental barrier and the blood-brain barrier, and accumulate in the brain, specifically in the hippocampus, (ASTDR (Agency for Toxic Substances and Disease Registry), 2003), an area associated with effects on memory, attention and learning (Mullenix et al., 1995; Bera et al., 2007). Nevertheless, there is still debate about the toxicity of F in experimental studies, the National Toxicology Program (NPT) concluding that evidence was low in animals exposed during development (NTP , 2016). Some authors have suggested that F exposure in utero may impair attention, memory and visuospatial organization (Basha et al., 2011; Calderón et al., 2003; Jiang et al., 2014) and might explain cognitive deficits observed in preschool and school age children (Rocha-Amador et al., 2007; Poureslami et al., 2011), as well as attention problems and hyperactivity in adolescents (Malin and Till, 2015). Another mechanism of action proposed for F is changes in the levels of neurotransmitter, as have been observed in experimental studies (Faraone et al., 2015) and a study of aborted fetuses of mothers living in endemic vs non endemic hydrofluorosis areas (Yu et al., 2008).

One of the main limitations of the epidemiological cross-sectional studies on the effects of F is that the presence of other pollutants that may be present in water supplies has rarely been considered (Rocha-Amador et al., 2007; Wang et al., 2007). It is well known that F and As are common co-contaminants in ground water in arid and semi-arid regions of the world, and that more than 300 million people worldwide use groundwater contaminated by one or both of them (Limón-Pacheco et al., 2018). When As, Mn, Pb or iodine levels were included in the model of the association between MUF and cognitive domains, the associations were not substantially modified. The reason to include iodine was that its deficiency has been identified as a cause of hypothyroidism (Levie et al., 2019) and also has been suggested that F exposure from CDW may also contribute to the development of hypothyroidism (Peckham et al., 2015). The inclusion of cord blood Hg, however, changed the number of significant associations found with cognitive functions reducing these to the verbal and GCI, and leaving the rest of the cognitive domain positive but not significant. Contrary to the change in the association shown in our study, the associations observed in the cohort studies of Mexico (Bashash et al., 2017) and Canada (Green et al., 2019) remained, in general, unchanged after being adjusted by Hg or other neurotoxins as As, Pb, and Mn. Our results do not show any interaction between MUF and Hg (cord blood) with cognitive functions. It could be considered that the change in the observed effect could be attributed to: 1) the fact that the toxic effect of Hg is produced at concentrations, a couple of orders of magnitude lower than the toxic effect of F (Mahaffey et al., 2009), and 2) the high levels of Hg in our children, 65% had levels above the United States Environmental Protection Agency (US EPA) reference dose at birth (Llop et al., 2012).

### 4.1. Study strengths and limitations

Among the strengths of this study are that the F was measured in urine during pregnancy, in two different trimesters, and hence, the exposure relates to early phases of brain development. We measured levels in only two spot samples from the first and third trimester, but morning spot sample F levels have shown a good correlation with 24-h F concentration and intake (Zohouri et al., 2006). Nevertheless, it remains unknown whether such a small number of samples represents real fetal exposure throughout pregnancy for this and other pollutants. A relevant strength relates to the data gathered in the study on wide range of covariates related to the child and maternal characteristics described in the method section. However, we are not able to exclude the possibility of unmeasured residual confounding. The stressors with the greatest impact on cognition during the prenatal and early childhood period have been related to the health of the mother, her diet and lifestyle, the quality of family and social interaction, and exposure to toxic substances (Nilsen et al., 2020). In conducting these analyses, we attempted to consider combined exposure to both chemical and non-chemical

stressors at early developmental life stages. In this sense, all the analyses were controlled for a comprehensive group of the aforementioned covariates. Additional sensibility analyses included the quality of the family context, deprivation index instead of maternal social class, and the co-exposure to all the toxic chemicals together. In general, although a smoothness in the association was found, there were not relevant changes in the direction of the associations previously observed. Further stratification analyzes among boys were carried out, by type of zone (fluoridated vs non-fluoridated), maternal social class and quality of family context.

Among the limitations, we should mention that, unlike other prospective studies (Bashash et al., 2017; Green et al., 2019), we did not use F intake from CDW as a proxy for internal exposure and as the independent variable to assess the potential effect in neurocognitive development. Water intake was not included in the analyses due to the lack of information on the amount of each brand of bottled water consumed in the food and drink questionnaire. Nonetheless, BW is a relevant source of DW: around 24% of our pregnant women consumed this type of water, and what is more, BW may be a considerable source of F and the results of MUF clearly showed that women drinking BW had intermediate levels between those found in women consuming CFDW and those consuming CNFDW. Hence, the inclusion of the consumption of BW can also be considered a strength of this study. As far as we know, no other studies include this source of F or type of DW in their epidemiological analysis, at least not in an explicit way.

In summary, our study shows a direct positive effect for boys and no significant effect for girls. The results of our study could support the view that F has a detrimental effect with exposure through CDW at levels above 0.8 mg/l as previously suggested (Bashash et al., 2017) and may even have a positive effect at lower levels. The highest levels of F in CDW to which pregnant mothers were exposed in our study was slightly above 0.8 mg/L and the lowest levels were below 0.10 mg/l. A question that emerges from these results is if F could have a dose-response effect like those of other chemical elements essential for life, showing a different behavior at levels in the range of or lower than those recommended by agencies such as the World Health Organization (Marthaler, 1999) and the U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation (2015). In this line, a recent cross-sectional publication suggests a positive relationship between MUF and the score of cognitive functions under a specific level of MUF, clearly lower than those found in our women (Xu et al., 2020). Further, studies should be carried out before ruling out a potential beneficial effect of F at low levels in natural or FCDW.

### 5. Conclusion

A positive association between MUF and GCI scores and other measures of cognitive functions at 4 years of age is observed among boys in a prospective birth cohort in Spain. The current findings contradict, with a few exceptions, results obtained previously in cross-sectional and prospective studies. Despite difficulties in interpreting and identifying other studies and biological mechanisms that support these results, other population-based studies are warranted to confirm or overturn these results at low levels of F in drinking water.

### Credit author statement

Jesús Ibarluzea: Conceptualization, Funding acquisition; Investigation, Methodology, Writing – review & editing, Supervision. Mara Gallastegi: Software; Validation, Visualization, Writing – original draft. Loreto Santa Marina: Funding acquisition, Project administration, Software, Writing – original draft. Ana Jiménez Zabala: Investigation, Methodology, Writing – review & editing. Enrique Arranz: Methodology, Writing – original draft. Amaia Molinuevo: Data curation; Formal analysis. Maria Jose Lopez Espinosa: Funding acquisition, Methodology. Ferran Ballester: Investigation, Methodology. Cristina M Villanueva:

IBARLUZEA0000008

J. Ibarluzea et al.

*Environmental Research 207 (2022) 112181*

Methodology; Writing – review & editing. Isolina Riano: Investigation, Writing – original draft. Jordi Sunyer: Visualization, Writing – review & editing. Adonina Tardon: Funding acquisition, Methodology. Aitana Lertxundi: Formal analysis, Funding acquisition, Investigation, Methodology, Supervision, Visualization, Writing – review & editing.

## Funding

This study was funded by grants from Spanish Institute of Health Carlos III-Ministry of Economy and Competitiveness (INMA Network G03/176, CB06/02/0041, and FIS-European Regional Development Fund (ERDF): PI03/1615, PI04/1436, PI08/1151, PI04/2018, PI04/1509, PI04/1112, PI04/1931, PI05/1079, PI05/1052, PI06/1213, PI06/0867, PI07/0314, PI09/02647, PS09/00090, PI09/02311, and MS11/0178); Miguel Servet-ERDF (MSII16/00051, CP14/00108 & PI16/00261 [Co-funded by the ERDF "A way to make Europe"], and MS13/00054); Generalitat de Catalunya- Interministerial Council for Research and Technological Innovation (CIRIT) 1999SGR 00241; Ministry of Science and Innovation (MICINN) (JCI- 2011–09771); Generalitat Valenciana (Department of Health [Conselleria de Sanitat]-048/2010 and 060/2010 and FISABIO-UGP 15–230, 15–244, and 15–249); Fundació La Marató de TV3 (090430); Alicia Koplowitz Foundation (2017); University of Oviedo (Uniovi); Fundación Cajastur-Liberbank; Department of Health of the Basque Government (2005111093, 2009111069 and 2015111065); the Provincial Government of Gipuzkoa (DFG06/004 DFG08/001 and DF2015/221); and the Fundación Roger Torné. ISGlobal is a member of the CERCA Programme, Generalitat de Catalunya. Funding sources played no role in the design or execution of the study, including collection, management, analysis and interpretation of the data; or the preparation, review, and approval of the manuscript. All authors contributed to the design of the study, securing funding, and execution of the study, interpretation of the data and preparation of the final manuscript.

## Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## Acknowledgements

The authors would like to acknowledge all the INMA study participants for their generous collaboration, and the interviewers for their assistance in contacting the families and administering the questionnaires.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.envres.2021.112181.

## References

Aggeborn, L., Oehman, M., 2021. The effects of fluoride in drinking water. J. Polit. Econ. 129, 465–491. https://doi.org/10.1086/711915.

Aravind, A., Dhanya, R., Narayan, A., Sam, G., Adarsh, V., Kiran, M., 2016. Effect of fluoridated water on intelligence in 10-12-year-old school children. J. Int. Soc. Prev. Community Dent. 6, S237–S242. https://doi.org/10.4103/2231-0762.197204.

Arranz, E.B., Olabarrieta, F., Manzano, A., Martín Ayala, J.L., Galende, N., 2014. Etxadi-Gangoiti scale: a proposal to evaluate the family contexts of two-year-oldchildren. Early Child. Dev. Care 184, 933–948. https://doi.org/10.1080/03004430.2013.829823.

ASTDR (Agency for Toxic Substances and Disease Registry), 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine (Atlanta, Georgia).

Aylward, L.L., Hays, S.M., Vezina, A., Deveau, M., St-Amand, A., Nong, A., 2015. Biomonitoring Equivalents for interpretation of urinary fluoride. Regul. Toxicol. Pharmacol. 2, 158–167. https://doi.org/10.1016/j.yrtph.2015.04.005.

Barreto, F.B., Sánchez de Miguel, M.l., Ibarluzea, J., Andiarena, A., Arranz, E., 2017. Family context and cognitive development in early childhood: a longitudinal study. Intelligence 65, 11–22. https://doi.org/10.1016/j.intell.2017.09.006.

Basha, P.M., Rai, P., Begum, S., 2011. Fluoride toxicity and status of serum thyroid hormones, brain histopathology, and learning memory in rats: a multigenerational assessment. Biol. Trace Elem. Res. 144, 1083–1094. https://doi.org/10.1007/s12011-011-9137-3.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., et al., 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6 – 12 Years of age in Mexico. Enviromental Heal Perspect 1, 1–12. https://doi.org/10.1289/EHP655.

Bayley, N., 1977. Manual for the Bayley Scales of Infant Development. Escalas Bayley de Desarrollo Infantil, TEA Ediciones, Madrid.

Bera, I., Sabatini, R., Auteri, P., Flace, P., Sisto, G., Montagnani, M., et al., 2007. Neurofunctional effects of developmental sodium fluoride exposure in rats. Eur. Rev. Med. Pharmacol. Sci. 11, 211–224.

Bradley, R.H., 2009. The HOME environment. The handbook of cultural developmental science. In: Bornstein, M.H. (Ed.), Part 2. Development in Different Places on Earth. Taylor & Francis, New York, pp. 505–530.

Broadbent, J.M., Thomson, W.M., Ramrakha, S., Moffitt, T.E., Zeng, J., Foster Page, L.A., et al., 2015. Community water fluoridation and intelligence: prospective study in New Zealand. Am. J. Publ. Health 105, 72–76. https://doi.org/10.2105/AJPH.2013.301857.

Bronckers, A.L.J.J., Lyarus, D.M., Denbesten, P.K., 2009. Critical review in oral biology and medicine: the impact of fluoride on ameloblasts and the mechanisms of enamel fluorosis. J. Dent. Res. 88, 877–893. https://doi.org/10.1177/0022034509343280.

Calderón, J., Ortiz-Pérez, D., Yáñez, L., Diaz-Barriga, F., 2003. Human exposure to metals. Pathways of exposure biomarkers of effect, and host factors. Ecotoxicol. Environ. Saf. 56, 93–103. https://doi.org/10.1016/S0147-6513(03)00053-8.

Caldwell, B.M., Bradley, R.H., 1984. HOME Observation for Measurement of the Environment. University of Arkansas, Little Rock.

Carrascosa, A., Yeste, D., Copil, A., Almar, A., Salcedo, S., Gussinyé, M., 2004. [Anthropometric growth patterns of preterm and full-term newborns (24-42 weeks' gestational age) at the Hospital Materno-Infantil Vall d'Hebron (Barcelona)(1997-2002)]. An. Pediatr. (Barc). 60, 406–416. https://doi.org/10.1016/s1695-4033(04)78299-5.

Choi, A.L., Sun, G., Zhang, Y., Grandjean, P., 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Enviromental Heal. Perspect. 120, 1362–1368. https://doi.org/10.1016/j.placenta.2016.12.005.

Choi, A.L., Zhang, Y., Sun, G., Bellinger, D.C., Wang, K., Yang, X.J., et al., 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. Neurotoxicol. Teratol. 47, 96–101. https://doi.org/10.1016/j.ntt.2014.11.001.

Domingo-Salvany, A., Bacigalupe, A., Carrasco, J.M., Espelt, A., Ferrando, J., Borrell, C., 2013. Proposals for social class classification based on the Spanish National Classification of Occupations using neo-Weberian and neo-Marxist approaches. Gac. Sanit. 27, 263–272. https://doi.org/10.1016/j.gaceta.2012.12.009.

Dominguez-Berjon, M.F., Borrell, C., Cano-Serral, G., Esnaola, S., Nolasco, A., Pasarin, M. I., et al., 2008. Constructing a deprivation index based on census data in large Spanish cities(the MEDEA project). Gac. Sanit. 22, 179–187. https://doi.org/10.1157/13123961.

Elias, M.F., Elias, P.K., Seliger, S.L., Narsipur, S.S., Dore, G.A., Robbins, M.A., 2009. Chronic kidney disease, creatinine and cognitive functioning. Nephrol. Dial. Transplant. 24, 2446–2452. https://doi.org/10.1093/ndt/gfp107.

Evans, S.F., Kobrosly, R.W., Barrett, E.S., Thurston, S.W., Calafat, A.M., Weiss, B., 2014. Prenatal bisphenol A exposure and maternally reported behavior in boys and girls. Neurotoxicology 91–99. https://doi.org/10.1016/j.neuro.2014.10.003, 2014.

Faraone, S.V., Asherson, P., Banaschewski, T., Biederman, J., Buitelaar, J.K., Ramos-Quiroga, J.A., et al., 2015. Attention-deficit/hyperactivity disorder. Nat. Rev. Dis. Prim. 1, 15020. https://doi.org/10.1038/nrdp.2015.20.

Goasdoué, K., Miller, S.M., Colditz, P.B., Björkman S.T., 2017. Review: the blood-brain barrier; protecting the developing fetal brain. Placenta 54, 111–116. https://doi.org/10.1016/j.placenta.2016.12.005.

Gobierno, E.K.U.I.S. Vasco. Departamento de Salud. Sistema de Información de Aguas de Consumo de la CAPV. http://www.osakidetza.euskadi.net/r85-cksalu10/es/j15aWar/j15aindex.jsp. (Accessed 20 February 2021).

Gochfeld, M., 2017. Sex differences in human and animal toxicology. Toxicol. Pathol. 45, 172–189. https://doi.org/10.1177/0192623316677327.

Grandjean, P., 2019. Developmental fluoride neurotoxicity: an updated review. Environ. Health 18, 110. https://doi.org/10.1186/s12940-019-0551-x.

Green, R., Lanphear, B., Hornung, R., Flora, D., Martinez-Mier, E.A., Neufeld, R., et al., 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatr 173, 940–948. https://doi.org/10.1001/jamapediatrics.2019.1729.

Guxens, M., Ballester, F., Espada, M., Fernández, M.F., Grimalt, J.O., Ibarluzea, J., et al., 2012. Cohort profile: the INMA-INfancia y Medio Ambiente-(environment and childhood) project. Int. J. Epidemiol. 41, 930–940. https://doi.org/10.1093/ije/dyr054.

Hailpern, S.M., Melamed, M.L., Cohen, H.W., Hostetter, T.H., 2007 Jul. Moderate chronic kidney disease and cognitive function in adults 20 to 59 years of age: third National Health and Nutrition Examination Survey (NHANES III). J. Am. Soc. Nephrol. 18 (7), 2205–2213. https://doi: 10.1681/ASN.2006101165.

Indermitte, E., Saava, A., Karro, E., 2009. Exposure to high fluoride drinking water and risk of dental fluorosis in Estonia. Int. J. Environ. Res. Publ. Health 6, 710–721. https://doi.org/10.3390/ijerph6020710.

IBARLUZEA0000009

J. Ibarluzea et al.

*Environmental Research 207 (2022) 112181*

Jiang, S., Su, J., Yao, S., Zhang, Y., Cao, F., Wang, F., Wang, H., Li, J., Xi, S., 2014. Fluoride and arsenic exposure impairs learning and memory and decreases mGluR 5 expression in the hippocampus and cortex in rats. PLoS One 23 (4). https://doi.org/10.1371/journal.pone.0096041.

Jones, S., Burt, B.A., Petersen, P.E., Lennon, M.A., 2005. The effective use of fluorides in public health. Bull. World Health Organ. 83, 670–676.

Khan, S.A., Singh, R.K., Navit, S., Chadha, D., Johri, N., Navit, P., et al., 2015. Relationship between dental fluorosis and intelligence quotient of school going children in and around lucknow district: a cross-sectional study. J. Clin. Diagn. Res. 9, ZC10–ZC15. https://doi.org/10.7860/JCDR/2015/15518.6726.

Kumar, R.K., Reddy, K.S., Reddy, N.V., Karthik, T., Reddy, M.A., Nagakishore, 2020. Relationship between dental fluorosis and I.Q of school going children aged 10-12 years in and around Nalgonda district-A cross-sectional study. J. Indian Soc. Pedod. Prev. Dent. 38, 332–337. https://doi.org/10.4103/JISPPD.JISPPD_160_20.

Lertxundi, A., Andiarena, A., Martínez, M.D., Ayerdi, M., Murcia, M., Estarlich, M., et al., 2019. Prenatal exposure to PM2.5 and NO2 and sex-dependent infant cognitive and motor development. Environ. Res. 174, 114–121. https://doi.org/10.1016/j.envres.2019.04.001.

Levie, D., Korevaar, T.I.M., Bath, S.C., Murcia, M., Dineva, M., Llop, S., et al., 2019. Association of maternal iodine status with child IQ: a meta-analysis of individual participant data. J. Clin. Endocrinol. Metab. 104, 5957. https://doi.org/10.1210/jc.2018-02559, 596.

Li, Y., Jing, X., Chen, D., Lin, L., Wang, Z., 2003. The effects of endemic fluoride poisoning on the intellectual development of children in Baotou. Chin. J. Public Health Mangement 19, 337–338.

Li, X.H., Hou, G.Q., Yu, B., Yuan, C.S., Liu, Y., Zhang, L., et al., 2010. Investigation and analysis of children's intelligence and dental fluorosis in high fluoride area. J Med Pest Control 26, 230–231.

Limón-Pacheco, J.H., Jiménez-Córdova, M.I., Cárdenas-González, M., Sánchez Retana, I. M., Gonsebatt, M.E., Del Razo, L.M., 2018. Potential Co-exposure to arsenic and fluoride an.d biomonitoring equivalents for Mexican children. Ann Glob Health 27, 257–273. https://doi.org/10.29024/aogh.913.

Liteplo, R., 2002. World health organization., united nations environment Programme., international labour organisation., inter-organization Programme for the sound management of chemicals., international program on chemical safety. In: WHO Task Group on Environmental Health Criteria for Fluorides. World Health Organization, Fluorides.

Liu, Y., Téllez-Rojo, M., Howard Hu, H., Sánchez B, N., Martinez-Mier, E.A., Bas, N., et al., 2019. Fluoride exposure and pubertal development in children living in Mexico City. Environ. Health 18, 26. https://doi.org/10.1186/s12940-019-0465-7, 2019.

Llop, S., Guxens, M., Murcia, M., Lertxundi, A., Ramon, R., Riaño, I., et al., 2012. Prenatal exposure to mercury and infant neurodevelopment in a multicenter cohort in Spain: study of potential modifiers. Am. J. Epidemiol. 175, 451–465. https://doi.org/10.1093/aje/kwr328.

Mahaffey, K.R., Clickner, R.P., Jeffries, R.A., 2009. Adult women's blood mercury concentrations vary regionally in the United States: association with patterns of fish consumption (NHANES 1999–2004). Environ. Health Perspect. 117, 47–53. https://doi.org/10.1289/ehp.11674.

Malin, A.J., Till, C., 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ. Health 14, 17. https://doi.org/10.1186/s12940-015-0003-1.

Marthaler, T., 1999. Monitoring of Renal Fluoride Excretion in Community Preventive Programmes on Oral Health. World Health Organization, Geneva, Switzerland.

McCarthy, D., 2009. MSCA. Escalas McCarthy de Aptitudes y Psicomotricidad para Niños. TEA aditions, Madrid.

Mondal, D., Dutta, G., Gupta, S., 2016. Inferring the fluoride hydrogeochemistry and effect of consuming fluoride-contaminated drinking water on human health in some endemic areas of Birbhum district, West Bengal. Environ. Geochem. Health 38, 557–576. https://doi.org/10.1007/s10653-015-9743-7.

Mullenix, P.J., Denbesten, P.K., Schunior, A., Kernan, W.J., 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17, 169–177. https://doi.org/10.1016/0892-0362(94)00070-t.

Nilsen, F.M., Ruiz, J.D.C., Tulve, N.S., 2020. A meta-analysis of stressors from the total environment associated with children's general cognitive ability. International Journal of Environmental Research and Public Health 2020 17. https://doi.org/10.3390/ijerph17155451.

NRC (National Research Council), 2006. Fluoride in Drinking Water: a Scientific Review of EPA's Standards. National Academies Press, Washington DC.

NTP (National Toxicology Program), 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. National Institute of Environmental Health Sciences, Research Triangle Park.

Peckham, S., Lowery, D., Spencer, S., 2015. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. J. Epidemiol. Community Health 69, 619–624. https://doi.org/10.1136/jech-2014-204971.

Pettit, G.S., Bates, J.E., Dodge, K.A., 1997. Supportive parenting, ecological context, and children's adjustment: a seven-year longitudinal study. Child Dev. 68, 908–923. https://doi.org/10.1111/j.1467-8624.1997.tb01970.x.

Poureslami, H.R., Horri, A., Khoramian, S., Garrusi, B., 2011. Intelligence quotient of 7 to 9 year-old children from an area with high fluoride in drinking water. J. Dent. Oral Hyg. 3, 61–64.

Razdan, P., Patthi, B., Kumar, J.K., Agnihotri, N., Chaudhari, P., Prasad, M., 2017. Effect of fluoride concentration in drinking water on intelligence quotient of 12–14-year-old children in mathura district: a cross-sectional study. J. Int. Soc. Prev. Community Dent. 7, 252. https://doi.org/10.4103/JISPCD.JISPCD_201_17.

Rocha-Amador, D., Navarro, M.E., Carrizales, L., Morales, R., Calderón, J., 2007. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cad. Saúde Pública 23, S579–S587. https://doi.org/10.1590/s0102-311x2007001600015.

Sebastian, S., Sunitha, S., 2015. A cross-sectional study to assess the intelligence quotient (IQ) of school going children aged 10-12 years in villages of Mysore district, India with different fluoride levels. J Indian Soc. Pedod. Prev. Dent. 33, 307–311. https://doi.org/10.4103/0970-4388.165682.

Thomas, D.B., Basu, N., Martinez-Mier, E.A., Sánchez, B.N., Zhang, Z., Liu, Y., et al., 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ. Res. 150, 489–495. https://doi.org/10.1016/j.envres.2016.06.046. Epub 2016 Jul 14. PMID: 27423051.

Till, C., Green, R., Grundy, J.G., Hornung, R., Neufeld, R., Martinez-Mier, E.A., et al., 2018. Community fluoride exposure and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ. Health Perspect. 126, 107001. https://doi.org/10.1289/EHP3546.

U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation, 2015. U.S. public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. Publ. Health Rep. 130, 21–28.

U.S. National Toxicology Program, N., 2016. NTP Research Report 1: Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies.

Valdez-Jiménez, L., López Guzmán, O.D., Cervantes Flores, M., Costilla-Salazar, R., Calderón Hernández, J., Alcaraz Contreras, Y., et al., 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59, 65–70. https://doi.org/10.1016/j.neuro.2016.12.011.

Vioque, J., Navarrete-Muñoz, E.M., Gimenez-Monzó, D., García-de-la-Hera, M., Granado, F., Young, I.S., et al., 2013. Reproducibility and validity of a food frequency questionnaire among pregnant women in a Mediterranean area. Nutr. J. 19, 12–26. https://doi.org/10.1186/1475-2891-12-26.

Wang, S.X., Wang, Z.H., Cheng, X.T., Li, J., Sang, Z.P., Zhang, X.D., 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environ. Health Perspect. 115 (4), 643–647. https://doi.org/10.1289/ehp.9270.

Wechsler, D., 1997. WAIS-III Escala intelectual de Wechsler para adultos. TEA ediciones, Madrid, Spain.

Wechsler, D., Kaufman, A., 2001. WAIS-III. Escala de inteligencia de Wechsler para adultos (III). Tea Ediciones, Madrid, Spain.

World Health Organization (WHO), 2015. What Is a Preterm Baby?. WHO Team Maternal Health. World Health Organization.

Xu, K., An, N., Huang, H., Duan, L., Ma, Jun, Ding, J., et al., 2020. Fluoride exposure and intelligence in school-age children: evidence from different windows of exposure susceptibility. BMC Publ. Health 20, 1657. https://doi.org/10.1186/s12889-020-09765-4.

Yu, Y., Dong, W., Zhang, L., Xiao, H.L., 2008. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Fluoride 41 (2), 134–138.

Zohouri, F., Swinbank, C., Maguire, A., Moynihan, P., 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride?. Community Dent. Oral Epidemiol. 34, 130–138. https://doi.org/10.1111/j.1600-0528.2006.00269.x.

IBARLUZEA0000010

# Association of maternal prenatal urinary fluoride levels with ADHD symptoms in childhood.

Environmental Research 235 (2023) 116705



Contents lists available at ScienceDirect

# Environmental Research

journal homepage: www.elsevier.com/locate/envres





# Association of maternal prenatal urinary fluoride levels with ADHD symptoms in childhood.

Jesús Ibarluzea [a,b,c,d,1], Mikel Subiza-Pérez [b,c,d,e,1], Ane Arregi [b,d,*], Amaia Molinuevo [d], Enrique Arranz-Freijo [b,d], Manuel Sánchez-de Miguel [b,d], Ana Jiménez [a,c,d], Ainara Andiarena [b,d], Loreto Santa-Marina [a,c,d], Aitana Lertxundi [c,d,f]

[a] Ministry of Health of the Basque Government, Sub-Directorate for Public Health and Addictions of Gipuzkoa, 20013, San Sebastián, Spain
[b] Faculty of Psychology of the University of the Basque Country (UPV-EHU), 20018, San Sebastian, Spain
[c] Spanish Consortium for Research on Epidemiology and Public Health (CIBERESP), 28029, Madrid, Spain
[d] Biodonostia Health Research Institute, Environmental Epidemiology and Child Development Group, 20014, San Sebastian, Spain
[e] Bradford Institute for Health Research, Temple Bank House, Bradford Royal Infirmary, BD9 6RJ, Bradford, United Kingdom
[f] Faculty of Medicine and Nursery of the University of the Basque Country (UPV/EHU), 48940, Leioa, Spain

### A R T I C L E   I N F O

Handling Editor: Jose L Domingo

Keywords:
ADHD
Fluoride
Drinking water
Pregnancy
Childhood

### A B S T R A C T

*Background:* Health concerns about the potential impact of exposure to fluoride via drinking water (DW) on neuropsychological development include behavioral outcomes such as ADHD.
*Objective:* We aimed to examine the association between prenatal maternal urinary fluoride and symptoms associated with attention-deficit/hyperactivity disorder (ADHD) at the age of 8 and 11 years.
*Method:* Data from 255 to 236 mother-child pairs from the "Infancia y Medio Ambiente" (INMA) birth cohort (Gipuzkoa; Spain) with maternal urinary F adjusted for creatinine (MUFcr) during pregnancy (first and third trimester) and child assessments of ADHD-like symptoms reported by Conners' Rating Scales-Revised at age of 8 and 11 years was available. Clinical approach was also used: cut off criteria (T > 66). Multiple linear regression models were fitted when outcomes were analyzed as continuous, and logistic regression models when the outcomes were analyzed with a categorical approach. Covariates related to maternal characteristics, birth outcomes, childhood, quality of family context and biomarkers of neuro-toxicants were used.
*Results:* No association was found between MUFcr levels during pregnancy and cognitive problems-inattention, hyperactivity or ADHD index score of symptoms at 8 or 11 years. When results were analyzed from the perspective of a clinical approach, at the age of 11 years, there were significant inverse association between MUFcr and being categorized as a cognitive problems-inattention case. ORs were also indicative of a lower risk, although not significant, for ADHD index at age 11. Sensitivity analyses, taking into consideration quality of family context and the levels of other toxicants during pregnancy showed similar results.
*Conclusions:* Higher levels of MUFcr in pregnant women were associated with a lower risk of cognitive problems-inattention at 11 years. These findings are inconsistent with those from previous studies and indicate the need for other population-based studies to confirm or overturn these results.

*Abbreviations:* ADHD, attention-deficit and/or hyperactivity disorder; BW, bottled water; CRS-R, Conners' Rating Scale– Revised Short Form; MUFcr, maternal urinary fluoride adjusted by creatinine; DW, drinking water; CFDW, community fluoridated drinking water; CNFDW, community non-fluoridated drinking water; HOME, Home Observation for Measurement of the Environment; L, liter; dL, deciliter; mg, milligram; µg, microgram; M, Mean; SD, Standard Deviation; SE, Standard Error; USDA, U.S Department of Agriculture.
 * Corresponding author. Biodonostia, Environmental Epidemiology and Child Development Group, 20014, San Sebastian, Spain.
 *E-mail address:* ane.arregi@ehu.eus (A. Arregi).
 [1] These authors contributed equally to this work and should be listed as the first authors.

https://doi.org/10.1016/j.envres.2023.116705
Received 3 May 2023; Received in revised form 17 June 2023; Accepted 18 July 2023
Available online 19 July 2023
0013-9351/© 2023 The Authors. Published by Elsevier Inc. This is an open access article under the CC BY-NC license (http://creativecommons.org/licenses/by-nc/4.0/).

IBARLUZEA0000011

## 1. Introduction

### 1.1. The fluorination of drinking water

The addition of fluoride (F) to drinking water (DW) to generate community fluoridated drinking water (CFDW) has been used for decades to prevent dental caries. Although CFDW has been considered among the top-ten public health achievements of the 20th century, specifically for children from low social class (Jones et al., 2005; Khan et al., 2015), there is little evidence based on high quality studies to get a clear picture about the effectiveness of water fluoridation for the prevention of caries and about the reduction in disparities in caries levels across socioeconomic status (Iheozor-Ejiofor et al., 2015). Beside this debate, many scientific health authorities have endorsed the use of other applications of F (e.g. toothpastes, gels, and varnishes) due to the beneficial effect of its topical application, as well as safety and cost-effectiveness notions (NHS - National Health System, 2021; Veneri et al., 2023). It is well known that low F concentrations are present naturally in water in many geographies. However, raw waters in countries such as India, China, Iran or Mexico exceed the WHO recommendations (Grandjean, 2019). The main source of F in communities that fluoridate DW comes from the ingestion of CFDW or beverages prepared with this type of water -approximately 75% of F intake in the U.S. (U.S. Environmental Protection Agency, 2010; U.S. Department of Agriculture (USDA), 2005). Other sources of F are cooking salt, dental products, including toothpastes, mouth rinses, varnishes, supplements or processed foods prepared with fluoridated water (National Research Council, 2006). Drinking tea can also be a relevant source in countries where its ingestion is high (Waugh et al., 2017).

Given that oral hygiene has greatly improved in western countries in the last decades, the decision to maintain CFDW is nowadays controversial among public health practitioners, researchers, health professionals and the general population (Broadbent et al., 2015; Choi et al., 2012). Still in the dental health domain, a reason for concern is the association between high levels of this halogen and dental and skeletal fluorosis (Bronckers et al., 2009; Indermitte et al., 2009). It is well known that F crosses human placenta (Adinolfi, 1985) and accumulates in fetal brain tissues (Du et al., 2008; Narayanaswamy and Piler, 2010), thereby inducing neurotoxicity (Chen et al., 2018; Dong et al., 1993; Jiang et al., 2016; McPherson et al., 2018; Mullenix et al., 1995). Therefore, the most relevant health-related preoccupation nowadays is about the potential effects of F present in CFDW on neuropsychological development during childhood, like decrements in cognitive function, internalizing problems and learning problems (Wang et al., 2022; Barberio et al., 2017).

### 1.2. Epidemiological studies on F and neurodevelopment

Epidemiological studies have explored associations between early-life exposure to fluoride and decrements in cognitive function (i.e. IQ indexes). Some of these studies have detected such effects in areas where raw waters present high F levels (Bashash et al., 2017; Choi et al., 2012; Grandjean, 2019). However, when it comes to CFDW studies are not consistent and show toxic (Green et al., 2019; Valdez-Jiménez et al., 2017), null (B Broadbent et al., 2015; Aggeborn and Oehman, 2021) or even protective effects (Ibarluzea et al., 2022).

Attention-deficit and/or hyperactivity disorder (ADHD) is the most common neurodevelopmental disorder in school-aged children and adolescents, with an estimated worldwide prevalence of 5% (Polanczyk et al., 2017; American Psychiatric Association, 2013). Apart from the role played by genetics in the susceptibility to ADHD, different environmental exposures have been considered as potential risk factors. This is the case of exposure to tobacco and alcohol during pregnancy (Polańska et al., 2012), exposure to lead and mercury (Huang et al., 2016; Lozano et al., 2021), and other chemical exposures such as organochlorines (Xu et al., 2023) or air pollution (Fuertes et al., 2016;

Perera et al., 2018; Sentís et al., 2017). Nutritional (Polańska et al., 2012; Lertxundi et al., 2021), family (e.g. quality of the family context (Barreto-Zarza et al., 2022); and socio-economic factors (Markham and Spencer, 2022; Russell et al., 2016) have also been linked to ADHD.

The question of whether exposure to F could have negative implications for ADHD diagnosis and symptomatology as well has been addressed in a reduced number of studies which have also obtained heterogeneous results. For instance, an ecological study conducted in the United States reported a negative correlation between prevalence of FCDW and ADHD prevalence in youths (Malin and Till, 2015). On the contrary, two cross-sectional studies failed to find significant associations between urinary fluoride (UF) and ADHD symptoms or diagnoses in Chinese (Wang et al., 2022) and Canadian (Riddell et al., 2019) children and adolescents. Nevertheless, while the former study did not provide information about the potential association with F levels in DW, this latter study did show that higher levels of fluoride in DW was associated with an increased risk of ADHD symptoms and diagnosis of ADHD, particularly among adolescents. Another study conducted in Canada showed that UF was not associated with ADHD symptoms in participants 6–17 years old but F in tap water was (Riddell et al., 2019). Finally, a prospective study carried out in the ELEMENT birth cohort study (Mexico), concluded that higher levels of MUF during pregnancy were associated with higher ADHD and hyperactivity-inattention symptoms in children at age 6–12 (Bashash et al., 2018).

These inconsistencies, the vulnerability to environmental exposures of the fetus and the fact that population is widely exposed to F, require to further inquiry on the potential neuropsycholeical effects on childhood and pre-adolescence (Farmus et al., 2021; Fiore et al., 2023). To this end, we prospectively assessed the relationship between prenatal exposure to fluoride and parent-reported symptoms associated with ADHD at 8- and 11-years-old children in the INMA (INfancia y Medio Ambiente -Environment and Chilhood-) cohort from Gipuzkoa.

## 2. Methods

### 2.1. Study population

This study was carried out with data from the INMA-Gipuzkoa cohort (from the Spanish for Environment and Childhood: INfancia y Medio Ambiente), a mother and child birth cohort (Guxens et al., 2012). Among the cohorts involved in INMA, only the Gipuzkoa cohort is exposed to an active CFDW program that affects to those treatment plants that serve to populations larger than 30,000 inhabitants and therefore to a remarkable proportion of participants (c. 30%). The recruitment of pregnant mothers took place during the first antenatal visit to the gynecologist in the public referral hospital of Zumarraga. Participating mothers received antenatal follow-up towards the end of the first trimester or early in the second trimester (mean ± standard deviation) (13.9 ± 1.5 weeks) and towards the end of the third trimester (32.8 ± 2.6 weeks). The inclusion criteria were: maternal age ≥16 years old, singleton pregnancy, recruitment during the first antenatal visit, pregnancy achieved without assisted reproduction techniques, planned to give birth in the referral hospital and no communication problems in Spanish or Basque (Guxens et al., 2012). Mothers and children have been followed-up in several times after delivery and for this study we will analyze data from the 8 and 11 years follow-ups. Mothers gave written informed consent for themselves and on behalf of their children after the Ethics Committee of Donostia Hospital (Gipuzkoa) approved the protocol. Children also provided written informed consent at the age of 11. The following criteria were established to select mother-child pairs for the analyses presented in this manuscript: 1) children with data on neuropsychological assessment at 8 or 11 year of age, and 2) mothers with data on maternal urinary F level adjusted for creatinine (MUFcr) at the first and third trimesters of pregnancy.

At the recruitment phase 638 pregnant women met the inclusion criteria and started their participation in the INMA study. Of the 612

J. Ibarluzea et al.

Environmental Research 235 (2023) 116705

children born, 397 (64.9%), had data on ADHD symptoms provided by parents at the age of 8 and 372 (60.8%) 372 (60.8%) at the age of 11. MUFcr was determined in all the mothers with urine samples available. In total, there were 393 maternal samples with data on MUFcr levels for both trimesters. Fig. 1 shows the flowchart describing this procedure.

## 2.2. Fluoride in drinking water and type of drinking water consumed

Data on Community Drinkign Water (CDW) source and the amount of water consumed was obtained through food and drink questionnaires, administered in the first and third trimesters of pregnancy (Vioque et al., 2013). The CFDW and community non-fluoridated drinking water systems (CNFDW) supplied, during pregnancy, water with F levels of 0.81 ± 0.15 mg/L (mean ± standard deviation) vs < 0.1 mg/L. If bottled water (BW) was participants' main choice for water consumption, information was also collected on the brand of bottled water (BW) consumed, but not about amount of water consumption. The study area covers the counties of Goierri and Urola in the province of Gipuzkoa (Basque Country) with a population of 89,000 inhabitants distributed in 25 municipalities. More detailed information can be found in Ibarluzea et al. (2022). In all, 15 municipalities are supplied with CFDW and 10 with CNFDW. The ten most consumed BW brands had low to moderate F levels that range from 0.07 to 0.48 mg/L.

Approximately half of the women lived in fluoridated municipalities. Depending on the age of children who underwent neuropsychological testing, pregnant women consumed CFDW (31.8–32.6%), CNFDW (40.0–37.1%) or BW (26.7–28.4%) respectively (Table 1). The percentage of pregnant women that used BW for cooking was around 1.0%.

## 2.3. Urinary F measurements

F measured in maternal urine spot samples was used as biomarker of prenatal exposure. F in urine has been considered a good biomarker for F levels as excretion is in equilibrium with F intake (Aylward et al., 2015; Bashash et al., 2017). Maternal urine samples from the first and third trimesters were aliquoted and stored in 10-mL glass vials at −20 °C. The analyses were carried out in the laboratory of the Institute of

**Table 1**
Characteristics of the mother and child pairs at different follow-ups and MUFcr (mg/g).

| | 8 years (Conners') N = 255 | 11 years (Conners') N = 236 |
|---|---|---|
| **Mother** | | |
| Maternal age | 31.38 (3.31) | 31.63 (3.27) |
| BMI | | |
| Less than 18.5 | 7 (2.8%) | 7 (3.0%) |
| 18.5–25 | 197 (77.3%) | 184 (78.0%) |
| 25 - 30 | 40 (15.7%) | 35 (14.8%) |
| More than 30 | 11 (4.3%) | 10 (4.2%) |
| Social class | | |
| No manual | 152 (59.6%) | 141 (59.8%) |
| Manual | 103 (40.4%) | 95 (40.3%) |
| Maternal IQ * | 9.99 (2.75) | 10.04 (2.75) |
| Smoking in pregnancy | | |
| No | 227 (89.0%) | 212 (89.8%) |
| Yes | 24 (9.4%) | 21 (8.9%) |
| Zone | | |
| Non fluoridated zone | 134 (52.6%) | 120 (50.9%) |
| Fluoridated zone | 121 (47.5%) | 116 (49.2%) |
| Type of drinking water | | |
| Community fluoridated drinking water | 81 (31.8%) | 77 (32.6%) |
| Community non-fluoridated drinking water | 102 (40.0%) | 89 (37.7%) |
| Bottled Water | 68 (26.7%) | 67 (28.4%) |
| Parity | | |
| 0 | 153 (60.0%) | 139 (58.9%) |
| >0 | 102 (40.0%) | 97 (41.1%) |
| **Child** | | |
| Order between brothers/sisters | | |
| Not first | 100 (39.2%) | 95 (40.3%) |
| First | 155 (60.8%) | 141 (59.8%) |
| Age at the moment of the test* | 7.76 (0.09) | 10.72 (0.23) |
| Sex | | |
| Female | 127 (49.8%) | 128 (54.2%) |
| Male | 128 (50.2%) | 108 (45.8%) |
| Daycare 1 year* | | |
| No | 125 (49.0%) | 112 (47.5%) |
| Yes | 114 (44.7%) | 110 (46.6%) |
| Preterm | | |
| No | 246 (96.5%) | 229 (97.0%) |
| Yes | 7 (2.8%) | 6 (2.5%) |
| Small for gestational age | | |
| No | 230 (90.2%) | 214 (90.7%) |
| Yes | 20 (7.8%) | 19 (8.1%) |
| Breastfeeding weeks* | 28.53 (19.73) | 28.48 (19.85) |
| **MUFcr (mg/g) pregnancy** | | |
| Period of pregnancy | | |
| Whole pregnancy (mean value) | 0.62 (0.58, 0.67) | 0.64 (0.60, 0.69)] |
| First trimester | 0.54 (0.49, 0.59) | 0.55 (0.50, 0.61) |
| Third trimester | 0.71 (0.65, 0.77) | 0.74 (0.67, 0.80) |
| Zone | | |
| Non fluoridated zone | 0.46 (0.42, 0.51) | 0.45 (0.41, 0.50) |
| Fluoridated zone | 0.81 (0.74, 0.87) | 0.84 (0.77, 0.91) |
| Type of drinking water | | |
| Community fluoridated drinking water | 0.88 (0.79, 0.97) | 0.93 (0.84, 1.03) |
| Community non-fluoridated drinking water | 0.42 (0.37, 0.46) | 0.42 (0.38, 0.47) |
| Bottled Water | 0.63 (0.56, 0.70) | 0.61 (0.55, 0.68) |

Note:* Variables with number of missings more than 5%.

Agrochemistry and Food Technology (IATA-CSIC) in Valencia. The description of the analytical technique and quality control can be found elsewhere (Ibarluzea et al., 2022). The limit of quantification (LOQ), calculated as 10 times the standard deviation of the F concentration in 20 blanks, was found to be 0.0052 mg/L. MUF levels were adjusted for creatinine and reported as F mg/g creatinine (MUFcr). Urinary creatinine was determined at the Normative Public Health Laboratory of Bilbao, Basque Country, by the Jaffé method (compensated kinetic with target measurement).



**Fig. 1.** Flowchart; mother-child pairs included in the study.

IBARLUZEA0000013

J. Ibarluzea et al.

Environmental Research 235 (2023) 116705

## 2.4. Measurement of attention and hyperactivity related outcomes

At 8 (7.8 ± 0.1) and 11 (10.8 ± 0.3) years of age, ADHD symptoms and probable diagnosis were assessed using the Conners' Parent Rating Scale-Revised: Short Form (CPRS:R:S). This test is formed of 4 subscales comprising 27 items, in which the items for the Cognitive problems/Inattention (CI), Hyperactivity-Impulsivity (HI), Oppositional (OP), and the ADHD Index (AD) are 6, 6, 6, and 12 respectively. Each item was rated on a four-point scale (0 = never or rarely, 1 = sometimes, 2 = often, or 3 = very often). ADHD index score ranges between 0 and 36, and the other subscales range between 0 and 18. The Spanish version of the Conners' Rating Scales-Revised (CRS-R:S-27; Conners, 1997; Gianarris et al., 2001) was validated in a previous study (Ortiz-Luna and Acle-Tomasini, 2006). The Conners' ADHD Index shows favorable specificity and sensitivity in ADHD assessment (Chang et al., 2016). The crude scores of the test were transformed into sex and age specific T scores (mean of 50, SD of 10). Higher T-scores indicate greater symptomatology. Conners' subscales were analyzed as a continuous variables (T score of each subscale) and as a dichotomous variable of ADHD symptom diagnostic criteria, using T score >66 as cut off point (Conners, 1997).

## 2.5. Covariates

Data on maternal sociodemographic characteristics were gathered using questionnaires completed during the first and third trimester of pregnancy. These included: age of the mother, maternal social class (based on occupation, derived from the longest-held occupation reported during pregnancy or for mothers not working during their pregnancy, their most recent occupation, regrouped into two categories: non-manual workers [I + II + III for managers, technicians, associate professionals and other non-manual workers], and manual workers [IV + V for skilled, semi-skilled and unskilled manual workers] (Domingo-Salvany et al., 2013), educational level (secondary or less, university), country of birth (Spain, another country), body mass index (BMI), parity (0, ≥1), smoking during pregnancy (yes/no, reported at the first and third trimesters of pregnancy) and alcohol consumption (no or occasional, at least one unit per week). Diet information estimated through a food and drink questionnaire (Vioque et al., 2013) included DW consumption, source -tap or brands of bottled water-, and the amount of tap water consumed. Breastfeeding and its duration in weeks were included in the questionnaire of the follow up of children at age of 15 months. Furthermore, said follow-up questionnaire contained the Similarities subtest of the Wechsler Adult Intelligence-Third Edition (WAIS-III;Wechsler and Kaufman, 2001), which was used as a proxy for maternal IQ, given that it has been shown to be a good predictor of global IQ (Wechsler, 1997).

In addition, we also collected information from children regarding: sex, birth order, premature birth (<37 weeks of pregnancy; World Health Organization, 2015), small for gestational age (birth weight below 10th percentile for gestational age and sex considering national reference values (Carrascosa et al., 2004) and whether they attended a daycare center before 2 years of age (Aranbarri et al., 2023). All questionnaires were administered face-to-face by trained interviewers.

Family context was measured with the Haezi-Etxadi Scale (HES; Arranz et al., 2014; Barreto-Zarza et al., 2022) when the participants were 4 years of age, This tool assesses the quality of family context for children's cognitive development in and is based on the Home Observation for Measurement of the Environment Inventory (Bradley, 2009; Caldwell and Bradley, 1984) and the developmental history interview proposed by Pettit et al. (1997). It also incorporates new variables gathered by observational procedures related for example with the socio-emotional quality of the interactions.

Additional neurotoxic substances detected in maternal urine samples during pregnancy were included: total As (µg/g) and manganese (Mn, µg/g), both adjusted for creatinine, and Hg in umbilical cord blood (µg/l). Pb was included in the analyses although the samples with levels above the limit of quantification (2 µg/dl) were low (5.9–7.4%, depending on the wave). The analytical methods used to analyze these metals/metaloids in urine/blood samples have been described elsewhere: Hg (Ramon et al., 2011), Pb (Llop et al., 2011), As (Lozano et al., 2021) and Mn (Soler-Blasco et al., 2020).

## 2.6. Statistical analysis

The study sample was described in terms of the characteristics of mothers and children using percentages, means and 95% confidence intervals (CIs). The characteristics included in the description were: 1) maternal characteristics (including sociodemographic, behavioral and reproductive) and habits (type of water consumed and smoking during pregnancy), 2) child characteristics (including sex, breastfeeding, daycare center attendance, small for gestational age, and prematurity) and 3) mean MUFcr levels, type of DW consumed and residence in fluorinated or non-fluorinated zone. Data analysis was restricted to mother-child pairs with F measurements at the first and third trimester of pregnancy. MUFcr was averaged from the first and third trimester measurement.

Covariates were selected a priori based on previous studies carried out in this birth cohort in relation to cognitive effects of early exposure to F during pregnancy (Ibarluzea et al., 2022), their theoretical relevance or observed associations with fluoride exposure, and/or the analyzed neurobehavioral outcomes. As such, models were adjusted for the following child characteristics: sex, age at neurobehavioral measurement, birth order (first born vs. others), and for the maternal social class, IQ, breastfeeding and smoking (ever vs. never).

In order to explore the association of the F exposure during pregnancy with the performance of neuropsychological tests, linear regression models were fitted for the continuous scales and logistic regression models for the categorized scales (as not risk ≤66 and probable risk >66). In the multiple linear and logistic regression models, the criterion for statistical significance was set at p < 0.05. Parameter estimates were expressed as regression coefficients and their 95% CIs associated with one-unit increase in MUFcr level. Residuals from each model had approximately normal distributions, and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations. Effect modification by sex was studied by including an interaction term in the regression models, but these interactions between sex and F were not significant. The association with the scale scores at the different waves appears to be linear across the range of MUFcr during pregnancy. GAM models are shown in Supplementary Fig. 1. Additionally, we fitted linear and logistic regression models specifying splines with a knot at the 75th percentile to study whether the association between fluoride exposure and the outcomes here considered varied in those with the highest fluoride levels.

Sensitivity analyses were carried out using these neurotoxicants as they have also been considered by other authors in previous studies (Bashash et al., 2017, 2018; Green et al., 2019; Ibarluzea et al., 2022). Further, sensitivity analyses were run including in the regression models the following covariates: alcohol comsumption during pregnancy, mothers with only one urinary sample during pregnancy instead of two, living in municipalities supplied or not with CFDW, HES score and other pollutants that are neurotoxic, namely, total As, Mn, Pb and Hg. All statistical analyses were performed using R (version 4.1.3).

## 3. Results

### 3.1. Maternal and children characteristics

The characteristics of the mother at pregnancy and of the children participating at the age of 8 and 11 years (see Table 1) can be summarized as follows: the mean age of the mothers when they gave birth was 31 years old, they had a pre-pregnancy BMI of 22.8–23.0 kg/m², most of

IBARLUZEA0000014

*J. Ibarluzea et al.*

*Environmental Research 235 (2023) 116705*

them were nulliparous (58.9–60.0%), half of them had a university degree (49.3–51.7%) and two thirds belonged from a non-manual social class (59.6–59.7%). Around 9% of the pregnant women smoked at some time during pregnancy. In relation to the characteristics of the children included in the analyses, at the 8 and 11 years follow-ups respectively, 49.8% and 54.2% were females, 2.7% and 2.5% were preterm and 7.8% and 8.0% were small for gestational age. The characteristics of the participating and non-participating women and children at the different waves are shown in Supplementary Table 1. In general, there were not significant differences between the follow-ups, with the exception to the zone of residence (fluoridated vs non-fluoridated), type of drinking water consumed, parity and order between brother/sister at the age of 8.

### 3.2. Maternal fluoride levels

MUFcr levels (mg F/g creatinine; mean and 95% CI) for the whole pregnancy (mean of the two samples) varied according to the source of drinking water consumed and according to the type of municipality where they lived (CFDW vs CNFDW) in each data collection wave (Table 1). For example, at the 8 years follow up, MUFcr levels were higher in mothers drinking CFDW, 0.88 (0.79, 0.97), lower in those drinking CNFDW, 0.42 (0.37, 0.46) and intermediate in mothers drinking bottled water, 0.63 (0.56, 0.70) (p < 0.001). In the same sense, mothers living in fluoridated zones also had significantly higher MUFcr values 0.81 (0.74, 0.87) than those living in non-fluoridated zones 0.46 (0.74, 0.87) (p < 0.001). Besides, mean MUFcr levels varied by trimester of pregnancy, levels being statistically lower in the first 0.54 (0.49, 0.59) than in the third trimester at both, 0.71 (0.65, 0.77) (p < 0.001). Levels of Mn and As in urine, and of Hg and Pb in cord blood are described at each follow-up in Supplementary Table 2.

### 3.3. CPRS-R:S scores by follow-up

The scores of the CPRS-R:S subscales and the number and percentage of children meeting the clinical criteria for ADHD (Probable problem) are shown in Table 2. At the age of 8 children with probable cognitive problems/inattention, Hyperactivity-Impulsivity or ADHD were 9.8%, 9.8% and 6.7% respectively; at the age of 11 the percentages of probable cases were of 6.8%, 8.5% and 5.5%. T values for the different subscales were close to the expected values (mean = 50 and SD = 10) (Table 2).

### 3.4. Association between fluoride exposure and ADHD symptoms score or clinical approach

Non-significant correlations were observed between MUFcr or MUF levels of the whole pregnancy and the scores of CRS-R-S (Supplementary Table 3). For the rest of the neurotoxics (Mn, As and Hg), no statistically significant correlations with said scores were observed either.

**Table 2**
Descriptive results of Cognitive Problems-Inattention, Hyperactivity-Impulsivity and ADHD index (CPRS-R:S).

| | 8 years N (%) | 11 years N (%) |
|---|---|---|
| Cognitive Problems- Inattention | | |
| Not risk | 230 (90.2) | 220 (93.2) |
| Probable problem | 25 (9.8) | 16 (6.8) |
| Hyperactivity-Impulsivity | | |
| Not risk | 230 (90.2) | 216 (91.5) |
| Probable problem | 25 (9.8) | 20 (8.5) |
| ADHD Index | | |
| Not risk | 238 (93.3) | 223 (94.5) |
| Probable problem | 17 (6.7) | 13 (5.5) |
| T score: Mean (sd) | | |
| Cognitive Problems- Inattention | 50.3 (9.3) | 49.8 (8.0) |
| Hyperactivity-Impulsivity | 50.9 (8.7) | 52.6 (9.9) |
| ADHD Index | 49.9 (8.6) | 49.8 (8.0) |

Correlation analyses between Pb and inattention or hyperactivity were not calculated due to the small number of samples with lead levels ≥ LOQ (<7.2%).

No significant associations were found between MUFcr levels (beta values per unit increase in MUFcr (1 mg/g) and cognitive problems-inattention, hyperactivity-Impulsivity and ADHD index scores of the CRS-R-S in the adjusted continuous models for the 8 and 11 years samples. Following the established cut-off point (T > 66), there was an inverse association between MUFcr and being probably categorized with cognitive problems/Inattention at the age of 11. OR or whole and third trimester were 0.08 (0.00, 0.87), 0.32 (0.03, 1.83) and 0.05 (0.00, 0.64) respectively, indicating that higher MUFcr levels for the whole pregnancy and third trimester were significantly associated with a lower risk of cognitive problems/inattention. ORs values for whole and first trimester of pregnancy were also indicative of a lower risk, although not significant, for hyperactivity or ADHD index (Table 3). At the age of 8, no significant association was observed. Results, in general, did not show interaction by sex at both waves (8 an 11 years) for any of the subscales (Supplementary Table 4). Finally, the study of the association in low exposed versus high exposed (>75th percentile) participants did not reveal statistically significant differences between said groups (see Supplementary Table 5).

### 3.5. Sensitivity analyses

Additional analyses including other neurotoxicants (lead, arsenic, mercury and manganese) levels (Supplementary Table 6), quality child's family context (HES) (Supplementary Table 7), alcohol consumption during pregnancy (Supplementary Table 8) and CFDW (Supplementary Table 9) were carried out. The inclusion of those variables did not change substantially the overall picture and OR values for cognitive problems-inattention showed low OR values, specifically at the age of 11 years, but in the case of CFDW, in which the statistically significant effects detected at the age of 11 disappeared. Although not significant, in general, ORs for hyperactivity and ADHD index at age of 8 and 11 years were also suggestive of a reduced risk.

### 4. Discussion

ADHD is a neuropsychological disorder characterized by symptoms of impulsivity-hyperactivity, inattention, and that commonly debuts in childhood. Our study did not show any significant association between fluoride exposure, MUFcr, during pregnancy and the ADHD symptoms using CPRS-R:S at different ages in childhood, but showed a lower significant risk of probable diagnosis for cognitive problems-inattention at the age of 11 after accounting for potential confounding variables. Although not significant, reduced risk were also observed for hyperactivity-impulsivity and ADHD Index at 8 and 11 years. In general terms, these results did not change after sensitivity analyses.

The first study suggesting that fluoride exposure could increase the prevalence of ADHD in children and adolescents aged 3–17 years was carried out by Malin and Till (2015) in the United States using an ecological design. State prevalence of artificial water fluoridation significantly positively predicted state prevalence of ADHD after controlling for socioeconomic status. This study had relevant limitations; its ecological design did not provide individual information of exposure and outcomes and F exposure was operationalized following the drinking water modality present at each location (CFDW vs CNFDW). Information about other potential covariates or neurotoxicants was neither available. Taking into consideration conclusions and critics to the extent of the diffusion of the results of this latter study, Perrott (2018) indicated that the relationship between fluoride exposure and ADHD should be explored by epidemiological studies with individual information and data for other probable risk-modifying factors. Other associations were found using aggregate data at state level, for example with the mean altitude of the states, showing the weakness of the former

J. Ibarluzea et al.

Environmental Research 235 (2023) 116705

**Table 3**
Association between MUFcr (mg/g) levels during pregnancy and beta and OR values for the ADHD symptoms or probable ADHD (T > 66).

| 8 years (N=255) | OR (CI 95%) | | | Beta (CI 95%) | | |
|---|---|---|---|---|---|---|
| | Cognitive problems-Inattention | Hyperactivity-Impulsivity | ADHD index | Cognitive problems-Inattention | Hyperactivity-Impulsivity | ADHD index |
| MUFcr pregnancy | 0.87 (0.21, 2.88) | 0.56 (0.09, 2.49) | 0.50 (0.06, 2.55) | −1.20 (−4.90, 2.50) | −1.07 (−4.46, 2.32) | −1.96 (−5.37, 1.46) |
| MUFcr week 12 | 1.06 (0.29, 3.10) | 0.63 (0.09, 2.53) | 0.37 (0.04, 1.85) | −0.61 (−4.15, 2.92) | −0.63 (−3.87, 2.61) | −1.6 (−4.86, 1.66) |
| MUFcr week 32 | 0.79 (0.23, 2.06) | 0.70 (0.17, 2.05) | 0.85 (0.20, 2.56) | −1.00 (−3.81, 1.81) | −0.83 (−3.41, 1.74) | −1.25 (−3.84, 1.35) |
| **11 years (N=236)** | Cognitive problems-Inattention | Hyperactivity-Impulsivity | ADHD index | Cognitive problems-Inattention | Hyperactivity-Impulsivity | ADHD index |
| MUFcr pregnancy | **0.08 (0.00, 0.87)** | 0.42 (0.04, 2.55) | 0.26 (0.02, 1.96) | −0.70 (−3.95, 2.54) | −1.22 (−5.31, 2.86) | −0.57 (−3.82, 2.67) |
| MUFcr week 12 | 0.32 (0.03, 1.83) | 1.44 (0.27, 5.77) | 0.57 (0.06, 2.92) | −0.03 (−3.17, 3.11) | 0.06 (−3.90, 4.02) | 0.75 (−2.39, 3.90) |
| MUFcr week 32 | **0.05 (0.00, 0.64)** | 0.16 (0.01, 1.04) | 0.27 (0.02, 1.49) | −0.74 (−3.12, 1.64) | −1.35 (−4.34, 1.65) | −1.05 (−3.43, 1.33) |

Note: Adjusted by sex, age in the moment of the test, order between sisters/brothers, breastfeeding, breastfeeding (weeks), smoking at pregnancy, social class, nursery and mother's CI.

association (Huber et al., 2015).

Three cross-sectional studies have been carried out in Canada and China respectively. In the first one, data from 1877 youth, 6–17 years of age, from the Canadian Health Measures Survey showed that urinary F did not predict ADHD diagnosis or hyperactive/inattentive symptoms (Riddell et al., 2019). An increase in 1 mg/L in F in DW, instead, was associated with a 6.1 times higher odds of an ADHD diagnosis, being the effects stronger among older youth. The second cross-sectional study's aim was to examine the relationship between F exposure and parental- or self-reported diagnosis of a learning disability among a population-based sample of Canadian children aged 3–12 years. Authors reported that no significant association was observed between urinary F exposure and self-reported: learning disability, diagnosis of ADHD or diagnosis of attention deficit disorder, although a marginal inverse association between urinary F and attention deficit was observed (Barberio et al., 2017). Finally, Chinese (Henan Province) school-age children (7–13 years old) took part in a study aiming at assessing the association between urinary F exposure and children's behavioral outcomes using CPRS-R. Authors did not find any significant association between urinary F exposure and conduct problems, hyperactive-impulsive-or ADHD index (Wang et al., 2022). There was not a clear evidence of association between urinary F levels and ADHD among these cross-sectional studies, but our results pointed to an inverse association with cognitive problems-inattention symptoms.

A prospective study carried out with the birth Mexican cohort (ELEMENT), showed that an increase of 0.5 mg/L in MUFcr levels during pregnancy were significantly associated with scores of cognitive problems and inattention and ADHD index in children at age 6–12 (Bashash et al., 2018). In this birth cohort, lower scores in cognitive functions like IQ were also associated with higher MUFcr in children of the same age (Bashash et al., 2017). Our results, as previously shown (Ibarluzea et al., 2022), strongly differ from those showed by Bashash et al. (2018).

Environmental exposures can play a relevant role as risk factors for ADHD. The result of the studies suggest a different degree of evidence for different environmental agents like air pollutants (Aghaei et al., 2019; Zhang et al., 2015; Fuertes et al., 2016; Sentís et al., 2017; Perera et al., 2018), the exposure to different toxic substances (Cheslack-Postava et al., 2022; Sussman et al., 2022; Roy et al., 2011; Huang et al., 2016; Nigg et al., 2010; Donzelli et al., 2019) or habits, such as smoking, alcohol exposure and diet (Polańska et al., 2012; Lertxundi et al., 2021). Besides the roles of the different types of exposures considered, it has been observed that the family and psychosocial context, material hardship and, in general, socioeconomic stressors, show a role as risk factors of ADHD in combination with classical environmental exposures,

like air pollution or lead (Perera et al., 2018; Vishnevetsky et al., 2015).

There are many physiological mechanisms that might be behind the detrimental neuropsychological effects of early exposure to F. Exposure to high concentrations of F has shown that F can cross both the placental barrier and the blood-brain barrier, and accumulate in the brain, specifically in the hippocampus, (ASTDR -Agency for Toxic Substances and Disease Registry-, 2003), an area associated with effects on memory, attention and learning (Mullenix et al., 1995; Bera et al., 2007). Animal studies found positive correlations between fluoride intake and toxicity phenotypes closely associated with neurotoxicity (Ottappilakkil et al., 2022), probably consequence of biochemical and celular changes in oxidative stress (Akinrinade et al., 2015; Zhang et al., 2015), structural changes in mitochondria (Zhao et al., 2019) and apoptotic neurons (Bhatnagar et al., 2011; Lou et al., 2013). Further, some studies have suggested that fluoride may contribute to thyroid hormone insufficiency (Dugbartey, 1998) and that subclinical hypothyroidism during pregnancy could be linked with an increased risk for attention disorders in the offspring (Modesto et al., 2015; Päkkilä et al., 2014). Other potential mechanisms through which fluoride may contribute to neuropsychological impairments or conditions relate to: 1) the dopamine system (Pal and Sarkar, 2014), 2) the modulation of this neurotransmitter in the planning and initiation of motor responses, activation, switching, reaction to novelty and processing of reward (Faraone et al., 2015), and, 3) alterations in acetylcholine or cholinergic receptors (Chouhan et al., 2010; Liu et al., 2010; Reddy et al., 2021). Nevertheless, there is no evidence of the beneficial neuropsychological effect or protective mechanism of F.

### 4.1. Study strengths and limitations

The design of this study presents some qualities that might make it a relevant contribution to the field. First, it has been conducted in a geographical area having a balanced variety of DW modalities (CFDW and CNFDW), being this unique within the INMA cohort study.

Besides its prospective design, the fact that MUF was measured in urine in two different trimesters during pregnancy is a key value of the study. We measured levels in only two spot samples from the first and third trimester, but as it has been previously documented, morning spot sample F levels have shown a good correlation with 24-h F concentration and intake (Zohouri et al., 2006). Stressors with high impact on neuropsychological development during the prenatal and early childhood period have been related to the health of the mother, her diet and lifestyle, the quality of family and social interaction, and exposure to toxic substances (Ibarluzea et al., 2022; Nilsen et al., 2020). Even though we

IBARLUZEA0000016

J. Ibarluzea et al.

Environmental Research 235 (2023) 116705

were not able to exclude the possibility of unmeasured residual confounding we have used information of socioeconomic position, psychosocial characteristics and lifestyle that have been gathered since pregnancy for the mothers and therefore think that we have covered a wide set of potential confounders. Information from the children is also available starting from pregnancy outcomes, family characteristics and quality of the family context. This way, we considered combined exposure to both chemical and non-chemical stressors at early developmental life stages. Finally, one of the main strengths of the study is the ability to run sensitivity analyses including other neurotoxicants (lead, arsenic, mercury and manganese), alcohol consumption, living or not in a CFDW municipality or the quality of family context. These analyses have shown the robustness of our findings.

Among the limitations of the study, we must point out that we have only used MUF as potential predictor of ADHD and were not able to measure F concentrations in DW or the intake of F from DW (Riddell et al., 2019). The reduced sample size of the study could have shadowed some of the potential associations between MUF levels and the presence of symptoms or the probable diagnosis of ADHD disorder.

## 5. Conclusion

An inverse association between MUF and probable diagnosis of cognitive problems-inattention at 11 years of age was observed in a prospective birth cohort in Spain. Obtained results contrast partially with those observed by other authors in cross-sectional and prospective studies. Despite difficulties in identifying other studies and biological mechanisms that support these results, other population-based studies are warranted to confirm these results at low levels of F in drinking water.

## Author contribution

Jesús Ibarluzea and Mikel Subiza-Pérez (These authors contributed equally to this work and should be listed as the first authors): Conceptualization, Methodology, Formal analysis, Writing - original draft. Ane Arregi: Resources, Validation, Writing - Review & editing, Amaia Molinuevo: Data curation, Formal analysis, Methodology, Enrique Arranz-Freijo: Writing - Review & editing, Manuel Sánchez de Miguel: Writing - Review & editing, Ana Jiménez: Writing - Review & editing, Ainara Andiarena: Resources, Writing - Review & editing, Loreto Santa Marina: Funding acquisition, Supervision. Aitana Lertxundi: Funding acquisition, Conceptualization, Supervision.

## Funding

This study was funded by grants from Instituto de Salud Carlos III (FIS-PI06/0867, FIS-PI09/00090, FIS-PI13/02187, FIS-PI18/01142, FIS-PI18/01237 incl FEDER funds) CIBERESP, Department of Health of the Basque Government (2005111093, 2009111069, 2013111089, 2015111065 and 2018111086), the Provincial Government of Gipuzkoa (DFG06/002, DFG08/001, DFG15/221 and DFG 89/17) and annual agreements with the municipalities of the study area (Zumarraga, Urretxu, Legazpi, Azkoitia y Azpeitia y Beasain).

## Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## Data availability

The authors do not have permission to share data.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.envres.2023.116705.

## References

Adinolfi, M., 1985. The development of the human blood-CSF-brain barrier. Dev. Med. Child Neurol. 27 (4), 532–537.

Aggeborn, L., Oehman, M., 2021. The effects of fluoride in drinking water. J. Polit. Econ. 129, 465–491. https://doi.org/10.1086/711915.

Aghaei, M., Janjani, H., Yousefian, F., Jamal, A., Yunesian, M., 2019. Association between ambient gaseous and particulate air pollutants and attention deficit hyperactivity disorder (ADHD) in children; a systematic review. Environ. Res. 173, 135–156. https://doi.org/10.1016/j.envres.2019.03.030.

Akinrinade, I.D., Memudu, A.E., Ogundele, O.M., Ajetunmobi, O.I., 2015. Interplay of glia activation and oxidative stress formation in fluoride and aluminium exposure. Pathophysiology 22, 39–48. https://doi.org/10.1016/j.pathophys.2014.12.001.

Aranbarri, A., Aizpitarte, A., Arranz-Freijo, E., Fano, E., Sánchez de Miguel, M., Stahmer, A.C., Ibarluzea, J., 2023. What influences early cognitive development? Family context as a key mediator. J. Appl. Dev. Psychol. 84, 101480 https://doi.org/10.1016/j.appdev.2022.101480.

Arranz, E.B., Olabarrieta, F., Manzano, A., Martín Ayala, J.L., Galende, N., 2014. Etxadi-Gangoiti scale: a proposal to evaluate the family contexts of two-year-oldchildren. Early Child. Dev. Care 184, 933–948. 10.1080/03004430.2013.829823.

ASTDR (Agency for Toxic Substances and Disease Registry), 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. Atlanta, Georgia.

Aylward, L.L., Hays, S.M., Vezina, A., Deveau, M., St-Amand, A., Nong, A., 2015. Biomonitoring Equivalents for interpretation of urinary fluoride. Regul. Toxicol. Pharmacol. 2, 158–167. https://doi.org/10.1016/j.yrtph.2015.04.005.

B Broadbent, J.M., Thomson, W.M., Ramrakha, S., Moffitt, T.E., Zeng, J., Foster Page, L. A., Poulton, R., 2015. Community water fluoridation and intelligence: prospective study in New Zealand. Am. J. Publ. Health 105, 72–76, 10.2105/AJPH.2013.301857.

Barberio, A.M., Quiñonez, C., Hosein, F.S., McLaren, L., 2017. Fluoride exposure and reported learning disability diagnosis among Canadian children: implications for community water fluoridation. Can. J. Public Health 14 (3), e229–e239. https://doi.org/10.17269/CJPH.108.5894.

Barreto-Zarza, F., Sánchez de Miguel, M., Arranz-Freijo, E., Acha, J., González, L., Rebagliato, M., 2022. Family context and ADHD symptoms in middle childhood: an explanatory model. J. Child Fam. Stud. 31, 854–865. https://doi.org/10.1007/s10826-021-02206-9.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., Peterson, K.E., Ettinger, A.S., Wright, R., Zhang, Z., Liu, Y., Schnaas, L., Mercado-García, A., Téllez-Rojo, M.M., Hernández-Avila, M., 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health Perspect. 125, 097017 https://doi.org/10.1289/EHP655.

Bashash, M., Marchand, M., Hu, H., Till, C., Martinez-Mier, E.A., Sanchez, B.N., Peterson, K.E., Green, R., Schnaas, L., Mercado-García, A., Hernández-Avila, M., Téllez-Rojo, M.M., 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City. Environ. Int. 121 (Pt 1), 658–666. https://doi.org/10.1016/j.envint.2018.09.017.

Bera, I., Sabatini, R., Auteri, P., Flace, P., Sisto, G., Montagnani, M., Potenza, M.A., Marasciulo, F.L., Carratu, M.R., Coluccia, A., Borracci, P., Tarullo, A., Cagiano, R., 2007. Neurofunctional effects of developmental sodium fluoride exposure in rats. Eur. Rev. Med. Pharmacol. Sci. 11, 211–224.

Bhatnagar, M., Sukhwal, P., Suhalka, P., Jain, A., Joshi, C., Sharma, D., 2011. Effects of fluoride in drinking water on NADPH-diaphorase neurons in the forebrain of mice: a possible mechanism of fluoride neurotoxicity. Fluoride 44, 195.

Bradley, R.H., 2009. The HOME environment. The handbook of cultural developmental science. In: Bornstein, M.H. (Ed.), Part 2. Development in Different Places on Earth. Taylor & Francis, New York, pp. 505–530.

Bronckers, A.L.J.J., Lyaruu, D.M., Denbesten, P.K., 2009. Critical review in oral biology and medicine: the impact of fluoride on ameloblasts and the mechanisms of enamel fluorosis. J. Dent. Res. 88, 877–893. https://doi.org/10.1177/0022034509343280.

Caldwell, B.M., Bradley, R.H., 1984. HOME Observation for Measurement of the Environment. University of Arkansas. Little Rock.

Carrascosa, A., Yeste, D., Copil, A., Almar, A., Salcedo, S., Gussinyé, M., 2004. Anthropometric growth patterns of preterm and full-term newborns (24-42 weeks' gestational age) at the Hospital Materno-Infantil Vall d'Hebron (Barcelona) (1997-2002). An. Pediatr. (Barc). 60, 406–416, 10.1016/s1695-4033(04) 78299-5.

Chang, L.-Y., Wang, M.-Y., Tsai, P.-S., 2016. Diagnostic accuracy of rating scales for attention-deficit/hyperactivity disorder: a meta-analysis. Pediatrics 137. https://doi.org/10.1542/peds.2015-2749.

Chen, J., Niu, Q., Xia, T., Zhou, G., Li, P., Zhao, Q., Xu, C., Dong, L., Zhang, S., Wang, A., 2018. ERK1/2-mediated disruption of BDNF-TrkB signaling causes synaptic impairment contributing to fluoride-induced developmental neurotoxicity. Toxicology 410, 222–230. https://doi.org/10.1016/j.tox.2018.08.009.

Cheslack-Postava, K., Rantakokko, P., Kiviranta, H., Hinkka-Yli-Salomäki, S., Surcel, H. M., Vivio, N., Falabella, G., McKeague, I.W., Sourander, A., Brown, A.S., 2022. Maternal serum persistent organic pollutant exposure and offspring diagnosed ADHD in a national birth cohort. Environ. Res. 212 https://doi.org/10.1016/j.envres.2022.113145.

IBARLUZEA0000017

*J. Ibarluzea et al.*

*Environmental Research 235 (2023) 116705*

Choi, A.L., Sun, G., Zhang, Y., Grandjean, P., 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ. Health Perspect. 120, 1362–1368. https://doi.org/10.1289/ehp.1104912.

Chouhan, S., Lomash, V., Flora, S.J.S., 2010. Fluoride-induced changes in haem biosynthesis pathway, neurological variables and tissue histopathology of rats. J. Appl. Toxicol. 30, 63–73, 10. 1002/jat. 1474.

Conners, C.K., 1997. Conners' Rating Scales-Revised User's Manual. Multi-Health Systems, New York. North Tonawanda.

Domingo-Salvany, A., Bacigalupe, A., Carrasco, J.M., Espelt, A., Ferrando, J., Borrell, C., 2013. Proposals for social class classification based on the Spanish National Classification of Occupations using neo-Weberian and neo-Marxist approaches. Gac. Sanit. 27, 263–272. https://doi.org/10.1016/j.gaceta.2012.12.009.

Dong, Z., Wan, C., Zhang, X., Liu, J., 1993. Determination of the contents of aminoacid and monoamine neurotransmitters in fetal brains from a fluorosisendemic area. J. Guiyang Med. Coll. 18, 241–245.

Donzelli, G., Carducci, A., Llopis-Gonzalez, A., Verani, M., Llopis-Morales, A., Cioni, L., Morales-Suarez-Varela, M., 2019. The association between lead and attention-deficit/hyperactivity disorder: a systematic review. Int. J. Environ. Res. Publ. Health 16 (3), 382. https://doi.org/10.3390/ijerph16030382.

American Psychiatric Association, 2013. Diagnostic and Statistical Manual of Mental Disorders, (DSM-5TM, fifth ed. American Psychiatric Association.

Du, L., Wan, C., Cao, X., Liu, J., 2008. The effect of fluorine on the developing human brain. Fluoride 41, 327–330.

Dugbartey, A.T., 1998. Neurocognitive aspects of hypothyroidism. Arch. Intern. Med. 158, 1413–1418.

Faraone, S., Asherson, P., Banaschewski, T., Biederman, J., Buitelaar, J.K., Ramos-Quiroga, J.A., Rohde, L.A., Sonuga-Barke, E.J., Tannock, R., Franke, B., 2015. Attention-deficit/hyperactivity disorder. Nat. Rev. Dis. Prim. 1, 15020 https://doi.org/10.1038/nrdp.2015.20.

Farmus, L., Till, C., Green, R., Hornung, R., Martinez Mier, E.A., Ayotte, P., Muckle, G., Lanphear, B.P., Flora, D.B., 2021. Critical windows of fluoride neurotoxicity in Canadian children. Environ. Res. 200, 111315 https://doi.org/10.1016/j.envres.2021.111315.

Fiore, G., Veneri, F., Di Lorenzo, R., Generali, L., Vinceti, M., Filippini, T., 2023. Fluoride exposure and ADHD: a systematic review of epidemiological studies. Medicina (Kaunas) 19, 797, 10.3390/medicina59040797. PMID: 37109754.

Fuertes, E., Standl, M., Forns, J., Berdel, D., Garcia-Aymerich, J., Markevych, I., Schulte-Koerne, G., Sugiri, D., Schikowski, T., Tiesler, C.M., Heinrich, J., 2016. Traffic-related air pollution and hyperactivity/inattention, dyslexia and dyscalculia in adolescents of the German Giniplus and Lisaplus birth cohorts. Environ. Int. 97, 85–92. https://doi.org/10.1016/j.envint.2016.10.017.

Gianaris, W.J., Golden, C.J., Greene, L., 2001. The Conners' parent rating scales: a critical review of the literature. Clin. Psychol. Rev. 21, 1061–1093. https://doi.org/10.1016/s0272-7358(00)00085-4.

Grandjean, P., 2019. Developmental fluoride neurotoxicity: an updated review. Environ. Health 18, 110. https://doi.org/10.1186/s12940-019-0551-x.

Green, R., Lanphear, B., Hornung, R., Flora, D., Martinez-Mier, E.A., Neufeld, R., Ayotte, P., Muckle, G., Till, C., 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatr. 173, 940–948. https://doi.org/10.1001/jamapediatrics.2019.1729.

Guxens, M., Ballester, F., Espada, M., Fernández, M.F., Grimalt, J.O., Ibarluzea, J., Olea, N., Rebagliato, M., Tardon, A., Torrent, M., Vioque, J., Vrijheid, M., Sunyer, J., 2012. Cohort profile: the INMA—INfancia y Medio ambiente—(environment and childhood) project. Int. J. Epidemiol. 41, 930–940. https://doi.org/10.1093/ije/dyr054.

Huang, S., Hu, H., Sánchez, B.N., Peterson, K.E., Ettinger, A.S., Lamadrid-Figueroa, H., Schnaas, L., Mercado-García, A., Wright, R.O., Basu, N., Cantonwine, D.E., Hernández-Avila, M., Téllez-Rojo, M.M., 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ. Health Perspect. 124, 868–874. https://doi.org/10.1289/ehp.1510067.

Huber, R.S., Kim, T.S., Kim, N., Kuykendall, M.D., Sherwood, S.N., Renshaw, P.F., Kondo, D.G., 2015. Association between altitude and regional variation of ADHD in youth. J. Atten. Disord. 22 (14), 1299–1306. https://doi.org/10.1177/1087054715577137.

Ibarluzea, J., Gallastegi, M., Santa-Marina, L., Jiménez Zabala, A., Arranz, E., Molinuevo, A., Lopez-Espinosa, M.J., Ballester, F., Villanueva, C.M., Riano, I., Sunyer, J., Tardon, A., Lertxundi, A., 2022. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. Environ. Res. 1 (207), 112181 https://doi.org/10.1016/j.envres.2021.112181.

Iheozor-Ejiofor, Z., Worthington, H.V., Walsh, T., O'Malley, L., Clarkson, J.E., Macey, R., Alam, R., Tugwell, P., Welch, V., Glenny, A.M., 2015. Water fluoridation for the prevention of dental caries. Cochrane Database Syst. Rev. 2015 (6), CD010856 https://doi.org/10.1002/14651858.CD010856.pub2. Jun 18.

Indermitte, E., Saava, A., Karro, E., 2009. Exposure to high fluoride drinking water and risk of dental fluorosis in Estonia. Int. J. Environ. Res. Publ. Health 6, 710–721. https://doi.org/10.3390/ijerph6020710.

Jiang, Y., Guo, X., Sun, Q., Shan, Z., Teng, W., 2016. Effects of excess fluoride and iodide on thyroid function and morphology. Biol. Trace Elem. Res. 170, 382–389. https://doi.org/10.1007/s12011-015-0479-0.

Jones, S., Burt, B.A., Petersen, P.E., Lennon, M.A., 2005. The effective use of fluorides in public health. Bull World Health Organ. 83, 670–676.

Khan, S.A., Singh, R.K., Navit, S., Chadha, D., Johri, N., Navit, P., Sharma, A., Bahuguna, R., 2015. Relationship between dental fluorosis and intelligence quotient of school going children in and around lucknow district: a cross-sectional study.

J. Clin. Diagn. Res. 9 https://doi.org/10.7860/JCDR/2015/15518.6726. ZC10–ZC15.

Lertxundi, A., Molinuevo, A., Valvi, D., Gorostiaga, A., Balluerka, N., Shivappa, N., Hebert, J., Navarrete-Muñoz, E.M., Vioque, J., Tardón, A., Vrijheid, M., Roumeliotaki, T., Koutra, K., Chatzi, L., Ibarluzea, J., 2021. Dietary inflammatory index of mothers during pregnancy and Attention Deficit-Hyperactivity Disorder symptoms in the child at preschool age: a prospective investigation in the INMA and RHEA cohorts. Eur. Child Adolesc. Psychiatr. 31, 615–624. https://doi.org/10.1007/s00787-020-01705-2.

Liu, Y.J., Gao, Q., Wu, C.X., Guan, Z.Z., 2010. Alterations of nAChRs and ERK1/2 in the brains of rats with chronic fluorosis and their connections with the decreased capacity of learning and memory. Toxicol. Lett. 192, 324–329, 10. 1016/j. toxlet. 2009. 11. 002.

Llop, S., Aguinagalde, X., Vioque, J., Ibarluzea, J., Guxens, M., Casas, M., Murcia, M., Ruiz, M., Amurrio, A., Rebagliato, M., Marina, L.S., Fernandez-Somoano, A., Tardon, A., Ballester, F., 2011. Prenatal exposure to lead in Spain: cord blood levels and associated factors. Sci. Total Environ. 409, 2298–2305. https://doi.org/10.1016/j.scitotenv.2011.02.004.

Lou, D.D., Guan, Z.Z., Liu, Y.J., Liu, S.F., Zhang, K.L., Pan, J.G., Pei, J.J., 2013. The influence of chronic fluorosis on mitochondrial dynamics morphology and distribution in cortical neurons of the rat brain. Arch. Toxicol. 87, 449–457. https://doi.org/10.1007/s00204-012-0942-z.

Lozano, M., Murcia, M., Soler-Blasco, R., González, L., Iriarte, G., Rebagliato, M., Lopez-Espinosa, M.J., Esplugues, A., Ballester, F., Llop, S., 2021. Exposure to mercury among 9-year-old children and neurobehavioural function. Environ. Int. 146, 106173 https://doi.org/10.1016/j.envint.2020.106173.

Lozano, M., Murcia, M., Soler-Blasco, R., Iniguez, C., Irizar, A., Lertxundi, A., Basterrechea, M., Marina, L.S., Amoross, R., Broberg, K., Ballester, F., Llop, S., 2021a. Urinary arsenic speciation and methylation efficiency during pregnancy: concentrations and associated factors in a Spanish pregnant women. Environ. Res., 110889 https://doi.org/10.1016/j.envres.2021.110889.Lozano.

Malin, A.J., Till, C., 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ. Health 14, 17, 10.1186/s12940-015-0003-1.

Markham, W.A., Spencer, N., 2022. Factors that mediate the relationships between household socio-economic status and childhood Attention Deficit Hyperactivity Disorder (ADHD) in children and adolescents: a systematic review. PLoS One 17, 1–22. https://doi.org/10.1371/journal.pone.0262988.

McPherson, C.A., Zhang, G., Gilliam, R., Brar, S.S., Wilson, R., Brix, A., Picut, C., Harry, G.J., 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in long-Evans hooded rats. Neurotox. Res. 34, 781–798. https://doi.org/10.1007/s12640-018-9870-x.

Modesto, T., Tiemeier, H., Peeters, R.P., Jaddoe, V.W., Hofman, A., Verhulst, F.C., Ghassabian, A., 2015. Maternal mild thyroid hormone insufficiency in early pregnancy and attention-deficit/hyperactivity disorder symptoms in children. JAMA Pediatr. 169, 838–845. https://doi.org/10.1001/jamapediatrics.2015.0498.

Mullenix, P., Denbesten, P., Schunior, A., Kernan, W., 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17, 169–177.

Narayanaswamy, M., Piler, M.B., 2010. Effect of maternal exposure of fluoride on biometals and oxidative stress parameters in developing CNS of rat. Biol. Trace Elem. Res. 133, 71. https://doi.org/10.1007/s12011-009-8413-y.

National Research Council, 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. National Academy Press, Washington, D.C.

NHS - National Health System, 2021. Fluoride. https://www.nhs.uk/conditions/fluoride/. Accessed May 8, 2023.

Nigg, J.T., Nikolas, M., Mark Knottnerus, G., Cavanagh, K., Friderici, K., 2010. Confirmation and extension of association of blood lead with attention-deficit/hyperactivity disorder (ADHD) and ADHD symptom domains at population-typical exposure levels. JCPP (J. Child Psychol. Psychiatry) 51, 58–65. https://doi.org/10.1111/j.1469-7610.2009.02135.x.

Nilsen, F.M., Ruiz, J.D.C., Tulve, N.S., 2020. A meta-analysis of stressors from the total environment associated with children's general cognitive ability. Int. J. Environ. Res. Publ. Health 17. https://doi.org/10.3390/ijerph17155451, 2020.

Ortiz-Luna, J.A., Acle-Tomasini, G., 2006. Differences in the way parents and teachers identify the symptoms of attention deficit hyperactivity disorder in Mexican children. Rev. Neurol. 42, 17–21. https://doi.org/10.33588/rn.4201.2005342.

Ottappilakkil, H., Babu, S., Balasubramanian, S., Manoharan, S., Perumal, E., 2022. Fluoride induced neurobehavioral impairments in experimental animals: a brief review. Biol. Trace Elem. Res. https://doi.org/10.1007/s12011-022-03242-2.

Päkkilä, F., Männistö, T., Pouta, A., Hartikainen, A.L., Ruokonen, A., Surcel, H.M., Bloigu, A., Vääräsmäki, M., Järvelin, M.R., Moilanen, I., Suvanto, E., 2014. The impact of gestational thyroid hormone concentrations on ADHD symptoms of the child. J. Clin. Endocrinol. Metab. 99, E1. https://doi.org/10.1210/jc.2013-2943. –E8.

Pal, S., Sarkar, C., 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Environ. Toxicol. Pharmacol. 38, 684–699. https://doi.org/10.1016/j.etap.2014.07.009.

Perera, F.P., Wheelock, K., Wang, Y., Tang, D., Margolis, A.E., Badia, G., Cowell, W., Miller, R.L., Rauh, V., Wang, S., Herbstman, J.B., 2018. Combined effects of prenatal exposure to polycyclic aromatic hydrocarbons and material hardship on child ADHD behavior problems. Environ. Res. 160, 506–513. https://doi.org/10.1016/j.envres.2017.09.002.

IBARLUZEA0000018

*J. Ibarluzea et al.*

*Environmental Research 235 (2023) 116705*

Perrott, K.W., 2018. Fluoridation and attention deficit hyperactivity disorder - a critique of Malin and till (2015). Br. Dent. J. 223, 819–822. https://doi.org/10.1038/sj. bdj.2017.988.

Pettit, G.S., Bates, J.E., Dodge, K.A., 1997. Supportive parenting, ecological context, and children's adjustment: a seven-year longitudinal study. Child Dev. 68, 908–923. https://doi.org/10.1111/j.1467-8624.1997.tb01970.x.

Polanczyk, G., de Lima, M.S., Horta, B.L., Biederman, J., Rohde, L.A., 2017. The worldwide prevalence of ADHD: a systematic review and metaregression analysis. Am. J. Psychiatr. 164, 942–948. https://doi.org/10.1176/ajp.2007.164.6.942.

Polańska, K., Jurewicz, J., Hanke, W., 2012. Exposure to environmental and lifestyle factors and attention-deficit/hyperactivity disorder in children—a review of epidemiological studies. Int. J. Occup. Med. Environ. Health 25, 330–355. https://doi.org/10.2478/S13382-012-0048-0.

Ramon, R., Murcia, M., Aguinagalde, X., Amurrio, A., Llop, S., Ibarluzea, J., Lertxundi, A., Alvarez-Pedrerol, M., Casas, M., Vioque, J., Sunyer, J., Tardon, A., Martinez-Arguelles, B., Ballester, F., 2011. Prenatal mercury exposure in a multicenter cohort study in Spain. Environ. Int. 37, 597–604. https://doi.org/10.1016/j.envint.2010.12.004.

Reddy, Y.P., Tiwari, S., Tomar, L.K., Desai, N., Sharma, V.K., 2021. Fluoride-Induced expression of neuroinflammatory markers and neurophysiological regulation in the brain of wistar rat model. Biol. Trace Elem. Res. 199, 2621–2626. https://doi.org/10.1007/s12011-020-02362-x.

Riddell, J.K., Malin, A.J., Flora, D., McCague, H., Till, C., 2019. Association of water fluoride and urinary fluoride concentrations with attention deficit hyperactivity disorder in Canadian youth. Environ. Int., 105190 https://doi.org/10.1016/j. envint.2019.105190.

Roy, A., Kordas, K., Lopez, P., Rosado, J.L., Cebrian, M.E., Vargas, G.G., Ronquillo, D., Stoltzfus, R.J., 2011. Association between arsenic exposure and behavior among first-graders from Torreón, Mexico. Environ. Res. 111, 670–676. https://doi.org/10.1016/j.envres.2011.03.003.

Russell, A.E., Ford, T., Williams, R., Russell, G., 2016. The association between socioeconomic disadvantage and attention deficit/hyperactivity disorder (ADHD): a systematic review. Child Psychiatr. Hum. Dev. 47, 440–458. https://doi.org/10.1007/s10578-015-0578-3.

Sentís, A., Sunyer, J., Dalmau-Bueno, A., Andiarena, A., Ballester, F., Cirach, M., Estarlich, M., Fernández-Somoano, A., Ibarluzea, J., Íñiguez, C., Lertxundi, A., Tardón, A., Nieuwenhuijsen, M., Vrijheid, M., Guxens, M., INMA Project, 2017. Prenatal and postnatal exposure to NO$_2$ and child attentional function at 4-5years of age. Environ. Int. 106, 170–177. https://doi.org/10.1016/j.envint.2017.05.021.

Soler-Blasco, R., Murcia, M., Lozano, M., González-Safont, L., Amorós, R., Ibarluzea, J., Broberg, K., Irizar, A., Lopez-Espinosa, M.J., Lertxundi, N., Marina, L.S., Ballester, F., Llop, S., 2020. Prenatal manganese exposure and neuropsychological development in early childhood in the INMA cohort. Int. J. Hyg Environ. Health 224, 113443. https://doi.org/10.1016/j.ijheh.2019.113443.

Sussman, T.J., Baker, B.H., Wakhloo, A.J., Gillet, V., Abdelouahab, N., Whittingstall, K., Lepage, J.F., St-Cyr, L., Boivin, A., Gagnon, A., Baccarelli, A.A., Takser, L., Posner, J., 2022. The relationship between persistent organic pollutants and Attention Deficit Hyperactivity Disorder phenotypes: evidence from task-based neural activity in an observational study of a community sample of Canadian mother-child dyads. Environ. Res. 206, 112593 https://doi.org/10.1016/j.envres.2021.112593.

U.S. Environmental Protection Agency, 2010. Fluoride: exposure and relative source contribution analysis. In: Health and Ecological Criteria Division, Office of Water. U. S. EPA, Washington, DC.

USDA, 2005. National Fluoride Database of Selected Beverages and Foods, Release, vol. 2. U.S. Department of Agriculture, Nutrient Data Laboratory, Washington, D.C.

Valdez Jiménez, L., López Guzmán, O.D., Cervantes Flores, M., Costilla-Salazar, R., Calderón Hernández, J., Alcaraz Contreras, Y., Rocha-Amador, D.O., 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59, 65–70. https://doi.org/10.1016/j.neuro.2016.12.011.

Veneri, F., Vinceti, M., Generali, L., Giannone, M.E., Mazzoleni, E., Birnbaum, L.S., Consolo, U., Filippini, T., 2023. Fluoride exposure and cognitive neurodevelopment: systematic review and dose-response meta-analysis. Environ. Res. 15 (221), 115239 https://doi.org/10.1016/j.envres.2023.115239.

Vioque, J., Navarrete-Muñoz, E.M., Gimenez-Monzó, D., García-de-la-Hera, M., Granado, F., Young, L.S., Ramón, R., Ballester, F., Murcia, M., Rebagliato, M., Íñiguez, C., INMA-Valencia Cohort Study, 2013. Reproducibility and validity of a food frequency questionnaire among pregnant women in a Mediterranean area. Nutr. J. 19, 12–26. https://doi.org/10.1186/1475-2891-12-26.

Vishnevetsky, J., Tang, D., Chang, H.W., Roen, E.L., Wang, Y., Rauh, V., Wang, S., Miller, R.L., Herbstman, J., Perera, F.P., 2015. Combined effects of prenatal polycyclic aromatic hydrocarbons and material hardship on child IQ. Neurotoxicol. Teratol. 49, 74–80. https://doi.org/10.1016/j.ntt.2015.04.002.

Wang, A., Duan, L., Huang, H., Ma, J., Zhang, Y., Ma, Q., Guo, Y., Li, Z., Cheng, X., Zhu, J., Zhou, G., Ba, Y., 2022. Association between fluoride exposure and behavioural outcomes of school-age children: a pilot study in China. Int. J. Environ. Health Res. 32, 232–241. https://doi.org/10.1080/09603123.2020.1747601.

Waugh, D.T., Godfrey, M., Limeback, H., Potter, W., 2017. Black tea source, production, and consumption: assessment of health risks of fluoride intake in New Zealand. J Environ Public Health 2017, 5120504. https://doi.org/10.1155/2017/5120504.

Wechsler, D., 1997. WAIS-III Escala intelectual de Wechsler para adultos. TEA ediciones, Madrid, Spain.

Wechsler, D., Kaufman, A., 2001. WAIS-III. Escala de inteligencia de Wechsler para adultos (III). Tea Ediciones, Madrid, Spain.

World Health Organization (WHO), 2015. What Is a Preterm Baby?. WHO Team Maternal Health. World Health Organization.

Xu, Y., Yang, X., Chen, D., Xu, Y., Lan, L., Zhao, S., Liu, Q., Snijders, A.M., Xia, Y., 2023. Maternal exposure to pesticides and autism or attention-deficit/hyperactivity disorders in offspring: a meta-analysis. Chemosphere 313, 137459. https://doi.org/10.1016/j.chemosphere.2022.137459.

Zhang, K.L., Lou, D.D., Guan, Z.Z., 2015. Activation of the AGE/RAGE system in the brains of rats and in SH-SY5Y cells exposed to high level of fluoride might connect to oxidative stress. Neurotoxicol. Teratol. 48, 49–55, 10. 1016/j. ntt. 2015. 01.007.

Zhao, W.P., Wang, H.W., Liu, J., Zhang, Z.H., Zhu, S.Q., Zhou, B.H., 2019. Mitochondrial respiratory chain complex abnormal expressions and fusion disorder are involved in fluoride-induced mitochondrial dysfunction in ovarian granulosa cells. Chemosphere 215, 619–625. https://doi.org/10.1016/j.chemosphere.2018.10.043.

Zohouri, F., Swinbank, C., Maguire, A., Moynihan, P., 2006. Is the creatinine/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent. Oral Epidemiol. 34, 130–138. https://doi.org/10.1111/j.1600-0528.2006.00269.x.

IBARLUZEA0000019

# Defendants' Post-Trial Rebuttal Expert Designations and Disclosures

BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: Brandon.Adkins@usdoj.gov

(Additional counsel listed in signature)

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | |
| | Case No. 3:17-cv-02162-EMC |
| *Plaintiffs*, | |
| v. | **DEFENDANTS' POST-TRIAL REBUTTAL EXPERT DESIGNATIONS AND DISCLOSURES** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants*. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the stipulated scheduling order (ECF No. 355), EPA discloses the identities of the following rebuttal witnesses that EPA may use at the second trial in this matter to present evidence under Federal Rules of Evidence 702, 703, or 705:[1]

---

[1] Consistent with the Court's orders, EPA intends to disclose expert testimony that the Agency should be permitted to defer rulemaking after the Court makes a determination of unreasonable risk, if necessary. *See* Final Pretrial Conference Order 15, ECF No. 197.

1  **I.      REBUTTAL EXPERT REQUIRED TO PROVIDE A WRITTEN REPORT**

2        David Alan Savitz, Ph.D., Brown University, Providence, RI 02912. Today EPA will

3  produce Dr. Savitz's expert rebuttal report with production identifiers SAVITZ0000088 through

4  SAVITZ0000103.

5  **II.     REBUTTAL EXPERT NOT REQUIRED TO PROVIDE A WRITTEN REPORT**

6        Stanley Barone Jr., MS, Ph.D., Senior Science Policy Advisor, Office of Chemical Safety

7  and Pollution Prevention, U.S. Environmental Protection Agency.

8        <u>Subject matter</u>: Risk assessment under Amended TSCA; applications of systematic

9  review; developmental neurotoxicology.

10       <u>Summary of the rebuttal facts and opinions to which the witness is expected to testify</u>:

11 See attachment with production identifiers BARONE0000055 through BARONE0000061.

12

13 DATED:  September 15, 2023          TODD KIM
                                       Assistant Attorney General
14

15                                     */s/ Brandon N. Adkins*
                                       BRANDON N. ADKINS
16                                     PAUL A. CAINTIC
                                       United States Department of Justice
17                                     Environment & Natural Resources Division
                                       P.O. Box 7611
18                                     Washington, D.C. 20044
                                       Tel: (202) 616-9174
19                                     Brandon.Adkins@usdoj.gov
20
                                       ISMAIL J. RAMSEY
21                                     United States Attorney
22
                                       EMMET P. ONG
23                                     Assistant United States Attorney
24                                     *Attorneys for Defendants*
25
26
27

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of Defendants' Post-Trial Rebuttal Expert Designations and Disclosures was served on September 15, 2023, by email on counsel of record for Plaintiffs, who consented to service by email of discovery papers that must be served on a party.

/s/ *Brandon N. Adkins*
Brandon N. Adkins
United States Department of Justice

# Rebuttal Report: Response to Second Supplemental Report by Philippe Grandjean, MD, DMSc and Third Supplemental Report by Kathleen M. Thiessen, Ph.D.

## Sept. 15, 2023

**Rebuttal Report:  Response to Second Supplemental Report by Philippe Grandjean, MD, DMSc and Third Supplemental Report by Kathleen M. Thiessen, Ph.D.**

September 15, 2023

*Food & Water Watch v. EPA*, Case No. 17-cv-2162-EMC

Prepared By:

_____
David A. Savitz, Ph.D.

SAVITZ0000088

Introduction

I have been retained by the United States Department of Justice, representing the United States Environmental Protection Agency, to assess the epidemiological evidence on fluoride and neurodevelopment. My qualifications are set out in the expert report I submitted on August 4, 2023. With this Rebuttal Report, I was asked to assess and respond to the expert opinions of Dr. Phillipe Grandjean in the "Second Supplemental Report by Philippe Grandjean, MD, DMSc." I have also assessed Dr. Thiessen's evaluation and interpretation of the epidemiologic evidence, and I have included a brief section discussing some recently published papers and un-published abstracts produced by Drs. Howard Hu and Bruce Lanphear. My primary focus in this Report is on what I believe to be discrepancies between Dr. Grandjean's and Dr. Thiessen's reporting and interpretation of the research and summaries of the research (particularly the draft National Toxicology Program ("NTP") report) compared to what the original sources indicated. I have not attempted to address every point that was raised in Drs. Grandjean's and Thiessen's reports, so that a lack of comment does not imply my agreement. My report is organized around key themes that appear throughout Dr. Grandjean's and Dr. Thiessen's reports with illustrative specific points of disagreement.

Selective Citation of NTP Systematic Review and Meta-Analysis

*Contributions of the Draft NTP Report*

Much of Dr. Grandjean's report relies on his assessment of a draft of the NTP systematic review and meta-analysis on fluoride exposure and neurodevelopmental and cognitive health effects, drawing on that document as proof of fluoride's harmful effects at low exposure levels. To put that interpretation in perspective, the draft NTP report does not constitute new evidence, in contrast to original research, but rather summarizes the available evidence at a point in time, both through a systematic review and a meta-analysis of epidemiologic studies. The authors of the draft NTP report defined the scope of their evaluation and followed a protocol for identifying, selecting, and summarizing studies, aggregating the evidence, and interpreting it. In other words, the draft NTP report is a document that was developed to help interpret the evidence, which it did, so that Dr. Grandjean is providing his interpretation of NTP's interpretation, twice removed from the empirical findings of the underlying epidemiologic studies of fluoride and neurodevelopment. The draft NTP report does not "show" that fluoride poses a neurodevelopmental health risk, at most it "infers" that this may occur at the higher exposures considered in most of the studies that were available. The amount of evidence to address low exposures was and remains quite limited. Dr. Grandjean believes that adverse neurocognitive effects *do occur* and indicates that this agrees with the draft NTP report, reflecting to some extent shared opinions about the literature, but it would be misrepresenting the draft NTP report to claim it provides the evidence that leads to Dr. Grandjean's conclusions.

*Interpretation of NASEM and BSC Reviews*

The extensive reviews of drafts of the report by the National Academies of Science, Engineering, and Medicine (NASEM) and the NIEHS Board of Scientific Counselors (BSC) are invoked by Dr. Grandjean as evidence of acceptance of the draft report's validity by independent experts: "This report incorporates three rounds of external peer review, including two rounds by the National Academy of Sciences, Engineering and Medicine." (p. 5). He is correct about the process of review but none of the reviews indicated that the independent evaluators fully accepted all aspects of the report as accurate and conclusive, nor were they asked to do so. The NASEM Committees that reviewed the report, which I chaired, had a clear and rather

1

SAVITZ0000089

narrow charge: "The committee was asked to review the monograph and ultimately to assess whether NTP's conclusions are supported by the evidence provided in it." (p. 8). We were not asked to reach an independent judgment regarding fluoride and neurodevelopment or if we agreed with their assessment of the potential health effects of fluoride exposure. The charge was focused on the NTP's documentation of the methods used and whether the connection between methods, results, and conclusions was clear. We did not deliver a final verdict to accept or reject the report's findings since we were focused on the document itself. We concluded that there were limitations in the document such that the evidence cited did not provide a clear path to their conclusions, and the communication of the information in the report regarding low exposures and applicability to fluoridation of drinking water had important limitations. The NASEM Committee's report was shared with NTP and our assessment ended there, with the report's authors free to use our evaluation as they saw fit.

The BSC's charge was somewhat different: "The BSC will deliberate the BSC Working Group's report at a public meeting with action to then: accept the report and convey it to the NTP Director as written, revise the report and convey the revised report to the NTP Director, and/or offer other recommendations to the NTP Director. " (p. 4). They provided hundreds of detailed suggestions for revision and the NTP offered their responses, indicating where changes were made or defending the point and choosing not to make changes. Thus, the BSC was charged with providing an evaluation and forwarding it to the NTP Director, Dr. Richard Woychik. The final recommendation of the BSC that accepted the draft NTP report does not mean that the BSC endorsed or agrees with the conclusions drawn by the authors, and they were not asked to make such judgments, only consider whether the work product is adequately documented and suitable for being forwarded to the NTP Director. In fact, despite the recommendation for acceptance of the report, there were many remaining points of disagreement at the end of their review, even after multiple iterations between the BSC and the NTP authors. As summarized in the BSC report, there were 325 reviewer comments on the systematic review, with 232 responses rated as adequate, 51 responses rated as adequate with suggested edits, and 42 rated as inadequate with further revisions recommended (13% of the total). Among the 141 reviewer comments on the meta-analysis, 60 responses were rated as adequate, 31 as adequate with suggested edits, and 50 as inadequate with further revisions recommended. In absolute terms, the remaining 42 comments on the systematic review and 50 comments (35% of the total) on the meta-analysis judged to be inadequate is substantial. The BSC review presumably helped the NTP authors to improve the report, and the recommendation for approval signifies that the issues of concern were addressed to a degree judged to be sufficient. But it does not imply that the BSC was persuaded that all the inferences made in the report were valid and indicates directly that they did not, in fact, agree with all aspects of the draft report.

*Citation of Draft NTP Report Conclusions Based on Level of Fluoride Exposure*

Dr. Grandjean refers to the draft NTP report as providing unequivocal support for low levels of fluoride exposure causing adverse neurodevelopmental effects: "Overall, the NTP report concluded with 'moderate confidence' that developmental fluoride exposure – at levels approximating the exposures seen in communities with 1.5 mg F/L – is consistently associated with reduced childhood IQ." In fact, the draft NTP reports the following in the abstract: "This review finds, with moderate confidence, that higher fluoride exposure (e.g., represented by populations whose total fluoride exposure approximates or exceeds the World Health Organization Guidelines for Drinking-water Quality of 1.5 mg/L of fluoride) are consistently associated with lower IQ in children. More studies are needed to fully understand the potential for lower fluoride exposure to affect children's IQ." In other words, there is a spectrum of

2

SAVITZ0000090

exposure levels that has been evaluated in the studies, and the lower range of those exposures approximates 1.5 mg/L but the vast majority of studies addressed exposure well above that level.  The finding of an association with health outcomes *may* apply to exposures as low as 1.5 mg/L, but the draft NTP report does not claim that they do and notes that the effect of fluoride exposure at levels of 1.5 mg/L or below are not well understood.

The overall body of evidence is referred to as providing "moderate confidence," not "strong confidence."  Furthermore, the draft NTP report carefully notes that it does not provide direct evidence regarding the levels of fluoride exposure associated with drinking water fluoridation in the United States, which is below 1.5 mg/L.  For example, in response to one comment, NTP indicated that "Associations between lower total fluoride exposure [e.g., represented by populations whose total fluoride exposure was lower than the WHO Guidelines for Drinking water Quality of 1.5 mg/L of fluoride (WHO 2017)] and children's IQ remain unclear. More studies at lower exposure levels are needed to fully understand potential associations in ranges typically found in the United States (i.e., <1.5 mg/L in water)." (p. 99)  Dr. Grandjean assumes without evidence that the reason for the more cautious assessment of the evidence by NTP by stating in the report that there is "moderate" rather than "strong" confidence even at those higher exposure levels reflects "preferred language in reports from government agencies" (p. 26).  The better reading is to take the authors at their word:  that they were expressing their reasoned opinions about the uncertainty of there being a causal effect of low levels of fluoride on adverse neurodevelopmental outcomes.

The concern with the levels of fluoride exposure that may be related to adverse effects is one that both review committees addressed regarding communicating the draft NTP report's findings. The NTP notes the evidence for adverse effects at low levels (<1.5 mg/L) is unclear, and both the NASEM and BSC reviews strongly encouraged the authors to note more explicitly that their findings do not provide information that is directly applicable to fluoridation. The NASEM report states "NTP therefore should make it clear that the monograph cannot be used to draw any conclusions regarding low fluoride exposure concentrations, including those typically associated with drinking-water fluoridation." (p. 14). In response to a BSC reviewer comment, the NTP authors said "we tend to agree that 'studies of fluoride exposures at levels typically found in drinking water in the United States are inconclusive," (p. 21).   A concern with exposures that "approximate or exceed" 1.5 mg/L is not the same as a concern with exposures <1.5 mg/L, let alone down to the range of 0.7 mg/L, the target for fluoridation.  The abstract and summary of the NTP systematic review states: "More studies are needed to fully understand the potential for lower fluoride exposure to affect children's IQ." (p. xiii, 82; 13).

Dr. Grandjean notes that the cross-sectional studies considering higher fluoride exposures in endemic fluorosis areas have greater statistical power to detect adverse effects (p. 8). Assuming a monotonic relationship, in which higher levels of exposure have greater adverse effects, that would be true – higher exposures would be producing a quantitatively larger decrement in health than lower exposures *assuming that any level of exposure is harmful*.  The presumption of a monotonic dose-response gradient in which there is increased risk across the spectrum of exposure is not known to be accurate.  In fact, there is a difference between the question of whether *high levels* of fluoride exposure cause harm and whether *low levels* of exposure cause harm.  Dr. Grandjean is assuming that there are adverse effects at any level of exposure and the higher exposure studies are simply better able to identify the harm, but that does not in fact indicate that low levels of exposure have adverse effects.

Dr. Grandjean notes that the draft NTP report indicated "no obvious threshold" (p. 8) for adverse effects, but he does not ask whether the studies attempted to identify such a threshold or had

SAVITZ0000091

the capability of identifying a threshold if one were in fact present.  In most of the research, the results are examined to estimate a linear trend across the range of exposure experienced by the study participants. The statistical methods yield an overall estimate of the shape of the dose-response gradient, but the estimate is based on the range of exposures included in the study.  If a hypothetical study examines fluoride exposure of 3-10 mg/L, for example, it can be used to generate an estimated linear relationship with IQ, say an estimate of -2.0 points per mg/L. However, whether that would apply to exposures of <3 mg/L is unknown.  Such studies cannot identify any threshold without information on the full spectrum of exposure and conducting statistical analyses that are intended to identify thresholds.  As noted in the BSC report, "Because the authors fit a linear term, a threshold was not assessed… Although the authors examined non-linear exposure forms and determined the linear term to be optimal, there are very few data points from studies in the low-dose range, reducing confidence in this range of exposure. The BSC WG recommends that the authors describe any change in the shape of the dose-response curve across the range of fluoride exposure. The BSC WG is concerned that failure to do so could mask better understanding of the potential inverse association between fluoride and IQ." (p. 324).  This is quite different from conducting analyses intended to identify a threshold for adverse effects and failing to find one, suggesting there are adverse effects at low exposure levels.  As discussed below, only studies that address the relationship of low exposures to health outcomes provide directly applicable information regarding exposures in that range.

### Assessment of Consistency and Potential Biases

The consistency of the results is cited on multiple occasions by Dr. Grandjean as supporting his contention that there are adverse effects at low levels of exposure (e.g., page 6).  The definition of consistency is subject to varying interpretations within the draft NTP report.  If it means that the study provides some results that would be consistent with an adverse effect—a rather generous definition—the multitude of results from each study provide abundant opportunity to support that claim.  A single study may include multiple exposure indices, use a variety of statistical analysis methods, consider multiple population subgroups (e.g., by sex and age), consider different covariate adjustments, and assess multiple outcome measures.  The more rigorous and informative approach to assessing consistency requires comparing like-to-like studies as noted in the NASEM assessment.  The INMA study (not considered in the draft NTP report) clearly does not show consistency with the similarly designed MIREC and ELEMENT studies, nor is there consistency within those studies across exposure indices and subsets of the population, e.g., males versus females.  While both MIREC and ELEMENT each generated some findings supportive of adverse effects, the magnitude of the association differed substantially across the two studies. MIREC identified the heterogeneity by sex but ELEMENT did not, MIREC considered drinking water fluoride concentrations whereas ELEMENT did not, and ELEMENT included an assessment at a later age (6-12) whereas MIREC did not.  A single study may contain results that are "consistent" with there being an adverse effect of fluoride based on one index of exposure or in one set of participants (e.g., males) and "inconsistent" results that do not indicate an adverse effect of fluoride based on other indices of exposure or in other subsets of the study population.  To place such studies in the "consistent" category is an oversimplification that does not do justice to the full array of results.

While confounding was addressed in the draft NTP report as noted by Dr. Grandjean (p. 7), he claims that confounding was eliminated as a candidate influence on the study results.   Such confidence overstates the effectiveness of routine statistical adjustments and an overly broad characterization of studies with varying approaches to addressing confounding, as noted in the draft NTP report: "[t]here is considerable variation in the specific covariates considered across

4

SAVITZ0000092

the 19 low risk-of-bias studies." (p. 48).  Most of the studies are based on exposure differences resulting from location of residence, with the studies in low- and middle-income countries mostly based on endemic fluoride levels.  While the specific fluoride metric analyzed varies across the studies, including drinking water concentration and maternal and child urinary fluoride concentration, the differences in exposure are all driven by the water source which is determined by where people live, perhaps secondarily by varying amounts of water consumption and other sources of fluoride exposure.  Spatial comparisons of this nature are often correlated with differences in socioeconomic or environmental conditions which then would be confounders of the fluoride/neurodevelopment relationship.  While some of the studies tried to mitigate any such differences with adjustment for available covariates, the claim that the issue is put to rest overstates the effectiveness of eliminating inherent differences in those who reside in different geographic areas.

*Contributions of Meta-Analysis*

A fundamental assumption underlying Dr. Grandjean's inferences regarding the draft NTP report is that the most informative approach to the body of research is a meta-analysis to generate a pooled estimate of the association between fluoride and IQ.  While there are advantages and disadvantages to this approach for addressing the critical question of concern regarding the potential health impact of fluoridation, there are reasons it may not be the most informative option for addressing this issue given that the bulk of the studies address higher exposures in settings very different from the US.  Instead, one might focus on the most informative and relevant studies addressing that question, namely the cohort studies in Mexico, Canada, and Spain, all of which address fluoride within the range of interest and in the case of Canada and Spain, differences that result directly from fluoridation of the drinking water supply.

Meta-analysis to generate a pooled estimate addresses only one issue – random error across the studies.  The approach is most appropriate when a series of small studies of very similar design have been done, as is sometimes the case for randomized trials of drug treatment, for example, where the primary limitation in the research is a small study size.  That is not the case here – the study methods and settings are not similar to one another, and small study size is not the primary concern.  Instead, the key limitations and potential sources of bias are measurement error for exposure and outcome, as well as confounding (see Savitz's Expert Report, pgs. 2-4).  The meta-analysis that was conducted included these issues in an aggregate assessment of "quality," but did not do so in a manner that allows direct comparison of studies with stronger and weaker methods of exposure assessment, more and less effective approaches to controlling confounding, etc.  In other words, the use of an aggregate index of "quality" does not provide the basis for considering specific features of the study. For example, poor quality of measurement may be more likely to bias results towards the null (no association) whereas failure to control certain types of confounding may bias results toward a spurious elevation in risk.  Combining those factors (and others) into a summary score of "quality" does not reveal such patterns of results due to specific variation in methods.

Much is made of the findings for "low risk of bias" studies in the meta-analysis, but it is not clear that the approach that NTP took to defining low risk of bias is reflective of the quality of the study methods or that those designated as low versus not low makes a meaningful distinction. While the designation of "low risk of bias" seems objective, it is in fact highly subject to the assumptions that are made and the algorithm that is applied.  For example, Veneri et al. (2023) applied a different risk-of-bias algorithm and ended up with notably different bias assignments of the same studies.  Indeed, Veneri et al. (2023) classified only one study as low risk of bias (Feng et al., 2022) and not the publications from MIREC or ELEMENT, illustrating that there can

5

SAVITZ0000093

be considerable variation in quality score algorithms.  The information value of the studies is determined by several factors.  For addressing the potential health impact in the exposure range of water fluoridation, a key determinant is whether the exposure range in the study corresponds to the fluoride levels of interest, <1.5 mg/L and closer to 0.7 mg/L.  In fact, to address the potential health impact of water fluoridation, the most informative studies are those that directly examine exposure differences resulting from fluoridation, both those using biomarkers and those comparing populations served by fluoridated versus non-fluoridated water.  The meta-analysis glosses over those distinctions and is dominated by studies of endemic fluoride exposure in low- and middle-income countries.

*Summary*

In summary, Dr. Grandjean overstates the extent to which the draft NTP report is unequivocally supportive of adverse effects of fluoride in the range of interest and the extent to which the report is definitive.  Relative to the report itself, which includes several important caveats both regarding certainty and positivity of findings, particularly regarding the lower levels of fluoride associated with fluoridation, Dr. Grandjean's assessment far exceeds NTP's level of certainty regarding adverse effects, particularly at low levels of exposure.  To reiterate, NTP itself noted that "Associations between lower total fluoride exposure [e.g., represented by populations whose total fluoride exposure was lower than the WHO Guidelines for Drinking water Quality of 1.5 mg/L of fluoride (WHO 2017)] and children's IQ remain unclear."  Pg. 99.  Furthermore, Dr. Grandjean ignores the concerns of the BSC reviewers that were not addressed in a manner that the reviewers ultimately deemed adequate. The BSC review was explicit about which of the reviewers' many comments were seen as having an inadequate response.  Dr. Grandjean incorrectly cites both the BSC and NASEM reviews as indications that the report has been thoroughly vetted and is thus definitive.  The NTP and other reviewers, including myself, believe that the question remains unresolved with meaningful and credible evidence both in support of potential adverse effects and in opposition to such effects being present, particularly at low levels.

Assessment of Impact of Recent Studies

*INMA Study*

While there have been several studies of fluoride and neurodevelopment published since June 2020, there is one that stands out above all the others based on the quality and relevance of the research: the INMA cohort study in Spain (Iberluzea et al., 2022).  This study is directly comparable to the other two most important cohort studies in North America, ELEMENT and MIREC.  Dr. Grandjean criticizes the INMA study and attempts to discount its importance as a major new contribution to the epidemiologic research on this topic.  His criticism of INMA is focused on what he finds to be the study's "surprising" results, but the quality and importance of research must be judged based solely on the methods.  Grandjean identifies no specific issues regarding how exposure or health outcomes were measured, which confounders were adjusted, or how the data analysis was conducted.  Individual high-quality studies often generate some findings that are anomalous and therefore surprising, but unexpected findings do not render the study invalid or uninformative.

Dr. Grandjean notes some inconsistencies across the different measures of fluoride and subsets of the population as "surprising and worrisome findings" based on data contained in an email from Dr. Ibarluzea to Dr. Taylor at NTP (p. 22) and that the "significant and surprisingly large positive associations" were observed only in the non-fluoridated areas (p. 22).  He continues

SAVITZ0000094

that "The authors provide no discussion or explanation as to why the associations would be so dramatically different between the two areas . . . .  These surprising results illustrate that the findings from this particular study are unlikely to be representative." (p. 22).

Differences in results across exposure metrics and subpopulations is to be expected in the assessment of what are likely to be modest effects, at most, and the same inconsistency has been observed in the other cohorts, for example the variation in MIREC based on the child's sex.  Dr. Grandjean's concern appears to be driven by INMA's results, which do not support the hypothesis that low levels of fluoride have adverse neurodevelopment effects, not with the methods.  The results of this study run counter to Dr. Grandjean's beliefs regarding adverse health effects of fluoride.  Hence the results are "surprising" in his view, but that is not the same as invalid or dismissible.  He offers no methodologic critique of the study, only noting the "surprising results."

Dr. Grandjean notes the anomalous finding of a positive association between mercury exposure and IQ in the INMA study (p. 22) as support for his contention that the study is flawed.  While such findings warrant close scrutiny of the methods to determine whether there is a methodologic flaw that has generated such results, some anomalous results do not negate the study's value.  In populations such as the INMA study cohort, a dominant determinant of mercury is fish consumption and it is generally found that overall fish consumption is positively associated with neurodevelopment, presumably due to the nutrients they provide.  In such circumstances, mercury will appear to be favorably associated with health outcomes not because it is having a causal benefit but rather because it is found in the same food that does in fact have beneficial effects.  This observation does not pose a challenge to the validity of the INMA study.

Dr. Grandjean says that "[f]or reasons that remain unclear, the Ibarluzea study excluded mother-child pairs from INMA locations other than Gipuzkoa."  Pg. 22.  But the INMA paper states "It should be noted that, among the different subcohorts of the INMA project, only Gipuzkoa had an active community fluoridated drinking water (CFDW) program in place across drinking water treatment plants serving more than 30,000 inhabitants," (p. 2) which would support the authors' decision regarding the geographic scope of the study.

Dr. Grandjean cites inconsistency between the published paper and a conference abstract of the INMA study.[1]  The abstract reports results for the population that was ultimately included in the published manuscript plus a small number of additional study participants from other locations.  Given that the publication includes 379 children assessed at age 4 and the abstract reports on 438 participants (subsuming the 379), it is not surprising that there is no meaningful difference between the reported results from the abstract and the publication, both identifying a positive (favorable) association between urinary fluoride and cognitive performances.  Conference abstracts generally present preliminary results and as the study and data analyses continue, it is routine for the results to differ from the initial analysis.

Dr. Grandjean indicates that larger effect sizes for boys may be a result of unmeasured confounding with no basis whatsoever for that speculation.  In fact, it is hard to imagine that the relationship of prenatal exposure to fluoride and IQ would have a different pattern of confounding based on whether the fetus was male or female.  He concludes that the study is therefore "particularly vulnerable to bias."

---

[1] The INMA pre-publication abstract is available at https://journals.lww.com/environepidem/Fulltext/2019/10001/Fluorinated_water_consumption_in_pregnancy_and.1179.aspx

SAVITZ0000095

Dr. Grandjean further notes that "an opposite association (*i.e.,* a negative relationship between fluoride and IQ) was obtained when expressing the urine-fluoride concentration on a different scale."  The "different scale" he cites is from a table contained in an email between Dr. Jesus Ibarluzea—lead author for the INMA study—and Dr. Kyla Taylor—one of the authors of the draft NTP report.  Based on an interview with Dr. Ibarluzea, the data in that table are the INMA study results *not* adjusted for creatinine.  Thus, it is unsurprising that the INMA data may yield a different result when not accounting for creatinine—a proxy for hydration levels in urine.  Bashash et. al. (2017), which adjusted for urine creatinine levels, noted "adjusting for urinary dilution effects[] provides a more reliable measure of internal fluoride exposure."  Adjusting for creatinine in urine samples is standard practice to account for urine dilution, and there is no clear reason to focus on results from unadjusted analysis of urinary concentration of fluoride.  It also appears that the NTP authors' use of the INMA study was to rely on these unadjusted results for the sensitivity analyses they conducted on their meta-analysis.  Relegating this important study to a sensitivity analysis and the use of inappropriate results suggests that the draft NTP report did not adequately incorporate the INMA study into its evaluation.

Regarding confounding, the major concern across all the studies is the extent to which known influences on neurodevelopment vary in relation to fluoride exposure.  More specifically, the socioeconomic predictors such as maternal education, income, the home environment, etc. have a sizable effect on children's IQ and therefore to the extent that such factors are related to fluoride exposure, confounding will be present.  Statistical adjustment for markers of socioeconomic status mitigates such confounding though it may not completely eliminate it.  On that criterion, the INMA study is not inferior to ELEMENT or MIREC.  The INMA study adjusted for maternal social class based on occupation, maternal education, a proxy measure of maternal IQ, and an index of deprivation based on the neighborhood of residence (Ibarluzea et al., 2022, page 4).  The ELEMENT study considered maternal education, an estimate of maternal IQ, and the HOME score (an indication of the quality of the home environment) for subsets of participants as available (Bashash et al., 2017).  The MIREC study considered maternal education and the HOME score (Green et al., 2019) but did not have maternal IQ available.  There is no reason to suspect that vulnerability to bias related to socioeconomic status is greater in the INMA study than in the other two cohorts.

In summary, despite the pejorative terms used to describe the study ("surprising" "unrepresentative" "particularly vulnerable to bias"), Dr. Grandjean offers no substantive critique of the study methods that reduce the study's contribution to a comprehensive assessment of the evidence regarding low levels of fluoride and neurodevelopment.  INMA is the equal of MIREC and ELEMENT in its contribution to the literature by any objective measure.  In his exercise of calculating benchmark dose, there is no scientific basis for considering ELEMENT and MIREC (and for unstated reasons, a Danish cohort) but not including INMA.

*Studies Comparing Populations Served by Fluoridated versus Non-Fluoridated Water*

Several recent studies provided a direct assessment of the relationship between consuming fluoridated drinking water and neurodevelopmental health outcomes.  They were not able to examine individual exposure levels by measuring urinary concentration, but those levels have been shown to be driven largely by the fluoride content of the water supply, with secondary influences from other fluoride-containing products (teas, dental treatment) and by variation in uptake and excretion of fluoride.

SAVITZ0000096

Dr. Grandjean criticizes the Australian study by Do et al. (2020) for ineffectively addressing exposure, given that assignment was based on fluoridation status of the drinking water. He claims that "the insensitive and group-level nature of the exposure metric allows no conclusions to be drawn on developmental fluoride neurotoxicity." (p. 20). However, all studies that have compared populations served by fluoridated versus non-fluoridated water show clear contrasts in the distribution of individual exposure based on biomarkers, including MIREC and INMA. He notes that there are other contributors to fluoride exposure and asserts that "These non-water sources of fluoride exposure will create extensive overlaps in exposure between children (and pregnant women) living in fluoridated and non-fluoridated communities" but with no supporting empirical evidence. While there will clearly be variation within the two subpopulations, those served by fluoridated water and those served by non-fluoridated water, given the dominant effect of drinking water and products made from water, the comparison of these subpopulations provides a meaningful and informative contrast. Again, without data, Dr. Grandjean asserts that "the risk of bias from inaccurate exposure assignment in this study is rather severe and would be expected to bias the results towards the null." The assertion that error of this nature resulting from variation within each of the subpopulations, i.e., those served by fluoridated water and those served by non-fluoridated water, will result in bias towards the null is not correct. Random error around group averages, that is, variation among those served by fluoridated water and among those served by non-fluoridated water does not affect the comparison of outcomes across the two groups since the errors are of a particular form (referred to as "Berksonian errors") (Armstrong, 1998). While the data generated by this study may not be helpful in yielding quantitative dose-response information on an individual level, the contrast of populations served by fluoridated versus non-fluoridated water logically contributes to an assessment of the potential health consequences of consuming fluoridated drinking water, other influences on fluoride exposure notwithstanding.

He also criticizes the study of pregnant women served by fluoridated versus non-fluoridated water in a Canadian city (Calgary) that switched during the course of an ongoing cohort study (Dewey et al., 2023). Dr. Grandjean claims "the crude exposure assessment unfortunately does not allow conclusions to be drawn." (p. 23). The same reasoning is applied, noting that there will be individual variation in the volume of tap water consumed and other sources of fluoride, but the sharp contrast in water fluoride levels depending only on the timing of pregnancy is clear. Again, if there is an interest in the health impact of consuming fluoridated versus non-fluoridated water, this study, and others like it, contribute directly relevant information. He claims, "This new study thus adds little to the existing and quite comprehensive database." In fact, the database addressing low levels of fluoride and neurodevelopment is not "quite comprehensive" and each new contribution warrants serious consideration.

      Other Publications

One paper extended the analysis of the ELEMENT cohort (Goodman et al., 2022a). They added a longitudinal analysis across the series of assessments, included a larger number of study participants because of additional measures of urinary fluoride, analyzed verbal and non-verbal intelligence scales, and considered potential sex-specific effects. These are all extensions of the original work rather than coming from a new study and should be viewed as an elucidation of the original findings, not a replication. The association between maternal urinary fluoride and child's IQ in this analysis was similar to the original results (Bashash et al., 2017), with no evidence of differential results by child sex (unlike the MIREC study) and indications of a stronger association with performance IQ at age 4 but not at ages 6-12.

SAVITZ0000097

The two pre-publication abstracts (Malin et al. (2023); Malin et al. (2023)) lack sufficient information for me to assess at this point and are not yet published or in press for publication to the best of my knowledge.  Thus, it is unclear what if any contribution these papers will make to the current literature.

Two new papers were derived from analyses of the MIREC cohort (Goodman et al., 2022b; Hall et al., 2023).  Goodman et al. (2022b) addressed the question of whether urinary fluoride and urinary iodide are related in the MIREC population.  The analyses and results are rather complicated, attempting to simultaneously consider urinary fluoride, urinary iodine, and child sex in relation to IQ at age 4. They report that there was some indication of joint effects of fluoride and iodine only among boys, but there is a great deal of potential for spurious findings due to random error when so many factors are considered in varying combinations.  Regardless, this does not bear on the primary hypothesis regarding fluoride and neurocognitive development but rather presumes such an effect is present and examines the role of iodine in modifying the effects.

Hall et al. (2023) also addressed a different hypothesis, assessing a potential relationship between urinary fluoride and thyroid function rather than IQ.  The results were mixed and inconsistent across exposure indices with an association between drinking water fluoride intake and risk of hypothyroidism but not between urinary fluoride and hypothyroidism.  They also examined the relationship between hypothyroidism and IQ and found support for a possible association among boys but not girls.  Neither of the two new reports from the MIREC study have a major impact on the overall body of literature addressing low-level fluoride exposure and neurodevelopment.

Dr. Grandjean reports a new analysis (but not a publication) in which he pools ELEMENT, MIREC, and data from a Danish study to recalculate benchmark dose as an update of his earlier publication (Grandjean et al., 2021).  He indicates that he has used the expanded data provided by Goodman et al. (2022a) and added data from the Odense Child Cohort (OCC).  The rationale for this new analysis is unclear, given that the updated ELEMENT results are not notably different from the earlier results, and the Danish OCC study which was added does not have any mention of fluoride (Beck et al., 2022).  Given the need for data on maternal urinary fluoride and assessment of neurodevelopmental outcomes on an individual level, the INMA study would be entirely appropriate for inclusion if all informative cohorts are to be considered but Dr. Grandjean chose not to do so.  Without more information on either the OCC analysis of fluoride or a revised publication from Dr. Grandjean, it is not possible for me to provide a detailed assessment of the combined information from the cohorts.

<u>Comments on Dr. Thiessen's Assessment of the Epidemiologic Evidence</u>

Dr. Thiessen's report addresses the draft NTP report, as well as EPA risk evaluations conducted pursuant to the Toxic Substances Control Act.  My comments pertain only to her interpretation of the epidemiologic evidence as reflected in her characterization of the draft NTP report.

Like Dr. Grandjean, she interprets the evidence from the draft NTP report as persuasive.  Based on her report, her confidence that the research provides support for adverse effects at low levels of fluoride exposure is greater than the authors of the draft NTP report:  "[t]he comparison with the WHO guideline actually understates the NTP's findings." (p. 2).  As noted above, the draft NTP report is a description and interpretation of the primary epidemiological research, and Dr. Thiessen is interpreting the NTP's interpretation.

10

SAVITZ0000098

The same themes as Dr. Grandjean cited are offered by Dr. Thiessen.  Consistency is emphasized, which only indicates that the studies contain at least some results suggesting an association, but which fails to address important inconsistencies among the studies summarized in the draft NTP report, including when studies generate mixed results, some evidence supporting an association and other evidence not supporting an association depending on the exposure measure and subpopulation.  The isolation of "high quality" studies used by NTP is also offered by Dr. Thiessen as evidence that a causal association is present.  However, another meta-analysis (Veneri et al., 2023) found that only high or moderate risk-of-bias studies indicated an association was present, with no association observed among the one study they considered to be at low risk of bias.   This is exactly opposite what one would expect to find if a causal effect were present, illustrating the considerable heterogeneity of the risk of bias assignments and the limited insights such classifications offer regarding a possible causal effect of low exposure to fluoride on health outcomes.  Like Dr. Grandjean, Dr. Thiessen argues that there is no explanation for the findings other than a causal association based on the pattern of results in relation to risk of bias scores.

In defending her interpretation of the draft NTP report, she cites some of the comments from the NASEM review but in a selective manner.  For example, she indicates that "NASEM further agreed that there is a 'wealth of evidence' that supports NTP's conclusions" (p. 5).  The full quote is: "[o]verall, the revised monograph seems to include a wealth of evidence and a number of evaluations that support its main conclusion, but the monograph falls short of providing a clear and convincing argument that supports its assessment, given the lack of details in several places and the lack of clarity on several substantive issues."  (p. 14).

Dr. Thiessen also cites the following NASEM comment: "The "major problem in the report," NASEM stated, "is not related to missing or misinterpreted information, but rather with how the underlying research and its evaluations are presented by NTP." (p. 25).  The quote from the NASEM report continues, "As detailed in many of the preceding comments, NTP's protocols and its evaluations of the research are sometimes difficult to follow." This was noted to make clear that the evaluation was not clear, a component of the charge to the committee, and not the assessment of whether we agreed with their interpretation of the literature.  It does not mean that these other problems were not present, merely to indicate we did not search out or identify such issues.  (p. 14)

A particular point that is emphasized goes beyond the draft NTP report and claims that their findings point to a risk from levels of fluoride from drinking water fluoridation (p. 9).  Finding "no obvious threshold" is interpreted as there being no threshold, yet neither the draft NTP report nor the studies it includes attempted to identify a threshold.  The one attempt to do so in a meta-analysis (Veneri et al., 2023) suggested a possible increase in risk in the range above the levels associated with water fluoridation and most clearly above the WHO guideline.  Just because some of the studies summarized by the draft NTP report included a small number of studies that included exposures in the range of water fluoridation does not mean that the overall judgment that there is moderate evidence of increased risk applies to variation in exposure in that range.  The research that has been conducted thus far does not provide strong support for a causal effect of fluoride (as noted by NTP), and if there is a causal effect of fluoride, it does not offer any meaningful indication of what the threshold for such an effect might be.  The inference by Dr. Thiessen that exposures in the range of water fluoridation cause an increased risk is hers alone and not that of the NTP.

11

SAVITZ0000099

<u>Summary and Conclusions: Evidence is Mixed</u>

The cumulative epidemiologic evidence regarding a potential adverse effect of low levels of fluoride, <1.5 mg/L, on neurodevelopment remains mixed.  At the time of the previous trial, the evidence was mixed but the two methodologically strongest studies, MIREC and ELEMENT, provided suggestive evidence in support of the hypothesized effect.  With the addition of a third, high-quality epidemiologic study from INMA, which found no support for an adverse effect of fluoride in the range of interest, the overall level of support is substantially weaker.  And there are now some studies that have been able to make direct comparisons of health outcomes among those consuming fluoridated versus non-fluoridated water, and those have found no evidence of adverse effects on neurodevelopment.  It is difficult to reconcile this new evidence with Dr. Grandjean's claim that "On balance, the new studies add further support to NTP's assessment, especially the prospective studies." (p. 20).  While there is room for varying interpretations of the collective evidence, it is difficult to view the recent series of reports as adding support to the hypothesis that low exposure to fluoride impairs neurodevelopment.

Dr. Grandjean's report indicates unequivocal support for a hypothesis for what an objective reviewer would describe as having mixed evidence.  There are unresolved suggestions of a potential adverse effect, and it would be inaccurate to claim that there is compelling evidence in support of or in opposition to the hypothesis, the very definition of "inconclusive."  The rationale becomes increasingly convoluted to dismiss all studies that do not find support for the hypothesis as flawed or otherwise uninformative and to claim that all studies that do find support for the hypothesis are accurate.  Even if there were a small adverse effect of low exposure to fluoride, which has not been proven, not every study would be able to find it and it would take a more extensive body of high-quality research to pinpoint it.

Dr. Grandjean's critique of studies works backwards from results to methods, reflected most blatantly in his assessment of the INMA study.  The results do not make sense to him based on expected outcomes, and therefore the study must be flawed, yet there is not any specific criticism of the methods that would generate spurious null results.  With the appropriate methods, whatever the studies find contributes to our understanding.

The claim of essentially complete consistency requires selective focus on subsets of findings and ignoring other findings that do not fit the hypothesized adverse effect of fluoride.  Even the most supportive studies such as MIREC contain mixed results, with inconsistency across exposure indices and child sex.  Portraying such studies, and the totality of the literature, as unequivocally positive exaggerates the definitiveness of this inconclusive body of research.

In several places, Dr. Grandjean reveals his bias in favor of positive studies and authors who agree with his assessment. He notes that a negative review by Guth was published in a journal with which he was affiliated, but without his approval.  Reviews that did not support his conclusions were criticized based on the background of the authors: "[a]lso, I note that several authors had a dentistry background, rather than epidemiological and toxicological, and without previous publications on fluoride exposure or neurotoxicity" (p. 24). He notes that his benchmark dose calculation is a peer-reviewed publication, but the Guth paper and the reviews that do not support the hypothesized effect (e.g., Kumar et al., 2023) are also peer-reviewed publications.

Challenges to the hypothesized adverse effects put forward by the Centers for Disease Control and Prevention and several dental public health organizations should not be dismissed as biased or reflecting a lack of expertise but should be assessed on their merit.  At the present time, the available epidemiologic research simply does not provide a basis for confidently

12

SAVITZ0000100

concluding that there are or are not adverse effects of fluoride exposure in the range of exposure pertinent to water fluoridation.

SAVITZ0000101

## REFERENCES

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-García A, Téllez-Rojo MM, Hernández-Avila M. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspect. 2017 Sep 19;125(9):097017. doi: 10.1289/EHP655. PMID: 28937959; PMCID: PMC5915186.

Beck IH, Bilenberg N, Davidsen KA, Rasmussen AA, Boye H, Jensen TK. Prenatal and early childhood predictors of intelligence quotient (IQ) in 7-year-old Danish children from the Odense Child Cohort. Scand J Public Health. 2023 Aug;51(6):862-873. doi: 10.1177/14034948221077463. Epub 2022 Feb 23. PMID: 35195027.

Dewey D, England-Mason G, Ntanda H, Deane AJ, Jain M, Barnieh N, Giesbrecht GF, Letourneau N; APrON Study Team. Fluoride exposure during pregnancy from a community water supply is associated with executive function in preschool children: A prospective ecological cohort study. Sci Total Environ. 2023 Sep 15;891:164322. doi: 10.1016/j.scitotenv.2023.164322. Epub 2023 May 25. PMID: 37236475.

Do LG, Spencer AJ, Sawyer A, Jones A, Leary S, Roberts R, Ha DH. Early Childhood Exposures to Fluorides and Child Behavioral Development and Executive Function: A Population-Based Longitudinal Study. J Dent Res. 2023 Jan;102(1):28-36. doi: 10.1177/00220345221119431. Epub 2022 Oct 9. PMID: 36214232.

Second Supplemental Report by Philippe Grandjean, Food and Water Watch v. EPA, July 31, 2023.

Feng, Z., An, N., Yu, F., Ma, J., Li, N., Du, Y., Guo, M., Xu, K., Hou, X., Li, Z., Zhou, G., Ba, Y., 2022. Do methylenetetrahydrofolate dehydrogenase, cyclohydrolase, and formyltetrahydrofolate synthetase 1 polymorphisms modify changes in intelligence of school-age children in areas of endemic fluorosis? Chin. Med. J. 135, 1846–1854. https://doi.org/10.1097/CM9.0000000000002062.

Goodman CV, Bashash M, Green R, Song P, Peterson KE, Schnaas L, Mercado-García A, Martínez-Medina S, Hernández-Avila M, Martinez-Mier A, Téllez-Rojo MM, Hu H, Till C. Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6-12 years in the ELEMENT cohort. Environ Res. 2022a Aug;211:112993. doi: 10.1016/j.envres.2022.112993. Epub 2022 Mar 9. PMID: 35276192; PMCID: PMC9890727.

Goodman CV, Hall M, Green R, Chevrier J, Ayotte P, Martinez-Mier EA, McGuckin T, Krzeczkowski J, Flora D, Hornung R, Lanphear B, Till C. Iodine Status Modifies the Association between Fluoride Exposure in Pregnancy and Preschool Boys' Intelligence. Nutrients. 2022b Jul 16;14(14):2920. doi: 10.3390/nu14142920. PMID: 35889877; PMCID: PMC9319869.

Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children. Risk Anal. 2022 Mar;42(3):439-449. doi: 10.1111/risa.13767. Epub 2021 Jun 8. PMID: 34101876; PMCID: PMC9831700.

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in

SAVITZ0000102

Offspring in Canada. JAMA Pediatr. 2019 Oct 1;173(10):940-948. doi: 10.1001/jamapediatrics.2019.1729. PMID: 31424532; PMCID: PMC6704756.

Guth S, Hüser S, Roth A, Degen G, Diel P, Edlund K, Eisenbrand G, Engel KH, Epe B, Grune T, Heinz V, Henle T, Humpf HU, Jäger H, Joost HG, Kulling SE, Lampen A, Mally A, Marchan R, Marko D, Mühle E, Nitsche MA, Röhrdanz E, Stadler R, van Thriel C, Vieths S, Vogel RF, Wascher E, Watzl C, Nöthlings U, Hengstler JG. Toxicity of fluoride: critical evaluation of evidence for human developmental neurotoxicity in epidemiological studies, animal experiments and in vitro analyses. Arch Toxicol. 2020 May;94(5):1375-1415. doi: 10.1007/s00204-020-02725-2. Epub 2020 May 8. PMID: 32382957; PMCID: PMC7261729.

Hall M, Lanphear B, Chevrier J, Hornung R, Green R, Goodman C, Ayotte P, Martinez-Mier EA, Zoeller RT, Till C. Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort. Sci Total Environ. 2023 Apr 15;869:161149. doi: 10.1016/j.scitotenv.2022.161149. Epub 2023 Feb 9. PMID: 36764861; PMCID: PMC9992168.

Ibarluzea J, Gallastegi M, Santa-Marina L, Jiménez Zabala A, Arranz E, Molinuevo A, Lopez-Espinosa MJ, Ballester F, Villanueva CM, Riano I, Sunyer J, Tardon A, Lertxundi A. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. Environ Res. 2022 May 1;207:112181. doi: 10.1016/j.envres.2021.112181. Epub 2021 Oct 8. PMID: 34627799.

Kumar JV, Moss ME, Liu H, Fisher-Owens S. Public Health. 2023 Jun;219:73-84. doi: 10.1016/j.puhe.2023.03.011. Epub 2023 Apr 28. PMID: 37120936.

Malin AJ, Eckel SP, Hu H, Martinez-Mier EA, Hernandez-Castro I, Yang T, Farzan SF, Habre R, Breton CV, Bastain TM. Prenatal Fluoride Exposure and Neurobehavioral Outcomes among Children Living in Los Angeles, California. 2023. Unpublished.

Malin AJ, Hu H, Martinez-Mier EA, Eckel SP, Farzan S, Habre R, Bastain TM, Breton CV. Urinary Fluoride Levels and Metal Co-Exposures Among Pregnant Women in Los Angeles, California. 2023. Unpublished.

National Academies of Sciences, Engineering, and Medicine (NASEM). 2020. Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects. Washington, DC: The National Academies Press. https://doi.org/10.17226/25715.

National Toxicology Program (NTP).  Draft NTP Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopment and Cognitive Health Effects;  A Systematic Review.  NTP Monograph 08, September 2022.  National Toxicology Program, Research Triangle Park, North Carolina.

Veneri F, Vinceti M, Generali L, Giannone ME, Mazzoleni E, Birnbaum LS, Consolo U, Filippini T. Fluoride exposure and cognitive neurodevelopment: Systematic review and dose-response meta-analysis. Environ Res. 2023 Mar 15;221:115239. doi: 10.1016/j.envres.2023.115239. Epub 2023 Jan 10. PMID: 36639015.

World Health Organization (WHO). 2017. Guidelines for drinking-water quality. World Health Organization. 4th ed. + 1st add. https://apps.who.int/iris/handle/10665/254637.

SAVITZ0000103

# Summary of Rebuttal Facts and Opinions to Which Stanley Barone Jr., MS., Ph.D. Is Expected to Testify

**Summary of Rebuttal Facts and Opinions to Which**
**Stanley Barone Jr., MS., Ph.D. Is Expected to Testify**

On August 4, 2023, Plaintiffs' experts Dr. Philippe Grandjean and Dr. Kathleen Thiessen and disclosed expert reports in *Food & Water Watch v. EPA*, N.D. Cal. Case No. 17-cv-2162. (Dr. Grandjean's report is dated July 31, 2023.) Dr. Barone will respond to the opinions disclosed in the reports of Drs. Grandjean and Thiessen as summarized below.

## I.     NTP's Draft Monograph Does Not Alone Demonstrate Risk for Purposes of TSCA.

Dr. Barone will testify that Dr. Grandjean and Dr. Thiessen overstate the conclusions reflected in NTP's draft monograph. For example, Drs. Grandjean and Thiessen discount statements in the draft monograph clarifying that NTP's "moderate confidence" determination is for "higher fluoride exposure" that "approximates or exceeds" 1.5 mg/L of fluoride" and that "more studies are needed to fully understand the potential for lower fluoride exposure to affect children's IQ." NTP September 2022 Draft Monograph 82. Drs. Grandjean and Thiessen fail to evaluate and critically assess NTP's conclusions considering contradictory results (i.e., no effect or positive effects) published after NTP's literature cut-off date. Nor do Drs. Grandjean and Thiessen critically assess inconsistencies across the MIREC and ELEMENT studies that NTP did include.

Dr. Barone also disagrees with Dr. Grandjean's opinion that the "epidemiological evidence that NTP reviewed appears to be far more extensive than the documentation available for several other chemicals, for which EPA has determined the presence of unreasonable risk." Grandjean Report 15. Under Amended TSCA, EPA considers all reasonably available data, which differs substantially across chemicals. Dr. Grandjean's observation is reflective of the draft monograph being a systematic review for a hazard and dose-response assessment. The expected documentation and presentations in the draft monograph and EPA's risk evaluations are different. Much of the documentation provided in EPA risk evaluations under Amended TSCA is provided in supplemental files and appendices. Although Dr. Grandjean did not explain fully the basis for his opinion, it appears that he has not considered extensive documentation of epidemiological and other evidence available in appendices to each of EPA's first ten chemical risk evaluations under Amended TSCA. Dr. Grandjean's opinion also neglects to consider the extended appendices and supplemental files from systematic reviews that include reports of animal and human studies that are only summarized at a high level in the text of the risk evaluations. Further, many of the industrial chemicals that are the subject of EPA's risk evaluations have limited epidemiological studies and large animal databases with a constellation of different expected adverse outcomes. For example, for the final risk evaluation of perchloroethylene, EPA published a fourteen-page systematic review supplemental file of epidemiological studies and a three-hundred-fifty-page supplemental file consisting of data extraction and summaries of epidemiological studies.

Dr. Barone disagrees with Dr. Thiessen's opinion that "NTP's findings demonstrate a risk of adverse cognitive effects at exposures similar to those resulting from fluoridated drinking water in the U.S., without any apparent threshold." Thiessen Report 9 (Aug. 4, 2023).

BARONE0000055

As explained in the opening summary of Dr. Barone's opinions, the existing scientific studies do not provide sufficient evidence that low-dose fluoride exposure associated with community water fluoridation in the United States causes or likely causes adverse cognitive outcomes and developmental disabilities to support a hazard or risk assessment under TSCA.

Moreover, the NTP draft monograph does not reflect an up-to-date weight of the evidence scientific analysis because it does not consider the results of the INMA prospective cohort study, Ibarluzea 2022. The INMA study is methodologically on par with—and reported contradictory results to—the other two critical prospective longitudinal cohort studies from the MIREC and ELEMENT cohorts, Bashash 2017 and Green 2019. For this same reason, Dr. Barone disagrees with Dr. Grandjean's opinion that the "studies of the highest quality done to date are two prospective North American Cohort studies." Grandjean Report 15 (July 31, 2023).

Dr. Thiessen concedes in her report that she did not conduct a "detailed review" of the Ibarluzea 2022 study. Thiessen Report 29 n.143 (Aug. 4, 2023). Her opinions necessarily cannot reflect the weight of the scientific evidence. Even still, Dr. Thiessen identifies two aspects of the Ibarluzea 2022 study that she characterizes, without explanation, as "large discrepancies in the results." Dr. Barone disagrees that either aspect reflects a "discrepancy." *Id.*

While the draft NTP monograph does not include the findings of Ibarluzea 2022, the meta-analysis authors attempted to include some data from the study in their sensitivity analysis. Dr. Barone's opinion is that the Ibarluzea 2022 results should be included in the NTP's full meta-analysis, not just the sensitivity analysis. The inclusion of more data representing exposures via fluoride in drinking water and dietary sources for neurological outcomes that are studied by other prospective cohort studies would build a more robust dose response. Further, the draft meta-analysis misrepresents additional data that Dr. Ibarluzea provided to NTP. Dr. Barone confirmed the draft meta-analysis misrepresents that data during an interview with Dr. Ibarluzea. The error in the draft meta-analysis is indicative of why a *draft* scientific document should not be relied upon.

The NTP draft monograph also does not adequately consider the lack of control for potential confounding or differences in how studies addressed confounding. For example, Green 2019 (MIREC) controlled for maternal education with the maternal education variable assessed as a dichotomy—either trade school/high school diploma or bachelor's degree or higher—but not maternal IQ. By contrast, Bashash 2017 (ELEMENT) controlled for maternal education in number of years and maternal IQ with a Wechsler IQ, which was measured at study visit 6 months after birth, or 12 months after if test was not completed at the earlier visit. And the INMA studies controlled for both maternal education (3 levels) and maternal IQ.

That the NTP draft meta-analysis authors did not observe an "obvious threshold" does not support Dr. Thiessen's or Dr. Grandjean's opinions. Thiessen Report 9 (Aug. 4, 2023); Grandjean Report 15 (July 31, 2023). That no threshold was observed was because the draft meta-analysis authors used a linear model, not because the data revealed no threshold. Indeed, the NTP draft meta-analysis authors said so much in response to a question about whether a threshold was observed: "Because we used a linear model, there is no threshold for this effect." BSC Working Group Report 324. Dr. Thiessen also omitted from her report that the BSC

2

BARONE0000056

Working Group found the NTP authors' response on this topic "inadequate." *Id.* The BSC
Working Group stated:

> Because the authors fit a linear term, a threshold was not assessed. Although the
> authors examined non-linear exposure forms and determined the linear term to be
> optimal, *there are very few data points from studies in the low-dose range,
> reducing confidence in this range of exposure*. The BSC WG recommends that
> the authors describe any change in the shape of the dose-response curve across the
> range of fluoride exposure. The BSC WG is concerned that failure to do so could
> mask better understanding of the potential inverse association between fluoride
> and IQ.

*Id.* (emphasis added). Dr. Barone's opinion that there is insufficient data in the low-dose
range of exposure that is relevant to whether community water fluoridation is a hazard is
thus consistent with the BSC Working Group's assessment.

## II.   Dr. Thiessen Failed to Conduct a Risk Assessment for the Relevant Condition of Use.

Dr. Barone will testify that to estimate noncancer risk under TSCA, EPA uses a margin
of exposure ("MOE") approach. The MOE is the point of departure ("POD") (an approximation
of the no-observed adverse effect level ("NOAEL") or benchmark dose level ("BMDL")) for a
specific health endpoint divided by the exposure concentration for the specific scenario of
concern. The POD (numerator) and relevant exposure concentration (denominator) must be in
the same units (for example, mg/kg/day). The resulting MOEs are compared to a benchmark
MOE. The benchmark MOE accounts for the total uncertainty in a POD, including, as
appropriate: (1) the variation in sensitivity among the members of the human population (i.e.,
intra-human/intra-species variability); (2) the uncertainty in extrapolating animal data to humans
(i.e., interspecies variability); (3) the uncertainty in extrapolating from data obtained in a study
with less-than-lifetime exposure to lifetime exposure (i.e., extrapolating from subchronic to
chronic exposure); and (4) the uncertainty in extrapolating from a lowest observed adverse effect
level ("LOAEL") rather than from a NOAEL. A lower benchmark MOE (e.g., 30) indicates
greater certainty in the data (because fewer of the default uncertainty factors relevant to a given
POD as described above were applied). A higher benchmark MOE (e.g., 1000) would indicate
more uncertainty for specific endpoints and scenarios. However, these are often not the only
uncertainties in a risk evaluation.

Dr. Thiessen does not explain how she calculated the distributions generated in Figures 2
through 7 of her report or otherwise show her work or the formulas she used. These gaps make
her opinion difficult to replicate and overall unreliable. Notably, Figure 7 appears to be based
upon Table 3-21 in EPA's Update for Chapter 3 of the Exposure Factors Handbook (2019).
Table 3-21 is based on a survey of the two-day average of total water intake, including from
dietary sources. These values would be higher than just community source water from
water fluoridation. In other words, Dr. Thiessen overestimates the relevant source of exposure.

EPA would calculate an exposure estimate (the denominator in the MOE equation) using
the following generic equation for Potential Average Daily Dose (mg/kg/day) ("ADD$_{POT}$"):

BARONE0000057

$$\text{ADDpot} \quad = \quad \frac{\text{FWC } X \text{ IRdw } X \text{ ED}}{\text{BW } X \text{ AT}}$$

| | | |
|---|---|---|
| FWC | = | Fluoride water concentration (µg/L; harmonic mean for ADD, LADD, LADC) |
| $IR_{dw}$ | = | Drinking water intake rate (L/day) |
| ED | = | Exposure duration (years for ADD, LADD and LADC; 1 day for ADR) |
| BW | = | Body weight (kg) |
| AT | = | Exposure duration (years for ADD, LADD and LADC; 1 day for ADR) |

The high-end drinking water intake rate is used to calculate $ADD_{POT}$. For example, using 0.7 mg/L as the fluoride concentration in drinking water, $IR_{dw}$ of 2.935 L/day,[1] 280-day exposure durations (based on a 40-week pregnancy), 65.9 kg body weight,[2] leads to the following:

$$\boldsymbol{ADDpot} \quad = \quad \frac{0.7\frac{mg}{L}*2.935\frac{L}{d}*280\ d/yr}{65.9\ kg*280\ d/yr} = 0.0312 \text{ mg/kg/day at a 95th percentile value}$$

This value appears similar to the value in Figure 7 of Dr. Thiessen's report. However, Figure 7 of Dr. Thiessen's report is purportedly for "all ages," and pregnant females have slightly higher intake rates by body weight ratios than other age groups, except for infants. Again, because Dr. Thiessen did not show how she arrived at the values in Figure 7, her calculation is not reliable.

Running the same calculation using 1.5 mg/L as the fluoride concentration in drinking water results in a potential average daily dose of 0.0668 mg/kg/day.

Dr. Barone will testify that Dr. Thiessen confuses a hazard approach that considers fluoride exposure from all sources with a risk-based MOE approach that would be appropriate under Amended TSCA for a specific condition of use like community water fluoridation.

In one attempt, Dr. Thiessen divides an uncertainty factor of 10 by 1.5 mg/L water fluoride concentration, which she posits for this exercise is a NOAEL. Thiessen Report 17 (Aug. 4, 2023). Dr. Barone will testify that Dr. Thiessen's calculation is incorrect and not how EPA would calculate an MOE for community water fluoridation. The water fluoride concentration in Dr. Thiessen's hypothetical appears to be a reference dose for a hazard approach and not an appropriate POD (whether a LOAEL or NOAEL) for an MOE analysis for any condition of use because it does not clearly discern a source of exposure.

In a second attempt, Dr. Thiessen divides Dr. Grandjean's BMCL of adjusted maternal urinary fluoride associated with the loss of one IQ point (0.2 mg/L) by adjusted maternal urinary fluoride concentrations published in Till 2018 from the MIREC participants. Dr. Barone will

---

[1]    *See* Table 3-3 of Update for Chapter 3 of EPA's Exposure Factors Handbook (2019) (95th percentile for pregnant women).

[2]    *See* Table 8-5 of Chapter 8 of EPA's Exposure Factors Handbook (2011) (mean body weight for 16 to <21 years age group).

BARONE0000058

testify that Dr. Thiessen's calculation again reflects a misunderstanding of what an exposure metric analysis should be in this context.

Dr. Barone will testify that Dr. Thiessen's use of Dr. Grandjean's benchmark concentration level ("BMCL") is fundamentally flawed because one cannot calculate a POD for community water fluoridation (the numerator in the MOE analysis) using Dr. Grandjean's BMCL of 0.2 mg/L creatine adjusted urine fluoride alone. Dr. Grandjean's BMCL is not a POD for an MOE analysis for any condition of use because it does not clearly discern a source of exposure (effect per fluoride water concentration intake) and is based on exposure biomarker units. Indeed, an NTP response to comment explained that the draft monograph's review of the hazard data emphasizes "total fluoride exposure." BSC Working Group Report 32. The NTP authors also explained that data from Green 2019 showed that total fluoride exposures "widely varied" and many measures exceed what would be expected from consuming fluoride in water alone that contains 1.5 mg/L or less. *Id.* The NTP authors explained that the Bashash 2017 measures were comparable to those of Green 2019. *Id.* As explained in the draft NTP monograph, urinary fluoride measures reflect not just water fluoridation use, but also food, industrial emissions, and some pharmaceuticals. Neither Dr. Thiessen nor Dr. Grandjean convert urinary fluoride concentrations to approximate fluoride intake from community water fluoridation.

Moreover, Dr. Thiessen offers no reliable way to convert a short half-life chemical like fluoride from a maternal urine metric of exposure to a total intake value of fluoride in mg/kg. A quantitative dose-response cannot be derived from urinary biomarker data alone. That is because data regarding the dose the study participants received (which is parallel to animal toxicological studies, the dose given to the animal) is not available. Such data are critical, especially here. Fluoride has a half-life of 3 to 10 hours in blood. For short half-life chemicals, urinary concentration is extremely sensitive to the timing of exposure sampling. If pregnant women in the birth cohort studies were exposed a few hours before giving urine samples, the urine samples could be more predictive of recent intake exposures. However, if the participants had another urine void between exposure and sample collection (like before bedtime), their urine concentration will be extremely low in relation to their true exposure. Whether the sample is first void in the morning or second void matters, too. At least one to two half-lives would have to be considered in adjusting concentration for morning void.

Where such intake data are unavailable, a physiologically based pharmacokinetic ("PBPK") model can be used to estimate exposure. PBPK models exist, but none is validated for predicting maternal urine concentration and none has a gestational fetal compartment. Without these intake data or modeling estimates of intake, urinary biomarker data can at most be used to assess whether a correlation exists. Neither Dr. Thiessen nor Dr. Grandjean can offer a reliable opinion whether the fluoridation of public drinking water—the relevant condition of use—presents an unreasonable risk under Amended TSCA.

Further, Dr. Grandjean's BMCL is not a reliable data input because it does not reflect the results of the Ibarluzea 2022 study. The exclusion of the Ibarluzea 2022 results is not justified based upon *a priori* principles of meta-analysis inclusion and exclusion criteria. Dr. Barone will testify that if Dr. Grandjean had included the results of the Ibarluzea 2022 study in his updated

BARONE0000059

BMD meta-analysis, the adjustment would likely shift the BMCL higher and, if it had been calculated, would result in a higher POD for total fluoride exposure.

Finally, in her application of risk-related factors, Dr. Thiessen opines, "In its PV29 risk evaluation, for example, EPA made unreasonable risk determinations where it had *low* confidence in *both* the hazard and exposure data, including for conditions of use that impacted only 56 people." Thiessen Report 32 (Aug. 4, 2023). Dr. Barone will testify that Dr. Thiessen's characterization is inaccurate. The risk characterization portion of EPA's final risk evaluation discusses information available for the chemical substance PV29 and does not repeat information included in an appendix for the risk evaluation regarding an analogue substance carbon black, in which EPA had *high* confidence in the hazard and exposure data.

## III.   Opinions regarding mechanistic studies.

In support of her opinion that a default uncertainty factor of 10 should be used, Dr. Thiessen posits that "existing evidence supports the possibility of increased susceptibility to neurodevelopmental effects of fluoride for some people," including those with thyroid disease and iodine nutrient deficiencies. Thiessen Report 17 & n.77 (Aug. 4, 2023). Dr. Barone will testify that while recent studies attempt to address mechanisms for presumed adverse effects related to iodine and thyroid function (Goodman 2022; Hall 2023), there is limited evidence to support this hypothesis, which both Dr. Thiessen and Dr. Grandjean appear to rely upon.

Dr Thiessen also suggests that developmental neurotoxicity requires alterations in thyroid stimulating hormone ("TSH") levels. Developmental neurotoxicity does not require alterations in TSH to be observed in rodents or humans. In fact, literature indicates that alterations in T4 levels alone can result in developmental neurotoxicity. Crofton 2008; Gilbert 2011. This hypothesis has not yet been fully explored or supported as a mechanism for fluoride's perturbation of the developing nervous system. The NTP draft monograph summarizes the literature the animal and human data in the following way: "These animal thyroid data are not further described because this endpoint has been directly evaluated in a number of human studies that have failed to identify consistent evidence to suggest that thyroid effects are a requisite mechanism by which fluoride causes neurodevelopmental or cognitive effects in humans." NTP September 2022 Draft Monograph F-7 (Mechanistic Data from Animal Studies).

Dr. Thiessen criticizes the NTP draft monograph for omitting all animal studies of learning and memory. Thiessen Report 22–23 (Aug. 4, 2023). Dr. Barone will testify that Dr. Thiessen overstates the toxicological evidence from animal studies and its applicability to human findings. The rodent model can be useful for hazard identification but has key limitations when considering critical periods of vulnerability and critical periods of exposure. Rice & Barone 2000. If third trimester exposure is believed to be a critical period of exposure influencing developmental neurotoxicity, then the rodent model is limited. This is predicated on the fact that rodents are born at a much more precocial time point than humans and that brain development in rodents occurs parallel to human brain development during the 7–10 days postnatal period. If lactational transfer is limited in rodents as in humans, this crucial period of exposure would be missing in a rodent testing model. So, a rodent model would not be a good fit for fluoride developmental exposure during the third trimester. Rodent models do not provide a measured IQ as measured in humans, and there are no validated rodent models that provide a

BARONE0000060

recapitulation of human clinical diseases like ADHD or ASD, which are purported to have prenatal origins in humans.

## IV.   References

Bashash M, et al. 2017. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environmental Health Perspectives.

Crofton, Kevin M. 2008. Thyroid disrupting chemicals: mechanisms and mixtures. International Journal of Andrology.

EPA. 2019. Update for Chapter 3 of the Exposure Factors Handbook.

EPA. 2011. Chapter 8 of EPA's Exposure Factors Handbook.

Gilbert, M.E., et al. 2011. Marginal iodide deficiency and thyroid function: Dose-response analysis for quantitative pharmacokinetic modeling. Toxicology.

Goodman, C.V., et al. 2022. Iodine status modifies the association between fluoride exposure in pregnancy and preschool boys' intelligence. Nutrients.

Green, Rivka, et al. 2019. Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada. JAMA Pediatrics.

Hall, M., et al. 2023. Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort. Science of the Total Environment.

Ibarluzea, Jesús, et al. 2022. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. Environmental Research.

National Toxicology Program Board of Scientific Counselors. 2023. Working Group Report on the Draft State of the Science Monograph and the Draft Meta-Analysis Manuscript on Fluoride.

Rice, Deborah and Stan Barone. 2000. Critical Periods of Vulnerability for the Developing Nervous System: Evidence from Humans and Animal Models. Environmental Health Perspectives.

Till, C., et al. 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environmental Health Perspectives.

BARONE0000061