TODD KIM
Assistant Attorney General

BRANDON N. ADKINS
PAUL A. CAINTIC
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)
Tel: (202) 514-2593 (Caintic)
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov
Paul.Caintic@usdoj.gov

*Additional counsel listed in signature line*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br>　　　　　　　Plaintiffs, <br>　　v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>　　　　　　　Defendants. | Case No. 17-CV-02162 EMC <br><br> **DEFENDANTS' NOTICE OF NON-OPPOSITION** |

　　　At the final pretrial conference on January 16, 2024, Plaintiffs provided to counsel for Defendants a copy of an August 2, 2022, email from Jesús Ibarluzea that Plaintiffs stated they intend to use to impeach Dr. Ibarluzea at trial. The body of the email is redacted and bears a FOIA exemption label. Since the final pretrial conference, counsel for Defendants obtained an unredacted version of the email and, on January 23, 2024, provided a copy to counsel for Plaintiffs. Plaintiffs agreed to use the unredacted copy of the email at trial. If Plaintiffs decide to try to impeach Dr. Ibarluzea with the unredacted email at trial, Defendants will not object to the

admissibility of the unredacted email and reserve their rights to argue that the email is not probative or inconsistent with Dr. Ibarluzea's deposition testimony.

Date: January 23, 2024									Respectfully Submitted,

										TODD KIM
										Assistant Attorney General

										*/s/ Brandon N. Adkins*
										BRANDON N. ADKINS
										PAUL A. CAINTIC
										United States Department of Justice
										Environment & Natural Resources Division
										P.O. Box 7611
										Washington, D.C. 20044
										Tel: (202) 616-9174 (Adkins)
										Tel: (202) 514-2593 (Caintic)
										Fax: (202) 514-8865
										Brandon.Adkins@usdoj.gov
										Paul.Caintic@usdoj.gov

										ISMAIL J. RAMSEY
										United States Attorney

										MICHELLE LO
										Chief, Civil Division

										EMMET P. ONG
										Assistant United States Attorney
										1301 Clay Street, Suite 340S
										Oakland, California 94612-5217
										Tel: (510) 637-3929
										Fax: (510) 637-3724
										Emmet.Ong@usdoj.gov

										*Attorneys for Defendants*