OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** January 16, 2024  **Time:** 3:14-4:16  **Judge:** EDWARD M. CHEN
1 Hour, 2 minutes

**Case No.:** 17-cv-02162  **Case Name:** Food & Water Watch, Inc. et al v. Environmental Protection Agency et al

**Attorneys for Plaintiffs:** Michael Connett, Charles Waters
**Attorneys for Defendants:** Brandon Adkins, Paul Caintic, Emmet Ong

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Lee-Anne Shortridge

PROCEEDINGS

Pretrial Conference and Motion Hearing - held

SUMMARY

Parties stated appearances (in-person).  Oral argument regarding motion presented.

Pretrial Conference Order to be issued.