UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-02162-EMC |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the 1/31/2024, through 2/14/2024, Bench Trial in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )　All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

( X )　At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded. The Court is live streaming the trial daily via Zoom Webinar.

Dated: 1/31/2024　　　　　　　　　　　　　　　Mark B. Busby, Clerk of Court

*Vicky L. Ayala*
Signature of Clerk or Deputy Clerk