Volume 2

Pages 185 - 347

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Edward M. Chen, Judge

FOOD & WATER WATCH, INC., ET )
AL.,                         )
                             )
          Plaintiffs,        )
                             )
   VS.                       )      NO. 17-CV-2162
                             )
UNITED STATES ENVIRONMENTAL  )
PROTECTION AGENCY, an agency )
of the United States, ET AL.,)
                             )
          Defendants.        )
_____)

                        San Francisco, California
                        Thursday, February 1, 2024

          **TRANSCRIPT OF BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                   WATERS KRAUS & PAUL, LLP
                   222 N. Pacific Coast Highway, Suite 1900
                   El Segundo, California  90245
              BY:  **MICHAEL P. CONNETT**
                   **CHARLES ANDREW WATERS**
                   **ATTORNEYS AT LAW**

                   NIDEL & NACE, PLLC
                   5335 Wisconsin Ave., NW, Suite 440
                   Washington, DC 20015
              BY:  **CHRISTOPHER THOMAS NIDEL**
                   **ATTORNEY AT LAW**

          **(Appearances continued next page.)**

REPORTED BY:  Jennifer Coulthard, CSR No. 14457, CRR, RMR, CRC
              Official U.S. District Court Stenographer

**JENNIFER COULTHARD, CSR, RMR, CRR     (530)537-9313**

**<u>APPEARANCES (Continued):</u>**

For Defendants:

          UNITED STATES DEPARTMENT OF JUSTICE
          Environmental Defense Division
          601 D Street, NW, Room 8814
          Washington, DC  20004
     BY:  **BRANDON N. ADKINS, ATTORNEY AT LAW**

          UNITED STATES DEPARTMENT OF JUSTICE
          1301 Clay Street, Suite 340-S
          Oakland, California  94612
     BY:  **EMMET P. ONG, ATTORNEY AT LAW**

          UNITED STATES DEPARTMENT OF JUSTICE
          Environmental Defense Division
          150 M Street, N.E.
          Washington, D.C.  2002
     BY:  **PAUL CAINTIC, ATTORNEY AT LAW**


**<u>ALSO PRESENT:</u>**          DANIEL DePASQUALE, EPA


--oOo--

<u>**I N D E X**</u>

Thursday, February 1, 2024 - Volume 2

| <u>**PLAINTIFFS' WITNESSES**</u> | <u>**PAGE**</u> | <u>**VOL.**</u> |
|---|---|---|
| <u>**LANPHEAR, BRUCE**</u> | | |
| (SWORN) | 194 | 2 |
| | | |
| Direct Examination By Mr. Connett: | 195 | 2 |
| Cross-Examination By Mr. Ong: | 255 | 2 |
| Redirect Examination By Mr. Connett: | 279 | 2 |
| | | |
| <u>**GRANDJEAN, PHILIPPE**</u> | | |
| (SWORN) | 283 | 2 |
| | | |
| Direct Examination By Mr. Connett: | 284 | 2 |

<u>**E X H I B I T S**</u>

| <u>**TRIAL EXHIBITS**</u> | <u>**IDEN**</u> | <u>**EVID**</u> | <u>**VOL.**</u> |
|---|---|---|---|
| 62 | | 192 | 2 |
| 63 | | 192 | 2 |
| 64 | | 192 | 2 |
| 65 | | 192 | 2 |
| 66 | | 192 | 2 |
| 67 | | 192 | 2 |
| 68 | | 192 | 2 |
| 69 | | 192 | 2 |
| 70 | | 192 | 2 |
| 88 | | 192 | 2 |

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|--------------------|----------|----------|----------|
| 95  |  | 192 | 2 |
| 96  |  | 192 | 2 |
| 97  |  | 192 | 2 |
| 98  |  | 192 | 2 |
| 99  |  | 192 | 2 |
| 100 |  | 192 | 2 |
| 101 |  | 192 | 2 |
| 102 |  | 192 | 2 |
| 103 |  | 192 | 2 |
| 104 |  | 192 | 2 |
| 650 |  | 192 | 2 |
| 651 |  | 192 | 2 |
| 652 |  | 192 | 2 |
| 653 |  | 192 | 2 |
| 654 |  | 192 | 2 |
| 655 |  | 192 | 2 |
| 656 |  | 192 | 2 |
| 657 |  | 192 | 2 |

| | |
|---|---|
| 1 | **Thursday - February 1, 2024**                    **8:32 a.m.** |
| 2 | P R O C E E D I N G S |
| 3 | --oOo-- |
| 4 | (Proceedings held in open court.) |
| 5 | **THE CLERK:**  Court is calling the case Food & Water |
| 6 | Watch, Inc. versus Environmental Protection Agency, Case |
| 7 | No. 17-2162. |
| 8 | Counsel, please state your appearance for the record, |
| 9 | beginning with the plaintiff. |
| 10 | **MR. CONNETT:**  Good morning, Your Honor; Michael |
| 11 | Connett on behalf of the plaintiffs. |
| 12 | **THE COURT:**  All right.  Good morning, Mr. Connett. |
| 13 | **MR. WATERS:**  Andy Waters also on behalf of plaintiff. |
| 14 | **MR. NIDEL:**  Good morning, Your Honor Chris Nidel on |
| 15 | behalf of plaintiffs. |
| 16 | **MR. ADKINS:**  Good morning, Your Honor; Brandon Adkins |
| 17 | behalf of defendants. |
| 18 | **MR. ONG:**  Good morning, Your Honor, USA Emmet Ong on |
| 19 | behalf of defendants. |
| 20 | **MR. CAINTIC:**  Good morning, Your Honor; Paul Caintic |
| 21 | on behalf of defendants. |
| 22 | **THE COURT:**  Thank you, Mr. Caintic. |
| 23 | Okay.  Let me just get my computer fired here before |
| 24 | you start. |
| 25 | You're ready to call your next witness, I assume? |

1          **MR. CONNETT:**  Yes, Your Honor.  The parties have one

2     matter we wanted to bring to the Court's attention.

3          **THE COURT:**  Okay.

4          **MR. CONNETT:**  So as you know, the parties have

5     stipulated to the admissibility of a number of the exhibits on

6     the exhibit list.

7          **THE COURT:**  And we should also make clear what we're

8     doing with respect to admission.  I don't automatically just

9     admit everything.  You need to move so the record is clear.  So

10    to the extent you're showing documents and stuff, I'm not

11    admitting them sua sponte.  You need to --

12         **MR. CONNETT:**  And the plaintiffs have not yet admitted

13    any documents.

14         **THE COURT:**  Yes.

15         **MR. CONNETT:**  But we were -- the parties had conferred

16    on this and wanted to jointly move for the Court's approval to

17    admit all of the stipulated exhibits now.  And I can read those

18    exhibit numbers into the record and then provide them

19    electronically at the end of the day.

20         **THE COURT:**  Okay.  Remind me how many there are

21    stipulated exhibits.

22         **MR. CONNETT:**  It's about 20, roughly.

23         **THE COURT:**  And these are -- consist of -- give me a

24    brief description of what they are.

25         **MR. CONNETT:**  They consist of expert CVs.  They

**PROCEEDINGS**

 1  consist of the NTP documents, which is the monograph, the meta

 2  analysis and the Board of Scientific Counselors report

 3  regarding those documents.  And it pertains to various

 4  documents related to EPA risk evaluations under the amended

 5  TSCA.

 6          THE COURT:  Okay.

 7          MR. CONNETT:  And Brandon, would you want to describe

 8  EPA's exhibits?

 9          MR. ADKINS:  Yeah.  I think the only thing to add to

10  that is, we have two NASEM, National Academy of Scientists

11  Engineering and Medicine Reviews drafts of the Monograph.

12          THE COURT:  Okay.

13          MR. ADKINS:  And again, witness CVs, but documents

14  consistent with what we had admitted before the first trial

15  updated.

16          THE COURT:  Okay.

17          MR. ADKINS:  But for which the parties have resolved

18  any objections --

19          THE COURT:  All right.

20          MR. ADKINS:  -- to admitting these documents into

21  evidence.

22          THE COURT:  All right.  I'll deem those admitted.  Why

23  don't you read it for the record, exhibit numbers.

24          MR. CONNETT:  Yep.  The trial exhibits that the

25  parties have agreed to admit are Trial Exhibit 62, 63, 64, 65,

**PROCEEDINGS**

1   66, 67, 68, 69, 70, 88, 95, 96, 97, 98, 99, 100, 101, 102, 103

2   and 104; in addition, 650, 651, 652, 653, 654, 655, 656 and

3   657.

4          And, Your Honor, I should have identified one other

5   particular type of document that comes within what we've just

6   admitted, and that is the standing declaration by Jessica

7   Trader for the plaintiffs.

8       (Trial Exhibits 62, 63, 64, 65, 66, 67, 68, 69, 70, 88,

9   95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 650, 651, 652,

10   653, 654, 655, 656, 657 received in evidence.)

11          **THE COURT:**  Okay.  All right.  Good.  Thank you.

12          **MR. ADKINS:**  And then there are actually two

13   housekeeping matters.

14          **MR. CONNETT:**  Oh, sorry.

15          **MR. ADKINS:**  Yeah.  So we received disclosure of

16   Dr. Berridge as one of plaintiffs' witnesses.  We're expecting

17   to hear testimony from Dr. Berridge next week, and EPA may have

18   a rebuttal witness to Dr. Berridge's testimony.  We expect that

19   rebuttal witness, Your Honor, to be a relatively high-ranking

20   government official, and we would like to ask the Court's

21   permission that he appear by Zoom.  So we've conferred with

22   plaintiff's counsel, and there's no objection to having this

23   witness testify via Zoom.

24          **THE COURT:**  How long will his testimony be?

25          **MR. ADKINS:**  Okay.

PROCEEDINGS

```
1            THE COURT:  Pardon?

2            MR. ADKINS:  Oh, I'm sorry.  I thought you said I'll

3    allow --

4            THE COURT:  How long is his testimony expected to be?

5            MR. ADKINS:  Brief.  I expect no more than a half an

6    hour, maybe an hour.

7            THE COURT:  Okay.  If there's no objection, I will

8    allow it.

9            MR. CONNETT:  The only thing -- plaintiffs have no

10   objection to the witness appearing via Zoom, but we reserve our

11   right to object on disclosure grounds based on what the

12   rebuttal is offered for.

13           THE COURT:  Okay.  Well, I guess we'll cross that

14   bridge when we get there.  Okay?

15           MR. ADKINS:  Thank you, Your Honor.

16           THE COURT:  Good.  Thank you.

17           All right.  Plaintiffs may call their next witness.

18           THE CLERK:  Just one moment, Your Honor.

19           THE COURT:  Okay.

20           THE CLERK:  Thank you.

21           THE COURT:  Okay.  You may proceed.

22           MR. CONNETT:  At this time, Your Honor, the plaintiffs

23   call Dr. Bruce Lanphear.

24           THE COURT:  Okay.  Thank you.

25           THE CLERK:  Good morning.  You may remove your mask.
```

 1              Please raise your right hand.

 2        (Witness sworn.)

 3              THE WITNESS:  I do.

 4              THE CLERK:  Thank you.  Please have a seat.  Please

 5    speak clearly into the microphone, state your first and last

 6    name for the record.  And when you're speaking, keep a little

 7    distance, otherwise you will appear garbled.  Thank you so

 8    much.

 9              THE WITNESS:  Bruce Lanphear.

10              THE CLERK:  And spell your name, please.

11              THE WITNESS:  B-R-U-C-E, L-A-N as in "Nancy,"

12    P-H-E-A-R.

13              THE COURT:  Okay.  Thank you, Dr. Lanphear.  Good

14    morning.

15              MR. CONNETT:  Your Honor, as a side note, I'm not

16    going to go through Dr. Lanphear's entire qualifications today,

17    but I would note for the record that Dr. Lanphear has described

18    his qualifications in his trial declaration, which is in

19    evidence, and that ECF number is 198-2.

20              THE COURT:  Okay.

21                        **BRUCE LANPHEAR**,

22    called as a witness for the Plaintiff, having been duly sworn,

23    testified as follows:

24    \\\

25    \\\

1          <u>**DIRECT EXAMINATION**</u>

2    **BY MR. CONNETT:**

3    **Q.**   Good morning, Dr. Lanphear.

4    **A.**   Good morning, Michael.

5    **Q.**   We are here today to discuss your research on fluoride and

6    IQ, but before we do so, I would like to briefly discuss your

7    research on lead and IQ.  Okay?

8    **A.**   Okay.

9    **Q.**   One of the studies you have published on lead and IQ is a

10   pooled analysis where you pooled the results of multiple

11   cohorts; is that right?

12   **A.**   Yes.

13   **Q.**    In the United States, the EPA has regulations on the level

14   of lead that can be in the air, correct?

15   **A.**   Correct.

16   **Q.**   Lead is a very important chemical when we're talking about

17   environmental health.  Would you agree with that

18   characterization?

19   **A.**   Yes.

20   **Q.**   What is the principal study that the EPA based its lead

21   regulation on?

22   **A.**    Well, they rely on many different studies, but the key

23   study they relied on is the pooled analysis that we just talked

24   about.

25   **Q.**   Have any other government agencies besides the EPA, in the

```
 1   United States or elsewhere, relied on your pooled analysis for

 2   standard-setting purposes?

 3          MR. ONG:  Your Honor, I'm going to object to this line

 4   of testimony.  It has nothing to do with the two studies that

 5   were disclosed.

 6          THE COURT:  Well, I'll allow a little bit of it, but

 7   to a limited extent.  Go on.

 8          THE WITNESS:  Yes.  Health Canada, Germany, the World

 9   Health Organization, the Department of Housing and Urban

10   Development, and it was used in other regulations within EPA,

11   not just on the air standard.

12   BY MR. CONNETT:

13   Q.   And Dr. Lanphear, maybe if you could speak into the mic a

14   little bit more.  I think the sound might be a little bit low.

15   A.   Absolutely.  Sorry about that.

16          THE COURT:  Yeah.  You got to find a happy medium.

17          THE WITNESS:  Yes.

18          THE COURT:  If you're too close it distorts; if you're

19   too far, we can't hear you, so . . .

20          THE WITNESS:  Okay.  Thank you.

21   BY MR. CONNETT:

22   Q.   Did your pooled analysis on lead and IQ include within it

23   any new primary data on lead and IQ that had not been

24   previously published?

25   A.   Yes.  We had completed a study on lead and IQ in
```

1    Rochester, and it was one that I was the PI on and we decided

2    to go ahead and do the pooled analysis before we had published

3    that as an original article.

4        And the primary reason was because we thought getting that

5    out as a pooled analysis was more important than having it out

6    there as an original stand-alone article.  And then we followed

7    up, I don't remember if it was a year or two later, with the

8    original article.

9    **Q.**   And when the EPA relied upon your pooled analysis for

10   setting the lead regulation, did EPA criticize you for

11   publishing the primary data together with the pooled analysis

12   in one paper?

13            **MR. ONG:**  Objection, leading.

14            **THE COURT:**  All right.  You are leading quite a bit,

15   so you need to rephrase your question.

16   **BY MR. CONNETT:**

17   **Q.**   When the EPA relied upon the pooled analysis, did they

18   make any comment about you including the new primary data as

19   part of the pooled analysis?

20   **A.**   No.  The EPA didn't, nor anybody else.  It was only a

21   question of the original authors or investigators that had any

22   discussion about it, as far as I know.

23   **Q.**   We talked at the first trial in this case about your work

24   advising the EPA on various chemical-related matters.  Since

25   the first trial, have you done any further advisory work for

1  the EPA?

2  **A.**   Yes.   I serve on the lead panel of the Clean Air Science

3  Advisory Committee.

4  **Q.**   And what is that panel currently doing?

5  **A.**   We're evaluating new science so that the EPA can evaluate

6  whether the existing standard for lead in air is adequately

7  protective of the health of the public.

8  **Q.**   And lastly, before we move to your research on fluoride, I

9  understand there's a recent World Bank report that has relied

10 on some of your research.   Can you explain?

11 **A.**   Yeah.   Mostly I've studied children, but it was very clear

12 to me and even to EPA in 2013 when they decided -- determined

13 that lead was a causal risk factor for coronary heart disease.

14 So I knew we were underestimating the contribution of lead to

15 the global burden of disease to deaths in the United States,

16 and so we did an analysis of the NHANES, the National Health

17 and Nutrition Examination Survey, and found that lead was the

18 leading risk factor for dying from coronary heart disease in

19 the United States.

20      The World Bank, two economists from the World Bank, used

21 that study and one other study to estimate the global burden of

22 disease, the number of people dying around the world from lead

23 primarily with cardiovascular disease and came up with an

24 estimate of about 5.5 million people -- deaths every year.

25 **Q.**   And do they base that figure on your research?

LANPHEAR - DIRECT / CONNETT

1   **A.**   They based it on two different studies, mine and one other

2   study that was done using the same survey.

3   **Q.**   Now, I hesitate somewhat in asking you the following

4   question, but Dr. Lanphear, are you being paid for your work in

5   this case?

6   **A.**   No.

7   **Q.**   And just so that we have the sound level -- to optimize

8   the sound level a bit, you might want to come a little bit

9   closer to the mic.

10          **THE COURT:**  Vicki, can you turn his volume up just a

11   little bit?

12          **THE CLERK:**  I did, Your Honor.  Do you want me to turn

13   it up some more?

14          **THE COURT:**  Just a tad.

15          **THE WITNESS:**  I'll try to talk louder.  Sorry.

16   **BY MR. CONNETT:**

17   **Q.**   Yeah.  That might be the sweet spot talking louder but

18   further from the mic.  That will work, that will be the sweet

19   spot for the people watching.

20          Okay.  So let's talk now about fluoride.  Dr. Lanphear,

21   you are the coprincipal investigator of the MIREC birth cohort

22   up Canada; is that right?

23   **A.**   There's -- I'm the co-PI of the original neurobehavioral

24   component of the MIREC study, and then I'm also a co-PI of the

25   MIREC fluoride study.

**LANPHEAR - DIRECT / CONNETT**

1  **Q.**   So were you involved in the establishment of the MIREC

2  birth cohort before fluoride was considered as a potential

3  chemical to study?

4  **A.**   Yes.

5  **Q.**   At the first trial, you testified about the first two

6  studies on fluoride and IQ in the MIREC cohort that you had

7  performed.  Do you recall that?

8  **A.**   Yes.

9  **Q.**   Those studies were the Green 2019 and the Till 2020

10  studies, right?

11  **A.**   Yes.

12  **Q.**   Subsequent to the last trial, have you conducted any

13  further studies on the impact of fluoride exposure in the MIREC

14  birth cohort?

15  **A.**   Yes.

16  **Q.**   So let's start first by summarizing what you did for the

17  first two studies.  Okay?

18  **A.**   Yes.  So in the 2018 Till study, we were primarily trying

19  to look at the contribution of fluoride in water to maternal

20  urinary fluoride, to the amount of exposure that we could

21  measure in the urine of pregnant women in the MIREC cohort.

22  And we did that by looking at water fluoride, we came up with

23  an estimate of fluoride intake, and then we looked at it

24  adjusting for both specific gravity and creatinine, because

25  there's some uncertainty about whether one was better than the

1  other.

2  **Q.**   Okay.  So that's the Till 2018 paper?

3  **A.**   Correct.

4  **Q.**   Okay.  I'm going to return to that study a little bit

5  later on.

6      I want to start first by talking about the Green 2019

7  fluoride IQ study.  Okay?

8  **A.**   Okay.

9  **Q.**   And that study, was it funded by the National Institutes

10  of Health?

11  **A.**   Yes.

12  **Q.**   Did the NIH vet the methodology before you conducted it?

13  **A.**   Yes.

14  **Q.**   After you conducted the study, did you do anything to

15  verify that the findings were correct in terms of the

16  statistical analyses were correct?

17  **A.**   Yes.  There were several things that happened.  When you

18  submit it to a journal, of course, it goes through peer review.

19  In this particular case we submitted it to *JAMA Pediatrics*, and

20  it went through extensive peer review, probably second only to

21  one other paper that *JAMA* had reviewed 20 years ago, so it was

22  very extensive.

23      The other thing that we did is we had, from our team,

24  three investigators independently analyze the data because we

25  knew not only was fluoride research contentious, but it was

 1   likely to have an impact on policy, so we wanted to make sure

 2   we got it right.

 3   Q.   So when you say you had three separate investigators, what

 4   type of disciplines are you talking about?

 5   A.   We had two of the early investigators who were involved in

 6   the analysis, so Rivka Green, the first author, and then we had

 7   a more senior investigator, Rick Horning, who's one of the --

 8   at least in my view -- premier biostatisticians in the world.

 9   Q.   So when you say they, sort of, independently verified the

10   findings, what does that mean?  Did they -- did they -- can you

11   explain to the Court what that means?

12   A.   Yeah.  They all started with the same data set, and

13   then -- and the objective, and we sort of -- we had an analytic

14   strategy; what were we looking to do, and then they analyzed it

15   independently, not sitting next to each other saying, "Well,

16   what did you do here, what did you do there."

17        And so we did it that way, and we confirmed the results we

18   had were solid and they weren't errors.

19   Q.   Now, you mentioned that the peer-review process was one of

20   the most rigorous ones.  Were you talking about in your own

21   experience publishing papers?

22   A.   Yes.

23   Q.   Okay.  So -- and Dr. Lanphear, about how many publications

24   have you -- sorry.  Strike that.

25        About how many studies have you published in the course of

1   your career?

2   **A.**    About 350.

3   **Q.**    And how does the fluoride IQ study rank in terms of rigor

4   of the peer-review process?

5   **A.**    Top two.  So it's on par with the other one that was

6   scrutinized rigorously.

7   **Q.**    So let's talk about the MIREC cohort.  How would you

8   describe the demographics and socioeconomic status of the MIREC

9   cohort?

10  **A.**    It's a cohort of just under 2,000 pregnant women from 10

11  cities across Canada, so it's largely urban, which is where

12  most Canadian people live, but it was mostly urban.  It tended

13  to be somewhat more affluent, middle class, more affluent than

14  the representative Canadians, and so that probably is the

15  biggest difference.  A little more educated, a little bit more

16  affluent than a typical Canadian.

17  **Q.**    We talked yesterday with Dr. Hu about the exclusion

18  criteria that the ELEMENT study used.  Can you tell us a little

19  bit about the exclusion criteria that you used for the fluoride

20  IQ study?

21  **A.**    We excluded women who had a diagnosis of cancer, kidney

22  disease, history of alcohol or substance abuse.  Those are the

23  ones that come to mind.

24  **Q.**    Gestational diabetes?

25  **A.**    You know, I would have to double check.

1  Q.   So kidney disease, is that a disease that has been

2  associated with any kind of increased risk for fluoride

3  toxicity or not?

4         MR. ONG:   Objection, leading.

5         THE COURT:   Overruled.

6         THE WITNESS:   I haven't seen any data, but one

7  certainly would be concerned just because, like with other

8  chemicals, if you're unable to excrete toxic chemicals, there

9  could be the risk of building up certain chemicals.

10  BY MR. CONNETT:

11  Q.   And what are the implications of having -- if you're not

12  able to excrete the chemical through your urine and it builds

13  up in your body, does that have implications for the potential

14  of a toxic effect?

15  A.   In chemicals did build up, then yes, it could have greater

16  risk of toxicity for women that could not excrete it because of

17  kidney disease.

18  Q.   And can you explain why, in a birth cohort study like

19  this, you would exclude some of the susceptible populations?

20  A.   In some ways it adds other factors that make it more

21  difficult to understand, the same way we might exclude twins

22  from some of our research.  That twins are a little different

23  than singletons.  People who have a cancer diagnosis or kidney

24  diagnosis might be a little different, and it's harder to

25  extrapolate.  So that's really the primary reason.

1              There can be other kinds of methods used; for example, you

2     may want to exclude women who smoke.  We didn't.  We just

3     measured it.  That was another one we measured.  But smoking

4     can also confuse things or confound the picture, and so some

5     people have done that.

6     **Q.**   How would you describe the extent of control for

7     covariants in the Green 2019 study?

8     **A.**   For the most part, it was pretty standard for

9     neurobehavioral studies like this, whether it was lead or PCBs

10    or PBDEs, other types of chemicals.  It was pretty standard,

11    for the most part.

12    **Q.**   And did you control for seafood?

13    **A.**   Not in this analysis, no.

14    **Q.**   Does seafood contain elevated levels of fluoride?

15    **A.**   I understand that some can, yes.

16    **Q.**   Why did you not control for seafood in your study of the

17    MIREC cohort?

18    **A.**   I think primarily because for me it was -- it's on the

19    causal pathway.  We're going to be measuring fluoride in the

20    maternal urine.  We could have included it as part of fluoride

21    intake, but we didn't worry especially about it because we

22    certainly eat seafood in Canada, but we weren't worried about a

23    particularly high seafood-eating population.

24    **Q.**   In your assessment of fluoride exposure in the Green

25    study, did you look just at maternal urine, or did you consider

1  other metrics of fluoride exposure as well?

2  **A.**   This was a real strength of the MIREC cohort when it comes

3  to fluoride.  We measured water fluoride and, to the extent

4  possible, we tried to individualized that.  We used that water

5  fluoride and some other characteristics like amount of black

6  tea consumed to come up with a fluoride intake estimate for

7  women.  And then we had on top of that maternal urinary

8  fluoride.

9  **Q.**   You just said that with the water fluoride levels you

10  tried to individualize it.  What do you mean by that?

11  **A.**   We went to the water treatment plants that supplied as

12  many of the women as we could access, and we found either

13  daily, weekly or monthly estimates of fluoride in the water.

14  They were required to measure those if you fluoridate water.

15  If you don't, then you don't need to take them as frequently;

16  usually then it's weekly or monthly.

17       And so we relied on those, and then we could match those

18  to the time of pregnancy and what we call the ZIPcode, it's

19  called the postal code.

20  **Q.**   So can you now briefly summarize the findings of the Green

21  Study with respect to maternal fluoride and childhood IQ?

22  **A.**   After adjusting for the other covariates we found that

23  water fluoride was associated with reduction in the IQ of boys

24  but not girls.  Water fluoride was associated with a reduction

25  in IQ in both boys and girls, and fluoride intake was also

1  associated with a reduction in IQ in both boys and girls.

2  **Q.**   During EPA's opening statement yesterday, counsel showed a

3  slide stating that the MIREC cohort found no association

4  between maternal fluoride exposure and reduced IQ in girls.  Is

5  that a correct statement?

6  **A.**   No.

7  **Q.**   And why is it not a correct statement?

8  **A.**   Well, using the two metrics that I just talked about, two

9  of the three metrics that I just talked about, water fluoride

10  and fluoride intake, we did see effects in boys and girls and

11  then --

12          **THE COURT:**  Can you hold on for a second?  Maybe I

13  took notes wrong.  Did you say that fluoride water or water in

14  fluoride was associated with reduction in IQ of boys but not

15  girls?

16          **THE WITNESS:**  No.

17          **THE COURT:**  No?

18          **THE WITNESS:**  Excuse me.  We found -- all three

19  measures of fluoride were associated with IQ deficits in some

20  or all of the children.  For the maternal urinary fluoride, we

21  found that the amount of fluoride in mother's urine was

22  associated with a deficit in IQ of the boys only.  For the

23  other two measures, water fluoride and an estimate of fluoride

24  intake, we found that there was an association with both

25  fluoride exposure and a reduction in IQ in both boys and girls.

1              THE COURT:  Okay.  Thank you.

2              THE WITNESS:  You're welcome.

3    BY MR. CONNETT:

4    Q.   During EPA's opening statement yesterday, counsel also

5    stated that we shouldn't assume that there is a linear

6    dose-response relationship between fluoride and IQ, so I want

7    to follow up on that.

8         Dr. Lanphear, did you and your team assume a linear

9    dose-response relationship in the MIREC study?

10   A.   We did not assume there was a linear relationship.

11        In the types of studies we're talking about today, it is

12   standard to look to see whether the shape of the dose response

13   is linear or not, and so we tested for that.

14        Moreover, Rick Horning is one of the world's experts in

15   looking at that.  He's one of the first to show that with

16   radon, that it was not linear and that there was no threshold.

17   So we absolutely looked at that very carefully.  That was one

18   of the first things we did.

19   Q.   And can you just describe for the Court a little bit about

20   how you went about interrogating the dose-response relationship

21   on this issue of linear or nonlinear?

22   A.   I don't remember that we did it the same every time.

23   Typically, you would either look at, like, splines to see

24   whether the shape is curved or linear.

25        You could also divide it by the square root, for example,

1   and that will give you an indication.  And if there's a
2   significant deviation from linearity, then, you know, that it's
3   not linear.  So those would be the types of things.  I don't
4   remember if we did it exactly the same way in all of the
5   publications.
6   **Q.**   But did you use the standard type of method that you would
7   want to see for evaluating the linear dose-response
8   relationship in the MIREC study?
9   **A.**   Yes.  Again, based upon Rick Horning's expertise.  He was
10  the one that would decide how to approach that.
11  **Q.**   Okay.  And based on your analyses, with the input of Rick
12  Horning, did you find in the MIREC cohort that there was a
13  linear dose-response relationship?
14  **A.**   Yes.
15  **Q.**   Did you do anything to evaluate whether there was an
16  observable threshold at which the linear dose-response
17  relationship began?
18  **A.**   Because the data appeared linearly, there really wasn't
19  any reason to look for a threshold.  I'm also very careful
20  about looking for thresholds.  One of the scientists I worked
21  with early on had been involved with the Iraqi mercury study
22  where they had looked at the data and said we might see
23  threshold and came back and were very embarrassed about it
24  because they had overinterpreted it.  So we're very -- I'm very
25  careful about doing that.

LANPHEAR - DIRECT / CONNETT

1              When you look at some of the results we had, for example,

2     with lead and IQ or lead and cardiovascular disease, it's

3     clearly nonlinear, and at the lower levels you actually see

4     steeper decrements in IQ or steeper risks of dying from

5     coronary heart disease.  That sort of jumps out and says you

6     might -- it's clear there is not a threshold.  Here, with just

7     a linear relationship, there was no real reason to try to look

8     for a threshold, but there was no indication of that.

9     **Q.**   Can you just explain a little bit further for the Court

10    something you just mentioned, which is with respect to lead --

11    were you just referring there to lead and IQ?

12    **A.**   Yes, I referred to that and then to cardiovascular

13    disease.

14    **Q.**   Can you describe for the Court a little bit -- because

15    we've heard, you know, this concept of dose is the poison,

16    right?  But can you describe for the Court, you know, what you

17    found when you started looking at the impacts of low-level lead

18    on IQ with respect to the dose-response relationship?

19    **A.**   Yeah.  This is -- this is really fascinating because I was

20    taught to think linearly, like most physicians, I suppose.

21             And what we began to see first in our paper in 2000 and

22    then in 2003 -- it was replicated then in 2005 with the pooled

23    analysis -- is that as blood lead levels increase, for a given

24    increase in exposure, we actually saw greater decrements in IQ

25    at the lowest levels.

1    So another way to think about that is we looked across a

2  range of, let's say, less than 1 to 30-microgram per deciliter.

3  That's equivalent to about, let's say, less than 10 to 300

4  parts per billion.

5    The first 100 part per billion increase we saw a 6 to 7 IQ

6  point decrement, 6 to 7.  The second 100 part per billion

7  increase we saw about a 2 IQ point decrement.  And the third

8  increase of 100 part per billion, a 1 IQ point decrement.

9    So it wasn't linear -- right? -- it was very steep

10  decrements at the lowest levels, and then it, sort of -- it

11  decelerated or flattened out somewhat.

12  **Q.**  Now, with respect to fluoride, in our current industrial

13  society are we able to investigate in a reliable way the impact

14  of urinary fluoride levels lower than .2 parts per million?

15    **MR. ONG:**  Objection, leading.

16    **THE COURT:**  Overruled.

17    **THE WITNESS:**  No.  And this is the same dilemma we had

18  with lead.  Over the past 40 plus years, the level of lead

19  considered unsafe or unacceptable or harmful has gradually and

20  incrementally been lowered until 2012 when the CDC and the EPA

21  concurred that there's no safe level.

22    And that ongoing reduction was the result, really, of

23  two things:  First, better measurment of lead at lower levels

24  in blood or teeth, for that matter; but number two, we had to

25  wait for the children to be less exposed because, I mean,

 1   today -- well, back in the '60s, children were exposed probably

 2   somewhere between a hundred to a thousand times higher than our

 3   preindustrial ancestors.  Even today it's 10 to 100 times.  So

 4   we don't really have a complete control population for lead,

 5   and that same is true for fluoride.

 6   BY MR. CONNETT:

 7   Q.   When you say we don't have a complete control population

 8   for fluoride, can you just explain a little bit more for the

 9   Court what does that mean?

10   A.   As you pointed out, we live in an industrial society.

11   We're exposed to fluoride through a variety of sources; water

12   is one in communities that fluoridate their water.  There's the

13   halo effect that we've talked about where if you drink

14   beverages from a fluoridated community that are shipped to a

15   nonfluoridated community like where I live, you can be exposed

16   that way.  Seafood we've talked a little bit about.  So you can

17   be exposed to a variety of different sources.  And then, of

18   course, you use toothpaste and so on.  So the levels of

19   fluoride are universal, ubiquitous.  And so if we wanted to ask

20   a question, how -- is there a difference in children who are

21   unexposed to fluoride?  Well, we really can't find children who

22   are unexposed to fluoride versus kids who have levels in a

23   nonfluoridated community or a fluoridated community.

24   Q.   Does that -- does that make it harder, this ubiquity of

25   fluoride exposures in society today, does it make it harder to

1  identify effects in nonfluoridated communities?

2  **A.**   To the extent you don't have any differences or you have

3  less differences in exposure, it will be harder to show

4  differences in an outcome like IQ, for example, right?

5      If you can imagine if everybody was exposed to the same

6  exact concentration of fluoride, the only disease you would see

7  if fluoride was causing it was those who were genetically

8  vulnerable because everybody's exposed.  You wouldn't think

9  there's an environmental effect.  So you need to have enough

10  variation in the exposure.

11      And that's one of the things that happened in our pooled

12  analysis.  There was a lot of criticism of our pooled analysis

13  because in some of the more heavily exposed cohorts -- heavily

14  exposed to lead -- the reductions in IQ across the range of

15  blood leads they had were quite shallow.

16      And some people said, look, you can't have these shallow

17  effects in Port Pirie, Australia and Cleveland and then in

18  Boston and Rochester have these steep decrements.

19      Well, when we pooled the data together it all became clear

20  that those differences were because of the extent of exposure

21  of those populations.

22  **Q.**   And just to be clear for our terminology, when you say

23  "variation in exposures," is that another way of saying

24  exposure contrasts in a study?

25  **A.**   Yes.

1  Q.   So after completing the Green study on fluoride and IQ,

2  you then did the study on formula fed babies; is that right?

3  A.   Yes.

4  Q.   This study is sometimes referred to as the Till 2020

5  study?

6  A.   Yes.

7  Q.   In this study, Dr. Lanphear, was a baby's consumption of

8  formula made with fluoridated water associated with IQ deficits

9  later in life?

10 A.   Yes.

11 Q.   And I want to go back to the slide that EPA's counsel

12 showed in their opening yesterday where they said that the

13 MIREC cohort found no effect of fluoride exposure on IQ in

14 girls.

15      In the Till 2020 study, did you find a significant

16 association between fluoride exposure and reduced IQ in girls?

17 A.   Boys and girls.

18 Q.   Dr. Hu yesterday was talking about how in the ELEMENT

19 cohort, fluoride exposure is associated with greater decrements

20 in nonverbal IQ.  Is that consistent or inconsistent with what

21 you have found in the MIREC cohort?

22 A.   Consistent.

23 Q.   Now, before moving on from the Green study and the Till

24 2020 study, I just want to ask you one final question.  Do you

25 think that the MIREC cohort of relatively healthy, well-off

1    families, will capture the full range of susceptibility to

2    fluoride's neurodevelopmental effects across the population?

3             **MR. ONG:**  Objection, leading.

4             **THE COURT:**  Overruled.

5             **THE WITNESS:**  No.  Certainly not as we've analyzed it.

6    We could begin to do more analysis, and we'll talk about one

7    such analysis where we found that there were some women, even

8    within the MIREC study, that were -- whose children were more

9    vulnerable.  But no, it certainly doesn't capture the full

10   vulnerability, full range of vulnerabilities.

11   **BY MR. CONNETT:**

12   **Q.**  And for example, is there any reason to believe or not

13   that populations here in the United States that live in poor,

14   disadvantaged areas may be more susceptible to the

15   neurodevelopmental harm of fluoride than the participants in

16   the MIREC cohort?

17            **MR. ONG:**  Objection, foundation.

18            **THE COURT:**  You have to lay a foundation.

19   **BY MR. CONNETT:**

20   **Q.**  Dr. Lanphear, through the course of your work looking at

21   the impact of environmental chemicals on human health, have you

22   reviewed and become aware of data on the relative suseptibility

23   of various populations to the insults of environmental

24   chemicals?

25   **A.**  Yes.

1   Q.   Based on your familiarity with that large body of

2   literature, is there any reason to believe that populations

3   here in the United States that live in poor, disadvantaged

4   areas, may be more susceptible to the neurodevelopmental harm

5   of fluoride exposure than the participants in the MIREC cohort?

6          MR. ONG:   I'm just going to object as leading and

7   still lacks foundation.

8          THE COURT:   Overruled.

9          THE WITNESS:   Yes.   A few examples come to mind.   One

10  is like in the Cincinnati study and the Rochester study, we

11  oftentimes will see various stressors or risk factors or even

12  chemicals that cause harm to children concentrated in poor

13  communities and we typically will blame that on teachers or

14  their parents, but in Over-the-Rhine, for example, in

15  Cincinnati, we had kids that were heavily exposed to pesticides

16  from cockroach control.   They lived near highways, so they had

17  highway traffic.   They were in multi-unit dwellings with

18  secondhand smoke, oftentimes with older furniture which would

19  contain PBDE's; and on top of that, older housing that was

20  poorly maintained.

21          So oftentimes you'll get concentrations of various

22  toxic chemicals on top of, sometimes, less than adequate

23  nutrition, lower income, fewer resources available.

24          Even more specific to the MIREC study, the reason we

25  began to look at iodine levels in the mom is that knowing that

1  fluoride has been recognized as a thyroid disrupter, as an

2  endocrine disrupter --

3        **COURT REPORTER:**  I'm sorry, knowing that -- could you

4  repeat that please?  Knowing that --

5        **THE WITNESS:**  I'm sorry?  More than that?

6        **MR. CONNETT:**  Knowing that thyroid.

7        **THE WITNESS:**  Oh, knowing that fluoride is a thyroid

8  disrupter and knowing about two other chemicals, PFCs or PFAS

9  chemicals, the teflon-like chemicals are also thyroid

10 disrupters.  Perchlorate is another thyroid disrupter.

11       And we knew from some of the work I had done in NHANES

12 and with the post-doc that it's kind of like a three-hit model

13 for pregnant women.  And pregnancy itself is a stressor upon

14 the thyroid because the mom not only has to produce her own,

15 she has to produce it for the developing baby.  So pregnancy is

16 a thyroid disrupter.

17       And so what we found is that the women who were

18 pregnant had antibodies against the thyroid, Hashimoto's or

19 TP -- thyroid peroxidase antibody and low iodine, those were

20 the women where we started to see a serologic picture of

21 hypothyroidism.  So the thyroid, it can produce thyroid -- it's

22 got some resiliency to produce thyroid if it's stressed, but

23 what that study found and a second one we did, in a National

24 Health and Nutrition Examination Survey in the U.S. is that for

25 American adults, as a whole, if we saw three stressors,

1    including exposure to PFAS, iodine deficiency, and the thyroid

2    antibody, that's where we saw, again, this picture that

3    resembled a -- at least subclinical hypothyroidism.  And so

4    that's why we wanted to look at this in the MIREC cohort is if

5    thyroid disruption is a possible mechanism -- and I say

6    "possible" because I don't expect that there's a single one.

7            When we look at almost any other chemical I've been

8    involved with, whether it's lead or mercury, there rarely is

9    one adverse outcome.  There's usually more than that.  And

10   there may be many more mechanisms.  But this could be one, and

11   that's why we decided to explore iodine deficiency as a

12   potential modifier of fluoride exposure.

13   BY MR. CONNETT:

14   Q.   And I just want to just unpack one thing you said there

15   when you're talking about your study on PFAS and thyroid

16   function.

17        And I think what you said is that when you studied PFAS

18   and thyroid function by itself, you were unable to see an

19   association; but when you included other stressors in the

20   analysis, the association became evident.  Is that a fair

21   summary or not?  Because I just want to make sure that I'm

22   understanding it correctly.

23   A.   Yes.  And that's what we meant by the three-hit model,

24   where one stressor -- in a representative sample.  Individual

25   could just be one's enough, but in a population sample one

 1    stressor, by itself, we didn't see evidence of thyroid

 2    disruption, but with three, we did; and in one case pregnancy,

 3    itself, was the stressor.

 4         THE COURT:  So to make sure I understand.  So what was

 5    the role -- when you were the investigator, what was the role

 6    of fluoride in this?  Did it -- did you analyze it as a

 7    stressor or what the impact was when you have these other

 8    stressors existent, and what did you find?

 9         THE WITNESS:  Yes.  So we did look at fluoride as a

10    model of another stressor, and what we found is that the IQ

11    deficits in the boys for -- who had adequate iodine in the

12    mother during fetal development was subtler than the IQ deficit

13    we saw in the boys whose mothers were iodine deficient.  So

14    that picture, that pattern suggests that thyroid disruption may

15    be a possible mechanism for how fluoride operates and how it

16    diminishes IQ in the children.

17         THE COURT:  So it appeared -- it appears that there's

18    evidence that the impact of fluoride on IQ is more pronounced

19    when you have a mother with inadequate iodine?

20         THE WITNESS:  Yes.

21         THE COURT:  That was something found with statistical

22    significance?

23         THE WITNESS:  Yes.

24         THE COURT:  And the other question I had, you had said

25    that the MIREC study was consistent with ELEMENT study finding

1 greater decrements in the nonverbal IQ area.

2          THE WITNESS:  Yes.

3          THE COURT:  Can you elaborate on what you did in that

4 regard to isolate that?

5          THE WITNESS:  Yeah.  So for the -- for the IQ test

6 that we did in the MIREC study is the same one that was done in

7 the ELEMENT study.  You have the overall full IQ, and then you

8 have a verbal and a performance.  Performance we can also say

9 is nonverbal.  And we saw the greater decrements in IQ of the

10 performance IQ.  And that was why we decided to look more

11 carefully in subsequent studies on performance IQ as well as

12 full scale IQ.

13          THE COURT:  All right.  So you did break it down into

14 the two complements?

15          THE WITNESS:  Yes.  And the idea there is -- well,

16 number one, we want to investigate what appears to be

17 vulnerable in children.

18          Number two, there's something to be said about if we

19 see the same pattern, the same type of harm across different

20 studies -- right? -- so if we see that performance was affected

21 to a greater extent in the ELEMENT study and in the MIREC study

22 and in other studies, that gives us more confidence that's it's

23 a real effect.

24          THE COURT:  Thank you.  Go ahead.

25 \\\

 1  BY MR. CONNETT:

 2  **Q.**   Dr. Lanphear, are there any other studies that you are

 3  aware of offhand that have found a similar effect of fluoride

 4  on nonverbal IQ, other than the MIREC cohort and the ELEMENT

 5  cohort?

 6  **A.**   One comes to mind.  Alejandro Canterol using the progress

 7  cohort.  Now, they had dietary fluoride intake as their

 8  estimate of exposure, and it was using a different cognitive

 9  test, the Bayley.  The Bayley is kind of like a forerunner to

10  the WISC.  The Bayley is used at 1, 2 and 3 years of age,

11  typically, and that's what we've done in some of our other

12  studies.  As the children age, you shift and use the WISC,

13  typically, or at least we have.

14      And so they used a different method -- measure, but in

15  those younger kids basically what you're measuring is the

16  nonverbal cognitive abilities, and so they saw that pattern

17  with dietary intake, and it was predominantly in the boys, the

18  effect.

19  **Q.**   If I pronounce that -- the name Canterol, do you

20  understand what I mean?

21  **A.**   Yes.  I'm not sure I'm pronouncing it correctly either.

22  **Q.**   Yesterday during EPA's opening, they referenced the

23  Canterol study, and they said there was no significant effect

24  for boys at age 12 months.  And is that -- EPA did point out

25  the effect at 24 months of age for the boys, but is that the

1   full picture for the impact that that study shows on boys?

2   **A.**   No.  They did two different types of analysis.  One is to

3   look at 12 and 24 months separately, and that's the one that

4   was presented yesterday by the EPA.  And so in that sense, it

5   was accurate.  And in one way that shouldn't surprise us.

6   Measuring children's cognitive abilities or behaviors at

7   younger ages is more difficult because it's more variable.

8   Anybody that's had an infant, for example, will know one day

9   the kid can be an angel, the next day, you know, not.  So there

10  can be a variable.

11      But the second table -- the second set of results that

12  were available used a longitudinal analysis, which gives the

13  analysis more power when you look at it longitudinally, and

14  they found that at 12 and 24-months the same pattern, about a 3

15  IQ point -- excuse me -- 3 point decrement in the cognitive

16  abilities in the Bayley scale.

17  **Q.**   And that's the non --

18      **MR. ONG:**  Your Honor, I'm going to make a scope

19  objection here.  We're an hour into the witness's testimony.

20  We haven't heard a word about the two studies that were

21  disclosed in the expert disclosures yet.

22      **THE COURT:**  Overruled.  I assume we're going to get

23  there quickly.

24  **BY MR. CONNETT:**

25  **Q.**   And just one last question on this study.

1      When you're saying a longitudinal analysis, does that mean

2  that they're taking the 12-month and the 24-month data and

3  combining it into one large -- into one analysis?

4  **A.**   Yes.  Yes.

5  **Q.**   Okay.

6          **THE COURT:**  Wait a minute.  I'm not sure what that

7  means.  Longitudinal means you take the same subject at 12 and

8  at 24, or are you doing some kind of combination statistically?

9          **THE WITNESS:**  You include the results from both a 12-

10  and 24-month visit.  And you have to take into account that

11  it's the same child.  So it is the same child.  You're not

12  double counting --

13          **THE COURT:**  Yeah.

14          **THE WITNESS:**  -- you're just looking at the effect at

15  12 months and at 24 months.  And it's still -- you're still

16  estimating it separately, but by doing it in a longitudinal

17  way, that gains you some power, more statistical power.

18          **THE COURT:**  And did that part of the study show,

19  similarly, more pronounced decrements at the 24-month level for

20  that same child, or did it tend to show something different at

21  the 12-month level?

22          **THE WITNESS:**  I don't remember that there was a big

23  difference.  They were both about three point reduction in

24  cognitive score.  So it wasn't a big difference if there was.

25  You know, one might have been slightly lower, but it wasn't a

 1    big difference.

 2              **THE COURT:**  Okay.  Thank you.

 3    **BY MR. CONNETT:**

 4    **Q.**   Okay.  So let's now shift to your recent research looking

 5    at iodine and thyroid, okay?  First, has the NIH funded this

 6    research?

 7    **A.**   Yes.

 8    **Q.**   And can you explain for the Court a little bit about why

 9    there is an interest of thyroid or iodine being involved in

10    some way in the fluoride IQ relationship?

11    **A.**   Well, I mentioned before that in the 2006 NRC report that

12    they recognized that fluoride was an endocrine disrupter, that

13    it was a thyroid disrupter.

14         And they also pointed out that TSH was more likely to be

15    elevated, that is, there was some evidence of thyroid

16    disruption in people who had low iodine.  That, along with some

17    of the other things that we talked about with the other

18    studies, suggested to us that that would be the next step,

19    that -- you know, in many cases we don't need to know the

20    mechanism.  With lead we're still not sure the mechanism that

21    lead causes IQ deficits.  People throw out these ideas, but we

22    don't know.  And maybe there's three or four.  But if you can

23    identify a mechanism that seems to be at play, then that, I

24    think, both enhances plausibility and confidence that there's a

25    real effect.

**LANPHEAR - DIRECT / CONNETT**

1   Q.   Now, we know about fluoride being used as a treatment for

2   teeth, cavities.  Has fluoride been used, to your knowledge,

3   for any other purposes that may be relevant, or not, to your

4   research on thyroid?

5   A.   Yeah.  Historically there were -- you could find clinical

6   studies where they gave fluoride, administered fluoride to

7   people with hyperthyroidism to try to control the excess

8   thyroid in the system.  So it was used as a drug, basically, to

9   reduce the excess amount of thyroid in people with

10  hyperthyroidism.

11  Q.   For you does that fact, that fluoride was used to lower

12  thyroid functioning in patients with hyperthyroidism, does that

13  cause you any concern about the potential for fluoride to have

14  effects on people with normal thyroid function?

15  A.   Yes.

16  Q.   So let's talk about the first study that you did to

17  examine some of these issues.  The Goodman 2022 paper, okay?

18          MR. CONNETT:  And Your Honor, at this point I'd just

19  like to show on the screen the study.

20          THE COURT:  Go ahead.

21  BY MR. CONNETT:

22  Q.   Dr. Lanphear, do you have that on your screen?

23  A.   Yes.

24  Q.   And this is a study that you and your colleagues published

25  in 2022?

 1    **A.**    Yes.

 2    **Q.**    And the title is "Iodine Status Modifies the Association

 3    Between Fluoride Exposure in Pregnancy and Preschool Boys'

 4    Intelligence"?

 5    **A.**    Yes.

 6    **Q.**    It was published in the journal *Nutrients*?

 7    **A.**    Yes.

 8    **Q.**    And the lead author is Goodman, correct?

 9    **A.**    Correct.   It's the other Goodman 2022.

10    **Q.**    So you've already described for the Court some of your

11    findings here, but can you just describe for us what did you in

12    this study?  Let's just start with what you did in this study.

13    **A.**    Yeah.   So we looked at about 366 mothers and children, and

14    then we used the maternal urinary fluoride and a urinary

15    measure of iodine, and then we adjusted those for creatinine

16    and then started out looking -- we looked at full-scale

17    intelligence and found a three-way interaction between the

18    maternal urinary fluoride, urinary iodine and child sex where

19    the effect was for boys.

20    **Q.**    Okay.

21          **MR. ONG:**  Your Honor, I have no objections to counsel

22    putting the document on the screen as a method to refresh

23    recollection, but this is not a document that's been admitted

24    into evidence, and it's hearsay.  And so unless counsel is

25    doing that, I would ask them to take it down.

1          **MR. CONNETT:**  Yeah, Your Honor.  I'm fine with taking

2    it down.  I just wanted to identify it for the record.  That's

3    it.

4          **THE COURT:**  Okay.  You can take it down.

5    **BY MR. CONNETT:**

6    **Q.**  So are there any biological reasons why fluoride may

7    magnify the impact of an iodine deficiency or, vice versa, why

8    a fluoride -- strike that.  Sorry.  Please start again.

9          Are there any biological reasons you're aware of why an

10   iodine deficiency may exacerbate the effect of fluoride or why

11   fluoride may exacerbate the effect of an iodine deficiency?

12   **A.**  My understanding, not being an endocrinologist, but iodine

13   is critical for thyroid function, and fluoride may block or

14   interrupt that.  It may also increase the -- by mimicking, it

15   may also increase the excretion of iodine.  So it's because of

16   that competition that could happen with fluoride and iodine

17   that there could be some disruption.  So that's the -- it's in

18   a simple way --

19   **Q.**  Yeah.

20   **A.**  -- and it's not that simple, but that's the simplest I can

21   explain it.

22          **THE COURT:**  Let me stop you right there.

23          You're saying fluoride could increase the excretion of

24   iodine and therefore leaving less in the body?

25          **THE WITNESS:**  That's probably not the main thing.  I

1  think the main thing is that it can interfere with the

2  production of thyroid hormone.

3          **THE COURT:**  Okay.

4          **THE WITNESS:**  I'm a little bit concerned that it may

5  also lead to excretion, but that's not as clear as the other.

6  **BY MR. CONNETT:**

7  **Q.**  And so the findings in the Goodman 2022 paper, did you --

8  did you say that -- oh, sorry.  Strike that.

9          Can you just discuss the sex-specific nature of what you

10  found in the Goodman 2022 study?

11  **A.**  Yes.  So in a way, this provided some at least partial

12  explanation why we might be finding a greater effect in boys.

13         Again, there's no simple background study that says boys

14  are absolutely more vulnerable to thyroid deficiency.  At least

15  it's not quite that clear to me yet.

16         But this provides some explanation, perhaps, about why

17  they may be more vulnerable.  If we're seeing in sort of a

18  dose-response fashion boys who had insufficient iodine during

19  development had an even greater effect.  So it could be, just

20  to carry that thought further, that now we have a potential

21  reason why in some cohorts you may see a fluoride effect and

22  not in others.

23         If a cohort -- if another population had very little

24  iodine deficiency, you may see less of an effect or even no

25  effect.  And it could be something like that.

LANPHEAR - DIRECT / CONNETT

1      So we've talked about other factors that can explain why

2  some studies may find IQ deficits that are statistically

3  significant and others may not.  And it's because of these

4  types of covariates or modifiers that can be different in one

5  cohort to another, one population to another.

6  Q.   Is seafood high in iodine?

7  A.   Yes.

8  Q.   Now, in your study you had two urine samples that you

9  tested for iodine for each mother; is that right?

10  A.   Yes.

11  Q.   Now, is it fair to say that, optimally, ideally, you'd

12  want 10 separate urine iodine measurements to fully

13  characterize a woman's iodine exposure?

14  A.   The more the better.  In theory, if we could collect all

15  the mothers' urine for a full year, for nine months anyway,

16  that would be ideal.  It would be a little bit challenging and

17  it would be expensive, but that would be the ideal, right?

18  We'd have complete assessment of her iodine status.  So the

19  more you can get, the better.

20      In a way what we found helps to validate that we at least

21  measured -- we measured the iodine status sufficiently because

22  the fact that we saw exactly what we expected is, in its way, a

23  type of validation.

24  Q.   Do you have any understanding, based on the work you've

25  done so far on iodine deficiency, of whether iodine deficiency

 1  is a common problem here in the United States or not?

 2  **A.**   It has been increasing, and I think part of the

 3  explanation that I've looked at in the past is, more and

 4  more -- more and more of us are shifting away from iodized

 5  table salt to sea salt, to Kosher salt; and sea salt and Kosher

 6  salt don't have the same requirements.  And then, of course,

 7  other dietary factors, how we eat will lead to either higher or

 8  lower measures.  But it's been increasing -- iodine deficiency

 9  has been increasing in the United States.

10  **Q.**   So let's turn now to the next study that you did, which is

11  the Hall 2023 study.

12  **A.**   Yes.

13          **MR. CONNETT:**  Jay, can you just put that on the

14  screen?

15  **BY MR. CONNETT:**

16  **Q.**   And this study, Dr. Lanphear, was published in 2023?

17  **A.**   Yes.

18  **Q.**   And the title is "Fluoride Exposure and Hypothyroidism in

19  a Canadian Pregnancy Cohort"?

20  **A.**   Yes.

21  **Q.**   And it was published in *Science of the Total Environment*?

22  **A.**   Yes.

23  **Q.**   And was this study, as well, funded by the NIH?

24  **A.**   Yes.

25  **Q.**   And what were you looking to determine in this study?

LANPHEAR - DIRECT / CONNETT

**A.**   Well, it's along the same lines of what we've been

talking, you know.  Given, for example, the NRC's report saying

that fluoride is an endocrine disrupter, that we're seeing

effects on children's IQ and that it may be fluoride could even

be disrupting thyroid hormone in the mother.

And this is especially important because during the first

third or half of pregnancy, or thereabouts, the developing

fetus is entirely reliant on the mom's thyroid.  And that's why

the mom, in part, her thyroid is being stressed because she's

producing it not only for herself but for -- for the baby.

And so we know from, like, studies of cretinism -- almost

everybody knows about cretinism.  So cretinism is severe mental

retardation in iodine-deficient parts of the world.  And so

it's very well established that women who have inadequate

iodine or who are hypothyroid, their children will do more

poorly, on average, in terms of cognitive abilities.

**Q.**   Is there any dispute at all in the scientific literature,

to your knowledge, that hypothyroidism in the mother causes IQ

loss in children?

**A.**   No dispute.  Perhaps uncertainty about at what levels of a

hypothyroidism, but no dispute that it does.

**Q.**   Prior to your birth cohort study -- or sorry.  Strike

that.

Prior to your study on hypothyroidism in the MIREC cohort,

were there any studies in the scientific literature linking

**LANPHEAR - DIRECT / CONNETT**

1  water fluoridation to hypothyroidism?

2  **A.**    There is a study by Steven Peckham in England using

3  practice records and reports of hypothyroidism in different

4  parts of the country.

5  **Q.**    Do you consider the Peckham study to be relatively well

6  done or not?

7  **A.**    Given the type of study design, it was an ecologic

8  analysis, and so that comes with its own limitations.  And so,

9  by itself, it's really almost more of a hypothesis generator.

10 It's like we need to look more carefully at this.  Not to say

11 ecologic analyses are irrelevant.  I mean, herd immunity is

12 based on an ecologic analysis and it's quite valuable --

13 right? -- but it has particular limitations.  So it's really

14 more of either supporting what others have found using

15 population-based samples like the MIREC study or hypothesis

16 generating and then trying to confirm that in studies like

17 MIREC.

18 **Q.**    So can you -- strike that.

19      For the Hall study, how did you measure fluoride exposure?

20 Or let me -- let me -- sorry.  Sorry.  I'll strike that because

21 we've already --

22      What fluoride exposure metrics did you use for the Hall

23 study?

24 **A.**    The same ones we've used, water fluoride, fluoride intake

25 and maternal urinary fluoride.

1   **Q.**   Now, we've discussed so far in this proceeding the

2   strengths of urinary fluoride as an exposure metric for

3   assessing childhood IQ.  Do those same strengths carry over to

4   a study of whether fluoride exposure causes hypothyroidism in

5   the mother?

6   **A.**   Well, maybe before I try to answer that, I think the

7   question is understanding the strengths and limitations of

8   various measures of exposure is really kind of a place to

9   start.  So the reason we like something like urinary fluoride

10  is, it's -- it gives us an internal dosimeter of what the mom

11  is exposed to.  It's objective.

12      The downside of urinary fluoride is that fluoride has a

13  short half-life, and so it just gives us a snapshot of

14  exposure.

15      So even though the advantage is, it's an internal

16  dosimeter, it has a short half-life, and so if we want to ask

17  questions about health effects of fluoride, we want to look at

18  our options.

19      So for something like water fluoride, particularly if

20  we've got that what you describe as the contrast in exposure,

21  fluoride is kind of like a steady day-after-day-after-day

22  exposure, right, solid.  It's there.

23      The urinary fluoride is going to be fluctuating.

24      Fluoride intake is probably somewhere in between.  It's

25  taking the day-after-day exposure, water fluoride, and then

1   trying account for the characteristics of an individual; black

2   tea consumption, for example, that might increase their intake.

3       So all three are valuable.  And to the extent that you can

4   see consistency, that's really nice.  But maybe we shouldn't

5   always expect consistency because the water fluoride is going

6   to be more of a chronic measure of exposure, continuous

7   exposure; whereas, the maternal urinary fluoride is going to be

8   a little bit more fluctuating.

9   **Q.**   So what did you find?  You used these three exposure

10  metrics to assess the relationship between fluoride and

11  hypothyroidism.  Can you describe for the Court your findings?

12  **A.**   Yeah.  So I'm pretty sure this is -- I'm pretty sure this

13  is what we found.  We've got so many different measures.  We

14  did not see a significant association with maternal urinary

15  fluoride and hypothyroidism in the woman.

16      We saw a marginal effect of fluoride intake and

17  hypothyroidism, at least in the first analysis.

18      We saw a significant increased risk of water fluoride in

19  hypothyroidism in the pregnant women.

20  **Q.**   And what was the -- did you use the metric of odds ratio

21  to describe your results?

22  **A.**   Yes.

23  **Q.**   What was the odds ratio of hypothyroidism as a function of

24  water fluoride?

25  **A.**   It's about a 1.65 or about a 65 percent increase.

**LANPHEAR - DIRECT / CONNETT**

1   **Q.**   So can you -- what does that mean, 65 percent increase?

2   Can you just further describe what that means?

3   **A.**   Well, you take whatever your base rate, if it's 1 out of a

4   hundred, and then you basically increase that to, on average,

5   1.6.  So you probably need to go to a thousand to use numbers

6   that are real, but you're basically increasing the rate or the

7   number in the denominator by 65 percent.

8   **Q.**   Now, in your study, you mention -- oh.  I forgot to ask

9   you.  How many women were involved in that fluoride

10  hypothyroidism analysis?

11  **A.**   You know, I'd have to go back and check, Michael.

12  **Q.**   It was over a thousand?

13  **A.**   Yeah.  Let's see.  So we had -- yes.  It was over a

14  thousand in the base -- the primary analysis.

15       I believe we had about 1,100 women who were euthyroid,

16  that is, appeared to have normal thyroid function.

17       There were about a hundred or so with primary

18  hyperthyroidism and about a hundred with subclinical

19  hypothyroidism.

20  **Q.**   Okay.  Now, in your study you mentioned something called

21  thyroid peroxidase antibody.

22  **A.**   Yes.

23  **Q.**   What is that?

24  **A.**   So there's about 10 percent of the population, men and

25  women, but women tend to have higher rates of this antibody.

1    The antibody doesn't really make sense.  It has antibody

2    against the thyroid.  And so as the levels of those antibodies

3    increase, you'll see diminished thyroid function in people with

4    those higher levels of antibody.  And you'll tend to see

5    hypothyroidism as the levels get higher.

6    **Q.**    Did you attempt to determine whether you could observe the

7    relationship between fluoride and hypothyroidism in women who

8    had that antibody?

9    **A.**    Yes.  We looked to see whether it was a modifier.

10   **Q.**    And what did you find?

11   **A.**    We found that we saw even stronger associations when we

12   looked at water fluoride and fluoride intake in the women who

13   did not have this antibody present.

14        So in about 90 percent of the population we saw a much

15   stronger effect.  And it wasn't small.  I think it was -- it

16   was over 2, maybe almost closer to 3-fold increase, so really

17   quite sizable.

18   **Q.**    And does that make sense that you would be able to observe

19   app association between fluoride and hypothyroidism in women

20   who did not have the antibody but not be able to observe it in

21   the women who did have the antibody?

22   **A.**    Well, I can come up with some plausible explanations.

23   It's speculative.  But, yes, I can come up with a plausible

24   explanation and maybe even use an example.

25        In the study we talked about earlier where we looked at

 1    lead and cardiovascular disease deaths, we saw from the 10th to

 2    the 90th percentile about a two-fold increase risk of dying

 3    from lead exposure as the blood lead levels increase from the

 4    10th to the 90th percentile.  But we only saw it in the

 5    nonsmokers.  Well, why would that be?  Well, smoking is a big

 6    risk factor for dying from coronary heart disease.  And if

 7    you're a smoker, your blood lead levels are about 25 percent

 8    higher themselves, but it's not just because of lead.  Smoking,

 9    by itself, is a big risk factor.

10        And so I think in part because -- it's sort of like that

11    sucks up all the risk, in a way.

12        And I think that's probably the same thing we're seeing

13    with the antibody against the thyroid is that that's such a big

14    risk factor for thyroid function that adding a little bit more

15    on, we just can't see it.  But that's, again, I mean, that's

16    trying to interpret or infer what might explain that.

17            **MR. ONG:**  Your Honor, I move to strike the last answer

18    as speculation as the witness so said.

19            **THE COURT:**  Overruled.

20            Let me ask a question going back to what you said

21    about the association being found with some of the exposure

22    measures and not others.

23            Can you explain why you might have an association

24    found with -- I think it was water fluoride but not with the

25    urinary fluoride?  You would think one would lead to the other.

 1   Why -- how do you explain this gap?

 2          THE WITNESS:  Yeah.  And just to add into that mix, we

 3   also saw, even with the first analysis, a strong association,

 4   but it's not quite statistically but just right up against it.

 5   So why water fluoride and fluoride intake and not maternal

 6   urinary fluoride.  The way I interpret that is that water

 7   fluoride is a much more constant source of exposure, day after

 8   day, month after month.  That's what women in this study were

 9   being exposed to and it's steady.  It's right there.  In some

10   cases it was higher, some cases it was lower.

11          In contrast with maternal urinary fluoride, we're

12   seeing a snapshot of that woman's exposure.  And so the way I

13   tend to think about it is, it's a difference in a long-term

14   measure of exposure versus a shorter term measure of exposure.

15          And for things that develop overtime like

16   hypothyroidism, it doesn't happen, boom, all at once.  It's

17   from some chronic exposure and then it appears probably as the

18   thyroid gets worn down or isn't able to become -- to stay

19   resilient.

20          THE COURT:  And would it be the case -- slightly

21   different topic, but you would expect to see in terms of

22   fluoride measurements and exposure some correlation or

23   connection between water fluoride and urinary fluoride

24   measures.  You would think that in -- and I think I've seen

25   some stats, some table that show that women in fluoridated

 1   water areas have a higher level of measurable urinary fluoride

 2   than those who are not in fluoridated water areas.

 3          THE WITNESS:  Right.

 4          THE COURT:  Is that a fair assumption?

 5          THE WITNESS:  Absolutely.  You're absolutely right.

 6   But because we're trying to measure a risk that happens over

 7   many months or years, the water fluoride is better than that

 8   snapshot we might get during pregnancy.  I think that's the --

 9   that's the way I understand it.

10          THE COURT:  Okay.  I see.  So the urinary fluoride is

11   a shorter -- not only just a snapshot, but a shorter chunk of

12   time; whereas, you can assume the constancy of water fluoride.

13          THE WITNESS:  That's right.

14          THE COURT:  And when you measure water fluoride, is

15   there a way to take into account different people's habit, in

16   terms of how much they rely on bottled water versus tap water,

17   or does -- is it the assumption that tap water finds its way

18   through cooking and everything else?  How do you account for

19   bottled water, especially these days?

20          THE WITNESS:  Yeah.  We dealt with that by only

21   studying women who said they drank tap water.

22          THE COURT:  I see.

23          THE WITNESS:  That's a great question, and that was

24   how we dealt with it.  We reduced our sample size somewhat, but

25   it dealt with that limitation you just talked about.

 1            THE COURT:  And I'm just curious, in that sampling how

 2    many -- was that like half -- half the subjects drank tap

 3    water?  I mean, how many people did you exclude because they

 4    didn't drink tap water?  Was that sizable?  Any idea?

 5            THE WITNESS:  It wasn't over half.  I don't remember

 6    exactly what it was.  I'm sorry.

 7            THE COURT:  Thank you.

 8            THE WITNESS:  Yeah.

 9    BY MR. CONNETT:

10    Q.    To follow up on the Judge's questions there, for the Green

11    2019 study, did you -- you mentioned just now that you had data

12    on whether the mother drank tap water or not; is that right?

13    A.    That's correct.  Yes.

14    Q.    Did you have data as well in terms of, like, how much tap

15    water the mother drank?

16    A.    Yes.

17    Q.    And is that generally considered a strength of the study

18    to have individualized data on how much the mother is drinking?

19    A.    Yes.

20    Q.    Okay.  I just want to finish up here with two final areas

21    of discussion.  I want to return to the sex-specific effect

22    that you found when you used the maternal urinary measure of

23    prenatal exposure.

24          Subsequent to the first trial in this case, has any

25    additional research been published that provides further

1  support for a sex-specific effect of fluoride on

2  neurodevelopment?

3  **A.**   The one that's most directly relevant we already talked

4  about, Alejandro Canterol.  And then another one from a group

5  I've worked with in Cincinnati, the Adkins study.  They looked

6  at this in the CCAP study and this was cross-sectional, so it

7  was at 12 years of age and the outcome was different.  They

8  were looking at internalizing behaviors and they found quite

9  striking increases in internalizing behaviors of the boys based

10 upon 12-year-old concurrent urinary fluoride.

11 **Q.**   And can you just describe maybe for the Court what we mean

12 when we talk about internalizing behaviors?

13 **A.**   Yeah.  So externalizing is like acting out, ADHD,

14 bullying.  Internalizing would be more anxiety, withdrawn.

15 It's kind of complaining a lot.  That's typically -- those are

16 the kinds of things we would mean.

17 **Q.**   And are internalizing behaviors considered a manifestation

18 of neurodevelopmental issues?

19 **A.**   We think of -- yeah.  We think of it as a mental health

20 issue.  Neurodevelopment -- we typically would say more mental

21 health, but certainly at a younger age we talk about that as

22 part of neurodevelopment.  As they get older we tend to talk

23 about it more like mental health.

24 **Q.**   Okay.  Now, as Dr. Hu discussed yesterday, they did not

25 find a sex-specific association between maternal fluoride in

1    the urine and IQ in the children in the ELEMENT cohort.

2        In your view, can that result be correct and your result

3    for MIREC be correct, or are they incompatible?

4            MR. ONG:  Objection, leading.

5            THE COURT:  Overruled.

6            THE WITNESS:  Yes, they can be compatible even if I

7    don't know exactly why that is today.  You know, I could

8    hypothesize, but I don't know why it is.

9            We've seen that with other things like lead.  The

10   Australia Port Pirie study found that girls were more likely to

11   be affected by acting-out behaviors in early adolescence than

12   boys, but then in the Cincinnati lead study we found that boys

13   were more likely.  And I don't -- I don't know that we still

14   have an explanation for that.

15           It raises -- I mean, it's important.  I don't think it

16   invalidates either.  I think they are compatible.  Really, at

17   this point, you know, when you have so much consistency it's

18   really a question now of, okay, now let's try to understand why

19   these are different, not they're wrong, we're right.

20   BY MR. CONNETT:

21   Q.   In your view will a neurotoxicant manifest in the same

22   exact way across different populations with different

23   characteristics?

24   A.   We can often see a similar signal, right?  And so even

25   similar effects, like dose-response effects.  So that doesn't

1  surprise me when we see it, but it also doesn't surprise me

2  when we see that there could be differences, sometimes because

3  of things we haven't yet understood.  But, you know, again, now

4  that lead is further along, we can see that children who are

5  folate deficient do more poorly if they're lead exposed, right?

6  So we're always learning these things.  Or in our case with

7  fluoride in the MIREC, what we found would suggest that we need

8  to start looking at iodine status along with fluoride exposure

9  when we want to understand the impact of fluoride.

10  Q.   And lastly, Dr. Lanphear, I want to --

11         MR. CONNETT:  And Your Honor, I'd like at this point

12  in time to show Plaintiff's Demonstrative No. 4.

13         THE COURT:  Okay.

14  BY MR. CONNETT:

15  Q.   Dr. Lanphear, I'd like to close here by just talking about

16  that urinary fluoride study that you did in 2018, the Till 2018

17  study.  And can you see the figure here on your screen?

18  A.   Yes.

19  Q.   Can you tell us what this figure shows?

20  A.   Yeah.  So this is the third trimester results of the

21  urinary fluoride from the mom, and it's presented as the 50th

22  percentile for women in the fluoridated and nonfluoridated

23  communities, the 75th percentile for the same and the 95th

24  percentile for the same.

25  Q.   Okay.  And what does this figure tell us about the

1   difference between the urinary fluoride levels in fluoridated

2   areas versus nonfluoridated areas?

3   **A.**    The maternal urinary fluoride concentrations are

4   substantially higher.  I think we averaged that and said about

5   twice as high.

6   **Q.**    Now, is -- what is the -- you know, I'm looking at the

7   95th percentile group here.  And can you just read for us what

8   the fluoride level is for the women in the fluoridated areas?

9   **A.**    2.41 milligrams per liter.

10  **Q.**    Okay.  And this is adjusted for creatinine?

11  **A.**    Yes.

12  **Q.**    And what is the level of fluoride in the mothers in the

13  95th percentile from the nonfluoridated areas?

14  **A.**    1.04-milligram per liter adjusted for creatinine.

15  **Q.**    What is the difference between those two levels?

16  **A.**    1.37-milligram per liter.

17  **Q.**    What is the most likely explanation for that difference?

18  **A.**    Fluoridated water.

19  **Q.**    Can you think of any other plausible explanation that will

20  tell us why the women in the fluoridated areas have that much

21  more fluoridated than the nonfluoridated areas?

22          **MR. ONG:**  Objection, leading, argumentative.

23          **THE COURT:**  Overruled.

24          **THE WITNESS:**  Not -- not from what I'm familiar with

25  in the Canadian population in the MIREC study, no.

1          **THE COURT:**  Doctor, what was the -- in the fluoridated

2     areas in Canada is there a standard -- I should know this --

3     concentration of fluoride in the water?

4          **THE WITNESS:**  They tend to use the same here, the idea

5     of an optimal .7.

6          **THE COURT:**  Is that a national standard, or is that

7     just something they adhere to or what --

8          **THE WITNESS:**  National.  Well, we don't have -- we

9     don't have standards the same way.  We have guidance, which is

10    kind of remarkable because they seem to want to follow them.  I

11    mean, they still have issues, but we still have guidance.

12    We're in the midst of revising the EPA, and that's one of the

13    things we're pushing for is to actually have enforceable

14    standards, not just guidance.

15         **THE COURT:**  But is it your understanding or knowledge

16    that it is -- for those districts or areas that fluoridate the

17    water, it is pretty consistent in adhering to that .7?

18         **THE WITNESS:**  As I recall, very few exceed that.  I

19    don't think -- I'm not sure any exceed it, but sometimes

20    they're a little bit lower, so we had week to week, day to day

21    in some cases, so they're not always going to be exactly that.

22    I don't recall any that were in excess of that.

23         **THE COURT:**  Thank you.

24    **BY MR. CONNETT:**

25    **Q.**   Now, at your deposition, you were asked a hypothetical by

1    counsel, and the hypothetical was how would you treat a

2    situation where you have two high-quality studies that show an

3    association between fluoride and IQ and two high-quality

4    studies that don't show an association between fluoride and IQ?

5    And I want to just modify the hypothetical for you right now

6    and ask you for your response.

7          MR. ONG:  Your Honor, I'm going to make a scope

8    objection here.

9          First of all, the hypothetical that was asked at the

10    deposition did not fall within the scope of the two studies

11    that were disclosed to us in the expert disclosures, nor did

12    plaintiff amend those disclosures to include this hypothetical.

13    Although they could have, they never sought the leave to do so.

14          THE COURT:  But this hypothetical was asked in

15    deposition?

16          MR. ONG:  It was.

17          THE COURT:  All right.  Objection overruled.

18    BY MR. CONNETT:

19    Q.   So now I'd like to ask you a slightly different

20    hypothetical.

21          What if you have, in addition to those four studies

22    referenced by counsel --

23          THE COURT:  Actually, I didn't hear what the answer

24    was.

25    \\\

 1   BY MR. CONNETT:

 2   **Q.**   Oh.

 3          **THE COURT:**  You said that he was asked these questions

 4   in the depo.  You can ask him, since, in my view, that's been

 5   disclosed through the depo process and obviates the formal

 6   disclosure process.  That's why I'm allowing that.

 7          **MR. CONNETT:**  Okay.

 8          **THE COURT:**  So if you want to elicit that, I'll listen

 9   to that.

10          If you have a different hypothetical, I anticipate an

11   objection, scope objection.

12          **MR. CONNETT:**  Oh.  Oh, I see, Your Honor.  So I can

13   keep to that hypothetical but not modify it?

14          **THE COURT:**  Well --

15          **MR. CONNETT:**  Because I did ask this in the deposition

16   in response to the hypothetical, if that matters to the Court.

17          **THE COURT:**  Well, if -- whatever was asked and

18   answered in the deposition, I will allow.  If you begin to

19   exceed that scope, that becomes problematic.

20          **MR. CONNETT:**  I asked this question in my redirect at

21   the deposition.

22          **THE COURT:**  Okay.  I'm sort of curious about what the

23   answer was to the first question, and then can ask your

24   expanded hypothetical.

25          **MR. ONG:**  Your Honor, I just would say for

1  completeness, you know, counsel should do the original

2  hypothetical and then do the different one --

3          THE COURT:  That's exactly what I'm asking.

4          MR. ONG:  -- in fairness.

5          MR. CONNETT:  I think that's the consensus, that we

6  should take that up.

7          THE COURT:  Okay.  Let's do that.

8          MR. CONNETT:  Let's do that.

9  BY MR. CONNETT:

10 Q.  So how do you respond to that hypothetical from EPA

11 counsel, two high-quality studies showing an association, two

12 high-qualities not showing an association?

13 A.  I actually don't remember what I said in the deposition,

14 but I'll tell you what I think right now.  First, it depends.

15 And that depends upon what else do we have?  What other

16 evidence do we have?

17      So, for example, I would turn to the -- what the NTP

18 reports say, and what they said is that 18 of the 19

19 high-quality studies found the same relationship, higher

20 fluoride, diminished IQ.  And so you want to start out with

21 that, right?  You don't start out with a clean slate and say,

22 oh, I've got these two studies say yes, these studies say no.

23 I mean, that -- you don't want to ignore all this other

24 evidence out there.

25      Then what you'll want it do is start to say, okay, these

1  both qualify as high-quality study.  Why do they differ, right?

2  So we have all this evidence, all this consistent evidence and

3  now we got some studies that appear to be inconsistent.  So

4  what do we do?

5      The first question we say, okay, both high quality, but

6  are there differences in, perhaps, how they measured exposure?

7      So in the MIREC study we had maternal urinary fluoride at

8  three time points.  Having more is better.  We get a better

9  idea of exposure.  So if one of those other high-quality

10 studies that didn't show an association maybe only had one

11 measure of maternal urinary fluoride, then I might say, hmm,

12 that interesting, and it could help to explain these

13 discrepancies.

14     But I think the main thing is, when you have all this

15 consistent evidence, it's no longer about they're right,

16 they're wrong or two on this side, two on this side, we don't

17 know what to do.

18     What you really want to do is to try to understand why

19 they're different.

20     Another example we can learn from the MIREC study was what

21 we found with iodine status.  Did these other studies measure

22 iodine status?  Or another way to ask the question, are they in

23 a country or community where iodine status would be sufficient

24 in most cases, and so there may be less vulnerability.

25     So, to me, it's really a question not just, oh, two to

 1    two.  It's what's the context and then let's dig deeper into

 2    what we're -- into those high-quality indicators and ask more

 3    specific questions.

 4            MR. CONNETT:  Well, thank you, Dr. Lanphear.

 5            Those are all the questions that I have at this time,

 6    Your Honor.

 7            THE COURT:  All right.  Thank you.  Let's take a

 8    break, it is the appropriate time to take a break and we'll

 9    resume with cross-examination.  Take a 15-minute break.  Thank

10    you.

11            THE CLERK:  Court is in recess.

12        (Recess taken at 10:06 a.m.)

13        (Proceedings resumed at 10:25 a.m.)

14            THE COURT:  All right.  Before we commence cross, I

15    forgot to ask one question of the doctor.

16            First question is, the studies that have been referred

17    to, going to be referred to, is that part of the stipulated

18    exhibit -- stipulated admission or what is the status?  Maybe

19    some of that was admitted in trial 1.  I can't remember

20    anymore.

21            MR. CONNETT:  No, Your Honor.  We have not -- we're

22    not introducing individual studies into evidence as exhibits.

23    We're just using them really for purposes of demonstratives or

24    just refreshing the witness's recollection.

25            MR. ADKINS:  That's correct.

1          **THE COURT:**  And same with your witnesses, too?

2          **MR. ADKINS:**  Yes, Your Honor.  So a lot of this I

3    think grows out of negotiations we had before the first trial

4    where the parties had mutual objections that scientific studies

5    were hearsay, not subject to an exception to the rule.  But, in

6    certain circumstances, if an expert relied on a study, a

7    portion of it could be read into evidence but the exhibit

8    wasn't accepted as -- the document wasn't accepted as an

9    exhibit, and so that's typically the course that we took.

10         **THE COURT:**  All right.  And so both parties agree that

11   at least in the first instance, the studies themselves are

12   hearsay?

13         **MR. CONNETT:**  Correct.

14         Certainly plaintiffs would have no objection to

15   introducing the studies upon which the experts rely, but that

16   has not been something that there has been an agreement to.

17         **THE COURT:**  It just seems -- I understand the hearsay

18   objections, although it seems a little odd in as much as all

19   the witnesses here are experts, this is all about experts, and

20   we're talking about studies and, you know, you can only elicit

21   so much and it's up to counsel to elicit the most relevant

22   points, but, you know, there are -- sometimes there are graphs,

23   there are tables, there are explanations, there are qualifiers

24   that may not have been listed that could be relevant, and in

25   some sense the hearsay objection is a bit of a formality

1  because you -- technically, you could have the witness just go

2  through everything in the report and we'd be here for days and

3  you'd get it all in.  It would no longer be hearsay, it would

4  be primary testimony, but, I mean, one could technically ask a

5  witness to adopt everything in that -- his or her report and

6  adopt it as their testimony, so it seems -- it's a little -- I

7  understand the hearsay objection, it just seems a little hot in

8  this case, and I'm just wondering whether the Court, in the

9  end, would benefit by having those studies available.

10         MR. ADKINS:  May I respond, Your Honor?

11         THE COURT:  Yeah.

12         MR. ADKINS:  So in the lead-up to the first trial, we

13  were looking -- we, the parties, were looking at an exhibit

14  list that went into the hundreds of --

15         THE COURT:  Yes.

16         MR. ADKINS:  -- exhibits.  And that was not a way to

17  cull the list down, but it did kind of practically make it --

18         THE COURT:  I thank you for that.

19         MR. ADKINS:  -- a more manageable list, of course.

20         THE COURT:  Yes.

21         MR. ADKINS:  So what I would propose in this

22  instance -- because we do agree.  I think we have an idea of a

23  subset of studies at this point in the case that are of primary

24  relevance, I think we could say.  And if counsel and I could

25  confer on that, maybe we could come up with a --

1        **THE COURT:**  Why don't you do that because, I mean, you

2   keep talking about the two studies here.  It's nice I'm hearing

3   about.  It's almost like I'm hearing hearsay about it without

4   seeing the study itself.

5        Why don't you meet -- I don't want to say every study,

6   but the ones that you all think are critically signed and there

7   are evidently studies on each side, it might be useful for the

8   Court to have that available.

9        **MR. CONNETT:**  I fully agree, so we'll meet with

10  counsel and come up with a list.

11       **THE COURT:**  Okay.  Why don't you do that.  I'm open to

12  the exception to hearsay or the work-around hearsay problem.

13  It seems to me, given the nature of that trial, it's a little

14  different than your typical --

15       **MR. ADKINS:**  Sure.

16       **THE COURT:**  Okay.  Good.  Thank you.

17       I did have one follow-up question for Dr. Lanphear

18  that I'd like to ask before we do cross.

19       You had testified about the linear dose-response curve

20  that you found or relationship.  What I didn't hear was what

21  was your -- what was the low end of that dose, that is, there

22  was some testimony you testified that when you get around .2,

23  you know, there's just not enough data there, there's too much

24  noise or whatever it is.

25       And when you did the -- when you look at the

1  dose-response curve, what was the low end in terms of dose?

2          THE WITNESS:  It would essentially be the lowest

3  measures we had in the MIREC cohort, so it would be around .2.

4          But what you'll see is that our confidence in those

5  estimates start to get wider as we have fewer and fewer data

6  points at the low end.  But as far as we can see, it's a linear

7  relationship down to those low measures.

8          One way we could enhance our confidence, sometimes we

9  look, for example, at the 10th to the 90th percentile and we

10 don't extrapolate below the 10th as a way to get at that.

11         THE COURT:  Right.

12         THE WITNESS:  But it sort of just keeps going in

13 another way.

14         THE COURT:  And do you know what the 10th -- if you

15 did the 10th percentile here where would that cut off?  It

16 wouldn't be at .2, it would be at some --

17         THE WITNESS:  Something a little bit above that.  I

18 don't know that -- I think we have that until 2018.  I don't

19 have that off the top of my head.

20         THE COURT:  Is that in the study?

21         THE WITNESS:  Yes.

22         THE COURT:  Good example of why it would be useful to

23 have that.  Okay.  Thank you.

24         THE WITNESS:  You're welcome.

25         THE COURT:  All right.  Cross-examination.

```
 1              THE WITNESS:  Can I ask a question?  This is great to
 2   have all this fresh air, but it's a little loud.  Is it
 3   possible --
 4              THE COURT:  Oh, yeah.  You can turn that down.  Can
 5   you turn it down a notch to low or whatever?  Is that okay?
 6              THE WITNESS:  Should I turn it up again?  That's off.
 7              THE COURT:  Oh.  Maybe that was --
 8              THE WITNESS:  Let's see if I can figure it out.
 9              Oh.  It's quiet now.
10              THE COURT:  Oh.  You probably had it at a high
11   setting.
12              THE WITNESS:  Yeah.
13              THE COURT:  So you found the low setting?
14              THE WITNESS:  Yes.
15              THE COURT:  All right.  It's a linear -- linear
16   response.
17              Okay.  Mr. Ong?
18                          CROSS-EXAMINATION
19   BY MR. ONG:
20   Q.   Good morning, Dr. Lanphear.  As you know my name is Emmet
21   Ong.
22   A.   Yes.
23   Q.   We've met before, right?
24   A.   Good morning, Emmet.
25   Q.   Now, I want to talk first about the Hall 2023 study, which
```

1    is the hypothyroidism study, correct?

2    **A.**    Yes.

3    **Q.**    And the Canadian pregnancy cohort studied in the Hall 2023

4    was the MIREC cohort, right?

5    **A.**    Yes.

6    **Q.**    And that's the same cohort that was studied in Green 2019,

7    right?

8    **A.**    Correct.

9    **Q.**    And the first author of Green 2019 was Rivka Green, right?

10   **A.**    Correct.

11   **Q.**    And Rivka Green was still a Ph.D. student at the time

12   Green 2019 was published, correct?

13   **A.**    She -- she may have even been a master's student, but

14   either a master's or early doctoral student.  She may have

15   already been in the doctoral program but not having completed

16   her master's.

17   **Q.**    I want to go through the primary objectives of Hall 2023

18   or maybe just stated a different way one of the primary

19   objectives of Hall 2023 was to evaluate the association between

20   fluoride exposure and hypothyroidism in the MIREC cohort,

21   right?

22   **A.**    Yes.

23   **Q.**    And another objective was to evaluate the associations

24   between hypothyroidism and child IQ in the MIREC cohort,

25   correct?

 1  **A.**    Yes.

 2  **Q.**    Let's start with the first one first.

 3        Now, in plain terms, you were trying to evaluate whether

 4  prenatal fluoride exposure increased the risks of

 5  hypothyroidism as one potential explanation for how fluoride

 6  exposure might diminish child IQ, right?

 7  **A.**    Not exactly.  When you introduce the term "prenatal," it

 8  really -- it sort of refers to the child, so we're really

 9  interested in -- you could say maternal hypo -- I forget how

10  exactly you said it, but we're really not interested in

11  prenatal hypothyroidism or prenatal exposure.  It could be

12  before that and it's not directly related to the prenatal

13  period, per se.

14  **Q.**    Okay.  Thank you for that.

15        With that clarification -- well, why don't I restate it.

16        You weren't trying to evaluate whether maternal fluoride

17  exposure increased the risk of hypothyroidism as one potential

18  explanation for how fluoride exposure might diminish child IQ,

19  correct?

20  **A.**    Yes.  Yes.

21  **Q.**    And as you've testified on direct, you looked at maternal

22  fluoride exposure in three different ways, correct?

23  **A.**    Correct.

24  **Q.**    First, you measured -- and I'm not taking them in order,

25  just going through the three ways.  One of the ways you did it

1   was, you measured fluoride exposure by looking at the

2   concentration of fluoride in the mother's urine, correct?

3   **A.**   Yes.

4   **Q.**   And for epidemiologic studies, maternal urinary fluoride

5   is generally considered the optimal biomarker, correct?

6   **A.**   Biomarker that's correct.

7   **Q.**   And generally speaking, a study based on urinary

8   biomarkers provides a more accurate picture of fluoride

9   exposure than community-level drinking-water concentrations,

10  correct?

11  **A.**   No, I wouldn't say that exactly.  I would say it provides

12  one measure.  But certainly the amount of fluoride coming out

13  of the tap, for example, would be another good measure, and in

14  some cases you can even argue it's even better.  Like, if you

15  went into a community and you didn't know if it was fluoridated

16  or not, I would much rather test the water at the tap to

17  predict whether it's a fluoridated community versus going to

18  the mom.

19  **Q.**   So you disagree with that proposition?

20  **A.**   I just don't think it's only limited to the -- I think you

21  sort of said it was like the better or optimal, but I don't

22  know that I'd frame it that way.

23  **Q.**   Not in all circumstances; but, generally speaking, it

24  provides a more accurate picture, urinary fluoride does, than

25  community-level drinking-water concentrations?

1    **A.**    So I'd go back to the -- what I talked a little bit about

2    earlier.

3        When we look at different types of biomarkers, one of the

4    most important considerations is whether it's a longer term

5    biomarker, so like I could look at lead in teeth or bone;

6    that's a long-term cumulative biomarker.  I could measure it in

7    blood and that would be a shorter-term biomarker.  And so we

8    might want to use different types of biomarkers or, excuse me,

9    measures of exposure depending upon what the question is.

10   **Q.**    And that's what you were doing here in this study, right?

11   **A.**    That's correct.

12   **Q.**    And we'll get to the other two.

13   **A.**    Okay.

14   **Q.**    But I just want to clarify one thing:  Urine samples

15   examined in Hall 2023 came from the same pool of urine samples

16   used by Green in 2019, correct?

17   **A.**    Yes.

18   **Q.**    Now, you corrected for urinary dilution by adjusting the

19   fluoride concentrations for specific gravity as one way,

20   correct?

21   **A.**    Yes.

22   **Q.**    And you also corrected for creatinine for comparison

23   purposes too, right?

24   **A.**    Correct.

25   **Q.**    And both methods for correcting for dilution are commonly

1    used, right?

2    **A.**   Yes.

3    **Q.**   And there's little -- there's little difference in the

4    results you get from the two methods, right?

5    **A.**   Generally speaking, that's correct.

6    **Q.**   Now, for your main model in Hall 2023, you used specific

7    gravity-adjusted urinary fluoride because you had a larger

8    sample size relative to creatinine-adjusted urinary fluoride,

9    correct?

10   **A.**   Yes.

11   **Q.**   And Green 2019 also used specific gravity-adjusted urinary

12   fluoride for its primary analysis, correct?

13   **A.**   Yes.

14   **Q.**   And due to the larger sample size, the mean specific

15   gravity-adjusted urinary fluoride figure is likely more

16   representative of the study populations' urinary fluoride

17   levels than the creatinine-adjusted figure, correct?

18           **THE WITNESS:**  Vague and ambiguous.

19           **THE COURT:**  Could you restate that, please?  I'm not

20   sure I understand the question.

21   **BY MR. ONG:**

22   **Q.**   Because you had a larger sample size of specific

23   gravity-adjusted urinary fluoride relative to creatinine,

24   correct?

25   **A.**   Yes.

LANPHEAR - CROSS / ONG

1  Q.   Okay.  And due to that larger sample size, the specific

2  gravity-adjusted urinary fluoride figure that you calculated

3  for the MIREC cohort is likely more representative of that

4  study population's urinary fluoride levels than the creatinine

5  figure, correct?

6          MR. CONNETT:  Vague and ambiguous.  Overbroad.

7          THE WITNESS:  I think if you --

8          THE COURT:  Overruled.  You can answer.

9          THE WITNESS:  I'm sorry.  Thank you.

10         I think if you -- as a general rule, the larger sample

11  you had from a representative population, the more likely it

12  would be to be representative.  So that, in general, would be

13  true.  But it's also possible, for example, let's say I went to

14  one neighborhood in Cincinnati and I only sampled people within

15  a five-block radius.  That would be less representative than if

16  I did a random sample.

17         So there are instances where, for whatever reason, I

18  might be missing urines for creatinine and I could then compare

19  it back to the parent study and say, well, this sample actually

20  might be a little less representative.

21         But, as a general rule, the larger the sample size,

22  the more representative.

23  BY MR. ONG:

24  Q.   So we talked about there are three ways you measure

25  maternal fluoride exposure.  Another way was by daily fluoride

LANPHEAR - CROSS / ONG

1  intake, correct?

2  A.   Yes.

3  Q.   And you measured intake using self-reported information on

4  consumption of tap water, tea and coffee, correct?

5  A.   Those -- yes.

6  Q.   And the third way you measured exposure was by reference

7  to the level of fluoride in public drinking water, correct?

8  A.   Correct, an estimate that would come into the tap, yes.

9  Q.   So you did that calculation by first collecting fluoride

10  concentration measurements from water treatment plants in each

11  of the ten cities that were part of the MIREC study, correct?

12  A.   Yes.

13  Q.   Then you matched each women's residence during pregnancy

14  to the reach in service by each treatment plant, correct?

15  A.   Yes.

16  Q.   You then estimated water concentration exposure for each

17  woman by averaging the levels of fluoride found in tap water

18  for the duration of her pregnancy, correct?

19  A.   Correct.

20  Q.   So in other words, that measure of the water -- that

21  measure of exposure, the public drinking water measure, was

22  measured during pregnancy, correct?

23  A.   It was measured continuously and we could match it back to

24  each pregnant woman who drank tap water and lived within the

25  catchment area of those water treatment plants.

LANPHEAR - CROSS / ONG

```
 1   Q.    Within -- during her pregnancy, correct?

 2   A.    That's correct.

 3   Q.    Now, from -- from a thyroid-status standpoint, you

 4   classified women into -- you classified each woman into one of

 5   three categories, euthyroid.  And euthyroid is just a normal

 6   working fluoride, correct?

 7   A.    Correct.

 8   Q.    Subclinical hypothyroid is another category, right?

 9   A.    Yes.

10   Q.    And then primary hypothyroid, correct?

11   A.    Yes.

12   Q.    Now, for the women who are classified as primary

13   hypothyroid, the study used two methods.  One method was that a

14   woman was classified as primary hypothyroid if she had

15   self-reported a prior clinical diagnosis of hypothyroidism,

16   correct?

17   A.    Correct.

18   Q.    The other way was if a woman had had high TSH levels and

19   low FT4 levels during her pregnancy.  That was another way she

20   was classified as primary hypothyroid, correct?

21   A.    Yes.

22   Q.    And TSH and FT4 -- I'm not even going to try to pronounce

23   them -- they're types of hormones, correct?

24   A.    They're thyroid hormones, yes.

25   Q.    Now, while it's not a perfect measure, looking at hormone
```

1   levels alone is a reasonable way to diagnose someone with

2   primary hypothyroidism, correct?

3   A.   Yes, it's a pretty standard way.

4   Q.   Now, with respect to subclinical hypothyroidism, a woman

5   was classified -- was put into that category for purposes of

6   the study if her lab results during pregnancy showed elevated

7   TSH levels with normal FT4 levels, correct?

8   A.   Yes.

9   Q.   Now I want to talk about your findings.  And your findings

10  in Hall 2023 regarding, again, maternal fluoride exposure and

11  thyroid status were broken into three categories.  And let's

12  start with -- well, let me just name them.  You would agree

13  maternal urinary fluoride, fluoride intake and water fluoride

14  concentration, correct?

15  A.   Yes.

16  Q.   So let's go through them.  First, you found no

17  statistically significant association between specific

18  gravity-adjusted maternal urinary fluoride and risk of primary

19  hypothyroidism or subclinical hypothyroidism, correct?

20  A.   Correct.

21  Q.   And those results did not change when using

22  creatinine-adjusted maternal urinary fluoride, correct?

23  A.   As I recall, that's correct.

24  Q.   Second, you also found no statistically significant

25  association between daily fluoride intake and risk of primary

1  or subclinical hypothyroidism, correct?

2  **A.**    That's generally correct.  But as I recall -- and I think

3  Dr. Hu also brought the same point up -- the confidence

4  intervals were just like right up against what would be

5  considered statistically significant.  And so any more

6  statisticians are saying, look, don't be so rigid and literal

7  about P is equal to .05 -- right? -- so there's been papers

8  I've published where they'll say, oh, wait it's equal to .05,

9  it's not less than .05, it's -- there's no association, it's

10  not statistically significant.  And on one hand we can adhere

11  to that literal interpretation and say, yes, that's true, but

12  when you're looking across studies and you had one that was

13  statistically significant and another one where it was -- the

14  pattern was almost exact but not quite statistically

15  significant, you wouldn't want to toss it out or simply say,

16  oh, they're too divergent results.

17       So when we look at fluoride intake, for example, and

18  primary hypothyroidism, there was a -- we call it a marginal

19  association.  So certainly pay attention to it, don't throw it

20  out, but it's slightly different than saying there is a

21  statistically significant association.

22  **Q.**    Now, regarding the third category, you did find a

23  statistically significant association between water fluoride

24  concentration and risk of primary hypothyroidism, correct?

25  **A.**    Correct.

1    Q.   However, you found no statistically significant

2    association between water fluoride concentration and risk of

3    subclinical hypothyroidism, correct?

4    A.   Correct.

5    Q.   And as you just testified, primary and subclinical

6    hypothyroidism, both have been linked to have abnormally high

7    TSH levels, correct?

8    A.   Correct.

9    Q.   Yet Hall 2023 found that water fluoride concentration was

10   significantly associated with primary hypothyroidism but not

11   subclinical hypothyroidism, correct?

12   A.   That's correct.

13   Q.   So the only statistically significant -- I get --

14   understand your explanation, but the only statistically

15   significant association you found in Hall 2023 was between

16   water fluoride concentration and risk of primary

17   hypothyroidism, correct?

18   A.   No.

19   Q.   What was the other statistically significant association?

20   A.   Well, if you remember -- I think we talked about this

21   earlier -- we looked to see whether there were differences

22   based upon the mother's antibody status against the fluoride.

23   And so that becomes part of this analysis.  And so when we take

24   that into account, we see that there is a significant

25   association between water fluoride and fluoride intake with

 1    primary hypothyroidism.

 2    Q.    Let's go back.  Let's go back to what we were just talking

 3    about, though, right?  I mean, we were -- putting aside the

 4    antibody issue -- right? -- when you were just measuring

 5    without the antibody stats -- right? -- without looking at the

 6    antibodies, putting that aside, the only statistically

 7    significant association you found between water fluoride

 8    concentration was between water fluoride concentration and risk

 9    of hypothyroidism, correct?

10    A.    Again with that caveat about moving away from being

11    literal, but yes.

12    Q.    Now, Hall 2023 used fluoride concentration in public

13    drinking water on the grounds that it served as a relatively

14    constant measure of chronic exposure to fluoride, correct?

15    A.    Yes.

16    Q.    Okay.  However, the study only looked at a woman's

17    exposure to fluoride in drinking water during her pregnancy,

18    right?

19    A.    That's correct.

20    Q.    For this study you did not take any pre-pregnancy

21    measurements of fluoride exposure for the women in the cohort,

22    correct?

23    A.    Correct.

24    Q.    So pre-pregnancy measurements of fluoride exposure is a

25    covariate that Hall 2023 did not control for when assessing the

1  association between chronic fluoride exposure and thyroid

2  disruption, correct?

3  A.   That's correct.

4  Q.   Now, we talked before that a woman was classified as

5  primary hypothyroid based on either a self-reported prior

6  diagnosis or by hormone levels measured during pregnancy,

7  correct?

8  A.   Yes.

9  Q.   The prior diagnoses for the self-reported women all

10  occurred prior to their pregnancy and enrollment in the MIREC

11  study, correct?

12  A.   That's correct.

13  Q.   There were 107 women in the study who were classified as

14  primary hypothyroid, correct?

15  A.   I believe that's correct.

16  Q.   And out of the 107 women who were classified as primary

17  hypothyroid, 79 were put in that category based on a

18  self-reported prior diagnosis, correct?

19  A.   I would have to verify that, but it sounds about right.

20  Q.   So -- well, in other words, nearly 3 out of every 4 women

21  in the study were classified as primary hypothyroid based on a

22  prior self-reported diagnosis, correct?

23  A.   That sounds about right, yes.

24  Q.   Now, it's likely that at least some of these women, at the

25  time of their prior diagnoses, lived in a place other than the

1  region they lived in during their pregnancy, correct?

2  **A.**   Yes.

3  **Q.**   Perhaps even in a different part of Canada or even a

4  different part -- even a different country, correct?

5  **A.**   It's certainly possible, yes.

6  **Q.**   However, Hall 2023 did not control for this likelihood

7  when looking at a woman's chronic exposure to fluoride in

8  public drinking water, correct?

9  **A.**   I don't think we tried to account for that, no.

10  **Q.**   Now, some of the self-reported women also could have been

11  diagnosed with primary hypothyroidism long before they became

12  pregnant, correct?

13  **A.**   Yes.

14  **Q.**   Perhaps even as children?

15  **A.**   Unlikely but possible.

16  **Q.**   But Hall 2023 also didn't take that into account -- strike

17  that.

18      But Hall 2023 also didn't take into account how long ago

19  the self-reporting women's diagnoses occurred, correct?

20  **A.**   That's correct.

21  **Q.**   So it could be the case that there are women in the study

22  who were diagnosed years ago when they lived in a place where

23  the drinking water fluoride concentration is totally different

24  than the concentration found in the region they lived in during

25  their pregnancy, correct?

1  A.    It's possible, yes.

2  Q.    But that issue was not addressed anywhere in Hall 2023

3  even though women who self-reported a prior diagnosis accounted

4  for nearly 75 percent of the study's population -- correct? --

5  primary hypothyroid population, correct?

6  A.    We did not try to quantify that, that's correct.

7  Q.    Now, even with Hall 2023, there are few studies conducted

8  in pregnancy examining the association between low-level

9  exposure to fluoride and thyroid disruption, correct?

10  A.    Correct.

11  Q.    And based on the studies to date, evidence that an

12  association between low-level exposure to fluoride and thyroid

13  disruption is mixed, correct?

14  A.    No, I'd say it's pretty consistent, actually, from my read

15  of it.  And that's consistent with what the National Research

16  Council said in 2006.  So it's quite consistent.

17       And, again, we see an interesting pattern in some studies

18  where you have low iodine that match what we found and that is

19  you see greater evidence of disruption in populations with low

20  iodine.  So I wouldn't say it's mixed.  I think it's quite --

21  there's quite consistent evidence.

22       **MR. ONG:**  Your Honor, I'd like to -- excuse me.

23  Dr. Lanphear, I'd like to show you an excerpt from your study.

24       **THE WITNESS:**  Okay.

25  \\\

 1  BY MR. ONG:

 2  Q.   And if you could refer to tab 2 of your binder, which is

 3  the Hall 2023 study.

 4        MR. CONNETT:   Your Honor, I think it's appropriate

 5  that counsel be afforded an opportunity to review what is going

 6  to be displayed before the witness to assess whether it's

 7  actually impeachment or proper to show it.

 8        THE COURT:   Well, first of all, the question is, is

 9  this for impeachment or what is this for?

10        MR. ONG:   It's for impeachment.

11        THE COURT:   All right.   So the process is, you are

12  supposed to show counsel first, and I would hear any objection.

13  So why don't you -- if there's a specific paragraph or

14  something, why don't you show counsel and we'll take it from

15  there.

16        MR. ONG:   If I could direct counsel to Hall 2023, page

17  2.

18        MR. CONNETT:   It's not the deposition?

19        MR. ONG:   No, it's not the deposition.

20        MR. CONNETT:   Okay.   If it's not the deposition, Your

21  Honor, I'm sorry, I misunderstood.   I have no objection to

22  showing this.   I just thought it was the deposition.

23        THE COURT:   Okay.

24  BY MR. ONG:

25  Q.   And I would direct you, Dr. Lanphear, to page 2, the third

 1  full paragraph, okay?

 2  **A.**   Starting "In children and adults?

 3  **Q.**   It's under the introduction section where it says, "While

 4  fluoride disrupting effects."

 5  **A.**   Okay.  Yep.

 6          **THE COURT:**  Hold on.  Now I'm lost.

 7          **MR. ONG:**  It's page 2.

 8          **THE COURT:**  This is Exhibit 2 to the --

 9          **MR. ONG:**  It's the Hall 2023 study.  It's tab 2,

10  Lanphear Exhibit 1.

11          **THE COURT:**  Exhibit 1.  Okay.  And page 2?

12          **MR. ONG:**  It's page 2.

13          **THE COURT:**  Okay.

14          **MR. ONG:**  And it's the introduction section.

15          **THE COURT:**  Yep.  Third paragraph?

16          **MR. ONG:**  Yes.

17          **THE COURT:**  Okay.

18  **BY MR. ONG:**

19  **Q.**   You're a co-author of Hall 2023, correct?

20  **A.**   Yes.

21  **Q.**   And you agree with everything in here, correct?

22  **A.**   I generally agree with the article, yes.

23  **Q.**   And paragraph 3 states, "While thyroid-disrupting effects

24  of fluoride have been known since the 1930s, evidence of an

25  association between low-level exposure to fluoride and thyroid

 1   disruption is mixed with few studies conducted in pregnancy."

 2   Do you see that?

 3   A.   Yes.

 4   Q.   And prior to Hall 2023, there hadn't been a single study

 5   that assessed the association between fluoride exposure and

 6   thyroid function in pregnant women living in areas with .7

 7   milligrams of fluoride per liter of drinking water, correct?

 8   A.   I don't know off the top of my head.  They would have been

 9   comparable in the Steven Peckham study.  It's looking at

10   fluoridated versus nonfluoridated communities.

11   Q.   And that's the only one that comes to your mind, correct?

12   A.   Yes.

13   Q.   Now, we talked before about another objective of Hall 2023

14   was to evaluate the associations between maternal

15   hypothyroidism, thyroidism and child IQ in the MIREC cohort,

16   and I want to go through those findings with you.

17   A.   Okay.

18   Q.   Hall 2023 did not find a statistically significant

19   association between maternal primary hypothyroidism and a lower

20   child IQ score for boys and girls combined, correct?

21   A.   I actually need to double check that.  Please ask me the

22   question again.

23   Q.   Hall 2023 did not find a statistically significant

24   association between maternal primary hypothyroidism and lower

25   child IQ score for boys and girls combined, correct?

1  **A.**    That's correct.

2  **Q.**    Looking at just girls, Hall 2023 also did not find a

3  statistically significant association between maternal primary

4  hypothyroidism and a lower IQ score, correct?

5  **A.**    That's correct.

6  **Q.**    Now, for boys Hall 2023 did find a statistically

7  significant association between primary hypothyroidism and

8  full-scale IQ and verbal IQ, correct?

9  **A.**    That's correct.

10  **Q.**    But you did not find a statistically significant

11  association between primary hypothyroidism and nonverbal IQ in

12  boys, correct?

13  **A.**    That's correct.

14  **Q.**    Now, the study sample for your analysis of the association

15  between maternal hypothyroidism and child IQ included a total

16  of 466 mother-child parings, correct?

17  **A.**    I believe that's correct.

18  **Q.**    Now, out of the 466 parings, only 28 mothers were

19  classified as primary hypothyroid, correct?

20  **A.**    Say that again?

21  **Q.**    Out of the 466 parings, only 28 mothers were classified as

22  primary thyroid -- primary hypothyroid, correct?

23  **A.**    No.  We had 107 -- oh.  Out of the -- now a sub -- you're

24  looking at a subgroup, right?

25  **Q.**    Just for the child IQ study.

1    **A.**    Yeah.  Well, let me double check that.

2    **Q.**    It's on page 4, sir, just to move it along.

3    **A.**    Good.  That's correct.

4    **Q.**    And out of those 28 mothers with primary hypothyroidism --

5    again, we're talking about the IQ analysis, right?

6    **A.**    Yeah.

7    **Q.**    Only 13 had boys, correct?

8    **A.**    Let's say yes rather than me spending time looking at

9    that.  Let's say 13 boys.

10   **Q.**    13 boys.

11   **A.**    Okay.

12   **Q.**    So the conclusion that there is a statistically

13   significant association between primary hypothyroidism and

14   lower IQ in boys applies to a sample size of 13 boys, correct?

15   **A.**    That's correct.

16          **THE COURT:**  I assume that those small numbers are

17   taken into account by the statistical significance?

18          **THE WITNESS:**  The way we did the analysis -- and if

19   the effect is too small, the difference is too small, we

20   probably wouldn't have shown it because of the small sample

21   size.  It's actually quite a sizable difference.

22          And so the way we did the analysis takes into account

23   the sample size, the way we did the analysis, but it really is

24   going to be driven by the size of the effect.

25          **THE COURT:**  Right.  That's what I -- that's what I was

 1   trying to understand, that is, you can find a statistically

 2   significant effect even with a smaller --

 3           THE WITNESS:  Yes.

 4           THE COURT:  -- sample size if the effect is big

 5   enough.

 6           THE WITNESS:  That's right.

 7           THE COURT:  And with the bigger sample size to be

 8   statistically significant you'd need a smaller difference will

 9   do, but the statistical significance determination takes into

10   account the sample size.

11           THE WITNESS:  Yes.

12           THE COURT:  You still have the same confidence

13   interval or whatever you want to call it.

14           THE WITNESS:  That's right.

15           And here we have more confidence that this is likely

16   to be real because of the history of cretinism because of a

17   slew of studies that show this same pattern in much larger

18   sample sizes.

19           We just didn't have that large of a sample with women

20   who had primary hypothyroidism, but this has been shown quite

21   consistently; not in fluoride studies, as we've said, but in

22   studies of women with hypothyroidism, pregnant women.

23           THE COURT:  Thank you.

24   BY MR. ONG:

25   Q.   Hall 2023 did not find any statistically significant

1  association between maternal subclinical hypothyroidism and

2  lower child IQ, correct?

3  **A.**   That's correct.

4  **Q.**   Now, another thing you were trying to accomplish with Hall

5  2023 is to see if maternal primary hypothyroidism mediated the

6  relationship between water fluoride concentration and child IQ,

7  correct?

8  **A.**   Correct.

9  **Q.**   Put another way, you were trying to analyze whether

10  primary hypothyroidism is the intervening variable between

11  fluoride exposure and child IQ, correct?

12  **A.**   That's correct.

13  **Q.**   Now, in simple terms, simple, plain English terms, an

14  intervening variable is a hypothetical variable that is used to

15  explain a cause or connection between other variables in the

16  study, correct?

17  **A.**   Yes.

18  **Q.**   So plain terms, in Hall 2023, you're examining whether

19  maternal primary hypothyroidism helps explain the causal

20  relationship between fluoride exposure and child IQ, correct?

21  **A.**   Correct.

22  **Q.**   And I think you testified to this before, but to just give

23  it some context, you and your collaborators have hypothesized

24  that fluoride disruption in pregnancy may be one mechanism

25  underlying the association between fluoride exposure in

1   pregnancy and child IQ that you found in Green 2019, correct?

2   A.   Yes.

3   Q.   Turning to the results of the deviation analysis, you

4   found that primary hypothyroidism in the mother did not

5   significantly mediate the relationship between fluoride

6   exposure and child IQ, correct?

7   A.   That's correct.

8   Q.   And when you reran that analysis using child verbal IQ and

9   nonverbal IQ, you still found no evidence of mediation,

10  correct?

11  A.   That's correct.

12  Q.   Now, I want to touch on one more point before we leave

13  Hall 2023.

14       The women in the MIREC cohort are primarily white,

15  correct?

16  A.   Yes.

17  Q.   And they tend to be older, more educated and more likely

18  to be married and more likely to use prenatal vitamins than the

19  Canadian population as a whole, correct?

20  A.   That's correct.

21  Q.   And those characteristics may limit the generalizability

22  of Hall 2023's findings to the broader Canadian population,

23  correct?

24  A.   Yes.

25  Q.   And by the same token, the study's generalizability to the

1   greater United States is also limited, correct?

2   **A.**    There are -- yeah, limitations, yes.

3          **MR. ONG:**  I have no further questions at this time.

4          **THE WITNESS:**  Thank you.

5          **THE COURT:**  Okay.  Thank you.  Redirect?

6          **MR. CONNETT:**  Just a couple, Your Honor.

7                  <u>**REDIRECT EXAMINATION**</u>

8   BY MR. CONNETT:

9   **Q.**    Dr. Lanphear, I just want to follow up on one line of

10  questions that counsel asked, and that is with respect to the

11  water fluoride history of the mothers in Hall 2023.

12       As you testified, you did not do a residential history to

13  identify how long each mother had lived in their respective

14  areas; is that correct?

15  **A.**    Yes.

16  **Q.**    Now, is there any reason to believe that women living in

17  fluoridated areas would have lived in those communities either

18  for a longer period of time or shorter period of time than

19  women in the nonfluoridated areas?

20         **MR. ONG:**  Objection, lacks foundation.

21         **THE COURT:**  I'll -- if he has an opinion, he needs to

22  state a basis for that; otherwise, it's speculation.

23         **THE WITNESS:**  Well, I don't have an opinion so much

24  about the mobility, but I do have an opinion about how long

25  fluoridation has been used in certain communities.  So, to the

1  extent that women didn't move or lived most of the time in

2  Ontario versus Vancouver, then I would say that the presence of

3  water fluoridation or not tends to be pretty stable.

4          There's always this big battle when it's shifting,

5  when people are deciding whether to use it or to take it away.

6  So if a community is fluoridated, it tends to stay that way,

7  although there's a few exceptions.

8          THE COURT:  One question is do you know what percent

9  of the population are in fluoridated areas in Canada versus

10 nonfluoridated?  Is it a high percentage or . . .

11         THE WITNESS:  Yes.  It's about 38 percent live in

12 communities with water fluoridation as opposed to about -- it's

13 about 75 percent in the United States.  Those are just rough

14 estimates.

15         THE COURT:  So there's a lower rate of water

16 fluoridation in Canada?

17         THE WITNESS:  Right.  Like I live in a province that

18 we don't fluoridate the water in British Columbia.

19         THE COURT:  So it is possible, then, that somebody who

20 is mobile, who moved and came into your sample, if they lived

21 elsewhere -- if you knew nothing else, there's a good chance

22 that they were in a nonfluoridated area before?

23         THE WITNESS:  There's certainly a chance.  When you

24 say "good chance," I don't know what that means, but there's a

25 chance for sure.

1    THE COURT:  And you have no idea about mobility

2   studies looking at the likelihood of one moving from a

3   fluoridated to fluoridated as opposed to nonfluoridated to

4   fluoridated?

5           THE WITNESS:  I do not.

6           THE COURT:  I didn't think so.  Go ahead.

7   BY MR. CONNETT:

8   Q.   Would you consider this issue that we're discussing now

9   something that would lead to differential or non-differential

10  exposure imprecision?

11  A.   It would tend to diminish our ability to find an

12  association if we were misclassifying people based on their

13  exposures.

14  Q.   And yesterday, Dr. Hu was talking about how exposure

15  misclassification, non-differential exposure misclassification,

16  leads to more noise in the data.  Would you agree with Dr. Hu

17  on that point?

18  A.   Yes.

19           MR. ONG:  Objection, leading.

20           THE COURT:  Overruled.

21           THE WITNESS:  I said the same thing in a different

22  way.  Yes.

23  BY MR. CONNETT:

24  Q.   And amongst the environmental epidemiology field that you

25  work in is non-differential exposure error considered to be

PROCEEDINGS

1   something that generally will result in a bias towards the

2   null?

3   **A.**   Yes.  Less likely showing an association.

4          **MR. CONNETT:**  Thank you, Dr. Lanphear.  I have no

5   further questions.

6          **THE COURT:**  All right.  Anything further?

7          **MR. ONG:**  No further questions.

8          **THE COURT:**  All right.  Okay.  Thank you,

9   Dr. Lanphear.  I sure appreciate your testimony.

10         **MR. NIDEL:**  Thank you·

11         **THE COURT:**  And we can move on now to the next

12   witness.  You're excused.

13                        (Witness excused.)

14         **MR. CONNETT:**  Your Honor, it would be -- I know we

15   haven't had that much time between our last break; would it be

16   possible to have a quick break here?

17         **THE COURT:**  Okay.  Ten minutes.

18         **MR. CONNETT:**  Thank you.

19         **THE CLERK:**  Court is in recess.

20      (Recess taken at 11:10 a.m.)

21      (Proceedings resumed at 11:24 a.m.)

22         **THE CLERK:**  Please remain seated and come to order.

23   Court is back in session.

24         **THE COURT:**  All right.  Prepared to call your next

25   witness, Counsel?

PROCEEDINGS

```
 1            MR. CONNETT:  Yes, Your Honor.  At this time
 2   plaintiffs call Dr. Philippe Grandjean.
 3            THE COURT:  All right.  Thank you.
 4            THE CLERK:  You may remove your mask.  You can remove
 5   your mask, if you like.
 6            THE WITNESS:  Oh, okay.  Please raise your right hand.
 7        (Witness sworn.)
 8            THE WITNESS:  I do.
 9            THE CLERK:  Thank you.  Please have a seat.
10            THE WITNESS:  Thank you.
11            THE CLERK:  You're welcome.  You may want to move the
12   mic.
13            Please speak clearly into the mic and state and spell
14   your first and last name for the record.
15            THE WITNESS:  I'm Philippe Grandjean.  I'm a
16   physician, I'm a professor at the University of Southern
17   Denmark and I'm a research professor at the University of Rhode
18   Island here in the United States.
19            THE CLERK:  Excuse me.  Can you please state -- spell
20   your first and last name for the record?
21            THE COURT:  Can you spell your name, your last name --
22   first and last name?  If you could spell it for the record.
23            THE WITNESS:  Philippe -- I'm sorry.  I'm a quarter
24   French, so I have a weird name.  P-H-I-L-I-P-P-E.  And then
25   Grandjean is G-R-A-N-D-J-E-A-N.
```

```
 1              THE COURT:  Thank you, Dr. Grandean.  Thank you.

 2         You may proceed, Counsel.

 3              MR. CONNETT:  And Your Honor, as with the prior

 4    experts, I just want to make a note for the record that

 5    Dr. Grandean has summarized his qualifications in depth in his

 6    trial declaration, which is in evidence in this case at ECF

 7    198-3.  And so my questions today on qualifications will be

 8    limited, with that context.

 9              THE COURT:  Thank you.

10                      PHILIPPE GRANDJEAN,

11    called as a witness for the Plaintiff, having been duly sworn,

12    testified as follows:

13                       DIRECT EXAMINATION

14    BY MR. CONNETT:

15    Q.   Good morning, Dr. Grandean?

16    A.   Can you speak up, because there's some ventilation that --

17              THE COURT:  Oh.  Maybe we should turn off the --

18              THE CLERK:  Sure.

19              THE COURT:  -- the fan.

20              THE WITNESS:  Thank you.

21              THE CLERK:  You're welcome.

22    BY MR. CONNETT:

23    Q.   Okay.  Let's do a sound check.

24         Dr. Grandean, can you hear me okay?

25    A.   I hear you now.  Thank you.
```

1  **Q.**   Great.  And if at any time during my questions you can't

2  hear me, just let me know, okay?

3  **A.**   Okay.

4       **THE COURT:**  All right.  And you could help by staying

5  close to the microphone.

6       **MR. CONNETT:**  Okay.

7  **BY MR. CONNETT:**

8  **Q.**   So Dr. Grandean, you have traveled from Denmark to join us

9  here today?

10 **A.**   Yeah.  I came via Boston, yeah.

11 **Q.**   Dr. Grandean, can you remind us why you, as a medical

12 doctor, decided to become an epidemiologist?

13 **A.**   I guess it was during my formative years I just completed

14 medical school, I wrote my doctoral thesis on lead poisoning

15 and I came to work with Irving Selikoff in New York City at the

16 Mount Sinai Hospital.

17 **Q.**   Irving Selikoff was an important figure in the field of

18 asbestos research?

19 **A.**   You could call him the "father of asbestos."  And I really

20 learned and got motivated not work at clinical medicine but to

21 try to prevent clinical medicine from being necessary.

22 **Q.**   Over the years, Dr. Grandean, you have advised a number of

23 government agencies around the world regarding matters of

24 environmental health; is that fair?

25 **A.**   I've taken up a few duties like that, yes.

GRANDJEAN - DIRECT / CONNETT

1   **Q.**   One of the agencies that you have advised during your

2   career is the Environmental Protection Agency here in the

3   United States, correct?

4   **A.**   Yes.  I think the first time was 25 years ago.

5   **Q.**   And can you tell the Court just some of the other

6   government agencies that you have advised on matters of

7   chemical toxicity?

8   **A.**   I served for 30 years as the toxicology expert for the

9   Danish Ministry of Health.

10      I have served in various positions for the European

11  Commission in the EU, including I was a member -- a formative,

12  if you want, member of the European Food Safety Authority, and

13  I worked for WHO, the World Health Organization, oftentimes

14  as -- with the Secretariat and I have worked with the

15  International Agency for Research on Cancer sometimes as a

16  chair, sometimes just as a member.  And this is part of the

17  World Health Organization.

18  **Q.**   Thank you.

19      In this case the EPA is represented by the Department of

20  Justice, sometimes referred to as the "DOJ."  Has the DOJ ever

21  retained you to serve as an expert for the EPA in litigation?

22  **A.**   I've worked with the DOJ and the EPA.  I've forgotten the

23  year, but what was going on was that coal-fired power plants

24  were polluting with mercury at an unreasonable level, so I was

25  retained by the DOJ as an expert witness in that case.

1    **Q.**   And as you just mentioned, one of the chemicals that you

2    have studied is mercury, correct?

3    **A.**   Yes.  I must admit that.

4    **Q.**   Yeah.

5         EPA has established what's called a "reference dose" for

6    mercury or for methyl mercury; is that correct?

7    **A.**   They gave me a contract in order to develop the reference

8    dose and, therefore, also the exposure limit for mercury.

9    **Q.**   Okay.  And is EPA's reference dose for methyl mercury

10   based on your research on the Pharaohs Island in mercury and

11   IQ?

12   **A.**   My work was evaluated by the National Academy of Sciences

13   and EPA, then followed up by asking me to help them generate

14   the reference dose through calculation of the benchmark dose

15   level.

16   **Q.**   And you have recently, in 2018, conducted a benchmark

17   concentration analysis of PFAS chemicals; is that right?

18   **A.**   Yes.

19        EPA wanted to have better criteria, science-based

20   criteria, for exposures to two PFASs, so major PFASs, is PFAS

21   and PFOA.  And so they asked me to collaborate with them.

22        I couldn't give -- for legal reasons, I couldn't give them

23   the raw data that was the basis of my publication in *JAMA*, the

24   major medical journal, in 2012, but they wanted me to help them

25   calculate the benchmark dose.

GRANDJEAN - DIRECT / CONNETT

1   **Q.**   And a few years ago -- well, let me just back up.

2        PFAS chemicals, including PFOA and PFAS, how would you

3   characterize the degree of scientific concern and investigation

4   into those chemicals?

5   **A.**   These are certainly priority pollutants for several

6   reasons.

7   **Q.**   And they're sometimes referred to as "forever chemicals"?

8   **A.**   Because these chemicals are stable, they're also named

9   forever chemicals.

10   **Q.**   Okay.  And about two years ago, EPA proposed a reference

11   dose for PFOA, correct?

12   **A.**   Correct.  PFOA and PFAS.

13   **Q.**   And what study did they -- what did EPA identify as the

14   critical study for establishing the reference dose?

15   **A.**   I must admit that was my study from 2012, but it took

16   several years before sufficient support of toxicity to the

17   immune system in this case had been sufficiently documented for

18   EPA to act.

19   **Q.**   So one of the areas of focus for you has been this field

20   of developmental neurotoxicity; is that fair?

21   **A.**   Right.  Phil Landrigan, who's a major source and expert --

22   expert in environmental epidemiology, Phil and I wrote a paper

23   for the *Lancet*, a review paper, where we identified more than

24   200 chemicals that are likely toxic to early brain development

25   and then about a dozen, including fluoride, that were

GRANDJEAN - DIRECT / CONNETT

 1  definitely toxic to brain development in humans, that is, that

 2  was a hazard assessment.  That was -- that was ten years ago.

 3  **Q.**   Dr. Grandean, can you remind us about some of the factors

 4  that make the developing brain more vulnerable to the impact of

 5  environmental toxicants?

 6  **A.**   I wrote a book about this called "Only One Chance" because

 7  you only have one chance to develop your brain and because the

 8  human brain is the most advanced in the animal kingdom, it's

 9  almost uniquely vulnerable because there's so many processes

10  and types of maturation that have to happen in sequence at the

11  right time and if something goes wrong, you don't have a chance

12  later on to remodel the brain.  You're stuck with a brain that

13  you start to develop early in life, and that's why many of us

14  have a concern about chemicals that can interfere with these

15  early processes.

16  **Q.**   Okay.  And related to that concept that you've just

17  identified is it true that when the brain is rapidly developing

18  that that is a period where there is a heightened

19  vulnerability?

20  **A.**   I think Dr. Stan Barone has testified to that, and I agree

21  with Stan, that it's fetal development.  And I guess the first

22  couple of post-natal years that are uniquely vulnerable.

23  **Q.**   So is it fair to say, given the vulnerability of the early

24  months of life, that there's a heightened need to limit baby's

25  exposure to neurotoxicants?

1  **A.**   I think I've discussed this with EPA, and we agree that in

2  regard to neurotoxicants, the most vulnerable population is the

3  population which is under development, that is pregnant women

4  and the newborns.

5  **Q.**   Now, before getting into the substance of your opinions in

6  this case, I just want to kind of go back over the various

7  types of evidence that you have considered on this subject of

8  fluoride neurotoxicity, okay?

9  **A.**   That's fine.

10  **Q.**   Now, we've talked a lot in this case so far about birth

11  cohort studies in ELEMENT and MIREC.  I'm not going to talk

12  with you about those right now -- okay? -- I want to talk about

13  other types of studies.

14      Dr. Grandean, have you relied upon any occupational

15  studies of fluoride neurotoxicity?

16  **A.**   As has happened with other neurotoxicants, they're

17  oftentimes discovered in occupational studies simply because

18  the workers suffer from various types of toxicity,

19  neurotoxicity.  And it can be something apparently trivial,

20  like a headache, but it can also involve loss of balance and

21  those kind of things.

22      That was seen in the -- oh, I have to go back a long

23  time -- 1930s because Selikoff actually told me to look at that

24  situation.

25      There was a so-called cryolite factory that processed the

1   ore, cryolite ore, from the only mine in the world, which was

2   in Greenland, and that was then transported to Copenhagen and

3   then it was milled, essentially, to generate fluoride, aluminum

4   fluoride powder for various industrial uses.  And so there

5   was -- I think lets start Kaj Roholm wrote his thesis on

6   skeletal fluorosis, that is the poisoning -- fluoride poisoning

7   that affects the skeleton so that it becomes heavier but also

8   more vulnerable.  I mean, you more easily break your bones.

9   And that -- I think his basis came out in 1936, but he died

10  young, unfortunately.

11  **BY MR. CONNETT:**

12  **Q.**   In Kaj Roholm's research in the 1930s, did he identify any

13  neurological symptoms associated with fluoride exposure?

14  **A.**   Oh, he did, he did, but I did not find any specific causes

15  of death.  I mean, I looked at the deaths of all of these

16  workers from those who had been employed from 1924 and up to

17  the 1980s.  I didn't find a specific kind of cause of death

18  other than bladder cancer.  They had an excess of bladder

19  cancer.  But I couldn't find anything neurological from the

20  death certificates.

21  **Q.**   So you weren't able to find evidence of mortality from

22  neurotoxicity, but Kaj Roholm -- I call him Kaj Roholm --

23  **A.**   Oh, yeah.

24  **Q.**   -- he identified neurological symptoms?

25  **A.**   Right, from questionnaires and from physical examinations,

GRANDJEAN - DIRECT / CONNETT

1    very clearly.

2    **Q.**   Okay.  Have any subsequent occupational studies on

3    fluoride-exposed workers identified neurological symptoms

4    associated with fluoride?

5    **A.**   Oh, boy.  I don't remember because most of such studies

6    have been created out in, you know, countries like India where

7    there is fluoride in -- very very high fluoride levels in the

8    groundwater, so . . .

9    **Q.**   So we have the occupational study from Kaj Roholm.  Have

10   you considered, in your assessment of fluoride neurotoxicity,

11   toxicokinetics of fluoride?

12   **A.**   That's very important to me in the kind of work that I do,

13   yes.

14   **Q.**   And can you just briefly describe what toxicokinetics

15   means?

16   **A.**   Okay.  The kinetics means the movement.  And the issue is

17   what happens when you get fluoride, if you inhale it or if you

18   ingest it, what happens then?

19       And it turns out that -- this is something that I've

20   discussed with the World Health Organization.  About half of it

21   is deposited in your skeleton because it forms fluoroapatite,

22   which is virtually insoluble.  And the other half is

23   immediately distributed over the whole body and also excreted.

24       So about half of it is -- of your daily intake is

25   available for excretion, but the other half goes into your

 1   skeleton.  But it doesn't stay there because -- well, we're now

 2   getting into some physiology -- because there's a continued

 3   breakdown of our skeleton and also a buildup.  And so the

 4   breakdown that happens every day will release fluoride from the

 5   skeleton and, on the other hand, some will also be building in

 6   the new bone material.

 7   **Q.**   One of the facts that is undisputed in this case is that

 8   fluoride gets through the placenta and into the brain of the

 9   fetus.  Would this fact fall within this realm of

10   toxicokinetics?

11   **A.**   I would consider that part of the toxicokinetics and that,

12   of course, depends on what the mother has in her bloodstream

13   that's available for transport to the next generation.

14   **Q.**   And have -- do you think that that fact is important to

15   consider when evaluating the potential for fluoride

16   developmental neurotoxicity that fluoride gets through the

17   placenta and into the fetal brain?

18   **A.**   It's crucial.

19   **Q.**   Okay.  So in addition to Kaj Roholm's occupational study,

20   the studies on toxicokinetics, have you considered any of the

21   findings from animal toxicology studies looking at fluoride in

22   the brain?

23   **A.**   I have.  I must admit I'm not an experimental toxicologist

24   myself, but I'm familiar with the studies and because WHO asked

25   me to draft the environmental health criteria document for

 1   fluoride.  I had to write a section on the experimental

 2   toxicity of fluoride from studies in rodents.

 3   **Q.**   Now, have you read and considered the National Research

 4   Council's 2006 review on fluoride toxicity?

 5   **A.**   I know it very well.

 6   **Q.**   Did the National Research Council draw any conclusions

 7   about whether fluoride interferes with the functions of the

 8   brain in animal studies?

 9   **A.**   They did.

10   **Q.**   And what was the National Research Council's conclusion?

11   **A.**   Yeah.  They concluded that fluoride could enter the brain

12   of experimental animals --

13   **Q.**   Oh, okay.

14        **MR. CONNETT:**  Oh, no, sorry.  Sorry.  I'm sorry.  I

15   didn't realize that was on the screen, Your Honor.  I

16   apologize.

17   **BY MR. CONNETT:**

18   **Q.**   So I didn't mean to interrupt you, Dr. Grandean.  Could

19   you please finish your answer?

20   **A.**   And that fluoride could cause toxic changes in the animal

21   brain.

22        **MR. CONNETT:**  Okay.  At this point, Your Honor, I'd

23   like to show the witness some trial testimony from the first

24   phase of this trial.

25        **MR. ONG:**  No objection.

 1          **THE COURT:**  Okay.

 2   BY MR. CONNETT:

 3   **Q.**   Dr. Grandean, I'm going to show you testimony from

 4   Dr. Kristina Thayer, the director of EPA's Chemical Pollutant

 5   and Assessment Division, okay?

 6   **A.**   I know her, yeah.

 7   **Q.**   I asked Dr. Thayer:

 8          **"QUESTION:**  Based on the animal studies on fluoride

 9          neurotoxicity that you have reviewed, you agree that the

10          animal data supports the biological plausibility of

11          fluoride causing neurotoxic effects in humans, correct?"

12          And she answered:

13          **"ANSWER:**  Yes."

14          Dr. Grandean, do you agree with Dr. Thayer that the animal

15   studies support the biological plausibility of fluoride causing

16   neurotoxic effects in humans?

17   **A.**   Okay.  I respect Dr. Thayer's opinion, and I

18   wholeheartedly agree.

19          **MR. CONNETT:**  I just have a technical question as an

20   aside.  I don't mean to keep the slides on the screen as I'm

21   going.  I don't know how to take -- turn it off.

22          **MR. SANDERS:**  Do you want to keep the slides off the

23   screen?

24          **MR. CONNETT:**  I mean, I could keep it on, it's just --

25          **MR. SANDERS:**  You need to pull the HDMI cord out.

1           **MR. CONNETT:**  Counsel, do we have a --

2           **MR. CAINTIC:**  For something like that, Your Honor, I

3    don't have an objection to keeping it up on the screen.  It

4    might be dependent on what comes up.  If they could figure out

5    some way to pull it up and put it down, I think that would

6    expedite things.

7           **THE COURT:**  Okay.  I would think you would have the

8    ability to turn it off and turn it on, but . . .

9           Okay.  Well, it's sort of inconsequential now, you can

10   leave it up, but you all should figure that out.

11   **BY MR. CONNETT:**

12   **Q.**   Okay.  So we've just talked about occupational study by

13   Kaj Roholm, we've talked about toxicokinetics, we talked about

14   animal toxicology studies.  Now I want to ask you about a

15   separate type of study.  Have there ever been studies where

16   human brain has been examined to assess potential effects from

17   fluoride exposure in humans?

18   **A.**   Well, first of all, fluoride has been detected in human

19   brain tissue, and it has even been detected in fetal brain

20   tissue from aborted fetuses, and certainly there's also

21   evidence from adults, so we know that the fluoride does pass

22   the blood-brain barrier in adults.  And to the extent that that

23   barrier is present and functional in baby -- in fetuses, it

24   does enter the brain.

25          The question is whether there are relevant toxicity

1  changes associated with fluoride, and that's very difficult to

2  assess because we cannot get fresh brain tissue, for obvious

3  reasons, so we don't really have that type of evidence.

4  **Q.**   You had mentioned some studies on aborted fetal tissue; is

5  that correct?

6  **A.**   Yeah, that's correct.

7  **Q.**   And the studies on aborted fetuses, have they looked at

8  brains with respect to potential effects from fluoride

9  exposure?

10  **A.**   Yeah.  Exactly.

11  **Q.**   And did they find pathological changes in the brain that

12  the authors associated with fluoride exposure?

13  **A.**   I don't remember the details.

14  **Q.**   Okay.  So let's turn to another thread of evidence that

15  you have considered, which are the cross-sectional and

16  ecological studies on fluoride and IQ.

17     Dr. Grandean, you published a meta-analysis back in 2012;

18  is that right?

19  **A.**   I worked with Anna Choi, a Chinese-born colleague who

20  worked at Harvard with me, and we contacted Guifan Sun,

21  Professor Sun, in China because he was the chair of the

22  government's Committee on Endemic Disease, and fluoride

23  poisoning is considered an endemic disease in China.  And he

24  was also the president of the International Society for

25  Fluoride Research.

GRANDJEAN - DIRECT / CONNETT

1      So anyway -- and Dr. Sun agreed to work with us, and so we

2   were able to find a good number of studies, many of them

3   carried out in China.  We made sure we had the translations,

4   et cetera, so that we knew the details that we needed.

5   **Q.**   And, you know, now that we have these birth cohort studies

6   available for North America and western countries, should we

7   just discard the studies that have been conducted in China and

8   not consider them?

9   **A.**   Come on.  Come on.  That would be ridiculous.  But we'd

10  hear that critique, so Anna and I and Dr. Sun decided that we

11  would do our own study in China, so we went to the Sichuan

12  Province, I guess southwestern part of China to the town of

13  Mianyang or -- and because the local CDC, Centers for Disease

14  Control in Sichuan had found a location where children or

15  families, rather, were living not too far from each other but

16  drinking water with substantially different fluoride levels.

17      And so we were able to recruit the children from the local

18  school who were, you know, essentially going to first grade

19  attending school and we examined them.  We got blood samples,

20  urine samples, examined the teeth, et cetera, and we

21  essentially found exactly the same as the cross-sectional

22  studies that had previously been carried out in China.  So I

23  think that we had, you know, good support for accepting studies

24  that were carried out far from the United States.

25  \\\

**GRANDJEAN - DIRECT / CONNETT**

1  Q.   So when you did your own study in China, you were able to

2  observe cognitive deficits in the highly-exposed population?

3  A.   I wouldn't call them that highly exposed, but there were

4  different levels of fluoride exposure and we did the type of

5  neuropsychological testing that was parallel to what you were

6  using in the United States.  So obviously because of different

7  alphabets, you would have to modify them for local use.

8  Q.   Based on your review of the studies that have come from

9  China, can you explain some of the strengths that those studies

10  afford, in terms of identifying the hazard of fluoride

11  exposure?

12  A.   And it's not just China because there are studies from

13  India and some other countries, but -- so what most of these

14  studies did was to identify two groups of children, one with

15  elevated exposure, one with background exposure and then they

16  compared them in regard to their cognitive performance, usually

17  on internationally standardized tests that were also age

18  adjusted.

19  Q.   And are the populations being studied in these studies,

20  are they often stable populations, in terms of mobility?

21  A.   This is really a strong argument in that at least at that

22  time, back one or two decades, when people lived in a

23  particular community, they essentially stayed there.  I mean,

24  nowadays there's much more movement toward the cities, but in

25  those smaller communities, people would stay there, which meant

1    that the fluoride concentration that the CDC told me, for

2    example, the fluoride concentration in the drinking water was

3    the water that those kids had consumed during their whole

4    childhood and the mothers during pregnancy.

5    **Q.**   And do some of the studies from China and elsewhere, do

6    they specifically limit the study population to children who

7    have lived in the community since early life or birth?

8    **A.**   I am not sure anybody tried to do that because it's sort

9    of the definition of the population.  They were born there and

10   they grew up there, they stayed there their whole life, and

11   that's really an epidemiological advantage of those studies.

12           **MR. CONNETT:**  So at this point, Your Honor, I'd like

13   to show the witness an excerpt from his trial declaration.

14           **MR. CAINTIC:**  No objection.

15           **THE COURT:**  Okay.

16           **MR. CONNETT:**  And, again, this is in evidence.

17   BY MR. CONNETT:

18   **Q.**   And before reading from this portion of your trial

19   declaration, Dr. Grandean, during yesterday's opening from

20   EPA's counsel, there were comments that the -- I think the

21   comment was that the majority of the studies from China and

22   other countries are above 5 or above 7 parts per million or

23   something like that.

24           Do you agree with that?

25   **A.**   No.  If I remember right, we actually included a study

1   where the most highly-exposed group had a water fluoride

2   concentration of 1.5 or slightly below that.  That was the high

3   level compared to a lower background level and -- and -- I

4   mean, these -- the -- the overwhelming majority of these

5   studies showed that fluoride exposure was associated with

6   deficient cognitive function.

7   **Q.**   And you write here in your declaration, quote, "The

8   majority of studies that reported the water-fluoride level in

9   the exposed group had between 1.5 and 4 milligrams per liter,

10  which is elevated, but only modestly"; is that correct?

11  **A.**   I agree with the statement.

12  **Q.**   And this is -- you're referring here to the 27 studies

13  that you analyzed as part of your meta-analysis, right?

14  **A.**   Exactly.  And they were also used by NTP, the same

15  studies.

16  **Q.**   Right.  And you write here -- you discuss at the bottom of

17  this paragraph another meta-analysis by a separate team, the

18  Duan team, right?

19  **A.**   Yeah.

20  **Q.**   And the Duan team found that 18 of the 27 studies that

21  they addressed were looking at water fluoride concentrations

22  below 4 parts per million, right?

23  **A.**   Correct.

24  **Q.**   Okay.

25      Now, is this -- the levels that we've just seen in your --

1  that you considered for your meta-analysis, are they consistent

2  with the studies that NTP has identified in its monograph?

3  **A.**   It is consistent because -- in part because NTP included

4  the very same studies that I had reviewed ten years before.

5  **Q.**   And did they include additional studies beyond what had

6  you available?  Did the NTP consider additional studies that

7  you did not yet have available to you in 2012?

8  **A.**   Yeah.  I mean, they -- if I remember right, it was

9  something like 72 studies that they had identified, and that's

10  twice as many as I had.

11          **THE COURT:**  Can we -- before we go on to that,

12  Dr. Grandean, I'm a little confused.  You said that the

13  concentration levels for many of the studies in China were --

14  at the high end was 1.5 part per million?

15          **THE WITNESS:**  In one study.

16          **THE COURT:**  Oh, in one study.

17          **THE WITNESS:**  Right.

18          **THE COURT:**  Because some of these other studies are

19  looking at 1.5 to 4, exceeding 1.5.

20          **THE WITNESS:**  Right.  Some of those studies were

21  higher than 1.5 but below 4.

22          **THE COURT:**  All right.  But there was one that had the

23  higher end at 1.5; is that right?

24          **THE WITNESS:**  Or maybe slightly below.  I mean --

25          **THE COURT:**  Somewhere around there?

```
 1              THE WITNESS:  -- about 1.5.

 2              THE COURT:  But there was one study that looked at

 3    that?

 4              THE WITNESS:  Yeah, yeah, absolutely.

 5              THE COURT:  And that study found the same association?

 6              THE WITNESS:  Yes.  All -- I mean, I guess there were

 7    some that didn't reach statistical significance, but the

 8    tendency -- the overall tendency was the same throughout this

 9    material.

10              THE COURT:  Do you recall offhand whether the one with

11    lower concentration levels at around 1.5 found statistical

12    significance?

13              THE WITNESS:  I must admit I don't remember --

14              THE COURT:  Okay.

15              THE WITNESS:  -- the details.

16              THE COURT:  All right.

17              THE WITNESS:  But that study was included by NTP, and

18    NTP actually -- well, I don't know.  Should I continue?

19              THE COURT:  Thank you.

20              MR. CAINTIC:  Your Honor, if I could request some

21    foundation be laid here about what is that particular study

22    that they're referencing, because if it's -- if it's one study,

23    I need to know precisely what we're talking about here.

24              MR. CONNETT:  Well, I think, Your Honor, the next

25    series of questions will help address that.
```

1          THE COURT:  Okay.  But at some point we should

2    identify if there is one such study.  It would be helpful for

3    everybody to identify that.

4          Thank you.

5          MR. CONNETT:  At this point, Your Honor, I'm going to

6    show -- I would like to show the witness Trial Exhibit 67,

7    which has been entered into evidence this morning.

8          THE COURT:  Okay.

9          MR. CAINTIC:  No objection.

10   BY MR. CONNETT:

11   Q.   So Dr. Grandean, can you see this table from the NTP

12   monograph on your screen?

13   A.   I see it.  I think what they did was to focus on studies

14   that they considered -- considered to have low risk of bias.

15   Q.   Okay.  So this table here is going to show us studies that

16   were considered low risk of bias, which NTP sometimes would

17   characterize as the high-quality studies?

18   A.   Right, exactly.

19   Q.   Okay.  So I'm going to go through right now every single

20   study on this table -- okay? -- and look at what the fluoride

21   levels are, okay?

22   A.   Okay.

23   Q.   And could you -- so the first study listed here

24   Dr. Grandean is a study by Xiang.  Do you see that?

25   A.   Yeah.

1    Q.   And what is the high -- for the drinking water metric,

2    what is the high fluoride exposure group?

3            MR. CAINTIC:  Objection, Your Honor.  Can we get a

4    page number or some kind of reference number for this?

5            MR. CONNETT:  Page 43.

6            THE COURT:  Table 6 on page 23?

7            MR. CONNETT:  It's page 43 --

8            THE COURT:  43?

9            MR. CONNETT:  -- of the NTP monograph, and it goes

10   through I think page 53.

11   BY MR. CONNETT:

12   Q.   Okay.  So going back, Dr. Grandean, we're looking at the

13   first study of the high-quality studies.  It's by Xiang,

14   correct?

15   A.   Right.

16   Q.   What is the high water fluoride level that they studied?

17   A.   Well, you have highlighted it here, so it's easy to see.

18   2.47.

19   Q.   Okay.  And then what is the high urine fluoride

20   concentration that they studied?

21   A.   Yeah.  That's 3.47.

22   Q.   Okay.  Now let's go to the next study listed on this table

23   and we see there's a study by Ding?

24   A.   Yeah.

25   Q.   And what is the mean drinking water level that the Ding

GRANDJEAN - DIRECT / CONNETT

1    study studied?

2    **A.**    It's 1.31.

3    **Q.**    And what is the range of urinary fluoride that the Ding

4    study analyzed?

5    **A.**    Yeah.  It's 0.041.

6        I'm not sure what the validity is of that measurement

7    because that's very, very low.

8    **Q.**    What -- I don't know if I heard you.  What's the range of

9    urinary fluoride in the Ding study?

10   **A.**    It goes from -- it looks like the mean is --

11   **Q.**    Sorry, Dr. Grandean, I think you're looking at the next

12   study.  If you go back up.

13   **A.**    Oh, I'm sorry.  That's a urine.  I'm sorry.  I was looking

14   at the serum.  Okay.

15       The range is from very low, 0.1 to 3.55.

16   **Q.**    Okay.  Now let's go to the next page of the table and do

17   you see the study by Wang at the top?

18   **A.**    By Wang, yeah.

19   **Q.**    And what is the -- they provide data here on the total

20   fluoride intake of the children?

21   **A.**    Right.

22   **Q.**    What are the high fluoride -- sorry.  Strike that.

23       What is the estimated total fluoride intake for the

24   children in the high-fluoride group?

25   **A.**    It's at 3 milligrams per day.

1   **Q.**   Now let's go to the next study.  And I believe you are

2   familiar with the next study on this list?

3   **A.**   That's our study, yes.

4   **Q.**   Okay.  That's Choi 2015?

5   **A.**   Yeah.  Yeah.

6   **Q.**   And what was the water fluoride level in the high-fluoride

7   group in your study?

8   **A.**   Yeah.  It's given as a geometric mean, so it's the overall

9   average, and that's 2.2.  But we had levels that were way below

10   and also some that were slightly higher.

11   **Q.**   Okay.

12        And then what was the geometric mean for the urine in the

13   high-fluoride population that you studied?

14   **A.**   Yeah.  That was 1.6.

15   **Q.**   Now let's go to the next page of the table, and you see

16   there is a study by Zhang 2015?

17   **A.**   Right.

18   **Q.**   What is the water fluoride level in the high-fluoride

19   group?

20   **A.**   Okay.  That's 1.4 milligrams per liter.

21   **Q.**   And then what is the urinary fluoride content in the

22   high-fluoride group in Zhang?

23   **A.**   That's -- I guess that's 2.4 milligrams.

24   **Q.**   Now let's go to the next study and there's -- you see

25   there's a study by Cui 2018?

 1  **A.**   Right.

 2  **Q.**   And what is the median urine fluoride content for the boys

 3  and the girls?

 4  **A.**   It's 1.3 milligrams per liter.

 5  **Q.**   And then --

 6  **A.**   Yeah, for the boys and 1.2 for the girls.

 7  **Q.**   Okay.  Now let's go to the next study.  You see it's Yu

 8  2018?

 9  **A.**   Right.

10  **Q.**   And what was the average fluoride level in the drinking

11  water for the high-fluoride group?

12  **A.**   The high was 2.0 milligrams per liter.

13  **Q.**   And then what was the high -- sorry.  Strike that.

14       What was the average urinary fluoride content in the

15  high-fluoride group?

16  **A.**   Yeah.  It was a little bit less, 1.4 milligrams per liter.

17  **Q.**   Okay.  Moving on to the next study, you see it's Cui 2020?

18  **A.**   Yeah, I see that.

19  **Q.**   And what was the range given here for the urinary fluoride

20  content?

21  **A.**   It was 1.6 to above -- actually below 1.6 up to more than

22  2 and a half milligrams per liter.

23  **Q.**   Moving on, you see the next study is Wang, 2020?

24  **A.**   Yeah.

25  **Q.**   What is the average fluoride content in the population

1  that was studied?

2  A.   Yeah.  It was -- in the drinking water it was 1.4, and in

3  urine it was 1.3 milligrams per liter.

4  Q.   Okay.  Moving on, I think we're now going to get to one of

5  those high-level studies that counsel mentioned.  You see

6  there's a study by Rocha-Amador 2007?

7  A.   Yeah, I see that.

8  Q.   And how high does the drinking water levels go there?

9  A.   Yeah.  I mean, the lowest level is 0.8 milligrams per

10 liter in drinking water.

11 Q.   And what's the high level?

12 A.   That was pretty high, 9.4.

13 Q.   Okay.  And then for the urine content of the population,

14 what's the range there?

15 A.   Yeah, they're not all that different, but it -- the low

16 level is 1.8 and the high is 5.5.

17 Q.   Okay.  Moving on, we see the Bashash study and we've

18 already talked about that.

19 A.   Yeah.

20 Q.   What's the average urinary content given there for the

21 mothers?

22 A.   Yeah.  They -- the important thing here is that the

23 maternal urine during pregnancy and the mean was 0.9 milligrams

24 per liter.

25 Q.   Okay.  Moving on to the next study by Soto-Barreras 2019.

GRANDJEAN - DIRECT / CONNETT

 1  What is the range of fluoride content in the drinking water?

 2  **A.**    From a very low of 0.05 to slightly less than 3 milligrams

 3  per liter.

 4  **Q.**    Next study is by Green 2019?

 5  **A.**    We've heard about that.

 6  **Q.**    And what is the average water fluoride content identified

 7  here?

 8  **A.**    There are two levels of -- because some communities were

 9  fluoridated and some were not.  And in the fluoridated areas it

10  was about 0.7, as expected.  The nonfluoridated was 0.5.

11  **Q.**    And that's the maternal urinary content there, right?

12  **A.**    And that's exactly?

13  **Q.**    Sorry.  The numbers that you just read were for maternal

14  urinary content?

15  **A.**    Yeah.

16  **Q.**    Okay.  And then down below it actually provides -- the

17  very last data point provides the average fluoride level in the

18  drink water for the fluoridated areas, right?

19  **A.**    Right, right.

20  **Q.**    And what's the average level of the fluoride level in the

21  fluoridated areas?

22  **A.**    Right.  In fluoridated it was slightly less than 0.7;

23  0.59, so yeah.

24  **Q.**    And then here's the Till 2020 study.

25  **A.**    Yeah.

GRANDJEAN - DIRECT / CONNETT

1   Q.   And same drinking water level of .59 milligrams per liter?

2   A.   Right.  Exactly.

3   Q.   And the next study is from India.  Do you see that?

4   A.   I see those studies, yes.

5   Q.   And this study is by Sudhir 2009?

6   A.   Yeah.

7   Q.   And what's the range of drinking water content in the

8   higher-fluoride groups?

9   A.   Right.  I mean, that unfortunately exists several places

10  in India and they had a group that was exposed to more than

11  5 -- I'm sorry, more than 4 milligrams per liter, and the

12  background was less than 0.7.

13  Q.   And this is the kind of study where you have a good

14  exposure contrast, right?

15  A.   We have four -- four levels, yeah.

16  Q.   And the mid-exposure -- what's the mid-exposure group in

17  this case?  What are the drinking water levels?

18  A.   Yeah.  I mean, it -- I think they did a good separation of

19  those groups and it reminds me a little bit about the study

20  that we did in China.

21  Q.   And the next study here is Saxena 2012?

22  A.   Yeah.

23  Q.   And here this is, I think, one of the -- what counsel for

24  EPA would call one of the higher fluoride levels.  What's the

25  range of fluoride in the children's urine?

 1   **A.**   Yeah.  It goes from 1.7, which is perhaps a little

 2   elevated background up to 8.4, which is really high.

 3   **Q.**   And then the final study listed here is a study by Trivedi

 4   2012.  Do you see that?

 5   **A.**   Yeah.

 6   **Q.**   And what is the fluoride content in the water for the

 7   high-fluoride village?

 8   **A.**   The water level was 2.3 milligrams per liter.

 9   **Q.**   Well, let's start first with the water fluoride content

10   before we discuss the children's urine content at the bottom.

11   What is the -- do you see the section there titled

12   "High-fluoride villages"?

13   **A.**   Yes.

14   **Q.**   What is the drinking water fluoride level identified

15   there?

16   **A.**   What's the level in?

17   **Q.**   What's the fluoride content in the high-fluoride village

18   there?

19   **A.**   Oh, okay.  So that's 2.3 in the water and 2.7 in

20   children's urine.

21   **Q.**   So Dr. Grandean, now that we've gone through that table of

22   the high-quality studies from the NTP report, would you agree

23   that actually the vast bulk of the studies of the high-quality

24   study are in more like the 1.5 to 3 to 4 ppm range?

25   **A.**   Yeah.  I mean, in order to make the study reasonable and

1    informative you've got to have some level of difference.  You

2    can't compare 0.6 to 0.7.  I mean, you've got to have some

3    gradient, so to speak, so that there's something to look for.

4    **Q.**    Okay.  So when counsel said yesterday during opening that

5    the studies that the NTP reviewed and NPT's conclusions are

6    being driven by studies that have more than 7 parts per million

7    fluoride in the water, is that correct or is that incorrect?

8    **A.**    I think it's a misunderstanding because that's certainly

9    not correct.

10   **Q.**    Okay.  Dr. Grandean, I'd like to now show you and get your

11   comments on some of NPT's findings regarding the literature on

12   fluoride, okay?

13   **A.**    Yes.

14   **Q.**    First, as we see here, the NTP found that there is a large

15   body of evidence on IQ effects in children.

16        And let me just back up.  You are familiar -- strike --

17   strike that.

18        Are you familiar, Dr. Grandean, with sort of the quantum

19   of evidence that exists for various neurotoxicants when dealing

20   with epidemiology?

21   **A.**    I would say a large body of evidence is an underestimation

22   of the degree of evidence we have available.  Fluoride probably

23   has the largest body of evidence of any of our known or

24   suspected neurotoxicants.

25   **Q.**    Now, the NTP found, quote, "Reported associations between

1  higher fluoride exposure and lower children's IQ are consistent

2  in the vast majority of studies of both low and high quality."

3       Based on your assessment of the epidemiological

4  literature, do you agree with the NTP on that point?

5  **A.**   Our conclusions are entirely parallel.

6  **Q.**   And is -- sorry.  Strike that.

7       The NTP says here, quote, "In summary, the high-quality

8  studies (i.e., studies with low potential for bias)

9  consistently demonstrate lower IQ scores with higher fluoride

10  exposure."

11       Did I read that correctly?

12  **A.**   Correct and I agree.

13  **Q.**   Now, is consistency across studies that are looking at

14  different populations, is that an important consideration when

15  we are thinking about whether an association is causal?

16  **A.**   It certainly is.  I mean, we wouldn't have liked to rely

17  on studies that were only carried out in San Francisco, just to

18  take an example.

19       We would like to know if this is something that relates to

20  human beings anywhere.  And I think fluoride is a good example

21  because we have now data from a substantial number of settings

22  and countries.

23  **Q.**   So does that give you more confidence in the causal

24  association between a chemical and neurotoxicity if you are

25  identifying the signal in many different populations around the

1  world?

2  **A.**   Correct.  And I'll also add that high quality -- you know,

3  when you're really examining all of the details and you

4  consider some of them don't really, you know, satisfy all

5  criteria, but all of the studies or the vast majority of

6  studies are really pointing the same way, that there is a clear

7  association between elevated fluoride and deficits in IQ in the

8  children.

9  **Q.**   Okay.  I'm going to move to another statement from the

10  NTP.

11       The NTP states that, quote, "Several of the highest

12  quality studies showing lower IQs in children were done in

13  optimally fluoridated (0.7 milligrams per liter) areas in

14  Canada."

15       Do you see that?

16  **A.**   I see that.

17  **Q.**   And that's a reference to the MIREC studies?

18  **A.**   Okay.

19  **Q.**   And would you agree with NTP that several of the highest

20  quality studies showing lower IQs in children were done in

21  optimally-fluoridated areas?

22  **A.**   Yes.  But I have to say, you know, the 1.5 milligrams per

23  liter refers back to some original reports from the World

24  Health Organization, and I think it is -- that level was

25  identified in 1986.  And so it's kind of strange for me to see

1   that we're still now, in 2024, referring to a level of 1.5 that

2   was identified before we were worried about neurotoxicity from

3   fluoride, 1986.

4   **Q.**   I'm going to point here to another statement from the NTP

5   where NTP writes, quote, "Taken together and considering the

6   consistency in the results despite the variability across

7   studies in which covariates were accounted for, bias due to

8   confounding is not considered to be a concern in the body of

9   evidence."

10       Did I read that correctly?

11  **A.**   You read that correctly, and we found exactly the same in

12  our previous meta-analysis.

13  **Q.**   Now, going back to this question of the causal effect --

14  **A.**   Right.

15  **Q.**   -- does this fact that confounding is unlikely to explain

16  an association, does that give you more confidence that the

17  association is real, that the association is causal?

18  **A.**   Yes, but I would say that in addition to potential bias

19  from confounding, I also look for other possible sources of

20  bias.

21       So, I mean, if there's some sort of an imprecision in the

22  measurements, let's say, of the exposure, that could be biased

23  or maybe in the outcome that the test is easier for older

24  children and you're not adjusting for age, you know, issues

25  like that.  I look at the whole thing, and so I certainly agree

1    with this statement.

2    Q.   Okay.  So confounding is just one type of potential bias?

3    A.   Exactly.

4    Q.   Okay.  So let's look at what NTP had to say about the

5    potential for bias from exposure characterization.  I'm going

6    to read here from NTP's Monograph, quote, "In general, there

7    were few, if any, risk-of-bias concerns regarding exposure

8    characterization in the low risk-of-bias studies."

9         Did I read that correctly?

10   A.   Yes, and that agrees with my own study.

11   Q.   So does that fact that exposure characterization is

12   unlikely to explain the association, does that fact give us

13   more confidence that the association is real?  With your caveat

14   that it's not the only factor to look to, but does that

15   contribute to the confidence?

16   A.   Right.  And I would like to remind you of what Dr. Hu said

17   in his testimony, and that was that if you have a bias, let's

18   say some sort of imprecision in your measurements of urine

19   fluoride, then the overall tendency -- this is what Dr. Hu

20   said, and I agree -- then there is -- the overall tendency

21   would be to want the null, that is to underestimate the causal

22   association.

23   Q.   And is that this concept of bias towards the null?

24   A.   Exactly.

25   Q.   And going back to this concept of noise in the signal,

1    does exposure imprecision created more noise?

2    **A.**    Well, I mean, you can get noise also from the outcome

3    measurement, and so clearly you have to -- let's say you're

4    looking for cognition.  You have to use a proper WISC or

5    whatever IQ measurement that takes into account the cultural

6    differences that may exist.  And of course it has to be age

7    appropriate.  And so, yes, you can have bias and, again, I

8    would think that it's not acting as strong as with exposure

9    imprecision but that if you have some uncontrolled variability

10   in the outcome, that would also bias toward finding nothing

11   when there really is something going on.

12   **Q.**    So if I understand you correctly, when you have noise in

13   the exposure data, that can bias towards the null?

14   **A.**    Exactly.

15   **Q.**    And if you have noise in your outcome measurement, that

16   can also bias towards the null?

17   **A.**    In general, yes.

18   **Q.**    And so let's look at what the NTP had to say about outcome

19   assessment.  Do you see that quote from the NTP on your screen?

20   **A.**    Right.  And I agree with that.

21   **Q.**    The NTP states here, quote, "The low-risk-of-bias studies

22   have few concerns regarding outcome assessment," right?

23   **A.**    Right.

24        I mean, if you're looking at cognition, it's very

25   important that the examiner is skilled in studying children

1   because you have to motivate them to do their best on this test

2   and so -- and it appears that the authors of all these studies

3   were very aware of this and, therefore, there would be few

4   concerns.

5   Q.   And one consideration for outcome measurement is, we want

6   our examiners to be blinded; is that right?

7   A.   Blinded to the exposures, so yeah.

8   Q.   Okay.  And in the MIREC and ELEMENT studies they were

9   blinded, right?

10  A.   That's what I understand.

11  Q.   Okay.  So the NTP states here -- or strike that.  Can you

12  see the statement from the NTP on your screen?

13  A.   Okay.  I've read this and I agree with the statement.

14  Q.   And the NTP writes, quote, "The consistency in direction

15  of the association in the studies with heterogeneity in methods

16  of exposure and outcome assessment in 5 different countries and

17  accounting for a wide variety of covariates all serve to rule

18  out the possibility that there is a common factor other than

19  fluoride exposure that can account for this outcome."

20       Did I read that correctly?

21  A.   Yes.

22  Q.   And this -- when I read -- sorry.  Strike that.

23       Does this finding here by the NTP give us confidence -- I

24  mean, does this speak to whether we can look at the association

25  that we see between fluoride and IQ and be confident that it's

 1   a causal association and not a spurious association?

 2          MR. CAINTIC:  Objection, leading.

 3          THE COURT:  Rephrase.

 4   BY MR. CONNETT:

 5   Q.   Does this finding by the NTP speak to the degree of

 6   confidence that we now have in a causal relationship existing

 7   between fluoride and reduced IQ?

 8   A.   It does, but we're taking into regard also the

 9   toxicokinetics and the experimental toxicology, and it all fits

10   together in order to support the causality of the

11   fluoride-exposure-associated cognitive deficits that have been

12   demonstrated in tens and dozens of studies.

13   Q.   Now, counsel in opening yesterday for EPA talked about how

14   the NTP had low confidence in the studies that had examined

15   other types of neurodevelopmental effects besides IQ.  And I

16   want to ask you some questions about that.

17          Does that trouble you, Dr. Grandean, that we don't yet

18   have high confidence or medium confidence that fluoride is

19   causing non-IQ problems?

20   A.   Right.  I mean, you have to realize cognition is just one

21   modality of our brain functions.  I mean, for example, you

22   might want to look at motor function or you might want to look

23   at a sensory perception or you might want to look at behavior

24   or psychological factors.  I mean, I heard anxiety being

25   mentioned.  There's a whole range of possibilities.

1      But we, in general, regard cognition, that is IQ, the most

2  important, in part, because it has socioeconomic consequences.

3  **Q.**   Now, the NTP in its discussion talks about the

4  heterogeneity of the methods used to assess non-IQ effects.  Is

5  that one of the factors that limits our ability to make -- to

6  have greater confidence in that body of data, because we have

7  different outcome measurements?

8  **A.**   I would say that the evidence that's available at this

9  time is somewhat incomplete.

10      I would like to see some more studies of this to

11  demonstrate that, but to me, because most of the studies have

12  identified IQ as an outcome and since we regard IQ as the most

13  important brain function, I would say that this is just

14  supportive evidence.  And even if it's incomplete so far, the

15  studies in general tend to support the fact that fluoride

16  affects the brain beyond cognition as such.

17  **Q.**   Now, based on your understanding of how other types of

18  neurotoxicants affect the brain and manifest themselves in

19  function, do you have an expectation that a chemical that

20  lowers IQ -- would it be your expectation that there would be

21  other manifestations of neurotoxicity besides the IQ deficit?

22  **A.**   It would be my expectation and our best evidence is on

23  lead and on fetal alcohol syndrome, that is, a kind of brain

24  dysfunction that's related to the mother's drinking during

25  pregnancy because then we see an increase in criminal behavior,

GRANDJEAN - DIRECT / CONNETT

1   we see an increase in suicidal tendencies, substance abuse and

2   I can't remember, but there are several of those

3   behavior-related functions that at least can be affected by

4   toxic exposures for, for example, prenatal alcohol exposure and

5   early life lead exposure.  And so it would be --

6        And I can't say for sure if fluoride would increase the

7   risk of suicidal behavior, but, I mean -- and this is just an

8   example of the types of noncognitive functions that can be

9   affected by neurotoxicants.

10  Q.   Now, the IQ test -- strike that.

11       The types of tests that we use to measure IQ, are they

12  standardized?

13  A.   Yes, they are in different languages, different cultures

14  and they're age adjusted.

15  Q.   What is the benefit of having a standardized quantitative

16  way of assessing neurodevelopmental outcome?  What is the

17  benefit of that when we're comparing a body of evidence?

18  A.   Well, it means it's easy to compare the studies carried

19  out in different setting because they all relate to something

20  we call "IQ," which is, of course, defined differently in

21  different cultures, but they refer to a particular modality of

22  the brain, namely our intelligence.

23  Q.   And does that same benefit, that same benefit of having

24  this quantitative, standardized way of assessing a

25  neurodevelopmental outcome, do we have that same benefit with

1    these other non-IQ effects like anxiety or like some of the

2    behavioral issues?  Do we have that same degree of

3    standardization?

4    **A.**   We don't.  I mean, we have some standardized

5    questionnaires, for example, but they're not as standardized

6    and we don't have the same degree of experience so that we can

7    really, you know, relate findings in different cultures the

8    same way we can with cognitive tests.

9              **MR. CONNETT:**  Your Honor, I'm not sure if we've

10   reached a good time for break.

11             **THE COURT:**  Yeah, we have, so let's go ahead and take

12   our afternoon break.  Thank you.

13             **THE CLERK:**  Court is in recess.

14        (Recess taken at 12:36 p.m.)

15        (Proceedings resumed at 12:54.m.) a

16             **THE CLERK:**  Please remain seated and come to order.

17   Court is back in session.

18             **THE COURT:**  Okay.  You may proceed.

19   **BY MR. CONNETT:**

20   **Q.**   Dr. Grandean, in addition to NTP's Monograph on fluoride,

21   have you had the opportunity to review and consider NTP's

22   meta-analysis on fluoride?

23   **A.**   I have.

24   **Q.**   Do you find -- and you are someone who -- sorry.  Strike

25   that.

1      You, yourself, have published a meta-analysis on fluoride

2   and IQ, correct?

3   **A.**   Right, but that was based on the three major cohorts only.

4   **Q.**   Okay.  Well, I'm talking about the meta-analysis, not the

5   pooled analysis.  We talked earlier about your paper from

6   2012 --

7   **A.**   Oh, okay.

8   **Q.**   -- with Choi.

9   **A.**   Yes, indeed.

10  **Q.**   So, as someone who has done meta-analyses yourself, did

11  you find the NTP meta-analysis to be well conducted?

12  **A.**   I thought it was well conducted, as expected, because they

13  are highly talented people who conducted that meta-analysis.

14  **Q.**   Okay.  Now, I want to ask you about NTP's -- what they

15  call the "mean's effect analysis," means effect.  Can you

16  explain for the court What that means?

17  **A.**   Can you run that by me again?

18  **Q.**   The NTP's means effect analysis where they compare the

19  high-fluoride to the low-fluoride groups.

20  **A.**   Yeah.  Yeah.

21      So what you do is essentially to try to combine the

22  overall findings from all of the evidence and then present that

23  as an average difference between high exposure and low

24  exposure.

25  **Q.**   And when you say "the average difference," you're talking

1  about what the average difference in IQ is between the

2  high-fluoride group and the low-fluoride group?

3  **A.**    Right.   The two groups that were compared in each of these

4  studies.

5        **MR. CONNETT:**  And at this time, Your Honor, I'd like

6  to show the witness some excerpts from the NTP's meta-analysis,

7  which is in evidence as Exhibit 68.

8        **THE COURT:**  Okay.

9        **MR. CAINTIC:**  No objection.

10        **THE COURT:**  Thank you.

11  BY MR. CONNETT:

12  **Q.**    Dr. Grandean, can you see this figure on your screen from

13  the meta-analysis?

14  **A.**    I see it, yes.

15  **Q.**    And can you just -- what is this?   Can you describe for

16  the Court what we're looking at here?

17  **A.**    It's a way of illustrating each of the studies that are

18  listed on the left.   And then the black point in the middle,

19  that's the average.   And then the horizontal line indicates the

20  confidence interval.

21        And so you'll have a vertical black line, and that means

22  no difference.   And then you have this dotted red line, and

23  that indicates the average.

24  **Q.**    Okay.   That red line represents the average difference

25  when you aggregate all of the studies?

1   A.   Exactly.

2   Q.   And you said that the vertical black line, that represents

3   the null effect.  That's -- there's no effect happening?

4   A.   Right.  And you can see some of the studies actually

5   overlap, which means that the confidence interval includes

6   zero, so that means that the study was not statistically

7   significant but because the black point is to the left of that

8   line, it still adds evidence that fluoride is not good for

9   brain development.

10  Q.   Now, so just to be clear, we're looking that the vertical

11  black line.  If the dots are to the left of that line, that

12  means there was an association between fluoride and reduced IQ;

13  is that correct?

14  A.   Correct.

15  Q.   Okay.  And at the bottom of this figure, it has in red an

16  SMD value --

17  A.   Right.

18  Q.   -- of negative .46.  What does that mean?

19  A.   That means that the overall average of all of these

20  studies -- and it's a red triangle, so it's different, and it

21  has a horizontal red line that indicates that the confidence

22  interval is very narrow, obviously, because it's based on all

23  of these studies together.  And so this is far below -- I mean

24  far to the left of the vertical line.  The SMD, the mean

25  difference is minus 0.46.

1  **Q.**   And what is SMD?  What does that mean?

2  **A.**   Well, I've seen some people think it's 0.46 IQ points, but

3  that's not correct because the way the analysis is being done

4  is that it relates to the standard deviation of an IQ test,

5  which means that -- which has a standard deviation of 15 by

6  definition.

7      So if you're interested in the number of IQ points that

8  are missing in the high-exposure group, you have to multiply

9  0.46 by 15, which is like 6.8 or something.  I mean, it's close

10 to 7 IQ points.  And that means that the highly-exposed

11 children have a 7 -- about 7 IQ points less than the comparable

12 group with background fluoride exposure.

13 **Q.**   So just to clarify this, you're saying the standard

14 mean -- standard deviation in the IQ test is 15 points?

15 **A.**   Fifteen points.

16 **Q.**   So if you have a difference of negative .46, that's about

17 half -- a little bit less than half of 15 IQ points?

18 **A.**   Right.  Exactly.

19 **Q.**   Okay.

20     Now, in looking at this figure, are there any studies that

21 show a beneficial association of 15 IQ points?

22 **A.**   I mean there's a single study that shows an apparent

23 benefit.  It's not statistically significant, but, I mean, you

24 would expect when you're looking at a multitude of studies that

25 they're not all finding the same result because there's

 1  biological variability, there's sampling variability, there

 2  are, you know, various circumstances.  But I would think that

 3  red triangle at the bottom is very convincing.  And I think the

 4  number is very close to what we found ten years before.

 5  **Q.**   So the NTP's conclusions in their meta-analysis are

 6  consistent with your own conclusions from your meta-analysis?

 7  **A.**   Correct.

 8  **Q.**   Now, of all the studies listed here, is there a single

 9  study listed here where there is a significant beneficial

10  association between fluoride exposure and IQ?

11  **A.**   No, there isn't.  I mean, there's some studies that

12  overlap with that vertical black line, but they're not

13  statistically significant.

14  **Q.**   Now, when you are comparing the impact of fluoride on IQ

15  in various populations, do you expect to see the same exact

16  magnitude of effect across those populations, or do you expect

17  to see some variability?

18  **A.**   I think the variability we see here is very much the same

19  that I found 10 years before, and that is entirely expected.  I

20  think it's actually a part of EPA's guidelines on benchmark

21  dose and, you know, this -- this is not an indication that

22  fluoride has variable effects.  This is simply an indication of

23  the real world variability.

24  **Q.**   And does that apply to not just fluoride but toxicants in

25  general that when we are studying a toxicant across multiple

1  populations with different characteristics, that we expect to

2  see some variability in the association between that toxicant

3  and an adverse outcome?

4  **A.**   Right.   That was what I was trying to refer to before,

5  but -- and that's, of course, also why we should not just rely

6  on a single study or just a couple of studies.

7       And I'll say with fluoride, we have a massive amount of

8  evidence, and I think this slide illustrates very well that

9  there's something very clearly going on here that we must take

10  seriously.

11  **Q.**   Now, I want to talk about a separate analysis that the NTP

12  did in the meta-analysis, and that is the dose-response

13  analysis that NTP did.

14       Can you explain for the Court a little bit about how the

15  NTP evaluated the dose-response relationship between fluoride

16  and IQ?

17  **A.**   Yeah.   I would say it was a fairly crude way of doing it

18  because they separated studies according to what the high-level

19  group was exposed to and then they cut off those that were

20  higher, and so they found that studies that had a fluoride

21  level below 4 milligrams per liter showed a significant

22  association with -- negative association with IQ, and then at

23  2.5 and then 2 and 1.5 and it got a little weaker if you only

24  look at studies below 1.5.   But anyway, I think there's some

25  eTables that we may want to look at that NTP published.

GRANDJEAN - DIRECT / CONNETT

1  Q.   Well, let's go ahead and look at some of the NTP's

2  discussion on this.

3       I'm going to show you a statement from the NTP on page 10

4  of the meta-analysis where -- well, before I go here -- sorry.

5  Sorry Dr. Grandean.  Before we go to this point, I want to ask

6  you about something else.

7       When the NTP did its dose-response analysis, it separately

8  looked at urine fluoride and water fluoride, correct?  It did

9  separate analysis for those two?

10 A.   Correct.

11 Q.   Counsel in opening statement yesterday talked about how

12 there was a significant effect on using urine fluoride below

13 1.5 but not a significant effect with water fluoride as the

14 metric of exposure.

15      What is your thoughts on that?  What would you place more

16 weight on, NTP's analysis of the urine fluoride data or the

17 water fluoride data?

18            MR. CAINTIC:  Objection, compound and leading.

19            THE COURT:  Sustained.

20 BY MR. CONNETT:

21 Q.   Dr. Grandean, what -- of the NTP's analyses for dose

22 response, what do you place more weight on, their analysis of

23 the urine fluoride data or their analysis of the water fluoride

24 data?

25 A.   Well, I'm a physician and I put more evidence on what's

 1    absorbed into the body, and in this case it's pregnant women

 2    who can then pass this on to the fetus.

 3        The problem is, I mean, Harvard Medical School recommends

 4    that women drink more than 2 liters of water per day.

 5        I think that few American women actually drink according

 6    to Harvard's recommendation.

 7        And I'm sure that there are also some that may -- for

 8    example, kidney patients are oftentimes advised to drink at

 9    least three liters of water, which means that they would get a

10    dose that's three times the concentration of fluoride per

11    liter, and then there's some who would mainly drink, let's say,

12    bottled water that may not necessarily contain any fluoride.

13        So if we want to relate to the fluoride concentration in

14    the drinking water, we will have imprecision in the exposure

15    variable.

16        I mean, if I go back in history, we were concerned about

17    lead in gasoline, and EPA accepted blood concentrations of lead

18    as an indication that lead pollution needed to be regulated

19    because -- I mean, there's no practical way for us to measure

20    lead in car exhausts and then trying to relate that to

21    children's cognitive development.

22        And likewise, with fluoride, it's simply not practical

23    and, therefore, we have to accept that what counts here is what

24    gets into the body, and we know that water fluoridation is a

25    very important source.

1   **Q.**   So you talked about exposure imprecision.

2       Of the two metrics that the NTP analyzed, urine fluoride

3   and water fluoride, which of those two metrics, in your view,

4   would have a greater degree of exposure imprecision?

5   **A.**   Well, the imprecision is simply measuring fluoride, let's

6   say, in the environment, in the food supply because what really

7   counts in toxicology is what gets into the body, and in this

8   case what gets into the fetal brain.

9   **Q.**   So if there's greater imprecision in the water fluoride

10  data, would you expect -- sorry.  Strike that.

11      How does that fact that there's greater imprecision in the

12  water fluoride data, how does that fact relate to whether there

13  will be more or less noise in the NTP's assessment of the dose

14  response of water fluoride?

15  **A.**   I mean, this is basic epidemiology.

16      If you have uncertainty with regard to the exact exposure

17  that people are -- get into their body, then certainly you

18  would have -- you should have less reliability.

19      The data will have less validity, so you can't trust them.

20  But if you measure, for example, in this case what comes out in

21  the urine with adjustment, then that's a proper exposure

22  variable.

23  **Q.**   Okay.  So at this point I'm going to go back to that page

24  from the meta-analysis, which was on page 10 of NTP's

25  meta-analysis, which is Exhibit 68 in this case.

1    And I just want to start by looking at the last clause of

2    this statement from the NTP.  The NTP states, quote, "The

3    linear model was the best fit for urinary fluoride."  Do you

4    see that?

5    **A.**   I see that.

6    **Q.**   And is that consistent, Dr. Grandean, with your own

7    analyses of the pooled cohorts?

8    **A.**   In my communications with the EPA, I was told that the

9    default curve function was the linear one.

10    And what we've done in our work is to compare that to some

11    variations and the statistical methods so that you can actually

12    compare the fit if, let's say, curvilinear or a broken line

13    fits better.  And in our case the linear was actually -- was

14    the best fit.

15    **Q.**   And did the NTP, like you, did they use nonlinear methods

16    to assess whether the dose-response relationship is linear?

17    **A.**   Yes, they did, and they compared the fit and they -- I

18    mean as it says there for urinary fluoride, the linear version

19    was preferable.

20    **Q.**   And did the NTP find that the relationship between urinary

21    fluoride and IQ was significant below 1.5 ppm?

22    **A.**   Oh, boy.  I don't remember the details.  My -- I think

23    yes.

24    **Q.**   Now, you see here, Dr. Grandean, the NTP references

25    "eFigure 18" when it discusses the linear fit for the urinary

1    fluoride?

2    **A.**    Okay.

3    **Q.**    Do you see that?

4    **A.**    Yeah.

5    **Q.**    So let's go -- I'm going to show you eFigure 18, okay?

6    **A.**    Oh, okay.

7    **Q.**    So what the -- can you sort of describe what we see here

8    on the right side of this figure, Dr. Grandean?

9    **A.**    Right.

10    **Q.**    Can you describe what we see here?

11    **A.**    This is the overall relationship between the horizontal

12    scale, the maternal pregnancy.

13         **MR. CAINTIC:**  Objection, Your Honor.  I do not see

14    this on page 46 of Trial Exhibit 68.

15         **MR. CONNETT:**  It's page 46 of the supplemental

16    materials.

17         **MR. CAINTIC:**  Is that in evidence?

18         **MR. CONNETT:**  Yeah.  That's the -- the supplemental

19    materials to the meta-analysis.

20         **THE COURT:**  What's the exhibit number?

21         **MR. CONNETT:**  I think it's like page 81 or something

22    of the PDF.

23         **MR. CAINTIC:**  Okay.

24         **THE COURT:**  What's the exhibit number?

25         **MR. CONNETT:**  68.

1          **THE COURT:**  Oh, so when this says page 46 --

2          **MR. CONNETT:**  Of the supplemental materials.

3          The NTP has different pagination for the --

4          **MR. CAINTIC:**  It's PDF page 83, I believe.

5          Okay.  I withdraw my objection.

6   BY MR. CONNETT:

7   **Q.**    So, Dr. Grandean, in this figure, NTP is showing the

8   results of its dose-response analysis for urine fluoride?

9   **A.**    Correct.

10  **Q.**    And we're seeing the drop -- well, what do those -- what

11  do those bars mean, by the way, that are above and below the

12  bolded line?

13  **A.**    I mean, you get the line that represents the best estimate

14  of the association between fluoride and IQ loss, and then there

15  are two dotted lines that represent the confidence interval.

16  And you can see the upper line very clearly goes downwards,

17  which means that this is statistically significant.

18  **Q.**    So if both the upper line and the bottom line are both

19  going down, that's a reflection of statistical significance?

20  **A.**    Well, it's the upper line that we need to look at to see

21  if it's different from just being horizontal.  And it's

22  clear -- it's clearly going downwards.

23  **Q.**    So based on your review of the literature, the

24  occupational studies, the animal toxicology studies, the

25  toxicokinetics data, the cross-sectional ecological studies

1    from China and other countries as well as the national

2    toxicology programs, monograph and the national toxicology

3    program's meta-analysis, Dr. Grandean do you have an opinion as

4    to whether neurotoxicity is a hazard of fluoride exposure?

5    **A.**    It definitely is.

6    **Q.**    So let's -- let's turn now to risk.

7    **A.**    Okay.

8    **Q.**    Let's turn now to risk.

9         Dr. Grandean, you have, as part of your assessment in this

10   case, looked at the EPA's evaluation of perchloroethylene or

11   PCE?

12   **A.**    Yeah.  Only superficially, but yes.

13   **Q.**    And what do you recall about the EPA's risk determination

14   for bystanders in the dry cleaning industry?

15   **A.**    In the -- I'm sorry?

16   **Q.**    Dry cleaning industry.

17   **A.**    Dry?

18   **Q.**    The dry and spot-cleaning industry.  Do you recall -- do

19   you recall reviewing that or not?

20   **A.**    Oh, okay.  I mean, there wasn't much evidence that EPA

21   could rely on, and they did a reasonable dose response and risk

22   evaluation that they considered sufficient.

23   **Q.**    Okay.  And do you recall -- do you -- if you don't, I

24   understand, but do you happen to recall the difference between

25   the hazard level for PCE and the human exposure level?

```
 1              MR. CAINTIC:  Objection, leading.

 2              THE COURT:  Sustained.

 3   BY MR. CONNETT:

 4   Q.   I'm sorry, Dr. Grandean, I'll move on from this

 5   discussion.

 6        So let's turn now to your pooled -- pooled benchmark dose

 7   analysis.  And I want to focus, to start with, on the Danish

 8   cohort that you have been working with.  And that's sometimes

 9   called the Odense cohort?

10   A.   Odense, yes.

11   Q.   If I call that "Odense," will you know what I'm talking

12   about?

13   A.   It's Hans Christian Anderson's birth place.

14   Q.   So there's been a lot of discussions so far in this case

15   about, you know, the fact that the Odense cohort did not find a

16   statistically significant association between maternal fluoride

17   in the third trimester and IQ in the offspring.

18        Can you provide for the Court your thoughts on, you know,

19   why that might be the case in that cohort?

20   A.   Okay.  This is a setting with a low-background exposure to

21   fluoride because there's only like 0.2, 0.3 milligrams per

22   liter, which is similar to the background in many other parts

23   of the world.  And clearly some mothers would have a higher

24   exposure either because they were drinking more tap water in

25   the form -- it could be, you know, through coffee or gravy or
```

GRANDJEAN - DIRECT / CONNETT

1   whatever.  And the point is that an IQ scale has a standard

2   deviation of 15, that is, you can expect about all results

3   between, let's say, 130 and 70, and so you get a lot of

4   variability there in the IQ.

5       And then because the fluoride exposure was like background

6   and with very few that were elevated, there's a statistical

7   reason that it was hard to document statistically that there

8   was actually a slight decrease.  We couldn't see it because of

9   limitations in the material.

10  Q.  Now, you didn't see it.  Does that mean that in that

11  population there is no effect of fluoride exposure or not?

12  A.  It may be that any effect is less than what EPA would

13  consider problematic.

14  Q.  So we've been hearing this term "exposure contrasts."

15  Maybe you've just sort of explained that.  I want you to just

16  explain a little bit more about why having greater exposure

17  contrasts is helpful for detecting an association between a

18  chemical and an outcome.

19  A.  All right.  Statistically we would like to have a very

20  wide scale of exposures.  And unfortunately we didn't find

21  that.  We -- I mean, we didn't know beforehand.

22      We were hoping to see a greater variability, but it didn't

23  happen.  And so therefore, most of the data, if you look at a

24  plot of the results, most of the data are in a cloud where it's

25  hard to say if the regression line goes up or down.

1  Q.   We've seen data from the ELEMENT and Madres cohort in this

2  case where 95th percentile women in those cohorts have urine

3  fluoride levels, you know, in excess of 1.5 parts per million.

4  Was that the case in your study?

5  A.   I don't remember the details, but I think we had a few

6  that were above 1.5.

7  Q.   A few out of 800?

8  A.   Yeah.  Very small percentage.

9  Q.   So let's turn now to your BMCL analyses of the three

10  cohorts, the ELEMENT cohort, the MIREC cohort and the Danish

11  cohort.

12  A.   Okay.

13  Q.   First off, what did you use as the benchmark response,

14  BMR, in terms of what decrement in IQ loss were you looking to

15  assess?

16  A.   All right.  I relied on EPA's recommendations that

17  essentially any loss of IQ is unwanted but because there's a

18  limit to what you can actually measure, considering that IQ

19  levels probably clinically have a certain amount of

20  uncertainty, EPA decided that one IQ point -- this is what they

21  used for lead, this is what they use for mercury.  So one IQ

22  point is the benchmark response that we have to, you know, use

23  in our calculations.

24  Q.   Now, in doing the analysis of the pooled data, did you

25  assume a linear dose response, or did you interrogate it using

1  a nonlinear model as well?

2  **A.**   We started out with EPA's default recommendation, namely

3  that linear association.  But we then also looked at a

4  curvilinear, for example, log 2 transformation of exposure.  We

5  also looked at broken lines of -- and overall the linear

6  association was not inferior to anything.  It was sometimes

7  clearly superior.

8  **Q.**   And what -- in this pooled analysis of the three cohorts,

9  what did you determine to be the BMCL for a 1 point drop in IQ?

10  **A.**   Okay.  So, you know, we've done two analyses.  One of them

11  was just based on the two North American studies, and the most

12  recent one included the Danish data.  And the Danish data

13  resulted in a slightly higher BMCL of 0.28 milligrams per

14  liter.

15  **Q.**   And what was the BMCL when you looked at the MIREC and

16  ELEMENT cohort by themselves?

17  **A.**   Yeah.  The two North American studies suggest a BMCL of

18  0.20.  So it was a slight increase, as you would expect, from

19  adding the type of data we had from the Danish cohort.

20  **Q.**   I forgot to ask you this, but you did a BMCL analysis of

21  PFAS that you published in 2018, right?

22  **A.**   Okay.  I was contacted by EPA, who asked me if I would

23  kindly collaborate because they had decided that my study on

24  PFAS and toxicity to the immune system, the one I published in

25  2012 in *JAMA*, they decided that that was a critical study for

1   our EPA.  And because they knew that -- because we had

2   collaborated 25 years ago on mercury, they knew that I had the

3   capacity to do these calculations, and so I agreed actually

4   free of charge.

5   **Q.**   Now, did you use the same methods when analyzing fluoride

6   for the IQ loss, did you use the same methods as you used for

7   your BMCL analysis of PFAS?

8   **A.**   They're exactly the same and the procedure is described in

9   EPA's handbook on guidelines for benchmark dose calculations.

10          **THE COURT:**  Before you switch, can you go back to the

11   meta-analysis you had, the benchmark?

12          **MR. CONNETT:**  Oh, yes.  This one?

13          **THE COURT:**  No.  The graph.  The dose-response

14   analysis.  Yeah.  I just have a brief question so I -- you

15   know, I'm trying to understand this.

16          If you look at the NTP's graph here that shows the

17   dose response and the standard deviation on either side of

18   that, it all shows a downward slope.  Is the shape of that

19   slope consistent with your BMCL calculation?  I mean, I don't

20   know if you can use this to quantify, but if you look at the

21   solid line and you -- and then you look at what would be

22   equivalent to one drop in IQ points if one standard deviation

23   is 15 points, so -- right?  And I don't know.  Is it consistent

24   or is this something completely different?

25          **THE WITNESS:**  Okay.  There's a big difference in the

1    ways that we've done the calculations.

2           What the NTP did was to look at overall individual

3    studies.  And what we did was to get the exact data from each

4    and every child who was a member of the three cohorts.

5           So we had 1,500 kids that each contributed, the

6    mother's pregnancy urine fluoride and their IQ.  So we did look

7    at and we published the beta values, that is, the decrease in

8    the line.  I haven't quite compared the two lines, but the BMCL

9    wants us to look at, you know, where is there a clear loss of

10   IQ, at which level does that happen?  And this is one IQ point,

11   as EPA as defined it.  So the BMD or BMC is the level that

12   happens and the BMDL is the lower 90 percent confidence limit.

13   And this is what EPA uses for their definition of what a safe

14   dose is.

15          **THE COURT:**  I see.  So in your calculation, you took

16   all the data points of each -- all the individuals that were in

17   the pools from the three --

18          **THE WITNESS:**  The three --

19          **THE COURT:**  -- studies -- the three cohorts?

20          **THE WITNESS:**  Not all of the studies because --

21          **THE COURT:**  The three.

22          **THE WITNESS:**  -- that was not available.

23          **THE COURT:**  Right.  But you took all the individual

24   data from the three cohort studies --

25          **THE WITNESS:**  Right.

1           THE COURT:  -- and used that to do a grand analysis or

2    whatever you want to --

3           THE WITNESS:  Yeah, because we knew who the mothers

4    were, we had the urines, we analyzed the fluoride and each

5    child went through the same type of IQ testing.

6           THE COURT:  Great.  Thank you.

7           THE WITNESS:  Thank you.

8    BY MR. CONNETT:

9    Q.   So just to sort of recap that, your dose-response analysis

10   was based on individual-level data; is that correct?

11   A.   Correct.

12   Q.   The NTP's dose-response analysis was based on group-level

13   data across studies?

14   A.   Right.  Right.  I mean, they based it on the data

15   available from the publications, and they didn't give them the

16   individual child data.

17   Q.   Now, so clearly different methods being used, right?

18   A.   Right, but it's -- they support the same conclusion.

19   Q.   So would you say that the results of the NTP's analysis,

20   which is based on group-level data, and the results of your

21   analysis, which is based on individual data, would you -- would

22   you consider those convergent findings or not convergent

23   findings?

24   A.   Yeah.  It depends what you mean when you say "convergent,"

25   but they're very much in accordance with each other.

 1            THE COURT:  Okay.  We are past our hour here, so --

 2            MR. CONNETT:  That's -- that's -- thank you, Your

 3    Honor.

 4            THE COURT:  Okay?

 5            MR. CONNETT:  I didn't realize that actually.

 6            THE COURT:  Yeah.  That's because we took three

 7    breaks.

 8            All right.  Well, that will conclude the session for

 9    today, and we will continue tomorrow at 8:30, okay?  Thank you.

10            THE CLERK:  Court is adjourned.

11            MR. CONNETT:  Your Honor, I apologize.  We had one

12    issue we wanted to raise with the Court.

13            THE COURT:  All right.  Go ahead.

14            MR. NIDEL:  Your Honor, we can probably raise it in

15    the morning if you want to do that.

16            THE COURT:  Well, tell me what it is.

17            MR. NIDEL:  It's just the question about the new

18    rebuttal witness that we're just hearing about, we want to make

19    sure our objection is known that we feel this is extremely

20    prejudicial at this point.  We don't know even still at this

21    point who it's going to be.  We can't prepare any kind of cross

22    for that witness without knowing who it is.  We haven't had a

23    chance to depose them.

24            Dr. Berridge, who he's responding to or he or she is

25    responding to, was disclosed by us as part of discovery.  It

1    was a known witness.  I know there was some debate about

2    whether or not he would testify, but the EPA knew about him,

3    they had a chance to prepare a rebuttal witness, to disclose a

4    rebuttal witness.  They never did so.

5              THE COURT:  Okay.  Response?

6              MR. ADKINS:  I think I don't know off the top of my

7    head when we first said we may have a rebuttal, but it was at

8    least in December last year.  As I read the Court's standing

9    order, rebuttal witnesses are not something we had to disclose

10   to him.

11             THE COURT:  True if it's a true rebuttal.  So one of

12   the issues, though, is, we need to know who it is, what they're

13   going to testify to so we can evaluate whether this is somebody

14   who's testimony could have well been anticipated in a

15   case-in-chief, because you can't just sandbag them and withhold

16   something for rebuttal and not disclose.

17             So my question is, who is it and what's this person

18   going to say?  If you're not ready to do that now, you should

19   do that tonight and provide it to opposing counsel.

20             MR. ADKINS:  I'm happy to make that representation

21   now.

22             THE COURT:  Why don't you go ahead and do that.

23             MR. ADKINS:  It would be Dr. Woychik, the NTP

24   director, and he would be rebutting any inconsistent

25   information that Dr. Berridge testifies to with respect the

 1  Monograph.

 2          **THE COURT:**  With respect to what?

 3          **MR. ADKINS:**  The Monograph, the NTP monograph.

 4          **THE COURT:**  Are you anticipating -- I mean, that's a

 5  little general, but what's an example of what might be opening

 6  the door --

 7          **MR. ADKINS:**  It's hard to predict now because we

 8  haven't heard Dr. Berridge's testimony, but we do know that

 9  Dr. Berridge is a former employ employee of NTP.  I'm not sure

10  on what terms he left the organization, so to the extent he's

11  going to take the stand and say something that's disparaging

12  about the organization or about the process that the Monograph

13  went through or something inconsistent about the peer-review

14  process, we'd like to have a rebuttal witness to correct that.

15          **THE COURT:**  Okay.

16          **MR. NIDEL:**  I mean, Your Honor, it's unclear, frankly,

17  at this point whether he's going to show and testify as a fact

18  witness or as an expert witness in terms of what testimony that

19  would be, but --

20          **THE COURT:**  Sounds like it's a percipient witness

21  instead of 701.  May be some based on experience some opinions

22  in there but it's not a designated expert under 702, correct?

23          **MR. ADKINS:**  Correct.

24          **MR. NIDEL:**  Well, it's not designated but, arguably,

25  depending to the testimony it could be an unretained expert

**PROCEEDINGS**

1  witness that still should have been disclosed prior to trial.

2         **THE COURT:**  If the testimony is along the lines that

3  Mr. Adkins indicated, I don't think that's an accurate.

4         **MR. NIDEL:**  That's fine, Your Honor.  I think we would

5  reserve the right to object --

6         **THE COURT:**  Sure.

7         **MR. NIDEL:**  -- to the scope of the testimony.

8         **THE COURT:**  Sure.  At least you know what it is.

9         **MR. NIDEL:**  Yeah.  I appreciate that, Your Honor.

10         **THE COURT:**  Okay?  Thank you.

11         **THE CLERK:**  Court is adjourned.

12      (Adjourned at 1:38 p.m.)

13                      --oOo--

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                        **CERTIFICATE OF REPORTER**

4          I certify that the foregoing is a correct transcript

5     from the record of proceedings in the above-entitled matter.

6

7

8     _____        February 2, 2024
      JENNIFER L. COULTHARD, RMR, CRR              DATE
9     Official Court Reporter
      CA CSR#14457
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25