**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

                Plaintiffs,

      v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

              Defendants.

Case No. 17-CV-02162-EMC

**FIRST JOINT ITERATIVE PROPOSED FINDINGS OF FACT FOR SECOND PHASE OF TRIAL**

1.      Risk assessment is the process by which scientific judgments are made concerning the potential for toxicity in humans. *Undisputed Fact # 11.*

2.      The National Research Council (NRC, 1983) has defined risk assessment as including the following components: hazard assessment (including hazard identification & quantitative dose response analysis), exposure assessment, and risk characterization. *Undisputed Fact # 12.*

3.      A risk evaluation under the Amended TSCA includes the three aforementioned steps of a risk assessment, as well as a fourth and final step: a risk determination.

**A.    UNDISPUTED FACTS**

4.      Hazard identification and dose-response analysis are two components of a hazard assessment. Barone Trial Tr. Vol. III, at 489:11–13, 495:5–8 (Feb. 2, 2024).

5. Hazard identification is an adverse effect that is associated with a chemical exposure. *Id.* at 489:23–25.

6. EPA reviews, searches, screens, and evaluates all studies related to different hazards to determine whether the data are sufficient or insufficient for identified adverse effects. *Id.* at 492:24–494:9.

7. Proof of causation is not required to establish a hazard of neurotoxicity. *Id.* at 490:1–5.

8. Based on all the studies evaluated in the hazard identification step, EPA identifies studies that are generally of high or medium quality to conduct a dose-response analysis. *Id.* at 494:21–495:8.

9. The quantitative dose-response analysis is designed to identify a point of departure or POD. *Id.* at 495:9–14.

10. There are three types of points of departure that EPA uses, in the following order of preference: a benchmark dose level or benchmark concentration level (BMDL or BMCL); a no observed adverse effect level (NOAEL); and a lowest observed adverse effect level (LOAEL). *Id.* at 495:23–496:25.

**B.    HAZARD ASSESSMENT - PLAINTIFFS' PROPOSED FACTS**

11. Fluoride passes through the placenta and gets into the fetal brain. *Undisputed Fact No. 30; Grandjean Trial Tr. Vol. III, at 293:7-13 (Feb. 1, 2024).*

12. The developing brain during the in utero and neonatal period has a heightened vulnerability to the effects of chemical toxicants. *Grandjean Trial Tr. Vol. II, at 289:3-290:4; (Feb. 1, 2024); Grandjean Trial Decl. (ECF No 198-3) ¶¶ 38-40; Thiessen Trial Decl. (ECF No. 202-1) ¶ 159; Grandjean Trial Testimony (ECF No. 240) at 150:15-22 & 151:24-152:13; Lanphear Trial Testimony (ECF No. 241) at 349:5-8; Thayer Trial Testimony (ECF No. 241) at 440:18-441:1, 442:22-443.*

**Animal Data:**

13. EPA agrees that effects observed in animals are relevant to humans unless human data counterindicate. *Undisputed Fact No. 28.*

14.     The National Research Council (NRC) of the National Academies of Science has concluded that fluoride interferes with the functions of the brain in animal studies. *Trial Ex. 13 at 221-222; Grandjean Trial Tr. Vol. II, at 294:6-21 (*Feb. 1, 2024).

15.     Dr. Kristina Thayer, the Director of EPA's Chemical and Pollutant Division, testified that the animal data on fluoride "supports the biological plausibility of fluoride causing neurotoxic effects in humans." *Thayer Trial Testimony (ECF No. 241) at 450:9-13.* Dr. Grandjean agrees with Dr. Thayer's assessment. *Grandjean Trial Tr. Vol. II, at 295:3-18 & 320:5-12 (*Feb. 1, 2024).

**Human Data**:

*NTP Assessment*

16.     The neurotoxicity of fluoride is supported by the findings in NTP's May 2022 Monograph, and NTP's comments related thereto. According to the NTP:

    A.  The **"vast majority"** of the 72 epidemiological studies on fluoride and IQ that had been published by April 2021 found an association between fluoride and reduced IQ, including 18 of the 19 "high quality" studies that were at "low risk of bias." The NTP agreed that this is a "large body of evidence." *Trial Ex. 67 at xii-xiii; Trial Ex. 69 at 65; Grandjean Trial Tr. Vol. II, at 313:10-314:5 (*Feb. 1, 2024).

    B.  "[T]he **high-quality studies** (i.e., studies with low potential for bias) consistently demonstrate lower IQ scores with higher fluoride exposure [e.g., represented by populations whose total fluoride exposure approximates or exceeds the WHO Guidelines for Drinking-water Quality of 1.5 mg/L of fluoride] . . . . Although some studies that conducted multiple analyses observed within-study variations in results (e.g., differences between subsets of IQ tests), these variations were unique to individual studies and did not detract from the overall consistency in the findings that higher fluoride is associated with lower IQ scores." *Trial Ex. 67 at 47; Grandjean Trial Tr. Vol. II, at 314:7-315:8 (*Feb. 1, 2024).

    C.  "Taken together and considering the consistency in the results despite the variability across studies in which covariates were accounted for, bias due to **confounding is**

**not considered to be a concern** in the body of evidence." *Trial Ex. 67 at 49; Grandjean Trial Tr. Vol. II, at 316:4-317:3 (*Feb. 1, 2024).

D. "In general, there were **few, if any, risk-of-bias concerns regarding exposure characterization** in the low risk-of-bias studies. These studies mainly had individual exposure data based on urine or water measures with appropriate analyses. Although there are concerns related to using urine samples . . ., the evidence suggests that urinary fluoride is a reasonable measure of exposure." *Trial Ex. 67 at 51; Grandjean Trial Tr. Vol. II, at 317:4-24 (*Feb. 1, 2024).

E. "The low risk-of-bias studies have **few concerns regarding outcome assessment**. All 19 low risk of- bias studies used appropriate methods for measuring IQ in the study population being assessed, and blinding of outcome assessors was not a concern in 18 of the 19 studies . . . ." *Trial Ex. 67 at 51; Grandjean Trial Tr. Vol. II, at 318:18-319:10 (*Feb. 1, 2024).

F. "Although the high risk-of-bias studies may have more potential for bias due to confounding compared with the low risk-of-bias studies, the **consistent IQ findings across high and low risk-of-bias studies** indicate that the results cannot be explained solely by potential bias due to confounding." *Trial Ex. 67 at 51.*

G. "The consistency in direction of the association in the studies with heterogeneity in methods of exposure and outcome assessment in 5 different countries and accounting for a wide variety of covariates **all serve to rule out the possibility that there is a common factor other than fluoride exposure that can account for this outcome**." *Trial Ex. 69 at 66; Grandjean Trial Tr. Vol. II, at 319:14-21; 320:5-12 (*Feb. 1, 2024).

*The North American Birth Cohort Studies (ELEMENT & MIREC)*

17.   The NTP has recognized that "[s]everal of the highest quality studies showing lower IQs in children were done in optimally fluoridated (0.7 milligrams per liter) areas in Canada." *Grandjean Trial Tr. Vol. II, at 315:11-316:3 (*Feb. 1, 2024); Trial Ex 69 at 83. The

ELEMENT study in Mexico, which involved a population with salt fluoridation, had "comparable" urinary fluoride levels to the MIREC cohort in Canada. Trial Ex. 69 at 32.

18.     The analyses of fluoride and IQ in the ELEMENT and MIREC cohorts were both funded by the National Institutes of Health. As such, both studies (Bashash 2017 & Green 2019) had their methodologies vetted by the NIH prior to the studies being conducted. Further, both studies have undergone extensive peer review prior to being published. In addition, the results of the Green 2019 study were independently verified by three separate statisticians prior to being submitted for publication. *Hu Trial Tr. Vol. I, at 84:20-86:15 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 201:6-203:6 (*Feb. 1, 2024).

19.     It is undisputed that the ELEMENT and MIREC studies used state-of-the-art methodologies, including a longitudinal (prospective) design; extensive control for covariates, and individualized measurements of fluoride exposure during the prenatal period. *Undisputed Fact No. 10; Hu Trial Tr. Vol. I, at 95:2-96:5 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 205:6-11 (*Feb. 1, 2024); *Hu Trial Decl. (ECF No. 198-1) ¶¶ 14-22; Lanphear Trial Decl. (ECF No. 198-2) ¶¶ 37-44.*

20.     While the ELEMENT and MIREC studies have mostly focused on the impact of prenatal exposure, one study examined the impact of fluoridated water consumption during infancy and found that fluoride exposure during this period was also associated with IQ deficits later in life (Till 2020). *Lanphear Trial Tr. Vol. II, at 214:4-22 (*Feb. 1, 2024); *Lanphear Trial Decl. (ECF No. 198-2) ¶¶ 53-65.*

21.     According to the NTP, "Taken together, the three prospective cohort studies (based on two North American study populations) indicate consistency in results across different types of analysis and across two study populations that higher fluoride exposure during development is associated with lower IQ scores." Trial Ex. 67 at 41.

*Qualitative Dose-Response Assessment*

22.     According to EPA, "[a] dose response relationship is an extremely important measure of a chemical's effect." *Trial Ex. 17 at 46-47.* Dose-response evaluation is thus "a critical

part of the *qualitative* characterization of a chemical's potential to produce neurotoxicity." *Trial Ex. 17 at 2 (emphasis added).*

23.     The *qualitative* assessment of dose-response data informs whether neurotoxicity is a hazard of the chemical. *Trial Ex. 17 at 50.* This is distinct from the *quantitative* dose response analysis which EPA conducts to determine the "Point of Departure," or "Hazard Level." *Trial Ex. 17 at 2.*

24.     A dose-response relationship between fluoride and reduced IQ is supported by the prospective studies of prenatal fluoride and IQ in the ELEMENT and MIREC birth cohorts (Bashash 2017, Green 2019). *Trial Ex. 106; Trial Ex. 109.* Importantly, these studies found evidence of a linear dose response relationship after interrogating the data with both non-linear and linear models. *Hu Trial Tr. Vol. I, at 87:21-91:12 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 208:8-210:8 (*Feb. 1, 2024); *Hu Trial Decl. (ECF No. 198-1) ¶ 22; Lanphear Trial Decl. (ECF No. 198-2) ¶ 43; Hu Trial Testimony (ECF No. 239) at 56:17-57:14 & 73:14-74:3; Lanphear Trial Testimony (ECF No. 241) at 354:14-22.*

25.     A dose-response relationship between fluoride and reduced IQ is also supported by the dose-response analyses that the NTP conducted as part of its July 2022 meta-analysis. *Trial Ex. 68 at 2.* As with the ELEMENT and MIREC studies, the NTP utilized both non-linear, and linear models, and found that "the linear model was the best fit" for the dose-response relationship between urinary fluoride and IQ. *Trial Ex. 68 at 10; Grandjean Trial Tr. Vol. II, at 333:15-23 (*Feb. 1, 2024). The linear relationship between urine fluoride and IQ remained significant when the NTP restricted the studies to those looking at urine fluoride levels lower than 4 mg/L, 2 mg/L, and 1.5 mg/L. *Trial Ex. 68 at 10; Trial Ex. 68 at Supplemental Materials p. 38; Grandjean Trial Tr. Vol. II, at 333:15-23 (*Feb. 1, 2024).

26.     The dose-response relationship between fluoride and IQ gains additional support from the pooled analyses of the ELEMENT, MIREC, and Danish birth cohorts (Grandjean 2022; Grandjean 2023). *Trial Ex. 119; Trial Ex. 123.* These analyses, which benefit from the heightened statistical power and precision that comes from larger sample sizes, further support an inverse linear relationship between prenatal fluoride and reduced IQ. *Hu Trial Tr. Vol. I, at 111:9-112:16*

(Jan 31, 2024). The pooled analyses interrogated the dose-response relationship using non-linear models and found that a linear association was the best fit. *Grandjean Trial Tr. Vol. II, at 339:24-340:7 (*Feb. 1, 2024).

*Studies Published After NTP's Literature Date Cut-Off*

27.     NTP's May 2022 Monograph considered all studies published up through April 2021. Trial Ex. 67 at 12.

28.     The neurotoxicity of fluoride is supported by a recent expanded analysis of the ELEMENT cohort by Dr. Howard Hu and his team (Goodman 2022a). *Trial Ex. 115.* In the expanded analysis, Dr. Hu included approximately 100 additional mother-child pairs from the cohort, thus augmenting the power and robustness of the study. *Hu Trial Tr. Vol. I, at 94:11-18 (*Jan 31, 2024). Dr. Hu controlled for the same extensive set of covariates as he did in the first study (Bashash 2017), and found essentially the same results: i.e., an inverse association between maternal urinary fluoride and childhood IQ. *Hu Trial Tr. Vol. I, at 97:2-17 (*Jan 31, 2024). The association between fluoride and IQ persisted from age 4 through ages 6 to 12, thus providing further confidence that the association is real, and stable. *Hu Trial Tr. Vol. I, at 97:11-98:9 (*Jan 31, 2024). Further, the study found that the association between fluoride and IQ was most apparent in the non-verbal domains, which is consistent with the findings from the MIREC and PROGRESS cohorts. *Hu Trial Tr. Vol. I, at 97:13-17 & 98:10-99:15 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 219:24-220:23 & 221:2-18 (*Feb. 1, 2024).

29.     The findings of the Goodman 2022 study of the ELEMENT cohort provide further support for fluoride being a developmental neurotoxicant, including at the levels of exposure used for oral health purposes, such as water fluoridation. *Hu Trial Tr. Vol. I, at 105-2-9 (*Jan 31, 2024).

30.     The neurotoxicity of fluoride is also supported by additional analyses of the MIREC cohort by Dr. Bruce Lanphear and his team (Goodman 2022b; Hall 2023). *Trial Ex. 116; Trial Ex. 120.* In one analysis, Dr. Lanphear's team found that iodine deficiency in the mother magnified the inverse association between fluoride and IQ in boys, which provides further support for the concern that children born to women with iodine deficiencies are a particularly susceptible

population vis-à-vis fluoride neurotoxicity (Goodman 2022b). Trial Ex. 116; *Lanphear Trial Tr. Vol. II, at 219:4-23(*Feb. 1, 2024).

31.     Another analysis by Dr. Lanphear's team found that water fluoride levels are significantly associated with maternal *hypothyroidism* in the MIREC cohort (Hall 2023). *Trial Ex. 120; Lanphear Trial Tr. Vol. II, at 234:9-235:7 (*Feb. 1, 2024). This finding has important implications for neurotoxicity because it is undisputed that maternal hypothyroidism reduces the IQ of offspring, sometimes severely. *Lanphear Trial Tr. Vol. II, at 231:17-21 (*Feb. 1, 2024). According to the EPA, "thyroid hormones are essential for normal brain development in humans and hypothyroidism during fetal and early neonatal life may have profound effects on the developing brain." *Trial Ex. 18 at 40.*

32.     The results of Goodman (2022a) and Hall (2023) in the MIREC cohort are consistent with prior research linking fluoride exposure to thyroid alterations. Fluoride was once used therapeutically to lower thyroid function in individuals with hyperthyroidism (over-active thyroid), and in 2006, the National Research Council (NRC) determined that fluoride is an agent capable of disrupting thyroid function.  *Lanphear Trial Tr. Vol. II, at 224:4-225:15; 231:24-232:17 (*Feb. 1, 2024).

33.     The neurotoxicity of fluoride is further supported by other recent studies, including:

A.  A *prospective* study of the PROGRESS birth cohort in Mexico which found a significant, sex-specific association between maternal dietary intake of fluoride and impaired cognitive function among 2-year-old boys (Cantoral 2021). Trial Ex. 110; *Lanphear Trial Tr. Vol. II, at 221:22-222:16 (*Feb. 1, 2024). While the study did not observe a statistically significant association between fluoride and cognitive deficits at 1 year of age; when the results from the age 1 test and age 2 test were combined, the combined result was statistically significant. *Lanphear Trial Tr. Vol. II, at 221:22-222:16 (*Feb. 1, 2024).

B.  A neurodevelopmental study by Tulane and Duke scientists of an area in Ethiopia with high levels of fluoride in drinking water. Although the study only included 75 children, it was able to detect impairments in the children's ability

8

to perform complex or challenging drawing tasks as a function of fluoride exposure, with evidence of marked deterioration in drawing skills among children drinking water with 5 to 15 ppm fluoride in water (Godebo 2023). Trial Ex. 118 at Fig 2; *Grandjean Trial Tr. Vol. III, at 378:9-382:23  (*Feb. 1, 2024).

C. A study conducted in the United States, which found significant associations between childhood exposure to fluoride and internalizing symptoms (e.g., anxiety and depression) (Adkins 2022). Trial Ex. 112. The US-based study, of a cohort in Cincinnati, found the association between fluoride and internalizing symptoms to be most prominent in boys, thus further supporting sex-specific vulnerabilities, at least for certain outcomes in certain contexts. *Lanphear Trial Tr. Vol. II, at 240:24-241:23 (*Feb. 1, 2024).

34.     Various co-factors or susceptibilities can influence the impact or manifestation of neurotoxicants, and as such, it is to be expected that there will be some variability in results across studies of different populations. What may appear, therefore, to be a "contradictory" or discrepant result may, in fact, reflect unmeasured differences in cofactors that influence the course of a chemical's neurotoxicity. *Hu Trial Tr. Vol. I, at 102:22-104:24 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 242:21-243:9 (*Feb. 1, 2024); *Grandjean Trial Tr. Vol. II, at 328:14-23 (*Feb. 1, 2024).

35.     Several studies have been published since April 2021 which have failed to detect significant associations between low doses of fluoride and IQ and other neurodevelopmental outcomes (Dewey 2023; Do 2022; Grandjean 2023). *Trial Ex. 113; Trial Ex. 117; Trial Ex. 119.* The null findings in these studies can be explained in part by the general difficulty of detecting effects among populations with limited "exposure contrasts," particularly for health outcomes, like IQ, which are affected by many other factors. *Hu Trial Tr. Vol. I, at 114:8-115:6; 180:5-12 (*Jan 31, 2024); *Grandjean Trial Tr. Vol. II, at 337:14-339:8  (*Feb. 1, 2024). For example, whereas over 5% of women in the MIREC cohort had over 2.4 mg/L of (creatinine-adjusted) fluoride in their urine, only 3 of 837 mothers in the Danish cohort had this level of fluoride in their urine. *Grandjean Trial Tr. Vol. III, at 356:24-357:6 & 357:16-358:1 (*Feb. 2, 2024); Trial Ex. 108, Table S4; *Trial Ex. 119, Figure 2.*

36.     The null effect findings in the low dose studies can also be explained by methodological limitations that reduced the sensitivity of the studies to observe an effect. For example, the study by Do (2022) is at risk of substantial exposure imprecision due to a lack of individualized data on fluoride intake. *Grandjean Trial Tr. Vol. III, at 366:5-368:3 (*Feb. 2, 2024). Exposure imprecision creates "noise" in the data and generally has the effect of biasing the results toward the null. Trial Ex. *Hu Trial Tr. Vol. I, at 106:18-107:16 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 281:14-282:3 (*Feb. 1, 2024); *Grandjean Trial Tr. Vol. II, at 317:16-22 (*Feb. 1, 2024).

37.     The study by Dewey (2023) also suffers from potentially substantial exposure imprecision. Although the study was able to identify the fluoridation status of the community water supply during the course of the pregnancy, the study had no individualized data on tap water intake; urinary fluoride levels; other sources of fluoride intake; and no information on the length of time each mother had resided in fluoridated areas. *Grandjean Trial Tr. Vol. III, at 368:4-370:5 (*Feb. 2, 2024). Further, the exposure contrasts between the women in the study would be further minimized because the woman whose pregnancy occurred after fluoridation ended would likely still have elevated circulating fluoride levels in their body due to prior accumulation of fluoride in their bone. *Grandjean Trial Tr. Vol. III, at 370:6-371:7 (*Feb. 2, 2024). Fluoride that accumulates in bone enters the circulation during pregnancy due to the increased rate of bone mobilization that occurs to meet the demands for calcium by the growing fetus.  *Hu Trial Tr. Vol. I, at 121:4-20 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 221:22-222:16 (*Feb. 1, 2024).

38.     Lastly, one study published since April 2021 has reported results that are implausible on their face (Ibarluzea 2022). *Hu Trial Tr. Vol. I, at 111:4-6 (*Jan 31, 2024); *Grandjean Trial Tr. Vol. III, at 372:10-24 (*Feb. 2, 2024). The study, which was conducted in one of the seven cohorts from the Spanish INMA study, reported a 15-point increase in IQ with each milligram of fluoride in the mothers' urine. Although this study has several methodological strengths (e.g., a prospective cohort design, individual measurements of maternal urine, and adjustments for a large number of covariates), there are major issues with the study that warrant giving it significantly less weight in the hazard assessment. These problems include:

A.  The study never controlled for seafood, which contains elevated fluoride and is

known to increase IQ, despite having detailed data on the mothers' seafood intake. *Hu Trial Tr. Vol. I, at 99:25-100:1 & 110:20-111:3 (*Jan 31, 2024). It is well established that failing to control for seafood intake can create spurious impressions that a chemical that is contained in seafood (e.g., mercury) is increasing IQ. *Hu Trial Tr. Vol. I, at 100:18-101:8.* The Ibarluzea study's failure to control for seafood intake was particularly problematic because coastal areas of Spain have a very high intake of seafood. *Hu Trial Tr. Vol. I, at 101:9-18 & 110:8-111:3 (*Jan 31, 2024).

B.   The significant association between fluoride and IQ in boys was driven by the results in the *non*-fluoridated areas, where maternal fluoride was associated with a 28-point increase in IQ. It is not plausible that fluoride increases IQ in such a dramatic way. *Grandjean Trial Tr. Vol. III, at 372:20-24 (*Feb. 2, 2024); Trial Ex. 114 & Table S21.

C.   The very large beneficial association between maternal fluoride and IQ in boys disappeared entirely when the authors used a different metric of urinary fluoride content (i.e., milligrams of fluoride per liter of urine as opposed to milligrams of fluoride per gram of creatinine). While it is preferable to use creatinine-adjusted urinary levels, no plausible reason has been identified for why creatinine adjustment should have had such a dramatic effect on the results. *Hu Trial Tr. Vol. I, at 108:23-110:7 (*Jan 31, 2024); *Grandjean Trial Tr. Vol. III, at 372:25-373:22 (*Feb. 2, 2024).

39.   Based on the totality of the available data, neurotoxicity is a hazard of fluoride exposure. *Grandjean Trial Tr. Vol. II, at 335:23-336:6 (*Feb. 1, 2024).

**Quantitative Dose Response Analysis**

40.   If EPA has medium, or more, confidence that a chemical is associated with neurotoxicity, the EPA proceeds to identify a "Point of Departure" (aka "Hazard Level") through a Quantitative Dose Response Analysis. Barone Trial Tr. Vol. III, at 495:9-22 (Feb. 2, 2024).

41.     EPA's *Guidelines for Neurotoxicity Risk Assessment* recognize that prospective cohort studies allow "the direct estimate of risk attributed to a particular exposure." *Trial Ex. 17 at 17; Thiessen Trial Decl. (ECF No. 202-1) ¶ 45.*

42.     It is undisputed that the NIH-funded ELEMENT and MIREC birth cohort studies are high quality studies of fluoride neurotoxicity. It is also undisputed that the Danish OCC birth cohort study is a high-quality study. *Undisputed Fact No. 10.*

43.     A pooled BMCL analysis has been conducted of the ELEMENT, MIREC, and OCC cohorts (Grandjean 2023). *Trial Ex. 119.* The authors of these pooled analyses are leaders in the field of benchmark dose analysis, as evident by (A) EPA's reference to their work as an exemplar of BMCL analyses in the Agency's Benchmark Dose Technical Guidance manual, and (B) EPA's reliance on their BMCL analysis of other chemicals for standard-setting purposes. *Grandjean Trial Tr. Vol. II, at 287:16-288:18 (*Feb. 1, 2024); *Grandjean Trial Tr. Vol. III, at 479:25-480:20 (*Feb. 2, 2024).

44.     The pooled BMCL analyses of the ELEMENT, MIREC, and OCC cohorts sought to determine the level of fluoride in maternal urine that is associated with a 1-point drop in the IQ of the mothers' offspring. The studies concluded that the BMCL is less than **0.3 mg/L**. *Grandjean Trial Tr. Vol. II, at 339:13-23 (*Feb. 1, 2024).


**C.      HAZARD ASSESSMENT - EPA's PROPOSED FACTS**

45.     Reviews and studies published since the June 2020 trial raise further doubt that water fluoridation at 0.7 mg/L poses an unreasonable risk of human neurotoxicity.

**1.      Weight of the Scientific Evidence**

**a.      NTP Monograph**

46.     The two latest drafts of the NTP State of the Science Monograph both acknowledge that the science about potential effects of lower-dose fluoride exposure and children's IQ remains "<u>unclear</u>." The NTP authors define lower-dose fluoride exposure as < 1.5 mg/L, or less than double what is in the United States' water supply. Trial Ex. 67, at 92 (May 2022 draft); Trial Ex. 69, at 421 (September 2022 draft).

47.     The May 2022 and September 2022 drafts provide, in relevant part:

Associations between lower total fluoride exposure [e.g., represented by populations whose total fluoride exposure was lower than the WHO Guidelines for Drinking-Water Quality of 1.5 mg/L of fluoride (WHO 2017)] and children's IQ <u>remain unclear.</u> More studies at lower exposure levels are needed to fully understand potential associations in ranges typically found in the United States (i.e., < 1.5 mg/L in water).

*Id.* (emphasis added).

48.     In response to interagency review comments on the Monograph drafts, the NTP authors consistently repeated that the scientific literature about fluoride's potential effects below 1.5 mg/L is unclear. For example, the NTP authors wrote that they "tend to agree that studies of fluoride exposure at levels typically found in drinking water in the United States are inconclusive," and therefore that "more[] studies at lower exposure levels are needed to fully understand potential associations [at fluoride levels in drinking water] typically found in the United States (< 1.5 mg/L)." Trial Ex. 69, at 23, 421.

49.     The National Academy of Science, Engineering, and Medicine ("NASEM") committee that reviewed two earlier versions of the NTP monograph reached a similar conclusion, stating that the NTP "needs to emphasize that much of the evidence presented comes from studies that involve relatively high fluoride concentrations and that the monograph cannot be used to draw conclusions regarding low fluoride exposure concentrations (less than 1.5 mg/L), including those typically associated with drinking water fluoridation." Trial Ex. 654, at 1–2 (2021 NASEM Review). In its earlier review, NASEM also noted that "Although NTP did not conduct a formal dose-response assessment, it noted that effects on cognitive neurodevelopment were inconsistent at concentrations of about 0.03 – 1.5 ppm" in children. Trial Ex. 653, at 8 (2020 NASEM Review).

50.     The NTP Monograph drafts also conclude there is "low confidence" that fluoride exposure is associated with non-IQ, neurobehavioral and cognitive effects like attention-deficit/hyperactivity disorder ("ADHD"). Trial Ex. 67, at 95; Trial Ex. 69, at 425.

51.     The NTP Monograph drafts also conclude that there is "low confidence" that fluoride exposure is associated with adverse effects on adult cognition. *Id.*

52.     The NTP Monograph drafts also conclude that "[e]xisting animal studies provide little insight into the question of whether fluoride exposure affects IQ." *Id.*

53.     The NTP Monograph drafts also conclude that the "[h]uman mechanistic studies were too heterogeneous and limited in number to make any determination on biological plausibility." *Id.*

54.     The purpose of NTP's systematic review was not to determine whether the level of fluoride added to water for fluoridation (0.7 milligrams per liter) poses a risk of neurodevelopmental harm. Grandjean Trial Tr. Vol. III, at 446: 11–14 (Feb. 2, 2024).

55.     Plaintiffs' expert epidemiologist Dr. Grandjean agrees that the State of the Science Monograph is a high-quality review. *Id.* at 443:14–16.

56.     Dr. Grandjean also agrees with the monograph's conclusion that there is low confidence in the association between fluoride exposure and neurobehavioral effects (e.g., ADHD) in children. *Id.* at 443:17–24.

57.     Dr. Grandjean agrees that the studies looking at the association between neurobehavioral effects (e.g., ADHD) in children are methodologically less strong. *Id.* at 443:25–444:4

58.     Dr. Grandjean disagrees with the NTP authors' conclusion that studies of fluoride exposure levels typically found in drinking water in the United States are inconclusive. *Id.* at 447:11–15.

### b.     INMA IQ and ADHD studies

### i.     Results of the studies

59.     Since the first trial, a new prospective cohort study out of Spain examined the association between low doses of fluoride exposure on children's IQ. The peer-reviewed journal Environmental Research published the study in 2022. The lead author is Dr. Jesús Ibarluzea. Trial Ex. 114.

60.      The parties refer to the Spanish cohort has "INMA," which is short for Infancia y Medio Ambiente. Trial Ex. 114.

61.     The study focuses on a sub-cohort in the province of Gipuzkoa, which is the area of Spain that had an active community drinking water fluoridation program in place. Trial Ex. 114.

62.     The INMA IQ study examined the relationship between mothers' urinary fluoride concentration, adjusted for dilution, and their offsprings' intelligence scores. The study had a large sample size and controlled for relevant confounders, including maternal IQ. Trial Ex. 114.

63.     The INMA IQ study found no statistically significant adverse effect of fluoride on the IQ of boys, girls, or boys and girls combined. Trial Ex. 114.

64.     The INMA IQ study found a statistically significant beneficial association between maternal urinary fluoride and IQ outcomes by some measures. Trial Ex. 114.

65.     Since the first trial, another fluoride study from the INMA cohort was published in the journal Environmental Research that considered potential associations between prenatal maternal urinary fluoride and symptoms associated with ADHD in the offspring. Trial Ex. 114.

66.     The INMA ADHD study found no statistically significant adverse relationship between fluoride exposure and ADHD symptoms. Trial Ex. 114.

### ii.     Dr. Hu's Analysis

67.     Dr. Hu agrees that the INMA study, which was published in a well-regarded peer-reviewed journal, is a high-quality study, that should be considered when interpreting the sum of the literature. Hu Trial Tr. Vol. 1, at 137:5–19, 143:19–21, 159:4–9 (Jan. 31, 2024).

68.     There are relatively few studies that have assessed fluoride's potential neurotoxicity at levels found in optimally fluoridated areas (i.e., 0.7 milligrams per liter), especially regarding pregnant women. *Id.* at 142:17–23. Dr. Hu agrees that the INMA study is one of those few studies. *Id.* at 143:6–7.

69.     Dr. Hu's chief criticism of the INMA study's methodology is that the authors did not control for fish consumption, *id.* at 140:10–13, even though he is not aware of any fluoride study that has adjusted for seafood intake, *id.* at 142:8–11.

70.     Dr. Hu agrees that mercury is a biomarker of fish consumption and that the INMA study controlled for mercury levels in the cord blood. *Id.* at 140:17–141:10. He further agrees that controlling for mercury can act as a proxy for fish consumption. *Id.*

71.     Seafood intake is the primary source of mercury exposure in Spain. Grandjean Trial Tr. Vol III, at 461: 7–14 (Feb. 2, 2024).

72.     After controlling for mercury, the INMA study still did not find any statistically significant association between fluoride exposure and an adverse neurodevelopmental outcome. Hu Trial Tr. Vol 1, at 141:17–21 (Jan. 31, 2024). Further, controlling for mercury decreased the magnitude of the positive association between maternal urinary fluoride and boys' IQ found by the INMA study. *Id.* at 141:22–142:7.

73.     Dr. Hu's remaining reservations were not related to the INMA study's methodology but his "surprise" at its results. *Id.* at 139:6–140:9.

### iii.     Dr. Grandjean's analysis

74.     Dr. Grandjean would disregard Ibarluzea 2022. Grandjean Trial Tr. Vol. III, at 449: 21–24. He characterizes Ibarluzea 2022 as a pilot study and believes it looks like it was written by a PhD student. 448 4-9. But Dr. Grandjean also believes a different study, Godebo (2023), is a high-quality study despite it being titled a "pilot study" and having several other methodological weaknesses described below. *Id.* at 385:23–386:13.

75.     The NTP authors consider Ibarluzea 2022 a low-risk-of-bias study. *Id.* at 450:10–18. In fact, the NTP authors rated Ibarluzea 2022 as either a "definitely low-risk-of-bias" or "probably low-risk-of-bias" on each bias measurement. *Id.* at 450:7–453:3.

76.     Dr. Grandjean conducted BMCLs using data from the ELEMENT, MIREC, and OCC cohorts—both individually and in a pooled analysis—but would not even consider calculating a BMCL with the INMA data. *Id.* at 461:15–25.

77.     A confounding variable is a variable that is both associated with exposure measurement and the outcome measurement. *Id.* at 453:4–7.

78.     Regarding fluoride neurotoxicity, a confounding variable is something that would simultaneously be associated with both fluoride intake and IQ. *Id.* at 453:8–11.

79.     Whether fish intake is associated with cognitive performance depends on the kind of fish that a person is consuming. *Id.* at 458:12–15.

80.     Julvez (2016) used a semi-quantitative food frequency questionnaire to assess seafood consumption in the INMA cohort. *Id.* at 455:21–24.

81.     There are limitations to the precision of a food frequency questionnaire. *Id.* at 460:4–6.

82.     Dr. Grandjean is not an expert in what kinds of fish have elevated fluoride contents, *id.* at 458:19–22, nor is he certain that all kinds of seafood have elevated fluoride content. *Id.* at 458:23–25. Thus, Dr. Grandjean cannot say that all kinds of seafood intake would also influence fluoride intake. *Id.* at 459:9–12. Dr. Grandjean is uncertain if he would prefer to use a food frequency questionnaire—as used in Julvez (2016)—or a biomarker to account for seafood intake. *Id.* at 460:14–18.

83.     Jordi Sunyer is an author of the Ibarluzea (2022) paper. Dr. Sunyer is a highly respected epidemiologist. *Id.* at 449:12–14.

84.     Dr. Grandjean would listen to the judgments from experts on the relationship between seafood consumption and IQ like Jordi Sunyer and Jordi Julvez when determining how to control for seafood intake in the INMA study because they know about the circumstances in Spain. *Id.* at 460:19–461:6.

### c.     Odense Child Cohort (OCC)

85.     Grandjean (2023) is a recently published manuscript first authored by Dr. Grandjean and co-authored by Dr. Hu. Hu Trial Tr. Vol. 1, at 146:3–17 (Jan. 31, 2024); Trial Ex. 119. Grandjean (2023) both (1) examined the association between maternal fluoride exposure and child IQ in a cohort of 837 mother-child pairings ("OCC cohort") in Odense, Denmark, *id.* at 147:2–18, and (2) calculated a BMCL using the pooled data of the OCC, ELEMENT, and MIREC cohorts. *Id.*

86.     The fluoride concentration in public drinking water in Odense, Demark, is 0.2 to 0.3 mg/L. *Id.* at 148:9–13. However, the mean maternal urinary fluoride concentration, adjusted for creatinine, in the OCC cohort was 0.58 mg/L. *Id.* at 148:14–17. For comparison purposes, the

average maternal urinary fluoride concentration, adjusted for creatinine, in the ELEMENT cohort was 0.89 mg/L. *Id.* at 150:2–5. The average maternal urinary fluoride concentration, adjusted for specific gravity, in the MIREC cohort was 0.69 mg/L in the fluoridated areas. *Id.* at 151:3–152:9. Further, the ranges in the maternal urinary fluoride levels in the OCC cohort overlapped with those found in the ELEMENT and MIREC cohorts. *Id.* at 148:18–21.

87.     Correcting for urinary dilution can be accomplished through adjusting for creatinine or adjusting for specific gravity. *Id.* at 132:6–9; Grandjean Trial Tr. Vol. III, at 400:7–12 (Feb. 2, 2024). Both methods are commonly used to correct for urine dilution with little difference observed between the two methods (Till 2018). Lanphear Trial Tr. Vol. II, at 259:25–260:5 (Feb. 1, 2024); Hu Trial Tr. Vol. I, at 152:14–24 (Jan. 31, 2024) (agreeing that results from urine adjusted for creatinine and specific gravity are "highly equivalent"); *see also* Plaintiffs' Opening Statement Trial Tr. Vol. I, at 35:11–17 (Jan. 31, 2024) (describing the two methods as the "same thing").

88.     For example, Dr. Lanphear and his team chose the MIREC cohort's specific-gravity adjusted maternal urinary fluoride measurement for their primary analyses in both Green 2019 and Hall 2023 because of the larger sample size relative to the creatinine-adjusted measurements. Lanphear Trial Tr. Vol. II, at 260:6–13 (Feb. 1, 2024). Due to the larger sample size, Dr. Lanphear agrees that the mean specific gravity-adjusted urinary fluoride figure is likely more representative of the urinary fluoride levels used for the MIREC IQ studies than the mean creatinine-adjusted figure. *Id.* at 260:22–261:23.

89.     The OCC cohort exposure variable was maternal urinary fluoride adjusted for creatinine using data from the third trimester. Grandjean Trial Tr. Vol. III, at 400:2–6.

90.     Dr. Grandjean testified that the results of a study may change depending on whether the study adjusts for urinary dilution. *Id.* at 400:13–15. Dr. Grandjean further agrees that the results of a study are invalid if based on urinary data that is not adjusted for dilution. *Id.* at 404:17–19. Dr. Grandjean and the authors of OCC study did not check whether the study's results would have changed if they had not adjusted for urinary dilution. *Id.* at 401:17–21.

91.     Like the INMA study and nearly all the results of the MIREC IQ study Green 2019, Grandjean (2023) did not find any statistically significant negative association between maternal fluoride exposure and child IQ in the OCC cohort. Hu Trial Tr. Vol. 1, at 149:13–16 (Jan. 31, 2024). That is, the OCC study found no statistically significant adverse effect of fluoride on the IQ of boys, girls, or boys and girls combined. Trial Ex. 119.

92.     Grandjean (2023) also sought to predict the difference in child IQ for the OCC cohort if maternal urinary fluoride levels was doubled (i.e., to a mean of 1.16 milligrams per liter). *Id.* at 149:17–150:1. Grandjean (2023)'s comprehensive model, which looked only at mother-child pairings for which there were a complete set of covariate data, found that doubling the maternal urinary fluoride concentration did not predict a statistically significant decreased in the child IQ in the OCC cohort. *Id.* at 153:5–12; 155:2–8. Further, the comprehensive model predicted a slight, albeit not statistically significant, increase in IQ for boys as well as boys and girls combined. *Id.* at 155:9–13. Even focusing on just the twenty-four-hour samples, the comprehensive model still did not predict a statistically significant adverse association between maternal urinary fluoride and child IQ in the OCC cohort. *Id.* at 156:8–14.

93.     The OCC cohort uses the same methodology as was used in the ELEMENT and MIREC cohorts. Grandjean Trial Tr. Vol. III, 399:12–15 (Feb. 2, 2024)

94.     Dr. Hu agrees that the lack of a significant association between maternal urinary fluoride and child IQ found in the OCC cohort is not consistent with the findings of the ELEMENT studies. Hu Trial Tr. Vol. I, at 157:9–11 (Jan. 31, 2024).

95.     Dr. Hu agrees that the OCC study is a high-quality study and he has no major reservations about its results. *Id.* at 157:12–20.

96.     Dr. Grandjean believes the data in OCC cohort is "definitely" reliable. Grandjean Trial Tr. Vol. III, 399:16–400:1 (Feb 2, 2024). But he claims he did not find the OCC study interesting enough to publish it on its own, *id.* at 414:15–415:25, despite conceding that "[i]t could be relevant" on its own to the question of whether 0.7 mg/L of fluoridated water is developmental neurotoxicant, *id.* at 409:8–17. So instead, Dr. Grandjean only published the OCC

study in connection with a BMCL analysis that combined the OCC study with the ELEMENT and MIREC data. *Id.* at 415:1–25.

97.     Dr. Grandjean agrees there is no reason to discount the OCC study's applicability to the question of whether fluoridation at 0.7 mg/L is harmful. *Id.* at 408:9–24.

98.     Dr. Grandjean agrees that having data for only the third trimester is a "small weakness" in the OCC 2023 study. *Id.* at 411:2–10.

### d.      MIREC cohort

99.     The women in the MIREC cohort are primarily white and tend to be older, more educated, and more likely to be married and use prenatal vitamins than the Canadian population as a whole. Lanphear Trial Tr. Vol. 2, at 278:12–20 (Feb. 1, 2024). Dr. Lanphear agrees that these characteristics limit the generalizability of the findings of the MIREC studies to the Canadian population as a whole. *Id.* at 278:21–23. Dr. Lanphear further agrees that these same characteristics also limit the generalizability of these findings to the broader United States. *Id.* at 278:25–279:2.

### e.      Thyroid and Iodine Studies

#### i.      Hall (2023)

100.     One possible explanation for how fluoride might be a neurotoxicant is via disruption of the thyroid in a pregnant woman. Lanphear Trial Tr. Vol. 2, at 277:22–278:2 (Feb. 1, 2024).

101.     However, studies have produced little evidence supporting this claim. *See id.* 270:7–10, 272:23–273:3.

102.     For example, in Hall 2023, Dr. Lanphear and his team found no significant association between maternal urinary fluoride levels or daily fluoride intake and maternal hypothyroidism in the MIREC cohort. *Id.* at 264:16–265:21.

103.     While Dr. Lanphear found a significant association between fluoride concentration in public drinking water and maternal hypothyroidism, this finding provides little support for the claim that fluoride is a thyroid disruptor.

104.    Dr. Hu believes maternal urinary fluoride measurements provide a more accurate picture of fluoride exposure than concentrations of fluoride in community-level drinking water because the former integrates exposure from all sources. Hu Trial Tr. Vol. 1, at 131:21–132:1 (Jan. 31, 2024).

105.    In addition, the finding in Hall 2023 that water fluoride concentration is associated with hypothyroidism is based on a flawed methodology.

106.    Nearly 75% (79 out of 107) of the women classified as hypothyroid in the study were placed in that category based on a diagnosis that took place prior to their pregnancy and enrollment in the study. Lanphear Trial Tr. Vol. 2, at 268:4–23. However, the study only measured the women's exposure to fluoride in drinking water *during* pregnancy. *Id.* at 262:6–263:2, 267:12–19. It did not have any pre-pregnancy measurements of fluoride exposure. *Id.* at 267:20–268:3.

107.    Further, even though 62% of the Canadian population lives in non-fluoridated communities, *id.* at 280:8–18, the study did not control for the likelihood that some of the women in the cohort may have lived in a place where the water fluoride concentration differed from their place of residence during their pregnancy, *id.* at 268:24–269:9, 280:19–281:6. The study also did not control for the likelihood that some of the women may have been diagnosed with hypothyroidism long before, even years before they became pregnant. *Id.* at 269:10–20.

108.    As set forth in Hall 2023, Dr. Lanphear and his team also conducted a mediation analysis to examine whether maternal hypothyroidism explained the association between maternal fluoride exposure and child IQ they found in Green (2019). *Id.* at 277:4–278:2. However, this analysis failed to find that maternal hypothyroidism significantly mediated the relationship between fluoride exposure and child IQ. *Id.* at 278:3–11.

### ii.    Goodman (2022)

109.    Goodman (2022) is a recently published manuscript co-authored by Dr. Hu that examined the association between maternal fluoride exposure and child IQ. Hu Trial Tr. Vol. 1, 126:21–25 (Jan. 31, 2024); Trial Ex. 115. Goodman (2022) studied the ELEMENT cohort, which

1    is the same cohort studied in Bashash (2017). *Id.* at 127:1–4. Goodman (2022) used the same

2    methodology as Bashash (2017). *See generally id.* at 128:6–25.

3          110.    One primary objective of Goodman (2022) was to examine the longitudinal and

4    domain-specific effects of maternal fluoride exposure on child IQ. *Id.* at 129:1–6. In Bashash

5    (2017), Dr. Hu and his team looked at associations between maternal urinary fluoride levels and

6    full-scale IQ. *Id.* at 129:7–10. Goodman (2022) sought to expand that analysis by looking at the

7    two broad cognitive domains that make up full-scale IQ: verbal IQ and nonverbal IQ. *Id.* at

8    129:11–24.

9          111.    Another primary objective of Goodman (2022) was to examine the potential for

10   sex-specific effects based on findings in other studies, such as Green (2019), that boys may be

11   more susceptible to maternal fluoride exposure than girls. *Id.* at 143:22–144:6.

12         112.    In epidemiology, "replication" means following up on a body of research or even

13   a single study's findings to determine whether the same findings are found in a different

14   population using approximately the same methodology. *Id.* at 144:21–145:2. Replication is a key

15   consideration in the interpretation of epidemiologic research. *Id.* at 145:3–6. Outcomes

16   consistent with a prior claim increase confidence in that claim; outcomes inconsistent with a

17   prior claim decrease confidence in that claim. *Id.* at 145:7–12.

18         113.    Unlike Green (2019), Goodman (2022) did not find boys to be more vulnerable to

19   maternal fluoride exposure than girls. *Id.* at 144:18–19. Dr. Hu acknowledged that Goodman

20   (2022) was seeking to, but did not, replicate in the ELEMENT cohort the sex-specific findings

21   that Green (2019) found in the MIREC cohort. *Id.* at 145:13–20.

22         114.    Although Goodman (2022) found a statistically significant adverse association

23   between maternal urinary fluoride and nonverbal IQ, it did not find a significant association as it

24   relates to verbal IQ. *Id.* at 129:25–130:16. Because both studies concerned the same population

25   (the ELEMENT cohort) Goodman 2022 merely expanded on the findings of Bashash (2017), and

26   was not an attempt at replication. *Id.* at 145:21–23.

27

28

#### f.     Godebo 2023

115.    Dr. Grandjean emphasized a subset of the results from Godebo (2023), a study of a population in Ethiopia titled "Associations between fluoride exposure in drinking water and cognitive deficits in children: A pilot study." *Id.* at 380:17–15; Trial Ex. 118. Godebo (2023) looked at whether elevated fluoride exposure was associated with adverse performance on (1) children's ability to draw a house, a person, or a donkey; and (2) six Cambridge Neuropsychological Test Automated Battery Paired Associations Learning tests ("CANTAB PAL"). *Id.* at 387:5–388:9; 389:11–18.

116.    Godebo (2023) found elevated fluoride exposure lead to statistically significant adverse performance on one of the three drawing tests—a donkey—but no statistically significant association on the other two drawing tests—a person or a house. *Id.* at 386:22–388:9.

117.    Godebo (2023) found that, after adjusting for covariates, elevated fluoride exposure only had a statistically significant adverse effect on children's performance on one out of the six CANTAB PAL tests. *Id.* at 388:10–390:21.

118.    Godebo (2023) found no statistically significant interaction between fluoride in drinking water, the difficulty of the type of CANTAB PAL test, and the total errors made by the children. *Id.* at 391: 1–20.

119.    Dr. Grandjean testified that Godebo (2023) has a small sample size. Grandjean Trial Tr. Vol. III, 385:23–386:10 (Feb. 2, 2024). He further testified that some of the population studied in Godebo (2023) had very high levels of fluoride exposure—some as high as 15.5 mg/L. *Id.* at 386: 14–18.

#### 2.     Dose-Response Evidence

#### a.   Dr. Grandjean's 2023 BMCL

120.    Grandjean (2023) reports the results of the Danish OCC study and a BMCL calculation based on data from the ELEMENT, MIREC, and OCC cohorts. *Id.* at 413:7–12; Trial Ex. 119.

121.    Dr. Grandjean's BMC is the maternal urinary fluoride concentration—not the water fluoride concentration—that produces a 1-IQ point decrement. *Id.* at 416:14–18.

122.    The BMCL is the lower 95th confidence limit underneath the BMC, which is used because it is more health protective. *Id.* at 416:19–24.

123.    Grandjean (2023) reported a BMCL of 0.3 mg/L, which is lower than the average maternal urinary fluoride level of 0.58 mg/L in the Odense municipality, which does not fluoridate its water. *Id.* at 419:8–12.

124.    The primary BMC and BMCL calculations emphasized in Grandjean (2023) are based on a linear model. *Id.* at 418:23–419:1.

125.    Dr. Grandjean did not personally conduct the statistical analyses to create the BMCL calculations in Grandjean 2023. *Id.* at 416:2–13. Rather, they were performed by a post-doc named Alessandra Meddis and Professor Esben Budtz-Jorgenson. *Id.* at 416:2–11.

126.    Grandjean (2023) reported a BMC of 0.92 mg/L and a BMCL of 0.3 mg/L MUFcr using data from only the OCC cohort. *Id.* at 417:22–418:912.

### b.    Dr. Grandjean's 2022 BMCL

127.    Grandjean (2022) reports an earlier BMCL based on data from only the ELEMENT and MIREC cohorts.

128.    Dr. Grandjean did not carry out the statistical analyses himself. *Id.* at 420:8–17.

129.    Grandjean 2022 reports a BMCL of 0.2 mg/L maternal urinary fluoride based on a linear model. *Id.* at 420:18–22.

130.    Grandjean 2022 also reports a BMCL of 0.768 mg/L maternal urinary fluoride based on a squared model. *Id.* at 422:11–423:21.

131.    The Akaike Information Criterion ("AIC") is a measure of how well the data fits a particular model. *Id.* at 421:5–14. If an AIC score is within three points of each other, then the model fit is comparable. *Id.* at 423:16–18; 424:7–9. Nonetheless, the lower the AIC score, the better the model fit. *Id.* at 421:20–21.

132.    The AIC score for the linear model, which calculated a BMCL of .2 mg/L, was 4,770.1. *Id.* at 423:22–424:1. But the AIC score for the squared model, which calculated a BMCL of .768 mg/L, was 4,768.8. The AIC score for the squared model therefore was lower

than the AIC score for the linear model. The AIC scores, and thus the model fit, for the linear and squared models are, at minimum, comparable. *Id.* at 424:7–9.

133.    The size of the BMCL calculation is dependent on the assumption of the model shape. *Id.* at 424:13–17.

134.    The squared model assumes the shape of the dose-response relationship is curved. *Id.* at 424:10–12.

135.    While his 2022 BMCL calculation reported a squared model, Dr. Grandjean edited out the squared model from his 2023 BMCL calculation. *Id.* at 426:3–10.

### c.    NTP Meta-Analysis Manuscript

136.    The meta-analysis manuscript contains a forest plot that reports standardized mean difference (SMD) to standardize the effect estimate across studies that may use different kinds of IQ measures (e.g., Bayley), and different kinds of exposure measures (e.g., urinary fluoride). *Id.* at 393:14–394:1; Trial Ex. 068, at NIEHS_000417, NIEHS_000447.

137.    The SMDs for several of the studies considered were statistically insignificant. Trial Ex. 068, at NIEHS_000417, NIEHS_000447. For example, the SMDs for Bashash 2017 and Green 2019 were not statistically significant. *Id.* at 395:23–396:15; 465:20–466:13.

### d.    Bashash (2017)

138.    Grandjean (2023) used pooled data from the OCC, ELEMENT and MIREC cohorts to calculate a joint benchmark concentration lower confidence limit ("BMCL"). Trial Ex. 119. Hu Trial Tr. Vol. 1, at 159:19–160:5 (Jan. 31, 2024). Grandjean (2023) found a BMCL of 0.28 milligrams per liter based on a linear model. *Id.* at 160:11–14. However, Grandjean (2023) did not report any results based on a squared model. *Id.* at 160:15-20. A squared model is a type of non-linear model that assumes the shape of the relationship between the things being studied is curved. *Id.* at 160:21–161:1.

139.    In analyzing the association between maternal urinary fluoride exposure and child IQ in the ELEMENT cohort, Dr. Hu and his team ran both linear and non-linear models. *Id.* at 161:2–6. The nonlinear model suggested that there was no clear association between IQ scores for children ages 6 to 12 and maternal urinary fluoride levels below 0.8 milligrams per liter. *Id.*

at 161:7–13. However, the nonlinear model found a clear negative association between IQ and urinary fluoride levels above 0.8 milligrams per liter. *Id.* at 161:14–17. When plotted on a graph, the relationship was not straight lined but curved. *Id.* at 161:18–23; Trial Exhibit 106, at 106.009 (fig. 3(A)). In other words, the model suggested that there may be a nonlinear relationship between increases in maternal urinary fluoride levels and a negative association with child IQ. *Id.* at 161:24–162:4. In addition, there was a non-statistically significant improvement in the fit of the model when the ELEMENT study authors used a curved line instead of a straight line. *Id.* at 163:3–19.

140.    Dr. Hu and his team also ran a sensitivity analysis on the ages 6 to 12 data that incorporated as additional covariates the children's HOME score as well as the children's urinary fluoride levels. *Id.* at 163:20–164:8. The sensitivity analysis found no clear evidence of an association between IQ and maternal urinary fluoride levels below 1.0 milligrams per liter. *Id.* at 164:9–13. In other words, the evidence of nonlinearity actually became more pronounced when more covariates were included. *Id.* at 164:14–20; Trial Exhibit 106, at 106.009 (fig. 3(B)). In addition, the sensitivity analysis showed that there was a statistically significant improvement in the fit of the model when a curved line was used. *Id.* at 164:21–25, 165:25–166:3. Dr. Hu acknowledged that, for the children ages 6 to 12 in the ELEMENT cohort, a curvilinear relationship is a truer descriptor of the dose-response relationship. *Id.* at 166:8–167:10.

### e.  Green (2019)

141.    Dr. Lanphear and his team did not conduct any analysis, such as looking for a threshold, to determine whether there was a non-linear dose-response relationship in the MIREC cohort. Lanphear Trial Tr. Vol. 2, at 209:15–210:8 (Feb. 1, 2024).

### 3.    Blood-Brain Barrier

142.    In most cases, the expectation is that a substance must be able to cross the blood-brain barrier to be toxic to the brain. Hu Trial Tr. Vol. 1, at 168:16–19 (Jan. 31, 2024). Although maternal urinary fluoride seems to correlate with fluoride concentrations in serum that may pass the placenta, the amount of fluoride that reaches the fetal brain is unknown. *Id.* at 167:23–168:2.

Dr. Hu agrees that there is no research establishing how much fluoride reaches the fetal brain during human pregnancy. *Id.* at 168:20–23.

### 4. Malin (2023)

143.    Malin (2023) is a recently published manuscript that examined the urinary fluoride levels during the first and third trimesters of pregnancy in the MADRES cohort. Hu Trial Tr. Vol. 1, at 169:2–17 (Jan. 31, 2024); Trial Ex. 112.

144.    Malin et al. (2023) did not examine the association between maternal urinary fluoride levels and neurodevelopmental outcomes. *Id*. at 169:21–25.

145.    Malin et al. (2023) found that the cohort's mean urinary fluoride levels were 0.81 and 0.92 milligrams per liter in the first and third trimesters, respectively. *Id.* at 171:24–172:6. The higher urinary fluoride levels found in the third trimester could reflect changes in fluoride intake or differences in how pregnant women metabolize fluoride over time, but that issue has yet to be addressed by the scientific literature. *Id.* at 172:10–16.

146.    There is sparse data on biomarkers and patterns of fluoride exposure among pregnant women in the United States. *Id*. at 172:17–20. Aside from Malin et al. (2023), there are only one or two studies that cover this topic. *Id*. at 172:21–23. One of those studies, Abduweli (2020), found that a cohort of women in Northern and Central California had a mean specific-gravity adjusted maternal urinary fluoride level of 0.63 milligrams during the second trimester of pregnancy. *See generally id*. at 172:24–173:24.

147.    The MADRES cohort was predominantly comprised of low-income Hispanic women residing in urban Los Angeles, California. *Id*. at 169:18–20, 174:7-20. Approximately 80% of the women in the cohort identified as Hispanic or Latina. *Id.* at 174:10–12. In contrast, approximately 72% of the women in the United States are white non-Hispanic or black. *Id.* at 174:13–24. These differences in racial and ethnic makeup limit the ability to generalize the results of Malin et al. (2023) to the greater United States population. *Id.* at 175:7–11.

## II.    EXPOSURE ASSESSMENT

### A.    PLAINTIFFS' PROPOSED FACTS

148.    [Forthcoming]

**B.**      **EPA'S PROPOSED FACTS**

149.   [Forthcoming]

**III.     RISK CHARACTERIZATION**

**A.**      **PLAINTIFFS' PROPOSED FACTS**

150.   [Forthcoming]

**B.**      **EPA'S PROPOSED FACTS**

151.   [Forthcoming]

**IV.     RISK DETERMINATION**

**A.**      **PLAINTIFFS' PROPOSED FACTS**

152.   [Forthcoming]

**B.**      **EPA'S PROPOSED FACTS**

153.   [Forthcoming]

Date: February 5, 2024               Respectfully submitted,

                                     */s/ Michael Connett*
                                     MICHAEL CONNETT
                                     C. ANDREW WATERS
                                     WATERS, KRAUS & PAUL
                                     11601 Wilshire Blvd., Suite 1900
                                     Los Angeles, CA 90025
                                     Tel: (310) 414-8146

                                     *Attorneys for Plaintiffs*

Date: February 5, 2024               Respectfully Submitted,

                                     TODD KIM
                                     Assistant Attorney General

                                     */s/ Brandon N. Adkins*
                                     PAUL A. CAINTIC
                                     BRANDON N. ADKINS
                                     United States Department of Justice
                                     Environment & Natural Resources Division
                                     P.O. Box 7611
                                     Washington, D.C. 20044
                                     Tel: (202) 514-2593 (Caintic)
                                     Tel: (202) 616-9174 (Adkins)
                                     Fax: (202) 514-8865
                                     Paul.Caintic@usdoj.gov
                                     Brandon.Adkins@usdoj.gov

                                     ISMAIL J. RAMSEY
                                     United States Attorney

                                     MICHELLE LO
                                     Chief, Civil Division

                                     EMMET P. ONG
                                     Assistant United States Attorney
                                     1301 Clay Street, Suite 340S
                                     Oakland, California 94612-5217
                                     Tel: (510) 637-3929
                                     Fax: (510) 637-3724
                                     Emmet.Ong@usdoj.gov

                                     *Attorneys for Defendants*