**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

                Plaintiffs,

      v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

                Defendants.

Case No. 17-CV-02162-EMC

**SECOND JOINT ITERATIVE
PROPOSED FINDINGS OF FACT FOR
SECOND PHASE OF TRIAL**

    **A.**    **RISK EVALUATION FRAMEWORK - UNDISPUTED FACTS**

    1.    Risk assessment is the process by which scientific judgments are made concerning the potential for toxicity in humans. *Undisputed Fact # 11.*

    2.    The National Research Council (NRC, 1983) has defined risk assessment as including the following components: hazard assessment (including hazard identification & quantitative dose response analysis), exposure assessment, and risk characterization. *Undisputed Fact # 12.*

    3.    A risk evaluation under the Amended TSCA includes the three aforementioned steps of a risk assessment, as well as a fourth and final step: a risk determination.

    **B.**    **HAZARD ASSESSMENT - UNDISPUTED FACTS**

    4.    Hazard identification and dose-response analysis are two components of a hazard assessment. Barone Trial Tr. Vol. III, at 489:11–13, 495:5–8 (Feb. 2, 2024).

5.      Hazard identification is an adverse effect that is associated with a chemical exposure. *Id.* at 489:23–25.

6.      EPA reviews, searches, screens, and evaluates all studies related to different hazards to determine whether the data are sufficient or insufficient for identified adverse effects. *Id.* at 492:24–494:9.

7.      Proof of causation is not required to establish a hazard of neurotoxicity. *Id.* at 490:1–5.

8.      Based on all the studies evaluated in the hazard identification step, EPA identifies studies that are generally of high or medium quality to conduct a dose-response analysis. *Id.* at 494:21–495:8.

9.      The quantitative dose-response analysis is designed to identify a point of departure or POD. *Id.* at 495:9–14.

10.     There are three types of points of departure that EPA uses, in the following order of preference: a benchmark dose level or benchmark concentration level (BMDL or BMCL); a no observed adverse effect level (NOAEL); and a lowest observed adverse effect level (LOAEL). *Id.* at 495:23–496:25.

**B.      HAZARD ASSESSMENT - PLAINTIFFS' PROPOSED FACTS**

11.     Fluoride passes through the placenta and gets into the fetal brain. *Undisputed Fact No. 30; Grandjean Trial Tr. Vol. III, at 293:7-13 (Feb. 1, 2024)*.

12.     The developing brain during the in utero and neonatal period has a heightened vulnerability to the effects of chemical toxicants. *Grandjean Trial Tr. Vol. II, at 289:3-290:4; (Feb. 1, 2024); Grandjean Trial Decl. (ECF No 198-3) ¶¶ 38-40; Thiessen Trial Decl. (ECF No. 202-1) ¶ 159; Grandjean Trial Testimony (ECF No. 240) at 150:15-22 & 151:24-152:13; Lanphear Trial Testimony (ECF No. 241) at 349:5-8; Thayer Trial Testimony (ECF No. 241) at 440:18-441:1, 442:22-443.*

**Animal Data:**

13.     EPA agrees that effects observed in animals are relevant to humans unless human data counterindicate. *Undisputed Fact No. 28.*

14.     The National Research Council (NRC) of the National Academies of Science has concluded that fluoride interferes with the functions of the brain in animal studies. *Trial Ex. 13 at 221-222; Grandjean Trial Tr. Vol. II, at 294:6-21 (*Feb. 1, 2024).

15.     According to NTP's 2016 systematic review of the animal literature on fluoride, the research "suggests adverse effects on learning and memory in animal[s] exposed to fluoride." *Trial Ex. 553, p. vii.* The NTP characterized its confidence in the learning/memory studies as "moderate" for adult studies, and "low" for the (fewer) developmental studies. *Trial Ex. 553, p. vii.*

16.     Dr. Kristina Thayer, the lead author of NTP's 2016 review, testified that "moderate" is "typically a descriptor that you would use when, yes, there is some – some hazard there." *Thayer Trial Tr. (ECF No. 241) at 449:7-20 (June 10, 2020).*

17.     Although there is a debate about the extent to which the animal data can inform the association between fluoride and IQ in humans, it is undisputed that fluoride causes neurotoxic changes in the brains of laboratory animals. *Thiessen Trial Tr. Vol. V at 757:21-25 (Feb. 6, 2024).*

18.     The National Toxicology Program's 2022 *Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Systematic Review* [hereafter May 2022 Monograph] found that the majority of high-quality and low-dose animal studies on fluoride neurotoxicity have been able to detect adverse changes in the brain. *Thiessen Trial Tr. Vol. V at 758:5-759:16 & 759:22-760:9 (Feb. 6, 2024); Trial Ex. 67 at F4-F5.* For example, the NTP reports that "The majority of the low risk-of-bias studies (11 of 14 drinking water studies) found some histological change in the brain of rats or mice treated with fluoride at concentrations at or below 20ppm, of which eight studies reported histological changes in the brain at or below 10 ppm." *Trial Ex. 67 at F5.*

19.     Dr. Kristina Thayer, the Director of EPA's Chemical and Pollutant Division, testified that the animal data on fluoride "supports the biological plausibility of fluoride causing neurotoxic effects in humans." *Thayer Trial Testimony (ECF No. 241) at 450:9-13.* Dr. Grandjean

agrees with Dr. Thayer's assessment. *Grandjean Trial Tr. Vol. II, at 295:3-18 & 320:5-12 (*Feb. 1, 2024).

**Human Data**:

*NTP Assessment*

20.    The neurotoxicity of fluoride is supported by the findings in NTP's May 2022 Monograph, and NTP's comments related thereto. According to the NTP:

A.    The **"vast majority"** of the 72 epidemiological studies on fluoride and IQ that had been published by April 2021 found an association between fluoride and reduced IQ, including 18 of the 19 "high quality" studies that were at "low risk of bias." The NTP agreed that this is a "large body of evidence." *Trial Ex. 67 at xii-xiii; Trial Ex. 69 at 65; Grandjean Trial Tr. Vol. II, at 313:10-314:5 (*Feb. 1, 2024).

B.    "[T]he **high-quality studies** (i.e., studies with low potential for bias) consistently demonstrate lower IQ scores with higher fluoride exposure [e.g., represented by populations whose total fluoride exposure approximates or exceeds the WHO Guidelines for Drinking-water Quality of 1.5 mg/L of fluoride] . . . . Although some studies that conducted multiple analyses observed within-study variations in results (e.g., differences between subsets of IQ tests), these variations were unique to individual studies and did not detract from the overall consistency in the findings that higher fluoride is associated with lower IQ scores." *Trial Ex. 67 at 47; Grandjean Trial Tr. Vol. II, at 314:7-315:8 (*Feb. 1, 2024).

C.    "Taken together and considering the consistency in the results despite the variability across studies in which covariates were accounted for, bias due to **confounding is not considered to be a concern** in the body of evidence." *Trial Ex. 67 at 49; Grandjean Trial Tr. Vol. II, at 316:4-317:3 (*Feb. 1, 2024).

D.    "In general, there were **few, if any, risk-of-bias concerns regarding exposure characterization** in the low risk-of-bias studies. These studies mainly had individual exposure data based on urine or water measures with appropriate analyses. Although there are concerns related to using urine samples . . ., the

evidence suggests that urinary fluoride is a reasonable measure of exposure." *Trial Ex. 67 at 51; Grandjean Trial Tr. Vol. II, at 317:4-24 (*Feb. 1, 2024).

E.  "The low risk-of-bias studies have **few concerns regarding outcome assessment**. All 19 low risk of- bias studies used appropriate methods for measuring IQ in the study population being assessed, and blinding of outcome assessors was not a concern in 18 of the 19 studies . . . ." *Trial Ex. 67 at 51; Grandjean Trial Tr. Vol. II, at 318:18-319:10 (*Feb. 1, 2024).

F.  "Although the high risk-of-bias studies may have more potential for bias due to confounding compared with the low risk-of-bias studies, the **consistent IQ findings across high and low risk-of-bias studies** indicate that the results cannot be explained solely by potential bias due to confounding." *Trial Ex. 67 at 51.*

G.  "The consistency in direction of the association in the studies with heterogeneity in methods of exposure and outcome assessment in 5 different countries and accounting for a wide variety of covariates **all serve to rule out the possibility that there is a common factor other than fluoride exposure that can account for this outcome**." *Trial Ex. 69 at 66; Grandjean Trial Tr. Vol. II, at 319:14-21; 320:5-12 (*Feb. 1, 2024).

*Risk Sciences International (RSI)*

21.  Risk Sciences International (RSI), under contract with Health Canada, has conducted an extensive systematic review of the fluoride neurotoxicity literature. *Trial Ex. 129; Trial Ex. 131.* According to RSI: "**The overall evidence identified to date strongly suggests that fluoride can affect cognitive outcomes in children (specifically, reduction in IQ scores), at levels close to those currently seen in North American drinking water.**" Trial Ex. 131 at 1516.

22.  RSI's conclusion is based, in part, on a Bradford Hill causation analysis of the neurotoxicity literature. *Trial Ex. 131 at 1431-1447.* According to RSI: "The available evidence demonstrated a moderate to **strong magnitude (strength) of association** between fluoride and neurocognitive effects with **consistent** evidence across studies for the impact on childhood IQ at

fluoride exposures relevant to current North American drinking water levels. Focusing on high quality cohort studies, most of the evidence suggests a reduction in childhood IQ scores associated with fluoride levels, though results from one 2023 study in Spain (Ibarluzea et al. 2022) documented an improvement in specific cognitive domain scores in boys." *Trial Ex. 129 at 21.*

*The North American Birth Cohort Studies (ELEMENT & MIREC)*

23.   The NTP has recognized that "[s]everal of the highest quality studies showing lower IQs in children were done in optimally fluoridated (0.7 milligrams per liter) areas in Canada." *Grandjean Trial Tr. Vol. II, at 315:11-316:3 (*Feb. 1, 2024); Trial Ex 69 at 83. The ELEMENT study in Mexico, which involved a population with salt fluoridation, had "comparable" urinary fluoride levels to the MIREC cohort in Canada. Trial Ex. 69 at 32.

24.   Risk Sciences International, under contract with Health Canada, have also recognized the high quality of the ELEMENT and MIREC studies, noting: "The combined cohort represents high quality evidence partly based on a Canadian population, conducted within a context relevant to Canadian drinking water fluoride exposure levels. Both studies included prospective data collection, with prenatal exposure assessment (maternal urine collection over successive trimesters) and follow-up during the early life of the infants and children." *Trial Ex. 132 at 23.*

25.   The analyses of fluoride and IQ in the ELEMENT and MIREC cohorts were both funded by the National Institutes of Health. As such, both studies (Bashash 2017 & Green 2019) had their methodologies vetted by the NIH prior to the studies being conducted. Further, both studies have undergone extensive peer review prior to being published. In addition, the results of the Green 2019 study were independently verified by three separate statisticians prior to being submitted for publication. *Hu Trial Tr. Vol. I, at 84:20-86:15 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 201:6-203:6 (*Feb. 1, 2024).

26.   It is undisputed that the ELEMENT and MIREC studies used state-of-the-art methodologies, including a longitudinal (prospective) design; extensive control for covariates, and individualized measurements of fluoride exposure during the prenatal period. *Undisputed Fact No.*

*10; Hu Trial Tr. Vol. I, at 95:2-96:5 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 205:6-11 (*Feb. 1, 2024); *Hu Trial Decl. (ECF No. 198-1) ¶¶ 14-22; Lanphear Trial Decl. (ECF No. 198-2) ¶¶ 37-44.*

27.    While the ELEMENT and MIREC studies have mostly focused on the impact of prenatal exposure, one study examined the impact of fluoridated water consumption during infancy and found that fluoride exposure during this period was also associated with IQ deficits later in life (Till 2020). *Lanphear Trial Tr. Vol. II, at 214:4-22 (*Feb. 1, 2024); *Lanphear Trial Decl. (ECF No. 198-2) ¶¶ 53-65.*

28.    According to the NTP, "Taken together, the three prospective cohort studies (based on two North American study populations) indicate consistency in results across different types of analysis and across two study populations that higher fluoride exposure during development is associated with lower IQ scores." Trial Ex. 67 at 41.

*Qualitative Dose-Response Assessment*

29.    According to EPA, "[a] dose response relationship is an extremely important measure of a chemical's effect." *Trial Ex. 17 at 46-47.* Dose-response evaluation is thus "a critical part of the *qualitative* characterization of a chemical's potential to produce neurotoxicity." *Trial Ex. 17 at 2 (emphasis added).*

30.    The *qualitative* assessment of dose-response data informs whether neurotoxicity is a hazard of the chemical. *Trial Ex. 17 at 50.* This is distinct from the *quantitative* dose response analysis which EPA conducts to determine the "Point of Departure," or "Hazard Level." *Trial Ex. 17 at 2.*

31.    A dose-response relationship between fluoride and reduced IQ is supported by the prospective studies of prenatal fluoride and IQ in the ELEMENT and MIREC birth cohorts (Bashash 2017, Green 2019). *Trial Ex. 106; Trial Ex. 109.* Importantly, these studies found evidence of a linear dose response relationship after interrogating the data with both non-linear and linear models. *Hu Trial Tr. Vol. I, at 87:21-91:12 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 208:8-210:8 (*Feb. 1, 2024); *Hu Trial Decl. (ECF No. 198-1) ¶ 22; Lanphear Trial Decl. (ECF*

1    *No. 198-2) ¶ 43; Hu Trial Testimony (ECF No. 239) at 56:17-57:14 & 73:14-74:3; Lanphear Trial*

2    *Testimony (ECF No. 241) at 354:14-22.*

3        32.     A dose-response relationship between fluoride and IQ is further supported by RSI's

4    systematic review. According to RSI, "Significant increasing exposure- response relationships

5    between fluoride in drinking water and reduction in IQ scores were noted in seven epidemiologic

6    studies." *Trial Ex. 129 at 21.*

7        33.     The dose-response relationship between fluoride and IQ gains additional support

8    from the pooled analyses of the ELEMENT, MIREC, and Danish birth cohorts (Grandjean 2022;

9    Grandjean 2023). *Trial Ex. 119; Trial Ex. 123.* These analyses, which benefit from the heightened

10   statistical power and precision that comes from larger sample sizes, further support an inverse

11   linear relationship between prenatal fluoride and reduced IQ. *Hu Trial Tr. Vol. I, at 111:9-112:16*

12   *(*Jan 31, 2024). The pooled analyses interrogated the dose-response relationship using non-linear

13   models and found that a linear association was the best fit. *Grandjean Trial Tr. Vol. II, at 339:24-*

14   *340:7 (*Feb. 1, 2024).

15        34.     A dose-response relationship between fluoride and reduced IQ is also supported by

16   the dose-response analyses of group-level measures of fluoride that the NTP conducted as part of

17   its July 2022 meta-analysis. *Trial Ex. 68 at 2.* As with the ELEMENT and MIREC studies, the

18   NTP utilized both non-linear, and linear models, and found that "the linear model was the best fit"

19   for the dose-response relationship between urinary fluoride and IQ. *Trial Ex. 68 at 10; Grandjean*

20   *Trial Tr. Vol. II, at 333:15-23  (*Feb. 1, 2024). The linear relationship between urine fluoride and

21   IQ remained significant when the NTP restricted the studies to those looking at urine fluoride

22   levels lower than 4 mg/L, 2 mg/L, and 1.5 mg/L. *Trial Ex. 68 at 10; Trial Ex. 68 at Supplemental*

23   *Materials p. 38; Grandjean Trial Tr. Vol. II, at 333:15-23  (*Feb. 1, 2024).

24        35.     The NTP's dose-response analyses did not always show statistically significant

25   effects below the group average levels of 1.5 and 2.0 mg/L. *Trial Ex. 68, eTable 4 & eTable5.* The

26   lack of statistical significance at these lower levels was a result, in whole or in part, of the binary

27   group-level nature of the data. *Thiessen Trial Tr. Vol. VI at 951:3-959:2 (Feb. 7, 2024).* The factors

28   that make the Bashash 2017 and Green 2019 so valuable (e.g., individualized maternal urine

fluoride levels adjusted by covariates) were stripped away under the NTP's binary high-vs-low approach to the exposure allocation. *Thiessen Trial Tr. Vol. V at 758:5-759:16 & 759:22-760:9 (Feb. 6, 2024).*

*Studies Published After NTP's Literature Date Cut-Off*

36.     NTP's May 2022 Monograph considered all studies published up through April 2021. Trial Ex. 67 at 12.

37.     The neurotoxicity of fluoride is supported by a recent expanded analysis of the ELEMENT cohort by Dr. Howard Hu and his team (Goodman 2022a). *Trial Ex. 115.* In the expanded analysis, Dr. Hu included approximately 100 additional mother-child pairs from the cohort, thus augmenting the power and robustness of the study. *Hu Trial Tr. Vol. I, at 94:11-18 (*Jan 31, 2024). Dr. Hu controlled for the same extensive set of covariates as he did in the first study (Bashash 2017), and found essentially the same results: i.e., an inverse association between maternal urinary fluoride and childhood IQ. *Hu Trial Tr. Vol. I, at 97:2-17 (*Jan 31, 2024). The association between fluoride and IQ persisted from age 4 through ages 6 to 12, thus providing further confidence that the association is real, and stable. *Hu Trial Tr. Vol. I, at 97:11-98:9 (*Jan 31, 2024). Further, the study found that the association between fluoride and IQ was most apparent in the non-verbal domains, which is consistent with the findings from the MIREC and PROGRESS cohorts. *Hu Trial Tr. Vol. I, at 97:13-17 & 98:10-99:15 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 219:24-220:23 & 221:2-18 (*Feb. 1, 2024).

38.     The findings of the Goodman 2022 study of the ELEMENT cohort provide further support for fluoride being a developmental neurotoxicant, including at the levels of exposure used for oral health purposes, such as water fluoridation. *Hu Trial Tr. Vol. I, at 105-2-9 (*Jan 31, 2024).

39.     The neurotoxicity of fluoride is also supported by additional analyses of the MIREC cohort by Dr. Bruce Lanphear and his team (Goodman 2022b; Hall 2023). *Trial Ex. 116; Trial Ex. 120.* In one analysis, Dr. Lanphear's team found that iodine deficiency in the mother magnified the inverse association between fluoride and IQ in boys, which provides further support for the concern that children born to women with iodine deficiencies are a particularly susceptible

population vis-à-vis fluoride neurotoxicity (Goodman 2022b). Trial Ex. 116; *Lanphear Trial Tr. Vol. II, at 219:4-23 (*Feb. 1, 2024).

40.     Another analysis by Dr. Lanphear's team found that water fluoride levels are significantly associated with maternal *hypothyroidism* in the MIREC cohort (Hall 2023). *Trial Ex. 120; Lanphear Trial Tr. Vol. II, at 234:9-235:7 (*Feb. 1, 2024). This finding has important implications for neurotoxicity because it is undisputed that maternal hypothyroidism reduces the IQ of offspring, sometimes severely. *Lanphear Trial Tr. Vol. II, at 231:17-21 (*Feb. 1, 2024). According to the EPA, "thyroid hormones are essential for normal brain development in humans and hypothyroidism during fetal and early neonatal life may have profound effects on the developing brain." *Trial Ex. 18 at 40.*

41.     The results of Goodman (2022a) and Hall (2023) in the MIREC cohort are consistent with prior research linking fluoride exposure to thyroid alterations. Fluoride was once used therapeutically to lower thyroid function in individuals with hyperthyroidism (over-active thyroid), and in 2006, the National Research Council (NRC) determined that fluoride is an agent capable of disrupting thyroid function.  *Lanphear Trial Tr. Vol. II, at 224:4-225:15; 231:24-232:17 (*Feb. 1, 2024); *Thiessen Trial Tr. Vol. VI at 755:10-756:9 (Feb. 6, 2024).*

42.     The neurotoxicity of fluoride is further supported by other recent studies, including:

A. A *prospective* study of the PROGRESS birth cohort in Mexico which found a significant, sex-specific association between maternal dietary intake of fluoride and impaired cognitive function among 2-year-old boys (Cantoral 2021). Trial Ex. 110; *Lanphear Trial Tr. Vol. II, at 221:22-222:16 (*Feb. 1, 2024). While the study did not observe a statistically significant association between fluoride and cognitive deficits at 1 year of age; when the results from the age 1 test and age 2 test were combined, the combined result was statistically significant. *Lanphear Trial Tr. Vol. II, at 221:22-222:16 (*Feb. 1, 2024).

B. A neurodevelopmental study by Tulane and Duke scientists of an area in Ethiopia with high levels of fluoride in drinking water. Although the study only included 75 children, it was able to detect impairments in the children's ability

to perform complex or challenging drawing tasks as a function of fluoride exposure, with evidence of marked deterioration in drawing skills among children drinking water with 5 to 15 ppm fluoride in water (Godebo 2023). Trial Ex. 118 at Fig 2; *Grandjean Trial Tr. Vol. III, at 378:9-382:23  (*Feb. 1, 2024).

C. A study conducted in the United States, which found significant associations between childhood exposure to fluoride and internalizing symptoms (e.g., anxiety and depression) (Adkins 2022). Trial Ex. 112. The US-based study, of a cohort in Cincinnati, found the association between fluoride and internalizing symptoms to be most prominent in boys, thus further supporting sex-specific vulnerabilities, at least for certain outcomes in certain contexts. *Lanphear Trial Tr. Vol. II, at 240:24-241:23 (*Feb. 1, 2024).

43.   Various co-factors or susceptibilities can influence the impact or manifestation of neurotoxicants, and as such, it is to be expected that there will be some variability in results across studies of different populations. What may appear, therefore, to be a "contradictory" or discrepant result may, in fact, reflect unmeasured differences in cofactors that influence the course of a chemical's neurotoxicity. *Hu Trial Tr. Vol. I, at 102:22-104:24 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 242:21-243:9 (*Feb. 1, 2024); *Grandjean Trial Tr. Vol. II, at 328:14-23 (*Feb. 1, 2024).

44.   Several studies have been published since April 2021 which have failed to detect significant associations between low doses of fluoride and IQ and other neurodevelopmental outcomes (Dewey 2023; Do 2022; Grandjean 2023). *Trial Ex. 113; Trial Ex. 117; Trial Ex. 119.* The null findings in these studies can be explained in part by the general difficulty of detecting effects among populations with limited "exposure contrasts," particularly for health outcomes, like IQ, which are affected by many other factors. *Hu Trial Tr. Vol. I, at 114:8-115:6; 180:5-12 (*Jan 31, 2024); *Grandjean Trial Tr. Vol. II, at 337:14-339:8  (Feb. 1, 2024); Berridge Trial Tr. Vol. IV at 523:12- 24 & 525:2-526:13 (Feb. 5, 2024*). For example, whereas over 5% of women in the MIREC cohort had over 2.4 mg/L of (creatinine-adjusted) fluoride in their urine, only 3 of 837 mothers in the Danish cohort had this level of fluoride in their urine. *Grandjean Trial Tr. Vol. III, at 356:24-357:6 & 357:16-358:1 (*Feb. 2, 2024); Trial Ex. 108, Table S4; *Trial Ex. 119, Figure 2.*

45.    The null effect findings in the low dose studies can also be explained by methodological limitations that reduced the sensitivity of the studies to observe an effect. For example, the study by Do (2022) is at risk of substantial exposure imprecision due to a lack of individualized data on fluoride intake. *Grandjean Trial Tr. Vol. III, at 366:5-368:3 (*Feb. 2, 2024). Exposure imprecision creates "noise" in the data and generally has the effect of biasing the results toward the null. Trial Ex. *Hu Trial Tr. Vol. I, at 106:18-107:16 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 281:14-282:3 (*Feb. 1, 2024); *Grandjean Trial Tr. Vol. II, at 317:16-22 (*Feb. 1, 2024).

46.    The study by Dewey (2023) also suffers from potentially substantial exposure imprecision. Although the study was able to identify the fluoridation status of the community water supply during the course of the pregnancy, the study had no individualized data on tap water intake; urinary fluoride levels; other sources of fluoride intake; and no information on the length of time each mother had resided in fluoridated areas. *Grandjean Trial Tr. Vol. III, at 368:4-370:5 (*Feb. 2, 2024). Further, the exposure contrasts between the women in the study would be further minimized because the woman whose pregnancy occurred after fluoridation ended would likely still have elevated circulating fluoride levels in their body due to prior accumulation of fluoride in their bone. *Grandjean Trial Tr. Vol. III, at 370:6-371:7 (*Feb. 2, 2024). Fluoride that accumulates in bone enters the circulation during pregnancy due to the increased rate of bone mobilization that occurs to meet the demands for calcium by the growing fetus. *Hu Trial Tr. Vol. I, at 121:4-20 (*Jan 31, 2024); *Lanphear Trial Tr. Vol. II, at 221:22-222:16 (*Feb. 1, 2024).

47.    Lastly, one study published since April 2021 has reported results that are implausible on their face (Ibarluzea 2022). *Hu Trial Tr. Vol. I, at 111:4-6 (*Jan 31, 2024); *Grandjean Trial Tr. Vol. III, at 372:10-24 (*Feb. 2, 2024). The study, which was conducted in one of the seven cohorts from the Spanish INMA study, reported a 15-point increase in IQ with each milligram of fluoride in the mothers' urine. Although this study has several methodological strengths (e.g., a prospective cohort design, individual measurements of maternal urine, and adjustments for a large number of covariates), there are major issues with the study that warrant giving it significantly less weight in the hazard assessment. These problems include:

A.  The study never controlled for seafood, which contains elevated fluoride and is

known to increase IQ, despite having detailed data on the mothers' seafood intake. *Hu Trial Tr. Vol. I, at 99:25-100:1 & 110:20-111:3 (*Jan 31, 2024). It is well established that failing to control for seafood intake can create spurious impressions that a chemical that is contained in seafood (e.g., mercury) is increasing IQ. *Hu Trial Tr. Vol. I, at 100:18-101:8.* The Ibarluzea study's failure to control for seafood intake was particularly problematic because coastal areas of Spain have a very high intake of seafood. *Hu Trial Tr. Vol. I, at 101:9-18 & 110:8-111:3 (*Jan 31, 2024).

B.   The significant association between fluoride and IQ in boys was driven by the results in the *non*-fluoridated areas, where maternal fluoride was associated with a 28-point increase in IQ. It is not plausible that fluoride increases IQ in such a dramatic way. *Grandjean Trial Tr. Vol. III, at 372:20-24 (*Feb. 2, 2024); Trial Ex. 114 & Table S21.

C.   The very large beneficial association between maternal fluoride and IQ in boys disappeared entirely when the authors used a different metric of urinary fluoride content (i.e., milligrams of fluoride per liter of urine as opposed to milligrams of fluoride per gram of creatinine). While it is preferable to use creatinine-adjusted urinary levels, no plausible reason has been identified for why creatinine adjustment should have had such a dramatic effect on the results. *Hu Trial Tr. Vol. I, at 108:23-110:7 (*Jan 31, 2024); *Grandjean Trial Tr. Vol. III, at 372:25-373:22 (*Feb. 2, 2024).*

48.   Based on the totality of the available data, neurotoxicity is a hazard of fluoride exposure. *Grandjean Trial Tr. Vol. II, at 335:23-336:6 (*Feb. 1, 2024); *Thiessen Trial Tr. Vol. V at 767:13-769:4 (Feb. 6, 2024).*

**Quantitative Dose Response Analysis**

49.   If EPA has medium, or more, confidence that a chemical is associated with neurotoxicity, the EPA proceeds to identify a "Point of Departure" (aka "Hazard Level") through a Quantitative Dose Response Analysis. Barone Trial Tr. Vol. III, at 495:9-22 (Feb. 2, 2024).

50.     EPA's *Guidelines for Neurotoxicity Risk Assessment* recognize that prospective cohort studies allow "the direct estimate of risk attributed to a particular exposure." *Trial Ex. 17 at 17; Thiessen Trial Decl. (ECF No. 202-1) ¶ 45.*

51.     It is undisputed that the NIH-funded ELEMENT and MIREC birth cohort studies are high quality studies of fluoride neurotoxicity. *Undisputed Fact No. 10.* It is also undisputed that the Danish OCC birth cohort study is a high-quality study.

52.     A pooled BMCL analysis has been conducted of the ELEMENT and MIREC cohorts (Grandjean 2022), as well as of the ELEMENT, MIREC, and OCC cohorts (Grandjean 2023). *Trial Ex. 119.* The authors of these pooled analyses are leaders in the field of benchmark dose analysis, as evident by (A) EPA's reference to their work as an exemplar of BMCL analyses in the Agency's Benchmark Dose Technical Guidance manual, and (B) EPA's reliance on their BMCL analysis of other chemicals for standard-setting purposes. *Grandjean Trial Tr. Vol. II, at 287:16-288:18 (*Feb. 1, 2024); *Grandjean Trial Tr. Vol. III, at 479:25-480:20 (*Feb. 2, 2024).

53.     The pooled BMCL analyses of the birth cohorts have sought to determine the level of fluoride in maternal urine that is associated with a 1-point drop in the IQ of the mothers' offspring. *Grandjean Trial Tr. Vol. II, at 339:13-23 (*Feb. 1, 2024).

54.     As described by Risk Sciences International, "The choice of a BMR of 1 IQ point (corresponding to a 1% reduction from a mean IQ of 100) has been adopted as an appropriate benchmark on this endpoint by several regulatory bodies, including the US EPA and EFSA." *Trial Ex. 132 at 27.*

55.     EPA has recognized that the loss of 1 IQ point has a detrimental effect on lifetime earnings. In its regulatory impact analyses, EPA has relied upon data showing that a 1-point increase in IQ is associated with an increase in lifetime earnings in the range of 1.76 to 2.38 percent. *Trial Ex. 33 at 10-46; Trial Ex. 34 at ES-10.*

56.     The pooled BMCL analyses have found that a linear model provides the reasonably best fit for the data. The resulting BMCL is less than **0.3 mg/L** in maternal urine. *Trial Ex. 119, Trial Ex. 124.*

57.     Scientists at Risk Sciences International have converted the urine-based BMCL (0.192 mg F/L) from Grandjean 2022 into a BMCL for total fluoride intake (**=0.274 mg F/day**) as well as a BMCL for water fluoride level (**0.179 mg F/L**). *Trial Ex. 132 at 23-24.*

58.     According to the Risk Sciences International team, an alternative Point of Departure for the fluoride hazard level would be the water fluoride level (1.5 mg F/L) for which NTP expressed moderate confidence in a neurotoxicity hazard. *Trial Ex. 132 at 24.*

## C.     HAZARD ASSESSMENT - EPA'S PROPOSED FACTS

59.     The risk assessment is the scientific technical evaluation, encompassing the first three parts of this process, resulting in an unbiased, transparent, and reproducible description of the risk. Barone Trial Tr. Vol. IV, at 654:19-25 (Feb. 5, 2024). The risk determination is the final step of the risk evaluation process, where EPA summarizes its findings and makes a determination of whether a chemical does or does not present unreasonable risk. *Id.* at 655:1–11.

60.     EPA risk evaluations must meet the scientific standards under TSCA section 26, including weight of the scientific evidence and best available science. *Id.* at 651:20–25, 652:6–8 (Feb. 5, 2024). The term "weight of the scientific evidence" is supported by EPA's systematic analysis of the related information to support the Agency's findings. *Id.* at 651:22–652:5. The "best available science" means that TSCA risk evaluations need to be unbiased and objective, and the methodologies employed must be transparent and reproducible and generally peer reviewed. *Id.* at 652:6–16.

### 1.     Process of Hazard Assessment

61.     Hazard identification and dose-response analysis are two components of a hazard assessment. Barone Trial Tr. Vol. III, at 489:11–13, 495:5–8 (Feb. 2, 2024).

62.     Hazard identification is an adverse effect that is associated with a chemical exposure. *Id.* at 489:23–25.

63.     EPA reviews, searches, screens, and evaluates all studies related to different hazards to determine whether the data are sufficient or insufficient for identified adverse effects. *Id.* at 492:24–494:9.

64.     Proof of causation is not required to establish a hazard of neurotoxicity. *Id.* at 490:1–5.

65.     Based on all the studies evaluated in the hazard identification step, EPA identifies studies that are generally of high or medium quality to conduct a dose-response analysis. *Id.* at 494:21–495:8.

66.     Before moving to dose-response, EPA conducts a qualitative weight of the evidence analysis as part of the hazard assessment. Barone Trial Tr. Vol. IV, at 666:9–13 (Feb. 5, 2024). In this analysis EPA looks at animal, human, and mechanistic evidence for a given chemical for a particular critical effect (e.g., developmental neurotoxicity), synthesizes and integrates the data, and uses the Bradford Hill considerations to describe the weight of the scientific evidence. *Id.* at 658:12–20. In weighing the evidence, the Agency identifies key studies and endpoints or effects (e.g., IQ) in this step to carry forward to the dose-response analysis. *Id.* at 658:24–25, 659:15–19, 660:2–6.

67.     When weighing the scientific evidence in a hazard assessment, EPA does not require causation, but the Agency does look to the Bradford Hill causal framework to help inform the confidence in the association between the exposure and the endpoint of concern (e.g., neurotoxicity). *Id.* at 660:9–661:5.

68.     The quantitative dose-response analysis is designed to identify a point of departure or POD. Barone Trial Tr. Vol. III, at 495:9–14 (Feb. 2, 2024).

69.     There are three types of points of departure that EPA uses, in the following order of preference: a benchmark dose level or benchmark concentration level (BMDL or BMCL); a no observed adverse effect level (NOAEL); and a lowest observed adverse effect level (LOAEL). *Id.* at 495:23–496:25.

70.     In carrying forward studies from the weight of the scientific evidence analysis to dose-response, EPA looks at the strength of the evidence for a particular endpoint to determine how best to pick a point of departure. Barone Trial Tr. Vol. IV, at 661:18–662:13 (Feb. 5, 2024). EPA may have multiple endpoints to consider, along with multiple studies, and based on the data may determine, for example, that conducting a benchmark dose analysis on as single study, or

meta-analysis on a series of studies to determine the best point of departure for a dose-response analysis. *Id.* at 662:13–19. EPA is not focused on trying to derive the lowest point of departure for dose-response but is looking at a range of possible points of departure based on the strength of the evidence and where the data is the most robust or of highest quality. *Id.* at 662:5–9, 675:9–18.

71.     When selecting a point of departure for dose response, EPA looks at whether the study is the first to show evidence for a particular effect, whether there is supporting evidence, whether it has been replicated. *Id.* at 664:25–665:3. When the Agency has conflicting evidence the Agency must explain that conflicting evidence and the impact that may have on dose-response, and then decide based on the coherence and consistency whether or not to move forward to dose-response. *Id.* at 665:4–12.

72.     Using EPA's benchmark dose guidance, when deriving a point of departure based on BMDL or BMCL, EPA first selects the benchmark response rate (BMR) (e.g., 1 IQ point decrement). *Id.* at 667:17–20. It is best if the BMR is biologically informed. *Id.* at 668:4–5. After selecting a BMR, the Agency runs data through the benchmark dose software to see what the best model fit is—looking at both linear and nonlinear model types. *Id.* at 668:8–14. There are a multitude of goodness-of-fit tests, with the AIC score being just one of them. *Id.* at 668:15–20. EPA also recommends looking at the plotted the data with the different model curves, which may provide more information on which model fits best when goodness-of-fit metrics (e.g., AIC score) are similar. *Id.* at 668:25–669:13. For non-cancer outcomes EPA looks at all suitable models and interrogates all of them within without defaulting to one model (e.g., linear) over another. *Id.* at 669:14–22, 671:16–22. For each of the first 10 TSCA risk evaluations, EPA included all of the different model outputs and approaches that were employed, and described why it chose one model over another model. *Id.* at 670:1–8.

73.     When EPA selects a NOAEL or LOAEL as a point of departure, it is generally selecting it from single study based on a dose where the chemical substance is associated with no effect for a NOAEL, or an effect for a LOAEL. *Id.* at 672:4–13.

74.     If the selected dose is an internal dose, EPA needs to be able to convert it back to an external dose to conduct a risk evaluation, generally speaking in milligrams per kilogram per day (mg/kg/day) for the point of departure, so that the number can be compared to the exposure concentration. *Id.* at 672:14–673:4; 676:11–23.

75.     In 5 of the first 10 risk evaluations, EPA has used a Physiologically-based Pharmacokinetic (PBPK) model, oftentimes to go from an internal dose to an external dose. *Id.* at 673:13–18, 675:11–15. In risk evaluations where EPA did not use a PBPK model, the Agency was using animal studies and knew the external dose. *Id.* at 680:10-15. During pregnancy the PBPK model is more complicated due to numerous body changes during that time. *Id.* at 674:19–675-8.

76.     A reference dose or reference concentration is a hazard point of departure divided by uncertainty factors. It is an approach that is concerned about a hazard, but it is not a risk estimate as it does not take exposure into account. *Id.* at 679:1–8. Given a reference dose is not a risk estimate, EPA has not used it for any of the first 10 risk evaluations. *Id.* at 679:9–11.

77.     The hazard characterization describes the quantitative points of departure representing adverse outcomes that are associated with exposure to a particular chemical substance, as well as the qualitative strength of the evidence related to the hazards. *Id.* at 667:17–24. In this step, the Agency describes the confidence in particular outcomes (e.g., medium confidence). *Id.* at 666:23–25.

### 2.     Weight of the Scientific Evidence

78.     Reviews and studies published since the June 2020 trial raise further doubt that water fluoridation at 0.7 mg/L poses an unreasonable risk of human neurotoxicity.

### a.     NTP Monograph

79.     The two latest drafts of the NTP State of the Science Monograph both acknowledge that the science about potential effects of lower-dose fluoride exposure and children's IQ remains "<u>unclear</u>." The NTP authors define lower-dose fluoride exposure as < 1.5 mg/L, or less than double what is in the United States' water supply. Trial Ex. 67, at 92 (May 2022 draft); Trial Ex. 69, at 421 (September 2022 draft).

80.     The May 2022 and September 2022 drafts provide, in relevant part:

Associations between lower total fluoride exposure [e.g., represented by populations whose total fluoride exposure was lower than the WHO Guidelines for Drinking-Water Quality of 1.5 mg/L of fluoride (WHO 2017)] and children's IQ <u>remain unclear.</u> More studies at lower exposure levels are needed to fully understand potential associations in ranges typically found in the United States (i.e., < 1.5 mg/L in water).

*Id.* (emphasis added).

81.     The NTP authors have stressed that their "conclusions apply to total fluoride exposures, rather than to exposures exclusively through drinking water." Trial Ex. 69, at 21; Thiessen Trial Tr. Vol. V, at 829:15–18 (Feb. 6, 2024). That said, the NTP authors "tend to agree that studies of fluoride exposure at levels typically found in drinking water in the United States are inconclusive." Trial Ex. 69, at 21; Thiessen Trial Tr. Vol. V, at 832:17–833:2 (Feb. 6, 2024). The MIREC study, Green 2019, is the only high-quality prospective study in the draft monograph that evaluated a population exposed to fluoridated drinking water at levels typically found in the United States. Trial Ex. 69, at 21; Thiessen Trial Tr. Vol. V, at 830:22–831:5 (Feb. 6, 2024).

82.     In response to interagency review comments on the Monograph drafts, the NTP authors consistently repeated that the scientific literature about fluoride's potential effects below 1.5 mg/L is unclear. For example, the NTP authors wrote that they "tend to agree that studies of fluoride exposure at levels typically found in drinking water in the United States are inconclusive," and therefore that "more[] studies at lower exposure levels are needed to fully understand potential associations [at fluoride levels in drinking water] typically found in the United States (< 1.5 mg/L)." Trial Ex. 69, at 23, 421.

83.     A committee of the National Academy of Science, Engineering, and Medicine ("NASEM") reviewed two earlier versions of the NTP monograph. According to Dr. Brian Berridge, the former Scientific Director of NTP's Division of Translational Toxicology, the "fundamental question" asked of NASEM is whether "the evidence presented supports the conclusion that was made." Berridge Trial Tr. Vol. IV, at 515:20–516:2, 527:17–25. (Feb. 5, 2024). NASEM recommended that NTP remove the monograph's hazard classification for

fluoride (i.e., that fluoride is a neurotoxin) because the evidence did not support that conclusion. *Id.* at 546:21–25; *see also id.* 532:1–17, 540:5–16. NTP agreed to do so because, according to Dr. Berridge, it was "much more fair to the evidence." *Id.* at 532:18–25.

84. The NASEM committee also concurred with the interagency comments, stating that the NTP "needs to emphasize that much of the evidence presented comes from studies that involve relatively high fluoride concentrations and that the monograph cannot be used to draw conclusions regarding low fluoride exposure concentrations (less than 1.5 mg/L), including those typically associated with drinking water fluoridation." Trial Ex. 654, at 1–2 (2021 NASEM Review). In its earlier review, NASEM also noted that "Although NTP did not conduct a formal dose-response assessment, it noted that effects on cognitive neurodevelopment were inconsistent at concentrations of about 0.03 – 1.5 ppm" in children. Trial Ex. 653, at 8 (2020 NASEM Review).

85. The NTP Monograph drafts also conclude there is "low confidence" that fluoride exposure is associated with non-IQ, neurobehavioral and cognitive effects like attention-deficit/hyperactivity disorder ("ADHD"). Trial Ex. 67, at 95; Trial Ex. 69, at 425.

86. The NTP Monograph drafts also conclude that there is "low confidence" that fluoride exposure is associated with adverse effects on adult cognition. *Id.*

87. The NTP Monograph drafts also conclude that "[e]xisting animal studies provide little insight into the question of whether fluoride exposure affects IQ." *Id.*

88. The NTP Monograph drafts also conclude that the "[h]uman mechanistic studies were too heterogeneous and limited in number to make any determination on biological plausibility." *Id.*

89. The purpose of NTP's systematic review was not to determine whether the level of fluoride added to water for fluoridation (0.7 milligrams per liter) poses a risk of neurodevelopmental harm. Grandjean Trial Tr. Vol. III, at 446: 11–14 (Feb. 2, 2024).

90. Plaintiffs' expert epidemiologist Dr. Grandjean agrees that the State of the Science Monograph is a high-quality review. *Id.* at 443:14–16.

91.     Dr. Grandjean also agrees with the monograph's conclusion that there is low confidence in the association between fluoride exposure and neurobehavioral effects (e.g., ADHD) in children. *Id.* at 443:17–24.

92.     Dr. Grandjean agrees that the studies looking at the association between neurobehavioral effects (e.g., ADHD) in children are methodologically less strong. *Id.* at 443:25–444:4

93.     Dr. Grandjean disagrees with the NTP authors' conclusion that studies of fluoride exposure levels typically found in drinking water in the United States are inconclusive. *Id.* at 447:11–15.

### b.     INMA IQ and ADHD studies

#### i.     Results of the studies

94.     Since the first trial, a new prospective cohort study out of Spain examined the association between low doses of fluoride exposure on children's IQ. The peer-reviewed journal Environmental Research published the study in 2022. The lead author is Dr. Jesús Ibarluzea. Trial Ex. 114.

95.      The parties refer to the Spanish cohort has "INMA," which is short for Infancia y Medio Ambiente. Trial Ex. 114.

96.     The study focuses on a sub-cohort in the province of Gipuzkoa, which is the area of Spain that had an active community drinking water fluoridation program in place. Trial Ex. 114.

97.     The INMA IQ study examined the relationship between mothers' urinary fluoride concentration, adjusted for dilution, and their offsprings' intelligence scores. The study had a large sample size and controlled for relevant confounders, including maternal IQ. Trial Ex. 114.

98.     The INMA IQ study found no statistically significant adverse effect of fluoride on the IQ of boys, girls, or boys and girls combined. Trial Ex. 114.

99.     The INMA IQ study found a statistically significant beneficial association between maternal urinary fluoride and IQ outcomes by some measures. Trial Ex. 114.

100.    Since the first trial, another fluoride study from the INMA cohort was published in the journal Environmental Research that considered potential associations between prenatal maternal urinary fluoride and symptoms associated with ADHD in the offspring. Trial Ex. 114.

101.    The INMA ADHD study found no statistically significant adverse relationship between fluoride exposure and ADHD symptoms. Trial Ex. 114.

### ii.    Dr. Hu's Analysis

102.    Dr. Hu agrees that the INMA study, which was published in a well-regarded peer-reviewed journal, is a high-quality study, that should be considered when interpreting the sum of the literature. Hu Trial Tr. Vol. 1, at 137:5–19, 143:19–21, 159:4–9 (Jan. 31, 2024).

103.    There are relatively few studies that have assessed fluoride's potential neurotoxicity at levels found in optimally fluoridated areas (i.e., 0.7 milligrams per liter), especially regarding pregnant women. *Id.* at 142:17–23. Dr. Hu agrees that the INMA study is one of those few studies. *Id.* at 143:6–7.

104.    Dr. Hu's chief criticism of the INMA study's methodology is that the authors did not control for fish consumption, *id.* at 140:10–13, even though he is not aware of any fluoride study that has adjusted for seafood intake, *id.* at 142:8–11.

105.    Dr. Hu agrees that mercury is a biomarker of fish consumption and that the INMA study controlled for mercury levels in the cord blood. *Id.* at 140:17–141:10. He further agrees that controlling for mercury can act as a proxy for fish consumption. *Id.*

106.    Seafood intake is the primary source of mercury exposure in Spain. Grandjean Trial Tr. Vol III, at 461: 7–14 (Feb. 2, 2024).

107.    After controlling for mercury, the INMA study still did not find any statistically significant association between fluoride exposure and an adverse neurodevelopmental outcome. Hu Trial Tr. Vol 1, at 141:17–21 (Jan. 31, 2024). Further, controlling for mercury decreased the magnitude of the positive association between maternal urinary fluoride and boys' IQ found by the INMA study. *Id.* at 141:22–142:7.

108.    Dr. Hu's remaining reservations were not related to the INMA study's methodology but his "surprise" at its results. *Id.* at 139:6–140:9.

1

### iii.   Dr. Grandjean's analysis

2    109.    Dr. Grandjean would disregard Ibarluzea 2022. Grandjean Trial Tr. Vol. III, at

3    449: 21–24. He characterizes Ibarluzea 2022 as a pilot study and believes it looks like it was

4    written by a PhD student. 448 4-9. But Dr. Grandjean also believes a different study, Godebo

5    (2023), is a high-quality study despite it being titled a "pilot study" and having several other

6    methodological weaknesses described below. *Id.* at 385:23–386:13.

7    110.    The NTP authors consider Ibarluzea 2022 a low-risk-of-bias study. *Id.* at 450:10–

8    18. In fact, the NTP authors rated Ibarluzea 2022 as either a "definitely low-risk-of-bias" or

9    "probably low-risk-of-bias" on each bias measurement. *Id.* at 450:7–453:3.

10    111.    Dr. Grandjean conducted BMCLs using data from the ELEMENT, MIREC, and

11    OCC cohorts—both individually and in a pooled analysis—but would not even consider

12    calculating a BMCL with the INMA data. *Id.* at 461:15–25.

13    112.    A confounding variable is a variable that is both associated with exposure

14    measurement and the outcome measurement. *Id.* at 453:4–7.

15    113.    Regarding fluoride neurotoxicity, a confounding variable is something that would

16    simultaneously be associated with both fluoride intake and IQ. *Id.* at 453:8–11.

17    114.    Whether fish intake is associated with cognitive performance depends on the kind

18    of fish that a person is consuming. *Id.* at 458:12–15.

19    115.    Julvez (2016) used a semi-quantitative food frequency questionnaire to assess

20    seafood consumption in the INMA cohort. *Id.* at 455:21–24.

21    116.    There are limitations to the precision of a food frequency questionnaire. *Id.* at

22    460:4–6.

23    117.    Dr. Grandjean is not an expert in what kinds of fish have elevated fluoride

24    contents, *id.* at 458:19–22, nor is he certain that all kinds of seafood have elevated fluoride

25    content. *Id.* at 458:23–25. Thus, Dr. Grandjean cannot say that all kinds of seafood intake would

26    also influence fluoride intake. *Id.* at 459:9–12. Dr. Grandjean is uncertain if he would prefer to

27    use a food frequency questionnaire—as used in Julvez (2016)—or a biomarker to account for

28    seafood intake. *Id.* at 460:14–18.

118.    Jordi Sunyer is an author of the Ibarluzea (2022) paper. Dr. Sunyer is a highly respected epidemiologist. *Id.* at 449:12–14.

119.    Dr. Grandjean would listen to the judgments from experts on the relationship between seafood consumption and IQ like Jordi Sunyer and Jordi Julvez when determining how to control for seafood intake in the INMA study because they know about the circumstances in Spain. *Id.* at 460:19–461:6.

### c.    Odense Child Cohort (OCC)

120.    Grandjean (2023) is a recently published manuscript first authored by Dr. Grandjean and co-authored by Dr. Hu. Hu Trial Tr. Vol. 1, at 146:3–17 (Jan. 31, 2024); Trial Ex. 119. Grandjean (2023) both (1) examined the association between maternal fluoride exposure and child IQ in a cohort of 837 mother-child pairings ("OCC cohort") in Odense, Denmark, *id.* at 147:2–18, and (2) calculated a BMCL using the pooled data of the OCC, ELEMENT, and MIREC cohorts. *Id.*

121.    The fluoride concentration in public drinking water in Odense, Demark, is 0.2 to 0.3 mg/L. *Id.* at 148:9–13. However, the mean maternal urinary fluoride concentration, adjusted for creatinine, in the OCC cohort was 0.58 mg/L. *Id.* at 148:14–17. For comparison purposes, the average maternal urinary fluoride concentration, adjusted for creatinine, in the ELEMENT cohort was 0.89 mg/L. *Id.* at 150:2–5. The average maternal urinary fluoride concentration, adjusted for specific gravity, in the MIREC cohort was 0.69 mg/L in the fluoridated areas. *Id.* at 151:3–152:9. Further, the ranges in the maternal urinary fluoride levels in the OCC cohort overlapped with those found in the ELEMENT and MIREC cohorts. *Id.* at 148:18–21.

122.    Correcting for urinary dilution can be accomplished through adjusting for creatinine or adjusting for specific gravity. *Id.* at 132:6–9; Grandjean Trial Tr. Vol. III, at 400:7–12 (Feb. 2, 2024). Both methods are commonly used to correct for urine dilution with little difference observed between the two methods (Till 2018). Lanphear Trial Tr. Vol. II, at 259:25–260:5 (Feb. 1, 2024); Hu Trial Tr. Vol. I, at 152:14–24 (Jan. 31, 2024) (agreeing that results from urine adjusted for creatinine and specific gravity are "highly equivalent"); *see also* Plaintiffs'

Opening Statement Trial Tr. Vol. I, at 35:11–17 (Jan. 31, 2024) (describing the two methods as the "same thing").

123.    For example, Dr. Lanphear and his team chose the MIREC cohort's specific-gravity adjusted maternal urinary fluoride measurement for their primary analyses in both Green 2019 and Hall 2023 because of the larger sample size relative to the creatinine-adjusted measurements. Lanphear Trial Tr. Vol. II, at 260:6–13 (Feb. 1, 2024). Due to the larger sample size, Dr. Lanphear agrees that the mean specific gravity-adjusted urinary fluoride figure is likely more representative of the urinary fluoride levels used for the MIREC IQ studies than the mean creatinine-adjusted figure. *Id.* at 260:22–261:23.

124.    The OCC cohort exposure variable was maternal urinary fluoride adjusted for creatinine using data from the third trimester. Grandjean Trial Tr. Vol. III, at 400:2–6.

125.    Dr. Grandjean testified that the results of a study may change depending on whether the study adjusts for urinary dilution. *Id.* at 400:13–15. Dr. Grandjean further agrees that the results of a study are invalid if based on urinary data that is not adjusted for dilution. *Id.* at 404:17–19. Dr. Grandjean and the authors of OCC study did not check whether the study's results would have changed if they had not adjusted for urinary dilution. *Id.* at 401:17–21.

126.    Like the INMA study and nearly all the results of the MIREC IQ study Green 2019, Grandjean (2023) did not find any statistically significant negative association between maternal fluoride exposure and child IQ in the OCC cohort. Hu Trial Tr. Vol. 1, at 149:13–16 (Jan. 31, 2024). That is, the OCC study found no statistically significant adverse effect of fluoride on the IQ of boys, girls, or boys and girls combined. Trial Ex. 119.

127.    Grandjean (2023) also sought to predict the difference in child IQ for the OCC cohort if maternal urinary fluoride levels was doubled (i.e., to a mean of 1.16 milligrams per liter). *Id.* at 149:17–150:1. Grandjean (2023)'s comprehensive model, which looked only at mother-child pairings for which there were a complete set of covariate data, found that doubling the maternal urinary fluoride concentration did not predict a statistically significant decreased in the child IQ in the OCC cohort. *Id.* at 153:5–12; 155:2–8. Further, the comprehensive model predicted a slight, albeit not statistically significant, increase in IQ for boys as well as boys and

girls combined. *Id.* at 155:9–13. Even focusing on just the twenty-four-hour samples, the comprehensive model still did not predict a statistically significant adverse association between maternal urinary fluoride and child IQ in the OCC cohort. *Id.* at 156:8–14.

128.     The OCC cohort uses the same methodology as was used in the ELEMENT and MIREC cohorts. Grandjean Trial Tr. Vol. III, 399:12–15 (Feb. 2, 2024)

129.     Dr. Hu agrees that the lack of a significant association between maternal urinary fluoride and child IQ found in the OCC cohort is not consistent with the findings of the ELEMENT studies. Hu Trial Tr. Vol. I, at 157:9–11 (Jan. 31, 2024).

130.     Dr. Hu agrees that the OCC study is a high-quality study and he has no major reservations about its results. *Id.* at 157:12–20.

131.     Dr. Grandjean believes the data in OCC cohort is "definitely" reliable. Grandjean Trial Tr. Vol. III, 399:16–400:1 (Feb 2, 2024). But he claims he did not find the OCC study interesting enough to publish it on its own, *id.* at 414:15–415:25, despite conceding that "[i]t could be relevant" on its own to the question of whether 0.7 mg/L of fluoridated water is developmental neurotoxicant, *id.* at 409:8–17. So instead, Dr. Grandjean—knowing that it had failed to show a significant association between fluoride exposure and child IQ—only published the OCC study in connection with a BMCL analysis that combined the OCC study with the ELEMENT and MIREC data. *Id.* at 415:1–416:1; Hu Trial Tr. Vol. 1, at 158:8–12.

132.     Dr. Grandjean agrees there is no reason to discount the OCC study's applicability to the question of whether fluoridation at 0.7 mg/L is harmful. *Id.* at 408:9–24.

133.     Dr. Grandjean agrees that having data for only the third trimester is a "small weakness" in the OCC 2023 study. Grandjean Trial Tr. Vol. III, at 411:2–10 (Feb. 2, 2024).

### d.    MIREC cohort

134.     The women in the MIREC cohort are primarily white and tend to be older, more educated, and more likely to be married and use prenatal vitamins than the Canadian population as a whole. Lanphear Trial Tr. Vol. 2, at 278:12–20 (Feb. 1, 2024). Dr. Lanphear agrees that these characteristics limit the generalizability of the findings of the MIREC studies to the Canadian population as a whole. *Id.* at 278:21–23. Dr. Lanphear further agrees that these same

characteristics also limit the generalizability of these findings to the broader United States. *Id.* at 278:25–279:2.

e.     **Dr. Savitz's Assessment of the Four Prospective Cohorts**

135.     In Dr. Savitz's opinion, the fluoride epidemiological literature does not support there being an adverse association between water fluoride exposure at 0.7 mg/L and neurodevelopment. Savitz Trial Tr. Vol. IV, at 1021:3–10 (Feb. 7, 2024). To come to that opinion, Dr. Savitz focused on what he viewed as the most informative studies in the relevant range of interest, i.e., under 1.5 mg/L. *Id.* at 1021:3–20.

136.     Dr. Savitz was "strictly focused on the methodology" when determining which studies are owed the most weight and are therefore the most informative. Savitz Trial Tr. Vol. IV, at 1022:17–20 (Feb. 7, 2024). In principle, Dr. Savitz doesn't "need to even see the introduction to the paper or the discussion, [he] need[s] to see the methods. And once [he's] examined the methods and made an assessment of the informativeness of the study, then [he] can look at the results and see how those relate to one another." *Id.* at 1022:20–25. The quality of a study "is not based on the results. The quality is driven by the methods." *Id.* at 1023:1–10.

137.     Based on that approach, Dr. Savitz focused on the four prospective cohorts: ELEMENT, MIREC, INMA, and OCC.

138.     These four prospective cohorts had remarkably similar methods, which make them ripe for comparison. Savitz Trial Tr. Vol. IV, at 1023:1–3 (Feb. 7, 2024) ("In this case the methods are unusually similar. Usually we're comparing apples and oranges. Well, these are apples and apples."). NASEM recommended to NTP to focus on comparing like-to-like studies. *Id.* at 1024:16–20; Tr. Ex. 653, at 53–54.

139.     The four prospective cohorts are the most informative studies for several reasons. First, they all cover exposure ranges relevant to the issue of water fluoridation. Savitz Trial Tr. Vol. VI, at 1024:1–6 (Feb. 7, 2024). Second, they are all high-quality. All the cohorts are from long-standing, high-quality epidemiological projects which have the benefit of blinded assessments, standardized IQ measurements, and control for available confounders. *Id.* at 1024:7–12.

140.     Despite their similar methods, the four prospective cohorts have divergent results. The ELEMENT study is "clearly positive," but MIREC "is mixed." INMA is "flatly negative" to the question of whether fluoride is harmful. Finally, the Danish OCC is "indicating there's not an association." *Id.* at 1025:13–1026:1.

141.     According to Dr. Savitz, looking across the four high-quality, prospective cohort studies, "I just don't see the – a degree of consistency to say we're – an association has been established, which is the starting point. Whether it's Bradford Hill criteria or other uses you start with an established association. I don't see the association here." Savitz Trial Tr. Vol. VI, at 1026:1–10 (Feb. 7, 2024).

142.     In Dr. Savitz's view, more weight should be put on the boys-and-girls combined results than the results stratified by boys and girls. The sex-combined results are the aggregate results for the population and the largest sample. Savitz Trial Tr. Vol. VI, at 1026:14–17 (Feb. 7, 2024). While Dr. Savitz is not opposed to exploring other permutations of the data, whether that be by sex or other factors, "it's important not to lose sight of the primary summary result," which is the aggregate results of boys and girls together. Savitz Trial Tr. Vol. VI, at 1026:22–23 (Feb. 7, 2024).

143.     Biologically, there is not an established reason to expect prenatal exposure would result in different *neuro*developmental outcomes by sex. Savitz Trial Tr. Vol. VI, at 1028:4–8 (Feb. 7, 2024). Stratifying by sex is "not something that is routinely done or established for cognitive development [or] for neurodevelopment." *Id.* at 1028:15–16.

144.     The Four Prospective Cohorts do not provide consistent support for there being sex-specific effects. While MIREC found only an adverse effect in boys, and there's some indication of sex-specific effects in INMA, there's no sign of such effect in the OCC or ELEMENT. Savitz Trial Tr. Vol. VI, at 1028:13–14 (Feb. 7, 2024); *see also id.* at 1030:24–21 (Dr. Savitz explaining that the small differences in results for boys and girls in the OCC study is "effectively the same with just a little bit of noise injected.").

145.     While the research is still maturing, a similar pattern has currently emerged with the Four Prospective Cohorts. ELEMENT found strong support for an adverse association,

MIREC found weaker support for an adverse association, and INMA and OCC found no support for an association at all. Savitz Trial Tr. Vol. VI, at 1032:25–1033:6 (Feb. 7, 2024) ("Think about when you went from, you know, the timeline, ELEMENT to ELEMENT plus MIREC."). "[W]hen the volume is small, each study has a – has this outsized impact." Savitz Trial Tr. Vol. VI, at 1032:23–24 (Feb. 7, 2024).

### f.   Thyroid and Iodine Studies

#### i.   Hall (2023)

146.    Knowing the mechanism by which a substance causes a neurotoxic effect both enhances plausibility and confidence that there is a real effect. Lanphear Trial Tr. Vol. II, at 224:11–25 (Feb. 1, 2024).

147.    One possible explanation for how fluoride might be a neurotoxicant is via disruption of the thyroid in a pregnant woman. Lanphear Trial Tr. Vol. II, at 277:22–278:2; Trial Ex. 116, at 116.01 ("In 2006, the National Research Council (NRC) classified fluoride as an endocrine disruptor and recommended more research to understand fluoride's effects on the thyroid gland . . . .").

148.    However, studies have produced little evidence supporting this claim. *See id.* 270:7–10, 272:23–273:3.

149.    For example, in Hall (2023), Dr. Lanphear and his team found no significant association between maternal urinary fluoride levels or daily fluoride intake and maternal hypothyroidism in the MIREC cohort. *Id.* at 264:16–265:21.

150.    While Dr. Lanphear found a significant association between fluoride concentration in public drinking water and maternal hypothyroidism, this finding provides little support for the claim that fluoride is a thyroid disruptor.

151.    This is because maternal urinary fluoride measurements provide a more accurate picture of fluoride exposure than concentrations of fluoride in community-level drinking water because the former integrates exposure from all sources. Hu Trial Tr. Vol. 1, at 131:21–132:1 (Jan. 31, 2024).

152.    In addition, the finding in Hall (2023) that water fluoride concentration is associated with hypothyroidism is based on a flawed methodology.

153.    Nearly 75% (79 out of 107) of the women classified as hypothyroid in the study were placed in that category based on a diagnosis that took place prior to their pregnancy and enrollment in the study. Lanphear Trial Tr. Vol. 2, at 268:4–23. However, the study only measured the women's exposure to fluoride in drinking water *during* pregnancy. *Id.* at 262:6–263:2, 267:12–19. It did not have any pre-pregnancy measurements of fluoride exposure. *Id.* at 267:20–268:3.

154.    Further, even though 62% of the Canadian population lives in non-fluoridated communities, *id.* at 280:8–18, the study did not control for the likelihood that some of the women in the cohort may have lived in a place where the water fluoride concentration differed from their place of residence during their pregnancy, *id.* at 268:24–269:9, 280:19–281:6. The study also did not control for the likelihood that some of the women may have been diagnosed with hypothyroidism long before, even years before, they became pregnant. *Id.* at 269:10–20.

155.    As set forth in Hall (2023), Dr. Lanphear and his team also conducted a mediation analysis to examine whether maternal hypothyroidism explained the association between maternal fluoride exposure and child IQ they found in Green (2019). *Id.* at 277:4–278:2. However, this analysis failed to find that maternal hypothyroidism significantly mediated the relationship between fluoride exposure and child IQ. *Id.* at 278:3–11.

### ii.    Goodman (2022b)

156.    Goodman (2022b) is a recently published manuscript co-authored by Dr. Lanphear that examined the interplay between maternal fluoride exposure and iodine deficiency in relation to child IQ. Trial Ex. 116, at 116.008.

157.    Goodman (2022b) studied the MIREC cohort, which is the same cohort studied in Bashash (2017). *Id.* at 116.002.

158.    Goodman (2022b) found that maternal urinary fluoride was not significantly associated with lower IQ in girls whose mothers had low or adequate iodine levels. *Id.* at 116.006.

1    159.    In contrast, Goodman (2022b) found that maternal urinary fluoride was

2  significantly associated with lower IQ in boys whose mothers had low or adequate iodine levels.

3  *Id.*

4    160.    Dr. Lanphear and his team examined this issue because fluoride exposure and low

5  iodine are both thought to be linked to a greater risk of developing hypothyroidism. Lanphear

6  Trial Tr. Vol. II, at 224:4–25. 227:6-21.

7    161.    But, as described in Hall (2023), Dr. Lanphear, using maternal urinary fluoride

8  samples from the same cohort as Goodman (2022b), failed to find a significant association

9  between maternal urinary fluoride levels and hypothyroidism.

10                    **g.    Goodman (2022a)**

11    162.    Goodman (2022a) is a recently published manuscript co-authored by Dr. Hu that

12  examined the association between maternal fluoride exposure and child IQ. Hu Trial Tr. Vol. 1,

13  126:21–25 (Jan. 31, 2024); Trial Ex. 115. Goodman (2022a) studied the ELEMENT cohort,

14  which is the same cohort studied in Bashash (2017). *Id.* at 127:1–4. Goodman (2022a) used the

15  same methodology as Bashash (2017). *See generally id.* at 128:6–25.

16    163.    One primary objective of Goodman (2022a) was to examine the longitudinal and

17  domain-specific effects of maternal fluoride exposure on child IQ. *Id.* at 129:1–6. In Bashash

18  (2017), Dr. Hu and his team looked at associations between maternal urinary fluoride levels and

19  full-scale IQ. *Id.* at 129:7–10. Goodman (2022a) sought to expand that analysis by looking at the

20  two broad cognitive domains that make up full-scale IQ: verbal IQ and nonverbal IQ. *Id.* at

21  129:11–24.

22    164.    Another primary objective of Goodman (2022a) was to examine the potential for

23  sex-specific effects based on findings in other studies, such as Green (2019), that boys may be

24  more susceptible to maternal fluoride exposure than girls. *Id.* at 143:22–144:6.

25    165.    In epidemiology, "replication" means following up on a body of research or even

26  a single study's findings to determine whether the same findings are found in a different

27  population using approximately the same methodology. *Id.* at 144:21–145:2. Replication is a key

28  consideration in the interpretation of epidemiologic research. *Id.* at 145:3–6. Outcomes

consistent with a prior claim increase confidence in that claim; outcomes inconsistent with a prior claim decrease confidence in that claim. *Id.* at 145:7–12.

166.     Unlike Green (2019), Goodman (2022a) did not find boys to be more vulnerable to maternal fluoride exposure than girls. *Id.* at 144:18–19. Dr. Hu acknowledged that Goodman (2022) was seeking to, but did not, replicate in the ELEMENT cohort the sex-specific findings that Green (2019) found in the MIREC cohort. *Id.* at 145:13–20.

167.     Although Goodman (2022a) found a statistically significant adverse association between maternal urinary fluoride and nonverbal IQ, it did not find a significant association as it relates to verbal IQ. *Id.* at 129:25–130:16. Because both studies concerned the same population—the ELEMENT cohort—Goodman (2022a) merely expanded on the findings of Bashash (2017), and was not an attempt at replication. *Id.* at 145:21–23.

### h. Godebo 2023

168.     Dr. Grandjean emphasized a subset of the results from Godebo (2023), a study of a population in Ethiopia titled "Associations between fluoride exposure in drinking water and cognitive deficits in children: A pilot study." *Id.* at 380:17–15; Trial Ex. 118. Godebo (2023) looked at whether elevated fluoride exposure was associated with adverse performance on (1) children's ability to draw a house, a person, or a donkey; and (2) six Cambridge Neuropsychological Test Automated Battery Paired Associations Learning tests ("CANTAB PAL"). *Id.* at 387:5–388:9; 389:11–18.

169.     Godebo (2023) found elevated fluoride exposure lead to statistically significant adverse performance on one of the three drawing tests—a donkey—but no statistically significant association on the other two drawing tests—a person or a house. *Id.* at 386:22–388:9.

170.     Godebo (2023) found that, after adjusting for covariates, elevated fluoride exposure only had a statistically significant adverse effect on children's performance on one out of the six CANTAB PAL tests. *Id.* at 388:10–390:21.

171.     Godebo (2023) found no statistically significant interaction between fluoride in drinking water, the difficulty of the type of CANTAB PAL test, and the total errors made by the children. *Id.* at 391: 1–20.

172.     Dr. Grandjean testified that Godebo (2023) has a small sample size. Grandjean Trial Tr. Vol. III, 385:23–386:10 (Feb. 2, 2024). He further testified that some of the population studied in Godebo (2023) had very high levels of fluoride exposure—some as high as 15.5 mg/L. *Id.* at 386: 14–18.

### i.   Experimental animal and mechanistic studies

173.     The "bodies of [experimental animal and mechanistic] evidence do not provide clarity on the association between fluoride exposure and neurocognitive or neurodevelopmental human health effects," as the NTP authors of the draft State of the Science Monograph concluded. Trial Ex. 67, at xii; Thiessen Trial Tr. Vol. VI, at 897:14–23 (Feb. 7, 2024). The NTP authors were not able to draw any conclusions about the mechanisms by which fluoride causes IQ loss. Thiessen Trial Tr. Vol. VI, 899:2–4 (Feb. 7, 2024).

174.     NTP researchers conducted a battery of experimental animal tests in a study referred to as McPherson 2018. Thiessen Trial Tr. Vol. VI, at 899:19–23 (Feb. 7, 2024). The study did not observe any histological changes in the hippocampus of the exposed rats or associations between fluoride exposure and impairments to learning and memory. Trial Ex. 67, at F-5; Thiessen Trial Tr. Vol. VI, at 901:7–15, 902:6–13 (Feb. 7, 2024).

### j.   Health Canada Expert Panel Report & Risk Sciences International Systematic Review

175.     In 2010, Health Canada established a guideline of 1.5 mg/L for fluoride in its drinking water. Trial Ex. 128, at 4. The public health agency is in the early stages of reviewing that guideline. To that end, Health Canada engaged six experts to consider the scientific evidence surrounding fluoride's potential association with a variety of different health endpoints—namely dental fluorosis and neurodevelopmental effects. Those six experts were as follows.

176.     David Bellinger, a distinguished neuroepidemiologist and professor at Harvard University's School of Public Health—Department of Environmental Health. Trial Ex. 128, at 5; Savitz Trial Tr. Vol. VI, at 1003:15–17 (Feb. 7, 2024).

177.     John Fawell, an environmental health expert from the World Health Organization's Expert Committee on the Guidelines for Drinking Water, who holds particular expertise on fluoride. Savitz Trial Tr. Vol. VI, at 1003:18–23 (Feb. 7, 2024); Trial Ex. 128 at 5.

178.     Lynne Haber, a toxicologist from the University of Cincinanati College of
Medicine—Department of Environmental and Public Health Sciences. Savitz Trial Tr. Vol. VI,
at 1003:24–1004:2 (Feb. 7, 2024).

179.     Steven Levy, a dental epidemiologist from the University of Iowa Departments of
Preventative and Community Dentistry, Epidemiology, and College of Public Health, with
particular expertise in dental fluorosis. *Id.* at 1004:3–8; Tr. Ex. 128, at 5.

180.     David Savitz, Professor of Epidemiology at the Brown University School of
Public Health. Trial Ex. 128, at 5.

181.     Rita Schoeny, a consultant in risk assessment and science policy and former U.S.
EPA Senior Science Policy Advisor, Office of Science Policy, Office of Research and
Development and Director of the Risk Assessment Forum in EPA's Office of the Science
Advisor. Trial Ex. 128, at 5; Savitz Trial Tr. Vol. VI, at 1004:11–21 (Feb. 7, 2024).

182.     The panel was originally tasked with examining a variety of health endpoints—
such as dental fluorosis, kidney dysfunction, and thyroid dysfunction. But the panel experts
quickly "zeroed in" on two health outcomes: dental fluorosis and neurocognitive development.
*Id.* at 992:1–6.

183.     The expert panel held meetings on June 8–9 of 2023. Trial Ex. 128, at 4.
Representatives from Health Canada, Risk Sciences International, the Public Health Agency of
Canada, and the Federal-Provincial-Territorial Committee on Drinking Water all attended these
meetings. Trial Ex. 128 at 5.

184.     Health Canada also contracted Risk Sciences International, a consulting firm, to
conduct a systematic review of the fluoride literature—again, examining multiple different health
endpoints. *See* Trial Ex. 132. This systematic review was provided to the Expert Panel as
"discussion material for the meeting." Trial Ex. 128, at 5.

185.     Ultimately, the Expert Panel concluded that "Based on several considerations, the
panel agreed there is not a sufficient basis at this time to recommend a specific point of departure
and health-based value for neurocognitive effects." Trial Ex. 128, at 9. While the Expert Panel
acknowledged that the fluoride and neurodevelopmental literature should be monitored, they

1   found "questions remain" about whether the weight of the evidence supports an adverse

2   association of fluoride exposure at community exposure levels. Trial Ex. 128, at 9.

3       186.    The Expert Panel further concluded that "The point of departure for

4   neurocognitive effects (i.e., IQ reduction) is not yet well defined because of uncertainties,

5   including the shape of the exposure-response curve at low concentrations of fluoride in drinking

6   water." Trial Ex. 128, at 11.

7       187.    Ultimately, "moderate dental fluorosis was selected as the key endpoint of

8   concern." Tr. Ex. 128, at 11.

9       188.    The Risk Sciences International systematic review has since been published in a

10   journal. Tr. Ex. 129. The review analyzed dozens of different health endpoints (e.g., kidney

11   dysfunction, thyroid dysfunction, skeletal fluorosis, etc.). *See* Trial Ex. 129, at 4.

12       189.    The systematic review concluded that "The current review identified moderate

13   dental fluorosis and reduction in IQ scores in children as the most relevant endpoints for

14   establishing an HBV for fluoride in drinking water. PODs were derived for these two endpoints,

15   although there is still some uncertainty in the causal weight of evidence for causality for

16   reducing IQ scores in children and considerable uncertainty in the derivation of its POD. Given

17   our evaluation of the overall weight of evidence, moderate dental fluorosis is suggested as the

18   key endpoint until more evidence is accumulated on possible reduction of IQ scores effects."

19   Trial Ex. 129, at 2. They further concluded that there are "Uncertainties in the shape of the dose-

20   response curve at low levels of exposure to fluoride" and "the risk of possible effect on reducing

21   IQ scores across relevant exposure ranges remains uncertain." Trial Ex. 129, at 27.

22       190.    Thus, while the Risk Sciences International systematic review was just one of the

23   materials provided to the Expert Panel, the Expert Panel's topline conclusion—that there is

24   insufficient information to conduct a risk assessment for fluoride's neurocognitive impacts—is

25   consistent with the findings of the systematic review.

26

27

28

1

### 3.      Dose-Response Evidence

### a.  Dr. Grandjean's 2023 BMCL

191.    Grandjean (2023) reports the results of the Danish OCC study and a BMCL calculation based on data from the ELEMENT, MIREC, and OCC cohorts. *Id.* at 413:7–12; Trial Ex. 119.

192.    Dr. Grandjean's BMC is the maternal urinary fluoride concentration—not the water fluoride concentration—that produces a 1-IQ point decrement. *Id.* at 416:14–18.

193.    The BMCL is the lower 95th confidence limit underneath the BMC, which is used because it is more health protective. *Id.* at 416:19–24.

194.    Grandjean (2023) reported a BMCL of 0.3 mg/L, which is lower than the average maternal urinary fluoride level of 0.58 mg/L in the Odense municipality, which does not fluoridate its water. *Id.* at 419:8–12.

195.    The primary BMC and BMCL calculations emphasized in Grandjean (2023) are based on a linear model. *Id.* at 418:23–419:1.

196.    Dr. Grandjean did not personally conduct the statistical analyses to create the BMCL calculations in Grandjean 2023. *Id.* at 416:2–13. Rather, they were performed by a post-doc named Alessandra Meddis and Professor Esben Budtz-Jorgenson. *Id.* at 416:2–11.

197.    Grandjean (2023) reported a BMC of 0.92 mg/L and a BMCL of 0.3 mg/L MUFcr using data from only the OCC cohort. *Id.* at 417:22–418:912.

### b.  Dr. Grandjean's 2022 BMCL

198.    Grandjean (2022) reports an earlier BMCL based on data from only the ELEMENT and MIREC cohorts.

199.    Dr. Grandjean did not carry out the statistical analyses himself. *Id.* at 420:8–17.

200.    Grandjean 2022 reports a BMCL of 0.2 mg/L maternal urinary fluoride based on a linear model. *Id.* at 420:18–22.

201.    Grandjean 2022 also reports a BMCL of 0.768 mg/L maternal urinary fluoride based on a squared model. *Id.* at 422:11–423:21.

202.     The Akaike Information Criterion ("AIC") is a measure of how well the data fits a particular model. *Id.* at 421:5–14. If an AIC score is within three points of each other, then the model fit is comparable. *Id.* at 423:16–18; 424:7–9. Nonetheless, the lower the AIC score, the better the model fit. *Id.* at 421:20–21.

203.     The AIC score for the linear model, which calculated a BMCL of .2 mg/L, was 4,770.1. *Id.* at 423:22–424:1. But the AIC score for the squared model, which calculated a BMCL of .768 mg/L, was 4,768.8. The AIC score for the squared model therefore was lower than the AIC score for the linear model. The AIC scores, and thus the model fit, for the linear and squared models are, at minimum, comparable. *Id.* at 424:7–9.

204.     The size of the BMCL calculation is dependent on the assumption of the model shape. *Id.* at 424:13–17.

205.     The squared model assumes the shape of the dose-response relationship is curved. *Id.* at 424:10–12.

206.     While his 2022 BMCL calculation reported a squared model, Dr. Grandjean edited out the squared model from his 2023 BMCL calculation. *Id.* at 426:3–10.

### c.   NTP Meta-Analysis Manuscript

207.     NTP authors performed a dose-response analysis to investigate associations between fluoride exposure and children's intelligence. Trial Ex. 68, at 2.

208.     Dr. Thiessen offered an opinion that the NTP's findings demonstrate a risk of adverse cognitive effects at exposures similar to those resulting from fluoridated drinking water in the United States, without any apparent threshold. Thiessen Trial Tr. Vol. V, at 837:25–838:5 (Feb. 6, 2024). Dr. Thiessen did not apply any specific methodology to arrive at her conclusion. *Id.* at 840:8–12. Dr. Thiessen's opinion that there is no apparent threshold in the association between adverse cognitive effects in children and fluoride exposure is based on the NTP authors' responses to inter-agency review comments. *Id.* at 840:23– 841:7. The BSC Working Group that evaluated those responses found them to be inadequate. *Id.* at 843:25–844:2; Trial Ex. 69, at 131, 324, 325.

209.    In fact, "a threshold was not assessed" because the NTP authors fit a linear term, as the BSC Working Group noted. Thiessen Trial Tr. Vol. V, at 844:25–845:7 (Feb. 6, 2024); Trial Ex. 69, at 324. The NTP authors did not "explicitly consider the potential non-linearity of the exposure-outcome association." Trial Ex. 69, at 131. Nor did the NTP authors "address[] the concept of thresholds by applying several data modeling approaches to the children's IQ data." Trial Ex. 69, at 131.

210.    There are "very few data points" in the low-dose range, which "reduc[es] confidence in this range of exposure," as the BSC Working Group explained. Trial Ex. 69, at 324; Thiessen Trial Tr. Vol. V, at 844:25–845:7 (Feb. 6, 2024).

211.    When the NTP authors restricted the results of their dose-response analysis to lower exposure tiers, there was no consistency in model fit. The NTP authors restricted their results to fluoride exposure levels of <4 mg/L, <2 mg/L, and <1.5 mg/L. Trial Ex. 69, at 324; Thiessen Trial Tr. Vol. V, at 849:20–850:2 (Feb. 6, 2024). Those cutoffs represent various regulatory not biological thresholds. Trial Ex. 69, at 119. Thiessen Trial Tr. Vol. V, at 847:22–848:4 (Feb. 6, 2024). The 4 mg/L and 2 mg/L cutoffs are based on EPA's current enforceable and non-enforceable secondary standards for fluoride in drinking water. Trial Ex. 69, at II-43. Thiessen Trial Tr. Vol. V, at 849:20–850:2 (Feb. 6, 2024). The 1.5 mg/L cutoff is based on the World Health Organization guideline for fluoride in drinking water. Trial Ex. 69, at II-43. Thiessen Trial Tr. Vol. V, at 849:20–850:2 (Feb. 6, 2024).

212.    Water concentration results. When restricted to water concentrations <1.5 mg/L and <2.0 mg/L, there were no statistically significant adverse associations between fluoride in drinking water and children's IQ using the linear and non-linear models. Trial Ex. 69, at II-78, II-81; Thiessen Trial Tr. Vol. V, at 852:4–19, 854:9–21 (Feb. 6, 2024). The same was true across both statistical methods. Thiessen Trial Tr. Vol. VI, at 881:6–15; (Feb. 7, 2024); Trial Ex. 69, at II-78, II-81. And the fit of the linear model and non-linear models was comparable across both statistical methods used. Thiessen Trial Tr. Vol. V, at 853:1–854:8 (Feb. 6, 2024); Thiessen Trial Tr. VI, 881:21–25 (Feb. 7, 2024)

1    213.   <u>Urine concentration results</u>. The results for urine concentration are contradictory.

2 For example, using the first of the two statistical methods employed (eTable 4), when restricted

3 to <1.5 mg/L fluoride in urine, there was an adverse association using the linear model, but the

4 results were <u>not</u> significant when restricted to <2.0 mg/L using the same model. Trial Ex. 69, at

5 II-79; Thiessen Trial Tr. Vol. VI, at 876:9–18 (Feb. 7, 2024). When restricted to low-risk-of-bias

6 studies, the results become even more unclear. There, the researchers report an adverse

7 association in the <1.5 mg/L group, but <u>no</u> statistically significant adverse associations in the

8 <2.0 mg/L, <4.0 mg/L, and the all-data groups. Trial Ex. 69, at II-80; Thiessen Trial Tr. Vol. VI,

9 at 876:22–880:16 (Feb. 7, 2024). But when using the second of the two statistical methods

10 (eTable 5) and the linear model, there were <u>no</u> statistically significant adverse associations in the

11 <1.5 mg/L <u>and</u> <2.0 mg/L urinary fluoride groups. Trial Ex. 69, at II-82; Thiessen Trial Tr. Vol.

12 VI, at 882:6–12 (Feb. 7, 2024). And there were no statistically significant associations for any of

13 the linear or non-linear models in the <4.0 mg/L group using the second method. Trial Ex. 69,

14 at II-82; Thiessen Trial Tr. Vol. VI, at 892:10–20. (Feb. 7, 2024). All of the models had

15 comparable fit. Thiessen Trial Tr. Vol. VI, at 892:21–893:11 (Feb. 7, 2024).

16    214.   The meta-analysis manuscript contains a forest plot that reports standardized

17 mean difference (SMD) to standardize the effect estimate across studies that may use different

18 kinds of IQ measures (e.g., Bayley), and different kinds of exposure measures (e.g., urinary

19 fluoride). *Id.* at 393:14–394:1; Trial Ex. 068, at NIEHS_000417, NIEHS_000447.

20    215.   The SMDs for several of the studies considered were statistically insignificant.

21 Trial Ex. 068, at NIEHS_000417, NIEHS_000447. For example, the SMDs for Bashash 2017

22 and Green 2019 were not statistically significant. *Id.* at 395:23–396:15; 465:20–466:13.

23                                  **d.  Bashash (2017)**

24    216.   Grandjean (2023) used pooled data from the OCC, ELEMENT and MIREC

25 cohorts to calculate a joint benchmark concentration lower confidence limit ("BMCL"). Trial

26 Ex. 119. Hu Trial Tr. Vol. 1, at 159:19–160:5 (Jan. 31, 2024). Grandjean (2023) found a BMCL

27 of 0.28 milligrams per liter based on a linear model. *Id.* at 160:11–14. However, Grandjean

28 (2023) did not report any results based on a squared model. *Id.* at 160:15-20. A squared model is

a type of non-linear model that assumes the shape of the relationship between the things being studied is curved. *Id.* at 160:21–161:1.

217.     In analyzing the association between maternal urinary fluoride exposure and child IQ in the ELEMENT cohort, Dr. Hu and his team ran both linear and non-linear models. *Id.* at 161:2–6. The nonlinear model suggested that there was no clear association between IQ scores for children ages 6 to 12 and maternal urinary fluoride levels below 0.8 milligrams per liter. *Id.* at 161:7–13. However, the nonlinear model found a clear negative association between IQ and urinary fluoride levels above 0.8 milligrams per liter. *Id.* at 161:14–17. When plotted on a graph, the relationship was not straight lined but curved. *Id.* at 161:18–23; Trial Exhibit 106, at 106.009 (fig. 3(A)). In other words, the model suggested that there may be a nonlinear relationship between increases in maternal urinary fluoride levels and a negative association with child IQ. *Id.* at 161:24–162:4. In addition, there was a non-statistically significant improvement in the fit of the model when the ELEMENT study authors used a curved line instead of a straight line. *Id.* at 163:3–19.

218.     Dr. Hu and his team also ran a sensitivity analysis on the ages 6 to 12 data that incorporated as additional covariates the children's HOME score as well as the children's urinary fluoride levels. *Id.* at 163:20–164:8. The sensitivity analysis found no clear evidence of an association between IQ and maternal urinary fluoride levels below 1.0 milligrams per liter. *Id.* at 164:9–13. In other words, the evidence of nonlinearity actually became more pronounced when more covariates were included. *Id.* at 164:14–20; Trial Exhibit 106, at 106.009 (fig. 3(B)). In addition, the sensitivity analysis showed that there was a statistically significant improvement in the fit of the model when a curved line was used. *Id.* at 164:21–25, 165:25–166:3. Dr. Hu acknowledged that, for the children ages 6 to 12 in the ELEMENT cohort, a curvilinear relationship is a truer descriptor of the dose-response relationship. *Id.* at 166:8–167:10.

### e.  Green (2019)

219.     Dr. Lanphear and his team did not conduct any analysis, such as looking for a threshold, to determine whether there was a non-linear dose-response relationship in the MIREC cohort. Lanphear Trial Tr. Vol. 2, at 209:15–210:8 (Feb. 1, 2024).

1

### 4. Blood-Brain Barrier

2      220.    In most cases, the expectation is that a substance must be able to cross the blood-

3  brain barrier to be toxic to the brain. Hu Trial Tr. Vol. 1, at 168:16–19 (Jan. 31, 2024). Although

4  maternal urinary fluoride seems to correlate with fluoride concentrations in serum that may pass

5  the placenta, the amount of fluoride that reaches the fetal brain is unknown. *Id.* at 167:23–168:2.

6  Dr. Hu agrees that there is no research establishing how much fluoride reaches the fetal brain

7  during human pregnancy. *Id.* at 168:20–23.

8      ### 5. Malin (2023)

9      221.    Malin (2023) is a recently published manuscript that examined the urinary

10  fluoride levels during the first and third trimesters of pregnancy in the MADRES cohort. Hu

11  Trial Tr. Vol. 1, at 169:2–17 (Jan. 31, 2024); Trial Ex. 112.

12      222.    Malin (2023) did not examine the association between maternal urinary fluoride

13  levels and neurodevelopmental outcomes. *Id*. at 169:21–25.

14      223.    Malin (2023) found that the cohort's mean urinary fluoride levels were 0.81 and

15  0.92 milligrams per liter in the first and third trimesters, respectively. *Id.* at 171:24–172:6. The

16  higher urinary fluoride levels found in the third trimester could reflect changes in fluoride intake

17  or differences in how pregnant women metabolize fluoride over time, but that issue has yet to be

18  addressed by the scientific literature. *Id.* at 172:10–16.

19      224.    There is sparse data on biomarkers and patterns of fluoride exposure among

20  pregnant women in the United States. *Id*. at 172:17–20. Aside from Malin (2023), there are only

21  one or two studies that cover this topic. *Id*. at 172:21–23. One of those studies, Abduweli (2020),

22  found that a cohort of women in Northern and Central California had a mean specific-gravity

23  adjusted maternal urinary fluoride level of 0.63 milligrams during the second trimester of

24  pregnancy. *See generally id*. at 172:24–173:24.

25      225.    The MADRES cohort was predominantly comprised of low-income Hispanic

26  women residing in urban Los Angeles, California. *Id*. at 169:18–20, 174:7-20. Approximately

27  80% of the women in the cohort identified as Hispanic or Latina. *Id.* at 174:10–12. In contrast,

28  approximately 72% of the women in the United States are white non-Hispanic or black. *Id.* at

174:13–24. These differences in racial and ethnic makeup limit the ability to generalize the results of Malin (2023) to the greater United States population. *Id.* at 175:7–11.

## II.    EXPOSURE ASSESSMENT

### A.    PLAINTIFFS' PROPOSED FACTS

226.    An exposure assessment under TSCA seeks to identify the human exposure level under a specific Condition of Use.  *Barone Trial Tr. Vol. IV, at 567:18-21 (Feb. 5, 2024).*

227.    EPA considers "sentinel" exposures in its exposure assessment. Sentinel exposures represent the high-end of the exposure distribution curve. When the data is reasonably available, EPA will select the 95th percentile as the high-end exposure. *Barone Trial Tr. Vol. IV, at 568:17-569:1 & 569:14-19 (Feb. 5, 2024).*

228.    TSCA specifically permits EPA to consider "aggregate exposures" to a chemical. Aggregate exposures may include exposures from multiple sources and conditions of use of a chemical. *Barone Trial Tr. Vol. IV, at 567:22-568:2 & 568:13-16 & 733:16-23 (Feb. 5, 2024).*

229.    Urinary fluoride is a metric of the total absorbed dose of fluoride exposure and is thus a measure of aggregate fluoride exposure. *Hu Trial Tr. Vol. 1, at 105:10-25 (Jan. 31, 2024); Hu Trial Decl. (ECF No. 198-1) ¶ 38; Hu Trial Testimony (ECF 239) 75:2-16; Lanphear Trial Testimony (ECF No. 241) at 423:1-424:1.* Based on the totality of available evidence, the NTP has determined that "urinary fluoride is a reasonable measure of exposure." *Trial Ex. 67 at 51-52.*

230.    Published data is now available on the urinary fluoride levels in cohorts of pregnant women consuming "optimal" fluoride levels in Canada, Mexico, and the United States. *Trial Ex. 106; Trial Ex. 108; Trial Ex. 122.*

231.    The studies from Canada and the US have measured urinary fluoride levels in pregnant mothers living in communities with fluoridated water, whereas the study from Mexico measured urinary fluoride levels in pregnant mothers consuming fluoridated salt. (Water fluoridation and salt fluoridation are policies that are implemented to provide an "optimal" daily dose of fluoride for cavity prevention, and thus the daily fluoride intakes in water- and salt-fluoridated areas should be similar. *Hu Trial Tr. (ECF No. 239) at 119:5-25 (June 8, 2020).*

232.     The studies from Canada, Mexico and United States have found similar urinary fluoride levels across the three cohorts of pregnant mothers. *Hu Trial Tr. Vol. 1, at 123:11-124:12 (Jan. 31, 2024); Trial Ex. 69 at 32; Hu Trial. Decl. (ECF No. 198-1) ¶¶ 41-42; Lanphear Trial. Decl. (ECF No. 198-2) ¶¶ 33-34; Grandjean Trial Testimony (ECF No. 240) at 187:5-188:23.*

233.     Pregnant mothers living in Los Angeles, California (a fluoridated city) were found to have a median (specific gravity-adjusted) urinary fluoride level of **0.8 mg/L**, and a 95th percentile level of **1.89 mg/L**, in the third trimester (Malin 2023). *Trial Ex. 122, Tbl. 2.* These values are almost identical to the (specific-gravity adjusted) urinary fluoride levels found in fluoridated areas of Canada (i.e., median = **0.77 mg/L** and 95th percentile = **1.89 mg/L**) (Till 2018). *Trial Ex. 108, Tbl. S4.*

234.     The urinary fluoride levels in highly exposed (95th percentile) pregnant women in fluoridated areas exceeds 1.5 mg/L, which is the level typically associated with a water fluoride level of 1.5 mg F/L. *Hu Trial Tr. Vol. 1, at 124:13-16 (Jan. 31, 2024); Lanphear Trial Tr. Vol. 1, at 244:6-11 (Feb. 1, 2024); Thiessen Trial Tr. Vol. V at 783:10-18 & 789:4-13 (Feb. 6, 2024).*

235.     According to the NTP, "some urinary fluoride measurements" from areas with fluoridated drinking water "exceed those that would be expected from consuming water that contains fluoride at 1.5 mg/L." *Trial Ex. 69 at 41.*

236.     A reasonable estimate of the contribution from fluoridated water can be obtained by comparing urinary fluoride levels among populations living in fluoridated vs. non-fluoridated areas. *Lanphear Trial Tr. Vol. 1, at 244:6-25 (Feb. 1, 2024); Thiessen Trial Tr. Vol. V at 784:3-18 (Feb. 6, 2024).*

237.     The study by Till (2018) is the most extensive analysis of urinary fluoride levels among pregnant women that is currently available in the scientific literature. *Lanphear Trial. Decl. (ECF No. 198-2) ¶ 24.* The study measured the urinary fluoride levels in over 1,500 pregnant women living in fluoridated and non-fluoridated areas of Canada. *Lanphear Trial. Decl. (ECF No. 198-2) ¶ 25.*

Case 3:17-cv-02162-EMC   Document 403   Filed 02/09/24   Page 44 of 58

238.    The Till study found that fluoridated water was the most significant source of fluoride in a pregnant woman's urine. In the third trimester, the 95th percentile (creatinine-adjusted) urinary fluoride level in fluoridated areas was **2.41 mg/L**, versus 1.04 mg/L in non-fluoridated areas, for **a difference of 1.37 mg/L between women in the two areas.** *Lanphear Trial Tr. Vol. 1, at 244:6-25 (Feb. 1, 2024).*

239.    The high levels of fluoride found in the urine of highly exposed pregnant women in fluoridated areas is consistent with estimates of fluoride intake that have been derived from EPA's nationally representative tap water intake data. *Thiessen Trial Tr. Vol. V at 781:15-782:9 (Feb. 6, 2024).*

240.    According to EPA's tap water intake data, a pregnant woman with *95th percentile* tap water intake will consume about 2.5x more tap water than pregnant women with 50th percentile intake. *Thiessen Trial Tr. Vol. V at 779:3-9 & 780:21-781:10 (Feb. 6, 2024).* A consequence of this fact is that a pregnant mother with 95th percentile water intake who lives in a fluoridated area (0.7 mg/L) will consume more fluoride from her water then over 50% of pregnant woman living in areas with 1.5 mg/L fluoride in water.

**B.    EPA'S PROPOSED FACTS**

241.    In the exposure assessment, EPA first seeks to identify all sources and pathways. Barone Trial Tr. Vol. V, at 694:15 (Feb. 6, 2024). Sources include but are not limited to food, water, soil intake, air intake, medicines that may contain the chemical substance, non-TSCA uses. *Id.* at 694:15–19.

242.    In the exposure characterization step first EPA estimates a range of exposure levels for a condition of use from the central tendency exposure (e.g., 50th percentile) to high-end exposure (e.g., 95th percentile), and then provides a qualitative summary of the strength of the evidence for these levels. *Id.* at 697:15–698:3. There are instances where EPA does not have confidence in the high-end data and do not use high-end estimates. *Id.* at 698:4–6. The Agency also seeks to apportion the amount of the chemical that comes from different sources (e.g., background exposure). *Id.* at 698:12–699:9.

44

SECOND JOINT ITERATIVE PROPOSED FINDINGS OF FACT FOR SECOND PHASE OF TRIAL
CASE NO. 17-CV-02162-EMC

243.     EPA uses a general equation for calculating the average daily dose. *Id.* at 700:18–22. EPA used this formula for each of the first 10 risk evaluations. *Id.* at 703:22–24. EPA takes the milligrams per liter in the concentration of the chemical substance multiplied by the drinking water intake rate, the product of which is then divided by body weight. *Id.* at 703:6–18. The outcome of this equation is in milligrams per kilogram per day (mg/kg/day). *Id.* at 703:3–5.

244.     For a TSCA risk evaluation EPA needs to parse out exposures from different sources (e.g., food, water). Barone Trial Tr. Vol. V, at 678:11–20 (Feb. 6, 2024).

245.     [Application of facts forthcoming]

**III.     RISK CHARACTERIZATION**

    **A.     PLAINTIFFS' PROPOSED FACTS**

        **1.     Framework**

246.     As codified in EPA regulations, EPA may use quantitative and/or qualitative estimates of risk for risk evaluations under the Amended TSCA. *Trial Ex. 544 at 33752*; *Barone Trial Tr. Vol. IV, at 626:5-7 (Feb. 5, 2024); Thiessen Trial Tr. Vol. V at 786:3-16 (Feb. 6, 2024).* For example, if there is evidence "that allows the [EPA] to conduct the comparison of exposure to toxicity based on a fairly straightforward and simple method, [EPA] can stop there and need not do further refinement." *Henry Trial Tr. (ECF No. 244) at 973:21-974:1 (June 16, 2020); Thiessen Trial Tr. Vol. V at 785:6-22 (Feb. 6, 2024).*

247.     In its first 10 risk evaluations under the Amended TSCA, EPA has used the Margin of Exposure (MOE) framework to characterize risk. *Barone Trial Tr. Vol. V, at 713:25-714:7 (Feb. 6, 2024).* There is no requirement, however, to use the MOE framework under TSCA. As the EPA has recognized, "MOE is just one of several approaches to risk characterization," and "[t]here will be risk scenarios where one approach may be better than another." *Trial Ex. 544 at 33735.*

248.     The basic framework of risk characterization involves comparing the Point of Departure (i.e., "Hazard Level") with the Exposure Level to see if the margin is adequate to protect against the Hazard. *Barone Trial Tr. Vol. III, at 495:15-22 (Feb. 2, 2024); Barone Trial Tr. Vol. IV, at 571:4-10 (Feb. 5, 2024).*

249.    In comparing the margin between the hazard and exposure level, EPA will consider both average (e.g., median) exposures and high-end (e.g., 95th percentile) exposures. *Barone Trial Tr. Vol. IV, at 582:12-19 (Feb. 5, 2024).* Thus, even if average exposures do not present a risk, a condition of use will be found to cause a risk if the 95th percentile have exposures of concern. *Undisputed Fact No. 42; Barone Trial Tr. Vol. IV, at 583:8-20 & 612:17-613:17 (Feb. 5, 2024).*

250.    "EPA does not require that human exposure levels exceed a known adverse effect level to make an Unreasonable Risk determination under TSCA." *Undisputed Fact No. 16; Barone Trial Tr. Vol. IV, at 571:11-17 (Feb. 5, 2024).* This is consistent with the fact that EPA does not require evidence that the chemical is associated (causal or otherwise) with the hazard under the condition of use. *Barone Trial Tr. Vol. IV, at 572:4-13 & 573:15-22 & 595:8-596:11 (Feb. 5, 2024).*

251.    Most of the unreasonable risk determinations that EPA has made in the first ten risk evaluations, have involved scenarios where the exposure level (including the high-end exposure) was less than the hazard level. *Barone Trial Tr. Vol. IV, at 571:19-23 (Feb. 5, 2024).* For the PCE risk evaluation, for example, EPA found unreasonable risks of neurotoxicity where the human exposures were 51 to 89 times lower than the LOAEL that EPA derived from human epidemiological data. *Barone Trial Tr. Vol. IV, at & 606:15-607:11; 612:17-613:17 (Feb. 5, 2024).*

### 2.    The Benchmark MOE (The "Total Uncertainty Factor")

252.    The adequacy of the margin between the hazard and exposure level is determined by comparing this margin to the "Benchmark MOE." *Barone Trial Tr. Vol. IV, at 575:17-22 (Feb. 5, 2024).*

253.    The Benchmark MOE is the "total uncertainty factor" for the particular critical effect at issue. *Barone Trial Tr. Vol. IV, at 576:7-11 (Feb. 5, 2024).* EPA calculates the Benchmark MOE by multiplying together the applicable uncertainty factors. *Barone Trial Tr. Vol. IV, at 580:20-24 & 582:6-11 (Feb. 5, 2024).*

254.     In its first ten risk evaluations under TSCA, the EPA has used Benchmark MOEs of 10 to 300, with 10 being the lowest Benchmark MOE used in any assessment. *Barone Trial Tr. Vol. V, at 741:8-23 (Feb. 6, 2024).*

255.     One of the uncertainty factors that EPA regularly uses for risk evaluations under TSCA is the uncertainty factor for intraspecies (human-to-human) variability. *Barone Trial Tr. Vol. IV, at 576:12-17 (Feb. 5, 2024).*

256.     The EPA uses the intraspecies uncertainty factor in order to protect humans who have heightened sensitivity and vulnerability to the effects of a chemical. *Barone Trial Tr. Vol. IV, at 577:7-10 (Feb. 5, 2024).* Specifically, the intraspecies uncertainty factor accounts for the fact that both toxicokinetics (i.e., the amount of the chemical that gets to the target organ/cell) and toxicodynamics (i.e., the amount of the chemical that induces effects at the target organ/cell) vary across the human population. *Barone Trial Tr. Vol. IV, at 577:11-578:7 (Feb. 5, 2024).*

257.     EPA uses the default uncertainty factor of 10x to account for intraspecies variability, unless it has an adequate PBPK model for the chemical that reduces some of the uncertainty. *Barone Trial Tr. Vol. IV, at 578:8-10 & 712:24-713:5 (Feb. 5, 2024).*

258.     In its first ten risk evaluations under the Amended TSCA, EPA has only departed from the default factor of 10 for intraspecies variability when there was an acceptable physiologically-based pharmacokinetic (PBPK) model for the chemical. *Barone Trial Tr. Vol. IV, at 578:11-16 (Feb. 5, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶ 135.*

259.     Where EPA uses a LOAEL as the Hazard Level, EPA will apply an uncertainty factor in order to approximate what the NOAEL would be.  *Barone Trial Tr. Vol. IV, at 579:14-580:2 (Feb. 5, 2024).*

### 3.     Risk Characterization for Fluoride

260.     At a minimum, the Benchmark MOE for fluoride neurotoxicity should be at least 10 to account for intraspecies variability. *Thiessen Trial Tr. Vol. V at 806:18-22 (Feb. 6, 2024).* An uncertainty factor of 10 is justified for fluoride neurotoxicity because there is no PBPK model. *Barone Trial Tr. Vol. IV, at 712:24-713:5 (Feb. 5, 2024).* The uncertainty factor is further justified by the fact that it has been empirically established that some subsets of the population

are more susceptible to suffering toxicity from fluoride exposure (e.g., people with kidney disease; iodine deficiency; calcium deficiency; etc), and there are some studies indicating potential genetic susceptibilities to fluoride neurotoxicity. *Thiessen Trial Tr. Vol. V at 755:23-756:20 &Y 807:25-810:9 & 811:25-813:2 (Feb. 6, 2024); Trial Ex. 67 at 77.*

261.    There are four Hazard Levels that could be used for the risk characterization. A BMCL of <0.3 mg F/L in maternal urine (Grandjean 2023); a BMCL of 0.274 mg F/day in total intake (Taher 2024); a BMCL of 0.179 mg F/L in drinking water (Taher 2024); and a "LOAEL" of 1.5 mg F/day in drinking water (Taher 2024). *Trial Ex. 119 (Grandjean 2023); Trial Ex., 132 (Taher 2024) at 24.*

262.    Whatever Hazard Level one chooses for fluoride, the result is the same: an unacceptably small (or non-existent) margin between the Hazard Level and the Exposure Level. *Thiessen Trial Tr. Vol. V at 786:17-787:14 & 802:1-11 & 805:3-15 & 806:4-22 (Feb. 6, 2024).*

263.    If Dr. Grandjean's BMCL of <0.3 mg/L is used as the Hazard Level, a risk is readily apparent because maternal urinary fluoride levels substantially exceed this amount in fluoridated areas. *Thiessen Trial Tr. Vol. V at 786:17-787:14 (Feb. 6, 2024).* For example:

A.    Even if the risk characterization limited its consideration of exposure to only the portion of the urinary fluoride level that derives from fluoridated water, a risk is still readily apparent. *Grandjean Trial Tr. Vol. III at 358:2-18 (Feb. 2, 2024); Thiessen Trial Tr. Vol. V at 787:15-788:8 (Feb. 6, 2024).* According to the data from MIREC, fluoridated water contributes over 1.3 mg/L of fluoride to the urine among the 95th percentile consumer, which exceeds the BMCL by a fourfold margin. *Thiessen Trial Tr. Vol. V at 787:15-788:8 (Feb. 6, 2024).*

B.    Even if the highest BMCL identified (0.76 mg/L) by the non-linear modeling analyses in Grandjean 2022 were selected for the Hazard Level, it would still be exceeded by the exposures in fluoridated areas. *Grandjean Trial Tr. Vol. III at 477:9-20 (Feb. 2, 2024.*

264.    Even if the 1.5 mg/L water fluoride level for which NTP expressed moderate confidence were selected as the Hazard Level, and even if this Hazard Level was treated as a NOAEL, a risk of neurotoxicity is still apparent from water fluoridation. *Thiessen Trial Tr. Vol. V at 802:1-11 & 805:3-15 & 806:4-22 (Feb. 6, 2024).* Among average consumers, the Margin of

Exposure is just 2, which is well less than the minimum Benchmark MOE of 10. The situation is even more precarious for the 95th percentile exposure, as there the Margin of Exposure is approximately 1 (i.e., no margin). *Thiessen Trial Tr. Vol. V at 802:1-11 & 805:3-15 & 806:4-22 (Feb. 6, 2024).* As noted by the NTP, "many urinary fluoride measurements" in fluoridated areas "exceed those that would be expected from consuming water that contains fluoride at 1.5 mg/L." *Trial Ex. 69 at 82-83.*

265.    Because the Margin of Exposure for fluoride neurotoxicity is less than the Benchmark MOE of ≥10, the analysis proceeds to the Risk Determination step (discussed below). *Barone Trial Tr. Vol. V, at 712:5-8 (Feb. 6, 2024).*

**B.    EPA'S PROPOSED FACTS**

**1.    Margin of Exposure Analysis**

266.    The risk characterization is where EPA calculates the risk using a margin of exposure ("MOE") analysis. Barone Trial Tr. Vol. V, at 705:9, 707:7–10 (Feb. 6, 2024).

267.    EPA uses an MOE analysis to estimate noncancer risks. Thiessen Trial Tr. Vol. VI, at 903:21–25 (Feb. 7, 2024).

268.    EPA used the MOE analysis in all the first 10 risk evaluations. Barone Trial Tr. Vol. V, at 714:2–3 (Feb. 6, 2024).

269.    The point of departure from the hazard characterization is divided by the exposure level from the exposure assessment (e.g., the exposure for the condition of use at the 50th or 95th percentile). *Id.* at 705:9–13, 708:17–19. The product of the division is often referred to as the "calculated" MOE. The units in the numerator and denominator are both in milligrams per kilogram per day (mg/kg/day). The result is a unitless measure of risk for the condition of use. *Id.* at 705:13–16, 707:20–25.

270.    The calculated MOE is then compared to a benchmark MOE, which is the product of uncertainty factors. *Id.* If the calculated MOE is below the benchmark, there is generally risk and EPA moves on to determine whether the risk is unreasonable (the last step in the risk evaluation process). If the calculated MOE is above the benchmark, there is generally no risk and

the analysis ends. *See generally* Barone Trial Tr. Vol. III, at 495:23–496:6 (Feb. 2, 2024); Thiessen Trial Tr. Vol. VI, at 905:6–13 (Feb. 7, 2024).

271.    EPA has never looked at a benchmark margin of exposure that it applied to one chemical substance when conducting a risk evaluation on another chemical substance. Barone Trial Tr. Vol. V, at 716:22–25 (Feb. 6, 2024).

### 2.    Risk Assessment by Plaintiffs' Risk Assessor

272.    Plaintiffs' risk assessor, Dr. Thiessen, did not conduct a margin of exposure analysis using the human epidemiological studies. Thiessen Trial Tr. Vol. VI, at 907:2–18 (Feb. 7, 2024).

273.    Dr. Thiessen offered an opinion that a "margin of exposure of 2" is unacceptable, which she calculated by dividing 1.5 mg/L by 0.7 mg/L. Thiessen Trial Tr. Vol. VI, at 909:9–2024 (Feb. 7, 2024).

274.    Dr. Thiessen did not attempt to select a point of departure. Thiessen Trial Tr. Vol. VI, at 907:19–908:15, 914:12–14 (Feb. 7, 2024) ("I did not attempt to provide a real point of departure."). Dr. Thiessen identified three "examples" of what a point of departure could be. *Id.* at 909:21–910:5. Two of those examples are water fluoride concentrations of 1.5 mg/L and 0.7 mg/L. Dr. Thiessen identified the first—1.5 mg/L—from the NTP draft State of the Science Monograph, although she admits it is not based on any findings in the monograph. *Id.* at 910:23–911:21. The second is simply the water fluoride concentration of 0.7 mg/L in Canada. *Id.* at 911:22–912:6. The third "example" point of departure that Dr. Thiessen identified is a urinary fluoride concentration of 0.2 mg/L based on Dr. Grandjean's 2022 BMCL. *Id.* at 912:7–12.

275.    Dr. Thiessen did not attempt to calculate a point of departure in milligrams per kilogram per day for any of her example points of departure. Thiessen Trial Tr. Vol. VI, at 919:14–18. (Feb. 7, 2024).

276.    Dr. Grandjean's BMCL of 0.2 mg/L urinary fluoride is below the background fluoride exposures represented in maternal urine samples from non-fluoridated areas in the MIREC cohort. Thiessen Trial Tr. Vol. VI, at 947:17–21 (Feb. 7, 2024).

1    277.    Urinary fluoride values can reflect fluoride exposures from other sources like

2  pharmaceuticals, air pollution, tea, seafood, toothpaste, dental products, and fluoride tablets.

3  Thiessen Trial Tr. Vol. VI, at 916:10–14 (Feb. 7, 2024). Fluoride absorption and retention in the

4  body can also be affected by things like calcium intake and kidney function. *Id.* at 932:7–10. The

5  amount of fluoride observed in a urine sample is also dependent on the bodyweight and

6  metabolism of the individual. *Id.* at 932:11–15. Fluoride concentration in urine depends on recent

7  fluoride intake and also fluoride coming out of the bones.

8    278.    Dr. Grandjean's BMCL reflects exposure from community water fluoridation as

9  well as other fluoride sources. Thiessen Trial Tr. Vol. VI, at 916:4–14 (Feb. 7, 2024).

10 Dr. Thiessen does not know the dose of fluoride for any of the participants in the studies from

11 which she identified "example" points of departure. *Id.* at 916:15–18. None of the "example"

12 points of departure consider fluoride intake rates. *Id.* at 916:19–23. And none of the "example"

13 points of departure consider the body weight of the participants. *Id.* at 917:2–4.

14    279.    At no point has Dr. Thiessen attempted to convert maternal urinary fluoride

15 values to a fluoride-intake value. Thiessen Trial Tr. Vol. VI, at 934:24–935:2 (Feb. 7, 2024). In

16 Dr. Thiessen's view, a "quick and dirty approximation" is that urine and water fluoride

17 concentrations have a 1:1 relationship, but that approximation is quickly proven false by the

18 studies on which her opinions are based. *Id.* at 933:8–15. The MIREC study, Till 2018, showed

19 that average maternal urinary fluoride values were over 40% higher than the average fluoride

20 concentration in the participants' tap water. *Id.* at 937:5–7. And in the Thippeswamy 2021 study,

21 average maternal urinary fluoride values were <u>lower</u> than the average fluoride concentrations in

22 the mothers' drinking water. *Id.* at 942:4–12; Trial Ex. 111, at 111.003. Among the participants

23 in the low/optimum fluoridation group, urinary fluoride values were about 25% less than

24 drinking water concentrations. Thiessen Trial Tr. Vol. VI, at 939:14–17; Trial Ex. 111, at

25 111.004 (Table 2 showing beta coefficient of 0.247). This is nowhere near a 1:1 relationship.

26 Thiessen Trial Tr. Vol. VI, at 933:8–15 (Feb. 7, 2024). Nor did the researchers find a 1:1

27 relationship when the low- and high-exposure data were combined. *Id.*

28

280.     A physiologically based pharmacokinetic or PBPK model can estimate concentrations of a substance in parts of the body based on physiological parameters like absorption. Thiessen Trial Tr. Vol. VI, at 943:1–7 (Feb. 7, 2024). Plaintiffs have not offered a PBPK model that can predict maternal urinary fluoride concentrations based on drinking water exposures or that can assess fluoride exposure and maternal urinary fluoride values for pregnant women. *Id.* at 943:8–16.

281.     Plaintiffs' risk assessor, Dr. Thiessen, did not consider the INMA IQ study when forming her opinions for this case. Thiessen Trial Tr. Vol. VI, at 903:15–20 (Feb. 7, 2024). She agrees that prospective cohort studies are generally methodologically superior to cross-sectional studies for purposes of determining an association between fluoride exposure and IQ. *Id.* at 903:2–6.

**IV.     RISK DETERMINATION**

   **A.     PLAINTIFFS' PROPOSED FACTS**

282.     To determine whether a risk is "unreasonable," EPA may consider "risk-related factors," including (A) the adversity/severity of the hazard; (B) the known extent of human exposure (e.g., the magnitude, frequency, duration of exposure, as well as the number of people exposed); (C) whether susceptible subpopulations are being exposed; (D) the overall confidence in the hazard and exposure data; and (E) uncertainties. *Trial Ex. 96 at 498; Trial Ex. 97 at 468; Trial Ex. 98 at 271; Barone Trial Tr. Vol. IV, at 586:6-9 (Feb. 5, 2024).Barone Trial Tr. Vol. V, at 735:13-736:6 (Feb. 6, 2024).*

   **1.     Adversity of IQ Loss**

283.     EPA recognizes that chemical-induced cognitive deficits, including IQ loss, is an adverse health effect that warrants regulatory action. *Barone Trial Tr. Vol. IV, at 586:14-17 (Feb. 5, 2024).*

284.     EPA selected cognitive deficits as the critical chronic health effect in its risk evaluation of PCE under the Amended TSCA. *Barone Trial Tr. Vol. IV, at  597:9-13 (Feb. 5, 2024).*

285.     EPA selected IQ loss as the critical health effect in its risk assessments for lead and mercury. *Barone Trial Tr. Vol. IV, at 586:17-587:8 (Feb. 5, 2024).*

286.     According to EPA's Clean Air Science Advisory Commission, "A population loss of one to two IQ points is highly significant from a public health perspective and the primary lead standard should be set so as to protect 99.5 percent of the population from exceeding that IQ loss." *Lanphear Trial Tr. (ECF No. 241) at 362:8-363:23 (June 10, 2020); Trial Ex. 42 at 67000.* According to a member of the Clean Air Science Advisory Commission, Dr. Bruce Lanphear, this advice would apply equally to fluoridated water. *Lanphear Trial Tr. (ECF No. 241) at 363:24-364:3 (June 10, 2020).*

287.     In its national air regulations for lead, EPA set the permissible exposure level at a level that would prevent the most susceptible members in the population from suffering a loss of 1 to 2 IQ points. *Barone Trial Tr. Vol. IV, at 587:7-18 (Feb. 5, 2024).*

288.     As noted by RSI, a loss of 1 IQ point, "has been shown to be associated with reduced educational attainment, employment status, productivity, and earned wages, reflecting substantial public health concerns." *Trial Ex. 129 at 27.*

289.     The loss of IQ that has been associated with fluoridated drinking water is similar to the magnitude of effect seen with low-level lead. Hu Trial Decl. ¶ 23; Lanphear Trial Decl. ¶ 47.

**2.     Known Extent of Exposure to Fluoridated Water**

290.     EPA considers various exposure-related factors in the risk determination, including the number of people exposed, as well as the duration, frequency, and patterns of exposure. *Thiessen Trial Tr. Vol. V at 813:9-17 (Feb. 6, 2024).*

291.     EPA considers the number of people exposed because it helps to identify the extent of potential risk. *Barone Trial Tr. Vol. IV at 587: 19-588:3 (Feb. 5, 2024).*

292.     The larger and more diverse the exposed population, the greater potential for human-to-human variability to exist in response to the chemical exposure. *Barone Trial Tr. Vol. IV at 587: 19-588:3 (Feb. 5, 2024).*

293.    Approximately 200 million Americans have fluoride intentionally added to their drinking water at a concentration of 0.7 mg F/L. *Undisputed Fact No. 1.* Most other Americans are indirectly exposed to fluoridated water through consumption of commercial beverages and food manufactured with fluoridated water. *Thiessen Trial Tr. Vol. V at 799:7-801:13 & 814:15-18 (Feb. 6, 2024).*

294.    The duration of exposure to fluoridated water is lifelong, from conception. *Thiessen Trial Tr. Vol. V at 813:18-20 (Feb. 6, 2024).*

295.    The frequency of exposure to fluoridated water, for most people, is several times daily. *Thiessen Trial Tr. Vol. V at 813:21-23 (Feb. 6, 2024).*

296.    The patterns of exposure to fluoridated water are well documented, and include age-related differences in water intake, with bottle-fed infants drinking more tap water (and therefore more fluoridated water) than all other age groups in the population. *Thiessen Trial Tr. Vol. V at 813:24-814:9 (Feb. 6, 2024).* Other populations with heightened intake of fluoridated water include populations with medical conditions that increase thirst (e.g., diabetes mellitus and diabetes insipidus), athletes, and physical laborers. *Thiessen Trial Tr. Vol. V at 809:3-19 (Feb. 6, 2024).*

### 3.    Exposure to Susceptible Populations

297.    A citizen petitioner meets her burden of establishing an unreasonable risk if she is able to establish that the condition of use presents an unreasonable risk to a "potentially exposed or susceptible subpopulation." 15 U.S.C. § 2620(b)(4)(B)(ii). EPA thus considers "susceptible" members of the populations as part of its risk evaluations. *Barone Trial Tr. Vol. IV at 588:23-589:10 (Feb. 5, 2024).*

298.    Evidence that susceptible members of the population are being exposed to the chemical under the condition of use weighs in favor of an unreasonable risk determination. *Barone Trial Tr. Vol. IV at 589:11-21 (Feb. 5, 2024).*

299.    It is undisputed that the developing brain during the in utero and infancy period has a heightened susceptibility to the impact of environmental toxicants. *Trial Ex. 18 at 42; Grandjean Trial Tr. Vol. II, at 289:3-290:4; (*Feb. 1, 2024); *Grandjean Trial Decl. (ECF No*

*198-3) ¶¶ 38-40; Thiessen Trial Decl. (ECF No. 202-1) ¶ 159; Grandjean Trial Testimony (ECF No. 240) at 150:15-22 & 151:24-152:13; Lanphear Trial Testimony (ECF No. 241) at 349:5-8; Thayer Trial Testimony (ECF No. 241) at 440:18-441:1, 442:22-443.*

300.    In the case of water fluoridation, it is undisputed that large numbers of susceptible individuals are being exposed each year to fluoride through fluoridation, including approximately 2 million pregnant women, and over 300,000 exclusively formula-fed babies. *Thiessen Trial Tr. Vol. V at 815:6-816:23 (Feb. 6, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶¶ 162 & 180.*

301.    The number of pregnant women and formula-fed babies who are exposed to water fluoridation each year exceeds, by many orders of magnitude, the entire populations exposed to conditions of use for which EPA has found unreasonable risk. *Barone Trial Tr. Vol. IV at 588:11-17 (Feb. 5, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶ 219.* "With such widespread exposure to fluoridation chemicals among the general population, even small risks can amount to widespread harm." *Thiessen Trial Decl. (ECF No. 202-1) ¶ 219.*

302.    The one study (Till 2020) to evaluate the neurocognitive effects of fluoridated water exposure among formula-fed infants found a significant association with IQ deficits later in life. This finding remains uncontroverted. *Lanphear Trial Tr. Vol. II at 214:1-10 (Feb. 1, 2024); Thiessen Trial Tr. Vol. V at 817:9-21 (Feb. 6, 2024); Trial Ex. 123.*

**4.    Confidence in Hazard and Exposure Data**

303.    EPA does not require "high" confidence in either the hazard of exposure data to make an unreasonable risk determination under TSCA. *Undisputed Fact Nos. 38 & 40; Barone Trial Tr. Vol. IV at 570:6-10 (Feb. 5, 2024).*

304.    For the hazard data, EPA does not make separate confidence determinations for "high dose" and "low dose" hazard studies. Instead, EPA provides a single confidence determination for the whole body of hazard data for the critical effect. *Barone Trial Tr. Vol. III at 491:22-492:6 (Feb. 2, 2024); Barone Trial Tr. Vol. IV at 615:15-618:12 (Feb. 5, 2024).*

1    305.    EPA has made unreasonable risk determinations where it has medium confidence

2    in the hazard data, and low to medium confidence in the exposure data. *Undisputed Fact Nos. 39*

3    *& 41; Barone Trial Tr. Vol. IV at 570:6-10 (Feb. 5, 2024); Trial Ex. 88 at 5-6.*

4    306.    In EPA's first ten risk evaluations under the Amended TSCA, methylene chloride

5    and PCE are the two chemicals for which EPA derived a Hazard Level for neurotoxicity based

6    on human data. *Thiessen Trial Tr. Vol. V at 772:3-11 & 819:4-7 (Feb. 6, 2024).* In both

7    instances, EPA was unable to derive a BMCL or NOAEL, and thus utilized a LOAEL, which is

8    the least preferred form of Hazard Level. *Thiessen Trial Tr. Vol. V at 818:16-19 & 819:11-14*

9    *(Feb. 6, 2024); Barone Trial Tr. Vol. III at 496:10-25 (Feb. 2, 2024).*

10   307.    For methylene chloride, EPA had medium confidence in the hazard data on

11   methylene chloride's neurotoxicity, and had low confidence in at least some of the exposure

12   scenarios for which it found unreasonable risk. *Thiessen Trial Tr. Vol. V at 819:4-820:4 (Feb. 6,*

13   *2024).*

14   308.    Despite having suboptimal confidence in the hazard and exposure data for

15   methylene chloride and PCE, EPA found unreasonable risks for exposure scenarios where the

16   human exposure level was 1/27th, 1/51st, and 1/89th of the Hazard Level. *Thiessen Trial Tr. Vol.*

17   *V at 818:7-15 & 819:8-10 (Feb. 6, 2024); Barone Trial Tr. Vol. IV at 612:7-613:19 (Feb. 5,*

18   *2024).*

19   309.    The determination of risk for fluoride neurotoxicity from the condition of use of

20   water fluoridation involves much less extrapolation from high-dose studies than was the situation

21   with methylene chloride and PCE. *Thiessen Trial Tr. Vol. V at 820:5-22 & 821:15-822:15 (Feb.*

22   *6, 2024).* This, in turn, provides more confidence that the (at most) narrow margin that exists for

23   fluoride is an unreasonable risk. *Thiessen Trial Tr. Vol. V at 821:15-822:4 (Feb. 6, 2024).*

24   310.    The exposure data on fluoride from fluoridated water permits greater confidence

25   than the limited exposure information that EPA had available to it for some of the obscure

26   manufacturing processes it has evaluated and found unreasonable risk from under TSCA.

27   *Thiessen Trial Tr. Vol. V at 776:4-18 (Feb. 6, 2024).*

28

### 5.    Uncertainties

311.    The parties agree that "In the ideal world, all risk assessments would be based on a very strong knowledge base (i.e., reliable and complete data on the nature and extent of contamination, fate and transport processes, the magnitude and frequency of human and ecological exposure, and the inherent toxicity of all of the chemicals)." *Undisputed Fact No. 17.*

312.    The parties further agree that "in real life, information is usually limited on one or more of these key data needed for risk assessment calculations." Consequently, "all risk estimates are uncertain to some degree." *Undisputed Fact No. 17; Barone Trial Tr. Vol. IV at 590:10-25 (Feb. 5, 2024).*

313.    Since data gaps and the uncertainties that arise from data gaps are pervasive to risk assessment, it is to be expected *a priori* that uncertainties exist in the assessment of fluoride. *Undisputed Fact No. 17; Barone Trial Tr. Vol. IV at 590:10-25 (Feb. 5, 2024).*

314.    One of the data gaps on fluoride that EPA has pointed to is the absence of an external intake value for the urine-based BMCL. However, there is published exposure data available in the form of urinary fluoride values, and, as such, risk can be appropriately evaluated through use of a urine-based Hazard and Exposure values (i.e., the values are in the same units and thus allow for direct comparison). *Thiessen Trial Tr. Vol. V at 789:20-791:16 (Feb. 6, 2024).* Finally, EPA's concern regarding the use of a urine-based BMCL is now outdated given that Risk Sciences International (RSI) has converted the urine-based BMCL into a BMCL that is expressed in terms of mg F/day and mg F/L in water. *Trial Ex. 129 at 24.*

1   Date: February 9, 2024                 Respectfully submitted,

2                                          */s/ Michael Connett*
                                           MICHAEL CONNETT
3                                          C. ANDREW WATERS
                                           WATERS, KRAUS & PAUL
4                                          11601 Wilshire Blvd., Suite 1900
                                           Los Angeles, CA 90025
5                                          Tel: (310) 414-8146

6
                                           *Attorneys for Plaintiffs*
7

8   Date: February 9, 2024                 Respectfully Submitted,

9                                          TODD KIM
                                           Assistant Attorney General
10

11                                         */s/ Brandon N. Adkins*
                                           PAUL A. CAINTIC
12                                         BRANDON N. ADKINS
                                           United States Department of Justice
13                                         Environment & Natural Resources Division
                                           P.O. Box 7611
14                                         Washington, D.C. 20044
                                           Tel: (202) 514-2593 (Caintic)
15                                         Tel: (202) 616-9174 (Adkins)
                                           Fax: (202) 514-8865
16                                         Paul.Caintic@usdoj.gov
                                           Brandon.Adkins@usdoj.gov
17

18                                         ISMAIL J. RAMSEY
                                           United States Attorney
19

20                                         MICHELLE LO
                                           Chief, Civil Division
21

22                                         EMMET P. ONG
                                           Assistant United States Attorney
23                                         1301 Clay Street, Suite 340S
                                           Oakland, California 94612-5217
24                                         Tel: (510) 637-3929
                                           Fax: (510) 637-3724
25                                         Emmet.Ong@usdoj.gov

26                                         *Attorneys for Defendants*

27

28

SECOND JOINT ITERATIVE PROPOSED FINDINGS OF FACT FOR SECOND PHASE OF TRIAL
CASE NO. 17-CV-02162-EMC