**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Defendants.

Case No. 17-CV-02162 EMC

**AMENDED APPENDIX C TO JOINT
PRETRIAL CONFERENCE
STATEMENT FOR SECOND PHASE
OF TRIAL**
**(Use of Discovery Responses)**

**Deposition Testimony of Dr. Jesus Ibarluzea (November 15, 2023):**

**22:19 – 23:16 (EPA's Designation)**

Q. Dr. Ibarluzea, you are an epidemiologist, correct?

A. Just in probably in -- in the United States, I am, but -- although, I'm not very sure, because epidemiologist is -- sorry. I am going to be a little bit rhetorical, giving an extra explanation probably. If I -- if I do it for a longer (indiscernible) -- but being an epidemiologist, it's nothing very clear.· So is there a title that says that you're an epidemiologist? Not in -- almost in any of the countries around the world. So I study in a public health school in Sabana, in Puerto Rico. And I did a Ph.D. in the Basque University and the University of the Basque County in public health and epidemiology. So do I feel epidemiologist? Yes. I can't tell you nothing more. Yes. Do I work in environmental epidemiology? Yes, of course. So I will say that I am epidemiologist, but I also would say that I am environmental epidemiologist or someone expert in environmental health. So all around the same core or area.

**24:19-23 (EPA's Designation)**

A. I am psychologist, too, so neurodevelopment is an area from my background in biology and psychology that it makes me easier to work on problems, of different problems, or to study something in that area.

**26:13-19 (EPA's Designation)**

Q.   Is it true, sir, that the Basque country in Spain is the only part of Spain that has ever implemented water fluoridation programs?

A.  It is true that it's as a community in the whole is the only community that has
implemented water fluoridation.

**27:6 – 9 (Plaintiffs' Designation)**

Q.   The vast majority of Europe does not add fluoride to its water supplies, correct?

A.   As much as I know, yes, that is correct,

**28:3-20 (EPA's Designation)**

Q. Gipuzkoa is an area within the Basque country, correct?

A. Yes.

Q. Gipuzkoa is the area in Basque where pregnant mothers were recruited to take part in the INMA project, correct?

A. Yes.

Q. INMA is an acronym for INfancia y Medio Ambiente, correct?

A. Yeah.

Q. And that stands for childhood environment, correct?

A. Right.

Q. The INMA project is comprised of seven different cohorts located throughout Spain, correct?

A. Yes.  There are -- there is a difference between all -- among all discovered that we can split in two groups, but there are seven.

**30:19-31:10 (EPA's Designation)**

Q. Whose idea was it to begin a study of fluoride and neurodevelopment in the INMA cohort?

A. Ours. Of the people called the cohort of Gipuzkoa, because we were -- we were the people that was exposed.· Or not exposed.· In the same area. So we were the first option. Nobody was worried about that.

1    Q. And when you say --

2    A. Nobody, I mean the rest of the cohorts.

3    Q. And when you say that you're the area in Spain that is exposed, you're referring to

4    water fluoridation, correct?

5    A. Yes, of course.· Uh-huh. In terms of this context, I am -- we are talking about that,

6    even if -- if in the studies, we are not measuring directly that in our case, but probably we will go

7    into it later.

**33:25-34:14 (EPA's Designation)**

8

9    Q. Okay. I'm going to hand to you, Dr. Ibarluzea, Exhibit Number 1 for this deposition.

10   And you recognize this document, correct? (Whereupon Exhibit 1, to be later marked, was

11   referenced.)

12   A. Yes.

13   Q. This is the study that you and your colleagues published in 2022 on fluoride and IQ,

14   correct?

15   A. Yes.

16   Q. I may refer to this paper today as the 2022 paper.

17   A. Okay.

18   Q. Would that make sense to you?

19   A. Yeah.

**35:1 – 35:11 (Plaintiffs' Designation)**

20

21   Q.    After the online version of the study was posted in the fall of 2021, you received an

22   email from Dr. Kyla Taylor at the National Toxicology Program, right?

23   A.    I don't remember when, but yes, or (indiscernible).  She saw their results.  I don't

24   know if here or the offset of the congress or -- yes.

25   Q.    Dr. Taylor asked if you could provide your fluoride IQ data using a different unit for

26   the urinary fluoride, correct?

27   A.    Yes, and appropriate information, yes,

28

1
2

**36:3 – 11 (Plaintiffs' Designation)**

Q.   Now, I've just handed you Exhibit 2.  And this -- Exhibit 2 is the email exchange

3      that you had with Kyla Taylor at the National Toxicology Program, correct?

4      (Whereupon Exhibit 2, to be later marked, was referenced.)

5      A.   Yes.

6      Q.   You can put that aside for now.

7      A.   Okay.

8

**36:12-21 (EPA's Designation)**

9      Q. And I've just handed you Exhibit 3, and this is the study that you published this year

10     on fluoride and ADHD symptoms, correct? (Whereupon Exhibit 3, to be later marked, was

11     referenced.)

12     A. Yeah.

13     Q. I may sometimes refer to this paper today as your "2023 paper." Does that make

14     sense?

15     A. Okay.

16

**36:22 – 23 (Plaintiffs' Designation)**

17     Q.   And can you turn to page 6 of your ADHD paper?

18

**37:2 – 37:22 (Plaintiffs' Designation)**

19     Are you on page 6 of your ADHD study?

20     A.   Uh-huh.

21     Q.   I'm going to read from the paragraph here on the top right of the page, okay?

22     You write, "There are many physiological mechanisms that might be behind the

23     detrimental neuropsychological effects of early exposure to fluoride." Did I read what you wrote

24     correctly?

25     A.   Yes.

26     Q.   Then a little further below, you write, "Animal studies" --

27     A.   Uh-huh.

28

1  Q. -- "found positive correlations between fluoride intake and toxicity phenotypes

2 closely associated with neurotoxicity, probably a consequence of biochemical and cellular

3 changes in oxidative stress, structural changes in mitochondria, and apoptotic neurons."

4    Did I read what you wrote correctly?

5  A. Yes.

6     **41:15 – 20 (Plaintiffs' Designation)**

7  Q. And do you dispute that at high doses fluoride causes neurotoxic damage in the

8 brains of animals?  Do you dispute that?

9  A. I am not an expert at that level, but I couldn't dispute in general.

10

11     **42:12-43:25 (EPA's Designation)**

12  Q. So can you turn back – you can put the testimony aside. You can turn back to that

13    page 6 of your ADHD study.

14  A. Yeah.

15  Q. And I'm looking at that paragraph we were looking at before, and I'm going to read

16 the last sentence. You write, "There is no evidence of the beneficial neuropsychological effect or

17 protective mechanism of fluoride." Did I read what you wrote correctly?

18  A. Yeah.

19  Q. So there is no toxicological data linking fluoride to beneficial effects on

20 neurodevelopment, correct?

21  A. Yes, but that is obvious.

22  Q. That's what?

23  A.  Obvious.

24  Q. What -- why is it obvious?

25 A. It is obvious because when you are talking about a potential bio element, you have no

26 straightforward relationship between the dose and the effect. Here, the issue is fluoride behaves

27 as a bio element in a range of concentration, becoming, A, it is essential, showing that in the part

28 of the line of the curve that in which it's -- that component produce good effects, you have one

1  side of the card. But above one point, it is going to produce toxicological effects. So you're

2  asking me about this side of the figure. Yeah, okay. But I am -- it is possible to have the other

3  side of the figure. So I am saying there is not enough information about this piece of the figure

4  with low concentrations. With high concentration, it's evidence that it is protective? No, I don't --

5  I haven't seen. Maybe there is something published, but I haven't got that information.

### 44:1 – 17 (EPA's Designation)

6

7  Q.   So animal studies can be designed to evaluate the impact of low doses of fluoride,

8  correct?

9  A.   It is not in general the practice.  The practice is that in toxicological studies, you use

10  high levels of -- high levels of the compound, and you try to use lower and lower levels until you

11  find that it is not always possible to find a level without any detrimental effect.  But the question

12  is at first you try to find a negative effect.  And after that, you try to find if there is a level in

13  which you can be safe, or you can say, we are safe. And it is interesting to be -- to identify that

14  point.  Because under that level of concentration, there could be beneficial effects related with

15  that component.

### 50:9 – 18 (Plaintiffs' Designation)

16

17  Q.   Dr. Ibarluzea, I just handed you Exhibit 5. Do you have that in front of you?

18  (Whereupon Exhibit 5, to be later marked, was referenced.)

19  A.   Yes.

20  Q.   This document lists 20 individuals as well as eight organizations.

21       Do you see that?

22  A.   Yes.

### 52:13 – 14 (Plaintiffs' Designation)

23

24  Q.   Have you had any written communications, email or otherwise, with any of the -- of

25  the eight organizations listed on Exhibit 5?

26  A.   CDC.

27

28

1                          **53:5 – 8 (Plaintiffs' Designation)**

2          Q.   You have not -- have you not had any communications with the American Dental

3    Association regarding their research?

4          A.   I don't remember.  I can't remember, no.

5                          **53:16 – 18 (Plaintiffs' Designation)**

6          Q.   So for the CDC, you had email communications with the CDC?

7          A.   I had.

8                          **54:3 – 14 (EPA's Designation)**

9          Q.   How many emails did you have with the CDC?

10         A.   One, I think.  I think I received one email.

11         Q.   Okay.  What was that about?

12         A.   They were -- they were asking me to -- because they were interested in my results.

13   Specifically, I will say that it was, like, a whole region of the department or something like that.

14   I can't remember.  But there was nothing more because I received that -- that general statement

15   or, I guess, some phrase or sentence saying that they were interested, but we didn't do anything.

16   Anything.

17                         **58:24 – 59:4 (Plaintiffs' Designation)**

18         Q.   In any of your written communications with noncolleagues regarding your fluoride

19   work, did you ever ask anyone to not share your information with the public?

20         A.   No.

21                         **60:19 – 23 (Plaintiffs' Designation)**

22         Q.   In any of your emails with any -- anyone who's not a colleague where you've

23   discussed your fluoride [work], have you ever asked people to delete the information you're

24   providing to them?

25         A.   Never.  Never.  Never, ever.

26                         **61:23 – 62:4 (Plaintiffs' Designation)**

27         Q.   noncolleagues would be anyone outside of the INMA project in Spain. Does that

28   make sense to you?

1    A.   Yeah.

2    Q.   And that's your understanding of the term when I asked you.

3    A.   Yes.

**62:25 – 63:7 (Plaintiffs' Designation)**

5    Q.   So, Dr. Ibarluzea, Exhibit 6, which is in front of you, is a study that you and your

6    colleagues published in 2018, correct?

7    A.   Yeah.

8    Q.   And in this study, you estimated the amount of fluoride that pregnant mothers

9    ingested from the drinking water, correct?

10   A.   Yes.

**65:8 – 66:2 (Plaintiffs' Designation)**

12   Q.   Now, I'm looking here at figure 3 in this paper.

13   And on the left, you present the fluoride intake data for the pregnant mothers, correct?

14   A.   Sorry?

15   Q.   On the left side of this figure, you present the fluoride intake data for the pregnant

16   mothers, correct?

17   A.   Yeah.

18   Q.   And you found a very clear difference in fluoride exposure between the pregnant

19   mothers living in fluoridated areas versus those living in nonfluoridated areas, correct?

20   A.   Yes.  It is permanently shown in the different papers, yeah.

21   Q.   So -- and that's a -- that's a -- that's a strength to have available to you, two

22   populations with very different fluoride intakes from drinking water, correct?

23   A.   Yeah.

**68:1-15 (Plaintiffs' Designation)**

25   Q.   So you know precisely whether the pregnant mother drank tap water --

26   A.   Yes.

27   Q.   -- and if so, how much she drank?

28   A.   Yes.

1     Q.   So at any point in time, have you or your colleagues analyzed the fluoride ingestion

2  data to see if there's a relationship between fluoride ingestion and IQ?

3     A.   No, because our -- we didn't have the information of how much they drank bottled

4  water, and it is, like -- I don't remember now, but it is, like, 22 percent of the population.  So this

5  is a strong bias, that it is not considered in most of the studies that have been published.

6              **110:10 – 20 (Plaintiffs' Designation)**

7     Q.   Dr. Ibarluzea, I just handed you Exhibit 11.

8     And do you recognize this as the conference poster that your team presented at the

9  ISEE conference in 2020?

10     (Whereupon Exhibit 11, to be later marked, was referenced.)

11     A.   2020?  (Indiscernible).

12     Q.   So Exhibit 11 -- Exhibit 11 is the 2020 conference poster from the ISEE conference.

13     A.   Yes.

14              **111:7 – 112:3 (Plaintiffs' Designation)**

15     Q.   You write, "Literature on environmental epidemiology supports an association

16  between fluoride exposure and adverse neuropsychological and cognitive effects." Did I read that

17  correctly?

18     A.   Uh-huh.

19     Q.   Then further below you write, the last sentence, "In general, there is a high

20  consensus of the negative effects of high levels of fluoride in drinking water."

21     A.   Yeah.

22     Q.   Did I read what you wrote correctly?

23     A.   Yeah.

24     Q.   Do you agree that at least at high doses, the epidemiological evidence is consistent

25  in showing an association between fluoride and adverse neurodevelopmental effects?

26     A.   Definitely.

27     Q.   Given the findings for the high dose epidemiological literature, do you agree that at

28  least at high doses, fluoride is a neurotoxin?

1       A.   I will say yes.

2                   **119:12 – 120:17 (Plaintiffs' Designation)**

3       Q.   Okay.  I've just handed you Exhibit 12. Do you recognize this paper? (Whereupon

4    Exhibit 12, to be later marked, was referenced.)

5       A.   Yes, Guxens.

6       Q.   [Y]ou are one of the coauthors of this paper?

7       A.   Yeah.

8       Q.    And this is a paper published in 2012?

9       A.   Yes, 2012.

10      Q.   And it's basically a summary of the INMA project and how you collected data and

11   some of the goals for the project?

12      A.   There are -- there are more -- more than this one, but, yes, it is -- it is the aim of this

13   article.

14      Q.   So can you turn to page 936?

15      A.   Okay.

16      Q.   And you see on the left side of the page, you and your coauthors write, "Joint

17   analyses are our priority."

18      Did I read that correctly?

19      A.   Yes, yes, yes.

20                  **121:18 – 24 (Plaintiffs' Designation)**

21      Q.   That was one of the reasons why you developed seven different cohorts in Spain was

22   to increase the power and sophistication of birth cohort analyses by having people from multiple

23   different areas of Spain, correct?

24      A.   To have a wider variety in each of the exposure that was measured.

25                  **124:10 – 25 (Plaintiffs' Designation)**

26      Q.    What are the advantages of doing joint analyses across multiple cohorts?

27      A.   When you have information of one exposure, for example, air pollution, and we

28   have different information, but we can gather that information because we have information

1   about NO2 or about particle matter, 2.5 particle matter, or it could be more substantive in one

2   cohort, but we can arrange the information so we have information of all of the cohorts and we

3   have probably a wide distribution of the exposures.  No?  That is very good for environmental

4   epidemiological studies because it provides variance of exposure.

5       Q.   Variance?

6       A.   Variance.  Sorry, variance of the exposure.

**145:7-8 (Plaintiffs' Designation)**

8       Q.   Dr. Ibarluzea, can you turn to Exhibit 1, which is your 2022 paper?

**147:23-25 (Plaintiffs' Designation)**

10      Q. And at the bottom of the page is Table 2. Do you see that?

11      A.   Uh-huh.

**148:1-153:2 (EPA's Designation)**

13      Q. Table 2 is where you report the findings of your main model, correct?

14      A. Yep.

15      Q. So these findings here in Table 2 are the primary findings of the study?

16      A. Yes.

17      Q. Overall, you found that a 1-unit increase in urinary fluoride, the average urinary

18   fluoride level across both trimesters, was associated with a significant 15.4 point increase in IQ

19   for boys, correct?

20      A. Yes.· That is the figure, yeah.

21      Q. Would you agree that this is a very large magnitude of effect?

22      A. Yes.

23   MR. ADKINS: Was your question for boys?

24   MR. CONNETT: Yes.

25   MR. ADKINS: Okay.

26      Q. Now, Dr. Ibarluzea, you have been involved with many studies that have examined the

27   neurodevelopmental effects of chemicals, correct?

28      A. Yes, yes.· It is.

1    Q. In all of the studies that you have been involved with to date, has any chemical ever

2    been associated with a 15-point alteration in IQ --

3    A. Never.

4    Q. -- for a 1-unit increase in exposure?

5    A. No.

6    A. But there's something that I have to – to keep a piece of information. When we are

7    giving this – this information, we are -- in each of the studies, you -- if the value, the final value

8    that you give, the beta value, that can be the related rate of ratio – and generally in our studies,

9    you get that information because you're increasing the exposure level to a certain point, and it's **a**

10   specified percent. When the increase is, hmm, we can see or we can observe that there are no

11   effects, that they're increasing in the (indiscernible), and this is of this magnitude or whatever.

12   Here, we use measurement that is in very, very big increase.

13   Q. Very what?

14   A. Very big increase.

15   Q. Okay.

16   A. For example, all the other researchers have reported the association or the magnitude

17   of the association related with 0.5 milligrams per liter. Using one milligram per liter, probably

18   now, now, as I can see in other -- in other articles, would have been better to (indiscernible) to

19   analyze the difference why an increase related with 0.5 milligrams per -- per gram of creatinine.

20   Why I'm saying this, because this increase is so high, that probably goes beyond the difference

21   between the higher value and the lower value. Even considering that, even considering that these

22   are high levels of high increase, high increases for the general point of view or the figures that

23   we find, the numbers that we find when we are analyzing environmental exposure and going

24   (indiscernible).

25   Q. Okay. So the unit --

26   A. Yeah.

27   Q. -- of the exposure --

28   A. Yeah.

1      Q.-- is --

2      A. One.

3      Q. -- one milligram of fluoride per gram of creatinine?

4      A. Yeah.

5      Q. Okay. Now, if you can turn to page 31 of your paper -- of the supplemental materials.

6   It's the very last page.

7      A. Okay.

8      Q. And on this page, you show the urinary fluoride levels for the full cohort of children --

9   for the full cohort of mothers, correct?

10      A. Yeah.

11      Q. And you have urinary fluoride levels that go well beyond one milligram of fluoride

12   per gram of creatinine, correct?

13      A. There are few. So much.

14      Q. There are many -- you have many maternal urinary fluoride values between zero and

15   one milligram of fluoride per gram of creatinine.

16      A. Yes.· Not zero, but, yes. Yes.

17      Q. Right. So your study -- sorry, strike that. The range of zero to one milligrams of

18   fluoride per gram of creatinine is squarely within your field of observed values in this case.

19      A. Yes, but it is also true that if you use -- or you use the information of the rest of the

20   studies and you use an increase in one milligram instead of 0.5 milligrams, you have to double

21   their increase in or their decrease in cognitive values. So we have just to have a more similar

22   reference. If the relationship is just linear, we have to have that in mind, yes. Yes, it would be

23   that.

24      Q. So under -- with that sort of explanation understood, in any study that you've ever

25   been involved with --

26      A.Yeah.

27

28

1      Q. -- have you ever seen an increase in IQ or decrease in IQ from a chemical -- sorry,

2  strike that. In -- in all of the studies you've ever done, have you ever once seen a chemical

3  causing a 15-point increase or 15-point decrease in IQ?

4      A. No, but that is, again, related with the amount.· If you use an increase that it is – in

5  general, for example, this is a very good option, would be to use the increase related with IQ,

6  with the intra cortical difference. No? When you can classify all the subjects and you -- you can

7  calculate the difference between the subject in the position 75, from low to high, and that located

8  in the position 25, and just to calculate the increase, your outcome -- taking that difference. And

9  that could be around -- around, in this case -- I mean, other articles relate it around 0.4, 0.5. So

10  that could give us a number that is probably divided by two.

11      Q. Okay.

12      A. But it is high. It is high. This is bigger, yes.

13                    **154:3-157:15 (EPA's Designation)**

14      Q. Yep. Are you aware of any study in the peer-reviewed published literature that has

15  found an increase in IQ within the range of observed exposures of 15 IQ points?

16      A. No.

17      Q. And I say, "15 IQ points."· I'm really meaning 15 or more IQ points. With that

18  clarification, are you aware of any study in the peer-reviewed literature that has found, within the

19  range of observed exposures in the study, an increase in IQ of at least 15 IQ points?

20      A. No. But, again, I have to say that we have to compare it with the increases that are

21  comparable.· And if we deplete or divide that value by two, we are -- I still have a high value,

22  but it is not strange to find associations with higher --with an increase in the -- and a score of

23  neuro development function related with four, five, six. So we are not, in that case, so far away

24  from that.

25      Q. But are you familiar with any study in the peer-reviewed literature that, within the

26  range of observed exposures in the study, the chemical was associated with a 7.5 point or more

27  increase in IQ?

28

1   A. But just with the studies that are close to that, no, no, no.· I continue saying my values
2   are high.

3   Q. Right. But I just -- I understand, but just to clarify, are you aware -- if the answer is
4   no, that's fine. Are you aware of any study in the peer-reviewed literature where, within the range
5   of exposed -- exposure values in the study, there was an increase in IQ of 7.5 points or more in
6   IQ?

7   A. No.

8   Q. So do you believe that this 15-point increase in IQ among the boys in your study
9   reflects the true causal association between fluoride and IQ?

10  A. It reflects the value of the association of the people increased, probably could be a
11  result of this. But I could say that a -- I could feel more comfortable with values below.· But that
12  it is not the point in our publication. Now, I will show what we're trying to say, is that we find a
13  positive and significant association.· If the value is 15, it's what the results of the study are
14  showing, but probably --

15  MR. ADKINS:· Go ahead.· Please finish.

16  A. Of high values.

17  Q. So 15 points represents one standard deviation --

18  A. Yes.

19  Q. -- in one's IQ score?

20  A. Yeah.

21  Q. I understand that your paper is not designed to make a definitive determination as to
22  the true causal relationship between fluoride and IQ.
23  I understand that. Okay? But my question is separate, which is, Dr. Ibarluzea, as a scientist, as an
24  epidemiologist, someone who's knowledgeable about the neurodevelopmental effects of
25  chemicals, not just fluoride, based on everything you know, do you believe that maternal fluoride
26  exposure increases the IQ of boys by 15 points?

27  A. I can't answer to you -- to -- my answer could be the same.· I -- our results consistently
28  say that there is an improve in the IQ and other cognitive function. If the value is 15, or 7.5, if we

1  split it for two or divide it by two, it is a little bit lower, it is not the main relevant question for

2  me. But this is, again, our results. And I think and I defend that there could be a range, again, the

3  double -- the card with the --with the two -- two directions or the two steps, different steps, that

4  we can be showing a positive association that it's not the only one study that showed this, that

5  there are other studies, for example, show -- Xu also was served this positive association below.

6  Or BASHA also shows this positive association.

**158:10-14 (Plaintiffs' Designation)**

8  Q.   Are you aware that that study, Xu, X-U, 2020, has been retracted?

9  A.   I didn't know that it was -- that it had been retracted, but, okay.  I don't know why

10  the reason that -- that would interesting to know why.

**160:5-15 (EPA's Designation)**

12  Q. Now, Table 3 at the top presents your analysis on the impact of mercury in core blood

13  on the fluoride IQ association, right?

14  A. Yeah.

15  Q. And in Table 3, you include all of the same covariants as the main model; you just add

16  mercury into the equation.

17  A. Yeah.

18  Q. Do you consider Table 3 to be a sensitivity analysis or the primary analysis?

19  A. No sensitivity analysis.

**164:5 – 165:3 (EPA's Designation)**

21  Are you aware of anything that leads you to believe that the mercury levels that are reflected in

22  the test results here are unreliable?

23  A. Not at all. I've published a lot of papers related with mercury and fish consumption,

24  because fish consumption is rated with our levels of mercury in our population, in Spain, in all

25  the cohorts.

26  Q. When you control for mercury, it attenuated all of the associations between maternal

27  fluoride and IQ, correct?

28  A. Yes. Here are the results in Table 3.

1      Q. Now, given that -- given the fact that mercury adjustment attenuated all of the

2  associations between fluoride and IQ, would you agree that mercury is a confounder in the

3  Gipuzkoa cohort?

4      A. Confounder, meaning what? Strictly what confounder means in epidemiology and --

5      Q. Yes.

6      A. -- in statistic, no, it's not, because a confounder has to be rated with outcome and with

7  exposure. So do we have inform – association with -- between fluoride and mercury, a strong

8  association to say that it is a confounder?

9                  **170:24-171:11 (EPA's Designation)**

10      Q. So when you adjusted for mercury in your 2022 study --

11      A. Yeah.

12      Q. -- it reduced the magnitude of effect for maternal fluoride exposure and GCI in boys

13  by five IQ points.

14      A. Yes. And if you split it or divide it by two, that was the criteria that we were taking in

15  consideration, I was taking in consideration in my previous reply, we would be talking -- if you

16  think that this would be the main table, we would be talking about five. So that's not high or

17  something that you could say, oh, what are you talking about?

18                  **171:12-22 (Plaintiffs' Designation)**

19      Q. Okay. So another toxicant that you controlled for in this study is lead.

20      A. Yeah.

21      Q. Okay. And your limit of detection for the lead test was two micrograms per deciliter.

22      A. Yeah.

23      Q. And you measured lead in the cord blood of the mothers.

24      A. (Witness nods head up and down.)

25      Q. Is that --

26      A. Yes, yes, yes.

27

28

1               **173:12-174:12 (Plaintiffs' Designation)**

2          Q. So I've handed you Exhibit 16, which is an excerpt from a study of the MIREC cohort.

3    (Whereupon Exhibit 16, to be later marked, was referenced.)

4          A. Yeah.

5          Q. Do you have that in front of you?

6          A. Yeah.

7          Q. Okay.  I'd like to direct your attention to Table 1, which is on the third page of the

8    exhibit. And you see here they provide the level of lead in cord blood in that cohort?

9          A. Yes.

10         Q. The medium level of lead in cord blood is .7 micrograms per deciliter, correct?

11         A. Yeah.

12         Q. That's below your limit of detection –

13         A. Yes.

14         Q. -- in this study. And their limit of detection for lead in cord blood was .2 micrograms

15   per deciliter.

16         A.   Yes, and was probably our.

17         Q. And your limit of detection was 10 times higher?

18         A. Yeah, yeah, yeah, but that doesn't mean that our mean -- mean values were above this.

19              **174:15-18 (Plaintiffs' Designation)**

20         Q. Your limit of detection was 10 times higher than what the -- what the MIREC

21   researchers used for the MIREC cohort?

22         A. Yeah.

23              **174:20-175:2 (Plaintiffs' Designation)**

24         Q. And they found only – only 2.6 percent of the pregnant mothers in the MIREC cohort

25   had undetectable levels of lead, correct?

26         A. Yeah.

27         Q. Whereas in your study, about 95 percent of the pregnant mothers had undetectable

28   levels of lead?

1    A. Yes, because of the limit -- limit of quantification (inaudible).

2    **175:9-23 (Plaintiffs' Designation)**

3    Q. Table 10, the supplemental Table 10. Do you have that in front of you?

4    A. Yeah.

5    Q. In this table, you present the results of the main model, but here you add in the lead

6    thing, correct?

7    A. Yes.

8    Q. And when you adjust for lead, it eliminates the statistical significance of maternal

9    fluoride -- of average maternal fluoride exposures' association with verbal IQ, performance IQ,

10   numeric IQ, and memory IQ, correct?

11   A. Yes, for -- yes, for pregnancy, for the whole pregnancy, but not for the general

12   cognitive function.

13   **176:8-12 (Plaintiffs' Designation)**

14   Q. But adjusting for lead reduced the magnitude of effect in the association between

15   maternal fluoride and GCI in boys by approximately three IQ points.

16   A. On the first table, yes

17   **176:17-179:9 (Plaintiffs' Designation)**

18   Q. Do you have any explanation or theory as to why lead would attenuate the association

19   between fluoride and IQ in the Gipuzkoa cohort?

20   A. No.  Taking in consideration these are small differences because we -- as I told you

21   before, when we include one toxicant or another toxicant or another toxicant, there are

22   differences. And some of these differences change the significant association to a nonsignificant

23   association, even if depicted value is still high.  And depending on what are the variables

24   included in the model, there are changes.

25   Q. In your study, you do some analyses where you adjust for the impact of fluoridation

26   status on the fluoride IQ relationship.

27   A. Uh-huh.

28   Q. Yes?

1      A. Yes.

2      Q. Why did you do that?

3      A. Because it was (indiscernible) by (indiscernible). Because we should do that. (Court

4  reporter request.)

5      A. Yes, because we were asked for -- by the reviewer of the -- of the -- of the journal to

6  do that.

7      Q. Now, you found that fluoridation status has a strong influence on the relationship

8  between maternal fluoride exposure and IQ, right?

9      A. In boys.

10     Q. And in the whole cohort?

11     A. Yeah.

12     Q. Can you turn to Table S20, which is on page 24 of the supplemental materials?

13     A. Yeah.  It will number...

14     Q. In this table, you again use the same covariants as the main model, but you add in

15  fluoridation status as another covariant, correct?

16     A. Yeah.

17     Q. And in the –

18     A. It's like a certification.

19     Q. Right.  So in this table, you're assessing whether residents in a fluoridated community

20  influences the association between fluoride and IQ?

21     A. Uh-huh.

22     Q. Is that a yes?

23     A. Yes.

24     Q. And you're including in this analysis both boys and girls.

25     A. Yes.

26     Q. And you find that in the nonfluoridated areas, average maternal fluoride exposure is

27  associated with a 15.5 point increase in IQ, but in the -- in the fluoridated areas, there is no

28  association -- no significant association between maternal fluoride and IQ; is that correct?

1    A. Yes.

2    Q. Okay.  Do you have an explanation for why fluoridation status has such a strong

3    influence on the association between fluoride and IQ in the Gipuzkoa cohort?

4    A. No, I don't have explanation. It is our result that we try to analyze and to find any kind

5    of explanation, but these show us or we think that a showing that the -- probably in the range

6    shared between those not drinking fluoridated water and those drinking bottled water, probably

7    the higher increase is in the lower range, again, of fluoridate -- of exposure to -- of exposure to

8    fluoride, or the levels of fluoride in urine.

9                          **179:10-181:12 (EPA's Designation)**

10    Q. So let's turn to the next page which is Table S21.

11    A. Yeah.

12    Q. In this table, you limit the analysis just to boys, right?

13    A. Just because it was answered that way, but -- it was asked that way by the -- by the

14    journal.

15    Q. Okay. And, again, you're including all the same covariants as your main model, but

16    here you're stratifying it between boys who live in fluorinated areas versus boys who live in

17    nonfluorinated areas?

18    A. Yes.

19    Q. And you find that boys living in the non sorry, strike that. Among the boys living in

20    the nonfluorinated areas, average maternal fluoride is associated with a 28 point increase in IQ?

21    A. Yeah. We are torturing the data here probably because we are aware of -- our sample

22    is 125, so we are just doing only for boys. So we just guessed that -- that the line of -- I don't

23    know how to say. I was -- I was trying to point to – know that we -- we are just doing -- analyze,

24    just taking this and that and that and that (indiscernible), and at the end we get results like those

25    that we can see in this table. But it is interesting that the beta values in the known fluoridated

26    zone are also high. You can find values as high as seven, five, nine, that are not significant

27    because you are reducing the sample size to 66. We are reducing the sample size in a very high

28    or very relevant way, so to get significant result is -- is almost impossible. So – or difficult.

1    Q. Do you think it is possible as a biological matter for fluoride -- for average maternal

2    fluoride exposure to increase the IQ of boys by 28 points?

3    A. No.

4    Q. You agree that that's just not possible?

5    A. I don't want to comment. I have -- I have been very clear -- very clear with this kind of

6    --with this high numbers. No? Our point again was not -- when we were asked to do this and this

7    and this and this and all this following analysis, it was not focused on the value itself but on the

8    consistency of the results showing positive association and significant association, most of them.

9                                  **181:13-23 (Plaintiffs' Designation)**

10   Q. Do you think it is plausible, based on everything you know, that maternal fluoride

11   exposure, within the range of observed exposure concentrations in the population, can increase

12   the IQ of boys by 28 points?

13   A. Difficult.  Again, what I am trying to show or what we are trying to show in our result

14   is that we find a positive association and statistically significant on and supported by many of the

15   different domains related with McCarthy scale.

16                                 **181:24-182:21 (EPA's Designation)**

17   Q. How much confidence do you have that this 28 point increase that we see here reflects

18   the true causal association between fluoride and IQ?

19   A. I support the idea that there -- there can be a positive association, and that -- I don't

20   know causal, because to talk about the causal association, you have to limit analysis or revision

21   of the literature with -- classify in the different studies according to the degree of bias.  So this is

22   – this is not something that this specific article is going to answer. Sorry, I'm going to speak

23   slowlier (sic). But, again, my point is not that – that the magnitude of this association, that it's

24   very weak.  I want to show again and again and again that we find positive results, statistically

25   positive results, that are all maintained, and that are not explained in another way.  So the figure

26   – the numbers of these, the result of these, so what is behind it could explain something lower.

27   Again, they (indiscernible) that we are talking about an increase in one milligram.

28

1       **184:13-185:6 (Plaintiffs' Designation)**

2       Q. Do you think it is by biologically plausible for fluoride to increase IQ in boys by 28

3  points when you go from zero milligrams of fluoride per gram of creatinine to one milligram of

4  fluoride per gram of creatinine?  Do you think that's biologically plausible?

5       A. I don't think so, but I think -- but these are our results, and our results show one and

6  again that there is a positive association and the magnitude is 23 or half of it, 11, or lower,

7  something that, of course, it's relevant, but that it is not our main result.

8       Q. In your study, you collected information on the quality of the family context.

9       A. Yeah.

10      Q. For quality of the family context, you used the HES scale.

11      Q.   In your study, you collected information on the quality of the family context.

12      Q.   For quality of the family context, you used the HES scale.

13      A. Yeah.

14      **187:17-188:23 (Plaintiffs' Designation)**

15      Q. Can you turn the page to page 27 of the supplemental materials?

16      A. I see it.

17      Q. And you see here this is supplemental Table 23?

18      A. Yeah.

19      Q. And here's where you present your results on the impact of the quality of the family

20  context?

21      A. Yeah.

22      Q. And you -- in this table you basically group the children into two groups, those who

23  have greater than median HES scores and those who have less than or are equal to median HES

24  scores, correct?

25      A. Yep.

26      Q. And amongst the children with greater-than-median HES scores, there's no statistically

27  significant relationship between fluoride and IQ?

28      A. Uh-huh.

1    Q. Is that correct?

2    A. Uh-huh.

3    Q. You –

4    A. Yes, yes, yes.  Sorry.  (Indiscernible).

5    Q. But -- but for the children who have less than or equal to median HES, you found a

6    very large effect of maternal fluoride exposure and IQ?

7    A. Uh-huh.

8    Q. Yes?

9    A. Yes, yes.

10   Q. And the magnitude of effect for that group of children was 24 IQ points.

11   A. Yes.

**191:5-17 (Plaintiffs' Designation)**

12

13   Q. So far we have discussed that the control for mercury and lead both influenced the

14   association between maternal fluoride and IQ, correct?

15   A. Yes. Of many of them, uh-huh.

16   Q. We have also discussed how fluoridation status influenced the association between

17   maternal fluoride and IQ, correct?

18   A. Yeah.

19   Q. And now we have just discussed how quality of the family context influenced the

20   association between fluoride and IQ, correct?

21   A. Yeah.

**191:21-192:9 (Plaintiffs' Designation)**

22

23   Q. In your study, you never simultaneously control for the impact of toxics, fluoridation

24   status, and quality of the family context.

25   A. No.  I am not going to do that because it is beyond the scope and beyond the capacity

26   of this study to do that kind of analysis.  It's -- it's...

27   Q. That's fair.  But as we sit here today, we do not know what the results of that analysis

28   would show as to how it would affect the relationship between fluoride and IQ.

1    A. Yeah, that we don't know, of any of the studies because they don't consider this a body

2    of (indiscernible). So I don't think we are (indiscernible).

3    **195:13-197:2 (Plaintiffs' Designation)**

4    Q. Okay. When you found this 28 point increase in IQ in the nonfluoridated areas, did

5    you go and check to see if this same association can be replicated in the nonfluoridated areas of

6    the Valencia, Sabadell, or Asturias cohorts?

7    THE WITNESS:  They are not included.

8    A. So these are not included in the study, so therefore, it's not applicable.

9    Q. Right.  But did you go and talk to your colleagues in those cohorts and say, Hey, can

10   we just do a quick check to see if we see a similar dramatic association between fluoride and IQ

11   in your cohorts?

12   A. So that -- the -- it wouldn't make sense. So it doesn't make sense to perform that

13   analysis in those cohorts where the fluor differences are so -- so minor between them.  It

14   wouldn't -- it wouldn't have any variability.

15   Q. Well, in the nonfluoridated cohort in Gipuzkoa, you found a 28 point increase in IQ

16   with fluoride. So why couldn't you go to the nonfluoridated cohorts -- (Indiscernible crosstalk.) -

17   - in the other -- why couldn't you go to the nonfluoridated areas in the other cohorts to see if you

18   could replicate the association there?

19   A. First and foremost, the data from the other cohorts are not mine.  And on top of that,

20   there are no such thing as fluoride data in other cohorts.  And thirdly, the other cohorts are not

21   interested in this topic.

22   Q. Now, another factor that has strong influence on the fluoride-IQ association in your

23   study was the adjustment of the urinary fluoride level to account for dilution, correct?

24   THE WITNESS:  Yes.

25   Q. To account for dilution, you measured the creatinine levels in urine?

26   A. Yes.

27   **197:10-11 (Plaintiffs' Designation)**

28   Q. So let's go ahead and look at your email exchange with Dr. Kyla Taylor.

1       **197:19-21 (Plaintiffs' Designation)**

2       Q. In this data, you reproduced Table 2 and Table S7 from your published paper.

3   THE WITNESS:  Yes.

4       **199:24-200:4 (Plaintiffs' Designation)**

5       Q. Okay. So the data you present in your email to the Dr. Taylor, you adjust for all the

6   same covariants that you adjusted for in your published paper, correct?

7   THE WITNESS:  Probably, because I don't -- I think that -- yes.  Let's say yes.

8       **200:5–10 (EPA's Designation)**

9       Q. So -- but in -- in contrast to the published paper, you present the data using the – a

10  different unit of urinary fluoride.

11       A. So it's not a different measure. No, it's not a different way of measuring, but an

12  incorrect way of measuring.

13       **201:4-15 (Plaintiffs' Designation)**

14       Q. Can you please go to Table S7 in your published paper from 2022? Now, can you

15  check -- can you compare the data in this table in your published paper with the data that you

16  provided to Dr. Taylor in your email? (Whereupon Exhibit 17, to be later marked, was

17  referenced.)

18   THE WITNESS:  Yes.

19       Q. And can you confirm that the data in this figure in Exhibit 17 is correct?

20   THE WITNESS:  It's correct in the sense that the -- that the numbers are the same.

21       **203:4-17 (Plaintiffs' Designation)**

22       Q. Okay.  So there's no factual errors in Exhibit 17.

23    THE WITNESS:  No.

24      A. But these cannot be compared.

25       Q. I understand that -- I understand your substantive position. I just want to make sure

26  that this exhibit is factually correct. And your answer is yes, it's factually correct?

27       A. It's a bit like asking if what we have in front is a screen. And yes, it's a screen.

28

1    Q. Okay.

2    A. It doesn't make it more relevant in terms of association.

3    **203:18–204:20 (EPA's Designation)**

4    Q. Okay. Are you aware of any other study ever done by any scientist anywhere in the

5    world at any time where adjustment for creatinine had such a dramatic effect on the association

6    between a chemical and a (indiscernible)?

7    THE WITNESS: I can --

8    THE WITNESS: (Indiscernible).· I have objection too, because it is not reasonable to find good

9    quality studies in which the adjustment is not done.

10    Q. So --

11    THE WITNESS: If it isn't (indiscernible), you have the adjusted value.· You have to use the

12    adjusted value.

13    Q. Okay. So -- but I'm just asking --

14    THE WITNESS: Sorry.

15    THE INTERPRETER: No (indiscernible).

16    Q. You provided me an explanation for why you were not aware of such a study, but I

17    want to get the first predicate part, which is, are you aware of any study that's ever been done in

18    human history where adjustment for creatinine had such a dramatic effect on the association

19    between a chemical and the (indiscernible)?

20    A.  No, because I don't read any studies where -- and none adjusted values are used.

21    **205:14-23 (EPA's Designation)**

22    Q. Do you have any explanation for why adjusting for creatinine would have a such a

23    dramatic effect on the association between fluoride and IQ in the Gipuzkoa cohort?

24    (Indiscernible crosstalk.)

25    A. No, and I have no interest whatsoever in having it. The right measurement is the

26    adjusted one. I never want to have no interest in an unadjusted measurement.

27    **205:24-206:6 (Plaintiffs' Designation)**

28    Q. Okay. Since becoming aware of these dramatic differences in results, between the

1   unadjusted and adjusted urinary values, have you done anything to try to understand what is

2   causing it?

3        A.  No.  It has no interest whatsoever for me to use nonadjusted or unadjusted indicators

4   or measurements.

5                    **211:3-22 (Plaintiffs' Designation)**

6        Q.  Okay.  Since becoming aware of the differences in results when you adjust for

7   creatinine versus when you use unadjusted urinary fluorides, have you or your team done

8   anything to determine whether the Valencia laboratory or the public health laboratory at Bilbao

9   made any type of errors in their measurements of fluoride or creatinine?

10  THE WITNESS:  No.

11       A.  No.

12       Q.  Now, if you used fluoride ingestion data from drinking water, you would have no need

13  to adjust the data with creatinine, correct?

14  THE WITNESS: (Indiscernible) this ten times. I'm thinking. Sorry. No. (Speaking in Spanish.)

15       A. So, no.  The answer is no.  The intake doesn't need to be adjusted due to the level of

16  bilirubin, creatinine, hematocrits, or lipids.

17  THE WITNESS:  So -- yes, please.  It's a little bit of fear of irony. (Speaking in Spanish.)

18                   **212:1-4 (Plaintiffs' Designation)**

19       A. So with the information that we had, we were not interested in associated intake with

20  effect. It's far better to measure the biomarker or the biological level, as we call it, with the

21  effect.

22                  **213:18-21 (Plaintiffs' Designations)**

23       Q. Okay.  Now, one of the reasons that the Gipuzkoa cohort was created is because the

24  Gipuzkoa cohort is a very high seafood-consuming population.

25  THE WITNESS:  Yes.  Uh-huh.

26                  **216:14-23 (Plaintiffs' Designations)**

27       Q. I've just handed you Exhibit 19, which is a study on fish consumption -- (Whereupon

28  Exhibit 19, to be later marked, was referenced.)

1    THE WITNESS:  Yeah.

2        Q. -- and mercury exposure in the Basque area of Spain.

3    THE WITNESS:  Yes.  Yes, I remember this.

4        Q. Have you seen this study before?

5        A. Yes.

### 217:5-18 (Plaintiffs' Designations)

7        Q. And I'm looking at the last paragraph before the Materials and Methods section?

8    THE WITNESS:  Yeah.  Okay, the last.

9        Q. The authors write:  "The Basque Country, as a result of its fishing tradition, socio" --

10   "socio-cultural customs and geographic location, displays a very high consumption of fish." Did

11   I read that correctly?

12   THE WITNESS:  Yes.  Spain is the second country in the world when we compare and when we

13   analyze the fish consumption.  Follow -- the first one is Japan, and the second one is -- and it is

14   all around, with the exception probably less consumption in the center of the country.

### 217:24-221:7 (Plaintiffs' Designation)

16       Q. Okay. And so when you looked at seafood consumption in Spain, and compared it

17   internationally, you found that Spain was the second highest seafood-consuming population in

18   the world second only to Japan.

19       A. Yes. That changes over the time, that when we started to work with the cohort, we --

20   we saw that our group had higher levels of mercury.

21       Q. I've just handed you Exhibit 20. Do you have that in front of you? (Whereupon

22   Exhibit 20, to be later marked, was referenced.)

23   THE WITNESS:  Yes, yes, yes.

24       Q. And this is a study that you co-authored in 2008?

25   THE WITNESS:  Yes.

26       Q. The title is, "Prenatal exposure to mercury in a prospective mother-infant cohort study

27   in a Mediterranean area, Valencia, Spain"?

28   THE WITNESS:  Yes.

1       Q.   Okay.  And if you turn to the second page, you write here that, "Spain is a country

2 with a relatively high consumption of fish in some regions, and has been ranked as the second

3 largest consumer of fish in the world behind Japan," correct?

4 THE WITNESS:  Okay, I was correct.  My memory sometimes understand.

5       Q.   And if you turn to -- and in this study, you measured seafood consumption in the --

6 in (indiscernible).

7 THE WITNESS:  Yes.

8       Q.   Can you turn to page 74?

9 And here you write, "In our cohort, the mean total daily seafood consumption was 67 grams. In

10 the study in Japan, consumption of fish was not important.  However, in a cohort of Japanese

11 pregnant women settled up between 2001 and 2003, a mean daily seafood intake of 48.1 grams

12 was reported." Did I read what you wrote correctly?

13       A.   Yeah.

14       Q.   So in your study, you actually found that the pregnant mothers in the INMA cohort

15 were consuming more seafood than the --

16 THE WITNESS:  Okay.

17       Q.   -- pregnant mothers in the Japanese cohort?

18 THE WITNESS:  Yes, because --

19 THE WITNESS:  No, but this is very useful because this says the cohort -- all of the cohorts are

20 located in the coast, in Mediterranean or in the -- or in the (indiscernible) here, the (indiscernible)

21 coast.  So the consumption of fish is higher in the communities surrounding the coast of

22 Mediterranean or the (indiscernible) or Atlantic sea. And probably it's higher, the consumption of

23 this specific -- (speaking in Spanish.)

24       A.   So the consumption of the specific groups can be higher than the Japanese average.

25 THE WITNESS:  Yeah.

26   Q.   And Basque is obviously a coastal area in Spain?

27 THE WITNESS:  Yes.

28       Q.   One of the seafood products that's very popular in Spain is sardines, correct?

1  THE WITNESS:  Yes.  Popular, yeah.

2      Q.  I've read that Spain eats far more sardines per capita than anywhere else in Europe.

3  Are you familiar with that?

4  THE WITNESS:  No, but it would make sense.

5      Q.  And Spain is also the high consumer of anchovies.

6  THE WITNESS:  Yes, it is.  Blue fishes, both of them.

7      Q.  Sardines and anchovies are what we'd call small oily fish?

8  THE WITNESS:  Yes.

9      Q.  They are rich -- small oily fish, as with large oily fish, are rich in the fatty acids that

10  are known to be beneficial to brain development?

11  THE WITNESS:  Good for brain development because they are rich in poly unsaturated fatty

12  acids that are essential that you have to eat because you cannot metabolize.  You cannot

13  chemically or biochemically construct, generate, or...

14                  **221:11-222:6 (Plaintiffs' Designation)**

15      Q.  Now, I've just handed you Exhibit 21. Do you have that in front of you?

16  (Whereupon Exhibit 21, to be later marked, was referenced.)

17  THE WITNESS:  Yeah.

18      Q.  And this is a study that you published in 2021 regarding PFAS and its

19  neuropsychological development, correct?

20  THE WITNESS:  Uh-huh.

21      Q.  Yes?

22  THE WITNESS:  Yes.

23      Q.  And you are one of the co-authors, right?

24  THE WITNESS:  Yeah -- yes.

25      Q.  I'd like to direct your attention to page 8.  And you wrote here, "It has been

26  suggested that some seafood-related contaminants such as PFASs could act as a proxy for fish

27  nutrients, manifesting protective associations actually related to the

28  benefits of seafood consumption." Did I read what you wrote correctly?

1    THE WITNESS:  Yes.

2                        **222:11-223:23 (Plaintiffs' Designation)**

3        Q.    You would agree that when a chemical is found in seafood, that epidemiological

4    studies related to IQ may find a spurious -- a beneficial association between the chemical and IQ

5    because the chemical is serving as a proxy of seafood exposure?

6    THE WITNESS:  Yes.

7        Q.    And based on this principle in your PFAS study that we were just looking at, you did

8    control seafood intake, correct?

9    THE WITNESS:  I don't remember, but just probably, yes.

10       Q.    Now, in your fluoride study, you did not control for seafood, correct?

11       A.    We didn't do that, neither any other author.

12       Q.    When you say --

13       A.    Neither we -- neither we nor any other authors.

14       Q.    And when you say, "any other authors," are you talking about authors of studies in

15   other areas of the world?

16   THE WITNESS:  Yes, of course.  Of the main -- of the principal articles.  (Speaking in Spanish.)

17       A.    The main papers that we are talking about are the main papers that we can be

18   thinking of.

19       Q.    Okay.  Like the MIREC cohort and the Element cohort?

20   THE WITNESS:  The MIREC cohort, Element cohort, progress study, the study of

21   (indiscernible) -- from Grandjean, all those transverse across a section of other studies, but all are

22   a lower quality, of course.

23       Q.    Okay.  Now, Spain consumes far more seafood than Canada and Mexico, correct?

24   THE WITNESS:  I'm not sure, but -- digest, yes, for sure.

25                        **223:24–225:20:(EPA's Designation)**

26       Q.    Okay. And Spain consumes far more seafood than Denmark?

27       THE WITNESS:· (Speaking in Spanish.)

28       That is very relevant -- (speaking in Spanish).

1      A.· · Yes, but we consume far less mammals caught in the sea, which is a very relevant

2  issue regarding what we're talking about here, specifically talking about Denmark.· About

3  Denmark.

4      Q.· · When you say "mammals," what are you· talking about?

5      THE WITNESS:· Whales, for example.· Not fish.· (Speaking in Spanish.)

6      A.· · They can be -- so the mammals do not· provide the nutritious elements that the oily

7  fish gives us, and the -- like the poly unsaturated fatty· acids.· They do not provide that.

8      Q.· · Okay.

9      A.· · They provide other good things which are· beneficial, but not the -- those elements

10  --

11      Q.· · Okay.

12      A.· · -- in fish.

13      Q.   Now, before completing your fluoride IQ study --

14  THE WITNESS:  Yes.

15      Q.   -- were you aware that seafood has high levels of fluoride?

16  THE WITNESS:  No.  I'm not aware that seafood has -- has high levels of fluoride.  I'm not

17  aware of that.

18      Q.   As you sit here today?

19  THE WITNESS:  No, no, no, no.  No.  I don't have information related with that.

20      Q.   Okay.

21  THE WITNESS:  We have not been talking about that.

22      Q.   Okay.

23  THE WITNESS:  Or just -- no, no, no. Okay.  All right.

24      Q.   So as you sit here today, are you aware that some types of seafood have high levels

25  of fluoride?

26  THE WITNESS:  In the parts that you eat?

27      Q.   Yes.

28  THE WITNESS:  No, I'm not aware of that. But if you can give me an example?

**225:21-226:15 (Plaintiffs' Designation)**

Q.   Prior to completing your study on fluoride and IQ, did you do any searches of the scientific literature to understand if seafood is a source of fluoride exposure?

THE WITNESS:  No.  I didn't. (Speaking in Spanish.)

A.   So the main source -- the main source, as has been defined by the EPA of fluoride intake, 80 percent come from the intake of fluorinated water.

Apart from that, food prepared with fluorinated water, tea, varnish, or –

THE WITNESS:  Varnish?

A.   Or the - -

THE WITNESS:  Toothpaste?

A.   Oh, the toothpaste.

Q.   Okay.  When you mentioned the EPA, are you referring to the Spanish EPA or the U.S. EPA?

THE WITNESS:  The EPA, the agency?

Q.   Yeah.

THE WITNESS:  No, they're American.

**227:8-10 (Plaintiffs' Designation)**

Q. Was that EPA paper focused on exposures in Spain?

THE WITNESS:  In the United States.

**229:13-20 (Plaintiffs' Designation)**

Q.   Okay.  So you would agree that the relative contribution of seafood to a person's fluoride exposure will be greater in a nonfluorinated area –

THE WITNESS:  Of course.

Q.   -- than it will be to someone who lives in a fluoridated area?

THE WITNESS:  Yes, but -- (speaking in

**230:4 – 233:19 (Plaintiffs' Designation)**

Q.   So I've just handed you Exhibit 22, and we see this is a study in the Journal of Food and Chemical Toxicology? (Whereupon Exhibit 22, to be later marked, was referenced.)

1    THE WITNESS:  Uh-huh.

2         Q.    And it's dated 2013?

3    THE WITNESS:  Uh-huh.

4         Q.    And this is a study that was published before you began your study on fluoride?

5    THE WITNESS:  Yes.

6         Q.    And you see they -- the authors state that -- the title is -- of the paper is, "Factors

7         affecting the bioaccessibility of fluoride from seafood products." You see that?

8         A.    Uh-huh.

9         Q.    The authors write in the first page, Foods can also contribute to exposure to fluoride,

10   with the highest fluoride concentrations being found in seafood products, tea, and fluoridated

11   salt." Do you see that?

12   THE WITNESS:  Uh-huh.

13        Q.    Okay.  Do you have any reason to dispute that statement?

14   THE WITNESS:  No.  It's such a general statement that it is (indiscernible) usually, if you want

15   to go against.  Food can contribute, yes, of course.

16        Q.    So if you turn to the third page of the study, you see there's a section there titled

17   "Results." Do you see that?  It says, "Results"?

18   THE WITNESS:  Yeah.

19        Q.    And the authors write, "The samples of seafood products analyzed in this study have

20   fluoride concentrations ranging between 2.5 and 29.6 milligrams per kilogram of wet weight."

21   THE WITNESS:  Yeah.

22        Q.    Okay.  29 -- milligrams per kilogram is the equivalent of parts per million, correct?

23   THE WITNESS:  Yeah.  Yeah.

24        Q.    Okay.  And the -- in Table 2 -- do you see Table 2 the authors present --

25   THE WITNESS:  Yes.

26        Q.    -- the concentrations?

27   THE WITNESS:  Yes.

28

1        Q.    The authors found that sardines contained between 12.1 and 12.6 parts per million
2    fluoride, correct?
3    THE WITNESS:  Weight or in (indiscernible)?
4        Q.    Wet weight.
5    THE WITNESS:  Yep.  That's include bone.
6        Q.    Well, the authors found 12.1 to 12.6 fluoride --
7    THE WITNESS:  Yes, but you have to check if you are hitting bones.  When you -- when you
8    are using a food questionnaire -- (speaking in Spanish).
9        Q.    Okay.
10       A.    So fluoride tends to accumulate in the bone.  So when you are analyzing an element,
11   you need to consider -- when you eat something, you need to consider what are you eating, for
12   example, in sardines.
13       Q.    Okay.  So let's -- let me address that. And first off, just to be clear, can you
14       go to the first page of this paper? And you see how the authors of this study are all --
15   they're all from a laboratory or institute in Spain?
16   THE WITNESS:  Yeah.
17       Q.    Okay.  Is that actually the institute that did some of the testing for you?
18   THE WITNESS:  Yes.
19       Q.    Okay.  So this laboratory that did this study is the same laboratory that measured the
20   fluoride in the urine of the pregnant mothers --
21   THE WITNESS:  Yes.
22       Q.    -- in Gipuzkoa?
23   THE WITNESS:  Yes, yes.
24       Q.    Okay.  So if you turn to the second page, you see there's a section titled "Materials
25   and methods"?
26   THE WITNESS:  Sample, yeah.
27
28

1    Q.   And the authors write:  "Samples of seafood products were purchased at

2  supermarkets in the city of Valencia, Spain." They go on to write that, "The inedible parts were

3  removed from the samples."

4  THE WITNESS:  Okay.

5                **234:1-25 (Plaintiffs' Designation)**

6    Q.   Okay.  So you would agree that in this study, the authors --

7  THE WITNESS:  They are not considering, okay.

8    Q.   They're only studying the material in the seafood that humans will actually

9  consume?

10  THE WITNESS:  Uh-huh.

11    Q.   You agree with that?

12  THE WITNESS:  Yeah, yeah.  It's what they say.  I was just wondering, of course.

13    Q.   So if you go back to Table 2, the authors found that sardines in Spain that they tested

14  contained between 12.1 and 12.6 parts per million fluoride?

15  THE WITNESS:  Yeah.

16    Q.   They found that European anchovies that they bought in Spain contained between

17  21.2 and 29.6 parts per million.

18  THE WITNESS:  Yes.

19    Q.   And then they found that in common prawn, the fluoride concentrations range from

20  13.9 to 18.9 parts per million?

21  THE WITNESS:  Uh-huh.

22    Q.   Is that correct?

23  THE WITNESS:  Yeah.

24                **235:1–5 (EPA's Designation)**

25    Q. Okay. Obviously sardines and anchovies and prawns and shrimp are popular seafood

26  items here in the Basque Country?

27  THE WITNESS: Yes, of course, but how much is the contribution to the total diet?

1        **236:11–22 (EPA's Designation)**

2        Q. Okay. So in your study of fluoride and IQ, would you agree that the attenuation that

3    you found when adjusting for mercury exposure is consistent with seafood being a confounding

4    influence in your study?

5    THE WITNESS: I don't know if a confounding variable in the study. I can't get that answer. But

6    it is -- for sure, the mercury is related with their food consumption because it is part of the

7    (indiscernible) established, and I think that it's in this article, their correlation between fish

8    consumption and levels of mercury in blood.

9        **237:19-24 (Plaintiffs' Designation)**

10        Q.   So you would agree certainly that seafood is a likely confounder in your study,

11    although it doesn't explain the entire association between fluoride and IQ?

12    THE WITNESS:  Could be.  I can't deny. Can't deny.

13        **237:25–238:8 (EPA's Designation)**

14        Q. What --

15    THE WITNESS: (Speaking in Spanish.)

16        A. Neither us nor any other authors have considered a total diet that's -- as something that

17    could explain the association, whether positive or negative. Because it's very -- the method was

18    very, very difficult because there's such a big array of variables. So it's very difficult to say

19    always because of this or this or the other.

20        **239:7–13 (EPA's Designation)**

21        Q. So you would agree that seafood is likely to have a greater impact on the association

22    between a chemical and IQ in populations that consume very high amounts of seafood than it is

23    in populations that consume low levels of seafood.

24        A. It's possible in theory, but it's -- it's speculation too.

25        **239:14-18 (Plaintiffs' Designation)**

26        Q.   Now, seafood is a rich source of a iodine,

27    correct?

28    THE WITNESS:  Iodine, yeah.

1    Q.   Is that yes?

2  THE WITNESS:  Yes.  Yes.

**239:25 – 240:9 (Plaintiffs' Designation)**

4     Now, this table here presents the correlations between fluoride and various other

5  chemicals that you measured, correct?

6  THE WITNESS:  Uh-huh.  Uh-huh.

7    Q.   Is that yes?

8  THE WITNESS:  Yes, yes.

9     Q.   And you found that iodine was positively and significantly correlated with maternal

10  urinary fluoride levels.

11  THE WITNESS:  Yes.

**242:4 – 242:20 (Plaintiffs' Designation)**

13    Q.   In your study, you measured the total arsenic levels in the pregnant mother's urine?

14  THE WITNESS:  Yeah.

15    Q.   And total arsenic includes both organic arsenic as well as inorganic arsenic.

16  THE WITNESS:  Yes.

17    Q.   You found that urinary arsenic was significantly correlated with maternal urinary

18  fluoride.

19  THE WITNESS:  Yes.  It was a very low correlation, but it was significant.

20    Q.   Now, the vast majority of organic arsenic comes from seafood.

21  THE WITNESS:  Yeah.

22    Q.   And the organic arsenic that comes from seafood is considered nontoxic.

23  THE WITNESS:  Yes.

**255:23-256:1 (Plaintiffs' Designation)**

25    Q.   Can you turn to Exhibit 20, which is the 2008 study that you conducted on mercury

26  exposure in . ..

27     THE WITNESS:  (Indiscernible).

28

**256:4-20 (Plaintiffs' Designation)**

1

2   Q. And you write here that mercury "concentrations were higher in Spanish women and

3 those with metallic dental amalgams," correct?

4 THE WITNESS:  Yeah.

5   Q. So in your study, you found that dental amalgams contributed to the mercury levels

6 in the cord blood?

7 THE WITNESS:  I am not saying that that doesn't contribute.  I am telling that it is a

8 contribution.  That your fish consumption is very high, probably the contribution from other

9 sources is very small.

10   Q. But you accept that dental amalgams are --

11 THE WITNESS:  Of course.

12   Q. -- are a source of mercury in the INMA cohort?

13 THE WITNESS:  INMA cohort and everywhere.

**256:24 – 258:10 (Plaintiffs' Designation)**

14

15   Q. Okay.  And if you turn to page 73, in table three, you provide the mercury levels as a

16 function of how many grams of fish a day the mothers

17 consumed, correct?

18 THE WITNESS:  Yes.  In Valencia, yeah.

19   Q. And you find that there's clearly a strong relationship --

20 THE WITNESS:  Yes.

21   Q. -- between seafood consumption and mercury consumption?

22 THE WITNESS:  Yes, yes, yes, yes.  It's a (indiscernible) issue in INMA cohort.

23   Q. So -- and so in the women who ate over 90 grams of seafood a day, their average

24 mercury levels were 15.6 micrograms per liter?

25 THE WITNESS:  Uh-huh.

26   Q. Yes?

27 THE WITNESS:  Yes.  Yes.  Sorry.

28

1    Q.    And -- but in the women who ate low levels of fish or no fish at all, the average

2    mercury level was still 6.7 micrograms per liter, correct?

3    THE WITNESS:  Yes, but (indiscernible) -- yeah, were -- I would be very cautious with that

4    (indiscernible), huh?

5    Q.    Right.  But, still, even in women eat relatively low amounts of --

6    THE WITNESS:  Yeah.

7    Q.    -- of fish in the INMA cohort, they still have elevated mercury levels.

8    THE WITNESS:  (Indiscernible).

9    THE WITNESS:  Yes, but I am -- this levels are relatively high levels, but I don't know if you're

10   trying to also say those levels with (indiscernible) counts or --

11   Q.    No.

12   THE WITNESS:  Okay.

13                              **259:1 - 18 (Plaintiffs' Designation)**

14   Q.    So certainly it would be a fallacy to assume that all of the mercury that you're

15   detecting in cord blood in Gipuzkoa is a result of seafood consumption.

16   THE WITNESS:  All?  Of course.  It's a fallacy, yes, of course.

17   Q.    Do you have an estimate as to what percentage of the mercury in the cord blood in

18   Gipuzkoa is a result of seafood consumption?

19   THE WITNESS:  No.  No, we don't know.  But we don't know neither here, neither in the rest of

20   the cohorts.  We know that there is a strong correlation -- a relevant correlation, a strong

21   correlation because it is difficult to get the strong correlation when we are assessing the --

22   assessing or analyzing the association between diet or items, specific items in the diet with our

23   outcome.

24                              **261:14-262:22 (Plaintiffs' Designation)**

25   Q.    But you agree that seafood contains various levels of mercury depending on the type

26   of fish.

27   THE WITNESS:  Yeah, of course.

28

1    Q.    And you agree that seafoods contain various levels of the beneficial elements that

2    can improve brain (indiscernible)?

3    THE WITNESS:  Yes.

4    Q.    So when doing a study where you want to understand the influence of seafood on IQ

5    --

6    THE WITNESS:  Uh-huh.

7    Q.    -- it's important to consider specific types of seafood rather than just lump it all

8    together into the one general category, seafood.

9    THE WITNESS:  It is relevant at least for the countries in which the diet is rich in fish, huh? It is

10   relevant.  That is the reason why we did this study in which we analyze the effects of IQ on other

11   neurodevelopment outcomes in relation of sea consumption -- different kind of fish

12   consumption. Sorry.

13   Q.    I've just handed you Exhibit 26, which is a study that you published in the

14   International Journal of Epidemiology in 2017, correct? (Whereupon Exhibit 26, to be later

15   marked, was referenced.)

16   THE WITNESS:  Uh-huh.

17   Q.    And this is a study titled, "Prenatal exposure to mercury and neuropsychological

18   development in young children:  The role of fish consumption," right?

19   THE WITNESS:  Uh-huh.

20   Q.    Is that -- is that yes?

21   THE WITNESS:  Yes.

22                    **263:14-18 (Plaintiffs' Designation)**

23        In this study when you limited the pregnant mothers to those who ate less than three

24   servings of fish a week, you found an inverse association between mercury and IQ, correct?

25   THE WITNESS:  Yep.

26

27

28

1

**263:22–264:14 (EPA's Designation)**

2     Q.   Those mothers where you see this inverse association between mercury and IQ in

3  this study, are going to be the mothers whose mercury is coming more from nonseafood sources

4  than seafood?

5  THE WITNESS: That is not clear because at the same time, we find that the -- as the -- as I told

6  you, we analyze the effect of mercury as a poison and -- and fish consumption. When we analyze

7  the effect of fish consumption, we with always find a positive association. When we analyze the

8  mercury exposure or the (indiscernible) exposure, sometimes we find this negative or inverse

9  association. But, again, when we are talking about fish consumption, we always find positive

10  association. So we cannot take in consideration this -- this few, the samples, without taking in

11  consideration that we are eating fish.

12                        **264:15-265:23 (Plaintiffs' Designation)**

13     Q.   So I want to look at the second page of your study here, which is the section titled

14  "Key Messages." Do you see that?

15  THE WITNESS:  Key messages?  The last one? Okay.

16     Q.   Page 2.

17  THE WITNESS:  Page 2.

18     Q.   The third bullet point you write, "We observed inverse relationship between prenatal

19  mercury exposure and neuropsychological development in those children whose mothers

20  consumed fewer than three weekly servings of fish during pregnancy." That's what you wrote?

21  THE WITNESS:  Uh-huh.  Uh-huh.

22     Q.   And then the next bullet point, you write, "Further studies should pay more attention

23  to the interactions between mercury and fish nutrients in order to unravel these complex

24  associations."

25  THE WITNESS:  Yes.

26     Q.   Do you agree with that statement?

27  THE WITNESS:  And newer studies have been done.  So...

28

1    Q.   So as you discuss in this study, you have collected not only mercury levels in cord

2   blood, but you've also collected cord polyunsaturated fat -- fatty acid concentrations.

3   THE WITNESS:  Yes.

4    Q.   And PUFA for short, P-U-F-A?

5   THE WITNESS:  Yeah.

6    Q.   And PUFA is -- are the fatty acids that are the beneficial things in fish that help

7   brain development.

8   THE WITNESS:  Yeah.

9                          **266:4-22 (Plaintiffs' Designation)**

10    Q.   You did not include the PUFA levels as a covariant in your fluoride analysis?

11   THE WITNESS:  No.

12    Q.   And why is that?

13   THE WITNESS:  Because we didn't consider that -- that the variable has to be included in the

14   analysis.  Because we were including a lot of variables, and we don't know what's happening to

15   our mother when we are including extra and extra and extra, because in this conversation, for

16   example, you have given the opportunity of your guest appointed to how many other variables

17   could be (indiscernible) in the mother.  That is -- that is not possible on this -- to our knowledge,

18   it is not possible, and it has not been also included, this -- why that range of potential variables

19   have (indiscernible,) and all of this have no (indiscernible).  So we didn't --

20    Q.   Okay.

21   THE WITNESS:  -- do it.

22                          **268:3-11 (Plaintiffs' Designation)**

23    Q.   In your Gipuzkoa cohort, there is a correlation between mercury in the cord blood

24   and higher IQ in the children.

25   THE WITNESS:  Yeah.

26    Q.   And that would be -- the reason for that correlation is because mercury is a

27   constituent in seafood, and the seafood is increasing the children's IQ?

28   THE WITNESS:  Could be.

1

**277:8-25 (Plaintiffs' Designation)**

2     Q.   Okay.  So you can put that aside. I've just handed you Exhibit 28. Do you have that

3 in front of you? (Whereupon Exhibit 28A, to be later marked, was referenced.)

4 THE WITNESS:  Yes.

5     Q.   And this is an abstract that you and your team submitted to the International Society

6 for Environmental Epidemiology in 2022.

7 THE WITNESS:  Yeah.

8     Q.   And this abstract is regarding your fluoride and ADHD analysis.

9 THE WITNESS:  Yeah, okay.

10     Q.   And I'm looking here at the section beginning with the word "Results."

11 THE WITNESS:  Yeah.

12     Q.   Do you see that?

13 THE WITNESS:  Yes.

14

**278:1–7 (EPA's Designation)**

15     Q. You write in the second sentence: "No association was found between maternal

16 urinary fluoride levels during pregnancy and inattention hyperactivity or ADHD score of

17 symptoms at four, eight, or 11 years." Did I read that correctly?

18 THE WITNESS: Yes.

19

**278:15–279:1 (Plaintiffs' Designation)**

20     Q. And you write: "Nor was any association observed when a clinical approximation of

21 the problem was used." Did I read that correctly?

22     THE WITNESS: Yeah.

23     Q. And your conclusion here is "higher levels of maternal urinary fluoride in pregnant

24 women were not associated with global measures of ADHD during childhood."

25     THE WITNESS: Uh-huh.

26     Q. That's correct?

27     THE WITNESS: Yep.

28

1

**279:22-280:22 (Plaintiffs' Designation)**

2   Q.   In your published study from 2023, this year, you repeat the conclusion from your

3   abstract with respect to the children at eight years.  Namely, you did not find any statistically

4   significant relationship between maternal fluoride and ADHD symptoms among the eight-year-

5   old children?

6   THE WITNESS:  Uh-huh.

7   Q.   Is that correct?

8   THE WITNESS:  Uh-huh.

9   Q.   And just --

10   THE WITNESS:  Yes, yes.

11   Q.   And -- but in your published study, in contrast to your abstract, you found a very

12   significant relationship between maternal fluoride exposure and inattention problems among the

13   11-year-olds.

14   THE WITNESS:  Yes, we found.  Significant.

15   Q.   And for at -- for third-trimester fluoride exposure, there was an odds ratio of

16   developing inattention of 0.05.

17   THE WITNESS:  Yeah.

18   Q.   An odds ratio of 0.05 represents a 20-fold reduction in the risk of developing the

19   effect.

20       THE WITNESS:  Uh-huh.

21   Q.   Is that correct?

22       THE WITNESS:  Yes.

23   **280:23–281:4 (Plaintiffs' Designation)**

24   Q.   So in your abstract, you didn't find any statistically significant relationship between

25   maternal fluoride exposure and any ADHD symptoms at any age, but in your published study,

26   you find a 20-fold reduction in inattention problems among the 11-year-old children.

27   THE WITNESS:  Okay.

28

1          **288:16-289:19 (Plaintiffs' Designation)**

2          Q.   So are there any different covariants that were included in your 2023 analysis that

3    were not included in your 2022 abstract?

4    THE WITNESS:  I don't remember that for sure.

5          Q.   Okay.

6    THE WITNESS:  For sure.  We include more information here, and different because we are

7    continuously redoing the analysis just to get to a final model that is consistent, doesn't change,

8    because we are including any other variable that comes out of the blue.

9          Q.   What covariants, if any, did you adjust for in the 2023 study that you did not adjust

10   for in your --

11          (Indiscernible crosstalk.)

12   THE WITNESS:  No, I can't tell you.  I can't -- I can't tell you.  I don't -- I don't remember.  No, I

13   can't tell you.

14          Q.   Okay.  Did any of the covariants that you adjusted for in 2023, did they, like, have a

15   significant impact on the results?

16          Like, for instance, can you recall any new covariant that you adjusted for as part of the

17   2023 study that had a significant influence on the association between fluoride and inattention?

18   THE WITNESS:  No, I can't tell you.

19          Q.   And you're -- and it's fair to say –

20   THE WITNESS:  I can't say.

21          **291:8-292:2 (Plaintiffs' Designation)**

22          Q.   Okay.  So you had the same number of mother/child pairs for the eight-year-old and

23   11-year-old analysis in your abstract as you did for your published --

24          (Indiscernible crosstalk.)

25   THE WITNESS:  Probably.  Variably 257 now and 256 because the variable that you are

26   including in the final model is not -- you don't have that information or –

27          Q.   Okay.  So --

28   THE WITNESS:  We are talking about the same probably.

1     Q.   So is it fair to say that whatever the explanation is for the difference in results

2   between the 2022 abstract and the 2023 paperwork, it's not a result of a difference in sample size.

3   THE WITNESS:  No.

4     Q.   "No" as in its sample size is not the reason for the difference in results?

5     THE WITNESS:· No, no, no.

6              **293:2-294:22 (EPA's Designation)**

7     Q. So do you think a 20-fold reduction in ADHD symptoms is a plausible result of

8   maternal fluoride exposure?

9   THE WITNESS: Again, this is not -- this is our -- these are our results, and this is what our

10   analysis expression -- the final expression of our analysis. I could say that it is difficult -- we are

11   following the same argument of criteria or the theoretical line of contribution of the discussion

12   that we have previously been talking about or using when we were talking about

13   neurodevelopment. That, our focus, our main intention or aim was to give an approach if there --

14   if there was positive or a negative association. So the number, exactly the number of the odds

15   ratio, if it is --because it can be transformed to be 20 instead of 0.05. It is -- you have to reword

16   the sentence that you are using just to say that the -- the ratio of not being -- okay.

17     Q. So we -- at trial in this case, if you were asked is this a biologically plausible result,

18   would you answer yes or no?

19   THE WITNESS: We are just replicating the same, the same, the same, the same, the same.

20   I think that there is a methodological basis to consider that exposures to low levels of fluoride

21   could (indiscernible) protected because this result is maintained and it doesn't come out of the

22   blue.

23     Q. Okay.

24   THE WITNESS: When we consider other analysis, other sensitivity analysis, and we still can see

25   that the odds ratio are low, and significant in this case, but also low for hyperactivity and also

26   low for ADHD. So that is what is relevant for me. I know that you prefer the -- but science is a

27   little bit complex. And to say to me yes or no, it's something that -- not in this case. Not in this

28   case. It is contents-dependent, the contents -- (indiscernible). In this case, we find this -- by the

1   way, the association between fluoride and ADHD or other cognitive or neurodevelopment

2   problems is not as clear or is not as supported as the association between fluoride in urine and

3   neurocognitive development, because there are many neutral known association between fluoride

4   and cognitive or ADHD.

5   **295:6-296:6 (Plaintiffs' Designation)**

6   Q.   Okay.  So are you aware of any other chemical that can reduce the odds of

7   developing --

8   THE WITNESS:  This is --

9   Q.   -- ADHD symptoms by 20-fold?

10  THE WITNESS:  No.

11  Q.   In your -- in your 2023 study, you do not provide an analysis where you stratify the

12  kids into fluorinated areas versus nonfluorinated areas?

13  THE WITNESS:  No, because it was not asked by the -- by the reviewers, and we didn't consider

14  that was -- that was something relevant for our study.  We did it just because their reviewer

15  asked -- asked to do in the first article.  And they were not asked to do in this second article

16  probably because they use the information of the previous one and of the former one that we

17  have been -- that you have been commenting, and they have enough information to consider,

18  okay, we can consider that this study has an epidemiological approach and a

19  methodology that is consistent. Can we argue about the final result of the number that we -- that

20  we can see related with beta value, with odds ratio, with cognitive function? That for me is

21  secondary, and I will not defend that the value is 20 or 0.05.  That is not my -- it is not what I

22  think that it is supposed for me to do.

23  **297:1-298:7 (Plaintiffs' Designation)**

24  Q.   You don't recall doing any type of analysis where you checked internally to see if

25  fluoridation status was influencing your results on the ADHD analysis?

26  THE WITNESS:  No.

27  Q.   Okay.  So in your 2023 ADHD study, you do not provide any discussion about the

28  impact of creatinine adjustment on the results, correct?

1    THE WITNESS:  Don't remember but probably, yeah, because --

2        Q.   I --

3    THE WITNESS:  As I tell you, as I have been saying and saying and saying, it is what is

4    supposed to do.

5        Q.   Well --

6    THE WITNESS:  So to include that in the discussion, nobody asked, and we don't consider that

7    it is -- have to be part of the discussion.  It is the most relevant part of the -- of the article, either

8    methodology and the result are -- the result are a consequence of that appropriate methodology.

9        Q.   Right.  So did you internally --

10   THE WITNESS:  Yeah.

11       Q.   -- do any kind of analysis to see if adjustment for creatinine was influencing the

12   association between fluoride and ADHD?

13   THE WITNESS:  Know for sure that we didn't, because we consider -- if we have to use the

14   measurement of adjusted by creatinine, so we (indiscernible).

15       Q.   Sure.

16   THE WITNESS:  No.

17                    **303:14-303:23 (Plaintiffs' Designation)**

18       Q.   Okay.  Now, your department --

19   THE WITNESS:  Okay.

20       Q.   -- Department of Environmental Health, oversees the water fluoridation program in

21   Basque?

22   THE WITNESS:  Yeah.

23       Q.   So --

24   THE WITNESS:  Not only then, the water treatment plants are these -- by law they have to

25   analyze it daily, and they have to keep registers of fluoride, specifically of fluoride.

26                    **305:4-306:12 (Plaintiffs' Designation)**

27       Q.   Now, we are here today in San Sebastian.

28   THE WITNESS:  Yeah.

1       Q.   You live in San Sebastian?

2  THE WITNESS:  Yes.

3       Q.   Do you work in San Sebastian?

4  THE WITNESS:  Yes.

5       Q.   Okay.  Now, I looked at the website --

6  THE WITNESS:  Yeah.

7       Q.   -- and it shows the depart -- the Basque government website –

8  THE WITNESS:  I know.  I see what reference (indiscernible).

9       Q.   -- and it shows that over the past few years, San Sebastian has stopped adding

10  fluoride to its water.

11  THE WITNESS:  Yes, yes.

12       Q.   Are you aware of that?

13  THE WITNESS:  Yeah, yeah, yeah, yeah.  I know.

14       Q.   Okay.  And every single town in the Basque area that used to add fluoride to the

15  water has stopped adding fluoride.

16  THE WITNESS:  Yeah, it did.  Yeah.

17       Q.   When did that -- when was that decision made to end fluoridation here in Basque?

18  THE WITNESS:  Okay.  At this point, I am not a representative of the Basque government here

19  in this deposition, so I am not going to give more explanation about this.

20       Q.   Okay.  Let -- let's --

21  THE WITNESS:  Because it –

22       Q.   Because what?

23  THE WITNESS:  It could be very difficult for me personally, okay?  But --

24                    **306:13–16 (EPA's Designation)**

25    Q. But let -- I'll just -- let's see if we can bypass that issue. You're aware --

26  THE WITNESS: Okay

27

28

1

**308:4-309:8 (Plaintiffs' Designation)**

2      Q.    Spain has a Freedom of Information Act law where certain documents written by

3 government officials are accessible to the public.

4 THE WITNESS:  (Witness nods head up and down.)

5      Q.    Are you aware of that?

6 THE WITNESS:  Uh-huh.

7      Q.    Is that a yes?

8 THE WITNESS:  Yeah, yeah -- yes.  Sorry.

9      Q.    And so citizens here in the Basque Country can submit Freedom of Information Act

10 requests to get communications from public health officials.

11 THE WITNESS:  Yes.

12      Q.    And in the early part of 2021, a Freedom of Information Act request was submitted

13 to obtain some of your communications regarding the INMA study.

14 THE WITNESS:  Are you serious?

15      Q.    Yes.  Are you aware of that?

16 THE WITNESS:  Yes, I am.

17

**310:2-17 (Plaintiffs' Designation)**

18      Q.    Yeah.  The Department of Health has not released any of your communications

19 regarding the INMA study in response to this Freedom of Information request?

20 THE WITNESS:  No, no, no, no.  No, no, no. That was not the point of this -- please, could you

21 be more precise?  Because I am not talking about that.

22      Q.    Okay.  And I've just handed you a document dated --

23 THE WITNESS:  Yes.

24      Q.    -- June 24th, 2021.

25      Do you see that?

26          (Whereupon Exhibit 28B, to be later marked, was referenced.)

27 THE WITNESS:  Yes.

28

1          **310:21-311:8 (Plaintiffs' Designation)**

2          Q.   And have you seen this document before?

3   THE WITNESS:  Of course.

4          Q.   You have read it before?

5   THE WITNESS:  Yes.

6          Q.   Okay.  I'm going to provide a translation of this document which I'll mark as Exhibit

7   29.

8          Now, I want to direct your attention to this -- if you turn to page one of the document.

9   Right here.

10          (Whereupon Exhibit 29, to be later marked, was referenced.)

11   THE WITNESS:  Yes, but I asked you to be explicit about the information that he was asking.

12          **311:15-17 (Plaintiffs' Designation)**

13          Q.   Well, can you read what the highlighted portion there says on page 2?

14    THE WITNESS:  Yes.  (Speaking in Spanish.)

15          **312:8-24 (Plaintiffs' Designation)**

16          Q.   So what the request was for is for any of your communications with

17   nongovernmental employees regarding the INMA stuff, correct?

18   THE WITNESS:  Yes and no, because we sent all the information that had been published or

19   encompasses or published in journals.  But they were not asking that -- for that.  They were

20   asking for private emails that I could be writing to someone that not belonging to the

21   government.  So that is private information, just in case that information is seized.  So it was the

22   answer by -- (speaking in Spanish).

23          A.   So this -- so this had moved forward or continued forward, I would have sued the

24   Basque government, because this is very clearly my own information.  It's not information that

25   goes beyond my own personal scope

26          **313:22-315:9 (Plaintiffs' Designation)**

27          Q.   But the Basque Commission for Access to Public Information ordered the

28   Department of Health to release these communications.

1    THE WITNESS:  Yes, but they – they finally say that, no.  No.  That there are other -- other

2    reports or other statements saying that it is not going to be -- nobody is going to enter into the

3    information in my computer to send information, personal information, in which I can be talking

4    about my wife --

5         Q.    No.

6    THE WITNESS:  -- for example -- so that was the final decision, not that I -- because when --

7    when talk --

8         Q.    So –

9    THE WITNESS:  And we send all the information that had been published.

10        Q.    So --

11   THE WITNESS:  All the final results or whatever we -- is -- what is the reason behind of

12   being here?

13        Q.    So you -- you appealed this decision by the Basque Commission for Access to

14   Public Health -- for Access to Public Information.

15        You appealed it?

16   THE INTERPRETER:  (Indiscernible).

17   THE WITNESS:  No, formally, but before I received this, it was -- it was sent to the -- to the

18   delegation.  I don't want to talk about this because I have to talk about the interrelations with my

19   Basque government, with my books, and I don't want to make them -- to put them on the table.

20   Just -- it is not because I have to hide anything, but it is not -- it is a personal issue that this is

21   behind this. They are -- they were asking not for the information. They have all, all, all,

22   everything.  Other reports of -- they call me just for other things to give information.

23                          **315:14-23 (Plaintiffs' Designation)**

24        Q.    [T]his Freedom of Information Act request, it's not asking for your -- emails with

25   your wife.  It's --

26   THE WITNESS:  Yeah.

27        Q.    -- not asking for personal information about personal things.

28        It's asking about your communications specifically related to the INMA stuff, correct?

1   THE WITNESS:  Yes, but we send all that information, and it was not what he wanted.

2   **316:18-317:25 (Plaintiffs' Designation)**

3   Q.   His request would have included emails that you had with, for example, the CDC or

4   the American Dental Association.

5   (Indiscernible crosstalk.)

6   THE WITNESS:  No, no, no, no, no.  Because probably -- because probably --

7   Q.   That would have come within the scope of what he was requesting, right?  If you

8   had emailed with American Dental Association or the CDC, this Freedom of Information Act

9   request would have obtained those --

10  (Indiscernible crosstalk.)

11  THE WITNESS:  I don't -- I don't have to inform nobody if I have receive an email from – from

12  CDC.  This -- no?  Not at all.  Or if I have receive something asking me from -- I don't know,

13  from -- from the environmental ministry of Andalusia just a question that they are asking me.

14  Do you know something -- if these people knows about this issue? No, no.  No, no.  I don't have

15  to give that information.

16  I have to keep all the information related with something that has been worked in the

17  health department.  This articles that have been done in the University (indiscernible) or

18  Gipuzkoa (indiscernible,) is part of the Basque government and part of the university, so our

19  group is very diverse. They go to many different -- and we get the money not from the

20  government.  We get the money in the European calls or in the Spanish calls, to get the money.

21  So -- but even –

22  MR. ADKINS:  We're at time.  We're over time.

23  **319:1-5 (EPA's Designation)**

24  Q. You're here voluntarily?

25  A. Completely.

26  Q. You're not being paid by EPA or the United States government to testify in this case,

27  correct?

28  A. No.

1

**320:6-328:8 (EPA's Designation)**

2      Now, Mr. Connett asked you some questions about seafood and whether seafood

3  consumption is a potential confounder. I just want the record to be clear. Do you believe that

4  seafood consumption is a potential confounder to the results of your IQ study?

5      A. No.

6      Q. And why is that?

7      A. Because I think -- I really think that we consider to do -- to (indiscernible) with this

8  study, we first, before we analyze the different studies that have been carried out, and I --(Court

9  reporter request.)

10      A. That we take into consideration the different studies that have been carried out

11  previously. So we used the information provided by BASHA or by Green or by other officers or

12  principal investigators of these studies. We considered or we tried to use the information

13  available if it -- if it was possible, if it was possible almost for all the variables. We include all

14  the more also relevant variables. We include also the IQ of the mother that

15  has not been considered in other studies. And it is very relevant because part of the -- of the IQ is

16  -- has a biological basement. In any of this studies was diet included on -- we didn't consider

17  because, again, it is very difficult to try to include diet as what -- as the different kind of fishes

18  and -- no. It's -- I do say that in the future, as you -- we have to go a step by step, and we could

19  do an analysis including the potential interaction between what consumption toxicants related

20  with consumption on IQ. But it is beyond the scope of this article to take consideration diet,

21  because you have to take in consideration of diet as a whole. Many different variables related to.

22  So that would be another study. Interesting?· Of course, but it is a specific situation probably.

23  We are in the upper level of fish consumption. I don't know if I am answering to the --to the -- to

24  the questions because I might be repeat. Exhausted.

25      Q. I understand. I understand. So you also ran a regression analysis based on data you

26  collected for mercury and cordblood, correct?

27      A. Yeah.

28

1     Q. And -- and would it be fair to say that the mercury data is a surrogate for a control for

2  seafood consumption assuming that's a confounder in your --

3  MR. CONNETT: (Inaudible.)

4     A. A surrogate. A surrogate. Not index or indicated, but a proxy in our case would be.

5     Q. Okay. And how could it be a proxy for seafood consumption?

6     A. Because in our INMA study, not only in Gipuzkoa, in general, in all, of course, there

7  is a correlation between seafood consumption and the different kind of sea consumed and

8  mercury in blood.

9     Q. So shifting to the lead analysis in your IQ study. Now, based on the methodology that

10  your lab employed and the techniques that they had available to them, the lab could not detect

11  lead in cord blood below two micrograms per deciliter --

12     A. Per deciliter.

13     Q. -- is that correct?

14     A. Yes.

15     Q. Now, do you believe this is a -- this inability to detect lead below that level is a

16  weakness in your study?

17     A. It's not a strength.

18     Q. Okay.

19     A. Obviously, I would like to -- I would prefer to have used one macron that is a limit of

20  quantification, but we have that information. It's as simple as that. In cohort analysis or studies,

21  you spend a lot of money doing different things. And some of them -- for some of them, you

22  have more precise information. That probably means that you have spent more money to get the

23  information about that variable. Spent, for example, a lot of money in relation with home, with

24  the (indiscernible) that we use to analyze the quality of the -- of the family context. But we're just

25  out of money. And people analyzing different -- different information. In this case, it was

26  available, this technique, so we decided, hoping -- hoping that them values were, most of them,

27  below that and was what happened at the end. So probably our distribution is -- no, not probably.

28  I can't -- I can't -- I am speculating again. But as the present date of subjects with levels above

1    two or, like, seven percent, eight percent, I don't remember exactly, you can just separate what

2    could be a distribution. So our mean levels are low. But lead is relevant wherever it is, huh?

3        Q. And would this inability to detect lead at lower levels -- is that a valid reason for a

4    scientist to set aside the results of your study?

5        A. Sorry?· To say that --

6        Q. Would it -- would it be -- is the inability to detect lead below this level --

7        A. Uh-huh.

8        Q. -- is that a valid reason for a scientist to set aside the results of your study?

9        A. No, because if you --

10       A. -- use the BASHA and, I think, Green, too, but -- I don't know exactly. This researcher

11   also just adjust for all the potential neurotoxicants or toxic in blood or urine or whatever they --

12   and they don't change the association between fluoride measure in urine and cognitive

13   development, but where the measure is GCA or IQ or verbal IQ or FSC8 or -- no, no reasonable

14   something that you could say no, okay, with this information because -- no.· No, no, not that.

15       Q. You answered some questions about an abstract in a poster --

16       A. Correct.

17       Q.-- that you prepared before your IQ study was published. Do you remember those

18   questions?

19       A. Yes. And this has happened with the first article and with the second article we have.

20   We sent information, were asked for oral presentation in different congress that -- that use or

21   show information that were former and that preliminary analysis of the -- of the -- of the study,

22   the final study.

23       Q. Let me just focus you on the IQ --

24       A. Yeah.

25       Q.-- study for now. And we saw that the abstract and the paper referred to additional

26   subcohorts, in addition to the Gipuzkoa --

27       A. Yeah.

28

1    Q. -- subcohort. And we heard from you a little bit, your testimony, about why the

2    published paper only included one subcohort. Could you explain why the abstract in the paper

3    included the larger number of subcohorts?

4    A. Because it was on a regional and very preliminary analysis in which we include

5    because we offer the opportunity to have any kind of information in a low amount of samples

6    about fluoride in urine. So we just -- we use that information back as we obtain positive results,

7    that it was surprising for us -- we said okay, we have to do it in the proper way or in the better

8    way, using the better methodology or -- and so we decided to do it just in Gipuzkoa because it's

9    the only place or the only cohort in which you can find with the same socioeconomical,

10   environmental -- I mean (indiscernible) with other potential variables, environmental variable.·

11   We gathered the same subjects from that context. We are not adding more noise coming from --

12   from the diverse situation in other cohorts related mainly to socioeconomical position. And also

13   with other variables, but mainly with socioeconomical position.

14   Q. And in the published IQ study, which only had the data and the analysis for the

15   Gipuzkoa cohort, were the results of the published IQ study inconsistent with the results reported

16   in the abstract for the poster?

17   A. No, no.

18   Q. And why is that? They were different.

19   A. They were different but not inconsistent. Inconsistent for me, when you are doing, for

20   example, a (indiscernible) of the reject or -- or any kind of analysis or (indiscernible) of

21   (indiscernible) yeah, you analyze consistency or great diversity among the results. When you

22   have, let's say, zero, and you have results in the positive side and results in the negative side, but

23   when you -- you can't have diversity of results but all in one side, and given if they are diverse,

24   you can use all of them and summarize because they are showing that there is a positive or a

25   negative association that is consistent, even if the result can change the number that you're

26   comparing the odds ratio value is different in one as to another. So for me, the relevance, as I

27   was talking before when we were talking with Michael, the consistency is that we get a positive

28   relation, significant for many of the domains related with cognitive function at the age of four,

1   independently of considering the basic variables of the basic table, or the sensorial table, the

2   table number three in our results, or adjusting or taking in consideration or (indiscernible) the

3   data by this or that or do all the variables. So the general picture, again, gives us the same

4   information. We are not focusing on the exact value if it is three, 13, or eight.

5                                  **329:19–330:11 (EPA's Designation)**

6           Q. Could you turn to Exhibit 20 if you -- if you have that in your stack? 2-0.

7           A. 2-0?

8           Q. Yes.

9           A. Okay.

10          Q. This is the study by Rosa Ramon.

11          A. Okay. Yeah.

12          Q. Okay. And counsel asked you some questions about this -- this study during your

13  deposition. Do you remember that?

14          A. Uh-huh.

15          Q. Okay. Now, the reporting and the analysis in this study, Exhibit 20, is focused on one

16  of the subcohorts of the INMA study, correct?

17          A. Yes.

18          Q. And that's the Valencia subcohort?

19          A. Yeah.

20                                 **330:23–332:18 (EPA's Designation)**

21          Q. Okay. Why don't -- maybe I could take you to Table 1 --

22          A. Okay.

23          Q. -- in the study. It's on page 73.

24          A. Uh-huh.

25          Q. And you were talking about this at your deposition. So this table -- and you tell me if

26  I'm wrong here -- appears to be reporting data based only on the Valencia cohort?

27          A. Yes, yes.

28

1    Q. Okay. And so when you were answering questions about the data that's reported in

2    Table 1, it was only the data for --

3    A. Yes.

4    Q. -- Valencia?

5    A. Yes. The specific question were related to the table he -- that Michael was asking me

6    to answer.

7    Q. Okay. And is the same true as the questions you were asked about Table 3?

8    A. Yes, yes. Of course.

9    Q. Okay. And then turn with me to page 74 under Discussion.

10   A. Yes.

11   Q. And there was a highlighted sentence that starts --

12   (Indiscernible crosstalk.)

13   A. Table 4?

14   Q. -- cohort? This is --

15   A. Or this segment.

16   Q. I'll start over again. It's -- it's page 74.

17   A. Yeah.

18   Q. And it's under point four --

19   A. Yeah. Okay.

20   Q. -- Discussion, that highlighted sentence that starts, "In our cohort." Do you remember

21   reading that with Mr. Connett during your deposition?

22   A. Okay. (Indiscernible).

23   Q. Yes. And so this -- this sentence is referring to the Valencia subcohort, correct?

24   A. No cohort, yes. No cohort means in Valencia.

25                    **332:20-338:24 (EPA's Designation)**

26   Now, if you could turn to Exhibit 17. Okay. Do you have Exhibit 17 with you?

27   A. Yeah.

28   Q. And I want you also to pull up Exhibit 2, the email chains with Ms. Taylor.

1       A. No.

2       A. Here.

3       Q. And also if you could pull up Exhibit 1.

4       A. Exhibit 1.

5       Q. This is your IQ study.

6       A. Okay. (Inaudible discussion.)

7   THE WITNESS:· No?

8       Q. Okay.· So you're at Exhibit 1, Exhibit 2, and Exhibit 17, generally in front of you

9   somewhere.

10      A. Yes. Or around.

11      Q. Great.· So Mr. Connett asked you to verify some of the data points that were in

12  Exhibit 17 using the data from Exhibit 1 and Exhibit 2. Do you remember that?

13      A. Uh-huh.

14      Q. Okay.· I want to ask you a little bit more about the data points that are represented in

15  the Exhibit 17. So first, if you could turn to Table S7 in your IQ study. That's Exhibit 1.

16      A. Yes.

17      Q. And that's on page 11. If you look at the GCI data for girls --

18      A. Yes.

19      Q. -- maternal urinary fluoride creatine adjusted at pregnancy --

20      A. Yes.

21      Q. -- the new -- the digit there is negative .02. Do you see that?

22      A. Uh-huh.

23      Q. Is that statistically significant?

24      A. No.

25      Q. Okay.· And so when, in Exhibit 17, this data point negative .02 for girls, that -- that

26  data point there is not statistically significant, correct?

27      A. Here, I have to -- no.

28      Q. Let me withdraw the question because --

1       A. No, no, it's here.

2       Q. -- I might have confused you. So going back to Exhibit 17, I'm looking at the negative

3   .02 --

4       A. Yeah.

5       Q.-- represented in this bar graph. That data point is not statistically significant, correct?

6       A. No.

7       Q. Okay.· So let's also go to the Taylor email that's --

8       A. Yes.

9       Q. -- Exhibit 2.

10      A. Yeah.

11      Q. And if you could turn to --

12      A. There's 3.75, but it's here and here.

13      Q. You're way ahead of me. So I'm on page NIEHS 375, and I'm looking at the data --

14      A. Yeah.

15      Q. -- that's negative --

16      A. Yeah.

17      Q. -- 3.75 --

18      A. But the interval includes positive results and not only a few.· It's a wide interval so the

19   results are not significant.

20      Q. Okay. And how about for the .11 for the boys?

21      A. Neither. Neither.

22      Q. Is that statistically significant?

23      A. No.

24      Q. Okay.

25      A. Not at all.

26      Q. So if we look back at Exhibit 17, the .11 and negative 3.75, those data points are not

27   statistically significant?

28      A. Not at all.

1    Q. So based on my read of this, it looks like three of the four data points here are not

2    statistically significant; is that right?

3    A. No.

4    Q. Okay.· Now --

5    A. This only for boys.

6    Q. Only for boys in the published data adjusted --

7    A. Yes.

8    Q. -- for creatinine --

9    A. Yes.· Yes.

10   Q. -- correct? Okay. So --

11   A.  For me, when I am talking in general, I am talking about what has been published --

12   published, I mean, in article that has been -- has follow a peer review. In general, in my mind. So

13   probably I am --when I answer, I am giving the information of -- I am replying to this piece of

14   paper unless you tell me no, you have to consider this one that was in this case (indiscernible).

15   Q. Now, if we look at the left side of this bar, published data, the data that we see here are

16   IQ points per milligram fluoride --

17   A. Yeah.

18   Q.-- by gram cre, correct?

19   A. Yeah.

20   Q. And on the right side of the bar graph, the unpublished data, we're looking -- the

21   values are in milligram fluoride per liter, right?

22   A. Yep.

23   Q. Now, milligram per liter is different from milligram per gram?

24   A. Yes, of course. Yes.

25   Q. And the right side is representing results that are not adjusted for creatinine?

26   A. Yes.

27   Q. And on the left side, those results are adjusted for creatinine?

28   A. Yes.

1  Q. So there's at least two ways in which the data points on the left side of the bar graph

2  and the right side of the bar graph are different, correct?

3  A. Yes.

4  Q. Okay. And in Mr. Connett's questions, he referred to the differences in the bars on the

5  left and the right side as "large or dramatic differences." Do you agree with that characterization?

6  A. Again, these all -- for this is the measure that we have to use because it is adjusted,

7  and this is a measure that we can't use because it's not adjusted. If the magnitude is high or low,

8  it's our result. But, again, you can say that it is a big figure, a big number, but it is not our point

9  just to show that the -- that the -- with this high increase in fluoride level that we have to take in

10  consideration because most of the studies used at least half of this value. So if -- we can't refuse

11  these -- if there is a linear association here, we could have seven, not 15 here. Okay?· Hmm? It is

12  something that has to be considered when we are comparing the beta fetal values in one study or

13  -- I mean in other study. We cannot compare this because this is associated with an increase in

14  fluoride concentration of one milligram of adjusted by one gram of creatinine. And in the rest of

15  the studies using creatinine or gravity, they are using general 0.5. So these is not the fetal beta

16  value that should be compared with the other. It was – it would be reasonable to think that it

17  could be half of it.

18  **339:3-5 (EPA's Designation)**

19  Q. So going back to Exhibit 2, your email, one last time here, I had a question, and I want

20  to try to be done with you.

21  **342:9-22 (EPA's Designation)**

22  Q. The data that are in the email are different from what you reported in your IQ study in

23  two ways?

24  A. Yes.· Yes.

25  Q. They're not adjusted for creatinine?

26  A. Yeah.

27  Q. And the data reported in milligrams per liter versus milligram per gram --

28  A. Yeah --

1    Q. -- in the --

2    A. This is like creatinine, uh-huh.

3    Q. Okay.· So you agree with those two differences.

4    A. Yes, of course.

**343:12-344:14 (EPA's Designation)**

6    Q.    What does biological plausibility mean to you?

7    A.    Biological plausibility means that you're trying to give explanation of the potential

8    associations that you are studying -- that you're trying to analyze if there is biological basic or

9    fundament, and that -- or pathway that could explain the association that you are finding or the

10   association that are not finding.

11   It -- an article, it is -- it would be better or it could be easier to publish an article if you

12   find an association that -- for which you have a lot of information and -- concordant information

13   coming from animal studies, from experimental studies, or from the general population.  Maybe

14   in this group or -- the more information, the better.

15   So when you try to give information of the pathways, you don't go to the -- to the

16   epidemiological studies.  Better to go to experimental analysis because experimental analysis,

17   you can do research exposing and nonexposing that which is not permitted or tolerated to -- for a

18   human.  It is not possible to do human experiments, but you can get a lot of information with

19   your animal studies, or also when you -- your cells or neurons or other models that give you

20   explanation of the potential mechanism or pathways that could be involved.  And that would be

21   more than one.

**344:15–345:1 (EPA's Designation)**

23   So in these -- in the report that was used by the (indiscernible), they provide information

24   that has been considered moderately consistent, that provides different pathways that could be on

25   the basement or behind those relationship. At high levels, because we are talking about

26   experimental analysis.· We are talking about toxicology, that in general is conducted using high

27   levels just to produce, to get the effect that we are trying to -- to study, and make it possible to

28

1 study what all behind the metabolic calculation, the cellular, the tissue alteration, that explain

2 that toxic effect.

3 **345:4-347:12 (EPA's Designation)**

4 Q. In your view, could -- could there be biological plausibility of a neurotoxic effect even

5 if there is not scientific data showing an association between that particular chemical exposure

6 and the neurotoxic effect in humans?

7 A. If there is not information in our case, I am talking about positive association.· And I

8 don't have information of positive information from the toxicological studies because they are

9 just trained to study the opposite. But it's possible in and it is true that some toxicological studies

10 give information of positive effects too, or at lower concentration or at higher concentration

11 depending on the function of that chemical, no? So even if you don't have information, you can

12 suggest that there is any kind of association because it is found in other studies that are – that are

13 replicated. Or, it is better, of course, if you have some information providing you that this

14 negative effect could be based on this, this, this, this, because you have -- someone has analyzed

15 this association in different animal models. Our case, we don't have the information, so it is

16 explicit in our discussion that we cannot support there were results based on the toxicological

17 studies. Because most of them are done in – using high level of fluoride. And I think, or my

18 opinion is, that at a high level, there is no too much discussion about this. I think that that was

19 my answer. The question is, what is happening at low levels? And low levels probably are not or

20 have not been the aim of the -- or the focus of the toxicological studies until now, or most of

21 them.

22 Q. So let me ask you this more conceptually. It's hard because we've been talking about

23 fluoride all day.

24 A. Uh-huh. Uh-huh.

25 Q. So we'll set the fluoride data aside. But just you're speaking conceptually --

26 A. Yep.

27

28

1    Q.· · -- can there be biological plausibility of a neurotoxic effect from a chemical even if

2    there is not data showing that the chemical actually has that neurotoxic effect, in your

3    understanding of that term?

4    A. Yes, because it can happen that you haven't studied that and the specific pathway, and

5    you have information of other -- that that – that doesn't -- don't provide you information or

6    enough information or the information of the quality that you need. So if that happen, that there's

7    no information about -- about that pathway or the potential pathway that can be behind those

8    negative effects or those positive effects. So it is possible. Yes, it is possible.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28