UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC     Food & Water Watch et al, v. EPA et al

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **Edward M. Chen** | PLAINTIFFS' ATTORNEYS: Michael Connett, Charles "Andy" Waters, Christopher Nidel | DEFENSE ATTORNEYS: Brandon Adkins, Emmet Ong, Paul Caintic |
|---|---|---|
| TRIAL DATE: January 31, 2024 | REPORTER: Jennifer Coulthard | DEPUTY CLERK: Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:10 a.m. | | | Court in session.  Parties stated appearances.  Court stated per the parties' stipulation all evidence in the first trial will be incorporated in this trial. |
| | | 8:15 a.m. | | | Michael Connett, counsel on behalf of Food & Water Watch presents opening statement. |
| | | 9:35 a.m. | | | Court in recess. |
| | | 9:54 a.m. | | | Court reconvened. |
| | | 9:55 a.m. | | | Paul Caintic, counsel on behalf of United States Environmental Protection Agency presents opening statement. |
| | | 10:38 a.m. | | | Witness, **Howard Hu**, approaches the witness stand and sworn for testimony.  Direct examination of witness by Michael Connett. |
| | | 11:50 a.m. | | | Court is in recess. |
| | | 12:12 p.m. | | | Court reconvened. |
| | | 12:13 p.m. | | | Cross-examination of witness by Emmet Ong. |
| | | 1:27 p.m. | | | Re-direct examination of witness by Michael Connett. |
| | | 1:36 p.m. | | | Re-cross examination of witness by Emmet Ong. |
| | | 1:39 p.m. | | | Witness thanked and excused. |
| | | 1:40 p.m. | | | Court adjourned. |