# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

| **Date:** February 1, 2024 | **Time in Court:** 5 Hours, 8 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 17-cv-02162-EMC | **Case Name:** Food & Water Watch et al v. EPA et al | |

**Attorneys for Plaintiff/Gov't:** Michael Connett, Charles "Andy" Waters, Christopher Nidel

**Attorneys for Defendant:** Brandon Adkins, Emmet Ong, Paul Caintic

**Deputy Clerk:** Vicky Ayala                **Court Reporters:** Jennifer Coulthard

## PROCEEDINGS

Bench Trial: HELD.

## SUMMARY

Witnesses:  Bruce Lanphear, Philippe Grandjean

Admitted Exhibits:  62, 63, 64, 65, 66, 67, 68, 69, 70, 88, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 650, 651, 652, 653, 654, 655, 656, 657

See attached trial log for further details.