UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC     Food & Water Watch et al, v. EPA et al

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **Edward M. Chen** | PLAINTIFFS' ATTORNEYS: Michael Connett, Charles "Andy" Waters, Christopher Nidel | DEFENSE ATTORNEYS: Brandon Adkins, Emmet Ong, Paul Caintic |
|---|---|---|
| TRIAL DATE: February 1, 2024 | REPORTER: Jennifer Coulthard | DEPUTY CLERK: Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court in session. Parties stated appearances. Parties have stipulated to a group of exhibits and move to admit exhibits: **62, 63, 64, 65, 66, 67, 68, 69, 70, 88, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 650, 651, 652, 653, 654, 655, 656, 657. Court granted; exhibits admitted.** |
| | | 8:38 a.m. | | | Witness, **Bruce Lanphear**, approaches the witness stand and sworn for testimony. Direct examination of witness by Michael Connett. |
| | | 10:06 a.m. | | | Court in recess. |
| | | 10:25 a.m. | | | Court reconvened. (Discussion with the parties) |
| | | 10:32 a.m. | | | Cross-examination of witness by Emmet Ong. |
| | | 11:05 a.m. | | | Re-direct examination of witness by Michael Connett. |
| | | 11:09 a.m. | | | Witness thanked and excused. |
| | | 11:10 a.m. | | | Court is in recess. |
| | | 11:24 a.m. | | | Court reconvened. |
| | | 11:25 a.m. | | | Witness, **Philippe Grandjean**, approaches the witness stand and sworn for testimony. Direct examination of witness by Michael Connett. |
| | | 12:35 p.m. | | | Court in recess. |
| | | 12:54 p.m. | | | Court reconvened. |

|  |  | 1:33 p.m. |  |  | Witness thanked and excused for the day.  The parties had a dispute regarding Defendants calling a rebuttal witness to the testimony of Dr. Brian Berridge.  The Defendants stated a high-ranking government official may serve as a rebuttal witness depending on the contents of the testimony and seek to have the witness appear by Zoom.  The Plaintiffs had no objection to the witness appearing via Zoom but reserved the right to object on disclosure grounds depending on scope of the testimony.  Defendants disclosed potential scope of rebuttal testimony. |
|  |  | 1:38 p.m. |  |  | Court adjourned. |