UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC    Food & Water Watch et al, v. EPA et al

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFFS' ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| **Edward M. Chen** | Michael Connett, Charles "Andy" Waters, Christopher Nidel | Brandon Adkins, Emmet Ong, Paul Caintic |
| TRIAL DATE: | REPORTER: | DEPUTY CLERK: |
| February 2, 2024 | Jennifer Coulthard | Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:33 a.m. | | | Court in session. Parties stated appearances. |
| | | 8:36 a.m. | | | Witness, **Philippe Grandjean,** returns to the stand from the preceding day, witness previously sworn for testimony. Direct examination of witness by Michael Connett resumes. |
| | | 9:39 a.m. | | | Cross-examination of witness by Paul Caintic. |
| | | 10:22 a.m. | | | Court in recess. |
| | | 10:40 a.m. | | | Court reconvened. |
| | | 10:41 a.m. | | | Cross-examination of witness by Paul Caintic resumes. |
| | | 12:04 p.m. | | | Court in recess. |
| | | 12:25 p.m. | | | Court reconvened. |
| | | 12:26 p.m. | | | Cross-examination of witness by Paul Caintic resumes. |
| | | 12:29 p.m. | | | Re-direct examination of witness by Michael Connett. |
| | | 12:56 p.m. | | | Re-cross examination of witness by Paul Caintic. |
| | | 12:58 p.m. | | | Re-direct of witness by Michael Connett. |
| | | 12:59 p.m. | | | Re-direct of witness by Michael Connett concludes. |
| | | 1:02 p.m. | | | Witness thanked and excused. |
| | | 1:04 p.m. | | | Witness, **Stanley Barone,** approaches the witness stand and sworn for testimony. Direct examination of witness by Michael Connett. |
| | | 1:30 p.m. | | | Witness thanked and excused for the day. |
| | | 1:33 p.m. | | | Court adjourned. |

1