UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| **Date:** February 5, 2024 | **Time in Court:** 5 Hours, 7 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 17-cv-02162-EMC | **Case Name:** Food & Water Watch et al v. EPA et al | |

**Attorneys for Plaintiff/Gov't:** Michael Connett, Charles "Andy" Waters, Christopher Nidel

**Attorneys for Defendant:** Brandon Adkins, Emmet Ong, Paul Caintic

**Deputy Clerk:** Vicky Ayala          **Court Reporters:** Jennifer Coulthard

### PROCEEDINGS

Bench Trial: HELD.

### SUMMARY

Witnesses: Brian Berridge, Stanley Barone

Admitted Exhibits: 105-124

See attached trial log for further details.