UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC     Food & Water Watch et al, v. EPA et al

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **Edward M. Chen** | PLAINTIFFS' ATTORNEYS: Michael Connett, Charles "Andy" Waters, Christopher Nidel | DEFENSE ATTORNEYS: Brandon Adkins, Emmet Ong, Paul Caintic |
|---|---|---|
| TRIAL DATE: February 5, 2024 | REPORTER: Jennifer Coulthard | DEPUTY CLERK: Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:27 a.m. | | | Court in session. Parties stated appearances. Parties have stipulated to a group of exhibits and move to admit exhibits: **105-124 (studies). Court granted; exhibits admitted.** |
| | | 8:32 a.m. | | | Witness, **Brian Berridge,** approaches the witness stand and sworn for testimony. Direct examination of witness by Michael Connett. |
| | | 9:08 a.m. | | | Direct exam of witness by Michael Connett concluded. |
| | | 9:12 a.m. | | | Cross-examination of witness by Brandon Adkins. |
| | | 9:30 a.m. | | | Re-direct examination of witness by Michael Connett. |
| | | 9:37 a.m. | | | Witness thanked and excused. |
| | | 9:38 a.m. | | | Witness, **Stanley Barone,** returns to the stand from 2/2/2024, witness previously sworn for testimony. Direct examination of witness by Michael Connett resumes. |
| | | 10:13 a.m. | | | Court in recess. |
| | | 10:31 a.m. | | | Court reconvened. |
| | | 10:32 a.m. | | | Direct examination of witness by Michael Connett resumes. |
| | | 11:58 a.m. | | | Court in recess. |
| | | 12:15 p.m. | | | Court reconvened. |
| | | 12:15 p.m. | | | Direct examination of witness by Michael Connett resumes. |
| | | 12:23 p.m. | | | Cross-examination of witness by Brandon Adkins. |
| | | 1:33 p.m. | | | Witness thanked and excused for the day. |
| | | 1:34 p.m. | | | Court adjourned. |