UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC    Food & Water Watch et al, v. EPA et al

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFFS' ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| **Edward M. Chen** | Michael Connett, Charles "Andy" Waters, Christopher Nidel | Brandon Adkins, Emmet Ong, Paul Caintic |
| TRIAL DATE: | REPORTER: | DEPUTY CLERK: |
| February 6, 2024 | Jennifer Coulthard | Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court in session.  Parties stated appearances.  Parties discussed exhibits 67, 68 and 69.  Parties will move to admit exhibits on 2/7/2024. |
| | | 8:36 a.m. | | | Witness, **Stanley Barone,** returns to the stand from the preceding day, witness previously sworn for testimony.  Cross-examination of witness by Brandon Adkins resumes. |
| | | 9:53 a.m. | | | Cross-examination of witness by Brandon Adkins concludes. |
| | | 9:56 a.m. | | | Re-direct examination of witness by Michael Connett. |
| | | 10:08 a.m. | | | Re-cross examination of witness by Brandon Adkins. |
| | | 10:09 a.m. | | | Witness thanked and excused. |
| | | 10:10 a.m. | | | Court in recess. |
| | | 10:28 a.m. | | | Court reconvened. |
| | | 10:29 a.m. | | | Witness, **Kathleen Thiessen,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Michael Connett. |
| | | 12:25 p.m. | | | Court in recess. |
| | | 12:47 p.m. | | | Court reconvened. |
| | | 12:48 p.m. | | | Cross-examination of witness by Brandon Adkins. |
| | | 1:33 p.m. | | | Witness thanked and excused for the day. |
| | | 1:34 p.m. | | | Court adjourned. |