UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC     Food & Water Watch et al, v. EPA et al

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **Edward M. Chen** | PLAINTIFFS' ATTORNEYS: Michael Connett, Charles "Andy" Waters, Christopher Nidel | DEFENSE ATTORNEYS: Brandon Adkins, Emmet Ong, Paul Caintic |
|---|---|---|
| TRIAL DATE: February 7, 2024 | REPORTER: Jennifer Coulthard | DEPUTY CLERK: Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:32 a.m. | | | Court in session.  Parties stated appearances. Parties discussed new study that was published.  Court granted an additional hour of trial time to plaintiff. |
| | | 8:51 a.m. | | | Witness, **Kathleen Thiessen,** returns to the stand from the preceding day, witness previously sworn for testimony. Cross-examination of witness by Brandon Adkins resumes. |
| | | 10:12 a.m. | | | Court in recess. |
| | | 10:32 a.m. | | | Court reconvened. |
| | | 11:01 a.m. | | | Re-direct examination of witness by Michael Connett. |
| | | 11:30 a.m. | | | Witness thanked and excused. |
| | | 11:30 a.m. | | | Plaintiff rests its case. |
| | | 11:31 a.m. | | | Witness, **David Savitz,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Paul Caintic. |
| | 128 | | X | X | |
| | 129 | | X | X | |
| | | 12:20 p.m. | | | Court in recess. |
| | | 12:40 p.m. | | | Court reconvened. |
| | | 12:41 p.m. | | | Direct examination of witness by Paul Caintic resumes. |
| | | 1:30 p.m. | | | Court questions witness. |
| | | 1:38 p.m. | | | Court has discussion with parties. |