# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 9, 2024     **Time:** 5:07     **Judge:** EDWARD M. CHEN

**Case No.:** 17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett/ Andy Waters
**Attorney for Defendants:** Brandon Adkins/Paul Caintic/Emmet Ong

**Deputy Clerk:** Ada Means     **Court Reporter:** Jennifer Coulthard

## PROCEEDINGS

Bench trial (Day 7) held. Further direct examination of **David Savitz** by Mr. Caintic. Cross examination of **David Savitz** by Mr. Connett.

The following exhibits were admitted into evidence: **125, 126, 130, 131, 132, and 133.**