UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC          Food & Water Watch, Inc. v. Environmental Protection Agency

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Edward M. Chen | PLAINTIFF ATTORNEYS: Michael Connett/Andy Waters | DEFENSE ATTORNEYS: Brandon Adkins/Paul Caintic/Emmet Ong |
|---|---|---|
| **TRIAL DATE:** February 9, 2024 (Day 7) | **COURT REPORTER:** Jennifer Coulthard | **CLERK:** Ada Means |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:29 a.m. | | | Court reconvenes, all parties present. Court and counsel confer on the following issues: 1) Stipulated exhibits, 2) Plaintiff's abstract, and 3) Proposed joint statement of facts. **(Parties to submit a copy to the Court by February 9, 2024**) |
| | | 8:29 a.m. | | X | By the stipulation of the parties, the following exhibits are admitted into evidence: **125, 126, 130, 131, 132, and 133.** |
| | | 8:43 a.m. | | | **DAVID SAVITZ**, who was previously sworn as a witness for defendants, resumes the witness stand, and is under further direct examination by Mr. Caintic. |
| | | 10:14 a.m. | | | Court called for a brief recess. |
| | | 10:33 a.m. | | | Court reconvenes, all parties present. **DAVID SAVITZ**, who was previously sworn as a witness for defendants, resumes the witness stand, and is under further direct examination by Mr. Caintic. |
| | | 12:06 p.m. | | | Direct examination of David Savitz by Mr. Caintic is concluded. Court called for the afternoon recess. |
| | | 12:23 p.m. | | | Court reconvenes, all parties present. **DAVID SAVITZ**, who was previously sworn as a witness for defendants, resumes the witness stand, and is under cross examination by Mr. Connett. |
| | | 1:36 p.m. | | | Court is adjourned for the day. The matter is continued to **February 12, 2024 at 8:30 a.m.**, for further cross examination of David Savitz by Mr. Connett. |