**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | |
| Plaintiffs, | Case No. 17-CV-02162-EMC |
| v. | **THIRD JOINT ITERATIVE PROPOSED FINDINGS OF FACT FOR SECOND PHASE OF TRIAL** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

I.      **RISK EVALUATION FRAMEWORK**

    A.      **UNDISPUTED FACTS**

    1.      Risk assessment is the process by which scientific judgments are made concerning the potential for toxicity in humans. *Undisputed Fact # 11.*

    2.      The National Research Council (NRC, 1983) has defined risk assessment as including the following components: hazard assessment (including hazard identification & quantitative dose response analysis), exposure assessment, and risk characterization. *Undisputed Fact # 12.*

    3.      A risk evaluation under the Amended TSCA includes the three aforementioned steps of a risk assessment, as well as a fourth and final step: a risk determination.

    4.      A TSCA risk evaluation is the process for determining whether a chemical substance presents an unreasonable risk of injury to health or the environment, without

consideration of costs or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation, under the conditions of use, under TSCA section 6. *15 U.S.C. § 2605(b)(4); 82 Fed. Reg. 33,726 (July 20, 2017), Trial Ex. 544; (Trial Phase 1).*

**B.     PLAINTIFFS' PROPOSED FACTS**

5.     The evaluation of fluoridation chemicals under TSCA follows the same standards for demonstrating hazard and risk that EPA uses for its evaluations of other industrial chemicals under TSCA (i.e., there is no justification for holding fluoridation chemicals to a higher burden). *Barone Trial Tr. (ECF No. 401) at 742:25-743:8 (Feb. 6, 2023).*

**C.     EPA'S PROPOSED FACTS**

6.     As required under TSCA section 6(b)(4)(A), the Risk Evaluation Rule establishes a process for conducting risk evaluations. 15 U.S.C. § 2605(b)(4); 82 Fed. Reg. 33,726 (July 20, 2017), Trial Ex. 544 (Trial Phase 1). The Risk Evaluation Rule requires that each TSCA risk evaluation include all the following components: (i) a scope; (ii) a Hazard Assessment; (iii) an Exposure Assessment; (iv) a Risk Characterization; and (v) a Risk Determination. 82 Fed. Reg. 33,726, 33,750 (July 20, 2017), Trial Ex. 544 (Trial Phase 1). Thus, the traditional components of the risk assessment paradigm, together with a risk determination, constitute a risk evaluation under TSCA. Henry Decl. ¶ 70, ECF No. 201 (Trial Phase 1).

7.     The risk assessment is the scientific technical evaluation, encompassing the first three parts of this process, resulting in an unbiased, transparent, and reproducible description of the risk. Barone Trial Tr. Vol. IV, at 654:19–25 (Feb. 5, 2024). The risk determination is the final step of the risk evaluation process, where EPA summarizes its findings and determines whether a chemical does or does not present unreasonable risk. *Id.* at 655:1–11.

8.     EPA risk evaluations must meet the scientific standards under TSCA section 26, including weight of the scientific evidence and best available science. Barone Trial Tr. Vol. IV at 651:20–25, 652:6–8 (Feb. 5, 2024). The term "weight of the scientific evidence" is supported by EPA's systematic analysis of the related information to support the Agency's findings. *Id.* at 651:22–652:5, *see* 40 CFR 702.33. The "best available science" means that TSCA risk evaluations need to be unbiased and objective, and the methodologies employed must be

transparent and reproducible and generally peer reviewed. Barone Trial Tr. Vol. IV, at 652:6–16, 40 C.F.R. 702.33.

## II.    HAZARD ASSESSMENT

### A.    HAZARD ASSESSMENT - UNDISPUTED FACTS

9.    Hazard identification and dose-response analysis are two components of a hazard assessment. Barone Trial Tr. Vol. III, at 489:11–13, 495:5–8 (Feb. 2, 2024).

10.    Hazard identification is an adverse effect that is associated with a chemical exposure. Barone Trial Tr. Vol. III, at 489:23–25.

11.    EPA reviews, searches, screens, and evaluates all studies related to different hazards to determine whether the data are sufficient or insufficient for identified adverse effects. Barone Trial Tr. Vol. III, at 492:24–494:9.

12.    Proof of causation is not required to establish a hazard of neurotoxicity. Barone Trial Tr. Vol. III, at 490:1–5.

13.    Based on all the studies evaluated in the hazard identification step, EPA identifies studies that are generally of high or medium quality to conduct a dose-response analysis. Barone Trial Tr. Vol. III, at 494:21–495:8.

14.    The quantitative dose-response analysis is designed to identify a point of departure or POD. Barone Trial Tr. Vol. III, at 495:9–14.

15.    There are three types of points of departure that EPA uses, in the following order of preference: a benchmark dose level or benchmark concentration level (BMDL or BMCL); a no observed adverse effect level (NOAEL); and a lowest observed adverse effect level (LOAEL). Barone Trial Tr. Vol. III, at 495:23–496:25.

### B.    HAZARD ASSESSMENT - PLAINTIFFS' PROPOSED FACTS

16.    Fluoride passes through the placenta and gets into the fetal brain. *Undisputed Fact No. 30; Grandjean Trial Tr. (ECF No. 397) at 293:7-13 (Feb. 1, 2024).*

17.    The developing brain during the in utero and neonatal period has a heightened vulnerability to the effects of chemical toxicants. *Trial Ex. 18 at 42; Grandjean Trial Tr. (ECF No. 417) at 289:3-290:4; (Feb. 1, 2024); Grandjean Trial Decl. (ECF No 198-3) ¶¶ 38-40;*

*Thiessen Trial Decl. (ECF No. 202-1) ¶ 159; Grandjean Trial Tr. (ECF No. 240) at 150:15-22 & 151:24-152:13 (June 9, 2020); Lanphear Trial Tr. (ECF No. 241) at 349:5-8 (June 10, 2020); Thayer Trial Tr. (ECF No. 241) at 440:18-441:1, 442:12-443:3 (June 10, 2020).*

**Animal Data:**

18.     EPA agrees that effects observed in animals are relevant to humans unless human data counterindicate. *Undisputed Fact No. 28.*

19.     The National Research Council (NRC) of the National Academies of Science has concluded that fluoride interferes with the functions of the brain in animal studies. *Trial Ex. 13 at 221-222; Grandjean Trial Tr. (ECF No. 417) at 294:6-21 (Feb. 1, 2024).* Dr. Stanley Barone, a developmental neurotoxicologist at the EPA, agrees with NRC's finding. *Barone Trial Tr. (ECF No. 418) at 1448:10-16 (Feb. 13, 2024).*

*20.*     Animal studies are limited in their ability to detect fluoride's neurodevelopmental effects during the in utero and neonatal period. *Barone Trial Tr. (ECF No. 418) at 1448:24-1449:12 & 1450:3-9 (Feb. 13, 2024).* This is because the human equivalent to the third trimester of brain development in rats occurs, in part, during the early weeks of postnatal life, a period of time when the rodent pups are breastfed. *Barone Trial Tr. (ECF No. 418) at 1448:24-1449:12 & 1450:3-9 (Feb. 13, 2024).* Because there is very limited lactational transfer of fluoride, the rodent pups receive little fluoride during this critical window of development, thereby limiting the power of the rodent studies to detect the impact of infant fluoride exposure. *Barone Trial Tr. (ECF No. 418) at 1448:24-1449:12 & 1450:3-9 (Feb. 13, 2024).* This is a significant limitation given that approximately 17% of infants in the U.S. are exclusively fed formula made with water, with over 70% of these infants receiving tap water some or all of the time. *Thiessen Trial Tr. (ECF No. 401)I at 959:7-960:6 (Feb. 7, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶¶ 82, 168, & 170.*

21.     Despite the limitations of rodent studies in detecting the neurodevelopmental effects of fluoride, the National Toxicology Program's (NTP) systematic review of animal literature in 2016 concluded that the available research "suggests adverse effects on learning and memory in animal[s] exposed to fluoride." *Trial Ex. 553, p. vii.* The NTP characterized its confidence in the learning/memory studies as "moderate" for adult studies, and "low" for the fewer

4

available developmental studies. *Trial Ex. 553, p. vii; Thayer Trial Tr. (ECF No. 241) at 453:10-13 & 452:9-13 (June 10, 2020).*

22.   Dr. Kristina Thayer, the lead author of NTP's 2016 review, testified that "moderate" is "typically a descriptor that you would use when, yes, there is some – some hazard there." *Thayer Trial Tr. (ECF No. 241) at 449:7-20 (June 10, 2020).*

23.   Although there is a debate about the extent to which the animal data can inform the association between fluoride and IQ in humans, it is undisputed that fluoride causes neurotoxic changes in the brains of laboratory animals. *Thiessen Trial Tr. (ECF No. 401) at 757:21-25 (Feb. 6, 2024); Grandjean Trial Tr. Vol III at 444:20-445:3 (Feb. 2, 2024).*

24.   The National Toxicology Program's May 2022 Monograph (discussed further below) found that the majority of high-quality/ low-dose animal studies on fluoride neurotoxicity have been able to detect adverse changes in the brain. *Thiessen Trial Tr. (ECF No. 401) at 758:5-759:16 & 759:22-760:9 (Feb. 6, 2024); Trial Ex. 67 at F4-F5.* For example, the NTP reports that "The majority of the low risk-of-bias studies (11 of 14 drinking water studies) found some histological change in the brain of rats or mice treated with fluoride at concentrations at or below 20ppm, of which eight studies reported histological changes in the brain at or below 10 ppm." *Trial Ex. 67 at F5.*

25.   Dr. Kristina Thayer, the Director of EPA's Chemical and Pollutant Division, testified that the animal data on fluoride "supports the biological plausibility of fluoride causing neurotoxic effects in humans." *Thayer Trial Tr. (ECF No. 241) at 450:9-13.* Dr. Grandjean and Dr. Barone both agree with Dr. Thayer's assessment. *Grandjean Trial Tr. (ECF No. 417) at 295:3-18 & 320:5-12 (Feb. 1, 2024); Barone Trial Tr. (ECF No. 418) at 1448:17-23 (Feb. 13, 2024).*

**Human Data**:

*National Toxicology Program (NTP)*

26.   The National Toxicology Program (NTP) is headquartered within the National Institute of Environmental Health Sciences (NIEHS). The NIEHS "is one of the premier environmental health sciences research institutions in the world." *Barone Trial Tr. (ECF No. 418) at 1425:23-1426:2 (Feb. 13, 2024).*

5

27.     The NTP has "a well-earned reputation for producing reliable assessments on the health impacts of environmental chemicals" and "is one of the leaders in the world in the application of systematic review to toxicological evaluations." *Barone Trial Tr. (ECF No. 418) at 1426:3-12 (Feb. 13, 2024).*

28.     By May of 2022, the NTP completed a "prepublication" version of its systematic review of fluoride, titled *Monograph on the State of the Science Concerning Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Systematic Review (hereafter "Monograph"). Berridge Trial Tr. (ECF No. 400) at 535:15-21 (Feb 5, 2024)*; *Barone Trial Tr. (ECF No. 418) at 1427:5-8 (Feb. 13, 2024).*

29.     The May 2022 prepublication version of the Monograph reflects changes that NTP made in response to two rounds of peer review by the National Academy of Sciences, Engineering & Medicine (NASEM). *Berridge Trial Tr. (ECF No. 400) at 530:8-18 & 532:1-3 (Feb 5, 2024).* NASEM provided critical feedback regarding the clarity with which the NTP communicated its conclusions, but did not challenge the merits of the underlying science upon which NTP based its conclusions. *Berridge Trial Tr. (ECF No. 400) at 531:4-25 (Feb 5, 2024).*

30.     After incorporating the recommendations from NASEM regarding the clarity with which NTP explained its conclusions, the Monograph underwent a third external peer review by five independent experts who had been vetted for potential conflicts of interest and bias. *Berridge Trial Tr. (ECF No. 400) at 533:1-25 (Feb 5, 2024).* The latter form of peer review is the standard process that NTP uses for its monographs. *Berridge Trial Tr. (ECF No. 400) at 526:21-528:3 & 533:21-25 (Feb 5, 2024).* The five independent experts concurred with NTP's conclusions. *Berridge Trial Tr. (ECF No. 400) at 534:2-18 (Feb. 5, 2021).* The NTP's Scientific Director, who typically makes the final decision as to whether a monograph should be published, determined that the May 2022 Monograph was final, complete and fit for publication. *Berridge Trial Tr. (ECF No. 400) at 528:4-16 & 537:19-538:6 (Feb 5, 2024).*

31.     Although it has not yet been formally published, EPA's risk assessment scientist, Dr. Barone, agrees that the May 2022 Monograph is a "high quality review." *Barone Trial Tr. (ECF No. 418) at 1427:2-4 (Feb. 13, 2024).* According to Dr. Barone, the May 2022 Monograph

"followed the rules that have been developed by NTP for conducting systematic reviews." *Barone Trial Tr. (ECF No. 418) at 1427:5-8 (Feb. 13, 2024).* The Monograph had a "rigorous approach to assembling the evidence," "clearly defined rules for identifying and evaluating studies," and "a well-defined protocol for drawing inferences" from the studies. *Barone Trial Tr. (ECF No. 418) at 1427:9-21 (Feb. 13, 2024).*

32.     EPA's expert, Dr. David Savitz, agrees that the May 2022 Monograph is likely to have captured all relevant studies that were in existence as of the April 2021 literature cutoff date. *Savitz Trial Tr. (ECF No. 414) at 1197:2-7 (Feb. 9, 2024).*

*The Findings of NTP's May 2022 Monograph*

33.     The Hazard Identification step of the fluoride hazard assessment is satisfied by the findings in NTP's May 2022 Monograph. *Barone Trial Tr. (ECF No. 418) at 1429:11-21(Feb. 13, 2024).* According to the NTP:

A.  The **"vast majority"** of the 72 epidemiological studies on fluoride and IQ that had been published by April 2021 found an association between fluoride and reduced IQ, including 18 of the 19 "high quality" studies that were at "low risk of bias." *Trial Ex. 67 at xii; Trial Ex. 69 at 65; Grandjean Trial Tr. (ECF No. 417) at 313:25-314:5 (Feb. 1, 2024)); Savitz Trial Tr. (ECF No. 414) at 1197:2-15 (Feb. 9, 2024).* The NTP agreed that this is a "large body of evidence." *Trial Ex. 67 at xiii.*

B.  "[T]he **high-quality studies** (i.e., studies with low potential for bias) consistently demonstrate lower IQ scores with higher fluoride exposure [e.g., represented by populations whose total fluoride exposure approximates or exceeds the WHO Guidelines for Drinking-water Quality of 1.5 mg/L of fluoride] . . . . Although some studies that conducted multiple analyses observed within-study variations in results (e.g., differences between subsets of IQ tests), these variations were unique to individual studies and did not detract from the overall consistency in the findings that higher fluoride is associated with lower IQ scores." *Trial Ex. 67 at 47; Grandjean Trial Tr. (ECF No. 417) at 314:7-315:8 (Feb. 1, 2024).*

C.  "Taken together and considering the consistency in the results despite the variability

across studies in which covariates were accounted for, bias due to **confounding is not considered to be a concern** in the body of evidence." *Trial Ex. 67 at 49; Grandjean Trial Tr. (ECF No. 417) at 316:4-317:3 (Feb. 1, 2024); Savitz Trial Tr. (ECF No. 414) at 1197:16-19 (Feb. 9, 2024).*

D. "In general, there were **few, if any, risk-of-bias concerns regarding exposure characterization** in the low risk-of-bias studies. These studies mainly had individual exposure data based on urine or water measures with appropriate analyses. Although there are concerns related to using urine samples . . ., the evidence suggests that urinary fluoride is a reasonable measure of exposure." *Trial Ex. 67 at 51; Grandjean Trial Tr. (ECF No. 417) at 317:4-24 (Feb. 1, 2024).*

E. "The low risk-of-bias studies have **few concerns regarding outcome assessment**. All 19 low risk of- bias studies used appropriate methods for measuring IQ in the study population being assessed, and blinding of outcome assessors was not a concern in 18 of the 19 studies . . . ." *Trial Ex. 67 at 51; Grandjean Trial Tr. (ECF No. 417) at 318:18-319:10 (Feb. 1, 2024).*

F. "Although the high risk-of-bias studies may have more potential for bias due to confounding compared with the low risk-of-bias studies, the **consistent IQ findings across high and low risk-of-bias studies** indicate that the results cannot be explained solely by potential bias due to confounding." *Trial Ex. 67 at 51.*

G. "The consistency in direction of the association in the studies with heterogeneity in methods of exposure and outcome assessment in 5 different countries and accounting for a wide variety of covariates **all serve to rule out the possibility that there is a common factor other than fluoride exposure that can account for this outcome**." *Trial Ex. 69 at 66; Grandjean Trial Tr. (ECF No. 417) at 319:14-21; 320:5-12 (Feb. 1, 2024); Barone Trial Tr. (ECF No. 418) at 1428:12-21 (Feb. 13, 2024).*

*Risk Sciences International (RSI)*

34.     Risk Sciences International (RSI), under contract with Health Canada, has conducted an extensive systematic review of the fluoride neurotoxicity literature. *Trial Ex. 129; Trial Ex. 131.* According to RSI: "**The overall evidence identified to date strongly suggests that fluoride can affect cognitive outcomes in children (specifically, reduction in IQ scores), at levels close to those currently seen in North American drinking water.**" *Trial Ex. 131 at 1516; Savitz Trial Tr. (ECF No. 414) at 1205:16-12006:6 (Feb. 9, 2024).*

35.     RSI's conclusion is based, in part, on a Bradford Hill causation analysis of the neurotoxicity literature. *Trial Ex. 129 at 9 & 21; Trial Ex. 131 at 1431-1447; Savitz Trial Tr. (ECF No. 414) at 1207:17-1208:12 (Feb. 9, 2024).* According to RSI: "The available evidence demonstrated a moderate to **strong magnitude (strength) of association** between fluoride and neurocognitive effects with **consistent** evidence across studies for the impact on childhood IQ at fluoride exposures relevant to current North American drinking water levels. Focusing on high quality cohort studies, most of the evidence suggests a reduction in childhood IQ scores associated with fluoride levels, though results from one 2023 study in Spain (Ibarluzea et al. 2022) documented an improvement in specific cognitive domain scores in boys." *Trial Ex. 129 at 21.*

*The North American Birth Cohort Studies (ELEMENT & MIREC)*

36.     The NTP has recognized that "[s]everal of the highest quality studies showing lower IQs in children were done in optimally fluoridated (0.7 milligrams per liter) areas in Canada." *Trial Ex 69 at 83; Grandjean Trial Tr. (ECF No. 417) at 315:11-316:3 (Feb. 1, 2024).* The ELEMENT study in Mexico, which involved a population with salt fluoridation, had "comparable" urinary fluoride levels to the MIREC cohort in Canada. *Trial Ex. 69 at 32.*

37.     Risk Sciences International, under contract with Health Canada, have also recognized the high quality of the ELEMENT and MIREC studies, noting: "The combined cohort represents high quality evidence partly based on a Canadian population, conducted within a context relevant to Canadian drinking water fluoride exposure levels. Both studies included prospective data collection, with prenatal exposure assessment (maternal urine collection over

successive trimesters) and follow-up during the early life of the infants and children." *Trial Ex. 129 at 23.*

38.     The analyses of fluoride and IQ in the ELEMENT and MIREC cohorts were both funded by the National Institutes of Health. *Hu Trial Tr. (ECF No. 395) at 84:20-85:2 (Jan 31, 2024); Lanphear Trial Tr. (ECF No. 417) at 201:6-11 (Feb. 1, 2024).* As such, both studies (Bashash 2017 & Green 2019) had their methodologies vetted by the NIH prior to the studies being conducted. *Hu Trial Tr. (ECF No. 239) at 48:22-50:10 (June 8, 2020); Hu Trial Tr. (ECF No. 395) at 85:5-14 (Jan. 31, 2024); Lanphear Trial Tr. (ECF No. 241) at 350:8-351:2 & 352:2-13 (June 10, 2020).* Further, both studies have undergone extensive peer review prior to being published. *Hu Trial Tr. (ECF No. 395) at 85:15-86:15 (Jan 31, 2024); Lanphear Trial Tr. (ECF No. 417) at 202:19-203:6 (Feb. 1, 2024).* In addition, the results of the Green 2019 study were independently verified by three separate statisticians prior to being submitted for publication. *Lanphear Trial Tr. (ECF No. 417) at 201:14-202:18 (Feb. 1, 2024).*

39.     It is undisputed that the ELEMENT and MIREC studies used state-of-the-art methodologies, including a longitudinal (prospective) design; extensive control for covariates, and individualized measurements of fluoride exposure during the prenatal period. *Undisputed Fact No. 10; Hu Trial Tr. (ECF No. 395) at 95:2-96:5 (Jan 31, 2024); Lanphear Trial Tr. (ECF No. 417) at 205:6-11 (Feb. 1, 2024); Hu Trial Decl. (ECF No. 198-1) ¶¶ 14-22; Lanphear Trial Decl. (ECF No. 198-2) ¶¶ 37-44.*

40.     While the ELEMENT and MIREC studies have mostly focused on the impact of prenatal exposure, one study examined the impact of fluoridated water consumption during infancy and found that fluoride exposure during this period was also associated with IQ deficits later in life (Till 2020). *Lanphear Trial Tr. (ECF No. 417) at 214:4-22 (Feb. 1, 2024); Lanphear Trial Decl. (ECF No. 198-2) ¶¶ 53-65; Savitz Trial Tr. (ECF No. 414) at 1211:23-1213:5 (Feb. 9, 2024).*

41.     According to the NTP, "Taken together, the three prospective cohort studies (based on two North American study populations) indicate consistency in results across different types of analysis and across two study populations that higher fluoride exposure during development is

1   associated with lower IQ scores." *Trial Ex. 67 at 41; Savitz Trial Tr. (ECF No. 414) at 1213:6-13*
2   *(Feb. 9, 2024).*

3   *Qualitative Dose-Response Assessment*

4   42.   According to EPA, "[a] dose response relationship is an extremely important
5   measure of a chemical's effect." *Trial Ex. 17 at 46-47.* Dose-response evaluation is thus "a critical
6   part of the *qualitative* characterization of a chemical's potential to produce neurotoxicity." *Trial*
7   *Ex. 17 at 2 (emphasis added); Thiessen Trial Decl. ¶ 85.*

8   43.   The *qualitative* assessment of dose-response data informs whether neurotoxicity is
9   a hazard of the chemical. *Trial Ex. 17 at 50; Thiessen Trial Decl. ¶ 85.* This is distinct from the
10  *quantitative* dose response analysis which EPA conducts to determine the "Point of Departure," or
11  "Hazard Level." *Trial Ex. 17 at 2.*

12  44.   A dose-response relationship between fluoride and reduced IQ is supported by the
13  prospective studies of prenatal fluoride and IQ in the ELEMENT and MIREC birth cohorts
14  (Bashash 2017, Green 2019). *Trial Ex. 106; Trial Ex. 109; Thiessen Trial Decl. ¶ 86.* Importantly,
15  these studies found evidence of a linear dose response relationship after interrogating the data with
16  both non-linear and linear models. *Hu Trial Tr. (ECF No. 395) at 87:21-91:12 (Jan 31, 2024);*
17  *Lanphear Trial Tr. (ECF No. 417) at 208:8-210:8 (Feb. 1, 2024); Hu Trial Decl. (ECF No. 198-*
18  *1) ¶ 22; Lanphear Trial Decl. (ECF No. 198-2) ¶ 43; Hu Trial Tr. (ECF No. 239) at 56:17-57:14*
19  *& 73:14-74:3; Lanphear Trial Tr. (ECF No. 241) at 354:14-22.*

20  45.   A dose-response relationship between fluoride and IQ is further supported by RSI's
21  systematic review. According to RSI, "Significant increasing exposure- response relationships
22  between fluoride in drinking water and reduction in IQ scores were noted in seven epidemiologic
23  studies." *Trial Ex. 129 at 21; Savitz Trial Tr. (ECF No. 414) at 1208:7-12 (Feb. 9, 2024).*

24  46.   The dose-response relationship between fluoride and IQ gains additional support
25  from the pooled analyses of the ELEMENT, MIREC, and Danish birth cohorts (Grandjean 2022;
26  Grandjean 2023). *Trial Ex. 119; Trial Ex. 123.* These analyses, which benefit from the heightened
27  statistical power and precision that comes from larger sample sizes, further support an inverse
28  linear relationship between prenatal fluoride and reduced IQ. *Hu Trial Tr. (ECF No. 395) at 111:9-*

11

*112:16  (Jan 31, 2024).* The pooled analyses interrogated the dose-response relationship using non-linear models and found that a linear association was the best fit. *Grandjean Trial Tr. (ECF No. 417) at 339:24-340:7 (Feb. 1, 2024); Grandjean Trial Tr. (ECF No. 240) at 254:16-257:12 (June 9, 2020).*

47.    A dose-response relationship between fluoride and reduced IQ is also supported by the dose-response analyses of *group-level* measures of fluoride that the NTP conducted as part of its July 2022 meta-analysis. *Trial Ex. 68 at 2.* As with the ELEMENT and MIREC studies, the NTP utilized both non-linear, and linear models, and found that "the linear model was the best fit" for the dose-response relationship between urinary fluoride and IQ. *Trial Ex. 68 at 10; Grandjean Trial Tr. (ECF No. 417) at 333:15-23 (Feb. 1, 2024).* The NTP identified statistically significant linear relationships between urine fluoride and IQ, even when restricting studies to those looking at urine fluoride levels lower than 4 mg/L, 2 mg/L, and 1.5 mg/L. *Trial Ex. 68 at 10; Trial Ex. 68 at Supplemental Materials p. 38; Grandjean Trial Tr. (ECF No. 417) at 333:15-23 (*Feb. 1, 2024).

48.    The NTP's dose-response analyses did not always show statistically significant dose-response relationships below the *group average* levels of 1.5 and 2.0 mg/L. *Trial Ex. 68, eTable 4 & eTable5; Barone Trial Tr. (ECF No. 418) at 1451:4-12 (Feb. 13, 2024).* The lack of statistical significance at these lower levels was a result, in whole or in part, of the group-level nature of the data. *Thiessen Trial Tr. (ECF No. 401)I at 951:3-959:2 (Feb. 7, 2024).* For example, the factors that make the Bashash 2017 and Green 2019 so valuable (e.g., individualized maternal urine fluoride levels adjusted by covariates) were stripped away under the NTP's binary approach to the exposure allocation in the dose-response analysis.  *Thiessen Trial Tr. (ECF No. 401) at 758:5-759:16 & 759:22-760:9 (Feb. 6, 2024); Grandjean Trial Tr. (ECF No. 397) at 469:23-470:14 (*Feb. 2, 2024).

49.    The NTP has recognized the diminished power of analyses that that use *group-level* average exposures instead of individualized exposures. *Trial Ex. 69 at 273-74 & 277-78.* According to the NTP, "when using group-level exposure data (as opposed to individual-level exposure data), as was done in the mean-effects meta-analysis, the power to detect an effect may be limited." *Trial Ex. 69 at 277; Grandjean Trial Tr. (ECF No. 397) at 474:15-22 (Feb. 2, 2024).*

Consistent with this, the NTP found consistent significant associations between fluoride and IQ when focusing on individualized metrics of exposure, including individualized measures of water fluoride content, urinary fluoride content, and fluoride intake. *Trial Ex. 68 eFigures 19 & 23; Barone Trial Tr. (ECF No. 418) at 1451:13-1453:3 (Feb. 13, 2024); Thiessen Trial Tr. (ECF No. 401) at 764:13-765:11 (Feb. 6, 2024).*

*Studies Published After NTP's Literature Date Cut-Off*

50.     NTP's May 2022 Monograph considered all studies published up through April 2021. *Trial Ex. 67 at 12; Savitz Trial Tr. (ECF No. 414) at 1197:2-7 (Feb. 9, 2024).*

51.     The neurotoxicity of fluoride is supported by studies published since NTP's April 2021 cut-off date, including a recent expanded analysis of the ELEMENT cohort by Dr. Howard Hu and his team (Goodman 2022a). *Trial Ex. 115.* In the expanded analysis, Dr. Hu included approximately 100 additional mother-child pairs from the cohort, thus augmenting the power and robustness of the study. *Hu Trial Tr. (ECF No. 395) at 94:11-18 (Jan 31, 2024).* Dr. Hu controlled for the same extensive set of covariates as he did in the first study (Bashash 2017), and found essentially the same results: i.e., an inverse association between maternal urinary fluoride and childhood IQ. *Hu Trial Tr. (ECF No. 395) at 97:2-17 (Jan. 31, 2024).* The association between fluoride and IQ persisted from age 4 through ages 6 to 12, thus providing further confidence that the association is real, and stable. *Hu Trial Tr. (ECF No. 395) at 97:11-98:9 (Jan. 31, 2024).* Further, the study found that the association between fluoride and IQ was most apparent in the non-verbal domains, which is consistent with the findings from the MIREC and PROGRESS cohorts. *Hu Trial Tr. (ECF No. 395) at 97:13-17 & 98:10-99:15 (Jan 31, 2024); Lanphear Trial Tr. (ECF No. 417) at 219:24-220:23 & 221:2-18 (Feb. 1, 2024).*

52.     The findings of the Goodman 2022a study of the ELEMENT cohort provide further support for fluoride being a developmental neurotoxicant, including at the levels of exposure used for oral health purposes, such as water fluoridation. *Hu Trial Tr. (ECF No. 395) at 105-2-9 (Jan. 31, 2024).*

53.     The neurotoxicity of fluoride is also supported by additional analyses of the MIREC cohort by Dr. Bruce Lanphear and his team (Goodman 2022b; Hall 2023). *Trial Ex. 116; Trial Ex.*

*120.* In one analysis, Dr. Lanphear's team found that iodine deficiency in the mother magnified the inverse association between fluoride and IQ in boys, which provides further support for the concern that children born to women with iodine deficiencies are a particularly susceptible population vis-à-vis fluoride neurotoxicity (Goodman 2022b). *Trial Ex. 116; Lanphear Trial Tr. (ECF No. 417) at 219:4-23 (Feb. 1, 2024); Thiessen Trial Decl. (ECF No, 202-1) ¶¶ 163-164.*

54.    Another analysis by Dr. Lanphear's team found that water fluoride levels are significantly associated with maternal *hypothyroidism* in the MIREC cohort (Hall 2023). *Trial Ex. 120; Lanphear Trial Tr. (ECF No. 417) at 234:9-235:7 (Feb. 1, 2024).* This finding has important implications for neurotoxicity because it is undisputed that maternal hypothyroidism reduces the IQ of offspring, sometimes severely. *Lanphear Trial Tr. (ECF No. 417) at 231:17-21 (Feb. 1, 2024).* According to the EPA, "thyroid hormones are essential for normal brain development in humans and hypothyroidism during fetal and early neonatal life may have profound effects on the developing brain." *Trial Ex. 18 at 40; Thiessen Trial Decl. (ECF No. 202-1) ¶ 89.*

55.    The results of Goodman (2022b) and Hall (2023) in the MIREC cohort are consistent with prior research linking fluoride exposure to thyroid alterations, particularly in individuals with iodine deficiency. *Thiessen Trial Tr. (ECF No. 401) at 755:10-756:15 (Feb. 6, 2024); Thiessen Trial Decl. ¶¶ 90-92.* Fluoride was once used therapeutically to lower thyroid function in individuals with hyperthyroidism (over-active thyroid), and in 2006, the National Research Council (NRC) determined that fluoride is an agent capable of disrupting thyroid function. *Lanphear Trial Tr. (ECF No. 417) at 224:4-225:15; 231:24-232:17 (Feb. 1, 2024); Thiessen Trial Tr. (ECF No. 401) at 755:10-756:9 (Feb. 6, 2024); Thiessen Trial Decl. (ECF No, 202-1) ¶¶ 90-92.*

56.    The neurotoxicity of fluoride is further supported by other recent studies, including:

A. A *prospective* study of the PROGRESS birth cohort in Mexico which found a significant, sex-specific association between maternal dietary intake of fluoride and impaired cognitive function among 2-year-old boys (Cantoral 2021). Trial Ex. 110; *Lanphear Trial Tr. (ECF No. 417) at 221:22-222:16 (Feb. 1, 2024).* While the study did not observe a statistically significant association between

fluoride and cognitive deficits at 1 year of age; when the results from the age 1 test and age 2 test were combined, the combined result was statistically significant. *Lanphear Trial Tr. (ECF No. 417) at 221:22-222:16 (Feb. 1, 2024); Savitz Trial Tr. (ECF No. 414) at 1215:13-24 (Feb. 9, 2024).*

B.  A neurodevelopmental study by Tulane and Duke scientists of an area in Ethiopia with high levels of fluoride in drinking water. Although the study only included 75 children, it was able to detect impairments in the children's ability to perform complex or challenging drawing tasks as a function of fluoride exposure, with evidence of marked deterioration in drawing skills among children drinking water with 5 to 15 ppm fluoride in water (Godebo 2023). *Trial Ex. 118 at Fig 2; Grandjean Trial Tr. (ECF No. 397) at 378:9-382:23  (Feb. 1, 2024).*

C.  A study conducted in the United States, which found significant associations between childhood exposure to fluoride and internalizing symptoms (e.g., anxiety and depression) (Adkins 2022). *Trial Ex. 112; Lanphear Trial Tr. (ECF No. 417) at 241:4-23 (Feb. 1, 2024); Savitz Trial Tr. (ECF No. 415) at 1250:4-16 (Feb. 12, 2024).* The US-based study, of a cohort in Cincinnati, found the association between fluoride and internalizing symptoms to be most prominent in boys, thus further supporting sex-specific vulnerabilities, at least for certain outcomes in certain contexts. *Lanphear Trial Tr. (ECF No. 417) at 240:24-241:23 (Feb. 1, 2024).*

*57.*  Various co-factors or susceptibilities can influence the impact or manifestation of neurotoxicants, and as such, it is to be expected that there will be some variability in results across studies of different populations. What may appear, therefore, to be a "contradictory" or discrepant result may, in fact, reflect unmeasured differences in cofactors that influence the course of a chemical's neurotoxicity. *Hu Trial Tr. (ECF No. 395) at 102:22-104:24 (Jan 31, 2024); Lanphear Trial Tr. (ECF No. 417) at 242:21-243:9 (Feb. 1, 2024); Grandjean Trial Tr. (ECF No. 417) at 328:14-23 (Feb. 1, 2024).*

58.     As is to be expected, not every epidemiological study on fluoride has found associations with reduced IQ. *Savitz Trial Tr. (ECF No. 414) at 1172:23-1173:6 (Feb. 9, 2024).*

59.     Several studies published since April 2021 have failed to detect significant associations between low doses of fluoride and IQ and/or other neurodevelopmental outcomes (Dewey 2023; Do 2022; Grandjean 2023). *Trial Ex. 113; Trial Ex. 117; Trial Ex. 119.* The null findings in these studies can be explained in part by the general difficulty of detecting effects among populations with limited "exposure contrasts," particularly for health outcomes, like IQ, which are affected by many other factors. *Hu Trial Tr. (ECF No. 395) at 114:8-115:6; 180:5-12 (Jan 31, 2024); Grandjean Trial Tr. (ECF No. 417) at 337:14-339:8  (Feb. 1, 2024); Berridge Trial Tr. (ECF No. 400) at 523:12- 24 & 525:2-526:13 (Feb. 5, 2024); Savitz Trial Tr. (ECF No. 414) at 1175:15-1176:3 (Feb. 9, 2024).* For example, whereas over 5% of women in the MIREC cohort had over 2.4 mg/L of (creatinine-adjusted) fluoride in their urine, only 3 of 837 mothers in the Danish cohort had this level of fluoride in their urine. *Grandjean Trial Tr. (ECF No. 397) at 356:24-357:6 & 357:16-358:1 (Feb. 2, 2024); Trial Ex. 108, Table S4; Trial Ex. 119, Figure 2.*

60.     The null effect findings in the low dose studies can also be explained by methodological limitations that reduced the sensitivity of the studies to observe an effect. For example, the study by Do (2022) suffered from substantial exposure imprecision due to a lack of individualized data on fluoride intake. *Grandjean Trial Tr. (ECF No. 397) at 366:5-368:3 (Feb. 2, 2024).* Exposure imprecision creates "noise" in the data and generally has the effect of biasing the results toward the null. *Trial Ex. 33 at 9-11*; *Hu Trial Tr. (ECF No. 395) at 106:18-107:16 (Jan 31, 2024); Lanphear Trial Tr. (ECF No. 417) at 281:14-282:3 (Feb. 1, 2024); Grandjean Trial Tr. (ECF No. 417) at 317:16-22 (Feb. 1, 2024); Savitz Trial Tr. (ECF No. 414) at 1176:4-17 (Feb. 9, 2024).* Another limitation with the Do study is that it used a behavioral test (SDQ) of questionable validity for the population being examined. *Grandjean Trial Tr. (ECF No. 397) at 364:5-20 & 365:15-366:4 (Feb. 2, 2024); Savitz Trial Tr. (ECF No. 414) at 1239:11-1240:6 (Feb 12, 2024).*

61.     The study by Dewey (2023) did not find a significant association between childhood IQ and maternal residence in a fluoridated community during pregnancy, although it

did find an association with adverse impacts on executive function. *Trial Ex. 117 Tbls 2 & 3; Savitz Trial Tr. (ECF No. 414) at 1233:4-17 (Feb 12, 2024).* The power of the Dewey study was limited by potentially substantial exposure imprecision. *Grandjean Trial Tr. (ECF No. 397) at 369:8-371:7 (Feb. 2, 2024).* Although the study was able to identify the fluoridation status of the community water supply during the course of the pregnancy, the study had no individualized data on tap water intake; urinary fluoride levels; other sources of fluoride intake; and no information on the length of time each mother had resided in fluoridated areas. *Grandjean Trial Tr. (ECF No. 397) at 368:4-370:5 (Feb. 2, 2024).* Further, the exposure contrasts between the women in the study would be further minimized because the woman whose pregnancy occurred after fluoridation ended would likely still have elevated circulating fluoride levels in their body due to prior accumulation of fluoride in their bone. *Grandjean Trial Tr. (ECF No. 397) at 370:6-371:7 (Feb. 2, 2024); Barone Trial Tr. (ECF No. 418) at 1432:19-1433:3 (Feb. 13, 2024).* Prior accumulation of fluoride in bone enters the circulation during pregnancy due to the increased rate of bone mobilization that occurs to meet the calcium demands of the growing fetus. *Hu Trial Tr. (ECF No. 395) at 121:4-20 (Jan 31, 2024); Lanphear Trial Tr. (ECF No. 417) at 221:22-222:16 (Feb. 1, 2024); Barone Trial Tr. (ECF No. 418) at 1448:17-23 (Feb. 13, 2024).*

62.     One study published since April 2021 has reported a beneficial association between maternal fluoride and IQ, although the dramatic associations reported are implausible on their face (Ibarluzea 2022). *Hu Trial Tr. (ECF No. 395) at 111:4-6 (Jan 31, 2024); Grandjean Trial Tr. (ECF No. 397) at 372:10-24 (Feb. 2, 2024).* The study, which was conducted in one of the seven cohorts from the Spanish INMA study, reported a 15-point increase in IQ with each milligram of fluoride in the mothers' urine. *Ibarluzea Designations (ECF No. 404) at 2:9-22 (28:3-20) & 11:12-22 (148:1+).* Although this study has several methodological strengths (e.g., a prospective cohort design, individual measurements of maternal urine, and adjustments for a large number of covariates), there are major issues with the study that warrant giving it significantly less weight in the hazard assessment. These problems include:

   A.  The study never controlled for seafood, despite having detailed data on the mothers' seafood intake and measurements of fatty acid levels in the cord blood.

*Hu Trial Tr. (ECF No. 395) at 99:25-100:1 & 110:20-111:3 (Jan 31, 2024); Ibarluzea Designations (ECF No. 404) at 32:2-24 (222:11-223:23).* Seafood is a potential confounder in the Ibarluzea study because it is associated with both the exposure of interest (fluoride) as well as the outcome of interest (IQ). *Ibarluzea Designations (ECF No. 404) at 34:27-37:24 (230:4-233:19) & 38:10-12 (237:19-24); Hu Trial Tr. (ECF No. 395) at 110:20-111:3 (Jan 31, 2024); Hu Trial Tr. (ECF No. 239) at 100:10-14 (June 8, 2020).*

B. It is well established that failing to control for seafood intake can create spurious impressions that a chemical tcontained in seafood (e.g., mercury) is increasing IQ. *Hu Trial Tr. (ECF No. 395) at 100:18-101:8; Ibarluzea Designations (ECF No. 404) at 31:15-32:6 (221:11-222:6 & 222:11+).*

C. The Ibarluzea study's failure to control for seafood intake was particularly problematic because coastal areas of Spain have a very high intake of seafood. *Hu Trial Tr. (ECF No. 395) at 101:9-18 & 110:8-111:3 (Jan 31, 2024).* During the period when the pregnant mothers were enrolled in the INMA study, coastal Spain was reported to have the highest intake of seafood in the world. *Ibarluzea Designations (ECF No. 404) at 29:15-30:24 (217:24+).* It is more important to control for potential confounders that have a high prevalence in the studied population, and that is the case with seafood consumption in the Basque area. *Savitz Trial Tr. (ECF No. 414) at 1271:15-1272:11 (Feb 12, 2024).*

D. Several of the findings from the Ibarluzea study are consistent with maternal fluoride exposure being correlated with seafood intake in the Basque cohort, including: (i) maternal urinary fluoride levels were significantly correlated with maternal urinary concentrations of substances (iodine and organic arsenic) which are associated with elevated seafood intake; and (ii) the beneficial association between maternal fluoride and IQ was reduced by 5 points after controlling for a proxy (mercury) of seafood intake. *Ibarluzea Designations (ECF No. 404) at 38:25-39:11 (239-240:9), 39:12-23 (242:4-20), & 17:9-17*

18

*(170:24-171:11).*

E.  The significant association between fluoride and IQ in boys was driven by the results in the *non*-fluoridated areas, where maternal fluoride was associated with a 28-point increase in IQ. It is not plausible that fluoride increases IQ in such a dramatic way. *Grandjean Trial Tr. (ECF No. 397) at 372:20-24 (Feb. 2, 2024); Ibarluzea Designations (ECF No. 404) at 23:1-7 (184:13+).*

F.  The very large beneficial association between maternal fluoride and IQ in boys disappeared entirely when the authors used a different metric of urinary fluoride content (i.e., milligrams of fluoride per <u>liter</u> of <u>urine</u> as opposed to milligrams of fluoride per <u>gram</u> of <u>creatinine</u>). *Savitz Trial Tr. (ECF No. 414) at 1266:6-13 (Feb 12, 2024).*

G.  While it is preferable to adjust for dilution when measuring urinary fluoride levels, no plausible reason or explanation has been identified for why creatinine adjustment should have had such a "dramatic" and "peculiar" effect on the results. *Hu Trial Tr. (ECF No. 395) at 108:23-110:7 (*Jan 31, 2024); *Grandjean Trial Tr. (ECF No. 397) at 372:25-373:22 (Feb. 2, 2024); Savitz Trial Tr. (ECF No. 414) at 1267:25-1268:4 (Feb 12, 2024).*

H.  The beneficial association between fluoride and IQ in the Ibarluzea study was significantly influenced by fluoridation status; creatinine adjustment, co-exposures to lead and mercury; and quality of the family context. *Ibarluzea Designations (ECF No. 404) at 24:12-21 (191:5-17).* Despite each of these factors significantly influencing the association, these factors were never simultaneously adjusted for in the same analysis. *Ibarluzea Designations (ECF No. 404) at 24:22-25:3 (191:21-192:9).* It is currently unknown what the association between maternal urinary fluoride and IQ would be if these factors were adjusted for simultaneously. *Ibarluzea Designations (ECF No. 404) at 24:22-25:3 (191:21-192:9).*

63.     It is undisputed that biological plausibility is an important component of a hazard assessment. *Savitz Trial Tr. (ECF No. 414), at 1178:8-11 (Feb 9, 2024)*.

64.     It is a general principle in hazard assessments that plausible findings should be given more weight than implausible findings. *Thiessen Trial Tr. (ECF No. 401) at 822:23-823:12 (Feb. 6, 2024); Barone Trial Tr. (ECF No. 418) at 1448:6-10 (Feb. 13, 2024.*

65.     It is undisputed that neurotoxicity is a biologically plausible effect of fluoride exposure in humans. *Thayer Trial Tr. (ECF No. 241) at 450:9-13; Grandjean Trial Tr. (ECF No. 417) at 295:3-18 & 320:5-12 (Feb. 1, 2024); Barone Trial Tr. (ECF No. 418) at 1448:17-23 (Feb. 13, 2024).*

66.     Based on the totality of the available data, neurotoxicity is a hazard of fluoride exposure. *Grandjean Trial Tr. (ECF No. 417) at 335:23-336:6 (Feb. 1, 2024); Thiessen Trial Tr. (ECF No. 401) at 767:13-769:4 (Feb. 6, 2024); Barone Trial Tr. (ECF No. 418) at 1424:12-14 & 1424:24-1425:3 & 1428:12-21 & 1429:11-21 (Feb. 13, 2024); Ibarluzea Designations (ECF No. 404) at 5:6-9 (41:15-20) & 9:24-10:1 (111:7-112:3).*

**Quantitative Dose Response Analysis**

67.     If EPA has medium, or more, confidence that a chemical is associated with neurotoxicity, the EPA proceeds to identify a "Point of Departure" (aka "Hazard Level") through a Quantitative Dose Response Analysis. *Barone Trial Tr. (ECF No. 397) at 495:9-22 (Feb. 2, 2024); Thiessen Trial Tr. (ECF No. 401) at 773:17-774:10 (Feb. 6, 2024).*

68.     EPA's *Guidelines for Neurotoxicity Risk Assessment* recognize that prospective cohort studies allow "the direct estimate of risk attributed to a particular exposure." *Trial Ex. 17 at 17; Thiessen Trial Decl. (ECF No. 202-1) ¶ 45.*

69.     It is undisputed that the NIH-funded ELEMENT and MIREC birth cohort studies are high quality studies of fluoride neurotoxicity. *Undisputed Fact No. 10.* It is also undisputed that the Danish OCC birth cohort study is a high-quality study. *Savitz Trial Tr. (ECF No. 414) at 1024:7-15 (Feb. 7, 2024).*

70.     Pooled analyses of multiple cohorts is recognized to be preferable to an analysis of a single cohort. *Hu Trial Tr. (ECF No. 395) at 111:9-112:16 (Jan 31, 2024); Ibarluzea Designations (ECF No. 404) at 10:2-11:6 (119:12-124:25).*

71.     A pooled BMCL analysis has been conducted of the ELEMENT and MIREC cohorts (Grandjean 2022), as well as of the ELEMENT, MIREC, and OCC cohorts (Grandjean 2023). *Trial Ex. 119; Trial Ex. 124.* The authors of these pooled analyses are leaders in the field of benchmark dose analysis, as evident by (A) EPA's reference to their work as an exemplar of BMCL analyses in the Agency's Benchmark Dose Technical Guidance manual, and (B) EPA's reliance on their BMCL analysis of other chemicals for standard-setting purposes. *Grandjean Trial Tr. (ECF No. 417) at 287:16-288:18 (Feb. 1, 2024); Grandjean Trial Tr. (ECF No. 397) at 479:25-480:20 (Feb. 2, 2024); Barone Trial Tr. (ECF No. 401) at 748:19-749:15 (Feb. 6, 2024).*

72.     The pooled BMCL analyses of the birth cohorts have sought to determine the level of fluoride in maternal urine that is associated with a 1-point drop in the IQ of the mothers' offspring. *Grandjean Trial Tr. (ECF No. 417) at 339:13-23 (Feb. 1, 2024).*

73.     As described by Risk Sciences International, "The choice of a BMR of 1 IQ point (corresponding to a 1% reduction from a mean IQ of 100) has been adopted as an appropriate benchmark on this endpoint by several regulatory bodies, including the US EPA and EFSA." *Trial Ex. 129 at 27.*

74.     EPA has recognized that the loss of 1 IQ point has a detrimental effect on lifetime earnings. In its regulatory impact analyses, EPA has relied upon data showing that a 1-point increase in IQ is associated with an increase in lifetime earnings in the range of 1.76 to 2.38 percent. *Trial Ex. 33 at 10-46; Trial Ex. 34 at ES-10.*

75.     The pooled BMCL analyses of fluoride and IQ have found that a linear model provides the reasonably best fit for the data. *Grandjean Trial Tr. (ECF No. 417) at 422:19-24 (Feb. 2, 2024); Grandjean Trial Tr. (ECF No. 397) at 425:5-9 (Feb. 3, 2024); Grandjean Trial Tr. (ECF No. 240) at 254:16-257:12 (June 9, 2020).*

76.     The pooled analyses of the ELEMENT, MIRofEC, and Danish cohorts produce a BMCL  less than **0.3 mg/L** in maternal urine. *Trial Ex. 119, Trial Ex. 124.*

77.     Scientists at Risk Sciences International have converted the urine-based BMCL (0.192 mg F/L) from Grandjean 2022 into a BMCL for total fluoride intake (**0.274 mg F/day**) as well as a BMCL for water fluoride level (**0.179 mg F/L**). *Trial Ex. 129 at 23-24.* These values would marginally increase if the BMCL from Grandjean (2023) was used.

78.     According to the Risk Sciences International team, an alternative Point of Departure for the fluoride hazard level would be the water fluoride level (**1.5 mg F/L**) for which NTP expressed moderate confidence in a neurotoxicity hazard. *Trial Ex. 129 at 24.*

79.     The 1.5 mg/L water fluoride level identified by the NTP is not a NOAEL, nor can it be shown to be a LOAEL either. *Thiessen Trial Tr. (ECF No. 401) at 802:1-18 (Feb. 6, 2024); Barone Trial Tr. (ECF No. 418) at 1443:25-1444:11-18 (Feb. 13, 2024).* In fact, some of the highest quality studies done to date have found significant associations between fluoride and reduced IQ among populations exposed to 0.7 mg F/L in water, or its equivalent from salt. *Trial Ex. 69 at 83; Thiessen Trial Tr. (ECF No. 401) at 804:10-805:2 (Feb. 6, 2024); Hu Trial Tr. (ECF No. 395) at 91:15-20 & 105:2-6 (Jan. 31, 2024); Hu Trial Decl. (ECF No, 198-1) ¶ 13; Lanphear Trial Decl. (ECF No, 198-2) ¶ 72.*

80.     The NOAEL for fluoride neurotoxicity in humans is currently not known, nor is it known what the precise demarcation is between the NOAEL and LOAEL. *Barone Trial Tr. (ECF No. 418) at 1443:25-1444:7 (Feb. 13, 2024); Barone Trial Tr. (ECF No. 414) at 1370:6-7 1371:24-1372:1 (Feb. 12, 2024); Savitz Trial Tr. (ECF No. 414), at 1165:25-1166:12 (Feb 9, 2024).* The import of this uncertainty is of little material consequence for the following three reasons.

A.     There is little dispute that fluoride above 2 mg/L in the water is an observed adverse effect level. *Barone Trial Tr. (ECF No. 418) at 1424:24-1425:3 (Feb. 13, 2024).*

B.     EPA does not need to identify a NOAEL in order to proceed to risk characterization. *Barone Trial Tr. (ECF No. 418) at 1440:8 (Feb. 13, 2024); Barone Trial Tr. (ECF No. 414) at 1371:4-6 (Feb. 12, 2024).* For example, in its risk evaluations of methylene chloride and PCE (the two chemicals from the first 10 risk evaluations where the EPA based the Point of Departure on *human* studies of *neurotoxicity*), the EPA was unable

to identify a BMCL or NOAEL. EPA thus used LOAELs for both of these evaluations. *Thiessen Trial Tr. (ECF No. 401) at 772:3-11 (Feb. 6, 2024); Barone Trial Tr. (ECF No. 414) at 1371:15-23 (Feb. 12, 2024).*

C.   TSCA does not require certainty as to the threshold level at which a chemical produces the hazard, and indeed such certainty is very difficult to obtain from epidemiologic studies of human populations. *Barone Trial Tr. (ECF No. 418) at 1440:18-23 (Feb. 13, 2024); Savitz Trial Tr. (ECF No. 414), at 1173:7-13 (Feb 9, 2024).*

81.   Lastly, since there is little dispute that fluoride is associated with neurotoxic effects in the **2 to 4 mg F/L** range, a point in this range could be selected, with appropriate consideration given to the fact that this is unlikely to represent the "lowest" level at which neurotoxic effects occur. *Barone Trial Tr. (ECF No. 418) at 1424:24-1425:3 & 1442:13-1444:10 (Feb. 13, 2024); Barone Trial Tr. (ECF No. 414) at 1373:1-17 (Feb. 12, 2024).*

## C.   HAZARD ASSESSMENT - EPA'S PROPOSED FACTS

### 1.   Hazard Identification

82.   The first stage of a hazard assessment is hazard identification, which entails finding and confirming a chemical's potential toxic effects, known as endpoints, by identifying and reviewing the best available science. Barone Trial Tr. Vol. IV, at 656:8-657:22.

83.   During the hazard identification step, EPA reviews, searches, screens, and evaluates all studies related to different hazards to determine whether the data are sufficient or insufficient for identified adverse effects. Barone Trial Tr. Vol. III, at 492:24–494:9.

84.   The studies evaluated during the hazard assessment process may include, but are not limited, human epidemiological studies, laboratory studies, mechanistic studies, and kinetic studies in a variety of test systems, including but not limited to toxicokinetics. 40 CFR § 702.41(d)(5); *see also* Thayer Trial Tr. Vol. IV, at 623:19–624:20; *id.* at 640:15–641:16 (explaining that, in chemical-specific instances, one data stream may be useful for contextualizing or addressing limitations for reaching causal conclusions in the other evidence streams) (Trial Phase 1).

85.    Based on all the studies evaluated in the hazard identification step, EPA identifies studies that are generally of high or medium quality to conduct a dose-response analysis. Barone Trial Tr. Vol. III, at 494:21–495:8.

86.    Dr. Stanley Barone is a Senior Science Policy Adviser within EPA's Office of Chemical Safety and Pollution Prevention. Barone Trial Tr. Vol. IV, at 641:12–15 (Feb. 5, 2024). Dr. Barone has a Ph.D. in neurobiology, specializing in developmental toxicology, and a master's degree in endocrinology. *Id.* at 642:11–15. Dr. Baron has been conducting risk assessments at EPA for over 30 years. *Id.* at 648:16–25. Dr. Barone managed and co-authored the first ten risk evaluations performed by EPA under amended TSCA. *Id.* at 647:13–21; *see also* Barone Trial Tr. Vol VIII, at 1319:4–1320:12 (Feb. 12, 2024).

87.    Based on his review of the literature, Dr. Barone agrees that IQ decrements is a potential hazard of fluoride exposure. Barone Trial Tr. Vol VIII, at 1323:5–1324:22. However, the scientific evidence is not sufficient to support behavior symptoms like ADHD as a potential hazard of fluoride exposure. *Id.* at 1324:23–1325:5.

## 2.    Weight of the Scientific Evidence

88.    Before moving to dose-response, EPA conducts a qualitative weight of the scientific evidence analysis as part of the hazard assessment. Barone Trial Tr. Vol. IV, at 666:9–13 (Feb. 5, 2024). In this analysis EPA looks at animal, human, and mechanistic evidence for a given chemical for a particular critical effect (e.g., developmental neurotoxicity), synthesizes and integrates the data, and uses the Bradford Hill considerations to describe the weight of the scientific evidence. *Id.* at 658:12–20. In weighing the evidence, the Agency identifies key studies and endpoints or effects (e.g., IQ) in this step to carry forward to the dose-response analysis. *Id.* at 658:24–25, 659:15–19, 660:2–6.

89.    When weighing the scientific evidence in a hazard assessment, EPA does not require causation, but the Agency does look to the Bradford Hill causal framework to help inform the confidence in the association between the exposure and the endpoint of concern (e.g., neurotoxicity). Barone Trial Tr. Vol. IV, at 660:9–661:5.

90.     Dr. Barone explained, consistent with Dr. Savitz' analysis, that the weight of the evidence is highly uncertain that exposures in the range relevant to community water fluoridation are associated with IQ detriments and that the weight of the evidence does not support carrying any particular study forward to a dose-response assessment. Barone Trial Tr. Vol. VIII, at 1325:10–13; 1326:5–18.

### a.      Human Epidemiologic Studies

91.     At the time of phase one of the trial in this matter (i.e., June 2020), there were two high quality prospective birth cohort studies that examined the association between maternal fluoride exposure and child IQ at low doses—ELEMENT and MIREC. ELEMENT was the first of these studies, and found a significant adverse association between maternal urinary fluoride levels and child IQ. Chang Decl. ¶ 195, ECF No. 200. However, the next study, MIREC, found no significant adverse association for its study population as a whole. Chang Decl. ¶ 196, ECF No. 200.

92.     Although a significant adverse association was found in the MIREC cohort when focusing on boys only, Chang Decl. ¶ 196, ECF No. 200, that result was not replicated in the other cohorts, *see* Hu Trial Tr. Vol. I, at 144:22-145:20 (Jan. 31, 2024), and, in any event, the most informative results of the MIREC study are those concerning boys and girls combined, Savitz Trial Tr. Vol. VI, at 1026:22–23 (Feb. 7, 2024).

93.     Since phase one of the trial, two additional high-quality prospective birth cohort studies have been published—INMA and OCC. Continuing the trend found in the broader MIREC cohort, the INMA and OCC studies found no significant adverse association between maternal urinary fluoride levels and child IQ. Trial Exs. 114, 119.

94.     Other recent human epidemiologic studies (e.g., Dewey (2023)) have added to the growing body of literature finding the lack of an adverse association between maternal fluoride exposure and child IQ at low exposure levels, thereby casting further doubt that water fluoridation at 0.7 mg/L poses an unreasonable risk of human neurotoxicity.

95.     Most of the other human studies are of very poor quality. Chang Trial Tr. Vol. V, 798:22–800:20 (Trial Phase 1). Almost all these studies are cross-sectional in design, which

means that exposures and outcomes were assessed at the same time, preventing identification of which one came first. *Id.*; Chang Decl. ¶¶ 121, 126, 149, 165–66, ECF No. 200 (Trial Phase 1).

### i.      ELEMENT Cohort

96.     Published in September 2017, Bashash (2017) is a manuscript co-authored by Dr. Hu that found a significant negative association between maternal fluoride exposure and child IQ in the ELEMENT cohort, which a prospective birth cohort in Mexico City. Chang Decl. ¶ 195, ECF No. 200.

97.     Mexico City fluoridates its salt to 250 ppm but does *not* fluoridate its water. Chang Decl. ¶ 195, ECF No. 200. Dr. Hu admitted that data on the source of fluoride exposure of the ELEMENT participants was not available to the ELEMENT study researchers. Hu Trial Tr. Vol. 1 at 120:4–121:23 (Trial Phase 1). Dr. Hu did not investigate whether the absorption rate of fluoride in the body differs by source (i.e., salt v. water). *Id.* at 124:15–22 (Trial Phase 1).

98.     Dr. Hu admitted that whether the source of fluoride exposure is from salt or water could affect the concentration of fluoride observed in a urine sample. Hu Trial Tr. Vol. I, 125:11–15 (Trial Phase 1). As Dr. Hu explained, this would be comparing "apples and oranges." *Id.* at 125:16–24 (Trial Phase 1).

99.     Published in August 2022, Goodman (2022a) is a manuscript co-authored by Dr. Hu that examined the association between maternal fluoride exposure and child IQ. Hu Trial Tr. Vol. I, 126:21–25 (Jan. 31, 2024); Trial Ex. 115. Goodman (2022a) studied the ELEMENT cohort, which is the same cohort studied in Bashash (2017). Hu Trial Tr. Vol. I, at 127:1–4. Goodman (2022a) used the same methodology as Bashash (2017). *See generally id.* at 128:6–25.

100.    The primary objective of Goodman (2022a) was to examine the longitudinal and domain-specific effects of maternal fluoride exposure on child IQ. Hu Trial Tr. Vol. I,at 129:1–6. In Bashash (2017), Dr. Hu and his team looked at associations between maternal urinary fluoride levels and full-scale IQ. *Id.* at 129:7–10. Goodman (2022a) sought to expand that analysis by looking at the two broad cognitive domains that make up full-scale IQ: verbal IQ and nonverbal IQ. *Id.* at 129:11–24.

101.     In epidemiology, "replication" means following up on a body of research or even a single study's findings to determine whether the same findings are found in a different population using approximately the same methodology. Hu Trial Tr. Vol I, at 144:21–145:2. Replication is a key consideration in the interpretation of epidemiologic research. *Id.* at 145:3–6. Outcomes consistent with a prior claim increase confidence in that claim; outcomes inconsistent with a prior claim decrease confidence in that claim. *Id.* at 145:7–12.

102.     Although Goodman (2022a) found a statistically significant adverse association between maternal urinary fluoride and nonverbal IQ, it did not find a significant association as it relates to verbal IQ. Hu Trial Tr. Vol I, at 129:25–130:16. Because both studies concerned the same population—the ELEMENT cohort—Goodman (2022a) merely expanded on the findings of Bashash (2017), and was not an attempt at replication. *Id.* at 145:21–23.

### ii.     MIREC Cohort

103.     Published in October 2019, Green (2019) is a manuscript co-authored by Dr. Lanphear that examined the association between maternal fluoride exposure and child IQ in the MIREC cohort, which is a prospective birth cohort in Canada. Chang Decl. ¶ 196, ECF No. 200.

104.     Unlike the ELEMENT cohort, the MIREC study involved communities with optimally fluoridated drinking water (i.e., 0.7 mg/L). Hu Trial Tr. Vol. I, at 142:17-25.

105.     **Unlike the ELEMENT cohort, Dr. Lanphear did not find a statistically significant association between maternal urinary fluoride and child IQ when looking at the entire study population in the MIREC cohort (i.e., boys and girls combined).** Chang Decl. ¶ 196, ECF No. 200.

106.     The MIREC study found a significant association between fluoride exposure and child IQ when looking at boys only, but no such association was found when looking at girls only. Lanphear Trial Tr. Vol. III, 393:21–25. (Trial Phase 1).

107.     The sex-specific effects are different than what was found in the ELEMENT cohort, and during the first phase of trial Dr. Lanphear said that he not aware of any other published epidemiological study of fluoride exposure that found similar sex-differential effect on IQ. Lanphear Trial Tr. Vol. III, 395:8–20 (Trial Phase 1). Dr. Lanphear admitted that "the reason

for this discrepancy is not currently known." Lanphear Decl. ¶ 48, ECF No. 198-2 (Trial Phase 1).

108.    Dr. Hu testified that another primary objective of Goodman (2022a) was to examine the potential for sex-specific effects based on findings in other studies, such as Green (2019), that boys may be more susceptible to maternal fluoride exposure than girls. Hu Trial Tr. Vol. I, at 143:22–144:6.

109.    In other words, as Dr. Hu acknowledged, Goodman (2022a) was seeking to replicate in the ELEMENT cohort the sex-specific findings that Green (2019) found in the MIREC cohort. *Id.* at 145:13–20. However, Goodman (2022a) failed to replicate Green (2019)'s findings that boys may be more vulnerable to maternal fluoride exposure than girls. Hu Trial Tr. Vol. I, 144:18–19.

110.    When asked at the first phase of trial why his studies did not find similar effects by sex, Dr. Hu testified that there are "population differences between Canadians and Mexicans," including diet, genetics, and social environment, which could explain why MIREC found sex-differential IQ effects. Hu Trial Tr. Vol. III, 339:17–340:23 (Trial Phase 1). Dr. Hu emphasized this discrepancy as a reason why one must "look at the whole range of epidemiologic studies to understand the . . . potential impacts on different populations." Hu Trial Tr. Vol. III, 340:14–19 (Trial Phase 1).

111.    The women in the MIREC cohort are primarily white and tend to be older, more educated, and more likely to be married and use prenatal vitamins than the Canadian population as a whole. Lanphear Trial Tr. Vol. II, at 278:12–20 (Feb. 1, 2024). Dr. Lanphear agrees that these characteristics limit the generalizability of the findings of the MIREC studies to the Canadian population as a whole. *Id.* at 278:21–23. Dr. Lanphear further agrees that these same characteristics also limit the generalizability of these findings to the broader United States. *Id.* at 278:25–279:2.

112.    As discussed during the first phase of trial, in the MIREC cohort, in the graph showing a negative association between maternal urinary fluoride and full-scale IQ in boys, some of the data points appear to be outliers as defined by the Mexico City method. Chang Trial

Tr. Vol. V, 814:4–815:11; Chang Decl. ¶ 215, ECF No. 200 (Trial Phase 1). Including these outliers, as the authors did, would have exaggerated the association. *Id.* (Trial Phase 1). The MIREC cohort authors did not present their data on full-scale IQ and maternal urinary fluoride with and without outliers, even though presenting data with and without outliers is common in scientific publications. *Id.* (Trial Phase 1). The MIREC cohort authors also did not provide their raw data, so it cannot be confirmed that removing the data points would eliminate the negative association, but removing the two highly negative IQ data points would have flattened the trend line. *Id.* (Trial Phase 1).

### iii.    INMA Cohort

113.    Published in the peer-reviewed journal Environmental Research in 2022 (i.e., after Trial Phase One), Ibarluzea (2022) is a new prospective cohort study out of Spain that examined the association between low doses of fluoride exposure on child IQ. Trial Ex. 114. The lead author is Dr. Jesús Ibarluzea. *Id.*

114.    The parties refer to the Spanish cohort as "INMA," which is short for Infancia y Medio Ambiente. *Id.*

115.    The study focuses on a sub-cohort in the province of Gipuzkoa, which is the area of Spain that had an active community drinking water fluoridation program in place. Trial Ex. 114; Ibarluzea Designations (ECF No. 404) at 2:23–3:8 (30:19–31:10)

116.    The INMA IQ study examined the relationship between mothers' urinary fluoride concentration, adjusted for dilution, and their offsprings' intelligence scores. The study had a large sample size and controlled for relevant confounders, including maternal IQ. Trial Ex. 114.

117.    **Unlike ELEMENT, but like MIREC, the INMA IQ study found no statistically significant adverse effect of fluoride on child IQ for boys and girls combined.** Trial Ex. 114. **Unlike MIREC, but like ELEMENT, the INMA IQ study did not find any significant negative associations when looking at boy and girls separately.** *Id.*

118.    The INMA IQ study found a statistically significant beneficial association between maternal urinary fluoride and IQ outcomes by some measures. Trial Ex. 114.

119.     According to Dr. Savitz, the INMA study has had several important consequences for the overall literature on low-dose fluoride exposure and IQ. Savitz Trial Tr. Vol. VII, at 1062:24–25. At minimum, it showed how "fragile the research remained and how tentative any conclusions would be," since we now have three studies "using a very, very similar design" that are "absolutely equal in quality" with results "not consistent with one another." *Id.* at 1063:1–17.

120.     Nonetheless, Plaintiffs' lead expert epidemiologist, Dr. Philippe Grandjean, attempted to discredit the INMA study on several, results-based grounds.

121.     At the outset, the hypothesis investigated in the INMA study—and that is being invested in this case—is whether low-level prenatal fluoride exposure is associated with a *negative* impact on IQ. The INMA study squarely answers that question: "no." Savitz Trial Tr. Vol. VII, at 1066:13–17 ("The question I would ask, though, is, is this study indicative – the question being asked – that they asked originally and that I would ask is, is this study indicative of an adverse effect. It would be a whole different sort of process to say, okay, now we're looking for a benefit . . .").

122.     Nonetheless, Dr. Grandjean argued that the larger positive coefficients found *for boys, general cognitive scales* are simply implausible. Grandjean Trial Tr. Vol. III, at 372:14–24. However, Dr. Savitz explained that the large coefficient sizes are partially explained by the INMA authors reporting their results in "milligrams per gram of creatinine," as opposed to "milligrams per liter, adjusted for dilution," which is how the MIREC and ELEMENT studies reported their results. Savitz Trial Tr. Vol. VII, at 1064:17–24. Using INMA supplementary table S3, Trial Ex. 114, at 15, Dr. Savitz estimates that using milligrams per gram of creatinine inflated the INMA study's effect sizes by about twenty-five percent, Savitz Trial Tr. Vol. VII, at 1064:17–24.

123.     And Dr. Ibarluzea testified that the results in mg/g creatinine would be divided by two to roughly approximate outcomes per 1 mg/L adjusted urinary fluoride. Ibarluzea Designations (ECF No. 404) at 11:12–14:13 (148:1–153:2), 14:13–16:7 (154:3–157:15). For example, the INMA IQ study reports that a one-unit increase in urinary fluoride exposure by mg/g creatinine results in a statistically significant increase of 15.4 IQ points in boys. *Id.* Using

mg/L as the exposure unit, the outcome would be half that increase (an increase of about 7.5 IQ points). *Id.*

124.   When the authors adjusted for mercury, the associations between fluoride and IQ were attenuated. Ibarluzea Designations (ECF No. 404) at 16:20–17:9 (164:5–165:3); Trial Ex. 114 (Table 3). For example, the magnitude of the effect in boys per 1 mg/g creatinine reduced the outcome by 5 IQ points to an increase of about 10.5 IQ points. Trial Ex. 114, at 114.007. Using mg/L as the exposure unit, the outcome would be cut in half to an increase of about 5 IQ points. Ibarluzea Designations (ECF No. 404) at 17:9–18 (170:24–171:11). Therefore, the IQ results for boys, when considered in units comparable to the other cohort studies, are not implausibly high. *See id.*

125.   Additionally, Plaintiffs selectively focus on the largest beta coefficients to undermine the INMA study, without any attention to the several modest, statistically insignificant null effects found. For example, the analyses focused on the Age 1 Bayley Scores had consistently null findings with beta coefficients all under 2 IQ points. Trial Ex. 114, at 6, Table 2 (showing Bayley beta coefficients of (1.48 (-4.2, 7.16); 0.55 (-4.64, 5.74); 1.52 (-2.92, 5.97)); *see also* Trial Ex. 114 at 7, Table 3 (adjusting for mercury and finding Bayley beta coefficients of 2.67 (-3.46, 8.81); 0.89 (-4.55, 6.32); 2.65 (-2.14, 7.45)).

126.   Second, Dr. Grandjean argued that fish consumption is a hidden confounder in the INMA study. Grandjean Trial Tr. Vol. III, 453:12–14. But, as Dr. Savitz explained, for a variable to be a confounder it must be both related to fluoride intake (the exposure variable) and IQ (the outcome variable). Savitz Trial Tr. Vol. VII, at 1070:12–18. Fish consumption is unlikely to be a confounder in the INMA study because "fluoride is not linked to fish consumption. There's not evidence – anything, you know, analogous to the evidence that mercury is very tightly linked to fish consumption." *Id.* at 1071:2–6. In fact, Dr. Savitz cited a 2006 World Health Organization report that concluded even a diet high in fish consumption, including from canned fish and sardines, would rarely result in elevated fluoride exposure. *Id.* at 1110:16–1111:2; 1071:10–15 ("[T]here's very limited research on fluoride and fish consumption, but I've not seen evidence that it's a significant contributor. The World Health Organization report, I can't remember the

1    exact figure, but their assessment of it was that it was, at most, a very limited contributor to

2    fluoride.").

3         127.    Dr. Ibarluzea does not believe seafood is a confounder. He explained that while

4    the Basque Country has relatively high seafood consumption, the type and amount of seafood

5    consumed are important variables that are difficult to measure. Ibarluzea Designations (ECF No.

6    404) at 37:25–38:1 (235:1–5), Ibarluzea Designations (ECF No. 404) at 56:1–60:20 (320:6–

7    328:8).

8         128.    Plaintiffs nonetheless argued that *sardine or anchovy* consumption in the Basque

9    region is a meaningful confounder in the INMA-Gipuzkoa cohort. However, a study from the

10   INMA cohort called Julvez (2016) studied the cognitive benefits of maternal consumption of

11   different fish types and child's IQ, **including sardines.** Julvez (2016) used a food frequency

12   questionnaire and asked pregnant mothers about their consumption of (1) large fatty fish; (2)

13   small fatty fish; (3) lean fish; or (5) shellfish. Trial Ex. 105 at 4. The authors **defined small fatty**

14   **fish** as "baked or steamed smaller fatty fish such as mackerel, **sardines, anchovies,** salmon" and

15   "**tinned sardines**/mackerel." *Id.* The authors found **no statistically significant association**

16   **between small fatty fish consumption (i.e., sardine/anchovy consumption) and performance**

17   **on the McCarthy GCI scales**—the age 5 IQ scores. Trial Ex. 105 at 8, Table 3. Dr. Grandjean

18   admitted that whether fish intake is associated with cognitive performance depends on the kind

19   of fish that a person is consuming, Grandjean Trial Tr. Vol. III, 458:12–15. Sardine and anchovy

20   consumption is thus unlikely to have confounded the GCI scores reported in the Ibarluzea (2022)

21   paper.

22        129.    Even if fish consumption was a confounder in the INMA study, it was controlled

23   for by the INMA authors' control for mercury in the mothers' cord blood. As Dr. Savitz

24   explained, "mercury is, essentially, a biomarker of fish consumption . . . it's very closely linked

25   to fish consumption." Savitz Trial Tr. Vol. VII, at 1071:22–1073:2; *id.* at 1073:8–11 (explaining

26   that mercury is a "good marker of chronic long-term fish consumption"). When the INMA

27   authors adjusted for mercury, they still did not find any statistically significant adverse effects of

28   MUF on children's IQ. Trial Ex. 114 at 7, Table 3; Savitz Trial Tr. Vol. VII, at 1074:15–19 ("Q:

Are there any statistically significant adverse effects in Table 3 when the authors adjusted for mercury in the cord blood? A: "Let me make sure I look at the whole table. No, there are not.").

130.    As explained by both Drs. Grandjean and Savitz, food frequency questionnaires may suffer from recall imprecision. Grandjean Trial Tr. Vol. III, 460:4–6; Savitz Trial Tr. Vol. VII, at 1100:3–22. Thus, Dr. Savitz believes the INMA authors' control for mercury was a better control for seafood consumption than using self-reported food frequency questionnaires. Savitz Trial Tr. Vol. VII, at 1075:16–1076:4 ("[I]f you're interested in steady-state, long-term, average sort of exposure, mercury is a very attractive biomarker of fish consumption. As I said, it's stable. It's not subject to recall issues. And if I only had one, I would probably prefer that one over self-report.").

131.    Like Dr. Savitz, Dr. Ibarluzea does not believe seafood is a confounder in the INMA study. Dr. Ibarluzea explained that while the Basque Country has relatively high seafood consumption, the type and amount of seafood consumed are important variables that are difficult to measure. Ibarluzea Designations (ECF No. 404) at 37:25–38:1 ( 235:1–5), 56:1–60:5 (320:6–328:8). Dr. Ibarluzea also explained that the regression analysis the authors ran for mercury, which attenuated the IQ effects observed, is a proxy control for seafood consumption. *Id.* at 56:1–60:5 (320:6–328:8).

132.    Dr. Grandjean, on the other hand, admitted that he is uncertain if he would prefer to use a food frequency questionnaire or a mercury biomarker to account for seafood intake. Grandjean Trial Tr. Vol. III, 460:14–18. Dr. Grandjean admitted that he is not an expert on what fish have elevated fluoride contents, nor is he certain that all seafood has elevated fluoride content. *Id.* at 458:19–25. He further admitted that he cannot say that all kinds of seafood intake would influence fluoride intake. *Id.* at 459:9–12.

133.    Instead, Dr. Grandjean said he would listen to the judgments from experts on the relationship between seafood consumption and IQ like Jordi Julvez and Jordi Sunyer when determining how to control for seafood intake in the INMA study because they know the circumstances in Spain. Grandjean Trial Tr. Vol. III, at 460:19–461:6. Critically, Jordi Sunyer

1    was an author of the INMA IQ study, Trial Ex. 114 at 1, and Dr. Grandjean reveres him as a

2    "highly respected epidemiologist," *Id.* at 449:12–14.

3          134.    Next, Dr. Grandjean pointed out the larger differential effects found between *boys*

4    in the fluoridated zones vs. *boys* in the non-fluoridated zones in Supplementary Table 21 of the

5    INMA study. Grandjean Trial Tr. Vol. III, 372:20–24; Trial Ex. 114, at 35. Notably, however,

6    the data has been dramatically sliced in this table, such that the effects found in boys in the

7    fluoridated zone are based on a sample size of 58. Trial Ex. 114, at 35; Savitz Trial Tr. Vol. VII,

8    at 1080:1–9 ("Q: So in this particular table, how many times has the data been sliced? A: . . .

9    That depends how you define a slice . . . one way to do it would be to say: How many

10   coefficients have been generated . . . And so now – I mean, it's hundreds at this point . . ."). As

11   Dr. Savitz explained, "more aberrant findings are certain to arise as the study size gets smaller."

12   Savitz Trial Tr. Vol. VII, at 1080:22–24. "[E]pidemiology is better at getting the average than at

13   identifying the nooks and crannies of subtlety . . . And so every time you subdivide, it's at a

14   price. It's at a price in terms of sample size, and it's also at a price in terms of potential

15   distraction." *Id.* at 1081:20–1082:4. As Dr. Savitz explained, the more you subdivide the data,

16   the higher likelihood of "random error." Savitz Trial Tr. Vol. VIII, at 1236:14–18. "If you look

17   at enough results, there will often be aberrant ones that – in fact, it's certain that there will be if

18   you look at enough findings." *Id.* at 1236:18–21.

19         135.    Again, the INMA study reported 23 supplementary tables and two supplementary

20   figures. Trial Ex. 114 at 11–41. The Green (2019) MIREC study reported only four

21   supplementary tables, Trial Ex. 109 at 10–14, and the Bashash (2017) ELEMENT study reported

22   only one, Trial Ex. 106 at 13–14. Thus, the MIREC and ELEMENT studies could not be

23   interrogated for aberrant results to the same degree as INMA since they did not subdivide the

24   data to the degree the INMA authors did. The critical fact is that, across all 23 of the INMA

25   study's supplementary analyses, the authors never once found a statistically significant adverse

26   effect of fluoride on IQ. Trial Ex. 114 at 11–41; Savitz Trial Tr. Vol. VII at 1088:16–25 ("Q: did

27   the INMA authors find any significant adverse effects of fluoride exposure across any of the 25

28   supplementary tables they provided? A: Not to the best of my recollection . . . there was certainly

                                                    34

no hint that somewhere lurking in there is a positive study in the sense of if we, you know, scrutinize it enough and we'll find the evidence that fluoride is harmful in this population.").

136.    Moreover, the large positive effects found in the boys in fluoridated zones in Supplementary Table 21 are likely a result of the statistical model extrapolating beyond where the bulk of the data in the small sample size is. The population living in the non-fluoridated zones had low mean MUF levels, such that the effect of a 1 mg/g(creatinine) increase—what the statistical model extrapolates—would result in large effects. Savitz Trial Tr. Vol. VII, 1082:5–1084:13 (providing analogy where a statistical model predicts walking one mile per day would result in a bodyweight loss of two pounds, and how that statistical model could be extrapolated to what happens if someone walks twenty miles per day, even if no one in the data set does that).

137.    Next, Dr. Grandjean expressed surprise at how the results seemed to differ depending on whether the results were adjusted or unadjusted for creatinine—a method for controlling urine dilution. Grandjean Trial Tr. Vol. III, 372:25–373:22. Yet, Dr. Grandjean conceded that "[i]t's possible" that "your results [could] change depending on whether or not [a study] adjusted for dilution in urinary fluoride." *Id.* at 401:17–20. Indeed, Dr. Grandjean "did not check . . . in the Danish study if there was any significant change due to the urine density or creatinine," but testified That "I'm sure it might have an effect." *Id.* at 401:17– 25. In fact, Dr. Grandjean testified that he would never carry out a study without adjusting for urinary dilution. *Id.* at 402:18– 22 ("Q: So if I did not adjust for urinary dilution in my study, you can imagine the results might change if I eventually did adjust for urinary dilution? A: I can't relate to that, because I would not carry out a study without that adjustment."). Using unadjusted urine samples, according to Dr. Grandjean, "would give the wrong impression of what the fluoride exposure was." *Id.* at 404:14–16. Dr. Grandjean further explained that "if I ignore dilution, my data may not be valid." *Id.* at 404:17–19. Dr. Savitz further explained that it is "typical" and "routine" to adjust for urine concentration when using a urinary biomarker, since "the more dilute the urine, the more dilute or lower the concentration of the chemical of interest would be." Savitz Trial Tr. Vol. VII, at 1089:13–17.

138.     None of Plaintiffs' experts cast doubt on the ELEMENT IQ results that changed after controlling for urinary dilution. At the first trial, Dr. Hu testified that the graduate thesis by Dr. Thomas that analyzed the same maternal urinary fluoride data from the same ELEMENT cohort population did ***not*** find statistically significant associations between urinary fluoride and IQ before applying the creatinine adjustment methodology. Hu Trial Tr. Vol. I, 102:22–103:18 (Trial Phase 1). Notably, the graduate thesis also did *not* observe a statistically significant association between fluoride levels in maternal plasma samples and offspring cognitive test scores at ages one, two, and three. *Id.* at 103:19–25.

139.     Moreover, the creatinine-*un*adjusted results did not change the INMA results of boys' GCI from a positive to negative effect on IQ—rather, it changed it from a positive to null finding. Savitz Trial Tr. Vol. VII, at 1090:20–23; *see also id.* at 1091:5–17 (explaining that the creatinine adjusted vs. unadjusted results also reflect a difference in units: from mg/g(creatinine) to mg/L, adjusted for creatinine). Plaintiffs' selective emphasis on the creatinine un-adjusted results is misplaced and suggests bias. And the fact that the results differed depending on dilution adjustment is unsurprising given Dr. Grandjean's admissions and the differential effects found between the Dr. Thomas' graduate thesis and Bashash (2017) papers when adjusting and not adjusting for creatinine.

140.     Finally, Dr. Grandjean speculated that the INMA paper may be subject to selection bias, since a 2020 abstract of the INMA paper looked at four regions of Spain while the published paper looked only at the Gipuzkoa region. This criticism is misplaced for several reasons. First, the overall results were not any different when the INMA authors looked at four regions in the abstract. Savitz Trial Tr. Vol. VII, at 1095:9–13 (Q: "When the INMA authors looked at four sub-cohorts instead of just the Basque country sub-cohort, did they find any statistically significant adverse effect of fluoride exposure on IQ? A: They did not.").

141.     Second, restricting the analysis to just the Gipuzkoa region had the benefit of eliminating inter-regional differences that could result in added noise or confounding. As Dr. Savitz explained, "Spain has a lot of cultural variation," so limiting the analysis to Gipuzkoa "enabled them to contrast fluoride exposures within a more homogeneous population." Savitz

Trial Tr. Vol. VII, at 1094:3–7. In many epidemiological studies, a significant challenge is controlling for inter-city or inter-regional differences. "Whether they're cities in Canada or communities in China, there's this challenge that, you know, what you're attributing to fluoride may be due to other subtle aspects of the differences. You know, communities vary a lot, and they vary in many subtle ways. Even after you've adjusted, you know, you have a challenge. When you can restrict it to a more homogeneous region, like the Basque region, and compare, you know, IQ in relation to fluoride exposure, there are fewer ways that you can get the wrong answer. . . . there's more homogeneity in diet and in, you know, educational opportunity and all of these other factors that can really be very influential on IQ." *Id.* at 1095:21–1096:14. Thus, limiting the published INMA paper to just the Gipuzkoa region was a strength, not a weakness.

142.    Plaintiffs' criticisms of the INMA study are further undermined by NTP. The NTP included incorrect, creatinine-unadjusted data from the INMA study in its July 2022 meta-analysis. Savitz Trial Tr. Vol. VII, at 1155:19–1156:8. But nonetheless, the NTP authors rated the INMA study as a "low-risk-of-bias" study across seven different bias ratings, including a "probably low-risk-of-bias" rating for potential confounding. Trial Ex. 68, at 63.

143.    Since the first trial, another fluoride study from the INMA cohort was published in the journal Environmental Research that considered potential associations between prenatal maternal urinary fluoride and symptoms associated with ADHD in the offspring. Trial Ex. 121.

144.    Across thirty-six different sub-analyses of the data, the INMA ADHD study found no statistically significant adverse relationship between fluoride exposure and ADHD symptoms. Trial Ex. 121 at 6 (Table 3); Savitz Trial Tr. Vol. VII, at 1097:13–14 ("Q: And can you describe the results? A: In a word, null."); Ibarluzea Designations (ECF No. 404) at 45:14–19 (278:1–7).

145.    There are relatively few studies that have assessed fluoride's potential neurotoxicity at levels found in optimally fluoridated areas (i.e., 0.7 milligrams per liter), especially regarding pregnant women. Hu Trial Tr. Vol. I, at 142:17–23. Dr. Hu agrees that the INMA study is one of those few studies. *Id.* at 143:6–7.

146.     Dr. Hu further agrees that the INMA study, which was published in a well-regarded peer-reviewed journal, is a high-quality study, that should be considered when interpreting the sum of the literature. Hu Trial Tr. Vol. I, at 137:5–19, 143:19–21, 159:4–9.

147.     The NTP authors consider Ibarluzea 2022 a low-risk-of-bias study. Grandjean Trial Tr. Vol. III, at 450:10–18. In fact, the NTP authors rated Ibarluzea 2022 as either a "definitely low-risk-of-bias" or "probably low-risk-of-bias" on each bias measurement. *Id.* at 450:7–453:3.

148.     However, Dr. Grandjean would disregard Ibarluzea 2022. Grandjean Trial Tr. Vol. III, at 449: 21–24. He characterizes Ibarluzea 2022 as a pilot study and believes it looks like it was written by a PhD student. *Id.* at 448 4–9. But Dr. Grandjean also believes a different study, Godebo (2023), is a high-quality study despite it being titled a "pilot study" and having several other methodological weaknesses described below. *Id.* at 385:23–386:13.

149.     Dr. Grandjean conducted BMCLs using data from the ELEMENT, MIREC, and OCC cohorts—both individually and in a pooled analysis—but would not even consider calculating a BMCL with the INMA data. Grandjean Trial Tr. Vol. III, at 461:15–25.

150.     A confounding variable is a variable that is both associated with exposure measurement and the outcome measurement. Grandjean Trial Tr. Vol. III,. at 453:4–7.

151.     Dr. Hu's chief criticism of the INMA study's methodology is that the authors did not control for fish consumption, Hu Trial Tr. Vol. I, at 140:10–13, even though he is not aware of any fluoride study that has adjusted for seafood intake, *id.* at 142:8–11.

152.     Dr. Hu agrees that mercury is a biomarker of fish consumption and that the INMA study controlled for mercury levels in the cord blood. Hu Trial Tr. Vol. I, at 140:17–141:10. He further agrees that controlling for mercury can act as a proxy for fish consumption. *Id.*

153.     Seafood intake is the primary source of mercury exposure in Spain. Grandjean Trial Tr. Vol III, at 461: 7–14 (Feb. 2, 2024).

154.     After controlling for mercury, the INMA study still did not find any statistically significant association between fluoride exposure and an adverse neurodevelopmental outcome. Hu Trial Tr. Vol I, at 141:17–21 (Jan. 31, 2024). Further, controlling for mercury decreased the

magnitude of the positive association between maternal urinary fluoride and boys' IQ found by the INMA study. Hu Trial Tr. Vol. I, at 141:22–142:7.

155.    Dr. Hu's remaining reservations were not related to the INMA study's methodology but his "surprise" at its results. Hu Trial Tr. Vol. I, at 139:6–140:9.

### iv.    Odense Child Cohort (OCC)

156.    Published in October 2023, Grandjean (2023) is a manuscript first authored by Dr. Grandjean and co-authored by Dr. Hu. Hu Trial Tr. Vol. I, at 146:3–17 (Jan. 31, 2024); Trial Ex. 119. Grandjean (2023) both (1) examined the association between maternal fluoride exposure and child IQ in a cohort of 837 mother-child pairings ("OCC cohort") in Odense, Denmark, *id.* at 147:2–18, and (2) calculated a BMCL using the pooled data of the OCC, ELEMENT, and MIREC cohorts. *Id.*

157.    The fluoride concentration in public drinking water in Odense, Demark, is 0.2 to 0.3 mg/L. *Id.* at 148:9–13. However, the mean maternal urinary fluoride concentration, adjusted for creatinine, in the OCC cohort was 0.58 mg/L. Hu Trial Tr. Vol. I, at 148:14–17. For comparison purposes, the average maternal urinary fluoride concentration, adjusted for creatinine, in the ELEMENT cohort was 0.89 mg/L. *Id.* at 150:2–5. The average maternal urinary fluoride concentration, adjusted for specific gravity, in the MIREC cohort was 0.69 mg/L in the fluoridated areas. *Id.* at 151:3–152:9. Further, the ranges in the maternal urinary fluoride levels in the OCC cohort overlapped with those found in the ELEMENT and MIREC cohorts. *Id.* at 148:18–21.

158.    Correcting for urinary dilution can be accomplished through adjusting for creatinine or adjusting for specific gravity. Hu Trial Tr. Vol. I, at 132:6–9; Grandjean Trial Tr. Vol. III, at 400:7–12 (Feb. 2, 2024). Both methods are commonly used to correct for urine dilution with little difference observed between the two methods (Till (2018)). Lanphear Trial Tr. Vol. II, at 259:25–260:5 (Feb. 1, 2024); Hu Trial Tr. Vol. I, at 152:14–24 (Jan. 31, 2024) (agreeing that results from urine adjusted for creatinine and specific gravity are "highly equivalent"); *see also* Plaintiffs' Opening Statement Trial Tr. Vol. I, at 35:11–17 (Jan. 31, 2024) (describing the two methods as the "same thing").

159.    For example, Dr. Lanphear and his team chose the MIREC cohort's specific-gravity adjusted maternal urinary fluoride measurement for their primary analyses in both Green (2019) and Hall (2023) because of the larger sample size relative to the creatinine-adjusted measurements. Lanphear Trial Tr. Vol. II, at 260:6–13 (Feb. 1, 2024). Due to the larger sample size, Dr. Lanphear agrees that the mean specific gravity-adjusted urinary fluoride figure is likely more representative of the urinary fluoride levels used for the MIREC IQ studies than the mean creatinine-adjusted figure. *Id.* at 260:22–261:23.

160.    The OCC cohort exposure variable was maternal urinary fluoride adjusted for creatinine using data from the third trimester. Grandjean Trial Tr. Vol. III, at 400:2–6.

161.    Dr. Grandjean testified that the results of a study may change depending on whether the study adjusts for urinary dilution. Grandjean Trial Tr. Vol. III, at 400:13–15. Dr. Grandjean further agrees that the results of a study are invalid if based on urinary data that is not adjusted for dilution. *Id.* at 404:17–19. Dr. Grandjean and the authors of OCC study did not check whether the study's results would have changed if they had not adjusted for urinary dilution. *Id.* at 401:17–21.

162.    **Like MIREC and INMA, but unlike ELEMENT, Grandjean (2023) did not find any statistically significant negative association between maternal fluoride exposure and child IQ in the OCC cohort when looking boys and girls combined.** Hu Trial Tr. Vol. I, at 149:13–16 (Jan. 31, 2024). **Like ELEMENT and INMA, but unlike MIREC, the OCC study found no statistically significant adverse effect of maternal fluoride exposure on child IQ when looking at boys and girls separately.** Trial Ex. 119.

163.    Grandjean (2023) also sought to predict the difference in child IQ for the OCC cohort if maternal urinary fluoride levels was doubled (i.e., to a mean of 1.16 milligrams per liter). Hu Trial Tr. Vol. I, at 149:17–150:1. Grandjean (2023)'s comprehensive model, which looked only at mother-child pairings for which there were a complete set of covariate data, found that doubling the maternal urinary fluoride concentration did not predict a statistically significant decreased in the child IQ in the OCC cohort. *Id.* at 153:5–12; 155:2–8. Further, the comprehensive model predicted a slight, albeit not statistically significant, increase in IQ for

boys as well as boys and girls combined. *Id.* at 155:9–13. Even focusing on just the twenty-four-hour samples, the comprehensive model still did not predict a statistically significant adverse association between maternal urinary fluoride and child IQ in the OCC cohort. *Id.* at 156:8–14.

164.    The OCC cohort uses the same methodology as was used in the ELEMENT and MIREC cohorts. Grandjean Trial Tr. Vol. III, 399:12–15 (Feb. 2, 2024)

165.    Dr. Hu agrees that the lack of a significant association between maternal urinary fluoride and child IQ found in the OCC cohort is not consistent with the findings of the ELEMENT studies. Hu Trial Tr. Vol. I, at 157:9–11 (Jan. 31, 2024).

166.    Dr. Hu agrees that the OCC study is a high-quality study and he has no major reservations about its results. Hu Trial Tr. Vol. I, at 157:12–20.

167.    Dr. Grandjean believes the data in OCC cohort is "definitely" reliable. Grandjean Trial Tr. Vol. III, 399:16–400:1 (Feb 2, 2024). But he claims he did not find the OCC study interesting enough to publish it on its own, *id.* at 414:15–415:25, despite conceding that "[i]t could be relevant" on its own to the question of whether 0.7 mg/L of fluoridated water is developmental neurotoxicant, *id.* at 409:8–17. So instead, Dr. Grandjean—knowing that it had failed to show a significant association between fluoride exposure and child IQ—only published the OCC study in connection with a BMCL analysis that combined the OCC study with the ELEMENT and MIREC data. *Id.* at 415:1–416:1; Hu Trial Tr. Vol. I, at 158:8–12.

168.    Dr. Grandjean agrees there is no reason to discount the OCC study's applicability to the question of whether fluoridation at 0.7 mg/L is harmful. Grandjean Trial Tr. Vol. III, at 408:9–24.

169.    Dr. Grandjean agrees that having data for only the third trimester is a "small weakness" in the OCC 2023 study. Grandjean Trial Tr. Vol. III, at 411:2–10 (Feb. 2, 2024).

v.    **Other Recent Studies (Not Included in NTP Monograph)**

a.    **Cantoral (2021)**

170.    Plaintiffs and Dr. Lanphear emphasize a single isolated finding in Cantoral (2021) to argue the study suggests adverse effects of fluoride on IQ. Lanphear Trial Tr. Vol. II, at 221:2–222:16. The authors of Cantoral (2021) used a self-reported food frequency questionnaire

to estimate participants' fluoride intake. Trial Ex. 110 at 2. In essence, the food frequency

questionnaire asked participants to recall how much of a given food they had eaten in the last

month, and then back-calculated fluoride intake from an estimation of how much fluoride those

foods had. *Id.* The authors then analyzed whether that estimation of fluoride intake was at all

related to decrements in IQ. *Id.* at 5.

171.    The authors' main regression analysis stratified the data into 24 different sub-

analyses: looking at (1) boys vs. girls, at (2) ages 12 and 24 months, were there decrements in (3)

(a) cognitive, (b) language, or (c) motor IQ scores. Trial Ex. 110 at 5, Table 3.

172.    Across 24 different sub-analyses in their main model, 23 sub-analyses found **no**

statistically significant adverse effect of fluoride exposure on IQ. Trial Ex. 110 at 5, Table 3. The

single statistically significant adverse effect they found was on boys, at 24 months, on their

cognitive scale. *Id.* As Dr. Savitz explained, the results from Cantoral (2021) are overall

"definitely null." Savitz Trial Tr. Vol. VII, at 1101:23–1101:7.

173.    Notably, the sex-specific interaction term for any of the models did not reach the

typical statistical significance threshold of $p < 0.05$. For example, across the main model for boys

and girls at 12 months, the "*P* interaction term" had a value of $p = 0.43$, $p = 0.99$, and $p = 0.65$

for the cognitive, language, and motor IQ tests. Trial Ex. 110 at 5, Table 3. This means that

adding child's sex into the model did not result in a statistically significant difference for nearly

all the sub-analyses. The authors, curiously, lowered the significance test to $p < 0.10$ and stated

that the sex-specific effects for the boys' cognitive scores at 24 months were statistically

significant under this lower threshold, despite having a p-value of 0.06 which would not meet the

typical $p < 0.05$ standard. Trial Ex. 110 at 5, Table 3.

174.    Plaintiffs and Dr. Lanphear then turned their selective emphasis to Table 4 of

Cantoral (2021), which provides a "longitudinal" analysis of the data. Lanphear Trial Tr. Vol. II,

at 221:2–222:16. In Table 4, the authors removed the results for boys and girls combined, instead

only emphasizing boys and girls separately. Trial Ex. 110 at 5, Table 4. Across eighteen sub-

analyses, the authors, again, only found adverse effects on boys on their cognitive scale when

exposed to fluoride in their third trimester but not their second trimester. Trial Ex. 110 at 5,

Table 4. Again, no *P* interaction term for sex-specific effects in Table 4 reached the standard statistical significance test of $p < 0.05$. Trial Ex. 110 at 5, Table 4.

175.     As Dr. Savitz explained, these two isolated findings in Table 3 and 4 do not transform Cantoral (2021) into a study that should be characterized as an adverse-effect study: the full array of results are still null, and the overall study is more appropriately characterized as a null study. "[E]very time you do more analyses, you increase the chances of finding something, let's say, deviant . . . as you stratify by time, by sex, by the IQ scale, again – it's – it's – you increase the potential for spurious results." Savitz Trial Tr. Vol. VII, 1217:7–17. In a study which had, at minimum, 42 different stratifications of the data (Table 3 + Table 4), the fact that the authors found results in 2 stratifications does not provide meaningful evidence of fluoride having an adverse effect on IQ. *Id* ("I'm not saying I know for a fact that the one green [significant] one is wrong, but I have no reason to put more faith in that than all the red [insignificant] ones. The red *ones* are saying no, the green *one* is saying yes." (emphasis added)).

### b. Dewey (2023)

176.     Dewey (2023) provides meaningful evidence against fluoride being a neurotoxicant at low-exposure ranges. The study took advantage of a natural experiment. Calgary, Canada historically fluoridated its drinking water to a concentration of 0.7 mg/L. Trial Ex. 117 at 1. But on May 19, 2011, Calgary stopped. *Id.* The Dewey (2023) authors then categorized 616 mother-child pairs who were pregnant from 2009 to 2012 into three groups: (1) those with full exposure to fluoridated drinking water during their pregnancy; (2) those partially exposed to fluoridated drinking water, and (3) those not exposed at all to fluoridated drinking water. *Id.* The authors then measured whether higher degrees of fluoride exposure were associated with IQ decrements or behavioral issues in the children. *Id.*

177.     For the IQ tests, the authors found **no** statistically significant adverse effect of fluoride on full-scale IQ, verbal IQ, visual IQ, or working memory IQ. Trial Ex. 117 at 5, Table 2. The authors provided the results for boys, girls, and boys and girls combined. *Id.* In total, the authors stratified the results into 24 different sub-analyses and **never** found an adverse effect of fluoride exposure on IQ. *Id.*

178.     The Dewey (2023) results for neurobehavioral outcomes were also overall null. Across 24 different sub-analyses using different neurobehavioral tests, stratified by sex, the authors found scattered adverse effects of fluoride exposure on four sub-analyses, and only on girls, not boys. Trial Ex. 117 at 5, Table 3. As Dr. Savitz explained, there is no consistent sex-specific effect found in the Dewey (2023) study and, in contrast to the findings of MIREC, "if anything, it's suggesting that girls would have potentially higher risk than boys." Savitz Trial Tr. Vol. VIII, at 1285:10–20.

179.     As Dr. Savitz explained, the null results of Dewey are just as important as the results which found an effect. "[I]f it's a good enough study to generate meaningful positive results, it's a good enough study to generate meaningful null results, and that has to be weighed into the overall assessment of the state of the literature on this and every other paper that has generated these huge arrays of data. It's either all – all informative or none of it is. I think all of it's informative." Savitz Trial Tr. Vol. VIII, 1286:1–7. Given that the Dewey study generated almost entirely null results, it is most fairly characterized as a null study.

### c.   Do (2023)

180.     The Do (2023) study provides evidence against there being an association between exposure to community water fluoridation and adverse neurobehavioral outcomes. With a total sample size of 2,682 children, the Do (2023) authors separated children based on records of their residential history. Trial Ex. 113 at 2. The authors were then able to figure out what percentage of each child's life, from age 0 to 5, was spent in an area that had fluoridated water. Trial Ex. 113 at 2. The authors then measured children's emotional, behavioral, and executive function using the Strength and Difficulties Questionnaire (SDQ) and the Behavior Rating Inventory of Execution Function (BRIEF) test. *Id.*

181.     As Dr. Savitz explained, the strengths of this study are the "vast" study size and the clear exposure contrasts that took into account the child's residential moving history. Savitz Trial Tr. Vol. VII, 1107:11–1108:20.

182.    The authors found no statistically significant adverse association between higher lifetime exposures to fluoridated water and adverse performance on either neurobehavioral test. Trial Ex. 113 at 6, Table 3.

### d.  Godebo (2023)

183.    Dr. Grandjean emphasized a subset of the results from Godebo (2023), a study of a population in Ethiopia titled "Associations between fluoride exposure in drinking water and cognitive deficits in children: A pilot study." Grandjean Trial Tr. Vol. III, at 380:17–15; Trial Ex. 118. In actuality, the results of Godebo (2023) are more suggestive of there being no adverse effects from fluoride exposure. Godebo (2023) looked at whether elevated fluoride exposure was associated with adverse performance on (1) children's ability to draw a house, a person, or a donkey; and (2) six Cambridge Neuropsychological Test Automated Battery Paired Associations Learning tests ("CANTAB PAL"). Grandjean Trial Tr. Vol. III, at 387:5–388:9; 389:11–18.

184.    Godebo (2023) found elevated fluoride exposure lead to statistically significant adverse performance on one of the three drawing tests—a donkey—but no statistically significant association on the other two drawing tests—a person or a house. Grandjean Trial Tr. Vol. III, at 386:22–388:9.

185.    Godebo (2023) found that, after adjusting for covariates, elevated fluoride exposure only had a statistically significant adverse effect on children's performance on one out of the six CANTAB PAL tests. Grandjean Trial Tr. Vol. III, at 388:10–390:21.

186.    Godebo (2023) found no statistically significant interaction between fluoride in drinking water, the difficulty of the type of CANTAB PAL test, and the total errors made by the children. Grandjean Trial Tr. Vol. III, at 391:1–20.

187.    Dr. Grandjean testified that Godebo (2023) has a small sample size. Grandjean Trial Tr. Vol. III, 385:23–386:10 (Feb. 2, 2024). He further testified that some of the population studied in Godebo (2023) had very high levels of fluoride exposure—some as high as 15.5 mg/L. *Id.* at 386: 14–18.

### e.  Malin (2023)

188.     Malin (2023) is a recently published manuscript that examined the urinary fluoride levels during the first and third trimesters of pregnancy in the MADRES cohort. Hu Trial Tr. Vol. I, at 169:2–17 (Jan. 31, 2024); Trial Ex. 112.

189.     Malin (2023) did not examine the association between maternal urinary fluoride levels and neurodevelopmental outcomes. Hu Trial Tr. Vol. I, at 169:21–25.

190.     Malin (2023) found that the cohort's mean urinary fluoride levels were 0.81 and 0.92 milligrams per liter in the first and third trimesters, respectively. Hu Trial Tr. Vol. I, at 171:24–172:6. The higher urinary fluoride levels found in the third trimester could reflect changes in fluoride intake or differences in how pregnant women metabolize fluoride over time, but that issue has yet to be addressed by the scientific literature. *Id.* at 172:10–16.

191.     There is sparse data on biomarkers and patterns of fluoride exposure among pregnant women in the United States. Hu Trial Tr. Vol. I, at 172:17–20. Aside from Malin (2023), there are only one or two studies that cover this topic. *Id*. at 172:21–23. One of those studies, Abduweli (2020), found that a cohort of women in Northern and Central California had a mean specific-gravity adjusted maternal urinary fluoride level of 0.63 milligrams during the second trimester of pregnancy. *See generally id*. at 172:24–173:24.

192.     The MADRES cohort was predominantly comprised of low-income Hispanic women residing in urban Los Angeles, California.Hu Trial Tr. Vol. I, at 169:18–20, 174:7-20. Approximately 80% of the women in the cohort identified as Hispanic or Latina. *Id.* at 174:10–12. In contrast, approximately 72% of the women in the United States are white non-Hispanic or black. *Id.* at 174:13–24. Dr. Hu agrees that these differences in racial and ethnic makeup limit the ability to generalize the results of Malin (2023) to the greater United States population. *Id.* at 175:7–11.

### b.  Literature Reviews

193.     Recent reviews of the scientific literature further weigh against the conclusion that fluoride is a neurotoxicant at levels found in optimally fluoridated areas.

i.  **NTP Monograph**

194.    The two latest drafts of the NTP State of the Science Monograph both

acknowledge that the science about potential effects of lower-dose fluoride exposure and

children's IQ remains "**unclear**." The NTP authors define lower-dose fluoride exposure as < 1.5

mg/L, or less than double what is in the United States' water supply. Trial Ex. 67, at 92 (May

2022 draft); Trial Ex. 69, at 421 (September 2022 draft).

195.    The May 2022 and September 2022 drafts provide, in relevant part:

> **Associations between lower total fluoride exposure** [e.g., represented by
> populations whose total fluoride exposure was lower than the WHO Guidelines for
> Drinking-Water Quality of 1.5 mg/L of fluoride (WHO 2017)] **and children's IQ
> remain unclear.** More studies at lower exposure levels are needed to fully
> understand potential associations in ranges typically found in the United States (i.e.,
> < 1.5 mg/L in water).

*Id.* (emphasis added).

196.    The NTP authors have stressed that their "conclusions apply to total fluoride

exposures, rather than to exposures exclusively through drinking water." Trial Ex. 69, at 21;

Thiessen Trial Tr. Vol. V, at 829:15–18 (Feb. 6, 2024). That said, the NTP authors "tend to agree

that studies of fluoride exposure at levels typically found in drinking water in the United States

are inconclusive." Trial Ex. 69, at 21; Thiessen Trial Tr. Vol. V, at 832:17–833:2 (Feb. 6, 2024).

The MIREC study, Green (2019), is the only high-quality prospective study in the draft

monograph that evaluated a population exposed to fluoridated drinking water at levels typically

found in the United States. Trial Ex. 69, at 21; Thiessen Trial Tr. Vol. V, at 830:22–831:5 (Feb.

6, 2024).

197.    In response to interagency review comments on the monograph drafts, the NTP

authors consistently repeated that the scientific literature about fluoride's potential effects below

1.5 mg/L is unclear. For example, the NTP authors wrote that they "tend to agree that studies of

fluoride exposure at levels typically found in drinking water in the United States are

inconclusive," and therefore that "more[] studies at lower exposure levels are needed to fully

understand potential associations [at fluoride levels in drinking water] typically found in the

United States (< 1.5 mg/L)." Trial Ex. 69, at 23, 421; *see also* Savitz Trial Tr. Vol. VII, at

1155:2–9 ("[NTP was] quite clear in the most recent versions that the findings in that range [<
1.5 mg/L] are inconclusive] . . . I would take them at their word that that is their final judgment
on that issue.").

198.    NTP reached these conclusions **even without consideration of the null results
in the INMA or Danish OCC IQ studies**. Trial Ex. 67 at 26 (explaining literature cut-off date
for the NTP monograph was April 2021). NTP tried to factor the INMA study results into a
sensitivity analysis in its meta-analysis, but unfortunately used the INMA results *un*adjusted for
creatinine. Savitz Trial Tr. Vol. VII, at 1155:19–1156:8 ("a miscommunication . . . led them
[NTP] being provided with estimates that were not creatinine adjusted."). If NTP "had used the
creatinine adjusted results, [the INMA study] would have weighed in more strongly against there
being an adverse effect when they were integrated in" the sensitivity analysis. *Id.* at 1158:1–3.

199.    A committee of the National Academy of Science, Engineering, and Medicine
("NASEM") reviewed two earlier versions of the NTP monograph. According to Dr. Brian
Berridge, the former Scientific Director of NTP's Division of Translational Toxicology, the
"fundamental question" asked of NASEM is whether "the evidence presented supports the
conclusion that was made." Berridge Trial Tr. Vol. IV, at 515:20–516:2, 527:17–25. (Feb. 5,
2024). **NASEM recommended that NTP remove the monograph's hazard classification for
fluoride (i.e., that fluoride is a neurotoxin) because the evidence did not support that
conclusion.** *Id.* at 546:21–25; *see also id.* 532:1–17, 540:5–16. **NTP agreed to do so because,
according to Dr. Berridge, it was "much more fair to the evidence."** *Id.* at 532:18–25.

200.    The NASEM committee also concurred with the interagency comments, stating
that the NTP "needs to emphasize that much of the evidence presented comes from studies that
involve relatively high fluoride concentrations and that the monograph cannot be used to draw
conclusions regarding low fluoride exposure concentrations (less than 1.5 mg/L), including those
typically associated with drinking water fluoridation." Trial Ex. 654, at 1–2 (2021 NASEM
Review). As Dr. Savitz explained, "the monograph was developed for a particular purpose, and
its purpose was not to draw conclusions about low fluoride concentrations. That was not in its
mandate. They were looking more broadly at the relationship between fluoride intake and

neurodevelopmental outcomes." Savitz Trial Tr. Vol. VII, 1118:12–16. In its earlier review, NASEM also noted that "[a]lthough NTP did not conduct a formal dose-response assessment [in its earlier drafts], it noted that effects on cognitive neurodevelopment were inconsistent at concentrations of about 0.03 – 1.5 ppm" in children. Trial Ex. 653, at 19 (2020 NASEM Review).

201. The Parties' experts agreed that it was arbitrary for the NTP authors to select 1.5 mg/L as a dividing line when communicating their findings. Thiessen Trial Tr. Vol. V, at 847:22–848:4; Grandjean Trial Tr., Vol. II, 315:22–316:3. As Dr. Savitz explained, there is no "sharp demarcation" at 1.5 mg/L. Savitz Trial Tr. Vol. VII, 1139:7–16. In fact, there's "very little [literature] in the 1.5 to 2 range." *Id.* at 11:39:17–20.

202. eTable 4 from NTP's July 2022 meta-analysis proves the dearth of data in the low-dose region. For example, looking at the "Water Fluoride – All Studies" group, the NTP authors found seven studies below 1.5 mg/L, but zero studies between 1.5 mg/L and 2.0 mg/L. Trial Ex. 68 at 77. Restricting the dose-response analysis found exposures to water fluoridated to < 2 mg/L had no statistically significant adverse effect on children's IQ. *Id.* The authors identified fourteen water fluoride studies between 4.0 mg/L and 2.0 mg/L, and eight such studies above 4.0 mg/L.[1] *Id.*

203. Similarly, the NTP authors found five urinary fluoride studies below < 1.5 mg/L, but only two urinary fluoride studies in the 1.5 mg/L to 2.0 mg/L range. Trial Ex. 68 at 78. The authors identified six urinary fluoride studies between 2.0 mg/L and 4.0 mg/L, and six such studies above 4.0 mg/L. *Id.* Strangely, the NTP authors found a statistically significant adverse association of having a urinary fluoride concentration < 1.5 mg/L on IQ, but no statistically significant adverse association for those with urinary fluoride concentrations < 2.0 mg/L. *Id.*

---

[1] Confining the analysis to only the low-risk-of-bias water fluoride studies, the NTP authors identified three studies below 1.5 mg/L, zero studies between 1.5 mg/L and 2.0 mg/L, three studies between 2.0 mg/L and 4.0 mg/L, and zero studies above 4.0 mg/L, for a total of six low-risk-of-bias water fluoride studies. Trial Ex. 68, at 77.

Restricting the analysis to urinary fluoride, low-risk-of-bias studies,[2] the NTP authors found no statistically significant adverse association on IQ for those with urinary fluoride concentrations < 4 mg/L—far above the women with 95th percentile exposures in the Till 2018 urinary fluoride study. *Id.* at 79.

204.    The strange findings of NTP's dose-response meta-analysis are indicative of the highly volatile and fragile nature of the fluoride and IQ literature.

205.    Most of the studies considered in NTP's analysis are also from geographic and socioeconomic settings that make them of questionable generalizability to the North American context. As. Dr. Hu explained, "**a neurotoxicant, like fluoride, could have different manifestations of neurotoxicity in a given population," such as culturally different "parenting influences" or "things that they eat."** Hu Trial Tr. Vol. I, 102:7–103:11. Regarding socioeconomic status, Dr. Hu explained "there's many different reasons to believe that children of different families, of different means, can have different experiences in terms of their neurodevelopment." *Id.* at 104:13–16. Of the **55** studies considered in NTP's meta-analysis, **53 are from China, India, Iran, Pakistan, or New Zealand**:

China = 39 studies

India = 8 studies

Iran = 4 studies

Pakistan = 1 study

New Zealand = 1 study

Mexico = 1 study

Canada = 1 study

Trial Ex. 68 at 73, eFigure 14. Put differently, **96% of the studies in NTP's meta-analysis come from outside North America.** And because virtually all these studies are in

---

[2]    Confining the analysis to only the low-risk-of-bias urinary fluoride studies, the NTP authors identified four studies below 1.5 mg/L, one study between 1.5 mg/L and 2.0 mg/L, four studies between 2.0 mg/L and 4.0 mg/L, and zero studies above 4.0 mg/L, for a total of nine low risk-of-bias urinary fluoride studies. Trial Ex. 68, at 79.

countries with far different cultures, customs, and socioeconomic factors than the United States, they are of poor generalizability to the United States population.

206.   Thus, Dr. Savitz explained "we don't have studies . . . in settings more similar to the United States that extend in the higher range." Savitz Trial Tr. Vol. VII, 1139:20–23. So not only are the higher-dose studies less relevant to the issue of whether water fluoridation poses an unreasonable risk, they are also of questionable generalizability to the United States context. "You get into this discontinuity where the research on endemic fluoride in various parts of the world – there's a gap between the cohort studies and those other studies in part based on exposure levels but it's also very much based on setting . . . ." *Id.* at 1139:25–1140:4.

207.   Extrapolating the effects of the high-dose fluoride studies to make inferences about the impact of community water fluoridation at 0.7 mg/L thus requires **both** "extrapolation across very, very different settings **and** different exposure ranges." Savitz Trial Tr. Vol. VII, 1168:16–24.

208.   These higher-dose studies are also predominantly cross-sectional in design, limiting the confidence in the inferences that can be drawn from them. Indeed, the NTP's meta-analysis analyzes **51 cross-sectional studies**, and only **4 prospective cohorts** (with the INMA study relegated to a sensitivity analysis only using non-creatinine-adjusted data). *See* Trial Ex. 68 at 48–62, eTable 2 (listing study designs for each study included in meta-analysis).

209.   The NTP Monograph drafts also conclude there is "low confidence" that fluoride exposure is associated with non-IQ, neurobehavioral and cognitive effects like attention-deficit/hyperactivity disorder ("ADHD"). Trial Ex. 67, at 95; Trial Ex. 69, at 425.

210.   The NTP Monograph drafts also conclude that there is "low confidence" that fluoride exposure is associated with adverse effects on adult cognition. *Id.*

211.   The purpose of NTP's systematic review was not to determine whether the level of fluoride added to water for fluoridation (0.7 milligrams per liter) poses a risk of neurodevelopmental harm. Grandjean Trial Tr. Vol. III, at 446:11–14 (Feb. 2, 2024).

212.   Plaintiffs' expert epidemiologist Dr. Grandjean agrees that the State of the Science Monograph is a high-quality review. Grandjean Trial Tr. Vol. III, at 443:14–16.

213.    Dr. Grandjean also agrees with the monograph's conclusion that there is low confidence in the association between fluoride exposure and neurobehavioral effects (e.g., ADHD) in children. Grandjean Trial Tr. Vol. III, at 443:17–24.

214.    Dr. Grandjean agrees that the studies looking at the association between neurobehavioral effects (e.g., ADHD) in children are methodologically less strong. Grandjean Trial Tr. Vol. III, at 443:25–444:4.

215.    Dr. Grandjean disagrees with the NTP authors' conclusion that studies of fluoride exposure levels typically found in drinking water in the United States are inconclusive. Grandjean Trial Tr. Vol. III, at 447:11–15.

### ii.    Health Canada Expert Panel Report & Risk Sciences International Systematic Review

216.    In 2010, Health Canada established a guideline of 1.5 mg/L for fluoride in its drinking water. Trial Ex. 128, at 4. The public health agency is in the early stages of reviewing that guideline. To that end, Health Canada engaged six experts to consider the scientific evidence surrounding fluoride's potential association with a variety of different health endpoints—namely dental fluorosis and neurodevelopmental effects. Those six experts were as follows.

217.    David Bellinger, a distinguished neuroepidemiologist and professor at Harvard University's School of Public Health—Department of Environmental Health. Trial Ex. 128, at 5; Savitz Trial Tr. Vol. VI, at 1003:15–17 (Feb. 7, 2024).

218.    John Fawell, an environmental health expert from the World Health Organization's Expert Committee on the Guidelines for Drinking Water, who holds particular expertise on fluoride. Savitz Trial Tr. Vol. VI, at 1003:18–23 (Feb. 7, 2024); Trial Ex. 128 at 5.

219.    Lynne Haber, a toxicologist from the University of Cincinanati College of Medicine—Department of Environmental and Public Health Sciences. Savitz Trial Tr. Vol. VI, at 1003:24–1004:2 (Feb. 7, 2024).

220.    Steven Levy, a dental epidemiologist from the University of Iowa Departments of Preventative and Community Dentistry, Epidemiology, and College of Public Health, with particular expertise in dental fluorosis. Savitz Trial Tr. Vol. VI, at 1004:3–8; Tr. Ex. 128, at 5.

221.    David Savitz, Professor of Epidemiology at the Brown University School of Public Health. Trial Ex. 128, at 5.

222.    Rita Schoeny, a consultant in risk assessment and science policy and former U.S. EPA Senior Science Policy Advisor, Office of Science Policy, Office of Research and Development and Director of the Risk Assessment Forum in EPA's Office of the Science Advisor. Trial Ex. 128, at 5; Savitz Trial Tr. Vol. VI, at 1004:11–21 (Feb. 7, 2024).

223.    The panel was originally tasked with examining a variety of health endpoints—such as dental fluorosis, kidney dysfunction, and thyroid dysfunction. But the panel experts quickly "zeroed in" on two health outcomes: dental fluorosis and neurocognitive development. Savitz Trial Tr. Vol. VI, at 992:1–6.

224.    The expert panel held meetings on June 8–9 of 2023. Trial Ex. 128, at 4. Representatives from Health Canada, Risk Sciences International, the Public Health Agency of Canada, and the Federal-Provincial-Territorial Committee on Drinking Water all attended these meetings. Trial Ex. 128 at 5.

225.    Health Canada also contracted Risk Sciences International, a consulting firm, to conduct a systematic review of the fluoride literature—again, examining multiple different health endpoints. *See* Trial Ex. 132. This systematic review was provided to the Expert Panel as "discussion material for the meeting." Trial Ex. 128, at 5.

226.    Ultimately, the Expert Panel concluded that "[b]ased on several considerations, the panel agreed there is not a sufficient basis at this time to recommend a specific point of departure and health-based value for neurocognitive effects." Trial Ex. 128, at 9. While the Expert Panel acknowledged that the fluoride and neurodevelopmental literature should be monitored, they found "questions remain" about whether the weight of the evidence supports an adverse association of fluoride exposure at community exposure levels. Trial Ex. 128, at 9.

227.    The Expert Panel further concluded that "The point of departure for neurocognitive effects (i.e., IQ reduction) is not yet well defined because of uncertainties, including the shape of the exposure-response curve at low concentrations of fluoride in drinking water." Trial Ex. 128, at 11.

228.     Ultimately, "moderate dental fluorosis was selected as the key endpoint of concern." Trial Ex. 128, at 11.

229.     The Risk Sciences International systematic review has since been published in a journal. Trial Ex. 129. The review analyzed dozens of different health endpoints (e.g., kidney dysfunction, thyroid dysfunction, skeletal fluorosis, etc.). *See* Trial Ex. 129, at 4.

230.     The systematic review concluded: "The current review identified moderate dental fluorosis and reduction in IQ scores in children as the most relevant endpoints for establishing an HBV for fluoride in drinking water. PODs were derived for these two endpoints, although there is still some uncertainty in the causal weight of evidence for causality for reducing IQ scores in children and considerable uncertainty in the derivation of its POD. Given our evaluation of the overall weight of evidence, moderate dental fluorosis is suggested as the key endpoint until more evidence is accumulated on possible reduction of IQ scores effects." Trial Ex. 129, at 2. They further concluded that there are "[u]ncertainties in the shape of the dose-response curve at low levels of exposure to fluoride" and "the risk of possible effect on reducing IQ scores across relevant exposure ranges remains uncertain." Trial Ex. 129, at 27.

231.     Thus, while the Risk Sciences International systematic review was just one of the materials provided to the Expert Panel, the Expert Panel's topline conclusion—that there is insufficient information to conduct a risk assessment for fluoride's neurocognitive impacts—is consistent with the findings of the systematic review.

### iii.     Dr. Savitz's Overall Assessment of the Literature

232.     Dr. David Savitz is Professor of Epidemiology at Brown University. He's also a Professor of Pediatrics, Obstetrics and Gynecology at the Brown University Medical School. Savitz Tr. Vol IV, at 977:2-979:15. His research focuses on two themes, environmental exposures and reproductive outcomes. *Id.* at 979:16–983:24.

233.     Dr. Savitz was elected to the prestigious National Academies of Sciences, Engineering, and Medicine or NASEM. Savitz Tr. Vol IV, at 983:25–984:20. He has served on dozens of NASEM committees where his charge was to investigate whether the epidemiological literature surrounding a chemical supported the inference that that chemical was harmful. *Id.* at

984:21–985:19. He chaired over a dozen of those kinds of committees, including the NASEM committee that twice reviewed the NTP monograph on fluoride and neurodevelopment. *Id.* at 985:20–989:20.

234.    Plaintiffs do not dispute that Dr. Savitz is a "very accomplished epidemiologist." *Id.* at 52:14–16; *see also id.* at 1179:10–14.

235.    In Dr. Savitz's opinion, the fluoride epidemiological literature does not support there being an adverse association between water fluoride exposure at 0.7 mg/L and neurodevelopment. Savitz Trial Tr. Vol. IV, at 1021:3–10 (Feb. 7, 2024). To come to that opinion, Dr. Savitz focused on what he viewed as the most informative studies in the relevant range of interest, i.e., under 1.5 mg/L. *Id.* at 1021:3–20.

236.    Dr. Savitz was "strictly focused on the methodology" when determining which studies are owed the most weight and are therefore the most informative. Savitz Trial Tr. Vol. IV, at 1022:17–20 (Feb. 7, 2024). In principle, Dr. Savitz doesn't "need to even see the introduction to the paper or the discussion, [he] need[s] to see the methods. And once [he's] examined the methods and made an assessment of the informativeness of the study, then [he] can look at the results and see how those relate to one another." *Id.* at 1022:20–25. The quality of a study "is not based on the results. The quality is driven by the methods." *Id.* at 1023:1–10.

237.    Dr. Savitz did not require "proof of causation" in his analysis. Savitz Trial Tr. Vol. VIII, 1300:1–10. Rather, he analyzed where the fluoride neurodevelopmental literature falls on the spectrum of association. *Id.* at 1300:11–1301:13.

238.    Based on that approach, Dr. Savitz focused on the four prospective cohorts: ELEMENT, MIREC, INMA, and OCC.

239.    These four prospective cohorts had remarkably similar methods, which make them ripe for comparison. Savitz Trial Tr. Vol. VI, at 1023:1–3 (Feb. 7, 2024) ("In this case the methods are unusually similar. Usually we're comparing apples and oranges. Well, these are apples and apples."). NASEM recommended to NTP to focus on comparing like-to-like studies. *Id.* at 1024:16–20; Tr. Ex. 653, at 53–54.

240.     The four prospective cohorts are the most informative studies for several reasons. First, they all cover exposure ranges relevant to the issue of water fluoridation—close to 0.7 mg/L. Savitz Trial Tr. Vol. VI, at 1024:1–6 (Feb. 7, 2024). As. Dr. Savitz, explained, "when the interest or the question is focused on . . . judgments about the potential health issues around the range of water fluoridation, . . . the most directly relevant information comes from studies in that range." Savitz Trial Tr. Vol. VII, at 1154:11–14. Trying to understand the potential adverse impacts of water fluoridation by using studies well-above 0.7 mg/L inherently requires extrapolation, which can be imprecise and mischaracterize the shape of the dose-response curve. *See id.* at 1154:15–22. Second, the four prospective cohorts are all high-quality. All the cohorts are from long-standing, high-quality epidemiological projects which have the benefit of blinded assessments, standardized IQ measurements, and control for available confounders. Savitz Trial Tr. Vol. VI, at 1024:7–12; Savitz Trial Tr. Vol. VII, at 1136:15–21 ("I would call them, for the purposes of this, very low-risk-of-bias").

241.     Despite their similar methods, the four prospective cohorts have divergent results. The ELEMENT study is "clearly positive," but MIREC "is mixed." INMA is "flatly negative" to the question of whether fluoride is harmful. Finally, the Danish OCC is "indicating there's not an association." Savitz Trial Tr. Vol. VI, at 1025:13–1026:1.

242.     According to Dr. Savitz, looking across the four high-quality, prospective cohort studies, "I just don't see the – a degree of consistency to say we're – an association has been established, which is the starting point. Whether it's Bradford Hill criteria or other uses you start with an established association. I don't see the association here." Savitz Trial Tr. Vol. VI, at 1026:1–10 (Feb. 7, 2024).

243.     In Dr. Savitz's view, more weight should be put on the boys-and-girls combined results than the results stratified by boys and girls. The sex-combined results are the aggregate results for the population and the largest sample. Savitz Trial Tr. Vol. VI, at 1026:14–17 (Feb. 7, 2024). While Dr. Savitz is not opposed to exploring other permutations of the data, whether that be by sex or other factors, "it's important not to lose sight of the primary summary result," which is the aggregate results of boys and girls together. *Id.* at 1026:22–23.

244.     Biologically, there is not an established reason to expect prenatal exposure would result in different *neuro*developmental outcomes by sex. Savitz Trial Tr. Vol. VI, at 1028:4–8 (Feb. 7, 2024). Stratifying by sex is "not something that is routinely done or established for cognitive development [or] for neurodevelopment." *Id.* at 1028:15–16.

245.     The four prospective cohorts do not provide consistent support for there being sex-specific effects. While MIREC found only an adverse effect in boys, and there's some indication of sex-specific effects in INMA, there's no sign of such effect in the OCC or ELEMENT. Savitz Trial Tr. Vol. VI, at 1028:13–14 (Feb. 7, 2024); *see also id.* at 1030:24–21 (Dr. Savitz explaining that the small differences in results for boys and girls in the OCC study is "effectively the same with just a little bit of noise injected").

246.     Early in Dr. Savitz's career, he conducted a study that found an association between electromagnetic fields from powerlines and childhood cancer. Savitz Trial Tr. Vol. VI, 1034:3–4. A second study came out soon after that also indicated an adverse effect. *Id.* 1034:4–6. A great deal of research interest ensued, and several large, high-quality studies were conducted. *Id.* at 1034:6–9. "And the better the studies got, the more null they were." *Id.* at 1034:9–10.

247.     While the research is still maturing, a similar pattern has currently emerged with the four prospective cohorts. ELEMENT found strong support for an adverse association, MIREC found weaker support for an adverse association, and INMA and OCC found no support for an association at all. Savitz Trial Tr. Vol. VI, at 1032:25–1033:6 (Feb. 7, 2024) ("Think about when you went from, you know, the timeline, ELEMENT to ELEMENT plus MIREC."). "[W]hen the volume is small, each study has a – has this outsized impact." *Id.* at 1032:23–24.

248.     Dr. Savitz also analyzed studies of different designs, with a particular focus on studies that have come out since the NTP monograph's April 2021 literature cut-off date. These studies include Dewey (2023), Do (2023), and Cantoral (2021). As explained above, each of these studies provides additional evidence against low-dose fluoride exposures presenting an unreasonable risk of neurodevelopmental harm. As also described above, Dr. Savitz noted that the studies above 1.5 mg/L, and in particular in the 4.0 mg/L to 2.0 mg/L range, are in settings

far different than the United States and are thus of questionable generalizability to the United States.

249.    Thus, Dr. Savitz concluded that the fluoride neurotoxicity literature "remains quite fragile." And "by fragile," Dr. Savitz means that he "do[es] not believe that an association, certainly within that range [of water fluoridation] has been established with – with much confidence at all." Savitz Trial Tr. Vol. VIII, at 1301:17–22.

250.    Though Dr. Savitz took a different approach to assessing the literature than the approach taken by NTP and the RSI systematic review, they all reached the same conclusion: that the effect of low-level fluoride exposures, including water fluoridation at 0.7 mg/L, on children's IQ remains unclear. Savitz Trial Tr. Vol. VII, at 1138:7–1139:6 ("When you can follow a different path and you get to the same endpoint, it may be more meaningful than if we had both done systematic reviews and gotten to the same endpoint . . . however you start out and whichever way you make your way, you kind of end up at the same place. I would say the same thing about the Risk Sciences International systematic review.").

### c.   Review of Experimental Animal and Mechanistic Evidence

251.    The "bodies of [experimental animal and mechanistic] evidence do not provide clarity on the association between fluoride exposure and noncognitive or neurodevelopmental human health effects," as the NTP authors of the draft State of the Science Monograph concluded. Trial Ex. 67, at xii; Thiessen Trial Tr. Vol. VI, at 897:14–23 (Feb. 7, 2024). The NTP authors were not able to draw any conclusions about the mechanisms by which fluoride causes IQ loss. Thiessen Trial Tr. Vol. VI, 899:2–4 (Feb. 7, 2024).

252.    The NTP Monograph drafts conclude that the "[h]uman mechanistic studies were too heterogeneous and limited in number to make any determination on biological plausibility." Trial Ex. 67, at 95; Trial Ex. 69, at 425.

253.    NTP researchers conducted a battery of experimental animal tests in a study referred to as McPherson (2018). Thiessen Trial Tr. Vol. VI, at 899:19–23 (Feb. 7, 2024). The study did not observe any histological changes in the hippocampus of the exposed rats or

associations between fluoride exposure and impairments to learning and memory. Trial Ex. 67, at F-5; Thiessen Trial Tr. Vol. VI, at 901:7–15, 902:6–13 (Feb. 7, 2024).

254.     Dr. Barone considers McPherson (2018) to be the most comprehensive study of fluoride's cognitive learning, memory, and behavioral effects in animals. Barone Trial Tr. Vol. VIII, at 1330:7–21. As Dr. Barone explained, the no effect finding of that study further underscores the lack of evidence regarding the association between fluoride exposure and child IQ. *Id.*; *see also* Chang Decl. ¶¶ 132-147, ECF No. 200.

255.     The NTP Monograph drafts also conclude that "[e]xisting animal studies provide little insight into the question of whether fluoride exposure affects IQ." Trial Ex. 67, at 95; Trial Ex. 69, at 425.

### d.  Recent Mechanistic Studies

256.     Knowing the mechanism by which a substance causes a neurotoxic effect both enhances plausibility and confidence that there is a real effect. Lanphear Trial Tr. Vol. II, at 224:11–25 (Feb. 1, 2024).

257.     The leading possible explanation for how fluoride might be a neurotoxicant is via disruption of the thyroid in a pregnant woman. Lanphear Trial Tr. Vol. II, at 277:22–278:2; Trial Ex. 116, at 116.01 ("In 2006, the National Research Council (NRC) classified fluoride as an endocrine disruptor and recommended more research to understand fluoride's effects on the thyroid gland . . . .").

258.     However, studies have produced little evidence supporting this claim. Lanphear Trial Tr. Vol. II, at 270:7–10, 272:23–273:3.

### i.  Hall (2023)

259.     For example, in Hall (2023), Dr. Lanphear and his team found no significant association between maternal urinary fluoride levels or daily fluoride intake and maternal hypothyroidism in the MIREC cohort. Lanphear Trial Tr. Vol. II, at 264:16–265:21.

260.     While Dr. Lanphear found a significant association between fluoride concentration in public drinking water and maternal hypothyroidism, this finding provides little support for the claim that fluoride is a thyroid disruptor.

261.    This is because maternal urinary fluoride measurements provide a more accurate picture of fluoride exposure than concentrations of fluoride in community-level drinking water because the former integrates exposure from all sources. Hu Trial Tr. Vol. I, at 131:21–132:1 (Jan. 31, 2024).

262.    In addition, the finding in Hall (2023) that water fluoride concentration is associated with hypothyroidism is based on a flawed methodology.

263.    Nearly 75% (79 out of 107) of the women classified as hypothyroid in the study were placed in that category based on a diagnosis that took place prior to their pregnancy and enrollment in the study. Lanphear Trial Tr. Vol. II, at 268:4–23. However, the study only measured the women's exposure to fluoride in drinking water *during* pregnancy. *Id.* at 262:6–263:2, 267:12–19. It did not have any pre-pregnancy measurements of fluoride exposure. *Id.* at 267:20–268:3.

264.    Further, even though 62% of the Canadian population lives in non-fluoridated communities, Lanphear Trial Tr. Vol. II, at 280:8–18, the study did not control for the likelihood that some of the women in the cohort may have lived in a place where the water fluoride concentration differed from their place of residence during their pregnancy, *id.* at 268:24–269:9, 280:19–281:6. The study also did not control for the likelihood that some of the women may have been diagnosed with hypothyroidism long before, even years before, they became pregnant. *Id.* at 269:10–20.

265.    As set forth in Hall (2023), Dr. Lanphear and his team also conducted a mediation analysis to examine whether maternal hypothyroidism explained the association between maternal fluoride exposure and child IQ they found in Green (2019). Lanphear Trial Tr. Vol. II, at 277:4–278:2. However, this analysis failed to find that maternal hypothyroidism significantly mediated the relationship between fluoride exposure and child IQ. *Id.* at 278:3–11.

### ii.    Goodman (2022b)

266.    Relevant to the issue of the potential for fluoride to be a thyroid disruptor, Goodman (2022b) is a recently published manuscript co-authored by Dr. Lanphear that

examined the interplay between maternal fluoride exposure and iodine deficiency in relation to child IQ. Trial Ex. 116, at 116.008.

267.    Goodman (2022b) studied the MIREC cohort, which is the same cohort studied in Bashash (2017). *Id.* at 116.002.

268.    Goodman (2022b) found that maternal urinary fluoride was not significantly associated with lower IQ in girls whose mothers had low or adequate iodine levels. *Id.* at 116.006.

269.    In contrast, Goodman (2022b) found that maternal urinary fluoride was significantly associated with lower IQ in boys whose mothers had low or adequate iodine levels. *Id.*

270.    Dr. Lanphear and his team examined this issue because fluoride exposure and low iodine are both thought to be linked to a greater risk of developing hypothyroidism. Lanphear Trial Tr. Vol. II, at 224:4–25. 227:6–21.

271.    But, as described in Hall (2023), Dr. Lanphear, using maternal urinary fluoride samples from the same cohort as Goodman (2022b), failed to find a significant association between maternal urinary fluoride levels and hypothyroidism.

272.    As Dr. Barone explained, "from a risk assessment perspective I don't believe the weight of the evidence [concerning fluoride as a thyroid disruptor] is substantial or substantiated for us to carry that forward . . . into dose response." Barone Trial Tr. Vol. VIII, at 1331:25–1332:24.

### 3.    Dose-Response Evidence

273.    The quantitative dose-response analysis is designed to identify a point of departure or POD. Barone Trial Tr. Vol. III, at 495:9–14 (Feb. 2, 2024).

274.    There are three types of points of departure that EPA uses, in the following order of preference: a benchmark dose level or benchmark concentration level (BMDL or BMCL); a no observed adverse effect level (NOAEL); and a lowest observed adverse effect level (LOAEL). Barone Trial Tr. Vol. III, at 495:23–496:25.

275.     In carrying forward studies from the weight of the scientific evidence analysis to dose-response, EPA looks at the strength of the evidence for a particular endpoint to determine how best to pick a point of departure. Barone Trial Tr. Vol. IV, at 661:18–662:13 (Feb. 5, 2024). EPA may have multiple endpoints to consider, along with multiple studies, and based on the data may determine, for example, that conducting a benchmark dose analysis on as single study, or meta-analysis on a series of studies to determine the best point of departure for a dose-response analysis. *Id.* at 662:13–19. EPA is not focused on trying to derive the lowest point of departure for dose-response but is looking at a range of possible points of departure based on the strength of the evidence and where the data is the most robust or of highest quality. *Id.* at 662:5–9, 675:9–18.

276.     When selecting a point of departure for dose response, EPA looks at whether the study is the first to show evidence for a particular effect, whether there is supporting evidence, whether it has been replicated. Barone Trial Tr. Vol. IV, at 664:25–665:3. When the Agency has conflicting evidence the Agency must explain that conflicting evidence and the impact that may have on dose-response, and then decide based on the coherence and consistency whether or not to move forward to dose-response. *Id.* at 665:4–12.

277.     Using EPA's benchmark dose guidance, when deriving a point of departure based on BMDL or BMCL, EPA first selects the benchmark response rate (BMR) (e.g., 1 IQ point decrement). Barone Trial Tr. Vol. IV, at 667:17–20. It is best if the BMR is biologically informed. *Id.* at 668:4–5. After selecting a BMR, the Agency runs data through the benchmark dose software to see what the best model fit is—looking at both linear and nonlinear model types. *Id.* at 668:8–14. There are a multitude of goodness-of-fit tests, with the AIC score being just one of them. *Id.* at 668:15–20. EPA also recommends looking at the plotted the data with the different model curves, which may provide more information on which model fits best when goodness-of-fit metrics (e.g., AIC score) are similar. *Id.* at 668:25–669:13. For non-cancer outcomes EPA looks at all suitable models and interrogates all of them within without defaulting to one model (e.g., linear) over another. *Id.* at 669:14–22, 671:16–22. For each of the first 10

TSCA risk evaluations, EPA included all of the different model outputs and approaches that were employed, and described why it chose one model over another model. *Id.* at 670:1–8.

278.    When EPA selects a NOAEL or LOAEL as a point of departure, it is generally selecting it from single study based on a dose where the chemical substance is associated with no effect for a NOAEL, or an effect for a LOAEL. Barone Trial Tr. Vol. IV, at 672:4–13.

279.    In the first phase of trial, Dr. Thiessen testified that one could use any study that claims to have found an effect, no matter how poorly conducted, to derive a point of departure. Thiessen Trial Tr. Vol. IV, 527:16–22 (Trial Phase 1). However, it is undisputed that if a study is unreliable, then points of departure based on that study are also unreliable. *Id.* at 540:22–541:1 (Trial Phase 1).

280.    If the selected dose is an internal dose, EPA needs to be able to convert it back to an external dose to conduct a risk evaluation, generally speaking, in milligrams per kilogram per day (mg/kg/day) for the point of departure, so that the number can be compared to the exposure concentration. Barone Trial Tr. Vol. IV, at 672:14–673:4; 676:11–23.

281.    In 5 of the first 10 risk evaluations, EPA has used a Physiologically-based Pharmacokinetic (PBPK) model, oftentimes to go from an internal dose to an external dose. Barone Trial Tr. Vol. IV, at 673:13–18, 675:11–15. In risk evaluations where EPA did not use a PBPK model, the Agency was using animal studies and knew the external dose. *Id.* at 680:10–15. During pregnancy the PBPK model is more complicated due to numerous body changes during that time. *Id.* at 674:19–675-8.

282.    A reference dose or reference concentration is a hazard point of departure divided by uncertainty factors. It is an approach that is concerned about a hazard, but it is not a risk estimate as it does not take exposure into account. Barone Trial Tr. Vol. IV, at 679:1–8. Given a reference dose is not a risk estimate, EPA has not used it for any of the first 10 risk evaluations. *Id.* at 679:9–11.

283.    For neurotoxic hazards, it is assumed that individuals have a reserve capacity to adapt to an environmental stressor before exposure results in manifestations of adversity. Thayer Trial Tr. Vol. IV, 648:10–17 (Trial Phase 1); 1998 Guidelines, at 9, Trial Ex. 17. Thus, the

individual threshold hypothesis holds that a range of exposures from zero to some finite value can be tolerated by the organism with essentially no chance of expression of the toxic effect. *Id.*

### a. Weight of the scientific evidence does not support conducting a BMCL calculation or otherwise deriving a POD from the fluoride neurotoxicity literature.

284.    At the outset, there are several issues with attempting to derive a POD, like a BMCL, from the fluoride neurotoxicity literature. The exercise of calculating a BMCL is predicated on the assumption that the epidemiological studies used have (1) identified an association between fluoride and IQ with sufficient confidence, and (2) accurately quantified the magnitude of that association. *See* Savitz Trial Tr. Vol. VII, at 1159:9–22.

285.    Dr. Barone, Dr. Savitz, and the Health Canada Expert Panel all agree that the fluoride and IQ literature does not currently support the derivation of a point of departure like a BMCL. Savitz Trial Tr. Vol. VII, 1161:2– 17; Barone Trial Tr. Vol. VIII, at 1328:3–1329:15. The Risk Sciences International systematic review authors also agreed, concluding that "there is still some uncertainty in the causal weight of evidence for causality for reducing IQ scores in children and considerable uncertainty in the derivation of its POD," which lead the authors to derive a POD for dental fluorosis instead. Trial Ex. 129 at 2.

286.    At most, Dr. Grandjean's BMCL is a "what-if exercise." Savitz Trial Tr. Vol. VII, at 1161:2–4. The epidemiological literature does not support deriving a POD from the fluoride neurodevelopmental literature. "[T]here has to be a sufficient level of confidence that [the science] is leaning in a pretty substantial way towards there being an adverse effect, and it seem[s] premature to pursue that based on the epidemiology that is available as of right now." Savitz Trial Tr. VII, at 1159:19–22.

287.    Moreover, a peculiar feature of BMCL calculations arises from the BMCL being the *lower confidence limit underneath the BMC.* As Dr. Savitz explained, this means that "the more uncertain you are, the lower the [BMCL] limit you recommend. . . . it's kind of odd that the more ignorant we are, the more restrictive we should be. . . . if we had done less or done it less well, we would set the – we would set the threshold even lower." Savitz Trial Tr. Vol. VII, at 1160:8–21. The low BMCLs calculated by Dr. Grandjean (specifically with the linear models)

could therefore be attributed not to a high risk of fluoride exposure on IQ, but rather a high level of uncertainty in the data.

288.    Plaintiffs mistakenly emphasize certain quotes from the RSI systematic review, and ignore its primary conclusion: that there is "considerable uncertainty in the derivation of [a] POD" for fluoride neurocognitive effects, and thus it would be premature to calculate one at this time. Trial Ex. 129, at 2. The RSI systematic review does say that "The body of evidence in the current review suggests a positive association of reduced IQ scores for children and fluoride exposures relevant to current North American drinking water levels." Trial Ex. 129, at 24. But the RSI authors defined "North American drinking water levels" as "a level of approximately 2 ppm fluoride in drinking water." Trial Ex. 129, at 10. That is triple the drinking water concentrations in the United States.

289.    Plaintiffs instead emphasized that the RSI authors engaged in a thought experiment of trying to derive an intake level based on Dr. Grandjean's 2022 BMCL calculations based on six different assumptions. Trial Ex. 129 at 25. But what Plaintiffs failed to mention is that the RSI authors then concluded that Dr. Grandjean's 2022 BMCL calculation was premature given that "the overall body of evidence suggests significant uncertainty in any low-exposure range derivation with current evidence." Trial Ex. 129 at 25. Moreover, the authors were repeatedly critical of Dr. Grandjean's BMCL, noting that when Dr. Grandjean "fit different linear and non-linear models, [they] resulted in lower bounds of benchmark concentrations which differed by more than 9-fold." Trial Ex. 129 at 25. The RSI authors further noted that "less consistent evidence at low exposure levels remains a significant uncertainty" for derivation of a POD based on childhood fluoride neurotoxicity. Trial Ex. 131, at 1518. "Benchmark dose modeling of high-quality epidemiologic data by Grandjean, et al. 2022 predicted increased risks at lower than 1 milligram per liter fluoride in drinking water; **however, different models, including linear, quadratic, and segmented models, predicted notably different levels of risk from fluoride at these low concentrations. At this point in time, mechanistic explanation and key mode of action events are insufficiently understood to guide the choice of the most appropriate model to use for predicting risks at low exposure levels."** *Id.*

290.     While Plaintiffs selectively emphasize their favorite quotes from the RSI systematic review, there are just as many quotes that contradict their position. It is unsurprising, as Dr. Savitz explained, that a systematic review that is weighing the evidence has quotes going in both directions. Savitz Trial Tr. Vol. VIII, at 1291:6–17. At the end of the weighing exercise, the RSI systematic reviews reached the same conclusion as EPA, Dr. Savitz, Dr. Barone, and the Health Canada Panel: the fluoride neurotoxicity literature is too inconsistent to derive a POD.

291.     In analyzing the association between maternal urinary fluoride exposure and child IQ in the ELEMENT cohort, Dr. Hu and his team ran both linear and non-linear models. Hu Trial Tr. Vol. I, at 161:2–6. The nonlinear model suggested that there was no clear association between IQ scores for children ages 6 to 12 and maternal urinary fluoride levels below 0.8 milligrams per liter. *Id.* at 161:7–13. However, the nonlinear model found a clear negative association between IQ and urinary fluoride levels above 0.8 milligrams per liter. *Id.* at 161:14–17. When plotted on a graph, the relationship was not straight lined but curved. *Id.* at 161:18–23; Trial Ex. 106, at 106.009 (fig. 3(A)). In other words, the model suggested that there may be a nonlinear relationship between increases in maternal urinary fluoride levels and a negative association with child IQ. Hu Trial Tr. Vol. I, at 161:24–162:4. In addition, there was a non-statistically significant improvement in the fit of the model when the ELEMENT study authors used a curved line instead of a straight line. *Id.* at 163:3–19.

292.     Dr. Hu and his team also ran a sensitivity analysis on the ages 6 to 12 data that incorporated as additional covariates the children's HOME score as well as the children's urinary fluoride levels. Hu Trial Tr. Vol. I, at 163:20–164:8. The sensitivity analysis found no clear evidence of an association between IQ and maternal urinary fluoride levels below 1.0 milligrams per liter. *Id.* at 164:9–13. In other words, the evidence of nonlinearity actually became more pronounced when more covariates were included. *Id.* at 164:14–20; Trial Exhibit 106, at 106.009 (fig. 3(B)). In addition, the sensitivity analysis showed that there was a statistically significant improvement in the fit of the model when a curved line was used. *Id.* at 164:21–25, 165:25–166:3. Dr. Hu acknowledged that, for the children ages 6 to 12 in the ELEMENT cohort, a

curvilinear relationship is a truer descriptor of the dose-response relationship. *Id.* at 166:8–167:10.

293.    Regarding the MIREC cohort, Dr. Lanphear and his team did not conduct any analysis, such as looking for a threshold, to determine whether there was a non-linear dose-response relationship. Lanphear Trial Tr. Vol. II, at 209:15–210:8 (Feb. 1, 2024).

### b.   Dr. Grandjean's BMCLs Not Supported as POD

294.    Grandjean (2023) reports the results of the Danish OCC study and a BMCL calculation based on data from the ELEMENT, MIREC, and OCC cohorts. Barone Trial Tr. Vol. III, at 413:7–12; Trial Ex. 119. As explained above, the RSI systematic review was heavily critical of conducting a BMCL calculation using the currently available fluoride literature.

295.    Grandjean (2023) reports a BMCL of 0.28 milligrams per liter based on a linear model. *Id.* at Hu Trial Tr. Vol. I, at 160:11–14. However, Grandjean (2023) did not report any results based on a squared model. *Id.* at 160:15-20. A squared model is a type of non-linear model that assumes the shape of the relationship between the things being studied is curved. *Id.* at 160:21–161:1.

296.    Dr. Grandjean's BMC is the maternal urinary fluoride concentration—not the water fluoride concentration—that produces a 1-IQ point decrement. Barone Trial Tr. Vol. III, at 416:14–18.

297.    As explained in more detail in subsection (d) below, Plaintiffs have not offered any way to reverse engineer a fluoride intake value for a POD from maternal urinary fluoride values.

298.    The urinary fluoride measure of exposure is particularly problematic for assessing dose-response and calculating a BMC. Urinary fluoride is not an indicator of long-term fluoride exposure. Chang Trial Tr. Vol. V, 807:19–808:21 (Trial Phase 1). Rather, the World Health Organization classified urinary fluoride as an indicator of short-term exposure. *Id*. (Trial Phase 1).

299.    Various factors can affect the concentration of fluoride in a urine sample, such as an individual's metabolism, when a urine sample is collected, and the time since the last void of

the individual who provided the sample. Undisputed Fact No. 8, ECF No. 150 (Trial Phase 1). For example, mothers were not asked to fast before providing urine samples in the MIREC and ELEMENT cohort studies. Hu Trial Tr. Vol. I, 89:19–22, Lanphear Trial Tr. Vol. III, 375:15–17 (Trial Phase 1). The absence of a fasting requirement can introduce variability and make urinary fluoride measurements less precise. Hu Trial Tr. Vol. I, 89:23–90:4 (Trial Phase 1). Further, in the MIREC cohort, community water fluoridation explained only 22–24% of the variance in maternal urinary fluoride concentration, which confirms that there is no straightforward conversion between urinary fluoride and drinking water fluoride concentrations. Chang Decl. ¶ 246, ECF No. 200 (Trial Phase 1).

300.    The BMCL is the lower 95th confidence limit underneath the BMC, which is used because it is more health protective. Barone Trial Tr. Vol. III, at 416:19–24.

301.    Grandjean (2023) reported a BMCL of 0.3 mg/L, which is lower than the average maternal urinary fluoride level of 0.58 mg/L in the Odense municipality, which does not fluoridate its water. Barone Trial Tr. Vol. III, at 419:8–12.

302.    The primary BMC and BMCL calculations emphasized in Grandjean (2023) are based on a linear model. Barone Trial Tr. Vol. III, at 418:23–419:1.

303.    Dr. Grandjean did not personally conduct the statistical analyses to create the BMCL calculations in Grandjean 2023. Barone Trial Tr. Vol. III, at 416:2–13. Rather, they were performed by a post-doc named Alessandra Meddis and Professor Esben Budtz-Jorgenson. *Id.* at 416:2–11.

304.    Grandjean (2023) reported a BMC of 0.92 mg/L and a BMCL of 0.3 mg/L MUFcr using data from only the OCC cohort. Barone Trial Tr. Vol. III, at 417:22–418:12.

305.    Grandjean (2022) reports an earlier BMCL based on data from only the ELEMENT and MIREC cohorts.

306.    Dr. Grandjean did not carry out the statistical analyses himself. Barone Trial Tr. Vol. III, at 420:8–17.

307.    Grandjean 2022 reports a BMCL of 0.2 mg/L maternal urinary fluoride based on a linear model. Barone Trial Tr. Vol. III, at 420:18–22.

308.    Grandjean 2022 also reports a BMCL of 0.768 mg/L maternal urinary fluoride based on a squared model. Barone Trial Tr. Vol. III, at 422:11–423:21.

309.    The Akaike Information Criterion ("AIC") is a measure of how well the data fits a particular model. Barone Trial Tr. Vol. III, at 421:5–14. If an AIC score is within three points of each other, then the model fit is comparable. *Id.* at 423:16–18; 424:7–9. Nonetheless, the lower the AIC score, the better the model fit. *Id.* at 421:20–21.

310.    The AIC score for the linear model, which calculated a BMCL of .2 mg/L, was 4,770.1. Barone Trial Tr. Vol. III, at 423:22–424:1. But the AIC score for the squared model, which calculated a BMCL of .768 mg/L, was 4,768.8. The AIC score for the squared model therefore was lower than the AIC score for the linear model. The AIC scores, and thus the model fit, for the linear and squared models are, at minimum, comparable. *Id.* at 424:7–9.

311.    The size of the BMCL calculation is dependent on the assumption of the model shape. Barone Trial Tr. Vol. III, at 424:13–17.

312.    The squared model assumes the shape of the dose-response relationship is curved. Barone Trial Tr. Vol. III, at 424:10–12.

313.    While his 2022 BMCL calculation reported a squared model, Dr. Grandjean edited out the squared model from his 2023 BMCL calculation. Barone Trial Tr. Vol. III, at 426:3–10.

### c.   NTP Meta-Analysis Manuscript

314.    NTP authors performed a dose-response analysis to investigate associations between fluoride exposure and children's intelligence. Trial Ex. 68, at 2.

315.    Dr. Thiessen offered an opinion that the NTP's findings demonstrate a risk of adverse cognitive effects at exposures like those resulting from fluoridated drinking water in the United States, without any apparent threshold. Thiessen Trial Tr. Vol. V, at 837:25–838:5 (Feb. 6, 2024).

316.    Dr. Thiessen did not apply any specific methodology to arrive at her conclusion. Thiessen Trial Tr. Vol. V, at 840:8–12. Dr. Thiessen's opinion that there is no apparent threshold in the association between adverse cognitive effects in children and fluoride exposure is based on

the NTP authors' responses to inter-agency review comments. *Id.* at 840:23– 841:7. The BSC

Working Group that evaluated those responses found them to be inadequate. *Id.* at 843:25–844:2;

Trial Ex. 69, at 131, 324, 325.

317. In fact, "a threshold was not assessed" because the NTP authors fit a linear term,

as the BSC Working Group noted. Thiessen Trial Tr. Vol. V, at 844:25–845:7 (Feb. 6, 2024);

Trial Ex. 69, at 324. The NTP authors did not "explicitly consider the potential non-linearity of

the exposure-outcome association." Trial Ex. 69, at 131. Nor did the NTP authors "address[] the

concept of thresholds by applying several data modeling approaches to the children's IQ data."

Trial Ex. 69, at 131.

318. There are "very few data points" in the low-dose range, which "reduc[es]

confidence in this range of exposure," as the BSC Working Group explained. Trial Ex. 69, at

324; Thiessen Trial Tr. Vol. V, at 844:25–845:7 (Feb. 6, 2024).

319. When the NTP authors restricted the results of their dose-response analysis to

lower exposure tiers, there was <u>no</u> consistency in model fit. The NTP authors restricted their

results to fluoride exposure levels of <4 mg/L, <2 mg/L, and <1.5 mg/L. Trial Ex. 69, at 324;

Thiessen Trial Tr. Vol. V, at 849:20–850:2 (Feb. 6, 2024). Those cutoffs represent various

<u>regulatory</u> not <u>biological</u> thresholds. Trial Ex. 69, at 119. Thiessen Trial Tr. Vol. V, at 847:22–

848:4 (Feb. 6, 2024). The 4 mg/L and 2 mg/L cutoffs are based on EPA's current enforceable

and non-enforceable secondary standards for fluoride in drinking water. Trial Ex. 69, at II-43.

Thiessen Trial Tr. Vol. V, at 849:20–850:2 (Feb. 6, 2024). The 1.5 mg/L cutoff is based on the

World Health Organization guideline for fluoride in drinking water. Trial Ex. 69, at II-43.

Thiessen Trial Tr. Vol. V, at 849:20–850:2 (Feb. 6, 2024).

320. <u>Water concentration results</u>. When restricted to water concentrations <1.5 mg/L

<u>and</u> <2.0 mg/L, there were <u>no</u> statistically significant adverse associations between fluoride in

drinking water and children's IQ using the linear <u>and</u> non-linear models. Trial Ex. 69, at II-78,

II-81; Thiessen Trial Tr. Vol. V, at 852:4–19, 854:9–21 (Feb. 6, 2024). The same was true across

both statistical methods. Thiessen Trial Tr. Vol. VI, at 881:6–15; (Feb. 7, 2024); Trial Ex. 69, at

II-78, II-81. And the fit of the linear model and non-linear models was comparable across both

statistical methods used. Thiessen Trial Tr. Vol. V, at 853:1–854:8 (Feb. 6, 2024); Thiessen Trial Tr. VI, 881:21–25 (Feb. 7, 2024)

321.    <u>Urine concentration results</u>. The results for urine concentration are contradictory. For example, using the first of the two statistical methods employed (eTable 4), when restricted to <1.5 mg/L fluoride in urine, there was an adverse association using the linear model, but the results were <u>not</u> significant when restricted to <2.0 mg/L using the same model. Trial Ex. 69, at II-79; Thiessen Trial Tr. Vol. VI, at 876:9–18 (Feb. 7, 2024). When restricted to low-risk-of-bias studies, the results become even more unclear. There, the researchers report an adverse association in the <1.5 mg/L group, but <u>no</u> statistically significant adverse associations in the <2.0 mg/L, <4.0 mg/L, and the all-data groups. Trial Ex. 69, at II-80; Thiessen Trial Tr. Vol. VI, at 876:22–880:16 (Feb. 7, 2024). But when using the second of the two statistical methods (eTable 5) and the linear model, there were <u>no</u> statistically significant adverse associations in the <1.5 mg/L <u>and</u> <2.0 mg/L urinary fluoride groups. Trial Ex. 69, at II-82; Thiessen Trial Tr. Vol. VI, at 882:6–12 (Feb. 7, 2024). And there were no statistically significant associations for any of the linear or non-linear models in the <4.0 mg/L group using the second method. Trial Ex. 69, at II-82; Thiessen Trial Tr. Vol. VI, at 892:10–20. (Feb. 7, 2024). All of the models had comparable fit. Thiessen Trial Tr. Vol. VI, at 892:21–893:11 (Feb. 7, 2024).

322.    The meta-analysis manuscript contains a forest plot that reports standardized mean difference (SMD) to standardize the effect estimate across studies that may use different kinds of IQ measures (e.g., Bayley), and different kinds of exposure measures (e.g., urinary fluoride). Grandjean Trial Tr. Vol. III, at 393:14–394:1; Trial Ex. 68, at NIEHS_000417, NIEHS_000447.

323.    The SMDs for several of the studies considered were statistically insignificant. Trial Ex. 68, at NIEHS_000417, NIEHS_000447. For example, the SMDs for Bashash 2017 and Green 2019 were not statistically significant. *Id.* at 395:23–396:15; 465:20–466:13.

324.    As Dr. Barone explained, and consistent with the BSC Working Group's assessment, there is insufficient data in the low-dose range to extrapolate a reliable dose-response curve in that exposure region. Barone Trial Tr. Vol. VIII, at 1353:16–1354:1, 1354:14–

1355:21. A gap in the data around the 2.0 to 4.0 mg/L urinary fluoride range is critically important to understanding the shape of the dose-response curve and makes modeling a benchmark dose calculation highly uncertain. *Id.* at 1367:16–1368:12, 1368:22–1369:20. Further, the NTP meta-analysis manuscript does not include data from the INMA and OCC cohorts, making it incomplete and not reflective of best available science. *Id.* at 1335:18–22, 1339:21–1340:7, 1340:8–14.

### d. No Defensible Way to Derive a POD from Urinary Fluoride Measure.

325.    Kinetic studies, including toxicokinetics, are part of the hazard assessment. 40 CFR § 702.41(d)(5); *see also* Thayer Trial Tr. Vol. IV, at 623:19–624:20; *id.* at 640:15–641:16 (Trial Phase 1).

326.    In general terms, toxicokinetics refers to the amount of a chemical that reaches the target organ or cell where it has its biological impact. Barone Trial Tr. Vol. IV, at 577:15–18. Pharmacokinetics is generally synonymous with toxicokinetics. *Id.* at 578:24–579:5.

327.    Dr. Thiessen did not attempt to select a point of departure. Thiessen Trial Tr. Vol. VI, at 907:19–908:15, 914:12–14 (Feb. 7, 2024) ("I did not attempt to provide a real point of departure."). Dr. Thiessen identified three "examples" of what a point of departure could be. *Id.* at 909:21–910:5. Two of those examples are water fluoride concentrations of 1.5 mg/L and 0.7 mg/L. Dr. Thiessen identified the first—1.5 mg/L—from the NTP draft State of the Science Monograph, although she admits it is not based on any findings in the monograph. *Id.* at 910:23–911:21. The second is simply the water fluoride concentration of 0.7 mg/L in Canada. *Id.* at 911:22–912:6. The third "example" point of departure that Dr. Thiessen identified is a urinary fluoride concentration of 0.2 mg/L based on Dr. Grandjean's 2022 BMCL. *Id.* at 912:7–12.

328.    Dr. Thiessen did not attempt to calculate a point of departure in milligrams per kilogram per day for any of her example points of departure. Thiessen Trial Tr. Vol. VI, at 919:14–18. (Feb. 7, 2024).

329. Dr. Grandjean's BMCL of 0.2 mg/L urinary fluoride is below the background fluoride exposures represented in maternal urine samples from non-fluoridated areas in the MIREC cohort. Thiessen Trial Tr. Vol. VI, at 947:17–21 (Feb. 7, 2024).

330. Urinary fluoride values can reflect fluoride exposures from other sources like pharmaceuticals, air pollution, tea, seafood, toothpaste, dental products, and fluoride tablets. Thiessen Trial Tr. Vol. VI, at 916:10–14 (Feb. 7, 2024). Fluoride absorption and retention in the body can also be affected by things like calcium intake and kidney function. *Id.* at 932:7–10. The amount of fluoride observed in a urine sample is also dependent on the bodyweight and metabolism of the individual. *Id.* at 932:11–15.

331. Fluoride concentration in urine depends on recent fluoride intake, kidney function at higher intake levels, and bone demineralization and other physiological changes over the course of pregnancy. Barone Trial Tr. Vol. IX, at 1399:7–1401:2, 1402:19–1404:10 (Feb. 13, 2024).

332. Dr. Grandjean's BMCL reflects exposure from community water fluoridation as well as other fluoride sources. Thiessen Trial Tr. Vol. VI, at 916:4–14 (Feb. 7, 2024). Dr. Thiessen does not know the dose of fluoride for any of the participants in the studies from which she identified "example" points of departure. *Id.* at 916:15–18. None of the "example" points of departure consider fluoride intake rates. *Id.* at 916:19–23. And none of the "example" points of departure consider the body weight of the participants. *Id.* at 917:2–4.

333. Plaintiffs have not presented any defensible way to convert maternal urinary fluoride values to a fluoride intake value. Barone Trial Tr. Vol. IX, at 1381:16–1385:5, 1395:24.

334. At no point has Dr. Thiessen attempted to convert maternal urinary fluoride values to a fluoride-intake value. Thiessen Trial Tr. Vol. VI, at 934:24–935:2 (Feb. 7, 2024). In Dr. Thiessen's view, a "quick and dirty approximation" is that urine and water fluoride concentrations have a 1:1 relationship, but that approximation is quickly proven false by the studies on which her opinions are based. *Id.* at 933:8–15. The MIREC study, Till 2018, showed that average maternal urinary fluoride values were over 40% higher than the average fluoride concentration in the participants' tap water. *Id.* at 937:5–7. And in the Thippeswamy 2021 study,

average maternal urinary fluoride values were <u>lower</u> than the average fluoride concentrations in the mothers' drinking water. *Id.* at 942:4–12; Trial Ex. 111, at 111.003. Among the participants in the low/optimum fluoridation group, urinary fluoride values were about 25% less than drinking water concentrations. Thiessen Trial Tr. Vol. VI, at 939:14–17; Trial Ex. 111, at 111.004 (Table 2 showing beta coefficient of 0.247). This is nowhere near a 1:1 relationship. Thiessen Trial Tr. Vol. VI, at 933:8–15 (Feb. 7, 2024). Nor did the researchers find a 1:1 relationship when the low- and high-exposure data were combined. *Id.*

335. Observations of urinary fluoride and water fluoride intake do not share a linear relationship because of physiological considerations during pregnancy. Barone Trial Tr. Vol. VIII, at 1383:12–1384:11, 1384:17–1385:12.

336. A physiologically based pharmacokinetic or PBPK model can estimate concentrations of a substance in parts of the body based on physiological parameters like absorption. Thiessen Trial Tr. Vol. VI, at 943:1–7 (Feb. 7, 2024). For example, EPA has used animal and human PBPK models to calculate intake values based on lead biomarker data. Barone Trial Tr. Vol. IX, at 1397:6–19.

337. Plaintiffs have not offered a PBPK model that can predict maternal urinary fluoride concentrations based on drinking water exposures or that can assess fluoride exposure and maternal urinary fluoride values for pregnant women. Thiessen Trial Tr. Vol. VI, at 943:8–16; Barone Trial Tr. Vol. IX, at 1396:17–1397:2, 1397:23.

338. Plaintiffs' risk assessor, Dr. Thiessen, did not consider the INMA IQ study when forming her opinions for this case. Thiessen Trial Tr. Vol. VI, at 903:15–20 (Feb. 7, 2024). She agrees that prospective cohort studies are generally methodologically superior to cross-sectional studies for purposes of determining an association between fluoride exposure and IQ. *Id.* at 903:2–6.

339. The attempt by Risk Sciences International to convert Dr. Grandjean's BMCL to a fluoride intake value is highly uncertain. Barone Trial Tr. Vol. IX, at 1436:7–19. Risk Sciences International used a rough conversion parameter of 0.75 for urinary excretion that is a very large an uncertain assumption. *Id.* at 1436:17–19. The conversion parameter is also not appropriate for

pregnant women. *Id.* at 1436:22–24. None of Plaintiffs' experts relied on the Risk Sciences International report. In fact, even the authors of the report did not depend on Dr. Grandjean's BMCL to derive a point of departure. *Id.* at 1436:25–1437:3.

340.    The expectation is that a substance must be able to cross the blood-brain barrier to be toxic to the brain. Hu Trial Tr. Vol. I, at 168:16–19 (Jan. 31, 2024). Although maternal urinary fluoride seems to correlate with fluoride concentrations in serum that may pass the placenta, the amount of fluoride that reaches the fetal brain is unknown. *Id.* at 167:23–168:2. Indeed, as Dr. Hu admitted, there is no research establishing how much fluoride reaches the fetal brain during human pregnancy. *Id.* at 168:20–23.

341.    Finally, there is no evidence of an association of between fluoride exposure and pathological effects on the fetal brain in humans. Grandjean Trial Tr. Vol. II, at 296:12-297:13.

### 4.    Hazard Characterization

342.    The hazard characterization describes the quantitative POD representing adverse outcomes that are associated with exposure to a particular chemical substance, as well as the qualitative strength of the evidence related to the potential hazards. Barone Trial Tr. Vol. IV, at 667:17–24. In this step, the Agency describes the confidence in particular outcomes (e.g., medium confidence). *Id.* at 666:9–25.

343.    The NTP monograph did not identify a point of departure. Barone Trial Tr. Vol. IX, at 1373:22–1374:5, 1444:11–18. The authors of the monograph used the World Health Organization guideline of 1.5 mg/L generally to categorize their hazard conclusions. *Id.* at 1444:11–18.

344.    The NTP meta-analysis did not propose a point of departure. Barone Trial Tr. Vol. IX, at 1421:13–20.

345.    Dr. Thiessen did not select and justify a point of departure based on any epidemiological studies. Barone Trial Tr. Vol. IX, at 1376:4–19, 1376:22–1377:14, 1421:21–1422:2.

346.    The Risk Sciences International systematic review does not set a point of departure for neurotoxicity. Barone Trial Tr. Vol. IX, at 1374:21–24, 1375:3–7, 11–17.

347.     As Dr. Barone explained, that one can mathematically assess dose-response assessment does not mean that a POD should be derived from the dose-response analysis and carried forward to the risk characterization step. Barone Trial Tr. Vol VIII, at 1335:8–12. Here, the weight of the scientific evidence does not support selecting as a point of departure fluoride concentration of 2.0, 3.0, or even 4.0 mg/L. Barone Trial Tr. Vol. IX, at 1422:12–23.

348.     Where, as here, a POD cannot be determined and the hazard assessed, the analysis stops and does not continue to the remaining steps of the risk evaluation. *See* Barone Trial Tr. Vol. IX, at 1420:18-1423:18.

## III.     EXPOSURE ASSESSMENT

### A.     PLAINTIFFS' PROPOSED FACTS

349.     An exposure assessment under TSCA seeks to identify the human exposure level under a specific Condition of Use. *Barone Trial Tr. (ECF No. 400) at 567:18-21 (Feb. 5, 2024).*

350.     EPA considers "sentinel" (i.e., high end) exposures in its exposure assessment. When the data is reasonably available, EPA will select the 95th percentile as the high-end exposure. *Barone Trial Tr. (ECF No. 400) at 568:17-569:1 & 569:14-19 (Feb. 5, 2024).*

351.     TSCA specifically permits EPA to consider "aggregate exposures" to a chemical. Aggregate exposures may include exposures from multiple sources and conditions of use of a chemical. *Barone Trial Tr. (ECF No. 400) at 567:22-568:2 & 568:13-16 & 733:16-23 (Feb. 5, 2024).*

352.     Urinary fluoride is a metric of the total absorbed dose of fluoride exposure and is thus a measure of aggregate fluoride exposure. *Hu Trial Tr. (ECF No. 395) at 105:10-25 (Jan. 31, 2024); Barone Trial Tr. (ECF No. 418) at 1404:19-21 (Feb. 13, 2024); Hu Trial Decl. (ECF No. 198-1) ¶ 38; Hu Trial Tr. (ECF 239) 75:2-16 (June 8, 2020); Lanphear Trial Tr. (ECF No. 241) at 423:1-424:1 (June 10, 2020).* Based on the totality of available evidence, the NTP has determined that "urinary fluoride is a reasonable measure of exposure." *Trial Ex. 67 at 51-52.*

353.     Published data is now available on the urinary fluoride levels in cohorts of pregnant women consuming "optimal" fluoride levels in Canada, Mexico, and the United States. *Trial Ex. 106; Trial Ex. 108; Trial Ex. 122.* The studies from Canada and the US have measured urinary

fluoride levels in pregnant mothers living in communities with fluoridated water, whereas the study from Mexico measured urinary fluoride levels in pregnant mothers consuming fluoridated salt. *Hu Trial Tr. (ECF No. 239) at 119:5-25 (June 8, 2020).*

354. The studies from Canada, Mexico and United States have found similar urinary fluoride levels across the three cohorts of pregnant mothers. *Hu Trial Tr. (ECF No. 395) at 123:11-124:12 (Jan. 31, 2024); Trial Ex. 69 at 32; Hu Trial. Decl. (ECF No. 198-1) ¶¶ 41-42; Lanphear Trial. Decl. (ECF No. 198-2) ¶¶ 33-34; Grandjean Trial Tr. (ECF No. 240) at 187:5-188:23 (June 9, 2020).*

355. Pregnant mothers living in Los Angeles, California (a fluoridated city) were found to have a median (specific gravity-adjusted) urinary fluoride level of **0.8 mg/L**, and a 95th percentile level of **1.89 mg/L**, in the third trimester (Malin 2023). *Trial Ex. 122, Tbl. 2.* These values are almost identical to the (specific-gravity adjusted) urinary fluoride levels found in fluoridated areas of Canada (i.e., median = **0.77 mg/L** and 95th percentile = **1.89 mg/L**) (Till 2018). *Trial Ex. 108, Tbl. S4; Hu Trial Tr. (ECF No. 395) at 124:1-16 (Jan. 31, 2024).*

356. The NTP has recognized that "some urinary fluoride measurements" from areas with fluoridated drinking water "exceed those that would be expected from consuming water that contains fluoride at 1.5 mg/L." *Trial Ex. 69 at 41.* The NTP's comment is supported by data on urinary fluoride levels in highly exposed (95th percentile) pregnant women in fluoridated areas, which shows that the fluoride levels in this group exceed those which are typically associated with a water fluoride level of 1.5 mg F/L. *Hu Trial Tr. (ECF No. 395) at 124:13-16 (Jan. 31, 2024); Lanphear Trial Tr. (ECF No. 395) at 244:6-11 (Feb. 1, 2024); Thiessen Trial Tr. (ECF No. 401) at 781:782:5, 783:10-18 & 789:4-13 (Feb. 6, 2024).*

357. A reasonable estimate of the contribution from fluoridated water can be obtained by comparing urinary fluoride levels among populations living in fluoridated vs. non-fluoridated areas. *Lanphear Trial Tr. (ECF No. 395) at 244:6-25 (Feb. 1, 2024); Thiessen Trial Tr. (ECF No. 401) at 784:3-18 (Feb. 6, 2024); Barone Trial Tr. (ECF No. 418) at 1430:12-1431:3 (Feb. 13, 2024).*

358.    The study by Till (2018) is the most extensive analysis of urinary fluoride levels among pregnant women that is currently available in the scientific literature. *Lanphear Trial. Decl. (ECF No. 198-2) ¶ 24.* The study measured the urinary fluoride levels in over 1,500 pregnant women living in fluoridated and non-fluoridated areas of Canada. *Lanphear Trial. Decl. (ECF No. 198-2) ¶ 25.*

359.    The Till study found that fluoridated water was the most significant source of fluoride in a pregnant woman's urine. In the third trimester, the 95th percentile (creatinine-adjusted) urinary fluoride level in fluoridated areas was **2.41 mg/L**, versus 1.04 mg/L in non-fluoridated areas, for **a difference of 1.37 mg/L between women in the two areas.** *Lanphear Trial Tr. (ECF No. 395) at 244:6-25 (Feb. 1, 2024).* (This difference actually under-states the true contribution from water fluoridation because fluoridation increases the level of urinary fluoride in *non-fluoridated* areas, thus narrowing the difference between fluoridated and non-fluoridated areas. *Thiessen Trial Tr. (ECF No. 401) at 799:7-800:13 (Feb. 6, 2024).*

360.    The fact that fluoridated water causes higher urinary fluoride levels by, in part, increasing the accumulation of fluoride in bone (which enters the bloodstream during pregnancy via bone demineralization) and by potentially oversaturating the kidney in highly exposed women does not alter the fact that fluoridation is the cause of the elevated body burden. *Hu Trial Tr. ECF No. 395 at 121:4-123:9 (Jan. 31, 2024); Barone Trial Tr. (ECF No. 418) at 1399:12-24 & 1432:12-1433:3 (Feb. 13, 2024).* If anything, the fact that fluoridation increases fluoride exposure during pregnancy through these alterations in the body's physiology increases the basis for concern. *Barone Trial Tr. (ECF No. 418) at 1431:4-20 (Feb. 13, 2024).*

361.    The high levels of fluoride found in the urine of highly exposed pregnant women in fluoridated areas is consistent with estimates of fluoride intake that have been derived from EPA's nationally representative tap water intake data. *Thiessen Trial Tr. (ECF No. 401) at 781:15-782:9 (Feb. 6, 2024).*

362.    According to EPA's tap water intake data, a pregnant woman with *95th percentile* tap water intake will consume about 2.5 times more tap water than pregnant women with 50th percentile intake. *Thiessen Trial Tr. (ECF No. 401) at 779:3-9 & 780:21-781:10 (Feb. 6, 2024);*

*Barone Trial Tr. (ECF No. 418) at 1399:13-15 (Feb. 13, 2024)* A consequence of this fact is that a pregnant mother with 95th percentile water intake who lives in a fluoridated area (0.7 mg/L) will consume more fluoride from her water then over 50% of pregnant woman living in areas with 1.5 mg/L fluoride in water. *Thiessen Trial Tr. (ECF No. 401) at 781:4-10 (Feb. 6, 2024).*

### B.    EPA'S PROPOSED FACTS

363.    As described in TSCA section 6(b)(4)(F)(iv), the third component of risk evaluation requires an exposure assessment for the chemical substance under the conditions of use. Exposure assessment is the process of estimating or measuring the magnitude, frequency, and duration of exposure to an agent and the size and characteristics of the population exposed. 15 U.S.C. § 2605(b)(4)(F)(iv); Henry Decl. ¶ 144, ECF No. 201 (Trial Phase 1).

364.    In the exposure assessment, EPA first seeks to identify all sources and pathways. Barone Trial Tr. Vol. V, at 694:15 (Feb. 6, 2024). Sources include but are not limited to food, water, soil intake, air intake, medicines that may contain the chemical substance, non-TSCA uses. *Id.* at 694:15–19.

365.    In the exposure characterization step, first EPA estimates a range of exposure levels for a condition of use from the central tendency exposure (e.g., 50th percentile) to high-end exposure (e.g., 95th percentile), and then provides a qualitative summary of the strength of the evidence for these levels. *Id.* at 697:15–698:3. There are instances where EPA does not have confidence in the high-end data and do not use high-end estimates. *Id.* at 698:4–6. The Agency also seeks to apportion the amount of the chemical that comes from different sources (e.g., background exposure). Barone Trial Tr. Vol. V, at 698:12–699:9.

366.    EPA uses a general equation for calculating the average daily dose. Barone Trial Tr. Vol. V, at 700:18–22. EPA used this formula for each of the first 10 risk evaluations. *Id.* at 703:22–24. EPA takes the milligrams per liter in the concentration of the chemical substance multiplied by the drinking water intake rate, the product of which is then divided by body weight. *Id.* at 703:6–18. The outcome of this equation is in milligrams per kilogram per day (mg/kg/day). *Id.* at 703:3–5.

367.    Plaintiffs' risk assessor, Dr. Thiessen, did not perform an exposure assessment for the condition of use. Barone Trial Tr. Vol. VIII, at 1344:2–16. An exposure level considers total intake based on body weight of the individual. *Id.* at 1345:1–9. Water fluoride concentrations of 0.7 mg/L or 1.5 mg/L are media concentrations, not exposure levels. *Id.* at 1344:21–25.

368.    Urinary biomarkers reflect aggregate exposure to fluoride, including fluoride mobilized from bone and changes in kidney function over the course of pregnancy. Barone Trial Tr. Vol. IX, at 1404:16–25.

369.    Urinary fluoride values can represent a first approximation of exposure, but they do not address the condition of use of community water fluoridation and the exposure contribution from that source. Barone Trial Tr. Vol. IX, at 1406:16–20. For a TSCA risk evaluation EPA needs to parse out exposures from different sources (e.g., food, water). Barone Trial Tr. Vol. V, at 678:11–20 (Feb. 6, 2024).

370.    EPA has considered aggregate exposure in the first ten risk evaluations under amended TSCA, but still characterized risk from difference routes of exposure. Barone Trial Tr. Vol. IX, at 1407:23–1408:6; 1415:20–1417:23; *e.g.*, Trial Ex. 103, at 25 (NMP Risk Evaluation). EPA apportioned source contributions in the NMP Risk Evaluation. Barone Trial Tr. Vol. IX, at 1418:20–1419:5.

371.    So-called source apportionment is critical for EPA to characterize risk from a condition of use, make a defensible risk determination under TSCA, and manage any risk following that determination. Barone Trial Tr. Vol. IX, at 1406:21–1407:3, 1411:17–1412:21. EPA does not fill gaps in the risk management phase left during the risk evaluation concerning source apportionment. *Id.* at 1415:11–9.

372.    Considering aggregate exposure from fluoride using a urinary biomarker without source apportionment still does not establish risk on its own. A value of 2.41 g/L urinary fluoride concentration at the 95th percentile from the Till 2018 study is below the "all data" and the <4.0 mg/L exposure groups for which the NTP meta-analysis found <u>no</u> statistically significant adverse effects. Barone Trial Tr. Vol. IX, at 1418:3–12; Trial Ex. 69, at II-80, II-83 (eTable 4 and eTable 5 results using low risk-of-bias studies). The second statistical methodology that NTP used also

found no statistically significant adverse effects in the <2 mg/L exposure group among the same studies. Trial Ex. 69, at II-83.

## IV.   RISK CHARACTERIZATION

### A.   PLAINTIFFS' PROPOSED FACTS

#### 1.   Framework

373.   As codified in EPA regulations, EPA may use quantitative and/or qualitative estimates of risk for risk evaluations under the Amended TSCA. *Trial Ex. 544 at 33752*; *Barone Trial Tr. (ECF No. 400) at 626:5-7 (Feb. 5, 2024); Thiessen Trial Tr. (ECF No. 401) at 786:3-16 (Feb. 6, 2024).*  For example, if there is evidence "that allows the [EPA] to conduct the comparison of exposure to toxicity based on a fairly straightforward and simple method, [EPA] can stop there and need not do further refinement." *Henry Trial Tr. (ECF No. 244) at 973:21-974:1 (June 16, 2020); Thiessen Trial Tr. (ECF No. 401) at 785:6-22 (Feb. 6, 2024).*

374.   In its first 10 risk evaluations under the Amended TSCA, EPA has used the Margin of Exposure (MOE) framework to characterize risk. *Barone Trial Tr. (ECF No. 401) at 713:25-714:7 (Feb. 6, 2024).* There is no requirement, however, to use the MOE framework under TSCA. As the EPA has recognized, "MOE is just one of several approaches to risk characterization," and "[t]here will be risk scenarios where one approach may be better than another." *Trial Ex. 544 at 33735.*

375.   The basic framework of risk characterization involves comparing the Point of Departure (i.e., "Hazard Level") with the Exposure Level to see if the margin is adequate to protect against the Hazard. *Barone Trial Tr. (ECF No. 397) at 495:15-22 (Feb. 2, 2024); Barone Trial Tr. (ECF No. 400) at 571:4-10 (Feb. 5, 2024); Thiessen Trial Tr. (ECF No., 241) at 471:11-472:9 (June 10, 2020).*

376.   In comparing the margin between the hazard and exposure level, EPA will consider both average (e.g., median) exposures and high-end (e.g., 95th percentile) exposures. *Barone Trial Tr. (ECF No. 400) at 582:12-19 (Feb. 5, 2024).* Thus, even if average exposures do not present a risk, a condition of use will be found to present a risk if the 95th percentile have exposures of

concern. *Undisputed Fact No. 42; Barone Trial Tr. (ECF No. 400) at 583:8-20 & 612:17-613:17 (Feb. 5, 2024).*

377. "EPA does not require that human exposure levels exceed a known adverse effect level to make an Unreasonable Risk determination under TSCA." *Undisputed Fact No. 16; Barone Trial Tr. (ECF No. 400) at 571:11-17 (Feb. 5, 2024).* This is consistent with the fact that EPA does not require evidence that the chemical is associated (causal or otherwise) with the hazard under the condition of use. *Barone Trial Tr. (ECF No. 400) at 572:4-13 & 573:15-22 & 595:8-596:11 (Feb. 5, 2024).*

378. Most of the unreasonable risk determinations that EPA has made in its first ten risk evaluations under the Amended TSCA have involved scenarios where the exposure level (including the high-end exposure) was less than the hazard level. *Barone Trial Tr. (ECF No. 400) at 571:19-23 (Feb. 5, 2024).* For example:

A. In the PCE risk evaluation, EPA found unreasonable risks of neurotoxicity where *high-end* human exposure was 51 times lower than the LOAEL that EPA derived from human epidemiological data. *Barone Trial Tr. (ECF No. 400) at 612:17-613:19 (Feb. 5, 2024).*

B. EPA found a risk of neurotoxicity in the PCE risk evaluation (e.g., ONUs in the dry/spot cleaning industry) where the average exposure was 89 times less than the LOAEL. *Barone Trial Tr. (ECF No. 400) at 606:15-607:11 (Feb. 5, 2024).*

C. For the only other chemical that EPA derived a Point of Departure from human neurotoxicity data (methylene chloride), EPA found an unreasonable risk for an exposure that was 27 times less than the LOAEL, despite having only low confidence in the exposure data. *Thiessen Trial Tr. (ECF No. 401) at 772:3-11 & 818:25-820:4 (Feb. 6, 2024).*

### 2.    The Benchmark MOE (The "Total Uncertainty Factor")

379. The adequacy of the margin between the hazard and exposure level is determined by comparing the margin to the "Benchmark MOE." *Barone Trial Tr. (ECF No. 400) at 575:17-22 (Feb. 5, 2024).*

380.    The Benchmark MOE is the "total uncertainty factor" for the particular critical effect at issue. *Barone Trial Tr. (ECF No. 400) at 576:7-11 (Feb. 5, 2024).* EPA calculates the Benchmark MOE by multiplying together the applicable uncertainty factors. *Barone Trial Tr. (ECF No. 400) at 580:20-24 & 582:6-11 (Feb. 5, 2024).*

381.    In its first ten risk evaluations under the Amended TSCA, the EPA has used Benchmark MOEs of 10 to 300, with 10 being the lowest Benchmark MOE used in any assessment. *Barone Trial Tr. (ECF No. 401) at 741:8-23 (Feb. 6, 2024).*

382.    One of the uncertainty factors that EPA regularly uses for risk evaluations under TSCA is the uncertainty factor for intraspecies (human-to-human) variability. *Barone Trial Tr. (ECF No. 400) at 576:12-17 (Feb. 5, 2024).*

383.    The EPA uses an uncertainty factor for intraspecies variability in order to protect humans who have heightened sensitivity and vulnerability to the effects of a chemical. *Barone Trial Tr. (ECF No. 400) at 577:7-10 (Feb. 5, 2024).* The uncertainty factor for intraspecies variability accounts for the fact that both toxicokinetics (i.e., the amount of the chemical that gets to the target organ/cell) and toxicodynamics (i.e., the amount of the chemical that induces effects at the target organ/cell) vary across the human population. *Barone Trial Tr. (ECF No. 400) at 577:11-578:7 (Feb. 5, 2024); Thiessen Trial Decl. (ECF No, 202-1) ¶¶ 133-134.*

384.    EPA uses the default uncertainty factor of 10 to account for intraspecies variability, unless it has an adequate PBPK model for the chemical that reduces some of the uncertainty. *Barone Trial Tr. (ECF No. 400) at 578:8-10 & 712:24-713:5 (Feb. 5, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶ 135.* Accordingly, in its first ten risk evaluations under the Amended TSCA, EPA only departed from the default factor of 10 for intraspecies variability when there was an acceptable physiologically-based pharmacokinetic (PBPK) model for the chemical. *Barone Trial Tr. (ECF No. 400) at 578:11-16 (Feb. 5, 2024).*

385.    Where EPA uses a LOAEL as the Hazard Level, EPA will apply an uncertainty factor in order to approximate what the NOAEL would be. *Barone Trial Tr. (ECF No. 400) at 579:14-580:2 (Feb. 5, 2024).*

### 3.     Risk Characterization for Fluoride

386.     At a minimum, the Benchmark MOE for fluoride neurotoxicity should be at least 10 to account for intraspecies variability. *Barone Trial Tr. (ECF No. 418) at 1425:4-22 (Feb. 13, 2024); Thiessen Trial Tr. (ECF No. 401) at 806:18-22 (Feb. 6, 2024).* An uncertainty factor of 10 is justified for fluoride neurotoxicity because there is no PBPK model. *Barone Trial Tr. (ECF No. 400) at 712:24-713:5 (Feb. 5, 2024).* While no further justification is necessary (*Thiessen Trial Decl. (ECF No. 202-1) ¶ 135*), it bears considering that some subsets of the population are *known* to be more susceptible to fluoride toxicity than others (e.g., bottle-fed infants, people with kidney disease, iodine deficiency, and/or calcium deficiency). *Thiessen Trial Tr. (ECF No. 401) at 755:23-756:20 & 807:25-810:9 & 811:25-812:21 (Feb. 6, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶¶ 136, 158-190.* There are also some studies indicating potential genetic susceptibilities to fluoride's hazards, including neurotoxicity. *Thiessen Trial Tr. (ECF No. 401) at 808:20-23 & 812:22-813:2 (Feb. 6, 2024); Trial Ex. 67 at 77.*

387.     There are various Hazard Levels that can be used for the fluoride risk characterization. A BMCL of **<0.3 mg F/L** in maternal urine (Grandjean 2023); a BMCL of **0.274 mg F/day** in total intake (Taher 2024); a BMCL of **0.179 mg F/L** in drinking water (Taher 2024); a "LOAEL" of **1.5 mg F/day** in drinking water (Taher 2024); or an Observed Adverse Effect Level of **2 to 4 mg F/L**. *Trial Ex. 119 (Grandjean 2023); Trial Ex., 129 (Taher 2024) at 24; Barone Trial Tr. (ECF No. 418) at 1424:24-1425:3 & 1442:13-1444:10 (Feb. 13, 2024); Barone Trial Tr. (ECF No. 414) at 1373:1-17 (Feb. 12, 2024).*

388.     Whatever Hazard Level one chooses for fluoride, the result is the same: an unacceptably small (or non-existent) margin between the Hazard Level and the Exposure Level. *Thiessen Trial Tr. (ECF No. 401) at 786:17-787:14 & 802:1-11 & 805:3-15 & 806:4-22 (Feb. 6, 2024).*

389.     If Dr. Grandjean's BMCL of <0.3 mg/L is used as the Hazard Level, a risk is readily apparent because maternal urinary fluoride levels substantially exceed 0.3 mg/L in fluoridated areas. *Thiessen Trial Tr. (ECF No. 401) at 786:17-787:14 (Feb. 6, 2024); Grandjean Trial Tr. (ECF No. 240) at 184:19-185:12 (June 9, 2020).* For example:

A.     Even if the risk characterization limited its consideration of exposure to only the portion of the urinary fluoride level that derives from fluoridated water, a risk is still readily apparent. *Grandjean Trial Tr. (ECF No. 397) at 358:2-18 (Feb. 2, 2024); Thiessen Trial Tr. (ECF No. 401) at 787:15-788:8 (Feb. 6, 2024).* According to data from the MIREC cohort, fluoridated water contributes over 1.3 mg/L of fluoride to the urine among the 95th percentile consumer, which exceeds the BMCL by a fourfold margin. *Thiessen Trial Tr. (ECF No. 401) at 787:15-788:8 (Feb. 6, 2024).*

B.     Even if the highest BMCL identified (0.76 mg/L) in the non-linear modeling analyses in Grandjean 2022 were selected for the Hazard Level, it would still be exceeded by the exposures in fluoridated areas. *Grandjean Trial Tr. (ECF No. 397) at 477:9-20 (Feb. 2, 2024.*

390.     Even if the 1.5 mg/L water fluoride level for which NTP expressed moderate confidence were selected as the Hazard Level, and even if this Hazard Level was treated as a NOAEL, a risk of neurotoxicity is still apparent from water fluoridation.  *Thiessen Trial Tr. (ECF No. 401) at 802:1-11 & 805:3-15 & 806:4-22 (Feb. 6, 2024).* Among average consumers, the Margin of Exposure is just 2, which is well less than the minimum Benchmark MOE of 10. The situation is even more precarious for the 95th percentile exposure, as the Margin of Exposure would be approximately 1 (i.e., no margin). *Thiessen Trial Tr. (ECF No. 401) at 802:1-11 & 805:3-15 & 806:4-22 (Feb. 6, 2024).* As noted by the NTP, "many urinary fluoride measurements" in fluoridated areas "exceed those that would be expected from consuming water that contains fluoride at 1.5 mg/L." *Trial Ex. 69 at 82-83.*

391.     Even if a *4 mg/L* water fluoride level was conservatively selected as the LOAEL (despite a large body of research identifying harm at lower concentrations), the margin between the hazard and exposure level would still be less than 10, and thus a risk. *Barone Trial Tr. (ECF No. 400) at 575:17-22 (Feb. 5, 2024); Barone Trial Tr. (ECF No. 418) at 1425:4-22 (Feb. 13, 2024).* This is particularly so given that use of a LOAEL typically requires application of an

1   additional uncertainty factor, beyond just the factor of 10 for intraspecies variability. *Barone Trial*
2   *Tr. (ECF No. 418) at 1435:13-17 & 1443:13-1444:10 (Feb. 13, 2024).*

3       392.    Because the Margin of Exposure for fluoride neurotoxicity is less than the
4   Benchmark MOE of (at least) 10, the analysis proceeds to the Risk Determination step (discussed
5   below). *Barone Trial Tr. (ECF No. 401) at 712:5-8 (Feb. 6, 2024).*

6       **B.    EPA'S PROPOSED FACTS**

7       393.    Because Plaintiffs have not presented sufficient evidence for the Court to
8   calculate and justify a point of departure and the high degree of uncertainty in the hazard
9   assessment, there is insufficient basis to the risk characterization step of the risk evaluation.
10   Barone Trial Tr. Vol. IX, at 1369:24–1370:9, 1371:11–1372:3, 1420:18–1421:12, 1422:24–
11   1423:18.

12       **1.    Margin of Exposure Analysis**

13       394.    Risk characterization is an integrative analysis and a summary intended to
14   communicate the results of the risk assessment to the risk manager in a complete, informative,
15   and useful format. *See* 1998 Guidelines, at 61, Trial Ex. 17 (Trial Phase 1). This analysis
16   includes integration of the hazard identification and dose-response analysis with the human
17   exposure estimates and provides an evaluation of the overall quality of the assessment and the
18   degree of confidence in the estimates of risk and conclusions drawn. *Id*. (Trial Phase 1)

19       395.    The risk-characterization analysis should draw from the key points in each
20   individual component part—hazard identification, dose-response analysis, and exposure
21   assessment. *See* 1998 Guidelines, at 63, Trial Ex. 17 (Trial Phase 1). "A health risk assessment is
22   only as good as its component parts" and "[c]onfidence in the results of a risk assessment is thus
23   a function of confidence in the results of the analysis of these elements." *Id*. (Trial Phase 1).

24       396.    EPA calculates noncancer risk using a margin of exposure ("MOE") analysis.
25   Barone Trial Tr. Vol. V, at 705:9, 707:7–10 (Feb. 6, 2024); Thiessen Trial Tr. Vol. VI, at
26   903:21–25 (Feb. 7, 2024).

27       397.    EPA used the MOE analysis in all the first 10 risk evaluations. Barone Trial
28   Vol. V, at 714:2–3 (Feb. 6, 2024).

398.    The point of departure from the hazard characterization is divided by the exposure level from the exposure assessment (e.g., the exposure for the condition of use at the 50th or 95th percentile). Barone Trial Tr. Vol. V, at 705:9–13, 708:17–19. The product of the division is often referred to as the "calculated" MOE. The units in the numerator and denominator are both in milligrams per kilogram per day (mg/kg/day). The result is a unitless measure of risk for the condition of use. *Id.* at 705:13–16, 707:20–25.

399.    The calculated MOE is then compared to a benchmark MOE, which is the product of uncertainty factors. Barone Trial Tr. Vol. V, at 705:13–16, 707:20–25. The uncertainty factors for the benchmark MOE are based on the identified point of departure, the basis for the point of departure, and the type of point of departure. Uncertainty factors, such as for intrahuman variability, are reduced where EPA has PBPK modeling. *Id.* at 712:13–713:22. Uncertainty factors are typically reduced where EPA has PBPK modeling. *Id.* at 712:13–713:22. Whether and what uncertainty factors apply are chemical-specific. *Id.* at 715:25–716:7.

400.    If the calculated MOE is below the benchmark, there is generally risk and EPA moves on to determine whether the risk is unreasonable (the last step in the risk evaluation process). If the calculated MOE is above the benchmark, there is generally no risk and the analysis ends. *See generally* Barone Trial Tr. Vol. III, at 495:23–496:6 (Feb. 2, 2024); Thiessen Trial Tr. Vol. VI, at 905:6–13 (Feb. 7, 2024).

401.    EPA has never looked at a benchmark margin of exposure that it applied to one chemical substance when conducting a risk evaluation on a different chemical substance. Barone Trial Tr. Vol. V, at 716:22–25 (Feb. 6, 2024).

**2.    Dr. Thiessen's Risk Characterization**

402.    Plaintiffs' risk assessor, Dr. Thiessen, did not conduct a margin of exposure analysis using the human epidemiological studies. Thiessen Trial Tr. Vol. VI, at 907:2–18 (Feb. 7, 2024).

403.    Dr. Thiessen offered an opinion that a "margin of exposure of 2" is unacceptable, which she calculated by simply dividing 1.5 mg/L by 0.7 mg/L. Thiessen Trial Tr. Vol. VI, at 909:9–2024 (Feb. 7, 2024).

404.   Dividing 1.5 by 0.7 mg/L is not sufficient to support a risk determination because 1.5 mg/L is based on the World Health Organization guideline for fluorosis, not any observation of a NOAEL or LOAEL for neurotoxicity in the data. 1378:12–19. And the NTP meta-analysis manuscript shows no adverse effect in the 1.5 mg/L water fluoride range. Barone Trial Tr. Vol. VIII, at 1379:3–8, 1380:3–6.

405.   Whether an uncertainty factor of ten, three, or something else depends on the chemical at issue and the studies underlying the point of departure. Barone Trial Tr. Vol. IX, at 1442:22–1443:15. Dr. Thiessen did not testify what benchmark MOE should be applied for any point of departure based on the human data on fluoride exposure presented in this case.

V.   **RISK DETERMINATION**

   A.   **PLAINTIFFS' PROPOSED FACTS**

406.   To determine whether a risk is "unreasonable," EPA may consider "risk-related factors," including (A) the adversity/severity of the hazard; (B) the known extent of human exposure (e.g., the magnitude, frequency, duration of exposure, as well as the number of people exposed); (C) whether susceptible subpopulations are being exposed; (D) the overall confidence in the hazard and exposure data; and (E) uncertainties. *Trial Ex. 96 at 500; Trial Ex. 97 at 469; Trial Ex. 98 at 271; Barone Trial Tr. (ECF No. 400) at 586:6-9 (Feb. 5, 2024); Barone Trial Tr. (ECF No. 401) at 735:13-736:6 (Feb. 6, 2024).*

   1.   **Adversity of IQ Loss**

407.   EPA recognizes that chemical-induced cognitive deficits, including IQ loss, is an adverse health effect that warrants regulatory action. *Barone Trial Tr. (ECF No. 400) at 586:14-17 (Feb. 5, 2024).*

408.   EPA selected cognitive deficits as the critical chronic health effect in its risk evaluation of PCE under the Amended TSCA. *Barone Trial Tr. (ECF No. 400) at 597:9-13 (Feb. 5, 2024).*

409.   EPA selected IQ loss as the critical health effect in its risk assessments for lead and mercury. *Barone Trial Tr. (ECF No. 400) at 586:17-587:8 (Feb. 5, 2024).*

410.    According to EPA's Clean Air Science Advisory Commission, "A population loss of one to two IQ points is highly significant from a public health perspective and the primary lead standard should be set so as to protect 99.5 percent of the population from exceeding that IQ loss." *Lanphear Trial Tr. (ECF No. 241) at 362:8-363:23 (June 10, 2020); Trial Ex. 42 at 67000.* According to a member of the Clean Air Science Advisory Commission, Dr. Bruce Lanphear, this advice would apply equally to fluoridated water. *Lanphear Trial Tr. (ECF No. 241) at 363:24-364:3 (June 10, 2020).*

411.    In its national air regulations for lead, EPA set the permissible exposure level at a level that would prevent the *most susceptible* members in the population from suffering a loss of 1 to 2 IQ points. *Barone Trial Tr. (ECF No. 400) at 587:7-18 (Feb. 5, 2024).*

412.    As noted by RSI, a loss of 1 IQ point, "has been shown to be associated with reduced educational attainment, employment status, productivity, and earned wages, reflecting substantial public health concerns." *Trial Ex. 129 at 27.*

413.    The loss of IQ that has been associated with fluoridated drinking water is similar to the magnitude of effect seen with low-level lead. *Hu Trial Decl. ¶ 23; Lanphear Trial Decl. ¶ 47.* Among women in the 95th percentile, *the contribution from fluoridated water alone* (i.e., >1.3 mg F/L in urine) exceeds the BMCL for a 1-point loss in IQ by over a factor of four. *Grandjean Trial Tr. (ECF No. 397) at 358:2-18 (Feb. 2, 2024); Thiessen Trial Tr. (ECF No. 401) at 787:15-788:8 (Feb. 6, 2024).* Based on the pooled analyses, this subset of the population would be anticipated to have IQ losses from fluoridation in the realm of 4 to 5 IQ points, which is clearly unacceptable under EPA standards. *Lanphear Trial Tr. (ECF No. 241) at 362:8-364:3 (June 10, 2020); Trial Ex. 42 at 67000.*

### 2.    Known Extent of Exposure to Fluoridated Water

414.    EPA considers various exposure-related factors in the risk determination, including the number of people exposed, as well as the duration, frequency, and patterns of exposure. *Trial Ex. 96 at 500; Thiessen Trial Tr. (ECF No. 401) at 813:9-17 (Feb. 6, 2024).*

415.    EPA considers the number of people exposed because it helps to identify the extent of potential risk. *Barone Trial Tr. (ECF No. 400) at 587: 19-588:3 (Feb. 5, 2024).*

416.     The larger and more diverse the exposed population, the greater potential there is for human susceptibility to vary in response to the chemical exposure. *Barone Trial Tr. (ECF No. 400) at 587: 19-588:3 (Feb. 5, 2024).*

417.     Approximately 200 million Americans have fluoride intentionally added to their drinking water at a concentration of 0.7 mg F/L. *Undisputed Fact No. 1.* Most other Americans are indirectly exposed to fluoridated water through consumption of commercial beverages and food manufactured with fluoridated water. *Thiessen Trial Tr. (ECF No. 401) at 799:7-801:13 & 814:15-18 (Feb. 6, 2024).*

418.     The duration of exposure to fluoridated water is lifelong, starting at conception. *Thiessen Trial Tr. (ECF No. 401) at 813:18-20 (Feb. 6, 2024).*

419.     The frequency of exposure to fluoridated water, for most people, is several times daily. *Thiessen Trial Tr. (ECF No. 401) at 813:21-23 (Feb. 6, 2024).*

420.     The patterns of exposure to fluoridated water are well documented, and include age-related differences in water intake, with bottle-fed infants drinking more tap water (and therefore more fluoridated water) than all other age groups in the population. *Thiessen Trial Tr. (ECF No. 401) at 813:24-814:9 (Feb. 6, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶ 167.* Other populations with heightened intake of fluoridated water include populations with medical conditions that increase thirst (e.g., diabetes mellitus and diabetes insipidus), athletes, and physical laborers. *Thiessen Trial Tr. (ECF No. 401) at 809:3-19 (Feb. 6, 2024); Thiessen Decl. (ECF No. 202-1) ¶ 188.*

### 3.     Exposure to Susceptible Populations

421.     A citizen petitioner meets her burden of establishing an unreasonable risk if she is able to establish that the condition of use presents an unreasonable risk to a "potentially exposed or susceptible subpopulation." 15 U.S.C. § 2620(b)(4)(B)(ii). As with Section 21, Section 6 of TSCA also requires protection of susceptible subsets of the population. 15 U.S.C. § 2605(b)(1)(4)(A). EPA thus considers "susceptible" members of the populations as part of its risk evaluations. *Barone Trial Tr. (ECF No. 400) at 588:23-589:10 (Feb. 5, 2024).*

422.    Evidence that susceptible members of the population are being exposed to the chemical under the condition of use weighs in favor of an unreasonable risk determination. *Barone Trial Tr. (ECF No. 400) at 589:11-21 (Feb. 5, 2024).*

423.    It is undisputed that the developing brain during the in utero and infancy period has a heightened susceptibility to the impact of environmental toxicants. *Trial Ex. 18 at 42; Grandjean Trial Tr. (ECF No. 417) at 289:3-290:4; (*Feb. 1, 2024); *Grandjean Trial Decl. (ECF No 198-3) ¶¶ 38-40; Thiessen Trial Decl. (ECF No. 202-1) ¶ 159; Grandjean Trial Tr. (ECF No. 240) at 150:15-22 & 151:24-152:13; Lanphear Trial Tr. (ECF No. 241) at 349:5-8; Thayer Trial Tr. (ECF No. 241) at 440:18-441:1, 442:22-443.*

424.    In the case of water fluoridation, it is undisputed that large numbers of susceptible individuals are being exposed each year to fluoride through fluoridation, including approximately 2 million pregnant women, and over 300,000 exclusively formula-fed babies. *Thiessen Trial Tr. (ECF No. 401) at 815:6-816:23 (Feb. 6, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶¶ 162 & 180.*

425.    The number of pregnant women and formula-fed babies who are exposed to water fluoridation each year exceeds, by many orders of magnitude, the entire populations exposed to conditions of use for which EPA has found unreasonable risk. *Undisputed Fact No. 43; Barone Trial Tr. (ECF No. 400) at 588:11-17 (Feb. 5, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶ 219.* "With such widespread exposure to fluoridation chemicals among the general population, even small risks can amount to widespread harm." *Thiessen Trial Decl. (ECF No. 202-1) ¶ 219.*

426.    The one study (Till 2020) to evaluate the neurocognitive effects of fluoridated water exposure among formula-fed infants found a significant association with IQ deficits later in life. This finding remains uncontroverted. *Lanphear Trial Tr. (ECF No. 417) at 214:1-10 (Feb. 1, 2024); Thiessen Trial Tr. (ECF No. 401) at 817:9-21 (Feb. 6, 2024); Trial Ex. 123.*

### 4.    Confidence in Hazard and Exposure Data

427.    EPA does not require "high" confidence in either the hazard or exposure data to make an unreasonable risk determination under TSCA. *Undisputed Fact Nos. 38 & 40; Barone Trial Tr. (ECF No. 400) at 570:6-10 (Feb. 5, 2024).*

428.    For the hazard data, EPA does not make separate confidence determinations for "high dose" and "low dose" hazard studies. Instead, EPA provides a single confidence determination for the whole body of hazard data for the critical effect. *Barone Trial Tr. (ECF No. 397) at 491:22-492:6 (Feb. 2, 2024); Barone Trial Tr. (ECF No. 400) at 615:15-618:12 (Feb. 5, 2024).*

429.    EPA has made unreasonable risk determinations where it has medium confidence in the hazard data, and low to medium confidence in the exposure data. *Undisputed Fact Nos. 39 & 41; Barone Trial Tr. (ECF No. 400) at 570:6-10 (Feb. 5, 2024); Trial Ex. 88 at 5-6.*

430.    In EPA's first ten risk evaluations under the Amended TSCA, EPA derived a Hazard Level for neurotoxicity based on human data for two chemicals: methylene chloride and PCE. *Thiessen Trial Tr. (ECF No. 401) at 772:3-11 & 819:4-7 (Feb. 6, 2024).* In both instances, EPA was unable to derive a BMCL or NOAEL, and thus utilized a LOAEL, which is the least preferred form of Hazard Level. *Thiessen Trial Tr. (ECF No. 401) at 818:16-19 & 819:11-14 (Feb. 6, 2024); Barone Trial Tr. (ECF No. 397) at 496:10-25 (Feb. 2, 2024).* In both instances, EPA derived the LOAEL from studies it judged to be of "medium" quality. *Trial Ex. 88 at 5-6.*

431.    For methylene chloride, EPA had low confidence in at least some of the exposure scenarios for which it found unreasonable risk. *Thiessen Trial Tr. (ECF No. 401) at 819:4-820:4 (Feb. 6, 2024).*

432.    Despite having suboptimal confidence in the hazard and exposure data for methylene chloride and PCE, EPA found unreasonable risks for exposure scenarios where the human exposure level was 1/27[th], 1/51[st], and 1/89[th] of the Hazard Level. *Thiessen Trial Tr. (ECF No. 401) at 818:7-15 & 819:8-10 (Feb. 6, 2024); Barone Trial Tr. (ECF No. 400) at 612:7-613:19 (Feb. 5, 2024).*

433.    The determination of risk for fluoride neurotoxicity from the condition of use of water fluoridation involves far less extrapolation from high-dose studies than was the situation with methylene chloride and PCE. *Thiessen Trial Tr. (ECF No. 401) at 820:5-22 & 821:15-822:15 (Feb. 6, 2024).* With fluoride, there is little dispute that water fluoride levels just three to five times higher than the Condition of Use level (0.7 mg/L) are associated with neurotoxic effects, and some

studies—including high-quality studies—have detected significant adverse neurotoxic effects under the Condition of Use, including an uncontroverted study on formula-fed infants. *Barone Trial Tr. (ECF No. 418) at 1424:24-1425:3 (Feb. 13, 2024); Trial Ex. 106; Trial Ex. 107; Trial Ex. 109; Trial Ex. 112; Trial Ex. 115; Trial Ex. 116; Trial Ex. 120; Trial Ex. 123*. There is thus less extrapolation required, and thereby greater confidence, in the risk determination for water fluoridation than the risk determinations for the methylene chloride and PCE conditions of use. *Thiessen Trial Tr. (ECF No. 401) at 821:15-822:4 (Feb. 6, 2024).*

434.    The exposure information on fluoride from fluoridated water, which benefits from well characterized data on tap water consumption, permits greater confidence than the limited exposure information that EPA has had available to it for some of the obscure manufacturing processes it has evaluated and found unreasonable risk from under TSCA. *Thiessen Trial Tr. (ECF No. 401) at 775:17-776:18 (Feb. 6, 2024); Thiessen Trial Decl. (ECF No. 202-1) ¶¶ 148-153.* Additionally, published data exists on urinary fluoride levels in *pregnant women* exposed to *the specific condition of use at issue* (water fluoridation), thus significantly limiting the assumptions that need to be made to estimate exposure. *Trial Ex. 108; Trial Ex. 122.*

### 5.    Uncertainties

435.    The parties agree that "In the ideal world, all risk assessments would be based on a very strong knowledge base (i.e., reliable and complete data on the nature and extent of contamination, fate and transport processes, the magnitude and frequency of human and ecological exposure, and the inherent toxicity of all of the chemicals)." *Undisputed Fact No. 17.*

436.    The parties further agree that "in real life, information is usually limited on one or more of these key data needed for risk assessment calculations." Consequently, "all risk estimates are uncertain to some degree." *Undisputed Fact No. 17; Barone Trial Tr. (ECF No. 400) at 590:10-25 (Feb. 5, 2024).*

437.    Since data gaps and the uncertainties that arise from data gaps are pervasive to risk assessment, it is to be expected *a priori* that uncertainties exist in the assessment of fluoride. *Undisputed Fact No. 17; Barone Trial Tr. (ECF No. 400) at 590:10-25 (Feb. 5, 2024).* One of the data gaps on fluoride that EPA has pointed to is the absence of a PBPK model to precisely

estimate the external intake value for the urine-based BMCL. *Barone Trial Tr. (ECF No. 418) at 1433:23-1434:8 (Feb. 13, 2024).* However, Risk Sciences International (RSI) has converted the urine-based hazard value (i.e., BMCL) into hazard values that are expressed in terms of both mg F/day and mg F/L in water. *Trial Ex. 129 at 24*. Moreover, there is hazard and exposure data that has been published using the same units of exposure (e.g., urinary fluoride levels) and, as such, the hazard and exposure values can be directly compared. *Thiessen Trial Tr. (ECF No. 401) at 789:20-791:16 (Feb. 6, 2024).*

### B.   EPA'S PROPOSED FACTS

438.    In the final component of a TSCA risk evaluation, EPA determines whether the chemical substance does or does not present an unreasonable risk of injury to health or the environment under the conditions of use. 15 U.S.C. § 2605(b)(4)(A).

439.    A variety of factors may bear on whether a risk is unreasonable, including, but not limited to: the effects of the chemical substance on health and human exposure to such substance under the conditions of use; the population exposed (including any susceptible populations); the severity of hazard; and uncertainties. Trial Ex. 544, at 33,735.

440.    Where a chemical substance has beneficial health effects, such as fluoride, consideration of those effects should be included as part of the risk evaluation and risk determination. Henry Decl. ¶¶ 51, 100, ECF No. 201; 82 Fed. Reg. at 33,735, Trial Ex. 544 (Trial Phase 1). Dr. Thiessen did not conduct a systematic review of fluoride's anti-caries health effects. Thiessen Trial Tr. Vol. 4, 578:21–25 (Trial Phase 1). Dr. Thiessen did not consider fluoride's anti-caries health effects in a dose-response assessment. *Id.* at 580:8–10 (Trial Phase 1). No evidence in the record demonstrates that Dr. Thiessen considered fluoride's anti-caries health effects as part of an exposure assessment, risk characterization, or risk determination.

441.    As Dr. Barone explained, there is not sufficient evidence for the Court to reach the risk determination step. Barone Trial Tr. Vol. IX, at 1420:21–1421:12.

Date: February 16, 2024        Respectfully submitted,

*/s/ Michael Connett*
MICHAEL CONNETT
C. ANDREW WATERS
WATERS, KRAUS & PAUL
11601 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 414-8146

*Attorneys for Plaintiffs*

Date: February 16, 2024        Respectfully Submitted,

TODD KIM
Assistant Attorney General

*/s/ Brandon N. Adkins*
PAUL A. CAINTIC
BRANDON N. ADKINS
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2593 (Caintic)
Tel: (202) 616-9174 (Adkins)
Fax: (202) 514-8865
Paul.Caintic@usdoj.gov
Brandon.Adkins@usdoj.gov

ISMAIL J. RAMSEY
United States Attorney

MICHELLE LO
Chief, Civil Division

EMMET P. ONG
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Tel: (510) 637-3929
Fax: (510) 637-3724
Emmet.Ong@usdoj.gov

*Attorneys for Defendants*