UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC      Food & Water Watch et al, v. EPA et al

# TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **Edward M. Chen** | PLAINTIFFS' ATTORNEYS: Michael Connett, Charles "Andy" Waters | DEFENSE ATTORNEYS: Brandon Adkins, Emmet Ong, Paul Caintic |
|---|---|---|
| TRIAL DATE: February 12, 2024 | REPORTER: Jennifer Coulthard | DEPUTY CLERK: Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:32 a.m. | | | Court in session.  Parties stated appearances.  Mr. Adkins indicated the parties propose the video deposition of Jesus Ibarluzea not be played in Court during trial for efficiency but be submitted as a Trial Exhibit for the Court to view.  The parties will conclude trial on Tuesday, 2/13/2024, instead of 2/14/2024.  Parties will stipulate to the deposition designations.  Court agreed with proposal. |
| | | 8:44 a.m. | | | Witness, **David Savitz,** returns to the stand from 2/9/2024, witness previously sworn for testimony.  Cross-examination of witness by Michael Connett resumes. |
| | | 10:05 a.m. | | | Re-direct examination of witness by Paul Caintic. |
| | | 10:40 a.m. | | | Re-direct examination of witness by Paul Caintic concludes. |
| | | 10:42 a.m. | | | Court in recess. |
| | | 11:03 a.m. | | | Court reconvened. |
| | | 11:04 a.m. | | | Re-cross examination of witness by Michael Connett. |
| | | 11:11 a.m. | | | Witness thanked and excused. |
| | | 11:11 a.m. | | | Mr. Adkins indicated parties have stipulated to move into evidence **Exhibit 134**, the video deposition of Jesus Ibarluzea.  **Total time of video deposition is 2 hours, 21 minutes.  Plaintiffs' designations are 1 hour and 12 minutes, defendants' designations are 1 hour and 8 minutes.  Court grants.  Video deposition admitted.**  Plaintiff moves to admit **Exhibit 135** as impeachment to the deposition, page 58:24-62:4.  Defendant has no objection if unredacted version admitted.  **Exhibit 135 Unredacted Version Admitted.** |
| | | 11:14 a.m. | | | Witness, **Stanley Barone,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Brandon Adkins. |

|  |  | 12:09 p.m. |  |  | Court in recess. |
|---|---|---|---|---|---|
|  |  | 12:30 p.m. |  |  | Court reconvened. |
|  |  | 12:31 p.m. |  |  | Court held discussion with counsel regarding Dr. Barone's report. |
|  |  | 12:40 p.m. |  |  | Direct examination of witness by Brandon Adkins resumes. |
|  |  | 1:36 p.m. |  |  | Direct examination of witness by Brandon Adkins concludes. |
|  |  | 1:38 p.m. |  |  | Court adjourned. |