UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC     Food & Water Watch et al, v. EPA et al

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: **Edward M. Chen** | PLAINTIFFS' ATTORNEYS: Michael Connett, Charles "Andy" Waters | DEFENSE ATTORNEYS: Brandon Adkins, Emmet Ong, Paul Caintic |
|---|---|---|
| TRIAL DATE: February 13, 2024 | REPORTER: Jennifer Coulthard | DEPUTY CLERK: Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court in session.  Parties stated appearances.  Court held discussion with parties.  Updated, merged proposed findings of fact and conclusion of law due 2/16/2024, by 1:00 PM PST |
| | | 8:35 a.m. | | | Witness, **Stanley Barone,** returns to the stand from the preceding day, witness previously sworn for testimony.  Direct examination of witness by Brandon Adkins resumes. |
| | | 9:23 a.m. | | | Court in recess. |
| | | 9:31 a.m. | | | Court reconvened. |
| | | 9:31 a.m. | | | Cross examination of witness by Michael Connett. |
| | | 10:19 a.m. | | | Cross-examination of witness by Michael Connett concludes. |
| | | 10:19 a.m. | | | Court questions witness |
| | | 10:25 a.m. | | | Re-direct examination of witness by Brandon Adkins. |
| | | 10:27 a.m. | | | Witness thanked and excused. |
| | | 10:27 a.m. | | | Plaintiff advised the Court he has rebuttal evidence, defendant objected stating this information was not disclosed in December 2023 per the Court's order.  Court heard brief oral argument.  Court excluded rebuttal evidence. |
| | | 10:38 a.m. | | | Court adjourned. |