# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

**CIVIL MINUTES**

**Date:** February 20, 2024  **Time:** 2:31  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC  **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett/ Andy Waters

**Attorney for Defendants:** Brandon Adkins/Paul Caintic/Emmet Ong

**Deputy Clerk:** Ada Means  **Court Reporter:** Jennifer Coulthard

**PROCEEDINGS**

Bench trial closing arguments (Day 10) held and concluded by Zoom videoconference. The parties addressed the Court's questions contained in docket number 419.