UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-02162-EMC     Food & Water Watch, Inc. v. Environmental Protection Agency

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Edward M. Chen | PLAINTIFF ATTORNEYS: Michael Connett/Andy Waters | DEFENSE ATTORNEYS: Brandon Adkins/Paul Caintic/Emmet Ong |
|---|---|---|
| TRIAL DATE: February 20, 2024 (Day 10) | COURT REPORTER: Jennifer Coulthard | CLERK: Ada Means |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:30 a.m. | | | Court reconvenes, all parties present by Zoom videoconference. Court and counsel confer re: parties' proposed findings of fact for second phase of trial. The parties to submit responses to the findings of fact, each of the opponent, by March 1, 2024. |
| | | 9:34 a.m. | | | The Court hears closing arguments from the parties, based on the questions contained in docket number 419. |
| | | 11:15 a.m. | | | Court called for a brief recess. |
| | | 11:30 a.m. | | | Court reconvenes, all parties present on Zoom videoconference. Court continues to hear closing arguments from the parties, based on the questions contained in docket number 419. |
| | | 12:16 p.m. | | | The parties to meet and confer re: responses to the findings of facts. The parties to submit a formal motion to have the proceedings available to the public. |
| | | 12:17 p.m. | | | The Court takes the matter under submission. The bench trial has concluded. Court is adjourned. |

1