C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Civ. No. 17-CV-02162-EMC <br><br> **DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SHORT CLOSING BRIEF** |

I am the lead attorney for Plaintiffs in the above-captioned case. I make this statement based on personal knowledge and I am competent to testify to the matters stated herein.

1. On March 2, 2024, one day after receiving EPA's rebuttal, I emailed EPA's counsel of record and asked if the Agency would join a motion for leave to file a short closing brief.

2. On March 6, 2024, I reiterated my request for EPA to provide an answer as to whether it would join Plaintiffs' proposed motion.

3. On March 7, 2024, I simplified the request by dropping the request for EPA to join the motion, and asked instead whether EPA would oppose it.

4. On March 7, 2024, counsel for EPA informed me that EPA would oppose Plaintiffs' proposed motion.

I declare under penalty of perjury that the foregoing is true and correct.

1
DECLARATION OF MICHAEL CONNETT

Executed on March 8, 2024 in Exeter, New Hampshire.

/s/ Michael Connett

MICHAEL CONNETT

Attorney for Plaintiffs