UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br> Plaintiffs, <br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Civ. No. 17-CV-02162-EMC <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SHORT CLOSING BRIEF** |

Having reviewed Plaintiffs' Motion for Leave to File a Short Closing Brief, the Court GRANTS the motion.

IT IS SO ORDERED. Dated this \_\_\_\_ day of _____, 2024.

_____
HON. EDWARD M. CHEN
United States District Judge