Plaintiffs' Exhibit

**011**

Food & Water v. EPA
3:17-cv-02162-EMC



United States
Environmental Protection
Agency

National Institute of
Environmental Health Sciences

# NIEHS/EPA CHILDREN'S ENVIRONMENTAL HEALTH AND DISEASE PREVENTION RESEARCH CENTERS

## IMPACT REPORT

## PROTECTING CHILDREN'S HEALTH WHERE THEY LIVE, LEARN, AND PLAY

EPA/600/R-17/407

# Children's Health Matters



**35%**

The number of children diagnosed with leukemia has increased by **35%** over the past 40 years.[1]

**8.4%**

**8.4%** of children in the U.S. have asthma.[2]

**1 in 42** 8-year-old boys have autism.[3]

## Children in the U.S. are at high risk for chronic disease

This may be a result of increasing exposures to environmental toxicants.



Approximately **16,000** premature births per year in the U.S. are attributable to air pollution.[4]

Children in **4 million** U.S. households may be exposed to high levels of lead.[5]

**60%** of acute respiratory infections in children worldwide are related to environmental conditions.[6]

Genetics were once thought to contribute **90%** to autism, but are now thought to only contribute **41-56%** in boys and **13-16%** in girls.

**The role of environmental factors in autism is greater than previously thought.**[7]

Air pollution contributes to **600,000** deaths worldwide in children under 5 years old.[8]

2

# Children are uniquely vulnerable to environmental risks

**Biology.** Children's brains, lungs, immune, and other systems are rapidly developing. Their natural defenses are less developed than adults; skin and blood–brain barriers are more permeable, and metabolic and detoxification pathways are not yet fully developed.

**Behavior.** Children's behavior patterns make them more susceptible to exposure. They crawl and play close to the ground, putting them in contact with dirt and dust. They put their hands, toys, and other objects in their mouths. They eat, drink, and breathe more than adults relative to body mass.

# Children's environmental health has a significant impact on society



**$76.6 Billion**
Annual cost of environmentally related diseases in U.S. children.[10]

*Diseases*

**$833,000**
Total cost for one child with cancer (medical costs and lost parental wages).[11]

*Cancer*

**$2.2 Billion**
Annual cost of childhood asthma that could be attributed to environmental factors.[10]

*Asthma*

**$11,500 – $15,600**
Lifetime earnings lost as a result of the loss of one IQ point.[9]

*IQ*

**$1.4 –2.4 Million**
Lifetime cost of supporting one person with autism.[12]

*Autism*

Environmental exposures in the earliest stages of human development – including before birth – influence the occurrence of disease later in life. Improving the understanding of these **developmental origins of health and disease** is critical to reducing children's health risks and improving the quality of life for children and their families.

Pls' Ex. 11

# DISCLAIMER

The research described in this document has been funded jointly by the U.S. Environmental Protection Agency (EPA) under the Science to Achieve Results (STAR) grants program and the National Institute of Environmental Health Sciences (NIEHS). The information provided does not necessarily reflect the views of the Agency, and no official endorsement should be inferred. Mention of trade names or commercial products does not constitute endorsement or recommendation by EPA for use. The information presented in this summary report is intended to provide the reader with insights about the progress and scientific achievements of STAR research grants. The report lists the grantees whose research is discussed, and it also indicates where more detailed peer-reviewed scientific data can be found. This report is not intended to be used directly for environmental assessments or decision making. Readers with these interests should instead consult the peer-reviewed publications produced by the STAR grants and conduct necessary data quality evaluations as required for their assessments. ICF International provided support under contract with the EPA (contract number EP-C-14-001). EPA and/or its contractor has received permission to use the images within this document.

**Suggested citation:** U.S. Environmental Protection Agency. (2017). NIEHS/EPA Children's Environmental Health and Disease Prevention Research Centers Impact Report: Protecting children's health where they live, learn, and play. EPA Publication No. EPA/600/R-17/407. Retrieved from https://www.epa.gov/sites/production/files/2017-10/documents/niehs_epa_childrens_centers_impact_report_2017_0.pdf?pdf=chidrens-center-report.



"As we embark on 17 years of outstanding interagency collaboration, we recognize that we will all gain strength and momentum by working together to protect the most vulnerable population – our children."[13]
– James H. Johnson, Jr., Ph.D., Director, NCER, EPA and Gwen W. Collman, Ph.D., Director, Division of Extramural Research & Training, NIEHS

# ACKNOWLEDGMENTS

To the Children's Centers investigators, listed on the right – thank you! Research takes time and all the findings documented in this report are a result of your unrelenting perseverance. Thank you for investing your careers and ingenuity to change the landscape of children's environmental health. Thank you, also, for your significant contributions to this document. It has been awe-inspiring to watch you paint a picture that represents the extensive impact of your work.

I am indebted to Hayley Aja (EPA Student Contractor) and Emily Szwiec (Association of Schools and Programs of Public Health/EPA) who made tremendous contributions to the report with passion, dedication, and determination as both authors and reviewers. I am truly grateful to Patrick Lau for his support, expertise, and drive for excellence. The continued support and guidance from the EPA communications staff, including Kelly Widener, Pradnya Bhandari, Aaron Ferster, and Annie Kadeli were instrumental in preparing this report.

Kimberly Gray (NIEHS) has been a constant and determined partner in documenting the success of the Children's Centers program and this report would not be possible without her contributions. Additional support from NIEHS was provided by Christie Drew, Virginia Guidry, and Anne Thompson.

The development of this report also benefited from the invaluable comments of more than 20 EPA staff across the Agency (listed in Appendix A). Valuable input and constructive recommendations from Martha Berger and the EPA Office of Children's Health Protection, as well as the Children's Health Protection Advisory Committee, provided essential guidance on increasing the impact of the report.

Finally, sincere thanks to the individuals that make this research possible. The American people who have entrusted us to discover ways to better protect our children; the diligent staff in grants, financial, and legal offices at EPA, NIEHS, and the funded institutions; those who have organized and participated in peer reviews; the research support staff at the centers; and the children and parents who invest their time to participate in this research.

Over the last two decades, this program has been skillfully managed by various EPA and NIEHS staff — It has been my privilege to capture a snapshot of the impact of this program. With sincere gratitude,

Nica Louie
Project Officer, Children's Centers program
NCER, ORD, EPA

## CHILDREN'S CENTERS INVESTIGATORS WHO CONTRIBUTED TO THIS REPORT

**Cincinnati:** Bruce Lanphear, Kimberly Yolton

**Columbia University:** Frederica Perera, Kimberly Burke, Brittany Shea

**Dartmouth College:** Margaret Karagas, Carolyn Murray

**Denver:** Andrew Liu

**Duke University:** Susan Murphy, Ed Levin, Jamie Wylie

**Emory University:** Linda McCauley, P. Barry Ryan, Nathan Mutic

**The Johns Hopkins University:** Greg Diette, Nadia Hansel

**Northeastern University:** Akram Alshawabkeh

**UC Berkeley (CERCH):** Brenda Eskenazi, Asa Bradman, Kim Harley, Nina Holland, Karen Huen, James Nolan

**UC Berkeley (CIRCLE):** Catherine Metayer, Stephen Rappaport, Mark Miller, John Nides, Joseph Wiemels, Todd Whitehead

**UC Berkeley/Stanford University:** Katharine S. Hammond, Jennifer Mann, Kari Nadeau, Mary Prunicki, Deborah Hussey Freeland

**UC Davis:** Judy Van de Water, Isaac Pessah, Irva Hertz-Picciotto

**UC San Francisco:** Tracey Woodruff, Patrice Sutton, Erin DeMicco

**University of Illinois:** Susan Schantz, Jodi Flaws

**University of Michigan:** Karen Peterson, Vasantha Padmanabhan, Robin Lee, Dana Dolinoy, Jacyln Goodrich, Deborah Watkins, Brisa Sanchez, Wei Perng

**University of Southern California:** Rob McConnell, Andrea Hricko, John Froines

**University of Washington:** Elaine Faustman, Marissa Smith

# CONTENTS

## CHILDREN'S HEALTH MATTERS — 2

### EXECUTIVE SUMMARY — 8
In just a few pages, learn about the history of the Children's Centers, their unique research, and their groundbreaking work.

### COMMONLY USED ACRONYMS — 16

### CENTER NAMES AND AFFILIATIONS — 16
A list to help cross-reference center names and affiliations.

### READING GUIDE — 17
How to navigate through this report, whether you need a simple overview or a more in-depth look at the science.

## HEALTH OUTCOMES — 18

### ASTHMA — 20
Examples of how exposures in different locations such as near roadways or in rural settings could make asthma symptoms worse.

### BIRTH OUTCOMES — 22
Mothers exposed to some environmental chemicals while pregnant may be at higher risk for babies with preterm birth, low birth weight, and birth defects.

### CANCER — 24
The sharp increase in childhood leukemia over the past 40 years may be due to environmental exposures.

### IMMUNE FUNCTION — 26
Environmental exposures can interfere with the function and regulation of the immune system, causing other health problems such as altered neurodevelopment and cancer.

### NEURODEVELOPMENT: GENERAL — 28
Exposures to environmental chemicals before birth and during childhood can have detrimental effects on learning, attention, memory, and behavior.

#### NEURODEVELOPMENT: AUTISM SPECTRUM DISORDER — 30
The rates of autism have risen in recent years. Find out the role of prenatal and parental environmental exposures in urban or rural settings.

### OBESITY — 32
Environmental toxicants may play an important role in obesity. Findings to-date focus on refining methods for measuring obesity.

### REPRODUCTIVE DEVELOPMENT — 35
Exposure to environmental chemicals can affect the timing of puberty for boys and girls.

## ENVIRONMENTAL EXPOSURES — 36

### AIR POLLUTION — 38
Learn how kids' respiratory health is affected by air pollutants.

### ARSENIC — 42
Learn about prenatal exposures to arsenic and impact on fetal growth. Rice-based products and drinking water may also be a source of arsenic exposure.

### CONSUMER PRODUCTS
Every day we use a variety of products that expose us to chemicals that may affect child development.

#### CONSUMER PRODUCTS: BPA — 44
Found in toys, baby bottles, and water bottles, bisphenol A (BPA) can impact obesity and reproductive development.

#### CONSUMER PRODUCTS: PBDEs — 46
Used as flame retardants in furniture and other products, polybrominated diphenyl ethers (PBDEs) can impair neurodevelopment.

#### CONSUMER PRODUCTS: PHTHALATES — 48
Exposure to phthalates from shampoo, perfumes, and makeup can affect neurodevelopment and reproductive health.

### LEAD — 50
While lead levels have greatly decreased, many children are still at risk. Lead exposure impacts brain structure and function, contributes to ADHD, and can diminish school performance.

### PESTICIDES — 52
Kids are especially susceptible to pesticides, and exposure before birth or during childhood may result in ADHD, lowered IQ, and other neurodevelopmental disorders.

### SECONDHAND TOBACCO SMOKE — 56
Learn about how both maternal and paternal smoking before conception and during pregnancy can cause asthma, cancer, and neurodevelopmental effects.



# HALLMARK FEATURES 58

## COMMUNITY OUTREACH AND RESEARCH TRANSLATION 60
The Children's Centers have empowered communities by successfully translating scientific findings into actionable solutions.

## EXPOSURE ASSESSMENT 64
New methods that more precisely measure the environmental exposures for both mothers and children.

## INTERDISCIPLINARY APPROACHES 66
Examples of how leveraging the unique expertise of many fields to conduct research provides evidence to protect our children.

## NEW METHODS AND TECHNOLOGIES 68
Learn about the pioneering new approaches and technologies used to advance the field of children's environmental health.

## POPULATION-BASED STUDIES 70
Studies that start before birth and follow children up to young adulthood are invaluable for tracking the effects of exposures over time.

## RODENT MODELS 72
Examples of how animal models inform epidemiological studies to help explain the effects of exposure and reduce the burden of disease.

## SAMPLE REPOSITORY 74
The collection and storage of biological and environmental samples enable us to answer questions about exposures over long periods of time.

# APPENDICES

INDEX 77

REFERENCES 80

CHILDREN'S HEALTH MATTERS 80

HEALTH OUTCOMES 81

ENVIRONMENTAL EXPOSURES 90

HALLMARK FEATURES 101

## APPENDIX A — LIST OF EPA REVIEWERS 107
List of EPA staff who provided comments and recommendations for this report.

## APPENDIX B — SUMMARY OF THE CHILDREN'S CENTERS 108
List of the current and previously funded Children's Centers, including environmental exposures and health outcomes studied by each center.

# EXECUTIVE SUMMARY

Environmental exposures in the earliest stages of human development—including before birth—influence the occurrence of disease later in life. Since 1997, the U.S. Environmental Protection Agency (EPA) and the National Institute of Environmental Health Sciences (NIEHS) have partnered to investigate new frontiers in the field of children's environmental health research by supporting research devoted to children's environmental health and disease prevention. EPA funding has been provided under the Science to Achieve Results (STAR) grant program. STAR funds research on the environmental and public health effects of air quality, environmental changes, water quality and quantity, hazardous waste, toxic substances, and pesticides.



The Children's Environmental Health and Disease Prevention Research Centers (Children's Centers) program was established through this unique partnership, and continues to be successful in protecting children's health. **46 grants have been awarded to 24 centers through a highly competitive process.**

**EPA and NIEHS have together invested more than $300 million in the Children's Centers program to expand our knowledge on the exposures and health outcomes.** The partnership has led to tangible results in communities across the country.

This impact report highlights some of the progress the Children's Centers have made toward reducing the burden of environmentally induced or exacerbated diseases placed on children.

### EXECUTIVE ORDER 13045 — PROTECTION OF CHILDREN FROM ENVIRONMENTAL HEALTH RISKS

Signed in 1997, this Executive Order requires federal agencies to ensure their policies, standards, and programs account for any disproportionate risks children might experience.[14] With this incentive, EPA and NIEHS executed a memorandum of understanding to jointly fund and oversee a new and impactful research grant program focused on children's health.

# Exemplifying the value of partnerships between federal agencies

Pls' Ex. 11

# Approaching the challenge of studying children's environmental health with a unique perspective





A Children's Center is not a pediatric clinic or a physical building — it is the name used to describe a research program investigating the impact of environmental exposures on children's health. Investigators may be located in one building or at one university, however many centers are located across campuses in one or more partnering institutions.

The Children's Centers examine pressing questions with a wide-angle lens, not allowing the boundaries of any particular field to restrict, define, or determine the array of possible approaches. They bring together experts from many fields, including clinicians, researchers, engineers, social scientists, and others. Relying on a diverse set of disciplines has helped the centers successfully bridge the gap between environmental exposures and health outcomes.

Determining what chemical exposures are toxic to children requires a variety of research approaches. Each center consists of three to four unique but integrated research projects related to the center's theme. Children's Centers are supported by cores that provide infrastructure, services, and resources to the research projects to help them meet their long–term goals. Each center is structured with at least two cores: one that coordinates and integrates center activities, and one that engages with the community and translates scientific findings. A coordinated interrelationship exists between the projects and cores that combine to form a cohesive center with a common theme.

Many Children's Centers follow children from preconception through childhood, enabling a deeper understanding of the effects of environmental exposures on childhood diseases. This approach has also allowed for the collection of biological samples over time. These archives of biological samples serve as a resource for the future and provide critical information on the prenatal and childhood determinants of adult disease.

## WANT TO LEARN MORE?

If you are interested in what makes the Children's Centers program unique, see the **Hallmark Features** section.

# Leveraging the expertise of researchers across the country



| University of Washington |
| University of California, Davis |
| University of California, Berkeley (CERCH) |
| University of California, San Francisco |
| University of California, Berkeley (CIRCLE) |
| University of California, Berkeley/Stanford University |
| Denver |
| University of Southern California |

**WANT TO LEARN MORE?**

See **Appendix B** for more information about each Children's Center.

| Year Request for Application (RFA) Issued | 1997 | 2000 | 2003 | 2005 |
|---|---|---|---|---|
| Grants Funded | 8 | 4 | 7 | 2 |
| Approximate Joint Funding (millions) | $60M | $28M | $52M | $15M |

10

Pls' Ex. 11

# Fostering a new generation of leaders in children's environmental health

**Totals**
**8 RFAs**

| 2009 | 2009 Formative | 2012 | 2014 | Totals |
|---|---|---|---|---|
| 6 | 6 | 8 | 5 | 46 grants |
| $44M | $12M | $62M | $28M | $301M |



# Leading the field in research that improves the quality of life for children and adults

The Children's Centers have transformed the field of children's environmental health. They have heightened awareness of children's environmental health—both nationally and internationally—and have helped establish it as a distinct field of study. Research from the centers has led to new detection, treatment, and prevention strategies for diseases related to environmental exposures.

**Children's Centers research has identified the critical role environmental toxicants play in the development of asthma, obesity, ADHD, cancer, autism, and other childhood illnesses that may set the trajectory of health throughout adult life.**

The centers have led the way in clarifying the relationship between exposures in the earliest stages of human development—including before birth—and the occurrence of disease later in life. Improving understanding of the developmental origins of health and disease is critical for developing effective interventions to reduce health risks and improve quality of life for children and adults.

### WANT TO LEARN MORE?

If you are interested in a specific disease, see the **Health Outcomes** section.

If you are interested in a specific chemical, see the **Environmental Exposures** section.

## Children's Centers Publications by Year (as of June 2017)



**2,544** publications, including journal articles and book chapters.

**141** publications per year, on average (excluding 1998).

Through their groundbreaking work, the Children's Centers have pushed the boundaries of clinical, field, and laboratory–based research. The research has been disseminated through thousands of publications in diverse and peer–reviewed journals. The research findings lay a critical foundation for reducing health risks and improving quality of life for children and adults.

Pls' Ex. 11

# Serving communities in ways that help protect children and pregnant women

Many times, scientific findings and research results are complex and difficult to understand. Empowered by Children's Centers program requirements[15] to translate and apply research findings to protect children, the Children's Centers successfully translate and communicate scientific findings into actionable solutions. The centers provide the public, community organizations, healthcare professionals, decision makers, and others with practical information about the science linking the environment to children's health.

Innovative partnerships between researchers and the community help drive research design, lead to practical interventions, and create culturally–appropriate communication materials. Through their efforts, the centers empower community members to participate in planning, implementing, and evaluating interventions and public health strategies for healthier children, families, and future generations.

Research from the Children's Centers has reached thousands of people across the world through various forms of media.*



**1,400** news media stories



**2,300** Facebook posts



**8,000** Tweets

*based on a June 2017 Altmetric analysis of 1,877 Children's Centers publications

### WANT TO LEARN MORE?

If you are interested in the community outreach and research translation efforts by the Children's Centers, see the **Hallmark Features** section.

# Continuing to transform the landscape



The Children's Centers are integral to both EPA and NIEHS' research programs. The centers are one of several commitments to foster a healthy environment for children. They have advanced our understanding of the critical role environmental toxicants play in the development of childhood illnesses that may set the trajectory of health throughout adult life.

While EPA and NIEHS have together invested more than $300 million in the Children's Centers program to better understand the impact of the environment on children's health, there is still much to learn. The relationships between many environmental exposure and health outcomes remain unexplored. More data is needed to reduce or eliminate any uncertainties in associations between environmental exposures and health outcomes.

**The work of the Children's Centers program has identified the need for more feasible, simple strategies to prevent environmental exposures and reduce the burden of disease in children.**

Future efforts to protect children's health will require collaboration with communities, health professionals, and local, state, and federal governments. The strong relationships that the centers have established will benefit researchers and members of the community in the future.

The future of children's environmental health relies on research that expands knowledge, reduces uncertainty, and furthers collaboration.

**14**

# of children's environmental health



**The Children's Centers research program addresses a broad range of key issues by:**

**Stimulating new and expanding existing research** on the environmental determinants of children's health and the biological mechanisms that impact health and development.

**Using an inter-disciplinary approach** to understand the persistent developmental effects of chemicals and other environmental exposures from preconception through childhood and adolescence.

**Enhancing communication** and accelerating translation of research findings into applied intervention and prevention methods.

# COMMONLY USED ACRONYMS

**ADHD** – Attention–Deficit Hyperactivity Disorder

**ASD** – Autism Spectrum Disorder

**BPA** – Bisphenol A

**EDCs** – Endocrine Disrupting Chemicals

**IPM** – Integrated Pest Management

**NO$_2$** – Nitrogen Dioxide

**OP** – Organophosphate

**PBDEs** – Polybrominated Diphenyl Ethers

**PAHs** – Polycyclic Aromatic Hydrocarbons

**PCBs** – Polychlorinated Biphenyls

**PM** – Particulate Matter

**STS** – Secondhand Tobacco Smoke

**UC** – University of California

**µg/dL** – Micrograms per deciliter

# CENTER NAMES AND AFFILIATIONS

**Brown University** – Formative Center for the Evaluation of Environmental Impacts on Fetal Development*

**Cincinnati** – Center for the Study of Prevalent Neurotoxicants in Children

**Columbia University** – Columbia Center for Children's Environmental Health

**Dartmouth College** – Children's Environmental Health and Disease Prevention Research Center at Dartmouth

**Denver** – Environmental Determinants of Airway Disease in Children

**Emory University** – Emory University's Center for Children's Environmental Health

**Duke University (NICHES)** – Center for Study of Neurodevelopment and Improving Children's Health Following Environmental Tobacco Smoke Exposure

**Duke University (SCEDDBO)** – Southern Center on Environmentally–Driven Disparities in Birth Outcomes*

**Harvard University** – Metal Mixtures and Children's Health*

**Mount Sinai School of Medicine** – Inner City Toxicants, Child Growth, and Development

**Northeastern University** – Center for Research on Early Childhood Exposure and Development in Puerto Rico

**The Johns Hopkins University** – Center for the Study of Childhood Asthma in the Urban Environment

**University of California, Berkeley (CERCH)** – Center for Environmental Research and Children's Health

**University of California, Berkeley (CIRCLE)** – Center for Integrative Research on Childhood Leukemia and the Environment

**University of California, Berkeley/Stanford University** – Berkeley/Stanford Children's Environmental Health Center

**University of California, Davis** – Center for Children's Environmental Factors in the Etiology of Autism

**University of California, San Francisco** – Pregnancy Exposures to Environmental Chemicals Children's Center

**University of Illinois** – Novel Methods to Assess Effects of Chemicals on Child Development

**University of Iowa** – Children's Environmental Airway Disease Center

**University of Medicine and Dentistry of New Jersey** – Center for Childhood Neurotoxicology and Assessment

**University of Michigan (Peterson/Padmanabhan)** – Lifecourse Exposures and Diet: Epigenetics, Maturation and Metabolic Syndrome

**University of Michigan (Israel)** – Michigan Center for the Environment and Children's Health*

**University of Southern California** – Southern California Children's Environmental Health Center

**University of Washington** – Center for Child Environmental Health Risks Research

* Specific findings from these Centers are not discussed in this report

**16**

# READING GUIDE

The Children's Centers have led the way in demonstrating many of the links between environmental exposures and health outcomes. This report outlines some of the important contributions the Children's Centers have made to the field of children's environmental health.



It is often challenging to neatly categorize research findings and you will notice an overlap between the topic areas. For example, findings about air pollution may also be found in the topic area about asthma. To assist readers, an index has been provided that lists the various places where a topic is mentioned.

Are you interested in learning more about a specific disease, like autism or cancer? Or intrigued about how children may be exposed to environmental toxins, like BPA or lead? You will see the report is split into **Health Outcomes** and **Environmental Exposures**. Within each of these sections, the report is organized into topic areas that the Children's Centers have focused on since the inception of the program.

Each topic area includes a brief background, a summary of scientific findings, and examples of impacts in the community or in decision making. Each of these sections can be identified by text box color and location on the topic page.

### Interested in scientific research?
Read the research findings boxes at the bottom of each page. These findings are linked to the publication abstracts to help you gain a greater depth of scientific understanding.

### Need an overview of children's environmental health?
Focus on the top half of each topic area page, which provides general information.

### Interested in impacts in communities?
Read the Impact on Community boxes at the bottom of some of the topic area pages. Also read the Community Outreach and Research Translation topic area in the Hallmark Features section.

### Want to know what makes the Children's Centers so successful?
Read the Hallmark Features section to learn about the unique characteristics that have facilitated the program's success.







Infants and children are more vulnerable than adults to the negative effects of environmental exposures. The rapid growth and development that occurs *in utero* and during infancy, childhood, and adolescence makes children especially susceptible to damage. In fact, exposures throughout childhood can have lifelong effects on health.

Many factors contribute to children's health, including genetics, nutrition, and exercise, among others. The adverse health consequences of environmental exposures may occur along with other risk factors, and it is often difficult to determine the extent that the environment contributes to children's health.

The following pages present research from the Children's Centers on increasing rates of common chronic illnesses and the role of environmental exposures.



# HEALTH OUTCOMES

ASTHMA  20

BIRTH OUTCOMES  22

CANCER  24

IMMUNE FUNCTION  26

NEURODEVELOPMENT  28

NEURODEVELOPMENT: AUTISM SPECTRUM DISORDER  30

OBESITY  32

REPRODUCTIVE DEVELOPMENT  35

Pls' Ex. 11



## ASTHMA

## BACKGROUND

In the U.S., 6.2 million children have asthma.[1] Exposure to environmental chemicals can worsen asthma symptoms and can reduce ability to control those symptoms.[2] Asthma affects people of all ages, but most often starts during childhood; it is one of the top reasons that children miss school.[3] Asthma is a chronic disease, and symptoms include wheezing, breathlessness, coughing, and chest tightness.[4] These symptoms can be controlled by medication and by avoiding triggers. However, certain things such as air pollution, mold, and secondhand smoke can worsen symptoms.[3] Since 1980, the number of children with asthma and the severity of symptoms have risen sharply, putting tremendous burden on families and making this issue critically important to communities.[5]



**$56 billion:** Yearly cost of asthma in the U.S. (all ages).[6]

Exposure to air pollution is associated with an increased risk of asthma.[7] Traffic-related air pollution (TRAP) includes polycyclic aromatic hydrocarbons (PAHs), particulate matter (PM), nitrogen dioxide ($NO_2$), and ozone. The levels of TRAP are high near roadways and decline markedly as you move further away. Children who live, attend school, or play near major roadways are more susceptible to asthma.

**University of Southern California**

- Asthma risk increased in children who lived closer to major freeways, even those with no family history of asthma.[8,9]
- New onset asthma in primary school children could be associated with local TRAP near homes and schools.[7]

**UC Berkeley/ Stanford**

- Wheezing increased in children with asthma after ambient exposure to PAHs.[10]

**University of Michigan**

- Increased asthma symptoms and reduced lung function were associated with exposures to ambient PM and ozone in children with moderate to severe asthma.[11]

**20**

Pls' Ex. 11



> **"When I have an asthma attack, I feel like a fish with no water.**
> – Jesse, 5 years old.[8]

# IMPACT

The Children's Centers have investigated the causes of asthma so that children can maintain a normal quality of life. **Both outdoor and indoor air pollution can pose a risk to children whether they live in inner cities or rural communities.** The Children's Centers research has helped clarify the relationship between air pollution and asthma. The research has also found links between asthma and exposures to other chemicals, such as bisphenol A (BPA) and pesticides. Researchers learned that timing matters too. **Multiple windows of exposure, including during prenatal and postnatal development, can make a difference when it comes to asthma.** Research from the Children's Centers help support an improved understanding of asthma and has helped children and their families better manage this chronic disease. The research has also led to simple, feasible interventions to reduce the severity of asthma symptoms. For example, The Johns Hopkins University Children's Center used portable high efficiency particulate air (HEPA) filters in the homes of children who lived with a smoker, resulting in 33 fewer days per year with asthma symptoms.[13] The Children's Centers research is now moving toward exploring the links between asthma and other emerging factors, including obesity and immune function.

---

Children living in rural areas experience different environmental exposures than those living in urban areas. Children in agricultural settings often live, play, and work on farms, with children as young as 5 years old participating in farm chores. The study observed that children in this region were mainly exposed to organic dusts, such as grain and cotton dusts, or dusts generated in dairy barns. Other exposures that influenced asthma development were animal-derived proteins, common allergens, and low concentrations of irritants. The asthma prevalence in rural children rivaled that of children in large Midwestern cities. These results counter the preconceived idea that rural life has a protective effect for childhood asthma.[14]

**University of Iowa**

---

Recent studies found consistent associations between childhood organophosphate (OP) pesticide exposure, increased asthma symptoms, and reduced lung function in children. This finding is consistent with known acute effects of OP pesticide exposure and raises concerns about health impacts in agricultural areas.[15, 16] Researchers also found strong associations between sulfur use in agriculture and poorer respiratory health. Sulfur, which is of low toxicity and approved for conventional and organic agriculture, is a respiratory irritant and the most heavily used pesticide in California.[17]

**UC Berkeley (CERCH)**

---

Recent studies about the ways air pollution may exacerbate asthma focused on a particular group of immune cells, called T cells, that are important in controlling immune responses for asthma.[18-20] Researchers identified how PAHs impaired T cell function; in children with asthma, impaired T cell function is associated with increased asthma morbidity and decreased lung function.[18] Additionally, chronic exposures to ambient PAHs cause epigenetic changes that can suppress immune system regulation in children with asthma.[21]

**UC Berkeley Stanford**



# BIRTH OUTCOMES

## BACKGROUND

The physical and emotional effects of birth outcomes, such as preterm birth, low birth weight, and structural birth defects, can be overwhelming and the medical costs staggering.[22]  In some cases, prenatal exposure to environmental chemicals may be the cause.[23] Many adult diseases are also believed to have their origins in fetal life.[24] For example, a newborn with low birth weight (less than 5.5 pounds) has an increased risk of health problems in childhood and adulthood.[25] These infants also have an increased chance of getting sick in the first six days of life, developing infections, and suffering from long-term problems including delayed motor and social development or learning disabilities.[25]

In the U.S., more than **1 in 10 babies** are born preterm.[26]

| | |
|---|---|
| **UC Berkeley/ Stanford** | Maternal exposure to air pollution appears to substantially increase the risk of early preterm birth (less than 27 weeks gestation). These findings are from one of the largest studies of these associations and have extended the understanding of the effects of air pollution.[27-29] |
| **University of Southern California** | Maternal exposure to ozone may be associated with reduced birth weight in newborns.[30] The 2013 EPA Integrated Science Assessment for ozone reports that, of all studies considered, the University of Southern California Children's Center provided the strongest evidence for a relationship between ozone exposure and birth weight.[31] |
| **University of Michigan** | Maternal exposure to phthalates during pregnancy is associated with decreased fetal growth.[32] These findings were consistent across different growth parameters (head circumference, femur length, fetal weight) and by fetal sex. Maternal phthalate exposure during early pregnancy is also related to birth size and gestational age.[33] |
| **UC Berkeley (CERCH)** | Studies suggest that pesticide exposure is higher for resident agricultural families and agricultural workers.[34] Prenatal exposure to organophosphate (OP) pesticides was associated with preterm birth in a population of low-income women living in an agricultural community in California. Increased pesticide exposure later in pregnancy was more strongly associated with shortened gestation.[35] |

**22**



"You can, as a pregnant woman, decide not to smoke or not to drink, but you can't avoid the air that you breathe."
– Dr. Linda McCauley, Co-Director, Emory University Children's Center.

## IMPACT

Adverse birth outcomes can negatively impact health during childhood and adulthood. The Children's Centers research has identified links between preterm birth, air pollution, and pesticides. Researchers also found that exposure to arsenic, ozone, phthalates, and PBDEs contributed to lower birthweight. **The centers have engaged with communities to address concerns about how the environment may be impacting pregnancy.** The Children's Centers continue to improve the understanding of how the environmental contributes to birth outcomes in order to prevent exposures and improve children's quality of life.

Prenatal development is a period marked by rapid growth and is therefore highly sensitive to the effects of toxic exposures. Evidence suggests that fetal growth is an important predictor of adult health.[36] Since arsenic can cross the placental barrier, low level exposures may affect fetal growth.[37] Prenatal arsenic exposure was associated with decreased head circumference of newborns and decreased birth weight for baby girls born to overweight or obese mothers.[36,38]

**Dartmouth College**

Flame-retardant chemicals called polybrominated diphenyl ethers (PBDEs) are used in furniture, vehicles, and consumer electronics. Prenatal exposure to PBDEs was associated with decreased birth weight in a population of low-income women living in California. These findings are consistent with other recent studies. This was the first prospective study to examine fetal growth independent of gestational age at birth.[39]

**UC Berkeley (CERCH)**

## IMPACT ON COMMUNITIES

The Emory University Children's Center created a short documentary to increase awareness of prenatal environmental exposures and pregnancy outcomes among African American women living in metro Atlanta.[40] The center partnered with its Stakeholder Advisory Board, which includes mothers, grassroots and non-profit organizations, community and environment advocates, breastfeeding counselors, an urban farmer, and state government representatives. The video is helping to raise awareness of food and household hazards within the community and is shared on social media.



## CANCER

## BACKGROUND

Cancer is the second leading cause of death among children between ages 1 and 14 years old.[41] Leukemia, cancer of the white blood cells, is the most common childhood cancer.[42] The number of children diagnosed with leukemia has increased by about 35 percent over the past 40 years, especially among Latino children as shown in recent studies in the U.S.[43, 44] Part of this increase is likely due to changes in patterns of exposure to chemicals introduced into a child's environment, alone or in combination with genetic susceptibility.[43, 45] Cancer survivors can develop health problems after receiving treatment, known as late complications, but children are of particular concern because cancer treatment during childhood can lead to significant lasting physical, cognitive, and psychological effects.[46] It is therefore critical to understand what causes leukemia in children in order to develop prevention strategies. This way, not only is the incidence of disease reduced, but also the lifelong impacts for children and their families.

More than **10,000** U.S. children under age 15 will be diagnosed with cancer in 2017.

Tragically, **1,190** of these children will not survive.[46]

**UC Berkeley (CIRCLE)**

Because the majority of childhood leukemias occurs before age 5, it is important to understand the most vulnerable windows of a child's exposure to harmful chemicals.[47] For example, paternal occupational chemical exposures before and after the child's birth are associated with risk of childhood leukemia.

Latino fathers exposed to known or possible carcinogens such as pesticides, polycyclic aromatic hydrocarbons (PAHs) in combustion exhaust, and chlorinated hydrocarbons at work were more likely to have children with leukemia.[48, 49] Chlorinated hydrocarbons are volatile and cannot be tracked back home; thus, paternal exposure during preconception is the most likely susceptible window of exposure.[48,49] In contrast, pesticides and PAHs are semi-volatile and can be transported from work back home; thus, the susceptible windows of exposure related to paternal occupation may be before and after the child's birth.[48, 49]

Pls' Ex. 11

## IMPACT

**Research from the UC Berkeley (CIRCLE) Children's Center has made important strides in uncovering associations between leukemia and exposure to tobacco smoke, pesticides, paint, organic solvents, polychlorinated biphenyls (PCBs), polybrominated diphenyl ethers (PBDEs), and PAHs.** The UC Berkeley (CIRCLE) Children's Center's findings on chemical and dietary factors of childhood leukemia provide the scientific basis for prenatal and postnatal prevention efforts directed toward the most vulnerable populations, such as Latino communities exposed to high levels of pesticides and organic solvents.[47] This center also investigates the interplay between genetic, immune, and chemical factors to better understand how chemical exposures may cause leukemia. Researchers are educating clinicians, public health professionals, and parents about the importance of environmental risk factors for childhood leukemia. The long-term goal is to reduce both the incidence of this disease and of neurodevelopmental, respiratory, and other diseases caused by the same environmental exposures.

## COLLABORATION

Research to identify risk factors for leukemia requires multi-disciplinary and multi-institutional efforts. In partnership with researchers from all over the world and the International Agency for Research on Cancer, the UC Berkeley (CIRCLE) Children's Center has supported the expansion of the Childhood Leukemia International Consortium (CLIC). CLIC has gathered information from 35 studies in 18 countries on 40,000 children with leukemia and 400,000 controls. With this unparalleled, large number of participating children, CLIC has identified associations of childhood leukemia with multiple chemicals, immune and infectious factors, and fetal growth. (CIRCLE) and CLIC researchers also reported that a healthy maternal diet and vitamin supplementation at the time of conception and during pregnancy reduce the risk of childhood leukemia.[57,50] The evidence-based methodology used in CLIC provides a strong basis to translate research into action that will prevent childhood leukemia.

Exposure to PCBs, PBDEs, and PAHs are potential new risk factors for childhood leukemia.[51-56] Alternative assessment methods developed by the Children's Centers made the discovery of these novel risk factors possible.

Traditional methods for assessing exposure, such as interviews and questionnaires, yield limited results due to their lack of specificity and possible reporting biases. Researchers developed a novel assessment method: collecting dust samples from households and analyzing them for levels of persistent organic pollutants. They compared the chemical levels in the dust samples to chemical levels in children's and mothers' blood samples. They demonstrated that the mothers and children living in the most highly contaminated households had the highest burden of these chemicals in their bodies.[57, 58]

UC Berkeley
(CIRCLE)

**25**



# IMMUNE FUNCTION

## BACKGROUND

Prenatal and early life environmental exposures can interfere with the function and regulation of the immune system, which can have harmful effects later in life including neurodevelopmental disorders and cancer.[59] The immune and nervous systems are tightly linked, and there is growing evidence that disturbances in one can have serious consequences for the other. Disruptions to the immune system contribute to autism spectrum disorder (ASD) and other brain development disorders, including lower IQ, problems in social behavior, and poor motor skills.[60] Several genes linked to ASD also have critical roles in immune signaling, activation, and regulation.[61] Dysregulation of the immune system has also been linked to other health outcomes, such as childhood leukemia and atopic disease.[59] Atopic diseases are a group of diseases linked by a shared underlying problem with the immune system and include asthma, allergic rhinitis, and atopic dermatitis (eczema). Rates of atopic diseases have also rapidly increased in prevalence, possibly due to environmentally-mediated epigenetic changes.[62]

Approximately **30%** of people worldwide will suffer from atopic disease at some point in their lives.[63]



**30%**

Cytokines are proteins that control the immune response and influence the nervous system. Individuals with diseases such as ASD and leukemia and their family members are more likely to experience altered cytokine expression.

**UC Davis**

- Exposure to PBDEs was linked to asthma and high inflammatory cytokine levels in children with ASD.[64]

- The newborn blood spots of children who were later diagnosed with ASD showed increased inflammatory cytokines IL-1β and IL-4. Early life cytokine production can possibly predict ASD diagnosis.[65]

- Children with ASD had increased levels of pro-inflammatory cytokines and chemokines. High levels of these proteins during development may disrupt the immune system.[66-69]

**UC Berkeley (CIRCLE)**

- Preliminary results suggest that exposure to polychlorinated biphenyls (PCBs) is associated with decreased cytokine IL-10 levels, potentially linking this chemical to both leukemia risk and loss of immune regulation.[53] Children diagnosed with leukemia have decreased levels of the immunoregulatory cytokine IL-10 at birth, that may later result in more severe responses to common childhood infections.[70, 71]

Pls' Ex. 11



## IMPACT

Exposures to harmful chemicals during prenatal and early childhood development can disrupt normal function of the immune system. **Children's Centers research suggests that disturbances in the immune system may play a role in neurodevelopmental disorders and ASD. Immune dysregulation can also make children more susceptible to atopic diseases such as asthma and allergies, and severely elevate their responses to common childhood infections.** Children's Centers research shows that childhood cancers like leukemia may also be associated with toxic environmental exposures that act on the immune system. The Children's Centers have intensively studied the role of individual chemicals and their influence on health through changes to the immune system, but there is still much to learn.

Maternal immune dysfunction and prenatal environmental exposures can result in ASD and metabolic conditions later in life. Mothers of children with ASD have unique autoantibodies that can bind to neurons and affect behavior.[72, 73] The presence of these ASD-specific autoantibodies in mothers has been linked to decreased immune regulation, cMET polymorphisms, and increased metabolic conditions such as diabetes.[74]

**UC Davis**

Immune cells called T cells are key mediators of the adaptive immune system and play critical roles in modulating atopic responses, such as inflammation. Because of this, T cells are a possible target for therapeutic interventions in atopic disorders. The centers have worked to determine the molecular mechanisms where immune dysregulation leads to atopic disease in children exposed to high levels of ambient air pollutants.

- Exposure to air pollution was linked to changes in the DNA of immune cells. These changes may lead to impaired cellular function.[18]

- Exposure to air pollution, including polycyclic aromatic hydrocarbons (PAHs), was associated with decreased regulatory T cell function, increased asthma severity, and lower lung function in children with asthma.[18, 19]

- Exposure to air pollution resulted in epigenetic changes that were sustained over time.[19]

- The damage to the immune system was more pronounced in children with asthma or rhinitis than in children without atopic disease.[75]

**UC Berkeley/Stanford**



# NEURODEVELOPMENT: GENERAL

## BACKGROUND

At birth, a baby has formed almost all of its brain cells.[76] Exposure to chemicals such as mercury, lead, arsenic, and pesticides can have negative effects on brain development, leading to cognitive delay, attention-deficit hyperactivity disorder (ADHD), lower IQ, higher rates of anxiety and depression, behavior and learning disorders, reduced self-regulatory capacities, and shortened attention span.[77-88] Currently, neurodevelopmental disorders affect 10 to 15 percent of children born annually, and rates of certain disorders have been increasing over the past 40 years.[89, 90] Not only can prenatal exposures to toxins increase the risk of neurodevelopmental disorders at birth, but they can also lead to disorders later in childhood.[89]

The brain reaches approximately **90%** of its adult size by age 6.[91]

**Columbia University**

Prenatal exposure to airborne polycyclic aromatic hydrocarbons (PAHs) can have negative effects on cognition and behavior in childhood. PAHs are widespread in urban areas largely as a result of fossil fuel combustion, specifically diesel fuel exhaust. The Columbia University Children's Center cohort of mothers and children in New York City was the first human study to examine the effects of prenatal exposure to PAHs on child development. Associations between prenatal PAH exposure and adverse cognitive and behavioral outcomes include:

- Increased likelihood to exhibit signs of cognitive developmental delay at 3 years old. These results suggest that more highly exposed children are potentially at risk for performance deficits in the early school years.[77]

- Lower full-scale and verbal IQ test scores at 5 years old.[78]

- Increased symptoms of anxiety, depression, and attention problems at 6 to 7 years old.[79]

- Slower information processing speed, increased aggression, and other behavioral self-control problems, and increased ADHD symptoms at age 7 to 9 years old.[80]

- Increased behavioral problems associated with ADHD at age 9. This is the first study to report associations between individual measures of early-life exposure to PAHs and ADHD behavior problems.[81]

- Long-lasting effects on self-regulatory capacities across early and middle childhood. These deficits point to emerging social problems with real-world consequences for high-risk adolescent behaviors.[82]

**28**



## IMPACT

The Children's Centers are exploring associations between brain development and environmental toxicants such as lead, pesticides, phthalates, PAHs, bisphenol A (BPA), and polybrominated diphenyl ethers (PBDEs). **Prenatal exposures to pollutants have shown a relationship to adverse cognitive and behavioral outcomes, demonstrating links to: ADHD, reduced IQ, lessened self-regulatory capacities, anxiety, depression, attention problems, lower memory function, and structural changes to the brain.** Researchers have engaged with parents, childcare providers, and decision makers to encourage changes that reduce exposures and improve children's neurodevelopment. Children's Centers findings have helped develop public health policy and interventions aimed at protecting pregnant women and their babies from toxic environmental exposures. Their findings support the need for additional action.

---

Phthalates are commonly used in plastics and may affect neurodevelopment in children because they can be released into indoor air and attach to dust particles, that people breathe.

- Phthalate concentrations in indoor dust were higher in houses of children with developmental delay compared to children without developmental delay.[92]

- Among boys with autism spectrum disorder and developmental delay, greater hyperactivity-impulsivity and inattention were associated with higher phthalate concentrations in indoor dust. [92]

- Among children without any developmental delays, impairments in several adaptive skills such as ability to follow directions, written abilities, and language skills were associated with higher phthalate concentrations in indoor dust.[92]

**UC Davis**

---

Prenatal exposure to chlorpyrifos can interfere with children's brain development. Chlorpyrifos is a pesticide still widely used in agriculture, however, in 2000 it was banned for almost all homeowner use.[83] In a 1998 sample of pregnant women in New York City, detectable levels of chlorpyrifos were found in all indoor air samples and 70 percent of umbilical cord blood samples.[84, 85] Since the ban, levels in indoor air and blood samples have decreased significantly in study participants. Children exposed to higher levels of chlorpyrifos before birth displayed adverse cognitive and behavioral outcomes compared to children exposed to lower levels, including:

- Significantly lower scores on mental development tests and increased attention problems and symptoms of ADHD at 3 years old.[85]

- Lower full scale IQ and working memory test scores at 7 years old.[86] The effect on working memory was more pronounced in boys than in girls with similar chlorpyrifos exposures.[87]

- Structural changes in the brain in regions that serve attention, receptive language, social cognition, emotion, and inhibitory control, and are consistent with deficits in IQ.[88]

**Columbia University**



# NEURODEVELOPMENT: AUTISM SPECTRUM DISORDER

## BACKGROUND

Autism spectrum disorder (ASD) includes a wide range of symptoms and levels of disability characterized by challenges with social skills, repetitive behaviors, speech, and non-verbal communication, along with unique strengths and differences.[93] ASD was previously thought to be mainly due to genetics, however it is now understood that environmental factors play an important role; the estimated genetic contribution to ASD has decreased from 90 percent to 38-60 percent.[94-96] Approximately 1 in 68 8-year-old children have ASD, and it is even more common in boys (1 in 42) than in girls (1 in 189). Rates of ASD have been steadily increasing since 2002.[97, 98] While several factors may contribute to the observed rise in ASD, including changes in the diagnostic criteria, an earlier age of diagnosis, and inclusion of milder cases, these could not account for the full extent of the increase.[99]

Caring for a child with ASD costs about **$17,000 more per year** than caring for a child without ASD. [99]

| University of Southern California | Research on the relationship between traffic-related air pollution (TRAP) and ASD suggest that late pregnancy and early life are critical windows of exposure. Measuring residential distance to a major roadway is often used as a marker of TRAP. |
|---|---|
| UC Davis | • For mothers who lived near a freeway during pregnancy, the risk of having a child with ASD doubled.[100] <br><br> • Children who were exposed to higher levels of TRAP in utero and in the first year of life were more likely to develop ASD.[101] |

| UC Davis | Parental environmental and occupational exposures have been linked to ASD and developmental delay. <br><br> • Children were at higher risk for developing ASD if their parents were exposed to lacquer, varnish, and xylene at their jobs.[102] <br><br> • Children were at greater risk for ASD and developmental delay if their mothers were residing near pyrethroids insecticide applications just before conception or during the third trimester.[103] <br><br> • Children were 60 percent more likely to develop ASD if their mothers resided near agricultural fields where organophosphate (OP) pesticides were applied during their pregnancy. The association was strongest for third-trimester exposures and second-trimester chlorpyrifos applications.[103] |
|---|---|

**30**



"We hope to identify chemical exposures, maybe not for every autistic child, but for subsets of children that are particularly sensitive to chemicals. If one could identify those chemicals and remove or reduce their prevalence in the environments in which children live, one would be in a position to say that we've reduced the prevalence of autism."
– Dr. Isaac Pessah, Director, UC Davis Children's Center.

## IMPACT

The Children's Centers have launched the field of research on environmental contributions to ASD. The centers have made significant advances both in identifying modifiable risk factors and in generating evidence for several mechanistic pathways. **Researchers have identified potential links between air pollution, pesticides, occupational exposures, phthalates, and risk of ASD.** The Children's Centers discovered the first gene-by-environment interactions in the development of ASD. Research at the UC Davis Children's Center led to the development of a biomarker test for early risk of having a child with autism. This technology is now being developed into a commercial test. Thus, since the inception of the Children's Centers program, the landscape has changed; rigorous research is now being published at a steady and increasing rate, pointing to avenues for preventive strategies and treatment options.



The UC Davis Children's Center initiated the CHARGE (The CHildhood Autism Risks from Genes and Environment) Study, a case-control study of children with and without ASD. CHARGE is the first comprehensive study of environmental causes and risk factors for ASD. Since 2003, the study has enrolled California preschool students with and without autism and other developmental delays. Researchers collected information about chemicals in the environments of these children before and after birth, and assessed children for their stage of social, intellectual, and behavioral development. This study was the first to identify an interaction between genes and the environment that contributes to ASD.

Research has uncovered that interaction between genes and the environment may contribute to ASD. A functional promoter variant in the MET receptor tyrosine kinase gene, that regulates aspects of brain development, might interact with air pollution to increase the risk of ASD. Children with high air pollutant exposures and the variant MET genotype were at increased risk of ASD compared to children who had neither high air pollutant exposures nor the variant MET genotype. Subsequent animal toxicological research strengthened the causal inference and indicated a possible mechanism for air pollution effects.[104]

University of Southern California

UC Davis



## OBESITY

## BACKGROUND

Childhood obesity remains a public health concern. While diet and limited physical activity are clear contributors to obesity, other factors, such as genetics and environmental toxicants, may play an important role.[105-110] Although rates of childhood obesity have been declining in certain groups, rates are steadily increasing among others, including Hispanic girls and African American boys. Individuals who are obese as children are more likely to be obese as adults; they are also at a higher risk of developing debilitating and costly chronic diseases later in life, including heart disease, type 2 diabetes, stroke, osteoarthritis, and cancer.[111]

Obesity affects **17%** of U.S. children 2 to 19 years old. However, the rates of obesity are higher in certain racial/ethnic groups.[112]



**Obesity Rates in the U.S.**

Hispanic: 22%
African American: 20%
White: 15%

**University of Michigan**

Endocrine disrupting chemicals (EDCs), such as bisphenol A (BPA) and phthalates, can interfere with the body's natural hormones. Exposure to EDCs during critical periods of development may play a role in childhood obesity and type 2 diabetes by disrupting metabolic homeostasis.[113, 144] Prenatal exposure to EDCs was associated with several biomarkers of metabolic homeostasis, including leptin, lipids and insulin-like growth factor 1, and measures of insulin secretion and resistance in children 8 to 14 years old.

**The Johns Hopkins University**

Among children with asthma, being overweight or obese increased susceptibility to indoor air pollutants fine particulate matter ($PM_{2.5}$) and nitrogen dioxide ($NO_2$). These findings suggest that interventions aimed at weight loss might reduce asthma symptoms in response to air pollution. Additionally, interventions aimed at reducing indoor pollutant levels might be particularly beneficial for overweight children.[115]

**University of Southern California**

While laboratory studies on rodents have shown a link between air pollution, fat distribution, and insulin resistance, few human studies have investigated whether air pollution contributes to obesity in childhood. Studies from the University of Southern California Children's Center were among the first epidemiological studies to indicate that exposure to air pollution is related to body mass index (BMI) in children. Near-roadway air pollution, secondhand tobacco smoke, maternal smoking during pregnancy, and prenatal exposure to PAHs were all associated with increased BMI in children.[116-118]

**32**



"We want to bring another piece into the puzzle of healthy environments, and we sincerely hope that our research will inform better interventions that reduce the risk of obesity in children."
– Dr. Karen Peterson, Director, University of Michigan Children's Center.

# IMPACT

**Center research findings have demonstrated that prenatal and early childhood exposures to BPA, phthalates, air pollution, and secondhand smoke lead to obesity in childhood, that persists into adulthood.** The Children's Centers are advancing how we think about measuring obesity. Since traditional indicators may not be sufficient in the investigation of health effects related to obesity, several Children's Centers are assessing alternative methods of body composition. Working in the community, researchers have engaged parents, families, and teachers to encourage lifestyle changes to reduce obesity and improve children's health across the country.

Traditional measurements, such as BMI, may not be sufficiently sensitive to study body composition in children. Alternative methods are needed to more accurately study the effects of environmental exposures on obesity and metabolic health. For example, results show that prenatal exposure to BPA was associated with fat mass index, percent body fat, and waist circumference, but not with BMI.[119] These findings confirm that traditional indicators that consider only height and weight may not be sufficient in accurately assessing children's health.

**Columbia University**

## IMPACT ON COMMUNITIES

More than 200 community members, environmental health and green space advocates, health practitioners, urban planners, and obesity prevention organizations participated in the 2017 "Parks, Pollution & Obesity: Going Beyond Exercise and Eating" meeting. Hosted by the University of Southern California Children's Center, the event advanced a community-oriented discussion of land-use strategies that maximize the benefits of physical activity and minimize potential exposures to air pollution.[120]

The Children's Centers have been on the forefront of using alternative methods to measure obesity both in children and in pregnant women. The University of Michigan and University of Illinois Children's Centers are using bioelectrical impedance, which determines the flow of an electric current through body tissues to estimate fat free body mass. This is especially useful when measuring obesity in pregnant women, when traditional methods such as waist and hip circumference do not apply. The Cincinnati and the University of Michigan Children's Centers are utilizing dual energy x-ray absorptiometry scans to measure bone mineral density and also fat mass and distribution using low levels of x-ray technology.

**Cincinnati**

**University of Illinois**

**University of Michigan**





**REPRODUCTIVE DEVELOPMENT**

## BACKGROUND

Adolescents may be particularly vulnerable to the effects of toxic chemicals because of the rapid development that occurs during puberty. Adolescence is also an important period of life when children acquire reproductive capability. Evidence suggests that environmental exposures to chemicals such as phthalates can affect the timing of puberty. Children who reach puberty at an early age have been found to be at increased risk of psychological and social issues during adolescence and metabolic, cardiovascular, and endocrine-related diseases and cancers in adulthood.[121, 122]

Children prenatally exposed to higher levels of phthalates began puberty either earlier or later, depending on sex, compared to those prenatally exposed to lower levels of phthalates.

- Girls 8 to 14 years old with higher prenatal phthalate exposures had alterations in sex hormone levels that indicate earlier pubertal development. Girls also developed pubic hair and started menstruation earlier when prenatal phthalate metabolites were higher.[122, 123]

- Boys 8 to 14 years old with higher prenatal phthalate exposures had alterations in sex hormone levels that indicate later pubertal development. Boys also developed pubic hair later and had lower mature testicular volume when prenatal phthalate metabolites were higher.[124, 125]

**University of Michigan**

Girls exposed to higher levels of phthalates at an early age developed breasts and pubic hair at a later age than girls who were exposed to lower levels of phthalates.[126] These findings are from a long-term study that measured levels of phthalate metabolites in urine samples from girls 6 to 8 years old, continuing until they are 12 to 14 years old.

**Mount Sinai School of Medicine**

Girls prenatally exposed to polybrominated diphenyl ethers (PBDEs) reached puberty earlier than girls not exposed. However, boys prenatally exposed to PBDEs reached puberty later than those not exposed. These results suggest opposite pubertal effects in girls and boys.[127]

**UC Berkeley (CERCH)**

Children are exposed to more environmental contaminants than adults because they eat, breathe, and drink more per unit of body weight. They exhibit behaviors such as hand-to-mouth contact and crawling on floors where chemicals accumulate in dust and on surfaces.

The following pages present research findings from the Children's Centers on chemicals and pollutants in the environment children are commonly exposed to through air, water, and food. This section includes the different environments where children can be exposed, including outdoors, indoors at home or at school, urban areas, and rural settings.

An average newborn consumes 2.7 ounces of milk or formula per pound of body weight per day. For an average male adult, this is equivalent to drinking 35 12-ounce cans of a beverage per day.[1]





# ENVIRONMENTAL EXPOSURES

AIR POLLUTION  38

ARSENIC  42

CONSUMER PRODUCTS: BPA  44

CONSUMER PRODUCTS: PBDEs  46

CONSUMER PRODUCTS: PHTHALATES  48

LEAD  50

PESTICIDES  52

SECONDHAND TOBACCO SMOKE  56

Pls' Ex. 11

37



## AIR POLLUTION

## BACKGROUND

Exposure to air pollution impacts people of all ages, but infants and children are more vulnerable than adults to the many adverse effects. Children are exposed to more air pollutants than adults because they have higher breathing rates, are more physically active, and spend more time outdoors.[2] Because their lungs and immune systems are immature, children are particularly susceptible to the effects of air pollution. Even a small deficit in lung growth during childhood can accumulate into substantial deficits in lung function in adulthood.[2] Air pollution can affect children's health, especially their respiratory health. Air pollution is known to contribute to upper and lower respiratory infections and asthma exacerbation, and some studies have shown that exposure may also impact infant mortality, weight, and pediatric cancer.[1]

> Through mitigation and reduction actions, levels of air pollution dropped 70% between 1970 and 2015.[3]

**University of Southern California**

Lung function is measured by lung volume and air flow and is a marker of respiratory health in childhood. As children grow and develop, their lung function increases. Lung function in childhood can help predict how healthy a person's heart and lungs will be in adulthood.[4]

- Children who lived less than 500 meters (about one-third of a mile) from a freeway had substantial deficits in lung function compared with children who lived more than 1,500 meters (a little less than one mile) from a freeway.[5]

- Abnormally low lung function was five times more common in children living in communities with high levels of particulate matter (PM).[4]

- Lung development was negatively affected in fourth graders exposed to PM, nitrogen dioxide ($NO_2$), elemental carbon, and inorganic acid vapor. Larger deficits were observed in children who spent more time outdoors.[6]

- Children living near a major roadway were at increased risk for deficits in lung function, even in areas with low regional pollution. These results suggest that children who live close to a freeway in areas with high ambient pollution levels experience a combination of adverse developmental effects because of both local and regional pollution.[5]

## PUBLIC HEALTH ACTION

EPA considered over 75 publications from the University of Southern California, Columbia University, and The Johns Hopkins University Children's Centers in its Integrated Science Assessments (ISAs) for air pollutants including ozone, PM, and $NO_2$.[7-9] The ISAs serve as the scientific foundation for establishing National Ambient Air Quality Standards (NAAQS). Under the Clean Air Act, states must meet the NAAQS in order to protect human health and the environment.[3] Children's Centers findings cited in these ISAs include associations between air pollution and low birth weight, lung development, and asthma.



## IMPACT

Since their inception, the **Children's Centers have made important contributions to evidence linking prenatal and early life exposures to air pollution and health effects in infants and children.** The centers have improved the understanding of links between air pollution, preterm birth, low birth weight, birth defects, lung development, asthma, neurodevelopment, and autism spectrum disorder. **This work informed policies that have improved air quality in the U.S., supported clinical interventions that help keep children healthy, and increased the accuracy of methods to measure air pollution.**[7-12] Children's Centers researchers have identified health benefits of cleaner air: when air pollution is reduced, human health improves, especially for children and other sensitive populations.

---

Traffic-related air pollution (TRAP) is a potential risk factor for several pregnancy outcomes, including preterm birth and structural birth defects. The UC Berkeley/Stanford University Children's Center has conducted some of the largest studies on the combined effects of air pollution and neighborhood deprivation. This research has substantially extended the knowledge base concerning birth defects that may be associated with gestational exposures to TRAP.[13-17]

- Studies showed that the combination of TRAP and socioeconomic status influenced the risk of neural tube defects, a severe group of birth defects. The combined influence of these factors was not previously demonstrated.[14, 15]

- Exposure to selected air pollutants appears to substantially increase the risk of early preterm birth (less than 30 weeks).[13, 16, 17]

**UC Berkeley/Stanford**

## PUBLIC HEALTH ACTION

Studies supported by the University of Southern California Children's Center have provided the scientific foundation for adoption of new policies at the local and state level, including for an ordinance stating that new schools should not be located near freeways with high traffic volumes, as required by California law.[11] A summary of the University of Southern California studies on health effects in proximity to freeway traffic was presented to the Los Angeles City Council before adopting an ordinance that requires multi-family housing units built in the city to have special filters if they are constructed within 1,000 feet of a freeway. The filters capture pollutants and help reduce at-home exposure to TRAP.[12]

## AIR POLLUTION CONTINUED

**University of Southern California**

Reducing air pollution exposure could lead to substantial public health benefits.[5] For example, levels of air pollution decreased in Los Angeles from 1992 to 2011. Studies from this 20-year period show health benefits to children as a result of the improved air quality.[18, 19] When levels of $PM_{2.5}$ and $NO_2$ were reduced, lung function improved and bronchitis symptoms decreased in children with and without asthma. Reductions in bronchitis symptoms were more pronounced in children with asthma.

**The Johns Hopkins University**

Placing air cleaners containing high-efficiency particulate air (HEPA) filters in children's bedrooms resulted in a sustained reduction in PM levels. During a randomized, controlled trial, center researchers found that this simple, feasible intervention achieved a substantial reduction in indoor PM levels.[20] Portable HEPA air cleaners were also shown to significantly reduce PM exposure for children living with someone who smokes. Researchers estimate that these reductions could mean that a child is free of asthma symptoms for 33 more days per year.[21]

**Columbia University**

Prenatal exposure to PAH was associated with adverse effects on child cognitive and behavioral development assessed through age 9 years,[22-26] alone or in combination with material hardship due to poverty.[27] The researchers calculated significant economic benefits from a modest reduction in air PAH levels in New York City.[28]

### PUBLIC HEALTH ACTION

Particles from diesel emissions can contribute to asthma onset and asthma exacerbation in children. Columbia University's Children's Center research was cited by community partner WE ACT for Environmental Justice to support an evidence-based campaign that helped New York Metropolitan Transportation Authority (MTA) convert to compressed natural gas buses, hybrid buses, and the use of ultra-low sulfur diesel.[10] Center findings on the harmful impact of diesel soot helped pass New York City Local Law 77, which mandated that all large vehicles, including the MTA bus fleet, convert from dirty to ultra-low sulfur diesel, resulting in vehicles that emit 95 percent less tail pipe pollution.[10]

Pls' Ex. 11



Using advanced methodologies for exposure assessment, researchers showed associations between PAH exposure and childhood wheeze, immunological function, and preterm birth.[13, 29-31] This research pushed the field forward by characterizing exposures to criteria pollutants, while also incorporating important non-criteria pollutants such as PAHs, elemental carbon, and endotoxin.



Distribution of PAHs in Fresno, California, based on extensive sampling. Darker areas reflect higher levels of PAHs.[32]

UC Berkeley/Stanford

## PUBLIC HEALTH ACTION

Heating oil combustion, which is common in New York City for residential heating, releases ambient metals, which can cause respiratory symptoms in young children.[33]

- Columbia Center investigators and community partner WE ACT for Environmental Justice helped to provide education and testimony to inform the debate on the phasing out of dirty heating oils Number 4 (No. 4) and Number 6 (No. 6).

- In April 2011, the New York Department of Environmental Protection adopted a regulation that required all buildings to cease burning No. 4 and No. 6 heating oils by 2015 and 2030 respectively.



## ARSENIC

## BACKGROUND

Dietary exposure to arsenic is a potential health risk that begins early in life.[34] Arsenic is found in water, soil, and air as a result of naturally-occurring processes and historic and current use in arsenic-based pesticides.[35] While most arsenic-based pesticides were banned in the U.S. in the 1980s, residues of this chemical element are still found in soil.[36] As a result, food and drinking water can contain levels of arsenic that exceed federal health risk targets.[35] Rice-based products can be high in arsenic and are often introduced into a child's diet during infancy.[36] Because young children have less varied diets, it is estimated that they may have two to three times higher arsenic exposure from food than adults.[37] Children are also exposed to more arsenic than adults because they play in the dirt and put their hands in their mouths.[36] Until recently, very little was known about the health impacts of arsenic on children. Research conducted in the past several years has advanced knowledge on dietary sources of arsenic in children and potentially related health effects. Findings included in this report are regarding inorganic arsenic compounds, which are highly toxic.[38]

More than **15 million U.S. households** depend on private wells for drinking water, particularly in rural areas, and may be exposed to high levels of arsenic.[39]



---

**Dartmouth College**

Dietary exposure to arsenic is a potential health risk that begins early in life.[34]

- An example of dietary arsenic exposure to infants was organic toddler formula, which contained brown rice syrup. This formula had total arsenic concentrations up to six times the EPA safe drinking water limit.[34]

- Consuming water and food with low levels of arsenic while pregnant may affect fetal growth. Maternal urinary arsenic concentration was associated with a reduction in infant head circumference. Evidence suggests that fetal growth is an important predictor of adult health.[40]  This study was one of the first to report an association between low-level arsenic exposure during pregnancy and birth outcomes.[40,41]

- *In utero* exposure to arsenic may alter the fetal immune system and lead to immune dysregulation. Infants prenatally exposed to arsenic were at higher risk for respiratory infection and wheezing. [42-44]

- Prenatal exposure to low levels of arsenic had effects on the infant's epigenome. The epigenome is made up of chemical compounds that can tell human genes what to do, and may be a key mechanism of arsenic's long-term health effects.[45]

- Research has also focused on mechanisms of arsenic toxicity in infants and adults and identified the arsenic transporter AQP9 as a potential fetal biomarker for arsenic exposure.[46]

42



## IMPACT

Given the overall scarcity of studies on the effects of early-life exposure to arsenic, the Dartmouth College Children's Centers research on this topic is essential in protecting children's health. **Findings from this center have provided evidence for associations between arsenic, fetal growth, and immune function**.[34, 40-46] An early draft of the EPA Integrated Risk Information System (IRIS) assessment of arsenic includes research from the Dartmouth College Children's Center on early-life exposure. Once final, the IRIS assessment will be used by other federal, state, and local agencies to assess human health risks from arsenic exposure.[47] This center is also engaging with the community to create educational materials for families to help reduce their arsenic exposure. This research demonstrates the need to continue exploring the effects of arsenic exposure, especially at low levels, on children's health.

### PUBLIC HEALTH ACTION

In April 2016, the U.S. Food and Drug Administration (FDA) took its first regulatory action to limit the amount of arsenic in rice products. The proposed limit of 100 parts per billion in infant rice cereal was based on FDA's assessment of the health risks that arsenic in rice and rice products pose. FDA cited several Dartmouth College Children's Center studies examining the effects of arsenic exposure, mechanisms of arsenic toxicity, and the relationship between dietary and drinking water exposure sources.[48]

Research from the Dartmouth College Children's Center informed federal legislation to limit arsenic in rice. As of November 2016, the proposed R.I.C.E (Reducing food-based Inorganic Compounds Exposure) Act has been referred to the House Energy and Commerce Subcommittee of the Health and House Agriculture Committee.[49]

### IMPACT ON COMMUNITIES

The Dartmouth College Children's Center is collaborating with a network of primary care physicians and pediatricians to inform families about the potential health effects associated with arsenic exposure and to encourage private well testing. They provide potential strategies for families to reduce arsenic exposure from rice for their infants and children, including diversifying the diet and adopting strategies to minimize exposure.[50] The center has developed an interactive web–based tool that educates parents and the public about sources of arsenic and how they can reduce exposure.[51]



## CONSUMER PRODUCTS: BPA

## BACKGROUND

Bisphenol A (BPA) is used in a variety of consumer products, including water bottles, baby bottles, toys, food can linings, medical devices, and ATM receipts.[52,53] People are exposed to BPA mainly through eating food or drinking water stored in or processed with BPA-containing plastics. It may also be absorbed through skin or inhaled.[53] There are questions about BPA's potential impact on children's health, since animal studies have shown it is a reproductive and developmental toxicant.[54-56]

While some studies indicate that BPA levels in humans and the environment are below levels of concern for adverse effects, other recent studies describe subtle effects in animals at very low levels, leading to concerns for potential effects on children's health even at low doses.[57]

More than **6 billion pounds** of BPA are produced worldwide every year.[58]

Exposures to BPA during prenatal and early childhood development were associated with multiple measures of body composition, suggesting that BPA may contribute to childhood obesity.

| | |
|---|---|
| **Cincinnati** | Children exposed to high levels of BPA had lower body mass index (BMI) at age 2 years, but BMI increased more rapidly from ages 2 to 5 years.[59] |
| **Columbia University** | Children with higher prenatal exposures to BPA had a higher fat mass index, percent body fat, and waist circumference at age 7 years.[60] |
| **UC Berkeley (CERCH)** | Children exposed to higher levels of BPA showed increased amount of body fat at age 9 years.[61] Higher prenatal exposures showed differences in adiponectin and leptin in 9-year-old children, suggesting that mechanisms of BPA toxicity may interact with metabolic pathways.[62] |
| **University of Michigan** | Children with higher exposure to BPA early in life had increased skinfold thickness, as well as higher triglycerides, leptin, and glucose at age 8 to 14 years.[63-65] |

Pls' Ex. 11



## IMPACT

Several Children's Centers have conducted research on exposures and related health effects of chemicals commonly found in consumer products, such as BPA, PBDEs, and phthalates, which are explained in more detail in the next sections. **There is growing evidence linking these endocrine-disrupting chemicals to neurobehavioral problems, obesity, and reproductive effects.**[56,59-69] Important findings from the Children's Centers have informed legislative and market actions both nationally and internationally to help reduce exposures and protect children's health. The Children's Centers engage with the community to reduce exposures from consumer products. For example, through a youth participatory research project, the UC Berkeley (CERCH) Children's Center empowered children and teenagers to examine exposures from cosmetics and personal care products.

## PUBLIC HEALTH ACTION

The Children's Safe Product Act (CSPA) requires manufacturers to report the concentration of 66 chemicals of high concern in any children's products sold or manufactured in Washington state.[70] The University of Washington Children's Center worked with the Washington State Department of Ecology to prioritize data collected under CSPA. This collaboration resulted in a framework that incorporated both exposure and toxicity factors to identify critical products and chemicals for future monitoring and action.[71]

Prenatal BPA exposure in mice had negative effects on the development of the reproductive system, even multiple generations after exposure. Investigators studied mice exposed to BPA while pregnant and the resulting reproductive effects on the first (equivalent to children), second (equivalent to grandchildren), and third (equivalent to great-grandchildren) generations.

- The female children and grandchildren of mice exposed to BPA while pregnant showed a reduced ability to maintain pregnancies.[56]

- The female great-grandchildren of mice exposed to BPA while pregnant had more difficulty becoming pregnant.[56]

- The female great-grandchildren of mice exposed to BPA while pregnant reached puberty at a later age.[56]

**University of Illinois**

## CONSUMER PRODUCTS: PBDEs

## BACKGROUND

Polybrominated diphenyl ethers (PBDEs) are a group of chemicals used as flame retardants in textiles, furniture foam, carpet padding, building materials, upholstery in cars and airplanes, and plastic housings for electronics.[72]  Recent evidence suggests PBDE exposure may interfere with the body's natural hormones and disrupt mental and physical development.[72] As furniture and other products age, flame retardants can be released into the surrounding environment where they remain for years. Dust containing PBDE particles is one of the main routes of exposure to PBDEs, especially for young children who put their hands or toys in their mouths.

A northern California study found

**100% of women** they tested had been exposed to PBDEs.[73]

| UC Berkeley (CERCH) | PBDEs have been linked to unhealthy changes in growth and development, and can negatively impact maternal and child health.[72] Higher PBDE exposure during pregnancy was associated with babies having lower birthweight.[74, 75] Additionally, PBDE exposure was associated with lower levels of maternal thyroid-stimulating hormone during pregnancy, which could have implications for maternal health and fetal development.[76] Women exposed to higher levels of PBDEs also took a longer time to become pregnant, suggesting that PBDEs may affect fertility.[76, 77] |
| --- | --- |

Exposures to PBDEs during prenatal and early childhood, at a time when the brain is rapidly developing, are particularly harmful. When compared to children with lower exposure, children with high prenatal exposure to PBDEs displayed:

| Columbia University | • Lower scores on mental and physical development tests at age 1 to 4 years.[66] |
| --- | --- |
| | • Twice the number of attention problems at ages 3, 4, and 7 years.[67] |
| Cincinnati | • More hyperactivity problems and a decrease of 4.5 IQ points at age 5 years.[68] |
| | • Poorer behavioral regulation and executive functioning at ages 5 and 8 years.[69] |

Pls' Ex. 11



## IMPACT See page 45

### PUBLIC HEALTH ACTION

Californians have high exposure to flame retardants because these chemicals were used to meet the state's previous furniture flammability standard.[72] In 2012, California implemented a new flammability standard.[78] Furniture and baby product manufacturers can now meet the new standard without toxic flame retardant chemicals.[79] This action was based in part on findings from the UC Berkeley (CERCH) Children's Center.[80] Although this action effectively eliminated the need for flame retardants in household furnishings, it is not an overall ban.[79]



Both prenatal and childhood PBDE exposures were associated with poorer attention, fine motor coordination, and cognition of school-age children.[66, 81] This is one of the largest studies to evaluate cognitive declines in school-aged children exposed to PBDEs. This research contributes to a growing body of evidence suggesting that PBDEs have adverse impacts on child neurobehavioral development.

UC Berkeley (CERCH)

# CONSUMER PRODUCTS: PHTHALATES

## BACKGROUND

Phthalates are commonly found in personal care products such as shampoo, perfume, makeup, and lotion. They are also found in plastic products such as toys, shower curtains, medical tubing, car upholstery, food packaging, and many others.[82] Such widespread use means that people are exposed to phthalates every day.[83] Possible adverse health outcomes from phthalate exposures include disruption of the body's natural hormones and impaired brain development. Exposures are particularly harmful during pregnancy, when they can disrupt fetal development.[84, 85] Because many personal care products are designed to be absorbed into the skin and have long lasting fragrances, chemicals can easily enter our bodies.[86] While adults are mainly exposed through using personal care products, eating contaminated food, and inhaling indoor air, infants and toddlers can also be exposed by ingesting indoor dust that is contaminated with phthalates.[87]

### 17 Products

The average number of personal care products used by a teenage girl per day.* In comparison, an adult woman uses 12 products, and an adult man uses 6 products.[88, 89]



**University of Michigan**

Prenatal exposure to phthalates negatively impacts pregnant women and birth outcomes.

- Exposure to phthalates and BPA is associated with biomarkers of angiogenesis, or formation of new blood vessels, during pregnancy. This may indicate disrupted placental development and function.[90]

- Exposure to phthalates during pregnancy are associated with increased oxidative stress biomarkers, which can lead to preeclampsia, intrauterine growth restriction, and other pregnancy outcomes.[91]

**University of Illinois**

Prenatal exposure to phthalates negatively impacts reproductive development in mice, such as:

- Decreased sperm motility and premature reproductive aging in male mice.[92]

- Disruption of several aspects of female reproduction, including ovarian cysts and a disrupted estrous cycle (equivalent to the human menstrual cycle).[93]

- Direct damage to the ovaries, increased uterine weight, decreased anogenital distance, induced cystic ovaries, disrupted estrous cyclicity, reduced fertility-related indices, and some breeding complications at age 3, 6, and months in female mice.[94]

**48**



## IMPACT See page 45

## IMPACT ON COMMUNITIES

As part of the UC Berkeley (CERCH) Children's Center, the Health and Environmental Research in Make-up Of Salinas Adolescents (HERMOSA) Study was led in partnership with youth in Salinas Valley, California, to examine how girls are exposed to hormone disrupters, like phthalates in personal care products.[95] The study was featured in local and national news broadcasts including ABC's Good Morning America[96] and National Public Radio (NPR).[97] Results showed that chemicals in personal care products used by teenage girls are absorbed into their bodies. The study also found that exposures can be reduced when users switch to products that contain fewer chemicals. Through this study, researchers empowered local youth by engaging them in many aspects of research, including design, data collection, analysis, and communicating findings with the community, policy makers, and media. The findings are also important because there is little information about how exposure to hormone disrupting chemicals during adolescence may impact long term health.



**"Personally, since the [HERMOSA] study, I've tried to use more natural products. It's hard, especially as a college student who doesn't have a lot of money... I've decided to splurge more on products with fewer chemicals because of the effect in the future."**
– Maritza Cardenas, teen researcher and HERMOSA study co-author.[98]

Phthalates found in household dust may have negative effects on children's brain development.

· Higher levels of phthalates in household dust were associated with poorer adaptive functioning and developmental delays in children 2 to 5 years old.[99]

· When researchers restricted their analysis to male children only, they found that phthalates were associated with hyperactivity, impulsivity, and attention problems.[99]

UC Davis



## LEAD

## BACKGROUND

Levels of lead in children's blood have declined tremendously since the 1970s.[100,101] While substantial progress has been made to reduce children's exposure to lead, approximately half a million U.S. children 1 to 5 years old still have blood lead levels above 5 micrograms per deciliter (μg/dL) — the reference level that the Centers for Disease Control and Prevention (CDC) recommends public health action.[102] The number of children who continue to be exposed to lead is alarming, since research demonstrates that even low levels of lead exposure can affect IQ, attention, academic achievement, and cause long-term mental and behavioral problems.[103-109]  The Children's Centers have been working to better understand the health effects of lead at even the lowest levels of exposure. Research shows that there is no safe level of lead exposure for children, and the most important step that parents, doctors, and others can take is to prevent lead exposure before it occurs.[110]

As a child's blood lead level increases from 1 to 10 μg/dL, a **child may lose anywhere from 3.9 to 7.4 IQ points.**[103] Chronic low level exposure to lead may have an even greater effect on IQ than a single instance of high level lead exposure.

### Cincinnati

Lead has significant and long-term impacts on the nervous system. Studies using advanced neuroradiological methods from the Cincinnati Children's Center were the first to document persistent lead-related damage to areas of the brain responsible for cognitive and language functions.



Regions of the brain (in red and yellow) show declines in brain gray matter volume associated with childhood blood lead concentrations.[106]

· Childhood lead exposure impacts brain reorganization and language function. Damage to the primary language areas in the brain's left hemisphere resulted in compensation by the brain's right hemisphere.[104]

· Higher rates of total criminal arrests and arrests for violent offenses during young adulthood have been linked to prenatal and early childhood lead exposure. The likelihood of being arrested for a violent crime as a young adult increased by almost 50 percent for every 5 μg/dL increase in blood lead levels at age 6 years.[105] This study was the first to document the relationship between childhood lead exposure and young adult criminal behavior.

· Reductions in adult gray matter volume in regions of the brain responsible for executive functions, mood regulation, and decision-making were associated with childhood lead exposure. These findings were more pronounced in males.[106]

Pls' Ex. 11



## IMPACT

**Children's Centers research is vital to demonstrating and halting the detrimental health effects of lead exposure to children at low levels.** EPA cited nearly 40 Children's Centers publications in its Integrated Science Assessment (ISA) of Lead in 2013.[111] The ISA serves as the scientific foundation for establishing National Ambient Air Quality Standards (NAAQS) for lead. Under the Clean Air Act, states must meet the NAAQS in order to protect human health and the environment.[3] EPA cited several Children's Center studies as evidence for a causal relationship between lead and the following effects observed in children: impaired cognitive function, poor fine motor skills, increased risk for criminal behavior, and altered brain structure and function. Simple steps to reduce exposure to lead are essential to protect children's health. The University of Michigan Children's Center collaborated with the Flint Water Task Force to create a training for community members and health workers who provide nutrition education to the Flint community. The training provides nutritional information and guidance on nutrients and culturally relevant foods to reduce lead absorption in young children. The centers have created knowledge essential for effective action and made use of existing knowledge to reduce lead exposure and protect children's health.[112]

Childhood lead exposure has been linked to a number of adverse cognitive outcomes, including reduced performance on standardized IQ tests, neurobehavioral deficits, poorer test scores, and classroom attention deficit and behavioral problems.[107]

End-of-grade test scores on elementary school achievement tests were lower for children who had higher blood lead levels. A strong relationship was seen between increased early childhood lead exposure and decreased performance on elementary school achievement tests.[107]

Intelligence test scores were lower for children who had higher blood lead levels. Findings showed a 3.9 IQ point decrement associated with an increase in blood lead from 2.4 to 10 μg/dL.[108]

Symptoms related to Attention Deficit Hyperactivity Disorder (ADHD), specifically hyperactivity and restless-impulsivity behaviors, were positively associated with low blood lead levels (equal to or less than 5 μg/dL).[109]

Duke University

Cincinnati

University of Michigan



# PESTICIDES

## BACKGROUND

Studies have demonstrated widespread pesticide exposures for the U.S. population, including pregnant women and children.[113-120] Exposure to pesticides may be linked to adverse developmental, cognitive, and behavioral outcomes. Children are especially susceptible to pesticide exposure because they have higher rates of metabolism, less-mature immune systems, unique diets, and distinct patterns of activity and behavior when compared with adults.[121] For example, children spend more time outdoors on grass and fields where pesticides might be. Children also spend more time on the ground and tend to have more frequent hand-to-mouth contact than adults.[122] Furthermore, children's diets are usually less varied than adults, which could increase their intake of foods containing pesticide residues.[121] Of particular concern are organophosphate (OP) pesticides because of their toxicity and widespread use.[123]

> More than **one billion pounds of pesticides** are used each year in the U.S., with more than 700 million pounds used annually in agriculture.[124]

Both the UC Berkeley (CERCH) and the University of Washington Children's Centers have found that farmworkers and their children are exposed to higher levels of pesticides than the general population and therefore, may experience more adverse health effects.[125-133]

**UC Berkeley (CERCH)**

- Children prenatally exposed to higher levels of OP pesticides exhibited poorer cognitive functioning compared to children exposed to lower levels.[128-130, 134-137]

- Women experienced shorter duration pregnancies.[128]

- Infants showed more abnormal reflexes soon after birth.[129] Children scored lower on tests for psychomotor development at ages 6 and 12 months, and on tests for mental development at ages 12 and 24 months.[130]

- Children were at higher risk for developmental problems at age 2 years.[134]

- Children exhibited attention problems and signs of ADHD at age 5 years. Boys displayed more hyperactive and impulsive behaviors while girls displayed more inattentive-type problems.[135]

- Children scored lower on tests for working memory, processing speed, verbal comprehension, perceptual reasoning, and full-scale IQ at age 7 years. Children at the highest levels of exposure had an average deficit of 7 IQ points.[136, 137]

**52**

Pls' Ex. 11



"The center's research about the exposure of pregnant women and newborns to pesticides motivated Local Law 37 and put New York at the forefront of safer pest control methods in the United States."
– Michael Bloomberg, former New York City Mayor.[138]

## IMPACT

The Children's Centers have documented that pre- and postnatal exposure to pesticides is linked to various adverse health effects such as autism spectrum disorder, poorer cognitive function, lower IQ, attention problems, low birth weight, and leukemia in children. **Children's Centers researchers have examined how age, genetics, and environmental factors influence children's susceptibility to the harmful effects of pesticides, which can affect growth, development, and learning.** Center research has led to public health policies designed to better protect children and infants from harmful pesticide exposures. Children's Centers research on pesticides has been translated to farmworkers and their families to reduce exposures and to protect health. While great progress in reducing children's exposure to pesticides has been made, a greater understanding of the exposure pathways of pesticides, the long-term health effects of pesticides, and methods to reduce pesticide exposure remains essential.

Prenatal exposure to chlorpyrifos can interfere with children's brain development (see page 29). Chlorpyrifos was commonly used as an insecticide in residential settings before it was banned for domestic use by EPA in 2001.[139] This action had a positive effect on public health and quickly resulted in reduced levels of chlorpyrifos in the umbilical cord blood of babies, as demonstrated by evidence from the Columbia University Children's Center.[140]

**Columbia University**

At the heart of the UC Berkeley (CERCH) Children's Center is the center for the Health Assessment of Mothers and Children of Salinas (CHAMACOS) study. CHAMACOS is the longest running longitudinal birth cohort study of pesticides and other environmental exposures among children in a farmworker community. It is also one of the only cohorts focused on low-income, Latino children in a farmworker population. Since 1999, CHAMACOS has enrolled pregnant women living in Salinas Valley, California, one of the most productive agricultural regions in the nation. More than 600 children continue to participate in the study and will be followed until adulthood.



Newborns have very low levels of the critical enzyme PON1, which can detoxify OP pesticides. Levels of PON1 remain low through age 7, indicating that childhood is a time of increased vulnerability to pesticide exposure. Some adults may also have lower PON1 enzyme activities and levels, demonstrating differential susceptibility to exposures in adults as well. This was the first study to examine PON1 variability by age and genetics in children.[141-143]

**UC Berkeley (CERCH)**



## PESTICIDES CONTINUED

### PUBLIC HEALTH ACTION

The EPA Worker Protection Standard (WPS) is designed to reduce pesticide exposure and protect farmworker health. In November 2015, EPA updated and strengthened the WPS for pesticides to protect farmworkers and their families. EPA considered research from the UC Berkeley (CERCH) and University of Washington Children's Centers to support the new standard.[131, 144-148] As part of the strengthened WPS, new rules are in place to prohibit children under 18 from handling pesticides. Additional education requirements now address take-home pathway exposures to farmworker families, and pesticide safety training is required every year. The UC Berkeley (CERCH) Children's Center is actively developing opportunities to conduct WPS trainings in agricultural communities throughout California.

When farmworkers go home after work, they may contaminate their cars and homes with pesticide residues from their skin and clothes. Family members may then be exposed to these residues. This route of exposure is called the take-home pathway.

**University of Washington**

- Studies show that the take-home pathway contributes to pesticide contamination in homes of farmworkers where young children are present.[131-133, 149, 150]

- Concentrations of agricultural pesticides were higher in the homes and vehicles of farmworkers compared to those of non-farmworkers. This suggests that the vehicle used for travel to and from work can be a source of exposure for family members.[131, 149, 151]

**UC Berkeley (CERCH)**

- The use of protective clothing, gloves, and hand-washing are known to reduce pesticide exposure to workers. However, these protective measures do not address the potential for the take-home pathway. A community-based intervention designed to reduce children's exposure to pesticides through the take-home pathway found that farmworkers can reduce pesticide exposure to their families by wearing gloves and removing work clothes before returning home.[144-145]

### PUBLIC HEALTH ACTION

Informed by scientific findings from the UC Berkeley (CERCH) Children's Center, the California Department of Pesticide Regulation is developing new guidelines limiting pesticide applications near schools and day care centers. The new policy would require additional communications between pesticide applicators, school administrators, and parents. Researchers also presented testimony on this subject to the California Senate Environmental Quality Committee.[152]

**54**



## IMPACT ON COMMUNITIES

The University of Washington Children's Center developed the "For Healthy Kids!" program to reduce the take-home pathway of pesticide exposure in farmworker households. In total, center staff conducted over 1,500 separate activities that reached close to 15,000 people. The program targeted behavioral interventions to specific communities and disseminated information on reducing exposures at health fairs, schools, and home health parties. They distributed "Keep Me Pesticide-free" bibs to newborns, soap kits for washing clothes separately, and many more materials to community members. These activities resulted in modest changes in certain behaviors among farmworkers.[146] Researchers conducted a results analysis of study participants and found that the community supported this style of research messaging.[153]

## PUBLIC HEALTH ACTION

Integrated Pest Management (IPM) is an environmentally friendly approach to controlling pests. IPM uses strategies such as identification, monitoring, and prevention to minimize pesticide use. Findings show that IPM practices are successful in reducing pest counts in apartments while also reducing exposure to pesticides.[154, 155] In an effort to reduce the impact of pesticide exposure, New York City lawmakers have passed legislation and revised health codes that encourage the use of IPM. Many of these laws and codes cite the work of the Columbia University Children's Center.

- Neighborhood Notification Law (Intro 328A), 2007. This law created requirements about providing sufficient notice to neighbors about certain pesticide applications.[156]

- NYC Pesticide Reduction Law (Intro 329A, Local Law 37), 2007. This law established requirements related to the use of pesticides and promoted IPM practices.[157]

- NYC Health Code (Article 151), 2008. The revised code includes a section calling for pest management measures other than pesticide use and specifically stated, "Pesticide use should not be the first and only line of defense against pests."[158]



# SECONDHAND TOBACCO SMOKE

## BACKGROUND

Children have no control over their indoor environment, including where and when adults smoke. Secondhand tobacco smoke (STS) is a complex mixture containing more than 7,000 chemicals.[159] The numerous toxic and carcinogenic compounds found in STS can result in negative health effects, including preterm birth, impaired fetal growth, respiratory illness, and neurological problems, all of which can persist into adulthood.[160-166] Children's Centers research has clarified the relationship between STS and childhood leukemia, asthma, and neurodevelopment.

**40%** of nonsmoking children 4 to 11 years old had measurable levels of cotinine in their bodies in 2011-2012. Cotinine is created when the body breaks down nicotine found in tobacco smoke.[167]

**UC Berkeley (CIRCLE)**

STS has been proven to cause cancer in adults.[159] Until recently, little was known about STS exposure at critical periods of development and childhood cancer. This center was one of the first to study the effects of cigarette smoking in both fathers and mothers. Research found that paternal smoking before conception and STS exposure during early childhood can result in acute lymphoblastic leukemia and acute myeloid leukemia.[168] Prenatal paternal smoking and STS were associated with a chromosome abnormality (translocation) caused by a rearrangement of parts between chromosomes 12 and 21. This translocation nearly always occurs in the fetus before birth, often hiding for years before leukemia develops.[168] Identifying chromosome abnormalities allows researchers to better identify types of leukemia associated with specific exposures.

**UC Berkeley (CIRCLE)**

Poor recall of smoking history may explain why most epidemiological studies have not found an association between maternal smoking during pregnancy and the risk of childhood leukemia. Researchers used methylation biomarkers to better characterize maternal smoking. They found that exposure to STS, particularly from mothers, may alter the DNA of leukemia cells.

The amount of smoke exposure in the environment of the child is positively associated with the numbers of genetic deletions in leukemia cells. This suggests that smoke exposure before and after birth is continuously capable of inducing genetic damage, and removing smoke from a child's environment at any time can potentially stop further damage from occurring.[169]

Pls' Ex. 11



"Approximately 2 percent of leukemia cases in California could be avoided if children were not exposed to tobacco smoking at any given point."
– Catherine Metayer, M.D., Ph.D., Director, UC Berkeley (CIRCLE) Children's Center.

## IMPACT

**Multiple Children's Centers have contributed to research on STS, focusing on the relationship to asthma, childhood leukemia, and neurodevelopment.** Through their research, the Children's Centers show that STS can affect genes related to asthmatic and allergic responses in children. The centers have provided evidence that STS can exacerbate allergic effects and that exposure to STS can vary by socioeconomic status. The Children's Centers have disseminated their research findings to the community. With each step forward, Children's Centers research continues to identify ways to lessen or prevent effects of STS exposure.

Maternal smoking during pregnancy can affect the respiratory health of her child. Maternal and grandmaternal smoking during pregnancy increased risk of childhood asthma.[161] Additionally, the risk of asthma onset in adolescents who smoked cigarettes regularly was more pronounced in those whose mothers smoked during pregnancy.[162] Risk of respiratory-related school absences also increased among children exposed to STS, regardless of whether or not they had asthma.[163]

**University of Southern California**

The complex mixture of chemicals in tobacco smoke has the potential to affect children's neurodevelopment by a variety of different mechanisms. Exposure to the entire mixture of compounds in STS had long-lasting negative effects on neurodevelopment that were much greater in magnitude than nicotine exposure alone.[164,165] It is important to minimize or eliminate prenatal and childhood STS exposure since efforts to minimize the neurodevelopmental effects of STS have been thus far unsuccessful. These *in vitro* studies included nicotinic receptor blockades, antioxidants, and methyl donors.[166]

**Duke University**

## IMPACT ON COMMUNITIES

A major health issue in Baltimore is the impact of STS and other air pollutants. Investigators from The Johns Hopkins University Children's Center met with the Baltimore City Health Department to learn about the effectiveness of HEPA air cleaners and educational interventions for STS reduction. The health department then developed a pilot intervention study using HEPA air cleaners, which has been successful in improving air quality in homes of pregnant mothers and babies who live with someone who smokes.

The Children's Centers have collectively pushed the boundaries of clinical, field, and laboratory-based research through novel and interdisciplinary approaches that include both animal and human studies designed to reduce the burden of disease in children.

Following children from preconception through childhood has enabled a greater understanding of the effects of environmental exposures on childhood diseases, and allowed for the collection of samples over time. These archives of biological and environmental samples serve as a tremendous resource for future studies and provide critical information on the prenatal and childhood determinants of adult disease.

The centers have translated scientific findings to provide practical information and actionable solutions leading to healthier children and a healthier society.

The following pages give examples of the unique features that have facilitated the Children's Centers' work and advancements in the field.



# HALLMARK FEATURES

COMMUNITY OUTREACH AND RESEARCH TRANSLATION  60

EXPOSURE ASSESSMENT  64

INTERDISCIPLINARY APPROACHES  66

NEW METHODS AND TECHNOLOGIES  68

POPULATION-BASED STUDIES  70

RODENT MODELS  72

SAMPLE REPOSITORY  74

Pls' Ex. 11



# COMMUNITY OUTREACH AND RESEARCH TRANSLATION

## BACKGROUND

Many times scientific concepts and research results are not easily understood by the general public. Empowered by program requirements[1], the Children's Centers have successfully communicated and applied research findings to protect children. The centers have provided the public, community organizations, healthcare professionals, decision makers, and others with practical information about the science and actionable solutions that link the environment to children's health. These achievements are largely due to the work of their Community Outreach and Translation Cores as well as input and direction from community advisory boards. The center structure and effective partnerships drive research design, lead to practical interventions, and create culturally-appropriate communications and educational resource materials that serve the community. Through their efforts, the centers have mobilized community members to participate in planning, implementing, and evaluating the effectiveness of interventions and public health strategies for healthier children, families, and future generations.

More than **1,500** separate outreach activities that

informed **15,000** people about ways to reduce their environmental exposures.

– University of Washington Children's Center.

| | |
|---|---|
| **UC Davis** | The Children's Centers have developed and disseminated outreach materials that are critical for educating communities about children's environmental health topics. For example, the UC San Francisco Children's Center developed and disseminated a patient-centered series of culturally-appropriate brochures to counsel women and men who are planning a family, as well as pregnant women, on how to prevent harmful exposure to environmental contaminants.[2] The brochures are now being developed into a mobile app. The materials are highly engaging and interactive, such as the web tool developed by the Dartmouth College Children's Center to help families decrease their risk from exposure to arsenic in food and water.[3] Another example is the series of infographics created by the USC Children's Center to communicate risks of air pollution across the life course; these infographics received an award from the National Academy of Science Engineering and Medicine.[4] Many of the Children's Centers, including the center at UC Davis, designed brochures in multiple languages to be distributed in places like community clinics, support groups for Latina mothers, and the Mexican Consulate in Sacramento. |
| **University of Southern California** | |
| **Dartmouth College** | |
| **UC San Francisco** | |

The UC San Francisco Children's Center developed the Environmental Health Inquiry Curriculum, an eight-hour in-depth course for all first year medical students. This medical school training is the first of its kind, and covers scientific concepts, critical literature appraisal, and application in clinical settings. The training is part of UC San Francisco's medical school curriculum for 2017.



"Starting today, everything will change. I learned techniques on how to protect my children from pesticides exposure, my family will benefit in addition to people of my community."
– CHAMACOS study trainee.

The partnership between the UC Berkeley (CERCH) Children's Center and the farmworker community in Salinas Valley has been the cornerstone of the center's success and impact. This center has pioneered more effective methods to provide individual results to study participants. They have worked closely with community partners for almost two decades to provide information to farmworker families on preventing pesticide and other environmental exposures. The center has given more than 1,000 presentations reaching over 25,000 people and developed brochures to promote healthy homes for farmworkers. They are working with the California Migrant Education Program to expand trainings statewide.

The UC Berkeley (CERCH) Children's Center also collaborated with Clinica de Salud del Valle Salinas to develop an innovative, computer-based prenatal environmental health kiosk: a culturally-appropriate software that teaches pregnant women about environmental health concerns to be aware of during pregnancy. Prenatal environmental health brochures on asthma, allergies, lead, pesticides, and carbon monoxide accompanied the kiosk.



**UC Berkeley (CERCH)**

CHAMACOS participant, age 12, showing the t-shirt she was given at birth when she was enrolled in the study.

The UC San Francisco Children's Center effectively collaborated with women's health professionals to engage the clinical community in efforts to prevent harmful environmental exposure through clinical, educational, and policy efforts. The leading women's health professional societies in the U.S. and globally called for action to prevent harmful environmental exposures.[5, 6] Eleven Children's Center's studies, including publications from the UC San Francisco Children's Center, were cited by the American College of Obstetrics and Gynecology and the American Society of Reproductive Medicine as evidence that environmental chemicals can adversely impact reproduction. The International Federation of Obstetrics and Gynecology (FIGO) also cited Children's Centers studies in their 2015 opinion paper. The FIGO opinion was amplified by a summit that brought together 50 leaders of reproductive health professional societies from 22 countries to develop an action plan addressing the global threat of environmental chemicals to reproductive health. The plan served as a starting point for the newly formed FIGO Reproductive Developmental Environmental Health Work Group that is carrying the action plan forward.

**UC San Francisco**



## COMMUNITY OUTREACH AND RESEARCH TRANSLATION CONTINUED

**UC Berkeley (CIRCLE)**

When people get sick or develop a disability, they often ask their health care providers, "How or why did this happen?" In some cases, the answer is obvious. In others, it's more complicated. A Story of Health is a multimedia e-book told through the lives of fictional characters and their families – Brett, a young boy with asthma; Amelia, a teenager with developmental disabilities; and Stephen, a toddler recently diagnosed with leukemia. Each fictional case features the latest scientific research about disease origin and helpful facts about disease prevention. The e-book can help families explore the risk factors for disease as well as how to prevent disease and promote health. It was developed by the UC Berkeley (CIRCLE) Children's Center, the Western States Pediatric Environmental Health Specialty Unit (PEHSU), Agency for Toxic Substances and Disease Registry (ATSDR), the Collaborative on Health and the Environment, the Office of Environmental Health Hazard Assessment, California Environmental Protection Agency, and the Science and Environmental Health Network. A Story of Health is available online.[7] More than 7,500 health professionals have registered for continuing education credits available from the CDC for completing chapters.

> **"A Story of Health is compelling, educational and engaging, and will absolutely make a difference."**
> – Dr. Brian Linde, Pediatric Hospitalist, Kaiser Permanente.

**Denver**

With guidance from their community advisory board, the Denver Children's Center developed outreach materials for school-aged children and public health professionals. They designed 20 publicly-available lesson plans in environmental education related to air quality with supporting resources that comply with public school education science curriculum requirements.[8] As of August 2017, the Clean Air Projects K-12 website had received more than 7,600 unique visitors. The center's educational efforts help students, educators, and other stakeholders think critically about air quality and health. As a result, the community has been empowered to make informed decisions about these issues.

**UC Berkeley (CERCH)**

Two toolkits for childcare providers – an Integrated Pest Management (IPM) Toolkit and a Green Cleaning and Sanitizing Toolkit – were developed by the UC Berkeley (CERCH) Children's Center and the UC San Francisco Childcare Health Program.[9, 10] They provided environmental health training to schools and child care centers, in partnership with EPA Region 9 and the Pediatric Environmental Health Specialty Units. The UC Berkeley (CERCH) Center also developed an IPM training program for pest control companies serving schools and child care centers. The course is now a permanent Continuing Education curriculum on the UC Statewide IPM program, and more than 1,160 pest control professionals have been trained (as of 2017).[11]

Pls' Ex. 11



"I would not consider it outreach; it is a dialogue; it is a community partnership."
– Dr. Elaine Faustman, Director, University of Washington Children's Center.

Through their interactive web tool, the Dartmouth College Children's Center disseminates tips for reducing arsenic exposure and preventing adverse health effects. Some of the tips include choosing white rice over brown rice, substituting rice with other grains such as millet and quinoa, soaking and rinsing rice before cooking, limit apple juice or choose other juices, reading food labels closely to avoid sweetener in the form of brown rice syrup, and testing private wells for arsenic levels.[3]



Images from the Dartmouth College Children's Center's web tool on arsenic.

Dartmouth College



# EXPOSURE ASSESSMENT

## BACKGROUND

The Children's Centers have developed technologies and used existing methods in new ways to more accurately measure environmental exposures in the places where children spend most of their time. These accurate and creative assessment tools can reveal correlations between environmental exposures and disease outcomes that are missed by conventional methods. The Children's Centers have collected biological and environmental samples across multiple years, allowing for analysis of between- and within-person variability. Between-person variability means comparing the levels of chemicals in different people. Within-person variability means comparing the levels of chemicals in the same person across seasons and years. It also allows for identification of seasonal and long-term trends. Whether it is measuring new contaminants or mixtures of contaminants, improving sampling techniques, or developing new exposure models, the exposure assessment conducted by the centers allows researchers to observe connections between complex environmental exposures and health outcomes not previously seen.

**UC Berkeley (CERCH)**

The UC Berkeley (CERCH) Children's Center has pioneered methods to measure manganese exposure in children's teeth.[12] While manganese is an essential nutrient, it is also used in some pesticides, and studies indicate that high exposures during development can result in neuropsychological deficits in children.[12] Studies addressing health effects of manganese during prenatal development are hampered by a lack of maternal biomarkers that reflect fetal exposure. Teeth accumulate metals, and their growth proceeds in an incremental pattern similar to growth rings that span the prenatal and postnatal periods. Measuring the distribution of manganese in children's teeth allows researchers to reconstruct exposure to manganese-containing pesticides at specific times during fetal development.[13]

**The Johns Hopkins University**

The ability to accurately capture children's air pollution exposures is essential to understanding its relationship to asthma. Many studies have focused on exposure to fine particulate matter ($PM_{2.5}$) as a risk factor for asthma, but very few epidemiological studies have assessed the implications of exposure to ultrafine particulate matter (UFP). Traditionally, monitoring UFP has been limited by the cost, size, weight, and upkeep of the equipment. However, The Johns Hopkins University Children's Center used a monitor that is small enough for personal exposure assessment resolution (Partector, CH Technologies). Measuring UFP along with $PM_{2.5}$ and the use of a GPS receiver improves the ability to observe relationships between air pollution and asthma by recording exposure peaks in relation to time and space. The center captured personal exposures at home, school, and in transit by placing these monitors in children's backpacks as they went about their daily activities. This is critical since ambient monitors often used in exposure assessments cannot capture the indoor environments where children spend most of their time.

Pls' Ex. 11



The Denver Children's Center has improved the accuracy of measuring air pollution exposure with innovative, wearable exposure monitor samplers. These samplers are used to measure coarse particulate matter ($PM_{10}$) and its components, including black carbon, brown carbon, and secondhand tobacco smoke. Children wear the samplers along with ozone and nitrogen dioxide passive badges during the school week. Analyses have shown that personal monitors measure respirable pollutant exposures more accurately than conventional stationary monitors.[14, 15] As a result, the personal monitors reveal correlations between asthma severity and air pollutant exposures that are missed by stationary monitors. Understanding the relationship between exposures and asthma severity at the personal level is critical for managing asthma symptoms and for developing effective interventions and therapies.



Personal wearable exposure monitors: MicroPEM™ and Ogawa™ badges.

**Denver**

The UC Berkeley (CERCH) Children's Center has partnered with Oregon State University to use silicone sampling bracelets to assess pesticide exposures. These bracelets monitor cumulative pesticide exposures during daily activities, both indoors and outdoors. This approach differs from stationary monitors that can miss important exposure events and result in incomplete measurements. This is one of the first studies to compare measurements of pesticides in the bracelets to pesticides measured in house dust and agricultural pesticide use.



MyExposome wristband monitor.

**UC Berkeley (CERCH)**

## INTERDISCIPLINARY APPROACHES

## BACKGROUND

The Children's Centers approach pressing questions with a wide-angle lens from multiple dimensions, while not allowing the boundaries of any particular field to restrict, define, or determine the array of possible solutions. Experts from across many fields are involved at the earliest stages of developing research hypotheses, and they have been essential in narrowing the gap among environmental health knowledge and its application in our daily lives. Whether it is the synergy between the Emory University's nursing, medicine, arts and sciences, and public health programs, the University of Michigan's collaboration with a medical anthropologist to study neighborhood characteristics, or partnerships between the University of Illinois and the Pediatric Environmental Health Specialty Units (PEHSUs), the Children's Centers leverage the unique expertise of many fields to provide evidence to protect our children.

| Dartmouth College | The maternal-infant microbiome study at the Dartmouth College Children's Center has fostered interdisciplinary research that was not realized prior to this program. This collaboration involves maternal–fetal physicians, neonatologists, pediatricians, experts in bioinformatics and statistics, biologists, ecologists, microbiologists, epidemiologists, and toxicologists to structure a pipeline from the clinic to the lab, to the analytics/visualization, and back to clinical outcomes. Additionally, this center is applying elemental mapping, which is an analytical technique in geochemical, environmental, and materials sciences that has only recently been applied to epidemiological studies. This approach can be used to investigate biomarkers and provide mechanistic information, and to investigate the impact of environmental toxins in combination with measures of socioeconomic adversity. These novel approaches facilitate collaboration between behavioral scientists, physicians, neonatologists, and pediatricians. |
|---|---|

| University of Washington | The University of Washington Children's Center translated research from public health, medicine, and public affairs to answers questions on how, what, where, and when agricultural farmworkers and their families are exposed to pesticides. The center worked with biologically based models for systems biology, *in vitro* models for evaluating impacts on neurodifferentiation, animal models for neurobehavior, exposure scientists, and engineers for air and fugitive dust modeling as well as risk assessors. |
|---|---|

Pls' Ex. 11



"Such centers are critical generators of new knowledge and also incubators for the next generations of leaders in children's environmental health."
– Textbook of Children's Environmental Health.[16]

Developmental psychologists view the eyes as a window into an infant's world. By studying infant looking behavior, researchers have learned a great deal about early cognitive development. However, this approach is labor intensive because it typically involves manually scoring behavior as infants view stimuli on a computer screen. An important goal of the University of Illinois Children's Center is to adapt and implement methods used by developmental psychologists, allowing them to better study cognitive development during infancy in the epidemiological setting. To achieve this goal, the center partnered with an engineering research group and developed a new software that uses a computer webcam to reliably detect and record the gaze direction of very young infants (1 to 5 weeks of age). This allows for automated assessments of visual attention and visual recognition memory. Previous methods to track looking behavior cannot be used in infants this young, so this new methodology is a breakthrough in the field of children's health. This advancement would not be possible without the kind of interdisciplinary collaboration that is at the heart of the Children's Centers philosophy.

**University of Illinois**

The University of Michigan Children's Center spans various disciplines in public health. For example, the center is working with a medical anthropologist to examine how neighborhood characteristics, sleep patterns, perceptions of water quality, and diet may interact with toxicants to affect health outcomes. The health outcomes include growth and maturation, telomere length (often a sign of aging and/or stress), and DNA methylation profiles in a longitudinal birth cohort in Mexico City. Due to this collaboration, the center has revised many of their questionnaires and research activities to be culturally relevant and to reflect the daily lives of participants.

**University of Michigan**



# NEW METHODS AND TECHNOLOGIES

## BACKGROUND

The Children's Centers have pioneered new approaches to study environmental exposures and health outcomes to establish a strong base of science. Novel methodologies, instrumentation, technologies, and tools have been used to more accurately measure and characterize complex exposures and identify early endpoints that are predictive of disease outcomes. Novel approaches to understand the biology of diseases include what are referred to as "-omics", such as genomics, epigenomics, proteomics, adductomics, metabolomics, and microbiomics. By incorporating these innovative methods, the Children's Centers have helped to revolutionize research and clinical practice. Ushering in new paradigms allow for more precise measurement and discovery of new risk factors.

**UC Berkeley (CIRCLE)**

Since the 1970s, blood spots have been routinely collected from every child at birth and stored for future reference. UC Berkeley (CIRCLE) Children's Center researchers obtained authorization from the California Department of Public Health to access this extensive archive as a valuable resource for discovering early-life exposures that may contribute to disease. By developing and validating new omics techniques, researchers have used blood spots to study the risks of childhood leukemia. These methods measure chemicals extracted from the blood spots, namely, small molecules (metabolomics) and adducts of reactive chemicals with human serum albumin (adductomics).[17-21] Unlike traditional, hypothesis-driven methods that target individual exposures, metabolomics and adductomics focus on broad classes of molecules. Investigators are comparing metabolomic and adductomic profiles between children with and without leukemia in order to find discriminating features that will then be investigated to determine their chemical identities and exposure sources. This novel untargeted approach will allow for discovery of new risk factors for childhood leukemia.



Blood spots that are routinely collected from every child at birth.

**Duke University**

The Duke University Children's Center developed a model to examine the effects of specific environmental aexposures on the brain. This *in vitro* model helps researchers study environmental exposures and neurodevelopmental health outcomes using primary neural stem cells derived from the neonatal rat brain, which closely resembles the human brain. The center is currently studying exposure of these cells to tobacco smoke extract and its constituents, including nicotine, and testing nutritional supplements for the potential to lessen tobacco-induced health effects.

**68**



"Children's Centers have led to an improved understanding of the environmental impacts on child health and development."
– 2017 National Academy of Sciences Report.[22]

**Northeastern University**

One novel approach used to study central nervous system integrity with infants is by using a custom pacifier device to examine non-nutritive suck patterning. This can serve as a potential biomarker of infant brain injury and be used as a prognostic tool for detecting future developmental delays. The Northeastern University Children's Center is using non-nutritive suck patterning to examine the effect of chemical exposures during pregnancy on the infant brain. This will be the first time it has been used in environmental health sciences.

**University of Michigan**

As a leader in epigenetics, the University of Michigan Children's Center is employing both gene-specific and genome-wide approaches to identify toxicant- and diet-induced perturbations to DNA methylation and gene expression underlying adverse health outcomes. Exposures to lead, bisphenol A (BPA), and phthalates at multiple developmental stages (prenatally, early childhood, and pre-adolescence) are associated with blood leukocyte methylation. This suggests that environmental exposures can impact the epigenome during multiple stages of life.[23, 24] The epigenome is made up of chemical compounds that can tell genes what to do. Further, lipids in the maternal bloodstream are associated with epigenetic programming in infants.[25]

**University of Washington**

The University of Washington Children's Center has developed advanced mathematical models to estimate between- and within-person variability. They also developed a biokinetic model for cortisol. The center has linked parent organophosphate (OP) pesticide compounds in the blood with concentrations in house dust and calculated observed half-lives of parent compounds in the blood.[26, 27] These advanced methodologies put the observed exposures in context.

**Columbia University**

Incorporating MRI brain imaging into epidemiological studies allows researchers to examine changes to brain structure that may mediate the effects of air pollution exposure on a range of neurodevelopmental, behavioral, and physical outcomes. Researchers have documented associations between specific brain changes and prenatal exposure to polycyclic aromatic hydrocarbons (PAHs) and chlorpyrifos, suggesting a key pathway for the observed neurotoxic effects of these chemicals.



MRI scans from the Columbia University Children's Center study population show correlations of prenatal PAH levels with cerebral surface measures.[28]



## POPULATION—BASED STUDIES

## BACKGROUND

Cohort studies follow a designated study population over time to establish risk factors for disease. Prospective cohort studies that are designed to follow children from before birth into adolescence or adulthood can provide critical information on prenatal and early childhood determinants of adult disease. The plasticity of the brain during puberty is the same as the first three months of life, and it is important to observe children during both these phases of development. Many Children's Centers have initiated large observational, prospective cohort studies that start during pregnancy or immediately after birth, then follow the children up to young adulthood. Other Children's Centers have utilized cohorts funded through other mechanisms, leveraging major investments that have already been made, such as examples shown below for the Duke University and the University of Michigan Children's Centers.

**Columbia University**

Starting in 1998, the Columbia University Children's Center enrolled more than 700 Latina and African-American women from New York City for its Mothers and Newborns (MN) cohort. This initial study led to the enrollment of subsequent cohorts, including 130 younger siblings of the MN cohort participants and the Fair Start cohort, that is currently enrolling pregnant women from the same neighborhoods. These prospective cohort studies are examining the impact of prenatal and postnatal exposure to air pollution, bisphenol A (BPA), phthalates, flame retardants, and pesticides on childhood health and development. These studies have been instrumental in the field, finding associations between certain environmental exposures and multiple adverse outcomes including reduced birthweight, obesity, attention-deficit hyperactivity disorder (ADHD), reduced IQ, and anatomical brain changes. The research has also revealed interactions between toxicant exposure and stressors related to poverty.

**University of Washington**

The University of Washington Children's Center has enrolled and maintained a prospective cohort of farmworkers, nonfarmworkers, and their families living in Yakima Valley, Washington. Families were first enrolled in the study when the children were between ages 2 and 6 years. Over the next 10 years, researchers assessed pesticide exposure in multiple seasons by measuring levels of pesticides in dust, urine, and blood. The study has also assessed biological mechanisms linked with toxicity and disease. A hallmark of this cohort is the frequency of samples, taken multiple times per season, during multiple seasons per year, across multiple years. This structure has allowed researchers to evaluate between- and within-person variability across seasons and years.  One unique element of this study is the extensive exposome-based assessments. Not only have researchers measured over 80 pesticides in dust, they have also assessed phthalates, metals, mold, and social stress exposures using biomarkers and questionnaires.

Pls' Ex. 11



"The Children's Centers have overcome many hurdles to understand the links between environmental exposures and health outcomes or social and cultural factors. Long-term studies [are critically important] to assess the full range of developmental consequences...at different life stages."
– Excerpt from *Lessons learned for the National Children's Study.*[29]

The Duke University Children's Center follows a subset of approximately 400 children from a pre-existing Newborn Epigenetics STudy (NEST) cohort. NEST includes 2,000 racially-diverse pregnant women in central North Carolina, and was specifically designed to allow for in-depth investigation of epigenetic mechanisms that link the prenatal environment to children's health outcomes. NEST has assembled a rich repository of biological specimens over time from these mothers and their children as well as medical and epidemiological data that altogether have provided a strong foundation for other studies, including the Duke University Children's Center. This center is specifically investigating how secondhand tobacco smoke exposure during early life increases the risk of developing ADHD during adolescence.

**Duke University**

The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort consists of children enrolled at birth in Mexico City beginning in 1994 and followed for more than 22 years. The previously funded cohort is now part of the University of Michigan Children's Center, which investigates the influence of lead exposure on fetal and infant development. Findings from ELEMENT have found relationships between prenatal lead and low birthweight,[30] lower weight and higher blood pressure in young girls,[31, 32] cognition,[33-36] and ADHD[37]; findings have also shown that calcium supplementation during pregnancy can blunt the mobilization of lead stored in bone, thereby reducing fetal exposure.[38-40] Over the long follow-up period, researchers have been able to study exposures to metals other than lead, including fluoride,[41] cadmium,[42] mercury,[43] BPA, and phthalates.[44-49] Studies on additional health outcomes, such as cognition,[50-53] behavior,[50, 54] dental health, sexual maturation,[45, 46, 48, 55] adiposity,[44, 56, 57] and cardiometabolic risk[58] have also been possible. Evidence from ELEMENT has informed U.S. and Mexican lead exposure guidelines, including the 2010 CDC "Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women", among others.[59]

**University of Michigan**

In addition to the CHARGE study, the UC Davis Children's Center launched a second epidemiologic study of autism spectrum disorder (ASD) in 2006. The Markers of Autism Risk in Babies – Learning Early Signs (MARBLES) study follows mothers with at least one child with ASD before, during, and after their pregnancy. This allows researchers to obtain information about babies' prenatal and postnatal exposures. Infants are enrolled at birth and assessed for neurodevelopmental status until 3 years old. MARBLES has enrolled over 440 mother-child pairs and has conducted longitudinal biological and environmental sampling.

**UC Davis**



## RODENT MODELS

## BACKGROUND

Determining what chemical exposures are toxic to children requires a variety of research approaches, including high throughput *in vitro* cell based assays, animal models, and clinical and epidemiological studies. Studying mice in particular allows researchers to mimic how environmental exposures might affect humans. Such animal models provide invaluable information that researchers can use to isolate what chemicals pose the greatest risks, work out the complex mechanisms of toxicity, determine who is at risk for disease, and develop effective treatments. The Children's Centers use animal models alongside epidemiological studies to inform actions designed to reduce the burden of disease in children.



**University of Illinois**

Animal studies from the University of Illinois Children's Center were the first to determine the long-term and transgenerational consequences of prenatal phthalate exposure on both male and female reproduction. Prenatal exposure to phthalates was found to disrupt several aspects of female reproduction, including a disrupted estrous cycle, ovarian cysts, increased uterine weight, reduced fertility, and direct damage to the ovaries.[60, 61]  The chemical mixture used in these animal studies was based on the specific mixture of phthalates identified in the blood of pregnant women enrolled in the center's cohort study. The resulting data represent the first findings from animal studies using an environmentally relevant phthalate mixture.

**University of Illinois**

Researchers found that exposure to bisphenol A (BPA) during perinatal development and adolescence may alter neuron and glia numbers in the prefrontal cortex of adult rats.[62] Given that the prefrontal cortex is a part of the brain that is critical for learning and memory, changes to the structure and function of this region may have broad implications for health. Studies are also underway to explore the effects of an environmentally relevant mixture of phthalates on the prefrontal cortex. Early findings show that phthalates resulted in impaired cognitive flexibility in adult rats. Researchers have taken anatomical measurements of the prefrontal cortex of the rat brain to establish the neural basis for this deficit.[63]

**Columbia University**

Researchers used animal models to investigate the epigenetic mechanisms or ways that polycyclic aromatic hydrocarbons (PAHs) and BPA may affect neurodevelopment and obesity.[64-67] High prenatal PAH exposure was found to be associated with weight gain and greater fat mass in mice, as well as more sedentary behaviors.[66, 67] These results parallel the findings in epidemiological studies linking high prenatal PAH exposure with higher risk of childhood obesity.[68]

Pls' Ex. 11



"We don't do advocacy. We conduct the science and provide it in a way that can empower both the communities and the policymakers to do something about it."
– Frank Gilliland, Director, University of Southern California Children's Center.

**Duke University**

An animal model was used to examine the effects of preconception, prenatal, and early childhood exposure to tobacco smoke extract and nicotine on neurobehavioral function. Researchers successfully differentiated between the effects of exposure to the complex tobacco mixture and to nicotine alone. These investigators found predominant persistent neurobehavioral impairments with late gestational exposure. However, persisting neurobehavioral effects were also seen with early gestational and even preconceptional exposure.[69] Studying rats allows researchers to analyze effects of exposures that are difficult to study in humans, particularly in different parts of the brain. Because the effects of prenatal exposure in children is usually studied using blood, the genes identified in animals help to determine where researchers should look for similar epigenetic alterations in humans.

**University of Michigan**

Researchers are utilizing an agouti mouse model to mirror exposures seen in humans. They are investigating the role of perinatal and peripubertal lead, BPA, and phthalate exposures on offspring lifecourse metabolic status, reproductive development, and epigenetic gene regulation. Findings show that perinatal lead exposure in mice was associated with increased food intake, body weight, total body fat, energy expenditure, and insulin response in adult mice, with more pronounced effects in males.[70] In addition, lead exposure immediately before or after birth (perinatal) was associated with changes to gut microbiota that can cause obesity. Perinatal lead exposure also enhanced long-term epigenetic drift in mice.[71, 72]

**University of Washington**

Using animal models, researchers have conducted neurobehavioral studies to identify how genetic differences and timing of exposure modifies the health effects of pesticide exposure. The use of *in vitro* models that mimic brain development shows the impact of pesticides on signaling pathways and brain disorders. *In vitro* and animal models have demonstrated that organophosphate (OP) pesticides significantly inhibited neural growth, even at low concentrations. These effects appeared to be mediated by oxidative stress, as they were prevented by antioxidants.[75,76] These results suggest potential mechanisms where OP pesticides may interfere with neurodevelopment in children. Understanding these mechanisms may help identify critical windows of susceptibility in children.



## SAMPLE REPOSITORY

## BACKGROUND

Biological samples such as blood, placenta, urine, baby teeth, hair, and saliva allow researchers to answer questions about environmental exposures over long periods of time. The Children's Centers have been collecting and storing such samples since the inception of the program in 1997. As new environmental exposures of concern are identified, these samples serve as invaluable resources regarding historical exposures and health outcomes (as demonstrated by the Cincinnati Children's Center example below). Epidemiological studies, such as those established and accessed by the Children's Centers, are more valuable when there is capacity to store samples for future analysis. Evolving approaches for processing, extracting, and storing samples allow for downstream high throughput laboratory analyses at a pace not previously considered possible.

**220,000 biological and environmental samples** collected by the UC Berkeley (CERCH) Children's Center since 1998.

| | |
|---|---|
| **Cincinnati** | The Cincinnati Children's Center has utilized archived samples to examine the effects of chemicals that were not included in its original study design. At its inception, the center focused on the effects of lead, pesticides, mercury, polychlorinated biphenyls (PCBs), and tobacco smoke. As time went on, however, community and public health concerns emerged concerning the potential effects of other metals, bisphenol A (BPA), polybrominated diphenyl ethers (PBDEs), phthalates, and other metals on the health of children. Under a different grant, Cincinnati Children's Center researchers were able to test for the presence of these chemicals in the stored biological samples and explore the associations between past exposures and health outcomes. |
| **UC Davis** | The UC Davis Children's Center has amassed an enormous repository of biological and environmental samples. More than 200,000 samples, including urine, blood, saliva, hair, baby teeth, placenta, maternal vaginal swabs, breast milk, meconium, and stool samples are now stored in the center's biorepository. Records of this biorepository will be available online where potential collaborators may query. |
| **University of Washington** | Since 1998, the University of Washington Children's Center has maintained a biorepository of biological and environmental study samples. These samples were leveraged by the National Children's Study for formative research projects related to social stress, dust pesticide concentrations, and characterization of the impacts of pesticides on the oral microbiome.[75-77] Samples have also been used to quantify the microRNA signal associated with pesticide exposure and occupational status.[78] |

Pls' Ex. 11



**"Solid intervention work has been created [by the Children's Centers] along with extended links to the communities served. The continuity of this work has proven successful and should be maintained."**
– EPA Board of Scientific Counselors/Children's Health Protection Advisory Committee Review.[79]

| | |
|---|---|
| Starting in 1998, the UC Berkeley (CERCH) Children's Center established an extensive biorepository of more than 220,000 biological and environmental samples from the CHAMACOS studies. The center has collected urine samples from hundreds of children, starting as young as 6 months old.[80] These urine collection protocols have been adopted by cohort studies nationally and around the world. The center has pioneered blood processing and storage techniques and has collected breastmilk, saliva, hair, and deciduous (baby) teeth. Collecting samples from children at very young ages allows researchers to assess the effects of early life exposures on health outcomes later in childhood and young adulthood. | **UC Berkeley (CERCH)** |
| The Dartmouth College Children's Center has applied innovative approaches and technologies to expand infant microbiome studies to large scale, molecular epidemiology studies of healthy pregnant women and their infants. The center uses state-of-the-art laboratory techniques including automated archival storage and retrieval, and automated specimen processing. Expanding the application of advanced microbial sequencing and bioinformatics techniques has furthered the investigation of environmental exposures, the developing microbiome, and health outcomes. | **Dartmouth College** |

EPA-funded research grants adhere to all laws, regulations, and policies supporting the ethical conduct and regulatory compliance of protecting the rights and welfare of human subjects and participants in research. To learn more about EPA's protection of human subjects, visit https://www.epa.gov/osa/basic-information-about-human-subjects-research-0.



# INDEX

## A

Agriculture  21, 29, 52

Air pollution *see also* indoor air pollution and traffic-related air pollution (TRAP)  20, 21, 22, 23, 27, 30, 31, 32, 33, 38, 39, 40, 60, 64, 65, 69, 70

Asthma  20, 21

Autism  30, 31

Birth outcomes  22, 23

Immune function  27

Obesity  32, 33

Animal models *see also* rodent models  66, 72, 73

Anxiety  28, 29

Arsenic  23, 28, 42, 43, 60, 63

Birth outcomes  23

Asthma  2, 3, 20, 21, 26, 27, 32, 38, 39, 40, 56, 57, 61, 62, 64, 65

Air pollution  38, 39, 40

Obesity  32

Secondhand tobacco smoke  56, 57

Attention-deficit/hyperactivity disorder (ADHD)  28, 29, 51, 52, 70, 71

Lead  51

Pesticides  52

Autism  2, 3, 26, 29, 30, 31, 39, 53, 71

Immune function  26

## B

Behavior  3, 26, 27, 28, 29, 30, 31, 40, 46, 50, 51, 52, 67, 69, 71, 72

Aggression  28

Criminal  50, 51

Self-control  28

Biomarkers  32, 48, 56, 64, 66, 70

Biorepository  74, 75

Birth cohorts *see also* cohorts and population-based studies  53, 67

Birth defects  22, 39

Air pollution  39

Birth outcomes *see also* birth defects; low birthweight; and preterm birth  22, 23, 42, 48

Arsenic  42

Phthalates  48

Bisphenol A (BPA)  21, 29, 32, 33, 44, 45, 48, 69, 70, 71, 72, 73, 74

Obesity  32, 33

Body Mass Index (BMI)  32, 44

Brain development *see also* neurodevelopment  26, 28, 29, 31, 48, 49, 53, 73

Brown University Children's Center  108

## C

Cancer *see also* leukemia  3, 24, 25, 26, 27, 28, 29, 38, 56

Immune function  26, 27

Secondhand tobacco smoke  56

Case-control study  31

Center for the Health Assessment of Mothers and Children of Salinas (CHAMACOS)  53, 61, 75

Centers for Disease Control and Prevention (CDC)  50, 62, 71

Childhood Autism Risks from Genes and Environment (CHARGE)  31, 71

Cincinnati Children's Center  33, 44, 46, 50, 51, 74, 108

Clean Air Act  38, 51

Cohort study *see also* population-based studies  28, 53, 67, 70, 71, 72, 75

Columbia University Children's Center  28, 29, 33, 38, 40, 41, 44, 46, 53, 55, 69, 70, 71

Community outreach  60, 62

Consumer products *see also* bisphenol A (BPA); phthalates; polybrominated diphenyl ethers (PBDEs)  44, 45, 46, 48

## D

Dartmouth College Children's Center  23, 42, 43, 60, 63, 66, 75, 110

Denver Children's Center  62, 65, 110

Depression  28, 29

Developmental delay  28, 29, 30, 31, 49, 69

Diabetes  27, 32

Diet  25, 32, 42, 43, 52, 67, 69

Arsenic  42, 43

Cancer  25

Duke University (NICHES) Children's Center  51, 57, 68, 70, 71, 73, 111

Duke University (SCEDDBO) Children's Center  111

Dust  25, 29, 46, 48, 49, 65, 66, 69, 70, 74

## E

Emory University Children's Center  23, 66, 111

Endocrine disrupting chemicals (EDCs)  32

Epigenetics  21, 26, 27, 69, 71, 72, 73

Exposure Assessment  41, 64

## F

Food  23, 42, 43, 44, 48, 51, 52, 60, 63, 73

Arsenic  42, 43

Bisphenol A (BPA)  44

Pesticides  52

Phthalates  48

# INDEX

Food and Drug Administration (FDA)  43

## G

Genetics  2, 24, 25, 30, 32, 53, 56, 73

## H

Harvard University Children's Center  112

High-efficiency particulate air (HEPA) filters  21, 40, 57

## I

Immune  3, 21, 25, 26, 27, 38, 41, 42, 43, 52

*In utero*  30, 42

*In vitro*  57, 66, 68, 72, 73

Indoor air pollution  21, 29, 32, 48
   Neurodevelopment  29
   Obesity  32

Integrated pest management (IPM)  55, 62

Interdisciplinary  66, 67

Intervention  12, 13, 15, 21, 27, 29, 32, 33, 39, 40, 54, 55, 57, 60, 65, 75

## L

Laboratory  12, 32, 74, 75

Language  29, 50, 60

Lead  28, 29, 50, 51, 61, 69, 71, 73, 74
   Neurodevelopment  28, 29

Leukemia  2, 24, 25, 26, 27, 53, 56, 57, 62, 68
   Immune function  26, 27

Pesticides  53
   Secondhand tobacco smoke  56, 57

Low birth weight  22, 38, 39, 53

Air pollution  38, 39

Lung development  38, 39

Lung function  20, 21, 27, 38, 39, 40

## M

Maternal exposure  22

Metabolic  3, 27, 32, 33, 35, 44, 73

Microbiome  66, 74, 75

Mount Sinai School of Medicine Children's Center  35, 113

## N

Neurobehavior  45, 47, 51, 66, 73

Neurodevelopment  25, 26, 27, 28, 29, 30, 39, 56, 57, 68, 69, 71, 72, 73
   Cognition  28, 29, 40, 47, 50, 51, 52, 53, 67, 71, 72
   IQ  3, 26, 28, 29, 46, 50, 51, 52, 53, 70
   Memory  29, 52, 67, 72
   Test scores  28, 29, 51, 52

Nitrogen dioxide (NO2)  20, 32, 38, 40, 65

Northeastern University Children's Center  69, 113

## O

Obesity  32, 33, 44, 45, 70, 72, 73
   Bisphenol A (BPA)  44, 45

Occupational exposure  24, 30, 31

Organophosphates (OPs) *see also* Pesticides  21, 22, 30, 52, 69, 73

Ozone  20, 22, 23, 38, 65

## P

Particulate matter (PM)  20, 32, 38, 40, 64, 65

Paternal exposure  24, 56

Pediatric Environmental Health Specialty Unit (PEHSU)  62, 66

Pesticides *see also* organophosphates (OPs)  21, 22, 23, 24, 25, 28,29, 30, 42, 52, 53, 54, 55, 61, 65, 66, 69, 70, 73, 74
   Autism  30, 31
   Birth outcomes  22, 23
   Cancer  24, 25
   Chlorpyrifos  29, 30, 53, 69
   Neurodevelopment  28, 29
   Take-home pathway  54, 55

Phthalates  22, 23, 29, 31, 32, 33, 35, 45, 48, 49, 69, 70, 71, 72, 73, 74
   Birth outcomes  22, 23
   Neurodevelopment  29
   Obesity  32, 33
   Reproductive development  35

Polybrominated diphenyl ethers (PBDEs)  23, 25, 26, 29, 35, 45, 46, 47, 74
   Birth outcomes  23
   Cancer  25
   Immune function  26
   Reproductive development  35

Polychlorinated biphenyls (PCBs)  25, 26, 74
   Cancer  25
   Immune function  26

Polycyclic aromatic hydrocarbons (PAHs)  20, 21, 24, 25, 27, 28, 29, 32, 40, 41, 69, 72
   Asthma  20, 21
   Cancer  24, 25
   Immune function  27
   Neurodevelopment  28, 29
   Obesity  32

Population-based studies *see also* case-control study and cohort study  70

Preconception  9, 15, 24, 73

Pls' Ex. 11

**INDEX**

Prenatal  9, 21, 22, 23, 25, 26, 27, 28, 29, 32, 33, 35, 39, 40, 42, 44, 45, 46, 47, 48, 50, 52, 53, 56, 57, 61, 64, 69, 70, 71, 72, 73

Air pollution  39, 40

Arsenic  42

Asthma  21

Birth outcomes  22, 23

Bisphenol A (BPA)  44, 45

Cancer  25

Immune function  26, 27

Lead  50

Neurodevelopment  28, 29

Obesity  32, 33

Pesticides  52, 53

Phthalates  48

Polybrominated diphenyl ethers (PBDEs)  46, 47

Reproductive development  35

Secondhand tobacco smoke  56, 57

Preterm birth see also birth outcomes  22, 23, 39, 41, 56

Air pollution  39, 41

Secondhand tobacco smoke  56

Puberty  35, 45, 70, 73

R

Reproductive  35, 44, 45, 48, 61, 72, 73

Bisphenol A (BPA)  44, 45

Phthalates  48

Respiratory  2, 21, 25, 38, 41, 42, 56, 57

Air pollution  38, 41

Arsenic  42

Asthma  21

Secondhand tobacco smoke  56, 57

Rural  21, 42

S

School  20, 28, 31, 39, 47, 51, 54, 55, 57, 60, 62, 64, 65

Secondhand tobacco smoke  20, 32, 33, 56, 65, 71

Asthma  20

Obesity  32, 33

T

Take-home pathway  54, 55

The Johns Hopkins University Children's Center  21, 32, 38, 40, 57, 64, 112

Traffic-related air pollution (TRAP)  20, 30, 39

Asthma  20

Autism spectrum disorder (ASD)  30

U

University of California, Berkeley (CERCH) Children's Center see also CHAMACOS  21, 22, 23, 35, 44, 45, 46, 47, 49, 52, 53, 54, 61, 62, 64, 65, 74, 75, 114

University of California, Berkeley (CIRCLE) Children's Center  24, 25, 26, 56, 57, 62, 68, 115

University of California, Berkeley/ Stanford University Children's Center  20, 21, 22, 27, 39, 41, 114

University of California, Davis Children's Center see also CHARGE  26, 27, 29, 30, 31, 49, 60, 71, 74, 115

University of California, San Francisco Children's Center  60, 61, 62, 116

University of Illinois Children's Center  33, 45, 48, 66, 67, 72, 116

University of Iowa Children's Center  21, 117

University of Medicine and Dentistry of New Jersey Children's Center  117

University of Michigan Children's Center  20, 22, 32, 33, 35, 44, 48, 51, 66, 67, 69, 70, 71, 73, 118

University of Southern California Children's Center  20, 22, 30, 31, 32, 33, 38, 39, 40, 57, 60, 73, 118

University of Washington Children's Center  45, 52, 54, 55, 60, 63, 66, 69, 119

Urban  23, 28, 33

W

Water  42, 43, 44, 51, 60, 67

Arsenic  42, 43

Bottles  44

Lead  51

Pls' Ex. 11

# REFERENCES

## CHILDREN'S HEALTH MATTERS

1. Giddings BM, Whitehead TP, Metayer C and Miller MD. (2016). Childhood leukemia incidence in California: High and rising in the Hispanic population. Cancer, 122(18), 2867-2875.  Retrieved from http://onlinelibrary.wiley.com/doi/10.1002/cncr.30129/abstract

2. Centers for Disease Control and Prevention. Asthma surveillance data. 2016; Available from: https://www.cdc.gov/asthma/asthmadata.htm

3. Christensen DL, Baio J, Braun KV, Bilder D, Charles J and al. e. (2016). Prevalence and characteristics of autism spectrum disorder among children aged 8 years — Autism and developmental disabilities monitoring network, 11 sites, United States. MMWR Surveill Summ, 65(No.SS-3), 1-23.  Retrieved from https://www.cdc.gov/mmwr/volumes/65/ss/ss6503a1.htm

4. Trasande L, Malecha P and Attina TM. (2016). Particulate matter exposure and preterm birth: Estimates of US attributable burden and economic costs. Environmental Health Perspectives, 124(12), 1913-1918.  Retrieved from https://ehp.niehs.nih.gov/15-10810/

5. Centers for Disease Control and Prevention. Lead. 2017; Available from: https://www.cdc.gov/nceh/lead/

6. World Health Organization. Global plan of action for children's health and the environment (2010-2015). 2010; Available from: http://www.who.int/ceh/cehplanaction10_15.pdf

7. Hallmayer J, Cleveland S, Torres A, Phillips J, Cohen B, Torigoe T, Miller J, et al. (2011). Genetic heritability and shared environmental factors among twin pairs with autism. Archives of General Psychiatry, 68(11), 1095-1102.  Retrieved from http://jamanetwork.com/journals/jamapsychiatry/fullarticle/1107328

8. World Health Organization. Don't pollute my future! The impact of the environment on children's health. 2017; Available from: http://apps.who.int/iris/bitstream/10665/254678/1/WHO-FWC-IHE-17.01-eng.pdf

9. Trasande L and Liu Y. (2011). Reducing the staggering costs of environmental disease in children, estimated at $76.6 billion in 2008. Health Affairs, 30(5), 863-870.  Retrieved from http://content.healthaffairs.org/content/30/5/863.long

10. Science and Environment Health Network. (2010). The price of pollution: Cost estimates of environment-related childhood disease in Michigan. http://www.sehn.org/tccpdf/childnood%20illness.pdf

11. US Environmental Protection Agency. (2015). Benefit and cost analysis for the effluent limitations guidelines and standards for the steam electric power generating point source category. https://www.epa.gov/sites/production/files/2015-10/documents/steam-electric_benefit-cost-analysis_09-29-2015.pdf

12. Buescher AV, Cidav Z, Knapp M and Mandell DS. (2014). Costs of autism spectrum disorders in the United Kingdom and the United States. JAMA pediatrics, 168(8), 721-728.  Retrieved from http://jamanetwork.com/journals/jamapediatrics/fullarticle/1879723

13. Johnson J and Collman G. (2015). Letter to Children's Centers annual meeting participants.

14. (1997). Exec. Order No. 13045, 62 FR 19885. https://www.gpo.gov/fdsys/pkg/FR-1997-04-23/pdf/97-10695.pdf

15. National Institutes of Health and US Environmental Protection Agency. RFA-ES-14-002: Children's Environmental Health and Disease Prevention Research Centers (P50). 2014; Available from: https://grants.nih.gov/grants/guide/rfa-files/RFA-ES-14-002.html

Pls' Ex. 11

## REFERENCES

# HEALTH OUTCOMES

1. Centers for Disease Control and Prevention. National Center for Health Statistics: Asthma. 2017; Available from: https://www.cdc.gov/nchs/fastats/asthma.htm

2. Dockery D, Outdoor Air Pollution, in Textbook of Children's Environmental Health, P. Ladnrigan and R. Etzel, Editors. 2014, Oxford University Press: New York, NY. p. 201-209.

3. Centers for Disease Control and Prevention. Asthma in schools. 2017; Available from: https://www.cdc.gov/healthyschools/asthma/

4. US Environmental Protection Agency. Asthma facts. 2013; Available from: http://www.epa.gov/asthma/pdfs/asthma_fact_sheet_en.pdf

5. Moorman J, Akinbami L and Bailey C. (2012). National Surveillance of Asthma: United States, 2001-2010. https://www.cdc.gov/nchs/data/series/sr_03/sr03_035.pdf

6. Centers for Disease Control and Prevention. Asthma in the US. 2011; Available from: https://www.cdc.gov/vitalsigns/asthma/index.html

7. McConnell R, Islam T, Shankardass K, Jerrett M, Lurmann F, Gilliland F, Gauderman J, et al. (2010). Childhood incident asthma and traffic-related air pollution at home and school. Environmental Health Perspectives, 118(7), 1021-1026.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2920902/

8. Gauderman W, Avol E, Lurmann F, Kuenzli N, Gilliland F, Peters J and McConnell R. (2005). Childhood asthma and exposure to traffic and nitrogen dioxide. Epidemiology, 16(6), 737-743.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/16222162

9. McConnell R, Berhane K, Yao L, Jerrett M, Lurmann F, Gilliland F, Kunzli N, et al. (2006). Traffic, susceptibility, and childhood asthma. Environmental Health Perspectives, 114(5), 766-772.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1459934/

10. Gale S, Noth E, Mann J, Balmes J, Hammond S and Tager I. (2012). Polycyclic aromatic hydrocarbon exposure and wheeze in a cohort of children with asthma in Fresno, CA. Journal of Exposure Science and Environmental Epidemiology, 22(4), 386-392.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4219412/

11. Lewis TC, Robins TG, Mentz GB, Zhang X, Mukherjee B, Lin X, Keeler GJ, et al. (2013). Air pollution and respiratory symptoms among children with asthma: vulnerability by corticosteroid use and residence area. Science of the Total Environment, 448, 48-55.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/23273373

12. US Environmental Protection Agency. If you have a child with asthma, you're not alone. 2001; Available from: https://nepis.epa.gov/Exe/ZyPDF.cgi/000002C7.PDF?Dockey=000002C7.PDF

13. Butz A, Matsui E, Breysse P, Curtin-Brosnan J, Eggleston P, Diette G, Williams D, et al. (2011). A randomized trial of air cleaners and a health coach to improve indoor air quality for inner-city children with asthma and secondhand smoke exposure. Archives of Pediatrics and Adolescent Medicine, 165(8), 741-748.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21810636

14. Schwartz D. (1999). Etiology and pathogenesis of airway disease in children and adults from rural communities. Environmental Health Perspectives, 107(S3), 393-401.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1566226/

15. Raanan R, Balmes JR, Harley KG, Gunier RB, Magzamen S, Bradman A and Eskenazi B. (2015). Decreased lung function in 7-year-old children with early-life organophosphate exposure. Thorax, 71(2), 148-153.  Retrieved from http://thorax.bmj.com/content/71/2/148.long

16. Raanan R, Harley K, Balmes J, Bradman A, Lipsett M and Eskenazi B. (2015). Early-life exposure to organophosphate pesticides and pediatric respiratory symptoms in the CHAMACOS cohort. Environmental Health Perspectives, 123(2), 179-185.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4314248/

<div style="background:#3B2A6B;color:white;padding:8px;display:inline-block;">**REFERENCES**</div>  **HEALTH OUTCOMES**

17.  Raanan R, Gunier RB, Balmes JR, Beltran AJ, Harley KG, Bradman A and Eskenazi B. (2017). Elemental sulfur use and associations with pediatric lung function and respiratory symptoms in an agricultural community (California, USA). Environmental Health Perspectives, 87007, 087007-1-8.  Retrieved from https://ehp.niehs.gov/ehp528/

18.  Nadeau K, McDonald-Hyman C, Noth EM, Pratt B, Hammond SK, Balmes J and Tager I. (2010). Ambient air pollution impairs regulatory T-cell function in asthma. Journal of Allergy and Clinical Immunology, 126(4), 845-852. e10.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/20920773

19.  Liu J, Zhang L, Winterroth L, Garcia M, Weiman S, Wong J, Sunwoo J, et al. (2013). Epigenetically mediated pathogenic effects of phenanthrene on regulatory T cells. Journal of Toxicology, 2013(2013), 967029.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3606805/

20.  Matsui EC, Hansel NN, Aloe C, Schiltz AM, Peng RD, Rabinovitch N, Ong MJ, et al. (2013). Indoor pollutant exposures modify the effect of airborne endotoxin on asthma in urban children. American Journal of Rrespiratory and Critical Care Medicine, 188(10), 1210-1215.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24066676

21.  Hew K, Walker A, Kohli A, Garcia M, Syed A, McDonald-Hyman C, Noth E, et al. (2015). Childhood exposure to ambient polycyclic aromatic hydrocarbons is linked to epigenetic modifications and impaired systemic immunity in T cells. Clinical and Experimental Allergy, 45(1), 238-248.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4396982/

22.  Arth AC, Tinker S, Simeone R, Ailes E, Cragan J and Grosse S. (2017). Inpatient hospitalization costs associated with birth defects among persons of all ages—United States, 2013. MMWR Morbidity and Mortality Weekly Report, 66, 41-46. Retrieved from https://www.cdc.gov/mmwr/volumes/66/wr/pdfs/mm6602a1.pdf

23.  Centers for Disease Control and Prevention. Reproductive and birth outcomes. 2017; Available from: https://ephtracking.cdc.gov/showRbBirthOutcomeEnv

24.  American Academy of Pediatrics Council on Environmental Health. (2012). Pediatric Environmental Health, Third Edition. Elk Grove Village, IL.

25.  Centers for Disease Control and Prevention. Reproductive and birth outcomes. 2016; Available from: https://ephtracking.cdc.gov/showRbLBWGrowthRetardationEnv.action

26.  Goldenberg RL, Culhane JF, Iams JD and Romero R. (2008). Epidemiology and causes of preterm birth. The Lancet, 371(9606), 75-84.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/18177778

27.  Padula AM, Noth EM, Hammond SK, Lurmann FW, Yang W, Tager IB and Shaw GM. (2014). Exposure to airborne polycyclic aromatic hydrocarbons during pregnancy and risk of preterm birth. Environmental Research, 135, 221-226.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25282280

28.  Padula AM, Mortimer KM, Tager IB, Hammond SK, Lurmann FW, Yang W, Stevenson DK, et al. (2014). Traffic-related air pollution and risk of preterm birth in the San Joaquin Valley of California. Annals of Epidemiology, 24(12), 888-895. e4. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25453347

29.  Cossi M, Zuta S, Padula AM, Gould JB, Stevenson DK and Shaw GM. (2015). Role of infant sex in the association between air pollution and preterm birth. Annals of Epidemiology, 25(11), 874-876.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4671488/

30.  Salam MT, Millstein J, Li Y-F, Lurmann FW, Margolis HG and Gilliland FD. (2005). Birth outcomes and prenatal exposure to ozone, carbon monoxide, and particulate matter: results from the Children's Health Study. Environmental Health Perspectives, 113(11), 1638-1644.  Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/16263524

31.  US Environmental Protection Agency. (2013). Integrated Science Assessment for ozone and related photochemical oxidants. https://www.epa.gov/isa/integrated-science-assessment-isa-ozone

32.  Ferguson KK, Meeker JD, Cantonwine DE, Chen Y-H, Mukherjee B and McElrath TF. (2016). Urinary phthalate metabolite and bisphenol A associations with ultrasound and delivery indices of fetal growth. Environment International, 94, 531-537. Retrieved from http://www.sciencedirect.com/science/article/pii/S0160412016302318

**82**

HEALTH OUTCOMES

33. Watkins DJ, Milewski S, Domino SE, Meeker JD and Padmanabhan V. (2016). Maternal phthalate exposure during early pregnancy and at delivery in relation to gestational age and size at birth: A preliminary analysis. Reproductive Toxicology, 65, 59-66.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0890623816301605

34. Bradman A, Eskenazi B, Barr D, Bravo R, Castorina R, Chevrier J, Kogut K, et al. (2005). Organophosphate urinary metabolite levels during pregnancy and after delivery in women living in an agricultural community. Environmental Health Perspectives, 113(12), 1802-1807.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/16330368

35. Eskenazi B, Harley K, Bradman A, Weltzien E, Jewell NP, Barr DB, Furlong CE, et al. (2004). Association of in utero organophosphate pesticide exposure and fetal growth and length of gestation in an agricultural population. Environmental Health Perspectives, 112(10), 1116-1124.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/15238287

36. Davis MA, Higgins J, Li Z, Gilbert-Diamond D, Baker ER, Das A and Karagas MR. (2015). Preliminary analysis of in utero low-level arsenic exposure and fetal growth using biometric measurements extracted from fetal ultrasound reports. Environmental Health, 14(1), 12.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25971349

37. Concha G, Vogler G, Lezcano D, Nermell B and Vahter M. (1998). Exposure to inorganic arsenic metabolites during early human development. Toxicological Sciences, 44(2), 185-190.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/9742656

38. Gilbert-Diamond D, Emond JA, Baker ER, Korrick SA and Karagas MR. (2016). Relation between in utero arsenic exposure and birth outcomes in a cohort of mothers and their newborns from New Hampshire. Environmental Health Perspectives, 124(8), 1299.  Retrieved from https://ehp.niehs.nih.gov/15-10065/

39. Harley KG, Chevrier J, Schall RA, Sjödin A, Bradman A and Eskenazi B. (2011). Association of prenatal exposure to polybrominated diphenyl ethers and infant birth weight. American Journal of Epidemiology, 174(8), 885-892.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21878423

40. Center for Children's Health the Environment Microbiome and Metabolomics' Center, Stakeholders documentary. 2016. https://www.youtube.com/watch?v=lKs0ZB7dAmw

41. American Cancer Society. (2016). Cancers that develop in children.  Retrieved from http://www.cancer.org/cancer/cancerinchildren/detailedguide/cancer-in-children-types-of-childhood-cancers

42. American Cancer Society. (2016). Key statistics for childhood cancers.  Retrieved from https://www.cancer.org/cancer/cancer-in-children/key-statistics.html

43. Giddings BM, Whitehead TP, Metayer C and Miller MD. (2016). Childhood leukemia incidence in California: high and rising in the Hispanic population. Cancer, 122(18), 2867-2875.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27351365

44. Barrington-Trimis JL, Cockburn M, Metayer C, Gauderman WJ, Wiemels J and McKean-Cowdin R. (2015). Rising rates of acute lymphoblastic leukemia in Hispanic children: trends in incidence from 1992 to 2011. Blood, 125(19), 3033-3034.  Retrieved from http://www.bloodjournal.org/content/125/19/3033?sso-checked=true

45. US Environmental Protection Agency. (2015). Center for Integrative Research on Childhood Leukemia and the Environment (CIRCLE): Final progress report.  Retrieved from https://cfpub.epa.gov/ncer_abstracts/index.cfm/fuseaction/display.highlight/abstract/9219/report/F

46. National Cancer Institute. (2016). Childhood cancers.  Retrieved from https://www.cancer.gov/types/childhood-cancers

47. Whitehead TP, Metayer C, Wiemels JL, Singer AW and Miller MD. (2016). Childhood leukemia and primary prevention. Current Problems in Pediatric and Adolescent Health Care, 46(10), 317-352.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5161115/

48. Gunier RB, Kang A, Hammond SK, Reinier K, Lea CS, Chang JS, Does M, et al. (2017). A task-based assessment of parental occupational exposure to pesticides and childhood acute lymphoblastic leukemia. Environmental Research, 156, 57-62. Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935116311860

## HEALTH OUTCOMES

49.  Metayer C, Scelo G, Kang AY, Gunier RB, Reinier K, Lea S, Chang JS, et al. (2016). A task-based assessment of parental occupational exposure to organic solvents and other compounds and the risk of childhood leukemia in California. Environmental Research, 151, 174-183.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935116302821

50.  Metayer C, Milne E, Dockerty J, Clavel J, Pombo-de-Oliveira M, Wesseling C, Spector L, et al. (2014). Maternal supplementation with folic acid and other vitamins before and during pregnancy and risk of leukemia in the offspring: a Childhood Leukemia International Consortium (CLIC) study. Epidemiology, 25(6), 811-822.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25207954

51.  Deziel N, Rull R, Colt J, Reynolds P, Whitehead T, Gunier R, Month S, et al. (2014). Polycyclic aromatic hydrocarbons in residential dust and risk of childhood acute lymphoblastic leukemia. Environmental Research, 133, 388-395.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24948546

52.  Ward MH, Colt JS, Deziel NC, Whitehead TP, Reynolds P, Gunier RB, Nishioka M, et al. (2014). Residential levels of polybrominated diphenyl ethers and risk of childhood acute lymphoblastic leukemia in California. Environmental Health Perspectives, 122(10), 1110-1116.  Retrieved from https://ehp.niehs.nih.gov/1307602/

53.  Ward MH, Colt JS, Metayer C, Gunier RB, Lubin J, Crouse V, Nishioka MG, et al. (2009). Residential exposure to polychlorinated biphenyls and organochlorine pesticides and risk of childhood leukemia. Environmental Health Perspectives, 117(6), 1007-13.  Retrieved from https://ehp.niehs.nih.gov/0900583/

54.  Whitehead T, Brown F, Metayer C, Park J-S, Does M, Petreas M, Buffler P, et al. (2013). Polybrominated diphenyl ethers in residential dust: sources of variability. Environment International, 57-58, 11-24.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3668857/

55.  Whitehead TP, Brown FR, Metayer C, Park J-S, Does M, Dhaliwal J, Petreas MX, et al. (2014). Polychlorinated biphenyls in residential dust: sources of variability. Environmental Science & Technology, 48(1), 157-164.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24313682

56.  Whitehead TP, Metayer C, Petreas M, Does M, Buffler PA and Rappaport SM. (2013). Polycyclic aromatic hydrocarbons in residential dust: sources of variability. Environmental Health Perspectives, 121(5), 543-550.  Retrieved from https://ehp.niehs.nih.gov/1205821/

57.  Whitehead T, Crispo S, S, Park J, Petreas M, Rappaport SW and Metayer C. (2015). Concentrations of persistent organic pollutants in California children's whole blood and residential dust. Environmental Science & Technology, 49(15), 9331-9340. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26147951

58.  Whitehead TP, Smith SC, Park J-S, Petreas MX, Rappaport SM and Metayer C. (2015). Concentrations of persistent organic pollutants in California women's serum and residential dust. Environmental research, 136, 57-66.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25460621

59.  Wiemels J. (2012). Perspectives on the causes of childhood leukemia. Chemico-biological Interactions, 196(3), 59-67. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3839796/

60.  Noriega DB and Savelkoul HF. (2014). Immune dysregulation in autism spectrum disorder. European Journal of Pediatrics, 173(1), 33-43.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24297668

61.  Gregg J, Lit L, Baron C, Hertz-Picciotto I, Walker W, Davis R, Croen L, et al. (2008). Gene expression changes in children with autism. Genomics, 91(1), 22-29. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/18006270

62.  Thomsen SF. (2015). Epidemiology and natural history of atopic diseases. European Clinical Respiratory Journal, 2(1), 1-6. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4629767/

63.  National Institute of Arthritis and Musculoskeletal and Skin Diseases. (2016). Handout on health: Atopic dermatitis (a type of eczema). Retrieved from https://www.niams.nih.gov/health_info/Atopic_Dermatitis/default.asp

64. Ashwood P, Schauer J, Pessah I and Van d, Water, J. (2009). Preliminary evidence of the in vitro effects of BDE-47 on innate immune responses in children with autism spectrum disorders. Journal of Neuroimmunology, 208(1-2), 130-135. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2692510/

65. Krakowiak P, Goines PE, Tancredi DJ, Ashwood P, Hansen RL, Hertz-Picciotto I and Van de Water J. (2017). Neonatal cytokine profiles associated with autism spectrum disorder. Biological Psychiatry, 81(5), 442-451.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26392128

66. Akintunde ME, Rose M, Krakowiak P, Heuer L, Ashwood P, Hansen R, Hertz-Picciotto I, et al. (2015). Increased production of IL-17 in children with autism spectrum disorders and co-morbid asthma. Journal of Neuroimmunology, 286, 33-41. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26298322

67. Ashwood P, Enstrom A, Krakowiak P, Hertz-Picciotto I, Hansen R, Croen L, Ozonoff S, et al. (2008). Decreased transforming growth factor beta1 in autism: a potential link between immune dysregulation and impairment in clinical behavioral outcomes. Journal of Neuroimmunology, 204(1-2), 149-153.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0165572808002932

68. Ashwood P, Krakowiak P, Hertz-Picciotto I, Hansen R, Pessah I and Van d, Water, J. (2011). Elevated plasma cytokines in autism spectrum disorders provide evidence of immune dysfunction and are associated with impaired behavioral outcome. Brain, Behavior, and Immunity, 25(1), 40-45.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0889159110004289

69. Ashwood P, Krakowiak P, Hertz-Picciotto I, Hansen R, Pessah I and Van d, Water, J. (2011). Associations of impaired behaviors with elevated plasma chemokines in autism spectrum disorders. Journal of Neuroimmunology, 232(1-2), 196-199.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3053074/

70. Chang JS, Tsai C-R, Tsai Y-W and Wiemels JL. (2012). Medically diagnosed infections and risk of childhood leukaemia: a population-based case–control study. International Journal of Epidemiology, 41(4), 1050-1059.  Retrieved from https://www.ncbi.nlm.nih.gov/labs/articles/22836110/

71. Chang JS, Zhou M, Buffler PA, Chokkalingam AP, Metayer C and Wiemels JL. (2011). Profound deficit of IL10 at birth in children who develop childhood acute lymphoblastic leukemia. Cancer Epidemiology and Prevention Biomarkers, 20(8), 1736-1740. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3257311/pdf/nihms301956.pdf

72. Braunschweig D, Ashwood P, Krakowiak P, Hertz-Picciotto I, Hansen R, Croen L, Pessah I, et al. (2008). Autism: Maternally derived antibodies specific for fetal brain proteins. Neurotoxicology, 29(2), 226-231.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2305723/

73. Braunschweig D, Krakowiak P, Duncanson P, Boyce R, Hansen R, Ashwood P, Hertz-Picciotto I, et al. (2013). Autism-specific maternal autoantibodies recognize critical proteins in developing brain. Translational Psychiatry, 3(7), e277.  Retrieved from http://www.nature.com/tp/journal/v3/n7/full/tp201350a.html

74. Krakowiak P, Walker CK, Tancredi D, Hertz-Picciotto I and Van de Water J. (2017). Autism-specific maternal anti-fetal brain autoantibodies are associated with metabolic conditions. Autism Research, 10(1), 89-98.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27312731

75. Hew K, Walker A, Kohli A, Garcia M, Syed A, McDonald-Hyman C, Noth E, et al. (2015). Childhood exposure to ambient polycyclic aromatic hydrocarbons is linked to epigenetic modifications and impaired systemic immunity in T cells. Clinical & Experimental Allergy, 45(1), 238-248.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4396982/

76. Grandjean P and Landrigan PJ. (2006). Developmental neurotoxicity of industrial chemicals. The Lancet, 368(9553), 2167-2178.  Retrieved from http://www.thelancet.com/journals/laneur/article/PIIS1474-4422(13)70278-3/abstract

77. Perera F, Rauh V, Whyatt R, Tsai W-Y, Tang D, Diaz D, Hoepner L, et al. (2006). Effect of prenatal exposure to airborne polycyclic aromatic hydrocarbons on neurodevelopment in the first 3 years of life among inner-city children. Environmental Health Perspectives, 114(8), 1287-1292.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1551985/

# REFERENCES

## HEALTH OUTCOMES

78.  Perera F, Li Z, Whyatt R, Hoepner L, Wang S, Camann D and Rauh V. (2009). Prenatal airborne polycyclic aromatic hydrocarbon exposure and child IQ at age 5 years. Pediatrics, 124(2), e195-e202.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2864932/

79.  Perera F, Tang D, Wang S, Vishnevetsky J, Zhang B, Diaz D, Camann D, et al. (2012). Prenatal polycyclic aromatic hydrocarbon (PAH) exposure and child behavior at age 6-7 years. Environmental Health Perspectives, 120(6), 921-926.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3385432/

80.  Peterson BS, Rauh VA, Bansal R, Hao X, Toth Z, Nati G, Walsh K, et al. (2015). Effects of prenatal exposure to air pollutants (polycyclic aromatic hydrocarbons) on the development of brain white matter, cognition, and behavior in later childhood. JAMA Psychiatry, 72(6), 531-540.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25807066

81.  Perera F, Chang H, Tang D, Roen E, Herbstman J, Margolis A, Huang T, et al. (2014). Early-life exposure to polycyclic aromatic hydrocarbons and ADHD behavior problems. PLoS One, 9(11), e111670.  Retrieved from http://journals.plos.org/plosone/article?id=10.1371/journal.pone.0111670

82.  Margolis AE, Herbstman JB, Davis KS, Thomas VK, Tang D, Wang Y, Wang S, et al. (2016). Longitudinal effects of prenatal exposure to air pollutants on self regulatory capacities and social competence. Journal of Child Psychology and Psychiatry, 57(7), 851-860.  Retrieved from http://onlinelibrary.wiley.com/doi/10.1111/jcpp.12548/abstract

83.  Lovasi G, Quinn J, Rauh V, Perera F, Andrews H, Garfinkel R, Hoepner L, et al. (2011). Chlorpyrifos exposure and urban residential environment characteristics as determinants of early childhood neurodevelopment. American Journal of Public Health, 101(1), 63-70.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3000714/

84.  Whyatt RM, Camann DE, Kinney PL, Reyes A, Ramirez J, Dietrich J, Diaz D, et al. (2002). Residential pesticide use during pregnancy among a cohort of urban minority women. Environmental Health Perspectives, 110(5), 507-514.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/12003754

85.  Rauh V, Garfinkel R, Perera F, Andrews H, Hoepner L, Barr D, Whitehead R, et al. (2006). Impact of prenatal chlorpyrifos exposure on neurodevelopment in the first 3 years of life among inner-city children. Pediatrics, 118(6), e1845-e1859.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3390915/

86.  Rauh V, Arunajadai S, Horton M, Perera F, Hoepner L, Barr DB and Whyatt R. (2011). Seven-year neurodevelopmental scores and prenatal exposure to chlorpyrifos, a common agricultural pesticide. Environmental Health Perspectives, 119(8), 1196-1201.  Retrieved from https://ehp.niehs.nih.gov/1003160/

87.  Horton MK, Kahn LG, Perera F, Barr DB and Rauh V. (2012). Does the home environment and the sex of the child modify the adverse effects of prenatal exposure to chlorpyrifos on child working memory? Neurotoxicology and Teratology, 34(5), 534-541.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3901426/

88.  Rauh VA, Perera FP, Horton MK, Whyatt RM, Bansal R, Hao X, Liu J, et al. (2012). Brain anomalies in children exposed prenatally to a common organophosphate pesticide. Proceedings of the National Academy of Sciences, 109(20), 7871-7876.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3356641/

89.  US Environmental Protection Agency. America's children and the environment: Neurodevelopmental disorders. 2015; Available from: https://www.epa.gov/sites/production/files/2015-10/documents/ace3_neurodevelopmental.pdf

90.  US Environmental Protection Agency. (2015). Benefit and cost analysis for the effluent limitations guidelines and standards for the stream electric power generating point source category. Retrieved from https://www.epa.gov/sites/production/files/2015-10/documents/steam-electric_benefit-cost-analysis_09-29-2015.pdf

91.  Casey B, Jones RM and Hare TA. (2008). The adolescent brain. Annals of the New York Academy of Sciences, 1124(1), 111-126.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2475802/

92.  Philippat C, Bennett DH, Krakowiak P, Rose M, Hwang H-M and Hertz-Picciotto I. (2015). Phthalate concentrations in house dust in relation to autism spectrum disorder and developmental delay in the CHildhood Autism Risks from Genetics and the Environment (CHARGE) study. Environmental Health, 14(1), 56-66.  Retrieved from https://ehjournal.biomedcentral.com/articles/10.1186/s12940-015-0024-9

Pls' Ex. 11

## HEALTH OUTCOMES

93.  Centers for Disease Control and Prevention. Autism and development disabilities monitoring network. 2009; Available from: https://www.cdc.gov/ncbddd/autism/states/addmcommunityreport2009.pdf

94.  Rosenberg RE, Law JK, Yenokyan G, McGready J, Kaufmann WE and Law PA. (2009). Characteristics and concordance of autism spectrum disorders among 277 twin pairs. Archives of Pediatrics and Adolescent Medicine, 163(10), 907-914. Retrieved from http://jamanetwork.com/journals/jamapediatrics/fullarticle/382225

95.  Hallmayer J, Cleveland S, Torres A, Phillips J, Cohen B, Torigoe T, Miller J, et al. (2011). Genetic heritability and shared environmental factors among twin pairs with autism. Archives of General Psychiatry, 68(11), 1095-1102.  Retrieved from http://jamanetwork.com/journals/jamapsychiatry/fullarticle/1107328

96.  Sandin S, Lichtenstein P, Kuja-Halkola R, Larsson H, Hultman CM and Reichenberg A. (2014). The familial risk of autism. JAMA, 311(17), 1770-1777.  Retrieved from http://jamanetwork.com/journals/jama/fullarticle/1866100

97.  Centers for Disease Control and Prevention. Autism data and statistics. 2017; Available from: https://www.cdc.gov/ncbddd/autism/data.html

98.  Christensen DL, Baio J, Braun KV, Bilder D, Charles J and al. e. (2016). Prevalence and characteristics of autism spectrum disorder among children aged 8 years — Autism and developmental disabilities monitoring network, 11 sites, United States. MMWR Surveill Summ, 65(No.SS-3), 1-23.  Retrieved from https://www.cdc.gov/mmwr/volumes/65/ss/ss6503a1.htm

99.  Lavelle TA, Weinstein MC, Newhouse JP, Munir K, Kuhlthau KA and Prosser LA. (2014). Economic burden of childhood autism spectrum disorders. Pediatrics, 133(3), e520-e529.  Retrieved from http://pediatrics.aappublications.org/content/early/2014/02/04/peds.2013-0763

100.  Volk H, Hertz-Picciotto I, Delwiche L, Lurmann F and McConnell R. (2011). Residential proximity to freeways and autism in the CHARGE Study. Environmental Health Perspectives, 119(6), 873-877.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3114825/

101.  Volk HE, Lurmann F, Penfold B, Hertz-Picciotto I and McConnell R. (2013). Traffic-related air pollution, particulate matter, and autism. JAMA Psychiatry, 70(1), 71-77.  Retrieved from http://jamanetwork.com/journals/jamapsychiatry/fullarticle/1393589

102.  McCanlies EC, Fekedulegn D, Mnatsakanova A, Burchfiel CM, Sanderson WT, Charles LE and Hertz-Picciotto I. (2012). Parental occupational exposures and autism spectrum disorder. Journal of Autism and Developmental Disorders, 42(11), 2323-2334.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/22399411

103.  Shelton JF, Geraghty EM, Tancredi DJ, Delwiche LD, Schmidt RJ, Ritz B, Hansen RL, et al. (2014). Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study. Environmental Health Perspectives, 122(10), 1103-1109.  Retrieved from https://ehp.niehs.nih.gov/1307044/

104.  Volk HE, Kerin T, Lurmann F, Hertz-Picciotto I, McConnell R and Campbell DB. (2014). Autism spectrum disorder: interaction of air pollution with the MET receptor tyrosine kinase gene. Epidemiology 25(1), 44-47.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24240654

105.  Grün F and Blumberg B. (2009). Minireview: the case for obesogens. Molecular Endocrinology, 23(8), 1127-1134.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2718750/

106.  Grün F. (2010). Obesogens. Current Opinion in Endocrinology, Diabetes and Obesity, 17(5), 453-459.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/20689419

107.  Frayling TM, Timpson NJ, Weedon MN, Zeggini E, Freathy RM, Lindgren CM, Perry JR, et al. (2007). A common variant in the FTO gene is associated with body mass index and predisposes to childhood and adult obesity. Science, 316(5826), 889-894. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/17434869

108.  Gillman MW and Ludwig DS. (2013). How early should obesity prevention start? New England Journal of Medicine, 369(23), 2173-2175.  Retrieved from http://www.nejm.org/doi/full/10.1056/NEJMp1310577#t=article

# REFERENCES

## HEALTH OUTCOMES

109. Lukaszewski M-A, Mayeur S, Fajardy I, Delahaye F, Dutriez-Casteloot I, Montel V, Dickes-Coopman A, et al. (2011). Maternal prenatal undernutrition programs adipose tissue gene expression in adult male rat offspring under high-fat diet. American Journal of Physiology-Endocrinology and Metabolism, 301(3), E548-E559.  Retrieved from http://ajpendo.physiology.org/content/early/2011/06/23/ajpendo.00011.2011

110. Sebert S, Sharkey D, Budge H and Symonds ME. (2011). The early programming of metabolic health: is epigenetic setting the missing link? The American Journal of Clinical Nutrition, 94(6 Suppl), 1953S-1958S.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21543542

111. Centers for Disease Control and Prevention. Childhood obesity facts. 2015; Available from: https://www.cdc.gov/healthyschools/obesity/facts.htm

112. Ogden CL, Carroll MD, Lawman HG, Fryar CD, Kruszon-Moran D, Kit BK and Flegal KM. (2016). Trends in obesity prevalence among children and adolescents in the United States, 1988-1994 through 2013-2014. JAMA, 315(21), 2292-2299.  Retrieved from http://jamanetwork.com/journals/jama/fullarticle/2526638

113. Watkins DJ, Peterson KE, Ferguson KK, Mercado-García A, Tamayo y Ortiz M, Cantoral A, Meeker JD, et al. (2016). Relating phthalate and BPA exposure to metabolism in peripubescence: the role of exposure timing, sex, and puberty. The Journal of Clinical Endocrinology, 101(1), 79-88.  Retrieved from https://academic.oup.com/jcem/article/101/1/79/2806581/Relating-Phthalate-and-BPA-Exposure-to-Metabolism

114. Perng W, Watkins DJ, Cantoral A, Mercado-García A, Meeker JD, Téllez-Rojo MM and Peterson KE. (2017). Exposure to phthalates is associated with lipid profile in peripubertal Mexican youth. Environmental Research, 154, 311-317.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935116310313

115. Lu KD, Breysse PN, Diette GB, Curtin-Brosnan J, Aloe C, D'ann LW, Peng RD, et al. (2013). Being overweight increases susceptibility to indoor pollutants among urban children with asthma. Journal of Allergy and Clinical Immunology, 131(4), 1017-1023. e3.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/23403052

116. Jerrett M, McConnell R, Wolch J, Chang R, Lam C, Dunton G, Gilliland F, et al. (2014). Traffic-related air pollution and obesity formation in children: a longitudinal, multilevel analysis. Environmental Health, 13(1), 49-58.  Retrieved from https://ehjournal.biomedcentral.com/articles/10.1186/1476-069X-13-49

117. McConnell R, Shen E, Gilliland FD, Jerrett M, Wolch J, Chang C-C, Lurmann F, et al. (2015). A longitudinal cohort study of body mass index and childhood exposure to secondhand tobacco smoke and air pollution: the Southern California Children's Health Study. Environmental Health Perspectives, 123(4), 360-366.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25389275

118. Rundle A, Hoepner L, Hassoun A, Oberfield S, Freyer G, Holmes D, Reyes M, et al. (2012). Association of childhood obesity with maternal exposure to ambient air polycyclic aromatic hydrocarbons during pregnancy. American Journal of Epidemiology, 175(11), 1163-1172.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3491973/

119. Hoepner LA, Whyatt RM, Widen EM, Hassoun A, Oberfield SE, Mueller NT, Diaz D, et al. (2016). Bisphenol A and adiposity in an inner-city birth cohort. Environmental Health Perspectives, 124(10), 1644-1650.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5047776/

120. Gutschow W, USC Environmental Health Centers to host parks, pollution and obesity convening. 2017. http://envhealthcenters.usc.edu/2017/02/usc-environmental-health-centers-to-host-parks-pollution-and-obesity-convening-april-17-2017.html

121. Traggiai C and Stanhope R. (2003). Disorders of pubertal development. Best Practice & Research Clinical Obstetrics & Gynaecology, 17(1), 41-56.  Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/12758225

122. Watkins DJ, Téllez-Rojo MM, Ferguson KK, Lee JM, Solano-Gonzalez M, Blank-Goldenberg C, Peterson KE, et al. (2014). In utero and peripubertal exposure to phthalates and BPA in relation to female sexual maturation. Environmental Research, 134, 233-241.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25173057

REFERENCES

## HEALTH OUTCOMES

123. Watkins DJ, Sánchez BN, Téllez-Rojo MM, Lee JM, Mercado-García A, Blank-Goldenberg C, Peterson KE, et al. (2017). Phthalate and bisphenol A exposure during in utero windows of susceptibility in relation to reproductive hormones and pubertal development in girls. Environmental Research, 159, 143-151.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935117309106

124. Ferguson KK, Peterson KE, Lee JM, Mercado-García A, Blank-Goldenberg C, Téllez-Rojo MM and Meeker JD. (2014). Prenatal and peripubertal phthalates and bisphenol A in relation to sex hormones and puberty in boys. Reproductive Toxicology, 47, 70-76.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24945889

125. Watkins DJ, Sánchez BN, Téllez-Rojo MM, Lee JM, Mercado-García A, Blank-Goldenberg C, Peterson KE, et al. (2017). Impact of phthalate and BPA exposure during in utero windows of susceptibility on reproductive hormones and sexual maturation in peripubertal males. Environmental Health, 16(1), 69.  Retrieved from https://ehjournal.biomedcentral.com/articles/10.1186/s12940-017-0278-5

126. Wolff M, Teitelbaum S, McGovern K, Windham G, Pinney S, Galvez M, Calafat A, et al. (2014). Phthalate exposure and pubertal development in a longitudinal study of US girls. Human Reproduction, 29(7), 1558-1566.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24781428

127. Harley KG, Rauch SA, Chevrier J, Kogut K, Parra KL, Trujillo C, Lustig RH, et al. (2017). Association of prenatal and childhood PBDE exposure with timing of puberty in boys and girls. Environment International, 100, 132-138.  Retrieved from https://www.ncbi.nlm.nih.gov/labs/articles/28089583/

# REFERENCES

## ENVIRONMENTAL EXPOSURES

1. Dockery D, Outdoor Air Pollution, in Textbook of Children's Environmental Health, P. Ladnrigan and R. Etzel, Editors. 2014, Oxford University Press: New York, NY. p. 201-209.

2. American Academy of Pediatrics Committee on Environmental Health. (2004). Ambient air pollution: health hazards to children. Pediatrics, 114(6), 1699-1707.  Retrieved from http://pediatrics.aappublications.org/content/114/6/1699.abstract

3. US Environmental Protection Agency. Overview of the Clean Air Act and air pollution. 2017; Available from: https://www.epa.gov/clean-air-act-overview

4. Gauderman W, Avol E, Gilliland F, Vora H, Thomas D, Berhane K, McConnell R, et al. (2004). The effect of air pollution on lung development from 10 to 18 years of age. New England Journal of Medicine, 351(11), 1057-1067.  Retrieved from http://www.nejm.org/doi/full/10.1056/nejmoa040610

5. Gauderman W, Vora H, McConnell R, Berhane K, Gilliland F, Thomas D, Lurmann F, et al. (2007). Effect of exposure to traffic on lung development from 10 to 18 years of age: a cohort study. Lancet, 369(9561), 571-577.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/17307103

6. Gauderman W, McConnell R, Gilliland F, London S, Thomas D, Avol E, Vora H, et al. (2000). Association between air pollution and lung function growth in southern California children. American Journal of Respiratory and Critical Care Medicine, 162(4 Pt 1), 1383-1390.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/11029349

7. US Environmental Protection Agency. (2013). Integrated Science Assessment for ozone and related photochemical oxidants. Retrieved from https://www.epa.gov/isa/integrated-science-assessment-isa-ozone

8. US Environmental Protection Agency. (2009). Integrated Science Assessment for particulate matter. Retrieved from https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=216546

9. US Environmental Protection Agency. (2016). Integrated Science Assessment for nitrogen dioxide- health criteria. Retrieved from https://www.epa.gov/isa/integrated-science-assessment-isa-nitrogen-dioxide-health-criteria

10. Vasquez V, Minkler M and Shepard P. (2006). Promoting environmental health policy through community based participatory research: a case study from Harlem, New York. Journal of Urban Health, 83(1), 101-110.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2258322/

11. California Legislature, SB-352 Schoolsites: Sources of pollution, in Senate Bill No. 352. 2003. http://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=200320040SB352

12. Barboza T, L.A. City Council adopts rules to ease health hazards in polluted neighborhoods, in Los Angeles Times. 2016. http://www.latimes.com/local/lanow/la-me-pollution-protection-20160412-story.html

13. Padula A, Mortimer K, Tager I, Hammond S, Lurmann F, Yang W, Stevenson D, et al. (2014). Traffic-related air pollution and risk of preterm birth in the San Joaquin Valley of California. Annals of Epidemiology, 24(12), 888-895.e4.  Retrieved from http://www.sciencedirect.com/science/article/pii/S1047279714004463

14. Padula AM, Yang W, Carmichael SL, Lurmann F, Balmes J, Hammond SK and Shaw GM. (2017). Air pollution, neighborhood acculturation factors, and neural tube defects among Hispanic women in California. Birth Defects Research, 109(6), 403-422.  Retrieved from http://onlinelibrary.wiley.com/doi/10.1002/bdra.23602/full

15. Padula AM, Yang W, Carmichael SL, Tager IB, Lurmann F, Hammond SK and Shaw GM. (2015). Air pollution, neighbourhood socioeconomic factors, and neural tube defects in the San Joaquin Valley of California. Paediatric and Perinatal Epidemiology, 29(6), 536-545.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26443985

16. Cossi M, Zuta S, Padula AM, Gould JB, Stevenson DK and Shaw GM. (2015). Role of infant sex in the association between air pollution and preterm birth. Annals of Epidemiology, 25(11), 874-876.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4671488/

17. Padula AM, Noth EM, Hammond SK, Lurmann FW, Yang W, Tager IB and Shaw GM. (2014). Exposure to airborne polycyclic aromatic hydrocarbons during pregnancy and risk of preterm birth. Environmental Research, 135, 221-226.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25282280

Pls' Ex. 11

# ENVIRONMENTAL EXPOSURES

18. Berhane K, Chang C-C, McConnell R, Gauderman WJ, Avol E, Rapapport E, Urman R, et al. (2016). Association of changes in air quality with bronchitic symptoms in children in California, 1993-2012. Journal of the American Medical Association, 315(14), 1491-1501.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27115265

19. Gauderman WJ, Urman R, Avol E, Berhane K, McConnell R, Rappaport E, Chang R, et al. (2015). Association of improved air quality with lung development in children. New England Journal of Medicine, 372(10), 905-913.  Retrieved from http://www.nejm.org/doi/full/10.1056/NEJMoa1414123#t=article

20. Eggleston P, Butz A, Rand C, Curtin-Brosnan J, Kanchanaraksa S, Swartz L, Breysse P, et al. (2005). Home environmental intervention in inner-city asthma: a randomized controlled clinical trial. Annals of Allergy Asthma & Immunology, 95(6), 518-524.  Retrieved from http://www.sciencedirect.com/science/article/pii/S1081120610610125

21. Butz A, Matsui E, Breysse P, Curtin-Brosnan J, Eggleston P, Diette G, Williams D, et al. (2011). A randomized trial of air cleaners and a health coach to improve indoor air quality for inner-city children with asthma and secondhand smoke exposure. Archives of Pediatrics and Adolescent Medicine, 165(8), 741-748.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21810636

22. Perera F, Rauh V, Whyatt R, Tsai W-Y, Tang D, Diaz D, Hoepner L, et al. (2006). Effect of prenatal exposure to airborne polycyclic aromatic hydrocarbons on neurodevelopment in the first 3 years of life among inner-city children. Environmental Health Perspectives, 114(8), 1287-1292.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1551985/

23. Perera F, Li Z, Whyatt R, Hoepner L, Wang S, Camann D and Rauh V. (2009). Prenatal airborne polycyclic aromatic hydrocarbon exposure and child IQ at age 5 years. Pediatrics, 124(2), e195-e202.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2864932/

24. Perera F, Tang D, Wang S, Vishnevetsky J, Zhang B, Diaz D, Camann D, et al. (2012). Prenatal polycyclic aromatic hydrocarbon (PAH) exposure and child behavior at age 6-7 years. Environmental Health Perspectives, 120(6), 921-926.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3385432/

25. Perera F, Chang H, Tang D, Roen E, Herbstman J, Margolis A, Huang T, et al. (2014). Early-life exposure to polycyclic aromatic hydrocarbons and ADHD behavior problems. PLoS One, 9(11), e111670.  Retrieved from http://journals.plos.org/plosone/article?id=10.1371/journal.pone.0111670

26. Margolis AE, Herbstman JB, Davis KS, Thomas VK, Tang D, Wang Y, Wang S, et al. (2016). Longitudinal effects of prenatal exposure to air pollutants on self-regulatory capacities and social competence. Journal of Child Psychology and Psychiatry, 57(7), 851-860.  Retrieved from http://onlinelibrary.wiley.com/doi/10.1111/jcpp.12548/abstract

27. Vishnevetsky J, Tang D, Chang H, Roen E, Wang Y, Rauh V, Wang S, et al. (2015). Combined effects of prenatal polycyclic aromatic hydrocarbons and material hardship on child IQ. Neurotoxicology and Teratology, 49, 74-80.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25912623

28. Perera F, Weiland K, Neidell M and Wang S. (2014). Prenatal exposure to airborne polycyclic aromatic hydrocarbons and IQ: Estimated benefit of pollution reduction. Journal of Public Health Policy, 35(3), 327-336.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24804951

29. Gale S, Noth E, Mann J, Balmes J, Hammond S and Tager I. (2012). Polycyclic aromatic hydrocarbon exposure and wheeze in a cohort of children with asthma in Fresno, CA. Journal of Exposure Science and Environmental Epidemiology, 22(4), 386-392.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4219412/

30. Nadeau K, McDonald-Hyman C, Noth EM, Pratt B, Hammond SK, Balmes J and Tager I. (2010). Ambient air pollution impairs regulatory T-cell function in asthma. Journal of Allergy and Clinical Immunology, 126(4), 845-852. e10.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/20920773

31. Hew K, Walker A, Kohli A, Garcia M, Syed A, McDonald-Hyman C, Noth E, et al. (2015). Childhood exposure to ambient polycyclic aromatic hydrocarbons is linked to epigenetic modifications and impaired systemic immunity in T cells. Clinical and Experimental Allergy, 45(1), 238-248.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4396982/

# REFERENCES

## ENVIRONMENTAL EXPOSURES

32. Noth EM, Hammond SK, Biging GS and Tager IB. (2011). A spatial-temporal regression model to predict daily outdoor residential PAH concentrations in an epidemiologic study in Fresno, CA. Atmospheric Environment, 45(14), 2394-2403. Retrieved from http://www.sciencedirect.com/science/article/pii/S1352231011001385

33. Patel M, Hoepner L, Garfinkel R, Chillrud S, Reyes A, Quinn J, Perera F, et al. (2009). Ambient metals, elemental carbon, and wheeze and cough in New York City children through 24 months of age. American Journal of Respiratory and Critical Care Medicine, 180(11), 1107-1113.  Retrieved from http://www.atsjournals.org/doi/abs/10.1164/rccm.200901-0122OC

34. Jackson B, Taylor V, Karagas M, Punshon T and Cottingham K. (2012). Arsenic, organic foods, and brown rice syrup. Environmental Health Perspectives, 120(5), 623-626.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3346791/

35. Agency for Toxic Substances and Disease Registry. (2016). Addendum to the toxicological profile for arsenic. https://www.atsdr.cdc.gov/toxprofiles/Arsenic_addendum.pdf

36. Agency for Toxic Substances and Disease Registry. (2007). Toxicological profile for arsenic. https://www.atsdr.cdc.gov/toxprofiles/tp2.pdf

37. European Food Safety Authority. (2009). EFSA Panel on Contaminants in the Food Chain Scientific Opinion on Arsenic in Food. European Food Safety Authority Journal, 7(10), 1351.  Retrieved from http://www.efsa.europa.eu/en/efsajournal/pub/1351

38. World Health Organization. Arsenic. 2016; Available from: http://www.who.int/mediacentre/factsheets/fs372/en/

39. US Environmental Protection Agency. About private water wells. 2016; Available from: https://www.epa.gov/privatewells/about-private-water-wells

40. Davis MA, Higgins J, Li Z, Gilbert-Diamond D, Baker ER, Das A and Karagas MR. (2015). Preliminary analysis of in utero low-level arsenic exposure and fetal growth using biometric measurements extracted from fetal ultrasound reports. Environmental Health, 14(1), 12.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4429981/

41. Gilbert-Diamond D, Emond JA, Baker ER, Korrick SA and Karagas MR. (2016). Relation between in utero arsenic exposure and birth outcomes in a cohort of mothers and their newborns from New Hampshire. Environmental Health Perspectives, 124(8), 1299-1307.  Retrieved from https://ehp.niehs.nih.gov/15-10065/

42. Farzan SF, Chen Y, Rees JR, Zens MS and Karagas MR. (2015). Risk of death from cardiovascular disease associated with low-level arsenic exposure among long-term smokers in a US population-based study. Toxicology and Applied Pharmacology, 287(2), 93-97.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26048586

43. Farzan SF, Korrick S, Li Z, Enelow R, Gandolfi AJ, Madan J, Nadeau K, et al. (2013). In utero arsenic exposure and infant infection in a United States cohort: a prospective study. Environmental Research, 126, 24-30.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/23769261

44. Nadeau K, Li Z, Farzan S, Koestler D, Robbins D, Fei D, Malipatlolla M, et al. (2014). In utero arsenic exposure and fetal immune repertoire in a US pregnancy cohort. Clinical Immunology, 155(2), 188-197.  Retrieved from http://www.sciencedirect.com/science/article/pii/S1521661614002150

45. Koestler D, Avissar-Whiting M, Houseman E, Karagas M and Marsit C. (2013). Differential DNA methylation in umbilical cord blood of infants exposed to low levels of arsenic in utero. Environmental Health Perspectives, 121(8), 971-977.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3733676/

46. Fei DL, Koestler DC, Li Z, Giambelli C, Sanchez-Mejias A, Gosse JA, Marsit CJ, et al. (2013). Association between In Utero arsenic exposure, placental gene expression, and infant birth weight: a US birth cohort study. Environmental Health, 12(1), 58.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/23866971

47. US Environmental Protection Agency. (2014). IRIS toxicological review of inorganic arsenic (preliminary assessment materials). Retrieved from https://cfpub.epa.gov/ncea/iris_drafts/recordisplay.cfm?deid=309710

Pls' Ex. 11

# ENVIRONMENTAL EXPOSURES

48.   US Food and Drug Administration. (2016). Inorganic arsenic in rice cereals for infants: action level guidance for industry - Draft guidance. http://www.fda.gov/downloads/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/UCM493152.pdf

49.   Rep. DeLauro RL, Reducing food-based Inorganic Compounds Exposure Act of 2015, in H.R. 2529,  Congress, Editor. 2015. https://www.congress.gov/bill/114th-congress/house-bill/2529

50.   Lai PY, Cottingham KL, Steinmaus C, Karagas MR and Miller MD. (2015). Arsenic and rice: translating research to address health care providers' needs. The Journal of Pediatrics, 167(4), 797-803.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4779445/

51.   Dartmouth Children's Center. Arsenic tool. 2015; Available from: http://www.dartmouth.edu/~childrenshealth/arsenic/

52.   US Environmental Protection Agency. Bisphenal A action plan. 2010; Available from: https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/bisphenol-bpa-action-plan

53.   UC Berkeley Center for Environmental Research and Children's Health. Environmental exposures. 2017; Available from: http://cerch.berkeley.edu/resources/environmental-exposures

54.   Kundakovic M, Gudsnuk K, Franks B, Madrid J, Miller R, Perera F and Champagne F. (2013). Sex-specific epigenetic disruption and behavioral changes following low-dose in utero bisphenol A exposure. Proceedings of the National Academy of Sciences USA, 110(24), 9956-9961.  Retrieved from http://www.pnas.org/content/110/24/9956.short

55.   Wise LM, Sadowski RN, Kim T, Willing J and Juraska JM. (2016). Long-term effects of adolescent exposure to bisphenol A on neuron and glia number in the rat prefrontal cortex: Differences between the sexes and cell type. Neurotoxicology, 53, 186-192.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4808356/

56.   Ziv-Gal A, Wang W, Zhou C and Flaws JA. (2015). The effects of in utero bisphenol A exposure on reproductive capacity in several generations of mice. Toxicology and Applied Pharmacology, 284(3), 354-362.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25771130

57.   US Environmental Protection Agency. Risk management for bisphenol A (BPA) 2017; Available from: https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-management-bisphenol-bpa

58.   Gao H, Yang B-J, Li N, Feng L-M, Shi X-Y, Zhao W-H and Liu S-J. (2015). Bisphenol A and hormone-associated cancers: current progress and perspectives. Medicine, 94(1), e211.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4602822/

59.   Braun JM, Lanphear BP, Calafat AM, Deria S, Khoury J, Howe CJ and Venners SA. (2014). Early-life bisphenol A exposure and child body mass index: a prospective cohort study. Environmental Health Perspectives, 122(11), 1239-1245.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25073184

60.   Hoepner LA, Whyatt RM, Widen EM, Hassoun A, Oberfield SE, Mueller NT, Diaz D, et al. (2016). Bisphenol A and adiposity in an inner-city birth cohort. Environmental Health Perspectives, 124(10), 1644-1650.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27187982

61.   Harley KG, Schall RA, Chevrier J, Tyler K, Aguirre H, Bradman A, Holland NT, et al. (2013). Prenatal and postnatal bisphenol A exposure and body mass index in childhood in the CHAMACOS cohort. Environmental Health Perspectives, 121(4), 514-520. Retrieved from https://ehp.niehs.nih.gov/1205548/

62.   Volberg V, Harley K, Calafat AM, Davé V, McFadden J, Eskenazi B and Holland N. (2013). Maternal bisphenol A exposure during pregnancy and its association with adipokines in Mexican-American children. Environmental and Molecular Mutagenesis, 54(8), 621-628.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/23908009

63.   Yang TC, Peterson KE, Meeker JD, Sánchez BN, Zhang Z, Cantoral A, Solano M, et al. (2017). Bisphenol A and phthalates in utero and in childhood: association with child BMI z-score and adiposity. Environmental Research, 156, 326-333.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28390300

# REFERENCES

## ENVIRONMENTAL EXPOSURES

64. Perng W, Watkins DJ, Cantoral A, Mercado-García A, Meeker JD, Téllez-Rojo MM and Peterson KE. (2017). Exposure to phthalates is associated with lipid profile in peripubertal Mexican youth. Environmental Research, 154, 311-317.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935116310313

65. Watkins DJ, Peterson KE, Ferguson KK, Mercado-García A, Tamayo y Ortiz M, Cantoral A, Meeker JD, et al. (2016). Relating phthalate and BPA exposure to metabolism in peripubescence: the role of exposure timing, sex, and puberty. The Journal of Clinical Endocrinology, 101(1), 79-88.  Retrieved from https://academic.oup.com/jcem/article/101/1/79/2806581/Relating-Phthalate-and-BPA-Exposure-to-Metabolism

66. Herbstman J, Sjodin A, Kurzon M, Lederman S, Jones R, Rauh V, Needham L, et al. (2010). Prenatal exposure to PBDEs and neurodevelopment. Environmental Health Perspectives, 118(5), 712-719.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/20056561

67. Cowell WJ, Lederman SA, Sjödin A, Jones R, Wang S, Perera FP, Wang R, et al. (2015). Prenatal exposure to polybrominated diphenyl ethers and child attention problems at 3–7years. Neurotoxicology and Teratology, 52(PtB), 143-150.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26344673

68. Chen A, Yolton K, Rauch SA, Webster GM, Hornung R, Sjödin A, Dietrich KN, et al. (2014). Prenatal polybrominated diphenyl ether exposures and neurodevelopment in US children through 5 years of age: the HOME study. Environmental Health Perspectives, 122(8), 856-862.  Retrieved from https://ehp.niehs.nih.gov/1307562/

69. Vuong AM, Yolton K, Webster GM, Sjödin A, Calafat AM, Braun JM, Dietrich KN, et al. (2016). Prenatal polybrominated diphenyl ether and perfluoroalkyl substance exposures and executive function in school-age children. Environmental Research, 147, 556-564.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26832761

70. Department of Ecology State of Washington. (2016). Children's Safe Product Act. http://www.ecy.wa.gov/programs/hwtr/RTT/cspa/

71. Smith MN GJ, Cullen A, Faustman EM. (2016). A toxicological framework for the prioritization of children's safe product act data. International Journal of Environmental Research and Public Health, 13(4), 431.  Retrieved from http://www.mdpi.com/1660-4601/13/4/431/htm

72. UC Berkeley Center for Environmental Research and Children's Health. PBDE flame retardants. 2012; Available from: http://cerch.org/environmental-exposures/pbde-flame-retardants/

73. Woodruff TJ, Zota AR and Schwartz JM. (2011). Environmental chemicals in pregnant women in the United States: NHANES 2003–2004. Environmental Health Perspectives, 119(6), 878-885.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21233055

74. Harley KG, Chevrier J, Schall RA, Sjödin A, Bradman A and Eskenazi B. (2011). Association of prenatal exposure to polybrominated diphenyl ethers and infant birth weight. American Journal of Epidemiology, 174(8), 885-892.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21878423

75. US Census Bureau. (2016). Annual estimate of the resident population by sex, age, race, and Hispanic origin for the United States and States: April 1, 2010 to July 1, 2015. https://factfinder.census.gov/faces/tableservices/jsf/pages/productview.xhtml?src=bkmk

76. Chevrier J, Harley K, Bradman A, Gharbi M, Sjodin A and Eskenazi B. (2010). Polybrominated diphenyl ether (PBDE) flame retardants and thyroid hormone during pregnancy. Environmental Health Perspectives, 118(10), 1444-1449.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2957927/

77. Harley K, Marks A, Chevrier J, Bradman A, Sjodin A and Eskenazi B. (2010). PBDE concentrations in women's serum and fecundability. Environmental Health Perspectives, 118(5), 699-704.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2866688/

78. Hawthorne M, Roe S and Callahan P. (2013). California plan could affect toxic flame retardants in products across U.S. Chicago Tribune. Retrieved from http://articles.chicagotribune.com/2013-02-08/news/chi-flame-retardants-california-plan-20130208_1_flame-retardants-furniture-fires-candle-like-flame

**94**

## ENVIRONMENTAL EXPOSURES

79.  Center for Environmental Health. (2013). Playing on poisons: Harmful flame retardants in children's furniture. http://www.ceh.org/wp-content/uploads/2013/11/Kids-Furniture-Report-Press.pdf

80.  Rubin S. (2012). State relies on Salinas study to revise flame retardant regs despite powerful industry lobby. Monterey County Now. Retrieved from http://www.montereycountyweekly.com/news/local_news/state-relies-on-salinas-study-to-revise-flame-retardant-regs/article_8a2b2ad7-ed61-5031-8985-9ccfbebfb727.html

81.  Eskenazi B, Chevrier J, Rauch S, Kogut K, Harley K, Johnson C, Trujillo C, et al. (2013). In utero and childhood polybrominated diphenyl ether (PBDE) exposures and neurodevelopment in the CHAMACOS study. Environmental Health Perspectives, 121(2), 257-262. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3569691/

82.  Niermann S, Rattan S, Brehm E and Flaws JA. (2015). Prenatal exposure to di-(2-ethylhexyl) phthalate (DEHP) affects reproductive outcomes in female mice. Reproductive Toxicology, 53, 23-32. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4457554/

83.  Meeker JD and Ferguson KK. (2014). Urinary phthalate metabolites are associated with decreased serum testosterone in men, women, and children from NHANES 2011–2012. The Journal of Clinical Endocrinology & Metabolism, 99(11), 4346-4352. Retrieved from https://academic.oup.com/jcem/article-lookup/doi/10.1210/jc.2014-2555

84.  National Academies of Sciences. Phthalates and cumulative risk assessment: The tasks ahead. 2008; Available from: https://www.nap.edu/catalog/12528/phthalates-and-cumulative-risk-assessment-the-tasks-ahead

85.  Howdeshell KL, Rider CV, Wilson VS, Furr JR, Lambright CR and Gray Jr LE. (2015). Dose addition models based on biologically relevant reductions in fetal testosterone accurately predict postnatal reproductive tract alterations by a phthalate mixture in rats. Toxicological Sciences, 148(2), 488-502. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26350170

86.  Pediatric Environmental Health Specialty Units. Consumer guide: Phthalates and bisphenol A. 2014; Available from: http://www.pehsu.net/_Library/facts/bpapatients_factsheet03-2014.pdf

87.  Clark K, Cousins IT and Mackay D, Assessment of critical exposure pathways, in Series Anthropogenic Compounds. 2003, Springer. p. 227-262.

88.  Environmental Working Group. Teen girls' body burden of hormone-altering cosmetics chemicals: Detailed findings. 2008; Available from: http://www.ewg.org/research/teen-girls-body-burden-hormone-altering-cosmetics-chemicals/detailed-findings

89.  Environmental Working Group. Exposures add up- Survey results. 2003; Available from: http://www.ewg.org/skindeep/2004/06/15/exposures-add-up-survey-results/#.WaiJJWZMrIV

90.  Ferguson KK, McElrath TF, Cantonwine DE, Mukherjee B and Meeker JD. (2015). Phthalate metabolites and bisphenol-A in association with circulating angiogenic biomarkers across pregnancy. Placenta, 36(6), 699-703. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25913709

91.  Ferguson KK, McElrath TF, Chen Y-H, Mukherjee B and Meeker JD. (2015). Urinary phthalate metabolites and biomarkers of oxidative stress in pregnant women: a repeated measures analysis. Environmental Health Perspectives, 123(3), 210-216. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25402001

92.  Barakat R, Lin P-CP, Rattan S, Brehm E, Canisso IF, Abosalum ME, Flaws JA, et al. (2017). Prenatal exposure to DEHP induces premature reproductive senescence in male mice. Toxicological Sciences, 156(1), 96-108. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28082598

93.  Zhou C, Gao L and Flaws JA. (2017). Prenatal exposure to an environmentally relevant phthalate mixture disrupts reproduction in F1 female mice. Toxicology and Applied Pharmacology, 318, 49-57. Retrieved from http://www.sciencedirect.com/science/article/pii/S0041008X17300303

94.  Zhou C and Flaws JA. (2016). Effects of an environmentally relevant phthalate mixture on cultured mouse antral follicles. Toxicological Sciences, 156(1), 217-229. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28013214

# REFERENCES

## ENVIRONMENTAL EXPOSURES

95. UC Berkeley Center for Environmental Research and Children's Health. HERMOSA study. 2017; Available from: http://cerch.berkeley.edu/research-programs/hermosa-study

96. ABC News, Behind the beauty counter: What's really in your makeup? 2016. http://abcnews.go.com/GMA/video/beauty-counter-makeup-44050754

97. NPR. Teen study reveals dangerous chemicals in cosmetics. 2015; Available from: http://www.npr.org/2015/07/24/426765101/teen-study-reveals-dangerous-chemicals-in-cosmetics

98. Yang S. (2016). Teen girls see big drop in chemical exposure with switch in cosmetics. Berkeley News. Retrieved from http://news.berkeley.edu/2016/03/07/cosmetics-chemicals/

99. Philippat C, Bennett DH, Krakowiak P, Rose M, Hwang H-M and Hertz-Picciotto I. (2015). Phthalate concentrations in house dust in relation to autism spectrum disorder and developmental delay in the CHildhood Autism Risks from Genetics and the Environment (CHARGE) study. Environmental Health, 14(1), 56.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26108271

100. Centers for Disease Control and Prevention. National surveillance data (1997-2015). 2016; Available from: https://www.cdc.gov/nceh/lead/data/national.htm

101. US Environmental Protection Agency. American's children and the environment: Biomonitoring lead. 2015; Available from: https://www.epa.gov/ace/ace-biomonitoring-lead

102. US Department of Housing and Urban Development: Office of Healthy Homes and Lead Hazard Control. (2011). American healthy homes survey: Lead and arsenic findings. https://portal.hud.gov/hudportal/documents/huddoc%3Fid=AHHS_Report.pdf

103. Canfield RL, Henderson Jr CR, Cory-Slechta DA, Cox C, Jusko TA and Lanphear BP. (2003). Intellectual impairment in children with blood lead concentrations below 10 µg per deciliter. New England Journal of Medicine, 348(16), 1517-1526.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4046839/

104. Yuan W, Holland S, Cecil K, Dietrich K, Wessel S, Altaye M, Hornung R, et al. (2006). The impact of early childhood lead exposure on brain organization: a functional magnetic resonance imaging study of language function. Pediatrics, 118(3), 971-977.  Retrieved from http://pediatrics.aappublications.org/content/118/3/971.short

105. Wright JP, Dietrich KN, Ris MD, Hornung RW, Wessel SD, Lanphear BP, Ho M, et al. (2008). Association of prenatal and childhood blood lead concentrations with criminal arrests in early adulthood. PLoS Medicine, 5(5), e101.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2689664/

106. Cecil KM, Brubaker CJ, Adler CM, Dietrich KN, Altaye M, Egelhoff JC, Wessel S, et al. (2008). Decreased brain volume in adults with childhood lead exposure. PLoS Medicine, 5(5), e112.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/18507499

107. Miranda ML, Kim D, Reiter J, Galeano MAO and Maxson P. (2009). Environmental contributors to the achievement gap. Neurotoxicology, 30(6), 1019-1024.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/19643133

108. Lanphear B, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger D, Canfield R, et al. (2005). Low-level environmental lead exposure and children's intellectual function: an international pooled analysis. Environmental Health Perspectives, 113(7), 894-899.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1257652/

109. Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L, et al. (2016). Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environmental Health Perspectives, 124(6), 868-704.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26645203

110.  Environmental Protection Agency. Learn about lead. 2017; Available from: https://www.epa.gov/lead/learn-about-lead

111. US US Environmental Protection Agency. (2013). Integrated Science Assessment for lead. https://www.epa.gov/isa/integrated-science-assessment-isa-lead

112. Children's Environmental Health Network. (2015). A blueprint for protecting children's environmental health: An urget call to action. http://cehn.org/wp-content/uploads/2015/11/BluePrint_Final1.pdf

Pls' Ex. 11

# ENVIRONMENTAL EXPOSURES

113. Adgate JL, Barr DB, Clayton CA, Eberly LE, Freeman N, Lioy PJ, Needham LL, et al. (2001). Measurement of children's exposure to pesticides: analysis of urinary metabolite levels in a probability-based sample. Environmental Health Perspectives, 109(6), 583-590.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1240340/

114. Berkowitz G, Obel J, Deych E, Lapinski R, Godbold J, Liu Z, Landrigan P, et al. (2003). Exposure to indoor pesticides during pregnancy in a multiethnic, urban cohort. Environmental Health Perspectives, 111(1), 79-84.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1241309/

115. Bradman MA, Harnly ME, Draper W, Seidel S, Teran S, Wakeham D and Neutra R. (1997). Pesticide exposures to children from California's Central Valley: results of a pilot study. Journal of Exposure Analysis and Environmental Epidemiology, 7(2), 217-234.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/9185013

116. Hill RH, Head SL, Baker S, Gregg M, Shealy DB, Bailey SL, Williams CC, et al. (1995). Pesticide residues in urine of adults living in the United States: reference range concentrations. Environmental Research, 71(2), 99-108.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/8977618

117. Loewenherz C, Fenske RA, Simcox NJ, Bellamy G and Kalman D. (1997). Biological monitoring of organophosphorus pesticide exposure among children of agricultural workers in central Washington State. Environmental Health Perspectives, 105(12), 1344-1353.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/9405329

118. Lu C, Knutson DE, Fisker-Andersen J and Fenske RA. (2001). Biological monitoring survey of organophosphorus pesticide exposure among pre-school children in the Seattle metropolitan area. Environmental Health Perspectives, 109(3), 299-303. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/11333193

119. Centers for Disease Control and Prevention. (2009). Fourth national report on human exposure to environmental chemicals. https://www.cdc.gov/exposurereport/pdf/fourthreport.pdf

120. Whyatt RM, Camann DE, Kinney PL, Reyes A, Ramirez J, Dietrich J, Diaz D, et al. (2002). Residential pesticide use during pregnancy among a cohort of urban minority women. Environmental Health Perspectives, 110(5), 507-514.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/12003754

121. National Research Council. (1993). Pesticides in the diets of infants and children. https://www.nap.edu/catalog/2126/pesticides-in-the-diets-of-infants-and-children

122. US Environmental Protection Agency. Pesticides and their impact on children: Key facts and talking points. 2015; Available from: https://www.epa.gov/sites/production/files/2015-12/documents/pest-impact-hsstaff.pdf

123. World Health Organization. (1986). Organophosphorous insecticides: A general introduction (Vol. 63). New York: World Health Organization.

124. Donald D, Kiely T and Grube A. (2002). Pesticides industy sale and usage: 1998 and 1999 market estimates. https://nepis.epa.gov/Exe/ZyPDF.cgi/200001G5.PDF?Dockey=200001G5.PDF

125. McCauley LA, Lasarev MR, Higgins G, Rothlein J, Muniz J, Ebbert C and Phillips J. (2001). Work characteristics and pesticide exposures among migrant agricultural families: a community-based research approach. Environmental Health Perspectives, 109(5), 533-538.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1240315/

126. O'Rourke MK, Lizardi PS, Rogan SP, Freeman NC, Aguirre A and Saint CG. (2000). Pesticide exposure and creatinine variation among young children. Journal of Exposure Science and Environmental Epidemiology, 10(S1), 672-681.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/11138659

127. Simcox NJ, Camp J, Kalman D, Stebbins A, Bellamy G, Lee I-C and Fenske R. (1999). Farmworker exposure to organophosphorus pesticide residues during apple thinning in central Washington State. American Industrial Hygiene Association Journal, 60(6), 752-761.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/10635541

128. Eskenazi B, Harley K, Bradman A, Weltzien E, Jewell N, Barr D, Furlong C, et al. (2004). Association of in utero organophosphate pesticide exposure and fetal growth and length of gestation in an agricultural population. Environmental Health Perspectives, 112(10), 1116-1124.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/15238287

# REFERENCES

## ENVIRONMENTAL EXPOSURES

129. Young J, Eskenazi B, Gladstone E, Bradman A, Pedersen L, Johnson C, Barr D, et al. (2005). Association between in utero organophosphate pesticide exposure and abnormal reflexes in neonates. Neurotoxicology, 26(2), 199-209.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0161813X04001597

130. Eskenazi B, Marks A, Bradman A, Fenster L, Johnson C, Barr D and Jewll N. (2006). In utero exposure to dichlorodiphenyltrichloroethane (DDT) and dichlorodiphenyldichloroethylene (DDE) and neurodevelopment among young Mexican American children. Pediatrics, 118(1), 233-241.  Retrieved from http://pediatrics.aappublications.org/content/118/1/233.short

131. Thompson B, Griffith WC, Barr DB, Coronado GD, Vigoren EM and Faustman EM. (2014). Variability in the take-home pathway: Farmworkers and non-farmworkers and their children. Journal of Exposure Science & Environmental Epidemiology, 24(5), 522-531.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24594649

132. Coronado GD, Vigoren EM, Griffith WC, Faustman EM and Thompson B. (2009). Organophosphate pesticide exposure among pome and non-pome farmworkers: a subgroup analysis of a community randomized trial. Journal of Occupational and Environmental Medicine, 51(4), 500-509.  Retrieved from http://journals.lww.com/joem/Abstract/2009/04000/Organophosphate_Pesticide_Exposure_Among_Pome_and.14.aspx

133. Coronado GD, Vigoren EM, Thompson B, Griffith WC and Faustman EM. (2006). Organophosphate pesticide exposure and work in pome fruit: evidence for the take-home pesticide pathway. Environmental Health Perspectives, 114(7), 999-1006. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1513343/

134. Eskenazi B, Marks A, Bradman A, Harley K, Barr D, Johnson C, Morga N, et al. (2007). Organophosphate pesticide exposure and neurodevelopment in young Mexican-American children. Environmental Health Perspectives, 115(5), 792-798. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1867968/

135. Marks A, Harley K, Bradman A, Kogut K, Barr D, Johnson C, Calderon N, et al. (2010). Organophosphate pesticide exposure and attention in young Mexican-American children: the CHAMACOS Study. Environmental Health Perspectives, 118(12), 1768-1774.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3002198/

136. Bouchard M, Chevrier J, Harley K, Kogut K, Vedar M, Calderon N, Trujillo C, et al. (2011). Prenatal exposure to organophosphate pesticides and IQ in 7-year-old children. Environmental Health Perspectives, 119(8), 1189-1195.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21507776

137. Gunier RB, Bradman A, Harley KG, Kogut K and Eskenazi B. (2016). Prenatal residential proximity to agricultural pesticide use and IQ in 7-year-old children. Environmental Health Perspectives, 125(5), 057002-1-8.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28557711

138.  Bloomberg M. (2009). Personal email.

139. US Environmental Protection Agency. (2006). Reregistration eligibility decision for chlorpyrifos https://www3.epa.gov/pesticides/chem_search/reg_actions/reregistration/red_PC-059101_1-Jul-06.pdf

140. Rauh V, Garfinkel R, Perera F, Andrews H, Hoepner L, Barr D, Whitehead R, et al. (2006). Impact of prenatal chlorpyrifos exposure on neurodevelopment in the first 3 years of life among inner-city children. Pediatrics, 118(6), e1845-e1859. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3390915/

141. Furlong C, Holland N, Richter R, Bradman A, Ho A and Eskenazi B. (2006). PON1 status of farmworker mothers and children as a predictor of organophosphate sensitivity. Pharamacogenetics and Genomics, 16(3), 183-190.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/16495777

142. Huen K, Harley K, Brooks J, Hubbard A, Bradman A, Eskenazi B and Holland N. (2009). Developmental changes in PON1 enzyme activity in young children and effects of PON1 polymorphisms. Environmental Health Perspectives, 117(10), 1632-1638.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2790521/

143. Gonzalez V, Huen K, Venkat S, Pratt K, Xiang P, Harley KG, Kogut K, et al. (2012). Cholinesterase and paraoxonase (PON1) enzyme activities in Mexican-American mothers and children from an agricultural community. Journal of Exposure Science & Environmental Epidemiology, 22(6), 641-648.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/22760442

**98**

# ENVIRONMENTAL EXPOSURES

144. Bradman A, Salvatore A, Boeniger M, Castorina R, Snyder J, Barr D, Jewell N, et al. (2009). Community-based intervention to reduce pesticide exposure to farmworkers and potential take-home exposure to their families. Journal of Exposure Science and Epidemiology, 19(1), 79-89.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4545293/

145. Salvatore A, Chevrier J, Bradman A, Camacho J, Lopez J, Kavanagh-Baird G, Minkler M, et al. (2009). A community-based participatory worksite intervention to reduce pesticide exposures to farmworkers and their families. American Journal of Public Health, 99(S3), S578-S581.  Retrieved from http://ajph.aphapublications.org/doi/abs/10.2105/AJPH.2008.149146

146. Coronado GD, Holte SE, Vigoren EM, Griffith WC, Barr DB, Faustman EM and Thompson B. (2012). Do workplace and home protective practices protect farm workers? Findings from the "For Healthy Kids" study. Journal of Occupational and Environmental Medicine, 54(9), 1163-1169.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3866960/

147. Salvatore AL, Bradman A, Castorina R, Camacho J, López J, Barr DB, Snyder J, et al. (2008). Occupational behaviors and farmworkers' pesticide exposure: findings from a study in Monterey County, California. American Journal of Industrial Medicine, 51(10), 782-794.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2605684/

148. Salvatore AL, Castorina R, Camacho J, Morga N, López J, Nishioka M, Barr DB, et al. (2015). Home-based community health worker intervention to reduce pesticide exposures to farmworkers' children: A randomized-controlled trial. Journal of Exposure Science and Environmental Epidemiology, 25(6), 608-615.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26036987

149. Coronado G, Griffith W, Vigoren E, Faustman E and Thompson B. (2010). Where's the dust? Characterizing locations of azinphos-methyl residues in house and vehicle dust among farmworkers with young children. Journal of Occupational and Environmental Hygiene, 7(12), 663-671.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/20945243

150. Thompson B, Coronado G, Vigoren E, Griffith W, Fenske R, Kissel J, Shirai J, et al. (2008). Para niños saludables: a community intervention trial to reduce organophosphate pesticide exposure in children of farmworkers. Environmental Health Perspectives, 116(5), 687-694.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/18470300

151. Smith MN, Workman T, McDonald KM, Vredevoogd MA, Vigoren EM, Griffith WC, Thompson B, et al. (2017). Seasonal and occupational trends of five organophosphate pesticides in house dust. Journal of Exposure Science and Environmental Epidemiology, 27(4), 372-378.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27553992

152. UC Berkeley Center for Environmental Research and Children's Health, Senate Environmental Quality Committee. 2017. http://senate.ca.gov/media/senate-environmental-quality-committee-20170301/video

153. Thompson B, Carosso E, Griffith W, Workman T, Hohl S and Faustman E. (2017). Disseminating pesticide exposure results to farmworker and nonfarmworker families in an agricultural community: A community-based participatory research approach. Journal of Occupational and Environmental Medicine.  Retrieved from http://journals.lww.com/joem/Abstract/publishahead/Disseminating_Pesticide_Exposure_Results_to.98876.aspx

154. Williams M, Barr D, Camann D, Cruz L, Carlton E, Borjas M, Reyes A, et al. (2006). An intervention to reduce residential insecticide exposure during pregnancy among an inner-city cohort. Environmental Health Perspectives, 114(11), 1684-1689. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1665406/

155. Kass D, McKelvey W, Carlton E, Hernandez M, Chew G, Nagle S, Garfinkel R, et al. (2009). Effectiveness of an integrated pest management intervention in controlling cockroaches, mice, and allergens in New York City public housing. Environmental Health Perspectives, 117(8), 1219-1225.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2721864/

156. The New York City Council. Availability of a computerized service to facilitate notification requirements pursuant to the pesticide neighbor notification law. 2006; Available from: http://legistar.council.nyc.gov/LegislationDetail.aspx?ID=450151&GUID=A71C13D2-BFD3-4655-BA20-BBD11C1AE5AB

157. New York City Department of Health and Mental Hygiene Bureau of Environmental Surveillance and Policy, Local Law 37 of 2005: Integrated Pest Management Plan. 2007. https://a816-healthpsi.nyc.gov/ll37/pdf/IPM_2006.pdf

158. New York City Department of Health and Mental Hygiene Bureau of Environmental Surveillance and Policy, An update on integrated pest management in New York City. 2009. https://a816-healthpsi.nyc.gov/ll37/pdf/IPM_2006.pdf

# REFERENCES

## ENVIRONMENTAL EXPOSURES

159. National Cancer Institute. Secondhand smoke and cancer. 2011; Available from: https://www.cancer.gov/about-cancer/causes-prevention/risk/tobacco/second-hand-smoke-fact-sheet

160. Ashford KB, Hahn E, Hall L, Rayens MK, Noland M and Ferguson JE. (2010). The effects of prenatal secondhand smoke exposure on preterm birth and neonatal outcomes. Journal of Obstetric, Gynecologic, & Neonatal Nursing, 39(5), 525-535. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2951268/

161. Li Y-F, Langholz B, Salam M and Gilliland F. (2005). Maternal and grandmaternal smoking patterns are associated with early childhood asthma. CHEST, 127(4), 1232-1241. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/15821200

162. Gilliland F, Islam T, Berhane K, Gauderman W, McConnell R, Avol E and Peters J. (2006). Regular smoking and asthma incidence in adolescents. American Journal of Respiratory and Critical Care Medicine 174(10), 1094-1100. Retrieved from http://www.atsjournals.org/doi/abs/10.1164/rccm.200605-722OC

163. Wenten M, Berhane K, Rappaport EB, Avol E, Tsai W-W, Gauderman WJ, McConnell R, et al. (2005). TNF-308 modifies the effect of second-hand smoke on respiratory illness–related school absences. American Journal of Respiratory and Critical Care Medicine, 172(12), 1563-1568. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/16166621

164. Slotkin T, Card J, Stadler A, Levin E and Seidler F. (2014). Effects of tobacco smoke on PC12 cell neurodifferentiation are distinct from those of nicotine or benzo[a]pyrene. Neurotoxicology and Teratology, 43, 19-24. Retrieved from http://www.sciencedirect.com/science/article/pii/S0892036214000269

165. Slotkin TA, Skavicus S, Card J, Stadler A, Levin ED and Seidler FJ. (2015). Developmental neurotoxicity of tobacco smoke directed toward cholinergic and serotonergic systems: more than just nicotine. Toxicological Sciences, 147(1), 178-189. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26085346

166. Slotkin TA, Skavicus S, Card J, Levin ED and Seidler FJ. (2015). Amelioration strategies fail to prevent tobacco smoke effects on neurodifferentiation: Nicotinic receptor blockade, antioxidants, methyl donors. Toxicology, 333, 63-75. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4466202/

167. Federal Interagency Forum on Child and Family Statistics. (2016). America's children in brief: Key national indicators of well-being, 2016. https://www.childstats.gov/pdf/ac2016/ac_16.pdf

168. Metayer C, Zhang L, Wiemels JL, Bartley K, Schiffman J, Ma X, Aldrich MC, et al. (2013). Tobacco smoke exposure and the risk of childhood acute lymphoblastic and myeloid leukemias by cytogenetic subtype. Cancer Epidemiology and Prevention Biomarkers, 22(9), 1600-1611. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/23853208

169. de Smith AJ, Kaur M, Gonseth S, Endicott A, Selvin S, Zhang L, Roy R, et al. (2017). Correlates of prenatal and early-life tobacco smoke exposure and frequency of common gene deletions in childhood acute lymphoblastic leukemia. Cancer Research, 77(7), 1674-1683. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28202519

Pls' Ex. 11

## HALLMARK FEATURES

1.  National Institutes of Health and US Environmental Protection Agency. RFA-ES-14-002: Children's Environmental Health and Disease Prevention Research Centers (P50). 2014; Available from: https://grants.nih.gov/grants/guide/rfa-files/RFA-ES-14-002.html

2.  UC San Francisco Program on Reproductive Health and the Environment. Information for families: All that matters. 2016; Available from: https://prhe.ucsf.edu/info

3.  Dartmouth Children's Center. Arsenic tool. 2015; Available from: http://www.dartmouth.edu/~childrenshealth/arsenic/

4.  University of Southern California Environmental Health Centers. Infographics. 2015; Available from: http://envhealthcenters.usc.edu/infographics

5.  The American College of Obstetricians and Gynecologists. (2013). Exposure to toxic environmental agents. Fertility and sterility, 100(4), 931-934.  Retrieved from https://www.acog.org/-/media/Committee-Opinions/Committee-on-Health-Care-for-Underserved-Women/co575.pdf

6.  Di Renzo GC, Conry JA, Blake J, DeFrancesco MS, DeNicola N, Martin JN, McCue KA, et al. (2015). International Federation of Gynecology and Obstetrics opinion on reproductive health impacts of exposure to toxic environmental chemicals. International Journal of Gynecology & Obstetrics, 131(3), 219-225.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26433469

7.  Miller M, Schettler T, Tencza B, Valenti MA, Agency for Toxic Substances and Disease Registry, Collaborative on Health and the Environment, Science and Environmental Health Network, UC San Francisco Pediatric Environmental Health Specialty Unit, A story of health. 2016. https://wspehsu.ucsf.edu/for-clinical-professionals/training/a-story-of-health-a-multi-media-ebook/

8.  National Jewish Health. Clean air projects- Lesson plan packets. n.d.  Available from: https://www.nationaljewish.org/cehc/lesson-plan-packets

9.  UC San Francisco School of Nursing's California Childcare Health Program, UC Berkeley's Center for Children's Environmental Health Research, UC Statewide IPM Program and California Department of Pesticide Regulation. Integrated pest management: A curriculum for early care and education programs. 2011; Available from: http://cerch.berkeley.edu/sites/default/files/ipm_curriculum_final_10.2010.pdf

10. UC San Francisco School of Nursing's Institute for Health & Aging, UC Berkeley's Center for Children's Environmental Health Research, Informed Green Solutions and California Department of Pesticide Regulation. Green cleaning, sanitizing, and disinfecting: A curriculum for early care and education. 2013; Available from: http://cerch.berkeley.edu/sites/default/files/green_cleaning_toolkit.pdf

11. UC Berkeley Center for Environmental Research and Children's Health. Providing IPM services in schools and child care settings. 2016; Available from: http://ipm.ucanr.edu/training/

12. Zoni S and Lucchini RG. (2013). Manganese exposure: cognitive, motor and behavioral effects on children: a review of recent findings. Current Opinion in Pediatrics, 25(2), 255-260.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4073890/

13. Arora M, Bradman A, Austin C, Vedar M, Holland N, Eskenazi B and Smith D. (2012). Determining fetal manganese exposure from mantle dentine of deciduous teeth. Environmental Science and Technology, 46(9), 5118-5125.  Retrieved from http://pubs.acs.org/doi/abs/10.1021/es203569f

14. Dutmer CM, Schiltz AM, Faino A, Rabinovitch N, Cho S-H, Chartier RT, Rodes CE, et al. (2015). Accurate assessment of personal air pollutant exposures in inner-city asthmatic children. Journal of Allergy and Clinical Immunology, 135(2), AB165. Retrieved from http://www.jacionline.org/article/S0091-6749(14)03259-X/abstract

15. Dutmer CM SA, Faino A, Cho SH, Chartier RT, Rodes CE, Szefler SJ, Schwartz DA, Thornburg JW, Liu AH. (2015). Increased asthma severity associated with personal air pollutant exposures in inner-city asthmatic children. American Journal of Respiratory and Critical Care Medicine, 191, A6268.  Retrieved from http://www.atsjournals.org/doi/abs/10.1164/ajrccm-conference.2015.191.1_MeetingAbstracts.A6268

**REFERENCES**

## HALLMARK FEATURES

16.  Landrigan P and Etzel R, New Frontiers in Children's Environmental Health, in Textbook of Children's Environmental Health, P. Landrigan and R. Etzel, Editors. 2014, Oxford University Press: New York, NY. p. 560.

17.  Rappaport SM, Barupal DK, Wishart D, Vineis P and Scalbert A. (2014). The blood exposome and its role in discovering causes of disease. Environmental Health Perspectives, 122(8), 769-774.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4123034/

18.  Rappaport SM, Li H, Grigoryan H, Funk WE and Williams ER. (2012). Adductomics: characterizing exposures to reactive electrophiles. Toxicology Letters, 213(1), 83-90.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21501670

19.  Petrick L, Edmands W, Schiffman C, Grigoryan H, Perttula K, Yano Y, Dudoit S, et al. (2017). An untargeted metabolomics method for archived newborn dried blood spots in epidemiologic studies. Metabolomics, 13(3), 27.  Retrieved from https://link.springer.com/article/10.1007/s11306-016-1153-z

20.  Edmands WM, Petrick L, Barupal DK, Scalbert A, Wilson MJ, Wickliffe JK and Rappaport SM. (2017). compMS2Miner: An Automatable Metabolite Identification, Visualization, and Data-Sharing R Package for High-Resolution LC-MS Data Sets. Analytical Chemistry, 89(7), 3919-3928.  Retrieved from http://pubs.acs.org/doi/abs/10.1021/acs.analchem.6b02394

21.  Grigoryan H, Edmands W, Lu SS, Yano Y, Regazzoni L, Iavarone AT, Williams ER, et al. (2016). Adductomics pipeline for untargeted analysis of modifications to Cys34 of human serum albumin. Analytical Chemistry, 88(21), 10504-10512. Retrieved from http://pubs.acs.org/doi/abs/10.1021/acs.analchem.6b02553

22.  The National Academy of Sciences. (2017). A review of the Environmental Protection Agency's Science to Achieve Results Research Program. http://dels.nas.edu/Report/Review-Environmental-Protection/24757

23.  Goodrich JM, Dolinoy DC, Sánchez BN, Zhang Z, Meeker JD, Mercado-Garcia A, Solano-González M, et al. (2016). Adolescent epigenetic profiles and environmental exposures from early life through peri-adolescence. Environmental Epigenetics, 2(3), dvw018.  Retrieved from https://academic.oup.com/eep/article/2415066/Adolescent-epigenetic-profiles-and-environmental

24.  Goodrich J, Sánchez B, Dolinoy D, Zhang Z, Hernandez-Avila M, Hu H, Peterson K, et al. (2015). Quality control and statistical modeling for environmental epigenetics: a study on in utero lead exposure and DNA methylation at birth. Epigenetics, 10(1), 19-30.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25580720

25.  Marchlewicz EH, Dolinoy DC, Tang L, Milewski S, Jones TR, Goodrich JM, Soni T, et al. (2016). Lipid metabolism is associated with developmental epigenetic programming. Scientific Reports, 6, 34857.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5054359/

26.  Griffith W, Curl C, Fenske R, Lu C, Vigoren E and Faustman E. (2011). Organophosphate pesticide metabolite levels in pre-school children in an agricultural community: within- and between-child variability in a longitudinal study. Environmental Research, 111(6), 751-756.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21636082

27.  Smith MN, Griffith WC, Beresford SA, Vredevoogd M, Vigoren EM and Faustman EM. (2014). Using a biokinetic model to quantify and optimize cortisol measurements for acute and chronic environmental stress exposure during pregnancy. Journal of Exposure Science and Environmental Epidemiology, 24(5), 510. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24301353

28.  Peterson BS, Rauh VA, Bansal R, Hao X, Toth Z, Nati G, Walsh K, et al. (2015). Effects of prenatal exposure to air pollutants (polycyclic aromatic hydrocarbons) on the development of brain white matter, cognition, and behavior in later childhood. JAMA Psychiatry, 72(6), 531-540.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25807066

29.  Kimmel CA, Collman GW, Fields N and Eskenazi B. (2005). Lessons learned for the National Children's Study from the National Institute of Environmental Health Sciences/US Environmental Protection Agency Centers for Children's Environmental Health and Disease Prevention Research. Environmental Health Perspectives, 113(10), 1414-1418.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1281290/

30.  González-Cossío T, Peterson KE, Sanín L-H, Fishbein E, Palazuelos E, Aro A, Hernández-Avila M, et al. (1997). Decrease in birth weight in relation to maternal bone-lead burden. Pediatrics, 100(5), 856-862.  Retrieved from http://pediatrics.aappublications.org/content/100/5/856.short

Pls' Ex. 11

# HALLMARK FEATURES

31.  Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, Ettinger AS, et al. (2011). Prenatal lead exposure and weight of 0-to 5-year-old children in Mexico city. Environmental Health Perspectives, 119(10), 1436-1441. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3230436/

32.  Zhang A, Hu H, Sánchez B, Ettinger A, Park S, Cantonwine D, Schnaas L, et al. (2012). Association between prenatal lead exposure and blood pressure in children. Environmental Health Perspectives, 120(3), 445-450.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3295346/

33.  Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih S-W, Gonzalez-Cossio T, Schnaas L, et al. (2002). Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics, 110(1), 110-118.  Retrieved from http://pediatrics.aappublications.org/content/110/1/110.short

34.  Hu H, Tellez-Rojo M, Bellinger D, Smith D, Ettinger A, Lamadrid-Figueroa H, Schwartz J, et al. (2006). Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environmental Health Perspectives, 114(11), 1730-1735.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1665421/

35.  Pilsner JR, Hu H, Wright RO, Kordas K, Ettinger AS, Sánchez BN, Cantonwine D, et al. (2010). Maternal MTHFR genotype and haplotype predict deficits in early cognitive development in a lead-exposed birth cohort in Mexico City. The American Journal of Clinical Nutrition, 92(1), 226-234.  Retrieved from http://ajcn.nutrition.org/content/92/1/226.short

36.  Kordas K, Ettinger A, Bellinger D, Schnaas L, Téllez R, MM, Hernández-Avila M, Hu H, et al. (2011). A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism is associated with neurocognitive development of Mexican preschool children with lead exposure. Journal of Pediatrics, 159(4), 638-643.  Retrieved from http://www.sciencedirect.com/science/article/pii/S002234761100299X

37.  Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L, et al. (2016). Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environmental Health Perspectives, 124(6), 868-704.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26645203

38.  Hernandez-Avila M, Gonzalez-Cossio T, Hernandez-Avila JE, Romieu I, Peterson KE, Aro A, Palazuelos E, et al. (2003). Dietary calcium supplements to lower blood lead levels in lactating women: a randomized placebo-controlled trial. Epidemiology, 14(2), 206-212.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/12606887

39.  Ettinger AS, Téllez-Rojo MM, Amarasiriwardena C, Peterson KE, Schwartz J, Aro A, Hu H, et al. (2006). Influence of maternal bone lead burden and calcium intake on levels of lead in breast milk over the course of lactation. American Journal of Epidemiology, 163(1), 48-56.  Retrieved from https://academic.oup.com/aje/article/163/1/48/85157/Influence-of-Maternal-Bone-Lead-Burden-and-Calcium

40.  Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, Hu H, et al. (2009). Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environmental Health Perspectives, 117(1), 26-31.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2627861/

41.  Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, et al. (2016). Urinary and plasma fluoride levels in pregnant women from Mexico City. Environmental Research, 150, 489-495.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935116302808

42.  Moynihan M, Peterson KE, Cantoral A, Song PX, Jones A, Solano-González M, Meeker JD, et al. (2017). Dietary predictors of urinary cadmium among pregnant women and children. Science of The Total Environment, 575, 1255-1262.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0048969716321349

43.  Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, Rodriguez L, et al. (2014). Mercury levels in pregnant women, children, and seafood from Mexico City. Environmental Research, 135, 63-69.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935114002989

44.  Yang TC, Peterson KE, Meeker JD, Sánchez BN, Zhang Z, Cantoral A, Solano M, et al. (2017). Bisphenol A and phthalates in utero and in childhood: association with child BMI z-score and adiposity. Environmental Research, 156, 326-333.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935116308155

# REFERENCES

## HALLMARK FEATURES

45.  Watkins DJ, Peterson KE, Ferguson KK, Mercado-García A, Tamayo y Ortiz M, Cantoral A, Meeker JD, et al. (2016). Relating phthalate and BPA exposure to metabolism in peripubescence: the role of exposure timing, sex, and puberty. The Journal of Clinical Endocrinology, 101(1), 79-88.  Retrieved from https://academic.oup.com/jcem/article/101/1/79/2806581/Relating-Phthalate-and-BPA-Exposure-to-Metabolism

46.  Watkins DJ, Téllez-Rojo MM, Ferguson KK, Lee JM, Solano-Gonzalez M, Blank-Goldenberg C, Peterson KE, et al. (2014). In utero and peripubertal exposure to phthalates and BPA in relation to female sexual maturation. Environmental Research, 134, 233-241.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935114002709

47.  Watkins DJ, Sánchez BN, Téllez-Rojo MM, Lee JM, Mercado-García A, Blank-Goldenberg C, Peterson KE, et al. (2017). Phthalate and bisphenol A exposure during in utero windows of susceptibility in relation to reproductive hormones and pubertal development in girls. Environmental Research, 159, 143-151.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935117309106

48.  Watkins DJ, Sánchez BN, Téllez-Rojo MM, Lee JM, Mercado-García A, Blank-Goldenberg C, Peterson KE, et al. (2017). Impact of phthalate and BPA exposure during in utero windows of susceptibility on reproductive hormones and sexual maturation in peripubertal males. Environmental Health, 16(1), 69.  Retrieved from https://ehjournal.biomedcentral.com/articles/10.1186/s12940-017-0278-5

49.  Perng W, Watkins DJ, Cantoral A, Mercado-García A, Meeker JD, Téllez-Rojo MM and Peterson KE. (2017). Exposure to phthalates is associated with lipid profile in peripubertal Mexican youth. Environmental Research, 154, 311-317.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0013935116310313

50.  Tellez-Rojo M, Bellinger D, Arroyo-Quiroz C, Lamadrid-Figueroa H, Mercado-Garcia A, Schnaas-Arrieta L, Wright R, et al. (2006). Longitudinal associations between blood lead concentrations lower than 10 microg/dL and neurobehavioral development in environmentally exposed children in Mexico City. Pediatrics, 118(2), e323-e330.  Retrieved from http://pediatrics.aappublications.org/content/118/2/e323.short

51.  Henn BC, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-Avila M, Schnaas L, et al. (2010). Early postnatal blood manganese levels and children's neurodevelopment. Epidemiology (Cambridge, Mass.), 21(4), 433-439.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3127440/

52.  Tellez-Rojo M, Cantoral A, Cantonwine D, Schnaas L, Peterson K, Hu H and Meeker J. (2013). Prenatal urinary phthalate metabolites levels and neurodevelopment in children at two and three years of age. Science of the Total Environment, 461-462, 386-390.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/23747553

53.  Watkins DJ, Fortenberry GZ, Sánchez BN, Barr DB, Panuwet P, Schnaas L, Osorio-Valencia E, et al. (2016). Urinary 3-phenoxybenzoic acid (3-PBA) levels among pregnant women in Mexico City: Distribution and relationships with child neurodevelopment. Environmental Research, 147, 307-313.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/23747553

54.  Fortenberry G, Meeker J, Sanchez B, Barr D, Panuwet P, Bellinger D, Schnaas L, et al. (2014). Urinary 3, 5, 6-trichloro-2-pyridinol (TCPY) in pregnant women from Mexico City: Distribution, temporal variability, and relationship with child attention and hyperactivity. International Journal of Hygiene and Environmental Health, 217(2-3), 405-412.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24001412

55.  Ferguson K, Peterson K, Lee J, Mercado-Garcia A, Blank-Goldenberg C, Tellez-Rojo M and Meeker J. (2014). Prenatal and peripubertal phthalates and bisphenol-A in relation to sex hormones and puberty in boys. Reproductive Toxicology, 47, 70-76.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24945889

56.  Afeiche M, Peterson K, Sanchez B, Schnaas L, Cantonwine D, Ettinger A, Solano-Gonzalez M, et al. (2012). Windows of lead exposure sensitivity, attained height, and body mass index at 48 months. The Journal of Pediatrics, 160(6), 1044-1049.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/22284921

**104**

## HALLMARK FEATURES

57.  Cantoral A, Téllez–Rojo MM, Ettinger A, Hu H, Hernández–Ávila M and Peterson K. (2016). Early introduction and cumulative consumption of sugar–sweetened beverages during the pre–school period and risk of obesity at 8–14 years of age. Pediatric Obesity, 11(1), 68-74.  Retrieved from http://onlinelibrary.wiley.com/doi/10.1111/ijpo.12023/abstract

58.  Perng W, Hector EC, Song PX, Tellez Rojo MM, Raskind S, Kachman M, Cantoral A, et al. (2017). Metabolomic Determinants of Metabolic Risk in Mexican Adolescents. Obesity.  Retrieved from http://onlinelibrary.wiley.com/doi/10.1002/oby.21926/full

59.  National Center for Environmental Health/Agency for Toxic Substances and Disease Registry. (2010). Guidelines for the identification and management of lead exposure in pregnant and lactating women. https://www.cdc.gov/nceh/lead/publications/leadandpregnancy2010.pdf

60.  Zhou C and Flaws JA. (2016). Effects of an environmentally relevant phthalate mixture on cultured mouse antral follicles. Toxicological Sciences, 156(1), 217-229.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28013214

61.  Zhou C, Gao L and Flaws JA. (2017). Prenatal exposure to an environmentally relevant phthalate mixture disrupts reproduction in F1 female mice. Toxicology and Applied Pharmacology, 318, 49-57.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0041008X17300303

62.  Wise LM, Sadowski RN, Kim T, Willing J and Juraska JM. (2016). Long-term effects of adolescent exposure to bisphenol A on neuron and glia number in the rat prefrontal cortex: Differences between the sexes and cell type. Neurotoxicology, 53, 186-192.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4808356/

63.  Willing JK, DG; Cortes, LR; Drzewiecki CM; Wehrheim, KE; Juraska, JM. (2016).Long-term behavioral effects of perinatal exposure to phthatlates and maternal high-fat diet in male and female rates Society for Neuroscience. San Diego, CA.

64.  Kundakovic M, Gudsnuk K, Franks B, Madrid J, Miller R, Perera F and Champagne F. (2013). Sex-specific epigenetic disruption and behavioral changes following low-dose in utero bisphenol A exposure. Proceedings of the National Academy of Sciences USA, 110(24), 9956-9961.  Retrieved from http://www.pnas.org/content/110/24/9956.short

65.  Kundakovic M and Champagne FA. (2015). Early-life experience, epigenetics, and the developing brain. Neuropsychopharmacology, 40(1), 141-153.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24917200

66.  Yan Z, Zhang H, Maher C, Arteaga-Solis E, Champagne F, Wu L, McDonald J, et al. (2014). Prenatal polycyclic aromatic hydrocarbon, adiposity, peroxisome proliferator-activated receptor (PPAR) gamma-methylation in offspring, grand-offspring mice. PLoS ONE, 9(10), e110706.  Retrieved from http://journals.plos.org/plosone/article?id=10.1371/journal.pone.0110706

67.  Miller RL, Yan Z, Maher C, Zhang H, Gudsnuk K, McDonald J and Champagne FA. (2016). Impact of prenatal polycyclic aromatic hydrocarbon exposure on behavior, cortical gene expression, and DNA methylation of the Bdnf gene. Neuroepigenetics, 5, 11-18.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27088078

68.  Rundle A, Hoepner L, Hassoun A, Oberfield S, Freyer G, Holmes D, Reyes M, et al. (2012). Association of childhood obesity with maternal exposure to ambient air polycyclic aromatic hydrocarbons during pregnancy. American Journal of Epidemiology, 175(11), 1163-1172.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3491973/

69.  Abreu-Villaça Y, Seidler FJ, Tate CA, Cousins MM and Slotkin TA. (2004). Prenatal nicotine exposure alters the response to nicotine administration in adolescence: effects on cholinergic systems during exposure and withdrawal. Neuropsychopharmacology, 29(5), 879-890.  Retrieved from https://www.nature.com/npp/journal/v29/n5/pdf/1300401a.pdf

70.  Faulk C, Barks A, Sánchez BN, Zhang Z, Anderson OS, Peterson KE and Dolinoy DC. (2014). Perinatal lead (Pb) exposure results in sex-specific effects on food intake, fat, weight, and insulin response across the murine life-course. PLoS ONE, 9(8), e104273.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/25105421

71.  Wu J, Wen XW, Faulk C, Boehnke K, Zhang H, Dolinoy DC and Xi C. (2016). Perinatal lead exposure alters gut microbiota composition and results in sex-specific bodyweight increases in adult mice. Toxicological Sciences, 151(2), 324-333. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/26962054

72.  Faulk C, Liu K, Barks A, Goodrich J and Dolinoy D. (2014). Longitudinal epigenetic drift in mice perinatally exposed to lead. Epigenetics, 9(7), 934-941.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4143408/

## HALLMARK FEATURES

73. Pizzurro DM, Dao K and Costa LG. (2014). Diazinon and diazoxon impair the ability of astrocytes to foster neurite outgrowth in primary hippocampal neurons. Toxicology and Applied Pharmacology, 274(3), 372-382.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/24342266

74. Pizzurro DM, Dao K and Costa LG. (2014). Astrocytes protect against diazinon-and diazoxon-induced inhibition of neurite outgrowth by regulating neuronal glutathione. Toxicology, 318, 59-68.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3999384/

75. Smith MN, Wilder CS, Griffith WC, Workman T, Thompson B, Dills R, Onstad G, et al. (2015). Seasonal variation in cortisol biomarkers in Hispanic mothers living in an agricultural region. Biomarkers, 20(5), 299-305.  Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4850059/

76. Smith MN, Workman T, McDonald KM, Vredevoogd MA, Vigoren EM, Griffith WC, Thompson B, et al. (2016). Seasonal and occupational trends of five organophosphate pesticides in house dust. Journal of Exposure Science and Environmental Epidemiology(27), 372-378.  Retrieved from https://www.nature.com/jes/journal/vaop/ncurrent/pdf/jes201645a.pdf

77. Stanaway IB, Wallace JC, Shojaie A, Griffith WC, Hong S, Wilder CS, Green FH, et al. (2017). Human oral buccal microbiomes are associated with farmworker status and azinphos-methyl agricultural pesticide exposure. Applied and Environmental Microbiology, 83(2), e02149-16.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27836847

78. Weldon BA, Shubin SP, Smith MN, Workman T, Artemenko A, Griffith WC, Thompson B, et al. (2016). Urinary microRNAs as potential biomarkers of pesticide exposure. Toxicology and Applied Pharmacology, 312, 19-25.  Retrieved from http://www.sciencedirect.com/science/article/pii/S0041008X16300187

79. Krewski D, Boekelheide K, Finnell R, Linney E, Jacobson J, Malveaux F, Ramos K, et al. (2007). Centers of Children's Environmental Health and Disease Prevention Research Program- Review panel report. https://www.niehs.nih.gov/research/supported/assets/docs/a_c/centers_for_childrens_environmental_health_and_disease_prevention_research_program_review_panel_report_508.pdf

80. Bradman A, Castorina R, Boyd Barr D, Chevrier J, Harnly ME, Eisen EA, McKone TE, et al. (2011). Determinants of organophosphorus pesticide urinary metabolite levels in young children living in an agricultural community. International Journal of Environmental Research and Public Health, 8(4), 1061-1083.  Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/21695029

Pls' Ex. 11

## APPENDIX A

## LIST OF EPA REVIEWERS

**Dan Axelrad**, Office of Policy (OP)

**Martha Berger**, Office of Children's Health Protection (OCHP)

**Elaine Cohen-Hubal**, Office of Research and Development (ORD)

**Jeffery Dawson**, Office of Chemical Safety and Pollution Prevention (OCSPP), Office of Pesticide Programs (OPP)

**Andrew Geller**, ORD

**Angela Hackel**, OCHP

**Aaron Ferster**, ORD

**James Gentry**, ORD, National Center for Environmental Research (NCER)

**Intaek Hahn**, ORD, NCER

**Kaythi Han**, OCSPP, OPP

**James H. Johnson, Jr.**, ORD, NCER

**Annie Kadeli**, Office of Environmental Information (OEI)

**Rick Keigwin**, OCSPP, OPP

**Christopher Lau**, ORD, National Health and Environmental Effects Research Laboratory (NHEERL)

**Patrick Lau**, ORD, NCER

**Sylvana Li**, ORD, NCER

**Danelle Lobdell**, ORD, NHEERL

**Sarah Mazur**, ORD, Immediate Office of the Assistant Administrator

**Jacquelyn Menghrajani**, Region 9

**Jacqueline Moya**, ORD, National Center for Environmental Assessment (NCEA)

**Linda Phillips**, ORD, NCEA

**Patrick Shanahan**, ORD, NCER

**Maryann Suero**, Region 5

**Nicolle Tulve**, ORD, National Exposure Research Laboratory

**Kelly Widener**, ORD, NCER

## APPENDIX B

# SUMMARY OF GRANTS FUNDED UNDER THE NIEHS/EPA CHILDREN'S CENTERS PROGRAM, 1998-2017

This appendix summarizes the 46 grants funded as part of the Children's Centers program. Information provided includes:

## BRIEF SUMMARY

Environmental exposures and health outcomes studied by each center for each of their awards, as well as the study populations.

## GRANT NUMBERS

Use the grant numbers to access annual and final reports as well as publications on the EPA[1] and NIH[2] websites.

## PRINCIPAL INVESTIGATORS (PI)

Some Centers have had been led by the same PI for different awards, others have different PIs for each award. Some centers have also had multiple PIs.

## FUNDING INFORMATION

While most centers were funded for 5-year periods, the formative centers were for 3-year periods. These were established in 2010 to expand existing research, stimulate investigation of new research areas, and build capacity in the field of children's environmental health. You can identify these awards by looking for P20 in the NIH grant numbers.

For more information, please visit the Children's Centers website[3].

## BROWN UNIVERSITY

*Formative Center for the Evaluation of Environmental Impacts on Fetal Development*
**PI:** Kim Boekelheide, M.D., Ph.D.
**Study Population:** N/A (animal models only)

**2010-2014**
$2,174,474
R834594
P20ES018169

Focused on correlating biomarkers with exposures to common environmental pollutants and stressors. Studied mechanisms that explain how environmental toxicants may alter prenatal development.

Obesity, lung development, metabolic syndrome

Arsenic, bisphenol A (BPA), endocrine disrupting chemicals (EDCs), phthalates

## CINCINNATI

*Center for the Study of Prevalent Neurotoxicants in Children*
**PI:** Bruce Lanphear, M.D.
**Study Population:** Pregnant women and their children living in Cincinnati, Ohio

**2001-2006**
$7,429,010
R829389
P01ES01126

Examined the effects of low-level exposures to prevalent neurotoxicants. Tested the efficacy of an intervention to reduce lead toxicity. Evaluated new biomarkers to better predict the adverse effects of toxicants on cognition. Studied the mechanisms that explain how potential neurotoxicants contribute to behavioral problems, attention-deficit hyperactive disorder (ADHD), cognitive deficits, and hearing loss.

Growth, neurodevelopment

Lead, mercury, polychlorinated biphenyls (PCBs), secondhand tobacco smoke (STS), pesticides

---

1    https://cfpub.epa.gov/ncer_abstracts/index.cfm/fuseaction/searchFielded.main
2    https://projectreporter.nih.gov/reporter.cfm
3    https://www.epa.gov/research-grants/niehsepa-childrens-environmental-health-and-disease-prevention-research-centers

Pls' Ex. 11

## APPENDIX B

# COLUMBIA UNIVERSITY

*The Columbia Center for Children's Environmental Health*
**PI:** Frederica Perera, Ph.D., Dr.P.H.
**Study Population:** African-American and Dominican pregnant women and their children in Northern Manhattan and the South Bronx, New York City

**2015-2019**
$5,795,207
R836154
P50ES009600

Examining how prenatal and early childhood exposures to air pollution disrupt brain development and lead to serious cognitive, emotional, behavioral, and adiposity problems during adolescence. Analyzing magnetic resonance imaging (MRI) scans to see how early PAH exposure adversely affects the structure, function, and metabolism of neural systems known to support the capacity for self- regulation.

ADHD, neurodevelopment, obesity

Air pollution, polycyclic aromatic hydrocarbons (PAHs)

**2009-2015**
$7,660,669
R834509
P01ES009600

Studied the role of EDCs in the development of obesity, metabolic syndrome, and neurodevelopmental disorders in children. Evaluated the epigenetic mechanisms where prenatal and postnatal exposures to BPA and PAHs affect health in adolescence.

Neurodevelopment, obesity

Air pollution, BPA, EDCs, PAHs

**2003-2010**
$7,947,203
R832141
P01ES009600

Studied mechanisms where prenatal exposures to air pollution may increase risk of asthma in children aged 5-7. Designed an intervention and evaluated the efficacy of a comprehensive integrated pest management (IPM) program for public housing.

Asthma, neurodevelopment

Air pollution, PAHs, pesticides

**1998-2004**
$7,080,366
R827027
P01ES009600

Explored the mechanisms where prenatal and postnatal exposures to air pollutants increase the risk of asthma and/or neurodevelopmental impairments in young children. Investigated the impact of community and home-based interventions to reduce toxicant and allergen exposure, as well as risk of asthma.

Asthma, neurodevelopment

Air pollution, PAHs, particulate matter (PM), STS



Pls' Ex. 11

# APPENDIX B

# SUMMARY OF GRANTS FUNDED UNDER THE NIEHS/EPA CHILDREN'S CENTERS PROGRAM, 1998-2017

## DARTMOUTH COLLEGE

*Children's Environmental Health and Disease Prevention Research Center at Dartmouth*
**PI:** Margaret Karagas, Ph.D.
**Study Population:** Pregnant women and their children living in New Hampshire whose household is served by a private well

**2013-2018**
$6,212,622
R835442
P01ES022832

Aims to understand the effect of arsenic and other contaminants in drinking water and food on child growth, neurodevelopment, and immune response, including infections, allergy, vaccine response, and the microbiome. Exploring the relationship between arsenic, gene expression, and epigenetic alterations in the placenta, and health outcomes.

Growth, immune function, neurodevelopment

Arsenic

**2010-2014**
$1,971,577
R834599
P20ES018175

Identified sources of arsenic for infants and children living in rural areas. Studied how arsenic interacts with key pathways in human development. Identified placental biomarkers related to prenatal arsenic exposure and to poor health outcomes in children. Determined the mechanisms that explain how arsenic modulates cell signaling.

Immune function, birth defects

Arsenic

## DENVER

*Environmental Determinants of Airway Disease in Children*
**PI:** David Schwartz, M.D.
**Study Population:** Children nationwide aged 5 to 12 years with asthma

**2009-2017**
$7,612,686
R834515
P01ES018181

Studied whether endotoxin exposure, modified by genetics and environment, is associated with inflamed airways and more severe asthma symptoms. Explored whether epigenetic mechanisms contribute to the etiology of allergic airway disease. Tested an intervention to reduce home endotoxin levels and improve asthma.

Asthma, immune function, lung function

Air pollution, endotoxin, ozone





# DUKE UNIVERSITY

*Center for Study of Neurodevelopment and Improving Children's Health Following Environmental Tobacco Smoke Exposure*
**PI:** Susan Murphy, Ph.D.
**Study Population:** Pregnant women and their children living in central North Carolina

**2013-2018**
$6,110,785
R835437
P01ES022831

Investigating mechanistic relationships between STS exposure and developmental neurocognitive impairments including ADHD.Exploring the impact of prenatal and postnatal exposures to environmental pollutants on neurodevelopmental impairments in both human and animal models.

ADHD, neurodevelopment

STS

*Southern Center on Environmentally-Driven Disparities in Birth Outcomes*
**PI:** Marie Lynn Miranda, Ph.D.
**Study Population:** Pregnant women in Durham, North Carolina

**2007-2014**
$7,735,620
R833293

Determined the mechanisms that explain how environmental, social, and host factors jointly influence rates of low birthweight, preterm birth, and fetal growth restriction in health disparate populations. Explored numerous gene- environment interactions in complementary human and animal models of birth outcomes.

Birth defects, fetal growth restriction, low birthweight, preterm birth, respiratory health

Air pollution, ozone, PM, non-chemical stressors

# EMORY UNIVERSITY

*Emory University's Center for Children's Environmental Health*
**PIs:** Linda McCauley, Ph.D., R.N., P. Barry Ryan, Ph.D.
**Study Population:** Pregnant African American women and their children living in metro Atlanta

**2015-2019**
$5,023,117
R836153
P50ES026071

Assess pregnant women's environmental exposures, the impact on the microbiome, and the subsequent effects of changes in the microbiome on infant and child neurodevelopment.

Microbiome, neurodevelopment, preterm birth, socioemotional development

EDCs, maternal stress, chemical exposures

# APPENDIX B

# SUMMARY OF GRANTS FUNDED UNDER THE NIEHS/EPA CHILDREN'S CENTERS PROGRAM, 1998-2017

## HARVARD UNIVERSITY

*Metal Mixtures and Children's Health*
**PI:** Howard Hu, M.D., Sc.D., Joseph Brain, S.D. (Co-PI)
**Study Population:** Children living in the Tar Creek Superfund site of Oklahoma

**2003-2010**
$7,184,280
R831725
P01ES012874

Examined biological markers of prenatal and early childhood exposures to metals. Explored the potential effect of stress from living near toxic waste and the modifying effect of stress on the neurotoxicity of metals. Used animal models to address fundamental mechanisms of metal pharmacokinetics.

Growth, neurodevelopment

Cadmium, iron, lead, manganese, stress

## THE JOHNS HOPKINS UNIVERSITY

*Center for the Study of Childhood Asthma in the Urban Environment (CCAUE)*
**PI:** Nadia Hansel, M.D.; Greg Diette, M.D., Patrick Breysse, Ph.D.; Peyton Eggleston, M.D. (reverse chronological order)
**Study Population:** African-American children with asthma, living in the inner city of Baltimore

**2015-2019**
$6,000,000
R836152
P01ES018176

Exploring how exposure to air pollution causes high rates of asthma in the inner city. Investigating whether obese children with asthma are more vulnerable to the effects of air pollution. Studying a variety of mechanisms, including increased inflammation and oxidative stress.

Asthma, obesity

Air pollution, nitrogen dioxide (NO2), PM

**2009-2014**
$8,180,400
R834510
P01ES018176

Investigated how diet influences the asthmatic response to indoor and outdoor air pollution. Studied the mechanisms that explain how a low anti-oxidant, pro-inflammatory diet impairs the capacity to respond to oxidative stress, thereby increasing susceptibility to exposures.

Asthma

Air pollution, diet

**2003-2010**
$7,125,443
R8232139
P01ES009606

Examined how exposures to air pollution and allergens may relate to airway inflammation and respiratory morbidity in children with asthma. Explored new ways to reduce asthma symptoms by reducing environmental exposures. Examined the mechanisms where PM may exacerbate an allergen-driven inflammatory response in the airways.

Asthma

Air pollution, PM

**1998-2003**
$7,773,787
R826724
P01ES009606

Examined the genetic mechanisms for susceptibility to an inflammatory response in airways generated as a result of exposure to ozone. Developed intervention strategies to reduce environmental pollutant and indoor allergen exposures.

Asthma

Air pollution, ozone





## MOUNT SINAI SCHOOL OF MEDICINE

*Inner City Toxicants, Child Growth, and Development*
**PI:** Mary Wolff, Ph.D.; Phillip Landrigan, M.D.
**Study Population:** Pregnant African American and Latino women and their children living in inner city New York

**2003-2010**
$7,919,631
R831711
P01ES009584

Studied children's pathways of exposure to EDCs. Explored relationships among prenatal and early childhood exposures to EDCs and neurobehavioral development in children 6 to 10 years old. Evaluated individual susceptibility factors such as, built environment, diet, physical activity, and genetic variability.

Neurodevelopment

EDCs, lead, non-chemical stressors, PCBs, pesticides

**1998-2003**
$8,007,874
R827039
P01ES009584

Identified linkages between environmental toxicants and neurodevelopmental dysfunction. Studied mechanisms that explain how environmental toxicants can impair development. Evaluated novel approaches to prevention.

Neurodevelopment

EDCs, lead, PCBs, pesticides

## NORTHEASTERN UNIVERSITY

*Center for Research on Early Childhood Exposure and Development in Puerto Rico*
**PI:** Akram Alshawabkeh, Ph.D.
**Study Population:** Young children born to mothers living near Superfund and hazardous waste sites in Puerto Rico during pregnancy

**2015-2019**
$4,999,537
R836155
P50ES026049

Focusing on the impact of a mixture of environmental exposures on prenatal and early childhood development in an underserved and highly-exposed population. Study the mechanisms that explain how environmental toxicant exposures during pregnancy affect childhood health and development.

Growth, neurodevelopment, preterm birth

Air pollution, consumer products, EDCs, maternal stress, parabens, water quality

# APPENDIX B

## SUMMARY OF GRANTS FUNDED UNDER THE NIEHS/EPA CHILDREN'S CENTERS PROGRAM, 1998-2017

## UNIVERSITY OF CALIFORNIA, BERKELEY

*Berkeley/Stanford Children's Environmental Health Center*
**PI:** S. Katharine Hammond, Ph.D. (current); John Balmes, M.D. (Co-PI); Gary Shaw, Dr.P.H. (Co-PI); Ira Tager, M.D.
**Study Population:** Pregnant women, infants, children, and adolescents living in the San Joaquin Valley and Fresno, California

**2013-2018**
$7,175,201
R835435
P01ES022849

Understanding the relationship between air pollution and health outcomes throughout childhood. Examining the modifying role of both genetic and neighborhood factors. Studying the underlying immune mechanisms that could be related to environmental exposures and health outcomes. Improving risk assessment in a region characterized by both high air pollution and health disparities.

Asthma, atopy, birth defects, diabetes, immune function, obesity, preterm birth

Air pollution, non-chemical stressors, PAHs

**2010-2014**
$1,986,370
R834596
P20ES018173

Investigated the effects of prenatal and childhood exposures to air pollution on birth outcomes, immune function, and asthma. Studied the underlying immune mechanisms that could be related to environmental exposures and health outcomes.

Asthma, birth defects, immune function, low birth weight, preterm birth

Air pollution, endotoxin, non-chemical stressors, PAHs

*Center for Environmental Research and Children's Health (CERCH)*
**PI:** Brenda Eskenazi, Ph.D.
**Study Population:** Pregnant women and their children in a primarily low-income, farmworker community in the Salinas Valley, California

**2009-2017**
$6,179,461
R834513
P01ES009605

Studying exposures and health outcomes in children, focusing on boys age 9-13 year. Focusing on exposure to a mix of chemicals including pesticides, PBDE flame retardants, and manganese fungicides. Assessing the relationship of prenatal and early childhood exposures with neurodevelopment and the timing of pubertal onset. Studying on molecular mechanisms with a focus on epigenetic effects.

Neurodevelopment, reproductive development

Manganese, PBDEs, perfluorooctanoic acid (PFOA), perfluorooctane-sulfonic acid (PFOS), pesticides

**2003-2010**
$8,431,143
R831710
P01ES009605

Assessed exposures and health outcomes in children age 5-7 years. Conducted specialized pesticide exposure studies to improve understanding of pesticide metabolism. Conducted laboratory studies to investigate responses to mixed exposures to pesticides and allergens.

Asthma, growth, neurodevelopment

PBDEs, PCBs, pesticides

**1998-2003**
$8,695,541
R826709
P01ES009605

Explored whether chronic, low-level exposures to organophosphate pesticides are potentially hazardous to children's health. Initiated and evaluated the impact of an intervention to reduce pesticide exposure to children.

Asthma, neurodevelopment

Pesticides



Pls. Ex. 11

**APPENDIX B**

## UNIVERSITY OF CALIFORNIA, BERKELEY

*Center for Integrative Research on Childhood Leukemia and the Environment (CIRCLE)*
**PI:** Catherine Metayer, M.D., Ph.D.(current); Patricia Buffler, Ph.D.
**Study Population:** Children with leukemia living in California and worldwide

**2015-2019**
$5,999,999
R836159
P50ES018172

Identifying causes of childhood leukemia in an ethnically diverse population and understand how environmental factors increase risk. Studying specific chemical exposures during pregnancy and the effects on immune system development and risk of childhood leukemia. Investigating the epigenetic mechanisms associated with exposures and leukemia risk.

Leukemia, immune function

PBDEs, PCBs, pesticides, STS

**2009-2014**
$6,667,762
R834511
P01ES018172

Investigated the effects of prenatal and childhood exposures to chemicals. Investigated the genetic and epigenetic mechanisms associated with exposures and leukemia risk.

Leukemia, immune function

PBDEs, PCBs, pesticides, STS



## UNIVERSITY OF CALIFORNIA, DAVIS

*Center for Children's Environmental Factors in the Etiology of Autism*
**PI:** Judy Van de Water, Ph.D. (current); Isaac Pessah, Ph.D. and Irva Hertz-Picciotto, Ph.D. (Co-PI)
**Study Population:** Children living in California with autism or developmental delay

**2013-2018**
$6,061,423
R835432
P01ES011269

Studying the epigenetic mechanisms of toxicant exposure on immune function. Develop and apply new biomarkers of autism risk. Characterizing the potential health effects of environmental exposures and various life stages. Predicting long-term clinical and behavioral consequences.

Autism spectrum disorder (ASD), immune function

PBDEs, PFOA, PFOS, pesticides

**2006-2013**
$8,154,371
R833292
P01ES011269

Identified environmental, immunologic, and genetic risk factors contributing to the incidence and severity of ASD. Studied the mechanisms that explain how environmental, immunologic, and molecular factors interact to influence the risk and severity of autism.

ASD, immune function

Mercury, PBDEs, PCBs

**2001-2006**
$7,395,766
R829388
P01ES011269

Investigated environmental risk factors contributing to the incidence and severity of autism. Conducted the first case-controlled epidemiological study of environmental factors in the etiology of autism. Examined molecular mechanisms underlying neurodevelopmental disorders associated with autism.

ASD, immune function

Mercury, PBDEs, PCBs

# APPENDIX B

# SUMMARY OF GRANTS FUNDED UNDER THE NIEHS/EPA CHILDREN'S CENTERS PROGRAM, 1998-2017

## UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

*Pregnancy Exposures to Environmental Chemicals Children's Center*
**PI:** Tracey Woodruff, Ph.D.
**Study Population:** Pregnant women in northern California

### 2013-2018
$5,309,618
R835433
P01ES022841

Examining the epigenetic mechanisms that explain how environmental exposures during pregnancy affect early stages of prenatal development. Studying how environmental chemicals may damage the placenta and disrupt prenatal development. Explore whether effects are exacerbated by maternal stress.

Birth outcomes, early development, growth, placental development

BPA, EDCs, non-chemical stressors, PBDEs, perflourinated chemicals (PFCs), PFOA, PFOS

### 2010-2013
$1,986,370
R834596
P20ES018173

Explored the epigenetic mechanisms that explain how environmental exposures during pregnancy affect early stages of prenatal development. Translated scientific findings to healthcare providers in order to improve clinical care and prevent prenatal exposures to harmful chemical exposures.

Birth outcomes, early development, growth, placental development

BPA, EDCs, non-chemical stressors

## UNIVERSITY OF ILLINOIS

*Novel Methods to Assess Effects of Chemicals on Child Development*
**PI:** Susan Schantz, Ph.D.
Study populations: (1) Pregnant women and their infants living in Urbana-Champaign, Illinois; (2) Adolescents living in New Bedford, Massachusetts

### 2013-2018
$6,213,565
R835434
P01ES022848

Investigating how EDCs interact with diets high in saturated fat to impact neurological and reproductive function. Studying the mediating role of oxidative stress and inflammation. Using laboratory rodent studies to examine the mechanisms that explain how BPA causes trans-generational effects on female fertility.

Neurodevelopment, oxidative stress, reproductive development

BPA, EDCs, high-fat diet, phthalates

### 2010-2014
$2,009,214
R834593
P20ES018163

Assessed prenatal and adolescent exposures to BPA and phthalates. Studied the relationship between environmental exposures, physical development, cognition, and behavior in infants and adolescents. Understand the mechanisms where prenatal BPA exposure affects gonadal development and reproduction in adulthood in mice.

Growth, neurodevelopment, reproductive development

BPA, EDCs, phthalates

*FRIENDS (Fox River Environment and Diet Study) Children's Environmental Health Center*
**PI:** Susan Schantz, Ph.D.
**Study Population:** Hmong and Laotian refugees who consume PCB and mercury-contaminated fish from the Fox River in northeastern Wisconsin

### 2001-2006
$9,057,170
R829390
P01ES011263

Studied the impact of exposure to PCBs and methylmercury on cognitive, sensory, and motor development. Developed effective educational strategies to reduce exposure to neurotoxic contaminants. Included laboratory rodent studies to better understand the mechanisms that explain how environmental contaminants may induce neurological deficits in children.

Neurodevelopment, reproductive development

Mercury, PCBs

Pls' Ex. 11

**APPENDIX B**

# UNIVERSITY OF IOWA

*Children's Environmental Airway Disease Center*
**PI:** Gary Hunninghake, M.D.
**Study Population:** Children 6 to 14 years old living in rural communities in Iowa

**1998-2003**
$7,175,201
R835435
P01ES022849

Studied mechanisms that initiate, promote, and resolve grain dust-induced inflammation. Estimated asthma prevalence and morbidity and determine differences between farm and nonfarm children. Discovered that endotoxin increases the replication of viruses in airway epithelia.

Asthma, respiratory disease

Endotoxin, grain dust

# UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY

*Center for Childhood Neurotoxicology and Assessment*
**PI:** George Lambert, M.D.
**Study Population:** Children living in New Jersey with ASD or learning disabilities

**2001-2006**
$6,179,461
R829391
P01ES009605

Examined the effects of environmental chemicals on neurological health and development. Studied brain development in laboratory animal models. Explored linkages and the underlying mechanisms between environmental neurotoxicants and ASD.

ASD, neurodevelopment

Heavy metals, manganese



Pls' Ex. 11

# APPENDIX B

# SUMMARY OF GRANTS FUNDED UNDER
# THE NIEHS/EPA CHILDREN'S CENTERS PROGRAM, 1998-2017

## UNIVERSITY OF MICHIGAN

*Lifecourse Exposures and Diet: Epigenetics, Maturation and Metabolic Syndrome*
**PI:** Karen Peterson, D.Sc., Vasantha Padmanabhan, Ph.D.
Study Populations: Pregnant and postpartum mothers and their children living in (1) Mexico City and (2) in Michigan

**2013-2018**
$5,618,006
R835436
P01ES022844

Researching how obesity, sexual maturation, and risk of metabolic syndrome are affected by the interaction of EDCs with diet during prenatal development and puberty.

Birth outcomes, physical growth, obesity, metabolic syndrome risk, sexual maturation

BPA, cadmium, diet, EDCs, lead, phthalates

**2010-2013**
$1,919,311
R834800
P20ES018171

Examined how prenatal and childhood exposures to lead and EDCs affect the epigenome, the instruction book that programs the activity of genes, with a focus on key genes regulating growth and maturation; Examined the associations between prenatal and childhood exposures to BPA and phthalates, and health outcomes during adolescence.

Physical growth, obesity, and sexual maturation

BPA, EDCs, lead, phthalates

*Michigan Center for the Environment and Children's Health*
**PI:** Barbara Israel, Dr.P.H.
**Study Population:** Asthmatic children living in inner city Detroit

**1999-2003**
$7,433,496
R826710
P01ES009589

Studied environmental hazards in houses and neighborhoods with the goal of improving asthma-related health. Examined the effects of daily and seasonal fluctuations in indoor and outdoor ambient air quality on lung function and severity of asthma symptoms.

Asthma, lung function

Air pollution

## UNIVERSITY OF SOUTHERN CALIFORNIA

*Southern California Children's Environmental Health Center*
**PI:** Robert McConnell, M.D., Frank Gilliland, M.D., Ph.D., Henry Gong, M.D.
**Study Population:** School-age children living in Los Angeles, California

**2013-2018**
$6,418,683
R835441
P01ES022845

Investigating the longitudinal effects of prenatal, early and later childhood TRAP exposure on BMI, obesity, and metabolic dysfunction. Examining the effects of air pollution on adipose inflammation and metabolic outcomes.

Fat distribution, insulin sensitivity, obesity

Air pollution, NO2, PM, traffic-related air pollution (TRAP)

**2003-2010**
$7,696,613
R831861
P01ES009581

Examined the effects of regional ambient air pollutants and locally emitted fresh vehicle exhaust on asthma and airway inflammation. Assessed genetic variation as a determinant of childhood respiratory susceptibly.

Asthma, inflammation

Air pollution, NO2, PM, TRAP

**1998-2003**
$7,290,042
R826388
P01ES009581

Explored how host susceptibly and environmental exposures contribute to children's respiratory disease. Studied the biological mechanisms that explain how STS alters normal allergic responses in children.

Asthma, respiratory disease

Air pollution, STS

Pls' Ex. 11

**APPENDIX B**

## UNIVERSITY OF WASHINGTON

*Center for Child Environmental Health Risks Research*
**PI:** Elaine Faustman, Ph.D.
**Study Population:** Children in agricultural communities in the Yakima Valley region of Washington state

**2009-2016**
$7,273,531
R834514
P01ES009601

Studied biochemical, molecular and exposure mechanisms that define children's susceptibility to pesticides. Evaluated age, seasonal, temporal, and gene-environment factors that define within- and between-person variability for organophosphate pesticide exposures and response.

Neurodevelopment

Pesticides

**2003-2010**
$7,651,736
R831725
P01ES009601

Studied the biochemical, molecular, and exposure mechanisms that define children's susceptibility to pesticides and the implications for assessing pesticide risks to normal development and learning.

Neurodevelopment

Pesticides

**1998-2004**
$7,102,390
R826886
P01ES009601

Studied biochemical, molecular and exposure mechanisms that define children's susceptibility to pesticides. Developed an intervention to break the take-home pathway of exposure. Incorporated findings into risk assessment models designed to protect children's health.

Neurodevelopment

Pesticides



October 2017
www.epa.gov



U.S. Environmental Protection Agency • Office of Research and Development • National Center for Environmental Research
U.S. Department of Health and Human Services • National Institutes of Health • National Institutes of Environmental Health Sciences

Pls' Ex. 11