US EPA ARCHIVE DOCUMENT

Plaintiffs' Exhibit

**031**

Food & Water v. EPA
3:17-cv-02162-EMC

Pls' Ex. 31



United States
Environmental Protection
Agency

Prevention, Pesticides
and Toxic Substances
 (7510P)

EPA 739-R-07-010
December 2007

# Reregistration Eligibility Decision for Sodium Fluoride

US EPA ARCHIVE DOCUMENT

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C.  20460

OFFICE OF
PREVENTION, PESTICIDES
AND TOXIC SUBSTANCES

<u>**CERTIFIED MAIL**</u>

Dear Registrant:

This is to inform you that the Environmental Protection Agency (hereafter referred to as EPA or the Agency) has completed its review of the available data and public comments received related to the draft risk assessments for the antimicrobial sodium fluoride.  The enclosed Reregistration Eligibility Decision (RED) document was approved on December 20, 2007. Public comments and additional data received were considered in this decision.

Based on its review, EPA is now publishing its Reregistration Eligibility Decision (RED) and risk management decision for sodium fluoride and the associated human health and environmental risks.  A Notice of Availability will be published in the *Federal Register* announcing the publication of the RED.

The RED and supporting risk assessments for sodium fluoride are available to the public in EPA's Pesticide Docket EPA-HQ-2007-0833 at: <u>http://www.regulations.gov</u>.

The sodium fluoride RED was developed through EPA's public participation process, published in the Federal Register on October 10, 2007, which provides opportunities for public involvement in the Agency's pesticide tolerance reassessment and reregistration programs. Developed in partnership with USDA and with input from EPA's advisory committees and others, the public participation process encourages robust public involvement starting early and continuing throughout the pesticide risk assessment and risk mitigation decision-making process. The public participation process encompasses full, modified, and streamlined versions that enable the Agency to tailor the level of review to the level of refinement of the risk assessments, as well as to the amount of use, risk, public concern, and complexity associated with each pesticide.  Using the public participation process, EPA is attaining its strong commitment to both involve the public and meet statutory deadlines.

Please note that the sodium fluoride risk assessment and the attached RED document concern only this particular pesticide.  This RED presents the Agency's conclusions on the dietary, residential, occupational and ecological risks posed by exposure to sodium fluoride alone.  This document also contains both generic and product-specific data that the Agency intends to require in Data Call-Ins (DCIs).  Note that DCIs, with all pertinent instructions, will be sent to registrants at a later date.  Additionally, for product-specific DCIs, the first set of required responses will be due 90 days from the receipt of the DCI letter.  The second set of required responses will be due eight months from the receipt of the DCI letter.

As part of the RED, the Agency has determined that sodium fluoride will be eligible for reregistration provided that all the conditions identified in this document are satisfied, including implementation of the risk mitigation measures outlined in Section IV of the document. Sections IV and V of this RED document describe labeling amendments for end-use products and data requirements necessary to implement these mitigation measures. Instructions for registrants on submitting the revised labeling can be found in the set of instructions for product-specific data that accompanies this document.

Should a registrant fail to implement any of the risk mitigation measures outlined in this document, the Agency will continue to have concerns about the risks posed by sodium fluoride. Where the Agency has identified any unreasonable adverse effect to human health and the environment, the Agency may at any time initiate appropriate regulatory action to address this concern. At that time, any affected person(s) may challenge the Agency's action.

If you have questions on this document or the label changes necessary for reregistration, please contact the Chemical Review Manager, SanYvette Williams-Foy, (703) 305-7702. For questions about product reregistration and/or the Product DCI that will follow this document, please contact Adam Heyward at (703) 308-6422 or heyward.adam@epa.gov.

Sincerely,

Frank Sanders, Director
Antimicrobials Division (7510C)

**REREGISTRATION ELIGIBILITY
DECISION
for
Sodium fluoride**
List C
Case 3132

Approved by:

_Betty Shackleford for_

Frank T. Sanders
Director, Antimicrobials Division

12/20/07

Date

Pls' Ex. 31

US EPA ARCHIVE DOCUMENT

## Table of Contents

Sodium Fluoride Reregistration Team………………………………................... i

Glossary of Terms and Abbreviations……………………………………….. ii

Abstract…………………………………………………………………….... iv

I. Introduction………………………………………………………………… 1

II. Chemical Overview………………………………………………………… 3
    A. Regulatory History…………………………………………….. 3
    B. Chemical Identification  ………………………………………… 3
    C. Use Profile……………………………………………………... 4

III. Summary of Sodium Fluoride Risk Assessments…………………………… 5
    A. Human Health Risk Assessment…………………………………….. 5
        1. Toxicity of Sodium Fluoride…………………………………. 5
        2. FQPA Safety Factor……………………………………….. 8
        3. Dietary Exposure Assumptions & Dietary Risk Assessment….. 9
            a. Dietary Risk from Drinking Water……………………… 9
        4. Residential Risk Assessment…..………………………………. 9
        5. Aggregate Risk Assessment…………………………………… 9
        6. Occupational Risk……………………………………………… 9
            a. Occupational Toxicity………………………………….. 10
            b. Occupational Handler Exposure………………………… 11
                i. Sodium Fluoride Application Methods………….. 13
                ii. Application Rates and Amounts Handled……… 14
            c. Occupational Handler Risk Summary ..................... 15
            d. Occupational Post-application Risk Summary…………. 18
        7. Human Incident Data.………………………………………… 18
    B. Environmental Risk Assessment……………………………………. 18
        1. Environmental Fate and Transport……………………………. 19
        2. Ecological Risk………………………………………………… 19
            a. Environmental Toxicity…………………………………. 19
            b. Ecological Exposure and Risk…………………………… 21
            c. Risks to Listed Species……...………………………… 22

IV. Risk Management, Reregistration, and Tolerance Reassessment Decision… 23
    A. Determination of Reregistration Eligibility……………………… 23
    B. Public Comments and Responses…………………………………… 23
    C. Regulatory Position………………………………………………… 23
        1. Food Quality Protection Act Findings………………………… 24
            a. "Risk Cup" Determination……………………………… 24
            b. Determination of Safety to U.S. Population……………. 24
            c. Determination of Safety to Infants and Children……… 24
            d. Endocrine Disruptor Effects……………………………. 25

      e. Cumulative Risks……………………………………….....    25
D. Regulatory Rationale………………………………………………….    25
    1. Human Health Risk Management………………………………    26
      a. Dietary (Food) Risk Mitigation…………………………..    26
      b. Drinking Water Risk Mitigation…..…………………….....    26
      c. Residential Risk Mitigation……………………………….    26
      d. Occupational Risk Mitigation……………………………..    26
        i. Handler Risk Mitigation…………………………..    26
        ii. Post-Application Risk Mitigation………………...    27
    2. Environmental Risk Management………………………………    27
    3. Other Labeling Requirements………………………………….    27
    4. Listed Species Considerations…………………..…………….    28
      a. The Endangered Species Act……..…………………….....    28
      b. General Risk Mitigation…………………………………..    28

V. What Registrants Need to Do…………………………………………..    30
    A. Manufacturing Use-Products…………………………………….    32
      1. Additional Generic Data Requirements………………………..    32
      2. Labeling for Technical and Manufacturing-Use Products……...    32
    B. End-Use Products………………………………………………...    32
      1. Additional Product Specific Data Requirements…………........    32

      2. Labeling for End-Use Products…………………………….…    32
        a. Label Changes Summary Table…………………………..    34

VI. Appendices…………………………………………………………..    35

    A. Table of Use Patterns for Sodium fluoride…………………………    36
    B. Table of Generic Data Requirements and Studies Use to Make the
      Reregistration Decision………………………………………….    40
    C. Technical Support Documents…………………………………….    44
    D. Bibliography Citations……………………………………………    46
    E. Generic Data Call-In……………………………………………...    55
    F. Product Specific Data Call-In…………………………………….    56
    G. Batching of End-Use Products……………………………………    57
    H. List of All Registrants Sent the Data Call-In……………………….    58
    I. List of Available Forms………………………………………….....    59

US EPA ARCHIVE DOCUMENT

**Sodium Fluoride Reregistration Team**

<u>Science Team</u>
Jonathan Chen, Ph.D., Senior Toxicologist
Timothy Leighton, Environmental Scientist
Timothy F. McMahon, Ph.D., Senior Toxicologist
Richard C. Petrie, Agronomist
A. Najm Shamim, PhD., Chemist

<u>Risk Management</u>
SanYvette Williams-Foy
Diane Isbell

<u>Registration Support</u>
Adam Heyward

US EPA ARCHIVE DOCUMENT

Pls' Ex. 31

**Glossary of Terms and Abbreviations**

| | |
|---|---|
| a.i. | Active Ingredient |
| aPAD | Acute Population Adjusted Dose |
| APHIS | Animal and Plant Health Inspection Service |
| ARTF | Agricultural Re-entry Task Force |
| BCF | Bioconcentration Factor |
| CDC | Centers for Disease Control |
| CDPR | California Department of Pesticide Regulation |
| CFR | Code of Federal Regulations |
| ChEI | Cholinesterase Inhibition |
| CMBS | Carbamate Market Basket Survey |
| cPAD | Chronic Population Adjusted Dose |
| CSFII | USDA Continuing Surveys for Food Intake by Individuals |
| CWS | Community Water System |
| DCI | Data Call-In |
| DEEM | Dietary Exposure Evaluation Model |
| DL | Double layer clothing {i.e., coveralls over SL} |
| DWLOC | Drinking Water Level of Comparison |
| EC | Emulsifiable Concentrate Formulation |
| EDSP | Endocrine Disruptor Screening Program |
| EDSTAC | Endocrine Disruptor Screening and Testing Advisory Committee |
| EEC | Estimated Environmental Concentration.  The estimated pesticide concentration in an environment, such as a terrestrial ecosystem. |
| EP | End-Use Product |
| EPA | U.S. Environmental Protection Agency |
| EXAMS | Tier II Surface Water Computer Model |
| FDA | Food and Drug Administration |
| FFDCA | Federal Food, Drug, and Cosmetic Act |
| FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| FOB | Functional Observation Battery |
| FQPA | Food Quality Protection Act |
| FR | Federal Register |
| GL | With gloves |
| GPS | Global Positioning System |
| HIARC | Hazard Identification Assessment Review Committee |
| IDFS | Incident Data System |
| IGR | Insect Growth Regulator |
| IPM | Integrated Pest Management |
| RED | Reregistration Eligibility Decision |
| LADD | Lifetime Average Daily Dose |
| $LC_{50}$ | Median Lethal Concentration.  Statistically derived concentration of a substance expected to cause death in 50% of test animals, usually expressed as the weight of substance per weight or volume of water, air or feed, e.g., mg/l, mg/kg or ppm. |
| LCO | Lawn Care Operator |
| $LD_{50}$ | Median Lethal Dose.  Statistically derived single dose causing death in 50% of the test animals when administered by the route indicated (oral, dermal, inhalation), expressed as a weight of substance per unit weight of animal, e.g., mg/kg. |
| LOAEC | Lowest Observed Adverse Effect Concentration |
| LOAEL | Lowest Observed Adverse Effect Level |
| LOC | Level of Concern |
| LOEC | Lowest Observed Effect Concentration |
| mg/kg/day | Milligram Per Kilogram Per Day |
| MOE | Margin of Exposure |
| MP | Manufacturing-Use Product |
| MRID | Master Record Identification (number).  EPA's system of recording and tracking studies submitted. |

| | |
|---|---|
| MRL | Maximum Residue Level |
| N/A | Not Applicable |
| NASS | National Agricultural Statistical Service |
| NAWQA | USGS National Water Quality Assessment |
| NG | No Gloves |
| NMFS | National Marine Fisheries Service |
| NOAEC | No Observed Adverse Effect Concentration |
| NOAEL | No Observed Adverse Effect Level |
| NPIC | National Pesticide Information Center |
| NTP | National Toxicology Program |
| NR | No respirator |
| OP | Organophosphorus |
| OPP | EPA Office of Pesticide Programs |
| ORETF | Outdoor Residential Exposure Task Force |
| PAD | Population Adjusted Dose |
| PCA | Percent Crop Area |
| PDCI | Product Specific Data Call-In |
| PDP | USDA Pesticide Data Program |
| PF10 | Protections factor 10 respirator |
| PF5 | Protection factor 5 respirator |
| PHED | Pesticide Handler's Exposure Data |
| PHI | Preharvest Interval |
| ppb | Parts Per Billion |
| PPE | Personal Protective Equipment |
| PRZM | Pesticide Root Zone Model |
| RBC | Red Blood Cell |
| RAC | Raw Agricultural Commodity |
| RED | Reregistration Eligibility Decision |
| REI | Restricted Entry Interval |
| RfD | Reference Dose |
| RPA | Reasonable and Prudent Alternatives |
| RPM | Reasonable and Prudent Measures |
| RQ | Risk Quotient |
| RTU | (Ready-to-use) |
| RUP | Restricted Use Pesticide |
| SCI-GROW | Tier I Ground Water Computer Model |
| SF | Safety Factor |
| SL | Single layer clothing |
| SLN | Special Local Need (Registrations Under Section 24(c) of FIFRA) |
| STORET | Storage and Retrieval |
| TEP | Typical End-Use Product |
| TGAI | Technical Grade Active Ingredient |
| TRAC | Tolerance Reassessment Advisory Committee |
| TTRS | Transferable Turf Residues |
| UF | Uncertainty Factor |
| USDA | United States Department of Agriculture |
| USFWS | United States Fish and Wildlife Service |
| USGS | United States Geological Survey |
| WPS | Worker Protection Standard |

Pls' Ex. 31

**ABSTRACT**

The Environmental Protection Agency (EPA or the Agency) has completed the human health and environmental risk assessments for sodium fluoride and is issuing its risk management decision.  The risk assessments, which are summarized below, are based on the review of the required target database supporting the use patterns of currently registered products and additional information received through the public docket.  After considering the risks identified in the revised risk assessments, comments received, and mitigation suggestions from interested parties, the Agency developed its risk management decision for uses of sodium fluoride that pose risks of concern.  As a result of this review, EPA has determined that sodium fluoride containing products are eligible for reregistration, provided that risk mitigation measures are adopted and labels are amended accordingly.  That decision is discussed fully in this document.

## I.        Introduction

The Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) was amended in 1988 to accelerate the reregistration of products with active ingredients registered prior to November 1, 1984 and amended again by the Pesticide Registration Improvement Act of 2003 to set time frames for the issuance of Reregistration Eligibility Decisions.  The amended Act calls for the development and submission of data to support the reregistration of an active ingredient, as well as a review of all submitted data by the U.S. Environmental Protection Agency (EPA or the Agency).  Reregistration involves a thorough review of the scientific database underlying a pesticide's registration.  The purpose of the Agency's review is to reassess the potential hazards arising from the currently registered uses of the pesticide; to determine the need for additional data on health and environmental effects; and to determine whether or not the pesticide meets the "no unreasonable adverse effects" criteria of FIFRA.

On August 3, 1996, the Food Quality Protection Act of 1996 (FQPA) was signed into law.  This Act amends FIFRA to require reregistration assessments of chemicals registered prior to 1984.  The Agency has decided that, for those chemicals that have tolerances and are undergoing reregistration, the tolerance reassessment will be initiated through this reregistration process.  The Act also requires that by 2006, EPA must review all tolerances in effect on the day before the date of the enactment of the FQPA.  FQPA also amends the Federal Food, Drug, and Cosmetic Act (FFDCA) to require a safety finding in tolerance reassessment based on factors including consideration of cumulative effects of chemicals with a common mechanism of toxicity.  This document presents the Agency's revised human health and ecological risk assessments; and the Reregistration Eligibility Decision (RED) for sodium fluoride.

Sodium fluoride is used for commercial use only as a wood preservative for utility poles and railroad ties.  Sodium fluoride products are used as supplemental wood treatments and are not intended for primary wood preservative or pressure treated wood preservation.

The Agency has concluded that no special hazard-based safety factor under the Food Quality Protection Act (FQPA) of 1996 is needed for sodium fluoride based on its current registered use patterns.

Risks summarized in this document are those that result only from the use of the active ingredients sodium fluoride.  The FFDCA requires that the Agency consider available information concerning the cumulative effects of a particular pesticide's residues and other substances that have a common mechanism of toxicity.  The reason for consideration of other substances is due to the possibility that low-level exposures to multiple chemical substances that cause a common toxic effect by a common toxic mechanism could lead to the same adverse health effect that would occur at a higher level of exposure to any of the substances individually. Unlike the pesticides for which EPA has followed a cumulative risk approach based on a common mechanism of toxicity, EPA has not yet initiated a review to determine if there were any other chemicals that have a mechanism of toxicity common with that of sodium fluoride.  Risks summarized in this document are those that result only from the use of sodium fluoride.  Therefore, the Agency did not perform a cumulative risk assessment as part of this RED for sodium

fluoride.  For purposes of this RED, the Agency has assumed that sodium fluoride does not have a common mechanism of toxicity with other substances.  If the Agency identifies other substances that share a common mechanism of toxicity with sodium fluoride, the Agency will perform aggregate exposure assessments on each chemical, and will begin to conduct a cumulative risk assessment.  Upon the Agency's request and according to a schedule determined by the Agency, the Registrant must submit such information as needed in order to evaluate issues related to whether sodium fluoride shares a common mechanism of toxicity with any other substance. For information regarding EPA's efforts to determine which chemicals have a common mechanism of toxicity and to evaluate the cumulative effects of such chemicals, see the policy statements released by EPA's Office of Pesticide Programs concerning common mechanism determinations and procedures for cumulating effects from substances found to have a common mechanism on EPA's website at http://www.epa.gov/pesticides/cumulative .

This document presents the Agency's decision regarding the reregistration eligibility of the registered uses of sodium fluoride.  In an effort to simplify the RED, the information presented herein is summarized from more detailed information, which can be found in the technical supporting documents for sodium fluoride referenced in this RED.  The revised risk assessments and related addenda are not included in this document, but are available in the Public Docket at www.regulations.gov (Docket # EPA-HQ-2007-0833).

This document consists of six sections.  Section I is the introduction.  Section II provides a chemical overview, a profile of the use and usage of sodium fluoride and its regulatory history.  Section III, Summary of sodium fluoride Risk Assessment, gives an overview of the human health and environmental assessments, based on the data available to the Agency.  Section IV, Risk Management, Reregistration, and Tolerance Reassessment Decision, presents the reregistration eligibility and risk management decisions.  Section V, What Registrants Need to Do, summarizes the necessary label changes based on the risk mitigation measures outlined in Section IV.  Finally, the Appendices list all use patterns eligible for reregistration, bibliographic information, related documents and how to access them, and Data Call-In (DCI) information.

## II.    Chemical Overview

### A.    Regulatory History

Sodium fluoride products were initially registered in 1964.  Sodium fluoride was originally sold to the U.S. telecommunications company in the 1930s as a wood preservative for utility poles lumber, timbers, posts, poles, ties, pilings, and all exterior wood exposed to moisture or weather.  There are six registered products. There are no inert uses or tolerances for this chemical.

### B.    Chemical Identification



**Figure 1.  Molecular Structure of Sodium Fluoride**

**Common Name:**           Chemifluoro, Dentafluoro, Villiaumite

**Chemical Name:**          Sodium fluoride

**Other Name(s):**          Floridine, Florocid

**CAS Registry Number:**    7681-49-4

**OPP Chemical Code:**      075202

**Case Number:**            3132

**Empirical Formula:**      NaF

**Molecular Weight:**       42.00

**Basic Manufacturer:**     Osmose Inc.

**Chemical Properties:**    Sodium fluoride (TGAI) is a yellow powder with a weak musty odor and melting point of $993^{\circ}$ C.  The boiling point for sodium fluoride is $1704^{\circ}$ C. Sodium fluoride (TGAI) has an estimated log $K_{ow}$ of -0.77 [1] and a vapor pressure of $5.43 \times 10^{-26}$ mm Hg $(25^{\circ}$ C$)$[1*]. Sodium fluoride (TGAI) is soluble in water at .4.10 g/100 ml; at 15°C and 4.3 g/100 ml at $25^{\circ}$ C. Sodium fluoride (TGAI) is readily soluble in many organic solvents and has a density of 2.55 g/cm$^3$.

US EPA ARCHIVE DOCUMENT

US EPA ARCHIVE DOCUMENT

The pH for sodium fluoride is slightly alkaline and stable under normal storage conditions. The Henry Law Constant (air/water partition constant) is $5.04 \times 10^{-33}$ atm m$^3$/mole[1]

### C.    Use Profile

The following is information on the currently registered uses of sodium fluoride, including an overview of use sites and application methods.  A detailed table of the uses of sodium fluoride eligible for reregistration is available in Appendix A.

**Type of Pesticide:**    Fungicide

**Target Pests:**    Fungi

**Formulation Types:**  Powder (Technical Grade Active Ingredients (TGAI)); Soluble Concentrate (Manufacturing Use Products (MP)); Soluble Concentrate, Ready-to-use Solution, Pelleted/tablet (End Use Products (EP))

**Use Sites:**    <u>Wood Preservative</u>- (Exterior use only) Lumber, Timber, Posts, Poles, Ties, Pilings, and Other Wood Products.

**Methods and Rates of Application:**

**<u>Wood Preservative</u>:**  For control of internal decay, fill decay pockets and voids using a grease gun or other pressurized applicator.  Plug application holes with secure-fitting dowels

Using air or mechanical pressure pump, apply solution to interior cavity of wood structure through prepared opening.

Typical pole application is from 3 inches above to 18 inches below the ground line and lower where deeper decay is suspected. Application on poles to be restored should extend the length of wrap around type repair systems. Wrap the treatment area with water proof bandage.

### III.    Summary of Sodium fluoride Fluoride (NaF) Risk Assessments

The purpose of this summary is to assist the reader by identifying the key features and findings of these risk assessments and to help the reader better understand the conclusions reached in the assessments.  The human health and ecological risk assessment documents and supporting information listed in Appendix C were used to formulate the safety finding and regulatory decision for Sodium Fluoride (NaF).  While the risk assessments and related addenda are not included in this document, they are available from the OPP Public Docket EPA-HQ-OPP-2007-0833, and may also be accessed from www.regulations.gov.  Hard copies of these documents may be found in the OPP public docket.  The OPP public docket is located in Room S-4900, One Potomac Yard, 2777 South Crystal Drive, Arlington, VA 22202, and is open Monday through Friday, excluding Federal holidays, from 8:30 a.m. to 4:00 p.m.

The Agency's use of human studies in the NaF risk assessment is in accordance with the Agency's Final Rule promulgated on January 26, 2006, related to Protections for Subjects in Human Research, which is codified in 40 CFR Part 26.

### A.    Human Health Risk Assessment

### 1.    Toxicity of Sodium Fluoride

A brief overview of the toxicity studies used for determining endpoints in the risk assessment is outlined below in Table 1.  Further details on the toxicity of NaF can be found in the document titled "Toxicology Chapter for Sodium Fluoride RED," dated July 23, 2007.  These documents are available on the Agency's website in the EPA Docket at: http://www.regulations.gov (Docket ID #EPA-HQ-OPP-2007-0833).

The Agency has reviewed all toxicity studies submitted for sodium fluoride and has determined that the toxicological database is sufficient for reregistration.  The studies have been submitted to support guideline requirements.  The acute toxicity data for sodium fluoride is summarized below in Table 1.

Pls' Ex. 31

**Table 1.  Acute Toxicity Data for Sodium Fluoride**

| Guideline Number | Study Type/Test substance (% a.i.) | MRID Number / Citation | Results | Toxicity Category |
|---|---|---|---|---|
| 870.1100 (§81-1) | Acute Oral – Rat Purity 95.6% - Sodium Fluoride | 43778501 | $LD_{50}$ (combined) = 105 (93-119 CL)<br><br>Male $LD_{50}$ = 120 mg/kg<br>Female $LD_{50}$ = 89 mg/kg | II |
| 870.1200 (§81-2) | Acute Dermal – Rat Purity 95.6% - Sodium Fluoride | 43778502 | $LD_{50}$ > 2000 mg/kg | III |
| 870.1300 (§81-3) | Acute Inhalation - Rat Purity 95.6% - Sodium Fluoride | 43778503 | $LC_{50}$ = 1.00 mg/L | III |
| 870.2400 (§81-4) | Primary Eye Irritation - Rabbit Purity 95.6% - Sodium Fluoride | 43778504 | Severely irritating to unwashed eyes | II |
| 870.2500 (§81-5) | Primary Dermal Irritation- Rabbit purity 95.6% – Sodium Fluoride | 43778505 | Slightly Irritating | IV |
| 870.2600 (§81-6) | Dermal Sensitization - Guinea pig purity 95.6 % - Sodium Fluoride | 43778506 | Buehler: Not a skin sensitizer | No |
| 870.2600 (§81-6) | Dermal Sensitization - Guinea pig purity not reported | 40866801 | Not a dermal sensitizer | No |

Notes: LC = Lethal Concentration; LD = Lethal Dose; NA = Not Applicable

## General Toxicity Observations

### *Acute Toxicity*

For the technical grade active ingredient, sodium fluoride has a high order of toxicity via the oral route of exposure (Toxicity Category II) and a moderate order of toxicity via the dermal and inhalation routes of exposure (Toxicity Category III). Primary eye irritation studies classify sodium fluoride as corrosive (Toxicity Category I) whereas dermal irritation studies classify sodium fluoride as a mild or slight irritant (Toxicity Category IV).  Sodium fluoride is not a dermal sensitizer.

US EPA ARCHIVE DOCUMENT

US EPA ARCHIVE DOCUMENT

_Acute and Chronic Reference Dose (RfDs)_

Dietary exposure to NaF is not expected.  Therefore, acute and chronic dietary endpoints were not selected.

_Incidental Oral Exposure_

Incidental oral exposure to NaF is not expected, based on registered use patterns.  Therefore, incidental oral endpoints were not selected.

_Dermal Exposure_

For short-term dermal exposures, a LOAEL of 20 mg/kg/day was selected from a oral subchronic toxicity study in rats based on significant reductions in body weight gain and suppressed spontaneous motor activity.  The target MOE is 300 for the short-term (ST) dermal exposures, based on 10x for inter-species extrapolation, 10x for intra-species variation, and 3x for use of a LOAEL.  For intermediate-term dermal exposures, a NOAEL of 1.5 mg/kg/day was selected from a six month National Toxicology Program (NTP) oral toxicity study in the mouse based on histopathology observed in bone with degeneration in tibias and femurs of animals.  The target MOE is 100, based on 10x inter-species extrapolation and 10x for intra-species variation.  For long-term dermal exposures, a LOAEL of 1.3 mg/kg/day was selected from a 2 year NTP chronic toxicity/carcinogenicity study in rats, based on dentine dysplasia in males and females, and ameloblast degeneration in males.  The target MOE is 300 for the short-term (LT) dermal exposures, based on 10x for inter-species extrapolation, 10x for intra-species variation, and 3x for use of a LOAEL.  Dermal absorption is assumed to be 100% in the absence of actual dermal absorption data.  Sodium fluoride is not a dermal sensitizer.

_Inhalation Exposure_

For short-term inhalation exposures, a LOAEL of 20 mg/kg/day was selected from an oral subchronic toxicity study in rats.  Effects observed at the LOAEL of 20 mg/kg/day included significant reductions in body weight gain and suppressed spontaneous motor activity.  The target MOE is 300 for occupational exposures (10X for interspecies extrapolation, 10X for intraspecies variability, and 3x for use of a LOAEL).  For intermediate-term inhalation exposures, a NOAEL of 1.5 mg/kg/day was selected from a six month National Toxicology Program (NTP) oral toxicity study in the mouse based on histopathology observed in bone with degeneration in tibias and femurs of animals.  The target MOE is 100, based on 10x inter-species extrapolation, and 10x for intra-species variation.  For long-term inhalation exposures, a LOAEL of 1.3 mg/kg/day was selected from a 2 year NTP chronic toxicity/carcinogenicity study in rats, based on dentine dysplasia in males and females, and ameloblast degeneration in males.  The target MOE is 300 for the long-term (LT) inhalation exposures, based on 10x for inter-species extrapolation, 10x for intra-species variation, and 3x for use of a LOAEL.

*Carcinogenicity*

Based on the available data, sodium fluoride has been classified as a "Group D" (inadequate evidence of carcinogenicity).  This conclusion is consistent with the recent report by the National Academy of Sciences which concluded that "the evidence on the potential of fluoride to initiate or promote cancers, particularly of the bone, is tentative and mixed."

*Mutagenicity Potential*

Positive mutagenicity results have been reported in mouse lymphoma assays, in chromosome aberration assays, in unscheduled DNA synthesis assays, and in *in vitro* sister chromatid exchange assays.

*Endocrine Disruption Potential*

EPA is required under the Federal Food Drug and Cosmetic Act (FFDCA), as amended by FQPA, to develop a screening program to determine whether certain substances (including all pesticide active and other ingredients) "may have an effect in humans that is similar to an effect produced by a naturally occurring estrogen, or other such endocrine effects as the Administrator may designate."  Following recommendations of its Endocrine Disruptor and Testing Advisory Committee (EDSTAC), EPA determined that there was a scientific basis for including, as part of the program, the androgen and thyroid hormone systems, in addition to the estrogen hormone system.  EPA also adopted EDSTAC's recommendation that the Program include evaluations of potential effects in wildlife.  For pesticide chemicals, EPA will use FIFRA and, to the extent that effects in wildlife may help determine whether a substance may have an effect in humans, FFDCA authority to require the wildlife evaluations.  As the science develops and resources allow, screening of additional hormone systems may be added to the Endocrine Disruptor Screening Program (EDSP).

When the appropriate screening and/or testing protocols being considered under the Agency's Endocrine Disrupting Screening Program (EDSP) have been developed, OIT may be subjected to additional screening and/or testing to better characterize effects related to endocrine disruption.

## 2.      FQPA Safety Factor

The FQPA Safety Factor (as required by the Food Quality Protection Act of 1996) is intended to provide an additional 10-fold safety factor (10xX), to protect for special sensitivity in infants and children to specific pesticide residues in food, drinking water, or residential exposures, or to compensate for an incomplete database.  Sodium fluoride is not used in food and therefore, the toxicological database is considered to be complete with respect to assessing the increased susceptibility to infants and children as required by FQPA.  There are no food tolerances for NaF and the use patterns considered for the reregistration eligibility decision (RED) document do no involve dietary exposure.  As a result, an FQPA safety finding is not applicable.

US EPA ARCHIVE DOCUMENT

### 3. Dietary Exposure Assumptions & Dietary Risk Assessment

Based on registered uses, no dietary exposure to NaF is anticipated and no toxicological dietary endpoints were identified. Therefore, no dietary assessment has been conducted.

#### a. Dietary Risk from Drinking Water

The antimicrobial uses of sodium fluoride are not expected to pose a hazard to groundwater or surface water. Therefore, a drinking water exposure and risk assessment has not been performed.

### 4. Residential Risk Assessment

Based on registered uses, negligible residential exposures to NaF are anticipated. No residential assessment has been conducted. Although remedial wood treatment for poles and beams on bridges do not occur in high traffic areas for bystanders, distribution utility poles are numerous and often located in people's front yards. The vapor pressure of sodium fluoride is negligible (i.e., $5.43 \times 10^{-26}$ mmHg at 25 C), and therefore, no vapor will be released in the vicinity of treated poles. Additionally, label directions to cap treated holes after application will minimize any potential for dermal contact. Likewise, groundline treatments are also covered (i.e., brush-on and wrap treatments are below the groundline and then covered with dirt) and will minimize potential dermal contact to children playing in areas of treated poles.

### 5. Aggregate Risk Assessment

The Food Quality Protection Act amendments to the Federal Food, Drug, and Cosmetic Act (FFDCA, Section 408(b)(2)(A)(ii)) require "that there is a reasonable certainty that no harm will result from aggregate exposure to pesticide chemical residue, including all anticipated dietary exposures and other exposures for which there are reliable information." Aggregate exposure typically includes exposures from food, drinking water, residential uses of a pesticide, and other non-occupational sources of exposure.

Since there are no dietary, residential or other non-occupational sources of exposure to NaF, an aggregate exposure assessment was not performed.

### 6. Occupational Risk

Workers can be exposed to a pesticide through mixing, loading, and/or applying a pesticide, or re-entering treated sites. Sodium fluoride is used as an antimicrobial pesticide as a remedial wood treatment for the protection against decay producing fungi. Potential occupational exposure can occur in various use sites, which include treatment of railroad ties and groundline treatment around utility poles. Additional information can be found in the document titled, "Revised Occupational and Residential/Bystander Assessment of the Antimicrobial Use (Remedial Wood Treatment) of Sodium Fluoride for the Reregistration Eligibility Decision (RED) Document. Case Number 3132. PC Code 075202," dated October 1, 2007.

US EPA ARCHIVE DOCUMENT

### a.        Occupational Toxicity

The doses and toxicological endpoints used in the occupational handler assessment of NaF scenarios are summarized in Table 2 below.

**Table 2. Sodium Fluoride for Use in Human Risk Assessment**

| Exposure Scenario | Dose (mg/kg/day) used in risk assessment UF | Special FQPA SF and Level of Concern for Risk Assessment | Study and Toxicological Effects |
|---|---|---|---|
| **Dietary Risk Assessments** | | | |
| Acute Dietary (general population and females 13-49) | No appropriate endpoints were identified that represent a single dose effect. Therefore, this risk assessment is not required. | | |
| Chronic Dietary | No appropriate endpoints were identified that represent a chronic dose effect. Therefore, this risk assessment is not required. | | |
| **Non-Dietary Risk Assessments** | | | |
| Short -Term Dermal (1 - 30 Days) | LOAEL = 20 mg/kg/day | **Target MOE**=300 (10x inter-species extrapolation, 10x intra-species variation, 3x for use of LOAEL) | Oral Subchronic Toxicity – Rat (Sodium Fluoride) LOAEL = 20 mg/kg/day, based on significant reductions in body weight gain and suppressed spontaneous motor activity. |
| Intermediate -Term Dermal (30 Days- 6 months) | NOAEL = 1.5 mg/kg/day | **Target MOE**=100 (10x inter-species extrapolation, 10x intra-species variation) | 6-month NTP oral toxicity study-mouse LOAEL = 7.5 mg/kg/day based on histopathology observed in bone with degeneration in tibias and femurs of animals |
| Long-Term Dermal (> 6 months) | LOAEL = 1.3 g/kg/day | **TARGET MOE** = 300 (10x inter-species extrapolation, 10x intra-species variation and 3x for use of  LOAEL) | 2-year NTP chronic toxicity/carcinogenicity study in rats LOAEL = 1.3 mg/kg/day, based on dentine dysplasia in males and females, and ameloblast degeneration in males |
| Short-term Inhalation (1-30 days) | LOAEL = 20 mg/kg/day | **Target MOE**=300 (10x inter-species extrapolation, 10x intra-species variation, 3x for use of LOAEL) *Note:* 10x route extrapolation for confirmatory inhalation study. | Oral Subchronic Toxicity – Rat (Sodium Fluoride) LOAEL = 20 mg/kg/day, based on significant reductions in body weight gain and suppressed spontaneous motor activity. |

US EPA ARCHIVE DOCUMENT

| Exposure Scenario | Dose (mg/kg/day) used in risk assessment UF | Special FQPA SF and Level of Concern for Risk Assessment | Study and Toxicological Effects |
|---|---|---|---|
| Intermediate-term Inhalation | NOAEL = 1.5 mg/kg/day | **Target MOE**=100 (10x inter-species extrapolation, 10x intra-species variation)<br><br>Note: 10x route extrapolation for confirmatory inhalation study. | 6-month NTP oral toxicity study-mouse LOAEL = 7.5 mg/kg/day based on histopathology observed in bone with degeneration in tibias and femurs of animals |
| Long-term Inhalation | LOAEL = 1.3 mg/kg/day | **TARGET MOE =**300 (10x inter-species extrapolation, 10x intra-species variation, 3x for use of LOAEL)<br><br>Note:  10x route extrapolation for confirmatory inhalation study. | 2-year NTP chronic toxicity/carcinogenicity study in rats LOAEL = 1.3 mg/kg/day, based on dentine dysplasia in males and females, and ameloblast degeneration in males |
| Cancer | Sodium fluoride has been classified as a "Group D" (not classifiable as to carcinogenicity). This conclusion is consistent with the recent report by the National Academy of Sciences which concluded that 'the evidence on the potential of fluoride to initiate or promote cancers, particularly of the bone, is tentative and mixed.' | | |

Notes: UF = uncertainty factor, FQPA SF = FQPA safety factor, NOAEL = no observed adverse effect level, LOAEL = lowest observed adverse effect level.

### b.  Occupational Handler Exposure

Occupational risk for all potentially exposed populations is measured by a Margin of Exposure (MOE), which determines how close the occupational exposure comes to a No Observed Adverse Effect Level (NOAEL) from toxicological studies.  Occupational risk is assessed for exposure at the time of application (termed "handler" exposure). Application parameters are generally defined by the physical nature of the formulation (e.g., formula and packaging), by the equipment required to deliver the chemical to the use site and by the application rate required to achieve an efficacious dose.

Potential occupational handler exposures can occur when sodium fluoride is used as a remedial wood treatment for the protection against decay producing fungi.  The Agency evaluated representative occupational handler scenarios to assess and determine dermal and inhalation exposures.  For sodium fluoride, handler scenarios were assessed by using unit exposure data to estimate occupational exposures.  Unit exposures are estimates of the amount of exposure to an active ingredient a handler receives while performing various handler tasks and are expressed in terms of micrograms or milligrams of active ingredient per pounds of active ingredient handled.  A series of unit exposures have been developed that are unique for each scenario typically considered in assessments (i.e., there are different unit exposures for different types of application equipment, job functions, and level of protection).

Application techniques include a product-specific dispenser, grease/caulking guns, pressurized sprayers, preservative cartridges, brush-on and/or trowel-on applications.  The personal protective equipment (PPE) listed on the label range from a minimum protection of goggles to a maximum protection of goggles, gloves, and respirators.

Chemical-specific exposure data were not submitted to support the remedial wood applications.  Therefore, the Agency developed a screening-level assessment using surrogate data to determine the potential risks associated with remedial wood treatment.  Based on the label review listed in Table 3 below, there are two basic remedial applications: (1) applying product into pre-drilled holes; and (2) applying product around the circumference of poles at or below the groundline.  The brush on treatment represents the high-end exposures for the trowel on and impregnated wraps.  Each remedial application can be applied using various techniques and PPE.  Surrogate exposure data are not available for all application techniques specified on the label.  Representative exposure scenarios (i.e., application techniques) are used to represent the potential worker short-, intermediate, and in some cases long-term durations of inhalation and dermal exposures.  Inhalation exposure is expected to be minimal for the groundline treatments because of the viscosity of the product as well as its low vapor pressure.  Table 3 presents a summary of sodium fluoride labels.

**Table 3.  Summary of Sodium Fluoride Labels**

| EPA Reg No. | % ai | Signal Word | PPE | Label Directions (e.g., application techniques, rates, etc.) |
|---|---|---|---|---|
| 3008-58 | 97.5 | Danger | Respirator, goggles | Includes a non pesticide statement |
| 75340-2 | 54.92 | Warning | Gloves | TIE-GARD dispenser; grease gun; pressurized applicator; Apply to drilled holes to "fill" and cap; Used on rail road ties and structural timbers such as bridge pilings and posts. |
| 75341-6 | 92.6 | Danger | Gloves | FLURODS (i.e., preservative cartridges, solid sticks) placed into drilled holes and capped.  For treating poles, posts, timbers, crossties, etc. Rate:  39.2 grams/cubic foot wood. |
| 75341-4 | 70.6 | Danger | Gloves, goggles | PoleWrap.  Groundline treatment.  Dig 20 inches around pole, wrap down to 18 inches below groundline to 2 inches above groundline and cover with dirt. |
| 75341-5 | 44.4 | Danger | Goggles | Used in combination with copper naphthenate.  Brush-on, trowel-on, grease gun.  1/16th of an inch rate 18 inches below and 3 inches above groundline and covered with a wrap.  Also used in drilled holes applied by a grease gun and capped (paste density 12 lbs/gallon). |
| 75341-12 | 8.39 | Danger | Gloves, goggles, respirator, and | Used in combination with copper naphthenate.  Mix 1 gallon of product |

US EPA ARCHIVE DOCUMENT

US EPA ARCHIVE DOCUMENT

| | | | respirator when spraying for continued or prolonged use or frequent use | with 1.5 gallons of water.  Apply using air or mechanical pressure pump into prepared opening (assume pre-drilled). Rate:  1 gallon of treatment solution per cubic foot of wood. |
|---|---|---|---|---|
| 75341-13 | 44.42 | Warning | Goggles, face shield or safety glasses, protective clothing, and chemical resistant-gloves | Used in combination with copper naphthenate.  Brush-on, trowel-on, grease gun.  1/16[th] of an inch rate 18 inches below and 3 inches above groundline and covered with a wrap.  Also used in drilled holes applied by a grease gun and capped. |

### i.    Sodium Fluoride Application Methods

*TIE-GARD and FLUROD Applications*

TIE-GARD and FLURODS are sodium fluoride products that are inserted into pre-drilled holes and capped and are expected to result in minimal inhalation and dermal handler exposure because the products are engineered to be closed systems.  The FLURODS are solid sticks that are placed in the pre-drilled holes.  TIE-GARD is a gel product containing sodium fluoride.  The automated rail tie use is packaged in 30 gallon PVC closed head drums.  It is applied from high capacity rubber track machinery that rides on railroads and automatically injects the gel product into rail ties.  Applicator exposure from these uses is expected to be negligible.  Any potential for exposure from leaks/spills from these products (i.e., TIE GARD and FLURODS) is believed to be best mitigated by the label requirement for the availability of PPE such as chemical resistant gloves, goggles, long pants, and long sleeved-shirts in the event of a spill.  Therefore, the handler risks to pre-packaged products are assumed to be minimal and are not quantified.

*Spray/Injection Applications*

Although EPA does not have a specific surrogate exposure scenario for injection of pesticides into wooden poles, similar exposure data for hand-held application equipment exist.  The spray application is believed to represent the high end of exposure to the grease gun.  The exposure data for hand-held applications that are available to EPA include data from the Pesticide Handlers Exposure Database (PHED) and the Outdoor Residential Exposure Task Force (ORETF).  The data available from these sources are for garden hose-end sprayers, low pressure hand-wands, backpack sprayers, high pressure handwands, and rod shank termiticide applications.  The most representative data available for an injection-type hand-held devise is the rod shank termiticide application from PHED.  Other equipment types are not believed to be as representative because each one involves a spray and the injection into the pole will minimize spray.

The rod shank termiticide injection data in PHED are used to develop a screening-level assessment for the pole use.  The dermal unit exposure (UE) for combined liquid pour and termiticide injection is based on 17 replicates with the test subjects wearing a single layer of clothing and chemical resistant gloves with AB grades (i.e., guideline

recommendations for analytical quality).  The dermal UE is 0.36 mg/lb ai.  The inhalation UE is based on the same 17 replicates and the grades are also AB.  The inhalation UE is 0.0022 mg/lb ai.  Although not all of the labels currently specify the use of chemical resistant gloves (e.g., EPA Reg. No. 75341-5), the "gloved" clothing scenario is the only one available to assess risks.

_Groundline Treatments_

Groundline treatments consist of brush and trowel-on applications as well as impregnated wraps around poles.  Once applied, the pole treatment is covered with dirt.  The most representative surrogate exposure data available to assess the high-end of the exposure potential are for painting with a paint brush.  The product is expected to have a much higher viscosity then paint.  Because of the high viscosity and low vapor pressure, inhalation exposure is expected to be minimal.  Dermal unit exposure values for paint brush applications from PHED were used (single layer of clothing).  The dermal unit exposure is 24 mg/lb a.i. for the painting scenario for a test subject wearing long pants, long-sleeved shirt, and chemical resistant gloves.

## ii.    Application Rates and Amounts Handled

Label directions indicate that sodium fluoride is applied into poles, timbers, etc, via four different formulations; paste, bandage or wrap, liquid and solid rods.  The application for these formulations is very different from each other due to the physical properties and percentage of sodium fluoride present in each formulation.  Typically paste formulations are applied by brush-on application around the groundline area of pole and then wrapped with a protective barrier before being backfilled with soil.  The dry impregnated wrap is applied around the groundline portion of the pole.  Liquid formulations are normally applied to internal voids through means of pressurized injection and rods are applied by drilling application holes, inserting the rods into the holes and then plugging them.

Labeled application rates for pastes are to apply by brush to a thickness of 1/16th inch.  The dry wrap is applied by cutting the wrap to match the circumference of the pole.  Liquid application instructions include filling application holes to refusal and more specific instructions such as 1 gallon of diluted solution per cubic foot of wood.  However, label directions are not provided to determine neither the number of holes per pole nor the number of cubic feet per pole to be treated with sodium fluoride.  Therefore, for this assessment 1 cubic foot of wood per pole is assumed to be treated for the spray/injection application.

Specific amounts of sodium fluoride applied by workers daily are not available.  Therefore, in addition to the number of cubic feet treated per pole, the number of poles treated per day (i.e., pre-drilled treatments, not groundline applications) with sodium fluoride was also estimated.

The amount of paste applied to each pole for groundline treatments is estimated to be 0.167 gallons/pole for distribution poles and 0.255 gallons per transmission pole (i.e., 21 inch wide treatment x up to 34 inch circumference for distribution poles and 50 inches for transmission poles x 1/16 inch thickness of product treatment).

- Distribution Poles - the smaller diameter wooden distribution poles (~140 million distribution poles in service) are treated at a high end rate of ~24 per day (for short-term duration).  Workers treat these types of poles as their main work function, treating 5 days per week, on a yearly basis (i.e., 250 days/year).  This scenario is represented by the short-, intermediate- and long-term exposure durations.

- Transmission Poles -  the larger wooden transmission poles are treated at a rate of 30 per day. Workers treat these types of poles as their main work function, treating 5 days per week, on a yearly basis (i.e., 250 days/year).  This scenario is represented by the short-, intermediate- and long-term exposure durations.

### c.    Occupational Handler Risk Summary

Table 4 presents the representative exposure scenarios used to assess the labeled remedial wood treatment uses.

**Table 4.  Occupational Handler Exposure Scenarios**

| Remedial Applications | High-end Exposure Scenarios | Application Techniques Represented by the High-end Exposure Scenario |
|---|---|---|
| Pre-drilled holes | Closed systems | TIE GARD dispenser for rail ties; FLURODS (solid sticks) |
|  | Sprays | Grease/caulking gun; air or mechanical pressure pump |
| Groundline | Brush-on | Brush; Trowel; PoleWrap (dry wrap) |

Evaluation of the spray applications into pre-drilled holes, indicates no dermal risks of concern for the short-term duration for the distribution pole.  Dermal risks, however, are triggered for the intermediate- and long-term durations.  The intermediate- and log-term dermal MOEs are 26 and 22, respectively, with a target MOE of 300.  No inhalation risks are triggered for the distribution poles at any timeframe.

For the spray applications into pre-drilled holes for the transmission poles, the inhalation (all durations) and short-term dermal risks are not of concern.  However, the short-, intermediate- and long-term dermal risks for the transmission poles are of concern.  The short-, intermediate- and long-term dermal MOEs are 280, 21 and 18, respectively, with a target MOE of 300 for short-term and long-term and 100 for intermediate-term.

All of the dermal MOEs are below the target MOE of  300 for short-term and long-term and 100 for intermediate-term for the groundline brush-on treatments (MOEs less then or equal to 1).  The brush-on treatment also represents the high-end exposures for the trowel-on and impregnated wraps.  Inhalation exposure is expected to be minimal

for the groundline treatments because of the viscosity of the product as well as its low vapor pressure.

The exposure and risks to handlers of the TIE-GARD product used in the automated rail tie treatment system and the solid stick FLURODS are expected to be minimal and are not quantified.  Table 5 presents the potential dermal and inhalation short-, intermediate-, and long-term inhalation and dermal exposures and risks for the remedial pole treatment uses of sodium fluoride.

US EPA ARCHIVE DOCUMENT

**Table 5.  Dermal and Inhalation Exposure and Risks for Remedial Applications of Sodium Fluoride to Poles.**

| Application | Dermal UE (mg/lb a.i) | Inhalation UE (mg/lb a.i) | Rate (gal/pole) | Rate (lb a.i/gal) | # poles | Dermal dose (mg/kg/day) | Inhalation dose (mg/kg/day) | Dermal MOEs | | | Inhalation MOEs | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ST (300) | IT (100) | LT (300) | ST (300) | IT (100) | LT (300) |
| Spray (Distribution Poles) | 0.36 | 0.0022 | 1 | 0.47 | 24 | 0.058 | 0.00035 | 350 | 26 | 22 | 56,000 | 4200 | 3700 |
| Spray (Transmission Poles) | 0.36 | 0.0022 | 1 | 0.47 | 30 | 0.073 | 0.00044 | 280 | 21 | 18 | 45,000 | 3400 | 2900 |
| Brush-on (Distribution Poles) | 24 | NA | 0.225 | 5.33 | 24 | 9.87 | NA | 2 | <1 | <1 | NA | | |
| Brush-on (Transmission Poles) | 24 | NA | 0.368 | 5.33 | 30 | 20.2 | NA | 1 | NA | NA | NA | | |

NA = Not applicable (e.g., short-term (ST) MOEs are only applicable for the high treatment frequency of poles).
ST = short-term; IT = intermediate-term; LT = long-term.

UE are from PHED for termiticide MLAP, liquid pour, rod shank injection
Dermal UE is single layer of clothing and chemical resistant gloves.
Treatment solution for spray from EPA Reg. No. 75341-12 (i.e., 1 gal product x 8.34 lb/gal x 8.39% a.i / 1.5 gallons water = 0.47 lb a.i/gal treatment solution)
Brush-on rate EPA Reg No 75341-5 is 44.4% a.i; density of 12lb/gal = 5.33lb a.i./gallon
# poles = registrant estimate during the reregistration phase 1 error comment period (Distribution is 24 poles per day and transmission is 30 poles per day)
Dermal (mkd) = Dermal UE x rate x # poles x 1/70kg
Inhalation dose (mkd) = Inhalation UE x rate x #poles x 1/70kg
MOE ST Dermal & inhalation = LOAEL 20 mkd / dose;  UF = 300
MOE IT Dermal & Inhalation = NOAEL 1.5 mkd / dose; UF = 100
MOE LT Dermal & Inhalation = LOAEL 1.3 mkd / dose; UF = 300

US EPA ARCHIVE DOCUMENT

### d.      Occupational Post-application Risk Summary

Occupational post-application exposure is not anticipated for the antimicrobial uses of sodium fluoride.  The vapor pressure of sodium fluoride is negligible (i.e., 5.43x $10^{-26}$ mmHg at 25 °C), and therefore, no vapor will be released in the vicinity of treated poles.   Additionally, label directions to cap treated holes after application will minimize any potential for dermal contact.  Likewise, groundline treatments are also covered (i.e., brush-on and wrap treatments are below the groundline and then covered with soil).

### 7.      Human Incident Data

The Agency reviewed available sources of human incident data for incidents relevant to sodium fluoride.   EPA consulted the following sources of information for human poisoning incidents related to naphthenate salts use: (1) OPP Incident Data System (IDS) - The Office of Pesticide Programs (OPP) Incident Data System contains reports of incidents from various sources, including registrants, other federal and state health and environmental agencies and individual consumers, submitted to OPP since 1992;  (2) California Department of Pesticide Regulation (1982-2004) – The California Department of Pesticide Regulation pesticide poisoning surveillance program consists of reports from physicians of  illness suspected of being related to pesticide exposure since 1982; (3) National Pesticide Information Center (NPIC) - NPIC is a toll-free information service supported by OPP that provides a ranking of the top 200 active ingredients for which telephone calls were received during calendar years 1984-1991; (4) National Poison Control Centers (PCC) (1993-1996); and (5) Published Scientific Literature on Incidents.

There are only limited acute incidents associated with sodium fluoride used in wood preservatives.  All the symptoms are classified as either minor or moderate.  Historically, there have been some fatal incidents associated with oral exposure to sodium fluoride.  These fatalities occurred when sodium fluoride was ingested at a much higher concentration than is used in antimicrobial wood treatment.

The potential bystander inhalation exposure to sodium fluoride is minimized by the extremely low vapor pressure.  The potential for dermal exposure to bystanders (i.e., children, capping of pre-drilled holes and groundline applications covered with soil).

### B.      Environmental Risk Assessment

A summary of the Agency's environmental risk assessment is presented below. Sodium fluoride use as a wood preservative could result in environmental exposures.  The following risk characterization is intended to describe the magnitude of the estimated environmental risks associated with sodium fluoride use and any potential uncertainties.

For a detailed discussion of all aspects of the environmental risk assessment, refer to the Environmental Risk Assessment (Section 8) in the "Sodium Fluoride Draft Risk Assessment for the Reregistration Eligibility Decision (RED) Document.  PC Code: 075202 (active). Case No. 3132," dated August 14, 2007; the "Ecological Hazard and Environmental Risk Assessment

18

Chapter for Sodium Fluoride RED," dated July 23, 2007; and the "Environmental Fate Science Chapter for Sodium Fluoride RED," dated August, 2007.

### 1.    Environmental Fate and Transport

The Agency evaluated the environmental fate of this chemical, using a search of published literature.  The results of the literature search are provided below.  Additional information can be found in the document titled, "Environmental Fate Risk Assessment Science Chapter for the Sodium Fluoride RED," dated July 26, 2007.

Sodium fluoride is an organic substance which does not undergo hydrolysis but is water soluble and dissociates in water to sodium and fluoride ions.  Fluoride ions undergo hydrolysis to form hydrogen fluoride acid and hydroxide ions which can shift the pH to alkaline.   Sodium fluoride does not adversely affect soil biomass, microflora and macro invertebrates, and is not expected to be bio-accumulative.  A field monitoring study of sodium fluoride treated poles found that sodium fluoride ions occasionally exceed background levels and do not migrate outward from treated poles more than 10 cm or for more than 50 cm deep.  Elevated levels returned to background by the end of the 18 month study.  Sodium fluoride is not expected to pose a hazard to groundwater or surface waters.

### 2.    Ecological Risk

The Agency's ecological risk assessment compares toxicity endpoints from ecological toxicity studies to estimated environmental concentrations based on environmental fate characteristics and pesticide use data.  A summary of the submitted data is provided below.  A summary of acute ecological toxicity is provided in Table 6 below.

### a.    Environmental Toxicity

*Toxicity to Birds*

Available data indicate that sodium fluoride is moderately toxic to birds on an acute oral basis and practically nontoxic to avian species through subacute dietary exposure.

*Toxicity to Terrestrial Animals*

Based on the results of mammalian studies conducted to meet human toxicity data requirements, sodium fluoride exhibits high toxicity via the oral route; moderate dermal, and inhalation toxicity (toxicity category III).  For primary eye irritation, sodium fluoride is corrosive (toxicity category I).  Sodium fluoride is classified as a mild skin irritant (toxicity category IV) and is not classified as a dermal sensitizer.

19

US EPA ARCHIVE DOCUMENT

*Toxicity to Aquatic Animals*

Freshwater acute toxicity tests indicate that sodium fluoride is practically nontoxic to fish on an acute basis.  Based on available data, sodium fluoride is practically nontoxic to freshwater invertebrates.

Since sodium fluoride is not expected to reach the estuarine or marine environment from the currently registered use patterns, an evaluation of its impact on estuarine or marine species was not evaluated.

Because of the limited use pattern with low potential for chronic exposure to aquatic organisms, sodium fluoride is not expected to present a chronic aquatic toxicity.

*Toxicity to Plants*

Current sodium fluoride wood treatment use patterns are limited and are not expected to result in surface water residues of sufficiently large quantities to adversely affect terrestrial or aquatic plant species.  Therefore, non-target plant toxicity studies are not required for the current wood treatment use patterns.

*Non-target Insects*

Honeybees should not be exposed to sodium fluoride wood treatments due to the requirement to wrap the treated area with a waterproof barrier or the requirement to inject sodium fluoride into the wood and then seal the bore hole.  Beehives should not be constructed from wood treated with sodium fluoride.  The product label(s) must state:  "Sodium fluoride must not be used to treat wood intended for construction or maintenance of beehives."  Otherwise, the following bee toxicity and honey residue studies are needed:  850.3020, 850.3030 and 860.1500.

A summary of the submitted acute ecological toxicity data, avian sub-acute dietary toxicity data, chronic freshwater fish toxicity data, data for sodium fluoride are provided in Table 6.

US EPA ARCHIVE DOCUMENT

20

US EPA ARCHIVE DOCUMENT

**Table 6. Ecological Toxicity of the Sodium Fluoride**

| Species | Chemical, % Active Ingredient (a.i.) Tested | Endpoint | Toxicity Category | Comments | Reference (MRID No.) |
|---|---|---|---|---|---|
| **Acute Avian Toxicity** | | | | | |
| Bobwhite quail (*Colinus virginianus*) | Sodium Fluoride 95% | $LD_{50}$ = >387 mg/kg NOAEL = 45 mg/kg | Moderately toxic | | 436115-01 |
| **Subacute Avian Toxicity** | | | | | |
| Bobwhite quail (*Colinus virginianus*) | Sodium Fluoride 95% | $LC_{50}$ (diet) = >5620 ppm NOAEC = 1000 ppm | Practically nontoxic | - 8-day test duration | 435931-02 |
| Mallard duck (*Anas platyrhynchos*) | Sodium Fluoride 95% | $LC_{50}$ (diet) = >5620 ppm NOAEC = 5620 ppm | Practically nontoxic | - 8-day test duration | 435931-01 |
| **Acute Freshwater Fish Toxicity** | | | | | |
| Bluegill Sunfish (*Lepomis macrochirus*) | Sodium Fluoride 95% | $LC_{50}$ = 830 mg/L NOAEC = 350 mg/L | Practically nontoxic | - 96-hr test duration - static renewal test system | 43648201 |
| Rainbow Trout (*Oncorhynchus mykiss*) | Sodium Fluoride 95% | $LC_{50}$ = 317 mg/L NOAEC <26 mg/L | Practically nontoxic | - 96-hr test duration - static test system | 43648202 |
| **Acute Freshwater Invertebrates Toxicity** | | | | | |
| Waterflea (*Daphnia magna*) | Sodium Fluoride 95% | $EC_{50}$ >120 mg/L NOAEC = 120 mg/L | Practically nontoxic | - 48-hr test duration - static test system | 43648203 |

**b.      Ecological Exposure and Risk**

        Because of the limited use patterns for sodium fluoride, environmental exposure is expected to be low.  In addition, product labels require applicators to follow certain precautions, such as waterproof wraps and sealed injections into utility poles, to prevent release into the terrestrial or aquatic environment.  Some exposure to woodpeckers and wood boring insects may occur, however, sodium fluoride is practically nontoxic to avian and aquatic species tested.  Any incidental exposure is not expected to be toxic to non-target species.  Therefore, an environmental risk assessment was not conducted for the sodium fluoride wood treatment uses.

21

US EPA ARCHIVE DOCUMENT

c.       **Risk to Listed Species**

Section 7 of the Endangered Species Act, 16 U.S.C. Section 1536(a)(2), requires all federal agencies to consult with the National Marine Fisheries Service (NMFS) for marine and anadromous listed species, or the United States Fish and Wildlife Services (FWS) for listed wildlife and freshwater organisms, if they are proposing an "action" that may affect listed species or their designated habitat.  Each federal agency is required under the Act to insure that any action they authorize, fund, or carry out is not likely to jeopardize the continued existence of a listed species or result in the destruction or adverse modification of designated critical habitat. To jeopardize the continued existence of a listed species means "to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of the species." 50 C.F.R.  ' 402.02.

To facilitate compliance with the requirements of the Endangered Species Act subsection (a) (2) the Environmental Protection Agency, Office of Pesticide Programs has established procedures to evaluate whether a proposed registration action may directly or indirectly reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of any listed species (U.S. EPA 2004).  After the Agency's screening-level risk assessment is performed, if any of the Agency's Listed Species LOC Criteria are exceeded for either direct or indirect effects, a determination is made to identify if any listed or candidate species may co-occur in the area of the proposed pesticide use.  If determined that listed or candidate species may be present in the proposed use areas, further biological assessment is undertaken.  The extent to which listed species may be at risk then determines the need for the development of a more comprehensive consultation package as required by the Endangered Species Act.

This preliminary analysis indicates that current sodium fluoride wood treatment uses are not likely to enter the environment in sufficient quantities to adversely affect terrestrial or aquatic species; however, an endangered species effects determination will not be made at this time.

22

**IV.     Risk Management, Reregistration, and Tolerance Reassessment Decision**

**A.     Determination of Reregistration Eligibility**

Section 4(g)(2)(A) of FIFRA calls for the Agency to determine, after submission of relevant data concerning an active ingredient, whether or not products containing the active ingredient are eligible for reregistration.  The Agency has previously identified and required the submission of the generic (i.e., active ingredient-specific) data required to support reregistration of products containing sodium fluoride as an active ingredient. The Agency has completed its review of these generic data and has determined that the data are sufficient to support reregistration of all supported products containing sodium flouride.

The Agency has completed its assessment of the occupational, residential, and ecological risks associated with the use of pesticide products containing the active ingredient sodium fluoride. Based on a review of these data and on public comments on the Agency's assessments for the active ingredient sodium fluoride, the Agency has sufficient information on the human health and ecological effects of sodium fluoride to make decisions as part of the tolerance reassessment process under FFDCA and reregistration process under FIFRA, as amended by FQPA. The Agency has determined that sodium fluoride-containing products are eligible for reregistration provided that: (i) current data gaps and confirmatory data needs are addressed; (ii) the risk mitigation measures outlined in this document are adopted; and (iii) label amendments are made to reflect these measures. Label changes are described in Section V. Appendix A summarizes the uses of sodium fluoride that are eligible for reregistration. Appendix B identifies the generic data requirements that the Agency reviewed as part of its determination of the reregistration eligibility of sodium fluoride and lists the submitted studies that the Agency found acceptable. Data gaps are identified as generic data requirements that have not been satisfied with acceptable data.

Based on its evaluation of sodium fluoride, the Agency has determined that sodium fluoride products, unless labeled and used as specified in this document, would present risks inconsistent with FIFRA. Accordingly, should a registrant fail to implement the risk mitigation measure identified in this document, the Agency may take regulatory action to address the risk concerns from the use of sodium fluoride. If all changes outlined in this document are incorporated into the product labels, then all current risks for sodium fluoride will be substantially mitigated for the purposes of this determination.  Once an Endangered Species assessment is completed, further changes to these registrations may be necessary as explained in Section III of this document.

**B.     Public Comments and Responses**

Through the Agency's public participation process, the EPA worked with stakeholders and the public to reach the regulatory decision for sodium fluoride. The EPA released its preliminary risk assessment for sodium fluoride for a 60-day public comment on October 10, 2007.  The Agency received one comment on the sodium fluoride risk assessments noting that the product should not be manufactured or sold because of the availability for safer alternatives., The agency has considered this comment in making its registration determination.

23

US EPA ARCHIVE DOCUMENT

US EPA ARCHIVE DOCUMENT

C.      Regulatory Position

1.      Food Quality Protection Act Findings

a.      "Risk Cup" Determination

There are no registered uses of sodium fluoride that are expected to result in dietary or residential exposure.  There are no tolerances.  As a result, the only risks assessed for sodium fluoride are those associated with occupational exposures.  Therefore a "risk cup" determination is not warranted

b.      Determination of Safety to U.S. Population

The Agency has determined that sodium fluoride, with amendments and changes specified in this document, meets the safety standards under the FQPA amendments to section 408(b)(2)(D) of the FFDCA, and that there is a reasonable certainty no harm will result to the general population or any subgroup from the use of sodium fluoride. In reaching this conclusion, the Agency has considered all available information on the toxicity, use practices and exposure scenarios, and the environmental behavior of sodium fluoride.

A dietary risk assessment was not conducted for sodium fluoride because the use patterns are not expected to result in dietary exposure. Therefore, sodium fluoride does not pose a dietary risk.  Similarly, the Agency does not anticipate significant contamination of drinking water as a result of the registered uses of sodium fluoride and did not conduct a drinking water assessment.

The Agency considered the potential pathways of non-dietary exposure to residents in determining the need to conduct an aggregate assessment.  The Agency does not anticipate residential exposure as a result of the registered uses of sodium fluoride and did not conduct a residential risk assessment or an aggregate risk assessment.

c.      Determination of Safety to Infants and Children

EPA has determined that the currently registered uses of sodium fluoride, with changes as specified in this document, meet the safety standards under the FQPA amendments to section 408(b)(2)(C) of the FFDCA, and that there is a reasonable certainty of no harm for infants and children.  The safety determination for infants and children considers factors of the toxicity, use practices, and environmental behavior noted above for the general population, but also takes into account the possibility of increased susceptibility to the toxic effects of sodium fluoride residues in this population subgroup.

The Agency has determined that analysis of the potential need for a special hazard-based safety factor under the FQPA is not needed at this time.  The Agency does not anticipate dietary or drinking water or residential exposures based on the registered use patterns and there are no tolerances or tolerance exemptions for the use of sodium fluoride as an active ingredient. Therefore, an FQPA hazard analysis is not necessary at this time.

Pls' Ex. 31

### d. Endocrine Disruptor Effects

EPA is required under the FFDCA, as amended by FQPA, to develop a screening program to determine whether certain substances (including all pesticide active and other ingredients) "may have an effect in humans that is similar to an effect produced by a naturally occurring estrogen, or other endocrine effects as the Administrator may designate." Following recommendations of its Endocrine Disruptor Screening and Testing Advisory Committee (EDSTAC), EPA determined that there was a scientific basis for including, as part of the program, the androgen and thyroid hormone systems, in addition to the estrogen hormone system. EPA also adopted EDSTAC's recommendation that EPA include evaluations of potential effects in wildlife. For pesticides, EPA will use FIFRA and, to the extent that effects in wildlife may help determine whether a substance may have an effect in humans, FFDCA authority to require the wildlife evaluations. As the science develops and resources allow, screening of additional hormone systems may be added to the Endocrine Disruptor Screening Program (EDSP).

When the appropriate screening and/or testing protocols being considered under the EDSP have been developed, sodium fluoride may be subject to additional screening and/or testing to better characterize effects related to endocrine disruption.

### e. Cumulative Risks

Risks summarized in this document are those that result only from the use of sodium fluoride. The Food Quality Protection Act (FQPA) requires that the Agency consider "available information" concerning the cumulative effects of a particular pesticide's residues and "other substances that have a common mechanism of toxicity." The reason for consideration of other substances is due to the possibility that low-level exposures to multiple chemical substances that cause a common toxic effect by a common toxic mechanism could lead to the same adverse health effect as would a higher level of exposure to any of the substances individually. Unlike other pesticides for which EPA has followed a cumulative risk approach based on a common mechanism of toxicity, EPA has not made a common mechanism of toxicity finding forsodium fluoride. For information regarding EPA's efforts to determine which chemicals have a common mechanism of toxicity and to evaluate the cumulative effects of such chemicals, see the policy statements released by EPA's Office of Pesticide Programs concerning common mechanism determinations and procedures for cumulating effects from substances found to have a common mechanism on EPA's website at http://www.epa.gov/pesticides/cumulative/.

### D. Regulatory Rationale

The Agency has determined that sodium fluoride is eligible for reregistration provided that additional required data confirm this decision, the risk mitigation measures outlined in this document are adopted, and label amendments are made to reflect these measures.

The following is a summary of the rationale for managing risks associated with the uses of sodium fluoride. Where labeling revisions are warranted, specific language is set forth in the summary tables of Section V of this document.

25

1.      **Human Health Risk Management**

a.      **Dietary (Food) Risk Mitigation**

A dietary risk assessment was not conducted for sodium fluoride because the use patterns are not expected to result in residues on food and, thus, dietary exposure. Therefore, sodium fluoride does not pose as a dietary risk and no mitigation measures are needed at this time.

b.      **Drinking Water Risk Mitigation**

Sodium fluoride is not expected to come into contact with or be exposed to drinking water and, therefore, the Agency did not conduct a drinking water exposure assessment. Sodium fluoride is not used for potable water treatment and effluents containing this chemical are not expected to significantly contaminate fresh water environments. Therefore, no mitigation measures are necessary at this time.

c.      **Residential Risk Mitigation**

Based on registered uses, negligible residential exposures to sodium flouride are anticipated. No residential assessment has been conducted. Although remedial wood treatment for poles and beams on bridges do not occur in high traffic areas for bystanders, distribution utility poles are numerous and often located in residential front yards. The vapor pressure of sodium fluoride is negligible (i.e., $5.43 \times 10^{-26}$ mmHg at 25 C), and therefore, no vapor will be released in the vicinity of treated poles. Additionally, label directions to cap treated holes after application will minimize any potential for dermal contact. Likewise, groundline treatments are also covered (i.e., brush-on and wrap treatments are below the groundline and then covered with dirt) and will minimize potential dermal contact to children playing in areas of treated poles. Moreover, the results of a field monitoring study of sodium fluoride treated poles found that outward migration did not exceed 10 cm (i.e., <4 inches) further indicating little to no likelihood of residential exposure.

d.      **Occupational Risk Mitigation**

i.      **Handler Risk Mitigation**

Occupational handler dermal risks (IT and LT) of concern were identified for the remedial wood treatment applications of sodium fluoride for several use scenarios (Target MOE = 100 and 300 respectively). These include the application as a spray (MOEs range from 18 to 26) and as a brush-on treatment (MOEs <1). The dermal risk assessment is considered to be very conservative because a default dermal absorption assumption of 100% was used to estimate exposures. The Agency does not expect actual dermal absorption to be significant based on the chemical attributes of sodium fluoride. To confirm that dermal absorption is significantly lower than 100% a 90-day dermal toxicity study will be required.

26

US EPA ARCHIVE DOCUMENT

To mitigate the dermal risks of concern for the following steps must be taken:

- All labels will need to include increased levels of PPE including elongated elbow-length chemical-resistant coverings, face shield and chemical-resistant aprons.
- Equipment for the brush-on applications will be limited to only brushes that have handles several feet in length to reduce the potential for exposure.
- To confirm the effectiveness of the mitigation measures a dermal exposure study will need to be conducted.
- Require all labels to include training and passage of company-developed competency examinations prior to workers handling sodium fluoride products. These programs are already in place but have not previously been included on labels;

No inhalation risks of concern were identified in the risk assessment.

The Agency also considered the potential benefits of the use of sodium fluoride in making its determination.  There are limited alternatives available for the remedial treatment of existing transmission and distribution poles.  There are economic benefits associated with the use of remedial treatments in that they increase the service life of the treated poles thus deferring or avoiding replacement costs.  Additionally, a benefit of remedial treatments is the reduction in the use of heavy-duty wood preservatives which would be needed to treat replacement poles.

### ii.      Post-Application Risk Mitigation

Occupational post-application exposure is not anticipated for the antimicrobial uses of sodium fluoride.  The vapor pressure of sodium fluoride is negligible (i.e., $5.43 \times 10^{-26}$ mmHg at 25 °C), and therefore, no vapor will be released in the vicinity of treated poles.   Additionally, label directions to cap treated holes after application will minimize any potential for dermal contact.  Likewise, groundline treatments are also covered (i.e., brush-on and wrap treatments are below the groundline and then covered with soil)

### 2.      Environmental Risk Management

Because of the use patterns for sodium fluoride, environmental exposure is expected to be low.  In addition, product labels require applicators to follow certain precautions, such as waterproof wraps and sealed injections into utility poles, to prevent release into the terrestrial or aquatic environment.  Some exposure to woodpeckers and wood boring insects may occur, however, sodium fluoride is practically nontoxic to avian and aquatic species tested.  Any incidental exposure is not expected to be toxic to non-target species.  Therefore, an environmental risk assessment was not conducted for the sodium fluoride wood treatment uses.

### 3.      Other Labeling Requirements

In order to be eligible for reregistration, various use and safety information will be included in the labeling of all end-use products containing sodium fluoride. For the specific labeling statements and a list of outstanding data, refer to Section V of this RED document.

US EPA ARCHIVE DOCUMENT

### 4.     Listed Species Considerations

#### a.     The Endangered Species Act

Section 7 of the Endangered Species Act, 16 U.S.C. Section 1536(a)(2), requires all federal agencies to consult with the National Marine Fisheries Service (NMFS) for marine and anadromous listed species, or the United States Fish and Wildlife Services (FWS) for listed wildlife and freshwater organisms, if they are proposing an "action" that may affect listed species or their designated habitat.  Each federal agency is required under the Act to insure that any action they authorize, fund, or carry out is not likely to jeopardize the continued existence of a listed species or result in the destruction or adverse modification of designated critical habitat.  To jeopardize the continued existence of a listed species means "to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of the species." 50 C.F.R. § 402.02.

To facilitate compliance with the requirements of the Endangered Species Act subsection (a)(2) the Environmental Protection Agency, Office of Pesticide Programs has established procedures to evaluate whether a proposed registration action may directly or indirectly reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of any listed species (U.S. EPA 2004).  After the Agency's screening-level risk assessment is performed, if any of the Agency's Listed Species LOC Criteria are exceeded for either direct or indirect effects, a determination is made to identify if any listed or candidate species may co-occur in the area of the proposed pesticide use.  If determined that listed or candidate species may be present in the proposed use areas, further biological assessment is undertaken.  The extent to which listed species may be at risk then determines the need for the development of a more comprehensive consultation package as required by the Endangered Species Act.

For certain use categories, the Agency assumes there will be minimal environmental exposure, and only a minimal toxicity data set is required (Overview of the Ecological Risk Assessment Process in the Office of Pesticide Programs U.S. Environmental Protection Agency - Endangered and Threatened Species Effects Determinations, 1/23/04, Appendix A, Section IIB, pg.81).  Chemicals in these categories therefore do not undergo a full screening-level risk assessment, and are considered to fall under a "no effect" determination.

This preliminary analysis indicates that current sodium fluoride wood treatment uses are not likely to enter the environment in sufficient quantities to adversely affect terrestrial or aquatic species; however, an endangered species effects determination will not be made at this time.

#### b.     General Risk Mitigation

Sodium fluoride end-use products (EPs) may also contain other registered pesticides. Although the Agency is not proposing any mitigation measures for products containing sodium fluoride specific to federally listed species, the Agency needs to address potential risks from other end-use products. Therefore, the Agency requires that users adopt all listed species risk

28

mitigation measures for all active ingredients in the product. If a product contains multiple active ingredients with conflicting listed species risk mitigation measures, the more stringent measure(s) should be adopted.

29

**V.      What Registrants Need to Do**

The Agency has determined that sodium fluoride is eligible for reregistration provided that: (i) additional data that the Agency intends to require confirm this decision; (ii) the risk mitigation measure outlined in this document is adopted; and (iii) label amendments are made to reflect this measure.  To implement the risk mitigation measures, the registrants must amend their product labeling to incorporate the label statement set forth in the Label Changes Summary Table in Section B below (Table 7).  The additional data requirements that the Agency intends to obtain will include, among other things, submission of the following:

For the sodium fluoride technical grade active ingredient products, the registrant needs to submit the following items:

**Within 90 days from receipt of the generic data call-in (DCI):**

1.  Completed response forms to the generic DCI (i.e., DCI response form and requirements status and registrant's response form); and

2.  Submit any time extension and/or waiver requests with a full written justification.

**Within the time limit specified in the generic DCI:**

1.  Cite any existing generic data which address data requirements or submit new generic data responding to the DCI.

Please contact Diane Isbell at (703) 308-8154 with questions regarding generic reregistration.

*By US mail:*                                    *By express or courier service:*

Document Processing Desk               Document Processing Desk
Diane Isbell                                       Diane Isbell
Office of Pesticide Programs           Office of Pesticide Programs
(7510P)                                            (7510P)
U.S. Environmental Protection Agency   U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW            One Potomac Yard, Room S-4900
Washington, DC 20460-0001             2777 South Crystal Drive
                                                     Arlington, VA 22202

Pls' Ex. 31

<u>For end-use products containing sodium fluoride as an active ingredient</u>, the registrant needs to submit the following items for each product.

**Within 90 days from the receipt of the product-specific data call-in (PDCI)**:

    1.  Completed response forms to the PDCI (i.e., PDCI response form and requirements status and registrant's response form); and

    2.  Submit any time extension or waiver requests with a full written justification.

**Within eight months from the receipt of the PDCI:**

    1.  Two copies of the confidential statement of formula (EPA Form 8570-4);

    2.  A completed original application for reregistration (EPA Form 8570-1).  Indicate on the form that it is an "application for reregistration";

    3.  Five copies of the draft label incorporating all label amendments outlined in Table 23 of this document;

    4.  A completed form certifying compliance with data compensation requirements (EPA Form 8570-34);

    5.  If applicable, a completed form certifying compliance with cost share offer requirements (EPA Form 8570-32); and

    6.  The product-specific data responding to the PDCI.

Please contact Adam Heyward at (703) 308-6422 with questions regarding product reregistration and/or the PDCI.  All materials submitted in response to the PDCI should be addressed as follows:

*By US mail:*                                              *By express or courier service:*

Document Processing Desk                    Document Processing Desk
Adam Heyward                                        Adam Heyward
Office of Pesticide Programs (7510P)      Office of Pesticide Programs (7510P)
U.S. Environmental Protection Agency     U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW                 Room S-4900, One Potomac Yard
Washington, DC 20460-0001                  2777 South Crystal Drive
                                                            Arlington, VA 22202

31

## A.    Manufacturing Use Products

### 1.    Additional Generic Data Requirements

The generic database supporting the reregistration of sodium fluoride has been reviewed and determined to be substantially complete.  However, the following additional data requirements have been identified by the Agency as confirmatory data requirements and will be included in the generic data call in (DCI) for this RED.

- Dermal toxicity study (90-day) (870.3250)
- Dermal exposure outdoor (875.1100, 875.1600)

### 2.    Labeling for Technical and Manufacturing Use Products

To ensure compliance with FIFRA, technical and manufacturing-use product (MP) labeling should be revised to comply with all current EPA regulations, PR Notices and applicable policies.  The Technical and MP labeling should bear the labeling contained in Table 7, Label Changes Summary Table.

## B.    End-Use Products

### 1.    Additional Product-Specific Data Requirements

Section 4(g)(2)(B) of FIFRA calls for the Agency to obtain any needed product-specific data regarding the pesticide after a determination of eligibility has been made.  The Registrant must review previous data submissions to ensure that they meet current EPA acceptance criteria and if not, commit to conduct new studies.  If a registrant believes that previously submitted data meet current testing standards, then the study MRID numbers should be cited according to the instructions in the Requirement Status and Registrants Response Form provided for each product. A product-specific data call-in will be issued at a later date.

### 2.    Labeling for End-Use Products

Labeling changes are necessary to implement measures outlined in Section IV above. Specific language to incorporate these changes is specified in Table 7, Label Changes Summary Table.

Registrants may generally distribute and sell products bearing old labels/labeling for 26 months from the date of the issuance of this Reregistration Eligibility Decision document. Persons other than the registrant may generally distribute or sell such products for 52 months from the approval of labels reflecting the mitigation described in this RED.  However, existing stocks time frames will be established case-by-case, depending on the number of products involved, the number of label changes, and other factors.  Refer to "Existing Stocks of Pesticide Products; Statement of Policy," *Federal Register*, Volume 56, No.  123, June 26, 1991.

a.      **Label Changes Summary Table**

In order to be eligible for reregistration, all product labels must be amended to incorporate the risk mitigation measure outlined in Section IV of the sodium fluoride RED.  The following table describes how language on the labels should be amended.

US EPA ARCHIVE DOCUMENT

33

**Table 7.  Labeling Changes Summary Table**

| Description | Amended Labeling Language | Placement on Label |
|---|---|---|
| **All End Use Products** | | |
| Environmental Hazards Statements Required by the RED and Agency Label Policies | "Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, oceans, or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge.  Do not discharge effluent containing this product to sewer systems without previously notifying the local sewage treatment plant authority.  For guidance contact your State Water Board or Regional Office of the EPA." | Precautionary Statements |
| PPE Requirements | "Applicators must wear chemical resistant gloves and a face shield while handling or applying sodium fluoride." "Applicators must wear elongated chemical-resistent sleeves while handling or applying sodium fluoride." | Immediately following/below Precautionary Statements:  Hazards to Humans and Domestic Animals |
| For all brush-on application products | "Equipment for the brush-on applications is limited to only brushes that have handles that are several feet in length." | **Directions for Use** |
| Training | "All users must be trained and pass a company-developed competency examination prior to handling sodium fluoride products" | **Directions for Use** |

Pls' Ex. 31

# VI. APPENDICES

Pls' Ex. 31

US EPA ARCHIVE DOCUMENT

**Appendix A**

| Use Site | Formulation | Method of Application | Application Rate/ No. of applications | Use Limitations |
|---|---|---|---|---|
| **Wood preservatives** | | | | |
| (Exterior use only) Lumber, timber's, posts, poles, ties, pilings, and other wooden members, all exterior wood exposed to moisture or weather | Impregnated materials Reg: 75341-4 | Staples or tacks | Dig around the ground line of the pole to be treated to a depth of approximately 20 inches. Remove hardened creosote and rotted wood. Inspect pole as to remaining serviceability. Clean the surface of the pole to be treated. Measure the circumference of the pole. Cut from the roll of impregnated material the length needed. Apply to the pole to the depth of approximately 18 inches below ground line, and 2 inches above ground line. Attach to pole by means of staples or tacks. Be sure bandage is pulled tight to be in close contact with the wood pole. Back fill and tamp the earth around the pole to 2 inches above original ground line. | Proper use includes the covering of any exposed product above the groundline in areas where children or livestock may come in contact with it. |

| Use Site | Formulation | Method of Application | Application Rate/ No. of applications | Use Limitations |
|---|---|---|---|---|
| (Exterior use only) Lumber, timber's, posts, poles, ties, pilings,  and other wooden members, all exterior  wood exposed to moisture or weather | Ready to use Reg: 75340-2 | Approved dispenser/ pressurized applicator | RAILROAD TIES: Product is to be placed in the adzed portion of the railroad tie by approved dispenser/applicator. Treated areas should be completely covered by tie plate.<br><br>STRUCTURAL TIMBERS: For control of internal decay, fill decay pockets and voids using a grease- gun or other pressurized applicator. Fill to refusal. Plug application holes with secure-fitting dowels. | |
| (Exterior use only) Lumber, timber's, posts, poles, ties, pilings,  and other wooden members, all exterior  wood exposed to moisture or weather | Ready to use Reg: 75341-5 | Brush or trowel | EXTERNAL TREATMENT: Excavate the soil from the groundline of the pole for a depth of 18", or deeper where specified. Remove rotted wood. Clean the surface of the pole to be treated. Apply by brush or | Application of this product may produce a strong, lingering unpleasant odor. |

US EPA ARCHIVE DOCUMENT

| Use Site | Formulation | Method of Application | Application Rate/ No. of applications | Use Limitations |
|----------|-------------|----------------------|--------------------------------------|-----------------|
|  |  |  | trowel to a thickness of 1/16"on poles and timber. Typical application is from 3" above to 18" below groundline and lower where deeper decay is suspected. Application on poles to be restored should extend the length of wrap-around type repair systems. Wrap the treated area with water-proof bandage. INTERNAL TREATMENT: For control of internal decay in poles and other timbers, holes may be drilled in areas of the poles or timber where protection Is required. Fill drilled holes, decay pockets, and voids using a caulking/grease gun. Plug application holes with secure-fitting dowels. |  |
| (Exterior use only) Lumber, timber's, posts, poles, ties, pilings,  and | Pellets/tablets Reg: 75341-6 | Insertion | Specific number of preservative cartridges is dependent on the |  |

| Use Site | Formulation | Method of Application | Application Rate/ No. of applications | Use Limitations |
|---|---|---|---|---|
| other wooden members, all exterior  wood exposed to moisture or weather | | | volume of wood to be treated. The recommended minimum dosage is 39.2 grams per cubic foot of to be protected. Drill a hole or holes that will accommodate the number of preservative cartridges needed. After insertion of the preservative cartridges, cap with a wood or plastic plug, or seal with a filler such as putty. | |
| (Exterior use only) Lumber, timber's, posts, poles, ties, pilings,  and other wooden members, all exterior  wood exposed to moisture or weather | Soluble Concentrate Reg: 75341-12 | Air or Mechanical pressure pump | Stir before using. Dilute 1 gallon of this concentrate with 1 ½ gallons of water. Shake or stir well. Using air or mechanical pressure pump, apply solution to interior cavity of wood structure through prepared opening. Apply one gallon (maximum per cu.ft of wood) or to refusal. | Application of this product may produce a strong, lingering unpleasant odor. |

US EPA ARCHIVE DOCUMENT

**APPENDIX B:  Sodium fluoride (case 3132)**

Appendix B lists the **generic** (not product specific) data requirements which support the re-registration of sodium fluoride.  These requirements apply to sodium fluoride in all products, including data requirements for which a technical grade active ingredient is the test substance.

| DATA REQUIREMENT | | | | CITATION(S) |
|---|---|---|---|---|
| **New Guideline Number** | **Old Guideline Number** | **Study Title** | **Use Pattern** | **MRID Number** |
| **PRODUCT CHEMISTRY** | | | | |
| 830.1550 | 61-1 | Product Identity and Composition | | 43563101 |
| 830.1600 830.1620 830.1650 | 61-2a | Starting Materials and Manufacturing Process | | 43563101 |
| 830.1670 | 61-2b | Formation of Impurities | | 43563101 |
| 830.1700 | 62-1 | Preliminary Analysis | | 43563101 |
| 830.1750 | 62-2 | Certification of Limits | | 43563101 |
| 830.1800 | 62-3 | Analytical Method | | 43563101 |
| 830.6302 | 63-2 | Color | | 43563101 |
| 830.6303 | 63-3 | Physical State | | 43563101 |
| 830.6304 | 63-4 | Odor | | 43563101 |
| 830.7200 | 63-5 | Melting Point | | 43563101 |
| 830.7300 | 63-7 | Density | | 43563101 |

| DATA REQUIREMENT | | | | CITATION(S) |
|---|---|---|---|---|
| **New Guideline Number** | **Old Guideline Number** | **Study Title** | **Use Pattern** | **MRID Number** |
| 830.7840 830.7860 | 63-8 | Solubility | | 43563101 |
| 830.7000 | 63-12 | pH | | 43563101 |
| 835-2120 | 161-1 | Hydrolysis | | Open Literature |
| | | | | |
| 850.1010 | 72-2 | Acute Aquatic Invertebrate Toxicity | | 43648203 |
| 850.1075 | 72-1a | Fish Acute Toxicity – Freshwater (Bluegill) | | 43648201 |
| 850.1075 | 72-1b | Fish Acute Toxicity – Freshwater (Rainbow Trout) | | 43648202 |
| 850.2100 | 71-1 | Avian Acute Oral Toxicity Test (Quail) | | 43611501 |
| 850.2200 | 72-1 | Avian Dietary Toxicity-quail | | 43593102 |
| 850.2200 | 72-1 | Avian Dietary Toxicity-duck | | 43593101 |
| 850.3020 | 141-1 | Honey Bee acute contact toxicity | | Reserved |
| 850-3030 | 141-2 | Honey Bee toxicity of residues on foliage | | Reserved |
| **RESIDUE CHEMISTRY** | | | | |
| 860.1500 | 171-4k | Crop Field Trails | | Reserved |
| **TOXICOLOGY\*** | | | | |
| 870.1100 | 81-1 | Acute Oral - Rat | | 162945, 40928201,40932003, 43778501 |

US EPA ARCHIVE DOCUMENT

| DATA REQUIREMENT | | | | CITATION(S) |
|---|---|---|---|---|
| New Guideline Number | Old Guideline Number | Study Title | Use Pattern | MRID Number |
| 870.1200 | 81-2 | Acute Dermal - Rabbit | | 162946,40928202,40932002,43778502 |
| 870.1300 | 81-3 | Acute Inhalation - Rat | | 43778503 |
| 870.2400 | 81-4 | Primary Eye Irritation - Rabbit | | 162948,40928204,40932001,41204001,43778504 |
| 870.2500 | 81-5 | Primary Dermal Irritation - Rabbit | | 162947,40928203,40932004,43778505 |
| 870.2600 | 81-6 | Dermal Sensitization | | 40866801,40866901,43778506 |
| 870.3100 | 82-1a | 90-Day Feeding-Rodent | | NTP study |
| 870.3250 | 82-3 | 90-Day Dermal Toxicity-Rodent | | Data Gap |
| 870.3700 | 83-3a | Developmental Toxicity -Rat | | Open Literature |
| 870.3700 | 83-3b | Developmental Toxicity –Non rodent | | Open Literature |
| 870.3800 | 83-4 | Reproduction and fertility effects | | Open Literature |
| 870.4100 | 83-1a | Chronic Toxicity-Rat | | Open Literature |
| 870.4200 | 83-2a | Carcinogenicity-Rat | | Open Literature |
| 870.4200 | 83-2b | Carcinogenicity-Mouse | | NTP study |
| 870.4300 | 83-5 | Combined chronic toxicity/ Carcinogenicity | | NTP study |
| 870.5100 | 84-2 | Bacterial Reverse Mutation Assay | | NTP study |
| 870.5300 | 84-2 | Detection of gene mutations in somatic cells | | NTP study |

| DATA REQUIREMENT | | | | CITATION(S) |
|---|---|---|---|---|
| New Guideline Number | Old Guideline Number | Study Title | Use Pattern | MRID Number |
| 870.5375 | 84-2 | In Vitro mammalian chromosome aberration test | | NTP study |
| 870.5380 | 84-2 | Mammalian spermatogonial chromosome aberration test | | Open Literature |
| 870.5385 | 84-2 | Mammalian bone marrow chromosome aberration test | | Open Literature |
| 870.5395 | 84-2 | Mammalian erythrocyte micronucleus test | | Open Literature |
| 870.5500 | 84-2 | Bacterial DNA damage or repair test | | Open Literature |
| 870.5550 | 84-2 | Unscheduled DNA synthesis in mammalian cell culture | | Open Literature |
| 870.5900 | 84-2 | In Vitro sister chromatid exchange assay | | NTP study |
| 870.5915 | 84-2 | In Vitro sister chromatid exchange assay | | Open Literature |
| 870.7485 | 85-1 | General metabolism and pharmokinetics | | Open Literature |

**Appendix C.  Technical Support Documents for Sodium Fluoride**

Additional documentation in support of this RED is maintained in the OPP docket, located in Room 119, Crystal Mall #2, 1801 Bell Street, Arlington, VA. It is open Monday through Friday, excluding legal holidays, from 8:30 am to 4 pm.

OPP public docket is located in Room S-4400, One Potomac Yard (South Building), 2777 South Crystal Drive, Arlington, VA, 22202 and is open Monday through Friday, excluding Federal holidays, from 8:30 a.m. to 4:00 p.m.

The docket initially contained the 10/10/2007 preliminary risk assessment and the related documents.  EPA then considered comments on these risk assessments (which are posted to the e-docket) and revised the risk assessments.  The revised risk assessments will be posted in the docket at the same time as the RED.

All documents, in hard copy form, may be viewed in the OPP docket room or downloaded or viewed via the Internet at www.regulations.gov

These documents include:

- Sodium fluoride Preliminary Risk Assessment; Notice of Availability, 10/10/2007.

Preliminary Risk Assessment and Supporting Science Documents:

- Sodium Fluoride Risk Assessment for the Reregistration Eligibility Decision (RED) Document.  PC Code: 075202 (active). Case No.  3132, September 30, 2007.

- Revised Occupational and Residential/Bystander Assessment of the Antimicrobial Use (Remedial Wood Treatment) of Sodium Fluoride for the Reregistration Eligibility Decision (RED) Document.  Case Number 3132.  PC Code 075202. October 1, 2007.  Timothy Leighton, Ph.D.

- Environmental Fate Science Chapter on Sodium Fluoride for RED Process. Case Number 3132.  PC Code 075202. September 25, 2007.  A. Najm Shamim, Ph.D.

- Sodium Fluoride Toxicology Chapter for the Reregistration Eligibility Decision (RED) Document.  PC Code: 075202. Case No.  3132. September 30, 2007. Timothy F. McMahon, Ph.D.

- Product Chemistry Science  Chapter For:  Sodium Fluoride  Reregistration Eligibility  Decision (RED). Case Number 3132.  PC Code 075202. September 25, 2007.  A. Najm Shamim, Ph.D.

- Ecological  Hazard  and  Environmental  Risk  Assessment  Chapter  for  Sodium

Fluoride. Case Number 3132.  PC Code 075202. September 25, 2007. Richard Petrie, Agronomist.

- Sodium Fluoride – Incident Report Summary. Case Number 3132.  PC Code 075202. Jonathan Chen, Ph.D. August 3, 2007

US EPA ARCHIVE DOCUMENT

**Appendix D.   Citations Considered to be Part of the Data Base Supporting the Reregistration Decision (Bibliography)**

**1.   MRID Studies**

<u>MRID #</u>          <u>Citation</u>

162945          Wingard, B. (1984) Acute Oral LD50 Study in Rats Using NG-84: Study No. 410-1844. Unpublished study prepared by Toxigenics, Inc. 26 p.

162946          Kreuger, J. (1984). Acute Dermal Toxicity Study in Rabbits Using NG-84at a Dose Level of 2 Grams per Kilogram of Body Weight: Study No. 410-1845. Unpublished study prepared by Toxigenics, Inc. 14p.

162947          Mellon, K. (1984). Primary Dermal Irritation Study in Rabbits Using NG-84: Study No. 410-1846. Unpublished study prepared by Toxigenics, Inc. 14 p.

162948          Doyle, G. (1984). Primary Eye Irritation Study in Rabbits Using NG-84: Study No. 410-1847. Unpublished study prepared by Toxigenics, Inc. 16 p.

40866801          Siglin, J. (1988).  Delayed Contact Hypersensitivity Study in Guinea Pigs with Patox-Lite: Final Report: SLS Study No. 3191.8. Unpublished study prepared by Springborn Life Sciences, Inc. 24 p.

40866901          Siglin, J. (1988). Delayed Contact Hypersensitivity Study in Guinea Pigs with Adz-Pad (EPA): Final Report: SLS Study No. 3191.9. Unpublished study prepared by Springborn Life Sciences, Inc. 23 p.

40928201          Naas, D. (1988). Acute Oral Toxicity (LD50) Study in Albino Rats with Copper Naphthenate/Sodium Fluoride Grease: Final Report: Project No. WIL-127001. Unpublished study prepared by WIL Research Laboratories, Inc. 21 p.

40928202          Naas, D. (1988). Acute Dermal Toxicity (LD50) Study in Albino Rabbits with Copper Naphthenate/Sodium Fluoride Grease: Final Report: Project ID WIL-127002. Unpublished study prepared by WIL research Laboratories, Inc. 29p

40928203          Naas, D. (1988). Primary Dermal Irritation Study in Albino Rabbits with Copper Naphthenate/ Sodium Fluoride Grease: Final

US EPA ARCHIVE DOCUMENT

|  | Report: Project IN WIL 127003. Unpublished study prepared by WIL Research Laboratories, Inc. 17 p. |
|---|---|
| 40928204 | Naas, D. (1988). Primary Irritation Study in Albino Rats with Copper Naphthenate/Sodium Fluoride Grease: Final Report: project ID WIL-127004. Unpublished study prepared by Bioassay Systems Corp. 19 p. |
| 40932001 | Goodband , J. (1982). Primary Eye Irritation Test Performed on Osmoplastic: Project No. 11005. Unpublished study prepared by Bioassay Laboratories, Inc. 21 p. |
| 40932002 | Goodband, J. (1982). Acute 14-Day Dermal Range Finding Determination Performed on Osmoplastic, Batch No. C059: Project No. 11005. Unpublished study prepared by Bioassay Systems Corp. 10p. |
| 40932003 | Goodband, J. (1982). Acute Oral $LD_{50}$ Determination Performed on Osmoplastic: Project No. 11005. Unpublished study prepared by Bioassay Systems Corp. 19p. |
| 40932004 | Goodband, J. (1982). Primary Dermal Irritation Test Performed on Osmoplastic: Project No. 11005. Unpublished study prepared by Bioassay Systems Cor. 12 p. |
| 41204001 | Naas, D. (1989).  Primary Eye Irritation Study in Albino Rabbits with Patox II: Project ID WIL-127009. Unpublished |
| 43563101 | Muchow, T. (1994). Product Chemistry Data: Sodium Fluoride. Unpublished study prepared by Osmose Wood Preserving, Inc. 27 p. |
| 43593101 | Campbell, S.; Beavers, J. (1995) Osmose Sodium Fluoride: A Dietary LC50 Study with the Mallard: Lab Project Number: 391-102. Unpublished study prepared by Wildlife International Ltd. 29 p. |
| 43593102 | Campbell, S.; Beavers, J. (1995) Osmose Sodium Fluoride: A Dietary LC50 Study with the Northern Bobwhite: Lab Project Number: 391-101. Unpublished study prepared by Wildlife International Ltd. 31 p. |
| 43611501 | Campbell, S. and J. Beavers.  1995. "Osmose Sodium Fluoride: An Acute Oral Toxicity Study with the Northern Bobwhite":  Lab Project Number:  391/103.  Unpublished study prepared by Wildlife International Ltd. 31p. |

43648201   Collins, M.  1995.  "Osmose Sodium Fluoride CTM—Acute Toxicity to Bluegill Sunfish (*Lepomis macrochirus*) Under Static-Renewal Conditions":  Final Report:  Lab Project Number: 94/9/5477:  1325/0594/6102/100.  Unpublished study prepared by Springborn Labs, Inc. 65p.

43648201   Collins, M.  1995.  "Osmose Sodium Fluoride CTM—Acute Toxicity to Bluegill sunfish (*Lepomis macrochirus*) Under Static-Renewal Conditions":  Final Report:  Lab Project Number: 94/9/5477:  1325/0594/6102/100.  Unpublished study prepared by Springborn Labs, Inc.  65p.

43648202   Collins, M.  1995.  "Osmose Sodium Fluoride CTM—Acute Toxicity to Rainbow Trout (*Oncorhynchus mykiss*) Under Static-Renewal Conditions":  Final Report:  Lab Project Number: 94/10/5489:  1325/0594/6101/103.  Unpublished study prepared by Springborn Labs, Inc. 64p

43648202   Collins, M.  1995.  "Osmose Sodium Fluoride CTM—Acute Toxicity to Rainbow Trout (*Oncorhynchus mykiss*) Under Static-Renewal Conditions":  Final Report:  Lab Project Number: 94/9/5477:  1325/0594/6102/100.  Unpublished study prepared by Springborn Labs, Inc. 65p.

43648203   Collins, M. (1995) Osmose Sodium Fluoride CTM--Acute Toxicity to Daphnids (Daphnia magna) Under Static Conditions: Final Report: Lab Project Number: 94/9/5480: 1325/0594/6103/110. Unpublished study prepared by Springborn Labs, Inc. 64 p.

43778501   Wnorowski G. (1995). Acute Oral Toxicity Defined LD50 (in Rats): Composite NaF: Lab Project Number: 3719:P320. Unpublished study prepared by Product Safety Labs. 28 p.

43778502   Wnorowski G. (1995). Acute Dermal Toxicity Limit test (in Rats): Composite NaF: Lab Project Number: 3722:P322. Unpublished study prepared by Product Safety Labs. 15 p.

43778503   Wnorowski, G. (1995). Acute Inhalation Toxicity Defined LC50 (in Rats): Composite NaF: Lab project Number: 3724:P330. Unpublished study prepared by Product Safety Labs. 42p.

43778504                Wnorowski, G. (1995). Primary Eye Irritation (in Rabbits):
                        Composite NaF: Lab project Number: 3720:P324. Unpublished
                        study prepared by product Safety Labs. 26 p.

43778505                Wnorowski, G. (1995). Primary Skin Irritation (in Rabbits):
                        Composite NaF: Lab Project Number: 3721: P326. Unpublished
                        study prepared by Product Safety Labs. 16 p.

43778506                Wnorowski, G. (1995). Dermal Sensitization Test-Buehler Method
                        (in Guinea Pigs): Composite NaF: Lab Project Number: 3723:
                        P328. Unpublished study prepared by Product Safety Labs. 24 p.

**Open Literature**

Citation

Aardema MJ, et al.  (1989). Sodium Fluoride-Induced Chromosome Aberrations in
        Different Stages of the Cell Cycle: A Proposed Mechanism.  Mutation Research
        223:191-203.

Abukurah AR, Moser AM Jr, Baird CL, et al. 1972. Acute sodium fluoride poisoning.
        JAMA 222:816- 817.

Agency for Toxic Substances and Disease Registry (ATSDR), 2003. Toxicological
        Profile for Fluoride, Hydrogen Fluoride, and Fluorine. U.S. Dept. of Health and
        Human Services.  Public Health Service.

Albanese.  (1987). Sodium Fluoride and Chromosome Damage (In Vitro Human
        Lymphocyte and In Vivo Micronucleus Assays).  Mutagenesis 2:497-499.

Araibi et al. (1989). The Effect of High Fluoride on the Reproductive Performance of the
        Male Rat. J. Biol. Sc. Res. 20:19-20.

Bates et al. (1994). Final report on the developmental toxicity of sodium fluoride (Cas
        No. 7681-49-4) in Sprague-Dawley rats. RTI, RTP NC, for NTP (PB95-110193).

Bernstein DS, Sadowsky N, Hegsted DM, et al. 1966. Prevalence of osteoporosis in high-
        and low fluoride areas in North Dakota. JAMA 198(5):85-90.

Bohatyrewicz, A. (1999). Effects of Fluoride on Mechanical Properties of Femoral Bone
        in Growing Rats. Fluoride 32:47-54.

Camarasa JG, Serra-Baldrich E, Lluch M, et al. 1993. Contact urticaria from sodium
        fluoride. Contact Dermatitis 28(5):294.

Caspary, W. et al. (1987). Mutagenic Activity of Fluorides in Mouse Lymphoma Cells.
        Mutation Res 187:165-180

Chinoy and Patel. (2001). Effects of Sodium Fluoride and Aluminum Chloride on Ovary and Uterus of Mice and Their Reversal by Some Antidotes. Fluoride 1:9-20.

Collins, T et al. (1995). Developmental Toxicity of Sodium Fluoride in Rats. Fd Chem Toxicol 33:951-960.

Collins, T et al. (2001). Developmental Toxicity of Sodium Fluoride Measured During Multiple Generations. Fd Chem Toxicol 39:867-876.

Collins, T et al. (2001). Multigenerational Evaluation of Sodium Fluoride in Rats. Food and Chemical Toxicology 39.6:601-13.

De Lopez O et al. (1976). Plasma Fluoride Concentrations in Rats Acutely Poisoned with Sodium Fluoride. Toxicology and Applied Pharmacology 37:75-83.

Dreisbach, R.H. 1987. Handbook of Poisoning. 12th ed. Norwalk, CT: Appleton and Lange, p. 217 Cited in Hazardous Substances Data Bank (HSDB) 2007-06-04 Update.

Elbetieha, A et al. (2000). Fertility Effects of Sodium Fluoride in Male Mice. Fluoride 33:128-134.

E. M. Michalenko et al., AWPA, Volume 89, 1993, pp22-50.

Erickson JD. 1978. Mortality in selected cities with fluoridated and non-fluoridated water supplies. N. Eng J Med 298:1112-1116.

Essman et al. (1981). Histaminergic Mediation of the Response of Rat Skin to Topical Fluorides. Arch Dermatol Res 21:325-340

Freni SC, Gaylor DW. 1992. International trends in the incidence of bone cancer are not related to drinking water fluoridation. Cancer 70(3):611-618.

Gelberg KH, Fitzgerald EF, Hwang S-A, et al. 1995. Fluoride exposure and childhood osteosarcoma: A case-control study. Am J Pub Health 85(12):1678-1680.

Gocke et al. (1981). Mutagenicity of Cosmetics Ingredients Licensed by the European Communities. Mutation Research 90.2:91-109.

Gosselin RE, Smith RP, Hodge HC. 1984. Clinical toxicology of commercial products. 5th ed. Baltimore, MD: Williams & Wilkens, 112, 185-193.

Hagan TL, Pasternack M, Scholz GC. 1954. Waterborne fluorides and mortality. Public Health Rep. 69:450-454.

Hall et al. (1977). Kinetic Model of Fluoride Metabolism in the Rabbit. Environmental Research 13:285-302.

Haworth et al. (1983). Salmonella Mutagenicity Test Results for 250 Chemicals. Env. Mutagenesis Supplement 1:3-142.

Hayes WJ Jr. 1975. Ingestion of sodium fluoride as roach powder caused 47 deaths in 260 cases in U.S.A. In: Toxicology of pesticides. Baltimore, MD: Williams & Wilkins, 323.

Heasman MA, Martin AE. 1962. Mortality in areas containing natural fluoride in their water supplies. Mon Bull Minist Health Public Health Lab Serv 21:150-173. Hoover et al. 1976.

Heindel, J. et al. (1996). Developmental Toxicity Evaluation of Sodium Fluoride Administered to Rats and Rabbits in Drinking Water. Fund Applied Toxicol 30:162-177.

Heindel, J. et al. (1996). Developmental Toxicity Evaluation of Sodium Fluoride Administered to Rats and Rabbits in Drinking Water. Fund Applied Toxicol 30:162-177.

Hoover RN, McKay FW, Fraumeni JF Jr. 1976. Fluoridated drinking water and the occurrence of cancer. J Natl Cancer Inst 57(4):757-768.

Jansen I, Thomson HM. 1974. Heart deaths and fluoridation. Fluoride 7:52-57.

Khalil A, Da'Dara A. (1994). The Genotoxic and Cytotoxic Activities of Inorganic Fluoride in Cultured Rat Bone Marrow Cells. Arch Environ Contam Toxicol 26:60-63.

Khalil. (1995). Chromosome Aberrations in Cultured Rat Bone Marrow Cells Treated with Inorganic Fluorides. Mutation Research 343:67-74.

Leone NC, Leatherwood EC, Petrie IM, et al. 1964. Effect of fluoride on thyroid gland: Clinical study. J Am Dental Assoc 69:179-180.

Li Y, et al. (1987). Genotoxic Effects of Fluoride Evaluated by Sister-Chromatid Exchange. Mutation Res 192:191-201.

Li, Dunipace, and Stookey. (1987). Effect of Fluoride on the Mouse Sperm Morphology Test. J. Dent. Res. 66:1509-1511.

Li, Y., Dunipace, A., Stookey, G. (1987). Absence of Mutagenic and Antimutagenic Activities of Fluoride in Ames Salmonella Assays. Mutation Res 190:229-236.

US EPA ARCHIVE DOCUMENT

Lim et al. (1978). LD50 of SnF$_2$, NaF, and Na$_2$PO$_3$ in the Mouse Compared to the Rat. Caries Res. 12:177-179.

Luoma H. 1980. Fluoride and magnesium, two ions in the prevention of calcium salt imbalance, including caries prevention, in man and animals. Proc Finn Dent Soc 76:73-81.

Mahoney MC, Nasca PC, Burnett WS, et al. 1991. Bone cancer incidence rates in New York State: Time trends and fluoridated drinking water. Am J Public Health 81(4):475-479.

Martin, G. et al. (1979). Lack of Cytogenic Effects in Mice or Mutations in Salmonella Receiving Sodium Fluoride. Mutation Res 66:159-167.

Maurer et al. (1990). Two-Year Carcinogenicity Study of Sodium Fluoride in Rats. J. Natl. Cancer Inst. 82:1118-1126.

McGuire SM, Vanable ED, McGuire JA, et al. 1991. Is there a link between fluoridated water and osteosarcoma? J Am Dent Assoc 122:38-45. NAS, 2006.

Messer et al. Influence of Fluoride Intake on Reproduction in Mice. J. Nutr. 103:1319-1326.

Mohamed and Chandler.  (1982). Cytological Effects of Sodium Fluoride on Mice.  Dept. of Biology and School of Medicine, University of Kansas City, Missouri. Presented at the 12th I.S.F.R. Conference.

Mullenix et al. (1995). Neurotoxicity of Sodium Fluoride in Rats. Neurotoxicology and Teratology 17:169-177.

National Academy of Science (NAS). 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. The National Academies Press. United States.

NTP. 1990. NTP technical report on the toxicology and carcinogenesis studies of sodium fluoride in F344/N Rats and B6C3F1 mice (drinking water studies). Washington, DC: Department of Health, Education, and Welfare, National Toxicology Program. NTP TR 393, NIH publication no. 90-2848.

Oberly et al. (1990). An Evaluation of the CHO/HGPRT Mutation Assay Involving Suspension Cultures and Soft Agar Cloning: Results for 33 Chemicals. Environmental and Molecular Mutagenesis 16:260-271.

Pati and Bhunya.  (1987). Genotoxic effect of an environmental pollutant, sodium fluoride, in mammalian in vivo test system.  Carylogia 40:79-87.

Paul, V. et al. (1998). Effects of Sodium Fluoride on Locomotor Behavior and a Few Biochemical Parameters in rats. Environmental Toxicol and Pharmacol 6:187-191.

Pillai et al. (1987). Acute Toxicity of Fluoride to Mice. Fluoride 20.2:68-70.

Pillai et al. (1988). Effect of Subacute Dosage of Fluoride on Male Mice. Toxicology Letters 44:21-29.

Ream et al. (1983). Bone Morphology of Weaning Rats from Dams Subjected to Fluoride. Cell Tissue Res 233:689-691.

Rogot E, Sherrett AR, Feinleib M, et al. 1978. Trends in urban mortality in relation to fluoridation status. Am J Epidemiol 107:104-112.

Shahshi et al. (1994). Effect of Long-term Administration of Fluoride on Levels of Protein, Free Amino Acids and RNA in Rabbit Brain. Fluoride 27.3:155-159.

Shivarajashankara et al. (2002). Histological Changes in the Brain of Young Fluoride-Intoxicated Rats. Fluoride 35:12-21.

Skare J et al. (1986). Lack of DNA-Strand Breaks in rat Testicular Cells after In Vivo Treatment with Sodium Fluoride. Mutation Res 170:85-92.

Taves DR. 1977. Fluoridation and cancer mortality. In: Origins of human cancer: Book A: Incidence of cancer in humans. Cold Spring Harbor Conferences on Cell Proliferation 4:357-366.

Taves DR. 1978. Fluoridation and mortality due to heart disease. Nature 272:361-362.

Tong et al. (1988). The Lack of Genotoxicity of Sodium Fluoride in a Battery of Cellular Tests. Cell Biology and Toxicology 4.2:173-186.

Toxicology and Carcinogenesis Studies of Sodium Fluoride (CAS No. 7681-49-4) in F344/N Rats and B6C3F1 Mice (Drinking Water Studies). National Toxicology Program, Technical Report Series No. 393, NIH Publication No. 91-2848, December 1990, Pgs. 1-477.

Trabelsi, M et al. (2001). Effect of Fluoride on Thyroid Function and Cerebellar Development in Mice. Fluoride 34: 165-173.

Tsutsui T, et al.  (1984). Sodium Fluoride-Induced Morphological and Neoplastic Transformation, Chromosome Aberrations, Sister Chromatid Exchanges, and Unscheduled DNA Synthesis in Cultured Syrian Hamster Embryo Cells.  Cancer Research 44.3:938-941.

Tsutsui, T., N. Suzuki, et al. (1984). Cytotoxicity, Chromosome Aberrations and Unscheduled DNA Synthesis in Cultured Human Diploid Fibroblasts Induced by Sodium Fluoride. Mutation Research 139:193-198.

Turner et al. (1995). Fluoride Reduced Bone Strength in Older Rats. J. Dent Res. 74:1475-1481.

Varner, J.A. et al. (1998). Chronic Administration of Aluminum-Fluoride and Sodium Fluoride to Rats in Drinking Water: Alterations in Neuronal and Cerebrovascular Integrity. Brain Research 784:284-298.

Water and Wastewater Calculations Manual by Shundarin Lin, McGraw Hill, 2001, pp 461-463.

Zeiger et al. (1994). Cytogenetic Studies of Sodium Fluoride in Mice. Mutagenesis 9:467-471.

## 2. Website References

<u>Citation</u>

Committee on Fluoride in Drinking Water, National Research Council. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. The National Academies Press. Last accessed on July 30, 2007.
http://www.nap.edu/catalog.php?record_id=11571#toc

## 3. Other Supporting Documents

<u>Citation</u>

Handbook of Physics and Chemistry, 74th Edition

Hawley's Condensed Chemical Dictionary, 13th Edition, Editor: Richard Lewis, Sr; John Wiley Publishers)

Merck Index, 12 Edition.

Personal communication with Bob Butera, Osmose (716-319-3269) and Tim Leighton, USEPA/OPP/AD (703-305-7435) on April 1, 2004.

USEPA. 2007. Toxicological endpoint selection memorandum.

US EPA ARCHIVE DOCUMENT

**Appendix E. Generic Data Call-In**

The Agency intends to issue a Generic Data Call-In at a later date.  See Chapter V of the sodium fluoride RED for a list of studies that the Agency plans to require.

**Appendix F. Product Specific Data Call-In**

The Agency intends to issue a Product Specific Data Call-In for sodium fluoride at a later date.

US EPA ARCHIVE DOCUMENT

Pls' Ex. 31

**Appendix G.  Batching of sodium fluoride Products for Meeting Acute Toxicity Data Requirements for Reregistration.**

The Agency intends to add at a later date.

US EPA ARCHIVE DOCUMENT

Pls' Ex. 31

**Appendix H.  List of All Registrants Sent the Data Call-In**

The Agency intends to add at a later date.

US EPA ARCHIVE DOCUMENT

**Appendix I.     List of Available Related Documents and Electronically Available Forms**

Pesticide Registration Forms are available at the following EPA internet site:
http://www.epa.gov/opprd001/forms/     .

Pesticide Registration Forms (These forms are in PDF format and require the Acrobat reader)

Instructions

1.     Print out and complete the forms.  (Note: Form numbers that are bolded can be filled out on your computer then printed.)

2.     The completed form(s) should be submitted in hardcopy in accord with the existing policy.

3.     Mail the forms, along with any additional documents necessary to comply with EPA regulations covering your request, to the address below for the Document Processing Desk.

        DO NOT fax or e-mail any form containing 'Confidential Business Information' or 'Sensitive Information.'

If you have any problems accessing these forms, please contact Nicole Williams at (703) 308-5551 or by e-mail at williams.nicole@epamail.epa.gov.

        The following Agency Pesticide Registration Forms are currently available via the internet at the following locations:

| | | |
|---|---|---|
| 8570-1 | Application for Pesticide Registration/Amendment | http://www.epa.gov/opprd001/forms/8570-1.pdf |
| 8570-4 | Confidential Statement of Formula | http://www.epa.gov/opprd001/forms/8570-4.pdf |
| 8570-5 | Notice of Supplemental Registration of Distribution of a Registered Pesticide Product | http://www.epa.gov/opprd001/forms/8570-5.pdf |
| 8570-17 | Application for an Experimental Use Permit | http://www.epa.gov/opprd001/forms/8570-17.pdf |
| 8570-25 | Application for/Notification of State Registration of a Pesticide To Meet a Special Local Need | http://www.epa.gov/opprd001/forms/8570-25.pdf |
| 8570-27 | Formulator's Exemption Statement | http://www.epa.gov/opprd001/forms/8570-27.pdf |
| 8570-28 | Certification of Compliance with Data Gap Procedures | http://www.epa.gov/opprd001/forms/8570-28.pdf |
| 8570-30 | Pesticide Registration Maintenance Fee Filing | http://www.epa.gov/opprd001/forms/8570-30.pdf |
| 8570-32 | Certification of Attempt to Enter into an Agreement with other Registrants for Development of Data | http://www.epa.gov/opprd001/forms/8570-32.pdf |
| 8570-34 | Certification with Respect to Citations of Data (in PR Notice 98-5) | http://www.epa.gov/opppmsd1/PR_Notices/pr98-5.pdf |
| 8570-35 | Data Matrix  (in PR Notice 98-5) | http://www.epa.gov/opppmsd1/PR_Notices/pr98-5.pdf |
| 8570-36 | Summary of the Physical/Chemical Properties  (in PR Notice 98-1) | http://www.epa.gov/opppmsd1/PR_Notices/pr98-1.pdf |
| 8570-37 | Self-Certification Statement for the Physical/Chemical Properties  (in PR Notice 98-1) | http://www.epa.gov/opppmsd1/PR_Notices/pr98-1.pdf |

US EPA ARCHIVE DOCUMENT

**Pesticide Registration Kit**
www.epa.gov/pesticides/registrationkit/.

Dear Registrant:

For your convenience, we have assembled an online registration kit that contains the following pertinent forms and information needed to register a pesticide product with the U.S. Environmental Protection Agency's Office of Pesticide Programs (OPP):

1.  The Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) and the Federal Food, Drug and Cosmetic Act (FFDCA) as Amended by the Food Quality Protection Act (FQPA) of 1996.

2.  Pesticide Registration (PR) Notices

    a.  83-3 Label Improvement Program—Storage and Disposal Statements

    b.  84-1 Clarification of Label Improvement Program

    c.  86-5 Standard Format for Data Submitted under FIFRA

    d.  87-1 Label Improvement Program for Pesticides Applied through Irrigation Systems (Chemigation)

    e.  87-6 Inert Ingredients in Pesticide Products Policy Statement

    f.  90-1 Inert Ingredients in Pesticide Products; Revised Policy Statement

    g.  95-2 Notifications, Non-notifications, and Minor Formulation Amendments

    h.  98-1 Self Certification of Product Chemistry Data with Attachments  (This document is in PDF format and requires the Acrobat reader.)

    Other PR Notices can be found at http://www.epa.gov/opppmsd1/PR_Notices.

3.  Pesticide Product Registration Application Forms (These forms are in PDF format and will require the Acrobat reader.)

    a.  EPA Form No. 8570-1, Application for Pesticide Registration/Amendment

    b.  EPA Form No. 8570-4, Confidential Statement of Formula

    c.  EPA Form No. 8570-27, Formulator's Exemption Statement

    d.  EPA Form No. 8570-34, Certification with Respect to Citations of Data

    e.  EPA Form No. 8570-35, Data Matrix

US EPA ARCHIVE DOCUMENT

4.      General Pesticide Information (Some of these forms are in PDF format and will require the Acrobat reader.)

  a.      Registration Division Personnel Contact List

  b.      Biopesticides and Pollution Prevention Division (BPPD) Contacts

  c.      Antimicrobials Division Organizational Structure/Contact List

  d.      53 F.R.  15952, Pesticide Registration Procedures; Pesticide Data Requirements (PDF format)

  e.      40 CFR Part 156, Labeling Requirements for Pesticides and Devices (PDF format)

  f.      40 CFR Part 158, Data Requirements for Registration (PDF format)

  g.      50 F.R.  48833, Disclosure of Reviews of Pesticide Data (November 27, 1985)

Before submitting your application for registration, you may wish to consult some additional sources of information.  These include:

1.      The Office of Pesticide Programs' Web Site

2.      The booklet "General Information on Applying for Registration of Pesticides in the United States", PB92-221811, available through the National Technical Information Service (NTIS) at the following address:

        National Technical Information Service (NTIS)
        5285 Port Royal Road
        Springfield, VA 22161

The telephone number for NTIS is (703) 605-6000.  Please note that EPA is currently in the process of updating this booklet to reflect the changes in the registration program resulting from the passage of the FQPA and the reorganization of the Office of Pesticide Programs.  We anticipate that this publication will become available during the Fall of 1998.

3.      The National Pesticide Information Retrieval System (NPIRS) of Purdue University's Center for Environmental and Regulatory Information Systems.  This service does charge a fee for subscriptions and custom searches.  You can contact NPIRS by telephone at (765) 494-6614 or through their Web site.

4.      The National Pesticide Telecommunications Network (NPTN) can provide information on active ingredients, uses, toxicology, and chemistry of pesticides.  You can contact NPTN by telephone at (800) 858-7378 or through their Web site: http://npic.orst.edu .