An official website of the United States government.

We've made some changes to EPA.gov. If the information you are looking for is not here, you may be able to find it on the EPA Web Archive or the January 19, 2017 Web Snapshot.

Close



# About Risk Assessment

- Learn about Risk Assessment
- History of Risk at EPA
- Getting Help

## Learn about Risk Assessment

Commonly asked questions and answers about risk assessment are listed below, if you have other questions please use the contact us form for assistance.

> *EPA considers risk to be the chance of harmful effects to human health or to ecological systems*

While there are many definitions of the word risk, EPA considers risk to be the chance of harmful effects to human health or to ecological systems resulting from exposure to an environmental stressor.

A stressor is any physical, chemical, or biological entity that can induce an adverse response. Stressors may adversely affect specific natural resources or entire ecosystems, including plants and animals, as well as the environment with which they interact.

## Risk Assessment Basics

EPA uses risk assessments to characterize the nature and magnitude of health risks to humans (e.g., residents, workers, recreational visitors) and ecological receptors (e.g., birds, fish, wildlife) from chemical contaminants and other stressors, that may be present in the environment.

https://www.epa.gov/risk/about-risk-assessment

Pls' Ex. 36

**Plaintiffs' Exhibit**
**036**
Food & Water v. EPA
3:17-cv-02162-EMC

> **Risk assessment is**, to the highest extent possible, **a scientific process.**
>
> In general terms, risk depends on the following 3 factors:
>
> 1. **How much of a chemical is present** in an environmental medium (e.g., soil, water, air),
> 2. **How much contact (exposure)** a person or ecological receptor has with the contaminated environmental medium, and
> 3. The inherent **toxicity of the chemical**.

At EPA, environmental risk assessments typically fall into one of two areas:

- Human Health
- Ecological

Following a planning and scoping stage where the purpose and scope of a risk assessment is decided, the risk assessment process usually begins by collecting measurements that characterize the nature and extent of chemical contamination in the environment, as well as information needed to predict how the contaminants behave in the future. Here are some useful links to get started:

- Conducting a human health risk assessment
- Conducting an ecological risk assessment

Based on this, the risk assessor evaluates the frequency and magnitude of human and ecological exposures that may occur as a consequence of contact with the contaminated medium, both now and in the future.

This evaluation of exposure is then combined with information on the inherent toxicity of the chemical (that is, the expected response to a given level of exposure) to predict the probability, nature, and magnitude of the adverse health effects that may occur. In the ideal world, all risk assessments would be based on a very strong knowledge base (i.e., reliable and complete data on the nature and extent of contamination, fate and transport processes, the magnitude and frequency of human and ecological exposure, and the inherent toxicity of all of the chemicals). However, in real life, information is usually limited on one or more of these key data needed for risk assessment calculations. This means that risk assessors often have to make estimates and use judgment when performing risk calculations, and consequently all risk estimates are uncertain to some degree. For this reason, a key part of all good risk assessments is a fair and open presentation of the uncertainties in the calculations and a characterization of how reliable (or how unreliable) the resulting risk estimates really are.

Risk managers then use this information to help them decide how to protect humans and the environment from stressors or contaminants. Note that "risk managers" can be federal or state officials whose job it is to protect the environment, business leaders who work at companies that can impact the environment, or private citizens who are making decisions regarding risk.

Developing a risk assessment is often an iterative process, which involves

researchers identifying and filling data gaps in order to develop a more refined assessment of the risk. This in turn may influence the need for risk assessors and risk managers to refine the scope of the risk assessment further triggering the need for more data or new assumptions.

## Getting Involved

- A Community Guide To Superfund Risk Assessment--What It's All About And How You Can Help
- Superfund Today: Focus on Revisions to Superfund's Risk Assessment Guidance (1999) (2 pp, 50 K, About PDF)
- Risk-Screening Environmental Indicators (RSEI) Model

## Risk Assessment Terminology

Most risk assessment terminology can be found in the Risk Assessment Glossary, but below we include the meaning behind "variability","uncertainty", and "probabilistic modeling." For these, consideration must be given to two important factors throughout the development of a risk assessment: variability and uncertainty.

**Variability** - Refers to the range of toxic response or exposure. For example, the dose that might cause a toxic response can vary from one person to the next depending on factors such as genetic differences, preexisting medical conditions, etc. Exposure may vary from one person to the next depending on factors such as where one works, time spent indoors or out, where one lives, how much people eat or drink, etc.

**Uncertainty** - Refers to our inability to know for sure - it is often due to incomplete data. For example, when assessing the potential for risks to people, toxicology studies generally involve dosing of sexually mature test animals such as rats as a surrogate for humans. Since we don't really know how differently humans and rats respond, EPA often employs the use of an uncertainty factor to account for possible differences. Additional consideration may also be made if there is some reason to believe that the very young are more susceptible than adults, or if key toxicology studies are not available.

**Probabilistic Modeling**, a related term, is a technique that utilizes the entire range of input data to develop a probability distribution of exposure or risk rather than a single point value. The input data can be measured values and/or estimated distributions. Values for these input parameters are sampled thousands of times through a modeling or simulation process to develop a distribution of likely exposure or risk. Probabilistic models can be used to evaluate the impact of variability and uncertainty in the various input parameters, such as environmental exposure levels, fate and transport processes, etc.

## Peer Review

Peer review is a documented critical review of a scientific/technical work product conducted by scientific experts who are independent of those who produced the product. Peer review can provide an independent evaluation of the assumptions,

calculations, extrapolations, alternate interpretations, methodology, acceptance criteria, and conclusions pertaining to the scientific/technical work product.

- Products and Publications Related to Scientific Coordination Produced by the Office of the Science Advisor (OSA)
- Frequent Questions about Peer Review
- Peer Review Handbook, 4th Edition, 2015
- Peer Review Agenda

When evaluating the scientific rigor of our risk assessments, EPA utilizes both standing federal advisory groups of experts such as the Science Advisory Board (SAB) and the FIFRA Scientific Advisory Panel, as well as ad hoc panels to provide peer review. EPA will occasionally seek peer review from outside expert groups such as the National Academy of Science (NAS)   EXIT   for highly complex and/or critical scientific topics.

LAST UPDATED ON JUNE 5, 2019