1/28/2020  Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups | EPA ExpoBox (A ...

Case 3:17-cv-02162-EMC   Document 429-21   Filed 03/14/24   Page 1 of 11

An official website of the United States government.

We've made some changes to EPA.gov. If the information you are looking for is not here, you may be able to find it on the EPA Web Archive or the January 19, 2017 Web Snapshot.

Close



# Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups

Overview

References

## Overview

- Factors Affecting Susceptibility
- Extrinsic Population Factors Affecting Exposure



EPA's *Guidelines for Exposure Assessment* (U.S. EPA, 1992) suggest that it is often helpful for risk assessors to characterize and quantify the magnitude of risk for specific highly exposed, highly sensitive, or highly susceptible subgroups within the larger population. Considering vulnerability and susceptibility in an assessment is critical to protect those populations at greatest risk when making risk management decisions. Incorporating measures of population vulnerability (differential exposures), including racial, social, and cultural aspects, in developing and implementing environmental laws, regulations, and policies is an important goal of EPA's Environmental Justice program.

An individual's lifestage might affect his or her susceptibility to chemicals or pollutants (see Lifestages module). Different population groups might also experience varying susceptibilities, and there are intrinsic and extrinsic (or acquired) factors that affect an individual's or population's susceptibility to pollutants.

### Factors Affecting Susceptibility

| Intrinsic Factors (Biological) | Extrinsic Factors (Exposure-... |
|---|---|

Plaintiffs' Exhibit

039

Food & Water v. EPA
3:17-cv-02162-EMC

Pls' Ex. 39

Case 3:17-cv-02162-EMC    Document 429-21    Filed 03/14/24    Page 2 of 11

| Intrinsic Factors (Biological) | Extrinsic Factors (Exposure-Related) |
|---|---|
| <ul><li>Age and lifestage</li><li>Gender</li><li>Race/ethnicity</li><li>Genetic polymorphisms</li></ul> | <ul><li>Disease status</li><li>Socioeconomic status</li><li>Nutrition status</li><li>Geographic proximity</li><li>Lifestyle</li></ul> |

Intrinsic, or biological, susceptibility factors include age, lifestage, gender, race/ethnicity, and genetic polymorphisms. These biological factors cannot be changed. Toxicokinetic differences among individuals that affect how easily a chemical is absorbed, metabolized, and excreted are also important factors. Extrinsic, or exposure-related, factors include socioeconomic status, disease status, nutrition status, geographic proximity to sources of exposure, and various lifestyle choices. In many cases, these factors can be changed. See below for additional discussion of some of these extrinsic factors.

Extrinsic Population Factors Affecting Exposure

| Population Factor | Discussion |
|---|---|
| Disease status | Individuals with pre-existing diseases could be more susceptible to pollutants. For example, an individual with asthma might be more susceptible to air pollutants.<br><br>Pre-existing medical conditions can *directly* influence the underlying processes involved in the response of an individual to a contaminant condition by making an individual less resistant to infection. |

Pls' Ex. 39

Case 3:17-cv-02162-EMC Document 429-21 Filed 03/14/24 Page 3 of 11

| Population Factor | Discussion |
|---|---|
| Socioeconomic status (SES) | Some communities (e.g., low income, minority, indigenous groups) bear greater exposure and disease burdens associated with where they live, work, or play that can increase their risk of adverse health effects from environmental hazards. Some studies have found that location of pollution sources (e.g., high-traffic roadways, industrial site, hazardous waste site) correlates positively with a location's composition of minority, low-income, or indigenous populations (U.S. EPA, 2013). <br><br> Factors such as socioeconomic status (income, level of education, occupation) or lifestyle may have *indirect* effects on environmental exposures and health outcomes. For example, people with low incomes may not have the same access to health care as those in higher socioeconomic groups (U.S. EPA, 2000). |
| Diet/nutrition status | Susceptibility can vary based on diet (e.g., consumption of nutritious food) that can be modified to build the immune system and reduce susceptibility. <br><br> People who consume higher than average amounts of fish and shellfish (e.g., some ethnic and tribal groups) could have higher exposure to contaminants that biomagnify in the aquatic food chain than other population groups. |
| Geographic proximity | Certain population groups can be highly exposed to contaminants because of geographic proximity to the sources of these contaminants. Population groups at risk of high exposure due to geographic proximity could include workers at a facility that is a source of a stressor or residents near such sources. Specific examples might be people living downwind from a coal-burning power plant, those near and using a polluted water body (e.g., for fishing or recreation), or those living or working near roadways with high levels of vehicular traffic (U.S. EPA, 2003). <br><br> Individuals living in housing near major roadways or in buildings in disrepair (e.g., with peeling paint) might have higher exposure to certain types of contaminants (e.g., lead, particulate matter, vehicle exhaust) than individuals in other settings. |

Pls' Ex. 39

Case 3:17-cv-02162-EMC Document 429-21 Filed 03/14/24 Page 4 of 11

| Population Factor | Discussion |
|---|---|
| Lifestyle | Susceptibility can vary based on lifestyle factors (e.g., exercise, smoking, alcohol consumption) that can be modified to build the immune system and reduce susceptibility. |

There are some population groups that are culturally or economically disposed to higher rates of fish ingestion than the general population (e.g., various ethnic, tribal subsistence populations). These population groups are most vulnerable to exposure by intake of contaminated fish from specific locations. Their catch of fish may not be "diluted" by fish from other water bodies. In addition, subsistence fishers might have increased vulnerability given that the fish they catch could be a primary source of food for themselves or for their families.

Examples of other pathways of exposure to consider for ethnic/tribal groups are:

- Ingestion of game;
- Soil ingestion;
- Time spent in sweat lodge;
- Sediment exposure via basketmaking;
- Mercury-containing ethnic medicines;
- Proximity to nuclear waste; and/or
- Proximity to mines and associated waste/tailings.

EPA works with partners in tribal governments to strengthen and implement public health and environmental protection programs and reduce exposures to these tribal communities. EPA also promotes the exchange of ideas to work effectively with tribal governments. See EPA's American Indian Environmental Office Tribal Portal for additional information.

There are a number of tools that can be used to assess differences in exposures for highly exposed or susceptible population groups (see below). These include tools for tribal populations as wells as other populations that may experience greater exposure with environmental contaminants due to racial or cultural factors, geographic area, unique activity patterns, preferences, behaviors, and various sociodemographic characteristics. Additional tools related to exposure media and routes of exposure that are relevant to specific population groups are described in the Media and Routes Tool Sets of EPA ExpoBox.

| Tool Type | Tools | Description |
|---|---|---|

Pls' Ex. 39

1/28/2020 Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups | EPA ExpoBox (A …

Case 3:17-cv-02162-EMC   Document 429-21   Filed 03/14/24   Page 5 of 11

| | | |
|---|---|---|
| | Confederated Tribes of the Umatilla Indian Reservation. (2004). Exposure Scenario for Confederated Tribes of the Umatilla Indian Reservation (CTUIR) Traditional Subsistence Lifeways EXIT | This report presents updated exposure factors for the CTUIR exposure scenario, which reflects a traditional cultural subsistence lifestyle. |
| | Harper, B; Ranco, D. (2009). Wabanaki Traditional Cultural Lifeways Exposure Scenario | This document presents an exposure scenario of the environmental contact, diet, and exposure pathways present in traditional cultural lifeways in Maine. These traditional uses are described as a single best representation of subsistence-traditional lifeways. This project report is intended to reflect the lifeways of people fully using natural resources and pursuing traditional cultural lifeways. |
| | Health Canada. Environmental and Workplace Health: Vulnerable Populations EXIT | This resource provides links to information and regulatory initiatives surrounding environmental contaminant exposure by children and pregnant women, aboriginals, and older adults. |
| | National Environmental Justice Advisory Council (NEJAC). (2004). Ensuring Risk Reduction in Communities with Multiple Stressors: Environmental Justice and Cumulative Risks/Impacts | This document provides NEJAC's recommendations on short-term and long-term actions EPA should take to implement the concepts contained in its Framework for Cumulative Risk Assessment to ensure environmental justice for all communities and tribes. |
| | National Tribal Toxics Council. (2015). Understanding Tribal Exposures to Toxics EXIT | This document describes a process for identifying and evaluating Tribal exposures to toxic chemicals in risk assessment. |

Pls' Ex. 39

1/28/2020 Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups | EPA ExpoBox (A …

Case 3:17-cv-02162-EMC Document 429-21 Filed 03/14/24 Page 6 of 11

| | | |
|---|---|---|
| ![d] | State of Wisconsin Department of Administration; Division of Energy. (2005). Population-Based Methylmercury Exposure Assessment EXIT | This study was designed to evaluate fish consumption patterns and mercury body burdens among a representative cross section of Wisconsin's adult population. Subpopulations in Wisconsin that consume fish several times a week and populations that had elevated mercury body burdens are identified and compare current mercury body burdens among Wisconsin residents to national exposure data from CDC's NHANES study are compared. Hair mercury and fish consumption data from this study provide a baseline for future mercury exposure assessments. |
| ![d] | U.S. Department of Labor, Bureau of Labor Statistics (BLS). American Time Use Survey | The American Time Use Survey measures the amount of time people spend doing various activities, such as paid work, childcare, volunteering, and socializing. |
| ![d][i] | U.S. EPA. Advisories and Technical Resources for Fish and Shellfish Consumption | This website provides links to technical information related to fish advisories, including reports and chemical fact sheets, and national guidance, and contact information for federal, state, and tribal fish advisory programs. |
| ![d] | U.S. EPA. Analysis and Products from NHEXAS; National Human Exposure Assessment Survey | This website provides links to NHEXAS work products. |

Pls' Ex. 39

| | U.S. EPA. (2001). Asian American & Pacific Islander Initiative Outreach Strategy | This document provides information on outreach activities to Asian American and Pacific Islander populations. Topics covered include seafood consumption, mercury action plan, environmental justice, pesticide hazards, and dry cleaners. |
|---|---|---|
| | U.S. EPA. Community-Focused Exposure and Risk Screening Tool (C-FERST) | EPA developed C-FERST as a "one-stop-shop community mapping and assessment tool" that assessors can use when conducting multimedia community assessments. The tool is a web-based geographic information system (GIS) and information resource to be used to characterize cumulative risk from chemical and non-chemical stressors and identify communities affected by these stressors. C-FERST was developed to help assess disproportionate impacts in communities and serve as a tool in environmental justice efforts. |
| | U.S. EPA. (2006). Consulting With Indian Tribal Governments at Superfund Sites: A Beginner's Booklet | This document provides the basics of government-to-government consultation with Indian tribal governments within the context of Superfund. |
| | U.S. EPA. Environmental Justice Screening and Mapping (EJSCREEN) Tool | This website provides access to the EJView mapping tool that allows users to create maps and generate detailed reports based on user-defined geographic areas and data sets. EJView includes demographic, health, environmental and facility-level data that may affect public and environmental health within a community or region. |

EXIT

1/28/2020     Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups | EPA ExpoBox (A …

Case 3:17-cv-02162-EMC    Document 429-21    Filed 03/14/24    Page 8 of 11

| | U.S. EPA. Environmental Justice website | This EPA website provides links and information related to environmental justice issues, including information links for EPA-funded environmental justice projects and the National Environmental Justice Advisory Council (NEJAC). Also available is a link to EJSCREEN, EPA's screening and mapping tool for better understanding of environmental and health burdens in communities. |
|---|---|---|
| | U.S. EPA. Environmental Protection in Indian Country | This EPA website provides links to resources relevant to tribes. Topics include environmental programs for federally recognized tribes ; consultation and coordination with tribes; grants for tribes; and laws, regulations and policies that affect tribes. |
| | U.S. EPA. (2016). ExpoFIRST (Exposure Factors Interactive Resource for Scenarios Tool) | ExpoFIRST is a standalone tool that draws from data in the EPA's Exposure Factors Handbook for quick, easy, and flexible development of human exposure scenarios. The tool develops these scenarios based on the selections made by the user in terms of the route of exposure of interest, the media of interest, exposure descriptor, receptor (age groups) and other demographics. |

Pls' Ex. 39

| | U.S. EPA. (2011). Exposure Factors Handbook | The Exposure Factors Handbook summarizes available statistical data on various factors used in assessing human exposure. This Handbook furnishes data on the factors needed to calculate human exposure to environmental agents via food and drinking water consumption, soil ingestion, inhalation rates, dermal factors and activity patterns. Population data for key exposure factors such as food and activities are included in the Handbook. |
|---|---|---|
| | U.S. EPA. (2000). Guidance for Assessing Chemical Contaminant Data for Use in Fish Advisories - Volume 2: Risk Assessment and Fish Consumption Limits | This document provides guidance on the development of risk-based fish meal consumption limits for 25 high-priority target analytes that include organochlorine and organophosphate pesticides, PAHs, PCBs, dioxins/furans, and some metals. |
| | U.S. EPA. (2000). Guidance for Assessing Chemical Contaminant Data for Use in Fish Advisories – Volume 1: Fish Sampling and Analysis | This document provides fish sampling and analysis strategies and procedures. It includes information on selection of target species, selection of target analytes, development of human health screening values, sample collection procedures (e.g., sample processing, sample preservation, and shipping), sample analysis, and data reporting and analysis. |

Pls' Ex. 39

1/28/2020 — Exposure Assessment Tools by Lifestages and Populations – Highly Exposed or Other Susceptible Population Groups | EPA ExpoBox (A …

Case 3:17-cv-02162-EMC   Document 429-21   Filed 03/14/24   Page 10 of 11

| | | |
|---|---|---|
| ℹ️ | U.S. EPA. (2006). Paper on Tribal Issues Related to Tribal Traditional Lifeways, Risk Assessment, and Health & Well Being: Documenting What We've Heard | This report consolidates issues related to risk assessment, health and well-being, and tribal traditional lifeways that have emerged from the various workshops that the National EPA-Tribal Science Council (TSC) has held. |
| ℹ️ | U.S. EPA. (2014). Plan EJ 2014 | This document is a roadmap for integrating environmental justice into the EPA programs, policies, and activities. |
| ℹ️ | U.S. EPA. Region 10 Tribal Programs website | This website provides links to resources for working with tribal governments in in the Pacific Northwest and Alaska. |
| ℹ️ | U.S. EPA. (2000). Report to Congress; EPA Studies on Sensitive Subpopulations and Drinking Water Contaminants | This report summarizes EPA's efforts to identify and characterize sensitive subpopulations that may be at a greater health risk from exposure to drinking water contaminants than the general public. |
| ℹ️ | U.S. EPA. Sociodemographic Data Used for Identifying Potentially Highly Exposed Populations | This document provides guidance to help risk and exposure assessors identify and enumerate populations that may potentially experience greater contact with environmental contaminants due to unique activity patterns, preferences, behaviors and various sociodemographic characteristics. |

Pls' Ex. 39

1/28/2020 Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups | EPA ExpoBox (A …

Case 3:17-cv-02162-EMC   Document 429-21   Filed 03/14/24   Page 11 of 11



United Nations Environmental Programme (UNEP). (2008). Guidance for Identifying Populations At Risk from Mercury Exposure EXIT

This document is intended to inform countries concerned about the potential health impacts of mercury pollution and, if necessary, to assist in identifying specific subpopulations that may be at risk. Approaches that have been used to estimate exposure to mercury, including biomonitoring and methods that use data on fish consumption and mercury levels in fish are described. It also describes various environmental models that can be useful in predicting exposure to mercury. The document also provides an overview of the assessment of mercury exposures for some specific exposure scenarios, including occupational and other "hot spot" exposures.

LAST UPDATED ON NOVEMBER 29, 2017