PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



**United States
Environmental Protection Agency**

EPA Document# EPA-740-R1--8009
October 2019, *DRAFT*
Office of Chemical Safety and
Pollution Prevention

# Draft Risk Evaluation for
# N-Methylpyrrolidone
# (2-Pyrrolidinone, 1-Methyl-)
# (NMP)

# CASRN: 872-50-4



**Plaintiffs' Exhibit**

**049**

Food & Water v. EPA
3:17-cv-02162-EMC

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# TABLE OF CONTENTS

**ACKNOWLEDGEMENTS** ......................................................................................................**14**

**ABBREVIATIONS** .................................................................................................................**15**

**EXECUTIVE SUMMARY** ......................................................................................................**17**

**1   INTRODUCTION** ...............................................................................................................**25**

  1.1   Physical and Chemical Properties ....................................................................................27
  1.2   Uses and Production Volume ...........................................................................................28
    1.2.1   Data and Information Sources ................................................................................ 28
    1.2.2   Toxics Release Inventory Data ............................................................................... 29
  1.3   Regulatory and Assessment History .................................................................................31
  1.4   Scope of the Evaluation....................................................................................................32
    1.4.1   Conditions of Use Included in the Draft Risk Evaluation ...................................... 32
    1.4.2   Conceptual Model .................................................................................................. 41
  1.5   Systematic Review ...........................................................................................................46
    1.5.1   Data and Information Collection ............................................................................ 46
    1.5.2   Data Evaluation ..................................................................................................... 53
    1.5.3   Data Integration ..................................................................................................... 53

**2   EXPOSURES** ....................................................................................................................**54**

  2.1   Fate and Transport...........................................................................................................55
    2.1.1   Fate and Transport Approach and Methodology .................................................... 55
  2.2   Releases to the Environment .............................................................................................58
  2.3   Environmental Exposures .................................................................................................58
    2.3.1   Presence in the Environment and Biota .................................................................. 58
    2.3.2   Aquatic Environmental Exposures ......................................................................... 59
  2.4   Human Exposures ............................................................................................................59
    2.4.1   Occupational Exposures ......................................................................................... 66
      2.4.1.1   Occupational Exposures Approach and Methodology ................................... 66
      2.4.1.2   Occupational Exposure Scenarios ................................................................ 71
        2.4.1.2.1   Manufacturing ...................................................................................... 73
        2.4.1.2.2   Repackaging ......................................................................................... 77
        2.4.1.2.3   Chemical Processing, Excluding Formulation ....................................... 79
        2.4.1.2.4   Incorporation into Formulation, Mixture, or Reaction Product ............. 82
        2.4.1.2.5   Metal Finishing .................................................................................... 86
        2.4.1.2.6   Removal of Paints, Coatings, Adhesives and Sealants .......................... 91
        2.4.1.2.7   Application of Paints, Coatings, Adhesives and Sealants ...................... 94
        2.4.1.2.8   Electronic Parts Manufacturing .......................................................... 100
        2.4.1.2.9   Printing and Writing ........................................................................... 105
        2.4.1.2.10  Soldering ............................................................................................ 108
        2.4.1.2.11  Commercial Automotive Servicing ..................................................... 110
        2.4.1.2.12  Laboratory Use ................................................................................... 114
        2.4.1.2.13  Cleaning ............................................................................................. 117
        2.4.1.2.14  Fertilizer Application .......................................................................... 121
        2.4.1.2.15  Wood Preservatives ............................................................................ 124
        2.4.1.2.16  Recycling and Disposal ...................................................................... 127

Pls' Ex. 49

2.4.1.3    Summary of Occupational Exposure Assessment ........................................ 130
2.4.1.4    Summary of Uncertainties for Occupational Exposure Parameters ........................ 136
2.4.2   Consumer Exposures .................................................................................. 139
2.4.2.1    Consumer Exposures Approach and Methodology ................................ 139
2.4.2.2    Exposure Routes ................................................................................. 141
2.4.2.3    Overview of Models used in Consumer Exposure Estimates ..................... 143
2.4.2.4    Consumer Model Scenario and Input Parameters for Exposure to Specific NMP Uses
            143
2.4.2.5    Consumer Exposure Scenarios ............................................................ 147
2.4.2.6    Key Assumptions and Confidence ....................................................... 159
2.5    Other Exposure Considerations ...................................................................... 163
2.5.1   Potentially Exposed or Susceptible Subpopulations .................................... 163
2.5.2   Aggregate and Sentinel Exposures ........................................................... 163

**3    HAZARDS ................................................................................................................ 164**

3.1    Environmental Hazards ................................................................................... 164
3.1.1   Approach and Methodology ...................................................................... 164
3.1.2   Hazard Identification ................................................................................ 164
3.1.2.1    Toxicity Data for Aquatic Organisms .................................................. 164
3.1.2.2    Concentrations of Concern Calculation ............................................... 166
3.1.2.3    Toxicity to Soil/Sediment and Terrestrial Organisms ............................ 167
3.1.3   Weight of Scientific Evidence ................................................................... 167
3.1.4   Summary of Environmental Hazard .......................................................... 168
3.2    Human Health Hazards ................................................................................... 168
3.2.1   Approach and Methodology ...................................................................... 168
3.2.2   Toxicokinetics ......................................................................................... 170
3.2.3   Hazard Identification ................................................................................ 171
3.2.3.1    Non-Cancer Hazards ......................................................................... 171
3.2.3.2    Genotoxicity and Cancer Hazards ...................................................... 177
3.2.3.2.1    Genotoxicity and Other Mechanistic Data ..................................... 177
3.2.3.2.2    Carcinogenicity ............................................................................ 181
3.2.4   Weight of Scientific Evidence ................................................................... 182
3.2.4.1    Weight of Scientific Evidence for Developmental Toxicity ..................... 183
3.2.4.1    Weight of Scientific Evidence for Reproductive Toxicity ....................... 184
3.2.5   Dose-Response Assessment ...................................................................... 186
3.2.5.1    Selection of Endpoints for Dose-Response Assessment ......................... 189
*3.2.5.2    Dose Metrics Selected* ...................................................................... 195
3.2.5.3    Potentially Exposed and Susceptible Subpopulation ............................. 198
3.2.5.4    Derivation of Candidate Values ......................................................... 198
3.2.5.5    Derivation of Internal Doses .............................................................. 199
3.2.5.6    Points of Departure for Human Health Hazard Endpoints ...................... 202
3.2.6   Summary of Human Health Hazards ......................................................... 207

**4    RISK CHARACTERIZATION .................................................................................. 210**

4.1    Environmental Risk ........................................................................................ 210
4.1.1   Risk Estimation Approach ........................................................................ 210
4.1.2   Assumptions and Key Uncertainties for the Environment ............................ 211
4.2    Human Health Risk ........................................................................................ 212

4.2.1    Risk Estimation Approach ................................................................................ 212
4.2.2    Risk Estimation for Exposures for Occupational Use of NMP ........................... 214
    4.2.2.1    Manufacturing of NMP .................................................................... 216
    4.2.2.2    Repackaging ..................................................................................... 218
    4.2.2.3    Chemical Processing, Excluding Formulation ................................... 220
    4.2.2.4    Incorporation into Formulation, Mixture, or Reaction Product ......... 222
    4.2.2.5    Application of Paints, Coatings, Adhesives and Sealants ................... 224
    4.2.2.6    Printing and Writing ......................................................................... 227
    4.2.2.7    Metal Finishing ................................................................................ 230
    4.2.2.8    Removal of Paints, Coatings, Adhesives and Sealants ....................... 233
    4.2.2.9    Cleaning ........................................................................................... 236
    4.2.2.10   Commercial Automotive Servicing ................................................... 238
    4.2.2.11   Laboratory Use ................................................................................ 240
    4.2.2.12   Electronic Parts Manufacturing ....................................................... 242
    4.2.2.13   Soldering .......................................................................................... 245
    4.2.2.14   Fertilizer Application ........................................................................ 247
    4.2.2.15   Wood Preservatives .......................................................................... 249
    4.2.2.16   Recycling and Disposal .................................................................... 251
4.2.3    Risk Estimation for Exposures to NMP for Occupational Non-Users ............... 253
4.2.4    Risk Estimation for Acute Exposures from Consumer Use of NMP ................... 256
    4.2.4.1    Adhesives and Sealants ..................................................................... 256
    4.2.4.2    Adhesives Removers ......................................................................... 257
    4.2.4.3    Auto Interior Liquid and Spray Cleaners .......................................... 259
    4.2.4.4    Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant... 260
    4.2.4.5    Paints and Arts and Craft Paint ........................................................ 262
    4.2.4.6    Stains, Varnishes, Finishes (Coatings) .............................................. 263
    4.2.4.7    Paint Removers ................................................................................. 264
    4.2.4.8    Risks to Bystanders .......................................................................... 265
4.3    Assumptions and Key Sources of Uncertainty ............................................................267
    4.3.1    Assumptions and Uncertainties in Occupational Exposure Assessment ............ 267
    4.3.2    Data Uncertainties in Consumer Exposure Assessment ................................... 273
        4.3.2.1    Product & Market Profile ................................................................. 274
        4.3.2.2    Westat Survey ................................................................................... 274
        4.3.2.3    Other Parameters and Data Sources .................................................. 276
    4.3.3    Approach and Methodology for Uncertainties in Consumer Exposure Assessment.......... 277
        4.3.3.1    Deterministic vs. Stochastic Approaches .......................................... 277
        4.3.3.2    Sensitive Inputs ................................................................................ 277
    4.3.4    Environmental Hazard and Exposure Assumptions Uncertainties ..................... 277
    4.3.5    Human Health Hazard Assumptions and Uncertainties ................................... 277
    4.3.6    Risk Characterization Assumptions and Uncertainties ..................................... 279
4.4    Potentially Exposed or Susceptible Subpopulations ...................................................283
4.5    Aggregate and Sentinel Exposures ...........................................................................284
4.6    Risk Conclusions ......................................................................................................285
    4.6.1    Environmental Risk Conclusions .................................................................. 285
    4.6.2    Human Health Risk Conclusions ................................................................... 285

5    RISK DETERMINATION .................................................................................................300

5.1    Unreasonable Risk......................................................................................................300

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5.1.1   Overview ........................................................................................................ 300
5.1.2   Risks to Human Health ................................................................................. 301
   5.1.2.1   Determining Non-Cancer Risks .......................................................... 301
5.1.3   Determining Environmental Risk ................................................................. 302
5.2   Risk Determination for NMP ............................................................................. 302

**6   REFERENCES ........................................................................................ 337**

**APPENDICES ............................................................................................ 351**

**Appendix A   REGULATORY HISTORY .............................................. 351**

A.1   Federal Laws and Regulations ...........................................................................351
A.2   State Laws and Regulations ...............................................................................356
A.3   International Laws and Regulations ...................................................................357

**Appendix B   LIST OF SUPPLEMENTAL DOCUMENTS ................... 359**

**Appendix C   FATE AND TRANSPORT ................................................ 361**

**Appendix D   RELEASES TO THE ENVIRONMENT .......................... 370**

**Appendix E   OCCUPATIONAL EXPOSURES ..................................... 373**

E.1   Information on Gloves for Pure NMP and for Formulations containing NMP .....................373
   E.1.1   Specifications for Gloves for Pure NMP and in Paint and Coating Removal Formulations
   containing NMP ..........................................................................................................373
   E.1.2   Information on Gloves and Respirators from Safety Data Sheets (SDS) for NMP and NMP-
   containing Products .....................................................................................................376

**Appendix F   CONSUMER EXPOSURES .............................................. 382**

F.1   Overview of the E-FAST/CEM Model ...............................................................382
F.2   Supplemental Consumer Exposure and Risk Estimation Technical Report for NMP in Paint and
Coating Removal ..........................................................................................................384

**Appendix G   ENVIRONMENTAL HAZARDS ...................................... 435**

**Appendix H   HUMAN HEALTH HAZARDS ........................................ 437**

H.1   Hazard and Data Evaluation Summaries ............................................................437
   H.1.1   Hazard and Data Evaluation Summary for Acute and Short-term Oral Exposure Studies ..437
   H.1.2   Hazard and Data Evaluation Summary for Reproductive and Developmental Oral Exposure
   Studies ........................................................................................................................443
   H.1.3   Hazard and Data Evaluation Summary for Reproductive and Developmental Inhalation
   Exposure Studies .........................................................................................................449
   H.1.4   Hazard and Data Evaluation Summary for Reproductive and Developmental Dermal
   Exposure Studies .........................................................................................................452
   H.1.5   Hazard and Data Evaluation Summary for Sub-chronic and Chronic Non-cancer Inhalation
   Exposure Studies .........................................................................................................453
   H.1.6   Hazard and Data Evaluation Summary for Sub-chronic and Chronic Non-cancer Oral
   Exposure Studies .........................................................................................................458
   H.1.7   Hazard and Data Evaluation Summary for Cancer Studies .........................465

**Appendix I   PBPK MODELING ............................................................ 466**

I.1   Rat Model ...........................................................................................................466

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

I.2     Human Model................................................................................................................473

   I.2.1   Corrections to Human Model Structure...............................................................473



Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# LIST OF TABLES

Table 1-1. Physical-Chemical Properties of NMP .................................................................. 27
Table 1-2. Production Volume of NMP in CDR Reporting Period (2012 to 2015) [a] ............................ 29
Table 1-3. Summary of NMP TRI Production-Related Waste Managed from 2015-2017 (lbs) .............. 30
Table 1-4. Summary of NMP TRI Releases to the Environment from 2015-2017 (lbs) ........................ 30
Table 1-5. Assessment History of NMP .................................................................................. 31
Table 1-6. Categories and Subcategories of Conditions of Use Included in the Scope of the Draft Risk
Evaluation ...................................................................................................................... 33
Table 2-1. Environmental Fate Characteristics of NMP ............................................................ 57
Table 2-2. Crosswalk of Conditions of Use to Occupational and Consumer Scenarios Assessed in the
Risk Evaluation ............................................................................................................. 60
Table 2-3. Glove Protection Factors for Different Dermal Protection Strategies from ECETOC TRA v3
............................................................................................................................................ 70
Table 2-4. Estimated Numbers of Workers in the Assessed Industry Uses of NMP [a] ........................ 72
Table 2-5. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During
Manufacturing ............................................................................................................... 74
Table 2-6. Summary of Parameters for Worker Dermal Exposure to Liquids During Manufacturing .... 75
Table 2-7. Characterization of PBPK Model Input Parameters for Manufacturing of NMP ................. 75
Table 2-8. PBPK Model Input Parameters for Manufacturing of NMP .......................................... 76
Table 2-9. Characterization of PBPK Model Input Parameters for Repackaging ............................... 77
Table 2-10. PBPK Model Input Parameters for Repackaging ....................................................... 78
Table 2-11. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During
Chemical Processing ...................................................................................................... 80
Table 2-12. Summary of Parameters for Worker Dermal Exposure to Liquids During Chemical
Processing, Excluding Formulation ................................................................................. 80
Table 2-13. Characterization of PBPK Model Input Parameters for Chemical Processing, Excluding
Formulation ................................................................................................................... 81
Table 2-14. PBPK Model Input Parameters for Chemical Processing, Excluding Formulation ............. 81
Table 2-15. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During
Incorporation into Formulation, Mixture or Reaction Product ........................................ 83
Table 2-16. Summary of Parameters for Worker Dermal Exposure to Liquids During Incorporation into
Formulation, Mixture, or Reaction Product ..................................................................... 84
Table 2-17. Characterization of PBPK Model Input Parameters for Incorporation into Formulation,
Mixture or Reaction Product .......................................................................................... 84
Table 2-18. PBPK Model Input Parameters for Incorporation into Formulation, Mixture or Reaction
Product .......................................................................................................................... 85
Table 2-19. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Metal
Finishing ....................................................................................................................... 87
Table 2-20. Summary of Parameters for Worker Dermal Exposure to Liquids During Metal Finishing  88
Table 2-21. Characterization of PBPK Model Input Parameters for Metal Finishing ........................... 89
Table 2-22. PBPK Model Input Parameters for Metal Finishing ................................................... 89
Table 2-23. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During
Removal of Paints, Coatings, Adhesives and Sealants ..................................................... 91
Table 2-24. Summary of Parameters for PBPK Modeling of Worker Dermal Exposure to Liquids During
Removal of Paints, Coatings, Adhesives and Sealants ..................................................... 92
Table 2-25. Characterization of PBPK Model Input Parameters for Removal of Paints, Coatings,
Adhesives and Sealants .................................................................................................. 93

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

Table 2-26. PBPK Model Input Parameters for Removal of Paints, Coatings, Adhesives and Sealants . 93
Table 2-27. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Application ................................................................................................................. 95
Table 2-28. Summary of Parameters for Worker Dermal Exposure to Liquids During Application of Paints, Coatings, Adhesives and Sealants .................................................. 97
Table 2-29. Characterization of PBPK Model Input Parameters for Application of Paints, Coatings, Adhesives, and Sealants ................................................................................. 97
Table 2-30. PBPK Model Input Parameters for Application of Paints, Coatings, Adhesives and Sealants ..................................................................................................................... 98
Table 2-31. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Electronic Parts Manufacturing ............................................................... 101
Table 2-32. Summary of Parameters for Worker Dermal Exposure During Electronic Parts Manufacturing ......................................................................................................... 102
Table 2-33. Characterization of PBPK Model Input Parameters for Electronic Parts Manufacturing ... 103
Table 2-34. PBPK Model Input Parameters for Electronic Parts Manufacturing .................................. 103
Table 2-35. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Printing and Writing ................................................................................. 105
Table 2-36. Summary of Parameters for Worker Dermal Exposure to Liquids During Printing and Writing ........................................................................................................ 106
Table 2-37. Characterization of PBPK Model Input Parameters for Printing and Writing ................... 106
Table 2-38. PBPK Model Input Parameters for Printing and Writing .................................................... 107
Table 2-39. Summary of Parameters for Worker Dermal Exposure During Soldering .......................... 109
Table 2-40. Characterization of PBPK Model Input Parameters for Soldering ..................................... 109
Table 2-41. PBPK Model Input Parameters for Soldering ...................................................................... 110
Table 2-42. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Commercial Automotive Servicing ..................................................................... 111
Table 2-43. Summary of Parameters for Worker Dermal Exposure to Liquids During Commercial Automotive Servicing ................................................................................ 112
Table 2-44. Characterization of PBPK Model Input Parameters for Commercial Automotive Servicing ....................................................................................................................... 112
Table 2-45. PBPK Model Input Parameters for Commercial Automotive Servicing ............................. 113
Table 2-46. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Laboratory Use ........................................................................................................ 114
Table 2-47. Summary of Parameters for Worker Dermal Exposure During Laboratory Use ................ 115
Table 2-48. Characterization of PBPK Model Input Parameters by Laboratory Use ............................. 115
Table 2-49. PBPK Model Input Parameters for Laboratory Use ............................................................ 116
Table 2-50. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Cleaning ................................................................................................................... 118
Table 2-51. Summary of Parameters for Worker Dermal Exposure to Liquids During Cleaning ........ 119
Table 2-52. Characterization of PBPK Model Input Parameters for Cleaning....................................... 119
Table 2-53. PBPK Model Input Parameters for Cleaning ....................................................................... 120
Table 2-54. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Fertilizer Application .............................................................................................. 122
Table 2-55. Summary of Parameters for Worker Dermal Exposure During Fertilizer Application....... 122
Table 2-56. Characterization of PBPK Model Input Parameters for Fertilizer Application .................. 123
Table 2-57. PBPK Model Input Parameters for Fertilizer Application .................................................. 123
Table 2-58. Summary of Parameters for Wood Preservatives................................................................. 125
Table 2-59. Summary of Parameters for Worker Dermal Exposure to Wood Preservatives ................ 125

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

Table 2-60. Characterization of PBPK Model Input Parameters for Wood Preservatives .................... 126
Table 2-61. PBPK Model Input Parameters for Wood Preservatives ........................................................ 126
Table 2-62. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During
       Recycling and Disposal .......................................................................................................... 128
Table 2-63. Summary of Parameters for Worker Dermal Exposure During Recycling and Disposal ... 129
Table 2-64. Characterization of PBPK Model Input Parameters for Recycle and Disposal ................. 129
Table 2-65. PBPK Model Input Parameters for Recycle and Disposal .................................................... 129
Table 2-66. Parameter Inputs to PBPK for Central and High-End Scenarios by Use ............................ 131
Table 2-67. PBPK Exposure Results for Central and High-End Worker and ONU Scenarios by Use .. 134
Table 2-68. Conditions of Use for Consumer Products Containing NMP ............................................. 140
Table 2-69. Consumer Exposures Assessment Literature Sources ........................................................ 141
Table 2-70. NMP Oral Exposure to Children via Mouthing .................................................................. 142
Table 2-71. Product Use Input Parameters for CEM Modeling .............................................................. 143
Table 2-72. Consumer Conditions of Use and Modeling Input Parameters .......................................... 145
Table 2-73. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential
       Use of Adhesives or Sealants ............................................................................................... 148
Table 2-74. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of
       Adhesives or Sealants ........................................................................................................... 149
Table 2-75. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential
       Use of Adhesives Removers .................................................................................................. 149
Table 2-76. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of
       Adhesive Removers ............................................................................................................... 150
Table 2-77. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential
       Use of Auto Interior Liquid or Spray Cleaners ................................................................... 151
Table 2-78. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of Auto
       Interior Liquid or Spray Cleaners ......................................................................................... 152
Table 2-79. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential
       Use of Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant .............. 153
Table 2-80. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of
       Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant ......................... 154
Table 2-81. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential
       Use of Paint and Arts and Crafts Paint ................................................................................ 154
Table 2-82. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of
       Paints and Arts and Crafts Paints ......................................................................................... 156
Table 2-83. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential
       Use of Stains, Varnishes, Finishes (Coatings) .................................................................... 156
Table 2-84. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of
       Stains, Varnishes, Finishes (Coatings) ................................................................................. 157
Table 2-85. Estimated NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential Use
       Paint Removers ...................................................................................................................... 158
Table 2-86. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of Paint
       Removers ................................................................................................................................ 158
Table 2-87. Estimated Bystander Exposure to NMP Consumer Use .................................................... 159
Table 3-1. Aquatic Toxicity Data for NMP ............................................................................................ 166
Table 3-2. Acceptable Studies Evaluated for Developmental Effects .................................................. 174
Table 3-3. Acceptable Studies Evaluated for Reproductive Effects ..................................................... 175
Table 3-4. Summary of In Vivo Genotoxicity Studies ........................................................................... 178
Table 3-5. Summary of In Vitro Genotoxicity Studies .......................................................................... 179

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

Table 3-6. Summary of Tumor Incidence Data from Cancer Bioassays ................................................. 182
Table 3-7. Summary of Exposure Pathways and Toxicity Endpoints used for Risk Evaluation............ 186
Table 3-8. Evidence for NMP-induced Developmental Toxicity ........................................................... 187
Table 3-9. Evidence for NMP-induced Reproductive Toxicity ............................................................. 189
Table 3-10. Summary of Derivation of the PODs for Fetal Resorptions and Fetal Mortality Following
           Acute Exposure to NMP ..................................................................................................... 203
Table 3-11. Summary of Derivation of the PODs for Reproductive and Developmental Effects
           Following Chronic Exposure to NMP ................................................................................. 205
Table 3-12. PODs Selected for Non-Cancer Effects from NMP Exposures .......................................... 207
Table 4-1. Concentrations of Concern (COCs) for Environmental Toxicity......................................... 210
Table 4-2. Calculated Risk Quotients (RQs) for NMP ......................................................................... 210
Table 4-3. Use Scenarios, Populations of Interest and Toxicological Endpoints for Assessing
           Occupational Risks Following Acute and Chronic Exposures to NMP ........................... 213
Table 4-4. Use Scenarios, Populations of Interest and Toxicological Endpoints for Assessing Consumer
           Risks Following Acute Exposures to NMP ......................................................................... 214
Table 4-5. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in
           Manufacturing [a] ............................................................................................................. 216
Table 4-6. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in
           Manufacturing [a] ............................................................................................................. 216
Table 4-7. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in
           Importation and Repackaging [a] ...................................................................................... 218
Table 4-8. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in
           Importation and Repackaging [a] ...................................................................................... 218
Table 4-9. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in
           Chemical Processing (Excluding Formulation) [a] ........................................................... 220
Table 4-10. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in
           Chemical Processing (Excluding Formulation) [a] ........................................................... 220
Table 4-11. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in
           Formulations, Mixtures, or Reaction Products [a] ........................................................... 222
Table 4-12. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in
           Formulations, Mixtures, or Reaction Products [a] ........................................................... 222
Table 4-13. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in
           Application of Paints, Coatings, Adhesives and Sealants [a] ........................................... 224
Table 4-14. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in
           Application of Paints, Coatings, Adhesives and Sealants [a] ........................................... 225
Table 4-15. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in
           Printing and Writing [a] .................................................................................................... 227
Table 4-16. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in
           Printing and Writing [a] .................................................................................................... 228
Table 4-17. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in
           Metal Finishing [a] ............................................................................................................ 230
Table 4-18. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in
           Metal Finishing [a] ............................................................................................................ 231
Table 4-19. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in
           the Removal of Paints, Coatings, Adhesives and Sealants [a] ......................................... 233
Table 4-20. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in
           the Removal of Paints, Coatings, Adhesives and Sealants [a] ......................................... 234

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

Table 4-21. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Cleaning [a] ................................................................................................................... 236

Table 4-22. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Cleaning [a] ................................................................................................................... 237

Table 4-23. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Commercial Automotive Servicing [a] ............................................................................. 238

Table 4-24. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Commercial Automotive Servicing [a] ............................................................................. 239

Table 4-25. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Laboratories [a] ............................................................................................................. 240

Table 4-26. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Laboratories [a] ............................................................................................................. 241

Table 4-27. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Electronic Parts Manufacturing [a] ............................................................................... 242

Table 4-28. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Electronic Parts Manufacturing [a] ............................................................................... 244

Table 4-29. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Soldering [a] ................................................................................................................. 245

Table 4-30. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Soldering [a] ................................................................................................................. 246

Table 4-31. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Fertilizer Application [a] ............................................................................................... 247

Table 4-32. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Fertilizer Application [a] ............................................................................................... 248

Table 4-33. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Wood Preservatives [a] ................................................................................................. 249

Table 4-34. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Wood Preservatives [a] ................................................................................................. 250

Table 4-35. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Recycling and Disposal of NMP [a] ................................................................................................ 251

Table 4-36. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Recycling and Disposal of NMP [a] ................................................................................................ 251

Table 4-37. ONU Risk Estimates based on Adverse Reproductive Effects (Decreased ...................... 253

Table 4-38. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Adhesives and Sealants ................................................................................................. 256

Table 4-39. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in the Removal of Adhesives ................................................................................................. 257

Table 4-40. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Auto Interior Liquid and Spray Cleaners ................................................................................ 259

Table 4-41. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant .......................... 260

Table 4-42. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Paint and Arts and Craft Paint ................................................................................................ 262

Table 4-43. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Stains, Varnishes, Finishes (Coatings) .......................................................................... 263

Table 4-44. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Paint Removers ................................................................................................................. 264

Pls' Ex. 49

Table 4-45. Risk Estimates to Adult Bystanders for Acute Exposures Following Consumer Use of NMP in Degreasing or Engine Degreasing ............................................................. 265
Table 4-46. Risk Estimates for Adverse Developmental Effects (Increased Resorptions/Fetal Mortality) from Acute Exposure to Bystanders via Consumer Use of NMP in Degreasing or Engine Degreasing ............................................................................................................... 266
Table 4-47. Summary of Occupational Air Concentration Estimate Approaches ................................... 268
Table 4-48. Summary of Worker Dermal Parameter Estimate Approaches ........................................... 270
Table 4-49. Comparison of NMP Exposures by Route Showing Percent Exposure Due to Dermal Contact with Liquid from Chronic NMP Exposures [a] ...................................................... 279
Table 4-49. Summary of Risk Estimates for Aggregate Exposures to Workers by Condition of Use ... 287
Table 4-50. Summary of Risk Estimates from Acute Exposures to Consumers by Conditions of Use . 297
Table 6-1. NMP Consumer Brush- and Roller-Applied Paint Removal Scenario Descriptions and Parameters ........................................................................................................................... 388
Table 6-2. NMP Consumer Spray-Applied Paint Removal Scenario Descriptions and Parameters ...... 389
Table 6-3 Risk Estimates for Additional Scenarios for Users Assuming Dermal Exposure During Application and Scrapping ................................................................................................... 390

# LIST OF FIGURES

Figure 1-1. NMP Life Cycle Diagram ..................................................................................................... 40
Figure 1-2. NMP Conceptual Model for Industrial and Commercial Activities and Uses: Potential Exposures and Hazards ......................................................................................................... 42
Figure 1-3. NMP Conceptual Model for Consumer Activities and Uses: Potential Exposures and Hazards ................................................................................................................................. 43
Figure 1-4. NMP Conceptual Model for Environmental Releases and Wastes: Potential Exposures and Hazards ................................................................................................................................. 44
Figure 1-5. Key/Supporting Data Sources for Environmental Fate and Transport ................................. 48
Figure 1-6. Key/Supporting Sources for Releases and Occupational Exposures .................................... 49
Figure 1-7. Key/Supporting Sources for General Population, Consumer and Environmental Exposures 50
Figure 1-8. Key/Supporting Data Sources for Environmental Hazards .................................................. 51
Figure 1-9. Literature Flow Diagram for Human Health Key/Supporting Data Sources ........................ 52
Figure 3-1. Summary of NMP Systematic Review ............................................................................... 170
Figure 3-2. Studies that Measured Reproductive and Developmental Effects after Repeated Dose Oral or Dermal Exposure. .............................................................................................................. 191
Figure 3-3. Studies that Measured Reproductive and Developmental Effects after Repeated Dose Inhalation Exposure. ........................................................................................................... 192
Figure 3-4. Analysis of Fit: Average Daily AUC vs Fetal or Postnatal Body Weight .......................... 197

# LIST OF APPENDIX TABLES

Table_Apx A-1. Federal Laws and Regulations ...................................................................................... 351
Table_Apx A-2. State Laws and Regulations .......................................................................................... 356
Table_Apx A-3. Regulatory Actions by Other Governments and Tribes .............................................. 357
Table_Apx C-1. Biodegradation Study Summary for N-Methylpyrrolidone .......................................... 362
Table_Apx C-2. Photolysis Study Summary for N-Methyl-2-pyrrolidone ............................................. 367
Table_Apx D-1. Summary of NMP TRI Releases to the Environment in 2015 (lbs) ............................ 370
Table_Apx D-2. Estimated NMP Surface Water Concentrations[a] ........................................................ 371
Table_Apx E-1. Glove Types Evaluated for Pure N-Methylpyrrolidone (NMP) ................................... 374

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

Table_Apx E-2. Recommended Glove Materials and Respiratory Protection for NMP and NMP-Containing Products from Safety Data Sheets ................................................................. 377

Table_Apx G-1. On-topic aquatic toxicity studies that were evaluated for N-Methylpyrrolidone ........ 435

Table_Apx H-1. Hazard and Data Evaluation Summary for Acute and Short-term Oral Exposure Studies .............................................................................................................. 437

Table_Apx H-2. Hazard and Data Evaluation Summary for Reproductive and Developmental Oral Exposure Studies .................................................................................................. 443

Table_Apx H-3. Hazard and Data Evaluation Summary for Reproductive and Developmental Inhalation Exposure Studies ................................................................................. 449

Table_Apx H-4. Hazard and Data Evaluation Summary for Reproductive and Developmental Dermal Exposure Studies ................................................................................. 452

Table_Apx H-5. Hazard and Data Evaluation Summary for Sub-chronic and Chronic Non-cancer Inhalation Exposure Studies ................................................................ 453

Table_Apx H-6. Hazard and Data Evaluation Summary for Sub-chronic and Chronic Non-cancer Oral Exposure Studies ................................................................................. 458

Table_Apx H-7. Summary of Tumor Incidence Data from Animal Cancer Bioassays ........................ 465

Table_Apx I-1. Estimated PBPK Parameters for Each Subject of the Bader and van Thriel (2006) Experiments ............................................................................................... 481

# LIST OF APPENDIX FIGURES

Figure_Apx I-1. Model Fits to IV Injection Data in Rats .................................................................... 468

Figure_Apx I-2. Model Fits to Rat Oral PK Data ................................................................................ 469

Figure_Apx I-3. Model Fits to Dermal PK Data from Payan et al. (2003) in Rats ............................. 471

Figure_Apx I-4. Model Simulations vs. Inhalation PK Data from Ghantous (1995) for NMP Inhalation in Rats ............................................................................................... 472

Figure_Apx I-5. NMP Blood Concentration Data from Bader and van Thriel (2006) .......................... 478

Figure_Apx I-6. Alternate Fits to Collective Data from Bader and van Thriel (2006) ...................... 479

Figure_Apx I-7. Model Fits to Subjects 1 and 4 of Bader and van Thriel (2006) ............................. 482

Figure_Apx I-8. Model Fits to Subjects 10 and 12 of Bader and van Thriel (2006) .......................... 483

Figure_Apx I-9. Model Fits to Subjects 14 and 16 of Bader and van Thriel (2006) .......................... 484

Figure_Apx I-10. Model Fits to Subjects 17 and 25 of Bader and van Thriel (2006) ........................ 485

Figure_Apx I-11. Model Fits to Human Inhalation Data of Akesson and Paulsson (1997), With and Without Dermal Absorption of Vapors ............................................................. 486

Figure_Apx I-12. Model Fits to Human Dermal Exposure Data of Akesson et al. (2004) .................. 488

Figure_Apx I-13. Workplace Observer Simulations Representing Subjects of Xioafei et al. (2000) .... 488

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# ACKNOWLEDGEMENTS

This report was developed by the United States Environmental Protection Agency (U.S. EPA), Office of Chemical Safety and Pollution Prevention (OCSPP), Office of Pollution Prevention and Toxics (OPPT).

**Acknowledgements**

The OPPT Assessment Team gratefully acknowledges participation and/or input from Intra-agency reviewers that included multiple offices within EPA, Inter-agency reviewers that included multiple Federal agencies, and assistance from EPA contractors ERG (Contract No. EP-W-12-006), Versar (Contract No. EP-W-17-006), ICF (Contract No. EPC14001) and SRC (Contract No. EP-W-12-003).

**Docket**

Supporting information can be found in the public docket: EPA-HQ-OPPT-2019-0236

**Disclaimer**

Reference herein to any specific commercial products, process or service by trade name, trademark, manufacturer or otherwise does not constitute or imply its endorsement, recommendation or favoring by the United States Government.

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# ABBREVIATIONS

| | |
|---|---|
| °C | Degrees Celsius |
| atm | Atmosphere(s) |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| BAF | Bioaccumulation Factor |
| BCF | Bioconcentration Factor |
| CAA | Clean Air Act |
| CASRN | Chemical Abstracts Service Registry Number |
| CBI | Confidential Business Information |
| CCL | Contaminant Candidate List |
| CDR | Chemical Data Reporting |
| CEM | Consumer Exposure Model |
| CFR | Code of Federal Regulations |
| $cm^3$ | Cubic Centimeter(s) |
| COC | Concentration of Concern |
| DTSC | Department of Toxic Substances Control |
| EC | European Commission |
| $EC_{50}$ | Effective Concentration with 50% immobilized test organisms |
| ECHA | European Chemicals Agency |
| EPA | Environmental Protection Agency |
| EPCRA | Emergency Planning and Community Right-to-Know Act |
| ESD | Emission Scenario Document |
| EU | European Union |
| FDA | Food and Drug Administration |
| FFDCA | Federal Food, Drug and Cosmetic Act |
| GBL | Gamma-Butyrolactone |
| GS | Generic Scenarios |
| HESIS | Hazard Evaluation System and Information Service |
| HHE | Health Hazard Evaluation |
| HPV | High Production Volume |
| Hr | Hour |
| IMAP | Inventory Multi-Tiered Assessment and Prioritisation |
| IRIS | Integrated Risk Information System |
| kg | Kilogram(s) |
| L | Liter(s) |
| LOAEL | Lowest Observed Adverse Effect Level |
| LOEC | Lowest Observed Effect Concentration |
| lb | Pound(s) |
| $LC_{50}$ | Lethal Concentration to 50% of test organisms |
| LOEC | Lowest Observed Effect Concentration |
| Log $K_{oc}$ | Logarithmic Soil Organic Carbon:Water Partition Coefficient |
| Log $K_{ow}$ | Logarithmic Octanol:Water Partition Coefficient |
| $m^3$ | Cubic Meter(s) |
| MADL | Maximum Allowable Dose Level |
| mg | Milligram(s) |
| NOAEL | No Observed Adverse Effect Level |
| NOEC | No Observed Effect Concentration |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| ONU | Occupational Non-User |
| μg | Microgram(s) |
| MMA | Monomethylamine |
| mmHg | Millimeter(s) of Mercury |
| mPa·s | Millipascal(s)-Second |
| MITI | Ministry of International Trade and Industry |
| SDS | Safety Data Sheet |
| MSW | Municipal Solid Waste |
| NAICS | North American Industry Classification System |
| NESHAP | National Emission Standards for Hazardous Air Pollutants |
| NICNAS | National Industrial Chemicals Notification and Assessment Scheme |
| NIOSH | National Institute for Occupational Safety and Health |
| NMP | N-Methylpyrrolidone |
| NWQMC | National Water Quality Monitoring Council |
| OCSPP | Office of Chemical Safety and Pollution Prevention |
| OECD | Organisation for Economic Cooperation and Development |
| OEHHA | Office of Environmental Health Hazard Assessment |
| OEL | Occupational Exposure Limits |
| OPPT | Office of Pollution Prevention and Toxics |
| OSHA | Occupational Safety and Health Administration |
| PBZ | Personal Breathing Zone |
| PDE | Permissible Daily Exposure |
| PDM | Probabilistic Dilution Model |
| PECO | Populations, Exposures, Comparisons, Outcomes |
| PEL | Permissible Exposure Limit |
| PF | Protection Factor |
| POD | Point of Departure |
| POTW | Publicly Owned Treatment Works |
| PPE | Personal Protective Equipment |
| ppm | Part(s) per Million |
| PSD | Particle Size Distribution |
| RCRA | Resource Conservation and Recovery Act |
| REACH | Registration, Evaluation, Authorisation and Restriction of Chemicals |
| SDWA | Safe Drinking Water Act |
| SIDS | Screening Information Data Set |
| STORET | STOrage and RETrieval |
| SVHC | Substance of Very High Concern |
| TRI | Toxics Release Inventory |
| TSCA | Toxic Substances Control Act |
| TWA | Time-Weighted Average |
| USGS | United States Geological Survey |
| VOC | Volatile Organic Compound |
| WEEL | Workplace Environmental Exposure Level |
| Yr | Years |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# EXECUTIVE SUMMARY

This draft risk evaluation for N-methylpyrrolidone (NMP) was performed in accordance with the Frank R. Lautenberg Chemical Safety for the 21st Century Act and is being disseminated for public comment and peer review. The Frank R. Lautenberg Chemical Safety for the 21st Century Act amended the Toxic Substances Control Act (TSCA), the Nation's primary chemicals management law, in June 2016. As per EPA's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act* (82 FR 33726), EPA is taking comment on this draft, and will also obtain peer review on this draft risk evaluation for NMP. All conclusions, findings, and determinations in this document are preliminary and subject to comment. The final risk evaluation may change in response to public comments received on the draft risk evaluation and/or in response to peer review, which itself may be informed by the public comments. The preliminary conclusions, findings, and determinations in this draft risk evaluation are for the purpose of identifying whether the chemical substance presents unreasonable risk or no unreasonable risk under the conditions of use, in accordance with TSCA section 6, and are not intended to represent any findings under TSCA section 7.

TSCA § 26(h) and (i) require EPA to use scientific information, technical procedures, measures, methods, protocols, methodologies and models consistent with the best available science and to base its decisions on the weight of the scientific evidence. To meet these TSCA § 26 science standards, EPA used the TSCA systematic review process described in the Application of Systematic Review in TSCA Risk Evaluations document (U.S. EPA, 2018a). The data collection, evaluation, and integration stages of the systematic review process are used to develop the exposure, fate, and hazard assessments for risk evaluations.

N-Methylpyrrolidone (CASRN 872-50-4), also called n-methyl-2-pyrrolidone, or 1-methyl-2-pyrrolidone, is a water-miscible, organic solvent that is often used as a substitute for halogenated solvents. NMP exhibits a unique set of physical-chemical properties that have proven useful in a range of industrial, commercial and consumer applications. NMP has low volatility and high affinity for aromatic hydrocarbons, which makes it effective for solvent extraction in petrochemical processing and pharmaceutical manufacturing. NMP is also valued for its high polarity and low surface tension which are considered optimal for solvent cleaning and surface treatment of metals, textiles, resins, and plastics. NMP is subject to federal and state regulations and reporting requirements. NMP has been a reportable chemical to Toxics Release Inventory (TRI) substance under Section 313 of the Emergency Planning and Community Right-to-Know Act (EPCRA) since January 1, 1995.

NMP is widely used in the chemical manufacturing, petrochemical processing and electronics industries. There is also growing demand for NMP use in semiconductor fabrication and lithium ion battery manufacturing (FMI, 2015). In the commercial sector, NMP is primarily used for producing and removing paints, coatings and adhesives. Other applications include, but are not limited to, use in solvents, reagents, sealers, inks and grouts. EPA evaluated the following categories of conditions of use for NMP: manufacturing; processing; distribution in commerce, industrial, commercial and consumer uses and disposal. The total aggregate production volume for NMP decreased slightly from 164 to 160 million pounds between 2012 and 2015.

*Approach*

EPA used reasonably available information (defined in 40 CFR 702.33 as "information that EPA possesses, or can reasonably generate, obtain, and synthesize for use in risk evaluations, considering the deadlines for completing the evaluation) in a "fit-for-purpose" approach, to develop a risk evaluation that relies on the best available science and is based on the weight of the scientific evidence. EPA used previous analyses as a starting point for identifying key and supporting studies to inform the exposure, fate, and hazard assessments. EPA also evaluated other studies that were published since these reviews. EPA reviewed the information and evaluated the quality of the methods and reporting of results of the individual studies using the evaluation strategies described in Application of Systematic Review in TSCA Risk Evaluations (U.S. EPA, 2018a).

In the problem formulation document, EPA identified the NMP conditions of use and presented three conceptual models and an analysis plan for the current draft risk evaluation. In this draft risk evaluation, EPA evaluated risks to aquatic species from environmental releases to surface water associated with the manufacturing, processing, distribution, use and disposal of NMP. EPA also evaluated the risks posed to workers and consumers, as well as occupational non-users (i.e., workers who do not directly handle NMP but perform work in an area where it is used) and consumer bystanders (i.e., non-users who are incidentally exposed to NMP as a result of the use of consumer products containing NMP).

*Exposures*

EPA evaluated acute and chronic exposures for aquatic species as a screening level risk assessment for ambient surface water exposures associated with NMP environmental releases from the manufacturing, processing, distribution, use and disposal. EPA used environmental release data from EPA's Toxics Release Inventory (TRI) to derive conservative estimates of NMP surface water concentrations (acute and chronic) near facilities reporting the highest NMP water releases.

NMP may occur in various environmental media including sediment, soil, water and air. As part of the NMP Problem Formulation (U.S. EPA, 2018c), EPA completed a preliminary analysis of environmental exposures for aquatic terrestrial species to NMP in these environmental media. No additional information has been received or otherwise identified by EPA that would alter the conclusions presented in the NMP Problem Formulation (U.S. EPA, 2018c). EPA concluded that no further analysis of environmental release pathways for environmental receptors is necessary based on a qualitative assessment of the physical chemistry and fate properties of NMP and the levels of NMP exposure that may be expected for organisms that inhabit these environmental compartments.

EPA evaluated acute and chronic human exposures by the dermal and inhalation routes, including direct contact with NMP-containing liquids and indirect exposure from vapor-through-skin uptake. For each occupational use scenario, EPA considered moderate and high-end exposure parameters and the impact of different combinations of personal protective equipment (PPE) on exposure. Empirical data were preferred for exposure estimation when available. In the absence of measured data, EPA used models to estimate exposure to the human receptors of interest. The models' underlying input parameters and assumptions were based on reasonably available information regarding NMP physical and chemical properties, NMP weight fraction in the product, and the activity patterns associated with use. Exposure to individuals located near those using NMP-containing products (i.e., nearby non-users,) were also estimated based on inhalation and vapor-through-skin uptake.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

90   EPA used two different approaches to quantify acute exposures to consumers. The first approach
91   incorporated assumptions based on the duration of use; whereas the second approach incorporated
92   assumptions regarding the specific type of project involved (e.g., paint stripping a table, chest of
93   drawers, or bathtub).
94
95   *Hazards*
96   EPA identified acute and chronic Concentrations of Concern (COCs) for aquatic organisms based on the
97   available acute and chronic hazard data for NMP.  These acute and chronic COCs are compared to the
98   estimated surface water concentrations of NMP from the exposure assessment.
99
100  Reported outcomes in laboratory animal studies range from irritation to decreased body weight and
101  adverse systemic effects (e.g., liver, kidney, spleen, thymus, testes, brain). EPA reviewed the reasonably
102  available information on hazard potential and selected reproductive and developmental toxicity
103  endpoints in rodents (i.e., fetal mortality and decreased fertility) as the critical effects for dose-response
104  analysis and risk estimation. EPA identified fetal mortality as the critical endpoint for acute exposures
105  and reduced fertility as the critical endpoint for chronic exposures.
106
107  Other outcomes, including adverse systemic effects, may occur at higher exposure concentrations. The
108  risk determinations in the current document are based on adverse developmental effects observed in a
109  potentially exposed or susceptible subpopulation (e.g., pregnant women and women of child bearing age
110  who may become pregnant) which are expected to be protective of other outcomes and other potentially
111  exposed or susceptible subpopulations.
112
113  ***Human Populations Considered in This Risk Evaluation***
114  EPA assumed those who use NMP-containing products would be adults of either sex (>16 years old),
115  including pregnant women, and evaluated risks to individuals who do not use NMP but may be
116  indirectly exposed due to their proximity to the user who is directly handling NMP or the product
117  containing NMP.
118
119  The risk evaluation is based on potential effects on fertility as well as developmental toxicity. The
120  lifestages of greatest concern for developmental effects are pregnant women and women of childbearing
121  age who may become pregnant. Lifestages of concern for effects on reproductive health and fertility
122  include men and women of reproductive age as well as children and adolescents. The risk evaluation is
123  intended to be protective of other potentially exposed or susceptible subpopulations, including people
124  with pre-existing conditions and people with genetic variations that make them more susceptible.
125  Exposures that do not present risks based on sensitive reproductive and developmental endpoints are not
126  expected to present risks for other potential health effects of NMP because other health effects occur at
127  higher levels of exposure.
128
129  ***Risk Characterization***
130  This draft risk evaluation characterizes the environmental and human health risks from NMP under the
131  conditions of use, including manufacture, processing, distribution, use, and disposal.
132
133  Environmental Risks: For environmental risk, EPA utilized a risk quotient (RQ) to compare the
134  estimated acute and chronic NMP exposure concentrations in surface water to respective acute and
135  chronic COCs to characterize the risk to aquatic organisms. A screening level risk analysis for NMP in

Pls' Ex. 49

136  surface water and aquatic receptors resulted in RQs for the acute and chronic risk of 0.0022 and 0.85,
137  respectively (Table 4-2). An RQ that does not exceed 1 indicates that the exposure concentrations of
138  NMP are less than the concentrations expected to produce an adverse effect. Because the RQ values do
139  not exceed 1, and because EPA used a conservative screening level approach, these values indicate that
140  the risks of NMP to the aquatic organisms are unlikely. NMP is not likely to accumulate in sediment
141  based on its physical chemical properties and is not expected to adsorb to sediment due to its water
142  solubility and low partitioning to organic matter. Because NMP toxicity to sediment-dwelling
143  organisms is expected to be comparable to that of aquatic organisms, minimal risks are anticipated for
144  sediment-dwelling organisms. NMP exhibits low volatility and readily biodegrades under aerobic
145  conditions; therefore, the concentrations in ambient air are unlikely to reach levels that would present
146  risks for terrestrial organisms. Details of these estimates are in section 4.1.2.
147
148  Human Health Risks: For human health risks to workers and consumers, EPA identified non-cancer
149  human health risks. Based on the exposure scenarios evaluated, risks may be anticipated for individuals
150  who are not directly exposed to liquid NMP (e.g., occupational non-user, consumer bystander) as a
151  result of indirect exposure via inhalation and vapor through skin exposures. Generally, risks identified
152  for workers are linked to chronic exposures, whereas risks for consumers are linked to acute exposures.
153  Although glove use may be effective in reducing NMP exposure, some glove types do not provide
154  adequate protection. Further discussion and examples of appropriate glove use are included in Appendix
155  E.
156
157  *Strengths, Limitations and Uncertainties in the Risk Characterization*
158  The exposure estimates EPA used to evaluate human health risks were based on a large amount of
159  monitoring data and were supported by modeling data for many conditions of use. PBPK models
160  allowed EPA to evaluate risks from aggregate exposures from simultaneous dermal and inhalation
161  exposures. Robust evidence of a continuum of adverse reproductive and developmental effects support
162  the hazard endpoints EPA used as the basis for evaluating risks from acute and chronic exposures. In
163  addition, PBPK modeling reduces uncertainties around the relevance of animal data for human health.
164  Uncertainties around the representativeness of exposure monitoring data, activity pattern information,
165  PPE use and efficacy, and incomplete information on some hazard endpoints and factors that may
166  contribute to increased exposure and susceptibility to NMP contribute to the overall uncertainties of the
167  risk estimates. Overall, EPA has medium to high confidence in the risk estimates presented in this risk
168  characterization.
169
170  *Potentially Exposed and Susceptible Subpopulations (PESS)*
171  TSCA § 6(b)(4) requires that EPA conduct a risk evaluation of PESS. In developing the risk evaluation,
172  EPA analyzed the reasonably available information to ascertain whether some human receptor groups
173  may have greater exposure or greater susceptibility than the general population to the hazard posed by a
174  chemical. For consideration of the most highly exposed groups, EPA assessed NMP exposures to PESS
175  of interest: males, pregnant women, and women of childbearing age who may become pregnant.
176
177  *Aggregate and Sentinel Exposures*
178  EPA evaluated aggregate risks from dermal and inhalation routes of exposure for each COU. Peer-
179  reviewed PBPK modeling allowed EPA to integrate aggregate exposures across routes by translating
180  exposure concentrations into internal doses (human blood concentrations). While this assessment
181  evaluated specific COUs based on exposure estimates that incorporate multiple routes of exposure, it did

Pls' Ex. 49

182  not consider the potential for aggregate exposures from multiple conditions of use. EPA considered
183  sentinel exposure in the form of high-end estimates for consumer and occupational exposure scenarios
184  which incorporate dermal and inhalation exposure, as these routes are expected to present the highest
185  exposure potential.
186
187  ***Risk Determination***
188  In each risk evaluation under TSCA section 6(b), EPA determines whether a chemical substance
189  presents an unreasonable risk of injury to health or the environment, under the conditions of use. These
190  determinations do not consider costs or other non-risk factors. In making these determinations, EPA
191  considers relevant risk-related factors, including, but not limited to: the effects of the chemical substance
192  on health and human exposure to such substance under the conditions of use (including cancer and non-
193  cancer risks); the effects of the chemical substance on the environment and environmental exposure
194  under the conditions of use; the population exposed (including any potentially exposed or susceptible
195  subpopulations (PESS)); the severity of hazard (including the nature of the hazard, the irreversibility of
196  the hazard); and uncertainties. EPA also takes into consideration the Agency's confidence in the data
197  used in the risk estimate. This includes an evaluation of the strengths, limitations and uncertainties
198  associated with the information used to inform the risk estimate and the risk characterization. The
199  rationale for the risk determination is discussed in section 5.
200
201  Environmental Unreasonable Risks: For all conditions of use, EPA did not identify any scenarios
202  indicating unreasonable risk for aquatic, sediment-dwelling, or terrestrial organisms from exposures to
203  NMP. NMP readily degrades under aerobic conditions and is not expected to persist in the environment.
204  Because the RQ values do not exceed 1, and because EPA used a conservative screening level approach,
205  these values indicate that the risks of NMP to the aquatic organisms are unlikely. As a result, EPA does
206  not find unreasonable risk to the environment for any of the conditions of use for NMP (see section
207  4.1.2).
208
209  Unreasonable Risk to the General Population: EPA is not including general population exposures in the
210  risk evaluation for NMP. As explained in the Problem Formulation for the Risk Evaluation for NMP,
211  general population exposures were determined to be outside the scope of the risk evaluation. EPA has
212  determined that the existing regulatory programs and associated analytical processes adequately assess
213  and effectively manage the risks of NMP that may be present in various media pathways (e.g. air, water,
214  land) for the general population. For these cases, EPA believes that the TSCA risk evaluation should not
215  focus on those exposure pathways, but rather on exposure pathways associated with TSCA conditions of
216  use that are not subject to those regulatory processes, because the latter pathways are likely to represent
217  the greatest areas of concern to EPA.
218
219  Unreasonable Risk to Workers: EPA evaluated workers' acute and chronic inhalation and dermal
220  exposures (including uptake of vapor through skin) for non-cancer risks and determined whether any
221  risks indicated are unreasonable risk. The drivers for EPA's determination of unreasonable risk for
222  workers are reproductive effects from chronic inhalation and dermal exposures; generally, risks
223  identified for workers are linked to chronic exposures. The determinations reflect the severity of the
224  effects associated with occupational exposures to NMP and incorporate consideration of expected
225  personal protective equipment (PPE) (frequently estimated to be gloves with a protection factor of 5, 10,
226  or 20). For workers, EPA determined that the conditions of use that presented unreasonable risks
227  included processing of NMP into formulations or mixtures, and many industrial or commercial uses as a

228  solvent or degreaser. A full description of EPA's determination for each condition of use is in section
229  5.2.
230
231  <u>Unreasonable Risk to Occupational Non-Users (ONUs)</u>: EPA's exposure assessment includes estimates
232  of NMP exposures to occupational non-users (ONUs). ONUs are located in the general vicinity near
233  workers but are further from emissions sources. Unlike workers, ONUs do not have direct dermal
234  contact with liquids. The estimates assume ONUs are not wearing respirators. While the difference
235  between ONU exposures and workers directly handling the chemical generally cannot be quantified,
236  EPA assumes that, in most cases, ONU inhalation exposures are expected to be lower than inhalation
237  exposures for workers directly handling the chemical substance. To account for those instances where
238  monitoring data or modeling did not distinguish between worker and ONU inhalation exposure
239  estimates, EPA considered the central tendency risk estimate when determining ONU risk. For several
240  conditions of use, there were risks for ONUs for high-end chronic exposures. However, risk estimates
241  for ONUs for the central tendency scenarios did not indicate risk. EPA determined that the conditions of
242  use assessed did not present an unreasonable risk for ONUs.
243
244  <u>Unreasonable Risk to Consumers:</u> EPA evaluated consumer acute inhalation, dermal, and vapor through
245  skin exposures for non-cancer risks and determined whether the risks indicated are unreasonable. Risks
246  for consumers were evaluated using acute exposure scenarios. The driver for EPA's determination of
247  unreasonable risk is developmental adverse effects from acute inhalation and dermal exposure. These
248  adverse effects include fetal mortality. EPA determined that several consumer conditions of use present
249  unreasonable risk of injury to health. A full description of EPA's determination for each condition of use
250  is in section 5.2.
251
252  <u>Unreasonable Risk to Bystanders (from consumer uses)</u>: EPA's exposure assessment includes estimates
253  of NMP exposures to bystanders (i.e. those located in the house during consumer product use) who do
254  not have direct contact with NMP-containing consumer products. EPA did not find unreasonable risk to
255  bystanders for the conditions of use assessed.
256
257  <u>Summary of Risk Determinations:</u>
258  EPA has determined that the following conditions of use of NMP do not present an unreasonable risk of
259  injury to health. The details of these determinations are in table 5-1 in section 5.2.
260

| Conditions of Use that Do Not Present an Unreasonable Risk |
|---|
| • Domestic manufacture<br>• Import (including repackaging and loading/unloading)<br>• Processing as a reactant or intermediate in several manufacturing processes, including plastic material and resin manufacturing and in pharmaceutical and medicine manufacturing<br>• Processing as a reactant or intermediate, other<br>• Processing for incorporation into articles in other sectors, including in plastic product manufacturing<br>• Repackaging for wholesale and retail trade<br>• Processing - Recycling<br>• Distribution in commerce |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Conditions of Use that Do Not Present an Unreasonable Risk |
| --- |
| <ul><li>Industrial and commercial use in ink, toner, and colorant products, including printer ink and inks in writing equipment</li><li>Industrial and commercial use in processing aids, specific to petroleum production in petrochemical manufacturing, and other uses in oil and gas drilling and pharmaceutical and medicine manufacturing</li><li>Industrial and commercial use in other uses in soldering materials</li><li>Industrial and commercial use, Other Uses, Fertilizer and Other agricultural chemical manufacturing – processing aids and solvents</li><li>Industrial and commercial use in other uses, wood preservatives</li><li>Consumer use in paints and coatings, adhesive removers</li><li>Consumer use in paints and coatings, lacquers, stains, varnishes, primers and floor finishes</li><li>Consumer use in paint additives and coating additives not described by other codes, paints and arts and crafts paints</li><li>Consumer use in adhesives and sealants single component glues and adhesives, including lubricant adhesives and two-component glues and adhesives including some resins</li><li>Consumer use in other uses in automotive care products</li><li>Consumer use in other uses lubricant and lubricant additives, including hydrophilic coatings</li><li>Disposal including industrial pre-treatment, industrial wastewater treatment publicly owned treatment works (POTW), underground injection, landfill (municipal, hazardous or other land disposal), emissions to air, incinerators (municipal and hazardous waste).</li></ul> |

261
262    EPA determined that the following conditions of use of NMP present an unreasonable risk of injury to
263    health to workers or to consumers. The details of these determinations are discussed in table 5-1 in
264    section 5.2.
265

| Processing Uses that Present an Unreasonable Risk |
| --- |
| <ul><li>Incorporation into a formulation, mixture or reaction product in several industrial sectors</li><li>Incorporation into articles as lubricants and lubricant additives in machinery manufacturing</li><li>Incorporation into articles as paint additives and coating additives not described by other codes in transportation equipment manufacturing</li><li>Incorporation into articles as a solvent (which becomes part of product formulation or mixture), including in textiles, apparel and leather manufacturing</li></ul> |

266

| Industrial and Commercial Uses that Present an Unreasonable Risk |
| --- |
| <ul><li>For paint and coating removers and in adhesive removers</li><li>For paint and coatings (lacquers, stains, varnishes, primers and floor finishes, and powder coatings, surface preparation), in paint additives and coating additives not described by other codes in several manufacturing sectors, and in adhesives and sealants, several types</li><li>As a solvent (for cleaning or degreasing) use in electrical equipment, appliance and component manufacturing and for other uses in manufacturing lithium ion batteries</li></ul> |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| **Industrial and Commercial Uses that Present an Unreasonable Risk** |
|---|
| • As other uses in anti-freeze and de-icing products, automotive care products and lubricants and greases<br>• As other uses in metal products not covered elsewhere, and lubricant and lubricant additives including hydrophilic coatings<br>• As other uses in laboratory chemicals<br>• As other uses, cleaning and furniture care products, including wood cleaners and gasket removers |

267

| **Consumer Uses that Present an Unreasonable Risk** |
|---|
| • For paints and coatings, paint and coating removers<br>• As other uses, cleaning and furniture care products, including wood cleaners and gasket removers. |

268

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# 1  INTRODUCTION

This document presents the draft risk evaluation for NMP under the Frank R. Lautenberg Chemical Safety for the 21st Century Act. The Frank R. Lautenberg Chemical Safety for the 21st Century Act amended the Toxic Substances Control Act, the Nation's primary chemicals management law, in June 2016.

The Agency published the Scope of the Risk Evaluation for NMP (U.S. EPA, 2017d) in June 2017, and the problem formulation in June, 2018 (U.S. EPA, 2018c), which represented the analytical phase of risk evaluation whereby "the purpose for the assessment is articulated, the problem is defined, and a plan for analyzing and characterizing risk is determined," as described in  Section 2.2 of the *Framework for Human Health Risk Assessment to Inform Decision Making*. EPA received comments on the published problem formulation for NMP and has considered the comments specific to NMP, as well as more general comments regarding EPA's chemical risk evaluation approach for developing the draft risk evaluations for the first 10 TSCA Workplan chemicals.

During problem formulation, EPA identified the NMP conditions of use and presented the associated conceptual models and an analysis plan. In this risk evaluation, EPA evaluated risks to workers from inhalation and dermal exposures by comparing the exposure estimates for acute and chronic scenarios to the related human health hazards. While NMP is present in various environmental media such as groundwater, surface water, and air, EPA determined during problem formulation that no further analysis of the environmental release pathways associated with ecological exposures via ambient water, sediments, and land-applied biosolids was needed based on a qualitative assessment of the physical-chemical properties and fate of NMP in the environment and a quantitative comparison of the hazards and exposures identified for aquatic organisms. Risk determinations were not made as part of problem formulation; therefore, the results from these analyses are used to inform the risk determination section of this draft risk evaluation.

 EPA used reasonably available information consistent with the best available science for physical-chemical and fate properties, potential exposures, and relevant hazards according to the systematic review process. For the human exposure pathways, EPA evaluated inhalation exposures to vapors and mists for workers and occupational non-users, and dermal exposures via skin contact with liquids and vapor through skin uptake for workers and consumers. EPA characterized risks to ecological receptors from exposures via surface water, sediment, and land-applied biosolids in the risk characterization section of this draft risk evaluation based on the analyses presented in the problem formulation.

This document is structured such that the Introduction (Section 1) presents the basic physical-chemical properties of NMP, and background information on its regulatory history, conditions of use and conceptual models, with emphasis on any changes since the publication of the problem formulation. This section also includes a discussion of the systematic review process utilized in this draft risk evaluation. Exposures (Section 2) provides a discussion and analysis of the exposures, both human and environmental, that can be expected based on the conditions of use identified for NMP. Hazards (Section 3), discusses the environmental and human health hazards of NMP. The Risk Characterization (Section 4), integrates the reasonably available information on human health and environmental hazards and exposures, as required by TSCA (15 U.S.C 2605(b)(4)(F)). This section also includes a discussion of the uncertainties that underly the assessment and how they impact the risk evaluation. As required

Pls' Ex. 49

314 under TSCA 15 U.S.C. 2605(b)(4), a determination of whether the risk posed by this chemical substance
315 is unreasonable is presented in the Risk Determination (Section 5).

316 As per EPA's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic*
317 *Substances Control Act* (82 FR 33726) (hereinafter "Risk Evaluation Rule"), this draft risk evaluation is
318 subject to both public comment and peer review, which are distinct but related processes. EPA is
319 providing 60 days for public comment, which will inform the EPA Science Advisory Committee on
320 Chemicals (SACC) peer review process. EPA seeks public comment on all aspects of this draft risk
321 evaluation, including all conclusions, findings, and determinations. This is also an opportunity for EPA
322 to receive additional information that might be relevant to the science underlying the draft risk
323 evaluation and the outcome of the systematic review approach used for NMP. This review satisfies
324 TSCA [15 U.S.C 2605(b)(4)(H)], which requires EPA to provide public notice and an opportunity for
325 comment on a draft risk evaluation prior to publishing a final risk evaluation.
326
327 Peer review will be conducted in accordance with EPA's regulatory procedures for chemical risk
328 evaluations, including using the *EPA Peer Review Handbook* and other methods consistent with section
329 26 of TSCA (*See* 40 CFR § 702.45). As explained in the Risk Evaluation Rule, the purpose of the peer
330 review is for the independent review of the science underlying the risk evaluation. Peer review will
331 therefore address aspects of the underlying science as outlined in the charge to the peer review panel
332 such as hazard assessment, assessment of dose-response, exposure assessment, and risk characterization.
333 Peer-review supports scientific rigor and enhances transparency in the risk evaluation process.
334
335 As explained in the Risk Evaluation Rule, it is important for peer reviewers to consider how the
336 underlying risk evaluation analyses fit together to produce an integrated risk characterization, which will
337 form the basis of an unreasonable risk determination. EPA believes peer reviewers will be most effective
338 in this role if they receive the benefit of public comments on draft risk evaluations prior to peer
339 review. For this reason, EPA is providing the opportunity for public comment before peer review on this
340 draft risk evaluation. The final risk evaluation may change in response to public comments received on
341 the draft risk evaluation and/or in response to peer review, which itself may be informed by public
342 comments. EPA will respond to public and peer review comments received on the draft risk evaluation
343 when it issues the final risk evaluation.
344
345 EPA solicited input on the first 10 chemicals, including NMP, as it developed use dossiers, scope
346 documents, and problem formulations. At each step, EPA received information and comments specific
347 to individual chemicals and of a more general nature relating to various aspects of the risk evaluation
348 process, technical issues, and the regulatory and statutory requirements. EPA has considered comments
349 and information received at each step in the process and factored in the information and comments as
350 the Agency deemed appropriate and relevant including comments on the published problem formulation
351 of NMP. Thus, in addition to any new comments on the draft risk evaluation, the public should re-
352 submit or clearly identify at this point any previously filed comments, modified as appropriate, that are
353 relevant to this risk evaluation and that the submitter believes have not been addressed. EPA does not
354 intend to further respond to comments submitted prior to the publication of this draft risk evaluation
355 unless they are clearly identified in comments on this draft risk evaluation.

Pls' Ex. 49

## 1.1 Physical and Chemical Properties

Physical-chemical properties influence the environmental behavior and the toxic properties of a chemical, thereby informing the potential conditions of use, exposure pathways, routes and hazards that EPA intends to consider. During problem formulation, EPA considered the measured or estimated physical-chemical properties set forth in Table 1-1. Based on EPA's review of the available literature, the vapor pressure previously reported for NMP was updated (0.345 mmHg) to conform with EPA's data quality criteria. This value is considered more reliable than the original value (0.19 mmHg) which was taken from a secondary source.

NMP is a high boiling, polar aprotic solvent with low viscosity and low volatility. It is miscible with water and most organic solvents and exhibits low flammability and no explosivity. It is not readily oxidizable; variations in temperature and humidity can produce a range of saturation concentrations in ambient air (U.S. EPA, 2019a, 2017d).

**Table 1-1. Physical-Chemical Properties of NMP**

| Property | Value [a] | Reference |
|---|---|---|
| Molecular formula | $C_5H_9ON$ | |
| Molecular weight | 99.1 g/mole | O'Neil et al. (2006) |
| Physical form | Colorless liquid | O'Neil et al. (2006) |
| Melting point | -25°C | Ashford (1994) |
| Boiling point | 202°C | O'Neil et al. (2006) |
| Density | 1.03 at 25°C | O'Neil et al. (2006) |
| Vapor pressure | 0.345 mmHg at 25°C | Daubert and Danner (1989) |
| Vapor density | 3.4 (air = 1) | NFPA (1997) |
| Water solubility | 1,000 g/L at 25°C (miscible) | O'Neil et al. (2006) |
| Octanol:water partition coefficient (log $K_{ow}$) | -0.38 at 25°C | Sasaki et al. (1988) |
| Henry's Law constant | $3.2 \times 10^{-9}$ atm m$^3$/mole | Kim et al. (2000) |
| Flash point | 95°C (open cup) | Riddick et al. (1986) |
| Auto flammability | Not available | |
| Viscosity | 1.65 mPa·s at 25°C | O'Neil et al. (2006) |
| Refractive index | Not applicable | |
| Dielectric constant | Not applicable | |
| [a] Measured unless otherwise noted. | | |

## 1.2  Uses and Production Volume

### 1.2.1   Data and Information Sources

The summary of use and production volume information presented below is based on research conducted for the *Problem Formulation Document for N-Methylpyrrolidone (NMP)* (U.S. EPA, 2018c) and any additional information obtained since the publication of that document. The previous research was based on reasonably available information, including the *Use and Market Profile for NMP*, (EPA-HQ-OPPT-2016-0743); public meetings and meetings with companies, industry groups, chemical users and other stakeholders to aid in identifying and verifying the conditions of use included in this risk evaluation.

NMP is an effective solvent that is widely used in the manufacture and production of electronics, petroleum products, pharmaceuticals, polymers and other specialty chemicals. It has numerous industrial, commercial, and consumer applications. Some of the major areas of use identified for NMP are listed below (Harreus et al., 2011; Ash and Ash, 2009):

1. Petrochemical processing: acetylene recovery from cracked gas, extraction of aromatics and butadiene, gas purification (removal of $CO_2$ and $H_2S$), lube oil extraction
2. Engineering plastics: reaction medium for production of high-temperature polymers such as polyether sulfones, polyamideimides and polyaramids
3. Coatings: solvent for acrylic and epoxy resins, polyurethane paints, waterborne paints or finishes, printing inks, synthesis/diluent of wire enamels, coalescing agent
4. Specialty chemicals: solvent and/or co-solvent for liquid formulations
5. Electronics: cleaning agent for silicon wafers, photoresist stripper, auxiliary in printed circuit board technology
6. Industrial and domestic cleaning: component in paint strippers and degreasers

In addition to the uses in industrial, commercial, and consumer settings, NMP is used in ways considered as mission critical to federal agencies.

The Chemical Data Reporting (CDR) Rule under TSCA (40 CFR Part 711) requires that U.S. manufacturers and importers provide EPA with information on chemicals they manufacture (including imports). For the 2016 CDR cycle, data collected for each chemical include the company name, volume of each chemical manufactured/imported, the number of workers employed at each site, and information on whether the chemical is used in the commercial, industrial, and/or consumer sector. Only those companies that manufactured or imported at least 25,000 pounds of NMP per site were required to report under the CDR rule during the 2015 calendar year (U.S. EPA, 2017c). The 2016 CDR reporting data for NMP are provided in Table 1-2.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

404 **Table 1-2. Production Volume of NMP in CDR Reporting Period (2012 to 2015) [a]**

| Reporting Year | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| Total Aggregate Production Volume (lbs) | 164,311,844 | 168,187,596 | 171,095,221 | 160,818,058 |

[a] The CDR data for the 2016 reporting period is available via ChemView (https://chemview.epa.gov/chemview) (U.S. EPA, 2017c). Because of an ongoing CBI substantiation process required by amended TSCA, the CDR data available in the risk evaluation document is more specific than currently in ChemView.

405

406 NMP is widely used in the chemical manufacturing, petrochemical processing and electronics industries
407 (FMI, 2015). In the commercial sector, it is primarily used for producing and removing paints, coatings
408 and adhesives. Other commercial applications include, but are not limited to, use in solvents, reagents,
409 sealers, inks and grouts. There is also growing demand for NMP use in semiconductor fabrication and
410 lithium ion battery manufacturing. Data reported for the 2016 CDR period (U.S. EPA, 2017c) indicate
411 over 160 million pounds of NMP were manufactured (including imports) in the United States in 2015
412 (U.S. EPA, 2017c).

413

414 NMP is used in paint removers, and as a solvent/reagent for the electronics and pharmaceutical
415 industries. It is also used as a solvent for hydrocarbon recovery in the petrochemical processing industry,
416 and for the desulfurization of natural gas (Global Newswire, 2016; FMI, 2015). While paint removers
417 represent a large product category for NMP, growth in this sector is uncertain as a result of the potential
418 risks identified in the previous risk assessment published by EPA (U.S. EPA, 2015).

419

420 NMP is a key cleaning component for the manufacture of semiconductors used in electronics, and for
421 the manufacture of printed circuit boards. As the consumer demand for electronics rises, especially in
422 the Asia Pacific region, the global demand for NMP is expected to grow. Similar increases in NMP use
423 may occur in other regions, albeit to a lesser degree (Grand View Research, 2016). The U.S. market
424 revenue for NMP is also expected to increase over the next ten years despite variations in the oil and gas
425 industry. NMP is primarily used in downstream processes, which makes it more resilient to market
426 volatility in this sector (Grand View Research, 2016).

427

### 1.2.2   Toxics Release Inventory Data

428

429 Under the Emergency Planning and Community Right-to-Know Act (EPCRA) Section 313, NMP is a
430 TRI-reportable substance effective January 1, 1995. During problem formulation, EPA further analyzed
431 the TRI data and examined the definitions of elements in the TRI data to determine the level of
432 confidence that a release would result from specific types of land disposal (e.g., RCRA Subtitle C
433 hazardous landfill and Class I underground Injection wells) and incineration. EPA also examined how
434 NMP is treated at industrial facilities.

435

436 Table 1-3 provides production-related waste management data for NMP reported by industrial facilities
437 to the TRI program from reporting years 2015 to 2017.[1] In reporting year 2017, 380 facilities reported a

---

[1] Reporting year 2017 is the most recent TRI data available. Data presented in Table 1-3 and Table 1-4 were queried using TRI Explorer and uses the 2017 National Analysis data set (released to the public in October 2018). This dataset includes revisions for the years 1988 to 2017 processed by EPA.

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

438 total of approximately 274 million pounds of NMP production-related waste. Of this total amount,
439 roughly 245 million pounds were recycled, 7 million pounds were recovered for energy, 10 million
440 pounds were treated, and 10 million pounds were disposed of, or otherwise released to the environment.
441

442 **Table 1-3. Summary of NMP TRI Production-Related Waste Managed from 2015-2017 (lbs)**

| Year | Number of Facilities | Recycling | Energy Recovery | Treatment | Releases [a,b,c] | Total Production Related Waste |
|---|---|---|---|---|---|---|
| 2015 | 396 | 197,244,994 | 7,129,521 | 15,607,662 | 8,824,782 | 228,806,960 |
| 2016 | 398 | 193,273,808 | 7,833,440 | 14,466,669 | 10,120,105 | 225,694,022 |
| 2017 | 380 | 245,436,619 | 7,397,866 | 10,468,156 | 10,420,124 | 273,722,765 |

Data source: 2015-2017 TRI Data (Updated October 2018) (U.S. EPA, 2017f).
[a] Terminology used in these columns may not match the more detailed data element names used in the TRI public data and analysis access points.
[b] Does not include releases due to one-time events not associated with production such as remedial actions or earthquakes.
[c] Counts all releases including release quantities transferred and release quantities disposed of by a receiving facility reporting to TRI.

443

444 Table 1-4. provides a summary of NMP releases to the environment reported to TRI for the same
445 reporting years as Table 1-3.[1] Approximately 19,053 pounds of NMP water releases, 1,532,507 pounds
446 of NMP air releases, and roughly 7,548,997 pounds of NMP land releases were reported to TRI in 2017.
447 In addition to the quantities reported as in Table 1-4 as "disposed of in Class I underground injection
448 wells and Resource Conservation and Recovery Act (RCRA) Subtitle C landfills", the reported land
449 disposal techniques included; disposal to landfills other than RCRA Subtitle C (1,920,162 pounds),
450 Class II-V underground injection wells (12,115 pounds), land treatment/application farming (3,571
451 pounds), RCRA Subtitle C surface impoundments (73 pounds), and other land disposal such as waste
452 piles, spills and leaks (12,521 pounds).[2]
453

454 **Table 1-4. Summary of NMP TRI Releases to the Environment from 2015-2017 (lbs)**

| Year | Number of Facilities | Air Releases | | Water Releases | Land Disposal | | | Other Releases [a] | Total On- and Off-Site Disposal or Other Releases [b,c] |
|---|---|---|---|---|---|---|---|---|---|
| | | Stack Air Releases | Fugitive Air Releases | | Class I Under-ground Injection | RCRA Subtitle C Landfills | All other Land Disposal [a] | | |
| 2015 | 396 | 887,309 | 546,060 | 14,092 | 3,625,939 | 93,217 | 2,737,671 | 228,099 | 8,132,388 [d] |
| | | 1,433,370 [d] | | | 6,456,827 [d] | | | | |
| 2016 | 398 | 1,179,654 | 571,314 | 14,861 | 4,865,286 | 118,134 | 2,401,377 | 283,784 | 9,434,409 [d] |
| | | 1,750,967 [d] | | | 7,384,797 [d] | | | | |
| 2017 | 380 | 1,110,652 | 421,856 | 19,053 | 5,243,982 | 356,574 | 1,948,441 | 456,316 | 9,556,874 [d] |
| | | 1,532,507 [d] | | | 7,548,997 [d] | | | | |

Data source: 2015-2017 TRI Data (Updated October 2018) (U.S. EPA, 2017f).
[a] Terminology used in these columns may not match the more detailed data element names used in the TRI public data and analysis access points.

---

[2] Other releases of NMP as shown in Table 1-4 include quantities transferred to a waste broker off-site for disposal (257,614 pounds), storage of NMP off-site (33,000 pound), other off-site management of NMP (14,039 pounds), and unknown off-site waste management practices (151,664 pounds).

> [b] These release quantities do include releases due to one-time events not associated with production such as remedial actions or earthquakes.
> [c] Counts release quantities once at final disposition, accounting for transfers to other TRI reporting facilities that ultimately dispose of the chemical waste.
> [d] Value shown may be different than the summation of individual data elements due to decimal rounding.

455
456  While production-related waste managed shown in Table 1-3 excludes any quantities reported as
457  catastrophic or one-time releases (TRI section 8 data), release quantities shown in Table 1-4 include
458  both production-related and non-routine quantities (TRI section 5 and 6 data) for 2015-2017. As a result,
459  release quantities may differ slightly and may further reflect differences in TRI calculation methods for
460  reported release range estimates (U.S. EPA, 2017f).

461  ## 1.3  Regulatory and Assessment History

462  EPA conducted a search of existing domestic and international laws, regulations and assessments
463  pertaining to NMP. EPA compiled the summary information provided in Table 1-5 from data available
464  from federal, state, international and other government sources, as cited in Appendix A.

465
466  ***Federal Laws and Regulations***
467  NMP is subject to federal statutes or regulations, other than TSCA, that are implemented by other
468  federal agencies/departments. A summary of federal laws, regulations and implementing authorities is
469  provided in Appendix A.1

470
471  ***State Laws and Regulations***
472  NMP is subject to state statutes or regulations. A summary of state laws, regulations and implementing
473  authorities is provided in Appendix A.2.

474
475  ***Laws and Regulations in Other Countries and International Treaties or Agreements***
476  NMP is subject to statutes or regulations in countries other than the United States and/or international
477  treaties and/or agreements. A summary of these laws, regulations, treaties and/or agreements is provided
478  in Appendix A.3.

479
480  EPA identified previous assessments conducted by other organizations (see Table 1-5). Depending on
481  the source, these assessments may include information on conditions of use, hazards, exposures and
482  potentially exposed or susceptible subpopulations.

483
484
485  **Table 1-5. Assessment History of NMP**

| Authoring Organization | Assessment |
|---|---|
| **EPA Assessments** | |
| U.S. EPA, Office of Pollution Prevention and Toxics (OPPT) | TSCA Work Plan Chemical Risk Assessment N-Methylpyrrolidone: Paint Stripping Use CASRN 872-50-4 (U.S. EPA, 2015) |
| U.S. EPA, OPPT | Re-assessment of Pesticide Inert Ingredient Exemption under the Food Quality Protection Act (U.S. EPA, 2006b) |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Authoring Organization | Assessment |
|---|---|
| **Other U.S.-Based Organizations** | |
| California Office of Environmental Health Hazard Assessment (OEHHA) | Proposition 65 Maximum Allowable Dose Level for Reproductive Toxicity (OEHHA, 2003) |
| **International** | |
| National Industrial Chemicals Notification and Assessment Scheme (NICNAS), Australian Government | Human Health Tier III assessment (NICNAS, 2013) |
| Government of Canada, Environment Canada, Health Canada | Draft Screening Assessment of Risks to Human and Ecological Receptors (Environment Canada, 2017) |
| European Commission (EC), Scientific Committee on Occupational Exposure Limits (OELs) | Evaluation of Occupational Exposure Limits for NMP (EC, 2016) |
| Organisation for Economic Co-operation and Development (OECD), Cooperative Chemicals Assessment Program | NMP: SIDS Initial Assessment Profile (OECD, 2007b) |
| World Health Organization (WHO) International Programme on Chemical Safety (IPCS) | Concise International Chemical Assessment Document 35 N-METHYLPYRROLIDONE (WHO, 2001) |
| Danish Ministry of the Environment Environmental Protection Agency | Survey of NMP - Miljøstyrelsen (Danish Ministry of the Environment, 2015) |

## 1.4  Scope of the Evaluation

### 1.4.1   Conditions of Use Included in the Draft Risk Evaluation

TSCA (U.S.C. § 3(4)) defines the conditions of use as ''the circumstances, as determined by the Administrator, under which a chemical substance is intended, known, or reasonably foreseen to be manufactured, processed, distributed in commerce, used, or disposed of." The conditions of use are described below in Table 1-6.

Use categories include the following: "industrial use" means use at a site at which one or more chemicals or mixtures are manufactured (including imported) or processed; "commercial use" means the use of a chemical or a mixture containing a chemical (including as part of an article) in a commercial enterprise providing saleable goods or services; "consumer use" means the use of a chemical or a mixture containing a chemical (including as part of an article, such as furniture or clothing) when sold to or made available to consumers for their use (U.S. EPA, 2017c).

To understand conditions of use relative to one another and associated potential exposures under those conditions of use, Figure 1-1 depicts the life cycle diagram and includes the production volume associated with each stage of the life cycle, as reported in the 2016 CDR reporting (U.S. EPA, 2017c); however, the life cycle diagram for NMP does not include specific production volumes because the information was claimed as confidential business information (CBI).

504  Additional worker monitoring data were provided to EPA during the public comment period for the
505  NMP problem formulation. This information was incorporated into the occupational exposure estimates
506  for semiconductor and electronics manufacturing.

507  **Table 1-6. Categories and Subcategories of Conditions of Use Included in the Scope of the Draft**
508  **Risk Evaluation**

| Life Cycle Stage | Category [a] | Subcategory [b] | References |
|---|---|---|---|
| Manufacture | Domestic Manufacture | Domestic Manufacture | U.S. EPA (2017c) |
| | Import | Import | U.S. EPA (2017c) |
| Processing | Processing as a reactant or intermediate | Intermediate in Plastic Material and Resin Manufacturing and in Pharmaceutical and Medicine Manufacturing | U.S. EPA (2017c), Public comments EPA-HQ-OPPT-2016-0743-0010, EPA-HQ-OPPT-2016-0743-0015, EPA-HQ-OPPT-2016-0743-0017 |
| | | Other | U.S. EPA (2017c) |
| | Incorporated into formulation, mixture or reaction product | Adhesives and sealant chemicals in Adhesive Manufacturing | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0007, EPA-HQ-OPPT-2016-0743-0009, EPA-HQ-OPPT-2016-0743-0011 |
| | | Anti-adhesive agents in Printing and Related Support Activities | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743 |
| | | Paint additives and coating additives not described by other codes in Paint and Coating Manufacturing; and Print Ink Manufacturing | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0007, EPA-HQ-OPPT-2016-0743-0009, EPA-HQ-OPPT-2016-0743-0013 |
| | | Plating agents and surface treating agents in Fabricated Metal Product Manufacturing | U.S. EPA (2017c) |
| | Incorporated into formulation, mixture or reaction product | Processing aids not otherwise listed in Plastic Material and Resin Manufacturing | U.S. EPA (2017c), Public comments EPA-HQ-OPPT-2016-0743-0015, EPA-HQ-OPPT-2016-0743-0017, EPA-HQ-OPPT-2016-0743-0035, EPA-HQ-OPPT-2016-0743-0038 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage | Category [a] | Subcategory [b] | References |
|---|---|---|---|
| Processing | | Solvents (for cleaning or degreasing) in Non-Metallic Mineral Product Manufacturing; Machinery Manufacturing; Plastic Material and Resin Manufacturing; Primary Metal Manufacturing; Soap, Cleaning Compound and Toilet Preparation Manufacturing; Transportation Equipment Manufacturing; All Other Chemical Product and Preparation Manufacturing; Printing and Related Support Activities; Services; Wholesale and Retail Trade | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0010, EPA-HQ-OPPT-2016-0743-0011, EPA-HQ-OPPT-2016-0743-0027, EPA-HQ-OPPT-2016-0743-0028 |
| | | Solvents (which become part of product formulation or mixture) in Electrical Equipment, Appliance and Component Manufacturing; Other Manufacturing; Paint and Coating Manufacturing; Print Ink Manufacturing; Soap, Cleaning Compound and Toilet Preparation Manufacturing; Transportation Equipment Manufacturing; All Other Chemical Product and Preparation Manufacturing; Printing and Related Support Activities; Wholesale and Retail Trade | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0007, EPA-HQ-OPPT-2016-0743-0009, EPA-HQ-OPPT-2016-0743-0010, EPA-HQ-OPPT-2016-0743-0011, EPA-HQ-OPPT-2016-0743-0019, EPA-HQ-OPPT-2016-0743-0024, EPA-HQ-OPPT-2016-0743-0031, EPA-HQ-OPPT-2016-0743-0034 |
| Processing | Incorporated into formulation, | Surface active agents in Soap, Cleaning Compound and Toilet Preparation Manufacturing | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743 |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage | Category [a] | Subcategory [b] | References |
|---|---|---|---|
| | mixture or reaction product | Other uses in Oil and Gas Drilling, Extraction and Support Activities; Plastic Material and Resin Manufacturing; Services | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comment EPA-HQ-OPPT-2016-0743-0016 |
| | Incorporated into article | Lubricants and lubricant additives in Machinery Manufacturing | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743 |
| | | Paint additives and coating additives not described by other codes in Transportation Equipment Manufacturing | U.S. EPA (2017c) |
| | | Solvents (which become part of product formulation or mixture), including in Textiles, Apparel and Leather Manufacturing | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comment EPA-HQ-OPPT-2016-0743-0027 |
| | | Other, including in Plastic Product Manufacturing | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743; EPA-HQ-OPPT-2016-0743-0067 |
| | Repackaging | Wholesale and Retail Trade | U.S. EPA (2017c) |
| | Recycling | Recycling | U.S. EPA (2017f), U.S. EPA (2017c), Public comments EPA-HQ-OPPT-2016-0743-0017, EPA-HQ-OPPT-2016-0743-0031 |
| Distribution in commerce | Distribution | Distribution in Commerce | U.S. EPA (2017f), U.S. EPA (2017c); Use document EPA-HQ-OPPT-2016-0743-0003 |
| Industrial commercial and consumer use | Paints and coatings | Paint and coating removers | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0008, EPA-HQ-OPPT-2016-0743-0010, EPA-HQ-OPPT-2016-0743-0011, EPA-HQ-OPPT-2016-0743-0018, EPA-HQ-OPPT-2016- |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage | Category [a] | Subcategory [b] | References |
|---|---|---|---|
| | | | 0743-0023, EPA-HQ-OPPT-2016-0743-0025, EPA-HQ-OPPT-2016-0743-0035 |
| | | Adhesive removers | Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0011, EPA-HQ-OPPT-2016-0743-0018 |
| | | Lacquers, stains, varnishes, primers and floor finishes | Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0018, EPA-HQ-OPPT-2016-0743-0032, EPA-HQ-OPPT-2016-0743-0035 |
| | | Powder coatings (surface preparation) | Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0016 |
| | Paint additives and coating additives not described by other codes Paint additives and coating additives not described by other codes | Use in Computer and Electronic Product Manufacturing, Construction, Fabricated Metal Product Manufacturing, Machinery Manufacturing, Other Manufacturing, Paint and Coating Manufacturing, Primary Metal Manufacturing, Transportation Equipment Manufacturing, Wholesale and Retail Trade | U.S. EPA (2017c), Public comments EPA-HQ-OPPT-2016-0743-0006, EPA-HQ-OPPT-2016-0743-0007, EPA-HQ-OPPT-2016-0743-0009, EPA-HQ-OPPT-2016-0743-0011, EPA-HQ-OPPT-2016-0743-0013, EPA-HQ-OPPT-2016-0743-0018, EPA-HQ-OPPT-2016-0743-0019, EPA-HQ-OPPT-2016-0743-0023, EPA-HQ-OPPT-2016-0743-0024, EPA-HQ-OPPT-2016-0743-0027, EPA-HQ-OPPT-2016-0743-0031, EPA-HQ-OPPT-2016-0743-0032, EPA-HQ-OPPT-2016-0743-0035, EPA-HQ-OPPT-2016-0743-0036, EPA-HQ-OPPT-2016-0743-0063; EPA-HQ-OPPT-2016-0743-0064 |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage | Category [a] | Subcategory [b] | References |
|---|---|---|---|
| Industrial commercial and consumer use | Solvents (for cleaning or degreasing) | Use in Electrical Equipment, Appliance and Component Manufacturing. | U.S. EPA (2017c), Public comments EPA-HQ-OPPT-2016-0743-0006, EPA-HQ-OPPT-2016-0743-0007, EPA-HQ-OPPT-2016-0743-0009, EPA-HQ-OPPT-2016-0743-0023, EPA-HQ-OPPT-2016-0743-0024, EPA-HQ-OPPT-2016-0743-0027 |
| | Ink, toner and colorant products | Printer ink | U.S. EPA (2017c), Use document, EPA-HQ-OPPT-2016-0743-0003, Public comments EPA-HQ-OPPT-2016-0743-0006, EPA-HQ-OPPT-2016-0743-0016, EPA-HQ-OPPT-2016-0743-0018 |
| | | Inks in writing equipment | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comment EPA-HQ-OPPT-2016-0743-0018 |
| | Processing aids, specific to petroleum production | Petrochemical Manufacturing | U.S. EPA (2017c), Public comment, EPA-HQ-OPPT-2016-0743-0031 |
| | Adhesives and sealants | Adhesives and sealant chemicals including binding agents | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0006, EPA-HQ-OPPT-2016-0743-0007, EPA-HQ-OPPT-2016-0743-0011, EPA-HQ-OPPT-2016-0743-0016, EPA-HQ-OPPT-2016-0743-0018, EPA-HQ-OPPT-2016-0743-0023 |
| Industrial commercial and consumer use | Adhesives and sealants | Single component glues and adhesives, including lubricant adhesives | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0011, EPA-HQ-OPPT-2016-0743-0018, EPA-HQ-OPPT-2016-0743-0035, EPA-HQ-OPPT-2016-0743-0036 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage | Category [a] | Subcategory [b] | References |
|---|---|---|---|
| | | Two-component glues and adhesives, including some resins | U.S. EPA (2017c), Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0011, EPA-HQ-OPPT-2016-0743-0016, EPA-HQ-OPPT-2016-0743-0018 |
| | Other uses | Soldering materials | Market profile EPA-HQ-OPPT-2016-0743, Public comments EPA-HQ-OPPT-2016-0743-0023 |
| | | Anti-freeze and de-icing products | U.S. EPA (2017c) |
| | | Automotive care products | U.S. EPA (2017c), Public comment, EPA-HQ-OPPT-2016-0743-0035 |
| | | Lubricants and greases | U.S. EPA (2017c) |
| | | Metal products not covered elsewhere | U.S. EPA (2017c), Public comment, EPA-HQ-OPPT-2016-0743-0027, EPA-HQ-OPPT-2016-0743-0028 Public comment, EPA-HQ-OPPT-2016-0743-0027, EPA-HQ-OPPT-2016-0743-0028 |
| | | Laboratory chemicals | U.S. EPA (2017c), Public comments EPA-HQ-OPPT-2016-0743-0007, EPA-HQ-OPPT-2016-0743-0009 |
| Industrial commercial and consumer use | Other uses | Lithium ion batteries | Market profile EPA-HQ-OPPT-2016-0743, Public comment EPA-HQ-OPPT-2016-0743-0005 |
| | | Cleaning and furniture care products, including wood cleaners, gasket removers | Market profile EPA-HQ-OPPT-2016-0743, Public comment EPA-HQ-OPPT-2016-0743-0025, EPA-HQ-OPPT-2016-0743-0035 |
| | | Other uses in Oil and Gas Drilling, Extraction and Support Activities [c] | U.S. EPA (2017c), |
| | | Lubricant and lubricant additives, including hydrophilic coatings | Market profile EPA-HQ-OPPT-2016-0743 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage | Category [a] | Subcategory [b] | References |
|---|---|---|---|
| | | Fertilizer and other agricultural chemical manufacturing - processing aids and solvents | U.S. EPA (2017c), Public comment EPA-HQ-OPPT-2016-0743-0010, EPA-HQ-OPPT-2016-0743-0036 |
| | | Pharmaceutical and Medicine Manufacturing - functional fluids (closed systems) | U.S. EPA (2017c), Public comment EPA-HQ-OPPT-2016-0743-0031 |
| | | Wood preservatives | Market profile EPA-HQ-OPPT-2016-0743, Public comment EPA-HQ-OPPT-2016-0743-0023 |
| | | Industrial pre-treatment | U.S. EPA (2017f) |
| Disposal | Disposal | Industrial wastewater treatment | U.S. EPA (2017f) |
| | | Publicly owned treatment works (POTW) | U.S. EPA (2017f) |
| | | Underground injection | U.S. EPA (2017f), Public comment EPA-HQ-OPPT-2016-0743-0031 |
| | | Landfill (municipal, hazardous or other land disposal) | U.S. EPA (2017f), Public comment EPA-HQ-OPPT-2016-0743-0031 |
| | | Emissions to air | |
| | | Incinerators (municipal and hazardous waste) | |

[a] These categories of conditions of use appear in the life cycle diagram, reflect CDR codes and broadly represent NMP conditions of use in industrial and/or commercial settings.
[b] These subcategories reflect more specific uses of NMP.
[c] Industrial use added to reflect the use of NMP in products in the Oil and Gas Drilling, Extraction This addition to the risk evaluation will help ensure that EPA determines whether NMP presents an unreasonable risk "under the conditions of use," TSCA 6(b)(4)(A).

509

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

510



511
512
513 **Figure 1-1. NMP Life Cycle Diagram**
514 The life cycle diagram depicts the conditions of use that are considered within the scope of the draft risk evaluation during various life
515 cycle stages including manufacturing, processing, distribution, use and disposal. The production volumes shown are for reporting year
516 2015 from the 2016 CDR reporting period (U.S. EPA, 2017c). Activities related to distribution (e.g., loading, unloading) will be
517 considered throughout the NMP life cycle, rather than using a single distribution scenario.
518 [a] See Table 1-6 for additional uses not mentioned specifically in this diagram.

### 1.4.2   Conceptual Model

519
520 EPA considered the hazards that may result from exposure pathways outlined in the preliminary
521 conceptual models of the NMP Scope document (U.S. EPA, 2017d). These conceptual models
522 considered potential exposures resulting from consumer activities and uses, industrial and commercial
523 activities, environmental releases and waste disposal. During problem formulation EPA modified the
524 initial conceptual models provided in the NMP Scope document based on reasonably available
525 information identified for NMP (U.S. EPA, 2018c). For reasons described below, the oral route of
526 exposure was removed from the conceptual model for consumer activities and uses.
527
528 During risk evaluation, EPA considered oral exposures that may result from consumer use of NMP-
529 containing products (e.g., infant mouthing behaviors). EPA reviewed experimental product-testing
530 information on NMP content in consumer articles and determined which products are likely to be
531 mouthed (e.g., blankets, toys). EPA then identified information sources that measured NMP content in
532 various consumer products and considered additional contextual information regarding product use,
533 including the extent of NMP migration from these products. Based on this information, the potential for
534 consumer exposure via the oral route is expected to be negligible; therefore, this exposure pathway will
535 not be further analyzed.
536
537 The conceptual model presented in the NMP Problem Formulation also listed dust as potential NMP
538 exposure pathway for consumers. There is limited information available on NMP levels in dust, but EPA
539 expects the impacts of this uncertainty to be negligible, as this exposure source is encompassed within
540 the conservative estimates derived for dermal and inhalation exposures (Environment Canada, 2017).
541
542 Lastly, EPA did analyze NMP exposures to bystanders (i.e., those located near consumers during use)
543 who do not have direct contact with NMP-containing consumer products. Though EPA's 2015 Paint
544 Remover risk assessment showed no risks to bystanders from indirect exposure to NMP air
545 concentrations associated with consumer use, the supplemental paint remover analysis in the risk
546 assessment consisted of several scenarios resulting in high NMP air concentrations that could expose
547 other individuals in the home (see 6F.2) (U.S. EPA, 2015). Given the evaluation of a greater number of
548 conditions of use in addition to paint removers, EPA estimated NMP exposures to bystanders.
549

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



550

**Figure 1-2. NMP Conceptual Model for Industrial and Commercial Activities and Uses: Potential Exposures and Hazards**

The conceptual model presents exposure pathways, routes and hazards to human receptors from industrial and commercial uses of NMP.

[a] U.S. EPA (2015) assessed NMP use in paint removal; these uses will be considered during risk evaluation to ensure previous assessments are aligned with the Procedures for Chemical Risk Evaluation under the Amended Toxic Substances Control Act (40 CFR Part 702).

[b] Some products are used in both commercial and consumer applications. Additional uses of NMP are included in Table 1-6.

[c] Emissions to outdoor air include stack emissions and fugitive emissions such as fugitive equipment leaks from valves, pump seals, flanges, compressors, sampling connections and open-ended lines; evaporative losses from surface impoundment and spills; and releases from building ventilation systems.

[d] Oral exposure via incidental ingestion of inhaled vapor/mist will be considered as an inhalation exposure.

[e] Receptors include potentially exposed or susceptible subpopulations.

[f] When data and information are available to support the analysis, EPA expects to consider the effect that engineering controls and/or personal protective equipment have on occupational exposure levels.



562
563 **Figure 1-3. NMP Conceptual Model for Consumer Activities and Uses: Potential Exposures and Hazards**
564 The conceptual model presents the exposure pathways, routes and hazards to human receptors from consumer activities and uses of NMP.
565 [a] U.S. EPA (2015) assessed NMP use in paint and coating removal; these uses will be considered during risk evaluation to ensure previous assessments are aligned
566 with the Procedures for Chemical Risk Evaluation under the Amended Toxic Substances Control Act (40 CFR Part 702).
567 [b] Some products are used in both commercial and consumer applications; additional uses of NMP are included in Table 1-6.
568 [c] Consumers may also be exposed while handling municipal wastes; however, the pathway is uncertain.
569 [d] Oral exposure via incidental ingestion of inhaled vapor/mist/dust will be considered as an inhalation exposure.
570 [e] Receptors include potentially exposed or susceptible subpopulations.

PEER REVIEW DRAFT. DO NOT CITE OR QUOTE



571
572
**Figure 1-4. NMP Conceptual Model for Environmental Releases and Wastes: Potential Exposures and Hazards**
574   The conceptual model presents the exposure pathways, routes and hazards to human and environmental receptors from NMP environmental releases.
575   [a] Industrial wastewater or liquid wastes may be treated on-site and then released to surface water (direct discharge), or pre-treated and released to POTW (indirect discharge).
576   [b] For consumer uses, such wastes may be released directly to POTW (i.e., down the drain). Drinking water will undergo further treatment in drinking water treatment plant.
577   Ground water may also be a source of drinking water.
578   [b] Additional releases may occur from recycling and other waste treatment.
579   [c] Volatilization from or contact with NMP-containing drinking/tap water during showering, bathing and washing represents another potential exposure pathway.
580   [d] Presence of mist is unlikely; inhalation and oral exposure are expected to be negligible.
581   [e] Receptors include potentially exposed or susceptible subpopulations.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

582 EPA did not include pathways under programs of other environmental statutes, administered by
583 EPA for which long-standing regulatory and analytical processes already exist. For example,
584 EPA does not consider on-site NMP land releases that are disposed via underground injection in
585 the risk evaluation. Most of the on-site land disposal reported for NMP in the 2015 TRI was to
586 Class I underground injection wells (approximately 3.6 million pounds), with no reported
587 environmental releases via underground injection to Class II-VI wells (U.S. EPA, 2017c).
588 Environmental disposal of NMP via injection into Class I wells is managed and prevented from
589 further environmental releases by RCRA and Safe Drinking Water Act (SDWA) regulations.
590 Therefore, disposal of NMP via underground injection is not likely to result in environmental
591 and general population exposures.

592 During problem formulation, EPA used information reported in EPA's Toxics Release Inventory
593 (TRI) to predict NMP surface water concentrations near facilities reporting the largest discharges
594 to water. NMP surface water concentrations were estimated using conservative assumptions with
595 EPA's Exposure and Fate Assessment Screening Tool, Version 2014 (E-FAST 2014). TRI water
596 releases for the top 12 facilities reporting NMP releases and the associated estimates of NMP
597 surface water concentrations estimated in the NMP Problem Formulation (U.S. EPA, 2018c) are
598 shown in Appendix D.

599 EPA identified a low risk concern for NMP exposure to aquatic organisms based on the TRI
600 reported discharges of NMP to surface waters. To capture "high-end" surface water
601 concentrations, EPA compiled the release data for six facilities that reported the largest NMP
602 direct water releases. This represented > 99% of the total volume of NMP reported as a direct
603 discharge to surface water during the 2015 TRI reporting period. Comparing these "high-end"
604 surface water concentrations with the respective concentrations of concern identified for aquatic
605 organisms indicate a low risk concern (see Table 4-1). EPA does not anticipate a risk concern for
606 environmental receptors from NMP releases to surface water.
607

## 1.5  Systematic Review

TSCA requires EPA to use scientific information, technical procedures, measures, methods, protocols, methodologies and models consistent with the best available science and base decisions under Section 6 on the weight of scientific evidence. Within the TSCA risk evaluation context, the weight of the scientific evidence is defined as "*a systematic review method, applied in a manner suited to the nature of the evidence or decision, that uses a pre-established protocol to comprehensively, objectively, transparently, and consistently identify and evaluate each stream of evidence, including strengths, limitations, and relevance of each study and to integrate evidence as necessary and appropriate based upon strengths, limitations, and relevance*" (40 C.F.R. 702.33).

To meet the TSCA § 26(h) science standards, EPA used the TSCA systematic review process described in the *Application of Systematic Review in TSCA Risk Evaluations* document (U.S. EPA, 2018a). The process complements the risk evaluation process in that the data collection, data evaluation, and data integration stages of the systematic review process are used to develop the exposure and hazard assessments based on reasonably available information. EPA defines "reasonably available information" to mean information that EPA possesses, or can reasonably obtain and synthesize for use in risk evaluations, considering the deadlines for completing the evaluation (40 C.F.R. 702.33).

EPA is implementing systematic review methods and approaches within the regulatory context of the amended TSCA. Although EPA will make an effort to adopt as many best practices as practicable from the systematic review community, EPA expects modifications to the process to ensure that the identification, screening, evaluation and integration of data and information can support timely regulatory decision making under the aggressive timelines of the statute.

### 1.5.1  Data and Information Collection

EPA planned and conducted a comprehensive literature search based on key words related to the discipline-specific evidence supporting the risk evaluation (e.g., environmental fate and transport; engineering releases and occupational exposure; exposure to general population, consumers and environmental exposure; and environmental and human health hazards). EPA then developed and applied inclusion and exclusion criteria during the title and abstract screening to identify information potentially relevant for the risk evaluation process. The literature and screening strategy as specifically applied to NMP is described in the *Strategy for Conducting Literature Searches for NMP: Supplemental File to the TSCA Scope document* (U.S. EPA, 2017e); results of the title and abstract screening process are published in the *N-Methylpyrrolidone (CASRN 872-50-4) Bibliography: Supplemental File to the TSCA Scope Document* (U.S. EPA, 2017b).

For studies determined to be on-topic after title and abstract screening, EPA conducted a full text screening to further exclude references that were not relevant to the risk evaluation. Screening decisions were made based on eligibility criteria documented in the form of the populations,

649  exposures, comparators, and outcomes (PECO) framework or a modified framework[3]. Data
650  sources that met the criteria were carried forward to the data evaluation stage. The inclusion and
651  exclusion criteria for full text screening for NMP are available in Appendix G of the NMP
652  Problem Formulation document (U.S. EPA, 2018c).

654  In addition to the comprehensive literature search and screening process described above, EPA
655  leveraged information presented in previous assessments[4] when identifying relevant key and
656  supporting data[5] and information for developing the NMP draft risk evaluation. This is discussed
657  in the *Strategy for Conducting Literature Searches for NMP: Supplemental Document to the
658  TSCA Scope document* (U.S. EPA, 2017e). In general, many of the key and supporting data
659  sources were identified in the *NMP (CASRN 872-50-4) Bibliography: Supplemental File for the
660  TSCA Scope Document* (U.S. EPA, 2017b). However, there were instances where EPA missed
661  relevant sources that were not captured in the initial categorization of the on-topic references.
662  EPA found additional data and information using backward reference searching, a technique that
663  will be included in future search strategies. This issue was discussed in Section 4 of the
664  *Application of Systematic Review for TSCA Risk Evaluations*(U.S. EPA, 2018a).  Other relevant
665  key and supporting studies were identified through targeted supplemental searches conducted to
666  inform the analytical approaches and methods used in the NMP draft risk evaluation (e.g., to
667  identify specific information needed for exposure modeling) or to identify new information
668  published after the date of the initial search.

670  EPA used previous chemical assessments to quickly identify relevant key and supporting studies
671  in order to expedite the data quality evaluation of these data sources, but many were already
672  captured in the comprehensive literature search strategy described above. EPA also considered
673  newer information not covered by previous chemical assessments, as described in the *Strategy
674  for Conducting Literature Searches for NMP: Supplemental Document to the TSCA Scope
675  document* (U.S. EPA, 2017e). EPA then evaluated the confidence of this information rather than
676  evaluating the confidence of all underlying evidence ever published on NMP fate and transport,
677  environmental releases, and environmental and human exposure and hazard potential. Such a
678  comprehensive evaluation would be extremely labor intensive and could not be achieved under
679  the TSCA statutory deadlines for most chemical substances, especially those that are data rich.
680  EPA also considered how this approach to data evaluation would change the conclusions
681  presented in previous assessments.

682  Using this pragmatic approach, EPA maximized the scientific and analytical efforts of other
683  regulatory and non-regulatory agencies by accepting for the most part, the relevant scientific

---

[3] A PESO statement was used during the full text screening of environmental fate and transport data sources.  PESO
stands for Pathways and Processes, Exposure, Setting or Scenario, and Outcomes. A RESO statement was used
during the full text screening of the engineering and occupational exposure literature.  RESO stands for Receptors,
Exposure, Setting or Scenario, and Outcomes.

[4] Examples of existing assessments are EPA's chemical assessments (e.g. previous work plan risk assessments,
problem formulation documents), ATSDR's Toxicological Profiles, EPA's IRIS assessments and ECHA's dossiers.
This is described in more detail in the *Strategy for Conducting Literature Searches for 1,4-Dioxane: Supplemental
File for the TSCA Scope Document* (https://www.epa.gov/sites/production/files/2017-06/documents/14-
dioxane_lit_search_strategy_053017.pdf).

[5] Key and supporting data and information are those that support key analyses, arguments, and/or conclusions in the
risk evaluation.

684  knowledge gathered and analyzed by others, except for influential information sources that may
685  impact the weight of the scientific evidence underlying EPA's risk findings. This influential
686  information (i.e., key/supporting studies) came from a smaller pool of information sources
687  subjected to the rigor of the TSCA systematic review process to ensure that the best available
688  science is incorporated into the weight of the scientific evidence used to support the NMP draft
689  risk evaluation.
690
691  The literature flow diagrams shown in Figures 1-5, 1-6, 1-7, 1-8, and 1-9 highlight the results
692  obtained for each scientific discipline based on this approach. Each diagram provides the total
693  number of references considered at the start of each systematic review stage (i.e., data search,
694  data screening, data evaluation, data extraction/data integration) and those excluded based on the
695  criteria guiding EPA's screening and data quality evaluation decisions.
696
697  EPA made the decision to bypass the data screening step for data sources that were highly
698  relevant to the draft risk evaluation as described above. These data sources are depicted as
699  "key/supporting data sources" in the literature flow diagrams. Note that the number of
700  "key/supporting data sources" were excluded from the total count during the data screening stage
701  and added, for the most part, to the data evaluation stage depending on the discipline-specific
702  evidence. The exception was the engineering releases and occupational exposure data sources
703  that were subject to a combined data extraction and evaluation step (Figure 1-6).
704
705



*These are key and supporting studies from existing assessments (e.g., EPA IRIS assessments, ATSDR assessments, ECHA dossiers) that were highly relevant for the TSCA risk evaluation.  These studies bypassed the data screening step and moved directly to the data evaluation step.

706
707  **Figure 1-5. Key/Supporting Data Sources for Environmental Fate and Transport**
708
709  The number of publications considered in each step of the systematic review of the NMP fate
710  and transport literature is summarized in Figure 1-5. Literature on the environmental fate and
711  transport of NMP were gathered and screened as described in *Appendix C of* the *Application of*
712  *Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018a). Additional information
713  regarding the literature search and screening strategy for NMP is provided in EPA's *Strategy for*
714  *Conducting Literature Searches for N-Methylpyrrolidone (NMP): Supplemental File to the TSCA*
715  *Scope Document* (U.S. EPA, 2017e). The results of this screening are published in the *NMP*

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

716 *(CASRN 872-50-4) Bibliography: Supplemental File to the TSCA Scope Document* (U.S. EPA,
717 2017b).



*The quality of data in these sources (n=39) were acceptable for risk assessment purposes, but they were ultimately excluded from further consideration based on EPA's integration approach for environmental release and occupational exposure data/information. EPA's approach uses a hierarchy of preferences that guide decisions about what types of data/information are included for further analysis, synthesis and integration into the environmental release and occupational exposure assessments. EPA prefers using data with the highest rated quality among those in the higher level of the hierarchy of preferences (i.e., data > modeling > occupational exposure limits or release limits). If warranted, EPA may use data/information of lower rated quality as supportive evidence in the environmental release and occupational exposure assessments.

718
719 **Figure 1-6. Key/Supporting Sources for Releases and Occupational Exposures**
720
721 As shown in Figure 1-6, the literature search strategy for NMP environmental releases and
722 occupational exposures yielded 2,419 data sources. Of these, 70 data sources were determined to
723 be relevant to the NMP draft risk evaluation during the data screening process. These relevant
724 data sources progressed to the data extraction/evaluation phase. After data extraction/evaluation,
725 EPA identified several data gaps and performed a supplemental, targeted search to fill these gaps
726 (e.g. to locate information needed for exposure modeling). This supplemental search yielded 35
727 relevant data sources that bypassed the initial data screening step. These new data sources were
728 added to the 70 data sources originally determined to be relevant during the data screening
729 process; all were evaluated and extracted in accordance with the process described in Appendix
730 D of the *Application of Systematic Review in TSCA Risk Evaluations* document (U.S. EPA,
731 2018a). Of the 105 sources evaluated, 6 were rated as containing only unacceptable data based
732 on serious flaws detected during data evaluation. Of the 99 sources considered for data
733 integration, 39 were not integrated based on EPA's integration approach (i.e., higher quality data
734 were used). Data from the remaining 60 sources were integrated into the NMP draft risk
735 evaluation.
736
737

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



*Any relevant studies from prior assessments that were identified as potentially relevant for TSCA assessment needs bypassed the data screening step and moved directly to the data evaluation step (e.g. key/supporting studies from IRIS assessments, ATSDR assessments, ECHA dossiers, etc.).

738
739 **Figure 1-7. Key/Supporting Sources for General Population, Consumer and Environmental**
740 **Exposures**
741
742 The number of data and information sources considered in each step of the systematic review of
743 NMP literature on general population, consumer and environmental exposure is summarized in
744 Figure 1-7. The literature search results for general population, consumer and environmental
745 exposures yielded 132 data sources. Of these data sources, 22 were determined to be relevant to
746 the NMP draft risk evaluation through the data screening process. These relevant data sources
747 were evaluated in accordance with *Appendix E of the Application of Systematic Review in TSCA*
748 *Risk Evaluations* document (U.S. EPA, 2018a).
749
750

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



751
752  **Figure 1-8. Key/Supporting Data Sources for Environmental Hazards**
753

754  The environmental hazard data sources for NMP were identified through literature searches and
755  screening strategies using the ECOTOXicology knowledgebase system (ECOTOX) Standing
756  Operating Procedures. For studies determined to be on-topic after title and abstract screening,
757  EPA conducted a full text screening to further exclude citations that were not considered relevant
758  to the NMP draft risk evaluation. Screening decisions were made based on eligibility criteria as
759  documented in the ECOTOX User Guide (U.S. EPA, 2018b)). Additional details can be found in
760  the *Strategy for Conducting Literature Searches for NMP: Supplemental Document to the TSCA*
761  *Scope Document* (U.S. EPA, 2017e).
762

763  The literature search strategy for environmental hazard data identified 719 citations for NMP
764  Figure 1-8. At the title and abstract screening phase, 698 of these citations were excluded as
765  "off-topic" based on EPA's ECOTOX knowledgebase criteria. The remaining 16 citations
766  underwent a more thorough (full-text) screening process using the same ECOTOX criteria to
767  determine which should proceed to data evaluation. Several citations were determined to be "out
768  of scope" during the initial screening steps and were therefore excluded from data evaluation.
769  Five "Key/Supporting Citations" for Environmental Hazard were identified by EPA as a result of
770  a review of the OECD HPV SIDS Document for NMP (OECD, 2009b). EPA obtained the full
771  study reports from BASF and GAF (only summaries are provided in the OECD document). Of
772  these five citations, three were translated from German. These five citations were found
773  independently from the ECOTOX process.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

774    EPA developed data quality evaluation criteria based on a combination of EPA's
775    ECOTOXicology knowledgebase (ECOTOX) criteria and the Criteria for Reporting and
776    Evaluating ecotoxicity Data (CRED), as discussed in the *Applications of Systematic Review for*
777    *TSCA Risk Evaluations* ([U.S. EPA, 2018a](#)). Nine citations went through the data evaluation
778    process using the data quality evaluation criteria for NMP. EPA analyzed each individual
779    toxicity study in each of these citations using the data quality evaluation to determine the overall
780    study quality. Four citations were excluded during data evaluation. In total, five citations were
781    evaluated for data extraction/integration in the NMP draft risk evaluation.



*Any relevant studies from prior assessments that were identified as potentially relevant for TSCA assessment
needs bypassed the data screening step and moved directly to the data evaluation step (e.g. key/supporting
studies from IRIS assessments, ATSDR assessments, ECHA dossiers, etc.).*

782
783    **Figure 1-9. Literature Flow Diagram for Human Health Key/Supporting Data Sources**
784
785    The literature search strategy used to gather human health hazard information for NMP yielded
786    1,397 studies. This included three key and supporting studies (identified from previous
787    regulatory assessments) that skipped the initial screening process and proceeded directly to the
788    data evaluation phase. Of the 1,394 studies identified for NMP, 1,361 were excluded as off topic
789    during the title and abstract screening phase. The remaining 36 human health hazard studies
790    advanced to full text screening; 33 were determined to be relevant to the NMP draft risk
791    evaluation. These relevant data sources were evaluated and extracted in accordance with the
792    process described in *Appendix G of the Application of Systematic Review in TSCA Risk*
793    *Evaluations Document* ([U.S. EPA, 2018a](#)). Additional details can be found in EPA's *Strategy for*
794    *Conducting Literature Searches for N-Methylpyrrolidone (NMP): Supplemental File to the TSCA*
795    *Scope* document ([U.S. EPA, 2017e](#)). The results of this screening process are published in the

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

796 *NMP (CASRN 872-50-4) Bibliography: Supplemental File to the TSCA Scope Document* (U.S.
797 EPA, 2017b).

### 1.5.2   Data Evaluation

799 During the data evaluation stage, EPA assessed the quality of the data sources using the
800 evaluation strategies and criteria described in the *Application of Systematic Review in TSCA Risk*
801 *Evaluations* (U.S. EPA, 2018a). EPA evaluated the quality of all data sources that passed full-
802 text screening. Each data source received an overall confidence rating of high, medium, low or
803 unacceptable.
804
805 The results of the data quality evaluations are summarized in Sections 2.1 (Fate and Transport),
806 2.2 (Releases to the Environment), 2.3 (Environmental Exposures), 2.4 (Human Exposures), 3.1
807 (Environmental Hazards), and 3.2 (Human Health Hazards). Supplemental files 1A-1H (see list
808 of supplemental files in Appendix B) also provide details of the data evaluations including
809 individual metric scores and the overall study score for each data source.

### 1.5.3   Data Integration

811 Data integration includes analysis, synthesis and integration of information for the risk
812 evaluation. During data integration, EPA considers quality, consistency, relevance, coherence
813 and biological plausibility to make final conclusions regarding the weight of the scientific
814 evidence. As stated in the *Application of Systematic Review in TSCA Risk Evaluations* (U.S.
815 EPA, 2018a), data integration involves transparently discussing the significant issues, strengths,
816 and limitations as well as the uncertainties of the reasonably available information and the major
817 points of interpretation (U.S. EPA, 2018d).
818
819 EPA used previous assessments to identify key and supporting information and then analyzed
820 and synthesized available lines of evidence regarding NMP's chemical properties, environmental
821 fate and transport properties and its potential for exposure and hazard. EPA's analysis also
822 considered recent data sources that were not considered in the previous assessments (Section
823 1.5.1) as well as reasonably available information on potentially exposed or susceptible
824 subpopulations.
825
826 The exposures and hazards sections describe EPA's analysis of the relevant lines of evidence that
827 were found acceptable for the risk evaluation based on the data quality reviews provided in the
828 supplemental files.
829

## 2  EXPOSURES

This section describes EPA's approach to assessing environmental and human exposures. First, the fate and transport of NMP in the environment is characterized. Then, NMP environmental releases are assessed. Last, this information is integrated into an assessment of occupational and consumer exposures (including potentially exposed or susceptible subpopulations). For all exposure-related disciplines, EPA screened, evaluated, extracted and integrated reasonably available empirical data. In addition, EPA used models to estimate exposures. Both empirical data and modeled estimates were considered when selecting values for use in the exposure assessment.

The exposure pathways evaluated in the current assessment include dermal, vapor-through-skin and inhalation. NMP is well absorbed following dermal exposures and dermal absorption including NMP from the vapor phase typically contributes significantly to human exposure (Bader et al., 2008; Keener et al., 2007). NMP diluted in water has reduced dermal absorption (Keener et al., 2007; Payan et al., 2003) while NMP diluted in other solvents, such as d-limonene, can increase the absorption of NMP (Huntingdon Life Sciences, 1998) and prolonged exposures to neat (i.e., pure) NMP increases the permeability of the skin (RIVM, 2013). NMP is also absorbed via inhalation (Akesson and Paulsson, 1997) but the low vapor pressure and mild volatility can limit the amount of NMP available for inhalation. For nearby non-users, exposures were limited to inhalation and vapor-through-skin exposure routes. In all cases, internal doses integrating the different exposure routes were derived using a PBPK model.

The previously published PBPK model for NMP (Poet et al., 2010) was adapted for use by EPA and described in Appendix I. The model predicted absorption of liquid or vapor from the NMP concentration, duration of contact and physiological descriptions such as body weight. The physiological parameters of body weight and skin surface area used were specific to pregnant women and women of childbearing age for acute exposures and to men for chronic exposures. Absorption of NMP via inhalation depended on the NMP concentrations in air. Dermal absorption of NMP depended on the NMP weight fraction in liquid, NMP vapor concentration and skin surface area exposed to liquid and vapor. The thickness of the liquid film did not factor directly into the estimate of liquid NMP absorption. As a conservative estimate for user scenarios it was assumed that fresh material would be constantly deposited over the time of use such that the concentration on the skin would remain essentially constant at the formulation concentration. For example, a thin layer of compound is assumed to cover the surface area of the hands due the activities of the condition use, which may include use of sponges or rags with either both hands or one hand covered for high end and central tendency, respectively. The exposure parameters used to estimate internal NMP doses for the occupational and consumer exposure scenarios are described below.

Exposure equations and selected values used in the exposure assessment are presented in the following sections. More specific information is provided in Supplementary Files. Following inclusion of NMP on EPA's TSCA Chemical Work Plan list in 2012, EPA published an assessment of the human health risks associated with NMP use in paint and coating removal (U.S. EPA, 2015) prior to passage of the Lautenberg Act amendments to TSCA. Since that time, EPA has published the Scope (U.S. EPA, 2017d) and Problem Formulation (U.S. EPA, 2018c) for the current risk evaluation.

## 2.1  Fate and Transport

The environmental fate studies considered for this assessment are summarized in Table 2-1. This information has not changed from that provided in the NMP Problem Formulation (U.S. EPA, 2018c).

### 2.1.1  Fate and Transport Approach and Methodology

Environmental fate data were evaluated using the environmental fate data quality criteria outlined in the *Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018a). The study evaluation results are documented in the data evaluation tables presented in EPA-HQ-OPPT-2019-0236. Environmental fate data from studies which met data quality requirements (as indicated by high, medium, or low data quality scores) were extracted and integrated into the current risk evaluation to characterize the environmental fate of NMP.

EPA gathered and evaluated environmental fate information according to the process described in the Application of Systematic Review in TSCA Risk Evaluations (U.S. EPA, 2018a). Reasonably available environmental fate data were selected for use in the current evaluation. EPA also used environmental fate and transport characteristics of NMP described in previous regulatory and non-regulatory assessments to inform the environmental fate and transport information discussed in this section and in Appendix C. EPA has high confidence in the information used in the previous assessments to describe the environmental fate and transport of NMP and thus used it to make scoping decisions.

Although EPA conducted a comprehensive literature search and screening process as described in Section 1.5, information reported in previous chemical assessments was also used to identify key and supporting studies that could inform the current analysis (i.e., information supporting key assumptions, arguments, and/or conclusions). Where applicable, EPA also considered newer information that was not considered in the previous chemical assessments. EPA did not critically evaluate all underlying evidence ever published on the environmental fate and transport of NMP, but instead focused its data evaluation efforts on key and supporting studies identified previously, and any relevant information identified subsequently. Using this pragmatic approach, EPA maximized its own resources and the scientific and analytical efforts of other regulatory and non-regulatory agencies by accepting for the most part, the scientific knowledge gathered and analyzed by others. As a result, a smaller pool of information was subjected to the TSCA systematic review process to ensure that the NMP risk evaluation uses the best available science to support the weight of the scientific evidence.

Please note that other data sources may be cited as part of the reasonably available evidence presented on the fate and transport properties of NMP. For instance, EPA assessed the quality of a study on the ready biodegradability of NMP (U.S. EPA, 2019i) based on the data quality criteria described in the *Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018a) and the study was determined to be of 'medium' confidence. Other fate estimates were based on modeling results from EPI Suite™ (U.S. EPA, 2012c), a predictive tool for physical/chemical and environmental fate properties. The data evaluation tables describing the review of key and supporting fate data sources can be found in the supplemental document,

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

919 *Systematic Review Supplemental File: Data Quality Evaluation of Environmental Fate and*
920 *Transport Studies* (U.S. EPA, 2019).
921
922 The NMP physical-chemical properties and environmental fate characteristics used in the current
923 assessment are presented in Tables 1-1 and 2-1, respectively. EPA used EPI Suite™ estimations
924 and reasonably available fate data to characterize the environmental fate and transport of NMP.
925 During problem formulation, EPA also analyzed the air, water, sediment, land and biosolids
926 pathways. These results are described in the NMP Problem Formulation document (U.S. EPA,
927 2018c).
928
929 Environmental fate data from studies were evaluated using the environmental fate data quality
930 criteria outlined in *The Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA,
931 2018a). The study evaluation results are documented in Appendix C. Environmental fate data
932 from acceptable studies were extracted and integrated during risk evaluation. Based on the
933 results obtained from the data quality evaluation process EPA has high confidence in the studies
934 used to characterize the environmental fate of NMP. The data extracted from environmental fate
935 studies are shown in Appendix C and the full environmental fate data quality ratings are
936 presented in the supplemental file (U.S. EPA, 2019).
937
938 NMP does not persist in the environment. Upon release into the atmosphere, it is degraded via
939 reaction with photo-chemically produced hydroxyl radicals in ambient air. The half-life for this
940 reaction is approximately 5.8 hours, assuming a hydroxyl radical concentration of $1.5 \times 106$
941 hydroxyl radicals/cm3 air and a 12-hour day (U.S. EPA, 2015). NMP is hygroscopic and can
942 dissolve in water droplets. Atmospheric releases may be removed by condensation or further
943 reaction with hydroxyl radicals.
944
945 Although neat (pure) NMP is slightly volatile, volatilization from water and moist soils is not
946 likely based on its Henry's Law constant ($3.2 \times 10-9$ atm m3/mole). NMP is not expected to
947 adsorb to suspended solids or sediment upon release to water due to its estimated soil organic
948 carbon/water partition coefficient (log Koc = 0.9). NMP exhibits high mobility in soil; hence,
949 environmental releases are expected to migrate from soil to ground water (U.S. EPA, 2012c).
950
951 EPI Suite™ (U.S. EPA, 2012c) modules were used to predict volatilization of NMP from
952 wastewater treatment plants, lakes and rivers. The EPI Suite™ module that estimates chemical
953 removal in sewage treatment plants ("STP" module) was run to evaluate the potential for NMP
954 to biodegrade, volatilize to air or adsorb to sludge during wastewater treatment. The STP
955 module, using BIOWIN predictions for biodegradation rates, estimates that most of NMP
956 releases to wastewater (> 90%) will be removed by biodegradation. BIOWIN model predictions
957 further indicate negligible removal of NMP (< 1%) via adsorption to sludge or volatilization to
958 air. The EPI Suite™ input values are listed in Appendix C, Figure_C1 and the EPI Suite™
959 output are listed in the NMP Fate Supplementary Document (U.S. EPA, 2019).
960
961
962

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

963  **Table 2-1. Environmental Fate Characteristics of NMP**

| Property or Endpoint | Value [a] | Reference | Study Quality |
|---|---|---|---|
| Direct photo-degradation | Not available | | |
| Indirect photo-degradation | 5.8 hours (estimated for atmospheric degradation)[b] | (U.S. EPA, 2012c) | High |
| Hydrolysis half-life | Does not undergo hydrolysis | (U.S. EPA, 2015) | NA |
| Biodegradation | 45% COD/2wks; (95% in 2weeks based on GC peak disappearance) [aerobic in static die-away system test, sewage sludge inoculum, OECD 301A] | (Chow and Ng, 1983) | High (1.37) |
| | 73% in 28 days (aerobic in water, Ready Biodegradability, Modified Ministry of International Trade and Industry (MITI), OECD 301C) | (Toxicology and Regulatory Affairs, 2003) | Medium (1.8) |
| Bioconcentration factor (BCF) | 3.16 (estimated)[b] | (U.S. EPA, 2012c) | High |
| Bioaccumulation factor (BAF) | 0.9 (estimated)[b] | (U.S. EPA, 2012c) | High |
| Soil organic carbon/water partition coefficient (log $K_{oc}$) | 0.9 (estimated)[b] | (U.S. EPA, 2012c) | High |
| [a] Measured unless otherwise noted. [b] Information was estimated using EPI Suite (U.S. EPA, 2012c) NA: Not applicable | | | |

964
965  The EPI Suite™ module that estimates volatilization from lakes and rivers was run using default
966  settings to evaluate the potential for NMP to volatilize from surface water. The model results
967  indicate that volatilization from surface water is unlikely to be a significant removal pathway for
968  NMP. Aerobic biodegradation is expected to be the primary removal pathway for NMP in many
969  surface water environments based on measured data (see Table 2-1).
970
971  Experimental data and EPI Suite™ model predictions indicate that NMP will degrade in aerobic
972  environments; however, the BIOWIN module within EPI Suite™ that estimates anaerobic
973  biodegradation potential (BIOWIN 7) (U.S. EPA, 2019i, 2012c) predicts that NMP will not
974  rapidly biodegrade under anaerobic conditions. These model predictions are consistent with
975  previous assessments of NMP degradation potential (OECD, 2007b; Toxicology and Regulatory
976  Affairs, 2003; WHO, 2001; U.S. EPA, 1998; Chow and Ng, 1983).

977 NMP exhibits low potential for bioaccumulation and bioconcentration in the environment.
978 Measured bioconcentration studies for NMP were not presented in EPA's previous evaluation of
979 risks associated with NMP use in paint and coating removal (U.S. EPA, 2015); however, based
980 on the estimated BAF and BCF values (0.9 and 3.16, respectively), NMP is not expected to
981 bioaccumulate or bioconcentrate in aquatic organisms (U.S. EPA, 2012c; OECD, 2007b; U.S.
982 EPA, 1999).

## 2.2 Releases to the Environment

984 Releases to the environment from conditions of use (e.g., industrial and commercial processes,
985 commercial or consumer uses resulting in down-the-drain releases) are one component of
986 potential exposure that may be derived from reported data obtained through direct measurement,
987 calculations based on empirical data and/or model assumptions.
988
989 Under the Emergency Planning and Community Right-to-Know Act (EPCRA) Section 313,
990 NMP has been a TRI-reportable substance effective January 1, 1995. The TRI database includes
991 information on disposal and other releases of NMP to air, water, and land, in addition to how it is
992 managed through recycling, treatment, and burning for energy recovery. EPA analyzed the TRI
993 data and examined the definitions of elements in the TRI data to determine the level of
994 confidence that a release would result from specific types of land disposal (i.e., RCRA Subtitle C
995 hazardous landfills and Class I underground injection wells) and incineration. EPA also
996 examined how NMP is treated at industrial facilities. Based on 2015 TRI reporting, an estimated
997 14,093 lbs of NMP was released to surface water from industrial sources. See Table_Apx D-1 in
998 Appendix D for a TRI summary table and further details on recent releases of NMP to various
999 media.

## 2.3 Environmental Exposures

1001 NMP may occur in various environmental media including sediment, soil, water and air. As part
1002 of the NMP Problem Formulation (U.S. EPA, 2018c), EPA completed a preliminary analysis of
1003 environmental exposures for aquatic terrestrial species to NMP in these environmental media.
1004 No additional information has been received or otherwise identified by EPA that would alter the
1005 conclusions presented in the NMP Problem Formulation (U.S. EPA, 2018c). EPA concluded that
1006 no further analysis of environmental release pathways for environmental receptors is necessary
1007 based on a qualitative assessment of the physical chemistry and fate properties of NMP and the
1008 levels of NMP exposure that may be expected for organisms that inhabit these environmental
1009 compartments.
1010
1011 The evaluation of environmental exposures from the NMP Problem Formulation (U.S. EPA,
1012 2018c) is summarized in the following subsections on potential presence in biological tissues
1013 (biota), and possible exposures for aquatic and terrestrial receptors. The information is provided
1014 for clarity in this RE and the conclusions remain unchanged from the NMP Problem Formulation
1015 (U.S. EPA, 2018c).

### 2.3.1 Presence in the Environment and Biota

1017 NMP exhibits low potential for bioaccumulation and bioconcentration in the environment.
1018 Based on the estimated BAF and BCF values (0.9 and 3.16, respectively) (see Table 2-1), NMP

1019   is not expected to bioaccumulate or bioconcentrate in aquatic organisms (U.S. EPA, 2012c;
1020   OECD, 2007b; U.S. EPA, 1999).

### 2.3.2   Aquatic Environmental Exposures

1022   EPA used data from EPA's Toxics Release Inventory (TRI) and EPA's Exposure and Fate
1023   Assessment Screening Tool, Version 2014 (E-FAST 2014;) to estimate the concentrations of
1024   NMP released to surface water near discharging facilities. This exposure assessment for NMP is
1025   considered a screening level analyses as it estimates conservative (higher end) surface water
1026   concentrations. The assessment was conducted using data for the top 12 releasers reporting to the
1027   TRI. Surface water concentrations were estimated based on the 2015 TRI data and EPA's E-E-
1028   FAST, Version 2014 (E-FAST 2014). This exposure analysis is included in Appendix D of this
1029   RE and is also the same as that performed in the NMP Problem Formulation (U.S. EPA, 2018c).
1030   Using the 2015 TRI data and EPA's first-tier, Probabilistic Dilution Model (PDM) within E-
1031   FAST, facilities reporting the largest releases of NMP, surface water concentrations of NMP
1032   were modeled based on the assumption of 12 or 250 days of release. The 12-day release scenario
1033   represents an acute exposure scenario (wherein periodic maintenance and cleaning activities
1034   could result in monthly releases). The 250-day release scenario represents a chronic exposure
1035   scenario (wherein standard operations may result in continuous discharges of NMP) (see
1036   Appendix D). The "high-end" surface water concentrations (i.e., obtained assuming a low stream
1037   flow for the receiving water body) ranged from 224 µg/L for the maximum acute scenario (fewer
1038   than 20 days of environmental releases per year) to 1,496 µg/L for the maximum chronic
1039   exposure scenario (more than 20 days of environmental releases per year), respectively. These
1040   predicted acute and surface water concentrations are compared to the Concentrations of Concern
1041   identified for aquatic organisms in Section 3.1 for Environmental Hazards (Effects) to estimate
1042   Environmental Risk in Section 4.1.

## 2.4   Human Exposures

1044   EPA evaluated acute and chronic exposures to workers and occupational non-users and acute
1045   exposures to consumers by dermal contact with liquids, vapor-through-skin, and inhalation
1046   routes in association with NMP use in industrial, commercial, and consumer applications. EPA
1047   assessed these exposures by inputting exposure parameters into a physiologically based
1048   pharmacokinetic (PBPK) model, which is described in Appendix I.
1049
1050   The conditions of use to be assessed were described in Table 1-6. Due to expected similarities in
1051   or the lack of data to distinguish between exposure scenarios for different conditions of use,
1052   occupational exposures or consumer exposures for several of the subcategories of use in Table
1053   1-6 were grouped and assessed together during risk evaluation. For example, formulation of
1054   paints, coatings, adhesives and sealants may generally have similar worker activities, and EPA
1055   does not have data to distinguish whether workers are differently exposed for these different
1056   formulations. Therefore, EPA has grouped these formulating conditions of use into one
1057   occupational exposure scenario group (Incorporation into Formulation, Mixture, or Reaction
1058   Product). Occupational groupings and consumer groupings are assessed separately. A crosswalk
1059   of the conditions of use listed in Table 1-6 with the occupational and consumer exposure
1060   scenarios assessed in this report is provided in Table 2-2. EPA assessed 26 occupational and
1061   consumer exposure scenarios and applied them to 52 conditions of use.
1062

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1063 **Table 2-2. Crosswalk of Conditions of Use to Occupational and Consumer Scenarios**
1064 **Assessed in the Risk Evaluation**

| Life Cycle Stage | Category [a] | Subcategory [b] | Occupational Exposure Scenario | Consumer Exposure Scenario |
|---|---|---|---|---|
| Manufacture | Domestic Manufacture | Domestic Manufacture | Section 2.4.1.2.1 - Manufacturing | N/A |
| | Import | Import | Section 2.4.1.2.2 - Repackaging | N/A |
| Processing | Processing as a reactant or intermediate | Intermediate in Plastic Material and Resin Manufacturing and in Pharmaceutical and Medicine Manufacturing | Section 2.4.1.2.3 - Chemical Processing, Excluding Formulation | N/A |
| | | Other | | |
| | Incorporated into formulation, mixture or reaction product | Adhesives and sealant chemicals in Adhesive Manufacturing | Section 2.4.1.2.4 - Incorporation into Formulation, Mixture, or Reaction Product | N/A |
| | | Anti-adhesive agents in Printing and Related Support Activities | | |
| | | Paint additives and coating additives not described by other codes in Paint and Coating Manufacturing; and Print Ink Manufacturing | | |
| | | Processing aids not otherwise listed in Plastic Material and Resin Manufacturing | | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| | | Manufacturing; Primary Metal Manufacturing; Soap, Cleaning Compound and Toilet Preparation Manufacturing; Transportation Equipment Manufacturing; All Other Chemical Product and Preparation Manufacturing; Printing and Related Support Activities; Services; Wholesale and Retail Trade | | |
|---|---|---|---|---|
| | | Surface active agents in Soap, Cleaning Compound and Toilet Preparation Manufacturing | | |
| Processing | Incorporated into formulation, mixture or reaction product | Plating agents and surface treating agents in Fabricated Metal Product Manufacturing | Section 2.4.1.2.4 - Incorporation into Formulation, Mixture, or Reaction Product | N/A |
| | | Solvents (which become part of product formulation or mixture) in Electrical Equipment, Appliance and Component Manufacturing; Other Manufacturing; Paint and Coating Manufacturing; Print Ink Manufacturing; Soap, Cleaning Compound and Toilet Preparation Manufacturing; Transportation Equipment Manufacturing; All Other Chemical Product and Preparation Manufacturing; Printing and Related Support Activities; Wholesale and Retail Trade | | |
| | | Other uses in Oil and Gas Drilling, Extraction and Support Activities; Plastic Material and Resin Manufacturing; Services | | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| | | | | |
|---|---|---|---|---|
| | Incorporated into article | Lubricants and lubricant additives in Machinery Manufacturing | Section 2.4.1.2.5 - Metal Finishing | N/A |
| | | Paint additives and coating additives not described by other codes in Transportation Equipment Manufacturing | Section 2.4.1.2.5 - Application of Paints, Coatings, Adhesives, and Sealants | N/A |
| | | Solvents (which become part of product formulation or mixture), including in Textiles, Apparel and Leather Manufacturing | Section 2.4.1.2.4 - Incorporation into Formulation, Mixture, or Reaction Product | N/A |
| Processing | Incorporated into article | Other, including in Plastic Product Manufacturing | Section 2.4.1.2.3 - Chemical Processing, Excluding Formulation | N/A |
| | Recycling | Recycling | Section 2.4.1.2.16 - Recycling and Disposal | N/A |
| | Repackaging | Wholesale and Retail Trade | Section 2.4.1.2.2 - Repackaging | N/A |
| Distribution in commerce | Distribution | Distribution in commerce | Activities related to distribution (e.g., loading, unloading) are considered throughout the life cycle rather than using a single distribution scenario, so are not separately assessed. | N/A |
| Industrial, commercial, and consumer use | Paints and coatings | Paint and coating removers | Section 2.4.1.2.6 - Removal of Paints, Coatings, Adhesives, and Sealants | Section 2.4.2 - Paint Removers |
| | | Adhesive removers | | Section 2.4.2 - Adhesive Removers |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| | | Lacquers, stains, varnishes, primers and floor finishes | Section 2.4.1.2.7 - Application of Paints, Coatings, Adhesives, and Sealants | Section 2.4.2 - Stains, Varnishes |
| | | Powder coatings (surface preparation) | | N/A |
| | Paint additives and coating additives not described by other codes | Use in Computer and Electronic Product Manufacturing, Construction, Fabricated Metal Product Manufacturing, Machinery Manufacturing, Other Manufacturing, Paint and Coating Manufacturing, Primary Metal Manufacturing, Transportation Equipment Manufacturing, Wholesale and Retail Trade | | Section 2.4.2 - Paint |
| | | | | Section 2.4.2 - Arts and Crafts |
| | Solvents (for cleaning or degreasing) | Use in Electrical Equipment, Appliance and Component Manufacturing. | Section 2.4.1.2.8 – Electronic Parts Manufacturing | N/A |
| | Ink, toner, and colorant products | Printer ink | Section 2.4.1.2.9 - Printing and Writing | N/A |
| | | Inks in writing equipment | | N/A |
| | Processing aids, specific to petroleum production | Petrochemical Manufacturing | Section 2.4.1.2.3 - Chemical Processing, Excluding Formulation | N/A |
| Industrial, commercial, and consumer use | Adhesives and sealants | Adhesives and sealant chemicals including binding agents | Section 2.4.1.2.5 - Application of Paints, Coatings, Adhesives, and Sealants | N/A |
| | | Single component glues and adhesives, including lubricant adhesives | | Section 2.4.2 - Adhesives |
| | | Two-component glues and adhesives, including some resins | | Section 2.4.2 - Sealants |
| | | Soldering materials | Section 2.4.1.2.10 - Soldering | N/A |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| | | Anti-freeze and de-icing products | | N/A |
|---|---|---|---|---|
| | Other uses | Automotive care products | Section 2.4.1.2.11 - Commercial Automotive Serving | Section 2.4.2 - Auto Interior Cleaner Auto Interior Spray Cleaner |
| | | Lubricants and greases | | N/A |
| | | Metal products not covered elsewhere | Section 2.4.1.2.5 - Metal Finishing | N/A |
| | | Laboratory chemicals | Section 2.4.1.2.12 - Laboratory Use | N/A |
| | | Lithium ion batteries [c] | N/A | N/A |
| | | Cleaning and furniture care products, including wood cleaners, gasket removers | Section 2.4.1.2.13 - Cleaning | Section 2.4.2 - Cleaners/ Degreasers Engine Cleaner/ Degreaser |
| | | Other uses in Oil and Gas Drilling, Extraction and Support Activities | Section 2.4.1.2.3 - Chemical Processing, Excluding Formulation | N/A |
| | | Lubricant and lubricant additives, including hydrophilic coatings | Section 2.4.1.2.5 - Metal Finishing | Section 2.4.2 - Spray Lubricant |
| | | Fertilizer and other agricultural chemical manufacturing - processing aids and solvents | Section 2.4.1.2.14 - Fertilizer Application | N/A |
| | | Pharmaceutical and Medicine Manufacturing - functional fluids (closed systems) | Section 2.4.1.2.3 - Chemical Processing, Excluding Formulation | N/A |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

|  |  | Wood preservatives | Section 2.4.1.2.15 - Wood Preservatives | N/A |
|--|--|--|--|--|
| Disposal | Disposal | Industrial pre-treatment | Section 2.4.1.2.16 - Recycling and Disposal | N/A |
|  |  | Industrial wastewater treatment |  | N/A |
|  |  | Publicly owned treatment works (POTW) |  | N/A |
|  |  | Underground injection |  | N/A |
|  |  | Landfill (municipal, hazardous or other land disposal) |  | N/A |
|  |  | Incinerators (municipal and hazardous waste) |  | N/A |
|  |  | Emissions to air |  | N/A |

[a] These categories of conditions of use appear in the Life Cycle Diagram, reflect CDR codes, and broadly represent conditions of use of NMP in industrial and/or commercial settings.
[b] These subcategories reflect more specific uses of NMP
[c] This condition of use applies to manufacture and processing.
N/A means these categories of conditions of use are not applicable to occupational or consumer exposures

1065

### 2.4.1   Occupational Exposures

For the purpose of this assessment, EPA considered occupational exposure of the total workforce of exposed users and non-users, which include but are not limited to male and female workers of reproductive age who are >16 years of age. Female workers of reproductive age are >16 to less than 50 years old. Adolescents (>16 to <21 years old) are a small part of this total workforce. The occupational exposure assessment is applicable to and covers the entire workforce who are exposed to NMP.

EPA evaluated acute and chronic exposures to workers and occupational non-users (ONUs) associated with dermal contact with liquids (workers only), vapor-through-skin, and inhalation routes in association with NMP use in industrial and commercial applications, which are shown in Table 2-2. Oral exposure via incidental ingestion of inhaled vapor/mist/dust will be considered as an inhalation exposure as noted in Figure 1-2 because EPA does not have data or methods to fractionate the total NMP inhaled into the amount of NMP that deposits in the upper respiratory system and the amount of NMP that goes into the lung.

EPA assessed these exposures by inputting exposure parameters into a physiologically based pharmacokinetic (PBPK) model, which is described in Appendix I. Parameter development for each occupational exposure scenario assessed is described in Section 2.4.1.1. More detailed information about the parameter development may be found in the supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r).

For each scenario, EPA distinguishes between exposures to workers and ONUs when possible. A primary difference between workers and ONUs is that workers may have direct dermal contact with liquid chemicals that they handle, whereas ONUs located in the general vicinity of workers do not have direct dermal contact with liquids handled by the workers. Examples of ONUs include supervisors, managers, and other employees that may be in the production areas but do not perform tasks that result in direct dermal contact with liquids. EPA expects that ONUs are exposed to lower air concentrations than workers since they may be further from the emission source than workers. When EPA cannot distinguish ONU exposures from workers, EPA assumes ONUs are exposed to lower air concentrations as compared to workers.

### 2.4.1.1   Occupational Exposures Approach and Methodology

This section summarizes the occupational dermal and inhalation exposure parameters and concentrations for NMP in the various industries and scenarios shown in Table 2-2. These parameters were used as PBPK model inputs for the risk evaluation. The supplemental document, *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r) provides background details on industries that may use NMP, worker activities, processes, numbers of sites and numbers of potentially exposed workers. This supplemental document also provides detailed discussion on the values used for the dermal exposure parameters and air concentrations and associated worker inhalation parameters presented in this section.

*Key Parameters for PBPK Modeling*
To derive internal exposure estimates for acute and chronic occupational exposures, the PBPK model required a set of input parameters related to exposures by the dermal and inhalation routes:

1111 • NMP weight fraction in the liquid product;
1112 • Total skin surface area of hands in contact with the liquid product;
1113 • Glove protection factor (if applicable);
1114 • Duration of dermal contact with the liquid product;
1115 • Air concentration for inhalation and vapor-through-skin exposure; and
1116 • Body weight of the exposed worker.

1117 EPA assumed that the skin of the hands was exposed dermally to NMP at the specified liquid weight
1118 fraction and skin surface area and that there was simultaneous exposure by inhalation and vapor-
1119 through-skin absorption for unobstructed skin areas. As described below, air concentrations were
1120 adjusted to duration of contact of liquid on the skin, which is assumed to be removed by cleaning at the
1121 end of the work period. Acute scenarios assumed 1 day of exposure and chronic scenarios assumed 5
1122 days of exposure per week.
1123
1124 EPA used literature sources for estimating many of these occupational exposure parameters. EPA used
1125 modeling or generic assumptions when data were not available.
1126
1127 For most PBPK input parameters, EPA did not find enough data to determine statistical distributions of
1128 the actual exposure parameters and concentrations. Within the distributions, central tendencies describe
1129 50th percentile or the substitute that most closely represents the 50th percentile. The high-end of a
1130 distribution describes the range of the distribution above 90th percentile (U.S. EPA, 1992). Ideally, EPA
1131 would use the 50th and 95th percentiles for each parameter. Where these statistics were unknown, the
1132 mean or mid-range (mean is preferable to mid-range) served as substitutes for 50th percentile and the
1133 high-end of ranges served as a substitute for 95th percentile. However, these substitutes were uncertain
1134 and not ideal substitutes for the percentiles. EPA could not determine whether these substitutes were
1135 suitable to represent statistical distributions of real-world scenarios.
1136
1137 EPA selected grouped sets of individual input parameter values intended to represent central tendency
1138 and high-end occupational exposure scenarios. To generate each central tendency scenario result, EPA
1139 used a group of all central tendency input parameter values relevant to the scenario. To generate each
1140 high-end scenario result, EPA used a group of mostly high-end input parameter values relevant to the
1141 scenario except body weight, which is a median value. Using mostly high-end input values is a plausible
1142 approach to estimate a high-end PBPK result for the periods of acute and chronic exposures of 1 to 5
1143 days.
1144
1145 *Weight Fraction*
1146 To support this risk evaluation, EPA determined the weight fraction of NMP in various products through
1147 information provided in the available literature, previous risk assessments and the 2017 NMP Market
1148 Profile (Abt, 2017). This Market Profile was prepared in part by searching Safety Data Sheets (SDSs) of
1149 products that contain NMP and compiling the associated name, use, vendor and NMP concentration
1150 associated with each of these products. Where a data point was provided as range of NMP
1151 concentrations for a certain product (e.g., paints and coatings), EPA utilized the mid-range (middle) and
1152 high-end (maximum) weight fractions to estimate potential exposures. Where multiple data points for a
1153 given type of product (e.g., paints and coatings) were available, EPA estimated exposures using the
1154 central tendency (50th percentile) and high-end (95th percentile) NMP concentrations.
1155

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1156 *Skin Surface Area*
1157 For both consumer and occupational user dermal exposure for liquid contact, EPA used skin surface area
1158 values both for the hands of females and for the hands of males, obtained from the 2011 edition of
1159 EPA's Exposure Factors Handbook (Table 7-13) (U.S. EPA, 2011). These values overestimate
1160 exposures for younger members of the workforce whose hand surface areas would be smaller. One
1161 exception is for the OES that includes Writing, 1 cm$^2$ was assumed based on a literature estimate for
1162 writing inks (NICNAS, 2016). For the remainder of the occupational dermal exposure assessment, EPA
1163 used the following values:

1164 • high-end value, which represents two full hands in contact with a liquid: 890 cm$^2$ (female),1070
1165 cm$^2$ (males)
1166 • central tendency value, which is half of two full hands (equivalent to one full hand) in contact
1167 with a liquid and represents only the palm-side of both hands exposed to a liquid: 445 cm$^2$
1168 (females), 535 (males)

1169 Occupational non-users (ONUs) are not expected to have direct contact with NMP-based liquid products
1170 unless an incident (e.g., spill) were to occur. However, PBPK modeling of ONU (no liquid contact) used
1171 a skin surface area value of 0.1 cm$^2$ (about 0.1% of values used for occupational users) for liquid
1172 exposure to prevent a division by zero error in model equations.

1173

1174 For dermal exposure to vapor for both occupational users and ONUs, the PBPK modeled up to 25% of
1175 the total skin surface area, corresponding to the face, neck, arms and hands, as exposed to and capable of
1176 absorbing vapors, minus any area covered by personal protection equipment (PPE). This area, which is
1177 programmed into the PBPK model, is not a variable input value.

1178

1179 *Glove Usage*
1180 EPA also made assumptions about glove use and associated protection factors (PFs). Where workers
1181 wear gloves, workers are exposed to NMP-based product that penetrates the gloves, including potential
1182 seepage through the cuff from improper donning of the gloves, permeation of NMP through the glove
1183 material, and the gloves may occlude the evaporation of NMP from the skin. Where workers do not
1184 wear gloves, workers are exposed through direct contact with NMP.

1185

1186 Overall, EPA understands that workers may potentially wear gloves but does not know the likelihood
1187 that workers wear gloves of the proper type and have training on the proper usage of gloves. Some
1188 sources indicate that workers wear chemical-resistant gloves (Meier et al., 2013; OECD, 2009a;
1189 NICNAS, 2001), while others indicate that workers likely wear gloves that are more permeable than
1190 chemical-resistant gloves (RIVM, 2013). No information on employee training was found. Data on the
1191 prevalence of glove use is not available for most uses of NMP. One anecdotal survey of glove usage
1192 among workers performing graffiti removal indicates that 87% of workers wear gloves, although the
1193 glove materials varied and were sometimes not protective; only a small fraction of these workers used
1194 gloves made of optimal material for protection against NMP and some used cloth or leather gloves
1195 (Anundi et al., 2000). Prior to the initiation of this risk evaluation EPA had gathered information in
1196 support of understanding glove use for handling pure NMP and for paint and coatings removal using
1197 NMP formulations. This information may be generally useful for a broader range of uses of NMP and is
1198 presented for illustrative purposes in 6E.1.1. SDSs found by EPA recommend glove use (see Appendix
1199 E.1.2). Initial literature review suggests that there is unlikely to be enough data to justify a specific
1200 probability distribution for effective glove use for a chemical or industry. Instead, the impact of effective

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1201 glove use is explored by considering different protection factors, which are further discussed below and
1202 compiled in Table 2-3.

1203

1204 Gloves only offer barrier protection until the chemical breaks through the glove material. Using a
1205 conceptual model, Cherrie et al. (2004) proposed a glove workplace PF – the ratio of estimated uptake
1206 through the hands without gloves to the estimated uptake through the hands while wearing gloves: this
1207 protection factor is driven by glove usage practices and by flux, which varies with time. The ECETOC
1208 TRA v3 model represents the protection factor of gloves as a fixed, assigned protection factor equal to 1,
1209 5, 10, or 20 (Marquart et al., 2017). When assuming glove use, EPA assumed protection factors using
1210 this strategy. Given the limited state of knowledge about the protection afforded by gloves in the
1211 workplace, it is reasonable to utilize the PF values of the ECETOC TRA v3 model (Marquart et al.,
1212 2017), rather than attempt to derive new values.

1213

1214 For each occupational exposure scenario, EPA used professional judgment to predict the likelihood of
1215 the use of gloves based on the characteristics described in Table 2-3, and the associated PFs are
1216 presented as what-if scenarios. For OESs with only industrial sites, EPA assumes that workers are likely
1217 to wear protective gloves and have basic training on the proper usage of these gloves, corresponding to a
1218 protection factor of 10 for both the central tendency and high-end exposure scenarios. In high-end
1219 scenarios that include both commercial and industrial sites, EPA assumes that either no gloves are used
1220 or, if gloves are used, that glove material may not be protective, each of which corresponds to a
1221 protection factor of 1. This assumption is based on the survey of graffiti removers noted that only a
1222 small fraction of these workers used gloves made of optimal material for protection against NMP and
1223 some used cloth or leather gloves (Anundi et al., 2000). For these same scenarios, EPA assesses a
1224 central tendency scenario assuming the use of gloves with minimal to no employee training,
1225 corresponding to a protection factor of 5. As indicated in Table 2-3, use of protection factors above 1 is
1226 valid only for glove materials that have been tested for permeation against the NMP-containing liquids
1227 associated with the condition of use. EPA has not found information that would indicate specific activity
1228 training (e.g., procedure for glove removal and disposal) for tasks where dermal exposure can be
1229 expected to occur in a majority of sites in industrial only OESs, so the PF of 20 is not assumed for any
1230 central tendency or high-end estimates but would be applicable to lower percentile (below central
1231 tendency) exposure estimates. Additional explanations of the selection of PFs for each exposure scenario
1232 and of occlusion are included in the supplemental document *Risk Evaluation for N-Methylpyrrolidone*
1233 *(2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment*
1234 (U.S. EPA, 2019r).

1235

1236 In addition to the assumed central tendency and high-end scenarios, EPA conducted additional modeling
1237 of exposures for the full range of glove use or no glove use to determine impacts on exposures and
1238 MOEs as what-if scenarios. The results of this additional modeling are shown in Section 4.2.2.

1239

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1240 **Table 2-3. Glove Protection Factors for Different Dermal Protection Strategies from ECETOC**
1241 **TRA v3**

| Dermal Protection Characteristics | Setting | Protection Factor, PF |
|---|---|---|
| a. No gloves used, or any glove / gauntlet without permeation data and without employee training | Industrial and Commercial Uses | 1 |
| b. Gloves with available permeation data indicating that the material of construction offers good protection for the substance | | 5 |
| c. Chemically resistant gloves (i.e., as *b* above) with "basic" employee training | | 10 |
| d. Chemically resistant gloves in combination with specific activity training (e.g., procedure for glove removal and disposal) for tasks where dermal exposure can be expected to occur | Industrial Uses Only | 20 |

1242
1243 *Duration of Dermal Contact*
1244 Where available, EPA utilized exposure durations from the available task-based inhalation monitoring
1245 data. No dermal duration data were found. In lieu of dermal duration data or task-based durations from
1246 inhalation monitoring data, EPA assumed a minimum duration of 1 hour/day, which is a reasonable
1247 assumption considering the initial contact time with the formulation containing NMP plus the time after
1248 direct contact when the thin film evaporates from and absorbs into the skin. EPA assumed a high-end
1249 value of 8 hours/day (i.e., a full shift). As a central tendency estimate, EPA assumed a mid-range value
1250 of 4 hours/day (the calculated mid-point of 4.5 was rounded to 4 hours/day). The low-end and high-end
1251 values are consistent with EPA's documented standard model assumptions for occupational dermal
1252 exposure modeling (U.S. EPA, 1991a).
1253
1254 *Air Concentration for Inhalation and Vapor-through-Skin Exposure*
1255 EPA reviewed workplace inhalation monitoring data collected by government agencies such as OSHA
1256 and NIOSH, and monitoring data found in published literature (i.e., personal exposure monitoring data
1257 and area monitoring data). Data were evaluated using the evaluation strategies laid out in the *Application*
1258 *of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018a), and the evaluation details are shown
1259 in two supplemental files: *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review*
1260 *Supplemental File: Data Quality Evaluation for Occupational Exposure and Release Data* (U.S. EPA,
1261 2019p) and *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1-Methyl-) Systematic Review*
1262 *Supplemental File: Data Quality Evaluation of Environmental Releases and Occupational Exposure*
1263 *Common Sources* (U.S. EPA, 2019o). Where available, EPA used air concentration data and estimates
1264 found in government or published literature sources to serve as inputs to the PBPK modeling for
1265 occupational exposures to NMP. There is not a known correlation between weight fraction of NMP in
1266 the material being handled / used and the concentration of NMP in air. Where air concentration data
1267 were not available, modeling estimates were used. Details on which models EPA used are included in
1268 Section 2.4.1.2 for the applicable OESs and discussion of the uncertainties associated with these models
1269 is included in Section 2.4.1.4.
1270
1271 EPA evaluated personal monitoring data or modeled near-field exposure concentrations potential
1272 inhalation and vapor-through-skin exposures for workers. Since ONUs do not directly handle NMP,

1273   EPA reviewed personal monitoring data, modeled far-field exposure concentrations, and area
1274   monitoring data in evaluating potential inhalation and vapor-through-skin exposures for ONUs. Because
1275   modeled results are typically intended to capture exposures in the near-field, modeling that does not
1276   contain a specific far-field component are not considered to be suitable for ONUs. Area monitoring data
1277   may potentially represent ONU exposures depending on the monitor placement and the intended sample
1278   population. Inhalation data sources did not usually indicate whether NMP exposure concentrations were
1279   for occupational users or occupational non-users (ONUs). For inhalation and vapor-through-skin
1280   exposures, if EPA cannot distinguish ONU exposures from workers, EPA assumes that ONUs
1281   experience lower air concentrations compared to workers.

1282

1283   For PBPK modeling, the duration of inhalation exposure must equal the duration of dermal exposure.
1284   Therefore, where EPA did not have exposure durations from task-based monitoring data, EPA adjusted
1285   air concentrations by multiplying by a ratio of duration of the air concentration averaging time to
1286   duration of dermal exposure to liquid, which is discussed above.

1287

1288   Few literature sources indicate the use of respirators for reducing worker exposures to NMP by
1289   inhalation. Therefore, EPA central tendency and high-end scenarios do not incorporate protection factors
1290   for respirator use. Regarding respirator use, only one of the NMP studies containing worker inhalation
1291   data specified the type of respirator used by the workers in the study. This respirator, a half mask air-
1292   purifying respirator with organic vapor cartridges (Kiefer, 1994), is classified as having an assigned
1293   protection factor (APF) of 10. Therefore, EPA conducted additional modeling representing scenarios
1294   below central tendency for the use of respirators providing an APF of 10. This modeling reduces
1295   inhalation concentrations by a factor of 10 as intended when this type of respirator is used in accordance
1296   with OSHA's Respiratory Protection standard (29 CFR 1910.134). While respirators with other APFs
1297   may be used, EPA only included this APF in additional modeling. The results of this additional
1298   modeling are shown in Section 4.2.2.

1299

1300   *Body Weight*
1301   Both the consumer and occupational dermal exposure assessments used the 50th percentile body weights
1302   for pregnant women in their first trimester, which is 74 kg, and for males, which is 88 kg, for both
1303   central tendency and high-end exposure scenarios. EPA obtained these values from the 2011 edition of
1304   EPA's Exposure Factors Handbook (Table 8-29) (U.S. EPA, 2011).

1305         **2.4.1.2   Occupational Exposure Scenarios**
1306   Details of the data, modeling, and associated exposure-related information for each of the Occupational
1307   Exposure Scenarios (OES) listed in Table 2-2 and in the subsections below are available in the
1308   supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP),*
1309   *Supplemental Information on Occupational Exposure Assessment*. (U.S. EPA, 2019r)

1310

1311   The following subsections contain a summary of dermal and inhalation parameter estimates for each
1312   OES. Information on the number of potentially exposed workers and occupational non-users (ONUs)
1313   can be found in Table 2-4. Details on the parameter estimates as well as process descriptions, numbers
1314   of sites and potentially exposed workers, and worker activities for each OES are available in the
1315   supplemental document (U.S. EPA, 2019r). A summary set of all central tendency and high-end
1316   scenarios parameter inputs to the PBPK model is shown in Table 2-66.

1317   Key uncertainties toward exposure estimates are summarized in Section 2.4.1.4.
1318
1319   EPA estimated numbers of workers in the assessed industries. Where available, EPA used CDR data to
1320   provide a basis to estimate the numbers of sites, workers, and occupational non-users (ONUs). EPA
1321   supplemented the available CDR data with U.S. economic data using the following method:
1322
1323      1. Identify the North American Industry Classification System (NAICS) codes for the industry
1324         sectors associated with these uses.
1325      2. Estimate total employment by industry/occupation combination using the Bureau of Labor
1326         Statistics' (BLS) Occupational Employment Statistics (OES) data (U.S. BLS, 2016).
1327      3. Refine the OES estimates where they are not sufficiently granular by using the U.S. Census'
1328         Statistics of US Businesses (SUSB) (citation) data on total employment by 6-digit NAICS.
1329      4. Use market penetration data to estimate the percentage of employees likely to be using NMP
1330         instead of other chemicals.
1331      5. Combine the data generated in Steps 1 through 4 to produce an estimate of the number of
1332         employees using NMP in each industry/occupation combination, and sum these to arrive at a
1333         total estimate of the number of employees with exposure.
1334
1335   Market penetration data for NMP are not readily available at this time; therefore, site, worker, and ONU
1336   estimates do not take this into account and likely overestimate the number of sites, workers, and ONUs
1337   potentially exposed to NMP. Where end-use sector is not clear, relevant GSs and ESDs are used to
1338   estimate the number of sites and workers, such as for metal finishing.
1339
1340   Estimated numbers of occupational workers in the assessed industries are shown in Table **2-4**. The
1341   number of workers exposed to NMP for these industries is not known. Additionally, the proportion of
1342   workers that are exposed in an industrial versus commercial setting is unknown. Details of these
1343   estimates may be found in the supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-*
1344   *Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment*
1345   (U.S. EPA, 2019r).
1346
1347   **Table 2-4. Estimated Numbers of Workers in the Assessed Industry Uses of NMP [a]**

| Occupational Exposure Scenario | Number of Workers [b] |
|---|---|
| Manufacturing | 2,800 [c] |
| Repackaging | 1,100 [c] |
| Chemical Processing, Excluding Formulation | 5,400 [c] |
| Incorporation into Formulation, Mixture, or Reaction Product | 1,900 [c] |
| Application of Paints, Coatings, Adhesives and Sealants | 2,000,000 |
| Printing and Writing | 53,000 |
| Metal Finishing | 530,000 |
| Removal of Paints, Coatings, Adhesives and Sealants | 410,000 |
| Cleaning | 190,000 |

| Commercial Automotive Servicing | 910,000 |
| Laboratory Use | 420,000 |
| Electronic Parts Manufacturing | 660,000 |
| Soldering | 4,000,000 |
| Fertilizer Application | 1,300,000 |
| Wood Preservatives | 380,000 |
| Recycling and Disposal | 200 [c] |

[a] The number of worker estimates are based on industry-specific data that are independent of NMP usage and the portion of workers that are exposed to NMP within these industries is unknown.
[b] These numbers are rounded to two significant figures.
[c] The number of sites associated with these occupational exposure scenarios were determined from CDR or TRI data. However, the number of workers that are exposed to NMP at these sites is unknown.

1348

### 2.4.1.2.1  Manufacturing

1349

1350 For this industrial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal
1351 exposures from the loading of various containers (i.e., drums, tank trucks, rail cars) with pure NMP.
1352 While EPA does expect that workers may perform additional activities during this scenario, such as
1353 sampling or maintenance work, EPA expects that loading activities present the largest range of potential
1354 exposures.

1355

***Inhalation and Vapor-through-Skin***

1356
1357 EPA found no monitoring data specific to the manufacture of NMP. However, there is a German source
1358 with monitoring data for the storing and conveying of pure NMP, which may occur during
1359 manufacturing (IFA, 2010). These data do not include additional details such as the industry, associated
1360 worker activities, type of storing and conveying systems, and sampling time, resulting in a data quality
1361 rating of medium. EPA modeling estimates had higher quality rating, so EPA did not use this German
1362 monitoring data. EPA also found a source of European modeling estimates for the manufacturing of
1363 NMP (RIVM, 2013). This modeled data had a medium data quality rating and EPA modeling estimates
1364 had higher data quality, so EPA did not use the European modeling data. Due to limited relevance and
1365 quality of German monitoring data and European modeling estimates found in the published literature,
1366 EPA used modeling estimates of air concentrations with the highest data quality for this use. EPA's
1367 modeled exposure concentrations are similar in value and the same order of magnitude as the European
1368 modeling estimates. EPA's *Tank Truck and Railcar Loading and Unloading Release and Inhalation*
1369 *Exposure Model* involves deterministic modeling and the *Drum Loading and Unloading Release, and*
1370 *Inhalation Exposure Model* involves probabilistic modeling.

1371

1372 The inhalation exposure concentrations modeled by EPA for loading of NMP are summarized into the
1373 input parameters used for the PBPK modeling in Table 2-5. Note that the exposure duration for the
1374 central tendency and high-end exposure scenarios for loading into drums are the same because the
1375 unloading rate does not vary in that model. The supplemental document *Risk Evaluation for N-*
1376 *Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational*
1377 *Exposure Assessment* (U.S. EPA, 2019r) provides additional details.

1378  **Table 2-5. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
1379  **Manufacturing**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m³, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m³) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Loading NMP into bulk containers | Central tendency (50th percentile) | 0.047 | 0.760 (duration = 0.5 hr) | *Tank Truck and Railcar Loading and Unloading Release and Inhalation Exposure Model (*U.S. EPA, 2013a*)* | Not applicable[a] |
| | High-end (95th percentile) | 0.190 | 1.52 (duration = 1 hr) | | |
| Loading NMP into drums | Central tendency (50th percentile) | 0.427 | 1.65 (duration = 2.06 hr) | *Drum Loading and Unloading Release and Inhalation Exposure Model (*U.S. EPA, 2013a*)* | |
| | High-end (95th percentile) | 1.51 | 5.85 (duration = 2.06 hr) | | |

1380  [a] - EPA models are standard sources used by EPA for occupational exposure assessments. EPA did not systematically review
1381  models that were developed by EPA.
1382

1383  ***Dermal***
1384  Table 2-6 summarizes the parameters used to assess dermal exposure during the manufacturing of NMP.
1385  For this life cycle stage, EPA assessed dermal exposures during the loading of pure NMP into bulk
1386  containers and into drums. Most of these parameters were determined based on assumptions described in
1387  Section 2.4.1.1. EPA used data from 2016 CDR and literature sources to determine the NMP weight
1388  fraction. These underlying data have data quality ratings of high. Because this scenario has only
1389  industrial sites, EPA assumes that workers are likely to wear protective gloves and have basic training
1390  on the proper usage of these gloves for both central and high-end exposures, corresponding to a
1391  protection factor of 10.
1392

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1393 **Table 2-6. Summary of Parameters for Worker Dermal Exposure to Liquids During**
1394 **Manufacturing**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Loading NMP into bulk containers | Central Tendency | 10 | 1 | 445 (f) 535 (m) | 0.5 | 74 (f) 88 (m) |
| | High-end | 10 | 1 | 890 (f) 1,070 (m) | 1 | |
| Loading NMP into drums | Central Tendency | 10 | 1 | 445 (f) 535 (m) | 2.06 | 74 (f) 88 (m) |
| | High-end | 10 | 1 | 890 (f) 1,070 (m) | 2.06 | |

1395 [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
1396 values associated with males are denoted with (m).
1397

1398 ***PBPK Inputs***
1399 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
1400 characterizations listed in Table 2-7.
1401

1402 The numeric parameters corresponding to the characterizations presented in Table 2-7 are summarized
1403 in Table 2-8. These are the inputs used in the PBPK model.
1404

1405 **Table 2-7. Characterization of PBPK Model Input Parameters for Manufacturing of NMP**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Loading of bulk containers | Central tendency (50th percentile) | Duration calculated by model | 1-hand | Yes | N/A - 100% is assumed for both exposure scenarios |
| High-end | Loading of drums | High-end (95th percentile) | Duration calculated by model | 2-hand | Yes | N/A - 100% is assumed for both exposure scenarios |

1406   **Table 2-8. PBPK Model Input Parameters for Manufacturing of NMP**

| Skin Surface Area Exposed (cm$^2$) [b]Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 0.760 | 0.5 | 445 (f) 535 (m) | 10 | 1 | 74 (f) 88 (m) |
| High-end | 5.85 | 2.06 | 890 (f) 1,070 (m) | 10 | 1 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

1407
1408   ***Summary***
1409   In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
1410   additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
1411   strengths and limitations and assigned an overall confidence to the occupational exposure scenario
1412   inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
1413   the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
1414   on this assessment are discussed in Section 2.4.1.4.
1415
1416   ***Primary Strengths***
1417   EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by
1418   industry submitters. Modeling, in the middle of the approach hierarchy, was used to estimate
1419   occupational air concentrations for both the loading of NMP into bulk containers and into drums. For
1420   modeling of these air concentrations, EPA attempted to address variability in input parameters by
1421   estimating both central tendency and high-end parameter values. Additionally, for modeling of air
1422   concentrations during the loading of drums, EPA used Monte Carlo simulation to capture variability in
1423   input parameters. EPA expects the duration of inhalation and dermal exposure to be realistic for the
1424   loading activities, as the durations are based on the length of time to load NMP into specific container
1425   sizes (i.e., tank trucks, rail cars, and drums).
1426
1427   ***Primary Limitations***
1428   Due to lack of data, EPA has no method to determine the representativeness of the estimates of duration
1429   of inhalation and dermal exposure for the loading activities toward the true distribution for all worker
1430   activities. NMP concentration is reported to CDR as a range and EPA assessed only the upper end of the
1431   range since a central value cannot be ascertained for this scenario. Skin surface areas for actual dermal
1432   contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario
1433   and assumed glove usage is likely based on professional judgment. The assumed glove protection factor
1434   values are uncertain. EPA is uncertain of the accuracy of the emission factors used to estimate fugitive
1435   NMP emissions and thereby to model NMP air concentrations. The representativeness of the modeling
1436   results toward the true distribution of inhalation concentrations for this occupational exposure scenario
1437   is uncertain.

1438 *Overall Confidence*
1439 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
1440 for this occupational exposure scenario is medium.

1441 **2.4.1.2.2   Repackaging**
1442 For this industrial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal
1443 exposures from the unloading of various containers (i.e., drums, tank trucks, rail cars) containing pure
1444 NMP. While EPA does expect that workers may perform additional activities during this scenario, such
1445 as sampling or maintenance work, EPA expects that unloading activities present the largest range of
1446 potential exposures.

1447
1448 *Inhalation and Vapor-through-Skin*
1449 Since no monitoring data or modeling estimates were found for Repackaging,
1450 EPA determined the same monitoring data and modeled exposure estimates for manufacturing could be
1451 applied to this occupational exposure scenario, due to the similarity in work activities (e.g., loading
1452 vessels) and corresponding NMP concentrations between the two occupational exposure scenarios. The
1453 air concentration estimates from Section 2.4.1.2.1 for manufacturing are used for this occupational
1454 exposure scenario.

1455
1456 *Dermal*
1457 EPA compiled the same dermal exposure parameters for this occupational exposure scenario as for
1458 manufacturing. The dermal exposure parameters from Section 2.4.1.2.1 for manufacturing are used for
1459 this occupational exposure scenario.

1460
1461 *PBPK Inputs*
1462 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
1463 characterizations listed in Table 2-9.

1464
1465 The numeric parameters corresponding to the characterizations presented in Table 2-9 are summarized
1466 in Table 2-10. These are the inputs used in the PBPK model.

1467
1468 **Table 2-9. Characterization of PBPK Model Input Parameters for Repackaging**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Unloading bulk containers | Central tendency (50th percentile) | Duration calculated by model | 1-hand | Yes | N/A - 100% is assumed for both exposure scenarios |
| High-end | Unloading drums | High-end (95th percentile) | Duration calculated by model | 2-hand | Yes | 100% is assumed for both exposure scenarios |

1469

1470    **Table 2-10. PBPK Model Input Parameters for Repackaging**

| Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 0.760 | 0.5 | 445 (f) 535 (m) | 10 | 1 | 74 (f) 88 (m) |
| High-end | 5.85 | 2.06 | 890 (f) 1,070 (m) | 10 | 1 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

| Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Full-Shift NMP Air Concentration (mg/m$^3$, 8-hr TWA) [a] | Skin Surface Area Exposed (cm$^2$) [b] | Gloves Protection Factor | NMP Weight Fraction |
|---|---|---|---|---|---|---|
| Central Tendency | 0.76 | 0.5 | 0.0475 | 445 (f) 535 (m) | 10 | 1 |
| High-end | 5.85 | 2.06 | 1.51 | 890 (f) 1,070 (m) | 10 | 1 |

[a] Calculated based on the duration-based air concentration and exposure duration, 8-hour TWA = (Duration-based air concentration) x (Exposure duration)/8 hours.
[b] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).

1471
1472    ***Summary***
1473    In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
1474    additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
1475    strengths and limitations and assigned an overall confidence to the occupational exposure scenario
1476    inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
1477    the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
1478    on this assessment are discussed in Section 2.4.1.4.
1479
1480    ***Primary Strengths***
1481    EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by
1482    industry submitters. Modeling, in the middle of the approach hierarchy, was used to estimate
1483    occupational inhalation exposure concentrations for both the unloading of NMP from bulk containers
1484    and from drums. For modeling of these air concentrations, EPA attempted to address variability in input
1485    parameters by estimating both central tendency and high-end parameter values. Additionally, for
1486    modeling of air concentrations during the loading of drums, EPA used Monte Carlo simulation to
1487    capture variability in input parameters. EPA expects the duration of inhalation and dermal exposure to
1488    be realistic, as the durations are based on the length of time to load NMP into specific container sizes
1489    (i.e., tank trucks, rail cars, and drums).

1490 *Primary Limitations*
1491 The representativeness of the estimates of duration of inhalation and dermal exposure for the unloading
1492 activities toward the true distribution of duration for all worker activities in this occupational exposure
1493 scenario is uncertain. NMP concentration is reported to CDR as a range and EPA assessed only the
1494 upper end of the range since a central value cannot be ascertained for this scenario. Skin surface areas
1495 for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational
1496 exposure scenario and assumed glove usage is likely based on professional judgment. The assumed
1497 glove protection factor values are uncertain. EPA is uncertain of the accuracy of the emission factors
1498 used to estimate fugitive NMP emissions and thereby to model NMP air concentrations. The
1499 representativeness of the modeling results toward the true distribution of inhalation concentrations for
1500 this occupational exposure scenario is uncertain.
1501
1502 *Overall Confidence*
1503 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
1504 for this occupational exposure scenario is medium.

1505 **2.4.1.2.3   Chemical Processing, Excluding Formulation**
1506 This scenario includes the use of NMP for processing activities other than formulation (i.e., non-
1507 incorporative processing). Specifically, this may include the use of NMP as an intermediate, as a media
1508 for synthesis, extractions, and purifications, or as some other type of processing aid. EPA identified the
1509 following industries that use NMP in this manner (RIVM, 2013); (U.S. EPA, 2017c):
1510   • Agricultural chemical manufacturing
1511   • Petrochemical manufacturing
1512   • Pharmaceutical manufacturing
1513   • Polymer product manufacturing
1514
1515 For this industrial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal
1516 exposures from the unloading of various containers (i.e., drums, tank trucks, rail cars) with pure NMP.
1517 While EPA does expect that workers may perform additional activities during this scenario, such as
1518 sampling or maintenance work, EPA expects that unloading activities present the largest range of
1519 potential exposures.
1520
1521 ***Inhalation and Vapor-through-Skin***
1522 EPA found limited monitoring data for the use of NMP in non-incorporative processing activities (e.g.,
1523 use of NMP as an intermediate, as a media for synthesis, extractions, and purifications, or as some other
1524 type of processing aid), and the monitoring data found lacks data on worker activities, the function of
1525 NMP within the industry of use, and the sampling duration. Due to limited relevance and quality of
1526 monitoring data and modeling estimates for chemical processing with NMP found in the published
1527 literature, EPA used modeling estimates with the highest data quality for this use. The *Drum Loading
1528 and Unloading Release and Inhalation Exposure Model* involves probabilistic modeling.
1529
1530 The inhalation exposure concentrations modeled by EPA for loading of NMP are summarized into the
1531 input parameters used for the PBPK modeling in Table 2-11. The modeled exposure concentrations are
1532 the same as those for Manufacturing and Repackaging; however, the exposure durations are different
1533 because they are based on the NMP volume unloaded for the exposure scenario. Note that the exposure
1534 duration for the central tendency and high-end exposure scenarios are the same because the unloading

1535  rate does not vary in this model. The supplemental document *Risk Evaluation for N-Methylpyrrolidone*
1536  *(2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment*
1537  (U.S. EPA, 2019r) provides additional details.
1538
1539  **Table 2-11. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
1540  **Chemical Processing**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m$^3$, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m$^3$) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Unloading liquid NMP from drums | Central tendency (50th percentile) | 0.075 | 1.65 (duration = 0.36 hr) | *Drum Loading and Unloading Release and Inhalation Exposure Model* (U.S. EPA, 2013a) | Not applicable[a] |
| | High-end (95th percentile) | 0.265 | 5.85 (duration = 0.36 hr) | | |

1541  a - EPA models are standard sources used by EPA for occupational exposure assessments. EPA did not systematically review
1542  models that were developed by EPA.
1543
1544  ***Dermal***
1545  Table 2-12 summarizes the parameters used to assess dermal exposure during NMP use in non-
1546  incorporative processing activities. EPA assessed dermal exposures during the unloading of pure NMP
1547  from drums. Most of these parameters were determined based on assumptions described in Section
1548  2.4.1.1. EPA used data from 2016 CDR, public comments, and the *Use and Market Profile for N-*
1549  *Methylpyrrolidone* (Abt, 2017) to determine the NMP weight fraction. The underlying data rated by
1550  EPA have data quality ratings of high. Because this scenario has only industrial sites, EPA assumes that
1551  workers are likely to wear protective gloves and have basic training on the proper usage of these gloves
1552  for both central and high-end exposures, corresponding to a protection factor of 10.
1553
1554  **Table 2-12. Summary of Parameters for Worker Dermal Exposure to Liquids During Chemical**
1555  **Processing, Excluding Formulation**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Unloading liquid NMP from drums | Central Tendency | 10 | 1 | 445 (f) 535 (m) | 0.36 | 74 (f) 88 (m) |
| | High-End | 10 | 1 | 890 (f) 1,070 (m) | 0.36 | |

1556  a EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
1557  values associated with males are denoted with (m).
1558
1559
1560

### *PBPK Inputs*

EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the characterizations listed in Table 2-13.

The numeric parameters corresponding to the characterizations presented in Table 2-13 are summarized in Table 2-14. These are the inputs used in the PBPK model.

**Table 2-13. Characterization of PBPK Model Input Parameters for Chemical Processing, Excluding Formulation**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Unloading drums | Central tendency (50th percentile) | Duration calculated by model | 1-hand | Yes | N/A - 100% is assumed for both exposure scenarios |
| High-end | Unloading drums | High-end (95th percentile) | Duration calculated by model | 2-hand | Yes | N/A - 100% is assumed for both exposure scenarios |

**Table 2-14. PBPK Model Input Parameters for Chemical Processing, Excluding Formulation**

| Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 1.65 | 0.36 | 445 (f) 535 (m) | 10 | 1 | 74 (f) 88 (m) |
| High-end | 5.85 | 0.36 | 890 (f) 1,070 (m) | 10 | 1 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

### *Summary*

In summary, dermal and inhalation exposures are expected for this use. EPA has not identified additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary strengths and limitations and assigned an overall confidence to the occupational exposure scenario inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations on this assessment are discussed in Section 2.4.1.4.

### *Primary Strengths*

EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by industry submitters. Modeling, in the middle of the approach hierarchy, was used to estimate

1585 occupational inhalation exposure concentrations for both the unloading of NMP from bulk containers
1586 and from drums. For modeling of these air concentrations, EPA attempted to address variability in input
1587 parameters by estimating both central tendency and high-end parameter values. Additionally, EPA used
1588 Monte Carlo simulation to capture variability in input parameters. EPA expects the duration of
1589 inhalation and dermal exposure to be realistic, as the duration is based on the length of time to load
1590 NMP into drums.

1591

1592 _Primary Limitations_
1593 The representativeness of the estimates of duration of inhalation and dermal exposure for the unloading
1594 activities toward the true distribution of duration for all worker activities in this occupational exposure
1595 scenario is uncertain. NMP concentration is reported to CDR as a range and EPA assessed only the
1596 upper end of the range since a central value cannot be ascertained for this scenario. Skin surface areas
1597 for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational
1598 exposure scenario and assumed glove usage is likely based on professional judgment. The assumed
1599 glove protection factor values are uncertain. EPA is uncertain of the accuracy of the emission factors
1600 used to estimate fugitive NMP emissions and thereby to model NMP air concentrations. The
1601 representativeness of the modeling results toward the true distribution of inhalation concentrations for
1602 this occupational exposure scenario is uncertain.

1603

1604 _Overall Confidence_
1605 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
1606 for this occupational exposure scenario is medium.

1607

## 2.4.1.2.4   Incorporation into Formulation, Mixture, or Reaction Product

1609 This scenario includes the use of NMP for incorporation into a formulation, mixture or reaction product,
1610 which refers to the process of mixing or blending of several raw materials to obtain a single product or
1611 preparation. The uses of NMP that may require incorporation into a formulation include adhesives,
1612 sealants, paints, coatings, inks, metal finishing chemicals, cleaning and degreasing products, agricultural
1613 products, and petrochemical products including lube oils.

1614

1615 For this industrial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal
1616 exposures from the unloading of various containers (i.e., drums, tank trucks, rail cars) with pure NMP
1617 and from maintenance, bottling, shipping, and loading of NMP in formulations.

1618

### _Inhalation and Vapor-through-Skin_
1620 EPA compiled inhalation monitoring data and modeled exposure concentration data for the
1621 incorporation of NMP into a formulation, mixture or reaction product. Because EPA favors the use of
1622 monitoring data over modeled data, monitoring data with the highest data quality was used to assess
1623 exposure for this use. EPA used the monitoring data for the central tendency and high-end full-shift
1624 worker exposure concentrations presented in Table 2-15.

1625

1626 In addition to this monitoring data, EPA also modeled short-term worker inhalation exposure from
1627 unloading NMP. The _Drum Loading and Unloading Release and Inhalation Exposure Model_ involves
1628 probabilistic modeling. The concentrations obtained from modeling are summarized into the input
1629 parameters used for the PBPK modeling in Table 2-17 and Table 2-18. In addition to the formulation of
1630 liquid products, EPA identified formulation activities that may result in potential worker exposures to

1631   solids containing NMP. EPA estimated inhalation exposure concentration of NMP in particulates;
1632   however, EPA does not use these exposure concentrations as input to the PBPK model because the
1633   PBPK model does not account for solids, and the range of input parameters for the other exposure
1634   scenarios capture these concentrations. The supplemental document *Risk Evaluation for N-*
1635   *Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational*
1636   *Exposure Assessment* (U.S. EPA, 2019r) provides additional details.
1637
1638   **Table 2-15. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
1639   **Incorporation into Formulation, Mixture or Reaction Product**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m$^3$, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m$^3$) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Unloading liquid NMP from drums | Central Tendency (50th percentile) | 0.075 | 1.65 (duration = 0.36 hr) | *Drum Loading and Unloading Release and Inhalation Exposure Model (*U.S. EPA, 2013a*)* | Not applicable[a] |
| Maintenance, bottling, shipping, loading | High-end (95th percentile) | 12.8 | No data | (Bader et al., 2006) | High |
| Loading solids into drums | Central Tendency (50th percentile) | 0.75 | No data | EPA's OSHA PNOR PEL model (U.S. EPA, 2013a) and NMP concentration data | Not applicable |
| | High-end (95th percentile) | 0.96 | No data | | |

1640   a - EPA models are standard sources used by EPA for occupational exposure assessments. EPA did not systematically
1641   review models that were developed by EPA.
1642
1643   ***Dermal***
1644   Table 2-16 summarizes the parameters used to assess dermal exposure during the incorporation of NMP
1645   into formulations, mixtures, and reaction products. For this life cycle stage, EPA assessed dermal
1646   exposures during the unloading of pure NMP from drums. As indicated above, the PBPK model does
1647   not account for solids so EPA did not include loading of solids in the dermal parameter summary. Most
1648   of these parameters were determined based on assumptions described in Section 2.4.1.1. EPA used data
1649   from 2016 CDR, public comments, literature, and the *Use and Market Profile for N-Methylpyrrolidone*
1650   (Abt, 2017) to determine the NMP weight fraction. The underlying data rated by EPA have data quality
1651   ratings ranging from medium to high. Because this scenario has only industrial sites, EPA assumes that

1652 workers are likely to wear protective gloves and have basic training on the proper usage of these gloves
1653 for both central and high-end exposures, corresponding to a protection factor of 10.

1654
1655 **Table 2-16. Summary of Parameters for Worker Dermal Exposure to Liquids During**
1656 **Incorporation into Formulation, Mixture, or Reaction Product**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Unloading liquid NMP from drums | Central Tendency | 10 | 1 | 445 (f) 535 (m) | 0.36 | 74 (f) 88 (m) |
| Maintenance, bottling, shipping, loading | High-End | 10 | 1 | 890 (f) 1,070 (m) | 8 | 74 (f) 88 (m) |

1657 [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
1658 values associated with males are denoted with (m).

1659
1660 ***PBPK Inputs***
1661 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
1662 characterizations listed in Table 2-17. EPA only presents these scenarios for handling of liquid NMP, to
1663 present conservative assessments of potential exposures.

1664
1665 The numeric parameters corresponding to the characterizations presented in Table 2-17 are summarized
1666 in Table 2-18. These are the inputs used in the PBPK model.

1667
1668 **Table 2-17. Characterization of PBPK Model Input Parameters for Incorporation into**
1669 **Formulation, Mixture or Reaction Product**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Unloading drums | Central tendency (50th percentile) | Duration calculated by model | 1-hand | Yes | N/A - 100% is assumed for both exposure scenarios |
| High-end | Maintenance, bottling, shipping, loading | High-end (95th percentile) | Duration calculated by model | 2-hand | Yes | N/A - 100% is assumed for both exposure scenarios |

1670
1671

1672 **Table 2-18. PBPK Model Input Parameters for Incorporation into Formulation, Mixture or**
1673 **Reaction Product**

| Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Hand Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 1.65 | 0.36 | 445 (f) 535 (m) | 10 | 1 | 74 (f) 88 (m) |
| High-end | 12.8 | 8 | 890 (f) 1,070 (m) | 10 | 1 | 74 (f) 88 (m) |

[a] Calculated based on the duration-based air concentration and exposure duration, 8-hour TWA = (Duration-based air concentration) x (Exposure duration)/8 hours. [b] EPA assessed these exposure factors for both females and males. [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

1674
1675 **_Summary_**
1676 In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
1677 additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
1678 strengths and limitations and assigned an overall confidence to the occupational exposure scenario
1679 inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
1680 the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
1681 on this assessment are discussed in Section 2.4.1.4.
1682
1683 **_Primary Strengths_**
1684 EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by
1685 industry submitters. Modeling, in the middle of the approach hierarchy, was used to estimate
1686 occupational inhalation exposure concentrations for the unloading of NMP from drums. For modeling of
1687 these air concentrations, EPA attempted to address variability in input parameters by estimating both
1688 central tendency and high-end parameter values. Additionally, EPA used Monte Carlo simulation to
1689 capture variability in input parameters. EPA expects the duration of inhalation and dermal exposure to
1690 be realistic, as the duration is based on the length of time to load NMP into drums. EPA assessed worker
1691 inhalation exposure during maintenance, bottling, shipping, and loading of NMP using directly
1692 applicable monitoring data, which is the highest of the approach hierarchy, taken at an adhesive
1693 formulation facility. The data quality rating for the monitoring data used by EPA is high. EPA expects
1694 the duration of inhalation and dermal exposure to be realistic for the unloading of drums, as the duration
1695 is based on the length of time to load NMP into drums.
1696
1697 **_Primary Limitations_**
1698 The representativeness of the estimates of duration of inhalation and dermal exposure for the assessed
1699 activities toward the true distribution of duration for all worker activities in this occupational exposure
1700 scenario is uncertain. NMP concentration is reported to CDR as a range and EPA assessed only the
1701 upper end of the range since a central value cannot be ascertained for this scenario (NMP concentration
1702 is lower in the formulated products). Skin surface areas for actual dermal contact are uncertain. EPA did

1703 not find data on the use of gloves for this occupational exposure scenario and assumed glove usage is
1704 likely based on professional judgment. The assumed glove protection factor values are uncertain.
1705
1706 EPA estimated worker inhalation exposure concentration during the loading of NMP in solid
1707 formulations using EPA's OSHA PEL for PNOR model (U.S. EPA, 2013a), which is the lowest
1708 approach on the hierarchy. EPA did not use these inhalation exposure concentrations for the PBPK
1709 modeling because the PBPK model does not account for solids and because both the inhalation and
1710 dermal exposure potential are captured within other occupational exposure scenarios. EPA is uncertain
1711 of the accuracy of the emission factors used to estimate fugitive NMP emissions and thereby to model
1712 NMP air concentrations. For the maintenance, bottling, shipping, and loading of liquid NMP, the
1713 monitoring data consists of only 7 data points from 1 source. The representativeness of the modeling and
1714 the monitoring data toward the true distribution of inhalation concentrations for these occupational
1715 exposure scenarios is uncertain.

1716 *Overall Confidence*
1717 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
1718 for this occupational exposure scenario is medium.

1719 **2.4.1.2.5  Metal Finishing**
1720 This scenario includes the use of metal finishing products containing NMP. For this industrial and
1721 commercial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to
1722 metal finishing products containing NMP from the following application methods:
1723   • Spray application;
1724   • Dip application; and
1725   • Brush application.
1726
1727 While EPA does expect that workers may perform additional activities during this scenario, such as
1728 unloading or sampling, EPA expects that application activities present the largest range of potential
1729 exposures.
1730
1731 ***Inhalation and Vapor-through-Skin***
1732 EPA compiled inhalation monitoring data for NMP-based metal finishing applications from published
1733 literature sources, including 8-hour TWA, short-term and partial shift sampling results. Where available,
1734 EPA used monitoring data for metal finishing or surrogate monitoring data (surrogate work activities
1735 using NMP) for the use of NMP during the Application of Paints, Coatings, Adhesives, and Sealants
1736 (Section 2.4.1.2.5) and Cleaning (Section 2.4.1.2.10) that had the highest quality rating to assess
1737 exposure. Where monitoring data were unavailable for an application type, EPA used modeling
1738 estimates with the highest data quality to assess exposure.
1739
1740 EPA found limited data on the application of metal finishing chemicals and thus assessed spray
1741 application using data from the Application of Paints, Coatings, Adhesives, and Sealants occupational
1742 exposure scenario (Section 2.4.1.2.5) as a surrogate for the worker activities in this occupational
1743 exposure scenario. EPA also used data for dip cleaning from the Cleaning occupational exposure
1744 scenario (Section 2.4.1.2.10) as a surrogate for the worker activities in this occupational exposure
1745 scenario. EPA used these data as surrogate because of the lack of more applicable data and due to the
1746 similarity in work activities (e.g., spray and dip activities are similar between these OESs) between the

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1747 occupational exposure scenarios. Finally, EPA used a modeled exposure estimate for the brush
1748 application of a substance containing NMP.
1749
1750 The monitoring data and the modeled exposure estimates for metal finishing are summarized according
1751 to the input parameters used for the PBPK modeling in Table 2-19. The supplemental document *Risk*
1752 *Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on*
1753 *Occupational Exposure Assessment* (U.S. EPA, 2019r) provides additional details.
1754
1755 **Table 2-19. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
1756 **Metal Finishing**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m$^3$, 8- hr TWA) | Duration-Based NMP Air Concentration (mg/m$^3$) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Spray Application | Low-end (of range) | 0.04 | 0.04 (duration = 4 hr) | (NIOSH, 1998) | High |
| | Mean | 0.53 | 0.53 (duration = 4 hr) | | |
| | High-end (of range) | 4.51 | 4.51 (duration = 4 hr) | | |
| Dip Application | Central Tendency (50th percentile) | 0.99 | No data | Surrogate data (surrogate work activities using NMP) from: (RIVM, 2013; Nishimura et al., 2009; Bader et al., 2006; Xiaofei et al., 2000) (IFA, 2010) | Medium to high |
| | High-end (95th percentile) | 2.75 | No data | | |
| Brush Application | Single estimate | 4.13 | No data | (RIVM, 2013) | High |

1757
1758
1759 ***Dermal***
1760 Table 2-20 summarizes the parameters used to assess dermal exposure during application of metal
1761 finishing formulations containing NMP. Most of these parameters were determined based on
1762 assumptions described in Section 2.4.1.1. EPA used data from the 2012 and 2016 CDR to determine the
1763 NMP weight fraction, which indicate that the weight concentration of NMP in formulation is greater
1764 than 60 percent but less than 90 percent. Due to lack of additional information, EPA assesses a low-end
1765 weight fraction of 0.6 and a high-end weight fraction of 0.9. The CDR data have a data quality rating of
1766 high. Because this scenario covers a variety of commercial and industrial sites, EPA assumes that either
1767 no gloves are used or, if gloves are used, that there is no permeation data to indicate the glove material is
1768 protective for NMP, corresponding to a protection factor of 1. EPA assesses a central tendency scenario

1769  assuming the use of gloves with minimal to no employee training, corresponding to a protection factor
1770  of 5.

1771

1772  **Table 2-20. Summary of Parameters for Worker Dermal Exposure to Liquids During Metal**
1773  **Finishing**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | Unitless | | cm$^2$ | hr/day | kg |
| All forms of application listed above | Central Tendency | 5 | 0.6 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-end | 1 | 0.9 | 890 (f) 1,070 (m) | 8 | |

1774  [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
1775  values associated with males are denoted with (m).

1776

1777  ***PBPK Inputs***

1778  EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
1779  characterizations listed in Table 2-21.

1780

1781  The numeric parameters corresponding to the characterizations presented in Table 2-21 are summarized
1782  in Table 2-22. These are the inputs used in the PBPK model.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1783
1784

**Table 2-21. Characterization of PBPK Model Input Parameters for Metal Finishing**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Spray application | Mean | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Spray application | High-end (of range) | Assumed 8 hours | 2-hand | No | High-end |
| Central Tendency | Dip application | Central Tendency (50th percentile) | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Dip application | High-end (95th percentile) | Assumed 8 hours | 2-hand | No | High-end |
| Central Tendency | Brush application | Single estimate | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Brush application | Single estimate | Assumed 8 hours | 2-hand | No | High-end |

1785
1786
1787

**Table 2-22. PBPK Model Input Parameters for Metal Finishing**

| Scenario | Work Activity | Duration-Based NMP Air Concentration $(mg/m^3)$ | Exposure Duration (hr) | Skin Surface Area Exposed $(cm^2)$ [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|---|
| Central Tendency | Spray application | 0.530 | 4 | 445 (f) 535 (m) | 5 | 0.6 | 74 (f) 88 (m) |
| High-end | Spray application | 4.51 | 8 | 890 (f) 1,070 (m) | 1 | 0.9 | 74 (f) 88 (m) |
| Central Tendency | Dip application | 1.98 | 4 | 445 (f) 535 (m) | 5 | 0.6 | 74 (f) 88 (m) |
| High-end | Dip application | 2.75 | 8 | 890 (f) 1,070 (m) | 1 | 0.9 | 74 (f) 88 (m) |
| Central Tendency | Brush application | 8.26 | 4 | 445 (f) 535 (m) | 5 | 0.6 | 74 (f) 88 (m) |
| High-end | Brush application | 4.13 | 8 | 890 (f) 1,070 (m) | 1 | 0.9 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 $cm^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

1788

1789 _**Summary**_
1790 In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
1791 additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
1792 strengths and limitations and assigned an overall confidence to the occupational exposure scenario
1793 inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
1794 the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
1795 on this assessment are discussed in Section 2.4.1.4.
1796
1797 _**Primary Strengths**_
1798 EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by
1799 industry submitters. To estimate inhalation exposure during spray application, EPA used surrogate
1800 monitoring data (surrogate work activities using NMP), which is in the middle of the approach
1801 hierarchy, including 26 data points. These data have a data quality rating of high. To estimate inhalation
1802 exposure during dip application, EPA used surrogate monitoring data for the use of NMP design dip
1803 cleaning, which is in the middle of the approach hierarchy, including data from 5 sources. These data
1804 have data quality ratings of medium to high. To estimate inhalation exposure during brush application,
1805 EPA used modeled data from the RIVM report (RIVM, 2013), which has a data quality rating of high.
1806 The use of modeling is in the middle of the approach hierarchy. EPA used durations associated with
1807 inhalation monitoring data to estimate duration of inhalation and dermal exposure during spray
1808 application.
1809
1810 _**Primary Limitations**_
1811 EPA did not find exposure data for this occupational exposure scenario and used surrogate or modeled
1812 data to assess occupational inhalation exposures. For occupational exposure scenarios other than spray
1813 application, EPA did not find exposure duration data and assumed a high-end of 8 hours because the
1814 surrogate data or modeled values are 8-hour TWA values. EPA assumed a mid-range of 4 hours for
1815 central tendency exposure duration. The representativeness of the assumed estimates of duration of
1816 inhalation and dermal exposure for the assessed activities toward the true distribution of duration for all
1817 worker activities in this occupational exposure scenario is uncertain. Due to lack of data, EPA could not
1818 calculate central tendency and high-end NMP concentration in metal finishing products and used the
1819 low-end and high-end of the NMP concentration range reported in 2016 CDR. Skin surface areas for
1820 actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational
1821 exposure scenario and assumed glove usage with minimal to no employee training or no glove usage due
1822 to the potential wide-spread use of metal finishing products. The assumed glove protection factor values
1823 are uncertain. The available monitoring data for spray application is from 1996. The extent to which
1824 these data are representative of current worker inhalation exposure potential is uncertain. The worker
1825 activities associated with the surrogate data used to assess worker inhalation exposure during dip
1826 application are not detailed for all sample points. The modeled inhalation exposure concentration during
1827 roller/brush application was obtained from RIVM (2013) and not generated by EPA. For all
1828 occupational exposure scenarios, representativeness of the monitoring data, surrogate monitoring data,
1829 or modeled data toward the true distribution of inhalation concentrations for this occupational exposure
1830 scenario is uncertain.
1831
1832 _Overall Confidence_
1833 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
1834 for this occupational exposure scenario is medium.

**2.4.1.2.6   Removal of Paints, Coatings, Adhesives and Sealants**

This scenario includes the use of paint, coating, adhesive, and sealant removal products containing NMP. For this industrial and commercial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to paint, coating, adhesive, and sealant removal products containing NMP from the following activities:

- Miscellaneous paint and coating removal; and
- Graffiti removal.

While EPA does expect that workers may perform additional activities during this scenario, such as unloading or sampling, EPA expects that removal activities present the largest range of potential exposures.

Worker activities for the removal of paints, coatings, adhesives, and sealants involve the application of products containing high concentrations of NMP onto open surfaces from which evaporation will occur. This results in higher NMP air concentrations and potential worker exposures relative to other occupational exposure scenarios in this risk evaluation.

***Inhalation and Vapor-through-Skin***

EPA compiled inhalation monitoring data for NMP-based paint, coating, adhesive, and sealant removal from published literature sources, including 8-hour TWA, short-term, and partial shift sampling results. This data is summarized into low-end (lowest concentration), high-end (highest concentration), and mean or mid-range values in Table 2-23. EPA used the available monitoring data with the highest data quality to assess exposure for this use. The data presented in Table 2-23 are the input parameters used for the PBPK modeling for workers. The supplemental document Risk Evaluation *for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r) provides additional details.

**Table 2-23. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Removal of Paints, Coatings, Adhesives and Sealants**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m³, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m³) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Miscellaneous paint, coating, adhesive, and sealant removal | Low end (of range) | 1.0 | 6.1 (duration = 1 hr) | (U.S. EPA, 2015) | High |
| | Mid-range | 32.5 | 13.2 (duration = 1 hr) | | |
| | High end (of range) | 64 | 280 (duration = 1 hr) | | |
| Graffiti removal | Low end (of range) | 0.03 | No data | (U.S. EPA, 2015) | High |
| | Mean | 1.01 | No data | | |
| | High end (of range) | 4.52 | No data | | |

1865 ***Dermal***
1866 Table 2-24 summarizes the parameters used to assess dermal exposure during paint, coating, adhesive,
1867 and sealant removal. Most of these parameters were determined based on assumptions described in
1868 Section 2.4.1.1. EPA used data from public comments, literature sources, and the *Use and Market*
1869 *Profile for N-Methylpyrrolidone* (Abt, 2017) to determine the NMP weight fraction. The underlying data
1870 have data quality ratings ranging from medium to high. One anecdotal survey of glove usage among
1871 workers performing graffiti removal indicates that most workers wear gloves, although the glove
1872 materials varied and were sometimes not protective (U.S. EPA, 2015). Because this scenario covers a
1873 variety of commercial and industrial sites, EPA assumes that either no gloves are used or, if gloves are
1874 used, there is no permeation data to indicate the glove material is protective for NMP, corresponding to
1875 a protection factor of 1. EPA assesses a central tendency scenario assuming the use of gloves with
1876 minimal to no employee training, corresponding to a protection factor of 5.
1877
1878 **Table 2-24. Summary of Parameters for PBPK Modeling of Worker Dermal Exposure to Liquids**
1879 **During Removal of Paints, Coatings, Adhesives and Sealants**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Miscellaneous paint, coating, adhesive, and sealant removal | Central Tendency | 5 | 0.305 | 445 (f) 535 (m) | 1 | 74 (f) 88 (m) |
| | High-End | 1 | 0.695 | 890 (f) 1,070 (m) | 8 | |
| Graffiti removal | Central Tendency | 5 | 0.5 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 1 | 0.6125 | 890 (f) 1,070 (m) | 8 | |

1880 [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
1881 values associated with males are denoted with (m).
1882
1883 ***PBPK Inputs***
1884 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
1885 characterizations listed in Table 2-25.
1886
1887 The numeric parameters corresponding to the characterizations presented in Table 2-25 are summarized
1888 in Table 2-26. These are the inputs used in the PBPK model.
1889

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1890 **Table 2-25. Characterization of PBPK Model Input Parameters for Removal of Paints, Coatings,**
1891 **Adhesives and Sealants**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Miscellaneous paint, coating, adhesive, and sealant removal | Mid-range | Based on 1-hr TWA data | 1-hand | Yes | Central Tendency |
| High-end | Miscellaneous paint, coating, adhesive, and sealant removal | High-end (of range) | Assumed 8 hours | 2-hand | No | High-end |
| Central Tendency | Graffiti removal | Mean | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Graffiti removal | High-end (of range) | Assumed 8 hours | 2-hand | No | High-end |

1892
1893

1894 **Table 2-26. PBPK Model Input Parameters for Removal of Paints, Coatings, Adhesives and**
1895 **Sealants**

| Scenario | Work Activity | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|---|
| Central Tendency | Miscellaneous paint, coating, adhesive, and sealant removal | 13.2 | 1 | 445 (f) 535 (m) | 5 | 0.305 | 74 (f) 88 (m) |
| High-end | Miscellaneous paint, coating, adhesive, and sealant removal | 64 | 8 | 890 (f) 1,070 (m) | 1 | 0.695 | 74 (f) 88 (m) |
| Central Tendency | Graffiti removal | 2.02 | 4 | 445 (f) 535 (m) | 5 | 0.5 | 74 (f) 88 (m) |
| High-end | Graffiti removal | 4.52 | 8 | 890 (f) 1,070 (m) | 1 | 0.613 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

1896

_**Summary**_

In summary, dermal and inhalation exposures are expected for this use. EPA has not identified additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary strengths and limitations and assigned an overall confidence to the occupational exposure scenario inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations on this assessment are discussed in Section 2.4.1.4.

_Primary Strengths_

EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as the 50th and 95th percentiles, respectively, from a variety of data sources with data quality ratings ranging from medium to high. To estimate inhalation exposure during miscellaneous paint and coating removal, EPA used directly applicable personal monitoring data, the highest of the approach hierarchy, including data from three studies. These data have a data quality rating of high. To estimate inhalation exposure during graffiti removal, EPA used directly applicable personal monitoring data, the highest of the approach hierarchy, including 25 data points. These data have a data quality rating of high. EPA used durations associated with inhalation monitoring data to estimate duration of inhalation and dermal exposure during miscellaneous paint, coating, adhesive, and sealant removal.

_Primary Limitations_

For graffiti removal, EPA did not find data other than 8-hour TWA values. EPA assumed a high-end exposure duration equal to 8 hours and a central tendency exposure duration of 4 hours, which is the mid-range of a full shift. The representativeness of the assumed estimates of duration of inhalation and dermal exposure for the assessed activities toward the true distribution of duration for all worker activities in this occupational exposure scenario is uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove usage with minimal to no employee training or no glove usage due to the wide-spread use of removal products. The assumed glove protection factor values are uncertain.

The short-term inhalation exposure concentrations for miscellaneous removal are based on data from 1993 and the extent to which these data are representative of current worker inhalation exposure potential is uncertain. For graffiti removal, EPA used the minimum, mean, and maximum air concentrations reported by one literature source for 25 datapoints. EPA did not have these 25 data points with which to calculate 50th and 95th percentile values. The representativeness of the monitoring data toward the true distribution of inhalation concentrations for this occupational exposure scenario is uncertain.

_Overall Confidence_

Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters for this occupational exposure scenario is medium.

## 2.4.1.2.7  Application of Paints, Coatings, Adhesives and Sealants

This scenario includes the application of paints, coatings, adhesives, and sealants containing NMP. For this industrial and commercial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to paints, coatings, adhesives, and sealants containing NMP from the following application methods:

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1943     •   Spray application;
1944     •   Roll / curtain application;
1945     •   Dip application; and
1946     •   Roller / brush and syringe / bead application.
1947
1948 While EPA does expect that workers may perform additional activities during this scenario, such as
1949 unloading or sampling, EPA expects that application activities present the largest range of potential
1950 exposures.
1951
1952 ***Inhalation and Vapor-through-Skin***
1953 EPA compiled inhalation monitoring data and modeled exposure data for NMP-based paint, coating,
1954 adhesive, and sealant application from published literature sources, including 8-hour TWA, short-term,
1955 and partial shift sampling results. Where available, EPA compiled surrogate monitoring data (surrogate
1956 work activities using NMP) for the use of NMP during cleaning, which is described in Section
1957 2.4.1.2.10. Where monitoring data were unavailable for an application type, EPA used surrogate
1958 monitoring data (surrogate work activities using NMP) or modeling estimates with the highest data
1959 quality to assess exposure, as further described below.
1960
1961 EPA found limited to no inhalation monitoring data on roll / curtain application, dip application, or
1962 roller /brush and syringe / bead application with NMP-containing formulations, so either surrogate data
1963 for the use of NMP during the Cleaning occupational exposure scenario or modeling data were used to
1964 determine the modeling parameters for these application methods. The *EPA/OPPT UV Roll Coating*
1965 *Model* was used for roll / curtain coating application and involved deterministic modeling.
1966
1967 The monitoring data and the modeled exposures for this life cycle stage are summarized in Table 2-27.
1968 The supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-)*
1969 *(NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r) provides
1970 additional details.
1971
1972 **Table 2-27. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
1973 **Application**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m³, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m³) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Spray Application | Low-end (of range) | 0.04 | 0.04 (duration = 4 hr) | (NIOSH, 1998) | High |
| | Mean | 0.53 | 0.53 (duration = 4 hr) | | |
| | High-end (of range) | 4.51 | 4.51 (duration = 4 hr) | | |
| | Central Tendency (50th percentile) | 0.03 | No data | *EPA/OPPT UV Roll Coating* | Not applicable[a] |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m$^3$, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m$^3$) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Roll / Curtain Application | High-end (95th percentile) | 0.19 | No data | *Model* (U.S. EPA, 2013a) | |
| Dip Application | Central Tendency (50th percentile) | 0.99 | No data | Surrogate data (surrogate work activities using NMP) from: (RIVM, 2013; IFA, 2010; Nishimura et al., 2009; Bader et al., 2006; Xiaofei et al., 2000) | Medium to high |
| | High-end (95th percentile) | 2.75 | No data | | |
| Roller / Brush and Syringe / Bead Application | Single estimate | 4.13 | No data | (RIVM, 2013) | High |

1974  a - EPA models are standard sources used by EPA for occupational exposure assessments. EPA did not systematically review
1975  models that were developed by EPA.
1976

### *Dermal*

1978  Table 2-28 summarizes the parameters used to assess dermal exposure during application of paints,
1979  coatings, adhesives, and sealants containing NMP. Most of these parameters were determined based on
1980  assumptions described in Section 2.4.1.1. EPA used data from public comments, literature, and the *Use*
1981  *and Market Profile for N-Methylpyrrolidone* (Abt, 2017) to determine the NMP weight fraction. The
1982  underlying data rated by EPA have data quality ratings ranging from medium to high. Because this
1983  scenario covers a variety of commercial and industrial sites, EPA assumes that either no gloves are used
1984  or, if gloves are used, there is no permeation data to indicate the glove material is protective for NMP,
1985  corresponding to a protection factor of 1. EPA assesses a central tendency scenario assuming the use of
1986  gloves with minimal to no employee training, corresponding to a protection factor of 5.
1987

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1988 **Table 2-28. Summary of Parameters for Worker Dermal Exposure to Liquids During Application**
1989 **of Paints, Coatings, Adhesives and Sealants**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| All forms of application listed above | Central Tendency | 5 | 0.02 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 1 | 0.534 | 890 (f) 1,070 (m) | 8 | |

1990 [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
1991 values associated with males are denoted with (m).
1992
1993 ***PBPK Inputs***
1994 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
1995 characterizations listed in Table 2-29.
1996
1997 The numeric parameters corresponding to the characterizations presented in Table 2-29 are summarized
1998 in
1999 Table 2-30. These are the inputs used in the PBPK model.
2000
2001 **Table 2-29. Characterization of PBPK Model Input Parameters for Application of Paints,**
2002 **Coatings, Adhesives, and Sealants**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Spray application | Mean | Based on 4-hr TWA data | 1-hand | Yes | Central Tendency |
| High-end | Spray application | High-end (of range) | Based on 8-hr TWA data | 2-hand | No | High-end |
| Central Tendency | Roll / curtain application | Central tendency (50th percentile) | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Roll / curtain application | High-end (95th percentile) | Based on 8-hr TWA data | 2-hand | No | High-end |
| Central Tendency | Dip application | Central tendency (50th percentile) | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Dip application | High-end (95th percentile) | Based on 8-hr TWA data | 2-hand | No | High-end |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Brush application | Single estimate | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Brush application | Single Estimate | Based on 8-hr TWA data | 2-hand | No | High-end |

**Table 2-30. PBPK Model Input Parameters for Application of Paints, Coatings, Adhesives and Sealants**

| Scenario | Work Activity | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Glove Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|---|
| Central Tendency | Spray application | 0.530 | 4 | 445 (f) 535 (m) | 5 | 0.02 | 74 (f) 88 (m) |
| High-end | Spray application | 4.51 | 8 | 890 (f) 1,070 (m) | 1 | 0.534 | 74 (f) 88 (m) |
| Central Tendency | Roll / curtain application | 0.06 | 4 | 445 (f) 535 (m) | 5 | 0.02 | 74 (f) 88 (m) |
| High-end | Roll / curtain application | 0.19 | 8 | 890 (f) 1,070 (m) | 1 | 0.534 | 74 (f) 88 (m) |
| Central Tendency | Dip application | 1.98 | 4 | 445 (f) 535 (m) | 5 | 0.02 | 74 (f) 88 (m) |
| High-end | Dip application | 2.75 | 8 | 890 (f) 1,070 (m) | 1 | 0.534 | 74 (f) 88 (m) |
| Central Tendency | Brush application | 8.26 | 4 | 445 (f) 535 (m) | 5 | 0.02 | 74 (f) 88 (m) |
| High-end | Brush application | 4.13 | 8 | 890 (f) 1,070 (m) | 1 | 0.534 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

2007 **_Summary_**
2008 In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
2009 additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
2010 strengths and limitations and assigned an overall confidence to the occupational exposure scenario
2011 inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
2012 the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
2013 on this assessment are discussed in Section 2.4.1.4.
2014

2015 _Primary Strengths_
2016 EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as
2017 the 50th and 95th percentiles, respectively, from a variety of data sources with data quality ratings
2018 ranging from medium to high. To estimate inhalation exposure during spray application, EPA used
2019 directly applicable personal monitoring data, the highest of the approach hierarchy, including 26 data
2020 points. These data have a data quality rating of high. To estimate inhalation exposure during roll/curtain
2021 application, EPA used modeling, which is in the middle of the approach hierarchy. To estimate
2022 inhalation exposure during dip application, EPA used surrogate monitoring data for the use of NMP
2023 during dip cleaning, which is in the middle of the approach hierarchy, including data from 5 sources.
2024 These data have data quality ratings of medium to high. To estimate inhalation exposure during roller /
2025 brush and syringe/bead application, EPA used modeled data from the RIVM report (RIVM, 2013),
2026 which has a data quality rating of high. The use of modeling is in the middle of the approach hierarchy.
2027 EPA used durations associated with short-term inhalation monitoring data to estimate duration of
2028 inhalation and dermal exposure during spray application.
2029

2030 _Primary Limitations_
2031 For occupational exposure scenarios other than spray application, EPA did not find exposure duration
2032 data and assumed a high-end of 8 hours because the surrogate data or modeled values are 8-hour TWA
2033 values. EPA assumed a mid-range of 4 hours for central tendency exposure duration. The
2034 representativeness of the assumed estimates of duration of inhalation and dermal exposure for the
2035 assessed activities toward the true distribution of duration for all worker activities in this occupational
2036 exposure scenario is uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not
2037 find data on the use of gloves for this occupational exposure scenario and assumed glove usage with
2038 minimal to no employee training or no glove usage due to the wide-spread use of paint, coating,
2039 adhesive, and sealant products. The assumed glove protection factor values are uncertain.
2040

2041 The available monitoring data for spray application is from 1996 and the surrogate monitoring data used
2042 in the model for roll / curtain application is from 1994 or earlier. The extent to which these data are
2043 representative of current worker inhalation exposure potential is uncertain. The worker activities
2044 associated with the surrogate data (surrogate work activities using NMP) used to assess worker
2045 inhalation exposure during dip application are not detailed for all sample points. The modeled inhalation
2046 exposure concentration during roller / brush application was obtained from RIVM (2013) and not
2047 generated by EPA. For all occupational exposure scenarios, representativeness of the monitoring data,
2048 surrogate monitoring data, or modeled data toward the true distribution of inhalation concentrations for
2049 this occupational exposure scenario is uncertain.
2050

2051 *Overall Confidence*
2052 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
2053 for this occupational exposure scenario is medium.

### 2.4.1.2.8  Electronic Parts Manufacturing

2055 This scenario includes the use of NMP in the electronics industry. For this industrial exposure scenario,
2056 EPA assessed inhalation, vapor-through-skin, and dermal exposures to NMP from the following
2057 exposure scenarios during semiconductor manufacturing:

2058 • Container handling (small containers);
2059 • Container handling (drums);
2060 • Workers in the fabrication shop;
2061 • Maintenance activities;
2062 • Virgin NMP truck unloading; and
2063 • Waste NMP truck loading.

2064 EPA expects that these activities present the largest range of potential exposures for use of NMP in the
2065 semiconductor manufacturing industry. While operations for the various types of electronics
2066 manufacturing that are included in this occupational exposure scenario may vary, EPA expects these
2067 activities in the semiconductor manufacturing industry are representative of the operating conditions
2068 expected at other electronic parts manufacturing facilities, due to the use of similarly controlled
2069 operations.

2070

2071 ***Inhalation and Vapor-through-Skin***
2072 Electronic parts manufacturing covers the use of NMP for lithium ion battery manufacturing, cleaning of
2073 electronic parts, coating of electronic parts, including magnet wire coatings, and photoresist and solder
2074 mask stripping. However, EPA only found inhalation monitoring data for the use of NMP in
2075 semiconductor manufacturing. Specifically, EPA uses data received from the Semiconductor Industry
2076 Association (SIA), which include full-shift personal breathing zone sampling results at semiconductor
2077 fabrication facilities during container handling of both small containers and drums, workers inside the
2078 fabrication rooms, maintenance workers, workers that unload trucks containing virgin NMP (100%), and
2079 workers that load trucks with liquid waste NMP (92%) (SIA, 2019).

2080

2081 The SIA monitoring data were summarized into the PBPK modeling full-shift input parameters in Table
2082 2-31. The majority (96% of all samples) of samples in SIA (2019) were non-detect for NMP. Because
2083 the geometric standard deviation of the data set is greater than three, EPA used the limit of detection
2084 (LOD) divided by two to calculate central tendency and high-end values where samples were non-detect
2085 for NMP (U.S. EPA, 1994b). Due to the high amount of non-detect results, this method may result in
2086 bias. This is further described in the supplemental document *Risk Evaluation for N-Methylpyrrolidone*
2087 *(2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment*
2088 (U.S. EPA, 2019r). The SIA data included samples of both 8-hour TWA and 12-hour TWA values, with
2089 much of the data being 12-hour TWA. EPA used the 12-hour TWA values to assess occupational
2090 exposures in this occupational exposure scenario, as there is more data available for this exposure
2091 duration, indicating that typical shifts in this industry are 12 hours. Note, however, that the single data
2092 points available for the last two tasks in Table 2-31 are 8-hour TWA values.

2093

2094 Confidential data were submitted for an additional scenario for this industry and are not included in this
2095 evaluation.

2096 **Table 2-31. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
2097 **Electronic Parts Manufacturing**

| Work Activity [a] | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m$^3$, 12-hour TWA) | Duration-Based NMP Air Concentration (mg/m$^3$) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Container handling, small containers | Central tendency (50th percentile) | 0.507 | No data | (SIA, 2019) | High |
| | High-end (95th percentile) | 0.608 | No data | | |
| Container handling, drums | Central tendency (50th percentile) | 0.013 | No data | | |
| | High-end (95th percentile) | 1.54 | No data | | |
| Fab worker | Central tendency (50th percentile) | 0.138 | No data | | |
| | High-end (95th percentile) | 0.405 | No data | | |
| Maintenance | Central tendency (50th percentile) | 0.020 | No data | | |
| | High-end (95th percentile) | 0.690 | No data | | |
| Virgin NMP truck unloading | Single value | 4.78 [b] | No data | | |
| Waste truck loading | Single value | 0.709 [b] | No data | | |

[a] Electronic parts manufacturing includes the use of NMP for battery manufacturing, cleaning of electronic parts, coating of electronic parts, including magnet wire coatings, and photoresist and solder mask stripping.
[b] These are 8-hour TWA values.

2098

2099 ***Dermal***
2100 Table 2-32 summarizes the parameters used to assess dermal exposure during use of NMP in in the
2101 electronics industries. Most of these parameters were determined based on assumptions described in
2102 Section 2.4.1.1. EPA used data from SIA (2019), public comments, literature, and the *Use and Market*
2103 *Profile for N-Methylpyrrolidone* (Abt, 2017) to determine the NMP weight fraction. The underlying data
2104 has a data quality rating of high. Because this scenario has only industrial sites, EPA assumes that
2105 workers are likely to wear protective gloves and have basic training on the proper usage of these gloves
2106 for both central and high-end exposures, corresponding to a protection factor of 10.
2107

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

2108 **Table 2-32. Summary of Parameters for Worker Dermal Exposure During Electronic Parts**
2109 **Manufacturing**

| Work Activity [a] | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [b] | Exposure Duration | Body Weight [b] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Container handling, small containers | Central Tendency | 10 | 0.6 | 445 (f) 535 (m) | 6 | 74 (f) 88 (m) |
| | High-End | 10 | 0.75 | 890 (f) 1,070 (m) | 12 | |
| Container handling, drums | Central Tendency | 10 | 0.5 | 445 (f) 535 (m) | 6 | 74 (f) 88 (m) |
| | High-End | 10 | 0.75 | 890 (f) 1,070 (m) | 12 | |
| Fab worker | Central Tendency | 10 | 0.15 | 445 (f) 535 (m) | 6 | 74 (f) 88 (m) |
| | High-End | 10 | 0.999 | 890 (f) 1,070 (m) | 12 | |
| Maintenance | Central Tendency | 10 | 0.55 | 445 (f) 535 (m) | 6 | 74 (f) 88 (m) |
| | High-End | 10 | 1 | 890 (f) 1,070 (m) | 12 | |
| Virgin NMP truck unloading | Central Tendency | 10 | 1 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 10 | 1 | 890 (f) 1,070 (m) | 8 | |
| Waste truck loading | Central Tendency | 10 | 0.92 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 10 | 0.92 | 890 (f) 1,070 (m) | 8 | |

[a] Electronic parts manufacturing includes the use of NMP for battery manufacturing, cleaning of electronic parts, coating of electronic parts, including magnet wire coatings, and photoresist and solder mask stripping.
[b] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).

2110
2111 ***PBPK Inputs***
2112 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
2113 characterizations listed in Table 2-33.
2114
2115 The numeric parameters corresponding to the characterizations presented in Table 2-33 are summarized
2116 in Table 2-34. These are the inputs used in the PBPK model.
2117

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

2118   **Table 2-33. Characterization of PBPK Model Input Parameters for Electronic Parts**
2119   **Manufacturing**

| Scenario | Work Activity [a] | Air Concentration Data Characterization [b] | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | All activities | Central tendency (50th percentile) | Mid-point of shift duration | 1-hand | Yes | Central tendency |
| High-end | All activities | High-end (95th percentile) | High-end of shift duration | 2-hand | Yes | High-end |

[a] Electronic parts manufacturing includes the use of NMP for battery manufacturing, cleaning of electronic parts, coating of electronic parts, including magnet wire coatings, and photoresist and solder mask stripping.
[b] Only a single estimate was available for virgin NMP truck unloading and waste truck loading. This single air concentration value was used with both central tendency and high-end duration and dermal parameters.

2120
2121   **Table 2-34. PBPK Model Input Parameters for Electronic Parts Manufacturing**

| Work Activity | Scenario | Duration-Based NMP Air Concentration (mg/m³) | Exposure Duration (hr) | Skin Surface Area Exposed (cm²) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|---|
| Container handling, small containers | Central Tendency | 1.01 | 6 | 445 (f) 535 (m) | 10 | 0.6 | 74 (f) 88 (m) |
| | High-end | 0.608 | 12 | 890 (f) 1,070 (m) | 10 | 0.75 | 74 (f) 88 (m) |
| Container handling, drums | Central Tendency | 0.026 | 6 | 445 (f) 535 (m) | 10 | 0.5 | 74 (f) 88 (m) |
| | High-end | 1.54 | 12 | 890 (f) 1,070 (m) | 10 | 0.75 | 74 (f) 88 (m) |
| Fab Worker | Central Tendency | 0.276 | 6 | 445 (f) 535 (m) | 10 | 0.15 | 74 (f) 88 (m) |
| | High-end | 0.405 | 12 | 890 (f) 1,070 (m) | 10 | 0.999 | 74 (f) 88 (m) |
| Maintenance | Central Tendency | 0.040 | 6 | 445 (f) 535 (m) | 10 | 0.55 | 74 (f) 88 (m) |
| | High-end | 0.690 | 12 | 890 (f) 1,070 (m) | 10 | 1 | 74 (f) 88 (m) |
| Virgin NMP truck unloading | Central tendency | 9.56 | 4 | 445 (f) 535 (m) | 10 | 1 | 74 (f) 88 (m) |
| | High-end | 4.78 | 8 | 890 (f) 1,070 (m) | 10 | 1 | 74 (f) 88 (m) |
| Waste truck loading | Central tendency | 1.42 | 4 | 445 (f) 535 (m) | 10 | 0.92 | 74 (f) 88 (m) |
| | High-end | 0.709 | 8 | 890 (f) 1,070 (m) | 10 | 0.92 | 74 (f) 88 (m) |

| Work Activity | Scenario | Duration-Based NMP Air Concentration (mg/m³) | Exposure Duration (hr) | Skin Surface Area Exposed (cm²) a,b | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) a |
|---|---|---|---|---|---|---|---|

> a EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
> b EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm² for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

### Summary

In summary, dermal and inhalation exposures are expected for this use. EPA has not identified additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary strengths and limitations and assigned an overall confidence to the occupational exposure scenario inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations on this assessment are discussed in Section 2.4.1.4.

### Primary Strengths

EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as the 50th and 95th percentiles, respectively, from the data provided by SIA (2019), which has a data quality rating of high. EPA used directly applicable inhalation monitoring data, which is the highest of the approach hierarchy, to estimate worker inhalation exposure during a variety of semiconductor manufacturing tasks. These data include over one hundred data points and have a data quality rating of high.

### Primary Limitations

The SIA (2019) monitoring data were provided as 8-hour or 12-hour TWA values. EPA assumed 8 or 12 hours as the high-end exposure duration and mid-range of 4 or 6 hours as the central tendency exposure duration. The representativeness of the estimates of duration of inhalation and dermal exposure for the assessed activities toward the true distribution of duration for all worker activities in this occupational exposure scenario beyond semiconductor manufacturing is uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove usage is likely based on professional judgment, due to the highly controlled nature of electronics manufacturing. The assumed glove protection factor values are uncertain.

The majority of the data points in SIA (2019) were non-detect for NMP and, for these samples, EPA used the LOD/2 to calculate central tendency and high-end inhalation exposure concentration values. Due to the high amount of non-detect results, this method may result in bias. The representativeness of the monitoring data for semiconductor manufacturing toward the true distribution of inhalation concentrations for all worker activities in this occupational exposure scenario is uncertain.

### Overall Confidence

Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters for this occupational exposure scenario is medium.

**2.4.1.2.9  Printing and Writing**

This scenario includes printing and writing with inks containing NMP. For this industrial and commercial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to inks containing NMP during printing activities. Additionally, EPA assessed dermal exposures to inks containing NMP during writing activities.

While EPA does expect that workers may perform additional activities during this scenario, such as unloading or maintenance activities, EPA expects that printing and writing activities present the largest range of potential exposures.

***Inhalation and Vapor-through-Skin***

EPA did not find inhalation monitoring data for the use of NMP-based printing inks. For printing activities, EPA used ink mist concentration data from a NIOSH Health Hazard Evaluation at a newspaper printing shop, with assumed NMP concentrations, to assess potential inhalation exposures in this occupational exposure scenario. Of the available data, this surrogate data has the highest quality; thus, EPA used this data to assess exposure for this use.

EPA did not find inhalation monitoring data for the use of writing utensils containing NMP. EPA did not assess potential inhalation exposures during the use of NMP-based writing inks based on information indicating these exposures may be negligible from a NICNAS assessment (NICNAS, 2016) and the likely outdoor use of the one writing product that was identified (weather-resistant marker).

The monitoring data presented in Table 2-35 represent input parameters used for the PBPK modeling. The supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r) provides additional details.

**Table 2-35. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Printing and Writing**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m³, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m³) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Printing | Central tendency (50th percentile) | 0.018 | 0.016 (duration = 4 hr) | (Belanger and Coye, 1983) | Medium |
| | High-end (95th percentile) | 0.172 | 0.042 (duration = 4 hr) | | |
| Writing | Not assessed | | | | |

***Dermal***

Table 2-36 summarizes the parameters used to assess dermal exposure during printing and writing activities. Most of these parameters were determined based on assumptions described in Section 2.4.1.1. EPA used data from public comments and the *Use and Market Profile for N-Methylpyrrolidone* (Abt, 2017) to determine the NMP weight fraction. The underlying data have a data quality rating of high. Because writing inks are contained within markers and pens, EPA expects the surface area of skin

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

2195    potentially exposed to NMP to be smaller than the surface area of one or two hands. EPA used data from
2196    Australian Government Department of Health (2016), which has a data quality rating of medium, for the
2197    skin surface area exposed during writing. Because this scenario covers a variety of commercial and
2198    industrial sites, EPA assumes that either no gloves are used or, if gloves are used, there is no permeation
2199    data to indicate the glove material is protective for NMP, corresponding to a protection factor of 1. EPA
2200    assesses a central tendency scenario assuming the use of gloves with minimal to no employee training,
2201    corresponding to a protection factor of 5.

2202 **Table 2-36. Summary of Parameters for Worker Dermal Exposure to Liquids During Printing**
2203 **and Writing**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | $cm^2$ | hr/day | kg |
| Printing | Central Tendency | 5 | 0.05 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 1 | 0.07 | 890 (f) 1,070 (m) | 8 | |
| Writing | Central Tendency | 5 | 0.1 | 1 [b] | 0.5 | 74 (f) 88 (m) |
| | High-End | 1 | 0.2 | 1 [b] | 0.5 | |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] This surface area was assumed for both males and females based on (NICNAS, 2016).

2204
2205 ***PBPK Inputs***
2206 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
2207 characterizations listed in Table 2-37.

2208
2209 The numeric parameters corresponding to the characterizations presented in Table 2-37 are summarized
2210 in Table 2-38. These are the inputs used in the PBPK model.

2211
2212 **Table 2-37. Characterization of PBPK Model Input Parameters for Printing and Writing**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed ($cm^2$) | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Printing | Central tendency (50th percentile) | Based on 4-hr TWA data | 1-hand | Yes | Central tendency |
| High-end | Printing | High-end (95th percentile) | Based on 8-hr TWA data | 2-hand | No | High-end |

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed (cm$^2$) | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Writing | Inhalation exposure not assessed | Based on one contact event | 1 cm$^2$ | Yes | Central tendency |
| High-end | Writing | Inhalation exposure not assessed | Based on one contact event | 1 cm$^2$ | No | High-end |

2213

2214 **Table 2-38. PBPK Model Input Parameters for Printing and Writing**

| Scenario | Work Activity | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|---|
| Central Tendency | Printing | 0.016 | 4 | 445 (f) 535 (m) | 5 | 0.05 | 74 (f) 88 (m) |
| High-end | Printing | 0.172 | 8 | 890 (f) 1,070 (m) | 1 | 0.07 | 74 (f) 88 (m) |
| Central Tendency | Writing | 0 | 0.5 | 1 | 5 | 0.1 | 74 (f) 88 (m) |
| High-end | Writing | 0 | 0.5 | 1 | 1 | 0.2 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

2215

2216 ***Summary***

2217 In summary, dermal and inhalation exposures are expected for use of NMP in printing. Only dermal
2218 exposure is expected for use of NMP in writing activities. EPA has not identified additional
2219 uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary strengths and
2220 limitations and assigned an overall confidence to the occupational exposure scenario inputs to the PBPK
2221 model, as discussed below. EPA considered the assessment approach, the quality of the data, and
2222 uncertainties to determine the level of confidence. Note that the effects of the limitations on this
2223 assessment are discussed in Section 2.4.1.4.

2224

2225 *Primary Strengths*

2226 For printing activities, EPA assessed dermal exposure to central tendency and high-end NMP weight
2227 fractions, calculated as the 50th and 95th percentiles, respectively, from a variety of data sources with
2228 data quality ratings of high. For writing activities, EPA assessed dermal exposure to 10 to 20% NMP
2229 based on one writing product identified in the *Use and Market Profile for N-Methylpyrrolidone* (Abt,
2230 2017). For worker dermal exposure during writing, EPA determined the skin surface area dermally
2231 exposed to writing ink using a literature source with a data quality rating of high. To estimate worker

2232 inhalation exposure during printing, EPA used surrogate monitoring data, which is in the middle of the
2233 approach hierarchy. These data include 48 samples and have a data quality rating of high. EPA used
2234 durations associated with inhalation monitoring data to estimate duration of inhalation and dermal
2235 exposure during printing activities.
2236

2237 *Primary Limitations*
2238 For writing, EPA did not find exposure duration data and assumed a high-end of 8 hours based on the
2239 length of a full shift and a central tendency of 4 hours based on the mid-range of a shift. The
2240 representativeness of the assumed estimates of duration of inhalation and dermal exposure for the
2241 assessed printing and writing activities toward the true distribution of duration for all worker activities in
2242 this occupational exposure scenario is uncertain. For printing, skin surface areas for actual dermal
2243 contact are uncertain. EPA did not find data on glove usage. For printing activities, EPA assumed glove
2244 usage with minimal to no employee training or no glove usage due to the wide-spread use of ink
2245 products. The assumed glove protection factor values are uncertain. For writing activities, EPA assumed
2246 glove usage is unlikely for the use of markers based on professional judgment. The surrogate monitoring
2247 data used to estimate occupational inhalation exposure during printing is from 1983. The extent to which
2248 these data are representative of current worker inhalation exposure potential is uncertain. The
2249 representativeness of the surrogate monitoring data toward the true distribution of inhalation
2250 concentrations for this occupational exposure scenario is uncertain.
2251

2252 *Overall Confidence*
2253 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
2254 for this occupational exposure scenario is medium.
2255

2256 **2.4.1.2.10 Soldering**
2257 This scenario includes soldering with solder materials containing NMP. For this industrial and
2258 commercial exposure scenario, EPA assessed dermal exposures to NMP during soldering.
2259

2260 While EPA does expect that workers may perform additional activities during this scenario, such as
2261 equipment maintenance activities, EPA expects that soldering presents the largest range of potential
2262 exposures.
2263

2264 ***Inhalation and Vapor-through-Skin***
2265 Due to the low NMP content in the one identified soldering production containing NMP (1 to 2.5 weight
2266 percent NMP), the potential for worker inhalation exposures is likely small. In addition, some of the
2267 NMP may be destroyed in the soldering process, further mitigating the potential for inhalation
2268 exposures. EPA therefore did not assess inhalation and vapor-through-skin exposures for this
2269 occupational exposure scenario.
2270

2271 ***Dermal***
2272 Table 2-39 summarizes the parameters used to assess dermal exposure during the use of soldering
2273 products containing NMP. Most of these parameters were determined based on assumptions described in
2274 Section 2.4.1.1. EPA used data from the *Use and Market Profile for N-Methylpyrrolidone* (Abt, 2017)
2275 to determine the NMP weight fraction. Because this scenario covers a variety of commercial and industrial
2276 sites, EPA assumes that either no gloves are used or, if gloves are used, there is no permeation data to
2277 indicate the glove material is protective for NMP, corresponding to a protection factor of 1. EPA

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

2278  assesses a central tendency scenario assuming the use of gloves with minimal to no employee training,
2279  due to the widespread nature of this occupational exposure scenario, corresponding to a protection factor
2280  of 5.
2281

2282  **Table 2-39. Summary of Parameters for Worker Dermal Exposure During Soldering**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Soldering | Central Tendency | 5 | 0.01 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-end | 1 | 0.025 | 890 (f) 1,070 (m) | 8 | |

2283  [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
2284  values associated with males are denoted with (m).
2285

2286  ***PBPK Inputs***
2287  EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
2288  characterizations listed in Table 2-40.
2289

2290  The numeric parameters corresponding to the characterizations presented in Table 2-40 are summarized
2291  in Table 2-41. These are the inputs used in the PBPK model.
2292

2293  **Table 2-40. Characterization of PBPK Model Input Parameters for Soldering**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Soldering | Inhalation Exposure Not Assessed | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Soldering | Inhalation Exposure Not Assessed | Assumed 8 hours | 2-hand | No | High-end |

2294

2295 **Table 2-41. PBPK Model Input Parameters for Soldering**

| Scenario | Duration-Based NMP Air Concentration (mg/m³) | Exposure Duration (hr) | Skin Surface Area Exposed (cm²) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 0 | 4 | 445 (f) 535 (m) | 5 | 0.01 | 74 (f) 88 (m) |
| High-end | 0 | 8 | 890 (f) 1,070 (m) | 1 | 0.025 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm² for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

2296
2297 ***Summary***
2298 In summary, only dermal exposure is expected for this use. EPA has not identified additional
2299 uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary strengths and
2300 limitations and assigned an overall confidence to the occupational exposure scenario inputs to the PBPK
2301 model, as discussed below. EPA considered the assessment approach, the quality of the data, and
2302 uncertainties to determine the level of confidence. Note that the effects of the limitations on this
2303 assessment are discussed in Section 2.4.1.4.
2304
2305 ***Primary Strengths***
2306 EPA assessed worker dermal exposure to 1 – 2.5% NMP based on one soldering product identified in
2307 the *Use and Market Profile for N-Methylpyrrolidone* (Abt, 2017). EPA did not assess occupational
2308 inhalation exposure because most NMP may be destroyed in the soldering process, mitigating the
2309 potential for significant inhalation exposures.
2310
2311 ***Primary Limitations***
2312 EPA did not find exposure duration data and assumed a high-end of 8 hours based on the length of a full
2313 shift and a central tendency of 4 hours based on the mid-range of a shift. The representativeness of the
2314 assumed estimates of duration of inhalation and dermal exposure toward the true distribution of duration
2315 for all worker activities in this occupational exposure scenario is uncertain. Skin surface areas for actual
2316 dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure
2317 scenario and assumed glove usage with minimal to no employee training or no glove usage due to the
2318 commercial nature of this use. The assumed glove protection factor values are uncertain.
2319
2320 ***Overall Confidence***
2321 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
2322 for this occupational exposure scenario is low to medium.
2323

2324 **2.4.1.2.11 Commercial Automotive Servicing**
2325 This scenario includes automotive servicing with products containing NMP. For this commercial
2326 exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to products
2327 containing NMP during aerosol degreasing of automotive brakes.

2328   While EPA does expect that workers may perform additional activities during this scenario, such as
2329   unloading or sampling, EPA expects that aerosol degreasing activities present the largest range of
2330   potential exposures.
2331
2332   ### *Inhalation and Vapor-through-Skin*
2333   EPA did not find monitoring data for the use of NMP products during automotive servicing. Because
2334   EPA did not find relevant monitoring data for this use in the published literature, modeling estimates
2335   were used to assess exposure for this use, as described below.
2336
2337   In lieu of monitoring data, EPA modeled potential occupational inhalation exposures for workers using
2338   EPA's model for Occupational Exposures during Aerosol Degreasing of Automotive Brakes. The
2339   *Occupational Exposures during Aerosol Degreasing of Automotive Brakes Model* involves probabilistic
2340   modeling. This model uses a near-field/far-field approach, where an aerosol application located inside
2341   the near-field generates a mist of droplets, and indoor air movements lead to the convection of the
2342   droplets between the near-field and far-field. Workers are assumed to be exposed to NMP droplet
2343   concentrations in the near-field, while ONUs are exposed at concentrations in the far-field. Consistent
2344   with the approach for other OESs, EPA uses the central tendency worker air concentration to evaluate
2345   ONU exposure and further refines this estimate using far-field modeling or applicable area monitoring
2346   data if the ONU MOE was below the benchmark MOE. Refinement was not necessary for this OES
2347   since the ONU MOE was above the benchmark MOE. The supplemental document *Risk Evaluation for
2348   N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational
2349   Exposure Assessment* (U.S. EPA, 2019r) includes background information on this model, including
2350   model results and EPA's rationale for using it.
2351
2352   **Table 2-42. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
2353   **Commercial Automotive Servicing**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m$^3$, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m$^3$) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Aerosol Degreasing | Central tendency (50th percentile) | 6.39 | 19.96 (duration = 1 hr) | *Occupational Exposures during Aerosol Degreasing of Automotive Brakes Model* | Not applicable[a] |
| | High-end (95th percentile) | 43.4 | 128.8 (duration = 1 hr) | | |

2354   a - EPA models are standard sources used by EPA for occupational exposure assessments. EPA did not systematically
2355   review models that were developed by EPA.
2356
2357   ### *Dermal*
2358   Table 2-43 summarizes the parameters used to assess dermal exposure during cleaning activities. Most
2359   of these parameters were determined based on assumptions described in Section 2.4.1.1. EPA used data
2360   from public comments and the *Use and Market Profile for N-Methylpyrrolidone* (Abt, 2017) to
2361   determine the NMP weight fraction. The underlying data have a data quality rating of high. Because this
2362   scenario covers a variety of commercial and industrial sites, EPA assumes that either no gloves are used

2363 or, if gloves are used, there is no permeation data to indicate the glove material is protective for NMP,
2364 corresponding to a protection factor of 1. EPA assesses a central tendency scenario assuming the use of
2365 gloves with minimal to no employee training, corresponding to a protection factor of 5.
2366
2367 **Table 2-43. Summary of Parameters for Worker Dermal Exposure to Liquids During Commercial**
2368 **Automotive Servicing**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Commercial Automotive Servicing | Central Tendency | 5 | 0.025 | 445 (f) 535 (m) | 1 | 74 (f) 88 (m) |
| | High-end | 1 | 0.33 | 890 (f) 1,070 (m) | 8 | |

2369 [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
2370 values associated with males are denoted with (m).
2371
2372 ***PBPK Inputs***
2373 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
2374 characterizations listed in Table 2-44.
2375
2376 The numeric parameters corresponding to the characterizations presented in Table 2-44 are summarized
2377 in Table 2-45. These are the inputs used in the PBPK model.
2378
2379 **Table 2-44. Characterization of PBPK Model Input Parameters for Commercial Automotive**
2380 **Servicing**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Aerosol degreasing | Central tendency (50th percentile) | Based on time for one job | 1-hand | Yes | Central Tendency |
| High-end | Aerosol degreasing | High-end (95th percentile) | Assumed 8 hours | 2-hand | No | High-end |

2381

2382 **Table 2-45. PBPK Model Input Parameters for Commercial Automotive Servicing**

| Scenario | Work Activity | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|---|
| Central Tendency | Aerosol degreasing | 19.96 | 1 | 445 (f) 535 (m) | 5 | 0.025 | 74 (f) 88 (m) |
| High-end | Aerosol degreasing | 43.4 | 8 | 890 (f) 1,070 (m) | 1 | 0.33 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

2383

2384 *Summary*
2385 In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
2386 additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
2387 strengths and limitations and assigned an overall confidence to the occupational exposure scenario
2388 inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
2389 the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
2390 on this assessment are discussed in Section 2.4.1.4.
2391

2392 *Primary Strengths*
2393 EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as
2394 the 50th and 95th percentiles, respectively, from a variety of data sources with data quality ratings of
2395 high. Modeling, in the middle of the approach hierarchy, was used to estimate occupational inhalation
2396 exposure concentrations. For modeling of these air concentrations, EPA attempted to address variability
2397 in input parameters by estimating both central tendency and high-end parameter values. Additionally,
2398 EPA used Monte Carlo simulation to capture variability in input parameters. EPA expects the duration
2399 of inhalation and dermal exposure to be realistic, as the duration is based on the length of time to
2400 conduct aerosol degreasing of automotive brakes.
2401

2402 *Primary Limitations*
2403 The representativeness of the estimates of duration of inhalation and dermal exposure for the aerosol
2404 brake degreasing activities toward the true distribution of duration for all worker activities in this
2405 occupational exposure scenario is uncertain. Skin surface areas for actual dermal contact are uncertain.
2406 EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove
2407 usage with minimal to no employee training or no glove usage due to the wide-spread use of degreasing
2408 products. The assumed glove protection factor values are uncertain. For the modeling of NMP air
2409 concentrations, EPA used aerosol product use rate and application frequency from one literature source
2410 (CARB, 2000) on brake servicing. The extent to which this is representative of other aerosol degreasing
2411 applications involving NMP is uncertain. The representativeness of the modeling results toward the true
2412 distribution of inhalation concentrations for this occupational exposure scenario is uncertain.
2413

2414 *Overall Confidence*
2415 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
2416 for this occupational exposure scenario is medium.
2417

2418 **2.4.1.2.12 Laboratory Use**
2419 This scenario includes the use of NMP in a laboratory setting. For this industrial and commercial
2420 exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to 100% NMP
2421 during laboratory activities.
2422

2423 While EPA does expect that workers may perform additional activities during this scenario, such as
2424 unloading, EPA expects that laboratory use activities present the largest range of potential exposures.
2425

2426 ***Inhalation and Vapor-through-Skin***
2427 EPA only found one data source that had inhalation monitoring data, representing the preparation of
2428 NMP for use in samples, sample preparation involving the dissolving of solids in NMP, and sample
2429 analysis. These data were used as input into the PBPK model for 2-hour exposure duration. EPA did not
2430 find additional monitoring data, thus used a modeled exposure for the use of NMP in a laboratory setting
2431 for the full-shift concentrations. As the quality of both the monitoring and modeled data is acceptable,
2432 EPA used all available data to assess this occupational exposure scenario.
2433

2434 The monitoring data and modeled exposure summarized in Table 2-46 are the input parameters used for
2435 the PBPK modeling. The supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-*
2436 *Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment*
2437 (U.S. EPA, 2019r) provides additional details.
2438

2439 **Table 2-46. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
2440 **Laboratory Use**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m³, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m³) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Laboratory Use | Central tendency (unknown statistical characterization) | 2.07 | 0.200 (duration = 2 hr) | (Solomon et al., 1996) | Medium |
| | High-end (unknown statistical characterization) | 4.13 | No data | (RIVM, 2013) | High |

2441

2442 ***Dermal***
2443 Table 2-47 summarizes the parameters used to assess dermal exposure during use of NMP in
2444 laboratories. Most of these parameters were determined based on assumptions described in Section
2445 2.4.1.1. Because NMP is used as a carrier chemical, EPA expects that NMP may be used in pure form
2446 (i.e., 100 percent NMP). Because laboratories have procedures and trainings to ensure accuracy and

2447  quality of the performed analyses, EPA assumes that workers are likely to wear protective gloves and
2448  have basic training on the proper usage of these gloves, corresponding to a protection factor of 10.
2449
2450  **Table 2-47. Summary of Parameters for Worker Dermal Exposure During Laboratory Use**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Laboratory Use | Central tendency | 10 | 1 | 445 (f) 535 (m) | 2 | 74 (f) 88 (m) |
| | High-end | 10 | 1 | 890 (f) 1,070 (m) | 8 | |

2451  [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
2452  values associated with males are denoted with (m).
2453
2454  ***PBPK Inputs***
2455  EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
2456  characterizations listed in Table 2-48.
2457
2458  The numeric parameters corresponding to the characterizations presented in Table 2-48 are summarized
2459  in Table 2-49. These are the inputs used in the PBPK model.
2460
2461  **Table 2-48. Characterization of PBPK Model Input Parameters by Laboratory Use**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Laboratory activities | Central tendency (unknown statistical characterization) | Based on 2-hr TWA data | 1-hand | Yes | N/A - 100% is assumed for both exposure scenarios |
| High-end | Laboratory activities | High-end (unknown statistical characterization) | Assumed 8 hours | 2-hand | Yes | N/A - 100% is assumed for both exposure scenarios |

2462
2463

2464  **Table 2-49. PBPK Model Input Parameters for Laboratory Use**

| Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 0.200 | 2 | 445 (f) 535 (m) | 20 | 1 | 74 (f) 88 (m) |
| High-end | 4.13 | 8 | 890 (f) 1,070 (m) | 20 | 1 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

2465

2466  ***Summary***
2467  In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
2468  additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
2469  strengths and limitations and assigned an overall confidence to the occupational exposure scenario
2470  inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
2471  the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
2472  on this assessment are discussed in Section 2.4.1.4.

2473

2474  ***Primary Strengths***
2475  EPA assessed occupational inhalation exposure using directly applicable personal monitoring data,
2476  which is the highest of the approach hierarchy, from one source with a data quality rating of medium.
2477  EPA also used a modeled inhalation exposure concentration value, which is in the middle of the
2478  approach hierarchy, from RIVM (2013). This data has a data quality rating of high. EPA determined
2479  central tendency exposure duration from the inhalation monitoring data. EPA expects the central
2480  tendency duration of inhalation and dermal exposure to be realistic, as the duration is task-based.

2481

2482  ***Primary Limitations***
2483  EPA assumed a high-end exposure duration of 8 hours based on the length of a full shift. The
2484  representativeness of the assumed estimates of duration of inhalation and dermal exposure for the
2485  assessed activities toward the true distribution of duration for all worker activities in this occupational
2486  exposure scenario is uncertain. EPA did not find NMP concentration data and assumed workers may be
2487  exposed to up to 100% NMP since NMP is a carrier chemical, and carrier chemical concentrations may
2488  be very high. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use
2489  of gloves for this occupational exposure scenario and assumed glove usage is likely based on
2490  professional judgment, due to safety and quality standards in laboratories. The assumed glove protection
2491  factor values are uncertain.

2492

2493  The monitoring data used for central tendency worker inhalation exposure is only one data point from a
2494  1996 industrial hygiene report. The extent to which these data are representative of current worker
2495  inhalation exposure potential is uncertain. The modeled high-end inhalation exposure concentration was
2496  obtained from RIVM (2013) and not generated by EPA. The representativeness of the monitoring data

2497   and modeled exposure toward the true distribution of inhalation concentrations for this occupational
2498   exposure scenario is uncertain.
2499
2500   *Overall Confidence*
2501   Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
2502   for this occupational exposure scenario is medium.

2503   **2.4.1.2.13 Cleaning**
2504   This scenario includes the use of cleaning products containing NMP. For this industrial and commercial
2505   exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to cleaning
2506   products containing NMP from the following activities:
2507   • Dip cleaning / degreasing; and
2508   • Spray / wipe cleaning.
2509
2510   While EPA does expect that workers may perform additional activities during this scenario, such as
2511   unloading or sampling, EPA expects that cleaning activities present the largest range of potential
2512   exposures.
2513
2514   ***Inhalation and Vapor-through-Skin***
2515   EPA compiled inhalation monitoring data and modeled exposure concentration data for NMP-based
2516   cleaning activities from published literature and used these data for the central tendency and high-end
2517   (for full-shift) worker exposure concentrations presented in Table 2-50. EPA used the available
2518   monitoring data for NMP use in cleaning that had the highest quality rating to assess exposure via this
2519   use. The supplemental document *Risk Evaluation for N-Methylpyrrolidone (NMP), Supplemental
2520   Information on Occupational Exposure Assessment* (U.S. EPA, 2019r) provides additional details.
2521

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

2522  **Table 2-50. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
2523  **Cleaning**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m$^3$, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m$^3$) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Dip Cleaning / Degreasing | Central tendency (50th percentile) | 0.99 | No data | (RIVM, 2013; IFA, 2010; Nishimura et al., 2009; Bader et al., 2006; Xiaofei et al., 2000) | Medium to high |
| | High-end (95th percentile) | 2.75 | No data | | |
| Spray / Wipe Cleaning | Central tendency (50th percentile) | 1.01 | No data | (RIVM, 2013; IFA, 2010; Nishimura et al., 2009; Bader et al., 2006) | Medium to high |
| | High-end (95th percentile) | 3.38 | No data | | |

2524

2525 *Dermal*
2526 Table 2-51 summarizes the parameters used to assess dermal exposure during cleaning activities. Most
2527 of these parameters were determined based on assumptions described in Section 2.4.1.1. EPA used data
2528 from public comments, literature sources, and the *Use and Market Profile for N-Methylpyrrolidone*
2529 (Abt, 2017) to determine the NMP weight fraction. The underlying data have data quality ratings
2530 ranging from medium to high. Because this scenario covers a variety of commercial and industrial sites,
2531 EPA assumes that either no gloves are used or, if gloves are used, there is no permeation data to indicate
2532 the glove material is protective for NMP, corresponding to a protection factor of 1. EPA assesses a
2533 central tendency scenario assuming the use of gloves with minimal to no employee training,
2534 corresponding to a protection factor of 5.

2535

2536 **Table 2-51. Summary of Parameters for Worker Dermal Exposure to Liquids During Cleaning**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Dip Cleaning and Degreasing | Central Tendency | 5 | 0.845 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 1 | 0.999 | 890 (f) 1,070 (m) | 8 | |
| Spray/Wipe Cleaning | Central Tendency | 5 | 0.313 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 1 | 0.989 | 890 (f) 1,070 (m) | 8 | |

2537 [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
2538 values associated with males are denoted with (m).

2539

2540 ***PBPK Inputs***
2541 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
2542 characterizations listed in Table 2-52. The numeric parameters corresponding to the characterizations
2543 presented in Table 2-52 are summarized in Table 2-53. These are the inputs used in the PBPK model.

2544

2545 **Table 2-52. Characterization of PBPK Model Input Parameters for Cleaning**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Dip cleaning | Central tendency (50th percentile) | Assumed 4 hours | 1-hand | Yes | Central Tendency |
| High-end | Dip cleaning | High-end (95th percentile) | Assumed 8 hours | 2-hand | No | High-end |
| Central Tendency | Spray / wipe cleaning | Central tendency (50th percentile) | Assumed 4 hours | 1-hand | Yes | Central Tendency |

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| High-end | Spray / wipe cleaning | High-end (95th percentile) | Assumed 8 hours | 2-hand | No | High-end |

2546
2547
2548 **Table 2-53. PBPK Model Input Parameters for Cleaning**

| Scenario | Work Activity | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|---|
| Central Tendency | Dip cleaning | 1.98 | 4 | 445 (f) 535 (m) | 5 | 0.845 | 74 (f) 88 (m) |
| High-end | Dip cleaning | 2.75 | 8 | 890 (f) 1,070 (m) | 1 | 0.999 | 74 (f) 88 (m) |
| Central Tendency | Spray / wipe cleaning | 2.02 | 4 | 445 (f) 535 (m) | 5 | 0.313 | 74 (f) 88 (m) |
| High-end | Spray / wipe cleaning | 3.38 | 8 | 890 (f) 1,070 (m) | 1 | 0.989 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

2549

2550 ***Summary***
2551 In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
2552 additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
2553 strengths and limitations and assigned an overall confidence to the occupational exposure scenario
2554 inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
2555 the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
2556 on this assessment are discussed in Section 2.4.1.4.

2557

2558 ***Primary Strengths***
2559 EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as
2560 the 50th and 95th percentiles, respectively, from a variety of data sources with data quality ratings
2561 ranging from medium to high. To estimate inhalation exposure during dip cleaning, EPA used directly
2562 applicable monitoring data, which is in the highest of the approach hierarchy, including data from 5
2563 sources. These data have data quality ratings ranging from medium to high. To estimate inhalation
2564 exposure during spray / wipe application, EPA used directly applicable monitoring data, which is in the
2565 highest of the approach hierarchy, including data from 4 sources. These data have data quality ratings
2566 ranging from medium to high.

*Primary Limitations*

EPA did not find exposure duration data and assumed a high-end of 8 hours based on the length of a full shift and a central tendency of 4 hours based on the mid-range of a shift. The representativeness of the assumed estimates of duration of inhalation and dermal exposure for the assessed cleaning activities toward the true distribution of duration for all worker activities in this occupational exposure scenario is uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove usage with minimal to no employee training or no glove usage due to the wide-spread use of cleaning products. The assumed glove protection factor values are uncertain.

The worker activities associated with the monitoring data used to assess inhalation exposure during dip cleaning and spray/wipe cleaning were not detailed for all samples. Where EPA could not determine the type of cleaning activities associated with a data point, EPA used the data in the estimates for both dip and spray/wipe cleaning. For both occupational exposure scenarios, the representativeness of the monitoring data toward the true distribution of inhalation concentrations for this occupational exposure scenario is uncertain.

*Overall Confidence*

Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters for this occupational exposure scenario is medium.

## 2.4.1.2.14 Fertilizer Application

This scenario includes the use of fertilizers containing NMP. For this commercial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to NMP during application of fertilizers.

While EPA does expect that workers may perform additional activities during this scenario, such as unloading or maintenance activities, EPA expects that fertilizer application presents the largest range of potential exposures.

### *Inhalation and Vapor-through-Skin*

EPA did not find inhalation monitoring data for the application of fertilizers containing NMP. EPA found modeled inhalation exposures during spray and fog application of agrochemicals (RIVM, 2013). EPA uses the modeled exposures to assess potential inhalation exposures during this life cycle stage. These data have a data quality rating of high.

The input parameters used for the PBPK modeling based on the modeled exposures are summarized in Table 2-54. EPA did not model data on short-term inhalation exposures during the application of fertilizers containing. The supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r) provides additional details.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 2-54. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During Fertilizer Application**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration | Duration-Based NMP Air Concentration | Source | Data Quality Rating |
|---|---|---|---|---|---|
| | | (mg/m³, 8-hr TWA) | (mg/m³) | | |
| Manual spray or boom application of fertilizers | Central tendency (unknown statistical characterization) | 2.97 | No data | (RIVM, 2013) | High |
| | High-end (unknown statistical characterization) | 5.27 | No data | | |

***Dermal***

Table 2-55 summarizes the parameters used to assess dermal exposure during the use of agricultural products containing NMP. Most of these parameters were determined based on assumptions described in Section 2.4.1.1. EPA used data from literature, public comments, and the *Use and Market Profile for N-Methylpyrrolidone* (Abt, 2017) to determine the NMP weight fraction. The underlying data have a data quality rating of high. Because this scenario covers a variety of commercial and industrial sites, EPA assumes that either no gloves are used or, if gloves are used, there is no permeation data to indicate the glove material is protective for NMP, corresponding to a protection factor of 1. EPA assesses a central tendency scenario assuming the use of gloves with minimal to no employee training, due to the widespread nature of this occupational exposure scenario, corresponding to a protection factor of 5.

**Table 2-55. Summary of Parameters for Worker Dermal Exposure During Fertilizer Application**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | Unitless | | cm² | hr/day | kg |
| Manual spray or boom application of fertilizers | Central Tendency | 5 | 0.001 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 1 | 0.07 | 890 (f) 1,070 (m) | 8 | |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).

***PBPK Inputs***

EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the characterizations listed in Table 2-56.

The numeric parameters corresponding to the characterizations presented in Table 2-56 are summarized in Table 2-57. These are the inputs used in the PBPK model.

2633 **Table 2-56. Characterization of PBPK Model Input Parameters for Fertilizer Application**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Manual spray or boom application | Central tendency (unknown statistical characterization) | Calculated 4-hr TWA from the 8-hr TWA data | 1-hand | Yes | Central Tendency |
| High-end | Manual spray or boom application | High-end (unknown statistical characterization) | Based on 8-hr TWA data | 2-hand | No | High-end |

2634
2635
2636 **Table 2-57. PBPK Model Input Parameters for Fertilizer Application**

| Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 5.94 | 4 | 445 (f) 535 (m) | 5 | 0.001 | 74 (f) 88 (m) |
| High-end | 5.27 | 8 | 890 (f) 1,070 (m) | 1 | 0.07 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

2637
2638 ***Summary***
2639 In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
2640 additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
2641 strengths and limitations and assigned an overall confidence to the occupational exposure scenario
2642 inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
2643 the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
2644 on this assessment are discussed in Section 2.4.1.4.
2645
2646 *Primary Strengths*
2647 EPA assessed dermal exposure to 0.1 to 7% NMP, based on data from public comments and literature,
2648 which have data quality ratings of high. EPA assessed occupational inhalation exposure during fertilizer
2649 application using a modeled inhalation exposure concentration value, which is in the middle of the
2650 approach hierarchy, from RIVM (2013). This data has a data quality rating of high.
2651

2652 *Primary Limitations*
2653 EPA did not find exposure duration data and assumed a high-end of 8 hours based on the length of a full
2654 shift and a central tendency of 4 hours based on the mid-range of a shift. The representativeness of the
2655 assumed estimates of duration of inhalation and dermal exposure toward the true distribution of duration
2656 for all worker activities in this occupational exposure scenario is uncertain. Skin surface areas for actual
2657 dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure
2658 scenario and assumed glove usage with minimal to no employee training or no glove usage due to the
2659 commercial nature of this use. The assumed glove protection factor values are uncertain. The modeled
2660 inhalation exposure concentration was obtained from RIVM (2013) and not generated by EPA. The
2661 representativeness of the modeled exposure toward the true distribution of inhalation concentrations for
2662 this occupational exposure scenario is uncertain.
2663

2664 *Overall Confidence*
2665 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
2666 for this occupational exposure scenario is medium.
2667

2668 **2.4.1.2.15 Wood Preservatives**
2669 This scenario includes the use of wood preservatives containing NMP. For this commercial exposure
2670 scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures to NMP during brush
2671 application of these wood preservatives. EPA does not expect other application methods because the
2672 identified wood preservative production containing NMP is a paste.
2673

2674 Based on the process description, EPA expects that workers apply the paste wood preservative directly
2675 from its container using a scraper. EPA does not expect unloading activities or the use of equipment
2676 requiring maintenance or cleaning. EPA expects the actual application of wood preservatives presents
2677 the largest range of potential exposures.
2678

2679 ***Inhalation and Vapor-through-Skin***
2680 EPA compiled air concentration monitoring data and modeled data for NMP-based wood preservative
2681 application from published literature sources. Due to limited relevance and quality of monitoring data
2682 and modeling estimates for solvents used in the application of wood preservatives found in the published
2683 literature, EPA used modeling estimates with the highest data quality for this use.
2684

2685 The modeled exposure from brush application is summarized into the input parameters used for the
2686 PBPK modeling in Table 2-58. EPA did not find data on short-term exposures for this life cycle stage.
2687 The supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-)*
2688 *(NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r) provides
2689 additional details.
2690

2691 **Table 2-58. Summary of Parameters for Wood Preservatives**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m³, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m³) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Brush Application | Single Estimate | 4.13 | No data | (RIVM, 2013) | High |

2692

2693 *__Dermal__*

2694 Table 2-59 summarizes the parameters used to assess dermal exposure during the use of wood
2695 preservatives containing NMP. Most of these parameters were determined based on assumptions
2696 described in Section 2.4.1.1. EPA used data from the *Use and Market Profile for N-Methylpyrrolidone*
2697 (Abt, 2017) to determine the NMP weight fraction. Because this scenario covers a variety of commercial
2698 and industrial sites, EPA assumes that either no gloves are used or, if gloves are used, there is no
2699 permeation data to indicate the glove material is protective for NMP, corresponding to a protection
2700 factor of 1. EPA assesses a central tendency scenario assuming the use of gloves with minimal to no
2701 employee training, corresponding to a protection factor of 5.

2702

2703 **Table 2-59. Summary of Parameters for Worker Dermal Exposure to Wood Preservatives**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm² | hr/day | kg |
| Brush Application | Central Tendency | 5 | 0.01 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-End | 1 | 0.01 | 890 (f) 1,070 (m) | 8 | |

2704 [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
2705 values associated with males are denoted with (m).

2706

2707 *__PBPK Inputs__*

2708 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
2709 characterizations listed in Table 2-60. The numeric parameters corresponding to the characterizations
2710 presented in Table 2-60 are summarized in Table 2-61. These are the inputs used in the PBPK model.

2711

2712 **Table 2-60. Characterization of PBPK Model Input Parameters for Wood Preservatives**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Brush application | Single Estimate | Assumed 4 hours | 1-hand | Yes | Single data point available and used for both exposure scenarios |
| High-end | Brush application | Single Estimate | Assumed 8 hours | 2-hand | No | Single data point available and used for both exposure scenarios |

2713
2714 **Table 2-61. PBPK Model Input Parameters for Wood Preservatives**

| Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 8.26 | 4 | 445 (f) 535 (m) | 5 | 0.01 | 74 (f) 88 (m) |
| High-end | 4.13 | 8 | 890 (f) 1,070 (m) | 1 | 0.01 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

2715
2716 ***Summary***
2717 In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
2718 additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
2719 strengths and limitations and assigned an overall confidence to the occupational exposure scenario
2720 inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
2721 the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
2722 on this assessment are discussed in Section 2.4.1.4.
2723
2724 ***Primary Strengths***
2725 EPA assessed dermal exposure to 1% NMP, based on one wood preservative product identified in the
2726 *Use and Market Profile for N-Methylpyrrolidone* (Abt, 2017). EPA assessed occupational inhalation
2727 exposure during wood preservative application using a modeled inhalation exposure concentration
2728 value, which is in the middle of the approach hierarchy, from RIVM (2013). This data has a data quality
2729 rating of high.
2730

*Primary Limitations*

EPA did not find exposure duration data and assumed a high-end of 8 hours based on the length of a full shift and a central tendency of 4 hours based on the mid-range of a shift. The representativeness of the assumed estimates of duration of inhalation and dermal exposure toward the true distribution of duration for all worker activities in this occupational exposure scenario is uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove usage with minimal to no employee training or no glove usage due to the commercial nature of this use. The assumed glove protection factor values are uncertain. The modeled inhalation exposure concentration was obtained from RIVM (2013) and not generated by EPA. The representativeness of the modeled exposure toward the true distribution of inhalation concentrations for this occupational exposure scenario is uncertain.

*Overall Confidence*

Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters for this occupational exposure scenario is medium.

## 2.4.1.2.16 Recycling and Disposal

For this industrial and commercial exposure scenario, EPA assessed inhalation, vapor-through-skin, and dermal exposures from the unloading of various containers (i.e., drums, tank trucks, rail cars) containing waste NMP. While EPA does expect that workers may perform additional activities during this scenario, such as sampling or maintenance work, EPA expects that unloading activities present the largest range of potential exposures.

### *Inhalation and Vapor-through-Skin*

EPA did not find monitoring data on the handling of NMP wastes at disposal and recycling sites. EPA therefore compiled the same monitoring and modeled exposure concentration data for this life cycle stage as that for manufacturing. As described for Manufacturing in Section 2.4.1.2.1, due to limited relevance and quality of monitoring data and modeling estimates found in the published literature, EPA used modeling estimates with the highest data quality for this use, as further described below. The *Tank Truck and Railcar Loading and Unloading Release and Inhalation Exposure Model* involves deterministic modeling and the *Drum Loading and Unloading Release and Inhalation Exposure Model* involves probabilistic modeling.

The inhalation exposure concentrations modeled by EPA for unloading of NMP are summarized into the input parameters used for the PBPK modeling in Table 2-62. The modeled exposure concentrations are the same as those for Manufacturing and Repackaging; however, the exposure durations are different because they are based on the NMP volume unloaded for the exposure scenario. Note that the exposure duration for the central tendency and high-end exposure scenarios are the same for unloading drums because the unloading rate does not vary in that model. The supplemental document *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r) provides additional details.

2773 **Table 2-62. Summary of Parameters for PBPK Modeling of Worker Inhalation Exposure During**
2774 **Recycling and Disposal**

| Work Activity | Parameter Characterization | Full-Shift NMP Air Concentration (mg/m³, 8-hr TWA) | Duration-Based NMP Air Concentration (mg/m³) | Source | Data Quality Rating |
|---|---|---|---|---|---|
| Unloading bulk containers | Central tendency (50th percentile) | 0.048 | 0.760 (duration = 0.5 hr) | *Tank Truck and Railcar Loading and Unloading Release and Inhalation Exposure Model* (U.S. EPA, 2013a) | Not applicable[a] |
| | High-end (95th percentile) | 0.190 | 1.52 (duration = 1 hr) | | |
| Unloading drums | Central tendency (50th percentile) | 0.124 | 1.65 (duration = 0.603 hr) | *Drum Loading and Unloading Release and Inhalation Exposure Model* (U.S. EPA, 2013a) | Not applicable[a] |
| | High-end (95th percentile) | 0.441 | 5.85 (duration = 0.603 hr) | | |

2775 [a] EPA models are standard sources used by EPA for occupational exposure assessments. EPA did not systematically review
2776 models that were developed by EPA.
2777

2778 ***Dermal***
2779 Table 2-63 summarizes the parameters used to assess dermal exposure during worker handling of wastes
2780 containing NMP. Most parameters were determined based on assumptions described in Section 2.4.1.1.
2781 The data submitted by SIA for the use of NMP in the production of semiconductors (discussed in
2782 Section 2.4.1.2.8) include one inhalation monitoring data point for the loading of trucks with waste
2783 NMP. This data point indicates that NMP is 92% in the handled waste material (SIA, 2019). EPA uses
2784 this concentration for the central tendency NMP weight fraction. Due to lack of additional information
2785 on the concentration of NMP in waste solvents, for the high-end value, EPA assumes that waste NMP
2786 may contain very little impurities and be up to 100 weight percent NMP (e.g., residues of pure NMP in
2787 shipping containers that have been unloaded and sent without cleaning for reclamation or disposal). For
2788 this scenario, EPA assesses both high-end and central tendency scenarios assuming the use of gloves
2789 with basic employee training, corresponding to a protection factor of 10.
2790

2791 **Table 2-63. Summary of Parameters for Worker Dermal Exposure During Recycling and Disposal**

| Work Activity | Parameter Characterization | Glove Protection Factor(s) | NMP Weight Fraction | Skin Surface Area Exposed [a] | Exposure Duration | Body Weight [a] |
|---|---|---|---|---|---|---|
| | | | Unitless | cm$^2$ | hr/day | kg |
| Unloading bulk containers; Unloading drums | Central Tendency | 10 | 0.92 | 445 (f) 535 (m) | 4 | 74 (f) 88 (m) |
| | High-end | 10 | 1 | 890 (f) 1,070 (m) | 8 | |

2792 [a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and
2793 values associated with males are denoted with (m).

2794

2795 ***PBPK Inputs***
2796 EPA assessed PBPK parameters for central tendency and high-end exposure scenarios based on the
2797 characterizations listed in Table 2-64. The numeric parameters corresponding to the characterizations
2798 presented in Table 2-64 are summarized in
2799 Table 2-65. These are the inputs used in the PBPK model.

2800

2801 **Table 2-64. Characterization of PBPK Model Input Parameters for Recycle and Disposal**

| Scenario | Work Activity | Air Concentration Data Characterization | Exposure Duration | Skin Surface Area Exposed | Gloves | NMP Weight Fraction Characterization |
|---|---|---|---|---|---|---|
| Central Tendency | Unloading bulk containers | Central tendency (50th percentile) | Duration calculated by model | 1-hand | Yes | Central tendency |
| High-end | Unloading drums | High-end (95th percentile) | Duration calculated by model | 2-hand | Yes | High-end |

2802

2803 **Table 2-65. PBPK Model Input Parameters for Recycle and Disposal**

| Scenario | Duration-Based NMP Air Concentration (mg/m$^3$) | Exposure Duration (hr) | Skin Surface Area Exposed (cm$^2$) [a,b] | Gloves Protection Factor | NMP Weight Fraction | Body Weight (kg) [a] |
|---|---|---|---|---|---|---|
| Central Tendency | 0.760 | 0.5 | 445 (f) 535 (m) | 10 | 0.92 | 74 (f) 88 (m) |
| High-end | 5.85 | 0.603 | 890 (f) 1,070 (m) | 10 | 1 | 74 (f) 88 (m) |

[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).
[b] EPA assessed a skin surface area exposed to liquid NMP of 0.1 cm$^2$ for ONUs for each scenario. However, EPA did not assess glove usage (protection factor = 1) for ONUs.

2804 *Summary*
2805 In summary, dermal and inhalation exposures are expected for this use. EPA has not identified
2806 additional uncertainties for this use beyond those included in Section 2.4.1.4. EPA identified primary
2807 strengths and limitations and assigned an overall confidence to the occupational exposure scenario
2808 inputs to the PBPK model, as discussed below. EPA considered the assessment approach, the quality of
2809 the data, and uncertainties to determine the level of confidence. Note that the effects of the limitations
2810 on this assessment are discussed in Section 2.4.1.4.
2811
2812 *Primary Strengths*
2813 Modeling, in the middle of the approach hierarchy, was used to estimate occupational inhalation
2814 exposure concentrations for both the unloading of NMP from bulk containers and from drums. For
2815 modeling of these air concentrations, EPA attempted to address variability in input parameters by
2816 estimating both central tendency and high-end parameter values. Additionally, for modeling of air
2817 concentrations during the unloading of drums, EPA used Monte Carlo simulation to capture variability
2818 in input parameters. EPA expects the duration of inhalation and dermal exposure to be realistic for the
2819 unloading activities, as the durations are based on the length of time to unload NMP from specific
2820 container sizes (i.e., tank trucks, rail cars, and drums).
2821
2822 *Primary Limitations*
2823 The representativeness of the estimates of duration of inhalation and dermal exposure for the unloading
2824 activities toward the true distribution of duration for all worker activities in this occupational exposure
2825 scenario is uncertain. EPA did not find NMP concentration data and assumed waste NMP may contain
2826 very little impurities and be up to 100% NMP. Skin surface areas for actual dermal contact are
2827 uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and
2828 assumed glove usage with basic employee training is likely based on professional judgment. The
2829 assumed glove protection factor values are uncertain. For the modeling of NMP air concentrations, EPA
2830 is uncertain of the accuracy of the emission factors used to estimate fugitive NMP emissions and thereby
2831 estimate worker inhalation exposure concentration. The representativeness of the modeling results
2832 toward the true distribution of inhalation concentrations for this occupational exposure scenario is
2833 uncertain.
2834
2835 *Overall Confidence*
2836 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
2837 for this occupational exposure scenario is medium.
2838

### 2.4.1.3    Summary of Occupational Exposure Assessment
2840 Table 2-66 shows the occupational dermal and inhalation exposure parameters used in the PBPK
2841 modeling for this assessment. The skin surface area and body weight dermal parameters were specific to
2842 PESS of interest: males, pregnant women, and women of childbearing age who may become pregnant.
2843 For each Occupational Exposure Scenario, a central scenario and a higher-end scenario are provided.
2844 Table 2-67 shows the results of the PBPK modeling.
2845
2846 For high-end scenarios where glove use was assumed and MOEs were above the benchmark MOE, EPA
2847 conducted additional modeling of exposures for no glove use to determine whether lack of glove use
2848 could result in MOEs below the benchmark MOE. The results of this additional modeling are shown in
2849 Section 4.2.2.

2850  **Table 2-66. Parameter Inputs to PBPK for Central and High-End Scenarios by Use**

| Use Scenario | Scenario Characterization | Sub-scenario | Weight Fraction in formulation | Surf Area exposed to liquid (cm²) [a] | Exposure duration (hr) | Duration-based Air Conc (mg/m³) | Gloves Protection Factor |
|---|---|---|---|---|---|---|---|
| **Section 2.4.1.2.1 Manufacturing** | Central tendency | Bulk container loading | 1 | 445 (f) 535 (m) | 0.5 | 0.76 | 10 |
| | High-end | Drum loading | 1 | 890 (f) 1,070 (m) | 2.06 | 5.85 | 10 |
| **Section 2.4.1.2.2 Repackaging** | Central tendency | Bulk container unloading | 1 | 445 (f) 535 (m) | 0.5 | 0.76 | 10 |
| | High-end | Drum unloading | 1 | 890 (f) 1,070 (m) | 2.06 | 5.85 | 10 |
| **Section 2.4.1.2.3 Chemical Processing, Excluding Formulation** | Central tendency | Drum unloading | 1 | 445 (f) 535 (m) | 0.36 | 1.65 | 10 |
| | High-end | Drum unloading | 1 | 890 (f) 1,070 (m) | 0.36 | 5.85 | 10 |
| **Section 2.4.1.2.4 Incorporation into Formulation, Mixture, or Reaction Product** | Central tendency | Drum unloading | 1 | 445 (f) 535 (m) | 0.36 | 1.65 | 10 |
| | High-end | Maintenance, bottling, shipping, loading | 1 | 890 (f) 1,070 (m) | 8 | 12.8 | 10 |
| **Section 2.4.1.2.5 Metal Finishing** | Central tendency | Spray application | 0.6 | 445 (f) 535 (m) | 4 | 0.53 | 5 |
| | High-end | Spray application | 0.9 | 890 (f) 1,070 (m) | 8 | 4.51 | 1 |
| | Central tendency | Dip application | 0.6 | 445 (f) 535 (m) | 4 | 1.98 | 5 |
| | High-end | Dip application | 0.9 | 890 (f) 1,070 (m) | 8 | 2.75 | 1 |
| | Central tendency | Brush application | 0.6 | 445 (f) 535 (m) | 4 | 8.26 | 5 |
| | High-end | Brush application | 0.9 | 890 (f) 1,070 (m) | 8 | 4.13 | 1 |
| **Section 2.4.1.2.6 Removal of Paints, Coatings, Adhesives and Sealants** | Central tendency | Miscellaneous removal | 0.305 | 445 (f) 535 (m) | 1 | 13.2 | 5 |
| | High-end | Miscellaneous removal | 0.695 | 890 (f) 1,070 (m) | 8 | 64 | 1 |
| | Central tendency | Graffiti removal | 0.5 | 445 (f) 535 (m) | 4 | 2.02 | 5 |
| | High-end | Graffiti removal | 0.613 | 890 (f) | 8 | 4.52 | 1 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Use Scenario | Scenario Characterization | Sub-scenario | Weight Fraction in formulation | Surf Area exposed to liquid (cm²) [a] 1,070 (m) | Exposure duration (hr) | Duration-based Air Conc (mg/m³) | Gloves Protection Factor |
|---|---|---|---|---|---|---|---|
| **Section 2.4.1.2.7 Application of Paints, Coatings, Adhesives and Sealants** | Central tendency | Spray application | 0.02 | 445 (f) 535 (m) | 4 | 0.53 | 5 |
| | High-end | Spray application | 0.534 | 890 (f) 1,070 (m) | 8 | 4.51 | 1 |
| | Central tendency | Roll/curtain application | 0.02 | 445 (f) 535 (m) | 4 | 0.06 | 5 |
| | High-end | Roll/curtain application | 0.534 | 890 (f) 1,070 (m) | 8 | 0.19 | 1 |
| | Central tendency | Dip application | 0.02 | 445 (f) 535 (m) | 4 | 1.98 | 5 |
| | High-end | Dip application | 0.534 | 890 (f) 1,070 (m) | 8 | 2.75 | 1 |
| | Central tendency | Brush application | 0.02 | 445 (f) 535 (m) | 4 | 8.26 | 5 |
| | High-end | Brush application | 0.534 | 890 (f) 1,070 (m) | 8 | 4.13 | 1 |
| **Section 2.4.1.2.8 Electronic Parts Manufacturing** | Central tendency | Container handling, small containers | 0.60 | 445 (f) 535 (m) | 6 | 1.01 | 10 |
| | High-end | Container handling, small containers | 0.75 | 890 (f) 1,070 (m) | 12 | 0.608 | 10 |
| | Central tendency | Container handling, drums | 0.5 | 445 (f) 535 (m) | 6 | 0.026 | 10 |
| | High-end | Container handling, drums | 0.75 | 890 (f) 1,070 (m) | 12 | 1.54 | 10 |
| | Central tendency | Fab worker | 0.15 | 445 (f) 535 (m) | 6 | 0.276 | 10 |
| | High-end | Fab worker | 0.999 | 890 (f) 1,070 (m) | 12 | 0.405 | 10 |
| | Central tendency | Maintenance | 0.55 | 445 (f) 535 (m) | 6 | 0.040 | 10 |
| | High-end | Maintenance | 1 | 890 (f) 1,070 (m) | 12 | 0.690 | 10 |
| | Central tendency | Virgin NMP truck unloading | 1 | 445 (f) 535 (m) | 4 | 9.56 | 10 |
| | High-end | Virgin NMP truck unloading | 1 | 890 (f) 1,070 (m) | 8 | 4.78 | 10 |

| Use Scenario | Scenario Characterization | Sub-scenario | Weight Fraction in formulation | Surf Area exposed to liquid (cm²) [a] | Exposure duration (hr) | Duration-based Air Conc (mg/m³) | Gloves Protection Factor |
|---|---|---|---|---|---|---|---|
| | Central tendency | Waste truck loading | 0.92 | 445 (f) 535 (m) | 4 | 1.42 | 10 |
| | High-end | Waste truck loading | 0.95 | 890 (f) 1,070 (m) | 8 | 0.709 | 10 |
| **Section 2.4.1.2.9 Printing and Writing** | Central tendency | Printing | 0.05 | 445 (f) 535 (m) | 4 | 0.016 | 5 |
| | High-end | Printing | 0.07 | 890 (f) 1,070 (m) | 8 | 0.172 | 1 |
| | Central tendency | Writing | 0.1 | 1 | 0.5 | 0 | 5 |
| | High-end | Writing | 0.2 | 1 | 0.5 | 0 | 1 |
| **Section 2.4.1.2.10 Soldering** | Central tendency | Soldering | 0.01 | 445 (f) 535 (m) | 4 | 0 | 5 |
| | High-end | Soldering | 0.025 | 890 (f) 1,070 (m) | 8 | 0 | 1 |
| **Section 2.4.1.2.11 Commercial Automotive Servicing** | Central tendency | Aerosol Degreasing | 0.025 | 445 (f) 535 (m) | 1 | 19.96 | 5 |
| | High-end | Aerosol Degreasing | 0.33 | 890 (f) 1,070 (m) | 8 | 43.4 | 1 |
| **Section 2.4.1.2.12 Laboratory Use** | Central tendency | Laboratory use | 1 | 445 (f) 535 (m) | 2 | 0.200 | 10 |
| | High-end | Laboratory use | 1 | 890 (f) 1,070 (m) | 8 | 4.13 | 10 |
| **Section 2.4.1.2.13 Cleaning** | Central tendency | Dip Cleaning | 0.845 | 445 (f) 535 (m) | 4 | 1.98 | 5 |
| | High-end | Dip Cleaning | 0.999 | 890 (f) 1,070 (m) | 8 | 2.75 | 1 |
| | Central tendency | Spray / Wipe Cleaning | 0.313 | 445 (f) 535 (m) | 4 | 2.02 | 5 |
| | High-end | Spray / Wipe Cleaning | 0.989 | 890 (f) 1,070 (m) | 8 | 3.38 | 1 |
| **Section 2.4.1.2.14 Fertilizer Application** | Central tendency | Manual spray or boom application | 0.001 | 445 (f) 535 (m) | 4 | 5.94 | 5 |
| | High-end | Manual spray or boom application | 0.07 | 890 (f) 1,070 (m) | 8 | 5.27 | 1 |
| **Section 2.4.1.2.15 Wood Preservatives** | Central tendency | Brush application | 0.01 | 445 (f) 535 (m) | 4 | 8.26 | 5 |
| | High-end | Brush application | 0.01 | 890 (f) 1,070 (m) | 8 | 4.13 | 1 |

| Use Scenario | Scenario Characterization | Sub-scenario | Weight Fraction in formulation | Surf Area exposed to liquid (cm²) [a] | Exposure duration (hr) | Duration-based Air Conc (mg/m³) | Gloves Protection Factor |
|---|---|---|---|---|---|---|---|
| **Section 2.4.1.2.16 Recycling and Disposal** | Central tendency | Bulk container unloading | 0.92 | 445 (f) 535 (m) | 0.5 | 0.760 | 10 |
| | High-end | Drum unloading | 1 | 890 (f) 1,070 (m) | 0.603 | 5.85 | 10 |

Note: The prevalence of respirator use is not known but may be unlikely for most scenarios. Some "what-if" scenarios were generated assuming the use of APF 10 respirators. These scenarios are shown in Section 4.2.2.
[a] EPA assessed these exposure factors for both females and males. Values associated with females are denoted with (f) and values associated with males are denoted with (m).

2851
2852
2853   **Table 2-67. PBPK Exposure Results for Central and High-End Worker and ONU Scenarios by**
2854   **Use**

| Use Scenario | Scenario Characterization | Sub-scenario | Acute Exposure, Peak blood concentration (mg/L) (female) | Chronic Exposure, AUC (hr mg/L) (male) | Chronic Exposure, AUC (hr mg/L) (ONU) |
|---|---|---|---|---|---|
| **Section 2.4.1.2.1 Manufacturing** | Central tendency | Bulk container loading | 0.42 | 0.86 | 0.011 |
| | High-end | Drum loading | 2.14 | 7.4 | 0.31 |
| **Section 2.4.1.2.2 Repackaging** | Central tendency | Bulk container unloading | 0.42 | 0.86 | 0.011 |
| | High-end | Drum unloading | 2.14 | 7.4 | 0.31 |
| **Section 2.4.1.2.3 Chemical Processing, Excluding Formulation** | Central tendency | Drum unloading | 0.35 | 0.63 | 0.016 |
| | High-end | Drum unloading | 0.72 | 1.3 | 0.055 |
| **Section 2.4.1.2.4 Incorporation into Formulation, Mixture, or Reaction Product** | Central tendency | Drum unloading | 0.35 | 0.63 | 0.016 |
| | High-end | Maintenance, bottling, shipping, loading | 4.39 | 30.9 | 2.63 |
| **Section 2.4.1.2.5 Metal Finishing** | Central tendency | Spray application | 1.83 | 8.3 | 0.053 |
| | High-end | Spray application | 46.3 | 347 | 0.94 |
| | Central tendency | Dip application | 1.87 | 8.5 | 0.20 |
| | High-end | Dip application | 46.2 | 346 | 0.58 |
| | Central tendency | Brush application | 2.01 | 9.1 | 0.81 |
| | High-end | Brush application | 46.3 | 347 | 0.86 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Use Scenario | Scenario Characterization | Sub-scenario | Acute Exposure, Peak blood concentration (mg/L) (female) | Chronic Exposure, AUC (hr mg/L) (male) | Chronic Exposure, AUC (hr mg/L) (ONU) |
|---|---|---|---|---|---|
| **Section 2.4.1.2.6 Removal of Paints, Coatings, Adhesives and Sealants** | Central tendency | Miscellaneous removal | 0.51 | 1.4 | 0.32 |
| | High-end | Miscellaneous removal | 36.5 | 268 | 13 |
| | Central tendency | Graffiti removal | 1.56 | 7.1 | 0.20 |
| | High-end | Graffiti removal | 29.2 | 212 | 0.93 |
| **Section 2.4.1.2.7 Application of Paints, Coatings, Adhesives and Sealants** | Central tendency | Spray application | 0.07 | 0.32 | 0.052 |
| | High-end | Spray application | 24.9 | 179.6 | 0.93 |
| | Central tendency | Roll/curtain application | 0.06 | 0.28 | 0.0059 |
| | High-end | Roll/curtain application | 24.7 | 178.4 | 0.052 |
| | Central tendency | Dip application | 0.10 | 0.47 | 0.19 |
| | High-end | Dip application | 24.8 | 179.1 | 0.57 |
| | Central tendency | Brush application | 0.25 | 1.08 | 0.81 |
| | High-end | Brush application | 24.8 | 179.5 | 0.85 |
| **Section 2.4.1.2.8 Electronic Parts Manufacturing** | Central tendency | Container handling, small containers | 1.1 | 6.31 | 0.15 |
| | High-end | Container handling, small containers | 3.3 | 31.8 | 0.21 |
| | Central tendency | Container handling, drums | 0.86 | 5.13 | 0.0043 |
| | High-end | Container handling, drums | 3.4 | 32.1 | 0.50 |
| | Central tendency | Fab worker | 0.26 | 1.57 | 0.041 |
| | High-end | Fab worker | 4.5 | 42.8 | 0.16 |
| | Central tendency | Maintenance | 0.95 | 5.65 | 0.0064 |
| | High-end | Maintenance | 4.5 | 42.9 | 0.25 |
| | Central tendency | Virgin NMP truck unloading | 1.7 | 7.83 | 0.94 |
| | High-end | Virgin NMP truck unloading | 4.1 | 29.2 | 0.99 |
| | Central tendency | Waste truck loading | 1.4 | 6.45 | 0.14 |
| | High-end | Waste truck loading | 3.7 | 26.0 | 0.17 |
| **Section 2.4.1.2.9 Printing and Writing** | Central tendency | Printing | 0.15 | 0.68 | 0.0017 |
| | High-end | Printing | 2.8 | 19.5 | 0.037 |
| | Central tendency | Writing | 0.00019 | 0.00032 | 0.000032 |
| | High-end | Writing | 0.0019 | 0.0032 | 0.00032 |
| **Section 2.4.1.2.10 Soldering** | Central tendency | Soldering | 0.03 | 0.14 | 0.000025 |
| | High-end | Soldering | 0.97 | 6.8 | 0.00063 |
| **Section 2.4.1.2.11 Commercial** | Central tendency | Aerosol Degreasing | 0.21 | 0.6 | 0.49 |
| | High-end | Aerosol Degreasing | 15.9 | 113 | 8.91 |

| Use Scenario | Scenario Characterization | Sub-scenario | Acute Exposure, Peak blood concentration (mg/L) (female) | Chronic Exposure, AUC (hr mg/L) (male) | Chronic Exposure, AUC (hr mg/L) (ONU) |
|---|---|---|---|---|---|
| Automotive Servicing | | | | | |
| Section 2.4.1.2.12 Laboratory Use | Central tendency | Laboratory use | 1.0 | 3.4 | 0.010 |
| | High-end | Laboratory use | 4.1 | 29 | 0.81 |
| Section 2.4.1.2.13 Cleaning | Central tendency | Dip Cleaning | 2.62 | 12 | 0.20 |
| | High-end | Dip Cleaning | 52.6 | 399 | 0.58 |
| | Central tendency | Spray / Wipe Cleaning | 0.99 | 4.5 | 0.20 |
| | High-end | Spray / Wipe Cleaning | 52.0 | 393 | 0.71 |
| Section 2.4.1.2.14 Fertilizer Application | Central tendency | Manual spray or boom application | 0.14 | 0.60 | 0.58 |
| | High-end | Manual spray or boom application | 2.9 | 20.6 | 1.1 |
| Section 2.4.1.2.15 Wood Preservatives | Central tendency | Brush application | 0.22 | 0.95 | 0.81 |
| | High-end | Brush application | 0.51 | 3.5 | 0.84 |
| Section 2.4.1.2.16 Recycling and Disposal | Central tendency | Bulk container unloading | 0.38 | 0.79 | 0.011 |
| | High-end | Drum unloading | 0.96 | 2.14 | 0.091 |

2855

### 2.4.1.4 Summary of Uncertainties for Occupational Exposure Parameters

Key uncertainties in the occupational exposure parameters are summarized below. Most parameters are related specifically to the route of dermal contact with liquids by workers, while air concentrations are related to the routes of inhalation and vapor-through-skin exposure. The body weight parameter is related to all of these routes. The assumed values for human body weight have relatively lower uncertainties, and the median values used may underestimate exposures at the high-end of PBPK exposure results.

*Dermal Exposure Parameters*

The dermal exposure parameters used in this assessment have uncertainties because many parameters lack data and were therefore based on assumptions. The assumed parameter values with the greatest uncertainties are glove use and effectiveness (using protection factors based on the ECETOC TRA model that are what-if type values as described in Section 2.4.1.1), durations of contact with liquid, and skin surface areas for contact with liquids. The assumed values for effectiveness, durations of contact, and surface areas for contact may or may not be representative of actual values. The assumed values for NMP concentrations in formulations have relatively lower uncertainties. The midpoints of some ranges serve as substitutes for 50th percentiles of the actual distributions and high ends of ranges serve as substitutes for 95th percentiles of the actual distributions. However, these substitutes are uncertain and

2874 are weak substitutes for the ideal percentile values. Generally, EPA cannot determine whether most of
2875 these assumptions may overestimate or underestimate exposures. However, high-end duration of dermal
2876 contact estimates of 8 hours may be more likely to overestimate exposure potential to some extent, and
2877 some activity-based durations may be more likely to underestimate exposure potential to some extent.
2878 For many OESs, the high-end surface area assumption of contact over the full area of two hands likely
2879 overestimates exposures. Occupational non-users (ONUs) may have direct contact with NMP-based
2880 liquid products due to incidental exposure at shared work areas with workers who directly work with
2881 NMP, and the estimate of zero surface area contact may underestimate their exposure. The parameter
2882 values NMP concentrations are from available data and are likely to have a relatively low impact on the
2883 magnitude (less than an order of magnitude, or factor of 10) of overestimation or underestimation of
2884 exposure. The impact of vapors being trapped next to the skin during glove use is also uncertain.
2885
2886 ***Inhalation and Vapor-through-Skin Exposure Parameters***
2887 Where monitoring data are available, limitations of the data also introduce uncertainties into the
2888 exposures. The principal limitation of the air concentration data is the uncertainty in the
2889 representativeness of the data. EPA identified a limited number of exposure studies and data sets that
2890 provided data for facilities or job sites where NMP was used. Some of these studies primarily focused on
2891 single sites. This small sample pool introduces uncertainty as it is unclear how representative the data
2892 for a specific end use are for all sites and all workers across the US. Differences in work practices and
2893 engineering controls across sites can introduce variability and limit the representativeness of any one site
2894 relative to all sites. Age of the monitoring data can also introduce uncertainty due to differences in work
2895 practices and equipment used at the time the monitoring data were taken and those used currently, so the
2896 use of older data may over- or underestimate exposures. Additionally, some data sources may be
2897 inherently biased. For example, bias may be present if exposure monitoring was conducted to address
2898 concerns regarding adverse human health effects reported following exposures during use. The effects of
2899 these uncertainties on the occupational exposure assessment are unknown, as the uncertainties may
2900 result in either over or underestimation of exposures depending on the actual distribution of inhalation
2901 exposure concentrations and the variability of work practices among different sites.
2902
2903 The impact of these uncertainties precluded EPA from describing actual parameter distributions. In most
2904 scenarios where data were available, EPA did not find enough data to determine complete statistical
2905 distributions. Ideally, EPA would like to know 50th and 95th percentiles for each exposed population. In
2906 the absence of percentile data for monitoring, the means or midpoint of the range serve as substitutes for
2907 50th percentiles of the actual distributions and high ends of ranges serve as substitutes for 95th
2908 percentiles of the actual distributions. However, these substitutes are uncertain and are weak substitutes
2909 for the ideal percentile values. The effects of these substitutes on the occupational exposure assessment
2910 are unknown, as the substitutes may result in either over or underestimation of exposures depending on
2911 the actual distribution.
2912
2913 Where data were not available, the modeling approaches used to estimate air concentrations also have
2914 uncertainties. Parameter values used in models did not all have distributions known to represent the
2915 modeled scenario. It is also uncertain whether the model equations generate results that represent actual
2916 workplace air concentrations. Some activity-based modeling does not account for exposures from other
2917 activities, which may result in underestimates of exposures. When EPA does not have ONU-specific
2918 exposure data, EPA's assumption that 50th percentile air concentrations predicted for workers in these
2919 activities are a good approximation of exposure is uncertain. It is not known whether this assumption

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

2920 underestimates or overestimates exposure for ONUs. Additional model-specific uncertainties are
2921 included below. In general, unless specified otherwise, the effects of the below model-specific
2922 uncertainties on the exposure estimates are unknown, as the uncertainties may result in either over or
2923 underestimation on exposures depending on the actual distributions of each of the model input
2924 parameters.
2925

2926 *Tank Truck and Railcar Loading and Unloading Release and Inhalation Exposure Model*
2927 For manufacturing; repackaging; and recycling and disposal, the *Tank Truck and Railcar Loading and*
2928 *Unloading Release and Inhalation Exposure Model* was used to estimate the airborne concentration
2929 associated with generic chemical loading scenarios at industrial facilities. Specific uncertainties
2930 associated with this model are described below:
2931

- 2932 After each loading event, the model assumes saturated air containing NMP that remains in the
  2933 transfer hose and/or loading arm is released to air. The model calculates the quantity of saturated
  2934 air using design dimensions of loading systems published in the OPW Engineered Systems
  2935 catalog and engineering professional judgment. These dimensions may not be representative of
  2936 the whole range of loading equipment used at industrial facilities handling NMP.
- 2937 The model estimates fugitive emissions from equipment leaks using total organic compound
  2938 emission factors from EPA's *Protocol for Equipment Leak Emission Estimates* (U.S. EPA,
  2939 1995), and professional judgment on the likely equipment type used for transfer (e.g. number of
  2940 valves, seals, lines, and connections). The applicability of these emission factors to NMP, and
  2941 the accuracy of EPA's assumption on equipment type are not known.
2942

2943 *Drum Loading and Unloading Release and Inhalation Exposure Model*
2944 For chemical processing, excluding formulation and incorporation into formulation, mixture, or reaction
2945 product, the *Drum Loading and Unloading Release and Inhalation Exposure Model* was used to
2946 estimate the airborne concentration associated with generic chemical loading scenarios at industrial
2947 facilities. Specific uncertainties associated with this model are described below:
2948

- 2949 The model estimates fugitive emissions using the *EPA/OAQPS AP-42 Loading Model.* The
  2950 applicability of the emission factors used in this model to NMP is not known.
- 2951 EPA assigned statistical distributions based on available literature data or professional judgment
  2952 to address the variability in Ventilation Rate (Q), Mixing Factor (k), Vapor Saturation Factor (f),
  2953 and Exposed Working Years per Lifetime (WY). The selected distributions may vary from the
  2954 actual distributions.
2955

2956 *Model for Occupational Exposures during Aerosol Degreasing of Automotive Brakes*
2957 The aerosol degreasing assessment uses a near-field/far-field approach (uncertainties on this approach
2958 are presented below) to model worker exposure. Specific uncertainties associated with the aerosol
2959 degreasing scenario are presented below:
2960

- 2961 The model references a CARB study (CARB, 2000) on brake servicing to estimate use rate and
  2962 application frequency of the degreasing product. The brake servicing scenario may not be
  2963 representative of the use rates for other aerosol degreasing applications involving NMP;
- 2964 Aerosol formulations were taken from available safety data sheets, and some were provided as
  2965 ranges. For each Monte Carlo iteration the model selects an NMP concentration within the range

2966    of concentrations using a uniform distribution. In reality, the NMP concentration in the
2967    formulation may be more consistent than the range provided.

2968    *Near-Field/Far-Field Model Framework*
2969    The near-field/far-field approach is used as a framework to model inhalation exposure for aerosol
2970    degreasing. The following describe uncertainties and simplifying assumptions generally associated with
2971    this modeling approach:

2973    • There is some degree of uncertainty associated with each model input parameter. In general, the
2974      model inputs were determined based on review of available literature. Where the distribution of
2975      the input parameter is known, a distribution is assigned to capture uncertainty in the Monte Carlo
2976      analysis. Where the distribution is unknown, a uniform distribution is often used. The use of a
2977      uniform distribution will capture the low-end and high-end values but may not accurately reflect
2978      actual distribution of the input parameters.
2979    • The model assumes the near-field and far-field are well mixed, such that each zone can be
2980      approximated by a single, average concentration.
2981    • All emissions from the facility are assumed to enter the near-field. This assumption will
2982      overestimate exposures and risks in facilities where some emissions do not enter the airspaces
2983      relevant to worker exposure modeling.
2984    • The exposure models estimate airborne concentrations. Exposures are calculated by assuming
2985      workers spend the entire activity duration in their respective exposure zones (i.e., the worker in
2986      the near-field and the occupational non-user in the far-field). A worker may walk away from the
2987      near-field during part of the process. As such, assuming the worker is exposed at the near-field
2988      concentration for the entire activity duration may overestimate exposure.
2989    • The exposure models represent model workplace settings for NMP used in aerosol degreasing of
2990      automotive brakes. The model has not been regressed or fitted with monitoring data.

2992    ### 2.4.2    Consumer Exposures

2993    NMP is found in consumer products that are available for purchase at retail stores or via the internet
2994    (Abt, 2017). Use of these products can result in consumer exposures. As presented in the previous 2015
2995    EPA NMP Paint Remover Risk Assessment, women of child-bearing age and pregnant women are the
2996    populations identified as at risk due to the hazards of NMP and exposures. That is, the hazard endpoint,
2997    identified in the Paint Remover Risk Assessment and confirmed in this Risk Evaluation affects the fetus,
2998    and could present a risk to women of child-bearing age or pregnant women (see Section 3.2 and (U.S.
2999    EPA, 2015)).

3000    #### 2.4.2.1    Consumer Exposures Approach and Methodology

3001    EPA selected currently available NMP-containing consumer products for exposure analysis that had
3002    uses covered under the Toxic Substances Control Act (see Table 2-68). EPA recognizes that there are
3003    numerous other products containing NMP which are not subject to TSCA, as noted in the NMP Problem
3004    Formulation. For example, NMP is found in cosmetics and pharmaceutical manufacture which are
3005    regulated by the Food and Drug Administration and in pesticides (as an inert ingredient) regulated by
3006    EPA but under the Federal Insecticide Fungicide and Rodenticide Act. EPA also confirmed in the NMP
3007    Market Profile previous uses of NMP-containing products that are no longer in use such as a component
3008    of the inner layer of aluminum aerosol or spray cans used for hairspray or air fresheners and which are

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

3009  not based in EPA's professional judgement a reasonably foreseen use (EPA-HQ-OPPT-2016-0743-
3010  0070) (Abt, 2017).

3011  **Table 2-68. Conditions of Use for Consumer Products Containing NMP**

| Consumer Conditions of Use | Form | No. of Products Identified [a] | Range of Product NMP Weight Fractions [b] (%) |
|---|---|---|---|
| Sealants | Liquid | 3 | 0.3 – 1.0 |
| Adhesives | Liquid | 1 | 85.0 |
| Adhesives Remover | Liquid | 5 | 1.0 – 60.0 |
| Auto Interior Cleaner | Liquid | 1 | 1.0 – 5.0 |
| Auto Interior Spray Cleaner | Aerosol | 1 | 1.0 |
| Cleaners/ Degreasers | Liquid | 8 | 1.0 – 100.0 |
| Engine Cleaner/ Degreaser | Liquid | 1 | 15.0 – 40.0 |
| Paint | Liquid | 3 | 1.0 – 7.0 |
| Paint Removers | Liquid | 35 | 25.0 – 50.0 [c] |
| Spray Lubricant (Mold release) | Aerosol | 1 | 30.0 – 40.0 |
| Stains, Varnishes | Liquid | 10 | 1.0 – 10.0 |
| Arts and Crafts | Liquid | 2 | 0.1 – 1.0 |

[a] The number of products identified is based on the product lists in EPA's 2017 Market and Use Report and Preliminary Information on Manufacturing, Processing, Distribution, Use and Disposal: N-Methyl-2-pyrrolidone, as well as the 2016 Supplemental Consumer Exposure and Risk Estimation Technical Report for NMP in Paint and Coating Removal.
[b] Conditions of use with one value for weight fraction represent one product with a single value listed in the Manufacturer's Safety Data Sheet (MSDS). Several manufacturer's list a range of possible NMP weight fractions within a given product's MSDS.
[c] See the 2015 Paint Remover's Risk Assessment

3012

3013  EPA searched the National Institutes of Health (NIH) Household Products Database, various
3014  government and trade association sources for products containing NMP, company websites for product
3015  Safety Data Sheets (SDSs) and the internet in general. Lists of consumer products were compiled and
3016  are found in EPA's 2017 Market Profile (Abt, 2017). These products ranging from 0.1 to >85 weight
3017  percent NMP were categorized according to their respective condition(s) of use and were included in
3018  this draft risk evaluation.

3019  In the absence of available emissions and monitoring data for use of consumer products containing
3020  NMP, a modeling approach was utilized to assess consumer exposure. Appropriate use scenarios
3021  corresponding to the product use were selected for exposure modeling and parameterization of model
3022  inputs used consumer survey data where appropriate.

3023  The PBPK model was used to derive internal exposure estimates for consumer acute exposures. The
3024  PBPK model required a set of input parameters related to exposure by the dermal and inhalations routes:

3025  •  NMP weight fraction in the liquid product;
3026  •  Total skin surface area of hands in contact with the liquid product;
3027  •  Duration of dermal contact with the liquid product;
3028  •  Air concentration for inhalation and vapor-through-skin exposure; and

3029  • Body weight of the exposed consumer/user.
3030
3031  Section 2.4.2.4 presents the input parameters in more detail. The specific PBPK model inputs and
3032  outputs are found in the NMP supplemental documents (U.S. EPA, 2019e).

3033  EPA relied on information gathered through literature searches and data evaluation (See Section 1.5
3034  above). In addition to product specific data from gray literature, surveys provided data needed to
3035  parameterize model inputs. Many of the model defaults are based on data from EPA's 2011 Exposure
3036  Factors Handbook (see Consumer Exposure Model guide) but were supplemented with data found from
3037  scientific literature (U.S. EPA, 2017a). For the NMP consumer exposure assessment, existing
3038  assessments such as the 2015 U.S. EPA Paint Remover Risk Assessment and other assessments as listed
3039  in Table 2-68 also provided supplementary information and data.

3040  Table 2-69 lists some of the key sources of information evaluated under the data evaluation process and
3041  used in the consumer exposure assessment. A description of the evaluation metrics and confidence
3042  scores for each of the sources is presented in the NMP supplemental document *Risk Evaluation for N-*
3043  *Methylpyrrolidone, Systematic Review Supplemental File: Data Quality Evaluation of Consumer and*
3044  *General Population Studies* (U.S. EPA, 2019h). The one indoor air monitoring study is discussed below
3045  in Section 2.4.2.5 under consumer use of paint removers.

3046  **Table 2-69. Consumer Exposures Assessment Literature Sources**

| Source Reference | Data Type | Confidence Rating |
|---|---|---|
| (U.S. EPA, 1994a) | Survey Data | Medium (1.8) |
| (U.S. EPA, 1987) | Survey Data | High (1.3) |
| (Abt, 1992) | Survey Data | Medium (1.8) |
| (Danish Ministry of the Environment, 2015) | Completed Assessments | High (1.5) |
| (DTI, 2004) | Completed Assessments | High (1.6) |
| (ECHA, 2014) | Completed Assessments | High (1.0) |
| (Environment Canada, 2017) | Completed Assessments | High (1.5) |
| (Kiefer, 1994) | Monitoring | Low (2.5) |

3047

3048  **2.4.2.2    Exposure Routes**
3049  Based on reasonably available information on the toxicity profile and physicochemical properties of
3050  NMP as well as the previous NMP Paint Remover Risk Assessment, the primary routes of exposure for
3051  human health concerns are dermal, including vapor through skin, and inhalation exposures.

3052  ***Oral***
3053  EPA considered the oral pathway for consumers based on children's exposure potential via mouthing
3054  articles containing NMP (WSDE, 2014). EPA reviewed several NMP assessments (see Table 2-69
3055  above), including a Danish assessment specific to consumer product mouthing and NMP migration.

3056  Based on an estimated NMP migration amount of 200μg, the Danish study concluded that NMP from
3057  articles such as toothbrushes do not pose a risk (DTI, 2004).
3058  Using the Consumer Exposure Model, EPA estimated the exposure to NMP due to mouthing of fabric
3059  articles such as blankets, dolls, or stuffed animals to young children. EPA evaluated NMP exposure for
3060  3 lifestages, infant (<1 year), infant (1-2 years), and small child (3-5 years) (see Table 2-70). Infants
3061  younger than one year would have the greatest possible exposure via mouthing, however levels of 15μg
3062  are significantly less than the migration amount reported in the Danish study and well below the oral
3063  dose of 48mg/kg/day that could result in risk. EPA did not further analyze NMP exposure via the oral
3064  pathway in this risk evaluation.

3065

3066  **Table 2-70. NMP Oral Exposure to Children via Mouthing**

| Receptor | Fabric: blanket, doll, stuffed animal (weight fraction) | Mouthing Duration (min) | Body Weight (kg) | Acute Dose Rate (mg/kg/day) |
|---|---|---|---|---|
| Infant (<1 year) | 1.0E-03 | 22.5 | 7.8 | 1.5E-02 |
| Infant (1-2 years) | 1.0E-03 | 22.5 | 12.6 | 9.2E-03 |
| Small child (3-5 years) | 1.0E-03 | 22.5 | 18.6 | 6.2E-03 |

3067

3068  ***Dermal***
3069  NMP has unique physicochemical properties such that it is very efficiently dermally absorbed. Dermal
3070  absorption was characterized for consumers as it was characterized in the previous NMP Paint Remover
3071  Risk Assessment most importantly in that consumers were assumed not to wear gloves when using
3072  NMP-containing products. For the consumer exposure evaluation, dermal absorption is an important
3073  route of NMP exposure for consumers.

3074  NMP exposure to consumers via vapor through skin uptake was also considered for each of the
3075  scenarios. This pathway will most likely occur in the scenario where the product is spray applied.

3076  ***Inhalation***
3077  For each of the product use scenarios except for paint removers, the air concentrations of NMP resulting
3078  from consumer use were modeled using EPA's Consumer Exposure Model (CEM). For paint removers,
3079  the Paint Remover Risk Assessment estimated air concentrations using the MCCEM model. This model
3080  requires NMP emission data for the specific product and use conditions which was available through the
3081  specific paint remover study (Koontz et al., 1990). The PBPK model was used to estimate aggregate
3082  dermal, vapor through skin and inhalation exposures resulting from the uses of NMP (See Section
3083  3.2.5.5 below and U.S. EPA (2015) for details of the PBPK model).

3084  Based on anticipated use patterns of each of the product categories by consumers in residential settings,
3085  acute exposures via the dermal and inhalation routes were the primary scenarios of interest. EPA
3086  assumed that consumer users would be females of childbearing age (>16 and older), because, in terms of
3087  hazard, they are the most sensitive subpopulation. Other individuals, adults and children alike may be
3088  exposed via inhalation as bystanders located in the same building as the user of the NMP-containing
3089  consumer product. According to the 2015 Paint Remover risk assessment as well as the supplemental
3090  analysis presented in Section 2.4.2.5, bystanders or non-users are significantly less affected than the

3091 direct users of the product since they do not have direct dermal contact (U.S. EPA, 2015). Bystander
3092 exposure was evaluated in this risk assessment for two high-end scenarios. Since monitoring data is not
3093 available for most of the consumer product use scenarios, CEM was used to estimate air concentrations
3094 in the breathing zone of the user. These estimates were then used to predict acute inhalation exposure to
3095 NMP for the user using the PBPK modeling approaches.

### 2.4.2.3    Overview of Models used in Consumer Exposure Estimates

3097 The Consumer Exposure Module (CEM) was selected for the consumer exposure modeling as the most
3098 appropriate model to use due to the lack of available emissions and monitoring data for NMP uses other
3099 than paint removers under consideration. Moreover, EPA did not have the input parameter data from
3100 specific NMP product chamber studies required to run more complex indoor air models for the
3101 consumer products under the scope of this assessment. Details of the CEM model and the advantages of
3102 using CEM in estimating consumer exposures to NMP are presented in Appendix F.
3103

***Modeling Dermal Exposure***

3105 Since consumers do not always wear gloves when using consumer products, EPA modeled dermal
3106 exposures for all NMP-containing products. Though CEM can estimate dermal exposures using a
3107 chemical permeability coefficient, EPA used the PBPK model to estimate the internal dose of NMP as it
3108 is absorbed through the skin both from direct contact of the liquid product and through absorption of
3109 vapor through skin. The PBPK model thus estimated the peak internal dose of NMP through combined
3110 routes of exposure: inhalation, dermal and vapor through skin and was also used to estimate exposures
3111 in the Paint Remover Risk Assessment.

### 2.4.2.4    Consumer Model Scenario and Input Parameters for Exposure to Specific NMP Uses

3114 Table 2-71 describes the models and input parameters for women of child-bearing age that EPA
3115 evaluated in the NMP consumer exposure assessment. As indicated in Section 2.4.2.2, EPA assessed
3116 dermal and inhalation as the main exposure pathways.

3117 **Table 2-71. Product Use Input Parameters for CEM Modeling**

| Parameter | Units | Value / Description |
|---|---|---|
| **CHEMICAL PROPERTIES** | | |
| Chemical of Interest | n/a | N-methyl-2-pyrrolidone |
| CAS Number | n/a | 872-50-4 |
| Vapor Pressure | torr | 0.345 |
| Molecular Weight | g/mol | 99.1 |
| Chemical Saturation Concentration in Air | mg/m$^3$ | 1840 |
| Log Octanol-Water Partition Coefficient | n/a | 0.38 |
| Water Solubility | mg/mL | 1000 |
| Henry's Law Coefficient | atm/M | 3.2E-09 |
| Gas Phase Mass Transfer Coefficient | m/hr | CEM estimate, if applicable |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Parameter | Units | Value / Description |
|---|---|---|
| **MODEL SELECTION / SCENARIO INPUTS** | | |
| Inhalation Model | n/a | PBPK |
| Dermal Model | n/a | PBPK |
| Emission Rate | n/a | Let CEM Estimate Emission Rate |
| Product User (s) | n/a | Women of Childbearing age: Adults (≥21 years) and Young women/youth (Ages 16-20 years) |
| Activity Pattern | n/a | "Stay at home": user spends most of their time at home (i.e., includes room of use as well as indoor/outdoor user locations within a 24hr time period) |
| Product Use Start Time | n/a | 9:00 AM |
| Background Concentration | mg/m³ | 0 |
| **PRODUCT/ARTICLE PROPERTIES** | | |
| Frequency of Use (Acute) | events/day | Fixed at 1 event/day (CEM default) |
| Aerosol Fraction | - | CEM default (0.06) |
| Product Dilution Factor | unitless | Fixed at 1 (i.e., no dilution) |
| **ENVIRONMENT INPUTS** | | |
| Building Volume (Residence) | m³ | 492 |
| Air Exchange Rate, Zone 1 (Residence) | hr⁻¹ | CEM default |
| Air Exchange Rate, Zone 2 (Residence) | hr⁻¹ | CEM default |
| Air Exchange Rate, Near-Field Boundary | hr⁻¹ | CEM default (402) |
| Interzone Ventilation Rate | m³/hr | CEM default |
| **RECEPTOR EXPOSURE FACTORS** | | |
| Body Weight | kg | 74 (Adult Women) and 65.9 (Women/Youth 16-20 years) |
| Averaging Time | yrs/lifetime | Acute: 1 day |
| Inhalation Rate-During Use | m³/hr | 0.67 (Adult and Youth 16-20 years) |
| Inhalation Rate-After Use | m³/hr | 0.635 (Adult) and 0.57 (Youth 16-20 years) |
| Dermal Surface Area | cm² | 445 (Adult) and 415 (Youth 16-20 years) |

3118

3119  **Table 2-72. Consumer Conditions of Use and Modeling Input Parameters**

| Consumer Conditions of Use | Form | Selected U.S. EPA (1987) Survey Scenario [1] | Room of Use [2] | Duration of Use (min) [3,4] | | | Mass of Product Used (g, [oz]) [5] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 10th | 50th | 95th | 10th | 50th | 95th |
| Adhesives and Sealants | Liquid | Contact Cement, Super Glues, and Spray Adhesives | Bathroom/ Utility Room/ Outdoors | 0.33 | 4.25 | 60 | 0.92 [0.03] | 7.69 [0.25] | 132.87 [4.32] |
| Adhesives Remover | Liquid | Adhesive Removers | Utility Room | 3 | 60 | 480 | 17.85 [0.67] | 213.17 [8] | 1705.33 [64] |
| Auto Interior Cleaner | Liquid | Solvent-type Cleaning Fluids or Degreasers | Automobile | 2 | 15 | 120 | 16.56 [0.56] | 96.11 [3.25] | 946.35 [32] |
| Auto Interior Spray Cleaner | Aerosol | Solvent-type Cleaning Fluids or Degreasers | Automobile | 2 | 15 | 120 | 16.60 [0.56] | 96.34 [3.25] | 946.53 [32] |
| Cleaners/ Degreasers | Liquid | Solvent-type Cleaning Fluids or Degreasers | Utility Room | 2 | 15 | 120 | 16.23 [0.56] | 94.19 [3.25] | 927.43 [32] |
| Engine Cleaner/ Degreaser | Liquid | Engine Cleaners/ Degreasers | Garage | 5 | 15 | 120 | 73.15 [2.91] | 291.60 [11.60] | 1206.60 [48] |
| Paint | Liquid | Latex Paint | Garage | 30 | 180 | 810 | 349.63 [10.67] | 4194.24 [128] | 23068.31 [704] |
| Paint Removers | Liquid | Paint Remover survey data from Abt, 1992 | Bathroom/ Utility | -- | 90 | 396 | -- | 540 | 1,944 |
| Spray Lubricant (Mold release) | Aerosol | Other Lubricants (Non-Automotive) | Utility Room | 0.08 | 2 | 30 | 3.40 [0.10] | 18.71 [0.55] | 170.05 [5.00] |
| Stains, Varnishes | Liquid | Stains, Varnishes, and Finishes | Living Room | 10 | 60 | 360 | 61.07 [2.00] | 366.42 [12.00] | 3908.44 [128.00] |
| Arts and Crafts | Liquid | Latex Paint | Utility Room | 30 | 180 | 810 | 5.44 [0.17] | 65.27 [2.00] | 358.98 [11.00] |

3120  [1] The U.S. EPA 1987 Survey was used to inform values used for duration of use and mass of product used. Where exact matches for conditions of use were not available,
3121  scenario selection was based on product categories that best met the description and usage patterns of the identified consumer conditions of use.
3122  [2] The room of use was a selection within the Consumer Exposure Model to model the most likely location of the consumer product use and exposure.
3123  [3] Duration of use is time of use per event and assumes only one use per day.
3124  [4] Low-end durations of use reported by U.S.EPA 1987 that are less than 0.5 minutes are modeled as being equal to 0.5 minutes due to that being the minimum timestep
3125  available within the model.
3126  [5] Mass of product used within U.S.EPA 1987 for given scenarios is reported in ounces but were converted to grams using reported densities in the product SDSs or MSDSs.

3127  To estimate exposures to these products, numerous input parameters are required to generate a single
3128  exposure estimate. These parameters include the characteristics of the house, the behavior of the
3129  consumer and the emission rate of the chemical into the room of use. In the absence of measured values
3130  for many of the needed inputs, the CEM modeling for NMP used a combination of upper (95th)
3131  percentile, mean, and median as well as low-end (10th percentile) input parameters and assumptions in
3132  the calculation of potential exposure for consumer users. The 10th percentile, 50th percentile and 95th
3133  percentile inputs parameters were selected for three parameters that varied among users and were
3134  included in the 1987 Westat survey, that is, duration of product use, mass of product used, and weight
3135  fraction. This approach represents high-intensity use (95th percentile) in which the user uses a greater
3136  amount, higher NMP concentration product for a longer duration and a moderate intensity use (50th
3137  percentile weight fraction/duration/mass used) and produces acute inhalation estimates that are
3138  hypothetical but representative of the range of consumer product use. The general input parameters and
3139  assumptions are summarized in Table 2-71. The input values specific to each use scenario are
3140  summarized and explained more fully in Table 2-72. Based on the previous NMP Paint Remover Risk
3141  Assessment, the combinations of input parameters associated with low intensity use did not result in
3142  risk. Thus, for this evaluation, only the medium intensity and high intensity use scenarios were further
3143  analyzed. The general input parameters and assumptions are summarized in Table 2-71. The input
3144  values specific to each use scenario are summarized and explained more fully in Table 2-72.

3145

3146  Consumer behavior pattern parameters in CEM include the mass of product used, the duration of use
3147  and the frequency of use. Although the default values in CEM for these consumer behavior parameters
3148  are set to high end values, they were *not* used in this risk assessment. The other parameters (e.g., house
3149  volume) in CEM are set to mean or median values obtained from the literature. A combination of high
3150  end and mean or median values was utilized to produce high end acute inhalation exposure estimates,
3151  whereas a combination of mean and median values was used to produce central tendency acute
3152  inhalation exposure estimates.

3153  To determine the appropriateness of the consumer behavior pattern parameters chosen in this risk
3154  evaluation, EPA examined the consumer categories available in the Westat (U.S. EPA, 1987) survey.
3155  The authors of the Westat (U.S. EPA, 1987) survey contacted thousands of Americans to gather
3156  information on consumer behavior patterns related to product categories that may contain halogenated
3157  solvents. The Westat (U.S. EPA, 1987) survey data aligned reasonably well with the description of the
3158  products that were used in this consumer exposure assessment. The data informed the values that EPA
3159  used for the mass of product used, and the time spent in the room of use when considering all surveyed
3160  individuals who identified as users of spray adhesives, spot removers, engine cleaners, brake cleaners or
3161  electronics cleaners.

3162  The input parameter for house volume was taken from the Exposure Factors Handbook (2011). The
3163  room volume for aerosol spray adhesives and aerosol spot removers was calculated as a proxy utility
3164  room measuring 9 ft x 10 ft, with 8 ft ceilings (U.S. EPA, 2014). The designated room of use modeled
3165  for aerosol degreasers and cleaners (used as engine degreasers and brake cleaners) was the garage since
3166  users surveyed in the Westat (U.S. EPA, 1987) report reported use in the garage. The CEM  model does
3167  not include a garage volume in its default room parameters, thus the median garage volume from a 2007
3168  indoor air quality study (Batterman et al., 2007) of 15 homes in Michigan was used as a reasonable
3169  proxy value. The room of use for adhesives was reported in the product sheet as outdoors. Since CEM
3170  does not have an outdoors scenario, the garage was selected as the room of use but input parameters
3171  such as a high air exchange rate were modified to simulate the outdoors.

3172    The user's body weight, inhalation rate, and inside of two hands surface area were set to adult (+21) and
3173    teen (16-20) women mean or the median values from the Exposure Factors Handbook (U.S. EPA, 2011)
3174    for the simulations used in this assessment.

3175    The air exchange rate in the room of use does not take into consideration open windows or the use of an
3176    exhaust fan. While it is possible that some users may employ these exposure reduction techniques inside
3177    their homes, the goal of the consumer exposure assessment was to provide an acute exposure estimate
3178    for ventilation conditions representing average household air exchange rates. Moreover, residential users
3179    would not necessarily have the type of indoor exposure reduction tools/equipment (e.g., gloves, exhaust
3180    ventilation) that workers are likely to have in occupational settings. Consumers may not necessarily be
3181    as aware of potential chemical hazards as workers and would not have a standard operating procedure in
3182    place to assure that they use exposure reduction techniques each time they use a product.

3183    In this assessment it was assumed that there was no pre-existing concentration of NMP in the home
3184    before product use began. The outdoor air was also assumed to be free of NMP, meaning that the air
3185    exchange rate described the intake of air with no pre-existing NMP contamination.

3186    The products were assumed to be brushed on as a liquid to varying surfaces, where a thin film of the
3187    product was assumed to build up, evaporate, and contribute to the air concentration of the chemical in
3188    the room. EPA relied on modeled emission rates because data from chamber studies were not available.
3189    To generate emission rates, CEM used empirical data from studies assessing the emission rates of pure
3190    solvents (DTIC, 1981). CEM used the Chinn study as surrogate data to calculate the rate of evaporation
3191    of NMP from the surface to the air in the home.

3192    The use of an exponentially decaying emission rate for NMP from the application surface was based on
3193    vapor pressure and molecular weight the equations using the Chinn method. The adhesive application
3194    should be well modeled by the Chinn study since it contained over 85% NMP. On the other hand, the
3195    spray cleaner product may have more components, and the interaction of these chemicals could alter the
3196    evaporation rate of NMP. This introduces uncertainty into the assessment, however EPA did not identify
3197    a better data set available to model the emission rates. Within the current exposure assessment, the 24-hr
3198    exposure was not strongly dependent on the emission rate due to the amount of time the product user
3199    spends in the room of use (see Table 2-72 for details).
3200

### 2.4.2.5    Consumer Exposure Scenarios

**Adhesives and Sealants**
3203    Exposure to NMP found in NMP-containing adhesive and sealant products was based on four products
3204    with associated weight fraction data. Three of the products had a range of weight fractions from 0.1 to
3205    1% and were similar use products, sealants. One product was an adhesive to glue boards used in deck
3206    construction. The duration of use and mass of product used were based on the 1987 Westat survey data,
3207    specifically the data found under the Contact Cement, Super Glues, and Spray Adhesives scenario and
3208    are listed in Table 2-73.

3209    The 'Glues and Adhesives (small scale)' default scenario within the Consumer Exposure Module (CEM)
3210    was chosen for conducting the modeling runs. This selection was the closest match to the liquid
3211    adhesive scenario among the default CEM exposure scenarios. The common modeling inputs required to

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

3212 run CEM for all consumer single-use scenarios evaluated in this assessment are provided in Table 2-71.
3213 Table 2-71 also has a brief explanation of the source of each parameter and the justification for the
3214 parameter selection. Other scenario-specific input parameters are provided in Table 2-72.

3215 CEM calculated air concentrations over the course of the simulation for the room of use and the rest of
3216 the house (Zone 1 and Zone 2). These concentrations were inputs to the PBPK model and used the body
3217 weights (74 kg, 65.9 kg), inside both hands surface areas (445 cm$^2$, 415 cm$^2$) and respiration rates (0.74
3218 m$^3$/hr, 0.68 m$^3$/hr during use) for adult women (+21 years) and young women (16-20 years), respectively
3219 and both age groups are considered of child-bearing age in calculating the internal dose of NMP (cite:
3220 EPA definition of Childbearing age). Though both young and adult women scenarios were modeled and
3221 are presented in Appendix I.2, the difference in exposures were very small. Exposures to adult women
3222 are presented below as they are expected to adequately represent the women of child-bearing age who
3223 may use these consumer products.

3224 Table 2-73 presents the results of the indoor air concentrations (ppm) for both central tendency and high
3225 end estimated exposures for the consumer use scenarios based on the 50th percentile and 95th percentile
3226 input parameters. Calculations detailing the conversion from acute dose rates to air concentrations are
3227 provided in a supplemental Excel spreadsheet file. (U.S. EPA, 2019d)

3228 **Table 2-73. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on**
3229 **Residential Use of Adhesives or Sealants**

| Scenario Description For Product User (Women of Childbearing Age) | Duration of Use (min) | Weight Fraction (%) | Mass of Product Used (g) | Air Concentration [a] | | |
|---|---|---|---|---|---|---|
| | | | | Max 8 hr TWA (mg/m$^3$) | Max 8 hr TWA (ppm) | Max 24 hr TWA (ppm) |
| *Sealant* | | | | | | |
| Medium Intensity Use [b] | 4.25 | 0.77 | 7.69 | 4.30E-02 | 1.06E-02 | 3.76E-03 |
| High Intensity Use [c] | 60 | 0.77 | 132.87 | 6.18E-01 | 1.52E-01 | 5.56E-02 |
| *Adhesive* | | | | | | |
| Medium Intensity Use [b] | 4.25 | 85 | 7.69 | 1.82E-01 | 4.48E-02 | 1.49E-02 |
| High Intensity Use [c] | 60 | 85 | 132.87 | 1.74 | 0.429 | 0.143 |

[a] See Appendix F for details about the model inputs and the method used to estimate air concentrations of NMP.
[b] Medium intensity use estimate based on using 50th percentile values for use patterns from Westat Survey (1987).
[c] High intensity use estimate based on using 95th percentile values for use patterns from Westat Survey, (1987).

3230
3231 The model output reports the peak concentration of NMP, however this air concentration was not used
3232 in the risk assessment. The peak concentration was the highest concentration among all 10-second time
3233 intervals that CEM simulated within a 24-hr period. The peak concentration may only exist in the room
3234 of use for a short duration and was not considered a good indicator of what the concentration of NMP
3235 would be for longer time periods. Thus, the peak concentration was not used in the risk assessment as it
3236 was not representative of a 24-hr exposure.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

3237  The maximum internal NMP dose (Cmax) resulting from inhalation, dermal and vapor through skin
3238  exposures to women of childbearing age consumer use of adhesive or sealant products as estimated from
3239  the PBPK model is presented in Table 2-74.

3240  **Table 2-74. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of**
3241  **Adhesives or Sealants**

| Scenario Description For Product User | Women of Childbearing Age Cmax (mg/L) | Pregnant Women Cmax (mg/L) |
|---|---|---|
| *Sealants* | | |
| Medium Intensity Use | 0.011 | 0.011 |
| High Intensity Use | 0.070 | 0.068 |
| *Adhesives* | | |
| Medium Intensity Use | 1.238 | 1.203 |
| High Intensity Use | 5.623 | 5.385 |

3242

3243  **Adhesives Removers**
3244  Exposure to NMP found in NMP-containing adhesive remover products was based on five products with
3245  associated weight fraction data. Weight fractions ranged from 1% to 60% and were similar use products.
3246  The duration of use and mass of product used were based on the 1987 Westat survey data, specifically
3247  the data found under the Adhesive Removers scenario and are listed in Table 2-75.

3248  **Table 2-75. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on**
3249  **Residential Use of Adhesives Removers**

| Scenario Description For Product User (Women of Childbearing Age) | Duration of Use (min) | Weight Fraction (%) | Mass of Product Used (g) | Air Concentration [a] | | |
|---|---|---|---|---|---|---|
| | | | | Max 8 hr TWA (mg/m³) | Max 8 hr TWA (ppm) | Max 24 hr TWA (ppm) |
| *Adhesive Remover* | | | | | | |
| Medium Intensity Use [c] | 60 | 18.90 | 213.17 | 1.42 | 0.349 | 0.119 |
| High Intensity Use [b] | 480 | 25.00 | 1,705.33 | 21.70 | 5.34 | 1.89 |
| [a] See Appendix F for details about the model inputs and the method used to estimate air concentrations of NMP. [b] Medium intensity use estimate based on using 50th percentile values for use patterns from Westat Survey (1987). [c] High intensity use estimate based on using 90th percentile values for use patterns from Westat Survey, (1987). | | | | | | |

3250

3251  The 'Adhesives/Caulk Removers' default scenario within the Consumer Exposure Module (CEM) was
3252  chosen for conducting the modeling runs. This selection was the closest match to the liquid adhesive
3253  remover scenario among the default CEM exposure scenarios. The common modeling inputs required to
3254  run CEM for all consumer scenarios evaluated in this assessment are provided in Table 2-71. Other
3255  scenario-specific input parameters are provided in Table 2-72.

3256 CEM calculated air concentrations over the course of the simulation for the room of use and the rest of
3257 the house (Zone 1 and Zone 2). These concentrations were inputs to the PBPK model and used the body
3258 weight and respiration rate for adult women (+21) and young women (16-20) both considered of child-
3259 bearing age in calculating the internal dose of NMP.

3260 Table 2-75 presents the results of the indoor air concentrations (ppm) both central tendency and high-
3261 end estimated exposures for the consumer use scenarios based on the 50th percentile and 95th percentile
3262 input parameters. Calculations detailing the conversion from acute dose rates to air concentrations are
3263 provided in a supplemental Excel spreadsheet file. (U.S. EPA, 2019d)

3264 Detailed CEM modeling results are provided in Table 2-72.

3265 Total internal NMP dose (Cmax) resulting from inhalation, dermal and vapor through skin exposures to
3266 women of childbearing age consumer use of adhesive remover products as estimated from the PBPK
3267 model is presented in Table 2-76.

3268 **Table 2-76. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of**
3269 **Adhesive Removers**

| Scenario Description For Product User | Women of Childbearing Age Cmax (mg/L) | Pregnant Women Cmax (mg/L) |
|---|---|---|
| *Adhesive Removers* | | |
| Medium Intensity Use | 1.292 | 1.239 |
| High Intensity Use | 5.957 | 5.778 |

3270

3271 **Auto Interior Liquid and Spray Cleaners**
3272 Exposure to NMP found in NMP-containing auto interior cleaner products was based on one product
3273 that was a liquid and one product that was a spray applied. The NMP weight fraction of the liquid
3274 cleaner was listed in the product Safety Data Sheet as a range between 1 and 5%. For the modeling
3275 scenarios, EPA assumed a typical or central tendency NMP amount of 3% and at a high-end of 5%
3276 NMP. The duration of use and mass of product used were based on the 1987 Westat survey data,
3277 specifically the data found under the Solvent-type Cleaning Fluids or Degreasers scenario and are listed
3278 in Table 2-77.

3279 For the spray applied cleaner, the product data sheet listed the weight fraction as <1%. EPA
3280 conservatively used 1% for both scenarios with the other two parameters distinguishing the scenarios as
3281 either high-end or central tendency. The duration of use and mass of product used were based on the
3282 1987 Westat survey data, specifically the data found under the Solvent-type Cleaning Fluids or
3283 Degreasers scenario and are listed in Table 2-77.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

3284  **Table 2-77. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on**
3285  **Residential Use of Auto Interior Liquid or Spray Cleaners**

| Scenario Description For Product User (Women of Childbearing Age) | Duration of Use (min) | Weight Fraction (%) | Mass of Product Used (g) | Air Concentration [a] | | |
|---|---|---|---|---|---|---|
| | | | | Max 8 hr TWA (mg/m³) | Max 8 hr TWA (ppm) | Max 24 hr TWA (ppm) |
| *Auto Interior Liquid Cleaner* | | | | | | |
| Medium Intensity Use [b] | 15 | 3 | 7.69 | 2.88 | 0.711 | 0.237 |
| High Intensity Use [c] | 120 | 5 | 132.87 | 54.4 | 13.4 | 4.48 |
| *Auto Interior Spray Cleaner* | | | | | | |
| Medium Intensity Use [b] | 15 | 1 | 7.69 | 10.8 | 0.266 | 8.89E-02 |
| High Intensity Use [c] | 120 | 1 | 132.87 | 12.0 | 2.95 | 0.984 |

[a] See Appendix F for details about the model inputs and the method used to estimate air concentrations of NMP.
[b] Medium intensity use estimate based on using 50th percentile values for use patterns from Westat Survey (1987).
[c] High intensity use estimate based on using 95th percentile values for use patterns from Westat Survey, (1987).

3286

3287  The 'All Purpose Liquid Cleaner' and the 'All Purpose Spray Cleaner' default scenarios within the
3288  Consumer Exposure Module (CEM) were chosen for conducting the modeling runs for the Auto Liquid
3289  Cleaner and Auto Spray Cleaner scenarios. This selection was the closest match to the liquid or spray
3290  cleaner scenario among the default CEM exposure scenarios. The common modeling inputs required to
3291  run CEM for all consumer scenarios evaluated in this assessment are provided in Table 2-71. Other
3292  scenario-specific input parameters are provided in Table 2-72.

3293  CEM calculated air concentrations over the course of the simulation for the room of use and the rest of
3294  the house (Zone 1 and Zone 2). These concentrations were inputs to the PBPK model and used the body
3295  weight and respiration rate for adult women (+21) and young women (16-20) both considered of child-
3296  bearing age in calculating the internal dose of NMP (cite EPA definition of childbearing age).

3297  Table 2-77 presents the results of the indoor air concentrations (ppm) both central tendency and high-
3298  end estimated exposures for the consumer use scenarios based on the 50th percentile and 95th percentile
3299  input parameters. Calculations detailing the conversion from acute dose rates to air concentrations are
3300  provided in a supplemental Excel spreadsheet file. (U.S. EPA, 2019d)

3301  Total internal NMP dose (Cmax) resulting from inhalation, dermal and vapor through skin exposures to
3302  women of childbearing age consumer use of various auto interior cleaner products as estimated from the
3303  PBPK model is presented in Table 2-78.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

3304 **Table 2-78. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of**
3305 **Auto Interior Liquid or Spray Cleaners**

| Scenario Description For Product User | Women of Childbearing Age Cmax (mg/L) | Pregnant Women Cmax (mg/L) |
|---|---|---|
| *Auto Interior Liquid Cleaner* | | |
| Medium Intensity Use | 0.256 | 0.249 |
| High Intensity Use | 4.355 | 4.245 |
| *Auto Interior Spray Cleaner* | | |
| Medium Intensity Use | 0.093 | 0.091 |
| High Intensity Use | 0.183 | 0.177 |

3306

**Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant**

3307
3308 Exposure to NMP found in consumer cleaner/degreaser and spray lubricant products containing NMP
3309 was based on product data found on a total of 10 products. Eight products ranging from oven cleaners to
3310 metal cleaners to resin cleaner had NMP weight fractions, as listed in the product Safety Data Sheets,
3311 between 1% and 100%. The duration of use and mass of product used were based on the 1987 Westat
3312 survey data, specifically the data found under the Solvent-type Cleaning Fluids or Degreasers scenario
3313 and are listed in Table 2-79.

3314 One product was specifically used as an engine cleaner (weight fraction between 15% and 40%) and one
3315 product was found as a spray lubricant (weight fraction between 30% to 40%). For the three modeling
3316 scenarios, EPA assumed the product could be available in a low-end formulation with 1% NMP, a
3317 typical or central tendency amount of 3% and at a high-end of 5% NMP. The duration of use and mass
3318 of product used were based on the 1987 Westat survey data, specifically the data found under the Engine
3319 Cleaners/Degreasers scenario and are listed in Table 2-79.

3320 One product was identified as a mold release (i.e., once a product is formed or shaped then hardened in a
3321 mold, it then can be easily removed). It was modeled differently since it is used as a spray product. The
3322 duration of use and mass of product used were based on the 1987 Westat survey data, specifically the
3323 data found under the Other Lubricants scenario and are listed in Table 2-79.

**Table 2-79. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential Use of Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant**

| Scenario Description For Product User (Women of Childbearing Age) | Duration of Use (min) | Weight Fraction (%) | Mass of Product Used (g) | Air Concentration [a] | | |
|---|---|---|---|---|---|---|
| | | | | Max 8 hr TWA (mg/m³) | Max 8 hr TWA (ppm) | Max 24 hr TWA (ppm) |
| *Cleaners/Degreasers* | | | | | | |
| Medium Intensity Use [b] | 15 | 25.46 | 94.19 | 18.5 | 4.56 | 1.61 |
| High Intensity Use [c] | 120 | 29.87 | 927.43 | 235 | 57.9 | 20.8 |
| *Engine Cleaner/Degreaser* | | | | | | |
| Medium Intensity Use [b] | 15 | 27.50 | 291.6 | 39.7 | 9.80 | 3.56 |
| High Intensity Use [c] | 120 | 40 | 1,206.60 | 281 | 69.3 | 25.5 |
| *Spray Lubricant* | | | | | | |
| Medium Intensity Use [b] | 2 | 35 | 18.71 | 0.28 | 7.04E-02 | 2.48E-02 |
| High Intensity Use [c] | 30 | 40 | 170.05 | 2.65 | 0.65 | 0.23 |

[a] See Appendix F for details about the model inputs and the method used to estimate air concentrations of NMP.
[b] Medium intensity use estimate based on using 50th percentile values for use patterns from Westat Survey (1987).
[c] High intensity use estimate based on using 95th percentile values for use patterns from Westat Survey, (1987).

The 'All Purpose Liquid Cleaner', 'All Purpose Spray Cleaner' and 'Lubricant (spray)' default scenarios within the Consumer Exposure Module (CEM) were chosen for conducting the modeling runs for the Cleaner/Degreaser, Engine Cleaner/Degreaser and Spray Lubricant scenarios, respectively. This selection was the closest match to the liquid or spray cleaner scenario among the default CEM exposure scenarios. The common modeling inputs required to run CEM for all consumer scenarios evaluated in this assessment are provided in Table 2-71. Other scenario-specific input parameters are provided in Table 2-72.

CEM calculated air concentrations over the course of the simulation for the room of use and the rest of the house (Zone 1 and Zone 2). These concentrations were inputs to the PBPK model and used the body weight and respiration rate for adult women (+21) and young women (16-20) both considered of child-bearing age in calculating the internal dose of NMP.

Table 2-79 presents the results of the indoor air concentrations (ppm) both central tendency and high-end estimated exposures for the consumer use scenarios based on the 50th percentile and 95th percentile input parameters. Calculations detailing the conversion from acute dose rates to air concentrations are provided in a supplemental Excel spreadsheet file. (U.S. EPA, 2019d)

The total internal NMP dose (Cmax) resulting from inhalation, dermal and vapor through skin exposures to women of childbearing age consumer use of various types of cleaner/degreaser products as estimated from the PBPK model is presented in Table 2-80.

**Table 2-80. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant**

| Scenario Description For Product User | Women of Childbearing Age Cmax (mg/L) | Pregnant Women Cmax (mg/L) |
|---|---|---|
| *Cleaners/Degreasers* | | |
| Medium Intensity Use | 1.033 | 1.016 |
| High Intensity Use | 13.40 | 13.00 |
| *Engine Cleaner/Degreaser* | | |
| Medium Intensity Use | 1.682 | 1.640 |
| High Intensity Use | 16.46 | 15.97 |
| *Spray Lubricant* | | |
| Medium Intensity Use | 0.332 | 0.322 |
| High Intensity Use | 2.853 | 2.801 |

**Paint and Arts and Craft Paint**

Exposure to NMP found in consumer paint and arts and crafts paint products containing NMP was based on product data found on a total of four products. Two paint products that contained NMP were paints such as concrete paint and truck bed coating and had NMP weight fractions ranging from 1% to 7%. For arts and crafts paint the NMP weight fractions were 0.1% to 1%. The duration of use and mass of product used were based on the 1987 Westat survey data, specifically the data found under the Latex Paint scenario and are listed in Table 2-79. For the Arts and Craft scenario mass of product was adjusted lower (ratio of 64) by the craft volume sold (2 ounces) relative to the wall paint (gallon).

**Table 2-81. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential Use of Paint and Arts and Crafts Paint**

| Scenario Description For Product User (Women of Childbearing Age) | Duration of Use (min) | Weight Fraction (%) | Mass of Product Used (g) | Air Concentration [a] | | |
|---|---|---|---|---|---|---|
| | | | | Max 8 hr TWA (mg/m$^3$) | Max 8 hr TWA (ppm) | Max 24 hr TWA (ppm) |
| *Paint* | | | | | | |
| Medium Intensity Use [b] | 180 | 2.03 | 4,194.24 | 2.40 | 0.593 | 0.204 |
| High Intensity Use [c] | 810 | 3.63 | 23,068.31 | 18.3 | 4.51 | 2.52 |
| *Arts and Crafts* | | | | | | |
| Medium Intensity Use [b] | 180 | 0.55 | 65.30 | 1.41E-02 | 3.48E-03 | 1.19E-03 |
| High Intensity Use [c] | 810 | 1.00 | 359.00 | 1.01E-01 | 2.48E-02 | 1.39E-02 |
| [a] See Appendix F for details about the model inputs and the method used to convert acute dose rates (ADRs) to air concentrations of NMP. | | | | | | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Scenario Description For Product User (Women of Childbearing Age) | Duration of Use (min) | Weight Fraction (%) | Mass of Product Used (g) | Air Concentration [a] | | |
|---|---|---|---|---|---|---|
| | | | | Max 8 hr TWA (mg/m$^3$) | Max 8 hr TWA (ppm) | Max 24 hr TWA (ppm) |
| [b] Medium intensity use estimate based on using 50th percentile values for use patterns from Westat Survey (1987).<br>[c] High intensity use estimate based on using 95th percentile values for use patterns from Westat Survey, (1987). | | | | | | |

3358

3359  The 'Solvent-based Wall Paint' and the 'Crafting Paint' default scenarios within the Consumer
3360  Exposure Module (CEM) were chosen for conducting the modeling runs for the Paint and Arts and
3361  Crafts scenarios, respectively. These selections were the closest match to each of the paint scenarios
3362  among the default CEM exposure scenarios. The common modeling inputs required to run CEM for all
3363  consumer scenarios evaluated in this assessment are provided in Table 2-71. Other scenario-specific
3364  input parameters are provided in Table 2-72.

3365  CEM calculated air concentrations over the course of the simulation for the room of use and the rest of
3366  the house (Zone 1 and Zone 2). These concentrations were inputs to the PBPK model and used the body
3367  weight and respiration rate for adult women (+21) and young women (16-20) both considered of child-
3368  bearing age in calculating the internal dose of NMP.

3369  Table 2-81 presents the results of the indoor air concentrations (ppm) both central tendency and high-
3370  end exposures for the consumer use scenarios based on the 50th percentile and 95th percentile
3371  input parameters. Calculations detailing the conversion from acute dose rates to air concentrations are
3372  provided in a supplemental Excel spreadsheet file (U.S. EPA, 2019d).

3373  Detailed CEM modeling results are provided in Table 2-72.

3374  Total internal NMP dose (Cmax) resulting from inhalation, dermal and vapor through skin exposures to
3375  women of childbearing age consumer use of paint products as estimated from the PBPK model is
3376  presented in Table 2-82.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 2-82. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of Paints and Arts and Crafts Paints**

| Scenario Description For Product User | Women of Childbearing Age Cmax (mg/L) | Pregnant Women Cmax (mg/L) |
|---|---|---|
| *Paints* | | |
| Medium Intensity Use | 0.374 | 0.358 |
| High Intensity Use | 1.422 | 1.415 |
| *Arts and Crafts Paints* | | |
| Medium Intensity Use | 0.071 | 0.068 |
| High Intensity Use | 0.222 | 0.219 |

**Stains, Varnishes, Finishes (Coatings)**

Exposure to NMP found in consumer stains, varnishes, finishes and other coatings products containing NMP was based on product data found on a total of nine products. The NMP weight fractions range was between 0.3% to 10% with the mean of 4.97% and the average high-end of 8.25% used to model consumer exposure estimates. The duration of use and mass of product used were based on the 1987 Westat survey data, specifically the data found under the Stains, Varnishes, and Finishes scenario and are listed in Table 2-83.

The 'Varnishes and Floor Finishes' default scenarios within the Consumer Exposure Module (CEM) was chosen for conducting the modeling runs for the Stains, Varnishes, Finishes (Coatings) scenario. This selection was the closest match to the liquid coatings scenario among the default CEM exposure scenarios. The common modeling inputs required to run CEM for all consumer scenarios evaluated in this assessment are provided in Table 2-71. Other scenario-specific input parameters are provided in Table 2-72.

**Table 2-83. Estimated[a] NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential Use of Stains, Varnishes, Finishes (Coatings)**

| Scenario Description For Product User (Women of Childbearing Age) | Duration of Use (min) | Weight Fraction (%) | Mass of Product Used (g) | Air Concentration [a] | | |
|---|---|---|---|---|---|---|
| | | | | Max 8 hr TWA ($mg/m^3$) | Max 8 hr TWA (ppm) | Max 24 hr TWA (ppm) |
| *Stains, Varnishes, Finishes (Coatings)* | | | | | | |
| Medium Intensity Use [b] | 60 | 4.97 | 366.42 | 6.84E-01 | 1.68E-01 | 5.74E-02 |
| High Intensity Use [c] | 360 | 8.25 | 3,908.44 | 12.5 | 3.08 | 1.08 |
| [a] See Appendix F for details about the model inputs and the method used to estimate air concentrations of NMP. [b] Medium intensity use estimate based on using 50th percentile values for use patterns from Westat Survey (1987). [c] High intensity use estimate based on using 95th percentile values for use patterns from Westat Survey, (1987). | | | | | | |

3396  CEM calculated air concentrations over the course of the simulation for the room of use and the rest of
3397  the house (Zone 1 and Zone 2). These concentrations were inputs to the PBPK model and used the body
3398  weight and respiration rate for adult women (+21) and young women (16-20) both considered of child-
3399  bearing age in calculating the internal dose of NMP.

3400  Table 2-83 presents the results of the indoor air concentrations (ppm) both central tendency and high-
3401  end estimated exposures for the consumer use scenarios based on the 50th percentile and 95th percentile
3402  input parameters. Calculations detailing the conversion from acute dose rates to air concentrations are
3403  provided in a supplemental Excel spreadsheet file. (U.S. EPA, 2019d)

3404  Total internal NMP dose (Cmax) resulting from inhalation, dermal and vapor through skin exposures to
3405  women of childbearing age consumer use of coatings products as estimated from the PBPK model is
3406  presented in Table 2-84.

3407  **Table 2-84. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of**
3408  **Stains, Varnishes, Finishes (Coatings)**

| Scenario Description For Product User | Women of Childbearing Age Cmax (mg/L) | Pregnant Women Cmax (mg/L) |
|---|---|---|
| *Stains, Varnishes, Finishes (Coatings)* | | |
| Medium Intensity Use | 0.341 | 0.327 |
| High Intensity Use | 1.947 | 1.882 |

3409

3410  **Paint Removers**
3411  Consumer exposure to NMP found in consumer paint remover products containing NMP was assessed
3412  in the Final *Paint Remover Risk Assessments* (U.S. EPA, 2015) as well as the *Supplemental Consumer*
3413  *Exposure and Risk Estimation Technical Report for NMP in Paint and Coating Removal* (see 6F.2). For
3414  the supplemental analysis, exposures were estimated for 18 scenarios. The E2 scenario was selected as a
3415  representative high intensity use scenario. The paint remover product was modeled to remove paint from
3416  a bathtub and using 4 applications. The A2 scenario was selected as a representative medium intensity
3417  use scenario. The NMP paint remover product was used to remove paint from a coffee table. The weight
3418  fraction for paint remover products was 50% for both scenarios. Appendix F.2 lists all of the evaluated
3419  scenarios for the paint remover evaluation.

**Table 2-85. Estimated NMP Air Concentrations (Time Averaged Over 1 Day) Based on Residential Use Paint Removers**

| Scenario Description For Product User | Duration of Use (min) | Weight Fraction (%) | Mass of Product Used (g) | Air Concentration | |
|---|---|---|---|---|---|
| | | | | Max 8 hr TWA (mg/m³) | Max 8 hr TWA (ppm) |
| *Paint Removers* | | | | | |
| Medium Intensity Use | 60 | 50 | 540 | 3.24 | 0.8 |
| High Intensity Use | 360 | 50 | 1944 | 146 | 36.0 |

As described in detail in the previous assessments, emissions data were available specifically for paint remover product use. This data can then be used in a higher tier exposure model, the MCCEM to estimate air concentration. In principle, as in the CEM, the MCCEM also estimates NMP air concentrations in various areas of the house depending on the user's activity pattern. MCCEM calculated air concentrations over the course of the simulation for the room of use and the rest of the house (Zone 1 and Zone 2). These concentrations were inputs to the PBPK model and used the body weight and respiration rate for adult women of child-bearing age in calculating the internal dose of NMP.

Table 2-86 presents the internal dose for women of childbearing age for the medium intensity use and high intensity use scenarios.

**Table 2-86. Estimated NMP Exposures (Time Averaged Over 1 Day) Based on Residential Use of Paint Removers**

| Scenario Description For Product User | Women of Childbearing Age Cmax (mg/L) |
|---|---|
| *Paint Removers* | |
| Medium Intensity Use | 2.02 |
| High Intensity Use | 10.02 |

EPA reviewed data from one study that specifically measured NMP air concentrations while an NMP-containing paint removal product was being used on floors in a house undergoing renovation (Kiefer, 1994). The study reported air concentrations ranging from 3.6 to 7.7 ppm in the room of use. In EPA's supplemental analysis of NMP use in paint and coating removal, the modeled paint removal use resulted in air concentrations of 11.1 ppm (8-hr time weighted average). Although this estimated NMP air concentration is higher than the measured air concentration presented by Kiefer et al. (1994), both represent the air concentration in the room that a non-user would be exposed to rather than the personal breathing zone concentration to which the user is directly exposed. EPA determined that the estimated NMP exposures incurred during floor paint removal do not present a risk to non-users (See Appendix F.2).

**Exposure to Bystanders**

In each of the consumer scenarios listed above, use of a product containing NMP is expected to result in air concentrations of NMP and user inhalation exposure to NMP in addition to dermal and vapor-through skin exposures. EPA also expects that the NMP air concentrations can be circulated through the house via the air ventilation system so that NMP exposures could occur to other occupants in the house during and after consumer use. The air concentration in Zone 2 (rest of the house) is presented in the supplemental document, *Risk Evaluation for N-Methylpyrrolidone, Supplemental Information on Consumer Exposure Assessment, Consumer Exposure Model Outputs* (U.S. EPA, 2019d).

EPA estimated the internal dose for indirect NMP exposures adult bystanders as well as children aged 3-5 years due to their location in the house during consumer use (see Table 2-85) (U.S. EPA, 2019e).

**Table 2-87. Estimated Bystander Exposure to NMP Consumer Use**

| Consumer Conditions of Use | Bystander Female Adult Cmax (mg/L) | Bystander Child (3-5 yrs) Cmax (mg/L) |
|---|---|---|
| Cleaners/ Degreasers | 4.06 | 4.76 |
| Engine Cleaner/ Degreaser | 5.55 | 6.51 |

### 2.4.2.6     Key Assumptions and Confidence

Given the absence of direct measurement and monitoring of consumer exposures during product use, modeling was used to evaluate consumer exposures resulting from the conditions of use summarized in Table 2-72. Modeling requires a number of input parameters, some of which rely on default modeling assumptions and some of which rely on user inputs or selections. As with any modeling approach, there are uncertainties associated with the assumptions and data used. An overall review of these factors can help develop a qualitative description of the confidence associated with the modeling approach and results.

*Key Assumptions*:

Evaluation of acute consumer exposure is based on the assumption that the products used under the conditions of use summarized in Table 2-72, except paint removers, are only used once per day. This assumption considers a single use event which may occur over a 24-hour period and represents an expected consumer use pattern. This is a reasonable assumption for the average intensity user but may underestimate those high intensity users such as do-it-yourselfers (DIY) that could use a product multiple times in a day. The paint remover scenario as defined in the Paint Remover Risk Assessment, defines a user pattern in which the product is applied then scraped away with the paint and reapplied again as is outlined in the product directions. This product-specific use is reflected in the use patterns for all of the products evaluated for consumer exposures.

Evaluation of consumer exposure for this evaluation is also based on the assumption that a consumer uses a single product or product type. For the products estimated under the conditions of use, this is a reasonable assumption. However, this assumption may, in general, underestimate NMP exposures since NMP is also found in cosmetic products and other personal care products that could be used concurrently.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

3486 This evaluation assumes consumer exposure is not chronic in nature. This assumption is based on the
3487 expected consumer use pattern and data found during systematic review that indicates frequency of use
3488 (days of use) of products containing the chemical of concern is not chronic in nature. This assumption is
3489 also based on the fairly rapid elimination of NMP so that the use pattern and data would not be chronic
3490 in nature. This assumption may result in excluding certain consumer users who may be do-it-yourselfers.
3491
3492 This evaluation assumes a background concentration of zero for the chemical of concern during
3493 evaluation of consumer exposure. This assumption is primarily driven by the physical chemical
3494 properties of the chemical of concern which is the high vapor pressure and expected quick dissipation of
3495 the chemical of concern.
3496
3497 *Inputs*
3498 Inputs for the modeling were a combination of physical chemical properties of the chemical of concern,
3499 default values within the models used, values from the Exposure Factors Handbook (U.S. EPA, 2011),
3500 and use pattern survey data found in the literature as part of the systematic review process (Westat
3501 Survey (U.S. EPA, 1987)). Physical chemical properties of the chemical of concern are pre-defined and
3502 well established in the literature. These properties do not change under standard conditions and therefore
3503 have high confidence associated with them.
3504
3505 Default values within the models used are a combination of central tendency and high-end values
3506 derived from well-established calculations, modeling, literature, and from the Exposure Factors
3507 Handbook (U.S. EPA, 2011). The models used have a wide variety of parameters with default values,
3508 although certain default values can be changed (if information and data are available) prior to running
3509 the model. There is a high confidence associated with these values due to the number of parameters
3510 where defaults are available.
3511
3512 Values from the Exposure Factors Handbook (U.S. EPA, 2011) are a combination of central tendency
3513 and high-end values which are well established and commonly used for exposure evaluations and
3514 modeling. The values are derived from literature, modeling, calculations, and surveys. There is a high
3515 confidence associated with the Exposure Factors Handbook (U.S. EPA, 2011).
3516
3517 The Westat Survey (U.S. EPA, 1987) was previously described in this evaluation. It is an EPA-directed
3518 national survey which received over 4,920 completed questionnaires from across the United States. The
3519 survey aimed to answer multiple questions related to the use of solvent-containing consumer products
3520 within thirty-two different common household product categories. Multiple aspects of the survey and
3521 survey results were utilized in this evaluation. Most of the consumer uses summarized in Table 2-72
3522 aligned well with one of the thirty-two product categories within the Westat Survey. There is a high
3523 confidence associated with cross-walking of consumer uses with the Westat product categories.
3524
3525 The representativeness of the consumer use patterns (duration of use, amount used, room of use, etc.)
3526 described in the Westat Survey (from 1987) is believed to remain strong when compared to present day
3527 consumer use patterns even though some aspects of the use may have changed (electronics cleaners
3528 were applied to VCRs in 1987, but now are applied to computer motherboards or DVD players).
3529 However, ease of access to products on-line or in big box stores (like home improvement stores), readily
3530 accessible how-to videos, and a consumer movement toward more do-it-yourself projects with products
3531 containing the chemical of concern could impact the representativeness of the consumer use patterns

3532 described within the Westat Survey and may lead to an underestimate of overall consumer exposure.
3533 There is a high confidence associated with the representativeness of the consumer use patterns described
3534 within the Westat Survey and present-day consumer use patterns.
3535
3536 *Other Uncertainties*:
3537 There are several other factors to which some level of uncertainty may apply. These include, but are not
3538 limited to, product use/availability, model specific factors, building characteristics, and use of personal
3539 protective equipment or natural/engineered controls.
3540
3541 As described in Section 2.4.2.1, the market profile was developed in 2017 based on information
3542 available at that time. These do not take into consideration company-initiated formulation changes,
3543 product discontinuation, or other business or market-based factors that occurred after the documents
3544 were compiled. However, unless these factors were in process while the dossier and market profile were
3545 being developed, it is unlikely any significant changes occurred since such changes often require
3546 considerable time to research, develop, and implement. Even with discontinuation of products, while
3547 they may readily be removed from shelves, product already purchased or picked up to be sold online
3548 shortly before discontinuation will take some time to work out of the system. There is a medium
3549 confidence associated with the product use/availability of product containing the chemical of concern.
3550
3551 There are multiple model specific factors to which a level of uncertainty may apply including user
3552 groups (age groups), building characteristics, and inherent model parameters.
3553
3554 There are multiple building characteristics considered when modeling consumer exposure including, but
3555 not limited to, room size, ventilation rate, and building size. For this evaluation, we relied on default
3556 values within the models for these parameters. These default values were primarily obtained from the
3557 Exposure Factors Handbook (U.S. EPA, 2011). There is a medium to high confidence associated with
3558 these parameters.
3559
3560 Room size varied for this evaluation based on room of use obtained from the Westat Survey (1987) data.
3561 Room size relates to the volume of the room and is a sensitive parameter within the models. However,
3562 the room size of a standard bedroom, living room, kitchen, utility room, one or two car garage, etc.
3563 should be relatively consistent across building types (small or large residential homes, apartments,
3564 condominiums, or townhomes). Therefore, any uncertainty associated with room size is derived more
3565 from the room of use selected, rather than the wide variety of sizes of a particular room of use. Since the
3566 rooms of use selected for this evaluation are based on data collected by the Westat Survey, there is a
3567 high confidence associated with room sizes used for this evaluation.
3568
3569 Ventilation rate is another sensitive parameter within the models. Similar to the room of use, however,
3570 ventilation rates should be relatively consistent across building types where ventilation systems are
3571 properly maintained and balanced. Centralized ventilation systems are designed to deliver ventilation
3572 rates or air exchange rates which meet the American Society of Heating, Refrigeration, and Air
3573 Conditioning Engineers Standard Recommendations which are established for rooms, house types,
3574 commercial buildings, and others. Centralized ventilation systems may be larger for larger homes, but
3575 the ventilation rates delivered to the specific room of use should be relatively consistent across building
3576 types. Therefore, any uncertainty associated with ventilation rates is derived more from the proper
3577 design, balancing, and maintenance of ventilation systems. Ventilation rates for a particular room of use

3578 could be impacted by use of fans or opening windows within the room of use, however, most
3579 respondents to the Westat Survey indicated they did not have an exhaust fan on when using the products.
3580 Most respondents kept the door to the room of use open but did not open doors or windows leading to
3581 the outside when using the products. There is a medium to high confidence associated with the
3582 ventilation rates used for this evaluation.
3583
3584 Building size is another sensitive parameter within the models, however, the sensitivity derives from
3585 more mixing and dissipation outside of the room of use. There will be more variability in building size
3586 across building types so there is a medium confidence associated with building size.
3587
3588 The use of personal protective equipment or natural/engineered controls by a consumer during product
3589 use is uncertain. It is not expected that consumers will utilize personal protective equipment like full
3590 face respirators, or engineering controls like hoods when using consumer products in a residence or
3591 building to reduce inhalation risks. While it may be slightly more likely that, for certain products,
3592 consumers may choose to wear gloves or eye protection, neither of these address inhalation exposure.
3593 Use of gloves by a consumer could decrease dermal exposure, assuming the gloves are high quality and
3594 chemical resistant. Latex gloves are readily available; however, such gloves tear easily, and may not be
3595 resistant to breakdown by certain products used. Although the use of gloves could reduce dermal
3596 exposure, if used improperly (for example fully immersing hands into a product) could allow for leakage
3597 into the glove.
3598
3599 *Confidence:*
3600 There is an overall medium confidence in all the results found for the consumer scenarios identified in
3601 Table 2-68 and evaluated in this evaluation. This confidence derives from a review of the factors
3602 discussed above as well as previous discussions about the strength of the models and data used,
3603 sensitivity of the models, and approaches taken for this evaluation.
3604
3605 The models used for this evaluation are peer reviewed models. The equations are derived, justified and
3606 substantiated by peer reviewed literature as described in the respective user guides and associated user
3607 guide appendices. The default values utilized in the model (and retained for this evaluation) are a
3608 combination of central tendency and high-end estimates from both peer reviewed literature and the
3609 Exposure Factors Handbook (U.S. EPA, 2011) providing a representative spectrum of modeling results.
3610 Even though some values have high end values (like building size or ventilation rates), it should be
3611 recognized that these parameters are correlated, and that "higher" building sizes or higher ventilation
3612 rates would be expected to result in more mixing and dissipation leading to a lower exposure.
3613
3614 The data used in lieu of default values within the model are a combination of central tendency, and high-
3615 end values from the Westat Survey, which was rated as a high-quality study as part of the systematic
3616 review process. The twelve use scenarios evaluated for this evaluation aligned well with specific
3617 scenarios within the Westat Survey, pre-defined model scenarios, and other approaches taken. The
3618 deterministic approach taken for consumer exposure in this evaluation involved varying three
3619 parameters that were either highly sensitive or representative of consumer use patterns or both. The three
3620 parameters varied also provided a broad spectrum of consumer use patterns covering low, moderate, and
3621 high intensity uses and therefore are not limited to a high-end, worst-case type situation or an upper
3622 bounding estimate. Other aspects of the deterministic approach taken (like a single product used once
3623 per day) may result in an underestimate of actual consumer exposure.

## 2.5  Other Exposure Considerations

### 2.5.1   Potentially Exposed or Susceptible Subpopulations

TSCA § 6 requires that a risk evaluation "determine whether a chemical substance presents an unreasonable risk of injury to health or the environment, without consideration of cost or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation identified as relevant to the risk evaluation by the Administrator, under the conditions of use." TSCA § 3(12) states that "the term 'potentially exposed or susceptible subpopulation' means a group of individuals within the general population identified by the Administrator who, due to either greater susceptibility or greater exposure, may be at greater risk than the general population of adverse health effects from exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the elderly."

In developing the draft risk evaluation, EPA analyzed reasonably available information to ascertain whether some human receptor groups may have greater exposure potential or susceptibility to NMP than the general population. Because risk determinations were based on potential reproductive and developmental effects of NMP exposure that may occur at sensitive lifestages, they account for risks to susceptible subpopulations, including pregnant women, children, adolescents, and men and women of reproductive age. It was assumed that exposures which do not result in unreasonable risks for this population would also be protective of other populations because other health effects are expected to occur at high levels of NMP exposure.

EPA estimated exposures to children who may be located near the consumer user at the time of use and determined that these exposures were below the levels of concern identified for adverse developmental effects and would therefore be below the levels of concern for other hazard effects that may be associated with higher NMP exposure levels.

### 2.5.2   Aggregate and Sentinel Exposures

As a part of risk evaluation, Section 2605(b)(4)(F)(ii) of TSCA requires EPA to describe whether aggregate or sentinel exposures were considered under the identified conditions of use and the basis for their consideration. EPA has defined aggregate exposure as "the combined exposure to an individual from a single chemical substance across multiple routes and multiple pathways." (40 C.F.R. 702.33). EPA defines sentinel exposure as "exposure to a single chemical substance that represents the plausible upper bound relative to all other exposures within a broad category of similar or related exposures." (40 C.F.R. 702.33). EPA considered sentinel exposure in the form of high-end estimates for consumer and occupational exposure scenarios which incorporate dermal and inhalation exposure, as these routes are expected to present the highest exposure potential based on details provided for the manufacturing, processing and use scenarios discussed in the previous section. The exposure calculation used to estimate dermal exposure to liquid is conservative for high-end occupational and consumer scenarios where it assumes full contact of both hands and no glove use.

# 3   HAZARDS

## 3.1   Environmental Hazards

### 3.1.1   Approach and Methodology

EPA identified environmental hazard data for NMP through an extensive literature search as described in detail in Section 1.5 and depicted in Figure 1-8. This process was completed in 2019 as part of this RE with a portion of the search completed in 2017 as part of the NMP problem formulation.

EPA in the NMP Problem Formulation (U.S. EPA, 2018c) did not conduct any further analyses on pathways of exposure for terrestrial receptors in line with Section 2.5.3.1. The Problem Formulation did not identify Environmental Hazards for either aquatic or terrestrial receptors. The analysis was based on a qualitative assessment of the physical-chemical properties and fate of NMP in the environment and a quantitative comparison of the hazards and exposures identified for aquatic organisms.

Subsequent to that analysis, an additional five "Key/Supporting" citations were identified by EPA after review of the OECD HPV SIDS Document for NMP (OECD, 2009b). EPA obtained the full study reports from the NMP Producer's Group (BASF and GAF). As these studies raised concerns for Environmental Hazards associated with NMP and aquatic receptors, a quantitative evaluation of hazards to aquatic receptors is included as part of this RE. EPA conducted no further analyses of exposure and hazards for terrestrial receptors and instead relied on the analyses conducted as part of the NMP Problem Formulation.

### 3.1.2   Hazard Identification

EPA quantitatively evaluated impacts to aquatic organisms, including fish, aquatic invertebrates and algae from acute and chronic NMP releases to surface water. The hazard characterization for all identified environmental hazard endpoints are summarized in Table 3-1. The environmental hazard data were reviewed for acute and chronic exposure duration related endpoints (e.g., mortality, growth, immobility, reproduction). No ecotoxicity studies were identified for sediment-dwelling organisms.

#### 3.1.2.1   Toxicity Data for Aquatic Organisms

EPA evaluated four studies for NMP acute exposures for fish. The acute 96-hour $LC_{50}$ values reported for fish range from >500 mg/L for the freshwater rainbow trout (*Oncorhynchus mykiss*) to 4,030 mg/L for the freshwater orfe (*Leuciscus idus*).

For NMP acute toxicity data were evaluated for aquatic invertebrates for four species including the freshwater water flea (*Daphnia magna*), the saltwater grass shrimp (*Palaemonetes vulgaris*), the saltwater mud crab (*Neopanope texana sayi*), and the freshwater scud (*Gammarus sp.*) (GAF, 1979). The results of these studies are summarized in Table 3-1 with more detail provided in Appendix G. The 48-hr $EC_{50}$ for NMP and *D. magna* is reported as 4,897 mg/L. The 96-hr $LC_{50}$ 's for grass shrimp, mud crab, and scud are reported as 1,107, 1,585 and 4,655 mg/L, respectively (GAF, 1979).

3702    For the fresh water green algae (*Scenedesmus subspicatus*), the 72-hr $EC_{50}$ values were 600 mg/L
3703    (Biomass) and 673 mg/L (Growth rate) (BASF AG, 1989).
3704
3705    EPA evaluated one chronic toxicity study for NMP exposures for freshwater invertebrates (*D. magna*).
3706    A 21-day study with *D. magna* reported reproductive effects for NMP with a No-Observed Effect
3707    Concentration (NOEC) of 12.5 mg/L and a Lowest Observed Effect Concentration of 25 mg/L, resulting
3708    in a calculated chronic toxicity value of 17.68 mg/L (geometric mean of NOEC and LOEC) (BASF AG,
3709    2001).
3710
3711    Chronic aquatic toxicity data are not available for NMP for fish. EPA estimated a chronic fish toxicity
3712    value based on an acute to chronic ratio (ACR) approach extrapolating from the acute fish toxicity data.
3713    The acute 96-hour $LC_{50}$ value for rainbow trout of >500 mg/L was divided by 10 resulting in an
3714    estimated chronic fish toxicity value for NMP of >50 mg/L.
3715
3716    EPA evaluated one chronic aquatic toxicity study for aquatic plants. The green algae (*Scenedesmus*
3717    *subspicatus*) was exposed to NMP for 72-hours. The NOEC value for NMP was reported at 125 mg/L
3718    and the LOEC at 250 mg/L. EPA calculated a chronic toxicity value of 177 mg/L (geometric mean of
3719    NOEC and LOEC) (BASF AG, 1989).
3720
3721
3722
3723

**Table 3-1. Aquatic Toxicity Data for NMP**

| Duration | Test Taxa | Endpoint | Hazard value* | Units | Effect Endpoint | Reference |
|---|---|---|---|---|---|---|
| **Acute** | Fish | 96-hour LC$_{50}$ | **>500-4,030** | mg/L | Mortality | (BASF AG, 1983) (High); (BASF AG, 1986) |
| | Aquatic invertebrates | 48/96 hour EC$_{50}$/LC$_{50}$ | **1,107 – 4,897** | mg/L | Immobilization/Mortality | (GAF, 1979) |
| | Algae | 72-hour EC$_{50}$ | **600** (Biomass) **673** (Growth rate) | mg/L | Growth | (BASF AG, 1989) |
| | Acute Concentration of Concern (COC) | | >100 | mg/L | Estimated by dividing lowest reported acute value across test organisms (<500) by an Application Factor (AF) of 5 | |
| **Chronic** | Fish | Chronic Value (ChV) | >50 | mg/L | Estimated by dividing lowest reported acute value for fish (>500) by an acute to chronic ratio of 10. | |
| | Aquatic invertebrates | NOEC LOEC | **12.5 (Reported)** **25 (Reported)** | mg/L | Reproduction | (BASF AG, 2001)[a] |
| | | Chronic Value | 17.7 | mg/L | Estimated by calculating the geometric mean of the NOEC and LOEC. | |
| | Algae | NOEC LOEC | **125 (Reported)** **250 (Reported)** | mg/L | Growth | (BASF AG, 1989) |
| | | Chronic Value | 177 | mg/L | Estimated by calculating the geometric mean of the NOEC and LOEC | |
| | Chronic Concentration of Concern (COC) | | 1.77 | mg/L | Lowest calculated or reported chronic value across taxa divided by an AF of 10. | |

*Values in the tables are presented as reported by the study authors; **Bold** = experimental data

[a] Reservation of Rights: BASF has agreed to share this toxicity study report ("Study Report") with US EPA, at its written request, for EPA 's use in implementing a statutory requirement of the Toxic Substances Control Act ("TSCA "). Every other use, exploitation, reproduction, distribution, publication or submission to any other party requires BASF's written permission, except as otherwise provided by law. The submission of this Study Report to a public docket maintained by the United States Environmental Protection Agency is not a waiver of BASF's ownership rights. No consent is granted for any other third-party use of this Study Report for any purpose, in any jurisdiction. Specifically, and by example, no consent is granted allowing the use of this Study Report by a private entity in requesting any regulatory status, registration or other approval or benefit, whether international, national, state or local, including but not limited to the Regulation Evaluation Authorization and Restriction of Chemicals ("REACH") regulation administered by European Chemicals Agency ("ECHA"), an agency of the European Union.

3724    **3.1.2.2    Concentrations of Concern Calculation**
3725    Acute and chronic COCs were calculated for environmental toxicity of NMP using assessment factors.
3726    EPA applied an assessment factor (AF) according to EPA methods (U.S. EPA, 2013b, 2012d). The
3727    application of AFs provides a lower bound effect level that would likely encompass more sensitive
3728    species not specifically represented by the available experimental data. AFs can also account for
3729    differences in inter- and intra-species variability, as well as laboratory-to-field variability. These AFs are
3730    dependent on the availability of datasets that can be used to characterize relative sensitivities across
3731    multiple species within a given taxa or species group. However, they are often standardized in risk
3732    assessments conducted under TSCA, since the data available for most industrial chemicals are limited.
3733    For fish and aquatic invertebrates (e.g., daphnia) the acute toxicity values are divided by an AF of 5. For

chronic COCs, an AF of 10 is used. The COC for the aquatic plant endpoint is determined based on the lowest value in the dataset and application of an AF of 10 (U.S. EPA, 2013b, 2012d).

After applying AFs, EPA converts COC units from mg/L to µg/L (or ppb) in order to more easily compare COCs to surface water concentrations during risk characterization.

*Acute COC*

To derive an acute COC for NMP, EPA used the lowest reported acute toxicity value across taxa (>500 mg/L) and divided by the AF of 10 and multiplied by 1,000 to convert from mg/L to µg/L, or ppb.

The acute COC = (>500 mg/L) / AF of 5 = 100 mg/L x 1,000 = 100,000 µg/L or ppb.

- The acute COC for NMP is 100,000 ppb.

*Chronic COC*

The chronic COC for NMP was derived by EPA by dividing the aquatic invertebrate 21-day chronic toxicity value of 17.7 mg/L (1,768 µg/L) by an assessment factor of 10.

The acute COC = (17.7 mg/L) / AF of 10 = 1.77 mg/L x 1,000 = 1,770 µg/L or ppb.

- The chronic COC for NMP is 1,770 ppb.

### 3.1.2.3    Toxicity to Soil/Sediment and Terrestrial Organisms

EPA did not further evaluate in this RE exposure pathways (and hazards) associated with NMP in sediments and soils based on analyses completed as part of the NMP Problem Formulation (U.S. EPA, 2018c).

### 3.1.3    Weight of Scientific Evidence

During the data integration stage of EPA's systematic review for risk evaluation, EPA analyzed, synthesized, and integrated the data/information. This involved weighing scientific evidence for quality and relevance, using a Weight of Scientific Evidence (WOE) approach (U.S. EPA, 2016). In the June 2018 Problem Formulation for N-Methylpyrrolidone (NMP) (U.S. EPA, 2018c), seven studies were used to conduct a basic screening-level characterization the environmental hazards of NMP. At the time of the problem formulation, none of these studies identified during the literature search or ECHA summaries had been evaluated according to the systematic review criteria. Since the NMP Problem Formulation (U.S. EPA, 2018c) these studies have been evaluated according to the systematic review criteria in The Application of Systematic Review in TSCA Risk Evaluations (U.S. EPA, 2018a).

While EPA determined that there were enough environmental hazard data to characterize environmental hazards of NMP, there are uncertainties. First, assessment factors (AFs) were used to calculate the acute and chronic concentrations of concern for NMP. AFs account for differences in inter- and intra-species variability, as well as laboratory-to-field variability and are routinely used within TSCA for assessing

3777 the hazard of new industrial chemicals (with very limited environmental test data). Some uncertainty
3778 may be associated with the use of the specific AFs used in the hazard assessment.
3779
3780 Second, more acute duration data were available in the literature than chronic duration data. Therefore,
3781 EPA is less certain of chronic hazard values than the acute hazard values. The most sensitive taxonomic
3782 group from the acute duration data, aquatic invertebrates, has chronic duration data available in the
3783 literature. Because the chronic fish data were not available, the chronic fish endpoint was addressed
3784 using the acute to chronic ratio (AF=10). The fish chronic toxicity value was estimated to be >50 mg/L.
3785

### 3.1.4    Summary of Environmental Hazard

3787 The acute 96-hour $LC_{50}$ values for fish range from >500 mg/L to 4,030 mg/L. The acute $EC_{50}/LC_{50}$ for
3788 aquatic invertebrates range from 1,107 mg/L to 4,897 mg/L. For fresh water green algae, the 72-hr
3789 $EC_{50}$ values were 600 mg/L (Biomass) and 673 mg/L (Growth rate). EPA calculated the acute COC to
3790 be 100,000 µg/L (10 mg/L).
3791
3792 For the chronic fish endpoint, an acute to chronic ratio (ACR) approach was used to extrapolate a
3793 chronic toxicity value for NMP for fish based on the reported acute values. EPA calculated a chronic
3794 fish toxicity value for NMP of >50 mg/L using an ACR of 10 and the lowest reported acute toxicity
3795 value of >500 mg/L. For the aquatic invertebrate endpoint, a 21-day chronic toxicity value of 17.68
3796 mg/L was calculated for NMP based on reproduction (geometric mean of the reported NOEC of 12.5
3797 mg/L and LOEC of 25 mg/L). For the chronic aquatic plant endpoint, a 72-hour chronic toxicity value
3798 of 177 mg/L was calculated for NMP based on growth inhibition (geometric mean of the reported
3799 NOEC of 125 mg/L and the LOEC of 250 mg/L). EPA calculated the chronic COC 1,770 µg/L (1.77
3800 mg/L).
3801
3802 The aquatic toxicity studies used to characterize the effects of acute and chronic NMP exposure to
3803 aquatic invertebrates are summarized in Table 3 1.
3804
3805

## 3.2  Human Health Hazards

### 3.2.1    Approach and Methodology

3808 EPA identified hazard data for NMP through an extensive literature search as described in EPA's
3809 *Strategy for Conducting Literature Searches for NMP: Supplemental Document to the TSCA Scope*
3810 *Document* (U.S. EPA, 2017d). Only the identified "on-topic" references (as explained in the *N-*
3811 *Methylpyrrolidone (CASRN 872-50-4) Bibliography: Supplemental File for the TSCA Scope Document*
3812 (U.S. EPA, 2017b)) obtained from the human health hazard literature search were considered as relevant
3813 data/information sources for consideration in this draft risk evaluation of NMP. EPA's inclusion criteria
3814 were used to screen the initial literature search results (n = 1,397); 1,361 references were excluded based
3815 on PECO. In addition, three key/supporting studies were identified outside of this process and included
3816 in the current evaluation. The remaining hazard studies (n=36) were then evaluated using the data
3817 quality evaluation criteria for human health hazard studies as outlined in *The Application of Systematic*
3818 *Review in TSCA Risk Evaluations* (U.S. EPA, 2018a). The hazard data determined to be acceptable

3819 based on this data quality review were extracted and integrated. This systematic review process is
3820 summarized in Figure 3-1.

3822 The human health hazard of NMP has been examined in several publications (EC, 2016; Danish
3823 Ministry of the Environment, 2015; U.S. EPA, 2015; NICNAS, 2013; OECD, 2009b; U.S. EPA, 2006b;
3824 WHO, 2001). EPA relied heavily on the hazard information presented in these documents to inform the
3825 human health hazard identification and the dose-response analysis. EPA also evaluated studies that were
3826 published since these reviews during the analysis phase of the risk evaluation, as identified in the
3827 literature search conducted by the Agency for NMP (*NMP (CASRN 872-50-4) Bibliography:*
3828 *Supplemental File for the TSCA Scope Document* (U.S. EPA, 2017e).

3830 Brief summaries for each hazard endpoint are presented in Section 3.2.3. Detailed information about
3831 study quality review for study selection is provided in Section 1.5.1. Developmental and reproductive
3832 toxicity endpoints were evaluated for consistency, sensitivity and relevance (Section 3.2.3). Based on
3833 the conclusions of previous assessments and a review of available studies, EPA narrowed the focus of
3834 the NMP hazard characterization to specific reproductive and developmental toxicity endpoints, reduced
3835 fertility, including fetal resorptions (mortality) and growth retardation. EPA conducted a dose-response
3836 assessment for these endpoints (Section 3.2.5), using benchmark dose analysis and PBPK model
3837 estimates of internal doses (Section 3.2.5.6) to select points of departure (POD) for use in the risk
3838 evaluation (Section 4.2).

3840 EPA considered new (on-topic) studies with information on acute and non-cancer endpoints for hazard
3841 identification and dose-response analysis if the study received an overall data quality rating of high,
3842 medium, or low as described in the Application of Systematic Review in TSCA Risk Evaluations (U.S.
3843 EPA, 2018a). EPA has not developed data quality criteria for all types of relevant information (e.g.,
3844 toxicokinetic data); however, this information was used to support the risk evaluation. Information that
3845 was rated unacceptable was not included in the risk evaluation. The human health hazard data used to
3846 characterize the effects of acute and chronic NMP exposure to humans are summarized in Table
3847 3-12.Table 3-10. Additional information on the human health hazard endpoints considered during hazard
3848 identification, are provided in Appendix H. The comprehensive results of the study evaluations can be
3849 found in *NMP (872-50-4) Systematic Review: Supplemental File for the TSCA Risk Evaluation*
3850 *Document* (EPA-HQ-OPPT-2019-0236).

3852 The human health hazard information was integrated using a strategy that includes consideration of the
3853 weight of the scientific evidence for each hazard endpoint to select the data used for dose-response
3854 assessment. The weight of scientific evidence analysis included integrating information from
3855 toxicokinetics and toxicodynamics in relation to the key hazard endpoints which include reproductive
3856 and developmental toxicity. Dose-response analyses that were performed using benchmark dose
3857 modeling in the previous assessment of NMP use in paint and coating removal (U.S. EPA, 2015) were
3858 incorporated where appropriate (see Section 3.2.5). Additional benchmark dose modeling was conducted
3859 for the current risk evaluation to include data on reproductive toxicity that was previously unavailable to
3860 EPA.

3861 Studies that met the evaluation criteria and were rated low, medium, or high were considered for hazard
3862 identification and dose-response analysis as described in the *Application of Systematic Review in TSCA*
3863 *Risk Evaluations* (U.S. EPA, 2018a). EPA has not developed data quality criteria for all types of hazard

3864  information such as toxicokinetic data; however, this information is used to support the NMP risk
3865  evaluation.
3866
3867  Studies considered PECO relevant that scored acceptable in the systematic review data quality
3868  evaluation and contained adequate dose-response information were considered for derivation of points
3869  of departure (PODs). EPA defines a POD as the dose-response point that marks the beginning of a low-
3870  dose extrapolation. This point can be the lower bound on the extrapolated dose for an estimated
3871  incidence, a change in response level from a dose-response model (e.g., benchmark dose or BMD), a
3872  NOAEL value, a lowest-observed-adverse-effect level (LOAEL) for an observed incidence, or a change
3873  in the level (i.e., severity) of a given response. PODs were adjusted as appropriate to conform to the
3874  specific exposure scenarios evaluated.
3875



3876
3877  **Figure 3-1. Summary of NMP Systematic Review**
3878

3879  ### 3.2.2    Toxicokinetics
3880  NMP is readily absorbed by all routes with widespread distribution via the systemic circulation and
3881  extensive first pass metabolism to polar compounds that are excreted primarily in urine (Akesson et al.,
3882  2004; Ligocka et al., 2003; Akesson and Paulsson, 1997). The major metabolites of NMP in humans are
3883  5-hydroxy-N-methyl-2-pyrrolidone (5-HNMP) and 2-hydroxy-N-methylsuccinimide (2-HMSI); minor
3884  metabolites include N-methyl-succinimide (MSI). Over 80% of the administered dose is excreted within
3885  72 hours (Akesson et al., 2004; Akesson and Paulsson, 1997).
3886
3887  Dermal contact with NMP liquids generally presents the greatest potential for human exposure;
3888  however, vapor-through skin uptake has also been demonstrated in humans (Akesson et al., 2004;
3889  Jönsson and Akesson, 2003). Bader et al. (2008) exposed human volunteers to an NMP air concentration
3890  of 80 mg/m$^3$ for 8 hours and estimated peak concentrations following dermal-only exposure to be in the
3891  range of 36 to 42% of the results obtained after whole-body exposure based on NMP equivalents in
3892  urine (See Section 3.2.5.5).

### 3.2.3   Hazard Identification

Previous assessments (EC, 2016; Danish Ministry of the Environment, 2015; U.S. EPA, 2015; NICNAS, 2013; OECD, 2009b; U.S. EPA, 2006b; WHO, 2001) have identified reproductive and developmental toxicity as the most sensitive effects of NMP. EPA therefore focused this risk evaluation on reproductive and developmental effects. This section summarizes evidence for reproductive and developmental hazards as well as a broader range of potential non-cancer and cancer health hazards.

A comprehensive set of summary tables which includes all endpoints considered for this assessment may be found in Appendix H. EPA reviewed the available data and key and supporting studies were evaluated for consistency and relevance to humans, according to the *Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018a). The results of the data quality evaluation for the non-cancer studies (key and supporting studies and new studies) are described below in Section 3.2.3.1 and included in the data quality evaluation tables in the *Systematic Review Supplemental File: Data Quality Evaluation of Human Health Hazard Studies. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019m).

#### 3.2.3.1   Non-Cancer Hazards

***Toxicity following Acute Exposure***

The acute toxicity of NMP is low based on results from studies conducted via oral, dermal, inhalation, intraperitoneal and intravenous exposure in rats and mice (RIVM, 2013; OECD, 2007b; WHO, 2001). Oral $LD_{50}$ values ranged from 3605 to 7725 mg/kg-bw, dermal $LD_{50}$ values ranged from 5000 to 7000 mg/kg-bw and the 4 hr $LC_{50}$ was > 5100 mg/m$^3$ (RIVM, 2013). Sublethal effects observed in response to single high doses include body weight gain in rats exposed to 5.1 mg/L of a vapor/aerosol mixture, and ataxia and diuresis in rats exposed orally to 1/8 of the $LD_{50}$ (OECD, 2007).

***Irritation and Sensitization***

NMP is a skin, eye and respiratory irritant (RIVM, 2013; WHO, 2001). For example, a rabbit 28-day dermal exposure study with rabbits exposed to 413, 826, or 1653 mg/kg/day once a day, five days a week for four weeks resulted in local skin irritation at all doses tested (OECD, 2007b; WHO, 2001). Rabbits receiving a single application of 0.1 ml NMP to one eye experienced corneal opacity, iritis, and conjunctivitis. Effects were reversible within 14 days (OECD, 2007). Nasal irritation (crust formation on nasal edges) was observed in rats exposed to 1, or 3 mg/L for 6 hours a day five days a week for three months. The inhalation study identified a NOAEC of 0.5mg/L (BASF AG, 1994, as cited by OECD, 2007).

Human volunteer chamber studies revealed some discomfort during exposure but are otherwise suggestive of humans being less sensitive to NMP irritation than rodents (RIVM, 2013). Workers exposed to NMP dermally experienced skin irritation (Leira 1992 as cited by (OECD, 2007b)). No respiratory irritation was reported in workers and volunteers exposed via inhalation to up to 50mg/m3 for 8 hours ((Akesson and Jönsson, 1997); NMP Producers Group 2005 as cited by (OECD, 2007b). NMP is not corrosive. Although, available results suggest NMP is not a sensitizer (RIVM, 2013) data are too limited to draw conclusions on sensitization.

***Neurotoxicity***

A small number of studies noted effects related to neurotoxicity. A RIVM report highlights a 90-day oral repeat dose study in rats with a neurotoxicity screening panel that identified NOAELs of 169 and 217 mg/kg-bw/day for males and females, respectively, based on decreased body weight in both males

and females and reversible neurological effects (including increased foot splay and low arousal) in males only (RIVM, 2013; Malley et al., 1999).

In a rat study, whole body exposure to 0.1, 0.5, and 1.0 mg/L (25, 125, or 250 ppm, aerosol) 6 hours/day five times a week for four weeks was associated with lethargy and irregular respiration at all concentrations. These signs were reversible within 30-45 minutes following exposure at the two lower concentrations. Rats in the highest dose group had excessive mortality. Lethargy and irregular respiration were not reversed in most surviving animals in the high dose group 18 hours after exposure had ceased (Lee et al., 1987). The actual exposure concentrations in this study cannot be determined due to aerosol formation and condensation.

In a gestational exposure study by Lee et al. (1987) rats were exposed to an NMP aerosol concentration of 100 and 360 mg/m$^3$ (analytical) for six hours/day from GD 6 through 15. Sporadic lethargy and irregular respiration were observed in treated dams at both exposure levels during the first three days of exposure. These effects were not seen during the remainder of the exposure period or during the 10-day recovery period.

Developmental neurotoxicity endpoints have also been evaluated. Hass et al. (1994) investigated the effects of NMP on postnatal development and behavior in rats exposed during gestation. Dams were exposed by whole-body inhalation to measured levels of 151 ppm (612 mg/m$^3$) for six hrs/day from GD 7 to 20 and offspring were evaluated for a range of growth, development, and neurobehavioral endpoints from PND1 through 7 months of age. Performance was impaired in certain more complex tasks (i.e., reversal procedure in Morris water maze and operant delayed spatial alternation). The impaired performance may be associated with decreased body weight at weaning. As the authors noted, the effect appeared most pronounced in offspring with the lowest body weights in the litter at weaning. Since only one dose was used, a NOAEL could not be established. This study was excluded by the systematic review process and did not go through data quality evaluation because it only used a single dose. It is discussed here because it was cited as a supporting study in a previous EPA assessment (U.S. EPA, 2015), and it provides information about neurodevelopmental endpoints that have not been evaluated in any other studies.

### Liver Toxicity

A chronic oral exposure study reported effects on the liver following oral exposure to NMP in rats and mice. Chronic oral exposure in rats was associated with centrilobular fatty change in the liver in males but not in females. This study identified a LOAEL of 678 mg/kg/day and a NOAEL of 207 mg/kg for liver toxicity in male rats (Malley et al., 2001). In mice, significantly increased liver weights as well as cellular alterations in the liver were reported in both male and female mice following oral exposure. The authors reported a LOAEL of 173 mg/kg/day and NOAEL of 89 mg/kg/day for liver toxicity in male mice (Malley et al., 2001). A sub-chronic 90-day oral exposure study in rats and mice at higher doses found no effect on the liver (Malley et al., 1999) while a four-week oral exposure study found increased incidence of centrilobular hepatocellular hypertrophy in addition to increase serum total protein and albumin in female rats exposed to 2268 mg/kg/day (Malek et al., 1997).

### Kidney Toxicity

Chronic progressive nephropathy was reported in male but not female rats following chronic oral exposure to 678 mg/kg-bw/day (Malley et al., 2001). No kidney toxicity was observed in male or female

3985  mice in this study (Malley et al., 2001). The study identified a NOAEL of 207 mg/kg/day based on
3986  kidney toxicity in male rats. Another study evaluated renal endpoints following four weeks of oral
3987  exposure in mice. Dark yellow urine was observed in all animals at 2970 and 4060 mg/kg-bw/day.
3988  Cloudy swelling of the distal renal tubule was observed in 3/5 females at 4060 mg/kg-bw/day. This
3989  study identified a NOAEL for renal effects of 920 mg/kg-bw/day in females and 720 in males (BASF,
3990  1994). A separate oral exposure study in which male rats received 500 mg/kg/day five days a week for
3991  five weeks reported decreased creatinine. The NOAEL for decreased creatinine in male rats this study
3992  was 250 mg/kg/day (Gopinathan et al., 2013). This study also reported observations of mottled kidneys
3993  in treated rats at all doses, but a lack of incidence data for this endpoint in each dose group prevents
3994  identification of a NOAEL or LOAEL for renal effects.

3995

3996  *Immune Toxicity*
3997  A whole-body inhalation study in rats, which likely included dermal and oral uptake through grooming,
3998  identified bone marrow hypoplasia, necrosis of lymphoid tissue in the thymus, spleen and lymph nodes,
3999  as well as mortality at the highest dose (RIVM, 2013). The NOAEC for immune effects and for other
4000  systemic effects in this study was 500 mg/m$^3$ (RIVM, 2013; OECD, 2007b). In a four-week oral
4001  exposure study, thymic atrophy was observed in female rats exposed to 2268 mg/kg-bw/day. The
4002  NOAEL for thymus effects in this study was 1548 mg/kg/day (Malek et al., 1997).

4003

4004  *Developmental Toxicity*
4005  There is robust evidence of developmental toxicity in animals exposed to NMP. Developmental
4006  inhalation, oral and dermal exposures to NMP have been linked to a range of developmental effects,
4007  including decreased fetal and pup weights and increased fetal and pup mortality (Sitarek et al., 2012;
4008  NMP Producers Group, 1999a; Hass et al., 1994), skeletal malformations, and incomplete skeletal
4009  ossification (Saillenfait et al., 2002; DuPont, 1990; Becci et al., 1982). Most of the available
4010  developmental toxicity studies for NMP were performed in rats. OECD and RIVM assessments also
4011  describe rabbit developmental studies that reported developmental toxicity, including increased
4012  resorptions and fetal malformations following gestational exposure to NMP in rabbits (RIVM, 2013;
4013  OECD, 2007b).

4014

4015  Effects on postnatal neurological behavior were reported following whole-body inhalation exposure to
4016  151 ppm (612 mg/m$^3$) NMP during gestation (Hass et al., 1994). However, because behavioral effects
4017  were only evaluated at this single exposure level, no NOAEL has been identified for developmental
4018  neurotoxicity and dose-response for this endpoint cannot be characterized.

4019

4020  Evidence of developmental toxicity and dose-response information from studies identified as acceptable
4021  in the systematic review process is summarized in Table 3-2 and discussed in depth in Sections 3.2.4
4022  and 3.2.5.

4023  *Reproductive Toxicity*
4024  Reproductive toxicity endpoints that have been observed following repeated exposure to NMP include
4025  reduced male fertility and female fecundity and testicular histopathology. Evidence of reproductive
4026  toxicity is inconsistent across studies. For example, three oral exposure studies in rats, including a
4027  paternal exposure study, a maternal exposure study, and a two-generation study in both sexes (Sitarek et
4028  al., 2012; Sitarek and Stetkiewicz, 2008; Exxon, 1991) report reduced male and/or female fertility in
4029  response to NMP. Three other two-generation studies in rats failed to identify any effect on fertility.
4030  Two of these studies are two-generation dietary exposure studies in rats (NMP Producers Group, 1999a,

4031  b) with dose levels and study designs similar to the Exxon (1991) study. EPA does not have complete
4032  access to the data from these studies and is therefore unable to assess data quality. The third study is a
4033  two-generation whole-body inhalation exposure study (Solomon et al., 1995) that deviates substantially
4034  from EPA and OECD guidelines. In addition, several oral exposure studies have reported effects on
4035  testicular histopathology in male rats (Sitarek and Stetkiewicz, 2008; Malley et al., 2001; Malek et al.,
4036  1997), while several others find no effect (Malley et al., 1999; Becci et al., 1983; DuPont, 1982).
4037
4038  Evidence of reproductive toxicity is summarized in
4039  Table 3-3 and discussed in depth in Sections 3.2.4 and 3.2.5. Reproductive toxicity findings are
4040  challenging to interpret due to the wide-ranging effect levels and the lack of consistency in findings
4041  across studies. While developmental effects are more consistently reported across studies, reductions in
4042  fertility have been reported at lower doses than developmental effects following repeated exposures.
4043
4044  **Table 3-2. Acceptable Studies Evaluated for Developmental Effects**

| Data Source | Study Description | Effects reported; POD | Data Quality Rating |
|---|---|---|---|
| *Oral Exposure Studies* | | | |
| (Sitarek and Stetkiewicz, 2008) | Oral gavage exposure (0, 100, 300, 1000 mg/kg-bw/day) 5 days/week for 10 weeks in male rats before mating and for one week during mating | Reduced viability of offspring in first four days of life following paternal exposure to 300 mg/kg/day; NOAEL = 100 mg/kg-bw/day | High |
| (Sitarek et al., 2012) | Oral gavage exposure (0, 150, 450, 1000 mg/kg-bw/day) for 5 days/week for 2 weeks in female rats prior to mating, during mating, gestation and lactation | Number of live pups was reduced at 1000mg/kg-bw/day; Pup survival decreased in all exposure groups; LOAEL for pup survival = 150 mg/kg-bw/day | High |
| (Saillenfait et al., 2002) | Oral gavage exposure (0, 125, 250, 500, 750 mg/kg-bw/day) through gestational days (GD) 6-20 in rats | Increased resorptions/ post-implantation losses and increased skeletal malformations; NOAEL for developmental effects = 125 mg/kg-bw/day; NOAEL for maternal toxicity = 250 mg/kg-bw/day | High |
| (Exxon, 1991) | Two-generation oral dietary exposure (50, 160, 500 mg/kg-bw/day) in male and female rats exposed prior to mating, throughout gestation and lactation | Reduced pup survival and growth at 500 mg/kg-bw/day; NOAEL for developmental effects = 160 mg/kg-bw/day | High |
| (Exxon, 1992) | Oral gavage exposure (40, 125, 400 mg/kg-bw/day) through GD 6-15 in rats | Reduced fetal body weights, reduced ossification sites in proximal phalanges of the hindpaw, and reduced maternal body weight gain at 400 mg/kg-bw/day; NOAEL for maternal and developmental effects = 125 mg/kg-bw/day | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Data Source | Study Description | Effects reported; POD | Data Quality Rating |
|---|---|---|---|
| **Inhalation Exposure Studies** | | | |
| (Saillenfait et al., 2003) | Inhalation exposure (0, 122, 243, 487 mg/m$^3$) for 6 hours/day on GD 6-20 in rats | Reduced maternal weight gain and food consumption at 243 mg/m$^3$; Reduced fetal weight at 487 mg/m$^3$ exposure; NOAEL for maternal effects= 122 mg/m$^3$; NOAEL for developmental effects= 243 mg/m$^3$ | High |
| (Solomon et al., 1995; DuPont, 1990) | Inhalation exposure (0, 42, 206, 472 mg/m$^3$) for 6 hours/day throughout mating period (100 exposure days) in male rats, and throughout gestation and weaning, except GD 20 – PND 4 (143 exposure days) in females | Decreased fetal body weights and decreased offspring weights; decreased maternal response to auditory stimulus at the highest dose; NOAEL for maternal and developmental effects = 206 mg/m$^3$ | High |
| (Lee et al., 1987) | Inhalation exposure (100 or 360 mg/m$^3$) for 6 hours/day on gestational days 6-15 in rats | No effects reported on uterine or litter parameters, fetal weight or length, or incidence of gross, soft tissue, or skeletal anomalies; NOAEL for maternal and developmental effects = 360 mg/m$^3$ | Medium |
| **Dermal Exposure Studies** | | | |
| (Becci et al., 1982) | Dermal exposure (75, 237, 750 mg/kg-bw/day) on gestational days 6-15 in rats | Decreased number of live fetuses per dam, increased percentage of resorption sites and skeletal abnormalities as well as maternal toxicity indicated by reduced body weight gain at the highest dose; NOAEL = 237 mg/kg-bw/day | Medium |

**Table 3-3. Acceptable Studies Evaluated for Reproductive Effects**

| Data Source | Study Description | Effects reported; POD | Data Quality Rating |
|---|---|---|---|
| **Oral Exposure Studies** | | | |
| (Sitarek and Stetkiewicz, 2008) | Oral gavage exposure in male rats (0, 100, 300, 1000 mg/kg-bw/day) 5 days/week for 10 weeks prior to mating and for one week during mating | Male infertility, damage to seminiferous epithelium and significant reduction in thyroid weight at 1000 mg/kg-bw/day; NOAEL for male reproductive effects = 300 mg/kg-bw/day | High |
| (Sitarek et al., 2012) | Oral gavage exposure (0, 150, 450, 1000 mg/kg-bw/day) for 5 days/week for 2 weeks in female rats prior to mating, during mating, gestation and lactation | Significant reduction in female fertility index at 450 or 1000 mg/kg-bw/day; NOAEL for female fertility = 150 mg/kg-bw/day | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Data Source | Study Description | Effects reported; POD | Data Quality Rating |
|---|---|---|---|
| (Exxon, 1991) | Two-generation oral dietary exposure (50, 160, 500 mg/kg-bw/day) in male and female Sprague-Dawley rats exposed prior to mating, throughout gestation and lactation | Reduced male fertility and female fecundity in second generation rats (exposed throughout development and prior to mating) at all doses; LOAEL= 50 mg/kg-bw/day; NOAEL not identified | High |
| (Becci et al., 1983) | Oral dietary exposure (0, 24, 75, 246 mg/kg-bw/day in males; 0, 24, 76, 246 mg/kg-bw/day in females) for 13 weeks in male and female beagle dogs | No effects on reproductive organ weights; NOAEL for reproductive effects = 246 mg/kg-bw/day | High |
| (Malek et al., 1997) | Oral dietary exposure (0, 2000, 6000, 18000 or 30,000 ppm; 0, 149, 429, 1234, 2019 mg/kg-bw/day) for four weeks in male rats | Decreased body weight and altered testes and liver weights observed at 1234 mg/kg-bw/day and above. Degeneration/atrophy of testicular seminiferous tubules were observed 1/5 males at 1234 mg/kg-bw/day and in 5/5 at 2019 mg/kg-bw/day; NOAEL for reproductive effects = 429 mg/kg-bw/day | High |
| (Malley et al., 1999) | Oral dietary exposure (0, 3000, 7500 or 18,000 ppm) for 90 days in male rats (0, 169, 433, 1057 mg/kg-bw/day) and female rats (0, 217, 565, 1344 mg/kg-bw/day); oral dietary exposure (0, 1000, 2500, or 7500 ppm) for 90 days in mice (0, 277, 619, 1931 mg/kg-bw/day) | No effect on reproductive organ weights. NOAEL in rats = 1057 mg/kg-bw/day; NOAEL in mice = 1931 mg/kg-bw/day | High |
| (Malley et al., 2001) | Chronic dietary oral exposure in rats (0, 1600, 5000 or 15,000 ppm) for two years (0, 66.4, 207, 678 mg/kg-bw/day in male rats), (0, 87.8, 283, 939 mg/kg-bw/day in female rats) and dietary exposure (0, 600, 1200 or 7200 ppm) for 18 months in mice (0, 89, 173, 1089 mg/kg-bw/day in male mice) and (0, 115, 221, 1399 mg/kg-bw/day in female mice) | In male rats only, bilateral degeneration/atrophy of seminiferous tubules in the testes, and bilateral oligospermia/germ cell debris in the epididymis at the highest dose; NOAEL for male reproductive effects = 207 mg/kg-bw/day | High |

| Data Source | Study Description | Effects reported; POD | Data Quality Rating |
|---|---|---|---|
| (BASF, 1994) | Oral dietary exposure (0, 500, 2500, 7500 or 10,000 ppm; 130, 720, 2130, 2670 mg/kg-bw/day) for four weeks in male mice | No exposure related reproductive organ effects reported; NOAEL for reproductive effects in mice = 2670 mg/kg-bw/day | High |
| *Inhalation Exposure Studies* | | | |
| (Solomon et al., 1995; DuPont, 1990) | Two generation whole body inhalation exposure (0, 42, 206, 472 mg/m$^3$) for 6 hours/day, 7 days/week throughout mating period, gestation, and weaning in male and female rats | No significant change in indices of reproductive performance (fertility and fecundity); NOAEL for reproductive effects = 472 mg/m$^3$ | High |
| (DuPont, 1982) | Chronic whole-body inhalation exposure (0, 41, 405 mg/m$^3$) 6 hours/day, 5 days/week for two years in male and female rats | Mammary gland hyperplasia; No adverse effects reported based on histopathology of the epididymis and prostate. NOAEL for mammary gland effects = 10 ppm (41 mg/m$^3$); NOAEL for male reproductive effects = 100 ppm (405 mg/m$^3$)) | Medium |

### 3.2.3.2    Genotoxicity and Cancer Hazards

#### 3.2.3.2.1  Genotoxicity and Other Mechanistic Data

EPA has reviewed summaries of the unpublished genotoxicity studies identified below and has contacted the data owners to obtain full studies. Although EPA did not evaluate the genotoxicity and mechanistic studies using updated data quality criteria presented in Application of Systematic Review in TSCA Risk Evaluations (U.S. EPA, 2018a), all studies are considered acceptable (e.g., conduct of the studies, use and proper response of positive controls) as presented at the international OECD meeting (SIAM 24) and publication in the Screening Information Assessment Report and Dossier (OECD, 2007b). One study considered to be invalid within OECD (2007b) is also described below.

*In Vivo Genotoxicity Studies*

NMP has been evaluated for potential genotoxicity in several in vivo studies, summarized in Table 3-4. NMP was examined for its clastogenic/genotoxic potential in vivo in the Chinese hamster cytogenic assay and administered once daily by gavage in doses of 1,900 and 3,800 mg/kg bw/day. NMP treatment led to signs of systemic toxicity but did not result in increased numbers of mitotic cells containing structural chromosomal alterations or numerical chromosomal aberrations. An earlier screening study also showed no clastogenic potential of NMP in vivo after whole body inhalation of 800 ppm (measured value of 1,750 mg/m$^3$) for 6 hrs/day, 5 days/week for 6 weeks (BASF AG, 1976d) as cited in OECD (2007b).

In a mouse bone marrow micronucleus test, NMP was dissolved in distilled water and administered to NMRI mice once daily by gavage at 950, 1,900 and 3,800 mg/kg bw/day. NMP treatment led to clinical signs of toxicity, including irregular respiration, abdominal position and poor general state. NMP did not induce micronuclei in the polychromatic erythrocytes of mice treated up to a dose showing clinical signs

4071  of toxicity and bone marrow toxicity. No indication of a spindle poisoning effect was detected (BASF
4072  AG, 1989c) as cited in OECD (2007b) and Engelhardt and Fleig (1993).
4073  NMP did not show mutagenic activity in germ cells in a dominant lethal test in male NMRI mice after
4074  intraperitoneal treatment with a single dose of 393 mg/kg bw/day (380 µl/kg bw; BASF AG, 1976a;
4075  Roehrborn and Vogel, 1967) as cited in OECD (2007b).
4076
4077  **Table 3-4. Summary of In Vivo Genotoxicity Studies**

| Study Type | Dose level/ Concentration | Result | Remark | Reference |
|---|---|---|---|---|
| Cytogenetic assay, Chinese hamster | 1900, 3800 mg/kg bw/day oral (gavage), single application | negative | Signs of systemic toxicity | Engelhardt and Fleig, 1993 |
| Cytogenetic assay, Chinese hamster | 3,244 mg/m$^3$ inhalation (whole body), 6 h(day, 5x/week, 6 weeks (28 exposures), | negative | Whole body exposure | BASF AG, 1976d |
| Micronucleus assay, Mouse (NMRI) | 0, 950, 1900, 3800 mg/kg bw/day oral (gavage), single application | Negative, no indication of a spindle poisoning effect | Signs of systemic and bone marrow toxicity | BASF AG, 1989c; Engelhardt and Fleig, 1993 |
| Dominant lethal assay, Mouse (NMRI) | 0, 393 mg/kg single i.p., | negative | No mutagenic activity in germ cells | BASF AG, 1976a; Roehrborn and Vogel, 1967 |
| Source: OECD (2007b), Table 9, p. 32; all references are cited in OECD (2007b) | | | | |

4078
4079  *In Vitro Genotoxicity Studies*
4080  In vitro studies evaluating potential genotoxicity of NMP are summarized in Table 3-5. NMP was tested
4081  for mutagenicity in the Ames test on bacteria both with and without metabolic activation. The
4082  Salmonella typhimurium strains TA 98, TA 100, TA 1535 and TA 1537 were exposed to the test
4083  substance at concentrations ranging from 3.15 to 30,000 nl/plate. NMP was not mutagenic in the Ames
4084  test under the experimental conditions used (BASF AG, 1978a) as cited in OECD (2007b). Wells (1988)
4085  evaluated NMP in an Ames assay using several *S. typhimurium* strains both with and without metabolic
4086  activation. In the assay without activation, increased revertants were observed for TA 102 and TA 104
4087  but the increases were not greater than two times background and showed no clear dose-response
4088  relationship. NMP was evaluated in another Ames assay using several *S. typhimurium* strains both with
4089  and without metabolic activation and was determined to be negative (Mortelmans et al., 1986).
4090
4091  NMP was evaluated in an HGPRT assay using Chinese hamster ovary cells at concentrations ranging
4092  from 0.5 to 5.0 mg/ml (with and without S9 mix) and showed no cytotoxicity and did not increase the
4093  mutation rate (GAF Corp., 1988; TSCAT, 1990b) as cited in OECD (2007b). Mayer et al. (1988)
4094  reported that NMP induced a dose-related increase in the aneuploidy rate in yeast at concentrations in
4095  the range of 154.0 to 229.3 mM. However, OECD (2007b) noted that these dose levels were clearly

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

4096  cytotoxic in a dose-dependent manner and determined the study to be invalid by stating it was a
4097  biological system of little relevance. Furthermore, OECD has deleted test guidelines using yeast because
4098  tests for mammalian cells are preferred (OECD, 2017).
4099
4100  In a mouse lymphoma test in the L5178 Y cell line with concentrations of 0, 1,000, 4,000, 8,000 or
4101  10,000 ppm (v/v) without/with S-9 mix, NMP showed good solubility and revealed no cytotoxicity or
4102  mutagenic response at any concentration (E.I. du Pont de Nemours and Company, 1976, TSCAT,
4103  1990c[sic]) as cited in OECD (2007b).
4104
4105  NMP was evaluated (to determine its ability to interact with DNA) in an in vitro assay with primary
4106  hepatocytes from the liver of an untreated male F-344 rat. Test concentrations ranged from 250 - 5000
4107  µg/ml. NMP was shown to be soluble and slightly cytotoxic at concentrations ≥ 4,000 µg/ml. NMP did
4108  not induce significant changes in nuclear labeling of rat primary hepatocytes at concentrations ranging
4109  from 500 - 5,000 µg/ml, covering a wide range of cell survival (53.2% - 98.6%; GAF Corp., 1988b;
4110  TSCAT, 1990b; Vetline Inc., 1988) as cited in OECD (2007b).
4111
4112  **Table 3-5. Summary of In Vitro Genotoxicity Studies**

| Bioassay Test system | Concentration With/without metabolic activation (+/- S9 mix) | Result | Remark | Reference |
|---|---|---|---|---|
| Ames test, *S. typhimurium* (TA98, TA100, TA1535, TA1537), | 3.15 – 30000 nl/plate (+/- S9 mix) | negative | Standard plate test | BASF AG, 1978a |
| Ames test, *S. typhimurium* (TA97, TA98, TA100, TA1535, TA1537) | 0, 100, 333, 1000, 3333, 10000 µg/plate (+/- S9 mix) | negative | Preincuba-tion assay, Compara-tive study within NTP testing | Mortelmans et al., 1986 |
| Ames test, *S. typhimurium* (TA97, TA98, TA100, TA102, TA104, TA2638, UTH8413, UHT8414) | 0.01 – 1000 µM/plate (+/- S9 mix) | negative | Standard plate test | Wells et al., 1988 |
| Ames test, *S. typhimurium* (TA98, TA104) | 0.01 – 1000 µM/plate (+/- S9 mix) | negative | Preincuba-tion assay | Wells et al., 1988 |
| HGPRT test, CHO cells, | 0.5 – 5.0 mg/ml (+/- S9 mix) | negative | | GAF Corp., 1988; TSCAT, 1990b |
| Mouse lymphoma assay, | 1000 – 10000 ppm (V/V) (+/- S9 mix) | negative | | E.I. du Pont de Nemours |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Bioassay Test system | Concentration With/without metabolic activation (+/- S9 mix) | Result | Remark | Reference |
|---|---|---|---|---|
| L5178Y cells, | | | | and Company, 1976; TSCAT, 1990b |
| UDS, Rat primary hepatocytes, | 250 – 5000 µg/ml | negative | | GAF Corp., 1988b; TSCAT, 1990b; Vetline Inc., 1988 |

Source: OECD (2007b), Table 8, pp. 30-31; All references are as cited in OECD (2007b)

4113 No clastogenic or aneugenic potential of NMP was reported for somatic or germ cells in in vivo studies.
4114 For some genetic endpoints examined in vitro (e.g., point mutations, DNA damage and repair), NMP
4115 also showed negative responses in several bacterial and mammalian test systems. A positive result for
4116 aneuploidy in yeast was determined to be invalid by OECD (2007b).
4117

### Other Mechanistic Studies

4119 The effect of NMP on cell proliferation in the liver (S-phase response) after one or four weeks of dietary
4120 exposure at 7200 ppm (1392/1906 mg/kg bw/day in males/females) using B6C3F1 mice was
4121 investigated. Incorporation of bromodeoxyuridine (BrdU) into liver DNA was examined
4122 microscopically. The cell proliferation rate in liver increased 6.9-fold in treated males and 3.3-fold in
4123 treated females as compared to untreated control animals. Males (9/10) also exhibited minimal to slight
4124 centrilobular hepatocellular hypertrophy as compared to females which showed an incidence of 1/10 for
4125 this effect.
4126

4127 Males showed a 2.1-fold increase in cell proliferation rate in liver; a 1.7-fold increase was observed in
4128 females. An increase in the incidence of apoptotic liver cells was observed in males only, with minimal
4129 to slight centrilobular hypertrophy recorded in 7/10 male and 2/10 female mice, respectively. In
4130 conclusion, NMP induced increased hepatocellular proliferation after dietary exposure for one or four
4131 weeks (NMP Producers Group, 2002b) as cited in OECD (2007b).
4132

4133 NMP was investigated for its ability to induce liver enzymes or peroxisome proliferation in B6C3F1
4134 mice treated at 7200 ppm via the diet (1364/1945 mg/kg bw/day in males/females). This dose was also
4135 shown to increase liver tumors in mice. The livers taken from 10 animals per sex were examined for
4136 cytochrome P450-content, and enzyme activity (ethoxyresorufin-O-deethylase (EROD) and
4137 pentoxyresorufin-O-depentylase (PROD)). In addition, 5 male and 5 female mice were examined for
4138 treatment-related changes in cyanide-insensitive Palmitoyl-CoA-oxidation (PALCoA) and
4139 histopathology, including changes in peroxisomes, endoplasmic reticulum or mitochondria. NMP
4140 exposure resulted in a slight increase in the activity of PALCoA in male animals; electron microscopy
4141 also revealed a slight elevation in peroxisomes in 2/5 males (NMP Producers group, 2002a) as cited in
4142 OECD (2007b).
4143

*Conclusions*

NMP has been evaluated in several in vitro and in vivo genotoxicity assays that cover a range of endpoints, including chromosomal aberration, DNA damage and repair, and point mutations. Negative results in these mammalian and bacterial test systems representing multiple endpoints indicate that NMP is unlikely to be genotoxic.

### 3.2.3.2.2   Carcinogenicity

In a 2-year inhalation cancer bioassay, Sprague-Dawley rats (120 per sex per concentration) were exposed in a whole-body experiment to NMP vapor concentrations of 41 and 405 mg/m$^3$ (0, 10 and 100 ppm) for 6 h/day, 5 days/week. Survival of treated rats did not differ from controls. Other than an increase in pituitary adenocarcinomas at 41 mg/m$^3$ at 18 months but not at 405 mg/m$^3$ or at 24 months, there were no increases in incidence of benign or malignant tumors at any concentration (Lee et al., 1987; DuPont, 1982).

In an oral dietary study, NMP was examined for its chronic toxicity and carcinogenic potential in groups of 62 male and 62 female Sprague-Dawley rats at concentrations of 0, 1600, 5000 or 15000 ppm (about 66/88, 207/283, 678/939 mg/kg bw/day, males/females) in food for two years. The survival of female rats was not affected, but males in the high dose group had lower survival due to increased severe chronic-progressive nephropathy. The incidence of benign or malignant tumors was not increased among rats (Malley et al., 2001; NMP Producers Group, 1997).

NMP was also administered to groups of 50 male and 50 female B6C3F1 mice receiving dietary concentrations of 0, 600, 1200 and 7200 ppm (about 89/115, 173/221, 1089/1399 mg/kg-bw/day, males/females) in an 18-month study. There was no difference in survival of treated mice compared with controls. Among the 7200 ppm males, incidences of liver carcinomas were increased, whereas the incidence in females was within the historical control range. Increased incidences of liver adenomas were also noted at 7200 ppm; these occurred in both sexes. NMP also caused other substance-related effects in the liver at 1,200 and 7,200 ppm. For example, increased metabolic activity was observed. In addition, mice exhibited increased liver weights and incidences of foci of cellular alteration in the liver at 7200 ppm in both sexes. In the 1200 ppm group, increased liver weights were also observed among males and 3/50 of the mice exhibited centrilobular liver cell hypertrophy (Malley et al., 2001) and NMP Producers Group, 1999a, as cited in OECD (2007b). Results of cancer bioassays for NMP are summarized in Table 3-6.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

4177 **Table 3-6. Summary of Tumor Incidence Data from Cancer Bioassays**

| Species/Strain/ Sex (Number/ group) | Exposure Route | Doses/ Concentrations | Duration | Cancer Incidence | Effect | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|
| Rat/Crj: CD(SD)/ Both (120) | Inhalation, whole body | 0, 41, 405 mg/m$^3$ | 6 hrs/day 5 days/week for 2 years | Summary data not presented | Increased pituitary adenocarcin-omas at 41 but not 405 mg/m3 and at 18 but not 24 months | DuPont (1982)[a] | Medium |
| Rat/Other/ Female (62) | Oral, dietary | 0, 87.8, 283, 939 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | 0, 2, 3, 3 | At least one mammary neoplasm | Malley et al. (2001)[b] | High |
| Mouse/ B6C3F1/ Male (50) | | 0, 89, 173, 1089 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | 5, 2, 4, 12[c] | Increased incidence of hepatocellular adenoma | | |
| | | | | 4, 1, 3, 13[c] | Increased incidence of hepatocellular carcinoma | | |
| Mouse/B6C3F1/ Female (50) | | 0, 115, 221, 1399 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | | 2, 2, 1, 7 [c] | Increased hepatocellular adenoma and carcinoma | | |
| | | | | 0, 0, 0, 3 [c] | Increased hepatocellular carcinoma | | |

4178 [a] This is the unpublished study of the published study identified as Lee et al. (1987)
4179 [b] Unpublished results in rats are available as NMP Producers Group (1997); the unpublished mouse study is NMP Producers
4180 Group, 1999a, as cited in OECD (2007b)
4181 [c] p < 0.05 by Cochran-Armitage trend test
4182

### 3.2.4   Weight of Scientific Evidence

4184 The best available human health hazard science was selected for dose-response modeling based on
4185 integrating the results of the data evaluation and weight-of-the-scientific evidence. Other recent
4186 assessments (EC, 2016; Danish Ministry of the Environment, 2015; U.S. EPA, 2015; NICNAS, 2013;
4187 OECD, 2009b; U.S. EPA, 2006b; WHO, 2001) have previously evaluated the weight of scientific
4188 evidence and identified reproductive and developmental toxicity as the most sensitive health effects
4189 associated with exposure to NMP. This section therefore focuses on the weight-of-the-scientific
4190 evidence for reproductive and developmental toxicity for both short-term and chronic exposures.

### 3.2.4.1    Weight of Scientific Evidence for Developmental Toxicity

A review of the reasonably available information shows comparable effect levels for developmental toxicity, with NOAELs typically ranging from 100-200 mg/kg-bw/day reported in oral exposure studies and effect levels ranging 479-612 mg/m$^3$ reported in the inhalation exposure studies. EPA identified sensitive and biologically relevant effects that occur along a continuum of reproductive and developmental toxicity, including decreased fetal and pup body weight, delayed ossification, skeletal malformations and increased fetal and pup mortality. These endpoints are discussed in more detail below.

A well-documented case report provides qualitative support for results in laboratory animals indicating that NMP may be detrimental to mammalian development. In this case report, a pregnant woman who was exposed to NMP at work via dermal and inhalation exposure aborted at week 31 of pregnancy. Although the precise exposure levels are unknown, she reportedly cleaned up an NMP spill that dissolved her latex gloves during week 16 of the pregnancy. She was ill for the next four days and experienced malaise, headache, nausea and vomiting (Solomon et al., 1996). Although this study provides some evidence that NMP may harm the developing conceptus, the lack of quantitative exposure data precludes its use for quantitative risk estimation.

Becci et al. (1982) reported adverse developmental effects in Sprague–Dawley rats following NMP exposure via dermal administration. Dams were exposed to NMP at 0, 75, 237 or 750 mg/kg-bw on gestation days (GD) 6-15. All animals were killed and subjected to uterine examination on day 20 of gestation. Treatment at 750 mg/kg-bw was associated with significant decreases in maternal body weight gain, and live litter size, as well as an increased incidence of resorptions and skeletal anomalies. No evidence of teratogenic or maternal effects was observed at 75 or 237 mg/kg-bw; the NOAEL for maternal and developmental toxicity was 237 mg/kg-bw.

Developmental toxicity was reported in Sprague–Dawley rats after NMP exposure via gavage administration (Saillenfait et al., 2002). Pregnant rats were dosed at 0, 125, 250, 500, or 750 mg/kg-bw on GD 6-20. All animals were killed and subjected to uterine examination on day 21 of gestation. A dose-related decrease in fetal body weights (males, females) was observed at all doses, reaching statistical significance at 250 mg/kg-bw. Significantly decreased maternal body weight gain/food consumption and an increased incidence of post implantation loss/fetal resorption and fetal malformations were reported at doses $\geq$ 500 mg/kg-bw; observed treatment-related anomalies included imperforate anus, the absence of a tail and malformation of the spinal column, heart and/or great vessels. The NOAELs for maternal and developmental toxicity were 250 and 125 mg/kg/day, respectively.

The developmental toxicity of NMP was also studied in Sprague–Dawley rats after whole body inhalation exposure (Saillenfait et al., 2003). Pregnant rats were exposed to NMP vapor at 0, 30, 60 or 120 ppm (0, 122, 243 and 487 mg/m$^3$ nominal concentration), 6 h/day, on GD 6-20. Maternal body weight gain was significantly decreased at 60 and 120 ppm during the first half of exposure (GD 6–13) and maternal food consumption was reduced at 120 ppm on GD 13–21; however, no significant difference in the gestational weight change of treated dams was observed when maternal body weight was corrected for gravid uterine weight. No evidence of teratogenicity was observed at any concentration tested. Fetal toxicity, as evidenced by dose-related decreases in fetal body weight (males, females) was observed at all doses tested, reaching statistical significance at 120 ppm (5-6% reduction in

body weight relative to controls). The NOAEC for maternal and developmental toxicity were 30 and 60 ppm, respectively.

These findings are consistent with reports of fetal growth retardation and the absence of teratogenic effects in previous studies of the developmental toxicity of inhaled NMP. In a two-generation reproduction study, Sprague Dawley rats were exposed to NMP via (whole body) inhalation at 116 ppm, 6 h/day, prior to mating and throughout gestation and lactation (Solomon et al., 1995). Half of the dams were subjected to cesarean section on GD 21 and the remaining litters were evaluated up to weaning. No adverse effects on offspring viability or morphology were reported other than a decrease in fetal and pup body weights. Hass et al. (1995) exposed pregnant rats via (whole body) inhalation to 165 ppm NMP, 6 h per day, from GD 4-20. Delayed skeletal ossification and decreased fetal body weights were reported in offspring of treated dams following NMP exposure. In a previous study, (whole body) inhalation exposure to Wistar rats at 150 ppm NMP on GD 7–20 resulted in significantly decreased pup body weights that persisted from birth until 5 weeks of age. No signs of maternal toxicity were observed in either study (Hass et al., 1994).

Mortality and structural malformations have been detected in rats following high levels of NMP exposure via dermal (Becci et al., 1982) and gavage administration (Saillenfait et al., 2002). Differences in the developmental response to NMP may be ascribed in part, to quantitative and/or qualitative differences in the exposure of the embryo/fetus by route of administration. Studies in humans and rats indicate that NMP is readily absorbed by all routes of exposure and extensively metabolized prior to excretion in urine; however, the peak concentration and residence time of the parent compound may vary depending on the route of exposure and the metabolic "status" of the exposed individual (Jönsson and Akesson, 2001; 2000; Anundi et al., 2000; Akesson and Jönsson, 1997; Ursin et al., 1995; Midgley et al., 1992).

NMP and its metabolites were evaluated for potential embryotoxicity using the rat whole embryo culture (WEC) and the BALB/c 3T3 cytotoxicity test (Flick et al., 2009). The resulting data were evaluated using two strategies; one based on all endpoints evaluated in the WEC and the other included endpoints from both the WEC and a cytotoxicity test. Based on the reported results, the substance with the highest embryotoxic potential was NMP, followed by 5-hydroxy-N-methyl-pyrrolidone (5-HNMP), 2-hydroxy-N-methylsuccinimide (2-HMSI) and N-methylsuccinimide (MSI). Developmental anomalies induced by NMP and 5-HNMP include aberrations in the head region of the embryos, abnormal development of the second branchial arches and open neural pores. Only NMP and 5-HNMP induced specific embryotoxic effects, whereas the other two metabolites, 2-HMSI and MSI, were determined to be non-embryotoxic.

EPA assessed risks for adverse developmental effects within the context of the exposure scenarios identified in the exposure assessment, as summarized in Table 3-7.

### 3.2.4.1    Weight of Scientific Evidence for Reproductive Toxicity

A review of the reasonably available scientific information identified decreased male and female fertility and testicular lesions and atrophy as potential reproductive effects of NMP exposure. Effects on fertility have been reported at doses lower than those associated with developmental effects, but are less consistently observed across studies than developmental effects.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

4281 Three oral exposure reproductive studies reported reduced fertility or reproductive success. Sitarek et al.
4282 (2012) reported a decrease in the number of pregnant female rats following oral gavage exposure to 450
4283 mg/kg-bw/day five days a week for two weeks prior to mating. This study identified a NOAEL of 150
4284 mg/kg-bw/day for reproductive toxicity. Another study focused on effects of paternal exposure via oral
4285 gavage. Paternal NMP exposure for ten weeks prior to mating and during mating was associated with
4286 reduced male fertility (NOAEL = 300 mg/kg-bw/day) and decreased viability of offspring in the first
4287 four days of life (NOAEL = 100 mg/kg-bw/day) (Sitarek and Stetkiewicz, 2008).
4288
4289 In a two-generation study, Exxon Biomedical Sciences (1991) reported significant decreases in male
4290 fertility and female fecundity as well as reduced survival and growth rates in offspring following oral
4291 dietary exposure to 500 mg/kg/day beginning ten days prior to conception and throughout gestation and
4292 lactation. In the second generation (rats exposed throughout development and as adults during mating),
4293 significant reductions in male fertility and female fecundity were reported at all doses. At 50 mg/kg-
4294 bw/day, the lowest dose tested, male fertility decreased 18-28% and female fecundity decreased 18-20%
4295 relative to controls. Study authors concluded that these statistically significant effects were not
4296 biologically significant at low and mid-range doses because they were "within or close to historical
4297 control ranges" and identified a NOAEL of 160 mg/kg-bw/day for reproductive effects. However,
4298 historical control data from the performing laboratory were not provided. EPA considered these
4299 significant reductions in male fertility and female fecundity relative to concurrent controls biologically
4300 relevant and identified the lowest dose tested, 50 mg/kg/day, as the LOAEL for reproductive effects.
4301
4302 In reviewing the findings from Exxon (1991), EPA also considered limited published historical control
4303 data (HCD) for Sprague-Dawley rat male and female fertility in reproductive toxicity studies, as well as
4304 available online information from a contract research laboratory (CRO) (Charles River, 2018).  These
4305 sources reported mean male HCD fertility indices of 86.4% in second generation males from 27
4306 reproduction studies (Marty et al., 2009, 1580376) and 94.1% from 208 studies (4359 rats) assessed by
4307 the CRO (Charles River, 2018).  Mean female HCD fertility indices were 87.5% in second generation
4308 females from 27 studies reported by Marty et al. (2009), and 93.9% from 211 studies (4854 rats)
4309 evaluated by the CRO.  These data support the EPA interpretation of the Exxon (1991) fertility data,
4310 although it is acknowledged that appropriate HCD data from the performing laboratory are preferred for
4311 use in data interpretation (U.S. EPA, 1991c).
4312
4313 Other two-generation studies did not replicate effects on reduced fertility. Two two-generation guideline
4314 dietary exposure studies in rats reported no adverse reproductive effects at the highest doses tested (500
4315 mg/kg/bw/day, subsequently reduced to 350 mg/kg-bw/day due to pup mortality) (NMP Producers
4316 Group, 1999a, b). EPA has reviewed summaries of these two unpublished two-generation studies
4317 (RIVM, 2013; OECD, 2007b) but data in these reports are not publicly available and EPA does not have
4318 complete access to the full reports. EPA is therefore unable to evaluate study quality or incorporate
4319 quantitative information from these studies into the dose-response assessment. A two-generation whole
4320 body inhalation exposure study in rats also found no effects on fertility or fecundity following exposure
4321 to 10, 51, or 116 ppm NMP for 6 hr/day, 7 days/week prior to mating, and during mating, gestation, and
4322 lactation (Solomon et al., 1995). However, the second-generation rats were not exposed from weaning to
4323 mating, and the F1 adults were mated with a cohort of untreated rats. In addition, there were
4324 uncertainties related to actual exposures achieved in this study.
4325

4326 Several oral repeated-dose studies detected testicular lesions and smaller testes (atrophy). A four-week
4327 oral exposure study identified a NOAEL of 429 mg/kg-bw/day for testicular lesions and atrophy (Malek
4328 et al., 1997) while a two-year oral exposure study in rats identified a NOAEL of 207 mg/kg/day for
4329 testicular lesions and atrophy (Malley et al., 2001). The same study observed no effect on testicular
4330 atrophy in mice. In a third oral exposure study, male mice were exposed to NMP for ten weeks prior to
4331 mating and during mating. This study reported cellular depletion of seminiferous tubule epithelium and
4332 reduced male fertility at 1000 mg/kg-bw/day, but not at 300 mg/kg-bw/day (Sitarek and Stetkiewicz,
4333 2008).

4334
4335 Other studies reported no effect on male reproductive endpoints, including a three month oral exposure
4336 in beagle dogs (NOAEL = 246 mg/kg-bw/day) (Becci et al., 1983) and a 90 day oral exposure study in
4337 rats (NOAEL = 1057 mg/kg-bw/day) and mice (NOAEL = 1931 mg/kg-bw/day) (Malley et al., 1999)
4338 and a chronic inhalation study in rats (NOAEL= 100 mg/kg-bw/day) (DuPont, 1982).

4339
4340 EPA assessed risks for adverse reproductive effects within the context of the exposure scenarios
4341 identified in the exposure assessment, as summarized in Table 3-7.

4342
4343 **Table 3-7. Summary of Exposure Pathways and Toxicity Endpoints used for Risk Evaluation**

| Receptors | Exposure Pathway and Analytical Approach | |
|---|---|---|
| | **Acute Dermal and Inhalation Exposures** | **Chronic Dermal and Inhalation Exposures** |
| Worker Users and Nearby Worker Non-Users | Toxic endpoint: Developmental toxicity [a] Risk approach: Margin of Exposure (MOE) | Toxic Endpoint: Reproductive toxicity (fertility/developmental) Risk approach: Margin of Exposure (MOE) |
| Consumer Users and Nearby Residential Non-Users | | Chronic risks were not evaluated. This pathway was not expected to occur in consumer users or bystanders. |
| [a] Acute dermal and inhalation toxicity studies were not used because they typically measure lethality at high doses and do not provide the level of analysis to assess non-effect levels from single exposures. | | |

4344
4345
4346 ### 3.2.5   Dose-Response Assessment
4347 This section identifies the endpoints EPA selected for risk estimation. Available studies were reviewed
4348 based on study design, analysis and reporting quality to evaluate their individual strengths and
4349 weaknesses as summarized in Section 0. Guideline studies and other protocols that utilized good
4350 laboratory practices were considered if they met PECO and study quality criteria. The selected studies
4351 were then evaluated in the dose-response assessment.

4352
4353 Effects observed in multiple studies that were determined to be sensitive and biologically relevant, were
4354 considered for points of departure (POD) and dose-response analysis. These endpoints include:

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

4355  • Decreased fetal/pup weight, PND 0, 4, 21
4356  • Increased fetal/pup mortality, PND 0, 4, 21
4357  • Skeletal malformations and incomplete skeletal ossification
4358  • Reduced male and female fertility

4359  Although it is unclear whether fetal effects are secondary to maternal toxicity, NMP can cross the
4360  placenta (RIVM, 2013); therefore, EPA considers the fetal effects observed following NMP exposure to
4361  be biologically relevant.
4362
4363  Numerous studies are available to assess the developmental effects of NMP exposure in rats. Most are
4364  based on oral exposure, although some administered NMP via inhalation route. One study evaluated the
4365  developmental effects following dermal exposure to rats. Table 3-8 summarizes the developmental
4366  endpoints evaluated in the studies reviewed for this assessment. Although developmental outcomes may
4367  vary due to temporal variations in vulnerability, EPA considers the general consistency of outcomes
4368  observed across different species, routes, durations and windows of exposure to be supportive of the
4369  robustness of this treatment effect.
4370
4371  Several studies are available to assess the reproductive effects of NMP exposure. While reproductive
4372  effects are less consistently reported across studies than developmental effects, reduced fertility
4373  following exposure throughout gestation, lactation, growth, puberty, and prior to mating is a particularly
4374  sensitive endpoint. It is consistent with reduced fertility observed at higher doses following exposure to
4375  NMP prior to mating. Table 3-9 summarizes the effects on fertility observed in studies considered in this
4376  assessment.
4377
4378  **Table 3-8. Evidence for NMP-induced Developmental Toxicity**

| | Study | Data Quality Score | Fetal Weight GD 20 - PND 1 | Pup Weight PND 4 | Pup Weight PND 21 | Fetal Mortality [a] (multiple metrics) | Pup Mortality PND 4 | Pup Mortality PND 21 | Incomplete Ossification | Skeletal Malformations |
|---|---|---|---|---|---|---|---|---|---|---|
| **ORAL STUDIES** | (Sitarek et al., 2012) | High | -- | ↓ | ↓ | ↑ | ↑ | ↑ | NA | NA |
| | (Sitarek and Stetkiewicz, 2008) | High | NA | NA | NA | -- | ↑ | -- | NA | NA |
| | (NMP Producers Group, 1999a)[c] | Not rated | | ↓ | ↓ | ↑ | ↑ | ↑ | | |
| | (NMP Producers Group, 1999b)[c] | Not rated | | ↓ | ↓ | ↑ | ↑ | ↑ | | |
| | (Saillenfait et al., 2002) | High | ↓ | NA | NA | ↑ | NA | NA | ↑ | ↑ |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| | Study | Data Quality Score | Fetal Weight GD 20 - PND 1 | Pup Weight PND 4 | Pup Weight PND 21 | Fetal Mortality[a] (multiple metrics) | Pup Mortality PND 4 | Pup Mortality PND 21 | Incomplete Ossification | Skeletal Malformations |
|---|---|---|---|---|---|---|---|---|---|---|
| **INHALATION STUDIES** | (Exxon, 1992) | High | ↓ | NA | NA | -- | NA | NA | ↑ | -- |
| | (Saillenfait et al., 2003) | High | ↓ | NA | NA | -- | NA | NA | -- | -- |
| | (Hass et al., 1995)[d] | Not rated | ↓ | NA | NA | ↑ | NA | NA | ↑ | -- |
| | (Hass et al., 1994)[d] | Not rated | ↓ | ↓ | ↓ | -- | -- | -- | NA | NA |
| | (Solomon et al., 1995; DuPont, 1990) | High | ↓ | ↓ | ↓ | ↑[b] | -- | -- | ↑ | ↑ |
| | (Lee et al., 1987) | High | -- | NA | | -- | NA | | -- | -- |
| **DERMAL STUDIES** | (Becci et al., 1982) | Medium | ↓ | NA | ↑ | NA | NA | NA | ↑ | ↑ |

↓ indicates decrease, ↑ indicates increase, -- indicates no change
[a] May be based on resorptions, post-implantation loss, dead pups at birth or decreased live pups at birth
[b] Statistically significant increase for $p = 0.1$
[c] Studies not rated because EPA does not have access to the complete study report. These studies are included here because previous assessments have cited them as supporting studies and they contribute to overall weight of evidence.
[d] Studies not rated because they were excluded by the PECO statement in the systematic review process due to the lack of dose-response information (the study used a single high dose). These studies are included here because previous assessments have cited them as supporting studies and they contribute to overall weight of evidence.
NA = Not Assessed
Blank = Data not publicly available

4379
4380

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

4381 **Table 3-9. Evidence for NMP-induced Reproductive Toxicity**

| Study | | Data Quality Score | Effects following adult exposure | | Effects following exposure throughout development[a] | |
|---|---|---|---|---|---|---|
| | | | Male fertility | Female fecundity | Male fertility | Female fecundity |
| **ORAL STUDIES** | (Exxon, 1991) | High | -- | -- | ↓ | ↓ |
| | (Sitarek et al., 2012) | High | NA | ↓ | NA | NA |
| | (Sitarek and Stetkiewicz, 2008) | High | ↓ | NA | NA | NA |
| | (NMP Producers Group, 1999a)[b] | Not available | | | | |
| | (NMP Producers Group, 1999b)[b] | Not available | | | | |
| **INHALATION STUDIES** | (Solomon et al., 1995; DuPont, 1990) | High | -- | -- | -- | -- |

↓ indicates decrease, ↑ indicates increase, -- indicates no change
[a] In Exxon 1991 and the NMP Producers Group 1999 studies, reproductive effects in the second generation were evaluated following exposures throughout gestation, lactation, growth, puberty and adulthood prior to mating. In the Solomon et al 1995/Dupont 1990 study, second generation rats were not exposed after weaning and exposed rats were mated with unexposed controls.
[b] Studies not rated because EPA does not have access to the complete study reports. These studies are included here because previous assessments have cited them as supporting studies and they contribute to overall weight of evidence.
NA = Not Assessed
Blank = Data not publicly available

4382

### 3.2.5.1    Selection of Endpoints for Dose-Response Assessment

4384

4385 ***Decreased fetal/pup weights***
4386 Decreased fetal and/or postnatal body weights were consistently observed across studies despite
4387 variations in dosing time and exposure routes. The fetal and postnatal body weight effects noted in Table
4388 3-8 were plotted graphically in exposure-response arrays (**Figure 3-2** and Figure 3-3). Exposure-
4389 response arrays are a graphical representation of available dose-response data for significant effects.
4390 Included in the exposure-response arrays are LOAELs and NOAELs, based on applied doses. The
4391 graphical display allows the reader to quickly compare study outcomes, based on the same or groups of
4392 related endpoints for growth and development. In this case, the exposure –response arrays illustrate the
4393 concordance and consistency of these effects – meaning that the effects were present in multiple studies
4394 and the NOAELs and LOAELs occurred within a narrow dose range.
4395

4396   As illustrated in Figure **3-2**, fetal body weights were decreased with oral (gavage) exposures in several
4397   rat studies. Saillenfait (2002) reported fetal body weights decreased by 10% at 250 mg/kg-bw/day and
4398   by 47% at the highest dose, 750 mg/kg-bw/day. In the Exxon (1992) study, fetal body weights decreased
4399   by 10-11% at 400 mg/kg-bw/day, the highest dose tested. Sitarek et al. (2012) observed 25-30%
4400   decrements in pup body weight (PND 4) following maternal exposure to concentrations > 150 mg/kg-
4401   bw/day. Because the Sitarek study involved maternal exposures that continued through the postnatal
4402   period, the significant decreases in pup body weights observed at PND 4 but not at PND 1 might have
4403   been due to toxicity resulting from prenatal exposure to NMP and/or as a result of postnatal transfer of
4404   NMP to the pups via lactation.

4405

4406   Figure 3-3 presents the exposure-response array for the inhalation studies in rats. Statistically significant
4407   decreases in body weights were observed following inhalation exposure at concentrations ranging from
4408   479 to 612 mg/m$^3$ in multiple studies (Saillenfait et al., 2003; Hass et al., 1995; Hass et al., 1994;
4409   DuPont, 1990). Saillenfait et al. (2003) observed 5-6% decrements in fetal body weights at 486 mg/m$^3$
4410   and DuPont (1990) observed 7% decrements in fetal body weights at 479 mg/m$^3$. Two studies by Hass et
4411   al. (1995; 1994) also indicated that fetal body weights were decreased in both Wistar and Sprague-
4412   Dawley rats; however, both of the Hass studies were excluded by the systematic review process for
4413   selection of candidate PODs for this risk evaluation because only one dose level (612 mg/m$^3$) was used
4414   in each study. They are included here because they are used as supporting studies in several previous
4415   assessments (U.S. EPA, 2015; RIVM, 2013), and they contribute to the overall weight of evidence. In
4416   contrast, no changes in fetal body weight were observed in a study by (Lee et al., 1987).

4417

4418   The DuPont and Hass studies also noted decreased pup body weights (Hass et al., 1995; Hass et al.,
4419   1994; DuPont, 1990). In the DuPont study, exposures were suspended from GD 20 through PND 4, but
4420   the weight decrement remained, lending support to the notion that decreased body weight is a persistent,
4421   adverse effect.

4422

4423   Based on the observations of decreased fetal and postnatal body weights, EPA considered decreased
4424   fetal body weights as a potential key endpoint for use in the risk calculation for chronic exposure. These
4425   effects were consistent among multiple studies with different dosing regimens and across exposure
4426   routes. Reduced fetal body weight is a sensitive endpoint that is considered a marker for fetal growth
4427   restriction which is often assumed to be representative of repeated dose rather than acute exposures (van
4428   Raaij et al., 2003). Decreases in fetal and postnatal body weights occur at similar dose levels. Decreased
4429   fetal body weight was assumed to be the proximate event. In a previous risk evaluation, EPA used this
4430   endpoint as the basis for evaluating chronic risks (U.S. EPA, 2015).



4431
4432  **Figure 3-2. Studies that Measured Reproductive and Developmental Effects after Repeated Dose**
4433  **Oral or Dermal Exposure.**

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



**Figure 3-3. Studies that Measured Reproductive and Developmental Effects after Repeated Dose Inhalation Exposure.**

Note, the Hass 1994 and Hass 1995 studies were screened out in systematic review because they evaluated effects of a single dose. They were not evaluated for study quality, but they are included here as part of the weight of evidence. The Dupont 1990 study (Solomon et al., 1995; DuPont, 1990) was rated a high-quality study, but it is not consistent with guidelines for 2 generation studies and there were uncertainties about the actual doses achieved at the highest exposure.

***Resorptions and Fetal Mortality***

Fetal resorptions have been observed in oral, inhalation and dermal studies (Saillenfait et al., 2002; E I Dupont De Nemours & Co, 1990; Becci et al., 1982). Fetal and postnatal mortality have also been observed in oral and dermal studies (Sitarek et al., 2012; NMP Producers Group, 1999a, b; Becci et al., 1982). Statistically significant increases in resorptions or mortality were seen consistently at administered doses of 500 – 1000 mg/kg-bw/day in all studies at the tested doses.

4448  In the single dermal study fetal/pup mortality was increased at 750 mg/kg-bw/day (Becci et al., 1982). In
4449  inhalation studies with exposures up to the air saturating concentration, statistically significant increased
4450  resorptions or fetal and postnatal pup mortality were not observed, possibly due to the limited NMP
4451  exposure concentration. Resorptions and mortality can occur following a single exposure during a
4452  sensitive developmental stage and as such, resorptions and fetal and postnatal mortality are considered a
4453  relevant endpoint for acute effects (van Raaij et al., 2003).

4454
4455  EPA also considered the relevance of increased postnatal mortality observed in the Sitarek et al. (2012)
4456  and NMP Producers Group (NMP Producers Group, 1999a, b) studies. This outcome was not
4457  consistently observed in other studies: Sitarek et al. (2012) observed increased pup mortality at 150
4458  mg/kg-bw/day, the NMP producers group studies did not see increased pup mortality until 350 mg/kg-
4459  bw/day and no increase in pup mortality was observed in DuPont (1990). When increased post-natal
4460  mortality was observed, the NOAELs were within the same range as other sensitive endpoints, such as
4461  reduced fetal body weight (e.g., see Table 3-2).

4462
4463  EPA selected increased fetal resorptions/fetal mortality as a key endpoint for the calculation of risks
4464  associated with acute exposures. Fetal resorptions (mortality) may result from a single exposure at a
4465  developmentally critical period (Davis et al., 2009a; van Raaij et al., 2003; U.S. EPA, 1991b). In the
4466  studies reviewed, increased fetal mortality occurred at relatively low exposures, suggesting that this was
4467  a sensitive and relevant endpoint, suitable for use in the risk assessment.

4468
4469  ***Other Fetal Effects***
4470  Incomplete ossification was observed following exposures to NMP via oral, inhalation and dermal
4471  routes. Incomplete ossification is a decrease in the amount of mineralized bone expected for
4472  developmental age and is one of the most common findings in developmental toxicity studies (Carney
4473  and Kimmel, 2007). Saillenfait et al. (2002) reported statistically significant increases in incidences of
4474  incomplete ossification of sternebrae, skull and thoracic vertebral centra at GD 20 for oral doses of 500
4475  and 750 mg/kg-bw/day. Hass et al. (1995) reported statistically significant increases in delayed
4476  ossification of cervical vertebrae 4 through 7 and digital bones following an inhalation exposure at a
4477  concentration of 669 mg/m³. Becci et al. (1982) reported a statistically significant increase in incidences
4478  of incomplete ossification of vertebrae at 750 mg/kg-bw/day dermal application. On the other hand,
4479  several inhalation exposure studies found no increased incidence of incomplete or delayed ossification
4480  (Saillenfait et al., 2003; E I Dupont De Nemours & Co, 1990; Lee et al., 1987).

4481
4482  The areas of increased incomplete ossification that were observed in fetuses at GD 20 or 21 were in
4483  bones that are undergoing rapid ossification during the period of observation, but there are a number of
4484  hormones considered to be important for regulating skeletal development (Carney and Kimmel, 2007).
4485  There are several clues that may be indicative of effects due to something other than generalized delay,
4486  including: delays in the presence of specific skeletal malformations, teratogenesis or unusual patterns of
4487  delayed ossification (Carney and Kimmel, 2007; van Raaij et al., 2003). Based on the absence of such
4488  observations EPA considered NMP-associated delayed ossification to represent a continuum of effects
4489  related to delays in fetal growth and development, associated with decreased fetal and/or pup body
4490  weight.

4491
4492  Skeletal malformations are considered permanent structural changes that are likely to adversely affect
4493  the survival or health of the species (Daston and Seed, 2007) and were observed in some NMP studies

4494 via oral exposure. The Saillenfait et al. (2002) study reported aggregated skeletal malformations
4495 (including ribs, vertebrae and others) at GD 20 for oral doses of 500 and 750 mg/kg-bw/day. In contrast,
4496 skeletal malformations were not observed in one dermal study and inhalation studies conducted up to the
4497 air-saturating concentration. Increased skeletal malformations may not have been observed in the
4498 inhalation studies because the vapor pressure of NMP limited the attainment of toxic concentrations in
4499 air.

4500

4501 *Reduced fertility*
4502 Reduced male fertility and female fecundity in the second generation of rats in a two-generation dietary
4503 reproductive study (Exxon, 1991) were among the most sensitive reproductive and developmental
4504 effects reported in the repeated dose studies reviewed for this risk evaluation (see Figure **3-2**). Evidence
4505 of reduced male fertility and female fecundity in this study is further supported by coinciding
4506 observations of reduced litter size. It is unknown whether the fertility effects were initiated during
4507 gestational, lactational, pubertal, growth, or adult exposures. While other two-generation studies failed
4508 to replicate this effect (NMP Producers Group, 1999a, b), reproductive toxicity reported in Exxon
4509 (1991) is supported by evidence of effects on fertility following pre-mating exposures in males and
4510 female rats described by Sitarek et al. (2012; 2008). Reductions in offspring survival reported following
4511 paternal pre-mating exposure (Sitarek and Stetkiewicz, 2008) indicate that reproductive effects may
4512 include effects on gametes that impair offspring health and survival. Reduced fertility may therefore be
4513 considered part of a continuum of reproductive and developmental effects of NMP exposure.

4514

4515 EPA considered decreased fertility a potential key endpoint for use in the risk calculation for chronic
4516 exposures. Reduced male fertility and female fecundity were the most sensitive endpoints reported.
4517 Observations from a 2-generation exposure study are supported by effects on male and female fertility
4518 following adult exposures. The previous EPA assessment (U.S. EPA, 2015) did not characterize dose-
4519 response for these fertility endpoints because the effect observed in the Exxon (1991) study was not
4520 replicated in more recent 2-generation studies. However, EPA does not have complete access to the
4521 studies that failed to replicate these findings (NMP Producers Group, 1999a, b), and cannot evaluate the
4522 validity of the results. Re-evaluation of the Exxon study demonstrates that the study shows a significant
4523 effect in the most sensitive reproductive and developmental endpoints identified in the available
4524 literature.

4525

4526 *Key Endpoints*
4527 Developmental effects have consistently been reported following NMP exposure in laboratory animals
4528 and a case report provides limited evidence of developmental toxicity in humans. In addition,
4529 reproductive effects following NMP exposure have been reported in several animal studies. Collectively
4530 the reported effects on reproduction and development, which include reduced male and female fertility,
4531 decreased fetal and postnatal body weight, incomplete ossification, skeletal malformations and fetal or
4532 postnatal mortality represent a continuum of biologically relevant outcomes that provide important
4533 insights for hazard characterization. The developmental effects reported in different studies following
4534 NMP exposure occur within a narrow dose range (i.e., 100 to 1000 mg/kg-bw/day for oral and 470 to
4535 669 mg/m³ for inhalation exposures) and appear to persist based on clinical observations reported
4536 through PND 21. EPA considers the general consistency of the NMP treatment effects reported across
4537 studies to be supportive of the robustness of the developmental endpoints used for risk evaluation, which
4538 exist along a continuum of adverse treatment effects. While reproductive effects are less consistent
4539 across studies, reduced fertility is the most sensitive endpoint reported.

4540   EPA has selected fetal resorptions (mortality) as the basis of the dose-response analysis for acute
4541   exposures. Acute toxicity studies observing other effects (e.g., LD50 values for acute toxicity or
4542   lethality) were not used for the acute POD because the doses at which these effects were observed are
4543   higher than those that caused toxic effects in developmental studies. Developmental studies involve
4544   multiple exposures (i.e., test substance is administered for 10-15 days); however, they are relevant to
4545   single exposures because some developmental effects, such as fetal resorptions and mortality, may result
4546   from a single exposure at a developmentally critical period (Davis et al., 2009b; van Raaij et al., 2003;
4547   U.S. EPA, 1991b). In an analysis of the utility of developmental toxicity repeat dose studies for use in
4548   the assessment of risks following acute exposures, van Raaij et al. compared the potency (NOAELs and
4549   LOAELs) of developmental toxicity reported in repeated dose studies and single dose studies (van Raaij
4550   et al., 2003). Van Raaij et al. found that there is a relatively small difference between repeated and single
4551   dose studies in the NOAELs and LOAELs reported for resorptions and related mortality events and
4552   concluded that "resorptions observed in standard guideline based developmental toxicity studies are
4553   considered to be relevant endpoints for setting limits for acute exposure." Consequently, EPA
4554   determined that these endpoints are most applicable to assessing risks from acute exposures, where the
4555   risk of their occurrence is assumed to depend on exceedance of a threshold value for even a single day
4556   (i.e., peak concentration) rather than a time weighted average value and the magnitude of the exposure is
4557   considered more important for these effects under these study conditions.
4558
4559   EPA selected reduced male fertility, female fecundity and reduced fetal body weights as the basis for the
4560   dose-response analysis for chronic exposures. Reduced fertility in male and female rats exposed
4561   throughout development and prior to mating in a two-generation reproductive study was the most
4562   sensitive reproductive and developmental endpoint identified in the available literature following
4563   chronic exposures. Because NMP exposure in this study occurred throughout gestation, post-weaning,
4564   growth, and prior to mating, it is unknown whether effects represent a developmental effect or whether
4565   they are a result of subsequent exposures. Evidence for sensitive effects on fertility is complemented by
4566   robust evidence of developmental toxicity. As documented above, reduced fetal body weight was
4567   observed consistently across multiple studies with different dosing regimens and across exposure routes.
4568   Reduced fetal body weight is a sensitive endpoint that is considered a marker for fetal growth restriction
4569   typically resulting from repeated dosing during gestation rather than a single acute dose (van Raaij et al.,
4570   2003). Together, these observations indicate a continuum of reproductive and developmental effects
4571   associated with NMP exposure. EPA therefore performed dose-response analysis on all three of these
4572   reproductive and developmental endpoints (male fertility, female fecundity, and fetal body weight) for
4573   consideration as the chronic POD.
4574

4575       ### 3.2.5.2    Dose Metrics Selected
4576
4577   The selection of the internal dose metric, used to establish "equivalent" exposures, is an important
4578   decision in the use of the PBPK model for extrapolation of doses across routes and from rats to humans.
4579   Internal dose metric selection is endpoint specific (U.S. EPA, 2006a). For example, the dose metric area-
4580   under-the-curve (AUC) of the average blood concentration is generally considered appropriate for
4581   endpoints associated with repeat dose, assuming that a sustained internal dose of NMP is needed to
4582   induce the effects. Endpoints that are associated with a single or short-term acute exposure, assuming
4583   that a single dose effect is needed to induce these effects, are generally best evaluated by a metric that
4584   captures peak exposure, such as $C_{max}$.
4585

4586 Reduced fertility following chronic exposure throughout several lifestages is best represented by the
4587 AUC of average blood concentration. Similarly, as described above in Section 3.2.4.1, the endpoint of
4588 decreased fetal body weight was presumed to be a marker of reduced fetal growth resulting from
4589 repeated dose exposure during gestation. Therefore, decreased fetal body weight is expected to be better
4590 represented by the AUC of average blood concentration during the vulnerable period of fetal
4591 development.

4592

4593 EPA evaluated average AUC (total AUC divided by the number of days, starting from the first day of
4594 exposure until the day of measurement), *e.g.*, GD6-20 for Becci et al., ([1982](#)) or GD5-21 for Saillenfait
4595 et al. ([2003](#)) with decreased fetal body weights for oral, inhalation and dermal routes of exposure to
4596 confirm the metric is consistent in its estimation of a toxic response across routes. Seven studies that
4597 measured fetal body weights were used for evaluating consistency between the internal dose and the
4598 response expressed as percent change from control in body weight. The data points were fit to a line and
4599 the correlation coefficient ($R^2$) was used to evaluate linearity, shown in Figure 3-4. The Average Daily
4600 AUC metric had a reasonable correlation with fetal body weight changes. Varying the period of
4601 averaging for the daily AUC metric may provide higher correlations with fetal body weights.
4602



4603
4604 **Figure 3-4. Analysis of Fit: Average Daily AUC vs Fetal or Postnatal Body Weight**
4605
4606 As described in Section 3.2.5.1, fetal resorptions and fetal mortality are assumed to be associated with
4607 acute exposures during fetal development; however, lacking a clear understanding of the possible mode

4608  of action, the best dose metric for the evaluation of fetal resorptions and mortality is unclear. Per EPA
4609  guidance (U.S. EPA, 2006a), both AUC and peak blood dose ($C_{max}$) were used to evaluate this endpoint.
4610

4611  Developmental effects such as fetal mortality and reduced fetal body weight occur following maternal
4612  exposure. To identify $C_{max}$ or AUC for developmental effects, BMD modeling was based on internal
4613  doses predicted by the PBPK model for adult females. Reproductive effects in the key study were
4614  observed following exposure throughout gestation, lactation, puberty, and mating and it is unknown
4615  which periods of exposure contributed to reduced fertility. Therefore, internal doses for fertility
4616  endpoints were calculated based on internal exposure levels in young post-weaning rats, the life stage at
4617  which calculated internal doses are the lowest. EPA performed a sensitivity analysis to determine the
4618  effect of this assumption on the POD. BMDLs calculated based on lower internal exposures in young
4619  post-weaning rats were up to 2-fold lower than BMDLs calculated based on internal exposures at other
4620  life stages.
4621

4622  ### 3.2.5.3   Potentially Exposed and Susceptible Subpopulation

4623  Based on the weight of the scientific evidence, reduced fertility and developmental toxicity are the most
4624  sensitive effects of NMP exposure. The lifestages of greatest concern for developmental effects are
4625  pregnant women, the developing fetus, and women of childbearing age who may become pregnant.
4626  Lifestages of concern for effects on reproductive health and fertility include men and women of
4627  reproductive age as well as children and adolescents. The results of one two-generation study in rats
4628  (Exxon, 1991) indicate that developmental and early childhood exposure to NMP may contribute to risk
4629  of reduced fertility in adulthood. Other potential hazards of NMP identified in Section 3.2.3 may be of
4630  concern for other lifestages.
4631

4632  Certain human subpopulations may be more susceptible to exposure to NMP than others. One basis for
4633  this concern is that the enzyme CYP2E1 is partially involved in metabolism of NMP in humans and
4634  there are large variations in CYP2E1 expression and functionality in humans (Ligocka et al., 2003). The
4635  variability in CYP2E1 in pregnant women could affect how much NMP reaches the fetus, which
4636  typically does not express CYP2E1 (Hines, 2007). Newborns and very young infants are particularly
4637  susceptible to NMP exposure because they are metabolically immature. CYP2E1 is not fully expressed
4638  in children until about 90-days of age (Johnsrud et al., 2003). The variability in CYP2E1 was identified
4639  as an important uncertainty that was reflected in the calculation of the intraspecies uncertainty factor
4640  (human variability). Pre-existing conditions affecting the liver may also impair metabolism of NMP in
4641  some individuals. For example, fatty liver disease has been associated with reduced CYP function
4642  (Fisher et al., 2009).
4643

4644  Genetic variations or pre-existing conditions that increase susceptibility of the reproductive system, the
4645  hepatic, renal, nervous, immune, and other systems targeted by NMP could also make some individuals
4646  more susceptible to adverse health outcomes following consumer or workplace exposures. In addition,
4647  people simultaneously exposed to other chemicals targeting these systems may also be more susceptible
4648  to effects of NMP exposure.
4649

4650  While an uncertainty factor for interindividual variability provides some additional protection for
4651  susceptible subpopulations, a lack of quantitative information on the extent to which any of these
4652  specific factors increases risk precludes direct incorporation of these factors in the risk characterization.

### 3.2.5.4    Derivation of Candidate Values

EPA evaluated data from studies described above (Section 3.2.5.1) to characterize NMP's dose-response relationships and select studies to quantify risks for specific exposure scenarios.

In order to select the most appropriate key studies for this analysis, EPA considered the relative merits of the oral, inhalation and dermal animal studies, with respect to: (1) the availability of primary data for statistical analysis; (2) the robustness of the dose-response analysis; and (3) the exposure levels at which adverse effects were observed.

The selected key studies provided the dose-response information for the selection of points of departure (PODs). EPA defines a POD as the dose-response point that marks the beginning of a low-dose extrapolation. This point can be the lower bound on the dose for an estimated incidence or a change in response level from a dose-response model (i.e., benchmark dose or BMD), a NOAEL or a lowest-observed-adverse-effect level (LOAEL) for an observed incidence or change in level of response. PODs were adjusted as appropriate to conform to the exposure scenarios derived in Section 2.4.

***Studies Selected for BMD Modeling***

Studies with only one exposure group (Hass et al., 1995; Hass et al., 1994) were excluded in the systematic review process because they provide limited information about the shape of the dose-response curve and could not be used for BMD modeling. Given their concordance with other studies that had multiple exposure groups they were still seen as supportive of the dose-response relationship. Studies that did not report a statistically significant effect for the endpoint being considered (Lee et al., 1987) may help with dose metric selection, but provide only limited information about the shape of the dose-response curve and were not included in the dose-response assessment of that endpoint.

For reduced fertility EPA selected the following study for dose response analysis:

- Exxon (1991); high quality oral dietary study

For reduced fetal body weights EPA selected the following studies for dose-response analysis:

- Becci (1982); medium quality dermal study
- DuPont (1990); high quality inhalation study
- Saillenfait (2002) high quality oral gavage study
- Saillenfait (2003). high quality inhalation study

For fetal resorptions and increased fetal mortality EPA selected the following studies for dose-response analysis:

- Becci (1982); medium quality dermal study
- Saillenfait (2002); high quality oral gavage study – combined with Saillenfait 2003 based on internal dose.
- Saillenfait (2003) high quality inhalation study
- Sitarek et al. (2012); high quality oral gavage study

The Saillenfait et al. (2002) and Saillenfait et al. (2003) studies administered NMP via different routes but were otherwise similar in study design, using the same exposure duration (GD 6-20) and the same strain of rat (Sprague-Dawley); therefore these studies were combined based on PBPK-derived internal dose metrics to provide additional statistical power for informing the dose-response curve.

4696 EPA guidance recommends a hierarchy of approaches for deriving PODs from data in laboratory
4697 animals, with the preferred approach being physiologically-based pharmacokinetic modeling (U.S. EPA,
4698 2012a). When data were amenable, benchmark dose (BMD) modeling was used in conjunction with the
4699 PBPK models to estimate PODs. For the studies for which BMD modeling was not possible (Sitarek et
4700 al., 2012; Becci et al., 1982), the NOAEL was used for the POD. Details regarding BMD modeling were
4701 described in the supplemental file, *Risk Evaluation for N-Methylpyrrolidone (NMP), Benchmark Dose*
4702 *Modeling Supplemental File. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019f). Details regarding
4703 the PBPK model can be found in Appendix I.
4704

### 3.2.5.5    Derivation of Internal Doses

4706
4707 Peer-reviewed PBPK models for NMP in rats and humans (Appendix I) facilitate cross-species
4708 extrapolation of hazard information. In this risk evaluation, EPA uses the NMP PBPK models to
4709 estimate internal doses (blood concentrations) that may occur in humans and compare these to PODs
4710 based on internal doses associated with health hazards in rats. The PBPK models allow EPA to evaluate
4711 risks from aggregate exposures by calculating internal doses from combined inhalation and dermal
4712 exposures. The models also reduce uncertainty in cross species extrapolation by incorporating
4713 toxicokinetic information from rats and humans. To take advantage of these PBPK models, EPA
4714 identified PODs in terms of internal doses in rats. Internal doses are expected to have consistent effects
4715 regardless of exposure route. EPA therefore used the PBPK model to derive internal dose PODs based
4716 on integrated toxicology data from studies using different exposure routes. This section summarizes the
4717 toxicokinetics of NMP, the PBPK models and dose metrics used to estimate internal doses in rats.
4718

*Toxicokinetic Parameters used in PBPK Modeling*

4720
4721 NMP is well absorbed following inhalation, oral and dermal exposures (NMP Producers Group, 1995b).
4722 In rats, NMP is distributed throughout the organism and eliminated mainly by hydroxylation to polar
4723 compounds, which are excreted via urine. About 80 percent of the administered dose is excreted as NMP
4724 and NMP metabolites within 24 hrs. The major metabolite is 5-hydroxy-N-methyl-2-pyrrolidone (5-
4725 HNMP). Studies in humans show that NMP is rapidly biotransformed by hydroxylation to 5-HNMP,
4726 which is further oxidized to N-methyl- succinimide (MSI); this intermediate is further hydroxylated to 2-
4727 hydroxy-N-methylsuccinimide (2-HMSI). The excreted amounts of NMP metabolites in the urine after
4728 inhalation or oral intake represented about 100 and 65 percent of the administered doses, respectively
4729 (Akesson and Jönsson, 1997).
4730
4731 Dermal absorption of NMP has been extensively studied as it typically poses the greatest potential for
4732 human exposure. Dermal penetration through human skin has been shown to be very rapid and the
4733 absorption rate is in the range of 1-2 mg/cm²-hr. These values are 2- to 3-fold lower than those observed
4734 in the rat. Prolonged exposures to neat NMP were shown to increase the permeability of the skin. Water
4735 reduces the amount of dermal absorption (Payan et al., 2003) while other organic solvents (*e.g.*, d-
4736 limonene) can increase it (Huntingdon Life Sciences, 1998). The dermal penetration of 10 percent NMP
4737 in water is 100-fold lower than that of neat NMP, while dilution of NMP with d-limonene can increase
4738 the absorption of NMP by as much as 10-fold. The dermal absorption of neat NMP under different
4739 occlusion conditions indicated that dermal absorption 1 hr post-exposure was greatest under un-occluded
4740 conditions (69 percent), followed by semi-occluded (57 percent) and occluded (50 percent) conditions
4741 (OECD, 2007b).

4742   Dermal uptake of vapor NMP has been reported in toxicokinetic studies in humans. Bader et al. (2008)
4743   exposed volunteers for 8 hrs to 80 mg/m$^3$ of NMP. Exposure was whole body or dermal-only (*i.e.*, with
4744   a respirator). Excretion of NMP and metabolites was used to estimate absorption under different
4745   conditions. The authors found that dermal-only exposures resulted in the excretion of 71 mg NMP
4746   equivalents whereas whole-body exposures in resting individuals resulted in the excretion of 169 mg
4747   NMP equivalents. Under a moderate workload, the excretion increased to 238 mg NMP equivalents.
4748   Thus, the authors estimated that the dermal absorption component of exposure from the air will be in the
4749   range of 30 to 42 percent under whole-body exposure conditions to vapor.

4750   Previously published PBPK models for NMP in rats and humans were adapted for use by EPA (see
4751   Appendix I and U.S. EPA (2015) for details of the PBPK model). The rat version of the model allows
4752   for estimation of NMP time-courses in rat blood from inhalation, oral and dermal exposures. The human
4753   version of the model, based on non-pregnant and pregnant women, also includes skin compartments for
4754   portions of the skin in contact with NMP vapor and liquid and some of those details are described here
4755   because it is an important component of human risk.
4756   Analyzing the experimental studies of Akesson et al. (2004), the model yielded an average uptake of
4757   2.1 mg/cm$^2$-hr of neat NMP, but only 0.24 mg/cm$^2$-hr of aqueous NMP (1:1 dilution in water).
4758   Therefore, distinct values of the liquid permeability constant (PVL), 2.05x10$^{-3}$ cm/h and 4.78x10$^{-4}$ cm/h,
4759   were identified from the experimental data. The appropriate value of PVL for neat vs. diluted NMP was
4760   used in the respective exposure scenarios in this assessment. Absorption also depends on the partition
4761   coefficient (PC) skin:liquid equilibrium, PSKL, which was taken to be the skin:saline PC reported by
4762   Poet et al. (2010), PSKL = 0.42 [no units] and assumed not to vary with dilution.
4763
4764   Predicted dermal uptake from liquid exposure is then a function of the liquid concentration, skin surface
4765   exposed and duration of contact. The thickness of the liquid film does not factor directly into the
4766   estimate. As a conservative estimate for user scenarios it is assumed that fresh material is constantly
4767   depositing over the time of use such that the concentration on the skin remains essentially constant at the
4768   formulation concentration. This is in contrast to simulations of experimental studies where the volume
4769   placed on the skin at the start of the experiment is not replenished (Akesson et al., 2004), in which case
4770   the model tracks the amount of NMP remaining in the film and hence the changing concentration for
4771   absorption from diluted NMP.
4772
4773   Penetration from vapor was estimated as part of model calibration using the Bader and van Thriel (2006)
4774   inhalation data set. This report does not state how the subjects were dressed but the exposures were
4775   conducted between late May and mid-June in Germany, so EPA assumed they wore short-sleeved shirts
4776   and long pants. While there is no reason to expect that NMP vapors do not penetrate clothing, clothing
4777   likely reduces uptake compared to open areas of skin. Since the fitted penetration constant (PV) is
4778   multiplied by the skin surface area assumed to be exposed when calculating the penetration rate, these
4779   cannot be uniquely determined from the toxicokinetic data. For the purpose of calibration and
4780   subsequent modeling, it is assumed that the head, arms and hands are entirely exposed unless personal
4781   protection equipment (PPE) is worn. Together the fractional skin area exposed to vapor (SAVC) is 25%
4782   of the total skin surface area in the absence of PPE or liquid dermal contact.
4783
4784   The skin:air PC, PSKA, was calculated from the measured skin:saline and blood:saline PCs reported by
4785   Poet et al. (2010) and the blood:air PC specified in their model code: PSKA = 44.5. With these values of
4786   SAVC and PSKA, the average permeation constant for vapor-skin transport was estimated as PV = 16.4
4787   cm/h. These assumptions and the value of PV resulted in a prediction of 20% of a total uptake from air

4788 (vapor) exposure via the dermal route. In contrast, Bader et al. (2008) measured 42% of total urinary
4789 excretion occurring after only dermal exposure to vapors compared to combined inhalation and dermal
4790 exposure under resting conditions. The discrepancy between the Bader et al. (2008) data and the current
4791 model predictions could be because the subjects in Bader and van Thriel (2006), on which this model is
4792 based, wore long-sleeved shirts, thereby reducing dermal absorption or due to the use of an idealized
4793 model of inhalation uptake which could over-predict uptake by that route.

4794 For use scenarios in this assessment the air concentration in contact with the skin is assumed to be the
4795 same as that available for inhalation with SAVC kept at 25% for consistency, except as specified in the
4796 sections below when PPE is worn.

4797

4798 *Rat Internal Doses for BMD*
4799 EPA used the validated PBPK models for extrapolating NMP doses across routes of exposure and from
4800 animals to humans based on NMP-specific data (U.S. EPA, 2015). An internal dose metric such as a
4801 measure of toxicant concentration in the blood is expected to be a better predictor of response than the
4802 applied dose (*e.g.*, concentration in air) since it is closer to the site of the toxic effect (McLanahan et al.,
4803 2012). Further, a good internal dose metric should correlate with or be predictive of toxicity irrespective
4804 of the route of exposure by which it occurs. However, this is only true if the metric is in fact a measure
4805 of the likelihood of a toxic response or intensity of a toxic effect.

4806

4807 For NMP the existing toxicity data identified the parent (NMP) rather than the metabolites 5-hydroxy-N-
4808 methyl-2-pyrrolidone (5-HNMP), N-methylsuccinimide (MSI) or 2-hydroxy-N-methyl-succinimide (2-
4809 HMSI) as the proximate toxicant (Saillenfait et al., 2007). Therefore, PBPK model-derived blood
4810 concentrations of NMP were considered a better basis than applied dose for the dose-metric used in
4811 extrapolation of health effects.

4812

4813 ### 3.2.5.6   Points of Departure for Human Health Hazard Endpoints

4814

4815 *PODs for Acute Exposure*
4816 Acute exposure was defined for workers as the exposure that occurs over the course of a single day. For
4817 consumers, the acute exposure scenario was defined based on completion of a single project on a given
4818 day. EPA selected increased resorptions (fetal mortality) as the most relevant endpoint for evaluating
4819 risks associated with acute exposure to workers and consumers. Since repeated dose studies were used to
4820 investigate this hazard endpoint and the mode of action for NMP is uncertain, EPA assessed dose-
4821 response with both the internal dose metrics of $C_{max}$ and AUC.

4822

4823 The Saillenfait et al. (2002); Saillenfait et al. (2003); Becci et al. (1982); and Sitarek et al. (2012) studies
4824 were selected for dose-response analysis. The Saillenfait et al. studies measured fetal resorptions and
4825 were pooled across exposure routes. The Saillenfait et al. studies also used the same exposure duration
4826 (GD 6-20) and the same strain of rat (Sprague-Dawley). Combining the data sets should provide
4827 additional statistical power for identifying the BMDL and provide a more robust dose-response (low to
4828 high). Moreover, the results for this endpoint were similar, via inhalation and oral exposure routes.
4829 Therefore, the combined analysis was retained. A BMR of 1% for increased resorptions/fetal mortality
4830 was used to address the relative severity of this endpoint (U.S. EPA, 2012a). Table 3-10 summarizes the
4831 calculations leading to the determinations of a POD for each of the studies selected for dose-response
4832 analysis.

4833

4834 **Table 3-10. Summary of Derivation of the PODs for Fetal Resorptions and Fetal Mortality**
4835 **Following Acute Exposure to NMP**

| Endpoint and reference (exposure duration/route) | Dose Metric | Model[a] | BMR | BMD Internal dose | BMDL Internal dose | POD | |
|---|---|---|---|---|---|---|---|
| | | | | | | Internal dose | Equivalent administered dose (route)[a] |
| **Resorptions** | | | | | | | |
| ([Saileenfair et al, 2003](); [Saillenfait et al., 2002]())[d] (GD 6-20, oral and inhalation) | $C_{max}$ (mg/L blood) | Hill | 1% RD | 429 | 216 | **216** | 218 mg/kg bw/day (oral) |
| | AUC (hr mg/L blood) | Power | 1% RD | 3343 | 2128 | **2128** | 217 mg/kg bw/day (oral) |
| ([Becci et al., 1982]()) (GD 6-15, dermal) | NOAEL = 237 mg/kg bw/day | | | | | 662 | 237 mg/kg bw/day (dermal) 612 mg/kg bw/day (oral)[b] |
| **Fetal Mortality** | | | | | | | |
| ([Sitarek et al., 2012]()) (GD1-PND1, oral) | $C_{max}$ (mg/L) | No model selected[c] | 1% RD | N/A | N/A | N/A | 264 mg/kg bw/day (oral) |
| | NOAEL = 450 mg/kg bw/day | | | | | 265 | |

RD = relative deviation
Complete documentation of BMD modeling is available in *Risk Evaluation for N-Methylpyrrolidone (NMP), Benchmark Dose Modeling Supplemental File. Docket EPA-HQ-OPPT-2019-0236* ([U.S. EPA, 2019f]()).
[a] Assuming daily oral gavage and initial BW 0.259 kg (*i.e.* the same experimental conditions as the Saillenfait et al. ([2002]()) study) for the purposes of comparison across the studies.
[b] An oral dose of 612 mg/kg bw/day, given on GD 6-20, is predicted to yield the same peak concentration (662 mg/L).
[c] BMD modeling failed to calculate an adequate BMD or BMDL value by either dose metric and BMD modeling results are presented in the benchmark dose modeling supplemental file.
[d] The combined models for the Saillenfait et al. ([2003](); [2002]()) studies do not meet the assumption of homogeneity of variance as recommended for Benchmark Dose Modeling ([U.S. EPA, 2012a]()), however the means are well-modeled; the model with the lowest AIC was selected.

4836

4837  EPA selected the combined analysis of the Saillenfait et al. ([2002]()) oral study and the Saillenfait et al.
4838  ([2003]()) inhalation study for the derivation of the POD, 216 mg/L, to be used in the calculation of risk
4839  estimates associated with acute exposure. The combination of the two Saillenfait et al. studies provides a
4840  larger number of dose levels, hence further characterization of the dose-response curve. Moreover,
4841  similar results for this endpoint were obtained in these studies which supports combining them.

4842 Additionally, the Saillenfait et al., studies were amenable to BMD modeling which also accounts for the
4843 variability in the observed response. Neither the Becci study nor the Sitarek study were suitable for
4844 BMD modeling, hence the NOAEL was used to derive a POD. Accordingly, EPA selected fetal
4845 resorptions from the combined Saillenfait et al., studies for use as the basis for calculating risk for acute
4846 NMP exposures.

4848 The PODs based on internal dose (AUC and $C_{max}$) were converted to an equivalent applied dose using
4849 the PBPK model. The calculated equivalent administered doses are nearly the same as the NOAELs
4850 identified in each study demonstrating consistency between the two methods for deriving PODs.

4852 EPA applied a composite uncertainty factor (UF) of 30 for acute exposure benchmark MOE, based on
4853 the following considerations:
4854   • An interspecies uncertainty/variability factor of 3 ($UF_A$) was applied for animal-to-human
4855     extrapolation to account for toxicodynamic differences between species. This uncertainty factor
4856     is comprised of two separate areas of uncertainty to account for differences in the toxicokinetics
4857     and toxicodynamics of animals and humans. In this assessment, the toxicokinetic uncertainty was
4858     accounted for by the PBPK model as outlined in the RfC methodology (U.S. EPA, 1994b). As
4859     the toxicokinetic differences are thus accounted for, only the toxicodynamic uncertainties
4860     remain, and an $UF_A$ of 3 is retained to account for this uncertainty.
4861   • A default intraspecies uncertainty/variability factor ($UF_H$) of 10 was applied to account for
4862     variation in sensitivity within human populations. The PBPK model did not account for human
4863     toxicokinetic variability. Due to limited information on the degree that humans of varying
4864     gender, age, health status, or genetic makeup might vary in the disposition of, or response to,
4865     NMP a factor of 10 was applied.

4867 ***PODs for Chronic Exposure***
4868 Chronic worker exposure was defined as exposure of 10% or more of a lifetime (U.S. EPA, 2011).
4869 Repeated exposures over the course of a work week are anticipated during chronic worker exposure. The
4870 most sensitive endpoints were selected based on reproductive and developmental studies on NMP.
4871 Adverse developmental outcomes from exposure during critical windows of development during
4872 pregnancy can occur any time during the defined chronic worker exposure period. Reproductive toxicity
4873 may be of concern for all workers of reproductive age. The in addition to the derivation of the point of
4874 departure based on reproductive and developmental toxicity considered repeated exposures, and the
4875 POD is expected to be protective of pregnant women and children as well as men and women of
4876 childbearing age.

4878 Decreased male fertility, decreased female fecundity and decreased fetal body weight were selected as
4879 the endpoints of concern for chronic exposures. The (Exxon, 1991), Becci et al. (1982), (E I Dupont De
4880 Nemours & Co, 1990), Saillenfait et al. (2002), and Saillenfait et al. (2003) studies were selected for
4881 dose-response analysis. The PBPK model and BMD modeling were applied to these studies to calculate
4882 the BMDLs and PODs and BMD modeling results are described in *Risk Evaluation for N-
4883 Methylpyrrolidone (NMP), Benchmark Dose Modeling Supplemental File. Docket EPA-HQ-OPPT-
4884 2019-0236* (U.S. EPA, 2019f). A benchmark response (BMR) of 10% for reduced fertility was used. A
4885 BMR of 5% relative deviation for decreased fetal body weight was used because in the absence of
4886 knowledge as to what level of response to consider adverse, it has been observed that 5% change relative
4887 to the control mean is similar to statistically derived NOAELs in developmental studies (Kavlock et al.,

4888 1995). The results are summarized in Table 3-11. It should be noted that the Saillenfait et al., studies
4889 were analyzed both separately and combined. Also, the PBPK model was used to present the POD as the
4890 equivalent applied oral dose, to allow for comparison.
4891
4892 **Table 3-11. Summary of Derivation of the PODs for Reproductive and Developmental Effects**
4893 **Following Chronic Exposure to NMP**

| Endpoint and reference (exposure duration/route) | Model[a] | BMR | BMD Internal dose AUC (hr mg/L blood) | BMDL Internal dose AUC (hr mg/L blood) | POD | |
|---|---|---|---|---|---|---|
| | | | | | Internal dose AUC (hr mg/L blood) | Equivalent applied oral dose[a] |
| **Fetal Body Weight** | | | | | | |
| (Saillenfait et al, 2003; Saillenfait et al., 2002) (GD 6-20, oral and inhalation) | Exponential (M5)[b] | 5% RD | 1937 | 1424 | 1424 | 152 mg/kg bw/day |
| (Saillenfait et al., 2002) (GD 6-20 oral) | Exponential (M5) | 5% RD | 1637 | 1184 | 1184 | 129 mg/kg bw/day |
| (Saillenfait et al., 2003) (GD 6-20 inhalation) | Linear | 5% RD | 652 | 411 | 411 | 48 mg/kg bw/day |
| (E I Dupont De Nemours & Co, 1990) (preconception exposure, GD 1–20, inhalation) | Exponential (M2) | 5% RD | 315 | 223 | 223 | 27 mg/kg bw/day |
| (Becci et al., 1982) (GD 6-15, dermal) | Polynomial (3°) | 5% RD | 5341 | 4018 | 4018 | 375 mg/kg bw/day |
| **Reduced Male Fertility** | | | | | | |
| (Exxon, 1991) (Dietary exposure throughout gestation, lactation, growth, pre-mating) | Log-logistic | 10% ER | 492[c1] 341[c2] | 262[c1] 183[c2] | **183** | 28 mg/kg bw/day |
| **Reduced Female Fecundity** | | | | | | |
| (Exxon, 1991) (Dietary exposure throughout gestation, lactation, growth, pre-mating) | Log-logistic | 10% ER | 862[c1] 420[c2] | 401[c1] 202[c2] | 202 | 31 mg/kg bw/day |

| Endpoint and reference (exposure duration/route) | Model[a] | BMR | BMD Internal dose AUC (hr mg/L blood) | BMDL Internal dose AUC (hr mg/L blood) | POD | |
|---|---|---|---|---|---|---|
| | | | | | Internal dose AUC (hr mg/L blood) | Equivalent applied oral dose[a] |

RD = relative deviation; ER= extra risk

The POD selected for calculating risk of chronic NMP exposures is highlighted in bold. Complete documentation of BMD modeling is available in *Risk Evaluation for N-Methylpyrrolidone (NMP), Benchmark Dose Modeling Supplemental File. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019f).

[a] Assuming daily oral gavage GDs 6-20 and initial BW 0.259 kg (*i.e.* the same experimental conditions as the Saillenfait et al. (2002) study) for the purposes of comparison across the studies.

[b] The Saillenfait et al. (2003; 2002) studies do not meet the assumption of homogeneity of variance as recommended for Benchmark Dose Modeling (U.S. EPA, 2012a), however the means are well-modeled. EPA evaluated the impact on the BMDL of the smallest observed standard deviation for all dose levels, the largest standard deviation and the pooled standard deviation. The BMDLs differed by less than 25% which provides assurance that the impact of the variances on the BMDL was minimal.

[c] In the Exxon (1991) study, each dam had two sets of mating periods. Each mating period was analyzed separately. C1 indicates results for the first mating period and C2 indicates results from the second mating period. PODs for male fertility and female fecundity in this study are calculated based on exposure levels in 50g rats immediately post-weaning.

4894
4895 EPA selected the POD derived from decreased male fertility (183 hr mg/L) in a two-generation
4896 reproductive study (Exxon, 1991) to be used in the calculation of risk estimates associated with chronic
4897 exposures. This high-quality study identified the most sensitive reproductive endpoints and had a
4898 significant dose-response relationship that was adequately modeled by the BMD model. The POD for
4899 effects on reduced female fecundity in this study was very similar (202 hr mg/L) to the POD for effects
4900 on male fertility, making it highly relevant to both male and female reproductive endpoints. This POD is
4901 consistent with EPA's Guidelines for Reproductive Toxicity Risk Assessment (U.S. EPA, 1996)
4902
4903 The selected chronic POD is also protective of developmental toxicity endpoints of concern for pregnant
4904 women, including reduced fetal body weight. The PODs derived from effects on fetal body weight in
4905 two developmental inhalation exposure studies Saillenfait et al. (2003); (E I Dupont De Nemours & Co,
4906 1990) fall in an internal dose range (411 and 223 hr mg/L), similar to the POD based on reduced
4907 fertility, lending further support for the selected POD. Both inhalation studies used whole body
4908 exposures where dermal absorption of NMP vapors likely contributed to the toxicity. This is similar to
4909 human exposure scenarios; however, the unknown differences between human and rat dermal absorption
4910 of NMP vapor adds uncertainty to values derived from either of these studies alone. While the POD for
4911 the DuPont study was lower than the Saillenfait study, the dose-response relationship in the DuPont
4912 study was not as robust as the Saillenfait study. Lower variability in body weights was observed in the
4913 Saillenfait study than in the DuPont study, where statistically significant differences only occurred in the
4914 lowest and highest dose groups, not the middle dose group.
4915
4916 The combination of the Saillenfait et al. (2002) and Saillenfait et al. (2003) studies provided a more
4917 extensive characterization of the dose-response curve across exposure routes. However, the Saillenfait et
4918 al. (2003) study observed a statistically significant decrease in fetal body weights at an internal dose that
4919 corresponds to an oral dose lower than the NOAEL in the Saillenfait et al. (2002) oral study. This
4920 implies that fetal body weights were more sensitive to inhalation exposures and this was not fully
4921 accounted for in the PBPK model. Therefore, the combined analysis was not retained.

4922 There are limitations to the Becci study: the duration of dosing was shorter than for the Saillenfait
4923 studies and it resulted in a higher POD. The uncertainty regarding exposure duration and sampling time
4924 leads to uncertainty about recovery and compensation. Therefore, this study was not selected for the
4925 POD.
4926
4927 The PODs based on internal dose (AUC) were converted to an equivalent applied dose using the PBPK
4928 model. The calculated equivalent administered doses are nearly the same as the NOAELs identified in
4929 each study (where available) demonstrating consistency between the two methods for deriving PODs.
4930
4931 EPA applied a composite uncertainty factor (UF) of 30 for chronic exposure benchmark MOE, based on
4932 the following considerations:
4933   • An interspecies uncertainty/variability factor of 3 ($UF_A$) was applied for animal-to-human
4934     extrapolation to account for toxicodynamic differences between species. This uncertainty factor
4935     is comprised of two separate areas of uncertainty to account for differences in the toxicokinetics
4936     and toxicodynamics of animals and humans. In this assessment, the toxicokinetic uncertainty was
4937     accounted for by the PBPK model as outlined in the RfC methodology (U.S. EPA, 1994b). As
4938     the toxicokinetic differences are thus accounted for, only the toxicodynamic uncertainties
4939     remain, and an $UF_A$ of 3 is retained to account for this uncertainty.
4940   • A default intraspecies uncertainty/variability factor ($UF_H$) of 10 was applied to account for
4941     variation in sensitivity within human populations. The PBPK model did not account for human
4942     toxicokinetic variability. Due to limited information on the degree of humans of varying gender,
4943     age, health status, or genetic makeup might vary in the disposition of, or response to, NMP a
4944     factor of 10 was applied.
4945

### 3.2.6   Summary of Human Health Hazards

4947 Table 3-12 summarizes the hazard studies, health endpoints and UFs that are considered relevant for this
4948 risk evaluation. The reported PODs reflect internal dose estimates (blood concentrations) for comparison
4949 with internal dose estimates of human exposures from multiple routes (e.g., inhalation and/or dermal).
4950

4951 **Table 3-12. PODs Selected for Non-Cancer Effects from NMP Exposures**

| Exposure Duration | Target System | Species | Dose Metric | BMR | POD | Effect | Uncertainty Factors (UFs) for Benchmark MOE | References | Data Quality Score |
|---|---|---|---|---|---|---|---|---|---|
| Acute | Developmental | Rat | Cmax (mg/L) | 1% RD | 216 | Fetal Resorptions and Fetal Mortality | $UF_A$ = 3 $UF_H$ = 10 Total UF = 30 | (2003; Saillenfait et al., 2002) | High |
| Chronic | Reproductive | Rat | AUC (hr-mg/L) | 10% ER | 183 | Decreased Male Fertility | $UF_A$ = 3 $UF_H$ = 10 Total UF = 30 | (Exxon, 1991) | High |
| RD = relative deviation; ER= extra risk; $UF_A$ = interspecies UF; $UF_H$ = intraspecies UF (U.S. EPA, 2002). | | | | | | | | | |

4952
4953

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

*Primary Strengths*

There is a robust dataset for the critical reproductive and developmental effects that serve as the basis for the PODs used in this risk characterization. The available studies demonstrate clear, consistent effects on a continuum of reproductive and developmental endpoints following NMP exposure across oral, inhalation, and dermal exposure routes. Each of the critical endpoints supporting the PODs represents an adverse effect that is biologically relevant to humans. The acute POD based on fetal mortality reflects consistent observations across multiple high-quality studies using multiple exposure routes. The chronic POD selected based on reduced fertility following exposure across lifestages in a high-quality study is supported by other high-quality studies demonstrating reduced fertility in males and females exposed only as adults. The POD derived from reduced fertility is within close range of PODs derived from a developmental endpoint (fetal body weight) that is consistently observed across studies, species, and routes of exposure. The quality of the studies, consistency of effects, relevance of effects for human health, coherence of the spectrum of reproductive and developmental effects observed and biological plausibility of the observed effects of NMP contribute to the overall confidence in the PODs identified based on reproductive and developmental endpoints.

The NMP PBPK models allow EPA to identify points of departure based on blood concentrations of NMP that are associated with effects in animal models. Because the effects of NMP at a specific blood concentration are independent of exposure route, a single internal dose POD can be applied to evaluate risk from all routes of exposure. This eliminates the need for extrapolating hazard information across exposure routes. The PBPK model also accounts for toxicokinetic information in rats and humans, reducing a source of uncertainty associated with cross-species extrapolation.

*Primary Limitations*

While there is a large amount of animal data on reproductive and developmental effects of NMP, there are not studies on reproductive and developmental toxicity of NMP in humans. Therefore, this risk evaluation relies on the assumption that reproductive and developmental toxicity observed in animal models is relevant to human health. It is unknown whether this assumption leads to an underestimate or overestimate of risk.

Some potentially sensitive endpoints remain poorly characterized. For example, neurodevelopmental effects were observed in response to a high dose exposure, but no NOAEL has been established for these effects. If endpoints that are not well characterized are in fact more sensitive to NMP than the endpoints that serve as the basis for the POD, this could lead to an underestimation of risk.

There are some uncertainties associated with the specific endpoint used as the basis for the chronic POD. There are a limited set of studies available to EPA on the specific endpoint used as the basis for the POD. The chronic POD is based on sensitive reproductive endpoints observed in a 2-generation reproductive study. Two of the subsequent studies that evaluated fertility in 2-generation reproductive studies were not fully available to EPA for review. A third 2-generation study via inhalation exposure was available but deviated substantially from EPA and OECD guidelines and had serious limitations due to uncertainties about the actual doses achieved, making it difficult to draw clear conclusions from the results. Although the critical effect is only observed in a single study, it is supported by evidence in other high-quality studies of reduced fertility in male and female rats exposed as adults. It is unclear whether this data limitation leads to an overestimate or underestimate of risk.

In addition, because exposure in the key study occurred throughout gestation, lactation, post-weaning, puberty and pre-mating, it is not possible to determine which exposure periods contributed to reduced fertility. EPA therefore established a POD based on lifestage at which the lowest level of exposure relative to body weight occurred. This assumption could contribute to an overestimate of risk.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

4999   There is some uncertainty around the techniques used to generate NMP air concentrations for animal
5000   exposures in some supporting studies considered in the weight of evidence. Experimental conditions
5001   may have inadvertently resulted in the inclusion of aerosolized particles in the exposure chamber in
5002   some inhalation exposure studies. NMP is hygroscopic; therefore, variations in temperature, humidity
5003   and/or test protocol (e.g., the number of air changes, use of a spray or nebulization technique to generate
5004   test atmospheres) may impact the NMP air saturation concentration, resulting in condensation of NMP.
5005   Aerosol formation would result in increased dermal and/or oral exposures (from grooming behavior) in
5006   addition to the intended inhalation exposure. For example, the 2-generation inhalation study (Solomon et
5007   al., 1995; E I Dupont De Nemours & Co, 1990) noted that condensation observed on the chamber walls
5008   at the highest dose indicates that the actual air concentrations of NMP were lower than the intended
5009   exposure. Nonetheless, higher test concentrations and total body exposures to NMP were associated
5010   with adverse developmental effects in rats.

5011   *Overall Confidence*
5012   EPA has high confidence in the acute and chronic PODs identified for evaluating risk from NMP. The
5013   PODs are derived from endpoints that fall along a continuum of reproductive and developmental effects
5014   that are consistently observed in response to NMP across oral, dermal and inhalation exposure routes.
5015   Application of the PBPK model reduces uncertainties associated with extrapolation across species and
5016   exposure routes, further contributing to overall confidence in the PODs.

# 4   RISK CHARACTERIZATION

## 4.1  Environmental Risk

### 4.1.1   Risk Estimation Approach

The environmental risk of NMP is characterized by calculating risk quotients or RQs (U.S. EPA, 1998; Barnthouse et al., 1982). The RQ is defined as:

$$RQ = \text{Environmental Concentration / Effect Level}$$

An RQ equal to 1 indicates that the exposures are the same as the concentration that causes effects. If the RQ is above 1, the exposure is greater than the effect concentration. If the RQ is below 1, the exposure is less than the effect concentration. The Effect Levels or Concentrations of Concern (COCs) used to calculated RQs are identified in Section 3.1.2 and are shown in Table 4-1.

**Table 4-1. Concentrations of Concern (COCs) for Environmental Toxicity**

| Environmental Toxicity | Most Sensitive Species | Concentration of Concern (COC) |
|---|---|---|
| Acute Toxicity, aquatic organisms | 48-Hour aquatic invertebrates | 100,000 µg/L |
| Chronic Toxicity, aquatic organisms | 21-Day aquatic invertebrates | 1,770 µg/L |

EPA used estimated acute and chronic exposure concentrations of NMP in surface water (Section 2.3.2) and acute and chronic concentrations of concern (COCs) (Section 3.1.2) to evaluate the risk of NMP to aquatic species using Table 4-2 summarizes the risk quotients (RQs) for the acute and chronic risk of NMP. The RQ values for acute and chronic risks are 0.0022 and 0.85, respectively. Based on these values risks are not indicated for either acute or chronic exposure pathways. As previously stated, an RQ below 1 indicates that the exposure concentrations of NMP is less than the concentrations that would cause an effect to organisms in the aquatic exposure pathways.

**Table 4-2. Calculated Risk Quotients (RQs) for NMP**

| | Maximum Exposure Concentration | Concentrations of Concern (COC) | RQ |
|---|---|---|---|
| **Acute Risk Scenario** | 224 µg/L | 100,000 µg/L | 0.0022 |
| **Chronic Risk Scenario** | 1,496 µg/L | 1,770 µg/L | 0.85 |

Based on the calculated RQs for acute and chronic risk scenarios, EPA concludes that NMP demonstrates a low hazard to environmental receptors. Based on the RQ values, EPA also concludes that NMP does not present unreasonable risks to the environment.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5047       **4.1.2   Assumptions and Key Uncertainties for the Environment**

5048   In the NMP Problem Formulation (U.S. EPA, 2018c) and this RE, EPA completed a screening level
5049   evaluation of environmental risk using inherently conservative assumptions. The analysis was completed
5050   using "high-end" estimated concentrations of NMP in the aquatic environment as described in Section
5051   2.3.2 and compared those acute and chronic exposure estimates to conservative measures of acute and
5052   chronic hazard (concentrations of concern) as described in Section 3.1.2. EPA in the NMP Problem
5053   Formulation (U.S. EPA, 2018c) did not conduct any further analyses on pathways of exposure for
5054   terrestrial receptors as described in Section 2.5.3.1 of the NMP Problem Formulation and further
5055   described in Section 2.2 and 2.3 of this RE.

5056

5057

5058

5059

## 4.2  Human Health Risk

The human health risks associated with NMP conditions of use identified in Section 1.4 are discussed below. Specific information regarding the methodologies used to derive exposure estimates, including related assumptions and data limitations or uncertainties can be found in Section 2.4; an overview of the potential human health hazards, including key and supporting studies is presented in Section 3.2.

### 4.2.1   Risk Estimation Approach

Acute or chronic MOEs were used in this assessment to estimate non-cancer risks using Equation 4-1. EPA calculated MOEs and compared them to the benchmark MOE to interpret the MOE risk estimates for each exposure scenario. The MOE estimate was interpreted to have negligible human health risk if the MOE estimate was greater than the benchmark MOE (i.e., the total UF). Typically, the larger the MOE, the more unlikely it is that a non-cancer adverse effect would occur.

**Equation 4-1. Equation to Calculate Non-Cancer Risks Following Acute or Chronic Exposures Using Margin of Exposures**

$$MOE = \frac{Non-cancer\ Hazard\ value\ (POD)}{Human\ Exposure}$$

Where:

MOE   = Margin of exposure (unitless)
(POD) = internal dose (Cmax, mg/L or AUC hr mg/L)
Human Exposure = internal dose exposure estimate
(Cmax, mg/L or AUC hr mg/L) from occupational or consumer
exposure assessment. Cmax was used for acute exposure scenarios
and the AUC was used for chronic exposure scenarios.

In this risk characterization, peer-reviewed PBPK models for NMP in rats and humans (Appendix I) allow EPA to estimate internal doses (blood concentrations) that may occur in humans and compare these to PODs based on internal doses associated with health hazards in rats. MOEs are calculated by dividing PODs in units of internal blood concentrations in rats by human blood concentrations expected for specific exposure scenarios. For characterization of acute risks, PODs and human exposure estimates are in terms of maximum blood concentrations (Cmax) while for chronic risks, they are in terms of total daily exposure (AUC).

The PBPK models facilitate integration of exposure and hazard information across exposure routes. For each exposure scenario, the PBPK model is used to aggregate simultaneous inhalation and dermal exposures into a single human internal dose. The relative contribution of inhalation and dermal exposure routes varies across exposure scenario. The PBPK models also allow the risk characterization to incorporate information about toxicokinetics. Internal doses predicted by the model account for internal exposure that remains after external exposure has ceased, reflecting the rate of metabolism and elimination. Toxicokinetic information captured in rat and human models reduces toxicokinetic uncertainty associated with interspecies extrapolation.

Table 4-3 and Table 4-4 summarize the use scenarios, populations of interest and toxicological endpoints used to evaluate risk for acute and chronic exposures for workers and acute exposure for consumers, respectively.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5104  **Table 4-3. Use Scenarios, Populations of Interest and Toxicological Endpoints for Assessing**
5105  **Occupational Risks Following Acute and Chronic Exposures to NMP**

| Populations and Toxicological Approach | Occupational Use Scenarios of NMP | |
|---|---|---|
| **Population of Interest and Exposure Scenario:** | *Users:* Adults and youth of both sexes (>16 years old) exposed to NMP during product use in a workday, typically 8 or 12 hours.[1,2]<br><br>*Occupational Non-users:* Adults and youth of both sexes (>16 years old) indirectly exposed to NMP while in the vicinity of product use. | |
| **Health Effects of Concern, Concentration and Time Duration** | *Acute Non-Cancer Health Effects:* Developmental toxicity (fetal mortality).<br><br>*Hazard Values (POD):* 216 mg/L (Cmax) | *Chronic Non-Cancer Health Effects:* Reproductive toxicity (reduced fertility)<br><br>*Hazard Values (POD):* 183 hr-mg/L (AUC) |
| **Uncertainty Factors (UF) used in Non-Cancer Margin of Exposure (MOE) calculations** | UFs for Acute Hazard:<br>Total UF = 30 (10X $UF_H$ * 3X $UH_A$)[3] | UFs for Chronic Hazard:<br>Total UF = 30 (10X UFH * 3X UHA)[3] |

Notes:
[1] It is assumed that there is no substantial buildup of NMP in the body between exposure events due to NMP's short biological half-life (~2.5 hrs).
[2] EPA expects that the users of NMP-based products and exposed non-users are generally adults, but younger individuals may be users and exposed non-users.
[5] $UF_H$=intraspecies UF; $UF_A$= interspecies UF

5106
5107

5108 **Table 4-4. Use Scenarios, Populations of Interest and Toxicological Endpoints for Assessing**
5109 **Consumer Risks Following Acute Exposures to NMP**

| Populations and Toxicological Approach | Consumer Use Scenarios of NMP |
|---|---|
| **Population of Interest and Exposure Scenario:** | *Users:* Adults of both sexes (>16 years old) typically exposed to NMP[1, 2] <br><br> *Bystanders:* Individuals of any age indirectly exposed to NMP while being in the rest of the house during product use see Section 2.4.2 for more information. |
| **Health Effects of Concern, Concentration and Time Duration** | *Non-Cancer Health Effects:* Developmental toxicity (fetal mortality). <br><br> *Hazard Values (POD):* 216 mg/L (Cmax) |
| **Uncertainty Factors (UF) used in Non-Cancer Margin of Exposure (MOE) calculations** | Total UF = 30 (10X $UF_H$ * 3X $UH_L$)[3] |
| [1] It is assumed that there is no substantial buildup of NMP in the body between exposure events due to NMP's short biological half-life (~2.5 hrs). <br> [2] EPA expects that the users of these products are generally adults, but younger individuals may be users of NMP-based paint strippers. <br> [3] UFH=intraspecies UF; UFA= interspecies UF | |

5110

### 4.2.2   Risk Estimation for Exposures for Occupational Use of NMP

5112 The risk characterization was performed using internal dose estimates derived from PBPK modeling of
5113 occupational exposures based on available monitoring data. The following sections present the results of
5114 the PBPK modeling results for risk estimation of acute and chronic inhalation and dermal exposures
5115 following occupational use of NMP in each condition of use. MOE values that are bold are below the
5116 benchmark MOE of 30 (described in Section 3.2.5.6).

5117

5118 For each occupational exposure scenario, EPA predicted the likelihood of glove use based on the
5119 characteristics described in Table 2-3. For scenarios that have only industrial sites, EPA assumes that
5120 SDS recommendations are followed and that workers are likely to wear protective gloves and have
5121 specialized training on the proper usage of these gloves, corresponding to a protection factor of 20. In
5122 scenarios that cover a variety of commercial and industrial sites, EPA assumes that either no gloves are
5123 used or if gloves are used, that occlusion may occur for some high-end exposure scenarios,
5124 corresponding to a protection factor of 1. If occlusion were to occur, contact duration would be
5125 extended. Based on the widespread use of NMP in these occupational scenarios, EPA assesses a central
5126 tendency scenario assuming the use of gloves with minimal to no employee training, corresponding to a
5127 protection factor of 5. For the Recycling and Disposal scenarios, EPA assesses both high-end and central
5128 tendency scenarios assuming the use of gloves with basic employee training, corresponding to a

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5129   protection factor of 10. As indicated in Table 2-3, use of protection factors above 1 is valid only for
5130   glove materials that have been tested for permeation against the NMP-containing liquids associated with
5131   the condition of use.
5132

5133   For high-end scenarios where glove use without occlusion was assumed and MOEs were above the
5134   benchmark MOE, EPA conducted additional modeling of exposures for no glove use to determine
5135   whether lack of glove use could result in MOEs below the benchmark MOE. For high-end scenarios
5136   where no glove use was assumed and MOEs were below the benchmark MOE, EPA conducted
5137   additional modeling of exposures for glove use to determine whether glove use could result in MOEs
5138   above the benchmark MOE.
5139

5140   More information on glove materials for protection against NMP is in Appendix E.

### 4.2.2.1    Manufacturing of NMP

**Table 4-5. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Manufacturing [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** ([2003](); [Saillenfait et al., 2002]()) | 216 | Central Tendency | 4.2 | 0.42 | 0.21 | 52 | 518 | 1025 | 30 |
| | | High-End | 21.9 | 2.14 | 1.11 | **9.9** | 101 | 194 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction (EPA expects 100% NMP for this condition of use). High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction (EPA expects workers use 100% NMP for this condition of use).

MOEs calculated using central tendency estimates for acute exposure to workers during bulk container unloading are above the benchmark MOE (30) in the absence of glove use. One MOE calculated using a high-end estimate for acute exposure to workers during drum unloading is below the benchmark MOE in the absence of glove use; the MOE calculated using a glove protection factor (PF 10) is above the benchmark MOE.

**Table 4-6. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Manufacturing [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** ([Exxon, 1991]()) | 183 | Central Tendency | 8.6 | 0.86 | 0.43 | **21** | 213 | 423 | 30 |
| | | High-End | 81.4 | 7.4 | 3.82 | **2.2** | **25** | 48 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction (EPA expects 100% NMP for this condition of use). High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction (EPA expects 100% NMP for this condition of use).

MOEs calculated for manufacturing using central tendency and high-end estimates of chronic exposure to workers are below the benchmark MOE (30) in the absence of glove use and above the benchmark

5157   MOE with the incorporation of glove protection factors (PF 10 and PF 20 for central tendency and high-
5158   end estimates, respectively).
5159
5160   EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5161   level of confidence.
5162
5163   *Primary Strengths*
5164   EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by
5165   industry submitters. Modeling, in the middle of the approach hierarchy, was used to estimate
5166   occupational air concentrations for both the loading of NMP into bulk containers and into drums. For
5167   modeling of these air concentrations, EPA attempted to address variability in input parameters by
5168   estimating both central tendency and high-end parameter values. Additionally, for modeling of air
5169   concentrations during the loading of drums, EPA used Monte Carlo simulation to capture variability in
5170   input parameters. EPA expects the duration of inhalation and dermal exposure to be realistic for loading
5171   activities, as these durations are based on the length of time required to load NMP into specific container
5172   sizes (i.e., tank trucks, rail cars, and drums).
5173
5174   *Primary Limitations*
5175   The representativeness of the estimates of duration of inhalation and dermal exposure for the loading
5176   activities toward the true distribution of durations for all worker activities in this occupational exposure
5177   scenario is uncertain. NMP concentration is reported to CDR as a range and EPA assessed only the
5178   upper end of the range since a central value cannot be ascertained for this scenario. Skin surface areas
5179   for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational
5180   exposure scenario and assumed glove usage is likely based on judgment. The assumed glove protection
5181   factor values are highly uncertain. EPA is uncertain of the accuracy of emission factors used to estimate
5182   fugitive NMP emissions and thereby model NMP air concentrations. The representativeness of the
5183   modeling results toward the true distribution of inhalation concentrations for this occupational exposure
5184   scenario is uncertain.
5185
5186   *Overall Confidence*
5187   Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5188   for this occupational exposure scenario is medium. The studies that support the health concerns for
5189   adverse developmental effects following acute exposure and adverse reproductive effects following
5190   chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5191   endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5192   justification for this confidence rating.
5193
5194

5195     **4.2.2.2**     **Repackaging**

5196

5197 **Table 4-7. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5198 **in Importation and Repackaging [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 4.2 | 0.42 | 0.21 | 52 | 518 | 1025 | 30 |
| | | High-End | 21.9 | 2.14 | 1.11 | **9.9** | 101 | 194 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction (EPA expects 100% NMP for this condition of use). High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed) and high-end weight NMP fraction (EPA expects 100% NMP for this condition of use).

5199

5200     MOEs calculated for importation and repackaging using central tendency estimates of acute exposure to
5201 NMP are above the benchmark MOE (30) in the absence of glove use. One MOE calculated using a
5202 high-end estimate for acute exposure (without gloves) is below the benchmark MOE; the MOE
5203 calculation incorporating a glove protection factor (PF 10) is above the benchmark MOE.

5204

5205 **Table 4-8. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of**
5206 **NMP in Importation and Repackaging [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 8.6 | 0.86 | 0.43 | **21** | 213 | 423 | 30 |
| | | High-End | 81.4 | 7.4 | 3.82 | **2.2** | **25** | 48 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction (EPA expects 100% NMP for this condition of use). High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction (EPA expects 100% NMP for this condition of use).

5207

5208     MOEs calculated for importation and repackaging using central tendency and high-end estimates of
5209 chronic exposure to workers are below the benchmark MOE (30) in the absence of glove use; central
5210 tendency estimates are above the benchmark MOE with gloves (PF 10). One MOE calculated using a
5211 high-end estimate for chronic exposure to workers with gloves (PF 10) is below the benchmark MOE.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5212 Although the MOE calculation incorporating a glove protection factor (PF 20) is above the benchmark
5213 MOE, EPA has not found information that would indicate specific activity training (e.g., procedure for
5214 glove removal and disposal) for tasks where dermal exposure can be expected to occur in industrial
5215 OES. The PF 20 glove protection factor is not assumed for any central tendency or high-end exposure
5216 estimates.

5217

5218 EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5219 level of confidence.

5220

5221 *Primary Strengths*
5222 EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by
5223 industry submitters. Modeling, in the middle of the approach hierarchy, was used to estimate
5224 occupational inhalation exposure concentrations for both the unloading of NMP from bulk containers
5225 and from drums. For modeling of these air concentrations, EPA attempted to address variability in input
5226 parameters by estimating both central tendency and high-end parameter values. Additionally, for
5227 modeling of air concentrations during the loading of drums, EPA used Monte Carlo simulation to
5228 capture variability in input parameters. EPA expects the duration of inhalation and dermal exposure to
5229 be realistic, as the durations are based on the length of time to load NMP into specific container sizes
5230 (i.e., tank trucks, rail cars, and drums).

5231

5232 *Primary Limitations*
5233 The representativeness of the estimates of duration of inhalation and dermal exposure for the unloading
5234 activities toward the true distribution of duration for all worker activities in this occupational exposure
5235 scenario is uncertain. NMP concentration is reported to CDR as a range and EPA assessed only the
5236 upper end of the range since a central value cannot be ascertained for this scenario. Skin surface areas
5237 for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational
5238 exposure scenario and assumed glove usage is likely based on judgment. The assumed glove protection
5239 factor values are highly uncertain. EPA is uncertain of the accuracy of the emission factors used to
5240 estimate fugitive NMP emissions and thereby to model NMP air concentrations. The representativeness
5241 of the modeling results toward the true distribution of inhalation concentrations for this occupational
5242 exposure scenario is uncertain.

5243

5244 *Overall Confidence*
5245 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5246 for this occupational exposure scenario is medium. The studies that support the health concerns for
5247 adverse developmental effects following acute exposure and adverse reproductive effects following
5248 chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5249 endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5250 justification for this confidence rating.

5251

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5252
### 4.2.2.3    Chemical Processing, Excluding Formulation

5253
5254 **Table 4-9. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5255 **in Chemical Processing (Excluding Formulation) [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **DEVELOPMENTAL EFFECTS** **Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 3.5 | 0.35 | 0.18 | 62 | 612 | 1198 | 30 |
| | | High-End | 7.0 | 0.72 | 0.37 | 30.8 | 301 | 579 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction (EPA expects 100% NMP for this condition of use). High-end means worst-case air concentration, 2-hand dermal (890 cm² surface area exposed) and high-end weight fraction (EPA expects 100% NMP for this condition of use).

5256
5257 MOEs calculated for chemical processing (excluding formulation) using central tendency and high-end
5258 estimates of acute exposure to NMP are above the benchmark MOE (30) in the absence of glove use.
5259
5260 **Table 4-10. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of**
5261 **NMP in Chemical Processing (Excluding Formulation) [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 6.2 | 0.63 | 0.32 | **29** | 291 | 570 | 30 |
| | | High-End | 12.7 | 1.3 | 0.67 | **14** | 143 | 275 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction (EPA expects 100% NMP for this condition of use). High-end means worst-case air concentration, 2-hand dermal (890 cm² surface area exposed) and high-end weight fraction (EPA expects 100% NMP for this condition of use).

5262

5263 MOEs calculated for chemical processing (excluding formulation) using central tendency and high-end
5264 estimates of chronic exposure to NMP are below the benchmark MOE (30) in the absence of glove use.
5265 MOEs calculated for chemical processing (excluding formulation) using central tendency and high-end
5266 estimates of chronic exposure to NMP are above the benchmark MOE (30) with incorporation of a glove
5267 protection factor (PF 10).

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5268  EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5269  level of confidence.
5270
5271  *Primary Strengths*
5272  EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by
5273  industry submitters. Modeling, in the middle of the approach hierarchy, was used to estimate
5274  occupational inhalation exposure concentrations for both the unloading of NMP from bulk containers
5275  and from drums. For modeling of these air concentrations, EPA attempted to address variability in input
5276  parameters by estimating both central tendency and high-end parameter values. Additionally, EPA used
5277  Monte Carlo simulation to capture variability in input parameters. EPA expects the duration of
5278  inhalation and dermal exposure to be realistic, as the duration is based on the length of time to load
5279  NMP into drums.
5280
5281  *Primary Limitations*
5282  The representativeness of the estimates of duration of inhalation and dermal exposure for the unloading
5283  activities toward the true distribution of duration for all worker activities in this occupational exposure
5284  scenario is uncertain. NMP concentration is reported to CDR as a range and EPA assessed only the
5285  upper end of the range since a central value cannot be ascertained for this scenario. Skin surface areas
5286  for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational
5287  exposure scenario and assumed glove usage is likely based on judgment. The assumed glove protection
5288  factor values are uncertain. EPA is uncertain of the accuracy of the emission factors used to estimate
5289  fugitive NMP emissions and thereby to model NMP air concentrations. The representativeness of the
5290  modeling results toward the true distribution of inhalation concentrations for this occupational exposure
5291  scenario is uncertain.
5292
5293  *Overall Confidence*
5294  Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5295  for this occupational exposure scenario is medium. The studies that support the health concerns for
5296  adverse developmental effects following acute exposure and adverse reproductive effects following
5297  chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5298  endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5299  justification for this confidence rating.
5300

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

### 4.2.2.4    Incorporation into Formulation, Mixture, or Reaction Product

**Table 4-11. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Formulations, Mixtures, or Reaction Products [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** ([2003](#); [Saillenfait et al., 2002](#)) | 216 | Central Tendency | 3.49 | 0.35 | 0.18 | 62 | 612 | 1198 | 30 |
| | | High-End | 53.2 | 4.39 | 2.35 | **4.1** | 49 | 92 | |

[a] MOEs < 30 indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction (EPA expects 100% NMP for this condition of use). High-end means worst-case air concentration, 2-hand dermal (890 cm² surface area exposed) and high-end weight fraction (EPA expects 100% NMP for this condition of use).

MOEs calculated for NMP processed into formulations, mixtures or reaction products using central tendency estimates of acute exposure to NMP are above the benchmark MOE (30). One MOE calculated using a high-end estimate of acute exposure (during maintenance, bottling, shipping) is below the benchmark MOE (30) in the absence of glove use; the MOE calculation incorporating a glove protection factor (PF 10) is above the benchmark MOE for this condition of use.

**Table 4-12. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Formulations, Mixtures, or Reaction Products [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** ([Exxon, 1991](#)) | 183 | Central Tendency | 6.2 | 0.63 | 0.32 | **29** | 291 | 570 | 30 |
| | | High-End | 403.0 | 30.9 | 16.43 | **0.45** | **6** | **11** | |

[a] MOEs < 30 indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction (EPA expects 100% NMP for this condition of use). High-end means worst-case air concentration, 2-hand dermal (890 cm² surface area exposed) and high-end weight fraction (EPA expects 100% NMP for this condition of use).

MOEs calculated for NMP use in formulations, mixtures or reaction products using central tendency estimates of chronic exposure to NMP are below the benchmark MOE (30) in the absence of glove use and above the benchmark MOE with the incorporation of a glove protection factor (PF 10). MOEs

5318 calculated using a high-end estimate of chronic exposure to NMP were below the benchmark MOE (30),
5319 despite glove use (MOE = 6).

5321 EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5322 level of confidence.

*Primary Strengths*

5325 EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by
5326 industry submitters. Modeling, in the middle of the approach hierarchy, was used to estimate
5327 occupational inhalation exposure concentrations for the unloading of NMP from drums. For modeling of
5328 these air concentrations, EPA attempted to address variability in input parameters by estimating both
5329 central tendency and high-end parameter values. Additionally, EPA used Monte Carlo simulation to
5330 capture variability in input parameters. EPA expects the duration of inhalation and dermal exposure to
5331 be realistic, as the duration is based on the length of time to load NMP into drums. EPA assessed worker
5332 inhalation exposure during maintenance, bottling, shipping, and loading of NMP using directly
5333 applicable monitoring data, which is the highest of the approach hierarchy, taken at an adhesive
5334 formulation facility. The data quality rating for the monitoring data used by EPA is high. EPA expects
5335 the duration of inhalation and dermal exposure to be realistic for the unloading of drums, as the duration
5336 is based on the length of time to load NMP into drums.

*Primary Limitations*

5339 The representativeness of the estimates of duration of inhalation and dermal exposure for the assessed
5340 activities toward the true distribution of duration for all worker activities in this occupational exposure
5341 scenario is uncertain. NMP concentration is reported to CDR as a range and EPA assessed only the
5342 upper end of the range since a central value cannot be ascertained for this scenario (NMP concentration
5343 is lower in the formulated products). Skin surface areas for actual dermal contact are uncertain. EPA did
5344 not find data on the use of gloves for this occupational exposure scenario and assumed glove usage is
5345 likely based on professional judgement. The assumed glove protection factor values are highly
5346 uncertain. EPA estimated worker inhalation exposure concentration during the loading of NMP in solid
5347 formulations using EPA's OSHA PEL for PNOR model (U.S. EPA, 2013a), which is the lowest
5348 approach on the hierarchy. EPA did not use these inhalation exposure concentrations for the PBPK
5349 modeling because the PBPK model does not account for solids and because both the inhalation and
5350 dermal exposure potential are captured within other occupational exposure scenarios. EPA is uncertain
5351 of the accuracy of the emission factors used to estimate fugitive NMP emissions and thereby to model
5352 NMP air concentrations. For the maintenance, bottling, shipping, and loading of liquid NMP, the
5353 monitoring data consists of only 7 data points from 1 source. The representativeness of the modeling and
5354 the monitoring data toward the true distribution of inhalation concentrations for these occupational
5355 exposure scenarios is uncertain.

*Overall Confidence*

5358 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5359 for this occupational exposure scenario is medium. The studies that support the health concerns for
5360 adverse developmental effects following acute exposure and adverse reproductive effects following
5361 chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5362 endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5363 justification for this confidence rating.

5364      **4.2.2.5    Application of Paints, Coatings, Adhesives and Sealants**

5365

5366 **Table 4-13. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5367 **in Application of Paints, Coatings, Adhesives and Sealants [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **Spray application** | | | | | | | | | |
| DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 0.31 | 0.07 | 0.04 | 690 | 3000 | 5152 | 30 |
| | | High-End | 24.9 | 4.42 | 2.23 | **8.7** | 49 | 97 | |
| **Roll / curtain application** | | | | | | | | | |
| DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 0.30 | 0.06 | 0.03 | 714 | 3514 | 6880 | 30 |
| | | High-End | 24.7 | 4.28 | 2.10 | **8.8** | 50 | 103 | |
| **Dip application** | | | | | | | | | |
| DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 0.35 | 0.10 | 0.07 | 623 | 2067 | 2092 | 30 |
| | | High-End | 24.8 | 4.36 | 2.18 | **8.7** | 50 | 99 | |
| **Brush application** | | | | | | | | | |
| DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 0.49 | 0.25 | 0.22 | 440 | 880 | 1003 | 30 |
| | | High-End | 24.8 | 4.40 | 2.22 | **8.7** | 49 | 97 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration (unless specified otherwise), 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration (unless specified otherwise), 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction.

5368

5369   MOEs calculated for NMP use in the application of paints, coatings, adhesives and sealants using central
5370 tendency estimates of acute exposure to NMP are above the benchmark MOE (30) with glove use (PF
5371 5). MOEs calculated using high-end estimates of acute exposure during (spray, roll/curtain, brush and
5372 dip) application of NMP-containing paints, coatings, adhesives and sealants are below the benchmark

5373 MOE (30) in the absence of glove use (MOE = 9). MOE calculations incorporating a glove protection
5374 factor (PF 5) were above the benchmark MOE for this condition of use.

5376 **Table 4-14. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of**
5377 **NMP in Application of Paints, Coatings, Adhesives and Sealants [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **Spray application** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 1.41 | 0.32 | 0.19 | 130 | 566 | 976 | 30 |
| | | High-End | 179.6 | 31.1 | 15.70 | **1.0** | **5.9** | **12** | |
| **Roll / curtain application** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 1.36 | 0.28 | 0.14 | 134 | 661 | 1294 | 30 |
| | | High-End | 178.4 | 30.2 | 14.82 | **1.0** | **6.1** | **12** | |
| **Dip application** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 1.55 | 0.47 | 0.33 | 118 | 393 | 556 | 30 |
| | | High-End | 179.1 | 30.8 | 15.34 | **1.0** | **5.9** | **12** | |
| **Brush application** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 2.18 | 1.08 | 0.95 | 84 | 169 | 194 | 30 |
| | | High-End | 179.5 | 31.1 | 15.62 | **1.0** | **5.9** | **12** | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration (unless specified otherwise), 1-hand dermal (445 $cm^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration (unless specified otherwise), 2-hand dermal (890 $cm^2$ surface area exposed), and high-end weight NMP fraction.

5378

5379 MOEs calculated for NMP use in the application of paints, coatings, adhesives and sealants using central
5380 tendency estimates of chronic exposure to NMP and glove use (PF 5) are above the benchmark MOE
5381 (30). MOEs calculated for NMP use in the application of paints, coatings, adhesives and sealants using
5382 high-end estimates of chronic NMP exposure (e.g., spray, roll/curtain, brush and dip application) are
5383 below the benchmark MOE (30) despite glove use (PF 10).

5384 EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5385 level of confidence.

*Primary Strengths*

EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as the 50th and 95th percentiles, respectively, from a variety of data sources with data quality ratings ranging from medium to high. To estimate inhalation exposure during spray application, EPA used directly applicable personal monitoring data, the highest of the approach hierarchy, including 26 data points. These data have a data quality rating of high. To estimate inhalation exposure during roll/curtain application, EPA used modeling, which is in the middle of the approach hierarchy. To estimate inhalation exposure during dip application, EPA used surrogate monitoring data for dip cleaning, which is in the middle of the approach hierarchy, including data from 5 sources. These data have data quality ratings of medium to high. To estimate inhalation exposure during roller / brush and syringe/bead application, EPA used modeled data from the RIVM report (RIVM, 2013), which has a data quality rating of high. The use of modeling is in the middle of the approach hierarchy. EPA used durations associated with short-term inhalation monitoring data to estimate duration of inhalation and dermal exposure during spray application.

*Primary Limitations*

For occupational exposure scenarios other than spray application, EPA did not find exposure duration data and assumed a high-end of 8 hours because the surrogate data or modeled values are 8-hour TWA values. EPA assumed a mid-range of 4 hours for central tendency exposure duration. The representativeness of the assumed estimates of duration of inhalation and dermal exposure for the assessed activities toward the true distribution of duration for all worker activities in this occupational exposure scenario is uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove usage with minimal to no employee training or no glove usage due to the wide-spread use of paint, coating, adhesive, and sealant products. The assumed glove protection factor values are highly uncertain. The available monitoring data for spray application is from 1996 and the surrogate monitoring data used in the model for roll / curtain application is from 1994 or earlier. The extent to which these data are representative of current worker inhalation exposure potential is uncertain. The worker activities associated with the surrogate data used to assess worker inhalation exposure during dip application are not detailed for all sample points. The modeled inhalation exposure concentration during roller / brush application was obtained from RIVM (2013) and not generated by EPA. For all occupational exposure scenarios, representativeness of the monitoring data, surrogate monitoring data, or modeled data toward the true distribution of inhalation concentrations for this occupational exposure scenario is uncertain.

*Overall Confidence*

Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters for this occupational exposure scenario is medium. The studies that support the health concerns for adverse developmental effects following acute exposure and adverse reproductive effects following chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the justification for this confidence rating.

5428          **4.2.2.6**    **Printing and Writing**

5429

5430  **Table 4-15. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5431  **in Printing and Writing [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b, c] | Acute Exposure, Peak blood concentration (mg/L) | | MOE | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | No gloves | Gloves PF 5 | |
| **Printing [b]** | | | | | | | |
| **DEVELOPMENTAL EFFECTS** **Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 0.76 | 0.15 | 286 | 1433 | 30 |
| | | High-End | 2.8 | 0.55 | 78 | 395 | |
| **Writing [c]** | | | | | | | |
| **DEVELOPMENTAL EFFECTS** **Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 0.0009 | 0.00019 | 232,401 | 1,165,010 | 30 |
| | | High-End | 0.0019 | 0.00037 | 116,201 | 582,823 | |

[a] MOEs < 30 are indicated in bold
[b] For printing, central tendency means: central tendency (50th percentile) air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction. High-end means worst-case (95th percentile) air concentration, 2-hand dermal (890 cm² surface area exposed), and high-end weight NMP fraction.
[c] For writing, central tendency means: dermal exposure over 1 cm² surface area exposed [incidental contact] and central tendency NMP weight fraction. High-end means dermal over 1 cm² surface area exposed [incidental contact], and high-end weight NMP fraction. EPA expects inhalation exposure to NMP during writing is negligible.

5432

5433  MOEs calculated for NMP use in printing and writing using high-end estimates of acute exposure are
5434  above the benchmark MOE (30) in the absence of glove use. Central tendency and high-end estimates of
5435  acute exposure are above the benchmark MOE (30) with glove use (PF 5).

5436

5437

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5438 **Table 4-16. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of**
5439 **NMP in Printing and Writing [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b, c] | Chronic Exposure, AUC (hr mg/L) | | MOE | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | No gloves | Gloves PF 5 | |
| **Printing [b]** | | | | | | | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** ([Exxon, 1991]) | 183 | Central Tendency | 3.4 | 0.68 | 54 | 269 | 30 |
| | | High-End | 19.5 | 3.8 | **9.4** | 48 | |
| **Writing [c]** | | | | | | | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** ([Exxon, 1991]) | 183 | Central Tendency | 0.0016 | 0.000316 | 115,998 | 578,327 | 30 |
| | | High-End | 0.0032 | 0.000633 | 57,998 | 289,149 | |

[a] MOEs < 30 are indicated in bold
[b] For printing, central tendency means: central tendency (50th percentile) air concentration, 1-hand dermal (445 $cm^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case (95th percentile) air concentration, 2-hand dermal (890 $cm^2$ surface area exposed), and high-end weight NMP fraction.
[c] For writing, central tendency means: dermal exposure over 1 $cm^2$ surface area exposed [incidental contact] and central tendency NMP weight fraction. High-end means dermal over 1 $cm^2$ surface area exposed [incidental contact], and high-end weight NMP fraction. EPA expects inhalation exposure to NMP during writing is negligible.

5440
5441 MOEs calculated for NMP use in printing and writing using central tendency estimates of chronic
5442 exposure are above the benchmark MOE (30) with glove use (PF 5). One MOE calculated using a high-
5443 end estimate of chronic exposure during printing is below the benchmark MOE in the absence of glove
5444 use; the MOE calculated incorporating a glove protection factor (PF 5) is above the benchmark MOE for
5445 this condition of use. The MOE calculated for NMP use in writing using a high-end estimate of chronic
5446 exposure is above the benchmark MOE (30) in the absence of glove use.
5447
5448 EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5449 level of confidence.
5450
5451 *Primary Strengths*
5452 For printing activities, EPA assessed dermal exposure to central tendency and high-end NMP weight
5453 fractions, calculated as the 50th and 95th percentiles, respectively, from a variety of data sources with
5454 data quality ratings of high. For writing activities, EPA assessed dermal exposure to 1 to 2% NMP based
5455 on one writing product identified in the *Use and Market Profile for N-Methylpyrrolidone* ([Abt, 2017]).
5456 For worker dermal exposure during writing, EPA determined the skin surface area dermally exposed to
5457 writing ink using a literature source with a data quality rating of high. To estimate worker inhalation
5458 exposure during printing, EPA used surrogate monitoring data, which is in the middle of the approach
5459 hierarchy. These data include 48 samples and have a data quality rating of high. EPA used durations

5460  associated with inhalation monitoring data to estimate duration of inhalation and dermal exposure during
5461  printing activities.
5462
5463  *Primary Limitations*
5464  For writing, EPA did not find exposure duration data and assumed a high-end of 8 hours based on the
5465  length of a full shift and a central tendency of 4 hours based on the mid-range of a shift. The
5466  representativeness of the assumed estimates of duration of inhalation and dermal exposure for the
5467  assessed printing and writing activities toward the true distribution of duration for all worker activities in
5468  this occupational exposure scenario is uncertain. For printing, skin surface areas for actual dermal
5469  contact are uncertain. EPA did not find data on glove usage. For printing activities, EPA assumed glove
5470  usage with minimal to no employee training or no glove usage due to the wide-spread use of ink
5471  products. The assumed glove protection factor values are highly uncertain. For writing activities, EPA
5472  assumed glove usage is unlikely for the use of markers, based on engineering judgement. The surrogate
5473  monitoring data used to estimate occupational inhalation exposure during printing is from 1983. The
5474  extent to which these data are representative of current worker inhalation exposure potential is uncertain.
5475  The representativeness of the surrogate monitoring data toward the true distribution of inhalation
5476  concentrations for this occupational exposure scenario is uncertain.
5477
5478  *Overall Confidence*
5479  Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5480  for this occupational exposure scenario is medium. The studies that support the health concerns for
5481  adverse developmental effects following acute exposure and adverse reproductive effects following
5482  chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5483  endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5484  justification for this confidence rating.
5485

### 4.2.2.7    Metal Finishing

**Table 4-17. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Metal Finishing [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **Spray application** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 9.49 | 1.83 | 0.92 | **23** | 118 | 235 | 30 |
| | | High-End | 46.3 | 7.54 | 3.72 | **4.7** | **29** | 58 | |
| **Dip application** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 9.53 | 1.87 | 0.95 | **23** | 116 | 227 | 30 |
| | | High-End | 46.2 | 7.49 | 3.67 | **4.7** | **29** | 59 | |
| **Brush application** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 9.69 | 2.01 | 1.09 | **22** | 107 | 198 | 30 |
| | | High-End | 46.3 | 7.53 | 3.71 | **4.7** | **29** | 58 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration (unless specified otherwise), 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration (unless specified otherwise), 2-hand dermal (890 cm² surface area exposed), and high-end weight fraction.

MOEs calculated for NMP use in metal finishing using central tendency estimates of acute exposure are above the benchmark MOE (30) with glove use (PF 5). MOEs calculated using high-end estimates of acute exposure to NMP during metal finishing (e.g., spray, dip and brush application) are below the benchmark MOE (30) in the absence of glove use; MOE calculations incorporating a glove protection factor (PF 10) are above the benchmark MOE (30) for this condition of use.

**Table 4-18. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Metal Finishing [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **Spray application** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** ([Exxon, 1991](#)) | 183 | Central Tendency | 44 | 8.31 | 4.15 | **4.2** | **22** | 44 | 30 |
| | | High-End | 347 | 53 | 26 | **0.5** | **3.4** | **7.0** | |
| **Dip application** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** ([Exxon, 1991](#)) | 183 | Central Tendency | 44 | 8.46 | 4.29 | **4.2** | **22** | 43 | 30 |
| | | High-End | 346 | 53.0 | 25.85 | **0.5** | **3.5** | **7.1** | |
| **Brush application** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** ([Exxon, 1991](#)) | 183 | Central Tendency | 45 | 9.1 | 4.92 | **4.1** | **20** | 37 | 30 |
| | | High-End | 347 | 53.3 | 26.14 | **0.5** | **3.4** | **7.0** | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration (unless specified otherwise), 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration (unless specified otherwise), 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction.

MOEs calculated for NMP use in metal finishing (e.g., spray, dip and brush application) using central tendency estimates of chronic exposure are below the benchmark MOE (30) with glove use (PF 5). MOEs calculated using high-end estimates of chronic exposure to NMP during metal finishing (e.g., spray, dip and brush application) are below the benchmark MOE (30) with glove use (PF 10).

EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence.

*Primary Strengths*

EPA assessed dermal exposure to liquids using the most recent CDR data for concentration provided by industry submitters. To estimate inhalation exposure during spray application, EPA used surrogate monitoring data, which is in the middle of the approach hierarchy, including 26 data points. These data have a data quality rating of high. To estimate inhalation exposure during dip application, EPA used surrogate monitoring data for dip cleaning, which is in the middle of the approach hierarchy, including data from 5 sources. These data have data quality ratings of medium to high. To estimate inhalation exposure during brush application, EPA used modeled data from the RIVM report ([RIVM, 2013](#)), which

5515   has a data quality rating of high. The use of modeling is in the middle of the approach hierarchy. EPA
5516   used durations associated with inhalation monitoring data to estimate duration of inhalation and dermal
5517   exposure during spray application.
5518
5519   *Primary Limitations*
5520   For occupational exposure scenarios other than spray application, EPA did not find exposure duration
5521   data and assumed a high-end of 8 hours because the surrogate data or modeled values are 8-hour TWA
5522   values. EPA assumed a mid-range of 4 hours for central tendency exposure duration. The
5523   representativeness of the assumed estimates of duration of inhalation and dermal exposure for the
5524   assessed activities toward the true distribution of duration for all worker activities in this occupational
5525   exposure scenario is uncertain. Due to lack of data, EPA could not calculate central tendency and high-
5526   end NMP concentration in metal finishing products and used the low-end and high-end of the NMP
5527   concentration range reported in 2016 CDR. Skin surface areas for actual dermal contact are uncertain.
5528   EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove
5529   usage with minimal to no employee training or no glove usage due to the potential wide-spread use of
5530   metal finishing products. The assumed glove protection factor values are highly uncertain. The available
5531   monitoring data for spray application is from 1996. The extent to which these data are representative of
5532   current worker inhalation exposure potential is uncertain. The worker activities associated with the
5533   surrogate data used to assess worker inhalation exposure during dip application are not detailed for all
5534   sample points. The modeled inhalation exposure concentration during roller/brush application was
5535   obtained from RIVM (2013) and not generated by EPA. For all occupational exposure scenarios,
5536   representativeness of the monitoring data, surrogate monitoring data, or modeled data toward the true
5537   distribution of inhalation concentrations for this occupational exposure scenario is uncertain.
5538
5539   *Overall Confidence*
5540   Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5541   for this occupational exposure scenario is medium. The studies that support the health concerns for
5542   adverse developmental effects following acute exposure and adverse reproductive effects following
5543   chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5544   endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5545   justification for this confidence rating.
5546

5547       **4.2.2.8      Removal of Paints, Coatings, Adhesives and Sealants**
5548

5549  **Table 4-19. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5550  **in the Removal of Paints, Coatings, Adhesives and Sealants [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **Miscellaneous removal** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions ([2003](#); [Saillenfait et al., 2002](#)) | 216 | Central Tendency | 2.07 | 0.51 | 0.31 | 104 | 425 | 687 | 30 |
| | | High-End | 36.5 | 7.71 | 4.72 | **5.9** | **28** | 46 | |
| **Graffiti removal** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions ([2003](#); [Saillenfait et al., 2002](#)) | 216 | Central Tendency | 7.89 | 1.56 | 0.80 | **27** | 138 | 270 | 30 |
| | | High-End | 29.2 | 5.07 | 2.55 | **7.4** | 43 | 85 | |
| [a] MOEs < 30 are indicated in bold [b] Central tendency means: mid-range or mean air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction. High-end means high-end air concentration, 2-hand dermal (890 cm² surface area exposed), and high-end weight NMP fraction. | | | | | | | | | |

5551
5552  The MOE calculated for NMP use in miscellaneous removal of paints, coatings, adhesives and sealants
5553  using a high-end estimate of acute exposure is below the benchmark MOE (30) in the absence of glove
5554  use; the MOE calculated using a high-end estimate of acute exposure with glove use (PF 10) is above
5555  the benchmark MOE. The MOE calculated for NMP use in miscellaneous removal of paints, coatings,
5556  adhesives and sealants using a central tendency estimate of acute exposure is above the benchmark
5557  MOE (30) with glove use (PF 5). MOEs calculated for NMP use in graffiti removal using central
5558  tendency and high-end estimates of acute exposure with glove use (PF = 5) are above the benchmark
5559  MOE (30).
5560

**Table 4-20. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in the Removal of Paints, Coatings, Adhesives and Sealants [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **Miscellaneous removal** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** ([Exxon, 1991](#)) | 183 | Central Tendency | 5.55 | 1.4 | 0.84 | 33 | 135 | 218 | 30 |
| | | High-End | 268 | 54 | 33 | **0.7** | **3.4** | **5.6** | |
| **Graffiti removal** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** ([Exxon, 1991](#)) | 183 | Central Tendency | 36.3 | 7.1 | 3.61 | **5.0** | **26** | 51 | 30 |
| | | High-End | 212 | 36 | 18 | **0.9** | **5.1** | **10** | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: mid-range or mean air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means high-end air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction.

The MOE calculated for NMP use in miscellaneous removal of paints, coatings, adhesives and sealants using a central tendency estimate of chronic exposure is above the benchmark MOE (30) with glove use (PF 5). MOEs calculated based on high-end estimates for chronic exposure during the removal of paints, coatings, adhesives and sealants (i.e., miscellaneous removal and graffiti removal) are below the benchmark MOE (30) with glove use (PF = 10).

EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence.

*Primary Strengths*
EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as the 50th and 95th percentiles, respectively, from a variety of data sources with data quality ratings ranging from medium to high. To estimate inhalation exposure during miscellaneous paint and coating removal, EPA used directly applicable personal monitoring data, the highest of the approach hierarchy, including data from three studies. These data have a data quality rating of high. To estimate inhalation exposure during graffiti removal, EPA used directly applicable personal monitoring data, the highest of the approach hierarchy, including 25 data points. These data have a data quality rating of high. EPA used durations associated with inhalation monitoring data to estimate duration of inhalation and dermal exposure during miscellaneous paint and coating removal.

5584    *Primary Limitations*
5585    For graffiti removal, EPA did not find data other than 8-hour TWA values. EPA assumed a high-end
5586    exposure duration equal to 8 hours and a central tendency exposure duration of 4 hours, which is the
5587    mid-range of a full shift. The representativeness of the assumed estimates of duration of inhalation and
5588    dermal exposure for the assessed activities toward the true distribution of duration for all worker
5589    activities in this occupational exposure scenario is uncertain. EPA did not find data on the use of gloves
5590    for this occupational exposure scenario and assumed glove usage with minimal to no employee training
5591    or no glove usage due to the wide-spread use of removal products. The assumed glove protection factor
5592    values are highly uncertain. The short-term inhalation exposure concentrations for miscellaneous
5593    removal are based on data from 1993 and the extent to which these data are representative of current
5594    worker inhalation exposure potential is uncertain. For graffiti removal, EPA used the minimum, mean,
5595    and maximum air concentrations reported by one literature source for 25 datapoints. EPA did not have
5596    these 25 data points with which to calculate 50th and 95th percentile values. The representativeness of
5597    the monitoring data toward the true distribution of inhalation concentrations for this occupational
5598    exposure scenario is uncertain.
5599
5600    *Overall Confidence*
5601    Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5602    for this occupational exposure scenario is medium. The studies that support the health concerns for
5603    adverse developmental effects following acute exposure and adverse reproductive effects following
5604    chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5605    endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5606    justification for this confidence rating.
5607

4.2.2.9    Cleaning

**Table 4-21. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Cleaning [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **Dip cleaning** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 13.7 | 2.62 | 1.32 | **16** | 82 | 163 | 30 |
| | | High-End | 52.6 | 8.36 | **4.07** | **4.1** | **26** | 53 | |
| **Spray / wipe cleaning** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 4.88 | 0.99 | 0.52 | 44 | 218 | 418 | 30 |
| | | High-End | 52.0 | 8.29 | 4.05 | **4.2** | **26** | 53 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: central tendency (50th percentile) air concentration, 1-hand dermal (445 $cm^2$ surface area exposed), and central tendency NMP weight fraction. High-end means high-end (95th percentile) air concentration, 2-hand dermal (890 $cm^2$ surface area exposed), and high-end weight NMP fraction.

MOEs calculated for NMP use in cleaning applications (e.g., dip and spray/wipe cleaning) based on central tendency estimates of acute exposure are above the benchmark MOE (30) with glove use (PF 5). MOEs calculated for NMP use in cleaning applications based on high-end estimates of acute exposure are below the benchmark MOE (30) in the absence of glove use; MOEs calculated for NMP use in cleaning applications based on high-end estimates of acute exposure incorporating a glove protection factor (PF = 10) are above the benchmark MOE.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-22. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Cleaning [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [a] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **Dip cleaning** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** ([Exxon, 1991](#)) | 183 | Central Tendency | 64.0 | 12 | 5.99 | **2.9** | **15** | 31 | 30 |
| | | High-End | 399 | 59 | 29 | **0.5** | **3.1** | **6.4** | |
| **Spray / wipe cleaning** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** ([Exxon, 1991](#)) | 183 | Central Tendency | 22.3 | 4.5 | 2.33 | **8.2** | 41 | 79 | 30 |
| | | High-End | 393 | 59 | 29 | **0.5** | **3.1** | **6.4** | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: central tendency (50th percentile) air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction. High-end means high-end (95th percentile) air concentration, 2-hand dermal (890 cm² surface area exposed), and high-end weight fraction.

The MOE calculated for NMP use in dip cleaning based on a central tendency estimate of chronic exposure is below the benchmark MOE (30) with glove use (PF 5); the MOE calculated for NMP use in spray/wipe cleaning based on a central tendency estimate of chronic exposure is above the benchmark MOE (30) with glove use (PF 5). MOEs calculated for NMP use in cleaning applications (i.e., dip, spray/wipe cleaning) using high-end estimates of chronic exposure and glove use (PF 10) are below the benchmark MOE.

EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence.

*Primary Strengths*
EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as the 50th and 95th percentiles, respectively, from a variety of data sources with data quality ratings ranging from medium to high. To estimate inhalation exposure during dip cleaning, EPA used directly applicable monitoring data, which is in the highest of the approach hierarchy, including data from 5 sources. These data have data quality ratings ranging from medium to high. To estimate inhalation exposure during spray / wipe application, EPA used directly applicable monitoring data, which is in the highest of the approach hierarchy, including data from 4 sources. These data have data quality ratings ranging from medium to high.

5642 *Primary Limitations*
5643 EPA did not find exposure duration data and assumed a high-end of 8 hours based on the length of a full
5644 shift and a central tendency of 4 hours based on the mid-range of a shift. The representativeness of the
5645 assumed estimates of duration of inhalation and dermal exposure for the assessed cleaning activities
5646 toward the true distribution of duration for all worker activities in this occupational exposure scenario is
5647 uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use of
5648 gloves for this occupational exposure scenario and assumed glove usage with minimal to no employee
5649 training or no glove usage due to the wide-spread use of cleaning products. The assumed glove
5650 protection factor values are highly uncertain. The worker activities associated with the monitoring data
5651 used to assess inhalation exposure during dip cleaning and spray/wipe cleaning were not detailed for all
5652 samples. Where EPA could not determine the type of cleaning activities associated with a data point,
5653 EPA used the data in the estimates for both dip and spray/wipe cleaning. For both occupational exposure
5654 scenarios, the representativeness of the monitoring data toward the true distribution of inhalation
5655 concentrations for this occupational exposure scenario is uncertain.

5656
5657 *Overall Confidence*
5658 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5659 for this occupational exposure scenario is medium. The studies that support the health concerns for
5660 adverse developmental effects following acute exposure and adverse reproductive effects following
5661 chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5662 endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5663 justification for this confidence rating.
5664

5665 **4.2.2.10   Commercial Automotive Servicing**
5666
5667 **Table 4-23. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5668 **in Commercial Automotive Servicing [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 0.35 | 0.21 | 0.20 | 624 | 1009 | 1090 | 30 |
| | | High-End | 15.9 | 3.93 | 2.59 | **14** | 55 | 84 | |

[a] MOEs < are 30 indicated in bold
[b] Central tendency means: central tendency (50th percentile) air concentration, 1-hand dermal (445 cm[2] surface area exposed), and central tendency NMP weight fraction. High-end means high-end (95th percentile) air concentration, 2-hand dermal (890 cm[2] surface area exposed), and high-end weight NMP fraction.

5669
5670 MOEs calculated for NMP use in commercial automotive servicing based on high-end estimates of acute
5671 exposure are below the benchmark MOE (30) in the absence of glove use. MOEs calculated for NMP

use in commercial automotive servicing based on central tendency and high-end estimates of acute exposure to workers are above the benchmark MOE (30) with glove use (PF = 5).

**Table 4-24. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Commercial Automotive Servicing [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **REPRODUCTIVE EFFECTS** Decreased Fertility (Exxon, 1991) | 183 | Central Tendency | 0.92 | 0.6 | 0.53 | 199 | 319 | 344 | 30 |
| | | High-End | 113 | 27 | 18 | **1.6** | **6.7** | **10** | |
| [a] MOEs < 30 are indicated in red. | | | | | | | | | |
| [b] Central tendency means: central tendency (50th percentile) air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means high-end (95th percentile) air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction. | | | | | | | | | |

The MOE calculated for NMP use in commercial automotive servicing (i.e., aerosol degreasing) based on high-end estimates of acute exposure is below the benchmark MOE (30) in the absence of glove use. MOEs calculated for NMP use in commercial automotive servicing based on central tendency estimates of chronic NMP exposure are below the benchmark MOE (30) with glove use (PF 10).

EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence.

*Primary Strengths*

EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as the 50th and 95th percentiles, respectively, from a variety of data sources with data quality ratings of high. Modeling, in the middle of the approach hierarchy, was used to estimate occupational inhalation exposure concentrations. For modeling of these air concentrations, EPA attempted to address variability in input parameters by estimating both central tendency and high-end parameter values. Additionally, EPA used Monte Carlo simulation to capture variability in input parameters. EPA expects the duration of inhalation and dermal exposure to be realistic, as the duration is based on the length of time to conduct aerosol degreasing of automotive brakes.

*Primary Limitations*

The representativeness of the estimates of duration of inhalation and dermal exposure for the aerosol brake degreasing activities toward the true distribution of duration for all worker activities in this occupational exposure scenario is uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove usage with minimal to no employee training or no glove usage due to the wide-spread use of degreasing products. The assumed glove protection factor values are highly uncertain. For the modeling of NMP air concentrations, EPA used aerosol product use rate and application frequency from one literature source (CARB, 2000) on brake servicing. The extent to which this is representative of other aerosol degreasing

applications involving NMP is uncertain. The representativeness of the modeling results toward the true
distribution of inhalation concentrations for this occupational exposure scenario is uncertain.

*Overall Confidence*

Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
for this occupational exposure scenario is medium. The studies that support the health concerns for
adverse developmental effects following acute exposure and adverse reproductive effects following
chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
justification for this confidence rating.

### 4.2.2.11   Laboratory Use

**Table 4-25. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Laboratories [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | | MOE | | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 5 | Gloves PF 10 | Gloves PF 20 | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 10.4 | 2.0 | 1.0 | 0.50 | **21** | 107 | 214 | 428 | 30 |
| | | High-End | 52.7 | 8.4 | 4.1 | 2.08 | **4.1** | **26** | 52 | 104 | |

[a] MOEs < 30 indicated in bold.
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 cm² surface area exposed), and high-end weight NMP fraction.

MOEs calculated based on high-end estimates of acute exposure during laboratory use of NMP are
below the benchmark MOE (30) in the absence of glove use. MOEs calculated for laboratory use of
NMP based on high-end estimates of acute exposure are above the benchmark MOE (30), with glove
use (PF 10).

5725 **Table 4-26. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of**
5726 **NMP in Laboratories [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | | MOE | | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 5 | Gloves PF 10 | Gloves PF 20 | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 36 | 6.9 | 3.4 | 1.7 | **5.0** | **27** | 53 | 107 | 30 |
| | | High-End | 400 | 60 | 29 | 15 | **0.5** | **3.1** | **6.3** | **12** | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 $cm^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 $cm^2$ surface area exposed), and high-end weight NMP fraction.

5727
5728 The MOE calculation based on a high-end estimate of chronic exposure to workers during laboratory
5729 use of NMP is below the benchmark MOE (30) in the absence of glove use; the MOE calculated
5730 incorporating (PF 10) glove use is below the benchmark MOE. MOEs calculated based on central
5731 tendency estimates of chronic exposure to NMP during laboratory use are above the benchmark MOE
5732 (30) with glove use (PF 10).
5733 EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5734 level of confidence.
5735
5736 *Primary Strengths*
5737 EPA assessed occupational inhalation exposure using directly applicable personal monitoring data,
5738 which is the highest of the approach hierarchy, from one source with a data quality rating of medium.
5739 EPA also used a modeled inhalation exposure concentration value, which is in the middle of the
5740 approach hierarchy, from RIVM (2013). This data has a data quality rating of high. EPA determined
5741 central tendency exposure duration from the inhalation monitoring data. EPA expects the central
5742 tendency duration of inhalation and dermal exposure to be realistic, as the duration is task-based.
5743
5744 *Primary Limitations*
5745 EPA assumed a high-end exposure duration of 8 hours based on the length of a full shift. The
5746 representativeness of the assumed estimates of duration of inhalation and dermal exposure for the
5747 assessed activities toward the true distribution of duration for all worker activities in this occupational
5748 exposure scenario is uncertain. EPA did not find NMP concentration data and assumed workers may be
5749 exposed to up to 100% NMP since NMP is a carrier chemical, and carrier chemical concentrations may
5750 be very high. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use
5751 of gloves for this occupational exposure scenario and assumed glove usage is likely based on judgment.
5752 The assumed glove protection factor values are highly uncertain. The monitoring data used for central
5753 tendency worker inhalation exposure is only one data point from a 1996 industrial hygiene report. The
5754 extent to which these data are representative of current worker inhalation exposure potential is uncertain.
5755 The modeled high-end inhalation exposure concentration was obtained from RIVM (2013) and not

5756  generated by EPA. The representativeness of the monitoring data and modeled exposure toward the true
5757  distribution of inhalation concentrations for this occupational exposure scenario is uncertain.
5758
5759  *Overall Confidence*
5760  Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5761  for this occupational exposure scenario is medium. The studies that support the health concerns for
5762  adverse developmental effects following acute exposure and adverse reproductive effects following
5763  chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5764  endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5765  justification for this confidence rating.

5766  ### 4.2.2.12   Electronic Parts Manufacturing
5767
5768  **Table 4-27. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5769  **in Electronic Parts Manufacturing [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **Container handling, small containers** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 11.1 | 1.1 | 0.54 | **19** | 204 | 400 | 30 |
| | | High-End | 46.0 | 3.3 | 1.65 | **4.7** | 65 | 131 | |
| **Container handling, drums** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 9.1 | 0.86 | 0.43 | **24** | 251 | 504 | 30 |
| | | High-End | 46.1 | 3.4 | 1.68 | **4.7** | 64 | 128 | |
| **Fab worker** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 2.6 | 0.26 | 0.14 | 83 | 820 | 1598 | 30 |
| | | High-End | 67.7 | 4.5 | 2.20 | **3.2** | 48 | 98 | |
| **Maintenance** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS** Increased Fetal Resorptions | 216 | Central Tendency | 10.1 | 0.95 | 0.47 | **21** | 228 | 458 | 30 |
| | | High-End | 67.8 | 4.5 | 2.21 | **3.2** | 48 | 98 | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| (2003; Saillenfait et al., 2002) | | | | | | | | | |
| **Virgin NMP truck unloading** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 16.5 | 1.7 | 0.97 | **13** | 125 | 222 | 30 |
| | | High-End | 52.8 | 4.1 | 2.10 | **4.1** | 52 | 103 | |
| **Waste truck unloading** | | | | | | | | | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 14.9 | 1.4 | 0.73 | **14** | 151 | 298 | 30 |
| | | High-End | 47.4 | 3.7 | 1.82 | **4.6** | 59 | 119 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: central tendency (50th percentile) air concentration (for virgin NMP truck unloading and waste truck loading, EPA scaled a single 8-hour TWA value to a 4-hour TWA values), 1-hand dermal (445 $cm^2$ surface area exposed), and central tendency NMP weight fraction. High-end means high-end (95th percentile) air concentration (for virgin NMP truck unloading and waste truck loading, EPA used a single 8-hour TWA value), 2-hand dermal (890 $cm^2$ surface area exposed), and high-end weight fraction NMP.

5770
5771   MOEs calculated based on high-end estimates of acute exposure to workers during NMP use in
5772   electronic parts manufacturing are below the benchmark MOE (30) in the absence of glove use. High
5773   end estimates of acute exposure to workers during NMP use in electronic parts manufacturing are above
5774   the benchmark MOE with glove use (PF 10). Although the MOE calculation incorporating a glove
5775   protection factor (PF 20) is above the benchmark MOE, EPA has not found information that would
5776   indicate specific activity training (e.g., procedure for glove removal and disposal) for tasks where
5777   dermal exposure can be expected to occur. The PF 20 glove protection factor is not assumed for any
5778   central tendency or high-end estimates.
5779

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

5780 **Table 4-28. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of**
5781 **NMP in Electronic Parts Manufacturing [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| **Container handling, small containers** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** Decreased Fertility (Exxon, 1991) | 183 | Central Tendency | 67.4 | 6.31 | 3.21 | **2.7** | **29** | 57 | 30 |
| | | High-End | 444 | 31.8 | 15.71 | **0.4** | **5.8** | **12** | |
| **Container handling, drums** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** Decreased Fertility (Exxon, 1991) | 183 | Central Tendency | 55.1 | 5.13 | 2.56 | **3.3** | 36 | 72 | 30 |
| | | High-End | 445 | 32.1 | 16.00 | **0.4** | **5.7** | **11** | |
| **Fab worker** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** Decreased Fertility (Exxon, 1991) | 183 | Central Tendency | 15.6 | 1.57 | 0.80 | **12** | 117 | 228 | 30 |
| | | High-End | 670 | 42.8 | 20.93 | **0.3** | **4.3** | **8.7** | |
| **Maintenance** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** Decreased Fertility (Exxon, 1991) | 183 | Central Tendency | 61.1 | 5.65 | 2.81 | **3.0** | 32 | 65 | 30 |
| | | High-End | 671 | 42.9 | 21.04 | **0.3** | **4.3** | **8.7** | |
| **Virgin NMP truck unloading** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** Decreased Fertility (Exxon, 1991) | 183 | Central Tendency | 78.1 | 7.83 | 4.36 | **2.3** | **23** | 42 | 30 |
| | | High-End | 400 | 29.2 | 14.79 | **0.5** | **6.3** | **12.4** | |
| **Waste truck unloading** | | | | | | | | | |
| **REPRODUCTIVE EFFECTS** Decreased Fertility (Exxon, 1991) | 183 | Central Tendency | 70.22 | 6.45 | 3.28 | **2.6** | **28** | 56 | 30 |
| | | High-End | 356 | 26.00 | 12.84 | **0.5** | **7.0** | **14.3** | |

[a] MOEs < 30 indicated in bold
[b] Central tendency means: central tendency (50th percentile) air concentration (for virgin NMP truck unloading and waste truck loading, EPA scaled a single 8-hour TWA value to a 4-hour TWA values), 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction. High-end means high-end (95th percentile) air concentration (for

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 10 | Gloves PF 20 | No gloves | Gloves PF 10 | Gloves PF 20 | |
| virgin NMP truck unloading and waste truck loading, EPA used a single 8-hour TWA value), 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction. | | | | | | | | | |

MOEs calculated based on high-end estimates of chronic exposure to workers during NMP use in electronic parts manufacturing (i.e., handling, unloading, maintenance and fab worker) are below the benchmark MOE (30) regardless of glove use. Although the MOE calculation incorporating a glove protection factor (PF 20) is above the benchmark MOE, EPA has not found information that would indicate specific activity training (e.g., procedure for glove removal and disposal) for tasks where dermal exposure can be expected to occur. The PF 20 glove protection factor is not assumed for any central tendency or high-end estimates.

### 4.2.2.13   Soldering

**Table 4-29. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP in Soldering [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **DEVELOPMENTAL EFFECTS** **Increased Fetal Resorptions** ([2003](); [Saillenfait et al., 2002]()) | 216 | Central Tendency | 0.15 | 0.03 | 0.02 | 1436 | 7187 | 14376 | 30 |
| | | High-End | 0.97 | 0.19 | 0.10 | 222 | 1120 | 2242 | |
| [a] MOEs < 30 are indicated in bold | | | | | | | | | |
| [b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction. | | | | | | | | | |

The MOE calculated for NMP use in soldering based on high-end estimates of acute exposure is above the benchmark MOE (30) in the absence of glove use (MOE = 222); the MOE calculated based on central tendency estimates of acute exposure to workers during NMP use in soldering is above the benchmark MOE with glove use (PF 5).

5801 **Table 4-30. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of**
5802 **NMP in Soldering [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **REPRODUCTIVE EFFECTS Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 0.68 | 0.14 | 0.07 | 270 | 1350 | 2701 | 30 |
| | | High-End | 6.8 | 1.36 | 0.68 | **27** | 135 | 270 | |

[a] MOEs < 30 indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 cm² surface area exposed), and high-end weight NMP fraction.

5803

5804 The MOE calculated based on a high-end estimate of chronic exposure to workers from NMP use in
5805 soldering is below the benchmark MOE (30) in the absence of glove use (MOE = 27); the MOE
5806 calculated based on a high-end estimate of chronic exposure to workers incorporating a glove protection
5807 factor (PF 10) is above the benchmark MOE. The MOE calculated based on a central tendency estimate
5808 of chronic exposure to workers with glove use (PF 5) is above the benchmark MOE.
5809 EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5810 level of confidence.

5811

5812 *Primary Strengths*
5813 EPA assessed dermal exposure to central tendency and high-end NMP weight fractions, calculated as
5814 the 50th and 95th percentiles, respectively, from the data provided by SIA (2019), which has a data
5815 quality rating of high. EPA used directly applicable inhalation monitoring data, which is the highest of
5816 the approach hierarchy, to estimate worker inhalation exposure during a variety of semiconductor
5817 manufacturing tasks. These data include over one hundred data points and have a data quality rating of
5818 high.

5819

5820 *Primary Limitations*
5821 The SIA (2019) monitoring data were provided as 8-hour or 12-hour TWA values. EPA assumed 8 or 12
5822 hours as the high-end exposure duration and mid-range of 4 or 6 hours as the central tendency exposure
5823 duration. The representativeness of the estimates of duration of inhalation and dermal exposure for the
5824 assessed activities toward the true distribution of duration for all worker activities in this occupational
5825 exposure scenario beyond semiconductor manufacturing is uncertain. Skin surface areas for actual
5826 dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure
5827 scenario and assumed glove usage is likely based on judgment. The assumed glove protection factor
5828 values are highly uncertain. The majority of the data points in SIA (2019) were non-detect for NMP and,
5829 for these samples, EPA used the LOD/2 to calculate central tendency and high-end inhalation exposure
5830 concentration values. Due to the high amount of non-detect results, this method may result in bias. The
5831 representativeness of the monitoring data for semiconductor manufacturing toward the true distribution
5832 of inhalation concentrations for all worker activities in this occupational exposure scenario is uncertain.

5833 *Overall Confidence*
5834 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5835 for this occupational exposure scenario is medium. The studies that support the health concerns for
5836 adverse developmental effects following acute exposure and adverse reproductive effects following
5837 chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5838 endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5839 justification for this confidence rating.
5840

5841 ### 4.2.2.14    Fertilizer Application
5842

5843 **Table 4-31. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5844 **in Fertilizer Application [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** ([2003](); [Saillenfait et al., 2002]()) | 216 | Central Tendency | 0.15 | 0.14 | 0.13 | 1430 | 1587 | 1604 | 30 |
| | | High-End | 2.9 | 0.70 | 0.42 | 74 | 310 | 510 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction.

5845
5846 The MOEs calculated for NMP use in fertilizer application based on high-end estimates of acute
5847 exposure for workers are above the benchmark MOE (30) in the absence of glove use. Central tendency
5848 and high-end estimates of acute exposure to workers during the use of NMP in fertilizer application are
5849 above the benchmark MOE with glove use (PF 5).
5850
5851

**Table 4-32. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Fertilizer Application [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| REPRODUCTIVE EFFECTS Decreased Fertility (Exxon, 1991) | 183 | Central Tendency | 0.66 | 0.60 | 0.59 | 279 | 307 | 311 | 30 |
| | | High-End | 20.6 | 4.9 | 2.9 | **8.9** | 38 | 62 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm² surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 cm² surface area exposed), and high-end weight NMP fraction.

The MOE calculated for NMP use in fertilizer application based on a high-end estimate of chronic exposure to workers is below the benchmark MOE (30) in the absence of glove use (MOE = 9). The MOEs calculated based on central tendency and high-end estimates of chronic exposure to workers incorporating a glove protection factor (PF = 5) is above the benchmark MOE.

EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence.

*Primary Strengths*

EPA assessed dermal exposure to 0.1 to 7% NMP, based on data from public comments and literature, which have data quality ratings of high. EPA assessed occupational inhalation exposure during fertilizer application using a modeled inhalation exposure concentration value, which is in the middle of the approach hierarchy, from RIVM (2013). This data has a data quality rating of high.

*Primary Limitations*

EPA did not find exposure duration data and assumed a high-end of 8 hours based on the length of a full shift and a central tendency of 4 hours based on the mid-range of a shift. The representativeness of the assumed estimates of duration of inhalation and dermal exposure toward the true distribution of duration for all worker activities in this occupational exposure scenario is uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove usage with minimal to no employee training or no glove usage due to the commercial nature of this use. The assumed glove protection factor values are highly uncertain. The modeled inhalation exposure concentration was obtained from RIVM (2013) and not generated by EPA. The representativeness of the modeled exposure toward the true distribution of inhalation concentrations for this occupational exposure scenario is uncertain.

*Overall Confidence*

Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters for this occupational exposure scenario is medium. The studies that support the health concerns for

5883  adverse developmental effects following acute exposure and adverse reproductive effects following
5884  chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5885  endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5886  justification for this confidence rating.
5887

### 4.2.2.15   Wood Preservatives

5888

5890  **Table 4-33. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Use of NMP**
5891  **in Wood Preservatives [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | MOE | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | No gloves | Gloves PF 5 | |
| **DEVELOPMENTAL EFFECTS** **Increased Fetal Resorptions** (2003; Saillenfait et al., 2002) | 216 | Central Tendency | 0.34 | 0.22 | 635 | 1003 | 30 |
| | | High-End | 0.51 | 0.20 | 426 | 1099 | |

[a] MOEs < 30 indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction.

5892

5893  The MOE calculated based on a high-end estimate of acute exposure to workers from NMP use in wood
5894  preservatives is above the benchmark MOE (30) in the absence of glove use. The MOEs calculated
5895  based on central tendency and high-end estimates of acute exposure to workers from NMP use in wood
5896  preservatives are above the benchmark MOE (30) with glove use (PF 5).

5897

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-34. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Use of NMP in Wood Preservatives [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | MOE | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | No gloves | Gloves PF 5 | |
| **REPRODUCTIVE EFFECTS** **Decreased Fertility** (Exxon, 1991) | 183 | Central Tendency | 1.5 | 0.95 | 122 | 194 | 30 |
| | | High-End | 3.5 | 1.4 | 52 | 135 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction.

The MOE calculated based on a high-end estimate of chronic exposure to workers from NMP use in wood preservatives is above the benchmark MOE (30) in the absence of glove use. MOEs for NMP use in wood preservatives based on central tendency and high-end estimates of chronic exposure to workers are above the benchmark MOE with glove use (PF 5).

EPA considered the assessment approach, the quality of the data, and uncertainties to determine the level of confidence.

*Primary Strengths*

EPA assessed dermal exposure to 1% NMP, based on one wood preservative product identified in the *Use and Market Profile for N-Methylpyrrolidone* (Abt, 2017). EPA assessed occupational inhalation exposure during wood preservative application using a modeled inhalation exposure concentration value, which is in the middle of the approach hierarchy, from RIVM (2013). This data has a data quality rating of high.

*Primary Limitations*

EPA did not find exposure duration data and assumed a high-end of 8 hours based on the length of a full shift and a central tendency of 4 hours based on the mid-range of a shift. The representativeness of the assumed estimates of duration of inhalation and dermal exposure toward the true distribution of duration for all worker activities in this occupational exposure scenario is uncertain. Skin surface areas for actual dermal contact are uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and assumed glove usage with minimal to no employee training or no glove usage due to the commercial nature of this use. The assumed glove protection factor values are highly uncertain. The modeled inhalation exposure concentration was obtained from RIVM (2013) and not generated by EPA. The representativeness of the modeled exposure toward the true distribution of inhalation concentrations for this occupational exposure scenario is uncertain.

5927 *Overall Confidence*
5928 Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5929 for this occupational exposure scenario is medium. The studies that support the health concerns for
5930 adverse developmental effects following acute exposure and adverse reproductive effects following
5931 chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5932 endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5933 justification for this confidence rating.
5934

5935       **4.2.2.16    Recycling and Disposal**
5936

5937 **Table 4-35. Non-Cancer Risk Estimates for Acute Exposures Following Occupational Recycling**
5938 **and Disposal of NMP [a]**

| Health Effect, Endpoint and Study | Acute POD, Cmax (mg/L) | Exposure Level [b] | Acute Exposure, Peak blood concentration (mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **DEVELOPMENTAL EFFECTS Increased Fetal Resorptions** ([2003](); [Saillenfait et al., 2002]()) | 216 | Central Tendency | 3.8 | 0.76 | 0.38 | 56 | 283 | 562 | 30 |
| | | High-End | 9.4 | 1.9 | 0.96 | **23** | 114 | 225 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 cm$^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 cm$^2$ surface area exposed), and high-end weight NMP fraction.

5939
5940 The MOE calculated based on a high-end estimate of acute exposure to workers from recycling and
5941 disposal of NMP is below the benchmark MOE (30) in the absence of glove use; the MOE calculated
5942 based on central tendency estimates of acute exposure to workers from recycling and disposal of NMP is
5943 above the benchmark MOE in the absence of glove use. The MOE calculated based on a high-end
5944 estimate of acute exposure to workers from recycling and disposal of NMP is above the benchmark
5945 MOE with glove use (PF 5).
5946

5947 **Table 4-36. Non-Cancer Risk Estimates for Chronic Exposures Following Occupational Recycling**
5948 **and Disposal of NMP [a]**

| Health Effect, Endpoint and Study | Chronic POD, AUC (hr mg/L) | Exposure Level [b] | Chronic Exposure, AUC (hr mg/L) | | | MOE | | | Benchmark MOE (= Total UF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | No gloves | Gloves PF 5 | Gloves PF 10 | No gloves | Gloves PF 5 | Gloves PF 10 | |
| **REPRODUCTIVE EFFECTS** | 183 | Central Tendency | 7.9 | 1.57 | 0.79 | **23** | 116 | 232 | 30 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Decreased Fertility** (Exxon, 1991) | | High-End | 21.6 | 4.2 | 2.14 | **8.5** | 43 | 86 | |

[a] MOEs < 30 are indicated in bold
[b] Central tendency means: typical air concentration, 1-hand dermal (445 $cm^2$ surface area exposed), and central tendency NMP weight fraction. High-end means worst-case air concentration, 2-hand dermal (890 $cm^2$ surface area exposed), and high-end weight NMP fraction.

5949

5950  MOEs calculated based on central tendency and high-end estimates of chronic exposure to workers from
5951  recycling and disposal of NMP are below the benchmark MOE (30) in the absence of glove use. MOEs
5952  calculated based on central tendency and high-end estimates of chronic exposure to workers from
5953  recycling and disposal of NMP are above the benchmark MOE with glove use (PF = 5).

5954

5955  EPA considered the assessment approach, the quality of the data, and uncertainties to determine the
5956  level of confidence.

5957

5958  *Primary Strengths*
5959  Modeling, in the middle of the approach hierarchy, was used to estimate occupational inhalation
5960  exposure concentrations for both the unloading of NMP from bulk containers and from drums. For
5961  modeling of these air concentrations, EPA attempted to address variability in input parameters by
5962  estimating both central tendency and high-end parameter values. Additionally, for modeling of air
5963  concentrations during the unloading of drums, EPA used Monte Carlo simulation to capture variability
5964  in input parameters. EPA expects the duration of inhalation and dermal exposure to be realistic for the
5965  unloading activities, as the durations are based on the length of time to unload NMP from specific
5966  container sizes (i.e., tank trucks, rail cars, and drums).

5967

5968  *Primary Limitations*
5969  The representativeness of the estimates of duration of inhalation and dermal exposure for the unloading
5970  activities toward the true distribution of duration for all worker activities in this occupational exposure
5971  scenario is uncertain. EPA did not find NMP concentration data and assumed waste NMP may contain
5972  very little impurities and be up to 100% NMP. Skin surface areas for actual dermal contact are
5973  uncertain. EPA did not find data on the use of gloves for this occupational exposure scenario and
5974  assumed glove usage with basic employee training is likely based on judgment. The assumed glove
5975  protection factor values are highly uncertain. For the modeling of NMP air concentrations, EPA is
5976  uncertain of the accuracy of the emission factors used to estimate fugitive NMP emissions and thereby
5977  estimate worker inhalation exposure concentration. The representativeness of the modeling results
5978  toward the true distribution of inhalation concentrations for this occupational exposure scenario is
5979  uncertain.

5980

5981  *Overall Confidence*
5982  Considering the overall strengths and limitations, the overall confidence of the PBPK input parameters
5983  for this occupational exposure scenario is medium. The studies that support the health concerns for
5984  adverse developmental effects following acute exposure and adverse reproductive effects following
5985  chronic exposure are described above in Section 3.2. Overall, EPA has high confidence in the health
5986  endpoints and PODs selected for acute and chronic risk characterization. Section 3.2.6 describes the
5987  justification for this confidence rating.

### 4.2.3   Risk Estimation for Exposures to NMP for Occupational Non-Users

The following table presents the risk estimates for chronic inhalation exposures to ONUs for reproductive effects using estimated air concentrations from workplaces that use NMP in each OES. ONUs are not assumed to be exposed via dermal contact with liquid NMP because they do not have direct dermal contact with liquid chemicals, see section 2.4.1.1. ONUs are not assumed to be wearing a respirator. Calculated MOE values that are below the benchmark MOE (30), indicate a risk concern (shown in bold and shaded grey). Risk estimates for acute inhalation exposures to ONUs for developmental effects in pregnant women from workplaces that use NMP are not shown because the MOEs are all greater than the benchmark MOE of 30. The highest exposure scenario for ONUs is paint removers – miscellaneous stripping with an 8 hr TWA air concentration of 64 mg/m$^3$ and the peak blood concentration is 1.53 mg/L and for the developmental effects with the POD peak blood concentration of 216 mg/L the MOE is 141, above the benchmark MOE of 30.

**Table 4-37. ONU Risk Estimates based on Adverse Reproductive Effects (Decreased Fertility) from Chronic NMP Exposures [a]**

| Occupational Exposure Scenario [a] | Exposure Level [b] | Chronic Exposure [c], AUC (hr mg/L) | MOEs [d] |
|---|---|---|---|
| Manufacturing of NMP | Central Tendency | 0.011 | 16344 |
| | High-End | 0.31 | 587 |
| Repackaging | Central Tendency | 0.011 | 16344 |
| | High-End | 0.31 | 587 |
| Chemical Processing, Excluding Formulation | Central Tendency | 0.016 | 11255 |
| | High-End | 0.055 | 3343 |
| Incorporation into Formulation, Mixture, or Reaction Product | Central Tendency | 0.016 | 11255 |
| | High-End | 2.63 | 70 |
| Application of Paints, Coatings, Adhesives, and Sealants--  Spray Application | Central Tendency | 0.052 | 3525 |
| | High-End | 0.93 | 197 |
| Application of Paints, Coatings, Adhesives, and Sealants-- Roll/curtain | Central Tendency | 0.0059 | 30904 |
| | High-End | 0.052 | 3522 |
| Application of Paints, Coatings, Adhesives, and Sealants--Dip | Central Tendency | 0.19 | 944 |
| | High-End | 0.57 | 321 |
| Application of Paints, Coatings, Adhesives, and Sealants--Brush | Central Tendency | 0.81 | 226 |
| | High-End | 0.85 | 215 |
| Printing | Central Tendency | 0.0017 | 108142 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Occupational Exposure Scenario [a] | Exposure Level [b] | Chronic Exposure [c], AUC (hr mg/L) | MOEs [d] |
|---|---|---|---|
| | High-End | 0.037 | 5001 |
| Writing | Central Tendency | 0.000032 | 5784391 |
| | High-End | 0.00032 | 580007 |
| Metal finishing - spray application | Central Tendency | 0.053 | 3428 |
| | High-End | 0.94 | 195 |
| Metal finishing - dip | Central Tendency | 0.20 | 937 |
| | High-End | 0.58 | 316 |
| Metal finishing - brush | Central Tendency | 0.81 | 226 |
| | High-End | 0.86 | 213 |
| Paint and coating removal - misc. removal | Central Tendency | 0.32 | 566 |
| | High-End | 13 | **14** |
| Paint and coating removal - graffiti removal | Central Tendency | 0.20 | 920 |
| | High-End | 0.93 | 196 |
| Dip cleaning | Central Tendency | 0.20 | 934 |
| | High-End | 0.58 | 314 |
| Spray / Wipe Cleaning | Central Tendency | 0.20 | 922 |
| | High-End | 0.71 | 258 |
| Commercial Automotive Servicing | Central Tendency | 0.49 | 374 |
| | High-End | 8.91 | **21** |
| Laboratory Use | Central Tendency | 0.010 | 17565 |
| | High-End | 0.81 | 225 |
| Electronic Parts Manufacturing-- Electronics (Small Container Handling) | Central Tendency | 0.15 | 1225 |
| | High-End | 0.21 | 859 |
| Electronic Parts Manufacturing-- Electronics (Container Handling, Drums) | Central Tendency | 0.0043 | 42649 |
| | High-End | 0.50 | 368 |
| Electronic Parts Manufacturing-- Electronics (Fab worker) | Central Tendency | 0.041 | 4502 |
| | High-End | 0.16 | 1137 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Occupational Exposure Scenario [a] | Exposure Level [b] | Chronic Exposure [c], AUC (hr mg/L) | MOEs [d] |
|---|---|---|---|
| Electronic Parts Manufacturing-- Electronics (Maintenance) | Central Tendency | 0.0064 | 28624 |
| | High-End | 0.25 | 739 |
| Electronic Parts Manufacturing-- Electronics (Virgin NMP Truck Unloading) | Central Tendency | 0.94 | 195 |
| | High-End | 0.99 | 184 |
| Section 2.4.1.2.12 – Electronic Parts Manufacturing--Electronics (Waste Truck Unloading) | Central Tendency | 0.14 | 1313 |
| | High-End | 0.17 | 1097 |
| Soldering | Central Tendency | 0.000025 | 7224526 |
| | High-End | 0.00063 | 289802 |
| Fertilizer Application | Central Tendency | 0.58 | 315 |
| | High-End | 1.1 | 171 |
| Wood preservative | Central Tendency | 0.81 | 226 |
| | High-End | 0.84 | 219 |
| Recycling and Disposal | Central Tendency | 0.011 | 16530 |
| | High-End | 0.091 | 2007 |

[a] Use of PPE is not assumed for ONUs
[b] Central tendency means: typical air concentration for most scenarios. High-end means worst-case air concentration for most scenarios. ONUs are not expected to have direct contact with NMP-containing liquids (see Section 2.4.1.1).
[c] POD blood concentration =183 mg/L (AUC)
[d] Benchmark MOE = 30; MOEs < 30 are indicated in bold

6004
6005

### 4.2.4   Risk Estimation for Acute Exposures from Consumer Use of NMP

The following sections present the risk estimates for acute dermal and inhalation exposures following consumer use of NMP in each condition of use. Calculated MOE values that are below the benchmark MOE (30), indicate a consumer safety concern (shown in red and bold)

#### 4.2.4.1   Adhesives and Sealants

**Table 4-38. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Adhesives and Sealants**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Sealants Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.011 | 19115 | 30 |
| Sealants High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.070 | 3086 | 30 |
| Adhesives Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 1.238 | 174 | 30 |
| Adhesives High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 5.623 | 38 | 30 |

All MOEs calculated using a high-end estimate for acute exposure to consumers following use of NMP-containing adhesives and sealants are above the benchmark MOE (30).
 for these conditions of use.

6020 *Overall Confidence*
6021 The adhesives scenarios and the sealants scenarios are based on corresponding publicly available
6022 consumer product data, specifically the weight fractions and the amount of product used and duration of
6023 use from consumer survey data. EPA has a high confidence in these parameters for representing the
6024 adhesives and sealants consumer use scenarios.
6025
6026 EPA has a high confidence in the Consumer Exposure Model (CEM), its appropriate use for semi-
6027 volatile chemicals such as NMP in estimating air concentrations based on the consumer use, activity
6028 patterns, and NMP physical-chemical properties. The emission rate used in CEM for the adhesives
6029 scenario and sealants scenario was estimated since product-specific emission from chamber studies was
6030 not available. EPA has high confidence in the emission rate estimate based on physical-chemical
6031 properties.
6032
6033 The input parameters for estimating the consumer's internal dose using the PBPK model are: the
6034 estimated air concentration resulting from product use as predicted by CEM, the dermal contact time
6035 (based on the duration of product use) and the weight fraction of the product.
6036
6037 EPA has a high confidence in the input parameters estimating the adhesive scenario and the sealants
6038 scenario.
6039
6040 The studies that support the health concerns for adverse developmental effects following acute exposure
6041 and adverse reproductive effects following chronic exposure are described above in Section 3.2. Overall,
6042 EPA has high confidence in the health endpoints and PODs selected for acute and chronic risk
6043 characterization. Section 3.2.6 describes the justification for this confidence rating.
6044

### 4.2.4.2   Adhesives Removers

6045
6046
6047 **Table 4-39. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in**
6048 **the Removal of Adhesives**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 1.292 | 167 | 30 |
| High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions | 216 | 5.957 | 36 | 30 |

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| | (2003; Saillenfait et al., 2002) | | | | |

6049

6050  All MOEs calculated using high-end estimates for acute exposure to consumers from use of NMP-
6051  containing adhesive removal products are above the benchmark MOE (30).
6052

6053  *Overall Confidence*
6054  The adhesives remover scenario is based on corresponding publicly available consumer product data,
6055  specifically the weight fractions and the amount of product used and duration of use from consumer
6056  survey data. EPA has a high confidence in these parameters for representing the adhesives remover
6057  consumer use scenarios.
6058

6059  EPA has a high confidence in the Consumer Exposure Model (CEM), its appropriate use for semi-
6060  volatile chemicals such as NMP in estimating air concentrations based on the consumer use, activity
6061  patterns, and NMP physical-chemical properties. The emission rate used in CEM for the adhesive
6062  remover scenario was estimated since product-specific emission from chamber studies was not
6063  available. EPA has high confidence in the emission rate estimate based on physical-chemical properties.
6064

6065  The input parameters for estimating the consumer's internal dose using the PBPK model are: the
6066  estimated air concentration resulting from product use as predicted by CEM, the dermal contact time
6067  (based on the duration of product use) and the weight fraction of the product.
6068

6069  EPA has a high confidence in the input parameters estimating the adhesives remover scenario.
6070

6071  The studies that support the health concerns for adverse developmental effects following acute exposure
6072  and adverse reproductive effects following chronic exposure are described above in Section 3.2. Overall,
6073  EPA has high confidence in the health endpoints and PODs selected for acute and chronic risk
6074  characterization. Section 3.2.6 describes the justification for this confidence rating.
6075

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

### 4.2.4.3    Auto Interior Liquid and Spray Cleaners

**Table 4-40. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Auto Interior Liquid and Spray Cleaners**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Auto Interior Liquid Cleaner Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.256 | 844 | 30 |
| Auto Interior Liquid Cleaner High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 4.355 | 50 | 30 |
| Auto Interior Spray Cleaner Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.093 | 2323 | 30 |
| Auto Interior Spray Cleaner High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.183 | 1180 | 30 |

All MOEs calculated using high-end estimates for acute exposure to consumers from the use of NMP-containing auto interior (liquid and spray) cleaners are above the benchmark MOE (30).

*Overall Confidence*

The auto interior liquid cleaner scenario and the auto interior spray cleaner scenario are based on corresponding publicly available consumer product data, specifically the weight fractions and the amount of product used and duration of use from consumer cleaner/degreaser survey data. EPA has a medium to high confidence in these parameters for representing the auto interior liquid cleaner scenario and the auto interior spray cleaner consumer use scenarios.

6091  EPA has a high confidence in the Consumer Exposure Model (CEM), its appropriate use for semi-
6092  volatile chemicals such as NMP in estimating air concentrations based on the consumer use, activity
6093  patterns, and NMP physical-chemical properties. The emission rate used in CEM for the auto interior
6094  liquid cleaner scenario and the auto interior spray cleaner scenario was estimated since product-specific
6095  emission from chamber studies was not available. EPA has high confidence in the emission rate estimate
6096  based on physical-chemical properties.
6097  The input parameters for estimating the consumer's internal dose using the PBPK model are: the
6098  estimated air concentration resulting from product use as predicted by CEM, the dermal contact time
6099  (based on the duration of product use) and the weight fraction of the product.
6100
6101  EPA has a medium to high confidence in the input parameters estimating the auto interior liquid cleaner
6102  scenario and the auto interior spray cleaner scenario.
6103
6104  The studies that support the health concerns for adverse developmental effects following acute exposure
6105  and adverse reproductive effects following chronic exposure are described above in Section 3.2. Overall,
6106  EPA has high confidence in the health endpoints and PODs selected for acute and chronic risk
6107  characterization. Section 3.2.6 describes the justification for this confidence rating.
6108

6109  #### 4.2.4.4    Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant
6110

6111  **Table 4-41. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in**
6112  **Cleaners/Degreasers, Engine Cleaner/Degreaser and Spray Lubricant**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Cleaners/Degreasers Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 1.033 | 209 | 30 |
| Cleaners/Degreasers High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 13.40 | **16** | 30 |
| Engine Cleaner/Degreaser Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions | 216 | 1.682 | 128 | 30 |

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| | (2003; Saillenfait et al., 2002) | | | | |
| Engine Cleaner/Degreaser High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 16.46 | **13** | 30 |
| Spray Lubricant Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.332 | 651 | 30 |
| Spray Lubricant High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 2.853 | 76 | 30 |

MOEs calculated based on high end estimates for acute exposure to consumers from the use of NMP-containing cleaners/degreasers are below the benchmark MOE (30); MOE cleaners/degreaser = 16, MOE engine cleaner/degreaser = 13).

*Overall Confidence*

The cleaner/degreaser scenario and the engine cleaner/degreaser scenario are based on corresponding publicly available consumer product data, specifically the weight fractions and the amount of product used and duration of use from consumer survey data. EPA has a high confidence in these parameters for representing the cleaner/degreaser and engine cleaner/degreaser consumer use scenarios.

EPA has a high confidence in the Consumer Exposure Model (CEM), its appropriate use for semi-volatile chemicals such as NMP in estimating air concentrations based on the consumer use, activity patterns, and NMP physical-chemical properties. The emission rate used in CEM for the cleaner/degreaser scenario and engine cleaner/degreaser scenario was estimated since product-specific

6128 emission from chamber studies was not available. EPA has high confidence in the emission rate estimate
6129 based on physical-chemical properties.
6130
6131 The input parameters for estimating the consumer's internal dose using the PBPK model are: the
6132 estimated air concentration resulting from product use as predicted by CEM, the dermal contact time
6133 (based on the duration of product use) and the weight fraction of the product.
6134
6135 EPA has a high confidence in the input parameters estimating the cleaner/degreaser scenario and the
6136 sealants scenario.
6137
6138 The studies that support the health concerns for adverse developmental effects following acute exposure
6139 and adverse reproductive effects following chronic exposure are described above in Section 3.2. Overall,
6140 EPA has high confidence in the health endpoints and PODs selected for acute and chronic risk
6141 characterization. Section 3.2.6 describes the justification for this confidence rating.
6142

6143     **4.2.4.5     Paints and Arts and Craft Paint**
6144
6145 **Table 4-42. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in**
6146 **Paint and Arts and Craft Paint**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Paints Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.374 | 578 | 30 |
| Paints High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 1.422 | 152 | 30 |
| Arts and Crafts Paints Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.071 | 3034 | 30 |

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Arts and Crafts Paints High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.222 | 974 | 30 |

All MOEs calculated using high-end estimates of acute exposure to consumers from the use of NMP-containing paints (including those used in arts and crafts) are above the benchmark MOE (30).

### 4.2.4.6    Stains, Varnishes, Finishes (Coatings)

**Table 4-43. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Stains, Varnishes, Finishes (Coatings)**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 0.341 | 633 | 30 |
| High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 1.947 | 111 | 30 |

All MOEs calculated using high-end estimates of acute exposure to consumers from the use of NMP-containing stains, varnishes and finishes (coatings) are above the benchmark MOE (30).

### 4.2.4.7    Paint Removers

**Table 4-44. Non-Cancer Risk Estimates for Acute Exposures Following Consumer Use of NMP in Paint Removers**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Medium Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 2.02 | 107 | 30 |
| High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 10.02 | **22** | 30 |

One MOE calculated using a high-end estimate for acute exposure to consumers from the use of NMP-containing paint removers is below the benchmark MOE (30); MOE High Intensity Use = 22.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

6168    ### 4.2.4.8    Risks to Bystanders

6169

6170    **Table 4-45. Risk Estimates to Adult Bystanders for Acute Exposures Following Consumer Use of**
6171    **NMP in Degreasing or Engine Degreasing**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Women childbearing age Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Cleaners/Degreasers High-Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 4.06 | 53 | 30 |
| Engine Cleaner/Degreaser High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 5.55 | 39 | 30 |

6172
6173

6174

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

6175 **Table 4-46. Risk Estimates for Adverse Developmental Effects (Increased Resorptions/Fetal**
6176 **Mortality) from Acute Exposure to Bystanders via Consumer Use of NMP in Degreasing or**
6177 **Engine Degreasing**

| Exposure Scenario[1] | Health Effect, Endpoint and Study | POD (peak blood concentration, mg/L) | Child (3-5yrs) Exposure, peak blood concentration, Cmax (mg/L) | MOE | Benchmark MOE (Total UF) |
|---|---|---|---|---|---|
| Cleaners/Degreasers High-Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 4.76 | 45 | 30 |
| Engine Cleaner/Degreaser High Intensity Use | DEVELOPMENTAL EFFECTS Increased Fetal Resorptions (2003; Saillenfait et al., 2002) | 216 | 6.51 | 33 | 30 |

6178

6179 All MOEs calculated using high-end estimates of acute exposure to bystanders from the use of NMP-
6180 containing degreasers or engine degreasers are above the benchmark MOE (30).

## 4.3  Assumptions and Key Sources of Uncertainty

### 4.3.1   Assumptions and Uncertainties in Occupational Exposure Assessment

Assumptions and sources of uncertainty for occupational exposure estimates are described in greater detail in Section 2.4.1.4. Sources of uncertainty and overall confidence in occupational exposure estimates vary across occupational exposure scenarios. Overall confidence in exposure estimates for specific conditions of use are described in Section 4.2.2.

A peer-reviewed PBPK model allows EPA to estimate aggregate exposures from simultaneous dermal and inhalation and vapor-through-skin exposures with relatively high confidence. The body weight parameter is related to all of these three routes. The assumed values for human body weight have relatively lower uncertainties, and the median values used may underestimate exposures at the high-end of PBPK exposure results.

Estimates of dermal exposure rely on a set of assumptions that introduce uncertainty because no data are available for many parameters. The types of data and assumptions used to estimate exposure for each exposure scenario is summarized in Table 4-48. Parameters that rely on such assumptions include glove use and effectiveness, durations of contact with liquid, skin surface areas for contact with liquids. For many OESs, the high-end surface area assumption of contact over the full area of two hands likely overestimates exposures. EPA has more confidence in dermal exposure parameters that are supported by data, such as NMP concentrations in formulas. There is also uncertainty around the impact of vapors being trapped next to the skin during glove use. For most of the assumptions made for exposure parameters and other sources of uncertainty, EPA does not have enough information to determine whether most of these assumptions may overestimate or underestimate exposures. The NMP concentrations in liquid used in dermal exposure predictions are likely to have a relatively low impact (less than an order of magnitude, or factor of 10) on overestimation or underestimation of exposure.

Estimates of inhalation and vapor-through-skin exposures also rely on various assumptions that introduce uncertainty. The specific types of data sources used Estimated air concentrations are based on monitoring data where available and based on deterministic or probabilistic modeling for exposure scenarios lacking monitoring data. Table 4-47 summarizes the types of data used to estimate air concentrations for each occupational exposure scenario. The principal limitation of the air concentration monitoring data is the uncertainty in the representativeness of the data. EPA identified a limited number of exposure studies and data sets that provided data for facilities or job sites where NMP was used. Some of these studies primarily focused on single sites. This small sample size introduces uncertainty as it is unclear how representative the data for a specific end use are for all sites and all workers across the US. Limited monitoring datasets precluded EPA from describing actual parameter distributions. In most scenarios where data were available, EPA did not find enough data to determine complete statistical distributions to identify 50th and 95th percentile exposures. In the absence of percentile data for monitoring, the means or midpoint of the range serve as substitutes for 50th percentiles of the actual distributions and high ends of ranges serve as substitutes for 95th percentiles of the actual distributions. The effects of limited air monitoring datasets of unknown representativeness on the occupational exposure assessment are unknown. They may result in either over or underestimation of exposures depending on the actual distribution.

6226   Where air monitoring data were not available, exposure was estimated based on deterministic or
6227   probabilistic modeling. Modeling approaches used to estimate air concentrations also have uncertainties.
6228   Parameter values used in models did not all have distributions known to represent the modeled scenario.
6229   It is also uncertain whether the model equations generate results that represent actual workplace air
6230   concentrations. Some activity-based modeling does not account for exposures from other activities.
6231   Additional model-specific uncertainties are included below. In general, the effects of model-specific
6232   uncertainties on the exposure estimates are unknown, as the uncertainties may result in either over or
6233   underestimation on exposures depending on the actual distributions of each of the model input
6234   parameters.
6235
6236
6237   **Table 4-47. Summary of Occupational Air Concentration Estimate Approaches**

| Exposure Scenario | Work Activity | Worker Personal Breathing Zone Monitoring Data | Modeling: Deterministic Worker [a] | Modeling: Probabilistic Worker (X) Near Field/ ONU Far Field (X [e]) | Potential ONU-related Data |
|---|---|---|---|---|---|
| 1.  Manufacturing | Loading NMP into bulk containers | | X | | |
| | Loading NMP into drums | | | X | |
| 2.  Repackaging | Unloading NMP from bulk containers | | X | | |
| | Unloading NMP from drums | | | X | |
| 3.  Chemical Processing, Excluding Formulation | Unloading NMP from drums | | | X | |
| 4.  Incorporation into Formulation, Mixture, or Reaction Product | Unloading liquid NMP from drums | | | X | |
| | Maintenance, bottling, shipping, loading | X (7 samples) | | | ^ (area monitoring) [c] |
| 5.  Metal finishing | Spray application | X (26 samples) | | | ^ (area monitoring) [c] |
| | Dip application | X (138 samples) | X [b] | | |
| | Brush application | | X [b] | | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Exposure Scenario | Work Activity | Worker Personal Breathing Zone Monitoring Data | Modeling: Deterministic Worker [a] | Modeling: Probabilistic Worker (X) Near Field/ ONU Far Field (X [e]) | Potential ONU-related Data |
|---|---|---|---|---|---|
| 6. Removal of Paints, Coatings, Adhesives and Sealants | Miscellaneous paint, coating, adhesive, and sealant removal | X (unknown) [d] | | | |
| | Graffiti removal | X (25 samples) | | | |
| 7. Application of Paints, Coatings, Adhesives and Sealants | Spray application | X (26 samples) | | | X (area monitoring) [c] |
| | Roll/ curtain application | | X | | |
| | Dip application | X (138 samples) | X [b] | | |
| | Roller/ brush and syringe/ bead application | | X [b] | | |
| 8. Electronic Parts Manufacturing | Container handling (small containers); | X (14 samples) | | | |
| | Container handling, drums | X (10 samples) | | | |
| | Fab worker | X (28 samples) | | | ^ (area monitoring) [c] |
| | Maintenance | X (36 samples) | | | |
| | Virgin NMP truck unloading | X (1 sample) | | | |
| | Waste truck loading | X (1 sample) | | | |
| 9. Printing and Writing | Printing | X (48 samples) | | | |
| | Writing | Inhalation not assessed | | | |
| 10. Soldering | Soldering | Inhalation not assessed | | | |
| 11. Commercial Automotive Servicing | | | | X [e] | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Exposure Scenario | Work Activity | Worker Personal Breathing Zone Monitoring Data | Modeling: Deterministic Worker [a] | Modeling: Probabilistic Worker (X) Near Field/ ONU Far Field (X [e]) | Potential ONU-related Data |
|---|---|---|---|---|---|
| 12. Laboratory Use | Laboratory use | X (1 sample) | X [b] | | |
| 13. Cleaning | Dip cleaning / degreasing | X (138 samples) | X [b] | | |
| | Spray / wipe cleaning | X (105 samples) | X [b] | | |
| 14. Fertilizer application | Spray application | | X [b] | | |
| 15. Wood preservatives | Brush application | | X [b] | | |
| 16. Recycling and disposal | Unloading NMP from bulk containers | | X | | |
| | Unloading NMP from drums | | | X | |

6238  a – The deterministic modeling approaches estimate worker exposures.
6239  b – These modeling estimates are from literature (RIVM, 2013). Other modeling estimates are from modeling performed by
6240  EPA.
6241  c – While area monitoring data were identified, there is some uncertainty about the representativeness of these data for ONU
6242  exposures for these specific exposure scenarios because of the intended sample population and the selection of the specific
6243  monitoring location.
6244  d – The number of samples is unknown. The data source only presented the range.
6245  e – This modeling includes Near Field modeling for worker exposures and Far Field modeling for ONU exposures. Far Field
6246  modeling results are not included in the RE but are included in *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1*
6247  *Methyl-) (NMP), Supplemental Information on Occupational Exposure Assessment* (U.S. EPA, 2019r).
6248
6249  **Table 4-48. Summary of Worker Dermal Parameter Estimate Approaches**

| Exposure Scenario | Work Activity | NMP weight fraction in the liquid product | Total skin surface area of hands in contact with the liquid product[b] | Duration of dermal contact with the liquid product[c] |
|---|---|---|---|---|
| 1.   Manufacturing | Loading NMP into bulk containers | Data (2016 CDR[a]) | Default Assumption | Activity-based Assumption |
| | Loading NMP into drums | | | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Exposure Scenario | Work Activity | NMP weight fraction in the liquid product | Total skin surface area of hands in contact with the liquid product[b] | Duration of dermal contact with the liquid product[c] |
|---|---|---|---|---|
| 2. Repackaging | Unloading NMP from bulk containers | Data (2016 CDR[a]) | Default Assumption | Activity-based Assumption |
| | Unloading NMP from drums | | | |
| 3. Chemical Processing, Excluding Formulation | Unloading NMP from drums | Data (2016 CDR[a], public comments, and Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Activity-based Assumption |
| 4. Incorporation into Formulation, Mixture, or Reaction Product | Unloading liquid NMP from drums | Data (2016 CDR[a], public comments, literature, and Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Activity-based Assumption |
| | Maintenance, bottling, shipping, loading | | | Default Assumption |
| 5. Metal finishing | Spray application | Data (2012 and 2016 CDR[a]) | Default Assumption | Default Assumption |
| | Dip application | | | |
| | Brush application | | | |
| 6. Removal of Paints, Coatings, Adhesives and Sealants | Miscellaneous paint, coating, adhesive, and sealant removal | Data (public comments, literature, and Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Activity-based Assumption (central tendency) and Default Assumption (high-end) |
| | Graffiti removal | | | Default Assumption |
| 7. Application of Paints, Coatings, Adhesives and Sealants | Spray application | Data (public comments, literature, and Use and Market Profile | Default Assumption | Default Assumption |
| | Roll/ curtain application | | | |
| | Dip application | | | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Exposure Scenario | Work Activity | NMP weight fraction in the liquid product | Total skin surface area of hands in contact with the liquid product[b] | Duration of dermal contact with the liquid product[c] |
|---|---|---|---|---|
| | Roller/ brush and syringe/ bead application | for N-Methylpyrrolidone[a]) | | |
| 8.  Electronic Parts Manufacturing | Container handling (small containers); | Data (SIA[a], public comments, literature, and Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Default Assumption |
| | Container handling, drums | | | |
| | Fab worker | | | |
| | Maintenance | | | |
| | Virgin NMP truck unloading | | | |
| | Waste truck loading | | | |
| 9.  Printing and Writing | Printing | Data (public comments, and Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Default Assumption |
| | Writing | | Data (Australian Government Department of Health (2016)) | Non-default Assumption |
| 10. Soldering | Soldering | Data (Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Default Assumption |
| 11. Commercial Automotive Servicing | | Data (public comments and the Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Activity-based Assumption (central tendency) and Default Assumption (high-end) |
| 12. Laboratory Use | Laboratory use | Non-default Assumption | Default Assumption | Activity-based Assumption |

| Exposure Scenario | Work Activity | NMP weight fraction in the liquid product | Total skin surface area of hands in contact with the liquid product[b] | Duration of dermal contact with the liquid product[c] |
|---|---|---|---|---|
| | | | | (central tendency) and Default Assumption (high-end) |
| 13. Cleaning | Dip cleaning / degreasing | Data (public comments, literature sources, and the Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Default Assumption |
| | Spray / wipe cleaning | | | |
| 14. Fertilizer application | Spray application | Data (literature, public comments, and the Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Default Assumption |
| 15. Wood preservatives | Brush application | Data (Use and Market Profile for N-Methylpyrrolidone[a]) | Default Assumption | Default Assumption |
| 16. Recycling and disposal | Unloading NMP from bulk containers | Data (SIA[a]) and Non-default Assumption | Default Assumption | Default Assumption |
| | Unloading NMP from drums | | | |

a – Sources for weight fractions: 2016 CDR (U.S. EPA, 2017c), Use and Market Profile for N-Methylpyrrolidone (Abt, 2017), 2012 CDR (U.S. EPA, 2012b), SIA (2019), as well as various public comments and literature sources.
b – Default assumption for "Total skin surface area of hands in contact with the liquid product" is: (1) high-end value, which represents two full hands in contact with a liquid: 890 cm2 (mean for females),1070 cm2 (mean for males); (2) central tendency value, which is half of two full hands (equivalent to one full hand) in contact with a liquid and represents only the palm-side of both hands exposed to a liquid: 445 cm2 (females), 535 (males).
c – Default assumption for "Duration of dermal contact with the liquid product" is: (1) high-end value of a full-shift, usually 8 or 12 hours; central tendency value of value of half of a full-shift, usually 4 or 6 hours.

### 4.3.2   Data Uncertainties in Consumer Exposure Assessment

Systematic review was conducted to identify chemical- and product-specific monitoring and use data for assessing consumer exposures. As no product-specific monitoring data were identified, exposure

6262  scenarios were assessed using a modeling approach that requires the input of various chemical
6263  parameters and exposure factors. When possible, default model input parameters were modified based
6264  on chemical and product specific inputs available in literature and product databases. Uncertainties
6265  related to these inputs are discussed below.

### 4.3.2.1   Product & Market Profile

6267  The products and articles assessed in this risk evaluation are largely based on EPA's 2016-2017 Use and
6268  Market Profile for N-methyl-2-pyrrolidone, which provides information on commercial and consumer
6269  products available in the US marketplace at that time (Abt, 2017). While it is possible that some
6270  products may have changed since 2017, EPA believes that the timeframe is recent enough to still
6271  represent the current market. Information on products from the Use and Market Profile was augmented
6272  with other sources such as the NIH Household Product Survey and EPA's Chemical and Products
6273  Database (CPDat), as well as available product labels and safety data sheets (SDSs). However, it is still
6274  possible that the entire universe of products may not have been identified, due to market changes or
6275  research limitations.

### 4.3.2.2   Westat Survey

6277  A number of product labels and/or technical fact sheets were identified for use in assessing consumer
6278  exposure. The identified information often did not contain product-specific use data, and/or represented
6279  only a small fraction of the product brands containing the chemical of interest. A comprehensive survey
6280  of consumer use patterns in the United States, called the Household Solvent Product: A National Usage
6281  Survey (U.S. EPA, 1987), was used to parameterize critical consumer modeling inputs, based on
6282  applicable product and use categories. This large survey of over 4,920 completed questionnaires,
6283  obtained through a randomized sampling technique, is highly relevant because the primary purpose was
6284  to provide statistics on the use of solvent-containing consumer products for the calculation of exposure
6285  estimates. The survey focused on 32 different common household product categories, generally
6286  associated with cleaning, painting, lubricating, and automotive care. Although there is uncertainty due to
6287  the age of the use pattern data, as specific products in the household product categories have likely
6288  changed over time, EPA assumes that the use pattern data presented in the Westat survey reflect
6289  reasonable estimates for current use patterns of similar product type. The Westat study aimed to answer
6290  the following key questions for each product category, some of which were used as key model inputs in
6291  this consumer assessment:

6292  •  room of product use (key input: environment of use),
6293  •  how much time was spent using the product (key input: duration of product use per event),
6294  •  how much of the product was used (key input: mass of product used per event),
6295  •  how often the products were used,
6296  •  when the product was last used,
6297  •  product formulation,
6298  •  brand names used, and
6299  •  degree of ventilation or other protective measures undertaken during product use.

6300  The strengths and weakness of the Westat survey are discussed in more detail below with an emphasis
6301  on the key modeling inputs.

6302

6303  *Product Use Category*

6304  A crosswalk was completed to assign consumer products in the current risk evaluation to one of the
6305  product or article scenarios in the CEM model, and then to an appropriate Westat survey category.
6306  Although detailed product descriptions were not provided in the Westat survey, a list of product brands

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

6307 and formulation type in each category was useful in pairing the Westat product categories to the
6308 scenarios being assessed. In most cases, the product categories in the Westat survey aligned well with
6309 the products being evaluated. For product scenarios without an obvious Westat scenario match,
6310 professional judgment was used to make an assignment. For a limited number of scenarios, technical
6311 fact sheets or labels with information on product use amounts were available, and this information was
6312 used in the assessment as needed.
6313

6314 Another limitation of the Westat data is that while the overall respondent size of the survey was large,
6315 the number of users in each product category was varied, with some product categories having a much
6316 smaller pool of respondents than others. Product categories such as spot removers, cleaning fluids, glues
6317 and adhesives, lubricants, paints, wood stains, engine degreasers, and specialized electronic cleaners had
6318 sample sizes ranging from roughly 500 to 2,000 users; whereas, categories such as shoe polish, adhesive
6319 removers, rust removers, and brake cleaners had sample sizes of less than 500 users.
6320

6321 The survey was conducted for adults ages 18 and older. Most consumer products are targeted to this age
6322 category, and thus the respondent answers reflect the most representative age group. However, youth
6323 may also be direct users of some consumer products. It is unknown how the usage patterns compare
6324 between adult and youth users, but it is assumed that the product use patterns for adults will be very
6325 similar to, or more conservative (i.e., longer use duration, higher frequency of use) than use patterns for
6326 youth.
6327

6328 _Room of Use_
6329 The CEM model requires specification of a room of use, which results in the following default model
6330 assumptions (relevant for inhalation exposure only): ventilation rates, room volume, and the amount of
6331 time per day that a person resides in the room of use. The Westat survey provided the location of
6332 product use for the following room categories: basement, living room, other inside room, garage, and
6333 outside. The room with the highest percentage was selected as the room to model in CEM. For some
6334 specific product scenarios, however, professional judgement was used to assign the room of use; these
6335 selections are documented above in Table 2-72 of Section 2.4.2.4. For many scenarios in which "other
6336 inside room" was the highest percentage, the utility room was selected as the default room of use. The
6337 utility room is a smaller room, and therefore may provide a more conservative assumption for peak
6338 concentrations. In cases where outside was identified as the "room of use," but it was deemed reasonable
6339 to assume the product could be used inside (such as for auto care products), the garage was typically
6340 selected as the room of use.
6341

6342 _Amount of Product Used and Duration of Product Use_
6343 The Westat survey reported the number of ounces per use, derived from the fluid ounces of product used
6344 per year (based on can size and number of cans used), divided by the number of reported uses per year.
6345 The duration of use (in minutes) reported in Westat was a direct survey question. An advantage to these
6346 parameters is that the results are reported in percentile rankings and were used to develop profiles of
6347 high intensity, moderate intensity, and low intensity users of the products (95th, 50th, and 10th
6348 percentile values, respectively). In cases where a product was not crosswalked to a CEM scenario, the
6349 amount of product used was tailored to those specific products instead of depending on Westat data.
6350

6351 *Ventilation and Protection*
6352 For most scenarios, the CEM model was run using median air exchange rates from EPA's Exposure
6353 Factors Handbook (2011), and interzone ventilation rates derived from the air exchange rates and the
6354 default median building volume from EPA's Exposure Factors Handbook (2011).  These inputs do not
6355 incorporate any measures that would serve to increase air exchange. The Westat survey questions
6356 indicated that most respondents did not have an exhaust fan on when using these products, most
6357 respondents kept the door to the room open when using these products, and most people reported
6358 reading the directions on the label. The modeling conducted by EPA did not account for specific product
6359 instructions or warning labels. For example, some product labels might indicate that protective
6360 equipment (chemical resistant gloves or respirator) should be worn, which would lower estimated
6361 exposures

6362 ### 4.3.2.3    Other Parameters and Data Sources

6363 *Activity Patterns*
6364 EPA assumed that a consumer product would be used only once per day. This is a realistic assumption
6365 for most scenarios, but a high-intensity user could use the same product multiple times in one day.
6366 Additionally, CEM allows for selection of activity patterns based on a "stay-at-home" resident or a part-
6367 time or full-time "out-of-the home" resident. The activity patterns were developed based on
6368 Consolidated Human Activity Database (CHAD) data of activity patterns, which is an EPA database that
6369 includes more than 54,000 individual study days of detailed human behavior. It was assumed that the
6370 user followed a "stay-at-home" activity pattern that would place them in various rooms as well as
6371 outside of the home and room of use for more time than a part-time or full-time "out-of-the home"
6372 resident. Therefore, applying an "out-of-the home" resident activity pattern would reduce estimated
6373 exposures.
6374

6375 *Product Density*
6376 If available, product-specific densities were obtained from SDS information, and used to convert the
6377 ounces of the product used from Westat, to grams of product used. If product-specific densities were not
6378 available, default product densities from the CEM User Guide were used.
6379

6380 *Outdoor Scenario*
6381 The CEM model does not currently accommodate outdoor scenarios. For products that are solely
6382 intended to be used outdoors, modifications to the CEM inputs were made to simulate an outdoor
6383 scenario by adjusting Zone 1 parameters (which represents the room of use, or outside). The garage was
6384 selected as the room of use, but the room volume was changed to 16 m3 to represent a half dome
6385 chemical cloud around the person using the product. Additionally, the air exchange rate for Zone 1 was
6386 set to 100 to reflect the high rate between the cloud and the rest of outside. The interzone ventilation rate
6387 was set to 0, which effectively blocks the exchange of air between Zone 1 and the rest of the house.
6388 Thus, the concentrations users are exposed to inside the home after product use is zero. In the outside
6389 scenario, non-users are assumed to have zero exposures. These assumptions may be either an
6390 underestimate of exposures given outdoor conditions such as high temperatures in summer which could
6391 increase volatilization of NMP in the product but could also be an overestimate of exposures if outdoor
6392 conditions could include wind that effectively disperses the NMP in air.
6393

### 4.3.3   Approach and Methodology for Uncertainties in Consumer Exposure Assessment

EPA's approach recognizes the need to include an uncertainty analysis. An important distinction for such an analysis concerns variability versus uncertainty – both aspects need to be addressed. Variability refers to the inherent heterogeneity or diversity of data in an assessment. It is "a quantitative description of the range or spread of a set of values" and is often expressed through statistical metrics, such as variance or standard deviation, that reflect the underlying variability of the data. Uncertainty refers to a lack of data or an incomplete understanding of the context of the risk assessment decision.

Variability cannot be reduced, but it can be better characterized. Uncertainty can be reduced by collecting more or better data. Quantitative methods to address uncertainty include non-probabilistic approaches such as sensitivity analysis and probabilistic methods such as Monte Carlo analysis. Uncertainty can also be addressed qualitatively, by including a discussion of factors such as data gaps and subjective decisions or instances where professional judgment was used.

#### 4.3.3.1   Deterministic vs. Stochastic Approaches

With deterministic approaches, the output of the model is fully determined by the choices of parameter values and initial conditions. Stochastic approaches feature inherent randomness, such that a given set of parameter values and initial conditions can lead to an ensemble of different model outputs. Because EPA's largely deterministic approach involves choices regarding low, medium, and high values for highly influential factors such as chemical mass and frequency/duration of product use, it likely captures the range of potential exposure levels although it does not necessarily enable characterization of the full probabilistic distribution of all possible outcomes.

#### 4.3.3.2   Sensitive Inputs

Certain inputs to which model outputs are sensitive, such as zone volumes and airflow rates, were not varied across product-use scenarios. As a result, model outcomes for extreme circumstances such as a relatively large chemical mass in a relatively low-volume environment likely are not represented among the model outcomes. Such extreme outcomes are believed to lie near the upper end (e.g., at or above the 90th percentile) of the exposure distribution.

### 4.3.4   Environmental Hazard and Exposure Assumptions Uncertainties

In the NMP Problem Formulation (U.S. EPA, 2018c) and this RE, EPA completed a screening level evaluation of environmental risk using inherently conservative assumptions. The analysis was completed using "high-end" estimated concentrations of NMP in the aquatic environment as described in Section 2.3.2 and compared those acute and chronic exposure estimates to conservative measures of acute and chronic hazard (concentrations of concern) as described in Section 3.1.2. EPA in the NMP Problem Formulation (U.S. EPA, 2018c) did not conduct any further analyses on pathways of exposure for terrestrial receptors as described in Section 2.5.3.1 of the NMP Problem Formulation and further described in Section 2.2 and 2.3 of this RE.

### 4.3.5   Human Health Hazard Assumptions and Uncertainties

There is a robust dataset for the critical reproductive and developmental effects that serve as the basis for the points of departure used in this risk characterization. High quality studies have consistently documented the developmental effects of NMP exposure across species and following dermal, oral, and

6437 inhalation exposures. The high quality of studies, consistency of effects, relevance of effects for human
6438 health, coherence of the spectrum of reproductive and developmental effects observed and biological
6439 plausibility of the observed effects of NMP contribute to the overall confidence in the PODs identified
6440 based on reproductive and developmental endpoints.

6441

6442 Data on the reproductive and developmental toxicity of NMP in humans are not available. Therefore,
6443 this risk evaluation relies on the assumption that reproductive and developmental toxicity observed in
6444 animal models is relevant to human health. It is unknown whether this assumption contributes to an
6445 overestimate or underestimate of risk.

6446

6447 The rat PBPK model used to derive PODs based on internal doses facilitates integration of dose-
6448 response information from multiple high-quality studies that assessed the effects of NMP exposure
6449 across multiple routes. This model incorporates toxicokinetic information, reducing a key source of
6450 uncertainty in animal-to-human extrapolation. Furthermore, the availability of this model in combination
6451 with studies directly evaluating developmental toxicity across multiple exposure routes eliminates the
6452 need for route-to-route extrapolation thereby eliminating another source of uncertainty.

6453

6454 There are several remaining sources of uncertainty around the identification of PODs. As discussed in
6455 Section 3.2.1, there is uncertainty associated with the reproductive endpoints selected as the basis for the
6456 POD used to evaluate risks from chronic NMP exposure. Because NMP exposures occurred throughout
6457 development and into adulthood in the key study, it is not known which period(s) of exposure
6458 contributed to the reduced fertility seen in adult rats. It is also unclear which life stages may be most
6459 sensitive to the adverse reproductive effects of NMP exposure in humans. Although effects on male
6460 fertility and female fecundity were not consistently observed across studies, the POD derived from the
6461 key study is within close range of PODs derived from developmental endpoints that are consistently
6462 observed across studies, species, and routes of exposure. It is unknown whether the limited set of 2-
6463 generation studies contributed to an overestimate or underestimate of risk. The concordance of PODs
6464 across reproductive and developmental endpoints and consistency of developmental effects across
6465 species and exposure routes contributes to the overall confidence in the POD.

6466

6467 In developmental toxicity studies, there is inherent uncertainty around the potential contribution of
6468 maternal toxicity to observed developmental effects. The maternal effect reported in the Saillenfait
6469 (2003) inhalation study (transient decrease in body weight gain and food consumption) has been cited as
6470 a confounding factor by some study authors. EPA does not concur with this assertion, specifically as it
6471 relates to the observed decrease in maternal body weight gain on GD 6-21 (minus gravid uterine
6472 weight). Although a decrease in maternal body weight gain was observed, it is not statistically
6473 significant. Dams weighed roughly 235 g at GD 0, and whereas the controls gained approximately 32
6474 grams, the high dose dams gained slightly less, roughly 26 grams. Given the lack of significant change
6475 in maternal body weight gain, it is unlikely that the observed decreases in fetal and pup body weights
6476 reflect a secondary effect of maternal toxicity. In other key and supporting studies, including an
6477 inhalation study (Solomon et al., 1995; E I Dupont De Nemours & Co, 1990), and an oral gavage study
6478 (Saillenfait et al., 2002), similar decreases in pup body weight were observed at similar exposure levels,
6479 in the absence of any effects on maternal body weight. These findings support EPA's conclusion that
6480 this developmental effect is a direct consequence of NMP exposure.

6481

6482 In addition, because the partial pressure of NMP depends on the temperature and relative humidity of
6483 the test system, variations in test protocol can introduce uncertainty regarding the actual exposure
6484 concentrations achieved in some of the inhalation studies used for hazard characterization. The PODs
6485 that were ultimately selected did not rely on studies with this source of uncertainty, making it unlikely
6486 that this uncertainty contributes to an overall over or under-estimate of risk.

6487

6488 Another important source of uncertainty around POD selection is the lack of complete information on
6489 potentially sensitive reproductive and developmental endpoints. Though the database for developmental
6490 toxicity is robust, some endpoints have not been fully characterized. For example, as described in
6491 Section 3.2.3.1, there is evidence of neurodevelopmental effects following gestational exposure to a
6492 relatively high dose of NMP, but a NOAEL for neurodevelopmental endpoints has not been identified.
6493 Incomplete information on potentially sensitive endpoints could lead to an underestimate of risk.

6494

6495 Overall, EPA has high confidence in the acute and chronic PODs identified for evaluating risk from
6496 NMP. The PODs are derived from endpoints that fall along a continuum of reproductive and
6497 developmental effects that are consistently observed in response to NMP across oral, dermal and
6498 inhalation exposure routes. Application of the PBPK model reduces uncertainties associated with
6499 extrapolation across species and exposure routes, further contributing to overall confidence in the PODs.

6500

6501 ### 4.3.6   Risk Characterization Assumptions and Uncertainties

6502

6503 This risk characterization uses peer-reviewed human and rat PBPK models for NMP to make a direct
6504 comparison of internal doses (blood concentrations) predicted in humans in specific exposure scenarios
6505 to internal concentrations that occurred in rats in toxicology studies. The human PBPK models allows
6506 EPA to estimate total human exposures from combined inhalation and dermal exposures associated with
6507 specific exposure scenarios. The rat PBPK model facilitates integration of data from studies using
6508 different routes of exposure. Both models incorporate information on toxicokinetics, providing more
6509 robust exposure estimates and reducing uncertainties about species differences.

6510

6511 The peer-reviewed human PBPK models for NMP allow EPA to estimate total human exposures from
6512 combined inhalation and dermal exposures associated with specific exposure scenarios. The relative
6513 exposures from dermal, inhalation and vapor through skin can be deduced by comparing the internal
6514 exposure to workers due to inhalation, vapor through skin and dermal liquid contact with internal
6515 exposure to ONUs due to inhalation and vapor through skin exposure (a subtraction technique). The
6516 chronic exposures to workers assume no glove use and ONUs and calculated percent exposure due to
6517 dermal contact with liquid are shown in Table 4-50.

6518

6519 **Table 4-49. Comparison of NMP Exposures by Route Showing Percent Exposure Due to Dermal**
6520 **Contact with Liquid from Chronic NMP Exposures [a]**

| Occupational Exposure Scenario [a] | Exposure Level [b] | Chronic Exposure Worker [c], AUC (hr mg/L) No gloves | Chronic Exposure ONU [d], AUC (hr mg/L) | Percent Exposure Due to Dermal Contact with Liquid[e] |
|---|---|---|---|---|
| Manufacturing of NMP | Central Tendency | 8.6 | 0.011 | 100% |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Occupational Exposure Scenario [a] | Exposure Level [b] | Chronic Exposure Worker [c], AUC (hr mg/L) No gloves | Chronic Exposure ONU [d], AUC (hr mg/L) | Percent Exposure Due to Dermal Contact with Liquid[e] |
|---|---|---|---|---|
| | High-End | 81.4 | 0.31 | 100% |
| Repackaging | Central Tendency | 8.6 | 0.011 | 100% |
| | High-End | 81.4 | 0.31 | 100% |
| Chemical Processing, Excluding Formulation | Central Tendency | 6.2 | 0.016 | 100% |
| | High-End | 12.7 | 0.055 | 100% |
| Incorporation into Formulation, Mixture, or Reaction Product | Central Tendency | 6.2 | 0.016 | 100% |
| | High-End | 403.0 | 2.63 | 99% |
| Application of Paints, Coatings, Adhesives, and Sealants-- Spray Application | Central Tendency | 1.41 | 0.052 | 96% |
| | High-End | 179.6 | 0.93 | 99% |
| Application of Paints, Coatings, Adhesives, and Sealants-- Roll/curtain | Central Tendency | 1.36 | 0.0059 | 100% |
| | High-End | 178.4 | 0.052 | 100% |
| Application of Paints, Coatings, Adhesives, and Sealants--Dip | Central Tendency | 1.55 | 0.19 | 88% |
| | High-End | 179.1 | 0.57 | 100% |
| Application of Paints, Coatings, Adhesives, and Sealants--Brush | Central Tendency | 2.18 | 0.81 | 63% |
| | High-End | 179.5 | 0.85 | 100% |
| Printing | Central Tendency | 3.4 | 0.0017 | 100% |
| | High-End | 19.5 | 0.037 | 100% |
| Writing | Central Tendency | 0.0016 | 0.000032 | 98% |
| | High-End | 0.0032 | 0.00032 | 90% |
| Metal finishing - spray application | Central Tendency | 44 | 0.053 | 100% |
| | High-End | 347 | 0.94 | 100% |
| Metal finishing - dip | Central Tendency | 44 | 0.20 | 100% |
| | High-End | 346 | 0.58 | 100% |
| Metal finishing - brush | Central Tendency | 45 | 0.81 | 98% |
| | High-End | 347 | 0.86 | 100% |
| | Central Tendency | 5.55 | 0.32 | 94% |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Occupational Exposure Scenario [a] | Exposure Level [b] | Chronic Exposure Worker [c], AUC (hr mg/L) No gloves | Chronic Exposure ONU [d], AUC (hr mg/L) | Percent Exposure Due to Dermal Contact with Liquid [e] |
|---|---|---|---|---|
| Paint and coating removal - misc. removal | High-End | 268 | 13 | 95% |
| Paint and coating removal - graffiti removal | Central Tendency | 36.3 | 0.20 | 99% |
| | High-End | 212 | 0.93 | 100% |
| Dip cleaning | Central Tendency | 64.0 | 0.20 | 100% |
| | High-End | 399 | 0.58 | 100% |
| Spray / Wipe Cleaning | Central Tendency | 22.3 | 0.20 | 99% |
| | High-End | 393 | 0.71 | 100% |
| Commercial Automotive Servicing | Central Tendency | 0.92 | 0.49 | 47% |
| | High-End | 113 | 8.91 | 92% |
| Laboratory Use | Central Tendency | 36 | 0.010 | 100% |
| | High-End | 400 | 0.81 | 100% |
| Electronic Parts Manufacturing-- Electronics (Small Container Handling) | Central Tendency | 67.4 | 0.15 | 100% |
| | High-End | 444 | 0.21 | 100% |
| Electronic Parts Manufacturing-- Electronics (Container Handling, Drums) | Central Tendency | 55.1 | 0.0043 | 100% |
| | High-End | 445 | 0.50 | 100% |
| Electronic Parts Manufacturing-- Electronics (Fab worker) | Central Tendency | 15.6 | 0.041 | 100% |
| | High-End | 670 | 0.16 | 100% |
| Electronic Parts Manufacturing-- Electronics (Maintenance) | Central Tendency | 61.1 | 0.0064 | 100% |
| | High-End | 671 | 0.25 | 100% |
| Electronic Parts Manufacturing-- Electronics (Virgin NMP Truck Unloading) | Central Tendency | 78.1 | 0.94 | 99% |
| | High-End | 400 | 0.99 | 100% |
| Section 2.4.1.2.12 – Electronic Parts Manufacturing-- Electronics (Waste Truck Unloading) | Central Tendency | 70.22 | 0.14 | 100% |
| | High-End | 356 | 0.17 | 100% |
| Soldering | Central Tendency | 0.68 | 0.000025 | 100% |
| | High-End | 6.8 | 0.00063 | 100% |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Occupational Exposure Scenario [a] | Exposure Level [b] | Chronic Exposure Worker [c], AUC (hr mg/L) No gloves | Chronic Exposure ONU [d], AUC (hr mg/L) | Percent Exposure Due to Dermal Contact with Liquid [e] |
|---|---|---|---|---|
| Fertilizer Application | Central Tendency | 0.66 | 0.58 | 11% |
| | High-End | 20.6 | 1.1 | 95% |
| Wood preservative | Central Tendency | 1.5 | 0.81 | 46% |
| | High-End | 3.5 | 0.84 | 76% |
| Recycling and Disposal | Central Tendency | 7.9 | 0.011 | 100% |
| | High-End | 21.6 | 0.091 | 100% |

[a] Use of PPE is not assumed for ONUs
Percent due to dermal liquid exposure is the worker exposure (inhalation, vapor through skin and dermal liquid contact) minus ONU exposure (inhalation and vapor through skin exposure) divided by worker exposure
[b] Central tendency means: typical air concentration for most scenarios. High-end means worst-case air concentration for most scenarios. ONUs are not expected to have direct contact with NMP-containing liquids (see Section 2.4.1.1). These exposure scenarios do not assume glove use.
[c] See tables of exposure estimates in Section 4.2.2
[d] See tables of exposure estimates in Section 4.2.3
[e] Due to rounding 100% is shown when the inhalation and vapor through skin exposures are small relative to dermal liquid contact however inhalation and vapor through skin exposures are not zero, see the exposure estimates and MOEs calculation in Section 4.2.3

Uncertainty factors used to generate benchmark MOEs used in the risk characterization account for various sources of uncertainty for each non-cancer POD. In this evaluation, benchmark MOEs for all scenarios are consistently low, reflecting the relatively low degree of overall uncertainty. As described in detail in Section 3.2.5.4, there are two uncertainty factors used in this risk characterization across all exposure scenarios:

- An interspecies uncertainty/variability factor of 3 ($UF_A$) was applied for animal-to-human extrapolation to account for toxicodynamic differences between species. Toxicokinetic differences are incorporated into PBPK models.
- A default intraspecies uncertainty/variability factor ($UF_H$) of 10 was applied to account for variation in sensitivity within human populations, including variation across gender, age, health status, or genetic makeup.

The human populations considered in this draft risk evaluation include pregnant women and men and women of reproductive age in occupational and consumer settings. Although exposures to younger non-users may be possible, there is insufficient data regarding specific genetic and/or life stage differences that could impact NMP metabolism and toxicity for further refinement of quantitative risk estimates. EPA does not have sufficient information to determine whether these uncertainty factors may lead to an overestimate or underestimate of risk.

## 4.4  Potentially Exposed or Susceptible Subpopulations

TSCA § 6(b)(4) requires that EPA conduct a risk evaluation to "*determine whether a chemical substance presents an unreasonable risk of injury to health or the environment, without consideration of cost or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation identified as relevant to the risk evaluation by the Administrator, under the conditions of use.*" TSCA § 3(12) states that "*the term 'potentially exposed or susceptible subpopulation' means a group of individuals within the general population identified by the Administrator who, due to either greater susceptibility or greater exposure, may be at greater risk than the general population of adverse health effects from exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the elderly.*"

As described in Section 3.2.5.2, certain biological characteristics may increase susceptibility to NMP exposure. The developmental effects identified as a critical human health endpoint for acute exposures in this draft risk evaluation are a major concern for pregnant women, the developing fetus, and women who may become pregnant. The reproductive effects identified as a critical human health endpoint for chronic exposures may be of concern for all adults of reproductive age as well as for children and adolescents whose reproductive systems are still developing. Other populations that may be more sensitive to the hazards of NMP exposure include people with pre-existing conditions, and people with lower metabolic capacity due to life stage, genetic variation, or impaired liver function. The magnitude of the effect of each of these factors alone or in combination on overall risk is unknown.

The acute and chronic PODs used in this risk characterization are based on studies that evaluated effects of exposure during sensitive life stages in rats. Toxicology data (Exxon, 1991) demonstrate early postnatal body weight decreases and early postnatal death at doses that are greater than the POD derived for decreased fertility from the same study. It is considered likely that these postnatal outcomes are the result of repeated exposures to NMP. These findings could be considered a surrogate for analysis of risks to newborns and young infants.

There is insufficient information to support a quantitative analysis of interindividual variability in other potentially susceptible populations. An uncertainty factor of 10 was applied to account for uncertainty related to interindividual variability, but the actual effect of various factors contributing to biological susceptibility on overall risk is unknown.

As described in Section 2.5.1, EPA identified workers, occupational non-users, consumers of NMP-containing products and bystanders, including children, as potentially exposed populations. The exposure factors and hazard endpoints used in this draft risk evaluation are representative of the most sensitive subpopulations (i.e., pregnant women or women who might become pregnant, male workers, and the fetus). The associated risk findings are expected to be protective of children and adolescents. In developing the risk evaluation, the EPA analyzed the reasonably available information to ascertain whether some human receptor groups may have greater exposure than the general population to the hazard posed by a chemical. For example, EPA estimated acute exposures for children who may be located near the consumer user at the time of use and determined that these exposures were below levels that may pose a risk.

## 4.5  Aggregate and Sentinel Exposures

Section 2605(b)(4)(F)(ii) of TSCA requires the EPA, as a part of the risk evaluation, to describe whether aggregate or sentinel exposures under the conditions of use were considered and the basis for their consideration. The EPA has defined aggregate exposure as "*the combined exposures to an individual from a single chemical substance across multiple routes and across multiple pathways* (40 CFR § 702.33)."

In many exposure scenarios, NMP exposure occurs through multiple routes. Considering risk from a single exposure route at a time instead of evaluating total exposures could underestimate risk. This risk characterization therefore relies on exposure estimates that account for multiple simultaneous routes of exposure to NMP. Exposure for each condition of use was evaluated by determining both the exposure to NMP vapor and dermal contact with the liquid. Time profiles of each type of exposure were estimated for a variety of job categories and household consumer uses, behaviors, and activity profiles. Vapor exposure is specified by the air concentration encountered as a function of time during the work-day or for 24 h from the start of a household application. Dermal contact is characterized by the weight fraction (WF) of NMP in the product being used, the surface area of skin (hands) exposed, and the duration of the dermal exposure. For workplace exposures vapor and dermal exposures are assumed to be only simultaneous (both end at the end of the task, shift, or work day). For household exposures vapor exposure typically continues for some time after the application is complete due to slower air exchange but is lower for the rest of house than the location where the project is done, with movement of the individual between these zones included. Dermal exposure for consumers is also limited to the user's direct contact with the product as defined by the duration of use.

The PBPK exposure model was used to integrate absorption from both vapor and liquid contact via three pathways: inhalation of vapors, absorption of liquid in contact with the skin, and absorption of vapor by exposed skin. Exhalation and desorption of vapor from skin are also post-exposure elimination pathways. Vapor absorption through the skin is a minor component of total exposure in most scenarios but is included for completeness and uses the same dermal resistance as liquid absorption to account for absorption from un-occluded areas of the face, neck, arms and hands. Use of a face mask is assumed to reduce concentration inside the mask by a factor of 10 (i.e., the mask has a protection factor, PF = 10) while use of gloves is assumed to reduce the surface area of the skin exposed to liquid NMP, where the PF was varied for different quality gloves.

While this assessment evaluates specific COUs based on exposure estimates that incorporate multiple routes of exposure, it does not consider the potential for aggregate exposures from multiple conditions of use. For example, it does not evaluate the aggregate risk to individuals exposed via occupational and consumer uses. This could result in an underestimate of risk.

EPA defines sentinel exposure as "*the exposure to a single chemical substance that represents the plausible upper bound of exposure relative to all other exposures within a broad category of similar or related exposures* (40 CFR § 702.33)." In this risk evaluation, EPA considered sentinel exposure in the form of high-end estimates for consumer and occupational exposure scenarios which incorporate dermal and inhalation exposure, as these routes are expected to present the highest exposure potential based on details provided for the manufacturing, processing and use scenarios discussed in Section 2.4. The

exposure calculation used to estimate dermal exposure to liquid is conservative for high-end occupational and consumer scenarios where it assumes full contact of both hands and no glove use.

## 4.6  Risk Conclusions

### 4.6.1  Environmental Risk Conclusions

No risks to fish, aquatic invertebrates or algae were identified from NMP releases to ambient water. EPA used environmental release data from EPA's Toxics Release Inventory (TRI) and a "first-tier" exposure assessment to derive conservative estimates of NMP surface water concentrations near facilities reporting the highest NMP water releases. Using the 2015 TRI data and EPA's Exposure and Fate Assessment Screening Tool (EFAST, Version 2014) EPA predicted NMP surface water concentrations as high as 224 µg/L and 1,496 µg/L for the acute and chronic exposure scenarios, respectively. Based on this analysis the acute and chronic RQs are 0.0022 and 0.85, respectively indicating a low concern for risks to aquatic organisms from NMP exposures via surface water.

### 4.6.2  Human Health Risk Conclusions

In general, the conditions of use that present the lowest concern for human health risks include those that incorporate a high level of containment or small-scale use of NMP. The conditions of use which involve a lower level of containment, elevated temperatures or high intensity use show greater risk even when personal protective equipment is considered. For example, high-end occupational exposure estimates for NMP use in cleaning, metal finishing, electronic parts manufacturing, automotive servicing, and use in (or removal of) paints, coatings, adhesives and sealants show risks that are not mitigated via glove use.

For consumers, risk concerns are indicated for acute exposures associated with high-intensity use of paint removers, degreasers and engine degreasers (see Table 4-51). The main factors that impact consumer exposures during use of NMP-containing products include the NMP weight fraction, duration of product use and the actual amount of product used (see Table 2-79 and Table 2-85). In addition, specific factors related to the room of use (e.g., room size, air exchange rate) may affect the estimated NMP air concentrations to which consumers may be exposed. For example, air concentrations can vary depending on whether windows or garage doors are open or closed during product use. Variations in individual activity patterns can also impact exposure potential (e.g., risks associated with the engine degreasing activity may be underestimated if the product is used continuously). Bystander exposures were estimated for conditions of use that presented risks to the product user; these exposure scenarios did not present a risk concern to bystanders located outside the room of product use.

EPA has high confidence in the hazard endpoints used to evaluate risks associated with acute and chronic NMP exposure. As discussed in Section 3.2.6, fetal resorptions (mortality) and reduced fertility were considered relevant hazards for evaluating risks following acute and chronic NMP exposure, respectively. While there is some uncertainty regarding temporal windows of vulnerability for developmental toxicity and whether the timing of a single exposure can produce a permanent adverse effect on human development, EPA considers the developmental toxicity endpoints associated with NMP exposure to be applicable to acute exposures. The available literature suggests that a single developmental exposure may have sustained effects on the conceptus. Fetal mortality represents the most severe endpoint associated with the developmental hazard profile for NMP. Reduced fertility in

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

6678   males is the most sensitive effect associated with chronic exposures. The chronic POD based on effects
6679   on reduced male fertility is supported by effects on female fecundity and developmental toxicity in a
6680   similar dose range.
6681

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

6682    **Table 4-50. Summary of Risk Estimates for Aggregate Exposures to Workers by Condition of Use**

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| Manufacture/Domestic manufacture | Domestic Manufacture | Section 2.4.1.2.1 – Manufacturing | Worker | Central Tendency | 52 | 21 | 1025 (PF 20) | 423 (PF 20) |
| | | | | High-End | 9.9 | 2.2 | 194 (PF 20) | 48 (PF 20) |
| | | | ONU | Central Tendency | – | 16,344 | N/A | N/A |
| | | | | High-End | – | 587 | N/A | N/A |
| Manufacture/Import | Import | Section 2.4.1.2.2 – Repackaging | Worker | Central Tendency | 52 | 21 | 518 (PF 10) | 213 (PF 10) |
| | | | | High-End | 9.9 | 2.2 | 101 (PF 10) | 25 (PF 10) |
| | | | ONU | Central Tendency | – | 16,344 | N/A | N/A |
| | | | | High-End | – | 587 | N/A | N/A |
| Processing/Processing as a reactant or intermediate | Intermediate in plastic material and resin and pharmaceutical and medicine manufacturing | Section 2.4.1.2.3 – Chemical Processing, Excluding Formulation | Worker | Central Tendency | 62 | 29 | 612 (PF 10) | 291 (PF 10) |
| | Other | | | High-End | 31 | 14 | 301(PF 10) | 143 (PF 10) |
| | | | ONU | Central Tendency | – | 11,255 | N/A | N/A |
| | | | | High-End | – | 3,343 | N/A | N/A |
| Processing/Incorporated into formulation, mixture or reaction product | Adhesives and sealant chemicals in Adhesive Manufacturing | Section 2.4.1.2.4 – Incorporation into Formulation, Mixture, or Reaction Product | Worker | Central Tendency | 62 | 29 | 612 (PF10) | 291(PF 10) |
| | Anti-adhesive agents in Printing and Related Support Activities | | | High-End | 4.1 | 0.5 | 49 (PF 10) | 6 (PF 10) |
| | Paint additives and coating additives not described by other codes in Paint and Coating Manufacturing; and Print Ink Manufacturing | | ONU | Central Tendency | – | 11,255 | N/A | N/A |
| | Processing aids not otherwise listed in Plastic Material and Resin Manufacturing | | | High-End | – | 70 | N/A | N/A |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| | Manufacturing; Primary Metal Manufacturing; Soap, Cleaning Compound and Toilet Preparation Manufacturing; Transportation Equipment Manufacturing; All Other Chemical Preparation Manufacturing; Printing and Related Support Activities; Services; Wholesale and Retail Trade Product and | | | | | | | |
| | Surface active agents in Soap, Cleaning Compound and Toilet Preparation Manufacturing | | | | | | | |
| | Plating agents and surface treating agents in Fabricated Metal Product Manufacturing | | | | | | | |
| | Solvents (which become part of product formulation or mixture) in Electrical Equipment, Appliance and Component Manufacturing; Other Manufacturing; Paint and Coating Manufacturing; Print Ink Manufacturing; Soap, Cleaning Compound and Toilet Preparation Manufacturing; Transportation Equipment Manufacturing; All Other Chemical Product and Preparation Manufacturing; Printing and Related Support Activities; Wholesale and Retail Trade | | | | | | | |
| | Other uses in Oil and Gas Drilling, Extraction and Support Activities; Plastic Material and Resin Manufacturing; Services | | | | | | | |
| Processing/Incorporated into article | Lubricants and lubricant additives in Machinery Manufacturing | Section 2.4.1.2.5 – Metal Finishing (Spray Application) | Worker | Central Tendency | 23 | 4.2 | 235 (PF 10) | 44 (PF 10) |
| | | | | High-End | 4.7 | 0.5 | 58 (PF 10) | 7 (PF 10) |
| | | | ONU | Central Tendency | – | 3,428 | N/A | N/A |
| | | | | High-End | – | 195 | N/A | N/A |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| | Paint additives and coating additives not described by other codes in Transportation Equipment Manufacturing | Section 2.4.1.2.7 – Application of Paints, Coatings, Adhesives, and Sealants (Spray Application) | Worker | Central Tendency | 690 | 130 | 5152 (PF 10) | 976 (PF 10) |
| | | | | High-End | **8.7** | **1.0** | 97 (PF 10) | **12 (PF 10)** |
| | | | ONU | Central Tendency | – | 3,525 | N/A | N/A |
| | | | | High-End | – | 197 | N/A | N/A |
| | | Section 2.4.1.2.7 – Application of Paints, Coatings, Adhesives, and Sealants (Roll/Curtain) | Worker | Central Tendency | 714 | 134 | 6880 (PF 10) | 1294 (PF 10) |
| | | | | High-End | **8.8** | **1.0** | 103 (PF10) | **12 (PF 10)** |
| | | | ONU | Central Tendency | – | 30,904 | N/A | N/A |
| | | | | High-End | – | 3,522 | N/A | N/A |
| | | Section 2.4.1.2.7 – Application of Paints, Coatings, Adhesives, and Sealants (Dip) | Worker | Central Tendency | 623 | 118 | 2,092 (PF 10) | 556 (PF 10) |
| | | | | High-End | **8.8** | **1.0** | 99 (PF 10) | **12 (PF 10)** |
| | | | ONU | Central Tendency | – | 944 | N/A | N/A |
| | | | | High-End | – | 321 | N/A | N/A |
| | | Section 2.4.1.2.7 – Application of Paints, Coatings, Adhesives, and Sealants (Brush) | Worker | Central Tendency | 440 | 84 | 1003 (PF 10) | 194 (PF 10) |
| | | | | High-End | **8.7** | **1.0** | 97 (PF 10) | **12 (PF 10)** |
| | | | ONU | Central Tendency | – | 226 | N/A | N/A |
| | | | | High-End | – | 215 | N/A | N/A |
| | Solvents (which become part of product formulation or mixture), including in Textiles, Apparel and Leather Manufacturing | Section 2.4.1.2.4 – Incorporation into Formulation, Mixture, or Reaction Product | Worker | Central Tendency | 62 | **29** | 612 (PF 10) | 291 (PF 10) |
| | | | | High-End | **4.1** | **0.5** | 49 (PF 10) | **6 (PF 10)** |
| | | | ONU | Central Tendency | – | 11,255 | N/A | N/A |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| | Other, including in Plastic Product Manufacturing | Section 2.4.1.2.3 – Chemical Processing, Excluding Formulation | | High-End | – | 70 | N/A | N/A |
| | | | Worker | Central Tendency | 62 | 29 | 612 (PF 10) | 291 (PF 10) |
| | | | | High-End | 31 | 14 | 301 (PF 10) | 143 (PF 10) |
| | | | ONU | Central Tendency | – | 11,255 | N/A | N/A |
| | | | | High-End | – | 3,343 | N/A | N/A |
| Processing/Recycling | Recycling | Section 2.4.1.2.16 – Recycling and Disposal | Worker | Central Tendency | 56 | 23 | 282 (PF 5) | 116 (PF 5) |
| | | | | High-End | 23 | 8.5 | 114 (PF 5) | 43 (PF 5) |
| | | | ONU | Central Tendency | – | 16,530 | N/A | N/A |
| | | | | High-End | – | 2,007 | N/A | N/A |
| Processing/Repackaging | Wholesale and Retail Trade | Section 2.4.1.2.2 – Repackaging | Worker | Central Tendency | 52 | 21 | 518(PF 10) | 213 (PF 10) |
| | | | | High-End | 9.9 | 2.2 | 101 (PF 10) | 25 (PF 10) |
| | | | ONU | Central Tendency | – | 16,344 | N/A | N/A |
| | | | | High-End | – | 587 | N/A | N/A |
| Distribution in Commerce/ Distribution | Distribution in commerce | Distribution in commerce | Worker | Central Tendency | Not separately addressed | | | |
| Industrial, commercial, and consumer use/Paint and coatings | Paint and coating removers Adhesive removers | Section 2.4.1.2.6 - Removal of Paints, Coatings, Adhesives, and Sealants (Misc. Removal) | Worker | Central Tendency | 104 | 33 | 687 (PF 10) | 218 (PF 10) |
| | | | | High-End | 5.9 | 0.7 | 46 (PF 10) | 6 (PF 10) |
| | | | ONU | Central Tendency | – | 566 | N/A | N/A |
| | | | | High-End | – | 14 | N/A | N/A |
| | | Section 2.4.1.2.6 - Removal of Paints, | Worker | Central Tendency | 27 | 5.0 | 270 (PF 10) | 51 (PF 10) |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| | | Coatings, Adhesives, and Sealants (Graffiti Removal) | | High-End | **7.4** | **0.9** | 85 (PF 10) | **10 (PF 10)** |
| | | | ONU | Central Tendency | – | 920 | N/A | N/A |
| | | | | High-End | – | 196 | N/A | N/A |
| | Lacquers, stains, varnishes, primers and floor finishes | Section 2.4.1.2.7 – Application of Paints, Coatings, Adhesives, and Sealants (Spray Application) | Worker | Central Tendency | 690 | 130 | 5152 (PF 10) | 976 (PF10) |
| | Powder coatings (surface preparation) | | Worker | High-End | **8.7** | **1.0** | 97 (PF 10) | **12 (PF 10)** |
| | | | ONU | Central Tendency | – | 3,525 | N/A | N/A |
| | | | | High-End | – | 197 | N/A | N/A |
| Industrial, commercial, and consumer use/Paint additives and coating additives not described by other codes | Use in Computer and Electronic Product Manufacturing, Construction, Fabricated Metal Product Manufacturing, Machinery Manufacturing, Other Manufacturing, Paint and Coating Manufacturing, Primary Metal Manufacturing, Transportation Equipment Manufacturing, Wholesale and Retail Trade | Section 2.4.1.2.7 – Application of Paints, Coatings, Adhesives, and Sealants (Roll/Curtain) | Worker | Central Tendency | 714 | 134 | 6880 (PF 10) | 1294 (PF 10) |
| | | | | High-End | **8.8** | **1.0** | 103 (PF 10) | **12 (PF 10)** |
| | | | ONU | Central Tendency | – | 30,904 | N/A | N/A |
| | | | | High-End | – | 3,522 | N/A | N/A |
| Industrial, commercial, and consumer use/Adhesives and sealants | Adhesives and sealant chemicals including binding agents | Section 2.4.1.2.7 – Application of Paints, Coatings, Adhesives, and Sealants (Dip) | Worker | Central Tendency | 623 | 118 | 2,092 (PF 10) | 556 (PF10) |
| | Single component glues and adhesives, including lubricant adhesives | | Worker | High-End | **8.8** | **1.0** | 99 (PF 10) | **12 (PF 10)** |
| | Two-component glues and adhesives, including some resins | | ONU | Central Tendency | – | 944 | N/A | N/A |
| | | | | High-End | – | 321 | N/A | N/A |
| | Two-component glues and adhesives, including some resins | Section 2.4.1.2.7 – Application of Paints, Coatings, Adhesives, and Sealants (Brush) | Worker | Central Tendency | 440 | 84 | 1003 (PF 10) | 194 (PF 10) |
| | | | | High-End | **8.7** | **1.0** | 97 (PF 10) | **12 (PF 10)** |
| | | | ONU | Central Tendency | – | 226 | N/A | N/A |
| | | | | High-End | – | 215 | N/A | N/A |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| Industrial, commercial, and consumer use/Solvents (for cleaning or degreasing) | Use in Electrical Equipment, Appliance and Component Manufacturing | Section 2.4.1.2.8 – Electronic Parts Manufacturing: Electronics (Container Handling, Small Containers) | Worker | Central Tendency | **19** | **2.7** | 204 (PF 10) | 29 (PF 10) |
| | | | | High-End | **4.7** | **0.4** | 65 (PF 10) | **6(PF 10)** |
| | | | ONU | Central Tendency | – | 1,225 | N/A | N/A |
| | | | | High-End | – | 859 | N/A | N/A |
| Industrial, commercial, and consumer use/Ink, toner, and colorant products | Printer Ink | Section 2.4.1.2.9 - Printing and Writing: Printing | Worker | Central Tendency | 286 | 54 | 1,433 (PF 5) | 269 (PF 5) |
| | | | | High-End | 78 | **9.4** | 395 (PF 5) | 48 (PF 5) |
| | | | ONU | Central Tendency | – | 108,142 | N/A | N/A |
| | | | | High-End | – | 5,001 | N/A | N/A |
| | Inks in writing | Section 2.4.1.2.9 - Printing and Writing: Writing | Worker | Central Tendency | 232,401 | 115,998 | 1,165,010 (PF 5) | 578,327 (PF 5) |
| | | | | High-End | 116,201 | 57,998 | 582,823 (PF 5) | 289,149 (PF 5) |
| | | | ONU | Central Tendency | – | 5,784,391 | N/A | N/A |
| | | | | High-End | – | 580,007 | N/A | N/A |
| Industrial, commercial, and consumer use/Processing aids, specific to petroleum production | Petrochemical Manufacturing | Section 2.4.1.2.3 - Chemical Processing, Excluding Formulation | Worker | Central Tendency | 62 | **29** | 612 (PF 10) | 291(PF 10) |
| | | | | High-End | 31 | **14** | 301 (PF 10) | 143 (PF 10) |
| | | | ONU | Central Tendency | – | 11,255 | N/A | N/A |
| | | | | High-End | – | 3,343 | N/A | N/A |
| Industrial, commercial, and consumer use/Other uses | Other uses in Oil and Gas Drilling, Extraction and Support Activities | Section 2.4.1.2.3 - Chemical Processing, Excluding Formulation | Worker | Central Tendency | 62 | **29** | 612 (PF 10) | 291 (PF 10) |
| | Pharmaceutical and Medicine Manufacturing – functional fluids (closed systems) | | | High-End | 31 | **14** | 301 (PF 10) | 143(PF 10) |
| | | | ONU | Central Tendency | – | 11,255 | N/A | N/A |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| | | | | High-End | – | 3,343 | N/A | N/A |
| | Lithium ion batteries | Section 2.4.1.2.8 – Electronic Parts Manufacturing: Electronics (Container Handling, Drums) | Worker | Central Tendency | **24** | **3.3** | 251 (PF 10) | 36 (PF 10) |
| | | | | High-End | **4.7** | **0.4** | 64(PF 10) | **6 (PF 10)** |
| | | | ONU | Central Tendency | – | 42,649 | N/A | N/A |
| | | | | High-End | – | 368 | N/A | N/A |
| | | Section 2.4.1.2.8 – Electronic Parts Manufacturing: Electronics (Fab Worker) | Worker | Central Tendency | 82 | **12** | 820 (PF10) | 117 (PF 10) |
| | | | | High-End | **3.2** | **0.3** | 48 (PF 10) | **4 (PF 10)** |
| | | | ONU | Central Tendency | – | 4,502 | N/A | N/A |
| | | | | High-End | – | 1,137 | N/A | N/A |
| | | Section 2.4.1.2.8 – Electronic Parts Manufacturing: Electronics (Maintenance) | Worker | Central Tendency | **21** | **3.0** | 228 (PF 10) | 32 (PF 10) |
| | | | | High-End | **3.2** | **0.3** | 48 (PF 10) | **4 (PF 10)** |
| | | | ONU | Central Tendency | – | 28,624 | N/A | N/A |
| | | | | High-End | – | 739 | N/A | N/A |
| | | Section 2.4.1.2.8 – Electronic Parts Manufacturing: Electronics (Virgin NMP Truck Unloading) | Worker | Central Tendency | **13** | **2.3** | 125 (PF 10) | 23 (PF 10) |
| | | | | High-End | **4.1** | **0.5** | 52 (PF 10) | **6 (PF 10)** |
| | | | ONU | Central Tendency | – | 195 | N/A | N/A |
| | | | | High-End | – | 184 | N/A | N/A |
| | | Section 2.4.1.2.8 – Electronic Parts Manufacturing: Electronics | Worker | Central Tendency | **14** | **2.6** | 151 (PF 10) | 28 (PF 10) |
| | | | | High-End | **4.6** | **0.5** | 59 (PF 10) | **7 (PF 10)** |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| | | (Waste Truck Unloading) | ONU | Central Tendency | – | 1,313 | N/A | N/A |
| | | | | High-End | – | 1,097 | N/A | N/A |
| | Soldering materials | Section 2.4.1.2.10 - Soldering | Worker | Central Tendency | 1,436 | 270 | 14376(PF 10) | 2701 (PF 10) |
| | | | | High-End | 222 | 27 | 2242(PF 10) | 270 (PF 10) |
| | | | ONU | Central Tendency | – | 7,224,526 | N/A | N/A |
| | | | | High-End | – | 289,802 | N/A | N/A |
| | Anti-freeze and de-icing products | Section 2.4.1.2.11 - Commercial Automotive Servicing | Worker | Central Tendency | 624 | 199 | 1,090 (PF 10) | 344 (PF 10) |
| | Automotive care products | | | | | | | |
| | Lubricants and greases | | | High-End | 14 | 1.6 | 84 (PF10) | 10 (PF 10) |
| | | | ONU | Central Tendency | – | 374 | N/A | N/A |
| | | | | High-End | – | 21 | N/A | N/A |
| | Metal products not covered elsewhere | Section 2.4.1.2.5 – Metal Finishing (Spray Application) | Worker | Central Tendency | 23 | 4.2 | 235 (PF 10) | 44 (PF 10) |
| | | | | High-End | 4.7 | 0.5 | 58 (PF 10) | 7 (PF 10) |
| | | | ONU | Central Tendency | – | 3,428 | N/A | N/A |
| | | | | High-End | – | 195 | N/A | N/A |
| | | Section 2.4.1.2.5 – Metal Finishing (Dip) | Worker | Central Tendency | 23 | 4.2 | 227 (PF 10) | 43 (PF 10) |
| | | | | High-End | 4.7 | 0.5 | 59 (PF 10) | 7 (PF 10) |
| | | | ONU | Central Tendency | – | 937 | N/A | N/A |
| | | | | High-End | – | 316 | N/A | N/A |
| | | | Worker | Central Tendency | 22 | 4.1 | 198 (PF 10) | 37 (PF 10) |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| | Lubricant and lubricant additives, including hydrophilic coatings | Section 2.4.1.2.5 – Metal Finishing (Brush) | | High-End | **4.7** | **0.5** | 58 (PF 10) | **7 (PF 10)** |
| | | | ONU | Central Tendency | – | 226 | N/A | N/A |
| | | | | High-End | – | 213 | N/A | N/A |
| | | Section 2.4.1.2.5 – Metal Finishing (Spray Application) | Worker | Central Tendency | **23** | **4.2** | 235 (PF 10) | 44 (PF 10) |
| | | | | High-End | **4.7** | **0.5** | 58 (PF 10) | **7 (PF 10)** |
| | | | ONU | Central Tendency | – | 3,428 | N/A | N/A |
| | | | | High-End | – | 195 | N/A | N/A |
| | | Section 2.4.1.2.5 – Metal Finishing (Dip) | Worker | Central Tendency | **23** | **4.2** | 227 (PF 10) | 43 (PF 10) |
| | | | | High-End | **4.7** | **0.5** | 59 (PF 10) | **7 (PF 10)** |
| | | | ONU | Central Tendency | – | 937 | N/A | N/A |
| | | | | High-End | – | 316 | N/A | N/A |
| | | Section 2.4.1.2.5 – Metal Finishing (Brush) | Worker | Central Tendency | **22** | **4.1** | 198 (PF 10) | 37 (PF 10) |
| | | | | High-End | **4.7** | **0.5** | 58 (PF 10) | **7 (PF 10)** |
| | | | ONU | Central Tendency | – | 226 | N/A | N/A |
| | | | | High-End | – | 213 | N/A | N/A |
| | Laboratory chemicals | Section 2.4.1.2.12 - Laboratory Use | Worker | Central Tendency | **21** | **5.0** | 214 (PF 10) | 53 (PF 10) |
| | | | | High-End | **4.1** | **0.5** | 52 (PF 10) | **6 (PF 10)** |
| | | | ONU | Central Tendency | – | 17,565 | N/A | N/A |
| | | | | High-End | – | 225 | N/A | N/A |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Occupational Exposure Scenario | Population | Exposure Level | Risk Estimates for No PPE | | Risk Estimates with PPE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) | Acute Non-cancer (benchmark MOE = 30) | Chronic Non-cancer (benchmark MOE = 30) |
| | Cleaning and furniture care products, including wood cleaners, gasket removers | Section 2.4.1.2.13 – Cleaning (Dip Cleaning) | Worker | Central Tendency | **16** | **2.9** | 163 (PF 10) | 31 (PF 10) |
| | | | | High-End | **4.1** | **0.5** | 53 (PF 10) | **6 (PF 10)** |
| | | | ONU | Central Tendency | – | 934 | N/A | N/A |
| | | | | High-End | – | 314 | N/A | N/A |
| | | Section 2.4.1.2.13 – Cleaning (Spray/Wipe Cleaning) | Worker | Central Tendency | 44 | **8.2** | 418 (PF 10) | 79 (PF 10) |
| | | | | High-End | **4.2** | **0.5** | 53 (PF 10) | **6 (PF 10)** |
| | | | ONU | Central Tendency | – | 922 | N/A | N/A |
| | | | | High-End | – | 258 | N/A | N/A |
| | Fertilizer and other agricultural chemical manufacturing-processing aids and solvents | Section 2.4.1.2.14 - Fertilizer Application | Worker | Central Tendency | 1,430 | 279 | 1,587 (PF 5) | 307 (PF 5) |
| | | | | High-End | 74 | **8.9** | 310 (PF 5) | 38 (PF 5) |
| | | | ONU | Central Tendency | – | 315 | N/A | N/A |
| | | | | High-End | – | 171 | N/A | N/A |
| | Wood preservatives | Section 2.4.1.2.15 - Wood Preservatives | Worker | Central Tendency | 635 | 122 | 1,003 (PF 5) | 194 (PF 5) |
| | | | | High-End | 426 | 52 | 1,099 (PF 5) | 135 (PF 5) |
| | | | ONU | Central Tendency | – | 226 | N/A | N/A |
| | | | | High-End | – | 219 | N/A | N/A |

6683
6684    N/A = not assessed because ONUs are not assumed to be wearing PPE; **-** = exposure data for ONUs were not available
6685
6686
6687
6688

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

6689   **Table 4-51. Summary of Risk Estimates from Acute Exposures to Consumers by Conditions of Use**

| Life Cycle Stage/ Category | Subcategory | Consumer Condition of Use/Exposure Scenario | Population | Exposure Level | Risk Estimate Acute Non-cancer (benchmark MOE = 30) |
|---|---|---|---|---|---|
| Industrial, commercial, and consumer use/ Paints and coatings | Paint and coating removers | Section 2.4.2.5, Paint Removers | Consumer | Medium-Intensity User | 107 |
| | | | | High-Intensity User | **22** |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| | Adhesive removers | Section 2.4.2.5, Adhesive Removers | Consumer | Medium-Intensity User | 167 |
| | | | | High-Intensity User | 36 |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| | Lacquer, stains, varnishes, primers and floor finishes | Section 2.4.2.5, Stains, Varnishes | Consumer | Medium-Intensity User | 633 |
| | | | | High-Intensity User | 111 |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| Industrial, commercial, and consumer use/ Paint additives and coatings additives not described by other codes | Use in Computer and Electronic Product Manufacturing, Construction, Fabricated Metal Product Manufacturing, Machinery Manufacturing, Other Manufacturing, Paint and Coating Manufacturing, Primary Metal Manufacturing, Transportation Equipment Manufacturing, Wholesale and Retail Trade | Section 2.4.2.5, Paint | Consumer | Medium-Intensity User | 578 |
| | | | | High-Intensity User | 152 |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| | | Section 2.4.2.5, Arts and Crafts | Consumer | Medium-Intensity User | 3,034 |
| | | | | High-Intensity User | 974 |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| Industrial, commercial, and | | Section 2.4.2.5, Adhesives | Consumer | Medium-Intensity User | 174 |
| | | | | High-Intensity User | 38 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Consumer Condition of Use/Exposure Scenario | Population | Exposure Level | Risk Estimate Acute Non-cancer (benchmark MOE = 30) |
|---|---|---|---|---|---|
| consumer use/ adhesives and sealants | Single component glues and adhesives, including lubricant adhesives | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| | Two-component glues and adhesives, including some resins | Section 2.4.2.5, Sealants | Consumer | Medium-Intensity User | 19,115 |
| | | | | High-Intensity User | 3,086 |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| Industrial, commercial, and consumer use/ Other uses | Automotive care products | Section 2.4.2.5, Auto Interior Cleaner | Consumer | Medium-Intensity User | 844 |
| | | | | High-Intensity User | 50 |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| | | Section 2.4.2.5, Auto Interior Spray Cleaner | Consumer | Medium-Intensity User | 2,323 |
| | | | | High-Intensity User | 1,180 |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |
| | Cleaning and furniture care products, including wood cleaners, gasket removers | Section 2.4.2.5, Cleaners/Degreaser | Consumer | Medium-Intensity User | 209 |
| | | | | High-Intensity User | **16** |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | 53 |
| | | Section 2.4.2.5, Engine Cleaner/ Degreaser | Consumer | Medium-Intensity User | 128 |
| | | | | High-Intensity User | **13** |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | 39 |
| | | Section 2.4.2.5, | Consumer | Medium-Intensity User | 651 |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Life Cycle Stage/ Category | Subcategory | Consumer Condition of Use/Exposure Scenario | Population | Exposure Level | Risk Estimate | 
| | | | | | Acute Non-cancer (benchmark MOE = 30) |
|---|---|---|---|---|---|
| Industrial, commercial, and consumer use/ Other uses | Lubricant and lubricant additives, including hydrophilic coatings | Spray Lubricant | | High-Intensity User | 76 |
| | | | Bystander | Medium-Intensity User | N/A |
| | | | | High-Intensity User | N/A |

6690    N/A = not assessed

# 5   Risk Determination

## 5.1  Unreasonable Risk

### 5.1.1   Overview

In each risk evaluation under TSCA section 6(b), EPA determines whether a chemical substance presents an unreasonable risk of injury to health or the environment, under the conditions of use. These determinations do not consider costs or other non-risk factors. In making these determinations, EPA considers relevant risk-related factors, including, but not limited to: the effects of the chemical substance on health and human exposure to such substance under the conditions of use (including cancer and non-cancer risks); the effects of the chemical substance on the environment and environmental exposure under the conditions of use; the population exposed (including any potentially exposed or susceptible subpopulations (PESS)); the severity of hazard (including the nature of the hazard, the irreversibility of the hazard); and uncertainties. EPA also takes into consideration the Agency's confidence in the data used in the risk estimate. This includes an evaluation of the strengths, limitations and uncertainties associated with the information used to inform the risk estimate and the risk characterization. This approach is in keeping with the Agency's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act* (82 FR 33726).[6]

Under TSCA, conditions of use are defined as the circumstances, as determined by the Administrator, under which the substance is intended, known, or reasonably foreseen to be manufactured, processed, distributed in commerce, used, or disposed of. TSCA §3(4).

An unreasonable risk may be indicated when health risks under the conditions of use are identified by comparing the estimated risks with the risk benchmarks and where the risks affect the general population or PESS identified as relevant. For workers (which are one example of PESS), an unreasonable risk may be indicated when risks are not adequately addressed through expected use of workplace practices and exposure controls, including engineering controls or use of personal protective equipment (PPE). An unreasonable risk may also be indicated when environmental risks under the conditions of use are greater than environmental risk benchmarks. The risk estimates contribute to the evidence EPA uses to determine unreasonable risk.

EPA uses the term "indicates unreasonable risk" to indicate EPA concern for potential unreasonable risk. For non-cancer endpoints, "less than MOE benchmark" is used to indicate potential unreasonable risk; this occurs if an MOE value is less than the benchmark MOE (e.g., MOE 0.3 < benchmark MOE 30). For cancer endpoints, EPA uses the term "greater than risk benchmark" to indicate potential unreasonable risk; this occurs, for example, if the lifetime cancer risk value is greater than 1 in 10,000 (e.g., cancer risk value is $5 \times 10^{-2}$ which is greater than the standard range of acceptable cancer risk

---

[6] This risk determination is being issued under TSCA section 6(b) and the terms used, such as unreasonable risk, and the considerations discussed are specific to TSCA. Other statutes have different authorities and mandates and may involve risk considerations other than those discussed here.

6730   benchmarks of $1 \times 10^{-4}$ to $1 \times 10^{-6}$). For environmental endpoints, to indicate potential unreasonable risk
6731   EPA uses a risk quotient (RQ) value "greater than 1" (i.e., RQ >1). Conversely, EPA uses the term
6732   "does not indicate unreasonable risk" to indicate that it is unlikely that EPA has a concern for potential
6733   unreasonable risk. More details are described below.
6734
6735   The degree of uncertainty surrounding the MOEs, cancer risk or RQs is a factor in determining whether
6736   or not unreasonable risk is present. Where uncertainty is low, and EPA has high confidence in the
6737   hazard and exposure characterizations (for example, the basis for the characterizations is measured or
6738   monitoring data or a robust model and the hazards identified for risk estimation are relevant for
6739   conditions of use), the Agency has a higher degree of confidence in its risk determination.
6740   EPA may also consider other risk factors, such as severity of endpoint, reversibility of effect, or
6741   exposure-related considerations, such as magnitude or number of exposures, in determining that the
6742   risks are unreasonable under the conditions of use. Where EPA has made assumptions in the scientific
6743   evaluation, whether or not those assumptions are protective will also be a consideration. Additionally,
6744   EPA considers the central tendency and high-end scenarios when determining the unreasonable risk.
6745   High-end risk estimates (i.e., 95th percentile) are generally intended to cover individuals or sub-
6746   populations with greater exposure (PESS) and central tendency risk estimates are generally estimates of
6747   average or typical exposure.
6748
6749   EPA may make a no unreasonable risk determination for conditions of use where the substance's hazard
6750   and exposure potential, or where the risk-related factors described previously, lead EPA to determine
6751   that the risks are not unreasonable.
6752
6753

### 5.1.2   Risks to Human Health

6755

#### 5.1.2.1   Determining Non-Cancer Risks

6757   Margins of exposure (MOEs) are used in EPA's risk evaluations as a starting point to estimate non-
6758   cancer risks for acute and chronic exposures. The non-cancer evaluation refers to potential adverse
6759   health effects associated with health endpoints other than cancer, including to the body's organ systems,
6760   such as reproductive/developmental effects, cardiac and lung effects, and kidney and liver effects. The
6761   MOE is the point of departure (POD) (an approximation of the no-observed adverse effect level
6762   (NOAEL) or benchmark dose level (BMDL)) for a specific health endpoint divided by the exposure
6763   concentration for the specific scenario of concern. The benchmark for the MOE that is used accounts for
6764   the total uncertainty in a POD, including, as appropriate: (1) the variation in sensitivity among the
6765   members of the human population (i.e., intrahuman/intraspecies variability); (2) the uncertainty in
6766   extrapolating animal data to humans (i.e., interspecies variability); (3) the uncertainty in extrapolating
6767   from data obtained in a study with less-than-lifetime exposure to lifetime exposure (i.e., extrapolating
6768   from sub-chronic to chronic exposure); and (4) the uncertainty in extrapolating from a lowest observed
6769   adverse effect level (LOAEL) rather than from a NOAEL. MOEs can provide a non-cancer risk profile
6770   by presenting a range of estimates for different non-cancer health effects for different exposure scenarios
6771   and are a widely recognized point estimate method for evaluating a range of potential non-cancer health
6772   risks from exposure to a chemical.
6773

6774 A calculated MOE that is less than the benchmark MOE indicates the possibility of risk to human health.
6775 Whether those risks are unreasonable will depend upon other risk-related factors, such as severity of
6776 endpoint, reversibility of effect, exposure-related considerations (e.g., duration, magnitude, frequency of
6777 exposure, population exposed), and the confidence in the information used to inform the hazard and
6778 exposure values. If the calculated MOE is greater than the benchmark MOE, generally it is less likely
6779 that there is risk.

6781 Uncertainty factors (UFs) also play an important role in the risk estimation approach and in determining
6782 unreasonable risk. A lower benchmark MOE (e.g., 30) indicates greater certainty in the data (because
6783 fewer of the default UFs relevant to a given POD as described above were applied). A higher benchmark
6784 MOE (e.g., 1000) would indicate more uncertainty in risk estimation and extrapolation for the MOE for
6785 specific endpoints and scenarios. However, these are often not the only uncertainties in a risk evaluation.

### 5.1.3 Determining Environmental Risk

6789 To assess environmental risk, EPA identifies and evaluates environmental hazard data for aquatic,
6790 sediment-dwelling, and terrestrial organisms exposed under acute and chronic exposure conditions. The
6791 environmental risk includes any risks that exceed benchmarks to the aquatic environment from levels of
6792 the evaluated chemical released to the environment (e.g., surface water, sediment, soil, biota) under the
6793 conditions of use, based on the fate properties, release potential, and reasonably available environmental
6794 monitoring and hazard data.

6796 Environmental risks are estimated by calculating a RQ. The RQ is defined as:

$$RQ = \text{Environmental Concentration} / \text{Effect Level}$$

6800 An RQ equal to 1 indicates that the exposures are the same as the concentration that causes effects. If the
6801 RQ is greater than 1, the exposure is greater than the effect concentration and there is potential for risk
6802 presumed. If the RQ is less than 1, the exposure is less than the effect concentration and unreasonable
6803 risk is not likely. The Concentrations of Concern or hazard value for certain aquatic organisms are used
6804 to calculate RQs for acute and chronic exposures. For environmental risk, EPA is more likely to
6805 determine that there is unreasonable risk if the RQ exceeds 1 for the conditions of use being evaluated.
6806 Consistent with EPA's human health evaluations, the RQ is not treated as a bright line and other risk-
6807 based factors may be considered (e.g., exposure scenario, uncertainty, severity of effect) for purposes of
6808 making a risk determination.

## 5.2 Risk Determination for NMP

6812 EPA's determinations of unreasonable risk for specific conditions of use of NMP listed below are based
6813 on health risks to workers during occupational exposures, including occupational non-users in certain
6814 exposure scenarios; and health risks to consumers. With respect to cancer risks, as discussed in section
6815 2.4.2.2 of the Problem Formulation of the Risk Evaluation for NMP, NMP is not mutagenic and is not
6816 considered carcinogenic so EPA did not conduct analysis of genotoxicity and cancer hazards during risk
6817 evaluation. For the conditions of use where EPA found no unreasonable risk, EPA describes the
6818 estimated risks in Section 4 (Table 4-49 and Table 4-50).

6819   As described in section 3, significant risks associated with more than one adverse effect were identified
6820   for particular conditions of use. In the table below, EPA identifies either reproductive effects or adverse
6821   developmental effects as the unreasonable risk driver for the conditions of use, depending on whether
6822   acute or chronic exposure was assessed. The effects identified as the unreasonable risk driver vary
6823   because chronic exposures typically involve repeated doses, such as in an occupational setting, in
6824   contrast to acute exposures in a consumer setting.

6825

6826   EPA selected reduced fertility as the basis for evaluating risks from chronic exposures. This is described
6827   as reproductive toxicity in the risk determination and throughout the risk evaluation. EPA determined
6828   that this is an appropriate endpoint for evaluating chronic risk because it is a sensitive effect observed in
6829   a high-quality study and it is supported by robust evidence for a continuum of reproductive and
6830   developmental effects across several studies. EPA has selected fetal resorptions (mortality), an adverse
6831   developmental effect, as the basis for evaluating risks from acute exposures. EPA determined that this
6832   endpoint is the most applicable to assessing risks from acute exposures, where the risk of their
6833   occurrence is assumed to depend on exceedance of a threshold value for even a single day (i.e., peak
6834   concentration) rather than a time weighted average value and the magnitude of the exposure is
6835   considered more important for these effects under these study conditions.

6836

6837   The previous EPA assessment did not characterize dose-response for these fertility endpoints because
6838   the effect observed in one study was not replicated in more recent studies. However, together, the acute
6839   and chronic effects indicate a continuum of reproductive and developmental effects associated with
6840   NMP exposure. The complete basis for selection of endpoints is described in detail in section 3.2.5.1
6841   (Selection of Endpoints for Dose-Response Assessment) and section 3.2.5.6 (Points of Departure for
6842   Human Health Hazard Endpoints).

6843

6844   As described below, risks to the environment, general population, occupational non-users (ONUs) and
6845   bystanders from consumer use either were not relevant for these conditions of use or were evaluated and
6846   found not to be unreasonable.

6847

6848   • **Environmental risks:** For all conditions of use, EPA did not identify any scenarios indicating
6849      unreasonable risk for aquatic, sediment-dwelling, or terrestrial organisms from exposures to
6850      NMP. NMP readily degrades under aerobic conditions and is not expected to persist in the
6851      environment. A screening level risk analysis for NMP in surface water and aquatic receptors
6852      resulted in RQs for the acute and chronic risk of 0.0022 and 0.85, respectively (Table 4-2). An
6853      RQ that does not exceed 1 indicates that the exposure concentrations of NMP are less than the
6854      concentrations that would cause an effect to organisms in the aquatic pathways. Because the RQ
6855      values do not exceed 1, and because EPA used a conservative screening level approach, these
6856      values indicate that the risks of NMP to the aquatic organisms are unlikely. In addition, NMP is
6857      unlikely to accumulate in sediment based on NMP's physical chemical properties. NMP is not
6858      expected to adsorb to sediment due to its water solubility and low partitioning to organic matter.
6859      Because NMP toxicity to sediment-dwelling organisms is expected to be comparable to that of
6860      aquatic organisms, minimal risks are anticipated for sediment-dwelling organisms. NMP exhibits
6861      low volatility and readily biodegrades under aerobic conditions; therefore, the concentrations in
6862      ambient air are unlikely to reach levels that would present risks for terrestrial organisms. As a
6863      result, EPA does not find unreasonable risks to the environment for the conditions of use for
6864      NMP.

- **General Population:** EPA is not including general population exposures in the risk evaluation for NMP. As explained in the Problem Formulation for the Risk Evaluation for NMP, general population exposures were determined to be outside the scope of the risk evaluation. EPA has determined that the existing regulatory programs and associated analytical processes adequately assess and effectively manage the risks of NMP that may be present in various media pathways (e.g. air, water, land) for the general population. For these cases, EPA believes that the TSCA risk evaluation should not focus on those exposure pathways, but rather on exposure pathways associated with TSCA conditions of use that are not subject to those regulatory processes, because the latter pathways are likely to represent the greatest areas of concern to EPA.

- **Occupational Non-Users:** EPA's exposure assessment includes estimates of NMP exposures to occupational non-users (ONUs). ONUs are located in the general vicinity near workers but are further from emissions sources. Unlike workers, ONUs do not have direct dermal contact with liquids. The estimates assume ONUs are not wearing respirators. While the difference between ONU exposures and workers directly handling the chemical generally cannot be quantified, EPA assumes that, in most cases, ONU inhalation exposures are expected to be lower than inhalation exposures for workers directly handling the chemical substance. To account for those instances where monitoring data or modeling did not distinguish between worker and ONU inhalation exposure estimates, EPA considered the central tendency risk estimate when determining ONU risk. As a result, while high-end chronic exposures indicate risks for ONUs, risk estimates for ONUs for the central tendency scenarios did not indicate risk. EPA determined that the conditions of use assessed did not present an unreasonable risk for ONUs.

- **Bystanders (to uses by consumers):** EPA's exposure assessment includes estimates of NMP exposures to bystanders (i.e. those located in the house during consumer product use) who do not have direct contact with NMP-containing consumer products. EPA did not identify risks to bystanders to consumer uses and has determined that the conditions of use assessed do not present an unreasonable risk to bystanders.

**Table 5-1. NMP Risk Determinations by Conditions of Use**

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| Manufacture | Domestic Manufacture | Domestic Manufacture | Section 6(b)(4)(A) unreasonable risk determination for domestic manufacture of NMP: - Does not present an unreasonable risk of injury to health (workers, occupational non-users). <br><br> Exposure scenario with highest risk estimates: Reproductive effects from chronic inhalation and dermal exposure. <br><br> Benchmark: MOE = 30 for reproductive effects. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk Estimate: MOE = 48 with workers using gloves (PF = 20) (high-end scenario) (Table 4-6).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium.<br><br>Risk Considerations: While the chronic risk estimates for both central tendency and high-end exposure in the absence of PPE indicate risk, risk estimates for central tendency and high-end exposure do not indicate risk, when expected use of PPE was considered (gloves PF = 20) (Table 4-6). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.1.<br><br>Estimated exposed population: 2,800 workers. |
| Manufacture | Import | Import | Section 6(b)(4)(A) unreasonable risk determination for manufacture – import of NMP:<br>- Does not present an unreasonable risk of injury to health (workers, occupational non-users).<br><br>Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure.<br><br>Benchmark: MOE = 30 for reproductive effects.<br><br>Risk Estimate: MOE = 25 with workers using gloves (PF = 10) (high-end scenario) (Table 4-8).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk Considerations: While the high-end scenario risk estimates indicate risk in the absence of PPE and when expected use of PPE was considered (gloves PF = 10), given the uncertainties in the model, these were not considered unreasonable risks (Table 4-8). While the chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk (MOE = 213) when expected use of PPE was considered (gloves PF = 10) (Table 4-8). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.2. Estimated exposed population: 1,100 workers. |
| Processing | Processing as a reactant or intermediate | Intermediate in Plastic Material and Resin Manufacturing and in Pharmaceutical and Medicine Manufacturing | Section 6(b)(4)(A) unreasonable risk determination for processing NMP as a reactant or intermediate in several manufacturing processes: - Does not present an unreasonable risk of injury to health (workers, occupational non-users). |
| | | Other | Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure. Benchmark: MOE = 30 for reproductive effects. Risk Estimate: MOE = 143 with workers using gloves (PF = 10) (high-end scenario) (Table 4-10). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (exposure): Medium. Risk Considerations: While the risk estimates for the chronic central tendency and high-end scenarios indicate risk in the absence of PPE, risk estimates for |

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | the central tendency and high-end scenarios do not indicate risk when expected use of PPE was considered (gloves PF = 10) (Table 4-10). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.3.<br><br>Estimated exposed population: 5,400 workers. |
| Processing | Incorporated into formulation, mixture or reaction product | Adhesives and sealant chemicals in Adhesive Manufacturing | Section 6(b)(4)(A) unreasonable risk determination for processing NMP for incorporation into a formulation, mixture or reaction product, in several industrial sectors:<br>- **Presents an unreasonable risk of injury to health (workers).**<br>- Does not present an unreasonable risk of injury to health (occupational non-users).<br><br>Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure.<br><br>Driver Benchmark: MOE = 30 for reproductive effects. |
| | | Anti-adhesive agents in Printing and Related Support Activities | |
| | | Paint additives and coating additives not described by other codes in Paint and Coating Manufacturing; and Print Ink Manufacturing | Risk Estimates: MOE = 6 with workers using gloves (PF = 10) (high-end scenario) (Table 4-12). |
| | | Plating agents and surface treating agents in Fabricated Metal Product Manufacturing | Systematic Review confidence rating (hazard): High. |
| | | Processing aids not otherwise listed in Plastic Material and Resin Manufacturing | Systematic Review confidence rating (exposure): Medium to High. |
| | | Solvents (for cleaning or degreasing) in Non-Metallic Mineral Product Manufacturing; Machinery Manufacturing; Plastic Material and Resin | Risk Considerations: Worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. The high-end scenario risk estimates indicate risk even when expected use of PPE was considered (gloves PF = 10). While the |

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | Manufacturing; Primary Metal Manufacturing; Soap, Cleaning Compound and Toilet Preparation Manufacturing; Transportation Equipment Manufacturing; All Other Chemical Product and Preparation Manufacturing; Printing and Related Support Activities; Services; Wholesale and Retail Trade | chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk (MOE = 291) when expected use of PPE was considered (gloves PF = 10) (Table 4-12). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.4.

Estimated exposed population: 1,900 workers. |
| | | Solvents (which become part of product formulation or mixture) in Electrical Equipment, Appliance and Component Manufacturing; Other Manufacturing; Paint and Coating Manufacturing; Print Ink Manufacturing; Soap, Cleaning Compound and Toilet Preparation Manufacturing; Transportation Equipment Manufacturing; All Other Chemical Product and Preparation Manufacturing; Printing and Related Support Activities; Wholesale and Retail Trade | |
| | | Surface active agents in Soap, Cleaning Compound and Toilet Preparation Manufacturing | |
| | | Other uses in Oil and Gas Drilling, Extraction and Support Activities; Plastic Material and Resin Manufacturing; Services | |
| Processing | Incorporated into articles | Lubricants and lubricant additives in Machinery Manufacturing | Section 6(b)(4)(A) unreasonable risk determination for processing NMP for incorporation into articles as lubricants and lubricant additives in machinery manufacturing: |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | **-Presents an unreasonable risk of injury to health (workers).**<br>- Does not present an unreasonable risk of injury to health (occupational non-users).<br><br>Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure.<br><br>Driver Benchmark: MOE = 30 for reproductive effects.<br><br>Risk Estimate: MOE = 7 with workers using gloves (PF = 10) (high-end scenarios for spray, dip, or brush applications) (Table 4-18).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium.<br><br>Risk Considerations: Worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. The high-end scenario risk estimates indicate risk even when expected use of PPE was considered (gloves PF = 10). While the chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk (MOE = 44) when expected use of PPE was considered (gloves PF = 10) (Table 4-18). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.5.<br><br>Estimated exposed population: 530,000 workers. |
| Processing | Incorporated into articles | Paint additives and coating additives not described by | Section 6(b)(4)(A) unreasonable risk determination for processing NMP for incorporation into articles as |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | other codes in Transportation Equipment Manufacturing | paint additives and coating additives not described by other codes in Transportation Equipment Manufacturing:<br>- **Presents an unreasonable risk of injury to health (workers).**<br>- Does not present an unreasonable risk of injury to health (occupational non-users).<br><br>Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure.<br><br>Driver Benchmark: MOE = 30 and for reproductive effects.<br><br>Risk Estimates: MOE = 12 with workers using gloves (PF = 10) for spray, dip, roll curtain or brush applications (high-end scenarios) (Table 4-14).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium.<br><br>Risk Considerations: Worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. For chronic exposures, the high-end scenario risk estimates indicate risk in the absence of PPE and even when expected use of PPE was considered (gloves PF = 10). Risk estimates for the central tendency scenarios did not indicate risk (MOEs = 1294 to 194) in the absence of PPE (Table 4-14). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the use, as well as exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.7.<br><br>Estimated exposed population: 2,000,000 workers. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| Processing | Incorporated into articles | Solvents (which become part of product formulation or mixture), including in Textiles, Apparel and Leather Manufacturing | Section 6(b)(4)(A) unreasonable risk determination for processing NMP for incorporation into articles as a solvent (which becomes part of product formulation or mixture), including in textiles, apparel and leather manufacturing: <br> **- Presents an unreasonable risk of injury to health (workers).** <br> - Does not present an unreasonable risk of injury to health (occupational non-users). <br><br> Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure. <br><br> Driver Benchmark: MOE = 30 for reproductive effects. <br><br> Risk Estimate: MOE = 6 with workers using gloves (PF = 10) (high-end scenario) (Table 4-12). <br><br> Systematic Review confidence rating (hazard): High. <br><br> Systematic Review confidence rating (exposure): Medium. <br><br> Risk Considerations: Worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. The high-end scenario risk estimates indicate risk even when expected use of PPE was considered (gloves PF = 10). Risk estimates for the high-end acute exposures indicate risk in the absence of PPE. While the chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk (MOE = 291) when expected use of PPE was considered (gloves PF =10) (Table 4-12). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | scenario inputs and models for this condition of use are in Section 2.4.1.2.4.<br><br>Estimated exposed population: 1,900 workers. |
| Processing | Incorporated into articles | Other, including in Plastic Product Manufacturing | Section 6(b)(4)(A) unreasonable risk determination for processing NMP for incorporation into articles in other sectors, including in plastic product manufacturing:<br>- Does not present an unreasonable risk of injury to health (workers, occupational non-users).<br><br>Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure.<br><br>Benchmark: MOE = 30 for reproductive effects.<br><br>Risk Estimate: MOE = 143 with workers using gloves (PF = 10) (high-end scenario) (Table 4-10).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium.<br><br>Risk Considerations: While the risk estimates for the chronic central tendency and high-end scenarios indicate risk in the absence of PPE, risk estimates for the central tendency and high-end scenarios do not indicate risk when expected use of PPE was considered (gloves PF = 10) (Table 4-10). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.3.<br><br>Estimated exposed population: 5,400 workers. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| Processing | Repackaging | Wholesale and Retail Trade | Section 6(b)(4)(A) unreasonable risk determination for processing of NMP for repackaging for wholesale and retail trade: -Does not present an unreasonable risk of injury to health (workers, occupational non-users). Exposure scenario with highest risk estimates: Reproductive effects from chronic inhalation and dermal exposure. Driver Benchmark: MOE = 30 for reproductive effects. Risk Estimate: MOE = 25 with workers using gloves (PF = 10) (high-end scenario) (Table 4-8). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (exposure): Medium. Risk Considerations: While the high-end scenario risk estimates indicate risk in the absence of PPE and when expected use of PPE was considered (gloves PF = 10), given the uncertainties in the model, these were not considered unreasonable risks (Table 4-8). While the chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk (MOE = 213) when expected use of PPE was considered (gloves PF = 10) (Table 4-8). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.2. Estimated exposed population: 1,100 workers. |
| Processing | Recycling | Recycling | Section 6(b)(4)(A) unreasonable risk determination for processing – recycling of NMP: |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | -Does not present an unreasonable risk of injury to health (workers, occupational non-users). |
| | | | Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure. |
| | | | Benchmark: MOE = 30 for reproductive effects. |
| | | | Risk Estimate: MOE = 43 with workers using gloves (PF = 5) (high-end scenario) (Table 4-36). |
| | | | Systematic Review confidence rating (hazard): High. |
| | | | Systematic Review confidence rating (exposure): Medium. |
| | | | Risk Considerations: While the chronic high-end scenario risk estimates indicate risk in the absence of PPE, risk estimates for these scenarios do not indicate risk when use of PPE was considered (gloves PF = 5). For this condition of use, EPA expects gloves PF = 20, due to the recycling of solvents. For NMP, risks are not indicated with gloves PF = 5. While the chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk when expected use of PPE was considered (gloves PF = 5) (Table 4-36). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.16. |
| | | | Estimated exposed population: 200 workers. |
| Distribution in commerce | Distribution in Commerce | Distribution in Commerce | Section 6(b)(4)(A) unreasonable risk determination for distribution in commerce of NMP: - Does not present an unreasonable risk of injury to health (workers, occupational non-users) |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk Considerations: A quantitative evaluation of the distribution of NMP was not included in the risk evaluation because exposures and releases from distribution were considered within each condition of use. |
| Industrial and commercial use | Paints and coatings | Paint and coating removers | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP in paint and coating removers and in adhesive removers: **-Presents an unreasonable risk of injury to health (workers).** - Does not present an unreasonable risk of injury to health (occupational-non users). |
| | | Adhesive removers | |
| | | | Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure. |
| | | | Driver Benchmark: MOE = 30 for reproductive effects. |
| | | | Risk Estimates - Workers: MOE = 6 with workers using gloves (PF = 10) for miscellaneous removal (high-end scenario), MOE = 10 with workers using gloves (PF = 10) for graffiti removal (high-end scenario), (Table 4-20). |
| | | | Systematic Review confidence rating (hazard): High. |
| | | | Systematic Review confidence rating (exposure): Medium to High. |
| | | | Risk Considerations: The worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE for workers. For workers, the chronic high-end scenario risk estimates for inhalation and dermal exposures indicate risk even when expected use of PPE was considered (gloves PF = 10) (Table 4-20). For workers, while the chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk when expected use of PPE was considered (gloves PF =10) (Table 4-20). For occupational non-users (ONUs), while the chronic high-end scenario risk |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | estimates for inhalation exposures and vapor-through-skin uptake indicate risk, the chronic central tendency scenario risk estimate does not indicate risk. In contrast to the worker risk estimates, which include dermal exposure, the risk estimates for occupational non-users use exclusively inhalation and vapor-through skin exposures. (Table 4-37). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. Data sources did not usually indicate whether NMP exposure concentrations were for occupational users or ONUs. For inhalation and vapor-through-skin exposures, if EPA cannot distinguish ONU exposures from workers, EPA assumes that ONUs are exposed to lower air concentrations compared to workers because they are expected to be located a greater distance from the worker handling the NMP-containing product. To account for those instances where monitoring data or modeling did not distinguish between worker and ONU inhalation exposure estimates, EPA considered the central tendency risk estimate when determining ONU risk. (Table 4-37). The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.6. <br><br> Estimated exposed population: 2,000,000 workers. |
| Industrial and commercial use | Paints and coatings | Lacquers, stains, varnishes, primers and floor finishes | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP in paint and coatings (lacquers, stains, varnishes, primers and floor finishes, and powder coatings, surface preparation), in paint additives and coating additives not described by other codes in several manufacturing sectors, and in adhesives and sealants, several types: |
| | | Powder coatings (surface preparation) | **- Presents an unreasonable risk of injury to health (workers).** |
| | Paint additives and coating additives not | Use in Computer and Electronic Product Manufacturing, Construction, Fabricated Metal Product Manufacturing, Machinery | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| **Life Cycle Stage** | **Category** | **Sub-Category** | |
| | described by other codes | Manufacturing, Other Manufacturing, Paint and Coating Manufacturing, Primary Metal Manufacturing, Transportation Equipment Manufacturing, Wholesale and Retail Trade | - Does not present an unreasonable risk of injury to health (occupational non-users). <br><br> Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure. <br><br> Driver Benchmark: MOE = 30 for reproductive effects |
| | Adhesives and sealants | Adhesives and sealant chemicals including binding agents | Risk Estimates: MOE = 12 with workers using gloves (PF = 10) for spray, roll/curtain, dip, or brush applications (high-end scenarios) (Table 4-14). <br><br> Systematic Review confidence rating (hazard): High. |
| | | Single component glues and adhesives, including lubricant adhesives | Systematic Review confidence rating (exposure): Medium to High. |
| | | Two-component glues and adhesives, including some resins | Risk Considerations: Worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. The high-end scenario risk estimates indicate risk even when expected use of PPE was considered (gloves PF = 10). (Table 4-14). Risk estimates for the central tendency scenarios did not indicate risk in the absence of PPE (Table 4-14). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.7. <br><br> Estimated exposed population: 2,000,000 workers. |
| Industrial and commercial use | Solvents (for cleaning or degreasing) | Use in Electrical Equipment, Appliance and Component Manufacturing | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP as a solvent (for cleaning or degreasing) use in electrical equipment, appliance and component manufacturing and for other uses in manufacturing lithium ion batteries: |
| | Other uses | Lithium ion batteries [cd] | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | **- Presents an unreasonable risk of injury to health (workers).**<br>- Does not present an unreasonable risk of injury to health (occupational non-users).<br><br>Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure.<br><br>Driver Benchmark: MOE = 30 for reproductive effects.<br><br>Risk Estimates (workers using gloves (PF = 10), (high-end scenario): container handling: MOE = 6; drum handling: MOE = 6; fab worker: MOE = 4; maintenance: MOE = 4; truck unloading: MOE = 6; waste truck unloading: MOE = 7. (Table 4-28).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium to High<br><br>Risk Considerations: For all workers, the worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. The high-end scenario risk estimates indicate risk even when expected use of PPE was considered (gloves PF = 10). The chronic central tendency scenario risk estimates indicate risk in the absence of PPE. The chronic central tendency scenario risk estimates also indicate risks with expected use of PPE for specific activities (small container handling, virgin NMP truck unloading and waste truck unloading) but not for other activities (container handling drums, fab workers, maintenance) (gloves PF = 10) (Table 4-28). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.8. <br><br> Estimated exposed population: 660,000 workers. |
| Industrial and commercial use | Ink, toner, and colorant products | Printer ink | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP in ink, toner, and colorant products, including printer ink and inks in writing equipment: <br> -Does not present an unreasonable risk of injury to health (workers, occupational non-users). |
| | | Inks in writing equipment | Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure. <br><br> Benchmark: MOE = 30 for reproductive effects. <br><br> Risk Estimate: MOE = 48 with workers using gloves (PF = 5) (high-end scenario) (Table 4-16). <br><br> Systematic Review confidence rating (hazard): High. <br><br> Systematic Review confidence rating (exposure): Medium to High. <br><br> Risk Considerations: While the high-end scenario risk estimates for printing indicate risk in the absence of PPE, risk estimates for this scenario do not indicate risk when expected use of PPE was considered (gloves PF = 5). Risk estimates for the central tendency scenarios did not indicate risk in the absence of PPE (Table 4-16). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.9. <br><br> Estimated exposed population: 53,000 workers. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| Industrial and commercial use | Processing aids, specific to petroleum production | Petrochemical Manufacturing | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP in processing aids, specific to petroleum production in petrochemical manufacturing, and other uses in oil and gas drilling and pharmaceutical and medicine manufacturing: -Does not present an unreasonable risk of injury to health (workers, occupational non-users).

Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure.

Benchmark: MOE = 30 for reproductive effects.

Risk Estimate: MOE = 143 with workers using gloves (PF = 10) (high-end scenario) (Table 4-10).

Systematic Review confidence rating (hazard): High.

Systematic Review confidence rating (exposure): Medium.

Risk Considerations: While the risk estimates for the chronic central tendency and high-end scenarios indicate risk in the absence of PPE, risk estimates for the central tendency and high-end scenarios do not indicate risk when expected use of PPE was considered (gloves PF = 10) (Table 4-10). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.3.

Estimated exposed population: 5,400 workers. |
| | Other uses | Other uses in Oil and Gas Drilling, Extraction and Support Activities | |
| | | Pharmaceutical and Medicine Manufacturing - functional fluids (closed systems) | |
| Industrial and commercial use | Other uses | Soldering materials | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP as soldering material: |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | -Does not present an unreasonable risk of injury to health (workers, occupational non-users). |
| | | | Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure. |
| | | | Benchmark: MOE = 30 for reproductive effects. |
| | | | Risk Estimate: MOE = 270 with workers using gloves (PF = 10) (high-end scenario) (Table 4-30). |
| | | | Systematic Review confidence rating (hazard): High. |
| | | | Systematic Review confidence rating (exposure): Low to Medium. |
| | | | Risk Considerations: While the high-end chronic scenario risk estimate indicates risk in the absence of PPE, risk estimates for this scenario do not indicate risk when expected use of PPE was considered (gloves PF = 10) (Table 4-30). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.10. |
| | | | Estimated exposed population: 4,000,000 workers. |
| Industrial and commercial use | Other uses | Anti-freeze and de-icing products | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP in anti-freeze and de-icing products, automotive care products, and lubricants and greases: |
| | | Automotive care products | **- Presents an unreasonable risk of injury to health (workers)** |
| | | Lubricants and greases | - Does not present an unreasonable risk of injury to health (occupational non-users). |
| | | | Unreasonable risk driver: Workers: Reproductive effects from chronic inhalation and dermal exposure. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Driver Benchmarks (workers and occupational non-users): MOE = 30 for reproductive effects. |
| | | | Risk Estimates: MOE = 10 with workers using gloves (PF = 10) (high-end scenario) (Table 4-24). |
| | | | Systematic Review confidence rating (hazard): High. |
| | | | Systematic Review confidence rating (exposure): Medium. |
| | | | Risk Considerations: The worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE for workers. For workers, the chronic high-end scenario risk estimates for inhalation and dermal exposures indicate risk even when expected use of PPE was considered (gloves PF = 10). (Table 4-24). For workers, risk estimates for the central tendency scenarios did not indicate risk in the absence of PPE (Table 4-24). For occupational non-users (ONUs), while the chronic high-end scenario risk estimates for inhalation exposures and vapor-through-skin uptake indicates risks, the chronic central tendency scenario risk estimate does not indicate risk. In contrast to the worker risk estimates, which include dermal exposure, the risk estimates for occupational non-users use exclusively inhalation and vapor-through-skin exposures. (Table 4-37). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. Inhalation data sources did not usually indicate whether NMP exposure concentrations were for occupational users or ONUs. For inhalation and vapor-through-skin exposures, if EPA cannot distinguish ONU exposures from workers, EPA assumes that ONUs are exposed to lower air concentrations compared to workers |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | because they are expected to be located a greater distance from the worker handling the NMP-containing product. To account for those instances where monitoring data or modeling did not distinguish between worker and ONU inhalation exposure estimates, EPA considered the central tendency risk estimate when determining ONU risk. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.11. <br><br> Estimated exposed population: 910,000 workers. |
| Industrial and commercial use | Other uses | Metal products not covered elsewhere <br><br> Lubricant and lubricant additives, including hydrophilic coatings | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP in metal products and lubricants and lubricant additives, including hydrophilic coatings: <br> **-Presents an unreasonable risk of injury to health (workers).** <br> - Does not present an unreasonable risk of injury to health (occupational non-users). <br><br> Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure. <br><br> Driver Benchmark: MOE = 30 for reproductive effects. <br><br> Risk Estimate: MOE = 7 with workers using gloves (PF = 10) for spray, dip, or brush applications (high-end scenarios) (Table 4-18). <br><br> Systematic Review confidence rating (hazard): High. <br><br> Systematic Review confidence rating (exposure): Medium. <br><br> Risk Considerations: Worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. The high-end scenario risk estimates indicate risk even when expected use of PPE was considered (gloves PF = 10). While the chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk when expected use of PPE was considered (gloves |

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | PF = 10) (Table 4-18). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.5.<br><br>Estimated exposed population: 530,000 workers. |
| Industrial and commercial use | Other uses | Laboratory chemicals | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP as laboratory chemical:<br>- **Presents an unreasonable risk of injury to health (workers).**<br>- Does not present an unreasonable risk of injury to health (occupational non-users).<br><br>Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure.<br><br>Driver Benchmark: MOE = 30 for reproductive effects.<br><br>Risk Estimate: MOE = 6 with workers using gloves (PF = 10) (high-end scenario) (Table 4-26).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium.<br><br>Risk Considerations: Worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. The high-end scenario risk estimates indicate risk even when expected use of PPE was considered (gloves PF = 10). (Table 4-26). While the chronic central tendency scenario risk estimate indicates risk in the absence of PPE, risk estimates for the central tendency scenarios do not indicate risk when expected use of PPE was |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | considered (gloves PF =10) (Table 4-26). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.12.<br><br>Estimated exposed population: 420,000 workers. |
| Industrial and commercial use | Other uses | Cleaning and furniture care products, including wood cleaners, gasket removers | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP in cleaning and furniture care products, including wood cleaners, gasket removers:<br>**-Presents an unreasonable risk of injury to health (workers).**<br>- Does not present an unreasonable risk of injury to health (occupational non-users).<br><br>Unreasonable risk driver: Reproductive effects from chronic inhalation and dermal exposure.<br><br>Driver Benchmark: MOE = 30 for reproductive effects.<br><br>Risk Estimates: MOE = 6 for workers using gloves (PF = 10) for dip cleaning and spray/wipe cleaning (high-end scenario) (Table 4-22).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium to High.<br><br>Risk Considerations: Worker unreasonable risk determination reflects the severity of the effects associated with chronic exposures, even in the presence of expected PPE. The high-end scenario risk estimates indicate risk even when expected use of PPE was considered (gloves PF =10). (Table 4-22). The chronic central tendency risk estimate for dip cleaning and spray/wipe cleaning do not indicate |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | risk when expected use of PPE was considered (gloves PF = 10) (Table 4-22). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.13. Estimated exposed population: 190,000 workers. |
| Industrial and commercial use | Other uses | Fertilizer and other agricultural chemical manufacturing - processing aids and solvents | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP in fertilizer and other agricultural chemical manufacturing: -Does not present an unreasonable risk of injury to health (workers, occupational non-users). Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure. Benchmark: MOE = 30 for reproductive effects. Risk Estimate: MOE = 38 for workers using gloves (PF = 5) (high-end scenario) (Table 4-32). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (exposure): Medium. Risk Considerations: While the high-end scenario risk estimates indicate risk in the absence of PPE, risk estimates for these scenarios do not indicate risk when expected use of PPE was considered (gloves PF = 5). Risk estimates for the central tendency scenarios did not indicate risk in the absence of PPE (Table 4-32). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.14. <br><br> Estimated exposed population: 1,300,000 workers. |
| Industrial and commercial use | Other uses | Wood preservatives | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of NMP as a wood preservative: <br> -Does not present an unreasonable risk of injury to health (workers, occupational non-users). <br><br> Exposure scenario with highest risk estimate: Reproductive effects from chronic inhalation and dermal exposure. <br><br> Benchmark: MOE = 30 for reproductive effects. <br><br> Risk Estimate: MOE = 52 for workers without gloves (high-end scenario) (Table 4-34). <br><br> Systematic Review confidence rating (hazard): High. <br><br> Systematic Review confidence rating (exposure): Medium. <br><br> Risk Considerations: Risk estimates for all acute and chronic inhalation and dermal exposures (high-end and central tendency) do not indicate risk (Table 4-33 and Table 4-34). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.15. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Estimated exposed population: 380,000 workers. |
| Consumer use | Paints and coatings | Paint and coating removers | Section 6(b)(4)(A) unreasonable risk determination for consumer use of NMP in paint and coating removers: <br> -**Presents an unreasonable risk of injury to health (consumers).** <br><br> Unreasonable risk driver: Developmental adverse effects from acute inhalation and dermal exposure. <br><br> Driver Benchmark: MOE = 30 for developmental effects. <br><br> Risk Estimate: MOE = 22 (high intensity use) (Table 4-44). <br><br> Systematic Review confidence rating (hazard): High. <br><br> Systematic Review confidence rating (exposure): Medium to High. <br><br> Risk Considerations: Consumer unreasonable risk determination reflects the severity of the effects associated with acute exposures. The high intensity use scenario risk estimates indicate risk. Risk estimates for the medium intensity use scenarios of acute inhalation and dermal exposures did not indicate risk. (Table 4-44). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for Consumer Conditions of Use are in Section 2.4.2. <br><br> Estimated exposed populations: There is uncertainty regarding the number of consumers exposed under the consumer conditions of use and the nature and extent of the consumer use of products containing NMP. EPA provides information in Table 2-69 on |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | NMP-containing consumer products used for the exposure assessment. |
| Consumer use | Paints and coatings | Adhesive removers | Section 6(b)(4)(A) unreasonable risk determination for consumer use of NMP in adhesive removers: -Does not present an unreasonable risk of injury to health (consumers and bystanders to consumer use). Exposure scenario with highest risk estimate: Developmental adverse effects from acute inhalation and dermal exposure. Benchmark: MOE = 30 for developmental effects. Risk Estimate: MOE = 36 (high intensity use) (Table 4-39). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (exposure): Medium to High. Risk Considerations: Risk estimates for all acute inhalation and dermal exposures do not indicate risk (Table 4-39). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for Consumer Conditions of Use are in Section 2.4.2. Estimated exposed populations: There is uncertainty regarding the number of consumers exposed under the consumer conditions of use and the nature and extent of the consumer use of products containing NMP. EPA provides information in Table 2-69 on NMP-containing consumer products used for the exposure assessment. |
| Consumer use | Paints and coatings | Lacquers, stains, varnishes, primers and floor finishes | Section 6(b)(4)(A) unreasonable risk determination for consumer use of NMP in lacquers, stains, varnishes, primers and floor finishes: |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | -Does not present an unreasonable risk of injury to health (consumers and bystanders to consumer use).<br><br>Exposure scenario with highest risk estimate: Developmental adverse effects from acute inhalation and dermal exposure.<br><br>Benchmark: MOE = 30 for developmental effects.<br><br>Risk Estimate: MOE = 111 (high intensity use) (Table 4-43).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium to High.<br><br>Risk Considerations: Risk estimates for all acute inhalation and dermal exposures do not indicate risk (Table 4-43). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for Consumer Conditions of Use are in Section 2.4.2.<br><br>Estimated exposed populations: There is uncertainty regarding the number of consumers exposed under the consumer conditions of use and the nature and extent of the consumer use of products containing NMP. EPA provides information in Table 2-69 on NMP-containing consumer products used for the exposure assessment. |
| Consumer use | Paint additives and coating additives not described by other codes | Paints and Arts and Crafts Paints | Section 6(b)(4)(A) unreasonable risk determination for consumer use of NMP in paint additives and coating additives not described by other codes, paints, and arts and crafts paints:<br>- Does not present an unreasonable risk of injury to health (consumers and bystanders to consumer use). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Exposure scenario with highest risk estimate: Developmental adverse effects from acute inhalation and dermal exposure.<br><br>Benchmark: MOE = 30 for developmental effects.<br><br>Risk Estimate: MOE = 152 (paints, high intensity use) (Table 4-42).<br><br>Systematic Review confidence rating (hazard): High.<br><br>Systematic Review confidence rating (exposure): Medium to High.<br><br>Risk Considerations: Risk estimates for all acute inhalation and dermal exposures do not indicate risk (Table 4-42). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for Consumer Conditions of Use are in Section 2.4.2.<br><br>Estimated exposed populations: There is uncertainty regarding the number of consumers exposed under the consumer conditions of use and the nature and extent of the consumer use of products containing NMP. EPA provides information in Table 2-69 on NMP-containing consumer products used for the exposure assessment. |
| Consumer use | Adhesives and sealants | Single component glues and adhesives, including lubricant adhesives<br><br>Two-component glues and adhesives, including some resins | Section 6(b)(4)(A) unreasonable risk determination for consumer use of NMP as adhesive and sealant, single component glues and adhesives, including lubricant adhesives and two-component glues and adhesives, including some resins:<br>- Does not present an unreasonable risk of injury to health (consumers and bystanders to consumer use).<br><br>Exposure scenario with highest risk estimate: Developmental adverse effects from acute inhalation and dermal exposure. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| **Life Cycle Stage** | **Category** | **Sub-Category** | |
| | | | <u>Benchmark</u>: MOE = 30 for developmental effects.<br><br><u>Risk Estimate</u>: MOE = 38 (adhesives, high intensity use) (Table 4-38).<br><br><u>Systematic Review confidence rating (hazard)</u>: High.<br><br><u>Systematic Review confidence rating (exposure)</u>: Medium to High.<br><br><u>Risk Considerations</u>: Risk estimates for all acute inhalation and dermal exposures do not indicate risk (Table 4-38). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for Consumer Conditions of Use are in Section 2.4.2.<br><br><u>Estimated exposed populations</u>: There is uncertainty regarding the number of consumers exposed under the consumer conditions of use and the nature and extent of the consumer use of products containing NMP. EPA provides information in Table 2-69 on NMP-containing consumer products used for the exposure assessment. |
| Consumer use | Other uses | Automotive care products | <u>Section 6(b)(4)(A) unreasonable risk determination for consumer use, other use as automotive care products of NMP:</u><br>- Does not present an unreasonable risk of injury to health (consumers and bystanders to consumer use).<br><br><u>Exposure scenario with highest risk estimate</u>: Developmental adverse effects from acute inhalation and dermal exposure.<br><br><u>Benchmark</u>: MOE = 30 for developmental effects.<br><br><u>Risk Estimate</u>: MOE = 50 (auto interior liquid cleaner, high intensity use) (Table 4-40). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Systematic Review confidence rating (hazard): High. |
| | | | Systematic Review confidence rating (exposure): Medium to High. |
| | | | Risk Considerations: Risk estimates for all acute inhalation and dermal exposures do not indicate risk (Table 4-40). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for Consumer Conditions of Use are in Section 2.4.2. |
| | | | Estimated exposed populations: There is uncertainty regarding the number of consumers exposed under the consumer conditions of use and the nature and extent of the consumer use of products containing NMP. EPA provides information in Table 2-69 on NMP-containing consumer products used for the exposure assessment. |
| Consumer use | Other uses | Cleaning and furniture care products, including wood cleaners, gasket removers | Section 6(b)(4)(A) unreasonable risk determination for consumer use of NMP in other uses as cleaning and furniture care products, including wood cleaners, gasket removers:<br>**- Presents an unreasonable risk of injury to health (consumers).**<br><br>Unreasonable risk driver: Developmental adverse effects from acute inhalation and dermal exposure.<br><br>Driver Benchmark: MOE = 30 for developmental effects.<br><br>Risk Estimate: MOE = 16 (cleaners/degreasers, high intensity use); MOE = 13 (engine cleaner/degreaser, high intensity use) (Table 4-41).<br><br>Systematic Review confidence rating (hazard): High. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Systematic Review confidence rating (exposure): Medium to High.<br><br>Risk Considerations: Consumer unreasonable risk determination reflects the severity of the effects associated with acute exposures. The high intensity use scenario risk estimates indicate risk. Risk estimates for the medium intensity use scenarios of acute inhalation and dermal exposures did not indicate risk. (Table 4-41). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for Consumer Conditions of Use are in Section 2.4.2.<br><br>Estimated exposed populations: There is uncertainty regarding the number of consumers exposed under the consumer conditions of use and the nature and extent of the consumer use of products containing NMP. EPA provides information in Table 2-69 on NMP-containing consumer products used for the exposure assessment. |
| Consumer use | Other uses | Lubricant and lubricant additives, including hydrophilic coatings | Section 6(b)(4)(A) unreasonable risk determination for consumer use of NMP in other uses as lubricant and lubricant additives, including hydrophilic coatings:<br>- Does not present an unreasonable risk of injury to health (consumers and bystanders to consumer use).<br><br>Exposure scenario with highest risk estimate: Developmental adverse effects from acute inhalation and dermal exposure.<br><br>Benchmark: MOE = 30 for developmental effects.<br><br>Risk Estimate: MOE = 76 (spray lubricant, high intensity use) (Table 4-41).<br><br>Systematic Review confidence rating (hazard): High. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Systematic Review confidence rating (exposure): Medium to High. <br><br> Risk Considerations: Risk estimates for all acute inhalation and dermal exposures do not indicate risk (Table 4-41). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for Consumer Conditions of Use are in Section 2.4.2. <br><br> Estimated exposed populations: There is uncertainty regarding the number of consumers exposed under the consumer conditions of use and the nature and extent of the consumer use of products containing NMP. EPA provides information in Table 2-69 on NMP-containing consumer products used for the exposure assessment. |
| Disposal | Disposal | Industrial pre-treatment <br><br> Industrial wastewater treatment <br> Publicly owned treatment works (POTW) <br><br><br> Underground injection | Section 6(b)(4)(A) unreasonable risk determination for disposal of NMP: <br> - Does not present an unreasonable risk of injury to health (workers, occupational non-users). <br><br> Exposure scenario with highest risk estimate: Developmental adverse effects or reproductive effects from chronic inhalation and dermal exposure. <br><br> Benchmark: MOE = 30 for developmental effects. <br><br> Risk Estimate: MOE = 43 with workers using gloves (PF = 5) (high-end scenario) (Table 4-36). <br><br> Systematic Review confidence rating (hazard): High. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1,2,3] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | Landfill (municipal, hazardous or other land disposal) | Systematic Review confidence rating (exposure): Medium to High. |
| | | Emissions to air | Risk Considerations: While the risk estimates for the central tendency and high-end scenarios indicate risk in the absence of PPE, risk estimates for these scenarios do not indicate risk when expected use of PPE was considered (gloves PF=5). (Table 4-35 and Table 4-36). EPA relied on data, models, or a combination to estimate exposure and then estimate risk from NMP for this condition of use. Relevant factors that may generate uncertainties and affect the risk calculations include representativeness and age of the data for the condition of use, as well as assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP. The primary limitations of the exposure scenario inputs and models for this condition of use are in Section 2.4.1.2.16. |
| | | Incinerators (municipal and hazardous waste) | Estimated exposed population: 200 workers. |

[1] EPA expects there is compliance with federal and state laws, such as worker protection standards, unless case-specific facts indicate otherwise, and therefore existing OSHA regulations for worker protection and hazard communication will result in use of appropriate PPE consistent with the applicable SDSs in a manner adequate to protect them.
[2] EPA recognizes that it may not be realistic to assume PPE is not worn in workplaces with higher end exposures or that PPE is ineffective. This is a health protective assumption EPA incorporated into the estimates for the high-end exposure scenario.
[3] For many OESs, the high-end surface area assumption of contact over the full area of two hands likely overestimates exposures.

6896

# 6   REFERENCES

3M. (2014). Safety Data Sheet for 3M SkyRestore by Elixair Cured Sealant Remover.
https://unionesadhesivas.com/wp-content/uploads/2014/06/MSDS-3M-SkyRestore.pdf

3M. (2018). Safety Data Sheet for 3M MSP Seam Sealer.
http://multimedia.3m.com/mws/mediawebserver?mwsId=SSSSSuUn_zu8l00xl8mxOx2BNv70k17zHvu9lxtD7SSSSSS--

Abt. (1992). Methylene chloride consumer use study survey findings. Bethesda, MD: U.S. Consumer Product Safety Commission.

Abt. (2017). Use and Market Profile for N-methylpyrrolidone (NMP). (Contract # EP-W-16-009). Prepared for: Economic and Policy Analysis Branch Chemistry, Economics, and Sustainable Strategies Division, Office of Chemical Safety and Pollution Prevention, U.S. Environmental Protection Agency.

Akesson, B; Carnerup, MA; Jönsson, BA. (2004). Evaluation of exposure biomarkers from percutaneous absorption of N-methyl-2-pyrrolidone. Scand J Work Environ Health 30: 306-312.

Akesson, B; Jönsson, BA. (1997). Major metabolic pathway for N-methyl-2-pyrrolidone in humans. Drug Metab Dispos 25: 267-269.

Akesson, B; Jönsson, BA. (2000). Biological monitoring of N-methyl-2-pyrrolidone using 5-hydroxy-N-methyl-2-pyrrolidone in plasma and urine as the biomarker. Scand J Work Environ Health 26: 213-218.

Akesson, B; Paulsson, K. (1997). Experimental exposure of male volunteers to N-methyl-2-pyrrolidone (NMP): acute effects and pharmacokinetics of NMP in plasma and urine. Occup Environ Med 54: 236-240.

Aliabadi, M; Ghahremani, H; Izadkhah, F; Sagharigar, T. (2012). PHOTOCATALYTIC DEGRADATION OF N-METHYL-2-PYRROLIDONE IN AQUEOUS SOLUTIONS USING LIGHT SOURCES OF UVA, UVC AND UVLED. Fresen Environ Bull 21: 2120-2125.

Anundi, H; Langworth, S; Johanson, G; Lind, ML; Akesson, B; Friis, L; Itkes, N; Söderman, E; Jönsson, BA; Edling, C. (2000). Air and biological monitoring of solvent exposure during graffiti removal. Int Arch Occup Environ Health 73: 561-569. http://dx.doi.org/10.1007/s004200000157

Aschmann, SM; Atkinson, R. (1999). Atmospheric chemistry of 1-methyl-2-pyrrolidinone. Atmos Environ 33: 591-599. http://dx.doi.org/10.1016/S1352-2310(98)00269-6

Ash, M; Ash, I. (2009). Specialty Chemicals Source Book (4th ed.). Endicott, New York: Synapse Information Resources, Inc.

Ashford, R. (1994). Ashford's dictionary of industrial chemicals: Properties, production, uses. London: Wavelength.

AZEK. (2015). Safety Data Sheet for AZEK Adhesive.
https://azekexteriors.com/docs/technical/AZEK_adhesive_2015_SDS_sheet.pdf

Bader, M; Keener, SA; Wrbitzky, R. (2005). Dermal absorption and urinary elimination of N-methyl-2-pyrrolidone. Int Arch Occup Environ Health 78: 673-676. http://dx.doi.org/10.1007/s00420-005-0008-0

Bader, M; Rosenberger, W; Rebe, T; Keener, SA; Brock, TH; Hemmerling, HJ; Wrbitzky, R. (2006). Ambient monitoring and biomonitoring of workers exposed to N-methyl-2-pyrrolidone in an industrial facility. Int Arch Occup Environ Health 79: 357-364. http://dx.doi.org/10.1007/s00420-005-0065-4

6942  Bader, M; Van Thriel, C. (2006). Human volunteer study on biomarkers of N-Methyl-2-Pyrrolidone
6943       (NMP) after inhalation exposure. Hannover and Dortmund, Germany: Hannover Medical School
6944       and University of Dortmund, Institute of Occupational Physiology.
6945  Bader, M; Wrbitzky, R; Blaszkewicz, M; Schäper, M; van Thriel, C. (2008). Human volunteer study on
6946       the inhalational and dermal absorption of N-methyl-2-pyrrolidone (NMP) from the vapour phase.
6947       Arch Toxicol 82: 13-20. http://dx.doi.org/10.1007/s00204-007-0230-5
6948  Ball. (2013). Safety Data Sheet for STOPGAP F76 RESIN. https://www.f-ball.com/wp-
6949       content/uploads/safety.f76-resin.en.pdf
6950  Barnthouse, LW; DeAngelis, DL; Gardner, RH; O'Neill, RV; Suter, GW; Vaughan, DS. (1982).
6951       Methodology for Environmental Risk Analysis. (ORNL/TM-8167). Oak Ridge, TN: Oak Ridge
6952       National Laboratory.
6953  BASF. (1994). Final report, repeated dose toxicity study with N-methylpyrrolidone in B6C3F1 mice:
6954       Administration in the diet for 4 weeks (range-finding study), with cover letter dated 5/20/94
6955       [TSCA Submission]. (EPA/OTS Doc #44610; DCN: 40-940000150). Washington, DC: N-
6956       Methylpyrrolidone Producers Group.
6957  BASF. (1998). N-methyl prrolidone biodegradability.
6958  BASF AG. (1983). Unpublished data, study No. 83/112, 31 Aug 1983. In Department of Toxicology,
6959       unpublished data, study No 83/112, 31 Aug 1983. BASF AG.
6960  BASF AG. (1986). Department of Toxicology, study no. 85/289, 05 Feb 1986 (unpublished).
6961  BASF AG. (1989). Department of Ecology, unpublished data, project No. 1035/88.
6962       https://hpvchemicals.oecd.org/ui/SponsoredChemicals.aspx
6963  BASF AG. (2001). Department of Experimental Toxicology and Ecology, unpublished data, project No.
6964       00/0969/51/1. https://hpvchemicals.oecd.org/ui/SponsoredChemicals.aspx
6965  Batterman, S; Jia, C; Hatzivasilis, G. (2007). Migration of volatile organic compounds from attached
6966       garages to residences: A major exposure source. Environ Res 104: 224-240.
6967       http://dx.doi.org/10.1016/j.envres.2007.01.008
6968  Becci, PJ; Gephart, LA; Koschier, FJ; Johnson, WD; Burnette, LW. (1983). Subchronic feeding study in
6969       beagle dogs of N-methylpyrrolidone. J Appl Toxicol 3: 83-86.
6970  Becci, PJ; Knickerbocker, MJ; Reagan, EL; Parent, RA; Burnette, LW. (1982). Teratogenicity study of
6971       N-methylpyrrolidone after dermal application to Sprague-Dawley rats. Fundam Appl Toxicol 2:
6972       73-76.
6973  Belanger, PL; Coye, MJ. (1983). Health Hazard Evaluation Report No. HETA-79-129-1350, San
6974       Francisco Newspaper Agency, San Francisco, California (pp. 79-129). (NIOSH/00133420).
6975       Belanger, PL; Coye, MJ.
6976  Brown, RP; Delp, MD; Lindstedt, SL; Rhomberg, LR; Beliles, RP. (1997). Physiological parameter
6977       values for physiologically based pharmacokinetic models. Toxicol Ind Health 13: 407-484.
6978       http://dx.doi.org/10.1177/074823379701300401
6979  Cai, S, hu; Cai, T; Liu, S; Yang, Q; He, J; Chen, L; Hu, J. (2014). Biodegradation of N-
6980       methylpyrrolidone by Paracoccus sp. NMD-4 and its degradation pathway. Int Biodeterior
6981       Biodegradation 93: 70-77. http://dx.doi.org/10.1016/j.ibiod.2014.04.022
6982  CARB. (2000). Initial statement of reasons for the proposed airborne toxic control measure for
6983       emissions of chlorinated toxic air contaminants from automotive maintenance and repair
6984       activities.
6985  Carney, EW; Kimmel, CA. (2007). Interpretation of skeletal variations for human risk assessment:
6986       delayed ossification and wavy ribs. Birth Defects Res B Dev Reprod Toxicol 80: 473-496.

6987  Cherrie, JW; Semple, S; Brouwer, D. (2004). Gloves and Dermal Exposure to Chemicals: Proposals for
6988        Evaluating Workplace Effectiveness. Ann Occup Hyg 48: 607-615.
6989        http://dx.doi.org/10.1093/annhyg/meh060
6990  Chow, ST; Ng, TL. (1983). The biodegradation of N-methyl-2-pyrrolidone in water by sewage bacteria.
6991        Water Res 17: 117-118. http://dx.doi.org/10.1016/0043-1354(83)90292-0
6992  Crest. (2011). Material Safety Data Sheet for CHEM-CREST 121. https://www.crest-
6993        ultrasonics.com/wp-content/uploads/2013/06/msds-chem-crest-121.pdf
6994  Danish Ministry of the Environment. (2015). List of Undesirable Substances (LOUS): Survey of 1-
6995        methyl-2-pyrrolidone. (1715).
6996        http://mst.dk/service/publikationer/publikationsarkiv/2015/jul/survey-of-1-methyl-2-pyrrolidone-
6997        nmp/
6998  Daston, GP; Seed, J. (2007). Skeletal malformations and variations in developmental toxicity studies:
6999        interpretation issues for human risk assessment. Birth Defects Res B Dev Reprod Toxicol 80:
7000        421-424.
7001  Daubert, TE; Danner, RP. (1989). Physical and thermodynamic properties of pure chemicals: Data
7002        compilation. Washington, DC: Taylor & Francis.
7003  Davis, A; Gift, JS; Woodall, GM; Narotsky, MG; Foureman, GL. (2009a). The role of developmental
7004        toxicity studies in acute exposure assessments: Analysis of single-day vs. multiple-day exposure
7005        regimens. Regul Toxicol Pharmacol 54: 134-142.
7006  Davis, A; Gift, JS; Woodall, GM; Narotsky, MG; Fourman, GL. (2009b). The role of developmental
7007        toxicity studies in acute exposure assessments: analysis of single-day vs. multiple-day exposure
7008        regimens. Regul Toxicol Pharmacol 54: 134-142. http://dx.doi.org/10.1016/j.yrtph.2009.03.006
7009  DTI. (2004). Survey of chemical substance in consumer products. (42).
7010  DTIC. (1981). A simple method for predicting chemical agent evaporation. (DTIC No. B059934).
7011        Alexandria, VA: Defense Technical Information Center, Defense Logistics Agency.
7012  DuPont. (1982). 2-year inhalation study with n-methyl-2-pyrrolidone in rats (final) with cover letter
7013        dated 083090. (40-90107123). E I Dupont De Nemours & Co.
7014  DuPont. (1990). Letter from E I DuPont de Nemours & Company to USEPA submitting comments
7015        concerning the proposed test rule on n-methylpyrrolidone with attachment. (40-90107098). E I
7016        Dupont De Nemours & Co.
7017  E I Dupont De Nemours & Co. (1990). INITIAL SUBMISSION: REPRODUCTIVE AND
7018        DEVELOPMENTAL TOXICITY OF 1-METHYL-2-PYRROLIDINONE IN THE RAT WITH
7019        COVER LETTER DATED 10/01/92. (OTS: OTS0555618; 8EHQ Num: 8EHQ-1092-11957;
7020        DCN: 88-920010214; TSCATS RefID: 440618; CIS: NA).
7021  EC. (2016). SCOEL/OPIN/2016-119 on N-Methyl-2-Pyrrolidone (NMP): Opinion from the Scientific
7022        Committee on Occupational Exposure Limits. Scientific Committee on Occupational Exposure
7023        Limits. http://files.chemicalwatch.com/2016-03-30_SCOEL-OPIN-2016-119.pdf
7024  ECHA. (2014). Background document to the opinion on the annex XV dossier proposing restrictions on
7025        1-methyl-2-pyrrolidone (NMP). Helsinki, Finland.
7026        http://echa.europa.eu/documents/10162/13641/background_document_nmp_dh001322-
7027        70_public_en.pdf
7028  ECHA. (2017a). Biodegradation in soil: 1-methyl-2-pyrrolidone. Helsinki, Finland. Retrieved from
7029        https://echa.europa.eu/registration-dossier/-/registered-dossier/15493/5/3/4#
7030  ECHA. (2017b). Biodegradation in water: screening tests: 1-methyl-2-pyrrolidone. Helsinki, Finland.
7031        Retrieved from https://echa.europa.eu/registration-dossier/-/registered-dossier/15493/5/3/2#

7032  ECHA. (2017c). Phototransformation in air: 1-Methyl-2-pyrrolidone. Helsinki, Finland. Retrieved from
7033      https://echa.europa.eu/registration-dossier/-/registered-dossier/15493/5/2/2#
7034  Engelhardt, G; Fleig, H. (1993). 1-Methyl-2-pyrrolidinone (NMP) does not induce structural and
7035      numerical chromosomal aberrations in vivo. Mutat Res 298: 149-155.
7036      http://dx.doi.org/10.1016/0165-1218(93)90035-C
7037  Environment Canada. (2017). Draft screening assessment: 2-Pyrrolidinone, 1-methyl- (NMP) and 2-
7038      pyrrolidinone, 1-ethyl- (NEP). Toronto, Ontario: Environment Canada, Health Canda.
7039      http://www.ec.gc.ca/ese-ees/65CB2E52-9213-4DF0-A3C1-9B0CD361CEB1/DRP-DSAR-NMP-
7040      NEP_EN-2017-02-01.pdf
7041  Exxon. (1992). Initial submission: Developmental toxicity study in rats with n-methylpyrrolidone (draft
7042      report) with attachments and cover letter dated 041092. (#88-920001848). East Millstone, NJ:
7043      Exxon Biomedical Sciences.
7044  Exxon, B. (1991). Project No. 236535, 26 Nov 1991. ((sponsored by GAF Corp., Wayne, USA). (as
7045      cited in OECD, 2007)). Wayne, USA: GAF Corp.
7046  Fisher, CD; Lickteig, AJ; Augustine, LM; Ranger-Moore, J; Jackson, JP; Ferguson, SS; Cherrington,
7047      NJ. (2009). Hepatic cytochrome P450 enzyme alterations in humans with progressive stages of
7048      nonalcoholic fatty liver disease. Drug Metab Dispos 37: 2087–2094.
7049      http://dx.doi.org/10.1124/dmd.109.027466
7050  Flick, B; Talsness, CE; Jäckh, R; Buesen, R; Klug, S. (2009). Embryotoxic potential of N-methyl-
7051      pyrrolidone (NMP) and three of its metabolites using the rat whole embryo culture system.
7052      Toxicol Appl Pharmacol 237: 154-167. http://dx.doi.org/10.1016/j.taap.2009.02.024
7053  FMI. (2015). N-Methyl-2-Pyrrolidone (NMP) Market: Demand for Electronics Industry in Asia Pacific
7054      Anticipated to Fuel the Market. Available online at http://www.futuremarketinsights.com/press-
7055      release/n-methyl-2-pyrrolidone-market
7056  GAF. (1979). Aquatic Toxicology Laboratory, contract No. L1393-05.
7057      https://hpvchemicals.oecd.org/ui/SponsoredChemicals.aspx
7058  Gentry, PR; Covington, TR; Andersen, ME; Clewell, HJ, III. (2002). Application of a physiologically
7059      based pharmacokinetic model for isopropanol in the derivation of a reference dose and reference
7060      concentration [Review]. Regul Toxicol Pharmacol 36: 51-68.
7061      http://dx.doi.org/10.1006/rtph.2002.1540
7062  Global Newswire. (2016). Global Pyrrolidone Market Poised to Surge from USD 1.75 Billion in 2014 to
7063      USD 2.50 Billion by 2020. Global Newswire. https://globenewswire.com/news-
7064      release/2016/03/10/818576/0/en/Global-Pyrrolidone-Market-Poised-to-Surge-from-USD-1-75-
7065      Billion-in-2014-to-USD-2-50-Billion-by-2020-MarketResearchStore-Com.html
7066  Gomolka, B; Gomolka, E. (1981). The effect of n-methylpyrrolidone (nmp) on the action of activated-
7067      sludge. Acta Hydrochim Hydrobiol 9: 555-572. http://dx.doi.org/10.1002/aheh.19810090509
7068  Gopinathan, S; O'Neill, E; Rodriguez, LA; Champ, R; Phillips, M; Nouraldeen, A, mr; Wendt, M;
7069      Wilson, AGE; Kramer, JA. (2013). In vivo toxicology of excipients commonly employed in drug
7070      discovery in rats. J Pharmacol Toxicol Methods 68: 284-295.
7071      http://dx.doi.org/10.1016/j.vascn.2013.02.009
7072  Grand View Research. (2016). N-Methyl-2-Pyrrolidone (NMP) Market Analysis by Application (Oil &
7073      gas [Butadiene Recovery, BTX Extraction], Pharmaceuticals [Solvent, Penetration Enhancer],
7074      Electronics, Paints & Coatings, Agrochemicals), By Region, And Segment Forecasts, 2013 -
7075      2025. Grand View Research. http://www.grandviewresearch.com/industry-analysis/n-methyl-2-
7076      pyrrolidone-nmp-market

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

7077  Harreus, AL; Backes, R; Eichloer, JO; Feuerhake, R; Jakel, C; Mahn, U; Pinkos, R; Vogelsang, R.
7078       (2011). 2-Pyrrolidone. In B Elvers (Ed.), (6th ed., pp. 1-7). Hoboken, NJ: Wiley-VCH Verlag
7079       GmbH & Co. http://dx.doi.org/10.1002/14356007.a22_457.pub2
7080  Hass, U; Jakobsen, BM; SP, L. (1995). Developmental toxicity of inhaled N-methylpyrrolidone in the
7081       rat. Pharmacol Toxicol 76: 406-409.
7082  Hass, U; Lund, SP; Elsner, J. (1994). Effects of prenatal exposure to N-methylpyrrolidone on postnatal
7083       development and behavior in rats. Neurotoxicol Teratol 16: 241-249.
7084       http://dx.doi.org/10.1016/0892-0362(94)90045-0
7085  Health and Safety Laboratory. (2007). Protective glove selection for workers using NMP containing
7086       products -Graffiti removal. (HSL/2007/41). United Kingdom: Health and Safety Laboratory.
7087       http://www.hse.gov.uk/research/hsl/2007/hsl0741.pdf
7088  Heffernan, A; Aylward, LL; Samidurai, AJ; Davies, PSW; Toms, LML; Sly, PD; Mueller, JF. (2014).
7089       Short term variability in urinary bisphenol A in Australian children. Environ Int 68: 139-143.
7090       http://dx.doi.org/10.1016/j.envint.2014.03.027
7091  Hines, RN. (2007). Ontogeny of human hepatic cytochromes P450 [Review]. J Biochem Mol Toxicol
7092       21: 169-175. http://dx.doi.org/10.1002/jbt.20179
7093  Huntingdon Life Sciences. (1998). [14c]-N-Methylpyrrolidone: Topical application: Dermal absorption
7094       study in the rat. (982974). Huntingdon Life Sciences, Ltd.
7095  IFA. (2010). MEGA evaluations for the preparation of REACH exposure scenarios for N-methyl-2-
7096       pyrrolidone (vapour) (pp. 1-15). Institut für Arbeitsschutz der Deutschen Gesetzlichen
7097       Unfallversicherung :: IFA.
7098  Johnsrud, EK; Koukouritaki, SB; Divakaran, K; Brunengraber, LL; Hines, RN; McCarver, DG. (2003).
7099       Human hepatic CYP2E1 expression during development. J Pharmacol Exp Ther 307: 402-407.
7100       http://dx.doi.org/10.1124/jpet.102.053124
7101  Jönsson, BA; Akesson, B. (2001). N-methylsuccinimide in plasma and urine as a biomarker of exposure
7102       to N-methyl-2-pyrrolidone. Int Arch Occup Environ Health 74: 289-294.
7103       http://dx.doi.org/10.1007/PL00007946
7104  Jönsson, BA; Akesson, B. (2003). Human experimental exposure to N-methyl-2-pyrrolidone (NMP):
7105       Toxicokinetics of NMP, 5-hydroxy- N-methyl-2-pyrrolidone, N-methylsuccinimide and 2-
7106       hydroxy- N-methylsuccinimide (2-HMSI), and biological monitoring using 2-HMSI as a
7107       biomarker. Int Arch Occup Environ Health 76: 267-274. http://dx.doi.org/10.1007/s00420-003-
7108       0438-5
7109  Kavlock, RJ; Allen, BC; Faustman, EM; Kimmel, CA. (1995). Dose-response assessments for
7110       developmental toxicity .4. Benchmark doses for fetal weight changes. Toxicol Sci 26: 211-222.
7111       http://dx.doi.org/10.1006/faat.1995.1092
7112  Keener, SA; Wrbitzky, R; Bader, M. (2007). Human volunteer study on the influence of exposure
7113       duration and dilution of dermally applied N-methyl-2-pyrrolidone (NMP) on the urinary
7114       elimination of NMP metabolites. Int Arch Occup Environ Health 80: 327-334.
7115       http://dx.doi.org/10.1007/s00420-006-0138-z
7116  Kester. (2017). Safety Data Sheet for TSF 6522 No Clean Tacky Flux.
7117       https://www.kester.com/DesktopModules/Bring2mind/DMX/Download.aspx?Command=Core_
7118       Download&EntryId=1169&language=enUS&PortalId=0&TabId=96
7119  Kiefer, M. (1994). Health Hazard Evaluation Report No. HETA-93-0844-2411, Rosebud Company,
7120       Atlanta, Georgia (pp. 93-0844). (NIOSH/00220122). Kiefer, M.

7121  Kim, BR; Kalis, EM; Dewulf, T; Andrews, KM. (2000). Henry's law constants for paint solvents and
7122       their implications on volatile organic compound emissions from automotive painting. Water
7123       Environ Res 72: 65-74. http://dx.doi.org/10.2175/106143000X137121

7124  Koch. (2011). Safety Data Sheet for SuperU.
7125       https://www.ceres.coop/getattachment/Safety/SuperU_MSDS.pdf?lang=en-US

7126  Koch. (2018). Safety Data Sheet for ANVOL Nitrogen Stabilizer.
7127       http://www.kochfertilizer.com/pdf/ANVOL%20Nitrogen%20Stabilizer_US-English120718.pdf

7128  Koontz, M; Lee, S; Nagda, N; Hammerstrom, K. (1990). Multichamber Consumer Exposure Model
7129       (MCCEM).

7130  Lee, KP; Chromey, NC; Culik, R; Barnes, JR; Schneider, PW. (1987). Toxicity of N-methyl-2-
7131       pyrrolidone (NMP): teratogenic, subchronic, and two-year inhalation studies. Fundam Appl
7132       Toxicol 9: 222-235. http://dx.doi.org/10.1016/0272-0590(87)90045-5

7133  Lenmar. (2014). LITHIUM-ION BATTERY Material Safety Data Sheet (MSDS).
7134       https://www.officedepot.com/pdf/msds/469830.pdf

7135  Levitt, MD; Li, R; Demaster, EG; Elson, M; Furne, J; Levitt, DG. (1997). Use of measurements of
7136       ethanol absorption from stomach and intestine to assess human ethanol metabolism. Am J
7137       Physiol 273: G951-G957.

7138  Ligocka, D; Lison, D; Haufroid, V. (2003). Contribution of CYP2E1 to N-methyl-2-pyrrolidone
7139       metabolism. Arch Toxicol 77: 261-266. http://dx.doi.org/10.1007/s00204-003-0440-4

7140  Malek, DE; Malley, LA; Slone, TW; Elliott, GS; Kennedy, GL; Mellert, W; Deckardt, K; Gembardt, C;
7141       Hildebrand, B; Murphy, SR; Bower, DB; Wright, GA. (1997). Repeated dose toxicity study (28
7142       days) in rats and mice with N-methylpyrrolidone (NMP). Drug Chem Toxicol 20: 63-77.
7143       http://dx.doi.org/10.3109/01480549709011079

7144  Malley, LA; Kennedy, GL; Elliott, GS; Slone, TW; Mellert, W; Deckardt, K; Gembardt, C; Hildebrand,
7145       B; Parod, RJ; Mccarthy, TJ; Griffiths, JC. (1999). 90-day subchronic toxicity study in rats and
7146       mice fed N-methylpyrrolidone (NMP) including neurotoxicity evaluation in rats. Drug Chem
7147       Toxicol 22: 455-480. http://dx.doi.org/10.3109/01480549909042526

7148  Malley, LA; Kennedy, GL; Elliott, GS; Slone, TW; Mellert, W; Deckardt, K; Kuttler, K; Hildebrand, B;
7149       Banton, MI; Parod, RJ; Griffiths, JC. (2001). Chronic toxicity and oncogenicity of N-
7150       methylpyrrolidone (NMP) in rats and mice by dietary administration. Drug Chem Toxicol 24:
7151       315-338. http://dx.doi.org/10.1081/DCT-100106262

7152  Marquart, H; Franken, R; Goede, H; Fransman, W; Schinkel, J. (2017). Validation of the dermal
7153       exposure model in ECETOC TRA. Annals of Work Exposures and Health 61: 854-871.
7154       http://dx.doi.org/10.1093/annweh/wxx059

7155  Marty, MS; Allen, B; Chapin, RE; Cooper, R; Daston, GP; Flaws, JA; Foster, PMD; Makris, SL;
7156       Mylchreest, E; Sandler, D; Tyl, RW. (2009). Inter-laboratory control data for reproductive
7157       endpoints required in the OPPTS 870.3800/OECD 416 reproduction and fertility test. Birth
7158       Defects Res B Dev Reprod Toxicol 86: 470-489. http://dx.doi.org/10.1002/bdrb.20208

7159  Matsui, S; Murakami, T; Sasaki, T; Hirose, Y; Iguma, Y. (1975). Activated sludge degradability of
7160       organic substances in the waste water of the Kashima petroleum and petrochemical industrial
7161       complex in Japan. Prog Water Technol 7: 645-659.

7162  Mayer, VW; Goin, CJ; Taylor-Mayer, RE. (1988). Aneuploidy induction in Saccharomyces cerevisiae
7163       by two solvent compounds, 1-methyl-2-pyrrolidinone and 2-pyrrolidinone. Environ Mol
7164       Mutagen 11: 31-40.

7165   McDougal, JN; Jepson, GW; Clewell, HJ, III; MacNaughton, MG; Andersen, ME. (1986). A
7166           physiological pharmacokinetic model for dermal absorption of vapors in the rat. Toxicol Appl
7167           Pharmacol 85: 286-294. http://dx.doi.org/10.1016/0041-008X(86)90123-7
7168   McLanahan, ED; El-Masri, HA; Sweeney, LM; Kopylev, LY; Clewell, HJ; Wambaugh, JF; Schlosser,
7169           PM. (2012). Physiologically based pharmacokinetic model use in risk assessment--Why being
7170           published is not enough. Toxicol Sci 126: 5-15. http://dx.doi.org/10.1093/toxsci/kfr295
7171   Meier, S; Schindler, BK; Koslitz, S; Koch, HM; Weiss, T; Käfferlein, HU; Brüning, T. (2013).
7172           Biomonitoring of exposure to N-methyl-2-pyrrolidone in workers of the automobile industry.
7173           Ann Occup Hyg 57: 766-773. http://dx.doi.org/10.1093/annhyg/mes111
7174   MicroChem. (2012). Safety Data Sheet for Remover PG.
7175           https://louisville.edu/micronano/files/documents/safety-data-sheets-sds/copy_of_RemoverPG.pdf
7176   Midgley, I; Hood, AJ; Chasseaud, LF; Brindley, CJ; Baughman, S; Allan, G. (1992). Percutaneous
7177           absorption of co-administered N-methyl-2-[14C]pyrrolidinone and 2-[14C]pyrrolidinone in the
7178           rat. Food Chem Toxicol 30: 57-64.
7179   Mortelmans, K; Haworth, S; Lawlor, T; Speck, W; Tainer, B; Zeiger, E. (1986). Salmonella
7180           mutagenicity tests: II. Results from the testing of 270 chemicals. Environ Mutagen 8: 1-119.
7181           http://dx.doi.org/10.1002/em.2860080702
7182   NFPA. (1997). Fire protection guide on hazardous materials (12th ed.). Quincy, MA: National Fire
7183           Protection Assoc.
7184   NICNAS. (2001). Full public report: Polymer in primal binder u-51.
7185           https://www.nicnas.gov.au/__data/assets/pdf_file/0004/9661/PLC259FR.pdf
7186   NICNAS. (2013). Human health Tier II assessment for 2-pyrrolidinone, 1-methyl, CAS Number 872-50-
7187           4. http://www.nicnas.gov.au/chemical-information/imap-assessments/imap-assessment-
7188           details?assessment_id=91
7189   NICNAS. (2016). Human health tier III assessment for 1-methyl-2-pyrrolidinone (pp. 25). Canberra,
7190           Australia. https://www.nicnas.gov.au/chemical-information/imap-assessments/imap-
7191           assessments/tier-iii-human-health/2-pyrrolidinone,-1-methyl-
7192   NIOSH. (1998). Health Hazard Evaluation Report No. HETA 96–0266–2702, Cooper Engineered
7193           Products, Bowling Green, Ohio.
7194   Nishimura, S; Yasui, H; Miyauchi, H; Kikuchi, Y; Kondo, N; Takebayashi, T; Tanaka, S; Mikoshiba, Y;
7195           Omae, K; Nomiyama, T. (2009). A cross-sectional observation of effect of exposure to N-
7196           methyl-2-pyrrolidone (NMP) on workers' health. Ind Health 47: 355-362.
7197   NMP Producers Group. (1995a). Oral, dermal and inhalation pharmacokinetics and disposition of [2-
7198           14C] NMP in the rat. (630-95). NMP Producers Group.
7199   NMP Producers Group. (1995b). Subchronic oral toxicity: 90-day feeding and neurotoxicity study in
7200           rats with N-methylpyrrolidone (NMP). ((as cited in OECD, 2007)). NMP Producers Group.
7201   NMP Producers Group. (1997). FINAL REPORT, ONCOGENICITY STUDY WITH N-
7202           METHYLPYRROLIDONE (NMP) TWO-YEAR FEEDING STUDY IN SPRAGUE DAWLEY
7203           RATS, WITH COVER LETTER DATED 5/22/1998. (OTS: OTS0559332; 8EHQ Num: 42114B
7204           F2-023 44649; DCN: NA; TSCATS RefID: 445473; CIS: NA). N-Methylpyrrolidone Producers
7205           Group, Inc.
7206   NMP Producers Group. (1999a). Two generation reproduction toxicity study with n-methylpyrrolidone
7207           (NMP) in sprague dawley rats: Administration in the diet. (Project No. 97-4106). Millestone, NJ:
7208           Huntingdon Life Science.
7209   NMP Producers Group. (1999b). Two Generation Reproduction Toxicity Study with N-
7210           Mythylpyrrolidone (NMP) in Wistar Rats - Administration in the Diet. (Project No.

7211      70R0056/97008). Ludwigshafen, Germany: Department of Toxicology of BASF
7212      Aktiengesellschaft.
7213  Novacentrix. (2016). Safety Data Sheet for HPS-108AE1 High Performance Silver Ink.
7214      http://store.novacentrix.com/v/vspfiles/assets/images/HPS-
7215      108AE1%20High%20Performance%20Silver%20Ink.pdf
7216  O'Neil, MJ; Heckelman, PE; Koch, CB. (2006). The Merck index: An encyclopedia of chemicals, drugs,
7217      and biologicals (14th ed.). Whitehouse Station, NJ: Merck & Co.
7218  OECD. (2007a). In SIDS Initial Assessment for SIAM 24 1-methyl-2-pyrrolidone. Organization for
7219      Economic Co-operation and Development.
7220  OECD. (2007b). SIDS initial assessment report on 1-methyl-2-pyrrolidone. Organization for Economic
7221      Cooperation and Development. http://webnet.oecd.org/hpv/ui/handler.axd?id=84daa4ac-feb7-
7222      4b5a-9839-206d17914e42
7223  OECD. (2009a). Emission scenario document on adhesive formulation. (JT03263583). Paris, France.
7224  OECD. (2009b). SIDS Dossier. 2- Pyrrolidinone, 1-Methyl.
7225      http://webnet.oecd.org/hpv/ui/SponsoredChemicals.aspx
7226  OECD. (2017). Overview of the set of OECD Genetic Toxicology Test Guidelines and updates
7227      performed in 2014-2015. Series on Testing & Assessment No. 238 - 2nd edition.
7228      (ENV/JM/MONO(2016)33/REV1). Paris, France.
7229      http://www.oecd.org/officialdocuments/publicdisplaydocumentpdf
7230  OEHHA. (2003). Proposition 65 maximum allowable dose level (MADL) for reproductive toxicity for
7231      N-Methypyrrolidone for Dermal and Inhalation Exposures. In Reproductive and Cancer Hazard
7232      Assessment Section.
7233  Osmose. (2015). Safety Data Sheet for MP400-EXT.
7234      http://www.kellysolutions.com/erenewals/documentsubmit/KellyData%5COK%5Cpesticide%5C
7235      MSDS%5C75341%5C75341-14%5C75341-14_MP400_EXT_3_3_2016_9_54_21_AM.pdf
7236  Payan, JP; Beydon, D; Fabry, JP; Boudry, I; Cossec, B; Ferrari, E. (2002). Toxicokinetics and
7237      metabolism of N-[14C]methylpyrrolidone in male Sprague-Dawley rats. A saturable NMP
7238      elimination process. Drug Metab Dispos 30: 1418-1424.
7239      http://dx.doi.org/10.1124/dmd.30.12.1418
7240  Payan, JP; Boudry, I; Beydon, D; Fabry, JP; Grandclaude, MC; Ferrari, E; André, JC. (2003).
7241      Toxicokinetics and metabolism of N-[(14)C]N-methyl-2-pyrrolidone in male Sprague-Dawley
7242      rats: in vivo and in vitro percutaneous absorption. Drug Metab Dispos 31: 659-669.
7243      http://dx.doi.org/10.1124/dmd.31.5.659
7244  Poet, TS; Kirman, CR; Bader, M; van Thriel, C; Gargas, ML; Hinderliter, PM. (2010). Quantitative risk
7245      analysis for N-methyl pyrrolidone using physiologically based pharmacokinetic and benchmark
7246      dose modeling. Toxicol Sci 113: 468-482. http://dx.doi.org/10.1093/toxsci/kfp264
7247  Prestige. (2010). RaLex Oven Cleaner Material Safety Data Sheet.
7248      http://prestige2007.com/images/554MSDS%20oven%20cleaner.pdf
7249  Riddick, JA; Bunger, WB; Sakano, TK. (1986). Techniques of organic chemistry: Organic solvents:
7250      Physical properties and methods of purification (4th ed.). New York, NY: Wiley-Blackwell.
7251  RIVM. (2013). Annex XV Restriction Report: Proposal for a Restriction. In RIVM, Bureau REACH.
7252      (Version 2). The Netherlands: National Institute for Public Health and the Environment (RIVM).
7253      https://echa.europa.eu/documents/10162/13641/nmp_annex_xv_report_en.pdf
7254  Safety-Kleen. (2015). Safety Data Sheet for Safety-Kleen N-Methyl-2-Pyrrolidone (NMP).
7255      https://www.safety-kleen.com/sites/g/files/bdczcs371/files/2019-05/82329%20rev%2011-18.pdf

7256   Saillenfait, AM; Gallissot, F; Langonné, I; Sabaté, JP. (2002). Developmental toxicity of N-methyl-2-
7257          pyrrolidone administered orally to rats. Food Chem Toxicol 40: 1705-1712.
7258          http://dx.doi.org/10.1016/S0278-6915(02)00115-1
7259   Saillenfait, AM; Gallissot, F; Morel, G. (2003). Developmental toxicity of N-methyl-2-pyrrolidone in
7260          rats following inhalation exposure. Food Chem Toxicol 41: 583-588.
7261          http://dx.doi.org/10.1016/S0278-6915(02)00300-9
7262   Saillenfait, AM; Sabaté, JP; Gallissot, F. (2007). Comparative developmental toxicities of the three
7263          major metabolites of N-methyl-2-pyrrolidone after oral administration in rats. J Appl Toxicol 27:
7264          571-581. http://dx.doi.org/10.1002/jat.1238
7265   Sasaki, H; Kojima, M; Mori, Y; Nakamura, J; Shibasaki, J. (1988). Enhancing effect of pyrrolidone
7266          derivatives on transdermal drug delivery. 1. Int J Pharm 44: 15-24.
7267   SIA. (2019). SIA N-Methylpyrrolidone Risk Management Measures and Worker Exposure Monitoring
7268          Results. Washington, DC: Semiconductor Industry Association (SIA).
7269   Simoniz. (2012). Safety Data Sheet for Aerosol Stainless Steel Polish.
7270          https://resources.cleanitsupply.com/MSDS/AEROSOL%20STAINLESS%20STEEL%20POLIS
7271          H.PDF
7272   Sitarek, K; Stetkiewicz, J. (2008). Assessment of reproductive toxicity and gonadotoxic potential of N-
7273          methyl-2-pyrrolidone in male rats. Int J Occup Med Environ Health 21: 73-80.
7274          http://dx.doi.org/10.2478/v10001-008-0006-z
7275   Sitarek, K; Stetkiewicz, J; Wąsowicz, W. (2012). Evaluation of reproductive disorders in female rats
7276          exposed to N-methyl-2-pyrrolidone. Birth Defects Res B Dev Reprod Toxicol 95: 195-201.
7277          http://dx.doi.org/10.1002/bdrb.21001
7278   Slide. (2018). Safety Data Sheet for Slide Resin Remover Aerosol.
7279          https://www.slideproducts.com/datasheets/pdfs/Slide-41914-Resin-Remover-OSHA-GHS-
7280          SDS.pdf
7281   Solomon, GM; Morse, EP; Garbo, MJ; Milton, DK. (1996). Stillbirth after occupational exposure to N-
7282          methyl-2-pyrrolidone: A case report and review of the literature [Review]. J Occup Environ Med
7283          38: 705-713. http://dx.doi.org/10.1097/00043764-199607000-00014
7284   Solomon, HM; Burgess, BA; Kennedy, GL, Jr; Staples, RE. (1995). 1-methyl-2-pyrrolidone (NMP):
7285          Reproductive and developmental toxicity study by inhalation in the rat. Drug Chem Toxicol 18:
7286          271-293. http://dx.doi.org/10.3109/01480549509014324
7287   Staats, DA; Fisher, JW; Connolly, RB. (1991). Gastrointestinal absorption of xenobiotics in
7288          physiologically based pharmacokinetic models: A two-compartment description. Drug Metab
7289          Dispos 19: 144-148.
7290   Stull, JO; Thomas, RW; James, LE. (2002). A comparative analysis of glove permeation resistance to
7291          paint stripping formulations. AIHA J 63: 62-71. http://dx.doi.org/10.1202/0002-
7292          8894(2002)063<0062:ACAOGP>2.0.CO;2
7293   Tedia. (2011). Safety Data Sheet for 1-Methyl-2-pyrrolidinone. https://www.uni-
7294          muenster.de/imperia/md/content/mnf/n-methyl-2-pyrrolidinone__nmp_.pdf
7295   Thermo Fisher. (2019). Safety Data Sheet for N-Methyl-2-pyrrolidone.
7296          http://www.fishersci.co.uk/chemicalProductData_uk/wercs?itemCode=M/5125/08
7297   Timchalk, C; Nolan, RJ; Mendrala, AL; Dittenber, DA; Brzak, KA; Mattsson, JL. (2002). A
7298          physiologically based pharmacokinetic and pharmacodynamic (PBPK/PD) model for the
7299          organophosphate insecticide chlorpyrifos in rats and humans. Toxicol Sci 66: 34-53.
7300          http://dx.doi.org/10.1093/toxsci/66.1.34

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

TLS. (2016). Safety Data Sheet for Foam & Resin Cleaner TLS 77.
    http://www.tlspecialty.com/sds/Foam_&_Resin_Cleaner_TLS_77%20SDS.pdf
Toxicology and Regulatory Affairs. (2003). 2-Pyrrolidone. (201-14664B). Freeburg, IL.
    https://java.epa.gov/oppt_chemical_search/
U.S. BLS. (2016). May 2016 Occupational Employment and Wage Estimates: National Industry-
    Specific Estimates [Website]. http://www.bls.gov/oes/tables.htm
U.S. Chemical. (2012). Safety Data Sheet for Oil-Based Stainless Steel Cleaner & Polish.
    https://lakeland.edu/PDFs/MSDS/1800/Array%20Stainless%20Steel%20Cleaner%20(US%20Ch
    emical)%207-7-2012.pdf
U.S. EPA. (1987). Household solvent products: A national usage survey. (EPA-OTS 560/5-87-005).
    Washington, DC: Office of Toxic Substances, Office of Pesticides and Toxic Substances.
    https://ntrl.ntis.gov/NTRL/dashboard/searchResults.xhtml?searchQuery=PB88132881
U.S. EPA. (1991a). Chemical engineering branch manual for the preparation of engineering
    assessments. Volume I. Ceb Engineering Manual. Washington, DC: Office of Pollution
    Prevention and Toxics, US Environmental Protection Agency.
U.S. EPA. (1991b). Guidelines for developmental toxicity risk assessment (pp. 1-71). (EPA/600/FR-
    91/001). Washington, DC: U.S. Environmental Protection Agency, Risk Assessment Forum.
    http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=23162
U.S. EPA. (1991c). Guidelines for developmental toxicity risk assessment. Federal Register
    56(234):63798–"63826. Available online at http://www.epa.gov/iris/backgrd.html (accessed.
U.S. EPA. (1992). Guidelines for exposure assessment. Federal Register 57(104):22888-22938 [EPA
    Report]. (EPA/600/Z-92/001). Washington, DC.
    http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=15263
U.S. EPA. (1994a). Consumer exposure to paint stripper solvents. In Consumer exposure to paint
    stripper solvents. (EPA Contract No 68-DO-0137). Washington, DC: U.S. Environmental
    Protection Agency, Office of Pollution Prevention and Toxics.
U.S. EPA. (1994b). Guidelines for Statistical Analysis of Occupational Exposure Data: Final. United
    States Environmental Protection Agency :: U.S. EPA.
U.S. EPA. (1995). Protocol for Equipment Leak Emission Estimates. (EPA-453/R-95-017). Research
    Triangle Park, NC: Office of Air and Radiation, Office of Air Quality and Planning Standards.
    https://www3.epa.gov/ttn/chief/efdocs/equiplks.pdf
U.S. EPA. (1996). Guidelines for reproductive toxicity risk assessment. Fed Reg 61: 56274-56322.
U.S. EPA. (1998). Environmental profile for N-methylpyrrolidone. (EPA/600/R-98/067). Washington,
    DC. https://cfpub.epa.gov/si/si_public_record_Report.cfm?dirEntryID=99474
U.S. EPA. (1999). Category for persistent, bioaccumulative, and toxic new chemical substances. In US
    Environmental Protection Agency (pp. 60194-60204). (ISSN 0097-6326; EISSN 2167-2520
    213). Federal Register. https://www.gpo.gov/fdsys/pkg/FR-1999-11-04/pdf/99-28888.pdf
U.S. EPA. (2002). Guidelines for ensuring and maximizing the quality, objectivity, utility, and integrity
    of information disseminated by the Environmental Protection Agency. (EPA/260/R-02/008).
    Washington, DC: U.S. Environmental Protection Agency, Office of Environmental Information.
    https://www.epa.gov/sites/production/files/2017-03/documents/epa-info-quality-guidelines.pdf
U.S. EPA. (2006a). Approaches for the application of physiologically based pharmacokinetic (PBPK)
    models and supporting data in risk assessment (Final Report) [EPA Report] (pp. 1-123).
    (EPA/600/R-05/043F). Washington, DC: U.S. Environmental Protection Agency, Office of
    Research and Development, National Center for Environmental Assessment.
    http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=157668

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

7347   U.S. EPA. (2006b). EPA action memorandum: Inert reassessment: N-methylpyrrolidone (CAS Reg. No.
7348        872-50-4). https://www.epa.gov/sites/production/files/2015-04/documents/methyl.pdf
7349   U.S. EPA. (2011). Exposure factors handbook: 2011 edition (final) [EPA Report]. (EPA/600/R-
7350        090/052F). Washington, DC: U.S. Environmental Protection Agency, Office of Research and
7351        Development, National Center for Environmental Assessment.
7352        http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=236252
7353   U.S. EPA. (2012a). Benchmark dose technical guidance. (EPA/100/R-12/001). Washington, DC: U.S.
7354        Environmental Protection Agency, Risk Assessment Forum.
7355        https://www.epa.gov/risk/benchmark-dose-technical-guidance
7356   U.S. EPA. (2012c). Estimation Programs Interface Suite™ for Microsoft® Windows, v 4.11 [Computer
7357        Program]. Washington, DC. Retrieved from https://www.epa.gov/tsca-screening-tools/epi-
7358        suitetm-estimation-program-interface
7359   U.S. EPA. (2012d). Sustainable futures P2 framework manual [EPA Report]. (EPA-748-B12-001).
7360        Washington DC. http://www.epa.gov/sustainable-futures/sustainable-futures-p2-framework-
7361        manual
7362   U.S. EPA. (2013a). ChemSTEER User Guide - Chemical Screening Tool for Exposures and
7363        Environmental Releases. Environmental Protection Agency.
7364        https://www.epa.gov/sites/production/files/2015-05/documents/user_guide.pdf
7365   U.S. EPA. (2013b). Interpretive assistance document for assessment of discrete organic chemicals.
7366        Sustainable futures summary assessment [EPA Report]. Washington, DC.
7367        http://www.epa.gov/sites/production/files/2015-05/documents/05-iad_discretes_june2013.pdf
7368   U.S. EPA. (2013c). TSCA workplan chemical risk assessment N-Methylpyrrolidone: Paint stripping use
7369        CASRN: 872-50-4. Draft. Washington, DC: Office of Pollution Prevention and Toxics, US
7370        Environmental Protection Agency.
7371   U.S. EPA. (2014). TSCA work plan chemical risk assessment. Trichloroethylene: Degreasing, spot
7372        cleaning and arts & crafts uses. (740-R1-4002). Washington, DC: Environmental Protection
7373        Agency, Office of Chemical Safety and Pollution Prevention.
7374        http://www2.epa.gov/sites/production/files/2015-
7375        09/documents/tce_opptworkplanchemra_final_062414.pdf
7376   U.S. EPA. (2015). TSCA work plan chemical risk assessment. N-Methylpyrrolidone: Paint stripper use
7377        (CASRN: 872-50-4). In Office of Chemical Safety and Pollution Prevention. (740-R1-5002).
7378        Washington, DC. https://www.epa.gov/sites/production/files/2015-
7379        11/documents/nmp_ra_3_23_15_final.pdf
7380   U.S. EPA. (2016). Weight of evidence in ecological assessment [EPA Report]. (EPA100R16001).
7381        Washington, DC: Office of the Science Advisor.
7382        https://cfpub.epa.gov/si/si_public_record_report.cfm?dirEntryId=335523
7383   U.S. EPA. (2017a). Consumer Exposure Model (CEM) version 2.0: User guide. U.S. Environmental
7384        Protection Agency, Office of Pollution Prevention and Toxics.
7385        https://www.epa.gov/sites/production/files/2017-06/documents/cem_2.0_user_guide.pdf
7386   U.S. EPA. (2017b). N-Methylpyrrolidone (NMP) (872-50-4) bibliography: Supplemental file for the
7387        TSCA Scope Document [EPA Report]. https://www.epa.gov/sites/production/files/2017-
7388        06/documents/nmp_comp_bib.pdf
7389   U.S. EPA. (2017c). Public database 2016 chemical data reporting (May 2017 release). Washington, DC:
7390        US Environmental Protection Agency, Office of Pollution Prevention and Toxics. Retrieved
7391        from https://www.epa.gov/chemical-data-reporting

7392   U.S. EPA. (2017d). Scope of the risk evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1-Methyl-).
7393       CASRN: 872-50-4 [EPA Report]. (EPA-740-R1-7005).
7394       https://www.epa.gov/sites/production/files/2017-06/documents/nmp_scope_6-22-17_0.pdf
7395   U.S. EPA. (2017e). Strategy for conducting literature searches for N-Methylpyrrolidone (NMP):
7396       Supplemental document to the TSCA Scope Document. CASRN: 872-50-4 [EPA Report]. (EPA-
7397       740-R1-7005). https://www.epa.gov/sites/production/files/2017-
7398       06/documents/nmp_lit_search_strategy_053017_0.pdf
7399   U.S. EPA. (2017f). Toxics Release Inventory (TRI), reporting year 2015. Retrieved from
7400       https://www.epa.gov/toxics-release-inventory-tri-program/tri-data-and-tools
7401   U.S. EPA. (2018a). Application of systematic review in TSCA risk evaluations. (740-P1-8001).
7402       Washington, DC: U.S. Environmental Protection Agency, Office of Chemical Safety and
7403       Pollution Prevention. https://www.epa.gov/sites/production/files/2018-
7404       06/documents/final_application_of_sr_in_tsca_05-31-18.pdf
7405   U.S. EPA. (2018c). Problem formulation of the risk evaluation for n-methylpyrrolidone (2-
7406       pyrrolidinone, 1-methyl-). (EPA-740-R1-7015). Washington, DC: Office of Chemical Safety
7407       and Pollution Prevention, United States Environmental Protection Agency.
7408       https://www.epa.gov/sites/production/files/2018-06/documents/nmp_pf_05-31-18.pdf
7409   U.S. EPA. (2018d). Strategy for assessing data quality in TSCA risk evaluations. Washington DC: U.S.
7410       Environmental Protection Agency, Office of Pollution Prevention and Toxics.
7411   U.S. EPA. (2019a). Draft risk evaluation for N-methyl-2-pyrrolidone. Systematic review supplemental
7412       file: data quality evaluation of physical-chemical properties studies. Washington, D.C.: U.S.
7413       Environmental Protection Agency. Office of Chemical Safety and Pollution Prevention.
7414   U.S. EPA. (2019b). Draft Risk Evaluation for N-Methylpyrrolidone, Supplemental Information on
7415       Consumer Exposure Assessment. (Docket EPA-HQ-OPPT-2019-0236).
7416   U.S. EPA. (2019c). Draft Risk Evaluation for N-Methylpyrrolidone, Supplemental Information on
7417       Consumer Exposure Assessment, Consumer Exposure Model Input Parameters. Docket EPA-
7418       HQ-OPPT-2019-0236. (EPA-HQ-OPPT-2019-0236).
7419   U.S. EPA. (2019d). Draft Risk Evaluation for N-Methylpyrrolidone, Supplemental Information on
7420       Consumer Exposure Assessment, Consumer Exposure Model Outputs. Docket EPA-HQ-OPPT-
7421       2019-0236. (EPA-HQ-OPPT-2019-0236).
7422   U.S. EPA. (2019e). Draft Risk Evaluation for N-Methylpyrrolidone, Supplemental Information on
7423       Consumer Exposure Assessment, PBPK Model Inputs_Outputs. Docket EPA-HQ-OPPT-2019-
7424       0236. (EPA-HQ-OPPT-2019-0236).
7425   U.S. EPA. (2019f). Draft Risk Evaluation for N-Methylpyrrolidone, Supplemental Information on
7426       Human Health Benchmark Dose Modeling. (Docket EPA-HQ-OPPT-2019-0236).
7427   U.S. EPA. (2019g). Draft Risk Evaluation for N-Methylpyrrolidone, Supplemental Information on
7428       Occupational Exposure Assessment. (Docket EPA-HQ-OPPT-2019-0236).
7429   U.S. EPA. (2019h). Draft Risk Evaluation for N-Methylpyrrolidone, Systematic Review Supplemental
7430       File: Data Quality Evaluation of Consumer and General Population Studies. (Docket EPA-HQ-
7431       OPPT-2019-0236).
7432   U.S. EPA. (2019i). Draft Risk Evaluation for N-Methylpyrrolidone, Systematic Review Supplemental
7433       File: Data Quality Evaluation of Environmental Fate and Transport Studies. (Docket EPA-HQ-
7434       OPPT-2019-0236).
7435   U.S. EPA. (2019j). Draft Risk Evaluation for N-Methylpyrrolidone, Systematic Review Supplemental
7436       File: Data Quality Evaluation of Environmental Hazard Studies. (Docket EPA-HQ-OPPT-2019-
7437       0236).

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

7438  U.S. EPA. (2019k). Draft Risk Evaluation for N-Methylpyrrolidone, Systematic Review Supplemental
7439       File: Data Quality Evaluation of Environmental Release and Occupational Exposure Data.
7440       (Docket EPA-HQ-OPPT-2019-0236).
7441  U.S. EPA. (2019l). Draft Risk Evaluation for N-Methylpyrrolidone, Systematic Review Supplemental
7442       File: Data Quality Evaluation of Environmental Release and Occupational Exposure Data -
7443       Common Sources. (Docket EPA-HQ-OPPT-2019-0236).
7444  U.S. EPA. (2019m). Draft Risk Evaluation for N-Methylpyrrolidone, Systematic Review Supplemental
7445       File: Data Quality Evaluation of Human Health Studies – Animal Studies. (Docket EPA-HQ-
7446       OPPT-2019-0236).
7447  U.S. EPA. (2019n). Draft Risk Evaluation for N-Methylpyrrolidone, Systematic Review Supplemental
7448       File: Data Quality Evaluation of Human Health Studies – Epidemiological Studies. (Docket
7449       EPA-HQ-OPPT-2019-0236).
7450  U.S. EPA. (2019o). Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1-Methyl-) Systematic
7451       Review Supplemental File: Data Quality Evaluation of Environmental Releases and
7452       Occupational Exposure Common Sources.
7453  U.S. EPA. (2019p). Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1-Methyl-) Systematic
7454       Review Supplemental File: Data Quality Evaluation of Environmental Releases and
7455       Occupational Exposure Data.
7456  U.S. EPA. (2019q). Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP),
7457       Supplemental Excel File on Occupational Risk Calculations. (Docket EPA-HQ-OPPT-2019-
7458       0236).
7459  U.S. EPA. (2019r). Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP),
7460       Supplemental Information on Occupational Exposure Assessment.
7461  U.S. EPA. (2019s). Risk Evaluation for N-Methylpyrrolidone, Systematic Review Supplemental File:
7462       Data Extraction Tables for Epidemiological Studies. (Docket EPA-HQ-OPPT-2019-0236). U.S.
7463       Environmental Protection Agency :: U.S. EPA.
7464  U.S. EPA. (2019t). Systematic Review Supplemental File: Updates to the Data Quality Criteria for
7465       Epidemiological Studies. (Docket # EPA-HQ-OPPT-2019-0236).
7466  Ursin, C; Hansen, CM; Van Dyk, JW; Jensen, PO; Christensen, IJ; Ebbehoej, J. (1995). Permeability of
7467       commercial solvents through living human skin. Am Ind Hyg Assoc J 56: 651-660.
7468       http://dx.doi.org/10.1080/15428119591016665
7469  van Raaij, MTM; Jansen, PAH; Piersma, AH. (2003). The relevance of developmental toxicity
7470       endpoints for acute limit setting. (601900004). Bilthoven: RIVM.
7471  Voxel8. (2015). Safety Data Sheet for Silver Conductive Ink - Standard.
7472       https://p4.zdassets.com/hc/theme_assets/638849/200059206/Voxel8_conductivesilverink_SDS.p
7473       df
7474  Wells, DA; Digenis, GA. (1988). Disposition and metabolism of double-labeled [3H and 14C] N-
7475       methyl-2-pyrrolidinone in the rat. Drug Metab Dispos 16: 243-249.
7476  Wells, DA; Thomas, HF; Digenis, GA. (1988). Mutagenicity and cyto-toxicity of n-methyl-2-
7477       pyrrolidinone and 4-(methylamino)butanoic acid in the salmonella microsome assay. J Appl
7478       Toxicol 8: 135-139. http://dx.doi.org/10.1002/jat.2550080211
7479  WHO. (2001). Concise International Chemical Assessment Document 35: N-Methyl-2-Pyrrolidone.
7480       Geneva, Switzerland. http://www.inchem.org/documents/cicads/cicads/cicad35.htm
7481  WSDE. (2014). Children's Safe Product Act Reported Data: N-Methylpyrrolidone.

7482   Xiaofei, E; Wada, Y; Nozaki, J; Miyauchi, H; Tanaka, S; Seki, Y; Koizumi, A. (2000). A linear
7483       pharmacokinetic model predicts usefulness of N-methyl-2-pyrrolidone (NMP) in plasma or urine
7484       as a biomarker for biological monitoring for NMP exposure. J Occup Health 42: 321-327.

7485

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# APPENDICES

# Appendix A   REGULATORY HISTORY

## A.1   Federal Laws and Regulations

**Table_Apx A-1. Federal Laws and Regulations**

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| **EPA Regulations** | | |
| Toxic Substances Control Act (TSCA) – Section 6(a) | If EPA evaluates the risk of a chemical substance, in accordance with TSCA Section 6(b)(A), and concludes that the manufacture (including import), processing, distribution in commerce, disposal of such chemical substance, or any combination of these activities, presents an unreasonable risk of injury to human health or the environment, then EPA shall, by rule, take one or more of the actions described in TSCA Section 6(a)(1)-(7) to ensure the chemical substance no longer presents an unreasonable risk. | Proposed rule (82 FR 7464) regulating NMP uses in paint and coating removal |
| Toxic Substances Control Act (TSCA) – Section 6(b) | Directs EPA to promulgate regulations to establish processes for prioritizing chemical substances and conducting risk evaluations on priority chemical substances. In the meantime, EPA was required to identify and begin risk evaluations on 10 chemical substances drawn from the 2014 update of the TSCA Work Plan for Chemical Assessments. | NMP is on the initial list of 10 chemical substances to be evaluated for unreasonable risk of injury to health or the environment (81 FR 91927, December 19, 2016) |
| Toxic Substances Control Act (TSCA) – Section8(a) | The TSCA section 8(a) Chemical Data Reporting (CDR) Rule requires manufacturers (including importers) to give EPA basic exposure-related information on the types, quantities and uses of chemical substances produced | NMP manufacturing, importing, processing and use information is reported under the Chemical Data Reporting (CDR) rule (76 FR 50816, August 16, 2011). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| | domestically and imported into the US. | |
| Toxic Substances Control Act (TSCA) – Section8(b) | EPA must compile, keep current and publish a list (the TSCA Inventory) of each chemical substance manufactured, processed, or imported in the United States. | NMP was on the initial TSCA Inventory and therefore was not subject to EPA's new chemicals review process (60 FR 16309, March 29, 1995). |
| Toxic Substances Control Act (TSCA) – Section 8(e) | Manufacturers (including importers), processors and distributors must immediately notify EPA if they obtain information that supports the conclusion that a chemical substance or mixture presents a substantial risk of injury to health or the environment. | Seven notifications of substantial risk (Section 8(e)) received (2007 – 2010) (US EPA, ChemView. Accessed April 13, 2017). |
| Toxic Substances Control Act (TSCA) – Section 4 | Provides EPA with authority to issue rules and orders requiring manufacturers (including importers) and processors to test chemical substances and mixtures. | Six submissions from a test rule (Section 4) received in the mid-1990s. (US EPA, ChemView. Accessed April 13, 2017). |
| Emergency Planning and Community Right-To-Know Act (EPCRA) – Section 313 | Requires annual reporting from facilities in specific industry sectors that employ 10 or more full time equivalent employees and that manufacture, process, or otherwise use a TRI-listed chemical in quantities above threshold levels. A facility that meets reporting requirements must submit a reporting form for each chemical for which it triggered reporting, providing data across a variety of categories, including activities and uses of the chemical, releases and other waste management (e.g., quantities recycled, treated, combusted) and pollution prevention activities (under section 6607 of the Pollution Prevention Act). This data includes on-site and off-site data as well as multimedia data (i.e., air, land and water). | NMP is a listed substance subject to reporting requirements under 40 CFR 372.65 effective as of January 1, 1995. |
| Federal Food, Drug and Cosmetic Act (FFDCA) – Section 408 | FFDCA governs the allowable residues of pesticides in food. Section 408 of the FFDCA provides EPA with the authority to set tolerances (rules that establish | NMP is currently approved for use as a solvent and co-solvent inert ingredient in pesticide formulations for both food and |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| | maximum allowable residue limits), or exemptions from the requirement of a tolerance, for all residues of a pesticide (including both active and inert ingredients) that are in or on food. Prior to issuing a tolerance or exemption from tolerance, EPA must determine that the tolerance or exemption is "safe." Sections 408(b) and (c) of the FFDCA define "safe" to mean the Agency has a reasonable certainty that no harm will result from aggregate exposures to the pesticide residue, including all dietary exposure and all other exposure (e.g., non-occupational exposures) for which there is reliable information. Pesticide tolerances or exemptions from tolerance that do not meet the FFDCA safety standard are subject to revocation. In the absence of a tolerance or an exemption from tolerance, a food containing a pesticide residue is considered adulterated and may not be distributed in interstate commerce. | non-food uses and is exempt from the requirements of a tolerance limit (40 CFR Part 180.920). |
| Clean Air Act (CAA) – Section 111 (b) | Requires EPA to establish new source performance standards (NSPS) for any category of new or modified stationary sources that EPA determines causes, or contributes significantly to, air pollution which may reasonably be anticipated to endanger public health or welfare. The standards are based on the degree of emission limitation achievable through the application of the best system of emission reduction which (considering the cost of achieving reductions and non-air quality health and environmental impacts and energy requirements) EPA determines has been adequately demonstrated. | NMP is subject to Clean Air Act Section 111 Standards of Performance for New Stationary Sources of Air Pollutants for VOC emissions from synthetic organic chemical manufacturing industry distillation operations (40 CFR Part 60, subpart NNN) and reactor processes (40 CFR Part 60, Subpart RRR). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| Clean Air Act (CAA) – Section 183(e) | Section 183(e) requires EPA to list the categories of consumer and commercial products that account for at least 80 percent of all VOC emissions in areas that violate the National Ambient Air Quality Standards for ozone and to issue standards for these categories that require "best available controls." In lieu of regulations, EPA may issue control techniques guidelines if the guidelines are determined to be substantially as effective as regulations. | NMP is listed under the National Volatile Organic Compound Emission Standards for Aerosol Coatings (40 CFR part 59, subpart E). |
| Clean Air Act (CAA) – Section 612 | Under Section 612 of the Clean Air Act (CAA), EPA's Significant New Alternatives Policy (SNAP) program reviews substitutes for ozone depleting substances within a comparative risk framework. EPA publishes lists of acceptable and unacceptable alternatives. A determination that an alternative is unacceptable, or acceptable only with conditions, is made through rulemaking. | Under EPA's SNAP program, EPA listed NMP as an acceptable substitute for "straight organic solvent cleaning (with terpenes, C620 petroleum hydrocarbons, oxygenated organic solvents such as ketones, esters, alcohols, etc.)" for metals, electronics and precision cleaning and "Oxygenated organic solvents (esters, ethers, alcohols, ketones)" for aerosol solvents (59 FR, March 18, 1994). |
| Safe Drinking Water Act (SDWA) – Section 1412 (b) | Every 5 years, EPA must publish a list of contaminants (1) that are currently unregulated, (2) that are known or anticipated to occur in public water systems, and (3) which might require regulations under SDWA. EPA must also determine whether to regulate at least five contaminants from the list every 5 years. | NMP was identified on both the Third (2009) and Fourth (2016) Contaminant Candidate Lists (74 FR 51850, October 8, 2009) (81 FR 81099 November 17, 2016). |
| **Other Federal Regulations** | | |
| Occupational Safety and Health Act (OSHA) | Requires employers to provide their workers with a place of employment free from recognized hazards to safety and health, such as exposure to toxic chemicals, excessive noise levels, mechanical dangers, heat or cold stress, or unsanitary conditions. | OSHA has not established a PEL for NMP. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Statutes/Regulations | Description of Authority/Regulation | Description of Regulation |
|---|---|---|
| | Under the Act, OSHA can issue occupational safety and health standards including such provisions as Permissible Exposure Limits (PELs), exposure monitoring, engineering and administrative control measures and respiratory protection. | |
| Federal Food, Drug and Cosmetic Act (FFDCA) | Provides the U.S Food and Drug Administration (FDA) with authority to oversee the safety of food, drugs and cosmetics. | Food and Drug Administration identifies NMP as an "Indirect Additive Used in Food Contact Substances" specifically as: 1) an adjuvant substance in the preparation of slimicides (21 CFR 176.300), 2) an adjuvant substance in the production of polysulfone resin authorized for use as articles intended for use in contact with food (21 CFR 177.1655) and 3) a residual solvent in polyetherone sulfone resins authorized as articles for repeated use in contact with food (21 CFR 177.2440). FDA also identifies NMP as a Class 2 solvent, namely a solvent that "should be limited in pharmaceutical products because of their inherent toxicity." FDA established a Permissible Daily Exposure (PDE) for NMP of 5.3 mg/day with a concentration limit of 530 ppm. FDA's Center for Veterinary Medicine developed a method in 2011 for detection of the residues of NMP in edible tissues of cattle (21 CFR 500.1410) |

7493

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

7494  ## A.2    State Laws and Regulations

7495

7496  **Table_Apx A-2. State Laws and Regulations**

| State Actions | Description of Action |
|---|---|
| State Air Regulations | New Hampshire (Env-A 1400: Regulated Toxic Air Pollutants) lists NMP as a regulated toxic air pollutant.<br><br>Vermont (Vermont Air Pollution Control Regulations, 5261) lists NMP as a hazardous air contaminant. |
| Chemicals of Concern to Children | Several states have adopted reporting laws for chemicals in children's products that include NMP including Oregon (OAR 333-016-2000), Vermont (18 V.S.A. sections 1771 to 1779) and Washington state (WAC 173-334-130). Minnesota has listed NMP as a chemical of concern to children (Minnesota Statutes 116.9401 to 116.9407). |
| State Permissible Exposure Limits | California PEL is 1 ppm as an 8hr-time-weighted average (TWA), along with a skin notation (Cal Code Regs, title 8, section 5155). |
| State Right-to-Know Acts | Massachusetts (454 CMR 21.00), New Jersey (42 N.J.R. 1709(a)) and Pennsylvania (Chapter 323. Hazardous Substance List). |
| Other | In California, NMP is listed on Proposition 65 (Cal. Code Regs. title 27, section 27001) due to reproductive toxicity. California OEHHA lists a Maximum Allowable Dose Level (MADL) for inhalation exposure = 3,200 µg/day MADL for dermal exposure = 17,000 µg/day.<br><br>The California Department of Toxic Substances Control (DTSC) Safer Consumer Products Program lists NMP as a Candidate Chemical for development toxicity and reproductive toxicity. In addition, DTSC is moving to address paint strippers containing NMP and specifically cautioned against replacing methylene chloride with NMP. In August 2018 California Department of Toxic Substances Control (DTSC) Safer Consumer Products program proposed to list Paint and Varnish Strippers and Graffiti Removers Containing NMP as a priority product citing (1) potential for human and other organism exposure to NMP in paint and varnish strippers and graffiti removers; and (2) the exposure has the potential to contribute to or cause significant or widespread adverse impacts. DTSC published a Product-Chemical Profile for Paint and Varnish Strippers and Graffiti Removers Containing NMP to support the listing. California Department of Public Health's Hazard Evaluation System and Information Service (HESIS) issued a Health Hazard Advisory on NMP in 2006 and updated the Advisory in June 2014. The Advisory is aimed at workers and employers at sites where NMP is used. |

7497

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

7498 ## A.3    International Laws and Regulations

7499

7500 **Table_Apx A-3. Regulatory Actions by Other Governments and Tribes**

| Country/Organization | Requirements and Restrictions |
|---|---|
| European Union | In 2011, NMP was listed on the Candidate list as a Substance of Very High Concern (SVHC) under regulation (EC) No 1907/2006 - REACH (Registration, Evaluation, Authorization and Restriction of Chemicals).<br><br>In March 2017, NMP was included in the public consultation of chemicals recommended for inclusion in Annex XIV of the European Chemicals Agency (ECHA) under Annex (Authorisation list) of regulation (EC) No 1907/2006 - REACH (Registration, Evaluation, Authorization and Restriction of Chemicals).<br><br>In 2013, the Netherlands submitted a proposal under REACH to restrict manufacturing and all industrial and professional uses of NMP where workers' exposure exceeds a level specified in the restriction (European Chemicals Agency (ECHA) database. Accessed April 18, 2017).<br><br>On April 18, 2018, the European Union added NMP to REACH Annex XVII, the restricted substances list. The action specifies three conditions of restriction. The conditions are: 1) NMP shall not be placed on the market as a substance on its own or in mixtures in concentrations greater than 0.3% after May 9, 2020, unless manufacturers, importers and downstream users have included chemical safety reports and safety data sheets with Derived No-Effect Levels (DNELs) relating to workers' exposures of 14,4 $mg/m^3$ for exposure by inhalation and 4,8 mg/kg/day for dermal exposure; 2) NMP shall not be manufactured, or used, as a substance on its own or in mixtures in a concentration equal to or greater than 0.3% after May 9, 2020 unless manufacturers and downstream users take the appropriate risk management measures and provide the appropriate operational conditions to ensure that exposure of workers is below the DNELs specified above: and 3) the restrictions above shall apply from May 9, 2024 to placing on the market for use, or use, as a solvent or reactant in the process of coating wires. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Country/Organization | Requirements and Restrictions |
|---|---|
| Australia | NMP was assessed under Human Health Tier III of the Inventory Multi-tiered Assessment and Prioritisation (IMAP) (National Industrial Chemicals Notification and Assessment Scheme, NICNAS, 2017, Human Health Tier III assessment for 2-Pyrrolidinone, 1methyl-. Accessed April,18 2017). |
| Japan | NMP is regulated in Japan under the following legislation:<br>• Act on the Evaluation of Chemical Substances and Regulation of their Manufacture, etc. (Chemical Substances Control Law)<br>• Industrial Safety and Health Act<br>(National Institute of Technology and Evaluation (NITE) Chemical Risk Information Platform (CHIRP). Accessed April 18, 2017). |
| European Union and Australia, Austria, Belgium, Canada (Ontario), Denmark, Finland, France, Germany, Ireland, Italy, Latvia, New Zealand, Poland, Spain, Sweden, Switzerland, The Netherlands, Turkey and the United Kingdom. | Occupational exposure limits for NMP (GESTIS International limit values for chemical agents (Occupational exposure limits, OELs) database. Accessed April 18, 2017). |

7501

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# Appendix B       LIST OF SUPPLEMENTAL DOCUMENTS

1. Associated Systematic Review Data Quality Evaluation and Data Extraction Documents – Provides additional detail and information on individual study or data evaluations and data extractions including criteria and scoring results.

    a. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Data Quality Evaluation of Environmental Fate and Transport Studies. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019i)

    b. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Data Quality Evaluation of Physical Chemical Properties Studies. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019a)

    c. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Data Quality Evaluation of Environmental Release and Occupational Exposure Data. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019k)

    d. *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1-Methyl-) Systematic Review Supplemental File: Data Quality Evaluation of Environmental Release and Occupational Exposure Data- Common Sources. Docket EPA-HQ-OPPT-2019-0236.* (U.S. EPA, 2019l)

    e. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Data Quality Evaluation of Consumer and General Population Exposure Studies. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019h)

    f. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Data Quality Evaluation of Ecological Hazard Studies. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019j)

    g. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Data Quality Evaluation of Human Health Hazard Studies- Animal Studies. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019m)

    h. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Data Quality Evaluation of Epidemiological Studies. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019n)

    i. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Updates to the Data Quality Criteria for Epidemiological Studies.* (U.S. EPA, 2019t)

    j. *Risk Evaluation for N-Methylpyrrolidone (NMP), Systematic Review Supplemental File: Data Extraction Tables for Epidemiological Studies. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019s)

2. *Risk Evaluation for N-Methylpyrrolidone (NMP), Supplemental Information on Occupational Exposure Assessment. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019g) – Provides additional details and information on the occupational exposure assessment including PBPK modeling inputs and air concentration model equations, inputs, and outputs.

3. *Risk Evaluation for N-Methylpyrrolidone (NMP), Supplemental Information on Consumer Exposure Assessment. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019b) – Provides

7545    additional details and information on the consumer exposure assessment, including Consumer
7546    Exposure Model (CEM) approach, inputs and sensitivity analysis.

7547    4.  *Risk Evaluation for N-Methylpyrrolidone (NMP), Benchmark Dose Modeling Supplemental File.*
7548    *Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019f) – Provides additional details and results
7549    of the benchmark dose modeling of the human health hazard endpoints.
7550

7551    5.  *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental*
7552    *Excel File on Occupational Risk Calculations. Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA,
7553    2019q)

7554    6.  *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental*
7555    *Information on Consumer Exposure Assessment, Consumer Exposure Model Input Parameters.*
7556    *Docket EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019c)

7557    7.  *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental*
7558    *Information on Consumer Exposure Assessment, Consumer Exposure Model Outputs. Docket*
7559    *EPA-HQ-OPPT-2019-0236* (U.S. EPA, 2019d)

7560    8.  *Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1 Methyl-) (NMP), Supplemental*
7561    *Information on Consumer Exposure Assessment PBPK Model Inputs and Outputs. Docket EPA-*
7562    *HQ-OPPT-2019-0236* (U.S. EPA, 2019e)

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

7563 # Appendix C    FATE AND TRANSPORT

7564

7565 ***EPI Suite™ Model Inputs***

7566

7567 To set up EPI Suite™ for estimating fate properties of NMP, NMP was identified using the "Name Lookup" function. The physical-
7568 chemical properties were input based on the values in Table 1-1. EPI Suite™ was run using default settings (i.e., no other parameters
7569 were changed or input).

7570



7571
7572 **Figure_Apx C-1. EPI Suite Model Inputs for Estimating NMP Fate and Transport Properties**
7573
7574
7575 **Environmental Fate Study Summary for N-Methyl-2-pyrrolidone (NMP)**
7576

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

7577    **Table_Apx C-1. Biodegradation Study Summary for N-Methylpyrrolidone**

| Study Type (year) | Initial Concentration | Inoculum Source | (An)aerobic Status | Duration | Result | Comments | Affiliated Reference | Data Quality Evaluation results of Full Study Report |
|---|---|---|---|---|---|---|---|---|
| Water | | | | | | | | |
| Other; Degradation kinetics of NMP in liquid culture under various parameters | ≥500 to ≤2000 mg/L | activated sludge, industrial, adapted | aerobic | 28h | Biodegradation parameter: half-life: 50%/5.05h | The reviewer agreed with this study's overall quality level. | (Cai et al., 2014) | High |
| Other; Semi-continuous activated sludge test following ASTM (1975) procedure for biodegradation of synthetic detergents | 100 ppm | activated sludge, domestic (adaptation not specified) | aerobic | 7d | Biodegradation parameter: percent removal: 95%/7d after 5-day incremental acclimation period (primary biodegradation; complete mineralization not observed) | The reviewer agreed with this study's overall quality level. | (Chow and Ng, 1983) | High |
| Other; Static die-away test similar to the method recommended by the British Standard Technical Committee of Synthetic Detergents | 100 ppm | activated sludge, domestic (adaptation not specified) | aerobic | 14d | Biodegradation parameter: COD: 45%/14d; Biodegradation parameter: percent removal: 95%/14d | The reviewer agreed with this study's overall quality level. | (Chow and Ng, 1983) | High |
| Other; Non-guideline and GLP compliant study. | 100 mg/L | Activated sludge from: (1) a municipal wastewater treatment plant in Zlin, Czech Republic and (2) an industrial | aerobic | 4d | Biodegradation parameter: oxygen consumption: 50%/4d | The reviewer agreed with this study's overall quality level. | (ECHA, 2017b) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Study Type (year) | Initial Concentration | Inoculum Source | (An)aerobic Status | Duration | Result | Comments | Affiliated Reference | Data Quality Evaluation results of Full Study Report |
|---|---|---|---|---|---|---|---|---|
| | | WTP in Slovenska Lupca, Slovak Republic (pharmaceutical production) | | | | | | |
| Other; semi-continuous system | 92-200 mg/L | Activated sludge (adaptation not specified) from the Fukashiba Joint Waste Water Treatment Plant | aerobic | 24h | Biodegradation parameter: TOC: 92% Biodegradation parameter: percent DOC: 94% Biodegradation parameter: percent removal: >98% | The reviewer agreed with this study's overall quality level. Also reviewed in HERO ID 4140473. | (Matsui et al., 1975) | High |
| Other; acclimated and unacclimated sludge, static and continuous flow | 300-1000 mg/L | acclimated and unacclimated sewage sludge | aerobic | 18h hydraulic residence time in continuous cells | Biodegradation parameter: percent removal: 98% | The reviewer agreed with this study's overall quality level. Primary source cited "Lube Solvents No Threat to Waste Treatment" E.H. Rowe and L.F. Tullos, Jr., Hydrocarbon Processing, 59, p. 63-65 (October 1980). | (BASF, 1998) | Medium |
| Other; not reported | 1000 mg/L | activated sludge, non-adapted | aerobic | Adaptation phase of 3.5 days for non- | Biodegradation parameter: COD: >90% | The reviewer agreed with this study's overall quality level. | (BASF, 1998) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Study Type (year) | Initial Concentration | Inoculum Source | (An)aerobic Status | Duration | Result | Comments | Affiliated Reference | Data Quality Evaluation results of Full Study Report |
|---|---|---|---|---|---|---|---|---|
| | | | | acclimated activated sludge | | Primary source cited: R. Zahn and H.Z. Wellens Wasser Abwasser Forschung 13, 1 (1980). | | |
| Other; coupled-units | Not reported | activated sludge (adaptation not specified) | not specified | 4-12 wks | Biodegradation parameter: DOC: 99% | The reviewer agreed with this study's overall quality level. Primary source cited: A Correlation Study of Biodegradability Determinations with Various Chemicals in Various Tests" P. Gerike and W.K. Fischer Ecotoxicity and Environmental Safety 3, 159 (1979). | (BASF, 1998) | Medium |
| Other; OECD-screening, test not specified | Not reported | Not reported | not specified | Not reported | Biodegradation parameter: DOC: 99% | The reviewer agreed with this study's overall quality level. Primary source cited: A Correlation Study of Biodegradability Determinations with Various Chemicals in Various Tests" P. Gerike and W.K. Fischer Ecotoxicity and Environmental | (BASF, 1998) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Study Type (year) | Initial Concentration | Inoculum Source | (An)aerobic Status | Duration | Result | Comments | Affiliated Reference | Data Quality Evaluation results of Full Study Report |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Safety 3, 159 (1979). | | |
| Other; EPA OPPTS 835.3200 (Zahn-Wellens / EMPA Test) | Not reported | Not reported | not specified | 28d | Biodegradation parameter: DOC: 98% | The reviewer agreed with this study's overall quality level. Primary source cited: A Correlation Study of Biodegradability Determinations with Various Chemicals in Various Tests" P. Gerike and W.K. Fischer Ecotoxicity and Environmental Safety 3, 159 (1979). | (BASF, 1998) | Medium |
| Other; EPA OPPTS 835.3110 (Ready Biodegradability) | Not reported | Not reported | not specified | 28d | Biodegradation parameter: DOC: 97% | The reviewer agreed with this study's overall quality level. Primary source cited: A Correlation Study of Biodegradability Determinations with Various Chemicals in Various Tests" P. Gerike and W.K. Fischer Ecotoxicity and Environmental Safety 3, 159 (1979). | (BASF, 1998) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Study Type (year) | Initial Concentration | Inoculum Source | (An)aerobic Status | Duration | Result | Comments | Affiliated Reference | Data Quality Evaluation results of Full Study Report |
|---|---|---|---|---|---|---|---|---|
| Other; EPA OPPTS 835.3100 (Aerobic Aquatic Biodegradation) | Not reported | Not reported | not specified | Not reported | Biodegradation parameter: DOC: 95% | The reviewer agreed with this study's overall quality level. The source is a summary document that references "A Correlation Study of Biodegradability Determinations with Various Chemicals in Various Tests" P. Gerike and W.K. Fischer Ecotoxicity and Environmental Safety 3, 159 (1979). | (BASF, 1998) | Medium |
| OECD Guideline 301 C (Ready Biodegradability: Modified MITI Test (I)); Reported as Japanese MITI test | Not reported in secondary source | activated sludge, domestic (adaptation not specified) | aerobic | 28d | Biodegradation parameter: BOD: 73%/28d | The reviewer agreed with this study's overall quality level. | (Toxicology and Regulatory Affairs, 2003) | Medium |
| Other; Biodegradation of NMP in municipal sewage under static and flow-through conditions and influence of NMP concentrations on non-adapted sludge | $\geq$50 to $\leq$20000 g/L | activated sludge, adapted | aerobic | $\leq$206h | Biodegradation parameter: theoretical oxygen uptake: 52-93%/$\leq$206h | The reviewer downgraded this study's overall quality rating. They noted: Analytical methods were unclear which limits interpretation of the study results. | (Gomolka and Gomolka, 1981) | Medium |
| Soil | | | | | | | | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Study Type (year) | Initial Concentration | Inoculum Source | (An)aerobic Status | Duration | Result | Comments | Affiliated Reference | Data Quality Evaluation results of Full Study Report |
|---|---|---|---|---|---|---|---|---|
| Other; Non-guideline laboratory test | 1.7 mg/kg | three types of soils (clay, loam, and sand) | Not specified | 3 months | Biodegradation parameter: elimination half-life: 4.0 to 11.5d (soil); 4.0, 8.7, and 11.5d (clay, loam and sand) Biodegradation parameter: percent removal: ≥90%/21d | The reviewer agreed with this study's overall quality level. | (ECHA, 2017a) | Medium |

7578

7579 **Table_Apx C-2. Photolysis Study Summary for N-Methyl-2-pyrrolidone**

| Study Type (year) | Wavelength Range | Duration | Result | Comments | Affiliated Reference | Data Quality Evaluation results of Full Study Report |
|---|---|---|---|---|---|---|
| Air | | | | | | |
| Other; Rate constants for atmospheric reactions of 1-methyl-2-pyrrolidinone with OH radicals, NO$_3$ radicals, and O$_3$ measured and products of the OH radical and NO$_3$ radical reactions investigated | >300 nm | 8-25 min | Photodegradation parameter: indirect photolysis: rate constant: for reaction with OH radicals: $(2.15 +/- 0.36)E-11$ cm$^3$ molecule$^{-1}$ s$^{-1}$; Reaction with NO$_3$ radicals: $(1.26 +/- 0.40)E-13$ cm$^3$ molecule$^{-1}$ s$^{-1}$ | The reviewer agreed with this study's overall quality level. | (Aschmann and Atkinson, 1999) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Study Type (year) | Wavelength Range | Duration | Result | Comments | Affiliated Reference | Data Quality Evaluation results of Full Study Report |
|---|---|---|---|---|---|---|
| Other; Photochemical Reaction with OH Radicals | | | Photodegradation parameter: indirect photolysis: half-life for reaction with OH radicals (QSAR): 17.51 hours | The reviewer agreed with this study's overall quality level. | (ECHA, 2017c) | High |
| Water | | | | | | |
| Photocatalytic decomposition in aqueous solution using light sources of UVA, UVC, and UVLED | 254 nm to 385 nm | 120 min | Photodegradation parameter: indirect photolysis w/ and w/o catalyst: rate constant: 0.0125 min$^{-1}$ to 0.0454 min$^{-1}$ | Study performed in the presence of catalyst or at wavelengths not relevant to environmental conditions. | (Aliabadi et al., 2012) | Unacceptable |

7580
7581

| HERO ID | Reference |
|---|---|
| 3577230 | Chow, S. T., Ng, T. L. The Biodegradation Of N-methyl-2-pyrrolidone In Water by Sewage Bacteria. Water Research. 1983. 17:117-118. |
| 1583365 | Aliabadi, M., Ghahremani, H., Izadkhah, F., Sagharigar, T. Photocatalytic Degradation of N-methyl-2-pyrrolidone In Aqueous Solutions Using Light Sources of UVA, UVC and UVLED. Fresenius Environmental Bulletin. 2012. 21:2120-2125. |
| 3970767 | ECHA. Biodegradation in soil: 1-methyl-2-pyrrolidone. 2017. |
| 3970766 | ECHA. Biodegradation in water: screening tests: 1-methyl-2-pyrrolidone. 2017. |
| 3576998 | Cai S, hu, Cai T, Liu S, et al. 2014. Biodegradation of N-methylpyrrolidone by Paracoccus sp. NMD-4 and its degradation pathway. International Biodeterioration & Biodegradation 93:70-77. http://doi.org/10.1016/j.ibiod.2014.04.022. http://dx.doi.org/10.1016/j.ibiod.2014.04.022. |
| 1721939 | Aschmann, S. M., Atkinson, R Atmospheric chemistry of 1-methyl-2-pyrrolidinone. Atmospheric Environment. 1999. 33:591-599. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| HERO ID | Reference |
|---------|-----------|
| 3970781 | ECHA. Phototransformation in air: 1-Methyl-2-pyrrolidone. 2017. |
| 3970220 | Toxicology Regulatory Affairs. 2-Pyrrolidone. 2003. |
| 3577684 | Gomolka, B., Gomolka, E THE EFFECT OF N-METHYLPYRROLIDONE (NMP) ON THE ACTION OF ACTIVATED-SLUDGE. Acta Hydrochimica et Hydrobiologica. 1981. 9:555-572. |
| 4140473 | BASF. (1998). N-methyl pyrrolidone biodegradability. |

7582
7583

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

# Appendix D    RELEASES TO THE ENVIRONMENT

### Systematic Review for Environmental Exposures

During problem formulation, it was determined that the aquatic exposure pathway would not be further analyzed for NMP. The PECO was updated accordingly and all of the "on-topic" studies that entered the process were screened out at Level 3, prior to data evaluation. However, "on-topic" exposure literature for NMP did follow the systematic review process. 132 references were identified as "on-topic" and subjected to an initial title/abstract screen (Level 1) and proceeded to full-text screening (Level 2 and 3). 29 references proceeded to a "Gateway" screen (Level 3), intended to consider alignment with the current PECO. Only 22 references that entered Level 3 moved forward to data evaluation (Level 4).

### First-tier Aquatic Exposure Assessment for NMP

EPA used data from EPA's Toxics Release Inventory (TRI) to estimate NMP concentrations released to ambient water by discharging facilities. This "first-tier" exposure assessment was used to derive conservative estimates of NMP surface water concentrations near facilities that reported the highest NMP water releases. EPA identified the top 12 industries reporting the highest NMP water releases and used the reported information to estimate surface water concentrations based on the 2015 TRI data and EPA's Exposure and Fate Assessment Screening Tool, Version 2014. The environmental release data used for this first-tier aquatic exposure assessment and reported in the NMP Problem Formulation can be found in Table_Apx D-1 (U.S. EPA, 2018c).

**Table_Apx D-1. Summary of NMP TRI Releases to the Environment in 2015 (lbs)**

| | Number of Facilities | Air Releases | | Water Releases | Land Disposal | | | Other Releases [b] | Total Releases [c] |
| | | Stack Air Releases | Fugitive Air Releases | | Class I Under-ground Injection | RCRA [a] Subtitle C Landfills | All other Land Disposal [b] | | |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal | | 887,309 | 546,060 | | 3,625,939 | 93,217 | 2,737,671 | | |
| Total | 396 | 1,433,370 | | 14,092 | 6,456,827 | | | 228,099 | 8,132,388 |

Data source: 2015 TRI Data (updated October 2018) (U.S. EPA, 2017f).
[a] RCRA (Resource Conservation and Recovery Act)
[b] Terminology used in these columns may not match the more detailed data element names used in the TRI public data and analysis access points.
[c] These release quantities do include releases due to one-time events not associated with production such as remedial actions or earthquakes.

### Surface Water Concentrations

Surface water concentrations were estimated for multiple scenarios using E-FAST 2014, which can be used to estimate site-specific surface water concentrations based on estimated loadings of NMP into receiving water bodies. For TRI, the facilities' reported release quantities can be based on estimates from monitoring data or measurements (i.e., continuous, random, or periodic), mass balance calculations, published or site-specific emission factors, or other approaches such as engineering calculations or best engineering judgment. E-FAST 2014 incorporates stream dilution at the point of release using stream flow distribution data contained within the model. Site-specific stream flow data

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

7616 are applied using a National Pollutant Discharge Elimination System (NPDES) code. If a specific
7617 discharger's NPDES code could not be identified within the E-FAST database, a surrogate site or
7618 generic Standard Industrial Classification (SIC) code was applied.
7619
7620 EPA considered multiple scenarios to estimate NMP concentrations in surface water resulting from
7621 industrial discharges. Using the 2015 TRI data and EPA's first-tier, Probabilistic Dilution Model (PDM)
7622 within the EPA Exposure and Fate Assessment Screening Tool (E-FAST), facilities reporting the largest
7623 releases of NMP were modeled based on the assumption of 12 or 250 days of release. The 12-day
7624 release scenario represents an acute exposure scenario wherein periodic maintenance and cleaning
7625 activities could result in monthly releases. The 250-day release scenario represents a chronic exposure
7626 scenario in which standard operations may result in continuous, or more protracted discharges of NMP.
7627 Six facilities reported direct discharges of NMP to surface waters and seven facilities reported transfer
7628 of NMP to a municipal treatment facility also known as a Publicly Owned Treatment Works (POTW)
7629 facility for treatment and discharge into surface waters.
7630
7631 EPA did not identify water monitoring data for NMP during its review of the national surface water
7632 monitoring database. The 2015 TRI data on direct and indirect environmental releases were used to
7633 estimate NMP concentrations in surface water. Direct releases represent environmental releases of NMP
7634 that are discharged directly from a facility into a receiving water body (after treatment), whereas indirect
7635 releases are releases from the POTW where the facility has transferred NMP. The POTW releases are
7636 discharges to surface water that occur following treatment. EPA used an estimated removal rate of 92%
7637 in estimating NMP remaining in treated wastewater from indirect POTW discharges. Because TRI
7638 reported facility direct releases are the amounts at discharge, EPA estimates of surface water
7639 concentrations did not account for any additional treatment by an onsite system. The predicted surface
7640 water concentrations presented in below Table_Apx D-2 are associated with a low flow – 7Q10,
7641 which is an annual minimum seven-day average stream flow over a ten-year recurrence interval. No
7642 post-release degradation or removal mechanisms (e.g., hydrolysis, aerobic degradation, photolysis,
7643 volatilization) are applied in the calculation of the modeled surface water concentrations.
7644
7645 For the facility transferring NMP waste to the POTW in Pensacola, Florida, the POTW diverts 85% of
7646 its treated wastewater for reuse in other industrial facilities as process water. Only 15% of the treated
7647 wastewater is discharged into the receiving water of Perdido Bay. EPA therefore, estimated the NMP
7648 stream/receiving water concentration based on 15% of total NMP-containing treated wastewater
7649 discharged.
7650
7651 To capture "high-end" surface water concentrations, EPA compiled the release data for six facilities that
7652 reported the largest NMP direct water releases. This represented > 99% of the total volume of NMP
7653
7654 **Table_Apx D-2. Estimated NMP Surface Water Concentrations[a]**

| Top Facility Discharges (2015) | | Onsite NMP Wastewater Releases[a] (lbs/yr) | NMP Transfers to Offsite POTW[a] (lbs/yr) | PDM; input loadings (kg/site/day) | | PDM; stream NMP concentrations | |
|---|---|---|---|---|---|---|---|
| Facility Location | State | | | 12 day scenario | 250 day scenario | 12 day (µg/L) | 250 day (µg/L) |
| Wilmington | NC | 8,987 | 0 | 339.71 | 16.31 | 224.00 | 10.75 |
| Richmond | VA | 4,602 | 0 | 173.96 | 8.35 | 119.70 | 5.75 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Essex Junction | VT | 451 | 0 | 17.05 | 0.82 | 44.49 | 2.14 |
| Bradford | PA | 26.83 | 0 | 1.01 | 0.05 | 8.49 | 0.4 |
| Fort Wayne | IN | 22.1 | 0 | 0.84 | 0.04 | 5.56 | 0.27 |
| Wyandotte | MI | 2 | 62.83 | 0.08 | 0.00 | 0.0011 | 0.14 |
| Westborough | MA | | 100,606 | | 183 | | 863 |
| Wilmington | MA | | 533,525 | | 968 | | 60 |
| Pensacola | FL | | 154,798 | | 281 | | 878[b] |
| Saint Louis | MO | | 150,011 | | 272 | | 636 |
| Aloha | OR | | 170,000 | | 308 | | 499 |
| Hillsboro | OR | | 510,000 | | 925 | | 1,496 |

[a] From 2015 Toxics Release Inventory (TRI)

[b] Wastewater influent has undergone pretreatment and is treated again at this POTW.

reported as a direct discharge to surface water during the 2015 TRI reporting period. Since there were many more facilities reporting indirect releases of NMP to surface water, seven of the facilities reporting the largest indirect water releases (representing ~ 11% of the total number of facilities reporting indirect discharges) were compiled. The volume of NMP released from these facilities encompassed more than 68% of the total volume of NMP reported as an indirect discharge to surface water.

The "high-end" surface water concentrations (i.e., those obtained assuming a low stream flow for the receiving water body) from all PDM runs ranged from 1.1E-03 µg/L to 224 µg/L, for the acute (i.e., fewer than 20 days of environmental releases per year) and 0.14 µg/L to 1,496 µg/L chronic exposure scenario (i.e., more than 20 days of environmental releases per year assumed), respectively. The maximum acute scenario concentration was 224 µg/L and the maximum chronic scenario concentration was 1,496 µg/L. Comparing these concentrations with the respective aquatic ecological concentrations of concern of 246 ug/L for acute and 1,768 ug/L for chronic results in no exceedances (see Table 4-1). EPA does not anticipate a concern to aquatic organisms from NMP discharges to surface waters.

EPA did not evaluate the human health concerns from NMP releases to surface water since drinking water, the main source of NMP exposure from surface water, is regulated via the EPA Office of Water Contaminant Candidate List (CCL 3).

# Appendix E      OCCUPATIONAL EXPOSURES

Section E.1 contains information gathered by EPA in support of understanding glove use for pure NMP and for using NMP-containing formulations.

## E.1      Information on Gloves for Pure NMP and for Formulations containing NMP

Section E.1.1 contains information gathered by EPA in support of understanding glove use for pure NMP and for paint and coatings removal using NMP formulations. Section E.1.2 contains information on gloves and respirators from Safety Data Sheets (SDS) for NMP and NMP-containing Products.

### E.1.1      Specifications for Gloves for Pure NMP and in Paint and Coating Removal Formulations containing NMP

Section E.1.1 contains information gathered by EPA in support of understanding glove use for pure NMP and for paint and coatings removal using NMP formulations (EPA-HQ-OPPT-2016-0231-0200). This information may be generally useful for a broader range of uses of NMP and is presented for illustrative purposes.

*Summary on Suitable Gloves for Pure NMP and in Formulations*

For scenarios where gloves can provide protection to achieve benchmark MOEs, gloves should be tested to determine whether they are protective against the specific formulation of the product that contains NMP. Several studies found in the literature indicate that the best types of glove material to protect against dermal exposure to pure NMP are Silver Shield, Butyl Rubber and Ansell Barrier laminate film. The next best types of glove among those studied to use for NMP exposure would be Neoprene and Natural Rubber/Latex. Among the studies, Silver Shield provided the best protection against NMP, whether it was in pure form or part of a tested formulation. Detailed information on these and other glove types which were evaluated for their permeation characteristics against NMP are provided below. The cited studies' results may be a good starting point for determining glove types to consider for glove testing.

*Gloves for Pure NMP*

There are many factors that determine proper chemical-resistant glove selection. In addition to the specific chemical(s) utilized, the most important factors include duration, frequency, and adversity of chemical exposure. The degree of dexterity required for the task and associated physical stress to the glove are also significant considerations. The manner in which employees are able to doff the various glove types to best prevent skin contamination is also important but sometimes overlooked.

Generally, dermal exposures to the solvents in paint and coating removal formulations may be assumed to be frequent or lengthy and may result in significant exposure. These assumptions affect the proper choice of glove type and errs on the side of caution, which is advised for any personal protective

7725  equipment (PPE) decision since PPE is the last line of defense against exposure in an industrial
7726  hygienist's hierarchy of controls.

7727  Table_Apx E-1 below summarizes commonly used industrial hygiene literature (e.g., glove selection
7728  guides, manufacturer publications, etc.) and capture the highest rated glove types from each reference.
7729  Consideration of all factors (breakthrough time, qualitative indicator (QI), and other issues raised in the
7730  comments field) allow an overall determination of effectiveness.

7731  **Table_Apx E-1. Glove Types Evaluated for Pure N-Methylpyrrolidone (NMP)**

| Reference | Glove type | Breakthrough Time | Qualitative Indicator | Comments |
|-----------|-----------|-------------------|----------------------|----------|
| 1 | Ansell Barrier (Laminate Film) Glove | >480 mins | Very well suited | Degradation rate: Good-Excellent. Permeation rate: Excellent |
| | Natural Rubber | 75 mins | Very well suited | Degradation rate: Excellent. Permeation rate: Very Good |
| | Butyl | >480 mins | Very well suited | Degradation rate: Excellent |
| 2 | Neoprene over Natural Rubber (Best Chem Master) | >480 mins | Safest, best selection | Highest rating attainable |
| | Butyl | >480 mins | Safest, best selection | Highest rating attainable |
| | Neoprene (Chloroflex) | >480 mins | Safest, best selection | Highest rating attainable |
| 4 | Butyl | 8 hrs | Good for total immersion | Degradation rate: Excellent |
| | Natural Rubber | 1.26 hrs | Good for accidental splash protection and intermittent contact | Degradation rate: Fair |
| | Nitrile | 1.45 hrs | Good for accidental splash protection and intermittent contact | Degradation rate: Fair |
| 8 | Neoprene | 226 mins | Used for high chemical exposure | Specific glove evaluated is Chem Ply N-440 |
| | Natural Latex / Neoprene / Nitrile | 50 mins | Used for repeated chemical contact | Specific glove evaluated is Trionic O-240 |
| 10 | Silver Shield (North) | Not Provided | Recommended | Silver Shield and Butyl rubber gloves are the only two glove types recommended by this source |
| | Butyl | Not Provided | Recommended | |

7732

7733  Based on the information from Table_Apx E-1, the three best types of glove material to protect against
7734  pure NMP dermal exposure are Silver Shield, Butyl Rubber and Ansell Barrier laminate film. The next
7735  best types of glove to use for pure NMP exposure would be Neoprene and Natural Rubber/Latex. As
7736  mentioned previously, Silver Shield gloves do not provide acceptable dexterity for most workers, so

7737   they are commonly worn as a base glove with a tighter-fitting glove (e.g. latex) over the top.
7738   Alternatively, Butyl Rubber or Ansell Barrier laminate film gloves could be worn and would provide
7739   significant protection.

7740   *Key Points and Examples for Paint and Coating Removal Formulations*

7741   The U.S. EPA's Safety, Health and Environmental Management Division's (SHEMD) Guideline 44
7742   (Personal Protective Equipment) states that when working with mixtures and formulated products, the
7743   chemical component with the shortest break-through time must be considered when determining the
7744   appropriate glove type for protection against chemical hazards unless specific test data are available
7745   (SHEMD 2004). Additionally, an industrial hygienist will consider the formulation's chemical
7746   properties, including the highest hazard component of the formulation, and whether individual
7747   components produce synergistic degradation effects. Typically, specific test data for formulations are
7748   not available and best judgment, based on these considerations provides the basis for glove type
7749   selection. However, in this case there are a few publications that specifically address glove types for use
7750   with methylene chloride and NMP as part of paint and coating removal formulations.

7751   In early 2002, an article entitled "A Comparative Analysis of Glove Permeation Resistance to Paint
7752   Stripping Formulations" (Stull et al., 2002) specifically examined which glove types provide the best
7753   protection to users of commercial paint and coating removal products. Twenty different glove types
7754   were evaluated for degradation and resistance to permeation under continuous and/or intermittent
7755   contact with seven different paint and coating removal formulations in a multiple-phase experiment.
7756   Paint and coating removal formulations included some that were methylene chloride-based and others
7757   that were NMP-based. The study found that gloves made of Plastic Laminate (e.g. Silver Shield) resisted
7758   permeation by the majority of paint and coating removal while Butyl Rubber provided the next best
7759   level of permeation resistance against the majority of formulations. However, Butyl Rubber gloves did
7760   show rapid permeation for methylene chloride-based formulations and would not be recommended for
7761   methylene chloride. It should be noted that PVA gloves, shown to be effective against pure methylene
7762   chloride, were not evaluated. Interestingly, more glove types resisted permeation of NMP-based
7763   formulations than conventional solvent-based products such as methylene chloride. The results showed
7764   that relatively small-molecule, volatile, chemical-based solvents cause somewhat more degradation and
7765   considerably more permeation of glove types as compared with NMP-based formulations against the
7766   same gloves. Key conclusions include the following: "However, paint stripper formulations represent
7767   varying multichemical mixtures and, ultimately, commercial paint strippers must be individually
7768   evaluated for permeation resistance against selected gloves" (Stull et al., 2002), and, "because of several
7769   potential synergistic effects well established in the literature and in this study for mixture permeation, it
7770   is highly recommended that glove selection decisions be based on testing of the commercial paint
7771   stripper against the specific glove in question" (Stull et al., 2002).

7772   Another study from in 2007 entitled "Protective Glove Selection for Workers using NMP-Containing
7773   Products: Graffiti Removal" essentially came to the same conclusion; of the gloves studied Silver Shield
7774   gloves provide the best protection against NMP-based paint and coating removal formulations (Health
7775   and Safety Laboratory, 2007). The study states that "Butyl gloves, used with caution would be a second
7776   choice" (Health and Safety Laboratory, 2007). The increased dexterity and robustness of Butyl gloves
7777   were noted as an advantage of Butyl over Silver Shield. Key recommendations include that gloves

7778   should be "tested against all relevant chemical formulations as a matter of routine in order to inform
7779   glove selection" (Health and Safety Laboratory, 2007) and "assumptions of glove choice based on the
7780   use of model compounds or similar formulations should be made with extreme caution (Health and
7781   Safety Laboratory, 2007)." Additionally, Crook recommended that "The BS EN 374-3 continuous
7782   contact test and its successors should remain the benchmark for chemically protective glove type
7783   decisions" (Health and Safety Laboratory, 2007).

7784   **In summary, these studies indicate that glove permeation continuous contact testing of each**
7785   **formulation is necessary to provide proper protection.** These studies' results may be a good starting
7786   point for determining glove types to consider for permeation testing. The studies found that among
7787   gloves tested Silver Shield provide the best protection against both methylene chloride and NMP,
7788   whether they are in pure form or as part of a tested formulation. The best alternative for protection
7789   against methylene chloride would be PVA gloves, while the best alternative for NMP protection would
7790   be Butyl Rubber gloves. A more task-specific decision on appropriate glove type selection could be
7791   made through employee interviews and observation of tasks using methylene chloride- or NMP-
7792   containing products.

7793

### E.1.2   Information on Gloves and Respirators from Safety Data Sheets (SDS) for NMP and NMP-containing Products

7796   EPA reviewed safety data sheets (SDSs) for neat NMP and products containing NMP for information on
7797   glove and respiratory protection. Specifically, EPA reviewed SDSs for each occupational exposure
7798   scenario assessed in Section 2.4.1.2. EPA compiled the recommended glove materials and respiratory
7799   protection for each occupational exposure scenario from the reviewed SDSs (total of 21 SDSs were
7800   reviewed) in Table_Apx E-2. For neat NMP and NMP-containing products, the SDSs recommend a
7801   variety of glove materials, including butyl rubber (8 SDSs), nitrile rubber (9 SDSs), neoprene (8 SDSs),
7802   natural rubber (4 SDSs), polyvinyl chloride (PVC) (4 SDSs), latex (2 SDSs), and Teflon (1 SDS). Note
7803   that many of the reviewed SDSs included multiple glove material recommendations. Almost half of the
7804   reviewed SDSs indicated that respiratory protection was not needed under normal conditions with
7805   adequate ventilation, unless exposure limits are exceeded or workers experience irritation or other
7806   symptoms (10 of 21 SDSs). Three SDSs recommend the use of respirators with organic vapor cartridges.
7807   Four SDSs recommend the use of particulate filters in instances where mist or dusts may form while
7808   using the NMP-containing product. Four SDSs recommend the use of a self-contained breathing
7809   apparatus (SCBA) for emergency situations, such as spills, that can create intensive or prolonged
7810   exposure. Note that many of the reviewed SDSs included respiratory protection recommendations, based
7811   on the exposure scenario (i.e., normal use, emergency, potential for mist or dust).

7812

7813

7814 **Table_Apx E-2. Recommended Glove Materials and Respiratory Protection for NMP and NMP-Containing Products from Safety**
7815 **Data Sheets**
7816

| Applicable Occupational Exposure Scenario | Material, NMP wt.% | Recommended Glove Material | Recommended Respiratory Protection | Source |
|---|---|---|---|---|
| Manufacturing; Repackaging; Chemical Processing, Excluding Formulation; Incorporation into a Formulation, Mixture or Reaction Product; Laboratory Use | Neat, 99-100% | Butyl rubber | No specific respirator recommended. SDS indicates to use an approved respirator if exposure limits are exceeded. | (Tedia, 2011) |
| Manufacturing; Repackaging; Chemical Processing, Excluding Formulation; Incorporation into a Formulation, Mixture or Reaction Product; Laboratory Use | Neat, 99% | Nitrile rubber, neoprene, butyl rubber | Industrial uses: Organic gases and vapors filter Type A Brown conforming to EN14387. Laboratory Use: Half mask, Valve filtering; or, Half mask, plus filter | (Thermo Fisher, 2019) |
| Application of Paints, Coatings, Adhesives and Sealants | Mixture, >85% | Butyl rubber or Teflon gloves | If vapors or mists are generated, wear a NIOSH/MSHA approved organic vapor/mist respirator or an air supplied respirator as appropriate. Use only self-contained breathing apparatus for emergencies. | (AZEK, 2015) |
| Application of Paints, Coatings, Adhesives and Sealants | Mixture, <1% | Polymer laminate; nitrile gloves may be worn over polymer laminate gloves to improve dexterity | Half facepiece or full facepiece air-purifying respirator suitable for organic vapors and particulates. | (3M, 2018) |
| Application of Paints, Coatings, Adhesives and Sealants | Mixture, <1% | Nitrile gloves | No specific respirator recommended. SDS indicates to use an | (Ball, 2013) |

| Applicable Occupational Exposure Scenario | Material, NMP wt.% | Recommended Glove Material | Recommended Respiratory Protection | Source |
|---|---|---|---|---|
|  |  |  | approved respirator if exposure limits are exceeded. |  |
| Printing and Writing | Mixture, >15% | Neoprene, butyl, or nitrile rubber | No specific respirator recommended. SDS indicates to use an approved respirator if exposure limits are exceeded. | (Voxel8, 2015) |
| Printing and Writing | Mixture, 0-5% | Neoprene, butyl, or nitrile rubber gloves with cuffs | No specific respirator recommended. SDS indicates to use an approved respirator if exposure limits are exceeded. | (Novacentrix, 2016) |
| Metal Finishing [a] | Mixture, 1-5% | Rubber gloves | No specific respirator recommended. SDS indicates to use an approved respirator if exposure limits are exceeded. | (U.S. Chemical, 2012) |
| Metal Finishing [a]; Automotive Car Servicing (aerosol use) [b] | Mixture, unspecified NMP concentration | Nitrile or polyvinyl chloride (PVC) gloves | No specific respirator recommended. SDS indicates to use an approved respirator if exposure limits are exceeded. | (Simoniz, 2012) |
| Removal of Paints, Coatings, Adhesives, and Sealants | Mixture, 20-30% | Butyl Rubber | Half facepiece or full facepiece air-purifying respirator suitable for organic vapors. | (3M, 2014) |
| Removal of Paints, Coatings, Adhesives, and Sealants | Mixture, 41% | Use gloves chemically resistant to this material (Neoprene, Nitrile, PVC) | No specific respirator recommended. SDS indicates to use an | (TLS, 2016) |

| Applicable Occupational Exposure Scenario | Material, NMP wt.% | Recommended Glove Material | Recommended Respiratory Protection | Source |
|---|---|---|---|---|
| | | | approved respirator if exposure limits are exceeded. | |
| Cleaning | Mixture, 90-95% | PVC-lined, latex, or Nitrile gloves | Normal use: Use NIOSH approved respiratory protection. Emergency: Self-contained breathing apparatus, air-line respirator, full-face respirator | (Crest, 2011) |
| Cleaning | Mixture, 1-5% | Natural Latex or Rubber | Normal use: not required. Emergency: A2P2 - Combo filter: gas filter type A with medium capacity and a class P2 particle filter. | (Prestige, 2010) |
| Automotive Car Servicing (aerosol use) [b] | Mixture, 30-40% | Neoprene | No specific respirator recommended. SDS indicates to use an approved respirator if exposure limits are exceeded. | (Slide, 2018) |
| Electronics Manufacturing | Mixture, unspecified NMP concentration | Butyl rubber | In case of low exposure, use cartridge respirator. In case of intensive or longer exposure, use self-contained breathing apparatus. | (MicroChem, 2012) |
| Electronics Manufacturing | Mixture, 0-1% | Neoprene or natural rubber gloves if handling an open or leaking battery | Not necessary under normal conditions. | (Lenmar, 2014) |

| Applicable Occupational Exposure Scenario | Material, NMP wt.% | Recommended Glove Material | Recommended Respiratory Protection | Source |
|---|---|---|---|---|
| Soldering | Mixture, 1-3% | Nitrile rubber or natural rubber | When ventilation is not sufficient to remove fumes from the breathing zone, a safety approved respirator or self-contained breathing apparatus should be worn. | (Kester, 2017) |
| Fertilizer Application | Mixture, <1% | Neoprene gloves | Wear air supplied respiratory protection if exposure concentrations are unknown. In case of inadequate ventilation or risk of inhalation of dust, use suitable respiratory equipment with particle filter. | (Koch, 2011) |
| Fertilizer Application | Mixture, <10% | Chemical resistant gloves | Wear air supplied respiratory protection if exposure concentrations are unknown. In case of inadequate ventilation or risk of inhalation of mist, use suitable respiratory equipment with particle filter. | (Koch, 2018) |
| Wood Preservatives | Mixture, <1% | Chemical-resistant gloves (such as barrier laminate, butyl rubber, nitrile rubber, neoprene rubber, polyvinyl chloride, vitro) | No specific respirator recommended. SDS indicates to use an approved respirator if exposure limits are exceeded. | (Osmose, 2015) |

| Applicable Occupational Exposure Scenario | Material, NMP wt.% | Recommended Glove Material | Recommended Respiratory Protection | Source |
|---|---|---|---|---|
| Recycling and Disposal [c] | Reclaimed neat NMP, 99-100% | chemical resistant gloves | Use NIOSH-certified, air-purifying respirators with organic vapor cartridges when concentration of vapor or mist exceeds applicable exposure limits. Protection provided by air-purifying respirators is limited. | (Safety-Kleen, 2015) |

[a] These products are recommended for use on metal parts, but EPA does not know the extent to which these products may be used within the six operations listed under metal finishing at 40 CFR 433.10.
[b] These SDSs are for aerosol cleaning products. EPA does not know the extent to which these products are used in the automotive service industry.
[c] Saftey-Kleen is a waste management company; however, this SDS does not explicitly state that the NMP has been reclaimed.

7817

# Appendix F    CONSUMER EXPOSURES

## F.1    Overview of the E-FAST/CEM Model

The Exposure and Fate Assessment Screening Tool Version 2 (E-FAST2) Consumer Exposure Module (CEM) was selected for the consumer exposure modeling as the most appropriate model to use due to the lack of available emissions and monitoring data for NMP uses other than paint removers under consideration. Moreover, EPA did not have the input parameter data from specific NMP product chamber studies required to run more complex indoor air models for the consumer products under the scope of this assessment. CEM uses high-end input parameters/assumptions to generate conservative, upper-bound inhalation exposure estimates for aerosol spray products. The advantages of CEM are the following:

1. CEM model has been peer-reviewed.
2. CEM accommodates the inputs available for the products containing NMP in the indoor air model.
3. CEM uses the same calculation engine to compute indoor air concentrations from a source as the Multi-Chamber Concentration and Exposure Model (MCCEM) but does not require measured emission values (e.g. chamber studies).

### Modeling Air Concentrations and Inhalation Exposure

The model used a two-zone representation of a house to calculate the potential acute dose rate (mg/kg-bw/day) of NMP for users and non-users. Zone 1 represents the area where the consumer is using the product, whereas Zone 2 represents the remainder of the house. Zone 2 can be used for modeling passive exposure to non-users in the home (bystanders), such as children and the elderly.

The general steps of the calculation engine within the CEM model included:

1. Introduction of the chemical (i.e., NMP) into the room of use (Zone 1),
2. Transfer of the chemical to the rest of the house (Zone 2) due to exchange of air between the different rooms,
3. Exchange of house air with outdoor air and,
4. Summation of the exposure doses as the modeled occupant moves about the house

The chemical of concern (i.e., NMP) enters the room air through two pathways: (1) overspray of the product and (2) evaporation from a thin film. Six percent (6%) of the product was assumed to become instantly aerosolized (i.e. product overspray) and was available for inhalation.
The CEM model uses data from the evaporation of a chemical film to calculate the rate of the mass evaporating from the application surface covered during product use (DTIC, 1981). The model assumes air exchanges from the room of use (Zone 1) and the rest of the house (Zone 2) according to interzonal flow. The model also allows air exchange from the house (Zone 1 & 2) with the outdoor air.
EPA used the default activity pattern in CEM based on the occupant being present in the home for most of the day. As the occupants moved around the house in the model, the NMP air concentration would vary. The exposure to the calculated air concentrations were summed using CEM to estimate a potential 24-hr dose.

The potential inhalation acute dose rates (ADR pot) are computed iteratively by calculating the peak concentrations for each simulated 10-second interval and then summing the doses over 24 hrs. These calculations take into consideration the chemical emission rate over time, the volume of the house and the zone of use, the air exchange rate and interzonal airflow rate, the exposed individual's locations, body weights and inhalation rates during and after the product use. The reader is referred to the EPA's E-FAST2 website (http://www.epa.gov/tsca-screening-tools/e-fast-exposure-and-fate-assessment-screening-tool-version-2014) to obtain additional information about the model, including the model documentation and algorithms used (U.S. EPA, 2017a).

Thus, the user's exposure to NMP depends on their activity pattern (i.e., how much time using the product, as well as the time in the room of use or in the rest of the house) as to the concentration of NMP in the air within each of these areas. Based on the varying air concentrations estimated by the CEM model over a 24-hour period, EPA then used the PBPK model to estimate internal dose of NMP from inhalation.
Chronic exposure assessments were not performed for any of the consumer COUs because the frequency of product used is unlikely to present a concern for chronic exposure.

### *Modeling Dermal Exposure*
Since consumers do not always wear gloves when using consumer products, EPA modeled dermal exposures for all NMP-containing products. Though CEM can estimate dermal exposures using a chemical permeability coefficient, EPA used the PBPK model to estimate the internal dose of NMP as it is absorbed through the skin both from direct contact of the liquid product and through absorption of vapor through skin. The PBPK model thus, estimated the total internal dose of NMP through combined routes of exposure: inhalation, dermal and vapor through skin and was used to estimate exposures in the Paint Remover Risk Assessment.

**F.2** **Supplemental Consumer Exposure and Risk Estimation Technical Report for NMP in Paint and Coating Removal**

 **United States Environmental Protection Agency**

**July 2016**
**Office of Chemical Safety and Pollution Prevention**

# Supplemental Consumer Exposure and Risk Estimation Technical Report for NMP in Paint and Coating Removal [RIN 2070-AK07]

*July 2016*

# 1. Introduction

EPA performed this technical analysis of consumer exposure scenarios for the use of N-methylpyrrolidone (NMP) in paint and coating removal. Consistent with its final TSCA Work Plan Chemical Risk Assessment for NMP (EPA, 2015), this analysis adds additional exposure scenarios associated with the use of NMP in consumer paint and coating removal.

# 2. Executive Summary

In 2015, EPA completed a risk assessment for NMP in paint and coating removal (EPA, 2015)[7]. The NMP risk assessment found risks of concern for occupational use and certain consumer uses of NMP in paint and coating removal. EPA conducted exposure modeling and risk analyses to investigate additional exposure parameters to those included in the NMP risk assessment. .

The NMP risk assessment evaluated risks based on emissions data from a brush-applied product. This supplemental analysis used the same modeling methods to evaluate exposures and estimate risks from larger projects. This additional exposure modeling describes the same product type (paint and coating removal product) as in the NMP risk assessment, but with extended application times, increased product use and altered user behavior.

The expanded consumer exposure modeling used the Multi-Chamber Concentration and Exposure Model (MCCEM) (EPA, 2010), the same model used in the NMP risk assessment. MCCEM was used to estimate 24-hr indoor air concentrations of NMP (i.e., acute exposure) for the additional consumer exposure modeling scenarios described here. These air concentrations were calculated for both users[8] and bystanders[9] of paint and coating removal products containing NMP in a residential setting. Generally, the modeling reported in this document adopted many of the input parameters and assumptions described in the NMP risk assessment, with the exception of those variations necessary to evaluate additional consumer exposure scenarios.

The risk calculations used physiologically-based pharmacokinetic (PBPK) modeling to incorporate both the airborne exposure, calculated in this document, and the dermal exposures resulting from product use. This is the same methodology as was applied in the NMP risk assessment. The results of the risk calculations are discussed in the section 6 of this document. As expected, the larger projects modeled in this analysis resulted in larger indoor air concentrations and longer dermal exposures and based on those higher exposures, concerns for developmental effects were found for some of the additional exposure scenarios evaluated.

---

[7] EPA (U.S. Environmental Protection Agency). 2015. *TSCA Work Plan Chemical Risk Assessment, N-Methylpyrrolidone: Paint Stripper Use, CASRN: 872-50-4*. Office of Pollution Prevention and Toxics, Washington, DC. https://www.epa.gov/sites/production/files/2015-11/documents/nmp_ra_3_23_15_final.pdf
[8] Users are directly involved of the application of the painter remover to a painted surface
[9] Non-users are other inhabitants of the home that spend most of their day inside but do not enter the room where the paint remover is used.

# 3. Background of Consumer Exposure Analysis for Paint and Coating Removal Products Presented in EPA's NMP Risk Assessment

The assessment of consumer use of paint and coating removal products in the NMP risk assessment used information from products containing NMP and surveys of users to estimate concentrations of NMP in indoor air due to product use (EPA, 2015). The parameters and their origins are explained in the NMP risk assessment, specifically in Section 2.2 and Appendix E (EPA, 2015).

In the NMP risk assessment and in this supplemental analysis, EPA used MCCEM to estimate NMP inhalation exposures for the consumer use scenarios (EPA, 2010). This modeling approach was selected because emission data were available from chamber studies for a product containing NMP. The model used a multi-zone representation of a house to calculate the NMP exposure levels for consumers (users) and bystanders (non-users). In this model, the room in which the product was used was represented by one or two zones, and the rest of the house (ROH) volume represents another zone. The user was assumed to spend time in the room of use on the day of use, whereas the non-user was modeled as spending the day in the rest of the house or outside (EPA, 2015).

The modeling approach integrated assumptions and input parameters about the chemical emission rate over time, the volume of the house and the room of use, the air exchange rate and interzonal airflow rate. The model also considered the exposed individual's location during and after product use (EPA, 2010).

MCCEM was used to calculate minute by minute air concentrations based on the behavior patterns assumed in the model. A description of the original modeled inputs and their sources as well as a description of how MCCEM was implemented for paint removers is also in the NMP risk assessment (EPA, 2015).

# 4. Additional Exposure Analysis for Consumer Paint and Coating Removal

Modeling using the same methodology was conducted for additional consumer exposure scenarios to aid in understanding how exposures and risk might change by varying certain user behaviors or product application techniques. The same consumer exposure model, MCCEM, used for the NMP risk assessment was also used for the additional modeling described in this document.

The parameters that were varied in the new modeling runs are (1) the size of the paint and coating removal project, (2) the type of project undertaken (furniture, flooring and bathtub) and (3) time lapsed prior to when the paint scrapings were removed from the house. Tables 2-5 of the NMP risk assessment contain a list of other parameters used in the consumer exposure modeling.

The consumer exposure scenarios in the NMP risk assessment were based on the mass of paint and coating removal product that was used by the 50th and 80th percentile consumers from a survey of consumers that reported the use of a paint and coating removal product. This mass of paint and coating removal product was used to determine the amount of painted surface area from which paint could be removed, which was converted into a representative project. In the NMP risk assessment, this was described as, for example a set of shelves, coffee table, bathtub, or a chest of drawers. For this supplemental analysis, consideration was expanded to include the potential for larger consumer projects involving paint and coating removal, such as a dining set (table and chairs) and an entire room floor. An additional model run for the bathtub scenario was included to evaluate exposures if the product was used twice to completely remove paint from the surface of the tub.

Finally, the scenarios modeled in the NMP risk assessment described a consumer that removed the scrapings to an outdoor garbage bin after the second scraping event. A model scenario, or run, was added in this supplemental analysis to evaluate the impact of removing the scrapings more promptly. Removing the scrapings from the room of use could reduce the mass of NMP volatilizing in the room and consequently could reduce exposures for both the user and bystanders.

The minute by minute outputs of these MCCEM runs were entered into a PBPK model developed for the NMP risk assessment.

Tables 1 and 2 summarize the variants in modeling parameters for the additional exposure model runs.

**Table 6-1. NMP Consumer Brush- and Roller-Applied Paint Removal Scenario Descriptions and Parameters**

| Case ID | | Wt. Fract. | Area Treated, ft² | App Rate, sf/min | Release Fraction | Removal Method | Volume, m³ | ACH, hr⁻¹ | Volume m³ | ACH, hr⁻¹ | User Location During Wait and Break Period | Non-User Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **NMP Released** | | | | **Room of Use** | | **Rest of House** | | **User Location During Wait and Break Period** | **Non-User Location** |
| A | 1 | 0.5 | 10 Coffee table | 2 | 0.8695 | 5-min. brush application, 30-min. wait, and 10-min. scrape per application; process repeated after completion of first scrape. Scrapings removed from house after last scrape. | 54 | Open windows 1.26 | 438 | 0.45 | ROH | ROH (entire time) |
| | 2 | | | | | | | Closed Windows 0.45 | | | | |
| B | 1 | | 25 Chest of drawers | 2 | | 12.5-min. brush application, 30-min. wait, and 25-min. scrape per application; process repeated after completion of first scrape. Scrapings removed from house after last scrape. | | Open windows 1.26 | | | | |
| | 2 | | | | | | | Closed Windows 0.45 | | | | |
| C | 1 | | 100 Dining table and 8 chairs | 2 (Table) 1 (Chairs) | | 82-min. brush application, 18-min. wait, and 125-min. scrape per application; process repeated after 30-min. break. Scrapings removed from house after 2ⁿᵈ scrape. | | Open windows 1.26 | | | | |
| | 2 | | | | | | | Closed Windows 0.45 | | | | |
| | 3 | | | | | Same as Scenario C1 except scrapings removed after each scrape. | | Open windows 1.26 | | | | |
| D | 1 | | 240 Floors | 4 | | 1-hour roller-application, 1-hour wait, 1.5-hour scrape; process repeated after 1-hour break. Scrapings removed from house after each scrape. | | Open windows 1.26 | | | | |
| | 2 | | | | | | | Closed Windows 0.45 | | | | |
| E | 1 | | 36 bathtub | 2 | | 18-min. brush application, 30-min. wait, and 36-min. scrape per application; process repeated with no break. Scrapings removed from house after 2ⁿᵈ scrape. | Source Cloud 1 m³ | 0.18 | 483 | 0.18 | | |
| | 2 | | | | | Same as Scenario E1 except entire process is repeated after 1-hour break. | Bathroom 9 m³ | | | | | |

**Table 6-2. NMP Consumer Spray-Applied Paint Removal Scenario Descriptions and Parameters**

| Case ID | | NMP Released | | | | Removal Method ** | Room of Use | | Rest of House | | User Location During Wait and Break Period | Non-User Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Wt. Fract. | Area Treated, ft² | App Rate, sf/min | Release Fraction | | Volume, m³ | ACH, hr⁻¹ | Volume, m³ | ACH, hr⁻¹ | | |
| F | 1 | 0.5 | 100 Dining table and 8 chairs  Table (36 sf) Chairs (64 sf) | 4 (Table) 2 (Chairs) | 0.8695 | 41-min. spray application, 30-min. wait, and 125-min. scrape per application; process repeated after 1-hour break. Scrapings removed from house after 2nd scrape. | 54 | Open windows 1.26 | 438 | 0.45 | ROH | ROH (entire time) |
| | 2 | | | | | | | Closed Windows 0.45 | | | | |
| | 3 | | | | | Same as Scenario F1 except scrapings removed after each scrape. | | Open windows 1.26 | | | | |
| G | 1 | | 240 Floors | 4 * | | 1-hour spray application, 1-hour wait, 1.5-hour scrape; process repeated after 1-hour break. Scrapings removed from house after last scrape. | | Open windows 1.26 | | | | |
| | 2 | | | | | | | Closed Windows 0.45 | | | | |
| H | 1 | | 36 bathtub | 4 | | 9-min. spray application, 30-min. wait, and 36-min. scrape per application; process repeated with no break. Scrapings removed from house after 2nd scrape. | Source Cloud 1 m³  Bathroom 9 m³ | 0.18 | 483 | 0.18 | | |
| | 2 | | | | | Same as Scenario H1 except entire process is repeated after 1-hour break. | | | | | | |

\* The application rate for spray-on floors was kept the same as for roll-on floors (Professional Judgment).
\*\* All spray-applied cases use the "high" volatility model, which assumes the first exponential mass increases by 10-fold.
Wt. Fract. = Weight Fraction, ROH=Rest of House

# 5. Exposure Modeling Results

As in the NMP risk assessment, the indoor air concentrations generated by MCCEM were combined with dermal exposures in a PBPK model. The outputs of that model are the basis for the risk findings for the consumer use of NMP for paint and coating removal in the following scenarios. Calculations are in a reference spreadsheet in a separate appendix titled Appendix B - Spreadsheet: Details of NMP Exposure Model Results.

For the purpose of comparing these higher-end consumer exposures to occupational exposures calculated in the NMP Risk Assessment, EPA also calculated indoor air concentrations using an 8-hour time weighted average (TWA) exposure (see Table D-1 in Appendix D). The PBPK model used the minute-by-minute values generated by MCCEM, not these 8-hour values.




# 6. Risk Estimation

Risks for acute exposures were estimated for the minute-by-minute exposure concentrations generated by MCCEM and dermal exposures with the PBPK model. The same methodology as was used for the NMP risk assessment with additional risk estimates assuming dermal exposure to NMP during the time of application and scraping. The risks for developmental effects were evaluated with a margin of exposure (MOE) approach using the health hazard value derived in the NMP risk assessment. The hazard value is the peak blood concentration of 216 mg/L and the benchmark MOE (the total of the uncertainty factors) is 30. The evaluation hazard values, their origins, and application to risk estimation are explained in the NMP risk assessment, specifically in sections 3 and 4 (EPA, 2015). The risk estimates for the exposure concentrations in this supplemental analysis are shown in Table 4.

Risks for acute exposures for developmental effects were found for users during larger projects in the additional scenarios evaluated. Risks were only found for non-users in the ROH in the largest project (G2).


**Table 6-3 Risk Estimates for Additional Scenarios for Users Assuming Dermal Exposure During Application and Scrapping**

| Scenario | Glove Use | MOE for POD Cmax 216 mg/L benchmark MOE = 30 | |
|---|---|---|---|
| | | Cmax (mg/L) | MOE |
| A1. Coffee Table, Brush Application in Workshop, Windows Open | Gloves | 0.27 | 796 |
| | No Gloves | 1.99 | 108 |
| A2. Coffee Table, Brush Application in Workshop, Windows Closed | Gloves | 0.30 | 718 |
| | No Gloves | 2.02 | 107 |
| | Gloves | 0.65 | 332 |

| Scenario | Glove Use | MOE for POD Cmax 216 mg/L benchmark MOE = 30 | |
| --- | --- | --- | --- |
| | | Cmax (mg/L) | MOE |
| B1. Chest, Brush Application in Workshop, Windows Open | No Gloves | 3.76 | 58 |
| B2. Chest, Brush Application in Workshop, Windows Closed | Gloves | 0.77 | 282 |
| | No Gloves | 3.88 | 55.7 |
| C1. Dining table and chairs, Brush Application in Workshop, Windows Open | Gloves | 3.37 | 64.1 |
| | No Gloves | 13.31 | **16.2** |
| C2. Dining table and chairs, Brush Application in Workshop, Windows Closed | Gloves | 4.40 | 49.0 |
| | No Gloves | 14.50 | **14.9** |
| C3. Dining table and chairs, Brush Application in Workshop, Windows Open, Scrapings removed after each scrap | Gloves | 2.60 | 83.2 |
| | No Gloves | 12.44 | **17.4** |
| D1. Floors, Roller Application in Workshop, Windows Open | Gloves | 4.40 | 49.1 |
| | No Gloves | 11.76 | **18.4** |
| D2. Floors, Roller Application in Workshop, Windows Closed | Gloves | 5.58 | 38.7 |
| | No Gloves | 13.36 | **16.2** |
| E1. Bathtub, Brush Application in Bathroom, $C_{sat}$ = 1,013 mg/m$^3$, 2 Applications | Gloves | 4.17 | 52 |
| | No Gloves | 7.81 | **28** |
| E2. Bathtub, Brush Application in Bathroom, $C_{sat}$ = 1,013 mg/m$^3$, 4 Applications | Gloves | 6.39 | 34 |
| | No Gloves | 10.02 | **22** |
| F1. Dining table and chairs, Spray Application in Workshop, Windows Open | Gloves | 9.39 | **23** |
| | No Gloves | 14.72 | **15** |
| F2. Dining table and chairs, Spray Application in Workshop, Windows Closed | Gloves | 12.02 | **18.0** |
| | No Gloves | 18.42 | **11.7** |
| F3. Dining table and chairs, Spray Application in Workshop, Windows Open | Gloves | 9.27 | **23.3** |
| | No Gloves | 14.21 | **15.2** |
| G1. Floors, Spray Application in Workshop, Windows Open | Gloves | 23.03 | **9.4** |
| | No Gloves | 26.19 | **8.2** |
| G2. Floors, Spray Application in Workshop, Windows Closed | Gloves | 30.11 | **7.2** |
| | No Gloves | 33.61 | **6.4** |

| Scenario | Glove Use | MOE for POD Cmax 216 mg/L benchmark MOE = 30 | |
|---|---|---|---|
| | | Cmax (mg/L) | MOE |
| H1. Bathtub, Spray Application in Bathroom, $C_{sat}$ = 1,013 mg/m$^3$, 2 Applications | Gloves | 22.72 | **9.5** |
| | No Gloves | 25.32 | **8.5** |
| H2. Bathtub, Spray Application in Bathroom, $C_{sat}$ = 1,013 mg/m³, 4 Applications | Gloves | 33.64 | **6.4** |
| | No Gloves | 38.62 | **5.6** |

# 7. Uncertainties and Data Limitations

The modeling of additional scenarios described here has all the same uncertainties listed in the final NMP risk assessment document.

Furthermore, it may be unlikely that a spray-applied paint and coating removal product would be used on projects as large as those modeled in this document. Spray-applied paint and coating removal products may be more useful for surfaces that are curved or irregular and are difficult to cover with a brush or roller. However, this does not prevent the potential use of spray-applied products in the manner modeled.

# 8. Conclusions

As expected, the larger projects resulted in larger indoor air concentrations of NMP. New 8-hour TWA air concentrations were calculated based on the user's pattern of moving in the home. These updated user behavior adjusted TWA air concentrations are many times larger than those presented in the NMP risk assessment.

The modeling results showed a small decline in exposure when scrapings from the room of use were removed more promptly (i.e. removed after each scrape and within 4 hours rather than at the completion of the project up to 8 hours). However, this variable is not a primary factor in the calculated values from MCCEM.

As expected, the larger projects resulted in higher NMP peak blood concentrations. Risks were identified for developmental effects for the larger projects.

# 9. References

EPA (US Environmental Protection Agency). 2010. *Multi-Chamber Concentration and Exposure Model (MCCEM) Version 1.2*. https://www.epa.gov/tsca-screening-tools/forms/mccem-multi-chamber-concentration-and-exposure-model-download-and-install (accessed on April 29, 2016).

EPA (U.S. Environmental Protection Agency). 2015. *TSCA Work Plan Chemical Risk Assessment, N-Methylpyrrolidone: Paint Stripper Use, CASRN: 872-50-4*. Office of Pollution

67 Prevention and Toxics, Washington, DC. https://www.epa.gov/assessing-and-managing-
68 chemicals-under-tsca/tsca-work-plan-chemical-risk-assessment-n-0
69
70

# 10.   Appendix A

**Types of Paint Removal Modeling Scenarios:**

**A. Coffee table (surface area = 10 ft$^2$; App. rate = 2 sf/min;  Total duration = 90 minutes)**
  1. Brush-On, Workshop, User in rest of house (ROH) during wait time, ROH=0.45 Air changes per hour (ACH), Workshop = 1.26 ACH, Interzonal air flow (IZ) = 107 m³/hr., 0.5 Weight Fraction, Scrapings removed after 2nd scrape  (WINDOWS OPEN)
  2. Brush-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 0.45 ACH (= 24.3 m³/hr.), IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after 2nd scrape  (WINDOWS CLOSED)

**B. Chest of drawers (surface area = 25 ft$^2$; App. rate = 2 sf/min; Total duration = 135 min)**
  1. Brush-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 1.26 ACH, IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after 2nd scrape  (WINDOWS OPEN)
  2. Brush-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 0.45 ACH (= 24.3 m³/hr.), IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after 2nd scrape  (WINDOWS CLOSED)

**C. Dining table and chairs (surface area = 100 ft$^2$ (36 ft$^2$ for table and 64 ft$^2$for chairs, 8 @ 8 ft$^2$); App. rate = 2 sf/min table (18 min), 1 sf/min chairs (64 min); 18 minute wait, Scrape rate 0.8 sf/min (125 min), 30 minute break; Total duration = 8 hours)**
  1. Brush-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 1.26 ACH, IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after 2nd scrape  (WINDOWS OPEN)
  2. Brush-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 0.45 ACH (= 24.3 m³/hr.), IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after 2nd scrape  (WINDOWS CLOSED)
  3. Brush-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 1.26 ACH, IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after each scrape  (WINDOWS OPEN)

**D. Floor paint removal (surface area = 240 ft$^2$; App. rate = 4 sf/min; 1 hour wait, Scrape rate = 2.67 (1.5 hour), 1 hour break; Total duration = 8 hours)**
  1. Roll-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 1.26 ACH, IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after each scrape  (WINDOWS OPEN)
  2. Roll-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 0.45 ACH (= 24.3 m³/hr.), IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after each scrape  (WINDOWS CLOSED)

**E. Bathtub  paint removal (surface area = 36 ft$^2$; App. rate = 2 sf/min;  Total duration = 2.8 hours (2 apps); 6.6 hours (4 apps))**
  1. Brush-On, Bathroom + Source Cloud, User in ROH during wait time, ROH=0.18 ACH, Bathroom = 0.18 ACH, IZ (source cloud/bathroom, bathroom/ROH) = 80 / 35  m³/hr., 0.5 Weight Fraction ($C_{sat}$ = 1013 mg/m³), Scrapings removed after 2nd scrape (NO WINDOWS, 2 applications)
  2. Brush-On, Bathroom + Source Cloud, User in ROH during wait time, ROH=0.18 ACH, Bathroom =0.18 ACH, IZ (source cloud/bathroom, bathroom/ROH) = 80 / 35 m³/hr., 0.5 Weight Fraction ($C_{sat}$ = 1013 mg/m³), Scrapings removed after 2nd and 4th scrapes (NO WINDOWS, 4 applications)

118

119    **F. Dining table and chairs (surface area = 100 ft$^2$ (36 ft$^2$ for table and 64 ft$^2$for chairs,**
120    **8 @ 8 ft$^2$); App. rate = 4 sf/min table (9 min), 2 sf/min chairs (32 min); 30 minute wait,**
121    **Scrape rate 0.8 sf/min (125 min), 1 hour break; Total duration = 7 hours)**
122       1. Spray-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 1.26
123          ACH, IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after 2nd scrape
124          (WINDOWS OPEN)
125       2. Spray-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 0.45
126          ACH (= 24.3 m³/hr.), IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after 2nd
127          scrape  (WINDOWS CLOSED)
128       3. Spray-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 1.26
129          ACH, IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after each scrape
130          (WINDOWS OPEN)
131    **G. Floor paint removal (surface area = 240 ft$^2$; App. rate = 4 sf/min; 1 hour wait, Scrape rate =**
132    **2.67 sf/min (1.5 hour), 1 hour break; Total duration = 8 hours)**
133       1. Spray-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 1.26
134          ACH, IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after each scrape
135          (WINDOWS OPEN)
136       2. Spray-On, Workshop, User in ROH during wait time, ROH=0.45 ACH, Workshop = 0.45
137          ACH (= 24.3 m³/hr.), IZ = 107 m³/hr.,  0.5 Weight Fraction, Scrapings removed after each
138          scrape  (WINDOWS CLOSED)
139    **H. Bathtub paint removal (surface area = 36 ft$^2$; App. rate = 4 sf/min;  Total duration = 2.5**
140    **hours (2 apps); 6 hours (4 apps))**
141       1. Spray-On, Bathroom + Source Cloud, User in ROH during wait time, ROH=0.18 ACH,
142          Bathroom = 0.18 ACH, IZ (source cloud/bathroom, bathroom/ROH) = 80 / 35 m³/hr., 0.5
143          Weight Fraction (Csat = 1013 mg/m³), Scrapings removed after 2nd scrape (NO
144          WINDOWS, 2 applications)
145       2. Spray -On, Bathroom + Source Cloud, User in ROH during wait time, ROH=0.18 ACH,
146          Bathroom =0.18 ACH, IZ (source cloud/bathroom, bathroom/ROH) = 80 / 35 m³/hr., 0.5
147          Weight Fraction (Csat = 1013 mg/m³), Scrapings removed after 2nd and 4th scrapes (NO
148          WINDOWS, 4 applications)

149

150    **Unchanged modeling parameters for all scenarios**

151    • House volume = 492 m$^3$
152    • Paint stripper consumer weight fraction = 0.5 (upper end)
153    • Non-user location = ROH (entire time)
154

**Table A-1. Time Schedule for Brush- and Roller-Applied Paint and Coating Removal with Repeat Application**

| Scenario | Elapsed Time From Time Zero, Minutes (Product User Location) | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| *A.* Brush application to coffee table in workshop, central tendency scenario *(App rate = 2 sf/min)* | 0-5 (Workshop) | 5-35 (ROH) | 35-45 (Workshop) | 0 | 45-50 (Workshop) | 50-80 (ROH) | 80-90 (Workshop) |
| *B.* Brush application to chest in workshop, upper-end scenario for user & non-user *(App rate = 2 sf/min)* | 0-12.5 (Workshop) | 12.5-42.5 (ROH) | 42.5-67.5 (Workshop) | 0 | 67.5-80 (Workshop) | 80-110 (ROH) | 110-135 (Workshop) |
| *C.* Brush application to dining table and chairs in workshop, central tendency scenario *(App rate = 2 sf/min for table; 1 sf/min for chairs)* | 0-82 (Workshop) | 82-100 (ROH) | 100-225 (Workshop) | 225-255 (ROH) | 255-337 (Workshop) | 337-355 (ROH) | 355-480 (Workshop) |
| *D.* Roller application to floor *(App rate = 4 sf/min)* | 0-60 (Workshop) | 60-120 (ROH) | 120-210 (Workshop) | 210-270 (ROH) | 270-330 (Workshop) | 330-390 (ROH) | 390-480 (Workshop) |
| *E.* Brush application to bathtub *(App rate = 2 sf/min)*    E1 = 2 applications | 0-18 (Src Cloud) | 18-48 (ROH) | 48-84 (Src Cloud) | 0 | 84-102 (Src Cloud) | 102-132 (ROH) | 132-168 (Src Cloud) |
|    E2 = 4 apps (repeat 1st 2 apps after 1 hour break, total time = 396 min.) | 228-246 (Src Cloud) | 246-276 (ROH) | 276-312 (Src Cloud) | | 312-330 (Src Cloud) | 330-360 (ROH) | 360-396 (Src Cloud) |

155

**Table A-2. Time Schedule for Spray-Applied Paint and Coating Removal with Repeat Application**

| Scenario | Elapsed Time From Time Zero, Minutes (Product User Location) | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| *F.* Spray application to dining table and chairs in workshop, central tendency scenario *(App rate = 4 sf/min for table; 2 sf/min for chairs)* | 0-41 (Workshop) | 41-71 (ROH) | 71-196 (Workshop) | 196-256 (ROH) | 256-297 (Workshop) | 297-327 (ROH) | 327-452 (Workshop) |
| *G.* Spray application to floors *(App rate = 4 sf/min)* | 0-60 (Workshop) | 60-120 (ROH) | 120-210 (Workshop) | 210-270 (ROH) | 270-330 (Workshop) | 330-390 (ROH) | 390-480 (Workshop) |
| *H.* Spray application to bathtub *(App rate = 4 sf/min)*    H1 = 2 applications | 0-9 (Src Cloud) | 9-39 (ROH) | 39-75 (Src Cloud) | 0 | 75-84 (Src Cloud) | 84-114 (ROH) | 114-150 (Src Cloud) |
|    H2 = 4 apps (repeat 1st 2 apps after 1 hour break, total time = 360 min.) | 210-219 (Src Cloud) | 219-249 (ROH) | 249-285 (Src Cloud) | | 285-294 (Src Cloud) | 294-324 (ROH) | 324-360 (Src Cloud) |

156      Src Cloud = Source Cloud

157      D.5 MCCEM Inhalation Modeling Case Summaries

158

159

160

161

162      ***NMP Summaries***

163      Formula:          C5H9NO

164      CASRN:          872-50-4

| 165 | Molecular Weight: | 99.13 g/mol |
| 166 | Density: | 1.028 g/cm$^2$ (liquid) |
| 167 | Appearance: | clear liquid |
| 168 | Melting Point: | -24 °C = -11 °F = 249 K |
| 169 | Boiling Point: | 203 °C = 397 °F = 476 K |
| 170 | Conversion units: 1 ppm = | 4.054397 mg/m$^3$ |
| 171 | | |
| 172 | Saturation Concentration: | ~1,013 mg/m$^3$ (equivalent to a vapor pressure of 0.190 Torr at |
| 173 | | 25 °C, used in Scenario 5, based on (OECD, 2007a). See Section |
| 174 | | D.3) |
| 175 | Saturation Concentration: | ~640 mg/m$^3$ (representing the upper end of the saturation |
| 176 | | concentration values associated with "normal humidity |
| 177 | | conditions."  See Section D.3) |
| 178 | | |

179    ***NMP Scenario A1. Coffee Table, Brush-On, Workshop, User in ROH during wait time,***
180    ***ROH=0.45 ACH, Workshop = 1.26 ACH (= 68 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight Fraction,***
181    ***Scrapings removed after 2nd scrape (WINDOWS OPEN)***

182
183    **<u>MCCEM Input Summary</u>**
184    **Application Method:**
185    Brush-on`

186
187    **Volumes:**
188    Workshop volume = 54 $m^3$
189    ROH volume = 492 – 54 = 438 $m^3$

190
191    **Airflows:**

| Workshop-outdoors | 68 $m^3$/h |
|---|---|
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

192
193    **NMP Mass Released:**
194    Coffee table = 10 sq. ft. surface area
195    Applied product mass = 108 g/sq. ft. = 1,080 g
196    Applied NMP = 1,080 g × 0.5 (wt. fraction) = 540 g
197    Total NMP mass released (theoretical, both exponentials) = 1,080 g × 0.5 (wt. fraction) × 0.8695
198    (release fraction, theoretical) = 469.53 g
199    Mass released per app = 234.77 g

200
201    **For each of the 2 applications:**
202    $k_1$ = 32.83/hr.
203    **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
204    NMP
205    $E_{01}$ = Mass * $k_1$ = 0.008*234.77*32.83 = 61.7 g/hr. (**NOTE:** only k and Mass are needed as
206    inputs)
207    $k_2$ = 0.00237/hr.
208    **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
209    $E_{02}$ = Mass * $k_2$ = 0.992*234.77*0.00237 = 0.55 g/hr. (**NOTE:** only k and Mass are needed as
210    inputs)

211
212    **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | |
|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Apply 2* | *Wait 2* | *Scrape 2* |
| A1)  Coffee Table, Brush-On, Workshop, User ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS OPEN | 0-5 (Wkshp) | 5-35 (ROH) | 35-45 (Wkshp) | 45-50 (Wkshp) | 50-80 (ROH) | 80-90 (Wkshp) |

213    User in ROH at the end of Scraping 2
214    User in ROH for the remainder of the run (22 hours, 30 minutes)
215

216   **Model Run Time:**
217   0-24 hours
218   User takes out scrapings after 90 minutes; emissions truncated.
219

220 ***NMP Scenario A2. Coffee Table, Brush-On, Workshop, User in ROH during wait time,***
221 ***ROH=0.45 ACH, Workshop = 0.45 ACH (= 24.3 m³/hr.), IZ = 107 m³/hr., 0.5 Weight***
222 ***Fraction, Scrapings removed after 2nd scrape (WINDOWS CLOSED)***
223
224 **MCCEM Input Summary**
225 **Application Method:**
226 Brush-on
227
228 **Volumes:**
229 Workshop volume = 54 m³
230 ROH volume = 492 – 54 = 438 m³
231
232 **Airflows:**

| Workshop-outdoors | 24.3 m³/h |
|---|---|
| ROH-outdoors | 197.1 m³/h (0.45 ACH) |
| Workshop-ROH | 107 m³/h |

233
234 **NMP Mass Released:**
235 Coffee table = 10 sq. ft. surface area
236 Applied product mass = 108 g/sq. ft. = 1,080 g
237 Applied NMP = 1,080 g × 0.5 (wt. fraction) = 540 g
238 Total NMP mass released (theoretical, both exponentials) = 1,080 g × 0.5 (wt. fraction) × 0.8695
239 (release fraction, theoretical) = 469.53 g
240 Mass released per app = 234.77 g
241
242 **For each of the 2 applications:**
243 $k_1$ = 32.83/hr.
244 **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
245 NMP
246 $E_{01}$ = Mass * $k_1$ = 0.008*234.77*32.83 = 61.7 g/hr. (**NOTE:** only k and Mass are needed as
247 inputs)
248 $k_2$ = 0.00237/hr.
249 **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
250 $E_{02}$ = Mass * $k_2$ = 0.862*234.77*0.00237 = 0.55 g/hr. (**NOTE:** only k and Mass are needed as
251 inputs)
252
253 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | |
|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Apply 2* | *Wait 2* | *Scrape 2* |
| A2)  Coffee Table, Brush-On, Workshop, User ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS CLOSED | 0-5 (Wkshp) | 5-35 (ROH) | 35-45 (Wkshp) | 45-50 (Wkshp) | 50-80 (ROH) | 80-90 (Wkshp) |

254 User in ROH at the end of Scraping 2
255 User in ROH for the remainder of the run (22 hours, 30 minutes)
256

257    **Model Run Time:**
258    0-24 hours
259    User takes out scrapings after 90 minutes; emissions truncated.
260

261 ***NMP Scenario B1. Chest, Brush-On, Workshop, User in ROH during wait time, ROH=0.45***
262 ***ACH, Workshop = 1.26 ACH (= 68 m³/hr.), IZ = 107 m³/hr., 0.5 Weight Fraction, Scrapings***
263 ***removed after 2nd scrape (WINDOWS OPEN)***

264
265 **MCCEM Input Summary**
266 **Application Method:**
267 Brush-on

268
269 **Volumes:**
270 Workshop volume = 54 m³
271 ROH volume = 492 – 54 = 438 m³

272
273 **Airflows:**

| Workshop-outdoors | 68 m³/h |
| ROH-outdoors | 197.1 m³/h (0.45 ACH) |
| Workshop-ROH | 107 m³/h |

274
275 **NMP Mass Released:**
276 Chest = 25 sq. ft. surface area
277 Applied product mass = 2,700 g
278 Applied NMP = 2,700 g × 0.5 (wt. fraction) = 1,350 g
279 Total NMP mass released (both exponentials) = 2,700 g × 0.5 (wt. fraction) × 0.8695 (release
280 fraction, theoretical) =1173.8 g
281 Mass released per app = 586.9 g

282
283 **For each of the 2 applications:**
284 $k_1$ = 32.83/hr
285 **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
286 NMP
287 $E_{01}$ = Mass * $k_1$ = 0.008*586.9*32.83 = 154.1 g/hr. (**NOTE:** only k and Mass are needed as
288 inputs)
289 $k_2$ = 0.00237/hr
290 **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
291 $E_{02}$ = Mass * $k_2$ = 0.992*586.9*0.00237 = 1.38 g/hr. (**NOTE:** only k and Mass are needed as
292 inputs)

293
294 **Application Times and Activity Patterns:**

| | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | |
| Episode | *Apply 1* | *Wait 1* | *Scrape 1* | *Apply 2* | *Wait 2* | *Scrape 2* |
| --- | --- | --- | --- | --- | --- | --- |
| B1)  Chest, Brush-On, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS OPEN | 0-12.5 (Wkshp) | 12.5-42.5 (ROH) | 42.5-67.5 (Wkshp) | 67.5-80 (Wkshp) | 80-110 (ROH) | 110-135 (Wkshp) |

295 User in ROH at the end of Scraping 2
296 User in ROH for the remainder of the run (21 hours, 45 minutes)
297

298   **Model Run Time:**
299   0-24 hours
300   User takes out scrapings after 135 minutes; emissions truncated.
301

302     ***NMP Scenario B2. Chest, Brush-On, Workshop, User in ROH during wait time, ROH=0.45***
303     ***ACH, Workshop = 0.45 ACH (= 24.3 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight Fraction, Scrapings***
304     ***removed after 2nd scrape (WINDOWS CLOSED)***
305
306     **<u>MCCEM Input Summary</u>**
307     **Application Method:**
308     Brush-on
309
310     **Volumes:**
311     Workshop volume = 54 $m^3$
312     ROH volume = 492 – 54 = 438 $m^3$
313
314     **Airflows:**

| | |
|---|---|
| Workshop-outdoors | 24.3 $m^3$/h |
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

315
316     **NMP Mass Released:**
317     Chest = 25 sq. ft. surface area
318     Applied product mass = 2,700 g
319     Applied NMP = 2,700 g × 0.5 (wt. fraction) = 1,350 g
320     Total NMP mass released (both exponentials) = 2,700 g × 0.5 (wt. fraction) × 0.8695 (release
321     fraction, theoretical) =1173.8 g
322     Mass released per app = 586.9 g
323
324     **For each of the 2 applications:**
325     $k_1$ = 32.83/hr.
326     **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
327     NMP
328     $E_{01}$ = Mass * $k_1$ = 0.008*586.9*32.83 = 154.1 g/hr. (**NOTE:** only k and Mass are needed as
329     inputs)
330     $k_2$ = 0.00237/hr.
331     **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
332     $E_{02}$ = Mass * $k_2$ = 0.992*586.9*0.00237 = 1.38 g/hr. (**NOTE:** only k and Mass are needed as
333     inputs)
334
335     **Application Times and Activity Patterns:**

| | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | |
|---|---|---|---|---|---|---|
| **Episode** | *Apply 1* | *Wait 1* | *Scrape 1* | *Apply 2* | *Wait 2* | *Scrape 2* |
| B2)  Chest, Brush-On, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS CLOSED | 0-12.5 (Wkshp) | 12.5-42.5 (ROH) | 42.5-67.5 (Wkshp) | 67.5-80 (Wkshp) | 80-110 (ROH) | 110-135 (Wkshp) |

336     User in ROH at the end of Scraping 2
337     User in ROH for the remainder of the run (21 hours, 45 minutes)
338

339   **Model Run Time:**

340   0-24 hours

341   User takes out scrapings after 135 minutes; emissions truncated.

342 ***NMP Scenario C1. Dining table and chairs, Brush-On, Workshop, User in ROH during wait***
343 ***time, ROH=0.45 ACH, Workshop = 1.26 ACH (= 68 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight***
344 ***Fraction, Scrapings removed after 2nd scrape (WINDOWS OPEN)***
345
346 **<u>MCCEM Input Summary</u>**
347 **Application Method:** Brush-on
348
349 **Volumes:** Workshop volume = 54 $m^3$
350 ROH volume = 492 – 54 = 438 $m^3$
351
352 **Airflows:**

| Workshop-outdoors | 68 $m^3$/h |
| --- | --- |
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

353
354 **NMP Mass Released:**
355 Table = 36 sq. ft. surface area; Chairs = 64 sq. ft. surface area
356 Applied product mass = 10,800 g
357 Applied NMP = 10,800 g × 0.5 (wt. fraction) = 5,400 g
358 Total NMP mass released (both exponentials) = 10,800 g × 0.5 (wt. fraction) × 0.8695 (release
359 fraction, theoretical) =4695.3 g
360 Mass released per app = 2347.65 g
361
362 **For each of the 2 applications:**
363 $k_1$ = 32.83/hr.
364 **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
365 NMP
366 $E_{01}$ = Mass * $k_1$ = 0.008*2347.65*32.83 = 616.6 g/hr. (**NOTE:** only k and Mass are needed as
367 inputs)
368 $k_2$ = 0.00237/hr.
369 **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
370 $E_{02}$ = Mass * $k_2$ = 0.992*2347.65*0.00237 = 5.52 g/hr. (**NOTE:** only k and Mass are needed as
371 inputs)
372
373 **Application Times and Activity Patterns:**

| | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Episode** | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| C1) Dining table and chairs, Brush-On, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS OPEN | 0-82 (Wkshp) | 82-100 (ROH) | 100-225 (Wkshp) | 225-255 (ROH) | 255-337 (Wkshp) | 337-355 (ROH) | 355-480 (Wkshp) |

374 User in ROH at the end of Scraping 2
375 User in ROH for the remainder of the run (16 hours)
376

377   **Model Run Time:**
378   0-24 hours
379   User takes out scrapings after 480 minutes; emissions truncated.

380 ***NMP Scenario C2. Dining table and chairs, Brush-On, Workshop, User in ROH during wait***
381 ***time, ROH=0.45 ACH, Workshop = 0.45 ACH (= 24.3 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight***
382 ***Fraction, Scrapings removed after 2nd scrape (WINDOWS CLOSED)***

383
384 **<u>MCCEM Input Summary</u>**
385 **Application Method:**
386 Brush-on

387
388 **Volumes:**
389 Workshop volume = 54 $m^3$
390 ROH volume = 492 – 54 = 438 $m^3$

391
392 **Airflows:**

| Workshop-outdoors | 24.3 $m^3$/h |
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

393
394 **NMP Mass Released:**
395 Table = 36 sq. ft. surface area; Chairs = 64 sq. ft. surface area
396 Applied product mass = 10,800 g (Application rate = 108 g/sf)
397 Applied NMP = 10,800 g × 0.5 (wt. fraction) = 5,400 g
398 Total NMP mass released (both exponentials) = 10,800 g × 0.5 (wt. fraction) × 0.8695 (release
399 fraction, theoretical) =4695.3 g
400 Mass released per app = 2347.65 g

401
402 **For each of the 2 applications:**
403 $k_1$ = 32.83/hr.
404 **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
405 NMP
406 $E_{01}$ = Mass * $k_1$ = 0.008*2347.65*32.83 = 616.6 g/hr. (**NOTE:** only k and Mass are needed as
407 inputs)
408 $k_2$ = 0.00237/hr.
409 **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
410 $E_{02}$ = Mass * $k_2$ = 0.992*2347.65*0.00237 = 5.52 g/hr. (**NOTE:** only k and Mass are needed as
411 inputs)

412
413 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
|---|---|---|---|---|---|---|---|
| C2)  Dining table and chairs, Brush-On, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS CLOSED | 0-82 (Wkshp) | 82-100 (ROH) | 100-225 (Wkshp) | 225-255 (ROH) | 255-337 (Wkshp) | 337-355 (ROH) | 355-480 (Wkshp) |

414 User in ROH at the end of Scraping 2

415   User in ROH for the remainder of the run (16 hours)
416
417   **Model Run Time:**
418   0-24 hours
419   User takes out scrapings after 480 minutes; emissions truncated.

420 *NMP Scenario C3. Dining table and chairs, Brush-On, Workshop, User in ROH during wait*
421 *time, ROH=0.45 ACH, Workshop = 1.26 ACH (= 68 m³/hr.), IZ = 107 m³/hr., 0.5 Weight*
422 *Fraction, Scrapings removed after each scrape (WINDOWS OPEN)*
423
424 **MCCEM Input Summary**
425 **Application Method:**
426 Brush-on
427
428 **Volumes:**
429 Workshop volume = 54 m³
430 ROH volume = 492 – 54 = 438 m³
431
432 **Airflows:**

| Workshop-outdoors | 68 m³/h |
| ROH-outdoors | 197.1 m³/h (0.45 ACH) |
| Workshop-ROH | 107 m³/h |

433
434 **NMP Mass Released:**
435 Table = 36 sq. ft. surface area; Chairs = 64 sq. ft. surface area
436 Applied product mass = 10,800 g (Application rate = 108 g/sf)
437 Applied NMP = 10,800 g × 0.5 (wt. fraction) = 5,400 g
438 Total NMP mass released (both exponentials) = 10,800 g × 0.5 (wt. fraction) × 0.8695 (release
439 fraction, theoretical) =4695.3 g
440 Mass released per app = 2347.65 g
441
442 **For each of the 2 applications:**
443 $k_1$ = 32.83/hr.
444 **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
445 NMP
446 $E_{01}$ = Mass * $k_1$ = 0.008*2347.65*32.83 = 616.6 g/hr. (**NOTE:** only k and Mass are needed as
447 inputs)
448 $k_2$ = 0.00237/hr.
449 **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
450 $E_{02}$ = Mass * $k_2$ = 0.992*2347.65*0.00237 = 5.52 g/hr. (**NOTE:** only k and Mass are needed as
451 inputs)
452
453 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| C3)  Dining table and chairs, Brush-On, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS OPEN | 0-82 (Wkshp) | 82-100 (ROH) | 100-225 (Wkshp) | 225-255 (ROH) | 255-337 (Wkshp) | 337-355 (ROH) | 355-480 (Wkshp) |

454 User in ROH at the end of Scraping 2

455    User in ROH for the remainder of the run (16 hours)
456
457    **Model Run Time:**
458    0-24 hours
459    User takes out scrapings after 225 and 480 minutes; emissions truncated.

460 ***NMP Scenario D1. Floor, Brush-On, Workshop, User in ROH during wait time, ROH=0.45***
461 ***ACH, Workshop = 1.26 ACH (= 68 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight Fraction, Scrapings***
462 ***removed after each scrape (WINDOWS OPEN)***

464 **<u>MCCEM Input Summary</u>**
465 **Application Method:**
466 Brush-on

468 **Volumes:**
469 Workshop volume = 54 $m^3$
470 ROH volume = 492 – 54 = 438 $m^3$

472 **Airflows:**

| Workshop-outdoors | 68 $m^3$/h |
|---|---|
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

474 **NMP Mass Released:**
475 Floor = 240 sq. ft. surface area
476 Applied product mass = 25,920 g (Application rate = 108 g/sf)
477 Applied NMP = 25,920 g × 0.5 (wt. fraction) = 12,960 g
478 Total NMP mass released (both exponentials) = 25,920 g × 0.5 (wt. fraction) × 0.8695 (release
479 fraction, theoretical) =11,268.7 g
480 Mass released per app = 5634.4 g

482 **For each of the 2 applications:**
483 $k_1$ = 32.83/hr.
484 **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
485 NMP
486 $E_{01}$ = Mass * $k_1$ = 0.008*5634.4*32.83 = 1479.8 g/hr. (**NOTE:** only k and Mass are needed as
487 inputs)
488 $k_2$ = 0.00237/hr.
489 **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
490 $E_{02}$ = Mass * $k_2$ = 0.992*5634.4*0.00237 = 13.25 g/hr. (**NOTE:** only k and Mass are needed as
491 inputs)

493 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| D1) Floor, Roll-on, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS OPEN | 0-60 (Wkshp) | 60-120 (ROH) | 120-210 (Wkshp) | 210-270 (ROH) | 270-330 (Wkshp) | 330-390 (ROH) | 390-480 (Wkshp) |

494 User in ROH at the end of Scraping 2
495 User in ROH for the remainder of the run (16 hours)

496
497   **Model Run Time:**
498   0-24 hours
499   User takes out scrapings after 210 and 480 minutes; emissions truncated.

500 ***NMP Scenario D2. Floor, Brush-On, Workshop, User in ROH during wait time, ROH=0.45***
501 ***ACH, Workshop = 0.45 ACH (= 24.3 $m^3/hr.$), IZ = 107 $m^3/hr.$, 0.5 Weight Fraction, Scrapings***
502 ***removed after each scrape (WINDOWS CLOSED)***

503
504 **<u>MCCEM Input Summary</u>**
505 **Application Method:**
506 Brush-on

507
508 **Volumes:**
509 Workshop volume = 54 $m^3$
510 ROH volume = 492 – 54 = 438 $m^3$

511
512 **Airflows:**

| Workshop-outdoors | 24.3 $m^3$/h |
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

513
514 **NMP Mass Released:**
515 Floor = 240 sq. ft. surface area
516 Applied product mass = 25,920 g (Application rate = 108 g/sf)
517 Applied NMP = 25,920 g × 0.5 (wt. fraction) = 12,960 g
518 Total NMP mass released (both exponentials) = 25,920 g × 0.5 (wt. fraction) × 0.8695 (release
519 fraction, theoretical) =11,268.7 g
520 Mass released per app = 5634.4 g

521
522 **For each of the 2 applications:**
523 $k_1$ = 32.83/hr.
524 **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
525 NMP
526 $E_{01}$ = Mass * $k_1$ = 0.008*5634.4*32.83 = 1479.8 g/hr. (**NOTE:** only k and Mass are needed as
527 inputs)
528 $k_2$ = 0.00237/hr.
529 **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
530 $E_{02}$ = Mass * $k_2$ = 0.992*5634.4*0.00237 = 13.25 g/hr. (**NOTE:** only k and Mass are needed as
531 inputs)

532
533 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| D2) Floor, Roll-on, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS CLOSED | 0-60 (Wkshp) | 60-120 (ROH) | 120-210 (Wkshp) | 210-270 (ROH) | 270-330 (Wkshp) | 330-390 (ROH) | 390-480 (Wkshp) |

534 User in ROH at the end of Scraping 2
535 User in ROH for the remainder of the run (16 hours)

536
537     **Model Run Time:**
538     0-24 hours
539     User takes out scrapings after 210 and 480 minutes; emissions truncated

540  ***NMP Scenario E1. Bathroom, Brush-On, Bathroom + Source Cloud, User in ROH during***
541  ***wait time, ROH=0.18 ACH, Bathroom = 0.18 ACH, IZ (source cloud/bathroom,***
542  ***bathroom/ROH) = 80, 35 $m^3$/hr., 0.5 Weight Fraction (Csat = 1013 mg/$m^3$), Scrapings***
543  ***removed after 2nd scrape (WINDOWS CLOSED, 2 applications)***

544
545  **MCCEM Input Summary**
546  MCCEM saturation concentration constraint invoked at 1013 mg/$m^3$
547  **Application Method:** Brush-on

548
549  **Volumes:**
550  Bathroom Volume = 9 $m^3$ (8 $m^3$ after subtracting source cloud zone)
551  Source Cloud Volume = 1 $m^3$
552  ROH volume = 492 – 9 = 483 $m^3$

553
554  **Airflows:**

| Bathroom-outdoors | 1.6 $m^3$/h |
| Source cloud - bathroom | 80 $m^3$/h |
| Source cloud - outdoors | 0 |
| ROH-outdoors | 86.9 $m^3$/h (0.18 ACH) |
| Bathroom-ROH | 35 $m^3$/h |

555
556  **NMP Mass Released:**
557  Bathtub = 36 sq. ft. surface area
558  Applied product mass = 3,888 g (Application rate = 108 g/sf)
559  Applied NMP = 3,888 g × 0.5 (wt. fraction) = 1,944 g
560  Total NMP mass released (both exponentials) = 3,888 g × 0.5 (wt. fraction) × 0.8695 (release
561  fraction, theoretical) = 1690.3 g
562  Mass released per app = 845.15 g

563
564  **For each of the 2 applications:**
565  **$k_1$ = 32.83/hr.**
566  **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
567  NMP
568  $E_{01}$ = Mass * $k_1$ = 0.008*845.15.4*32.83 = 222.0 g/hr. (**NOTE:** only k and Mass are needed as
569  inputs)
570  **$k_2$ = 0.00237/hr.**
571  **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
572  $E_{02}$ = Mass * $k_2$ = 0.992*845.15*0.00237 = 1.99 g/hr. (**NOTE:** only k and Mass are needed as
573  inputs)
574

575 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | |
|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Apply 2* | *Wait 2* | *Scrape 2* |
| E1)  Bathtub, Brush-On, Bathroom + Source Cloud, User in ROH during wait time, 0.18 ACH, 0.5 Wt. Fract. | 0-18 (SrcCloud) | 18-48 (ROH) | 48-84 (SrcCloud) | 84-102 (SrcCloud) | 102-132 (ROH) | 132-168 (SrcCloud) |

576 User in ROH at the end of Scraping 2
577 User in ROH for the remainder of the run (21 hours, 12 minutes)
578
579 **Model Run Time:**
580 0-24 hours
581 User takes out scrapings after 168 minutes; emissions truncated.
582

583     ***NMP Scenario E2. Bathroom, Brush-On, Bathroom + Source Cloud, User in ROH during***
584     ***wait time, ROH=0.18 ACH, Bathroom = 0.18 ACH, IZ (source cloud/bathroom,***
585     ***bathroom/ROH) = 80, 35 $m^3$/hr., 0.5 Weight Fraction (Csat = 1013 mg/$m^3$), Scrapings***
586     ***removed after 2nd and 4th scrapes (WINDOWS CLOSED, 4 applications)***
587

588     **<u>MCCEM Input Summary</u>**
589     MCCEM saturation concentration constraint invoked at 1013 mg/$m^3$
590     **Application Method:** Brush-on
591

592     **Volumes:**
593     Bathroom Volume = 9 $m^3$ (8 $m^3$ after subtracting source cloud zone)
594     Source Cloud Volume = 1 $m^3$
595     ROH volume = 492 – 9 = 483 $m^3$
596

597     **Airflows:**

| | |
|---|---|
| Bathroom-outdoors | 1.6 $m^3$/h |
| Source cloud - bathroom | 80 $m^3$/h |
| Source cloud - outdoors | 0 |
| ROH-outdoors | 86.9 $m^3$/h (0.18 ACH) |
| Bathroom-ROH | 35 $m^3$/h |

598
599     **NMP Mass Released:**
600     Bathtub = 36 sq. ft. surface area
601     Applied product mass = 3,888 g (Application rate = 108 g/sf)
602     Applied NMP = 3,888 g × 0.5 (wt. fraction) = 1,944 g
603     Total NMP mass released (both exponentials) = 3,888 g × 0.5 (wt. fraction) × 0.8695 (release
604     fraction, theoretical) = 1690.3 g
605     Mass released per app = 845.15 g
606

607     **For each of the 2 applications:**
608     **$k_1$ = 32.83/hr.**
609     **% Mass for Exponential 1** = 0.7% of Total mass applied = 0.007/0.8695 = 0.8% of released
610     NMP
611     **$E_{01}$** = Mass * $k_1$ = 0.008*845.15.4*32.83 = 222.0 g/hr. (**NOTE:** only k and Mass are needed as
612     inputs)
613     **$k_2$ = 0.00237/hr.**
614     **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
615     **$E_{02}$** = Mass * $k_2$ = 0.992*845.15*0.00237 = 1.99 g/hr. (**NOTE:** only k and Mass are needed as
616     inputs)
617

618    **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | |
|---------|---------|---------|---------|---------|---------|---------|
| | *Apply 1 & 3* | *Wait 1 & 3* | *Scrape 1 & 3* | *Apply 2 & 4* | *Wait 2 & 4* | *Scrape 2 & 4* |
| | E2)  Bathtub, Brush-On, Bathroom + Source Cloud, User in ROH during wait time, 0.18 ACH, 0.5 Weight Fraction | | | | | |
| 1st and 2nd Application | 0-18 (SrcCloud) | 18-48 (ROH) | 48-84 (SrcCloud) | 84-102 (SrcCloud) | 102-132 (ROH) | 132-168 (SrcCloud) |
| 3rd and 4th Application | 228-246 (SrcCloud) | 246-276 (ROH) | 276-312 (SrcCloud) | 312-330 (SrcCloud) | 330-360 (ROH) | 360-396 (SrcCloud) |

619    User in ROH at the end of Scraping 2 and 4
620    User in ROH for the remainder of the run (17 hours, 24 minutes)
621
622    **Model Run Time:**
623    0-24 hours
624    User takes out scrapings after 168 and 396 minutes; emissions truncated.
625

626 ***NMP Scenario F1. Dining table and chairs, Spray-On, Workshop, User in ROH during wait***
627 ***time, ROH=0.45 ACH, Workshop = 1.26 ACH (= 68 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight***
628 ***Fraction, Scrapings removed after 2nd scrape (WINDOWS OPEN)***

629
630 **MCCEM Input Summary**
631 **Application Method:** Spray-on
632 **Volumes:** Workshop volume = 54 $m^3$
633 ROH volume = 492 – 54 = 438 $m^3$

634
635 **Airflows:**

| Workshop-outdoors | 68 $m^3$/h |
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

636
637 **NMP Mass Released:**
638 Table = 36 sq. ft. surface area; Chairs = 64 sq. ft. surface area
639 Applied product mass = 8,100 g (Application rate = 81 g/sf)
640 Overspray = 0.05*8,100 g = 405 g
641 Total Product Mass = 8,100 + 405 = 8,505 g
642 Total NMP Mass = 8,505 g $\times$ 0.5 (wt. fraction) = 4,252.5 g
643 Total NMP mass released (both exponentials) = 4,252.5 x 0.8695 (release fraction, theoretical) =
644 3697.5 g
645 Mass released per app = 1848.8 g

646
647 **For each of the 2 applications:**
648 $k_1$ = 32.83/hr.
649 **% Mass for Exponential 1** = 7.0% of Total mass applied = 0.07/0.8695 = 8% of released NMP
650 $E_{01}$ = Mass * $k_1$ = 0.08*1848.8*32.83 = 4855.7 g/hr. (**NOTE:** only k and Mass are needed as
651 inputs)
652 $k_2$ = 0.00237/hr.
653 **% Mass for Exponential 2** = 79.95% of applied NMP = 0.7995/0.8695 = 91.9% of released
654 NMP
655 $E_{02}$ = Mass * $k_2$ = 0.919*1848.8*0.00237 = 4.03 g/hr. (**NOTE:** only k and Mass are needed as
656 inputs)

657
658 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
| | Apply 1 | Wait 1 | Scrape 1 | Break | Apply 2 | Wait 2 | Scrape 2 |
|---|---|---|---|---|---|---|---|
| F1) Dining table and chairs, Spray-On, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS OPEN | 0-41 (Wkshp) | 41-71 (ROH) | 71-196 (Wkshp) | 196-256 (ROH) | 256-297 (Wkshp) | 297-327 ROH) | 327-452 (Wkshp) |

659 User in ROH at the end of Scraping 2
660 User in ROH for the remainder of the run (16 hours, 28 minutes)

661
662   **Model Run Time:**
663   0-24 hours
664   User takes out scrapings after 452 minutes; emissions truncated.

665  ***NMP Scenario F2. Dining table and chairs, Spray-On, Workshop, User in ROH during wait***
666  ***time, ROH=0.45 ACH, Workshop = 0.45 ACH (= 24.3 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight***
667  ***Fraction, Scrapings removed after 2nd scrape (WINDOWS CLOSED)***

668
669  **<u>MCCEM Input Summary</u>**
670  **Application Method:** Spray-on
671  **Volumes:** Workshop volume = 54 $m^3$
672                ROH volume = 492 – 54 = 438 $m^3$

673
674  **Airflows:**

| Workshop-outdoors | 24.3 $m^3$/h |
|---|---|
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

675
676  **NMP Mass Released:**
677  Table = 36 sq. ft. surface area; Chairs = 64 sq. ft. surface area
678  Applied product mass = 8,100 g (Application rate = 81 g/sf)
679  Overspray = 0.05*8,100 g = 405 g
680  Total Product Mass = 8,100 + 405 = 8,505 g
681  Total NMP Mass = 8,505 g × 0.5 (wt. fraction) = 4,252.5 g
682  Total NMP mass released (both exponentials) = 4,252.5 x 0.8695 (release fraction, theoretical) =
683  3697.5 g
684  Mass released per app = 1848.8 g

685
686  **For each of the 2 applications:**
687  $k_1$ = 32.83/hr.
688  **% Mass for Exponential 1** = 7.0% of Total mass applied = 0.07/0.8695 = 8% of released NMP
689  $E_{01}$ = Mass * $k_1$ = 0.08*1848.8*32.83 = 4855.7 g/hr. (**NOTE:** only k and Mass are needed as
690  inputs)
691  $k_2$ = 0.00237/hr.
692  **% Mass for Exponential 2** = 79.95% of applied NMP = 0.7995/0.8695 = 91.9% of released
693                NMP
694  $E_{02}$ = Mass * $k_2$ = 0.919*1848.8*0.00237 = 4.03 g/hr. (**NOTE:** only k and Mass are
695                needed as inputs)

696
697  **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| F2) Dining table and chairs, Spray-On, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS CLOSED | 0-41 (Wkshp) | 41-71 (ROH) | 71-196 (Wkshp) | 196-256 (ROH) | 256-297 (Wkshp) | 297-327 ROH) | 327-452 (Wkshp) |

698  User in ROH at the end of Scraping 2
699  User in ROH for the remainder of the run (16 hours, 28 minutes)

700
701     **Model Run Time:**
702     0-24 hours
703     User takes out scrapings after 452 minutes; emissions truncated.

704 ***NMP Scenario F3. Dining table and chairs, Spray-On, Workshop, User in ROH during wait***
705 ***time, ROH=0.45 ACH, Workshop = 1.26 ACH (= 68 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight***
706 ***Fraction, Scrapings removed after each scrape (WINDOWS OPEN)***
707
708 **MCCEM Input Summary**
709 **Application Method:** Spray-on
710 **Volumes:** Workshop volume = 54 $m^3$
711                 ROH volume = 492 – 54 = 438 $m^3$
712
713 **Airflows:**

| Workshop-outdoors | 68 $m^3$/h |
|---|---|
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

714
715 **NMP Mass Released:**
716 Table = 36 sq. ft. surface area; Chairs = 64 sq. ft. surface area
717 Applied product mass = 8,100 g (Application rate = 81 g/sf)
718 Overspray = 0.05*8,100 g = 405 g
719 Total Product Mass = 8,100 + 405 = 8,505 g
720 Total NMP Mass = 8,505 g × 0.5 (wt. fraction) = 4,252.5 g
721 Total NMP mass released (both exponentials) = 4,252.5 x 0.8695 (release fraction, theoretical) =
722 3697.5 g
723 Mass released per app = 1848.8 g
724
725 **For each of the 2 applications:**
726 $k_1$ = 32.83/hr.
727 **% Mass for Exponential 1** = 7.0% of Total mass applied = 0.07/0.8695 = 8% of released NMP
728 $E_{01}$ = Mass * $k_1$ = 0.08*1848.8*32.83 = 4855.7 g/hr. (**NOTE:** only k and Mass are needed as
729 inputs)
730 $k_2$ = 0.00237/hr.
731 **% Mass for Exponential 2** = 79.95% of applied NMP = 0.7995/0.8695 = 91.9% of released
732                 NMP
733 $E_{02}$ = Mass * $k_2$ = 0.919*1848.8*0.00237 = 4.03 g/hr. (**NOTE:** only k and Mass are needed as
734                 inputs)
735
736 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| F3) Dining table and chairs, Spray-On, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS OPEN | 0-41 (Wkshp) | 41-71 (ROH) | 71-196 (Wkshp) | 196-256 (ROH) | 256-297 (Wkshp) | 297-327 ROH) | 327-452 (Wkshp) |

737 User in ROH at the end of Scraping 2
738 User in ROH for the remainder of the run (16 hours, 28 minutes)

739
740 **Model Run Time:**
741 0-24 hours
742 User takes out scrapings after 196 and 452 minutes; emissions truncated.

743 ***NMP Scenario G1. Floor, Spray-On, Workshop, User in ROH during wait time, ROH=0.45***
744 ***ACH, Workshop = 1.26 ACH (= 68 $m^3$/hr.), IZ = 107 $m^3$/hr., 0.5 Weight Fraction, Scrapings***
745 ***removed after each scrape (WINDOWS OPEN)***
746
747 **<u>MCCEM Input Summary</u>**
748 **Application Method:** Spray-on
749 **Volumes:** Workshop volume = 54 $m^3$
750               ROH volume = 492 – 54 = 438 $m^3$
751
752 **Airflows:**

| Workshop-outdoors | 68 $m^3$/h |
|---|---|
| ROH-outdoors | 197.1 $m^3$/h (0.45 ACH) |
| Workshop-ROH | 107 $m^3$/h |

753
754 **NMP Mass Released:**
755 Floor = 240 sq. ft. surface area
756 Applied product mass = 19,440 g (Application rate = 81 g/sf)
757 Overspray = 0.05*19,440 g = 972 g
758 Total Product Mass = 19,440 + 972 = 20,412 g
759 Total NMP Mass = 20,412 g $\times$ 0.5 (wt. fraction) = 10,206 g
760 Total NMP mass released (both exponentials) = 10,206 x 0.8695 (release fraction, theoretical) =
761 8,874.1 g
762 Mass released per app = 4437.1 g
763
764 **For each of the 2 applications:**
765 $k_1$ = 32.83/hr.
766 **% Mass for Exponential 1** = 7.0% of Total mass applied = 0.07/0.8695 = 8% of released NMP
767 $E_{01}$ = Mass * $k_1$ = 0.08*4437.1*32.83 = 11,653.6 g/hr. (**NOTE:** only k and Mass are needed as
768 inputs)
769 $k_2$ = 0.00237/hr.
770 **% Mass for Exponential 2** = 79.95% of applied NMP = 0.7995/0.8695 = 91.9% of released
771                               NMP
772 $E_{02}$ = Mass * $k_2$ = 0.919*4437.1*0.00237 = 9.66 g/hr. (**NOTE:** only k and Mass are needed as
773                               inputs)
774
775 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| G1) Floor, Spray-on, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS OPEN | 0-60 (Wkshp) | 60-120 (ROH) | 120-210 (Wkshp) | 210-270 (ROH) | 270-330 (Wkshp) | 330-390 (ROH) | 390-480 (Wkshp) |

776 User in ROH at the end of Scraping 2
777 User in ROH for the remainder of the run (16 hours)
778

779  **Model Run Time:**
780  0-24 hours
781  User takes out scrapings after 210 and 480 minutes; emissions truncated.

782 ***NMP Scenario G2. Floor, Spray-On, Workshop, User in ROH during wait time, ROH=0.45***
783 ***ACH, Workshop = 0.45 ACH (= 24.3 m³/hr.), IZ = 107 m³/hr., 0.5 Weight Fraction, Scrapings***
784 ***removed after each scrape (WINDOWS CLOSED)***

786 **MCCEM Input Summary**
787 **Application Method:** Spray-on
788 **Volumes:** Workshop volume = 54 m³
789                         ROH volume = 492 – 54 = 438 m³

791 **Airflows:**

| Workshop-outdoors | 24.3 m³/h |
|---|---|
| ROH-outdoors | 197.1 m³/h (0.45 ACH) |
| Workshop-ROH | 107 m³/h |

793 **NMP Mass Released:**
794 Floor = 240 sq. ft. surface area
795 Applied product mass = 19,440 g (Application rate = 81 g/sf)
796 Overspray = 0.05*19,440 g = 972 g
797 Total Product Mass = 19,440 + 972 = 20,412 g
798 Total NMP Mass = 20,412 g × 0.5 (wt. fraction) = 10,206 g
799 Total NMP mass released (both exponentials) = 10,206g x 0.8695 (release fraction, theoretical)
800 =8,874.1 g
801 Mass released per app = 4437.1 g

803 **For each of the 2 applications:**
804 $k_1$ = 32.83/hr.
805 **% Mass for Exponential 1** = 7.0% of Total mass applied = 0.07/0.8695 = 8% of released NMP
806 $E_{01}$ = Mass * $k_1$ = 0.08*4437.1*32.83 = 11,653.6 g/hr. (**NOTE:** only k and Mass are needed as
807 inputs)
808 $k_2$ = 0.00237/hr.
809 **% Mass for Exponential 2** = 79.95% of applied NMP = 0.7995/0.8695 = 91.9% of released
810                         NMP
811 $E_{02}$ = Mass * $k_2$ = 0.919*4437.1*0.00237 = 9.66 g/hr. (**NOTE:** only k and Mass are needed as
812                         inputs)

814 **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Break* | *Apply 2* | *Wait 2* | *Scrape 2* |
| G2) Floor, Spray-on, Workshop, User in ROH during wait time, 0.45 ACH, 0.5 Weight Fraction, WINDOWS CLOSED | 0-60 (Wkshp) | 60-120 (ROH) | 120-210 (Wkshp) | 210-270 (ROH) | 270-330 (Wkshp) | 330-390 (ROH) | 390-480 (Wkshp) |

815 User in ROH at the end of Scraping 2
816 User in ROH for the remainder of the run (16 hours)

818   **Model Run Time:**
819   0-24 hours
820   User takes out scrapings after 210 and 480 minutes; emissions truncated

821 ***NMP Scenario H1. Bathroom, Spray-On, Bathroom + Source Cloud, User in ROH during***
822 ***wait time, ROH=0.18 ACH, Bathroom = 0.18 ACH, IZ (source cloud/bathroom,***
823 ***bathroom/ROH) = 80, 35 $m^3$/hr., 0.5 Weight Fraction (Csat = 1013 mg/$m^3$), Scrapings***
824 ***removed after 2nd scrape (WINDOWS CLOSED, 2 applications)***

825
826 **MCCEM Input Summary**
827 MCCEM saturation concentration constraint invoked at 1013 mg/$m^3$
828 **Application Method:** Spray-on
829 **Volumes:** Bathroom Volume = 9 $m^3$ (8 $m^3$ after subtracting source cloud zone)
830             Source Cloud Volume = 1 $m^3$
831             ROH volume = 492 – 9 = 483 $m^3$

832
833 **Airflows:**

| Bathroom-outdoors | 1.6 $m^3$/h |
|---|---|
| Source cloud - bathroom | 80 $m^3$/h |
| Source cloud - outdoors | 0 |
| ROH-outdoors | 86.9 $m^3$/h (0.18 ACH) |
| Bathroom-ROH | 35 $m^3$/h |

834
835 **NMP Mass Released:**
836 Bathtub = 36 sq. ft. surface area
837 Applied product mass = 2,916 g (Application rate = 81 g/sf)
838 Overspray = 0.05*2,916 g = 145.8 g
839 Total Product Mass = 2,916 + 145.8 = 3,061.8 g
840 Total NMP Mass = 3,061.8 g × 0.5 (wt. fraction) = 1,530.9 g
841 Total NMP mass released (both exponentials) = 1530.9 x 0.8695 (release fraction, theoretical)
842 =1331.1 g
843 Mass released per app = 665.6 g

844
845 **For each of the 2 applications:**
846 $k_1$ = 32.83/hr.
847 **% Mass for Exponential 1** = 7.0% of Total mass applied = 0.07/0.8695 = 8% of released NMP
848 $E_{01}$ = Mass * $k_1$ = 0.08*665.6*32.83 = 1748.1 g/hr. (**NOTE:** only k and Mass are needed as
849 inputs)
850 $k_2$ = 0.00237/hr.
851 **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
852 $E_{02}$ = Mass * $k_2$ = 0.919*665.6*0.00237 = 1.45 g/hr. (**NOTE:** only k and Mass are needed as
853                             inputs)
854

855   **Application Times and Activity Patterns:**

| Episode | Elapsed Time from Time Zero, Minutes (Product User Location) | | | | | |
|---|---|---|---|---|---|---|
| | *Apply 1* | *Wait 1* | *Scrape 1* | *Apply 2* | *Wait 2* | *Scrape 2* |
| H1)  Bathtub, Spray-On, Bathroom + Source Cloud, User in ROH during wait time, 0.18 ACH, 0.5 Wt. Fract. | 0-9 (Src Cloud) | 9-39 (ROH) | 39-75 (Src Cloud) | 75-84 (Src Cloud) | 84-114 (ROH) | 114-150 (Src Cloud) |

856   User in ROH at the end of Scraping 2

857   User in ROH for the remainder of the run (21 hours, 30 minutes)

858

859   **Model Run Time:**

860   0-24 hours

861   User takes out scrapings after 150 minutes; emissions truncated.

862

863   *NMP Scenario H2. Bathroom, Spray-On, Bathroom + Source Cloud, User in ROH during*
864   *wait time, ROH=0.18 ACH, Bathroom = 0.18 ACH, IZ (source cloud/bathroom,*
865   *bathroom/ROH) = 80, 35 m³/hr., 0.5 Weight Fraction (Csat = 1013 mg/m³), Scrapings*
866   *removed after 2ⁿᵈ and 4ᵗʰ scrapes (WINDOWS CLOSED, 4 applications)*
867
868   **MCCEM Input Summary**
869   MCCEM saturation concentration constraint invoked at 1013 mg/m³
870   **Application Method:** Spray-on
871   **Volumes:** Bathroom Volume = 9 m³ (8 m³ after subtracting source cloud zone)
872           Source Cloud Volume = 1 m³
873           ROH volume = 492 – 9 = 483 m³
874
875   **Airflows:**

| Bathroom-outdoors | 1.6 m³/h |
|---|---|
| Source cloud - bathroom | 80 m³/h |
| Source cloud - outdoors | 0 |
| ROH-outdoors | 86.9 m³/h (0.18 ACH) |
| Bathroom-ROH | 35 m³/h |

876
877   **NMP Mass Released:**
878   Bathtub = 36 sq. ft. surface area
879   Applied product mass = 2,916 g (Application rate = 81 g/sf)
880   Overspray = 0.05*2,916 g = 145.8 g
881   Total Product Mass = 2,916 + 145.8 = 3,061.8 g
882   Total NMP Mass = 3,061.8 g × 0.5 (wt. fraction) = 1,530.9 g
883   Total NMP mass released (both exponentials) = 1530.9 x 0.8695 (release fraction, theoretical)
884   =1331.1 g
885   Mass released per app = 665.6 g
886
887   **For each of the 2 applications:**
888   $k_1$ = 32.83/hr.
889   **% Mass for Exponential 1** = 7.0% of Total mass applied = 0.07/0.8695 = 8% of released NMP
890   **$E_{01}$** = Mass * $k_1$ = 0.08*665.6*32.83 = 1748.1 g/hr. (**NOTE:** only k and Mass are needed as
891   inputs)
892   $k_2$ = 0.00237/hr.
893   **% Mass for Exponential 2** = 86.2% of applied NMP = 0.862/0.8695 = 99.2% of released NMP
894   **$E_{02}$** = Mass * $k_2$ = 0.919*665.6*0.00237 = 1.45 g/hr. (**NOTE:** only k and Mass are needed as
895                     inputs)
896

897   **Application Times and Activity Patterns:**

| **Episode**<br>Bathtub, Spray-On, Bathroom + Source Cloud, User in ROH during wait time, 0.18 ACH, 0.5 Wt. Fract | **Elapsed Time from Time Zero, Minutes (Product User Location)** | | | | | |
|---|---|---|---|---|---|---|
| | *Apply 1 & 3* | *Wait 1 & 3* | *Scrape 1 & 3* | *Apply 2 & 4* | *Wait 2 & 4* | *Scrape 2 & 4* |
| | E2)  Bathtub, Brush-On, Bathroom + Source Cloud, User in ROH during wait time, 0.18 ACH, 0.5 Weight Fraction | | | | | |
| 1st and 2nd Application | 0-9 (Wkshp) | 9-39 (ROH) | 39-75 (Wkshp) | 75-84 (Wkshp) | 84-114 (ROH) | 114-150 (Wkshp) |
| 3rd and 4th Application | 210-219 (Wkshp) | 219-249 (ROH) | 249-285 (Wkshp) | 285-294 (Wkshp) | 294-324 (ROH) | 324-360 (Wkshp) |

898   User in ROH at the end of Scraping 2 and 4
899   User in ROH for the remainder of the run (18 hours)
900
901   **Model Run Time:**
902   0-24 hours
903   User takes out scrapings after 150 and 360 minutes; emissions truncated.
904
905   **Appendix B** - Spreadsheet: Details of NMP Exposure Model Results

906   See the separate spreadsheet loaded into this docket (EPA-HQ-OPPT-2016-0231) for the zone-
907   specific and exposure concentrations predicted by MCCEM.
908
909   **Appendix C** - Spreadsheet: NMP Risk Estimation

910   See the separate spreadsheet loaded into this docket (EPA-HQ-OPPT-2016-0231) for risk
911   calculations.
912
913   **Appendix D**

914   **Table D-1. Eight-hour TWA exposures for additional scenarios**

| Scenario | Individual | 8-Hour TWA exposure | |
|---|---|---|---|
| | | mg/m$^3$ | ppm |
| A1. Coffee Table, Brush Application in Workshop, Windows Open | User | 2.2 | 0.5 |
| | Non-User | 1.5 | 0.4 |
| A2. Coffee Table, Brush Application in Workshop, Windows Closed | User | 3.1 | 0.8 |
| | Non-User | 2.2 | 0.5 |
| B1. Chest, Brush Application in Workshop, Windows Open | User | 7.7 | 1.9 |
| | Non-User | 4.3 | 1.1 |
| B2. Chest, Brush Application in Workshop, Windows Closed | User | 10.7 | 2.6 |
| | Non-User | 6.1 | 1.5 |

| Scenario | Individual | 8-Hour TWA exposure | |
|---|---|---|---|
| | | mg/m$^3$ | ppm |
| C1. Dining table and chairs, Brush Application in Workshop, Windows Open | User | 70.2 | 17.3 |
| | Non-User | 24.7 | 6.1 |
| C2. Dining table and chairs, Brush Application in Workshop, Windows Closed | User | 97.7 | 24.1 |
| | Non-User | 35.0 | 8.6 |
| C3. Dining table and chairs, Brush Application in Workshop, Windows Open, Scrapings removed after each scrap | User | 54.5 | 13.4 |
| | Non-User | 19.1 | 4.7 |
| D1. Floors, Roller Application in Workshop, Windows Open | User | 110.9 | 27.4 |
| | Non-User | 45.0 | 11.1 |
| D2. Floors, Roller Application in Workshop, Windows Closed | User | 150.6 | 37.1 |
| | Non-User | 63.7 | 15.7 |
| E1. Bathtub, Brush Application in Bathroom, $C_{sat}$ = 1,013 mg/m$^3$, 2 Applications | User | 78.8 | 19.4 |
| | Non-User | 20.4 | 5.0 |
| E2. Bathtub, Brush Application in Bathroom, $C_{sat}$ = 1,013 mg/m$^3$, 4 Applications | User | 148.9 | 36.7 |
| | Non-User | 35.7 | 8.8 |
| F1. Dining table and chairs, Spray Application in Workshop, Windows Open | User | 227.1 | 56.0 |
| | Non-User | 94.8 | 23.4 |
| F2. Dining table and chairs, Spray Application in Workshop, Windows Closed | User | 319.3 | 78.8 |
| | Non-User | 133.8 | 33.0 |
| F3. Dining table and chairs, Spray Application in Workshop, Windows Open | User | 218.4 | 53.9 |
| | Non-User | 92.1 | 22.7 |
| G1. Floors, Spray Application in Workshop, Windows Open | User | 540.1 | 133.2 |
| | Non-User | 214.2 | 52.8 |
| G2. Floors, Spray Application in Workshop, Windows Closed | User | 724.6 | 178.7 |
| | Non-User | 303.1 | 74.8 |
| H1. Bathtub, Spray Application in Bathroom, $C_{sat}$ = 1,013 mg/m$^3$, 2 Applications | User | 339.4 | 83.7 |
| | Non-User | 109.2 | 26.9 |
| H2. Bathtub, Spray Application in Bathroom, $C_{sat}$ = 1,013 mg/m$^3$, 4 Applications | User | 640.9 | 158.1 |
| | Non-User | 192.8 | 47.6 |

915   $C_{sat}$ = Saturation Concentration

916
917

918 # Appendix G    ENVIRONMENTAL HAZARDS

919
920
921 EPA has reviewed acceptable ecotoxicity studies for NMP according to the data quality evaluation
922 criteria found in *The Application of Systematic Review in TSCA Risk Evaluations* (U.S. EPA, 2018a).
923 The results of these ecotoxicity study evaluations can be found in *NMP (872-50-4) Systematic Review:*
924 *Supplemental File for the TSCA Risk Evaluation Document*. The data quality evaluation indicated these
925 studies are of high confidence and are used to characterize the environmental hazards of NMP. These
926 studies support that hazard of NMP to aquatic organisms is low and that no further evaluation is
927 required.

928 The acceptable aquatic studies that were evaluated for NMP are summarized in Table_Apx G-1. The
929 hazard of these studies has been reported (U.S. EPA, 2006b), (OECD, 2007b), (Danish Ministry of the
930 Environment, 2015), (U.S. EPA, 2015) and (Environment Canada, 2017) as stated in the NMP Problem
931 Formulation (U.S. EPA, 2018c).

932
933 **Table_Apx G-1. On-topic aquatic toxicity studies that were evaluated for N-Methylpyrrolidone**
934

| Test Species | Fresh/ Salt Water | Duration | Endpoint | Concentration(s) | Test Analysis | Effect(s) | References | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|
| *Fish* | | | | | | | | |
| Fathead minnow (*Pimephales promelas*) | Fresh | 96-h | $LC_{50}$ = 1072 mg/L | 389, 648, 1080, 1800, 3000, 5000 mg/L | Static, Nominal | Mortality | (GAF, 1979) | High |
| Rainbow trout (*Salmo Gairdneri*) | Fresh | 96-h | $LC_{50}$ = 3048 mg/L | 778, 1296, 2160, 3600, 6000, 10,000 mg/L | Static, Nominal | Mortality | (GAF, 1979) | High |
| Rainbow trout (*Oncorhynchus mykiss*) | Fresh | 96-h | $LC_{50}$ > 500 mg /L | 0, 500 mg/L | Static, Nominal | Mortality | (BASF AG, 1983) | High |
| Orfe (*Leuciscus idus*) | Fresh | 96-h | $LC_{50}$ = 4030 mg/L | 100, 215, 464, 1000, 2150, 4640, 10,000 mg/L | Static, Nominal | Mortality | (BASF AG, 1986) | High |
| *Aquatic Invertebrates* | | | | | | | | |
| Water flea (*Daphnia magna*) | Fresh | 48-h | $LC_{50}$ = 4897 mg/L | 389, 648, 1080, 1800, 3000, 5000, 8333 mg/L | Static, Nominal | Mortality | (GAF, 1979) | High |
| Water flea (*Daphnia magna*) | Fresh | 21-day | NOEC=12.5 mg/L LOEC= 25 mg/L | 0.39, 0.78, 1.56, 3.13, 6.25, 12.5, 25, 50, 100 mg/L | Static, Nominal | Reproduction | (BASF AG, 2001)[a] | High |
| Grass shrimp (*Palaemonetes vulgaris*) | Salt | 96-h | $LC_{50}$= 1107 mg/L | 360, 600, 1000, 1667, 2775 mg/L | Static, Nominal | Mortality | (GAF, 1979) | High |
| Scud (*Gammarus sp*) | Fresh | 96-h | $LC_{50}$= 4655 mg/L | 389, 648, 1080, 1800, 3000, 5000, 8333 mg/L | Static, Nominal | Mortality | (GAF, 1979) | High |
| Mud crabs (*Neopanope texana sayi*) | Salt | 96-h | $LC_{50}$= 1585 mg/L | 360, 600, 1000, 1667, 2775 mg/L | Static, Nominal | Mortality | (GAF, 1979) | High |
| *Algae* | | | | | | | | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Test Species | Fresh/Salt Water | Duration | Endpoint | Concentration(s) | Test Analysis | Effect(s) | References | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|
| Algae (*Scenedemus subspicatus*) | Fresh | 72-h | $E_bC_{50}=600$ $ErC_{50}=673$ mg/L | 7.8, 15.6, 31.3, 62.5, 125, 250, 500 mg/L | Static, Nominal | Biomass Growth rate | (BASF AG, 1989) | High |
| Algae (*Scenedemus subspicatus*) | Fresh | 72-h | LOEC=250 NOEC=125 | 7.8, 15.6, 31.3, 62.5, 125, 250, 500 mg/L | Static, Nominal | Growth | (BASF AG, 1989) | High |

935  a  Reservation of Rights: BASF has agreed to share this toxicity study report ("Study Report") with US EPA, at its written request, for EPA 's use in
936  implementing a statutory requirement of the Toxic Substances Control Act ("TSCA "). Every other use, exploitation, reproduction, distribution, publication
937  or submission to any other party requires BASF's written permission, except as otherwise provided by law. The submission of this Study Report to a public
938  docket maintained by the United States Environmental Protection Agency is not a waiver of BASF's ownership rights. No consent is granted for any other
939  third-party use of this Study Report for any purpose, in any jurisdiction. Specifically, and by example, no consent is granted allowing the use of this Study
940  Report by a private entity in requesting any regulatory status, registration or other approval or benefit, whether international, national, state or local,
941  including but not limited to the Regulation Evaluation Authorization and Restriction of Chemicals ("REACH") regulation administered by European
942  Chemicals Agency ("ECHA"), an agency of the European Union.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

943 # Appendix H    HUMAN HEALTH HAZARDS
944

945 ## H.1    Hazard and Data Evaluation Summaries
946

947 ### H.1.1    Hazard and Data Evaluation Summary for Acute and Short-term Oral Exposure Studies
948

949 **Table_Apx H-1. Hazard and Data Evaluation Summary for Acute and Short-term Oral Exposure Studies**

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Body Weight | Short-term (1-30 days) | Rat, Other, Male (5) | 0, 149, 429, 1234, 2019 mg/kg-bw/day (0, 2000, 6000, 18,000, and 30,000 ppm) | 4 weeks | NOAEL = 429 mg/kg-bw/day | NOAEL = 429 mg/kg-bw/day | Decreased body weight and altered testes and liver weights were observed at 1234 mg/kg-bw/day and above. Degeneration/atrophy of testicular seminiferous tubules were observed 1/5 males at 1234 mg/kg-bw/day and in 5/5 at 2019 mg/kg-bw/day. Increased incidence of centrilobular hepatocellular hypertrophy and decreased serum glucose were observed at 1234 mg/kg-bw/day and above. | Malek et al (1997) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Body Weight | Short-term (1-30 days) | Rat, Other Female (5) | 0, 161, 493, 1548, 2268 mg/kg-bw/day (0, 2000, 6000, 18,000, and 30,000 ppm) | 4 weeks | NOAEL = 1548 mg/kg - bw/day | NOAEL = 1548 mg/kg - bw/day | Decreased body weight and body weight gain were observed at 2268 mg/kg-bw/day. Increased serum total protein, albumin, and cholesterol levels and increased incidence of centrilobular hepatocellular hypertrophy, hypocellular bone marrow, and thymic atrophy were also observed at 2268 mg/kg-bw/day. | Malek et al (1997) | High |
| Body Weight | Short-term (1-30 days) | Mouse, B6C3F1, Female (5) | 0, 180, 920, 2970, 4060 mg/kg-bw/day (0, 500, 2500. 7500, 10,000 ppm) | 4 weeks | Not Reported | NOAEL = 4060 mg/kg - bw/day | No exposure-related effects | NMP Producers Group (1994) | High |
| Body Weight | Short-term (1-30 days) | Mouse B6C3F1, Male (5) | 0, 130, 720, 2130, 2670 mg/kg-bw/day (0, 500, 2500. 7500, 10,000 ppm) | 4 weeks | Not Reported | NOAEL = 2670 mg/kg - bw/day | No exposure-related effects | NMP Producers Group (1994) | High |
| Clinical Chemistry/ Biochemical | Short-term (1-30 days) | Rat Sprague-Dawley, Male (5) | 0, 250, 500, 1000 mg/kg-bw/day | 5 days/ week for 5 weeks | Not Reported | NOAEL = 250 mg/kg - bw/day | Decreased serum creatinine | Gopinathan et al (2013) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Endocrine | Short-term (1-30 days) | Rat, Other, Female (5) | 0, 161, 493, 1548, 2268 mg/kg-bw/day (0, 2000, 6000, 18000, and 30000 ppm) | 4 weeks | NOAEL = 1548 mg/kg - bw/day | NOAEL = 1548 mg/kg - bw/day | Decreased body weight and body weight gain were observed at 2268 mg/kg-bw/day. Increased serum total protein, albumin, and cholesterol levels and increased incidence of centrilobular hepatocellular hypertrophy, hypocellular bone marrow, and thymic atrophy were also observed at 2268 mg/kg-bw/day. | Malek et al (1997) | High |
| Hemato-logical and Immune | Short-term (1-30 days) | Rat, Sprague-Dawley, Male (5) | 0, 250, 500, 1000 mg/kg-bw/day | 5 days/ week for 5 weeks | Not Reported | NOAEL = 1000 mg/kg - bw/day | No mortalities occurred and no changes were reported for hematology parameters or liver or spleen weights. | Gopinathan et al (2013) | Medium |
| Hepatic | Short-term (1-30 days) | Rat, Sprague-Dawley, Male (5) | 0, 250, 500, 1000 mg/kg-bw/day | 5 days/ week for 5 weeks | Not Reported | NOAEL = 1000 mg/kg - bw/day | No mortalities occurred and no changes were reported for hematology parameters or liver or spleen weights. | Gopinathan et al (2013) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Hepatic | Short-term (1-30 days) | Rat, Other Female (5) | 0, 161, 493, 1548, 2268 mg/kg-bw/day (0, 2000, 6000, 18,000, and 30,000 ppm) | 4 weeks | NOAEL = 1548 mg/kg - bw/day | NOAEL = 1548 mg/kg - bw/day | Decreased body weight and body weight gain were observed at 2268 mg/kg-bw/day. Increased serum total protein, albumin, and cholesterol levels and increased incidence of centrilobular hepatocellular hypertrophy, hypocellular bone marrow, and thymic atrophy were also observed at 2268 mg/kg-bw/day. | Malek et al (1997) | High |
| Hepatic | Short-term (1-30 days) | Mouse, B6C3F1, Female (5) | 0, 180, 920, 2970, 4060 mg/kg-bw/day (0, 500, 2500. 7500, 10,000 ppm) | 4 weeks | Not Reported | NOAEL = 4060 mg/kg - bw/day | No exposure-related effects | NMP Producers Group (1994) | High |
| Hepatic | Short-term (1-30 days) | Mouse, B6C3F1, Male (5) | 0, 130, 720, 2130, 2670 mg/kg-bw/day (0, 500, 2500. 7500, 10,000 ppm) | 4 weeks | Not Reported | NOAEL = 2670 mg/kg - bw/day | No exposure-related effects | NMP Producers Group (1994) | High |
| Mortality | Short-term (1-30 days) | Rat, Sprague-Dawley, Male (5) | 0, 250, 500, 1000 mg/kg-bw/day | 5 days/ week for 5 weeks | Not Reported | NOAEL = 1000 mg/kg - bw/day | No mortalities occurred and no changes were reported for hematology parameters or liver or spleen weights. | Gopinathan et al (2013) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Mortality | Short-term (1-30 days) | Mouse, B6C3F1, Male (5) | 0, 130, 720, 2130, 2670 mg/kg-bw/day (0, 500, 2500, 7500, 10000 ppm) | 4 weeks | NOAEL = 0.048 | NOAEL = 1125 mg/kg - bw/day | Mortality in a male mouse that also showed renal effects. death was considered related to treatment. | Malek et al (1997) | High |
| Mortality | Short-term (1-30 days) | Mouse, B6C3F1, Female (5) | 0, 180, 920, 2970, 4060 mg/kg-bw/day (0, 500, 2500. 7500, 10,000 ppm) | 4 weeks | Not Reported | NOAEL = 4060 mg/kg - bw/day | No exposure-related effects | NMP Producers Group (1994) | High |
| Mortality | Short-term (1-30 days) | Mouse, B6C3F1, Male (5) | 0, 130, 720, 2130, 2670 mg/kg-bw/day (0, 500, 2500. 7500, 10,000 ppm) | 4 weeks | Not Reported | NOAEL = 2670 mg/kg - bw/day | No exposure-related effects | NMP Producers Group (1994) | High |
| Not Reported | Short-term (1-30 days) | Rat, Sprague-Dawley, Male (5) | 0, 250, 500, 1000 mg/kg-bw/day | 5 days/ week for 5 weeks | Not Reported | NOAEL = 250 mg/kg - bw/day | Decreased serum creatinine | Gopinathan et al (2013) | Medium |
| Not Reported | Short-term (1-30 days) | Rat, Sprague-Dawley, Male (5) | 0, 250, 500, 1000 mg/kg-bw/day | 5 days/ week for 5 weeks | Not Reported | NOAEL = 250 mg/kg - bw/day | Decreased serum creatinine | Gopinathan et al (2013) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concen-tration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concen-tration (NOAEL, LOAEL, LC50) (Sex) | Effect | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Renal | Short-term (1-30 days) | Rat, Sprague-Dawley, Male (5) | 0, 250, 500, 1000 mg/kg-bw/day | 5 days/ week for 5 weeks | Not Reported | Not Reported | Mottled kidneys were reported bilaterally with a combined incidence in all dose groups (250, 500, and 1000 mg/kg-bw/day) of 8/15. This was not observed in controls. No changes were reported for urine chemistry parameters or kidney weights. Incidences of mottled kidneys for each dose group were not reported, so I did not assign a NOAEL or LOAEL for renal effects. | Gopinathan et al (2013) | Medium |
| Renal | Short-term (1-30 days) | Mouse, B6C3F1, Female (5) | 0, 180, 920, 2970, 4060 mg/kg-bw/day (0, 500, 2500, 7500, 10,000 ppm) | 4 weeks | NOAEL = 920 mg/kg - bw/day | NOAEL = 920 mg/kg - bw/day | Dark yellow urine in all animals at Dose 3, 4, and 5. Cloudy swelling of the distal renal tubule in 3/5 females at Dose 5 | NMP Producers Group (1994) | High |
| Renal | Short-term (1-30 days) | Mouse, B6C3F1, Male (5) | 0, 130, 720, 2130, 2670 mg/kg-bw/day (0, 500, 2500, 7500, 10,000 ppm) | 4 weeks | NOAEL = 720 mg/kg - bw/day | NOAEL = 720 mg/kg - bw/day | Dark yellow urine in all animals at Dose 3, 4, and 5. Cloudy swelling of the distal renal tubule in 2/5 males at Dose 4. and 4/5 males at Dose 5 | NMP Producers Group (1994) | High |

950
951

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

952

### H.1.2    Hazard and Data Evaluation Summary for Reproductive and Developmental Oral Exposure Studies

954
955 **Table_Apx H-2. Hazard and Data Evaluation Summary for Reproductive and Developmental Oral Exposure Studies**

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Body Weight | Reproductive | Rat, Male (22-24) | 0, 100, 300, 1000 mg/kg-bw/day | 5 days/ week for 10 weeks prior to mating and 1 week during mating | Not Reported | NOAEL = 300 mg/kg - bw/day | Body weight decrement of at least 10% | Sitarek et al (2008) | High |
| Growth and Development | Reproductive | Rat, Other, Male (22-24) | 0, 100, 300, 1000 mg/kg-bw/day | 5 days/ week for 10 weeks prior to mating and 1 week during mating | Not Reported | NOAEL = 100 mg/kg - bw/day | Decreased offspring viability through PND4 | Sitarek et al (2008) | High |

Pls' Ex. 49

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concen-trations | Duration | Author Reported Effect Dose or Concen-tration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concen-tration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Growth and Develop-ment | Repro-ductive | Rat, Wistar, Female (22-28) | 0, 150, 450, 1000 mg/kg-bw/day | 5 days/ week for two weeks before mating, during gestation and lactation | LOAEL = 150 mg/kg-bw/day | LOAEL = 150 mg/kg-bw/day | Significant decrease in pup survival within three weeks of birth at all doses. | Sitarek et al (2012) | High |
| Repro-ductive | Subchronic (30-90 days) | Dog, Beagle, Both (6/sex) | 0, 24, 75, 246 mg/kg-bw/day in males; 0, 24, 76, 246 mg/kg-bw/day in females (actual concentratio ns) | 13 weeks | Not Reported | NOAEL = 246 mg/kg -bw/day | No effects on reproductive organs, hematological/ immune, body weight, relative organ (liver, kidney, spleen, heart, thyroid, adrenal glands, brain, and pituitary) weights. | Becci et al (1983) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Reproductive | Short-term (1-30 days) | Rat, Other, Male (5) | 0, 149, 429, 1234, 2019 mg/kg-bw/day (0, 2000, 6000, 18,000, 30,000 ppm) | 4 weeks | NOAEL = 429 mg/kg - bw/day | NOAEL = 429 mg/kg - bw/day | Decreased body weight and altered testes and liver weights were observed at 1234 mg/kg-bw/day and above. Degeneration/atrophy of testicular seminiferous tubules were observed 1/5 males at 1234 mg/kg-bw/day and in 5/5 at 2019 mg/kg-bw/day. Increased incidence of centrilobular hepatocellular hypertrophy and decreased serum glucose were observed at 1234 mg/kg-bw/day and above. | Malek et al (1997) | High |
| Reproductive | Subchronic (30-90 days) | Rat, Other, Male (10) | 1, 169, 433, 1057 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | Not Reported | NOAEL = 1057 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concen- trations | Duration | Author Reported Effect Dose or Concen- tration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concen- tration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Repro-ductive | Subchronic (30-90 days) | Mouse, Both (20/sex) | 0, 277, 619, 1931 mg/kg-bw/day (0, 1000, 2500, 7500 ppm) | 90 days | Not Reported | NOAEL = 1931 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Repro-ductive | Chronic (>90 days) | Rat, Other, Male (62) | 0, 66.4, 207, 678 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | Not Reported | NOAEL = 207 mg/kg - bw/day | Biliateral degeneration/atrophy of seminiferous tubules in the tests, bilateral oligospermia/germ cell debris in the epididymites, centrilobular fatty change in the liver | Malley et al (2001) | High |
| Repro-ductive | Chronic (>90 days) | Rat, Other, Female (62) | 0, 87.8, 283, 939 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | Not Reported | NOAEL = 939 mg/kg - bw/day | No exposure-related adverse effects | Malley et al (2001) | High |
| Repro-ductive | Chronic (>90 days) | Mouse, B6C3F1, Male (50) | 0, 89, 173, 1089 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | Not Reported | NOAEL = 1089 mg/kg - bw/day | No adverse effects | Malley et al (2001) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Reproductive | Chronic (>90 days) | Mouse, B6C3F1, Female (50) | 0, 115, 221, 1399 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | Not Reported | NOAEL = 1399 mg/kg - bw/day | No adverse effects | Malley et al (2001) | High |
| Reproductive | Reproductive | Rat, Other, Male (22-24) | 0, 100, 300, 1000 mg/kg-bw/day | 5 days/ week | Not Reported | NOAEL = 100 mg/kg - bw/day | Decreased offspring viability through PND4 | Sitarek et al (2008) | High |
| Reproductive | Short-term (1-30 days) | Mouse, B6C3F1, Male (5) | 0, 130, 720, 2130, 2670 mg/kg-bw/day (0, 500, 2500. 7500, 10,000 ppm) | 4 weeks | Not Reported | NOAEL = 2670 mg/kg - bw/day | No exposure-related effects | NMP Producers Group/ BASF (1994) | High |
| Reproductive | Reproductive | Rat, Wistar, Female (22-28) | 0, 150, 450, 1000 mg/kg-bw/day | 5 days/ week for two weeks before mating, during gestation and lactation | NOAEL = 150 mg/kg-bw/day | NOAEL = 150 mg/kg-bw/day | Significantly decreased female fertility index | Sitarek et al (2012) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concen- trations | Duration | Author Reported Effect Dose or Concen- tration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concen- tration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Thyroid | Repro-ductive | Rat , Male, (22-24) | 0, 100, 300, 1000 mg/kg-bw/day | 5 days/ week for 10 weeks prior to mating and 1 week during mating | Not Reported | NOAEL = 300 mg/kg - bw/day | Significantly increased absolute and relative thyroid weight. | Sitarek et al (2008) | High |

956
957

958

### H.1.3    Hazard and Data Evaluation Summary for Reproductive and Developmental Inhalation Exposure Studies

960

961    **Table_Apx H-3. Hazard and Data Evaluation Summary for Reproductive and Developmental Inhalation Exposure Studies**

| Target Organ/ System | Study Type | Species, Strain, Sex (Number /group) | Doses/ Concen-trations | Duration | Author Reported Effect Dose or Concen-tration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concen-tration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Body Weight | Developmental | Rat, Sprague-Dawley, Female (25-26) | 0, 122, 243, 487 mg/m³ | 6 hours/ day 7 days/ week for 15 weeks | NOAEL = 122 mg/m³ | NOAEL = 122 mg/m³ | LOAEL for decreased maternal weight gain at 243 mg/m³. Maternal food intake also decreased at 487 mg/m³⁺. | Saillenfait et al (2003) | High |
| Growth and Development | Reproductive | Rat, Other, Both (10M and 20F) | 0, 42, 206, 472 mg/m³ | 6 hours/ day 7 days/ week for 143 weeks | Not Reported | NOAEL = 42 mg/m³ | Decreased F1 offspring weights per litter from PND 1 to PND 21, and decreased fetal body weight in developmental phase of study, at highest dose. F0 dams exhibited decreased response to auditory stimuli at the highest dose. | Solomon et al (1995) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number /group) | Doses/ Concen- trations | Duration | Author Reported Effect Dose or Concen- tration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concen- tration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Growth and Development | Developmental | Rat, Other, Female (25) | 0, 100, 360 mg/m$^3$ | 6 hours/ day 7 days/ week for 10 weeks | Not Reported | NOAEL = 360 mg/m$^3$ | No effects on uterine or litter parameters, fetal weight or length, or incidence of gross, soft tissue, or skeletal anomalies | Lee et al (1987) | High |
| Neuro- logical/ Behavior | Reproductive | Rat, Other, Both (10M and 20F) | 0, 42, 206, 472 mg/m$^3$ | 6 hours/ day 7 days/ week for 143 weeks | Not Reported | NOAEL = 42 mg/m$^3$ | Decreased F1 offspring weights per litter from PND 1 to PND 21, and decreased fetal body weight in developmental phase of study, at highest dose. F0 dams exhibited decreased response to auditory stimuli at the highest dose. | Solomon et al (1995) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number /group) | Doses/ Concen- trations | Duration | Author Reported Effect Dose or Concen- tration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concen- tration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Repro- ductive | Reproductive | Rat, Other, Both (10M and 20F) | 0, 42, 206, 472 mg/m$^3$ | 6 hours/ day 7 days/ week for 143 weeks | NOAEL = 472 mg/m$^3$ | NOAEL = 472 mg/m$^3$ | No significant difference in reproductive performance or adult body weight. Study notes condensation on inside of high dose chambers, which precluded achieving target concentration of 527 mg/m$^3$. | Solomon et al (1995) | High |
| Repro- ductive | Chronic (>90 days) | Rat, Crj: CD(SD), Both (120) | 0, 41, 405 mg/m$^3$ | 6 hours/ day 5 days/ week | Not Reported | NOAEL = 41 mg/m$^3$ | Mammary gland hyperplasia | DuPont (1982) | Medium |
| Repro- ductive | Chronic (>90 days) | Rat, Crj: CD(SD), Both (120) | 0, 41, 405 mg/m$^3$ | 6 hours/ day 5 days/ week | Not Reported | NOAEL = 405 mg/m$^3$ | No adverse effects (based on histopathology of epididymites and prostate) | DuPont (1982) | Medium |

962
963
964
965
966

967    **H.1.4    Hazard and Data Evaluation Summary for Reproductive and Developmental Dermal Exposure Studies**
968
969    **Table_Apx H-4. Hazard and Data Evaluation Summary for Reproductive and Developmental Dermal Exposure Studies**
970

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Growth and develop ment | Developmental | Sprague-Dawley, Female (25) | 75, 237 and 750 mg/kg-bw/day | Days 6-15 of gestation | | NOAEL= 237 mg/kg-bw/day | Decreased number of live fetuses per dam and increased percentage of resorption sites and skeletal abnormalities as well as maternal toxicity indicated by reduced body weight gain at the highest dose; | Becci et al (1982) | Medium |

971
972

973      **H.1.5    Hazard and Data Evaluation Summary for Sub-chronic and Chronic Non-cancer Inhalation Exposure Studies**

974

975      **Table_Apx H-5. Hazard and Data Evaluation Summary for Sub-chronic and Chronic Non-cancer Inhalation Exposure**
976      **Studies**

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Body Weight | Chronic (>90 days) | Rat, Crj: CD(SD), Both (120) | 0, 41, 405 mg/m³ | 6 hours/ day 5 days/week | Not Reported | NOAEL = 405 mg/m³ | Body weight was significantly decreased in 405 mg/m³ males (but only 6% lower than controls). Effects on mortality, hematology and clinical chemistry parameters, the kidney, and cancer incidence were not temporally- and/or concentration-related, and/or were not toxicologically relevant (e.g., decreased cancer incidence). | DuPont (1982) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Clinical Chemistry/ Biochemical | Chronic (>90 days) | Rat, Crj: CD(SD), Both (120) | 0, 41, 405 mg/m$^3$ | 6 hours/ day 5 days/week | Not Reported | NOAEL = 405 mg/m$^3$ | Body weight was significantly decreased in 405 mg/m$^3$ males (but only 6% lower than controls). Effects on mortality, hematology and clinical chemistry parameters, the kidney, and cancer incidence were not temporally- and/or concentration-related, and/or were not toxicologically relevant (e.g., decreased cancer incidence). | DuPont (1982) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Hemato-logical and Immune | Chronic (>90 days) | Rat, Crj: CD(SD), Both (120) | 0, 41, 405 mg/m$^3$ | 6 hours/ day 5 days/week | Not Reported | NOAEL = 405 mg/m$^3$ | Body weight was significantly decreased in 405 mg/m$^3$ males (but only 6% lower than controls). Effects on mortality, hematology and clinical chemistry parameters, the kidney, and cancer incidence were not temporally- and/or concentration-related, and/or were not toxicologically relevant (e.g., decreased cancer incidence). | DuPont (1982) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Mortality | Chronic (>90 days) | Rat, Crj: CD(SD), Both (120) | 0, 41, 405 mg/m$^3$ | 6 hours/ day 5 days/week | Not Reported | NOAEL = 405 mg/m$^3$ | Body weight was significantly decreased in 405 mg/m$^3$ males (but only 6% lower than controls). Effects on mortality, hematology and clinical chemistry parameters, the kidney, and cancer incidence were not temporally- and/or concentration- related, and/or were not toxicologically relevant (e.g., decreased cancer incidence). | DuPont (1982) | Medium |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | EPA Identified Effect Dose or Concentration (NOAEL, LOAEL, LC50) (Sex) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Chronic (>90 days) | Rat, Crj: CD(SD), Both (120) | 0, 41, 405 mg/m$^3$ | 6 hours/ day 5 days/week | Not Reported | NOAEL = 405 mg/m$^3$ | Body weight was significantly decreased in 405 mg/m$^3$ males (but only 6% lower than controls). Effects on mortality, hematology and clinical chemistry parameters, the kidney, and cancer incidence were not temporally- and/or concentration-related, and/or were not toxicologically relevant (e.g., decreased cancer incidence). | DuPont (1982) | Medium |

977

978
979
980
981
982
983
984
985

Pls' Ex. 49

986      **H.1.6      Hazard and Data Evaluation Summary for Sub-chronic and Chronic Non-cancer Oral Exposure Studies**
987
988      **Table_Apx H-6. Hazard and Data Evaluation Summary for Sub-chronic and Chronic Non-cancer Oral Exposure Studies**
989

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | EPA Identified Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Body Weight | Sub-chronic (30-90 days) | Mouse, Both (20/sex) | 0, 277, 619, 1931 mg/kg-bw/day (0, 1000, 2500, 7500 ppm) | 90 days | Not Reported | NOAEL = 1931 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Body Weight | Sub-chronic (30-90 days) | Rat, Other, Male (20-26) | 1, 169, 433, 1057 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | NOAEL = 0.048 | NOAEL = 1057 mg/kg - bw/day | Body weight effects not considered adverse (associated with decreased food consumption, indicating palatability issue) | Malley et al (1999) | High |
| Body Weight | Sub-chronic (30-90 days) | Rat, Other, Female (20-26) | 0, 217, 565, 1344 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | NOAEL = 0.048 | NOAEL = 1344 mg/kg - bw/day | Body weight effects within 10% of control | Malley et al (1999) | High |
| Body Weight | Chronic (>90 days) | Rat, Other, Male (62) | 0, 66.4, 207, 678 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | NOAEL = 207 mg/kg - bw/day | NOAEL = 207 mg/kg - bw/day | Study authors report a study NOAEL of 207 mg/kg/day in male rats based on 25% decrease in terminal body weight and increased incidence of severe chronic progressive nephropathy. | Malley et al (2001) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Conc. (NOAEL, LOAEL, LC$_{50}$) | EPA Identified Effect Dose or Conc. (NOAEL, LOAEL, LC$_{50}$) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Body Weight | Chronic (>90 days) | Rat, Other, Female (62) | 0, 87.8, 283, 939 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | NOAEL = 283 mg/kg - bw/day | NOAEL = 283 mg/kg - bw/day | Study authors report a study NOAEL of 283 mg/kg/day in female rats based on 35% decrease in terminal body weight. | Malley et al (2001) | High |
| Body Weight | Chronic (>90 days) | Mouse, B6C3F1, Male (50) | 0, 89, 173, 1089 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | Not Reported | NOAEL = 1089 mg/kg - bw/day | No adverse effects | Malley et al (2001) | High |
| Body Weight | Chronic (>90 days) | Mouse, B6C3F1, Female (50) | 0, 115, 221, 1399 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | Not Reported | NOAEL = 1399 mg/kg - bw/day | No adverse effects | Malley et al (2001) | High |
| Hematological and Immune | Sub-chronic (30-90 days) | Dog, Beagle Both (6/sex) | 0, 24, 75, 246 mg/kg-bw/day in males; 0, 24, 76, 246 mg/kg-bw/day in females | 13 weeks | Not Reported | NOAEL = 246 mg/kg - bw/day | No effects on reproductive organs, hematological/immune , body weight, relative organ (liver, kidney, spleen, heart, thyroid, adrenal glands, brain, and pituitary) weights. | Becci et al (1983) | High |
| Hepatic | Sub-chronic (30-90 days) | Rat, Other, Male (10) | 1, 169, 433, 1057 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | Not Reported | NOAEL = 1057 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | EPA Identified Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Hepatic | Sub-chronic (30-90 days) | Rat, Other, Female (20-26) | 0, 217, 565, 1344 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | Not Reported | NOAEL = 1344 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Hepatic | Sub-chronic (30-90 days) | Mouse, Both (20/sex) | 0, 277, 619, 1931 mg/kg-bw/day (0, 1000, 2500, 7500 ppm) | 90 days | Not Reported | NOAEL = 1931 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Hepatic | Chronic (>90 days) | Rat, Other, Male (62) | 0, 66.4, 207, 678 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | Not Reported | NOAEL = 207 mg/kg - bw/day | Bilateral degeneration/atrophy of seminiferous tubules in the tests, bilateral oligospermia/germ cell debris in the epididymites, centrilobular fatty change in the liver | Malley et al (2001) | High |
| Hepatic | Chronic (>90 days) | Rat, Other, Female (62) | 0, 87.8, 283, 939 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | Not Reported | NOAEL = 939 mg/kg - bw/day | No exposure-related adverse effects | Malley et al (2001) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | EPA Identified Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Hepatic | Chronic (>90 days) | Mouse, B6C3F1, Female (50) | 0, 115, 221, 1399 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | NOAEL = 221 mg/kg - bw/day | NOAEL = 221 mg/kg - bw/day | Study authors reported a study NOAEL of 221 mg/kg/day for female mice based on increased liver weight, increased incidence of hepatocellular basophilic foci, eosinophilic foci, and cellular alterations in liver, and increased hepatocellular adenoma and carcinoma. | Malley et al (2001) | High |
| Hepatic | Chronic (>90 days) | Mouse, B6C3F1, Male (50) | 0, 89, 173, 1089 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | NOAEL = 89 mg/kg - bw/day | NOAEL = 89 mg/kg - bw/day | Study authors report a study NOAEL of 89 mg/kg/day in male mice based on increased liver weight in the mid- and high-dose groups. At the high dose, additional effects included increased incidence of hepatocellular hypertrophy, clear cell foci, eosinophilic foci, and cellular alterations in the liver. | Malley et al (2001) | High |
| Mortality | Sub-chronic (30-90 days) | Rat, Other, Male (10) | 1, 169, 433, 1057 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | Not Reported | NOAEL = 1057 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | EPA Identified Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Mortality | Sub-chronic (30-90 days) | Rat, Other, Female (20-26) | 0, 217, 565, 1344 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | Not Reported | NOAEL = 1344 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Mortality | Sub-chronic (30-90 days) | Mouse, Both (20/sex) | 0, 277, 619, 1931 mg/kg-bw/day (0, 1000, 2500, 7500 ppm) | 90 days | Not Reported | NOAEL = 1931 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Mortality | Chronic (>90 days) | Rat, Other, Male (62) | 0, 66.4, 207, 678 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | NOAEL = 0.048 | NOAEL = 66.4 mg/kg - bw/day | Decreased survival at 207 mg/kg/day (21%) compared with control (32%) | Malley et al (2001) | High |
| Mortality | Chronic (>90 days) | Rat, Other, Female (62) | 0, 87.8, 283, 939 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | Not Reported | NOAEL = 939 mg/kg - bw/day | No exposure-related adverse effects | Malley et al (2001) | High |
| Mortality | Chronic (>90 days) | Mouse, B6C3F1, Male (50) | 0, 89, 173, 1089 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | Not Reported | NOAEL = 1089 mg/kg - bw/day | No adverse effects | Malley et al (2001) | High |
| Mortality | Chronic (>90 days) | Mouse, B6C3F1, Female (50) | 0, 115, 221, 1399 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | Not Reported | NOAEL = 1399 mg/kg - bw/day | No adverse effects | Malley et al (2001) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | EPA Identified Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Renal | Sub-chronic (30-90 days) | Rat, Other, Male (10) | 1, 169, 433, 1057 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | Not Reported | NOAEL = 1057 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Renal | Sub-chronic (30-90 days) | Rat, Other, Female (20-26) | 0, 217, 565, 1344 mg/kg-bw/day (0, 3000, 7500, 18,000 ppm) | 90 days | Not Reported | NOAEL = 1344 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Renal | Sub-chronic (30-90 days) | Mouse, Both (20/sex) | 0, 277, 619, 1931 mg/kg-bw/day (0, 1000, 2500, 7500 ppm) | 90 days | Not Reported | NOAEL = 1931 mg/kg - bw/day | No adverse effects. | Malley et al (1999) | High |
| Renal | Chronic (>90 days) | Rat, Other, Male (62) | 0, 66.4, 207, 678 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | NOAEL = 207 mg/kg - bw/day | NOAEL = 207 mg/kg - bw/day | Study authors report a study NOAEL of 207 mg/kg/day in male rats based on 25% decrease in terminal body weight and increased incidence of severe chronic progressive nephropathy. | Malley et al (2001) | High |
| Renal | Chronic (>90 days) | Rat, Other Female (62) | 0, 87.8, 283, 939 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | Not Reported | NOAEL = 939 mg/kg - bw/day | No exposure-related adverse effects | Malley et al (2001) | High |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Target Organ/ System | Study Type | Species, Strain, Sex (Number/ group) | Doses/ Concentrations | Duration | Author Reported Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | EPA Identified Effect Dose or Conc. (NOAEL, LOAEL, $LC_{50}$) | Effect Measured | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|---|---|
| Renal | Chronic (>90 days) | Mouse, B6C3F1 - Male (50) | 0, 89, 173, 1089 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | Not Reported | NOAEL = 1089 mg/kg - bw/day | No adverse effects | Malley et al (2001) | High |
| Renal | Chronic (>90 days) | Mouse, B6C3F1 - Female (50) | 0, 115, 221, 1399 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | Not Reported | NOAEL = 1399 mg/kg - bw/day | No adverse effects | Malley et al (2001) | High |

990
991

992    ### H.1.7    Hazard and Data Evaluation Summary for Cancer Studies
993
994    **Table_Apx H-7. Summary of Tumor Incidence Data from Animal Cancer Bioassays**
995

| Species/ Strain/ Sex (Number/group) | Exposure Route | Doses/ Concentrations | Duration | Cancer Incidence | Effect | Reference | Data Quality Evaluation |
|---|---|---|---|---|---|---|---|
| Rat/Crj: CD(SD)/ Both (120) | Inhalation, whole body | 0, 41, 405 mg/m$^3$ | 6 hours/day 5 days/week for 2 years | Data not presented | Increased pituitary adenocarcinomas at 41 but not 405 mg/m$^3$ and at 18 but not 24 months | DuPont (1982)[a] | Medium (1.8) |
| Rat/Other/ Female (62) | Oral, dietary | 0, 87.8, 283, 939 mg/kg-bw/day (0, 1600, 5000, 15,000 ppm) | 2 years | 0, 2, 3, 3 | At least one mammary neoplasm | Malley et al. (2001)[b] | High (1.2) |
| Mouse/ B6C3F1/ Male (50) | | 0, 89, 173, 1089 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | 18 months | 5, 2, 4, 12 [c] | Increased incidence of hepatocellular adenoma | | |
| | | | | 4, 1, 3, 13 [c] | Increased incidence of hepatocellular carcinoma | | |
| Mouse/B6C3F1/ Female (50) | | 0, 115, 221, 1399 mg/kg-bw/day (0, 600, 1200, 7200 ppm) | | 2, 2, 1, 7 [c] | Increased hepatocellular adenoma and carcinoma | | |
| | | | | 0, 0, 0, 3 [c] | Increased hepatocellular carcinoma | | |

996    [a] This is the unpublished study of the published study identified as Lee et al. (1987)
997    [b] Unpublished study of the results in rats is available as NMP Producers Group (1997)
998    [c] P < 0.05 by Cochran-Armitage trend test

999 # Appendix I    PBPK MODELING

1000
1001 The PBPK models of (Poet et al., 2010) for describing the toxicokinetics of NMP in rats and humans
1002 were revised for use in deriving an occupational exposure limit (OEL). These PBPK models were
1003 initially evaluated and revised by EPA in 2013 (U.S. EPA, 2013c). Further modifications and calibration
1004 were conducted by Dr. Torka Poet in 2014 (personal communication). In this update, additional data
1005 were considered to further calibrate and validate the model. Model calibration consists of using data to
1006 optimize parameters when those parameters are unknown or approximated, validation is used to show
1007 the fits of the model to other datasets. EPA then evaluated the version submitted by Dr. Poet in 2014 and
1008 made some additional corrections and modifications as described below.

1009
1010 These PBPK models simulate the pharmacokinetics of NMP and its metabolite 5H-NMP in rats and
1011 humans, described briefly below. The models consist of nine main compartments: lung, richly perfused
1012 tissues, slowly perfused tissues, skin, fat, mammary, placenta, fetus and liver for NMP with a submodel
1013 for 5H-NMP. The model can simulate NMP exposures via the oral, inhalation and dermal routes.
1014 Dermal absorption occurs for contact with NMP liquid and vapor. Distribution of NMP to tissues is
1015 assumed to be flow-limited. The model includes mathematical descriptions of the growth of fetal and
1016 maternal tissues during gestation based on a previous PBPK model of pregnancy (Gentry et al., 2002).
1017 Due to extensive differences between rat and human gestation periods, separate rat and human models
1018 were developed. NMP metabolism was assumed to occur in the liver. NMP was assumed to be
1019 eliminated in exhaled air and urine. 5H-NMP was assumed to be eliminated by further metabolism and
1020 in urine. The physiological parameter values used in the model were obtained from the literature (Gentry
1021 et al., 2002; Brown et al., 1997) and biochemical constants for absorption, metabolism and elimination
1022 were fit to the available toxicokinetic data (Payan et al., 2002; Akesson and Paulsson, 1997; NMP
1023 Producers Group, 1995a; Midgley et al., 1992; Wells and Digenis, 1988). Further description of the
1024 PBPK model are available in (Poet et al., 2010) (U.S. EPA, 2013c) and the modifications described
1025 below.

1026

1027 ## I.1    Rat Model

1028
1029 Several corrections were made to the model code (.csl file) and supporting scripts (.m) files as received
1030 from Dr. Torka Poet (personal communication). The first few of these are general and described here.

1031
1032 ***Blood Flows***

1033
1034 Since the placenta is a separate compartment for the 5-HNMP model, its blood-flow and volume were
1035 subtracted from the sums used for the 'rest of body' for 5-HNMP. Also, the term for blood flow from
1036 the placenta was added to the mixed-venous blood mass balance for 5-HNMP.

1037
1038 To assure flow mass balance, instead of calculating cardiac output (QC) as an initial amount plus the
1039 change from initial for each compartment, it was just calculated as the sum over all the compartments:

1040
1041 **Equation I-1 Cardiac Output**
1042 ! QC = QCINIT + (QFAT - QFATI) + (QMAM - QMAMI) + QPLA+ (QUTR - QUTRI)
1043 QC = QFAT+QLIV+QSLW+QRAP+QSKN+QMAM+QPLA+QUTR ! pms, 8-13-13
1044

1045 *Parameter Consolidation*
1046
1047  In the provided files, some physiological and chemical-specific parameter were set in separate scripts;
1048  *e.g.*, skin transport parameters in the dermal exposure scripts. This approach creates the potential for
1049  inconsistent parameters between different exposure simulations. Therefore, most parameters are now set
1050  in the ratparam.m script except those which are experimental control variables (e.g., air concentration,
1051  duration of exposure) and pregnancy-specific parameters set in preg_rat_params.m. The final set of
1052  parameters used and any inconsistencies with previous values in ratparam.m that may have differed are
1053  noted in that script.
1054
1055  *Recalibration (performed by T. Poet)*
1056
1057  Additional data were used to calibrate and validate the intravenous, oral and dermal routes of exposure
1058  in rats. While plasma and urinary excretion data for major metabolite (5-HNMP) have also been
1059  reevaluated, primary attention has been paid to NMP, since the dose measure of interest are for the
1060  parent chemical. Model parameters for rats are set in the preg_rat_params.m and ratparam.m code
1061  scripts (preg_rat_params first calls ratparam), included in the acslX code package available with this
1062  assessment. Specific data and modeling choices for the rat are as follows.
1063
1064  *Intravenous Data*
1065
1066  All available intravenous data were obtained from studies that administered radiolabeled NMP. Most of
1067  the available studies only provided peak measured concentration and pharmacokinetic parameters. The
1068  study chosen to calibrate the model was that described by Payan et al. (2002), in which nulliparous rats
1069  were exposed to NMP doses ranging from 0.1 to 500 mg/kg. However, the authors only reported plasma
1070  NMP data for the lowest dose. This time-course data set was used to optimize metabolic rate parameters
1071  (VmaxC and Km) to describe the clearance of NMP from plasma. Unchanged NMP has only been found
1072  at very low levels in rat urine, so urinary elimination was set at a nominal value using a BW-scaled
1073  constant of KLNC= 0.0001 kg0.25/h. KLN = KLNC/(BW0.25) = 0.00014 h-1 for a 0.25-kg rat.
1074
1075  Payan et al. (2002) estimated the post-distribution metabolic rates of NMP from the disappearance of
1076  NMP from plasma in their studies. These estimated rates (Km=200 mg/L and VmaxC=1.5
1077  mg/hr/kg0.75) were used as the seed values for the optimization carried out using the optimization
1078  routines supplied in acslX (v3.0.2.1; The AEgis Technologies Group, Inc, Huntsville, AL) in which the
1079  model was created. By starting with these values, it was hoped that the dose-range in that study would
1080  be represented and the optimized model would fit across doses. The final optimized parameters were
1081  Km= 225 mg/l and VmaxC=9 mg/hr/kg$^{0.75}$. Wells (1988) administered an intravenous dose of 45 mg/kg
1082  to rats, which is 450x higher than the dose used for optimization and this was used to validate the
1083  metabolic rates over a large range (Figure_Apx I-1).
1084

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



1085
**Figure_Apx I-1. Model Fits to IV Injection Data in Rats**
1087
*Oral Data*
1089
1090 All available oral exposure data were obtained from studies that administered radiolabeled NMP. The
1091 most valuable data sets are those that specifically measured NMP in blood (dose measure used in the
1092 assessment). NMP is highly metabolized and generally not found in urine as unchanged NMP. The study
1093 chosen to calibrate the oral absorption rate was described by Midgley et al. (1992). In this study, male
1094 and female rats received an oral gavage of 105 mg/kg (22.5 mg in rats weighing 192-239 g) NMP, co-
1095 exposed with 2-pyrrolidinone in a water vehicle. The authors concluded that 94.5% of the administered
1096 radiolabel was absorbed. However, when a constant (FRACOR) was fit to the data using the PBPK
1097 model the optimal value was found to be 93%.
1098
1099 The data indicate a rapid uptake and a slow elimination of NMP from plasma. Using the metabolic rate
1100 constants optimized to fit the intravenous dosing and the oral bioavailability measurements of Midgley
1101 et al. (1992), the model estimates of plasma NMP clearance resulted in a much higher AUC than the
1102 data indicated (Figure_Apx I-2). There is no suggestion of extra-hepatic (*i.e.,* intestinal) metabolism, so
1103 another mechanism to describe this absorption pattern was investigated. NMP is readily absorbed across
1104 membranes (see dermal absorption data discussion below) and for some chemicals absorption has been
1105 proposed to occur either in the stomach or quickly in the intestine, then more slowly during later phases
1106 of transport (Timchalk et al., 2002; Levitt et al., 1997; Staats et al., 1991). Therefore the original PBPK
1107 model was altered to include primary (stomach) and secondary (intestine) GI compartments to describe
1108 oral absorption following the description from Staats (1991). The resulting model predictions are vastly
1109 improved (Figure_Apx I-2). Using dual oral absorption results in ~75% of the absorbed dose (after
1110 multiplying by 93% bioavailability) being absorbed via the faster process and the remaining ~25% being
1111 more slowly absorbed. Also, an unusually high fraction of the radioactivity was found in the feed
1112 residue for the females in the NMP Producers Group (1995a) study, 4.5%, so the simulated dose for that
1113 group was decreased proportionately.
1114

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



1115

1116
1117 **Figure_Apx I-2. Model Fits to Rat Oral PK Data**
1118
1119 ***Dermal Model & Data***
1120
1121 Corrections to the mass balance equations for the rat skin are as indicated in the commented code copied
1122 below. RASK is the rate of changes in the skin compartment. The equation for the amount in the
1123 compartment, ASK, includes the initial condition, ASK0, for the initial dermal application, but
1124 otherwise the correction to RASK makes it the standard format for PBPK models. As received the code
1125 had multiplied CSK rather than CSKV (skin venous blood concentration) by the blood flow (QSKN) for
1126 the rate of efflux in blood and had not separately calculated CSKV.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1127
1128 **Equation I-2 Rat Skin Model Equations**
1129 RASK = QSKN*(CA - CSKV) + RADL ! NOW MINUS CSKV, NOT CSK; PMS 8-21-13
1130 ASK = INTEG(RASK,ASKO) ! Initial value, ASKO, added for Becci et al. (1982)
1131 ! exposures; pms 8-14-13
1132 CSK = ASK/VSK    !'NMP IN SKIN, MG/L'
1133 CSKV = CSK/PSKB  ! NMP IN VENOUS BLOOD, PMS 8-22-13
1134
1135 The corresponding flow term for transfer from the skin to the mixed venous blood compartment was
1136 also corrected (*i.e.*, to use CVSK instead of CSK).
1137
1138 While these changes to the skin compartment equations initially degraded the fits to the dermal exposure
1139 considerably, it also appeared that the associated partition coefficients were not consistent with the
1140 measured values reported by Poet et al. (2010), Table 5. They were recalculated as follows:
1141
1142 **Equation I-3 Rat Skin Partition Coefficients**
1143 Skin:liquid, PSKL = 0.42: % value as measured for skin:saline, vs. 450
1144 Skin:blood, PSKB = 0.12: % (skin:saline)/(blood:saline)
1145 Skin:air, PSKA = 55:
1146 % (skin:saline)*(blood:air)/(blood:saline) = (skin:blood)*(blood:air)
1147
1148 Developmental studies for NMP have been conducted by the dermal route (Becci et al., 1982). In the
1149 original PBPK model publication (Poet et al., 2010), the dermal route was assessed using a permeability
1150 coefficient (Kp) of $4.7 \times 10^{-3}$ cm/hr that was approximated from *in vitro* studies (Payan et al., 2003). For
1151 the current assessment, the *in vivo* dermal exposure studies described by Payan (2003) were used to
1152 optimize Kp. In this study, rats were exposed to 200 µl of neat NMP. According to Payan et al., by
1153 24 hrs after dosing, 80% of the NMP applied had penetrated the skin. The Kp value optimized to these
1154 data was estimated to be $4.6 \times 10^{-3}$ cm/hr (Figure_Apx I-3), which is consistent with the range of Kp
1155 values estimated from the *in vitro* studies (from $2.0 \times 10^{-3}$ to $7.7 \times 10^{-3}$ cm/hr: (Payan et al., 2002)).
1156

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



**Figure_Apx I-3. Model Fits to Dermal PK Data from Payan et al. (2003) in Rats**

***Inhalation***

No parameters were optimized to simulate the inhalation exposures of female rats to 104 ppm NMP for 6 hr (NMP Producers Group, 1995a), 100% inhalation bioavailability was assumed. These data, like the oral exposure data from the same source, appear to be more variable than from other studies. The model fits to the data are shown in Figure_Apx I-4.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



1167

**Figure_Apx I-4. Model Simulations vs. Inhalation PK Data from Ghantous (1995a) for NMP Inhalation in Rats**

1170

*Exposure Control for Bioassay Simulations*

1172

Because both Becci et al. (1982) and Saillenfait et al. (2002) explicitly stated that the animal BWs were measured every 3rd day of gestation and the dermal/oral doses were adjusted accordingly on those days (as BW increases during pregnancy), corresponding conditional (if/then) statements were added to the 'GAVD' and 'REAPPLY' discrete blocks, to re-calculate the doses on those days.

1177

The code for the dermal discrete blocks follows. ASK0 is the total absolute amount applied; DSK is the dose/kg BW. Because Becci et al. (1982) rubbed the material into the skin, it is assumed to be added directly into the skin compartment (ASK), rather than as a liquid on top. Hence the dose is given as an addition of ASK0 (mg/day applied) to ASK.

1182

**Equation I-4 Dermal Dosing Equations**

```
DISCRETE SKWASH        ! PMS, 8-14-13
        ASK = 0.0 ! Assume skin washing in Becci et al. (1982) removes all NMP IN skin
        if (DAYS.LT.15.0) SCHEDULE REAPPLY.AT.(T+DOSEINTERVAL-TWASH)
END

DISCRETE REAPPLY        ! PMS, 8-14-13
        IF (ROUND(DAYS).EQ.9.0) ASKO=DSK*BW
        IF (ROUND(DAYS).EQ.12.0)        ASKO=DSK*BW
        IF (ROUND(DAYS).EQ.15.0)        ASKO=DSK*BW
        ASK = ASK + ASKO
        SCHEDULE SKWASH.AT.(T+TWASH)
END
```

1196

1197 Also, because Becci et al. (1982) washed the skin area exposed to dermal application at the end of a set
1198 time interval, a "SKWASH" discrete block was introduced at which time the amount in that patch of
1199 skin was assumed to be momentarily reduced to zero. During periods of dermal application, transport
1200 from the liquid to the skin was turned on using the pulse function, DZONE. After removal of the liquid
1201 it was assumed that NMP in the skin patch could volatilize into the otherwise clean air, with the rate
1202 defined by the same permeability constants, but using the skin:air partition coefficient.

1203

1204 The rate of transfer to/from the skin area is then defined by:

1205

1206 **Equation I-5 NMP Dermal Transport**
1207 RADL=(KPL*SA/1000.0)*((CSURF-(CSK/PSKL))*DZONE - (1.0-DZONE)*(CSK/PSKA))
1208 ! 2ND term, (1.0-DZONE)*(CSK/PSKA), allows for evaporative loss when DZONE=0

1209

1210 The primary part of this equation for transfer when liquid is in contact with the skin,
1211 (KPL*SA/1000.0)*(CSURF-(CSK/PSKL)), is identical to that used previously by McDougal (1986).
1212 Finally, a constant, CONCMGS, was introduced so that the air concentration could be set directly in
1213 mg/m$^3$. This is converted to the concentration in mg/L (CONCMG) in the code and added to the
1214 inhalation exposure, turned on and off using the switch, CIZONE, which is turned on and off using
1215 SCHEDULE/DISCRETE statements:

1216

1217 **Equation I-6 NMP Vapor Exposure Control**
1218 CI = CCH*PULSE(0., DOSEINTERVAL,TCHNG) + CIZONE*CONCMG  ! MG/L
1219 ! Added CIZONE*CONCMG, PMS, 8-13-13

1220

## I.2    Human Model

1222

1223 Human exposures to NMP will be primarily via the inhalation route; contribution from the dermal route
1224 (vapors or liquid) may also be significant if not primary for some scenarios. Ingestion of NMP is not
1225 expected to be a significant pathway in human populations. Both controlled and occupational human
1226 exposure data are available from the published literature. Controlled human biomonitoring studies were
1227 used to calibrate NMP and 5-HNMP metabolic rates and a workplace exposure assessment study was
1228 used to validate the model and exposure scenarios.

1229

### I.2.1    Corrections to Human Model Structure

1231

*NMP Metabolism and Urinary Elimination*

1233

1234 Since the human PK data were consistent with a nearly linear model (first-order kinetics, including
1235 metabolism) estimation of a metabolic saturation constant, Km, using the traditional Michaelis-Menten
1236 equation for metabolism of NMP, was difficult. In particular as estimates of Km became larger, model
1237 fits became less sensitive to variation in its value. Therefore, equation was changed from the standard
1238 form, rate = Vmax*C/(Km + C), where C is the concentration of NMP in the liver, to the equivalent
1239 form, rate = VK1*C/(1 + AF1*C), where VK = Vmax/Km and AF1 = 1/Km. These two forms are
1240 mathematically identical given the relationship between parameters just shown. The affinity constant,
1241 AF1, can be easily bounded to be non-negative and possibly converge to zero, corresponding to an
1242 indeterminately large Km. Since VK represents hepatic metabolism, it was assumed to scale with BW

1243 the same as Vmax; *i.e.*, VK1 = VK1C*BW0.75. The urinary elimination of NMP was assumed to be
1244 first order, rather than saturable, using a rate constant (KUMNE) that was not scaled by BW.
1245

1246 *5-HNMP*

1247

1248 Since 5-HNMP is not being considered as an internal metric for toxicity and its volume-of-distribution
1249 (VOD) appeared to be over-estimated using the original PBPK model structure and measured tissue
1250 partition coefficients, its description was replaced with a classical one-compartment PK model. Further,
1251 as the metabolism of 5-HNMP also appeared to be linear and the data for estimating a Km value even
1252 weaker, a transformation of its metabolic rate equation like that for NMP described just above was
1253 assumed, but with the affinity assumed to be effectively zero, resulting in a first-order metabolic rate
1254 equation. As with NMP, the urinary elimination of 5-HNMP was also assumed to be first-order. The
1255 resulting model then becomes:

1256

**1257 Equation I-7 5-HNMP Metabolism and Elimination**
1258 d A5H/dt = RAMET1*STOCH – RAMETM1 – RAUHP
1259 (rate of change of amount of 5-HNMP)
1260 CVEN1 = A5H/VOD5H (concentration of 5-HNMP in venous blood)
1261 VOD5H = VOD5HC*BW (volume of distribution assumed to scale with BW)
1262 RAMETM1 = ¬CVEN1 *VK2, where VK2 = VK2C*BW0.75
1263 (rate of metabolism of 5-HNMP)
1264 RAUHP = KME*CVEN1 (rate of urinary elimination of 5-HNMP)
1265 RAMET1 = rate of NMP metabolism to 5-HNMP (mg NMP metabolized/h)
1266 STOCH = ratio of 5-HNMP to NMP molecular weights.

1267

**1268 *Exposure and Timing Control***

1269

1270 A table function, RESLVL, was added as a place-holder for reading in defined (consumer) inhalation
1271 exposure time-courses; specifically from EPA exposure assessment modeling.
1272 A constant, GDstart, the day of gestation on which the simulation starts and a variable Gtime, the hrs
1273 into gestation, were added to facilitate separating exposure control from gestation timing.

1274

1275 A second set of DISCRETE/SCHEDULE blocks were added to allow for split exposure scenarios
1276 (morning/afternoon worker exposure; dual-episode consumer exposures). DZONE, set in the
1277 DISCRETE/SCHEDULE blocks, controls the time within a day when discontinuous exposure occurs.
1278 Czone is the product of DZONE and a pulse function used to control for days/week exposure in
1279 workplace scenarios:

1280

**1281 Equation I-8 Vapor Exposure Scheduling**
1282 Czone = pulse(0.0,fullweek,hrsweek)*DZONE ! pms 8-20-13
1283 ! for a 5 day/wk exposure, use fullweek=7*24, hrsweek=5*24 (Dayswk=5)
1284 ! for a single day, fullweek=1e16, hrsweek=24 (Dayswk=1)

1285

1286 A binary constant, BRUSH, was added to set exposure scenarios when dermal contact with liquid
1287 occurs. For workplace scenarios, exposure to vapor and liquid are assumed to be simultaneous; *i.e.*, the
1288 worker leaves the location with NMP vapor and washes his/her hands when he/she has finished applying
1289 the material.
1290

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1291 **Skin Compartment**
1292
1293 The original skin compartment which is coded to include uptake from liquid-dermal contact was
1294 renamed by adding "L" to the end, SK $\rightarrow$ SKL and a second skin compartment to account for concurrent
1295 vapor-skin uptake, SKV, was added. This was done because when the human model was calibrated for
1296 inhalation exposure, an exposed skin surface area of 6700 cm$^2$ was used. When this surface is reduced to
1297 ~ 0, predicted blood levels of NMP are reduced ~ 45%. Thus vapor uptake through the skin is a
1298 significant component of inhalation exposure and there is no reason to assume, a priori, that this uptake
1299 (or desorption) does not occur through a similar area of exposed skin during workplace and consumer
1300 exposures, except for any area that would have liquid contact or otherwise be occluded (*e.g.*, by
1301 protective equipment). So the SKV compartment allows for simultaneous absorption of vapor-through-
1302 skin that does not have liquid contact and from areas of skin with liquid contact. The surface area of
1303 SKV and SKL are SAV and SAL, respectively. SAL can set directly for different exposure scenarios.
1304
1305 To account for variations with individual BW, a parameter for the fraction of skin area exposed to vapor
1306 was introduced: SAVC, with SAV = SAVC*TSA, where TSA is the total body surface area. TSA is
1307 calculated for each individual based on BW and height. For EPA simulations, SAVC was set to 0.25,
1308 representing the head, neck, arms and hands, minus any area assumed to have liquid contact or covered
1309 with protective gloves or a face-mask.
1310
1311 The rate for delivery from a liquid film to the 'SKL' skin compartment (also see further below) is then
1312 defined by:
1313
1314 **Equation I-9 NMP Liquid Rate of Delivery to Skin**
1315 RADL = (PVL*SAL/1000.0)*(CSURF-(CSKL/PSKL))*Czone*BRUSH
1316 $\quad$ ! Net rate of delivery to "L" skin from liquid, when liquid is there
1317
1318 The equations for transfer of vapor (air concentration = CI) to the SKL compartment, which occurs
1319 during periods with no liquid/spray contact for the SKL compartment are similarly:
1320
1321 **Equation I-10 NMP Vapor Rate of Delivery to Skin**
1322 RADVL = (PV*SAL/1000.0)*(CI - (CSKL/PSKA))*(1.0-Czone*BRUSH)
1323 ! Net rate of delivery to "L" skin from air, when liquid not present
1324
1325 Since the dermal exposures are to neat or highly concentrated preparations of NMP, it would not be
1326 appropriate to assume that the residual liquid volume on the skin remains constant as absorption occurs.
1327 Further assuming that water penetration of the skin is minimal, the amount of water in the liquid solution
1328 is assumed to remain constant. The initial volume on the skin is defined by a new constant VLIQ0 and
1329 the density of NMP at 40C (~ skin temperature) = DENSITY = 1.02x10$^6$ mg/L. To avoid potential
1330 divide-by-zero errors, the nominal initial concentration (CONCL) is reduced by 1 mg/L (1 ppm) when
1331 computing the initial amount of NMP and water in the liquid:
1332
1333 **Equation I-11 NMP Unabsorbed Fraction Remaining on Skin**
1334 DDN = (CONCL - 1.0)*VLIQ0*FAD
1335 ! Subtract 1 mg/L, ~ 1 ppm, from initial conc. to avoid VLIQ --> 0
1336 AH20 = (DENSITY+1.0-CONCL)*VLIQ0 ! ... and add it to H20. pms 9-16-14
1337 A mass-balance equation was then added to attract the remaining amount and volume on the skin
1338 surface, which is then used to calculate the concentration:
1339 ASURF = INTEG(-RADL, DDN) ! Amount in liquid. DDN is the initial amount.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1340   VLIQ = (AH20 + ASURF)/DENSITY
1341   CSURF = ASURF/VLIQ
1342
1343   This volume balance is important for analysis and calibration of the dermal PK studies where small
1344   volumes (5 or 10 ml) were applied at the beginning of the exposure and not replenished. However in
1345   workplace and consumer user exposures, it is assumed that fresh liquid is constantly replacing any NMP
1346   that is absorbed, keeping the surface concentration essentially constant. Therefore the initial volume,
1347   VLQ0, is set to a large value ($10^6$ L) for those scenarios.
1348
1349   The skin partition coefficients were also recalculated as was done for the rat, with rat parameters for
1350   skin:saline and blood:air, but human blood:saline.
1351
1352   *Tissue and Blood-Flow Mass Balances*
1353
1354   The model had been previously coded with an alveolar blood compartment (ALV), but this was
1355   commented out in the DYNAMIC section. Therefore this volume fraction should not be subtracted when
1356   calculating the slowly-perfused volume. The fraction of blood-flow to slowly perfused tissue was
1357   updated to also account for the SKV compartment; on the other hand a separate skin compartment is not
1358   used for 5-HNMP, so the skin blood flow is NOT subtracted for the metabolite-slowly-perfused
1359   compartment (SLW5). These have all been corrected.
1360
1361   QSKCC (original fractional flow to the skin) had been subtracted twice, both in calculating QSLWC and
1362   then in the calculation of QSLW. The 2nd subtraction created a mass balance error and hence was
1363   removed. On the other hand, placental blood flow is now subtracted, so the total flow to slowly-perfused
1364   continues to total cardiac output minus all other tissue/group flows.
1365
1366   For tissues for which the volume changes with gestation day, the initial values were corrected to match
1367   the calculation in the DYNAMIC section, which apply at the first time-step. In the dynamic section, the
1368   calculation of QC was corrected to include the *increase* in placental flow (QPLA – QPLAI) rather
1369   than the total placental flow (QPLA), since QCINIT includes QPLAI. QSLW5 and VSLW5 (5-HNMP
1370   slow compartment flow and volume) are now calculated in the DYNAMIC section by subtraction. The
1371   calculation of QC was otherwise left in its original form, in contrast to the rat PBPK model.
1372
1373   *Parameter Consolidation*
1374
1375   Like the rat model, the human model physiological and biochemical parameters are now primarily set in
1376   a single script, human_params.m. Initial values for the metabolic and vapor-absorption (KPV)
1377   parameters were obtained by fitting Bader et al. (2006) inhalation data with the exception of the high-
1378   concentration data from one individual, but the data otherwise grouped without distinction between
1379   individuals (further details below). An alternate set of fitted parameters was obtained by fitting the data
1380   for each individual separately, focused on the low-concentration data and then calculating the average of
1381   each parameter across the individually-fitted values. This subset of parameters is selected by using
1382   human_avg_params.m. Since further analysis of the dermal absorption of liquid NMP showed that this
1383   uptake differed between neat (100%) NMP and diluted (50%) NMP, separate value of PVL were
1384   obtained for neat vs. diluted NMP (also see below). Hence only constants which define specific
1385   exposure scenarios (include skin areas exposed) and PVL are defined in the specific simulation scripts.
1386

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1387 **Inhalation Data**

1388

1389 A study conducted by the Hannover Medical School, University of Dortmund, Germany (Bader and Van
1390 Thriel, 2006) was used to calibrate inhalation parameters of the model. In this study, 8 healthy, non-
1391 smoking, male volunteers were exposed to 10, 40 or 80 mg/m$^3$ NMP in an environmental chamber. Over
1392 the course of several weeks, each volunteer was exposed sequentially to all 3 concentrations. The 8
1393 volunteers were separated into 2 groups of 4 and each group was exposed in a shared chamber. The
1394 exposures were carried out in ascending concentrations, with a 1-week period between each session.
1395 Volunteers wore slacks and T shirts and thus had arms exposed to vapor. Blood was collected from each
1396 volunteer in the middle of the 6-hr exposure period, at the end of exposure (6 hr) and 1, 2, 3, 18 and 42
1397 hrs after the end of exposure. Urine was also collected from each volunteer at times up to 42 hrs after the
1398 end of exposure. Because it is relatively rare to have blood and urine data for multiple exposure levels,
1399 multiple time points, in individuals, efforts were made to ensure the exposure scenarios for these data
1400 were modeled as accurately as possible.

1401

1402 To collect the mid-exposure blood samples, volunteers left the chamber one at a time and moved to
1403 another room to have blood drawn and to give a urine sample. The data are consistent with a sharp drop
1404 in concentration for the mid-exposure blood sampling, when the peak NMP concentration measured at
1405 the end of the exposures are considered. In the report, the time taken to leave the chamber, walk to the
1406 new room, donate blood and urine was suggested to be about 10 minutes. However, exact times were not
1407 recorded. The notes indicate that the time between blood collection and urine collection was at least 5
1408 minutes. In addition, the recorded times for collection of blood from first collected sample to last (*i.e.*,
1409 between the first and fourth volunteers to leave the chamber) was up to 55 minutes. If the times were
1410 equivalent for each subject and the volunteers only left the chamber as the previous volunteer returned,
1411 this would indicate an average of 12 minutes was needed for sample collection from each volunteer.

1412

1413 Based on a careful review of the data tables in Bader and van Thriel (2006) and personal communication
1414 with Dr. Michael Bader and Dr. Christoph van Thriel, it was determined that each subject entered and
1415 left the exposure chamber at different times as described just above and were likely not sampled at
1416 exactly the same time after the beginning and end of each exposure segment. While the total exposure
1417 time for each subject was monitored and kept to exactly 6 h on each exposure day, based on the timing
1418 of the blood and urine samples (taken outside the exposure chamber), it is clear that the study design
1419 was not exactly followed. In particular, while the morning and afternoon exposures were supposed to be
1420 3 h each, the time between the mid-day and first afternoon blood samples was less than 3 h for some
1421 individuals in some exposures (and the mid-day sample was taken much later after noon for such
1422 samples). In these cases it seemed likely that the individual spent slightly more than 3 h in the chamber
1423 in the morning and slightly less in the afternoon, for that exposure. Based on the recorded data and
1424 communications, the exposure timing used for modeling and simulation was set to 3.1 h for the morning
1425 exposure, a mid-day break of 0.2 h (12 min) and 2.9 h for the afternoon exposure. Since individual
1426 subjects did not enter and exited the chamber at exactly the same time, the time of their entrance to the
1427 chamber for each exposure was estimated based on the recorded times of the blood and urine samples.
1428 The sample times used for modeling were then calculated relative to the estimated entry times.

1429

1430 It was also clear that a number of the measurements, especially those of 5-HNMP for the low-
1431 concentration exposure, were recorded as the limit-of-detection (LOD), when the measured value fell
1432 below this limit. This was confirmed with Dr. Bader (personal communication). Therefore all
1433 measurements at/below the LOD were removed from the data set to avoid the bias they would otherwise
1434 introduce.

1435 It also appeared that the high-concentration-exposure (80 mg/m$^3$) for one subject deviated substantially
1436 from the other subjects; see Figure_Apx I-5 below. Since the blood concentration at 6 h was well below
1437 those of the other subjects and that at 24 h well above (4 subjects had levels below the LOD), this
1438 individual's high concentration set was excluded from analysis of the grouped data. Blood
1439 concentrations at the middle and low exposure for this individual were among the range of the other
1440 subjects, hence included in the group data.
1441

1442 With this one data set removed, the revised model was fit to the group data for exposures at 9.7 and 80
1443 mg/m$^3$, by adjusting the following parameters: PV, VK1C, AF1, KUMNE, VK2C, VOD5HC and KME.
1444 Since the data for the 40 mg/m$^3$ exposure were consistent with the 80 mg/m$^3$, but the data for 9.7 mg/m$^3$
1445 appeared not to be and it was considered especially important to describe low-concentration exposures,
1446 the 40 mg/m$^3$ data were excluded from this exercise. The resulting parameter values are as follows, with
1447 model fits to the group data shown in Figure_Apx I-6, left side. These fits are compared to ones obtained
1448 by fitting the data for each individual separately, where possible using only the low-concentration
1449 exposure data and then calculating the average across the individual fits for each parameter (right side of
1450 Figure_Apx I-6; details below).
1451



1452
1453 **Figure_Apx I-5. NMP Blood Concentration Data from Bader and van Thriel (2006)**
1454 Curves are simulations for 9.7, 40 and 80 mg/m$^3$ exposures. Squares are individual blood concentration
1455 data for the 80 mg/m$^3$ exposure. Solid squares are from the one individual with the highest BW and
1456 height (102 kg, 190 cm), compared to the other subjects (65-80 kg, 168-183 cm).

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



1457

1458

1459

1460

**Figure_Apx I-6. Alternate Fits to Collective Data from Bader and van Thriel (2006)**

Left panels show fits to the groped data for 9.7 and 80 mg/m³ (data shown). Simulations in right panel used average of parameters fit to each individual separately, primarily for 9.7 mg/m³ (see text for details).

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Parameters fitted to group data for 9.7 and 80 mg/m$^3$ exposures | Average of parameters fit to data for each individual separately, primarily 9.7 mg/m$^3$ |
|---|---|
| PV = 1.6 (cm/h) | PV = 16.4 (cm/h) |
| VK1C = 0.47 (L/(h*kg$^{0.75}$)) | VK1C = 0.386 (L/(h*kg$^{0.75}$)) |
| AF1 = 0.02 (L/mg) | AF1 = 0.02 (L/mg) [fixed at group-fit value] |
| VK2C = 0.035 (L/(h*kg$^{0.75}$)) | VK2C = 0.0359 (L/(h*kg$^{0.75}$)) |
| VOD5HC = 0.26 (L/kg) | VOD5HC = 0.243 (L/kg) |
| KME = 2.3 (L/h) | KME = 2.75 (L/h) |
| KUMNE = 0.092 (L/h) | KUMNE = 0.103 (L/h) |

1466

1467 In their summary statistics, Bader and van Thriel (2006) reported group-averages of the peak NMP
1468 blood levels as being 0.293 mg/L for the 9.7 mg/m$^3$ and 1.585 mg/m$^3$. The ratio of these two
1469 (1.585/0.293 = 5.4), is considerably less than one would expect assuming linearity with exposure level
1470 (80/9.7 = 8.25) and is the opposite of what one would expect due to metabolic saturation of the
1471 conversion of NMP to 5-HNMP. This is not true for the ratio peak 5-HNMP levels in blood (8.08),
1472 however, which is comparable to the relative exposure level. If the nonlinearity in NMP blood levels
1473 were due to more efficient metabolism at the higher exposure level, then ratio of 5-HNMP blood levels
1474 would have been greater than expected.

1475

1476 Since the mechanism for the nonlinearity in blood NMP levels is unclear and it would be undesirable to
1477 under-estimate NMP blood levels and hence human risks at lower exposure levels, it was decided to
1478 estimate parameters using only the low-exposure data, if possible or with minimal use of the high-
1479 exposure data. (For two of the subjects the blood levels of 5-HNMP did not rise above the LOD for the
1480 low exposure, making it impossible to estimate VOD5HC for them. Hence the 80 mg/m$^3$ blood 5-
1481 HNMP data were also needed to estimate their parameters.) Given the observation that the high-
1482 exposure data for one subject was disparate from the other subjects, it also seemed possible that the
1483 apparent nonlinearity in the average PK data was due to the mixing of data from the 8 subjects in the
1484 study. Therefore fits focused on the low-exposure data were conducted separately for each subject. Since
1485 limiting to the low-exposure data would provide almost no information on metabolic saturation and the
1486 affinity (AF1) obtained from the fits to the group data was quite low (0.02 L/mg), AF1 was held at that
1487 group-fit value for this exercise. The resulting parameter values are listed in Table_Apx I-1 and fits to
1488 the individual data shown in Figure_Apx I-7 - Figure_Apx I-10. In order to allow one to see the fit to the
1489 low concentration and otherwise compare the fits across individuals, the y-axis scale was held constant
1490 for each analyte across the individuals, though this meant that the simulation curves for the higher
1491 exposure data sometimes went off the top of the plot.

1492 **Table_Apx I-1. Estimated PBPK Parameters for Each Subject of the Bader and van Thriel (2006)**
1493 **Experiments**

| Subject | VK1C | KUMNE | PV | VK2C | KME | VOD5HC |
|---------|------|-------|------|--------|------|--------|
| 1 | 0.25 | 0.11 | 19 | 0.017 | 3.2 | 0.2 |
| 4 | 0.17 | 0.042 | 34 | 0.004 | 3 | 0.14 |
| 10 | 0.22 | 0.069 | 35 | 0.027 | 2.8 | 0.12 |
| 12 | 0.63 | 0.046 | 12 | 0.044 | 1.9 | 0.39 |
| 14 | 0.57 | 0.2 | 10 | 0.08 | 2.5 | 0.4 |
| 16 | 0.45 | 0.06 | 0 | 0.08 | 1.9 | 0.2 |
| 17 | 0.38 | 0.2 | 20 | 0.02 | 4.3 | 0.26 |
| 25 | 0.42 | 0.1 | 1.5 | 0.015 | 2.4 | 0.23 |
| **average** | **0.386** | **0.103** | **16.4** | **0.0359** | **2.75** | **0.243** |

1494
1495 It is interesting to note that for half of the subjects (#12, #14, #16 and #25), the fits and data for NMP in
1496 blood show that the data are quite consistent with the essentially linear PBPK model, while for the other
1497 half the simulations with parameters fitted to the low-concentration data over-predict the high-
1498 concentration NMP data.
1499
1500

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1501

1502

1503

1504



1505 **Figure_Apx I-7. Model Fits to Subjects 1 and 4 of Bader and van Thriel (2006)**
1506 Model fit separately to each subject. See text for details.
1507
1508

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1509

1510

1511

1512



1513 **Figure_Apx I-8. Model Fits to Subjects 10 and 12 of Bader and van Thriel (2006)**
1514 Model fit separately to each subject. See text for details.
1515

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



**Figure_Apx I-9. Model Fits to Subjects 14 and 16 of Bader and van Thriel (2006)**

Model fit separately to each subject. See text for details.

1523

1524

1525



1526
1527 **Figure_Apx I-10. Model Fits to Subjects 17 and 25 of Bader and van Thriel (2006)**
1528 Model fit separately to each subject. See text for details.
1529

1530     ***Dermal Data: Vapor and Liquid***

1531

1532     Volunteers in the study described by Akesson and Paulsson (1997) wore shorts and t-shirts and thus also
1533     had dermal (vapor) exposures, as well as inhalation exposures, to NMP. The exposure concentrations for
1534     this study were similar to those of Bader et al (2005). With only inhalation exposures, the model under-
1535     predicted plasma NMP by about 25%, a vapor permeability coefficient, which accounts for both the skin
1536     permeability and the vapor/skin surface interaction, (PV) of 1.5 cm/hr was optimized to fit these data
1537     and is equivalent to the previously optimized value (Poet et al., 2010) (Figure_Apx I-11).

1538



1539

1540     **Figure_Apx I-11. Model Fits to Human Inhalation Data of Akesson and Paulsson (1997), With and**
1541     **Without Dermal Absorption of Vapors**
1542     Model parameters were as obtained previously using the data of Bader and van Thriel (2006).
1543     Simulations are shown with dermal absorption of vapors included ("with dermal"; 25% of total surface
1544     area assumed exposed) or turned off ("no dermal").

1545

1546     Akesson et al. (2004) exposed 12 volunteers (6 male and 6 female) to 300 mg NMP either neat or
1547     diluted 50:50 in an aqueous solution. Blood and urine 5-HNMP concentrations were monitored for up to
1548     9 days. The plasma 5-HNMP concentration was extracted from the figure using DigitizIt
1549     (Braunschweig, Germany). Urinary 5-HNMP concentrations were extrapolated to total amount
1550     eliminated using the assumption that the average urinary flow for an adult is 18 ml/kg-day (Heffernan et
1551     al., 2014). Aqueous dilution resulted in a slower time to reach peak plasma 5-HNMP and a reduction in
1552     peak plasma concentration. Because the urinary elimination constant (KME) for 5-HNMP was seen to
1553     vary among subjects when fitting the Bader and van Thriel (2006) data (see Table H1) and we did not
1554     want a lack-of-fit to the urinary elimination data (which establish the mass balance, hence total amount
1555     absorbed) to adversely impact the fitting of the 5-HNMP blood levels, KME was also fit to each data set
1556     then. Optimized liquid Kp for neat NMP was $2.05 \times 10^{-3}$ cm/hr (with KME = 4.54L/hr). To fit the data
1557     from the diluted exposures, a lower Kp of $2.87 \times 10^{-4}$ was needed (with KME = 2.10 L/hr) (Figure_Apx
1558     I-12). These liquid dermal permeability coefficients were used in estimating human dermal absorption

1559  for neat and diluted NMP absorption, though with KME kept at the average value from the Bader and
1560  van Thriel (2006) study (2.3 L/hr). (Note that KME does not impact NMP blood levels.)

1561

1562  ***Workplace Observer Study***

1563

1564  In a biomonitoring study Xiaofei (2000) followed 4 workers and 5 observers in a lens manufacturing
1565  facility. The workers washed lenses with NMP, working 11-hr shifts with a 1-hr lunch break (total 12
1566  hrs within the facility). Observers were stated to be in the facility from 8 am to 5 pm for a single day, but
1567  the tabulated exposure metrics indicated only 8 h of exposure, so it was assumed that they also took a 1-
1568  hr break (at noon). The mean exposures for the observers was 0.28 ppm, with a range from 0.24 to 0.32
1569  ppm. The PBPK model underestimated plasma NMP concentrations for the workers (data not shown)
1570  and observer by ~3x when no dermal exposure is assumed (Figure_Apx I-13). However, droplets of
1571  NMP were noted on the lenses as the workers were moving those lenses to drying racks. Just assuming
1572  that these droplets were due to some aerosolized NMP and that the observers had a small surface area of
1573  skin exposed to such droplets, 0.2 cm$^2$, gave results that better fitted the blood data during the exposure,
1574  but the clearance after exposure appeared to be too rapid. Assuming that the average metabolic rate was
1575  ½ of that identified from the Bader and van Thriel (2006) data (*i.e.*, VK1C = 0.193 L/h-kg0.75) with an
1576  even smaller exposure to aerosol (0.1 cm$^2$ of exposed skin) resulted in simulations that matched the data
1577  well (Figure_Apx I-13). The lowest individual VK1C estimated for the Bader and van Thriel (2006) data
1578  was 0.17 L/h-kg0.75, so the value used here is not unreasonable. In summary, the un-adjusted model
1579  gave simulations that were within a factor of three of this data set and the discrepancy can be explained
1580  by a reasonable level of metabolic variability between the two study populations and a small amount of
1581  dermal contact.

1582



1583

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



1584
1585 **Figure_Apx I-12. Model Fits to Human Dermal Exposure Data of Akesson et al. (2004)**
1586



1587
1588 **Figure_Apx I-13. Workplace Observer Simulations Representing Subjects of Xioafei et al. (2000)**
1589 *Metabolic elimination was reduced to ½ that estimated from Bader and van Thriel (2006) data and
1590 0.1 cm² of skin was assumed exposed to liquid aerosol.
1591
1592