# Exhibit A

# Second Amended Declaration of Scott Edwards, Co-Director of the Food & Water Justice project for Food & Water Watch

**Plaintiffs' Exhibit**

**052**

Food & Water v. EPA
3:17-cv-02162-EMC

1
2
3
4
5
6
7
8
9
10
11
12

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 13 | FOOD & WATER WATCH, INC., *et al*., | ) Case No. 17-cv-02162-EMC |
| 14 | Plaintiffs, | ) ) |
| 15 | v. | ) SECOND AMENDED DECLARATION OF ) SCOTT EDWARDS |
| 16 | ENVIRONMENTAL PROTECTION AGENCY, *et al*., | ) ) |
| 17 | | ) ) |
| 18 | Defendants. | ) ) |

I, SCOTT EDWARDS, declare as follows:

1. I am over the age of eighteen (18) years of age, and suffer from no legal incapacity.

2. I am Co-Director of the Food & Water Justice project for Food & Water Watch (FWW), a position I have held since 2011. In my capacity as Co-Director of the Food & Water Justice Project, I oversee and am intimately familiar with the organization's mission, membership, activities, and operations.

- 1 -
Pls' Ex. 52

3. I make this declaration on behalf of Food & Water Watch and in support of Food & Water Watch's action against EPA under the Toxic Substances Control Act regarding the risks posed by fluoridation chemicals in drinking water.

4. FWW is a nonprofit membership organization that champions healthy food and clean water for all, and advocates for a democracy that improves people's lives and protects our environment. Core to our mission is the belief that clean, safe water for drinking and recreational uses is a fundamental right that should be afforded to all people.

5. FWW has over 70,000 members nationwide. Audrey Adams (Renton, WA), Julie Simms (Seattle, WA), and Jessica Trader (San Francisco, CA) are each members of FWW.

6. On behalf of our over 70,000 members nationwide, we advocate for more government responsibility in protecting our drinking water resources, including properly regulating the addition of harmful additives and chemicals, like fluoridation chemicals, to our water supplies. Our advocacy for safe water includes public education and outreach efforts to our members and the general public, including advocating in 2013 against the proposed addition of fluoridation chemicals to the largest non-fluoridated city in the United States (Portland, Oregon).

7. Our work also includes research and publication of reports related to drinking water safety; political organizing to force better laws and policies; and legal efforts to oppose regulatory actions that threaten the safety of our nation's food and water. EPA's failure to properly regulate fluoridation chemicals and safeguard our nation's drinking water supplies is the type of irresponsible action and dereliction of duty that FWW was formed to address.

8. I am aware of the many peer-reviewed studies that have linked fluoride in drinking water to adverse neurological effects, which our experts will be testifying about in much greater detail later in this action.

9. I am aware of the declarations, supporting documentation, and testimony from three of our members, Audrey Adams, Julie Simms, and Jessica Trader, that detail harms they have suffered because of fluoridation chemicals in drinking water supplies. For purposes of this litigation, FWW will be relying upon the experiences of Audrey Adams, Julie Simms, and Jessica Trader to illustrate how FWW members would have standing in their own right to bring this action. I am aware, however, of other individual FWW members who suffer similar harm from fluoridation chemicals, including Karen Spencer, Franzi Talley, and Randy Talley.

10. As evidenced by the sworn statements of Mrs. Adams, Ms. Simms, and Ms. Trader, some FWW members expend substantial sums of money and endure substantial inconvenience in order to protect themselves and their families from the credible risks of neurological harm posed by fluoridation chemicals in food and water, including:

   A. Purchasing non-fluoridated spring/filtered/deionized water for drinking and cooking needs;
   B. Purchasing specialized water filtration systems (including ongoing replacement of filter cartridges) for drinking, cooking and showering needs;
   C. Purchasing bottled water for drinking needs when away from home;
   D. Refraining from consumption of restaurant-prepared beverages in areas where fluoridation chemicals are added to drinking water;
   E. Refraining from consumption of commercially produced beverages, including coffee, sodas, reconstituted juices, and beers; and
   F. Refraining from, or limiting, showers and baths in areas where fluoridation chemicals are added to drinking water.

11. For some FWW members, the concern about neurological risks from fluoridation chemicals is based, in part, on neurological ailments they, or their children, have suffered from drinking fluoridated water. The declarations by Julie Simms and Audrey Adams provide examples

of some of the neurological health issues that FWW members have experienced from their exposure to fluoridation chemicals.

12. FWW believes its members' concerns about the neurological risks of fluoridated water are consistent with and justified by the findings of peer-reviewed scientific literature, including the recent longitudinal birth cohort studies financed by the National Institutes of Health and EPA. (FWW_TSCA_FL_0002181-0002192, FWW_TSCA_FL0012774-0012782, FWW_TSCA_FL_0012837-0012866); the findings of the prestigious National Research Council's (NRC) review on fluoride's neurological and endocrine effects (FWW_TSCA_FL_0002569-0002571; FWW_TSCA_FL_0003735-0003742); and the many additional studies published subsequent to the NRC's review which have repeatedly found that fluoride ingestion is associated with adverse neurological and thyroid effects.

13. FWW believes that the concerns of its members are also consistent with, and further supported by, the conclusions of a prominent review by Drs. Philippe Grandjean and Philip Landrigan in *Lancet Neurology*, which identified fluoride as one of only 12 chemicals "known to cause developmental neurotoxicity in human beings." (FWW_TSCA_FL_0002597).

14. I am aware that many FWW members drink tap water, and that fluoridation chemicals are added to over 70% of community water systems in the United States. I have also become aware through my work at FWW that some FWW members use countertop filters like Brita and Pur to remove contaminants from their water, and that these countertop filters do not remove fluoride.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge. Executed this __9th__ day of __May_____, 2019 in New York City.

_____
SCOTT EDWARDS