Exhibit F

Declaration of Julie Simms



**Plaintiffs' Exhibit**

**054**

Food & Water v. EPA
3:17-cv-02162-EMC

1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13 | FOOD & WATER WATCH, INC., *et al.*,
14 |              Plaintiffs,
15 |      v.
16 | ENVIRONMENTAL PROTECTION
   | AGENCY, *et al.*,
17 |
18 |              Defendants.
19 |

)   Case No. 17-cv-02162-EMC
)
)
)
)   DECLARATION OF JULIE SIMMS
)
)
)
)
)
)

I, JULIE SIMMS, declare as follows:

1.      I am over the age of eighteen years and am competent to make this declaration.  All the facts stated herein are within my personal knowledge.

2.      I was born on September 24, 1968 and currently live in Seattle, Washington where I work as a senior marketing communications manager in the computer industry.

3.      In approximately 1976 while living in the East San Francisco Bay Area, our local water district EBMUD began water fluoridation (**Exhibit A**). When I was 12, we relocated to Pleasanton, CA which also fluoridated their water (**Exhibit B**). I remained in the Bay Area until 1989.

4.      At age 14, I had my first migraine headache, and continued to experience occasional migraines throughout my teenage years.

5.      From 1989-1991 I relocated to Chico, CA. I was in excellent health and was fortunate to experience no migraines during this time. I learned later Chico does not fluoridate their water (**Exhibit C**).  From 1991-1992, while living in Japan, I experienced no migraines. I lived in Tottori prefecture, which has never fluoridated their water (https://en.wikipedia.org/wiki/Fluoridation_by_country#Japan).

6.      In 1993, I moved back to California, spending a year in South San Francisco then two years in Palo Alto. Both districts practice water fluoridation (https://www.cityofpaloalto.org/faqs/categoryqna.asp?id=63, https://www.sfwater.org/index.aspx?page=408). By 1994, I sought medical help for the first time for my increasingly painful and more frequent headaches which lasted 2-5 days. The doctor diagnosed me with migraines. I was having approximately 8 severe migraines each year.

7.      In 1995, I relocated to Newport Beach, California. I used to believe my trips home to the San Francisco Bay Area were stressful as I would always get migraine headaches when I visited, but I didn't experience them while at home in Orange County.

8.      In approximately 1996, when water fluoridation was on the ballot in Newport Beach, I voted in support of the practice. I believed water fluoridation was safe and effective.

9.      In 1998, I moved to San Francisco. Over the next few years, I experienced a significant increase in migraine frequency to about 20 episodes each year. The pain severity and length of the episodes increased dramatically during this time, along with frequent nausea and vomiting. I also began to miss approximately 2 days of work each month due to the pain and difficulty focusing.

10.      I relocated again in 2001 to Seattle Washington, which also practiced water fluoridation. (https://seattle.gov/util/MyServices/Water/Water_Quality/Fluoride/index.htm) By 2002 and until

2013, I was experiencing low-grade daily migraines that would flair from a pain level of 2 or 3 to a 9 or 10 several times each month. Some migraines lasted 10 days or more. I believed, at that time, that my migraine headaches might be related to the stress of working long hours for a big software company, or possibly to a car accident that I had in the early 2000s.

11.     I tried every remedy I could find to bring relief to these oppressive migraines including a variety of prescription and non-prescription medications, vitamins, exercise, diet changes, acupuncture, meditation, more sleep, less sleep, and I would often drink a lot of water in hopes of relieving possible dehydration.

12.     In 2009, at my father's urging, I got an MRI to see if it could identify the cause of the headaches. The MRI, however, failed to identify a cause. (**Exhibit D**).

13.     I often asked friends and colleagues who also experienced headaches for advice. In early 2013 someone suggested drinking fluoridated water could be causing my headaches. I was skeptical. I believed water fluoridation was safe. Still I wanted to try, so I went to a local natural food store, filled a 5-gallon bottle with fluoride-free water and bought fluoride-free toothpaste. Within 3 days my daily headaches were substantially less painful and within a few weeks they were completely gone. (**Exhibit E**). Based on this dramatic improvement, I decided then—and continue to this day—to strictly limit all identifiable exposures to fluoride, as discussed below.

14.     I began seeking out research about the impacts of fluoride on the rest of our bodies, particularly the brain. I started with the CDC, where I came across an article, Achievements in Public Health, 1900-1999: Fluoridation of Drinking Water to Prevent Dental Caries (https://www.cdc.gov/mmwr/preview/mmwrhtml/mm4841a1.htm). I was struck how the research was all about dental health and a very small section, Safety of Water Fluoridation, dismissed concerns and offered no evidence to the safety of the practice. After failing to find any studies on

the impact of fluoride on the body on the CDC site, I made my way to Google and eventually to an article on the Fluoride Action Network about fluoride and the brain.

15.     Since committing myself to a fluoride-free life, I have enjoyed long stretches of months and months without migraines, (**Exhibit F**). I have other migraine triggers, such as alcohol, lack of sleep, and aged cheese. It's possible that inadvertent exposures to fluoride in processed and restaurant-prepared foods may serve as an occasional trigger as well.

16.     To reduce my fluoride intake, I have purchased fluoride-free water since 2013. Initially, I purchased this water from my local natural food store, which involved filling two reusable five-gallon jugs on a weekly basis (at a cost of $0.29 a gallon). In late 2014, however, I switched over to using a home water filter (**Exhibit G**). I ultimately became concerned about the effectiveness of this filter, however, so in January 2017 I began purchasing home deliveries of fluoride-free spring water from Mountain Mist (**Exhibits H & I**). I continue to do so until the present day.

17.     In addition to purchasing fluoride-free Mountain Mist water, I have stopped drinking processed beverages like soda, because they are often made in areas with fluoridated water. The only beverages I now consume are pure water, pure juices, coffee, and an occasional beer. On the rare occasions when I have a beer, I make sure it is brewed in an area that does not have water fluoridation, such as Portland, Oregon.

18.     When I travel, I always educate myself on the local water district (usually through accessing the Water Quality Reports) to learn if they fluoridate to inform how careful I need to be with food and water consumption. By way of example, in 2014, I visited a friend who lived in Los Angeles, which I knew to be a fluoridated area. My friend mentioned that there was a health food store in her area that had an ALKALINE water vending machine, so before going to Los Angeles, I emailed this company to find out whether their vending machines filtered fluoride (**Exhibit J**).

19.     In addition to strictly avoiding fluoride in drinking water, I also buy showerhead filters (**Exhibit K**) and refrain from baths to prevent absorption through the skin. I also restrict how often, and where, I eat out.

20.     The addition of fluoridation chemicals to water has forced me to spend considerable sums of money avoiding exposure to fluoride in both food and water.  It has also interfered with my ability to enjoy things that others may take for granted, like drinking water from my sink, taking a bath in my house, and travelling to other places without having to worry about whether the food or water will make me sick.

21.     I am a dues-paying member of both Food & Water Watch and Fluoride Action Network. (**Exhibit L**)

        I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 15ᵗʰ day of _November_, 2018 in Seattle, Washington.

JULIE SIMMS

# EXHIBIT A

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Castro, Melody <mcastro@ebmud.com> |
| **Sent:** | Tuesday, March 12, 2013 11:08 AM |
| **To:** | jmsimms@live.com |
| **Cc:** | Customer Service |
| **Subject:** | RE: Form submission from: Contact EBMUD |

Good morning Ms. Simms,

EBMUD began adding fluoride in August 1976. The normal fluoride level in EBMUD drinking water is approximately 1 part per million (1 milligram per liter).

If you need any further assistance, please contact Customer Service.

Thank you.

Customer Services Representative
East Bay Municipal Utility District
Monday thru Friday 8:00a to 4:30p
1-866-403-2683

-----Original Message-----
From: webmaster@ebmud.com [mailto:webmaster@ebmud.com]
Sent: Friday, March 08, 2013 10:32 PM
To: Customer Service
Subject: Form submission from: Contact EBMUD

Submitted on Friday, March 8, 2013 - 22:31 Submitted by anonymous user: [71.197.193.83] Submitted values are:

Topic: Water Quality
First Name: Julie
Last Name: Simms
Email: jmsimms@live.com
Telephone: 425-968-5163
  --Customer Information--
  First Name on Account:
  Last Name on Account:
  Account Number:
  Service Address:
  City: DANVILLE

Comment: Hello - I grew up in California and am putting together my health history for my dentist. Can you tell me what year you began to fluoridate water for EBMUD? I lived in two cities you serve Danville (1976-1977) and Moraga (1987-1988). I am so grateful for your help. Thank you! Julie

1

# EXHIBIT B

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Susan Clough <SClough@cityofpleasantonca.gov> |
| **Sent:** | Friday, March 8, 2013 12:03 PM |
| **To:** | Julie Simms |
| **Subject:** | RE: Question about water fluoridation |

Hi Julie – Thank you for your question concerning fluoride. Fluoride has been added to Pleasanton drinking water since 1955. The residents voted it in at that time. The fluoride at that time was about 1 mg/L (or ppm) in the reports that I have seen. The City has maintained the fluoride level since I have been here since 1990 between 0.7 mg/L and 1.3 mg/L. The average level is 0.8 mg/L. The fluoride level you were looking at is the level of fluoride in the groundwater and surface water before fluoridation. I hope this helps. Have a nice day and weekend. Please contact me if you have any more questions! Susan Clough (925) 931-5510

**From:** Julie Simms [mailto:jmsimms@live.com]
**Sent:** Friday, March 08, 2013 11:33 AM
**To:** Susan Clough
**Subject:** Question about water fluoridation

Hi Susan,

I hope you are well on this fine Friday. I'm researching the history of water fluoridation in Pleasanton for health reasons. I grew up in Pleasanton, though I now live out of state. I see from the 2011 water report, that the fluoride currently found in city water is from natural sources so the levels are low. Can you tell me if Pleasanton previously fluoridated water? I lived there from 1978-1988 and I'd like to know if adding fluoride was practiced during these years and if so, what the average range might have been.

I know this is a huge favor to ask and I'm so grateful for your help.

Kind regards,


*Julie Simms*
jmsimms@live.com
425-968-5163


Click here to report this email as spam.

# EXHIBIT C

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Fulks, Geoff <gfulks@calwater.com> |
| **Sent:** | Friday, March 8, 2013 11:45 AM |
| **To:** | 'jmsimms@live.com' |
| **Subject:** | Flouride in Chico |

Hello,

Thanks for your question.  We do not add fluoride to the water in Chico.   The trace amount in our water would be naturally occurring.  Any other questions feel free to contact me.

Thanks,

Geoff
--------------------------------------------
**Geoff Fulks - Production Superintendent**
**California Water Service Company**
2222 Dr. Martin Luther King Pkwy., Chico, CA  95928
Direct: (530) 893-6377     Cell: (530) 966-2620
**www.calwater.com**

This e-mail and any of its attachments may contain California Water Service Group proprietary information and is confidential. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, please notify the sender immediately by replying to this e-mail and then deleting it from your system.

# EXHIBIT D

# Results

MR BRAIN WITHOUT AND WITH CONTRAST (Accession 2536912) (Order 37392793)

| Result Date | Result Time | Status |
|---|---|---|
| 7/17/09 | 1:36 PM | Final result |

## Impression

1. Normal MRI of the brain. No evidence of space-occupying mass or other specific cause for headaches.

2. Prominent air-fluid level, left maxillary sinus. In the appropriate clinical setting this could represent acute sinusitis.
 Dictated by: WESTDG1 DAVID G WESTMAN
Dictated: 07/17/2009 11:50:15
 Job: 600131

## Narrative

MRI BRAIN WITHOUT AND WITH CONTRAST

Indication: 40-year-old female with long-standing history of headaches. Symptoms have been worse over the past 6 months. Please assess.

Technique:
1. T1 sagittal and axial.
2. Axial FLAIR, T2, T2* and DWI.
3. 15 cc IV Magnevist. T1-weighted axial and coronal.

Comparison: None.

Findings: Ventricular size and configuration is normal. Signal intensity of the cortex and white matter is normal. Normal flow-voids are seen in the main intracranial vascular structures. There is no abnormal restricted diffusion. No abnormal extra-axial fluid collection. No evidence of mass effect or midline shift. Postcontrast images show no evidence of abnormal meningeal or brain parenchymal enhancement. There is no intracranial space occupying mass lesion.

Normal intravascular enhancement is seen in the dural venous sinuses and the deep venous structures.

Marrow signal intensity in the regional skeletal structures is within normal limits for age.

A prominent air-fluid level is seen in the left maxillary sinus. Paranasal sinuses are otherwise clear. There is no mastoid or middle ear effusion.

# EXHIBIT E

Middle Way Internal Medicine
3121 E Madison St. Ste 204
Seattle, WA 98112
(206)322–5498
FAX (206)322–5618

**Patient:** SIMMS, JULIE M, DOB: 09/24/1968, Age: 44 years, Female
**Acct #:** 17791516, Encounter Date: 08/09/2013

**Established Patient Encounter**
**08/09/2013**


**Chief Complaint(s):** Wart

**History of Present Illness:**
Wart on right 4th finger, never fully resolved after last tx, getting bigger.
otherwise doing well; found that her daily headaches resolved when she stopped drinking water with fluoride; also filters shower water to the extent that she can.
Off nortiptylline since December, was having daily headaches until 3 weeks after she started avoiding all fluoride. Since that change, intensity of migraines is significantly less and she has not taking sumatriptan or Fioricet for 2 months. Also easier to see what her migraine triggers are.
has to move again, plans to come back to Seattle

**Medical History**
Migraines, no aura but occasional peripheral visual spots. Also periods of daily headaches.
Pregnancy induced hypertension.
████████████████████████████

**Social History**
*tobacco use* – non smoker.
Smoking status: Never smoker.
*alcohol use* – not much.
Water at least 1 qtd.
*exercise* – walking, PIlates, cardio video.
*Living situation* – Lives with child Lilly b 9/28/06.
*occupation* – marketing, event planner.
████████████████████████

working on campaign to stop fluoridating water in Seattle.

**Allergies: hydrocodone–acetaminophen** reaction: itch; **Latex** reaction: unspecified; ██████████
██████████████████████████ **Riboflavin (Vitamin B–2) Group**
reaction: itch

**Current Medications:**
**sumatriptan succinate** 100 mg tablet , infrequent X 30 Days, Disp. 9 NR, Start Date: 11/20/2012
**Vitamin D3** , 4,000 IU/d

**Review of Systems:**
**Constitutional Symptoms:**
Feels well, energy is good

**Exam:**
**General appearance:**  Appears well.
Normal attention, orientation, concentration, memory.
Normal gait and posture.
**Skin:**  4 mm wart on right 4th finger.
**Psychiatric:**  affect is full, bright.

Middle Way Internal Medicine
3121 E Madison St. Ste 204
Seattle, WA 98112
(206)322–5498
FAX (206)322–5618

**Patient:** SIMMS, JULIE M, DOB: 09/24/1968, Age: 44 years, Female
**Acct #:** 17791516, Encounter Date: 08/09/2013

**Problems**
WARTS (ICD–9: 078.10), Status: Active, onset: 08/01/2012, Noted (assessed)

**Medications**
Changed Medications:
**Vitamin D3** , 4,000 IU/d

**Orders**
The following tests/treatments were performed:
**CRYOSURGERY OF UP TO 14 LESIONS – WARTS, MOLLUSCUM** (17110), Ordered: 08/09/2013,
Indication(s): WARTS (078.10), Ordering Provider: Lisa Davison, MD, Status: Complete

**Plan Note**
WART:
  treated with cryo x 2 freeze–thaw cycles
 post procedure handout given


**Instructions**
Educational resources provided electronically to patient

**Note Contributing Authors:**
Lisa Davison, MD

**Note electronically signed by:** Lisa Davison, MD on 08/09/2013 at 09:03 PM

**E&M Code:** 99212

CPT only © 2017 American Medical Association.  All Rights Reserved.
Pls' Ex. 54, Page No. 017

# EXHIBIT F

**EXHIBIT F** (which was Exhibit 63 to Julie Simms's Deposition) is withdrawn pursuant to the Court's evidentiary ruling sustaining EPA's hearsay objection (ECF No. 197).

# EXHIBIT G

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Big Berkey Product Orders <orders@bigberkeywaterfilters.com> |
| **Sent:** | Friday, December 5, 2014 3:57 PM |
| **To:** | Julie Simms |
| **Subject:** | Big Berkey Water Filters: New Order # 100042462 |



# Hello, Julie Simms

Thank you for your order from Big Berkey Water Filters. Once your package ships we will send an email with a link to track your order. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at customerservice@bigberkeywaterfilters.com or call us at 1-877-992-3753 Monday - Friday, 8am - 6pm EST.
Your order confirmation is below. Thank you again for your business.

## Your Order #100042462 (placed on December 5, 2014 6:56:46 PM EST)

| **Billing Information:** | **Payment Method:** |
|---|---|
| Julie Simms | **Debit or Credit Card** |
| 2739 NE 89th St. | |
| Seattle, Washington, 98115 | **Credit Card Type:** |
| United States | MasterCard |
| T: 206-522-5284 | **Credit Card Number:** |
| | xxxx-7723 |
| | **Payer Email:** |
| | jmsimms@live.com |

| **Shipping Information:** | **Shipping Method:** |
|---|---|
| Julie Simms | Free Shipping - Free |
| 2739 NE 89th St. | |
| Seattle, Washington, 98115 | |
| United States | |
| T: 206-522-5284 | |

| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| **Travel Berkey** | BT2X2-BB-PF-2 | 1 | $258.50 |
| ***50% Off MSRP Discount Item (Choose 1)*** | | | |
| PF-2 Flouride/Arsenic Filters (Set of 2) | | | |
| **Sight Glass Spigot** | SGS-7 | 1 | $49.00 |
| ***Size*** | | | |
| 7.5 inches (Travel/Big Berkey) | | | |
| **PF-2 Fluoride and Arsenic Water Filters (2)** | PF-2 | 1 | $54.95 |
| | | Subtotal | $362.45 |
| | | Shipping & Handling | $0.00 |
| | | **Grand Total** | **$362.45** |

Thank you, **Big Berkey Water Filters**

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Berkey Filters Customer Service <customerservice@berkeyfilters.com> |
| **Sent:** | Wednesday, August 17, 2016 7:26 PM |
| **To:** | Julie Simms |
| **Subject:** | Berkey Filters Store: New Order # 882942 |



# Hello, Julie Simms

Thank you for your order from Berkey Filters

Once your package ships we will send an email with a link to track your order. If you have any questions about your order please contact us at customerservice@berkeyfilters.com or call us at 1-800-350-4170 Monday - Friday, 8am - 5pm MST.

Your order confirmation is below. Thank you again for your business.

## Your Order #882942 (placed on August 17, 2016 8:25:51 PM MDT)

| **Billing Information:** | **Payment Method:** |
|---|---|
| Julie Simms | **PayPal** |
| 1968 | |
| 2739 NE 89th St | **Payer Email:** |
| 2739 NE 89th St | jmsimms@live.com |
| Seattle, Washington, 98115 | |
| United States | |
| T: 2063037302 | |
| F: 2063037302 | |

| **Shipping Information:** | **Shipping Method:** |
|---|---|
| Julie Simms | Free Shipping - Free |
| 1968 | |
| 2739 NE 89th St | |
| 2739 NE 89th St | |
| Seattle, Washington, 98115 | |
| United States | |

Pls' Ex. 54, Page No. 023

T: 2063037302
F: 2063037302

| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| **Berkey Shower Filter** | SU1 | 1 | $64.00 |
| **Berkey Shower Filter Replacement** | SFR | 1 | $44.00 |
| **Berkey Fluoride Water Filter- PF2** | PF2 | 2 | $108.00 |
| | | Subtotal | $216.00 |
| | | Shipping & Handling | $0.00 |
| | | **Grand Total (Excl.Tax)** | **$216.00** |
| | | Tax | $0.00 |
| | | **Grand Total (Incl.Tax)** | **$216.00** |

Thank you! Be sure to follow us on social media and tag us in your photos with **#Berkey** or **#BerkeyLove**. Your photo could be choosen to be featured on our website and newsfeed!







# EXHIBIT H

| Account # | | | | | | 47.20 |
|---|---|---|---|---|---|---|
| | | Statement Date | | 1/31/2017 | Previous Balance | 47.20 |

| DATE | INVOICE | DESCRIPTION | | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | | |
| 01/03/2017 | | Credit Card Payment | Thank You! | | | -47.20 | 0.00 |
| 01/12/2017 | 001117795 | 5 Gal Spring | Qty | 3@7.20 | 21.60 | | 21.60 |
| 01/12/2017 | 001117795 | Environmental Sur Chrg | Qty | 1@2.00 | 2.00 | | 23.60 |
| 01/26/2017 | 001145342 | 5 Gal Spring | Qty | 3@7.20 | 21.60 | | 45.20 |
| 01/26/2017 | 001145342 | Environmental Sur Chrg | Qty | 1@2.00 | 2.00 | | 47.20 |
| | | **Stop Subtotal** | 0.00 | | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 47.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 47.20 | -47.20 | 47.20 |

www.mountainmist.com  

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747 - - -

For credit card payments, complete this section.

| VISA | MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|---|
| AMERICAN EXPRESS | | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | | |

ACCOUNT NUMBER     083019
AMOUNT DUE     47.20
DUE DATE     Upon Receipt

AMOUNT ENCLOSED    $      .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000047204

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

### Invoice # 001117795
Thu, Jan 12 2017, 09:46am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0200

### Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | | 23.60 |
|-------|---|-------|

Deposits on Hand Detail

5 Gallon Deposit      Deliv: 3      Ret: 3      Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
Current      : 0.00
31 to 60     : 0.00
61 to 90     : 0.00
91 to 120    : 0.00
121 to 150   : 0.00
151 plus     : 0.00

Water
only
Next Delivery: 01/26/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

### Invoice # 001145342
Thu, Jan 26 2017, 09:34am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0100

### Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

Sales      23.60

Deposits on Hand Detail

5 Gallon Deposit      Deliv: 3      Ret: 3      Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
Current      : 23.60
31 to 60     : 0.00
61 to 90     : 0.00
91 to 120    : 0.00
121 to 150   : 0.00
151 plus     : 0.00

Water
only
Next Delivery: 02/09/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 47.20 |
|---|---|---|---|---|---|---|

Statement Date 12/31/2016    Previous Balance    47.20

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| **Stop    1** | Julie Simms | 2739 NE 89th ST | | | | |
| 01/03/2017 | | Credit Card Payment | Thank You! | | -47.20 | 0.00 |
| 01/12/2017 | 001117795 | 5 Gal Spring | Qty    3@7.20 | 21.60 | | 21.60 |
| 01/12/2017 | 001117795 | Environmental Sur Chrg | Qty    1@2.00 | 2.00 | | 23.60 |
| 01/26/2017 | 001145342 | 5 Gal Spring | Qty    3@7.20 | 21.60 | | 45.20 |
| 01/26/2017 | 001145342 | Environmental Sur Chrg | Qty    1@2.00 | 2.00 | | 47.20 |
| | | **Stop Subtotal** | 0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 47.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 47.20 | -47.20 | 47.20 |

www.mountainmist.com
Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA  ☐ Master-Card  ☐ AMERICAN EXPRESS | CARD NUMBER | AMOUNT |
|---|---|---|
| | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER          083019
AMOUNT DUE               47.20
DUE DATE                 01/20/2017

AMOUNT ENCLOSED      **$**                    .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000047204

| **Mountain Mist** | **Mountain Mist** |
|---|---|
| PO Box 44427 - Tacoma, WA 98448-0427 | PO Box 44427 - Tacoma, WA 98448-0427 |
| www.mountainmist.com | www.mountainmist.com |

<table>
<tr><td>

**Invoice # 001117795**
Thu, Jan 12 2017, 09:46am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0200

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

</td><td>

**Invoice # 001145342**
Thu, Jan 26 2017, 09:34am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0100

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

</td></tr>
</table>

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ | 7.20 | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ | 2.00 | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | 23.60 |
|---|---|

Deposits on Hand Detail
5 Gallon Deposit    Deliv: 3        Ret: 3        Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
| Current | : 0.00 |
|---|---|
| 31 to 60 | : 0.00 |
| 61 to 90 | : 0.00 |
| 91 to 120 | : 0.00 |
| 121 to 150 | : 0.00 |
| 151 plus | : 0.00 |

Water
only
Next Delivery: 01/26/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ | 7.20 | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ | 2.00 | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | 23.60 |
|---|---|

Deposits on Hand Detail
5 Gallon Deposit    Deliv: 3        Ret: 3        Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
| Current | : 23.60 |
|---|---|
| 31 to 60 | : 0.00 |
| 61 to 90 | : 0.00 |
| 91 to 120 | : 0.00 |
| 121 to 150 | : 0.00 |
| 151 plus | : 0.00 |

Water
only
Next Delivery: 02/09/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 47.20 |
|---|---|---|---|---|---|---|
| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
| **Stop** | **1** | **Julie Simms  2739 NE 89th ST** | | | | |
| 02/01/2017 | | Credit Card Payment | Thank You! | | -47.20 | 0.00 |
| 02/09/2017 | 001172964 | 5 Gal Spring | Qty   3@7.20 | 21.60 | | 21.60 |
| 02/09/2017 | 001172964 | Environmental Sur Chrg | Qty   1@2.00 | 2.00 | | 23.60 |
| 02/23/2017 | 001201232 | 5 Gal Spring | Qty   3@7.20 | 21.60 | | 45.20 |
| 02/23/2017 | 001201232 | Environmental Sur Chrg | Qty   1@2.00 | 2.00 | | 47.20 |
| | | **Stop Subtotal** | 0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 47.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 47.20 | -47.20 | 47.20 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA  ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER                083019
AMOUNT DUE                        47.20
DUE DATE                            03/20/2017

AMOUNT ENCLOSED       $                    .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115


0830191000047204

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 001172964**
Thu, Feb 09 2017, 10:38am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0210

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | | | 23.60 |
|-------|--|--|-------|

Deposits on Hand Detail
5 Gallon Deposit   Deliv: 3      Ret: 3      Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 0.00 |

**INVOICE TOTAL**   **23.60**

Deposits on Hand:  4

Account Aging:
Current     : 0.00
31 to 60    : 0.00
61 to 90    : 0.00
91 to 120   : 0.00
121 to 150  : 0.00
151 plus    : 0.00

Water
only
Next Delivery: 02/23/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 001201232**
Thu, Feb 23 2017, 09:01am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0090

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | | | 23.60 |
|-------|--|--|-------|

Deposits on Hand Detail
5 Gallon Deposit   Deliv: 3      Ret: 3      Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 0.00 |

**INVOICE TOTAL**   **23.60**

Deposits on Hand:  4

Account Aging:
Current     : 23.60
31 to 60    : 0.00
61 to 90    : 0.00
91 to 120   : 0.00
121 to 150  : 0.00
151 plus    : 0.00

Water
only
Next Delivery: 03/09/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | Statement Date | 3/31/2017 | Previous Balance | 47.20 |

| DATE | INVOICE | | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Stop** | **1** | Julie Simms | 2739 NE 89th ST | | | | |
| 03/09/2017 | 001231586 | | 5 Gal Spring | Qty | 3@7.20 | 21.60 | | 68.80 |
| 03/09/2017 | 001231586 | | Environmental Sur Chrg | Qty | 1@2.00 | 2.00 | | 70.80 |
| 03/22/2017 | | | Credit Card Payment | Thank You! | | | -47.20 | 23.60 |
| 03/23/2017 | 001258543 | | 5 Gal Spring | Qty | 3@7.20 | 21.60 | | 45.20 |
| 03/23/2017 | 001258543 | | Environmental Sur Chrg | Qty | 1@2.00 | 2.00 | | 47.20 |
| | | **Stop Subtotal** | | 0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 47.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 47.20 | -47.20 | 47.20 |

**This is your March Statement. Please disregard previous copy, the Statement Date and the Due Date were not correc**

www.mountainmist.com 

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA ☐ MasterCard | CARD NUMBER | AMOUNT |
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

*This is your March Statement. Please disregard previous copy, the Statement Date and the Due Date were not correct.*

| ACCOUNT NUMBER | 083019 |
|---|---|
| AMOUNT DUE | 47.20 |
| DUE DATE | 04/20/2017 |

AMOUNT ENCLOSED    **$**              .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000047204

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

### Invoice # 001231586
Thu, Mar 09 2017, 09:16am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0080

### Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | | 23.60 |
|-------|--|-------|

Deposits on Hand Detail
5 Gallon Deposit     Deliv: 3          Ret: 3          Net: 0

Subtotal                                23.60
Sales Tax                                0.00
### INVOICE TOTAL                       23.60

Deposits on Hand:  4

Account Aging:
Current         : 47.20
31 to 60        : 0.00
61 to 90        : 0.00
91 to 120       : 0.00
121 to 150      : 0.00
151 plus        : 0.00

Water
only
Next Delivery: 03/23/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

### Invoice # 001258543
Thu, Mar 23 2017, 09:07am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0150

### Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Order No. 1703220063
[RO] Route Order

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | | 23.60 |
|-------|--|-------|

Deposits on Hand Detail
5 Gallon Deposit     Deliv: 3          Ret: 3          Net: 0

Subtotal                                23.60
Sales Tax                                0.00
### INVOICE TOTAL                       23.60

Deposits on Hand:  4

Account Aging:
Current         : 23.60
31 to 60        : 0.00
61 to 90        : 0.00
91 to 120       : 0.00
121 to 150      : 0.00
151 plus        : 0.00

Water
only
Next Delivery: 04/06/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | Statement Date | | 04/30/2017 | Previous Balance | | 47.20 |
|---|---|---|---|---|---|---|---|---|
| **DATE** | **INVOICE** | | **DESCRIPTION** | | | **CHARGE** | **PAYMENT** | **BALANCE** |
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | | | |
| 03/09/2017 | 001231586 | 5 Gal Spring | | Qty | 3@7.20 | 21.60 | | 68.80 |
| 03/09/2017 | 001231586 | Environmental Sur Chrg | | Qty | 1@2.00 | 2.00 | | 70.80 |
| 03/22/2017 | | Credit Card Payment | | Thank You! | | | -47.20 | 23.60 |
| 03/23/2017 | 001258543 | 5 Gal Spring | | Qty | 3@7.20 | 21.60 | | 45.20 |
| 03/23/2017 | 001258543 | Environmental Sur Chrg | | Qty | 1@2.00 | 2.00 | | 47.20 |
| | | **Stop Subtotal** | | 0.00 | | | | |

| Current | | PAST DUE AMOUNTS | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | **AMOUNT DUE** |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 0.00 | 47.20 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 47.20 | -47.20 | 47.20 |

www.mountainmist.com 

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ **VISA** ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER      083019
AMOUNT DUE      47.20
DUE DATE      05/20/2017

AMOUNT ENCLOSED    **$**      .

Mountain Mist
PO Box 84447
Seattle WA 98124-5747

Julie Simms
2739 NE 89th ST
Seattle WA 98115

08301910000047204

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

### Invoice # 001231586
Thu, Mar 09 2017, 09:16am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0080

### Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | | | 23.60 |
|---|---|---|---|

Deposits on Hand Detail
5 Gallon Deposit     Deliv: 3          Ret: 3          Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
Current       : 47.20
31 to 60      : 0.00
61 to 90      : 0.00
91 to 120     : 0.00
121 to 150    : 0.00
151 plus      : 0.00

Water
only
Next Delivery: 03/23/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

### Invoice # 001258543
Thu, Mar 23 2017, 09:07am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-0150

### Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Order No. 1703220063
[RO] Route Order

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | | | 23.60 |
|---|---|---|---|

Deposits on Hand Detail
5 Gallon Deposit     Deliv: 3          Ret: 3          Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
Current       : 23.60
31 to 60      : 0.00
61 to 90      : 0.00
91 to 120     : 0.00
121 to 150    : 0.00
151 plus      : 0.00

Water
only
Next Delivery: 04/06/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| | | | | | | |
|---|---|---|---|---|---|---|
| **Account #** | | | Statement Date | 04/30/2017 | Previous Balance | 47.20 |

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| **Stop  1** | Julie Simms | 2739 NE 89th ST | | | | |
| 04/03/2017 | | Credit Card Payment | Thank You! | | -47.20 | 0.00 |
| 04/06/2017 | 001287300 | 5 Gal Spring | Qty    3@7.20 | 21.60 | | 21.60 |
| 04/06/2017 | 001287300 | Environmental Sur Chrg | Qty    1@2.00 | 2.00 | | 23.60 |
| 04/20/2017 | 001313225 | 5 Gal Spring | Qty    3@7.20 | 21.60 | | 45.20 |
| 04/20/2017 | 001313225 | Environmental Sur Chrg | Qty    1@2.00 | 2.00 | | 47.20 |
| | **Stop Subtotal** | | 0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | **AMOUNT DUE** |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 47.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 47.20 | -47.20 | 47.20 |

www.mountainmist.com   
Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ **VISA**   ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER          083019
AMOUNT DUE                  47.20
DUE DATE                       05/20/2017

AMOUNT ENCLOSED      **$**                    **.**

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000047204

| Account # | | | | | | 47.20 |
|---|---|---|---|---|---|---|
| | | Statement Date | 05/31/2017 | Previous Balance | | 47.20 |
| **DATE** | **INVOICE** | **DESCRIPTION** | | **CHARGE** | **PAYMENT** | **BALANCE** |
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | |
| 05/01/2017 | | Credit Card Payment | Thank You! | | -47.20 | 0.00 |
| 05/04/2017 | 001343536 | 5 Gal Spring | Qty 3@7.20 | 21.60 | | 21.60 |
| 05/04/2017 | 001343536 | Environmental Sur Chrg | Qty 1@2.00 | 2.00 | | 23.60 |
| 05/18/2017 | 001370747 | 5 Gal Spring | Qty 3@7.20 | 21.60 | | 45.20 |
| 05/18/2017 | 001370747 | Environmental Sur Chrg | Qty 1@2.00 | 2.00 | | 47.20 |
| | **Stop Subtotal** | | 0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | **AMOUNT DUE** |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 47.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 47.20 | -47.20 | 47.20 |

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER      083019
AMOUNT DUE      47.20
DUE DATE      06/20/2017

AMOUNT ENCLOSED    **$**       .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000047204

# Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

### Invoice # 001343536
Thu, May 04 2017, 11:19am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

### Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | 23.60 |
|-------|-------|

Deposits on Hand Detail
5 Gallon Deposit     Deliv: 3       Ret: 3        Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
Current        : 0.00
31 to 60       : 0.00
61 to 90       : 0.00
91 to 120      : 0.00
121 to 150     : 0.00
151 plus       : 0.00

Water
only
Next Delivery: 05/18/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

# Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

### Invoice # 001370747
Thu, May 18 2017, 09:37am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9994

### Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | 23.60 |
|-------|-------|

Deposits on Hand Detail
5 Gallon Deposit     Deliv: 3       Ret: 3        Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
Current        : 23.60
31 to 60       : 0.00
61 to 90       : 0.00
91 to 120      : 0.00
121 to 150     : 0.00
151 plus       : 0.00

Water
only
Next Delivery: 06/02/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|------|---------|-------------|---|--------|---------|---------|
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | |
| 06/01/2017 | | Credit Card Payment | Thank You! | | -47.20 | 0.00 |
| 06/02/2017 | 001400432 | 5 Gal Spring | Qty  3@7.20 | 21.60 | | 21.60 |
| 06/02/2017 | 001400432 | Environmental Sur Chrg | Qty  1@2.00 | 2.00 | | 23.60 |
| 06/16/2017 | 001428635 | 5 Gal Spring | Qty  3@7.20 | 21.60 | | 45.20 |
| 06/16/2017 | 001428635 | Environmental Sur Chrg | Qty  1@2.00 | 2.00 | | 47.20 |
| 06/30/2017 | 001456505 | 5 Gal Spring | Qty  3@7.20 | 21.60 | | 68.80 |
| 06/30/2017 | 001456505 | Environmental Sur Chrg | Qty  1@2.00 | 2.00 | | 70.80 |
| | | **Stop Subtotal** | 23.60 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | **AMOUNT DUE** |
|---------|------|------|------|------|------|---------------|-------------|--------------|------------|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 70.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 70.80 | -47.20 | 70.80 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| □ VISA  □ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| □ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER        083019
AMOUNT DUE              70.80
DUE DATE             07/20/2017

AMOUNT ENCLOSED    **$**              **.**

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000070809

| Account # | | | | | | 70.80 |
|---|---|---|---|---|---|---|
| | | | Statement Date | | Previous Balance | |

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| **Stop** | **1** | **Julie Simms** | **2739 NE 89th ST** | | | |
| 07/03/2017 | | Credit Card Payment | Thank You! | | -70.80 | 0.00 |
| 07/17/2017 | 001485990 | 5 Gal Spring | Qty 3@7.20 | 21.60 | | 21.60 |
| 07/17/2017 | 001485990 | Environmental Sur Chrg | Qty 1@2.00 | 2.00 | | 23.60 |
| 07/31/2017 | 001516867 | 5 Gal Spring | Qty 3@7.20 | 21.60 | | 45.20 |
| 07/31/2017 | 001516867 | Environmental Sur Chrg | Qty 1@2.00 | 2.00 | | 47.20 |
| | | **Stop Subtotal** | -23.60 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | **AMOUNT DUE** |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 47.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.80 | 47.20 | -70.80 | 47.20 |

www.mountainmist.com    ⬛ ⬛ ⬛ ⬛ ⬛

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ **VISA**  ☐ **MasterCard** | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ **AMERICAN EXPRESS** | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

*Effective August 1, 2017, bottled water is now subject to retail sales tax.*

ACCOUNT NUMBER          083019
AMOUNT DUE               47.20
DUE DATE                 08/20/2017

AMOUNT ENCLOSED    **$**              .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000047204

| Mountain Mist | Mountain Mist |
|---|---|
| PO Box 44427 - Tacoma, WA 98448-0427 | PO Box 44427 - Tacoma, WA 98448-0427 |
| www.mountainmist.com | www.mountainmist.com |

**Invoice # 001485990**
Mon, Jul 17 2017, 03:49pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | 23.60 |
|---|---|

Deposits on Hand Detail
5 Gallon Deposit    Deliv: 3       Ret: 3       Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
Current       : 0.00
31 to 60      : 0.00
61 to 90      : 0.00
91 to 120     : 0.00
121 to 150    : 0.00
151 plus      : 0.00

Water
only
Next Delivery: 07/31/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

**Invoice # 001516867**
Mon, Jul 31 2017, 12:07pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| **Miscellaneous Revenues Total: 1** | | | |

| Sales | 23.60 |
|---|---|

Deposits on Hand Detail
5 Gallon Deposit    Deliv: 3       Ret: 3       Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 0.00 |
| **INVOICE TOTAL** | **23.60** |

Deposits on Hand:  4

Account Aging:
Current       : 23.60
31 to 60      : 0.00
61 to 90      : 0.00
91 to 120     : 0.00
121 to 150    : 0.00
151 plus      : 0.00

Water only
Next Delivery: 08/14/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 47.20 |
|---|---|---|---|---|---|---|
| | | | | | **Statement Date** | 08/31/2017 |
| | | | | | **Previous Balance** | 47.20 |

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| **Stop 1** | | Julie Simms  2739 NE 89th ST | | | | |
| 08/01/2017 | | Credit Card Payment | Thank You! | | -47.20 | 0.00 |
| 08/14/2017 | 001544570 | 5 Gal Spring | Qty  3@7.20 [Tx] | 21.60 | | 21.60 |
| 08/14/2017 | 001544570 | Environmental Sur Chrg | Qty  1@2.00 | 2.00 | | 23.60 |
| 08/14/2017 | 001544570 | (  1.4040  WASH STATE         ) | | | | |
| 08/14/2017 | 001544570 | (  0.4752  1726-SEATTLE       ) | | | | |
| 08/14/2017 | 001544570 | (  0.3024  RTA                ) | | | | |
| 08/14/2017 | 001544570 | Tax | | 2.18 | | 25.78 |
| 08/28/2017 | 001571226 | 5 Gal Spring | Qty  3@7.20 [Tx] | 21.60 | | 47.38 |
| 08/28/2017 | 001571226 | Environmental Sur Chrg | Qty  1@2.00 | 2.00 | | 49.38 |
| 08/28/2017 | 001571226 | (  1.4040  WASH STATE         ) | | | | |
| 08/28/2017 | 001571226 | (  0.4752  1726-SEATTLE       ) | | | | |
| 08/28/2017 | 001571226 | (  0.3024  RTA                ) | | | | |
| 08/28/2017 | 001571226 | Tax | | 2.18 | | 51.56 |
| | | **Stop Subtotal** | 4.36 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 51.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.20 | 51.56 | -47.20 | 51.56 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| | | |
|---|---|---|
| ☐ **VISA** ☐ **MasterCard** | CARD NUMBER | AMOUNT |
| ☐ **AMERICAN EXPRESS** | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER        083019
AMOUNT DUE             51.56
DUE DATE              09/20/2017

AMOUNT ENCLOSED     **$**              .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

083019100000051566

# Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

## Invoice # 001544570
Mon, Aug 14 2017, 01:23pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

## Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring          [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | | 23.60 |
|-------|--|--|-------|

Deposits on Hand Detail

5 Gallon Deposit      Deliv: 3          Ret: 3          Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE          ) | |
| (    0.4752   1726-SEATTLE        ) | |
| (    0.3024   RTA                 ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current      : 0.00
31 to 60     : 0.00
61 to 90     : 0.00
91 to 120    : 0.00
121 to 150   : 0.00
151 plus     : 0.00

Water only
Next Delivery: 08/15/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

# Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

## Invoice # 001571226
Mon, Aug 28 2017, 12:11pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

## Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring          [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | | 23.60 |
|-------|--|--|-------|

Deposits on Hand Detail

5 Gallon Deposit      Deliv: 3          Ret: 3          Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE          ) | |
| (    0.4752   1726-SEATTLE        ) | |
| (    0.3024   RTA                 ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current      : 25.78
31 to 60     : 0.00
61 to 90     : 0.00
91 to 120    : 0.00
121 to 150   : 0.00
151 plus     : 0.00

Water only
Next Delivery: 09/12/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 51.56 |
|---|---|---|---|---|---|---|
| | | Statement Date | 09/30/2017 | Previous Balance | | |
| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
| **Stop 1** | Julie Simms 2739 NE 89th ST | | | | | |
| 09/01/2017 | | Credit Card Payment | Thank You! | | -51.56 | 0.00 |
| 09/12/2017 | 001601670 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 21.60 |
| 09/12/2017 | 001601670 | Environmental Sur Chrg | Qty 1@2.00 | 2.00 | | 23.60 |
| 09/12/2017 | 001601670 | ( 1.4040 WASH STATE ) | | | | |
| 09/12/2017 | 001601670 | ( 0.4752 1726-SEATTLE ) | | | | |
| 09/12/2017 | 001601670 | ( 0.3024 RTA ) | | | | |
| 09/12/2017 | 001601670 | Tax | | 2.18 | | 25.78 |
| 09/26/2017 | 001628918 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 47.38 |
| 09/26/2017 | 001628918 | Environmental Sur Chrg | Qty 1@2.00 | 2.00 | | 49.38 |
| 09/26/2017 | 001628918 | ( 1.4040 WASH STATE ) | | | | |
| 09/26/2017 | 001628918 | ( 0.4752 1726-SEATTLE ) | | | | |
| 09/26/2017 | 001628918 | ( 0.3024 RTA ) | | | | |
| 09/26/2017 | 001628918 | Tax | | 2.18 | | 51.56 |
| | | **Stop Subtotal** | 0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 51.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.56 | 51.56 | -51.56 | 51.56 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER       083019
AMOUNT DUE       51.56
DUE DATE       10/20/2017

AMOUNT ENCLOSED      **$**      .

Mountain Mist
PO Box 84447
Seattle WA 98124-5747

Julie Simms
2739 NE 89th ST
Seattle WA 98115

0830191000005156b

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 001601670**
Tue, Sep 12 2017, 11:28am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring            [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | 23.60 |
|-------|--|-------|

Deposits on Hand Detail
5 Gallon Deposit        Deliv: 3        Ret: 3        Net: 0

Subtotal                                23.60
Sales Tax                                2.18
(    1.4040  WASH STATE          )
(    0.4752  1726-SEATTLE        )
(    0.3024  RTA                 )
**INVOICE TOTAL                         25.78**

Deposits on Hand:  4

Account Aging:
Current          : 0.00
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 09/26/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 001628918**
Tue, Sep 26 2017, 12:21pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring            [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | 23.60 |
|-------|--|-------|

Deposits on Hand Detail
5 Gallon Deposit        Deliv: 3        Ret: 3        Net: 0

Subtotal                                23.60
Sales Tax                                2.18
(    1.4040  WASH STATE          )
(    0.4752  1726-SEATTLE        )
(    0.3024  RTA                 )
**INVOICE TOTAL                         25.78**

Deposits on Hand:  4

Account Aging:
Current          : 25.78
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 10/10/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| | | | | | | |
|---|---|---|---|---|---|---|
| **Account #** | | Statement Date 10/31/2017 | | | Previous Balance | 51.56 |

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| **Stop 1** | | Julie Simms  2739 NE 89th ST | | | | |
| 10/02/2017 | | Credit Card Payment | Thank You! | | -51.56 | 0.00 |
| 10/10/2017 | 001659078 | 5 Gal Spring | Qty  4@7.20 [Tx] | 28.80 | | 28.80 |
| 10/10/2017 | 001659078 | Environmental Sur Chrg | Qty  1@2.00 | 2.00 | | 30.80 |
| 10/10/2017 | 001659078 | (  1.8720  WASH STATE     ) | | | | |
| 10/10/2017 | 001659078 | (  0.6336  1726-SEATTLE   ) | | | | |
| 10/10/2017 | 001659078 | (  0.4032  RTA            ) | | | | |
| 10/10/2017 | 001659078 | Tax | | 2.91 | | 33.71 |
| 10/24/2017 | 001685599 | 5 Gal Spring | Qty  3@7.20 [Tx] | 21.60 | | 55.31 |
| 10/24/2017 | 001685599 | Environmental Sur Chrg | Qty  1@2.00 | 2.00 | | 57.31 |
| 10/24/2017 | 001685599 | (  1.4040  WASH STATE     ) | | | | |
| 10/24/2017 | 001685599 | (  0.4752  1726-SEATTLE   ) | | | | |
| 10/24/2017 | 001685599 | (  0.3024  RTA            ) | | | | |
| 10/24/2017 | 001685599 | Tax | | 2.18 | | 59.49 |
| | | **Stop Subtotal** | 7.93 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 59.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.56 | 59.49 | -51.56 | 59.49 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| VISA ☐   MasterCard ☐ | CARD NUMBER | AMOUNT |
|---|---|---|
| AMERICAN EXPRESS ☐ | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER          083019
AMOUNT DUE               59.49
DUE DATE                 11/20/2017

AMOUNT ENCLOSED     **$**                    .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

0830191000059499

| Account # | | | | | 59.49 |
|---|---|---|---|---|---|

Statement Date 11/30/2017    Previous Balance 59.49

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | |
| 11/01/2017 | | Credit Card Payment | Thank You! | | -59.49 | 0.00 |
| 11/07/2017 | 001716364 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 21.60 |
| 11/07/2017 | 001716364 | Environmental Sur Chrg | Qty 1@2.00 | 2.00 | | 23.60 |
| 11/07/2017 | 001716364 | ( 1.4040 WASH STATE ) | | | | |
| 11/07/2017 | 001716364 | ( 0.4752 1726-SEATTLE ) | | | | |
| 11/07/2017 | 001716364 | ( 0.3024 RTA ) | | | | |
| 11/07/2017 | 001716364 | Tax | | 2.18 | | 25.78 |
| 11/21/2017 | 001743526 | 5 Gal Spring | Qty 4@7.20 [Tx] | 28.80 | | 54.58 |
| 11/21/2017 | 001743526 | Environmental Sur Chrg | Qty 1@2.00 | 2.00 | | 56.58 |
| 11/21/2017 | 001743526 | ( 1.8720 WASH STATE ) | | | | |
| 11/21/2017 | 001743526 | ( 0.6336 1726-SEATTLE ) | | | | |
| 11/21/2017 | 001743526 | ( 0.4032 RTA ) | | | | |
| 11/21/2017 | 001743526 | Tax | | 2.91 | | 59.49 |
| | | **Stop Subtotal** | 0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 59.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.49 | 59.49 | -59.49 | 59.49 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| VISA | MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|---|
| AMERICAN EXPRESS | | SIGNATURE | EXP. DATE |

CARDHOLDER NAME (Please Print)

ACCOUNT NUMBER          083019
AMOUNT DUE               59.49
DUE DATE              12/20/2017

AMOUNT ENCLOSED    **$**            .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000059499

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 001716364**
Tue, Nov 07 2017, 11:21am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring       [Tx]  | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | | 23.60 |
|-------|--|--|------|

Deposits on Hand Detail
5 Gallon Deposit      Deliv: 3        Ret: 3        Net: 0

| Subtotal | 23.60 |
|----------|-------|
| Sales Tax | 2.18 |
| (   1.4040  WASH STATE           ) | |
| (   0.4752  1726-SEATTLE         ) | |
| (   0.3024  RTA                  ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current        : 0.00
31 to 60       : 0.00
61 to 90       : 0.00
91 to 120      : 0.00
121 to 150     : 0.00
151 plus       : 0.00

Water only
Next Delivery: 11/21/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 001743526**
Tue, Nov 21 2017, 12:30pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring       [Tx]  | 4 @ 7.20 | | 28.80 |
| 5 Gallon Total: 4 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | | 30.80 |
|-------|--|--|------|

Deposits on Hand Detail
5 Gallon Deposit      Deliv: 4        Ret: 4        Net: 0

| Subtotal | 30.80 |
|----------|-------|
| Sales Tax | 2.91 |
| (   1.8720  WASH STATE           ) | |
| (   0.6336  1726-SEATTLE         ) | |
| (   0.4032  RTA                  ) | |
| **INVOICE TOTAL** | **33.71** |

Deposits on Hand:  4

Account Aging:
Current        : 25.78
31 to 60       : 0.00
61 to 90       : 0.00
91 to 120      : 0.00
121 to 150     : 0.00
151 plus       : 0.00

Water only
Next Delivery: 12/07/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | 59.49 |
|---|---|---|---|---|---|
| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |

**Stop  1**  Julie Simms  2739 NE 89th ST

| DATE | INVOICE | DESCRIPTION | | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2017 | | Credit Card Payment | Thank You! | | | -59.49 | 0.00 |
| 12/07/2017 | 001773254 | 5 Gal Spring | Qty | 4@7.20 [Tx] | 28.80 | | 28.80 |
| 12/07/2017 | 001773254 | Environmental Sur Chrg | Qty | 1@2.00 | 2.00 | | 30.80 |
| 12/07/2017 | 001773254 | (   1.8720  WASH STATE   ) | | | | | |
| 12/07/2017 | 001773254 | (   0.6336  1726-SEATTLE   ) | | | | | |
| 12/07/2017 | 001773254 | (   0.4032  RTA   ) | | | | | |
| 12/07/2017 | 001773254 | Tax | | | 2.91 | | 33.71 |
| 12/21/2017 | 001798844 | 5 Gal Spring | Qty | 3@7.20 [Tx] | 21.60 | | 55.31 |
| 12/21/2017 | 001798844 | Environmental Sur Chrg | Qty | 1@2.00 | 2.00 | | 57.31 |
| 12/21/2017 | 001798844 | (   1.4040  WASH STATE   ) | | | | | |
| 12/21/2017 | 001798844 | (   0.4752  1726-SEATTLE   ) | | | | | |
| 12/21/2017 | 001798844 | (   0.3024  RTA   ) | | | | | |
| 12/21/2017 | 001798844 | Tax | | | 2.18 | | 59.49 |

**Stop Subtotal**          0.00

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 59.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.49 | 59.49 | -59.49 | 59.49 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA  ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

| ACCOUNT NUMBER | 083019 |
|---|---|
| AMOUNT DUE | 59.49 |
| DUE DATE | 01/20/2018 |

AMOUNT ENCLOSED     **$**                .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000059499

<table>
<tr><td>

**Mountain Mist**
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 001773254**
Thu, Dec 07 2017, 09:28am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9980

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

</td><td>

**Mountain Mist**
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 001798844**
Thu, Dec 21 2017, 11:17am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

</td></tr>
</table>

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring          [Tx] | 4 @ 7.20 | | 28.80 |
| 5 Gallon Total: 4 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| | | |
|---|---|---|
| Sales | | 30.80 |
| Deposits on Hand Detail | | |
| 5 Gallon Deposit      Deliv: 4      Ret: 4      Net: 0 | | |
| Subtotal | | 30.80 |
| Sales Tax | | 2.91 |
| (    1.8720  WASH STATE          ) | | |
| (    0.6336  1726-SEATTLE        ) | | |
| (    0.4032  RTA                 ) | | |
| **INVOICE TOTAL** | | **33.71** |

Deposits on Hand:  4

Account Aging:
Current          : 0.00
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 12/21/2017

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring          [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| | | |
|---|---|---|
| Sales | | 23.60 |
| Deposits on Hand Detail | | |
| 5 Gallon Deposit      Deliv: 3      Ret: 3      Net: 0 | | |
| Subtotal | | 23.60 |
| Sales Tax | | 2.18 |
| (    1.4040  WASH STATE          ) | | |
| (    0.4752  1726-SEATTLE        ) | | |
| (    0.3024  RTA                 ) | | |
| **INVOICE TOTAL** | | **25.78** |

Deposits on Hand:  4

Account Aging:
Current          : 33.71
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 01/08/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 59.49 |
|---|---|---|---|---|---|---|

**Statement Date:** 01/31/2018   **Previous Balance:** 59.49

| DATE | INVOICE | DESCRIPTION | | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Stop 1** | Julie Simms | 2739 NE 89th ST | | | | | |
| 01/02/2018 | | Credit Card Payment | Thank You! | | | -59.49 | 0.00 |
| 01/08/2018 | 001828599 | 5 Gal Spring | Qty | 3@7.20 [Tx] | 21.60 | | 21.60 |
| 01/08/2018 | 001828599 | Environmental Sur Chrg | Qty | 1@2.00 | 2.00 | | 23.60 |
| 01/08/2018 | 001828599 | ( 1.4040 WASH STATE ) | | | | | |
| 01/08/2018 | 001828599 | ( 0.4752 1726-SEATTLE ) | | | | | |
| 01/08/2018 | 001828599 | ( 0.3024 RTA ) | | | | | |
| 01/08/2018 | 001828599 | Tax | | | 2.18 | | 25.78 |
| 01/22/2018 | 001856532 | 5 Gal Spring | Qty | 3@7.20 [Tx] | 21.60 | | 47.38 |
| 01/22/2018 | 001856532 | Environmental Sur Chrg | Qty | 1@2.00 | 2.00 | | 49.38 |
| 01/22/2018 | 001856532 | ( 1.4040 WASH STATE ) | | | | | |
| 01/22/2018 | 001856532 | ( 0.4752 1726-SEATTLE ) | | | | | |
| 01/22/2018 | 001856532 | ( 0.3024 RTA ) | | | | | |
| 01/22/2018 | 001856532 | Tax | | | 2.18 | | 51.56 |

**Stop Subtotal** -7.93

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 51.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.49 | 51.56 | -59.49 | 51.56 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747 - - - - - - - - - - - - - - - - -

For credit card payments, complete this section.

| ☐ VISA ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER 083019
AMOUNT DUE 51.56
DUE DATE 02/20/2018

AMOUNT ENCLOSED **$**                    .

Mountain Mist
PO Box 84447
Seattle WA 98124-5747

Julie Simms
2739 NE 89th ST
Seattle WA 98115

0830191000051566

| Mountain Mist | Mountain Mist |
|---|---|
| PO Box 44427 - Tacoma, WA 98448-0427 | PO Box 44427 - Tacoma, WA 98448-0427 |
| www.mountainmist.com | www.mountainmist.com |

**Invoice # 001828599**
Mon, Jan 08 2018, 01:00pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring          [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | 23.60 |
|---|---|

Deposits on Hand Detail
5 Gallon Deposit      Deliv: 3        Ret: 3        Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE          ) | |
| (    0.4752   1726-SEATTLE        ) | |
| (    0.3024   RTA                 ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current           : 0.00
31 to 60          : 0.00
61 to 90          : 0.00
91 to 120         : 0.00
121 to 150        : 0.00
151 plus          : 0.00

Water only
Next Delivery: 01/22/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

**Invoice # 001856532**
Mon, Jan 22 2018, 09:40am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring          [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | 23.60 |
|---|---|

Deposits on Hand Detail
5 Gallon Deposit      Deliv: 3        Ret: 3        Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE          ) | |
| (    0.4752   1726-SEATTLE        ) | |
| (    0.3024   RTA                 ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current           : 25.78
31 to 60          : 0.00
61 to 90          : 0.00
91 to 120         : 0.00
121 to 150        : 0.00
151 plus          : 0.00

Water only
Next Delivery: 02/05/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | 51.56 |
|---|---|---|---|---|---|
| DATE | INVOICE | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
| **Stop 1** | Julie Simms | 2739 NE 89th ST | | | |
| 02/01/2018 | | Credit Card Payment      Thank You! | | -51.56 | 0.00 |
| 02/05/2018 | 001885540 | 5 Gal Spring      Qty   3@7.20 [Tx] | 21.60 | | 21.60 |
| 02/05/2018 | 001885540 | Environmental Sur Chrg    Qty   1@2.00 | 2.00 | | 23.60 |
| 02/05/2018 | 001885540 | (   1.4040   WASH STATE     ) | | | |
| 02/05/2018 | 001885540 | (   0.4752   1726-SEATTLE   ) | | | |
| 02/05/2018 | 001885540 | (   0.3024   RTA         ) | | | |
| 02/05/2018 | 001885540 | Tax | 2.18 | | 25.78 |
| 02/19/2018 | 001911906 | 5 Gal Spring      Qty   3@7.20 [Tx] | 21.60 | | 47.38 |
| 02/19/2018 | 001911906 | Environmental Sur Chrg    Qty   1@2.00 | 2.00 | | 49.38 |
| 02/19/2018 | 001911906 | (   1.4040   WASH STATE     ) | | | |
| 02/19/2018 | 001911906 | (   0.4752   1726-SEATTLE   ) | | | |
| 02/19/2018 | 001911906 | (   0.3024   RTA         ) | | | |
| 02/19/2018 | 001911906 | Tax | 2.18 | | 51.56 |
| | | **Stop Subtotal**     0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 51.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.56 | 51.56 | -51.56 | 51.56 |

www.mountainmist.com   f   t   ▶   B

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER         083019
AMOUNT DUE             51.56
DUE DATE                03/20/2018

AMOUNT ENCLOSED    **$**          .

Mountain Mist
PO Box 84447
Seattle WA 98124-5747

Julie Simms
2739 NE 89th ST
Seattle WA 98115

083019100000515б6

| **Mountain Mist** | **Mountain Mist** |
|---|---|
| PO Box 44427 - Tacoma, WA 98448-0427 | PO Box 44427 - Tacoma, WA 98448-0427 |
| www.mountainmist.com | www.mountainmist.com |

**Invoice # 001885540**
Mon, Feb 05 2018, 02:23pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring        [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | 23.60 |
|---|---|---|
| Deposits on Hand Detail | | |
| 5 Gallon Deposit    Deliv: 3        Ret: 3        Net: 0 | | |

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE          ) | |
| (    0.4752   1726-SEATTLE        ) | |
| (    0.3024   RTA                 ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current         : 0.00
31 to 60        : 0.00
61 to 90        : 0.00
91 to 120       : 0.00
121 to 150      : 0.00
151 plus        : 0.00

Water only
Next Delivery: 02/19/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

**Invoice # 001911906**
Mon, Feb 19 2018, 09:14am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring        [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | 23.60 |
|---|---|---|
| Deposits on Hand Detail | | |
| 5 Gallon Deposit    Deliv: 3        Ret: 3        Net: 0 | | |

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE          ) | |
| (    0.4752   1726-SEATTLE        ) | |
| (    0.3024   RTA                 ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current         : 25.78
31 to 60        : 0.00
61 to 90        : 0.00
91 to 120       : 0.00
121 to 150      : 0.00
151 plus        : 0.00

Water only
Next Delivery: 03/05/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 51.56 |
|---|---|---|---|---|---|---|
| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | |
| 03/01/2018 | | Credit Card Payment | Thank You! | | -51.56 | 0.00 |
| 03/05/2018 | 001940999 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 21.60 |
| 03/05/2018 | 001940999 | Enviromental Surcharge | Qty 1@2.00 | 2.00 | | 23.60 |
| 03/05/2018 | 001940999 | ( 1.4040 WASH STATE ) | | | | |
| 03/05/2018 | 001940999 | ( 0.4752 1726-SEATTLE ) | | | | |
| 03/05/2018 | 001940999 | ( 0.3024 RTA ) | | | | |
| 03/05/2018 | 001940999 | Tax | | 2.18 | | 25.78 |
| 03/19/2018 | 001968020 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 47.38 |
| 03/19/2018 | 001968020 | Enviromental Surcharge | Qty 1@2.00 | 2.00 | | 49.38 |
| 03/19/2018 | 001968020 | ( 1.4040 WASH STATE ) | | | | |
| 03/19/2018 | 001968020 | ( 0.4752 1726-SEATTLE ) | | | | |
| 03/19/2018 | 001968020 | ( 0.3024 RTA ) | | | | |
| 03/19/2018 | 001968020 | Tax | | 2.18 | | 51.56 |
| | | **Stop Subtotal** | 0.00 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 51.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.56 | 51.56 | -51.56 | 51.56 |

www.mountainmist.com 

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

*A minimal price increase will go into effect in April for accounts currently not under contract pricing.*

ACCOUNT NUMBER       083019
AMOUNT DUE             51.56
DUE DATE              04/20/2018

AMOUNT ENCLOSED     **$**            .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

083019100000051566

| Mountain Mist | Mountain Mist |
|---|---|
| PO Box 44427 - Tacoma, WA 98448-0427 | PO Box 44427 - Tacoma, WA 98448-0427 |
| www.mountainmist.com | www.mountainmist.com |

**Invoice # 001940999**
Mon, Mar 05 2018, 02:31pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring            [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | | 23.60 |
|---|---|---|---|
| Deposits on Hand Detail | | | |
| 5 Gallon Deposit     Deliv: 3 | Ret: 3 | Net: 0 | |

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE           ) | |
| (    0.4752  1726-SEATTLE          ) | |
| (    0.3024   RTA                  ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current          : 0.00
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 03/19/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

**Invoice # 001968020**
Mon, Mar 19 2018, 10:05am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring            [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviro Sur Charge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | | 23.60 |
|---|---|---|---|
| Deposits on Hand Detail | | | |
| 5 Gallon Deposit     Deliv: 3 | Ret: 3 | Net: 0 | |

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE           ) | |
| (    0.4752  1726-SEATTLE          ) | |
| (    0.3024   RTA                  ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current          : 25.78
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 04/02/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|------|---------|-------------|--|--------|---------|---------|

**Stop   1      Julie Simms   2739 NE 89th ST**

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|------|---------|-------------|--|--------|---------|---------|
| 04/02/2018 | | Credit Card Payment | Thank You! | | -51.56 | 0.00 |
| 04/02/2018 | 001995873 | 5 Gal Spring | Qty    3@7.20 [Tx] | 21.60 | | 21.60 |
| 04/02/2018 | 001995873 | Enviromental Surcharge | Qty    1@2.00 | 2.00 | | 23.60 |
| 04/02/2018 | 001995873 | (   1.4040  WASH STATE        ) | | | | |
| 04/02/2018 | 001995873 | (   0.4752  1726-SEATTLE      ) | | | | |
| 04/02/2018 | 001995873 | (   0.3024  RTA               ) | | | | |
| 04/02/2018 | 001995873 | Tax | | 2.18 | | 25.78 |
| 04/16/2018 | 002022173 | 5 Gal Spring | Qty    3@7.20 [Tx] | 21.60 | | 47.38 |
| 04/16/2018 | 002022173 | Enviromental Surcharge | Qty    1@2.50 | 2.50 | | 49.88 |
| 04/16/2018 | 002022173 | (   1.4040  WASH STATE        ) | | | | |
| 04/16/2018 | 002022173 | (   0.4752  1726-SEATTLE      ) | | | | |
| 04/16/2018 | 002022173 | (   0.3024  RTA               ) | | | | |
| 04/16/2018 | 002022173 | Tax | | 2.18 | | 52.06 |
| 04/30/2018 | 002049256 | 5 Gal Spring | Qty    3@7.20 [Tx] | 21.60 | | 73.66 |
| 04/30/2018 | 002049256 | Enviromental Surcharge | Qty    1@2.50 | 2.50 | | 76.16 |
| 04/30/2018 | 002049256 | (   1.4040  WASH STATE        ) | | | | |
| 04/30/2018 | 002049256 | (   0.4752  1726-SEATTLE      ) | | | | |
| 04/30/2018 | 002049256 | (   0.3024  RTA               ) | | | | |
| 04/30/2018 | 002049256 | Tax | | 2.18 | | 78.34 |

**Stop Subtotal            26.78**

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---------|------------------|--|--|--|--|---------------|-------------|--------------|------------|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 78.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.56 | 78.34 | -51.56 | 78.34 |

www.mountainmist.com
Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| | | | |
|--|--|--|--|
| ☐ VISA  ☐ MasterCard | CARD NUMBER | AMOUNT | |
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE | |
| CARDHOLDER NAME (Please Print) | | | |

ACCOUNT NUMBER                083019
AMOUNT DUE                      78.34
DUE DATE                        05/20/2018

AMOUNT ENCLOSED      $            .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

0830191000078344

| **Mountain Mist** | **Mountain Mist** |
|---|---|
| PO Box 44427 - Tacoma, WA 98448-0427 | PO Box 44427 - Tacoma, WA 98448-0427 |
| www.mountainmist.com | www.mountainmist.com |

**Invoice # 001995873**

Mon, Apr 02 2018, 12:14pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**

Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring            [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviromental Surcharge | 1 @ 2.00 | | 2.00 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | 23.60 |
|---|---|

Deposits on Hand Detail
5 Gallon Deposit       Deliv: 3        Ret: 3          Net: 0

| Subtotal | 23.60 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE           ) | |
| (    0.4752   1726-SEATTLE         ) | |
| (    0.3024   RTA                  ) | |
| **INVOICE TOTAL** | **25.78** |

Deposits on Hand:  4

Account Aging:
Current          : 51.56
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 04/16/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

**Invoice # 002022173**

Mon, Apr 16 2018, 09:40am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**

Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring            [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviromental Surcharge | 1 @ 2.50 | | 2.50 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | 24.10 |
|---|---|

Deposits on Hand Detail
5 Gallon Deposit       Deliv: 3        Ret: 3          Net: 0

| Subtotal | 24.10 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE           ) | |
| (    0.4752   1726-SEATTLE         ) | |
| (    0.3024   RTA                  ) | |
| **INVOICE TOTAL** | **26.28** |

Deposits on Hand:  4

Account Aging:
Current          : 25.78
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 04/30/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

# Mountain Mist

PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

## Invoice # 002049256

Mon, Apr 30 2018, 02:39pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9989

## Account # 083019

Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring         [Tx] | 3 @ 7.20 | | 21.60 |
| **5 Gallon Total: 3** | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviromental Surcharge | 1 @ 2.50 | | 2.50 |
| **Miscellaneous Revenues Total: 1** | | | |

| | | | |
|---|---|---|---|
| Sales | | | 24.10 |

| Deposits on Hand Detail | | | |
|---|---|---|---|
| 5 Gallon Deposit | Deliv: 3 | Ret: 3 | Net: 0 |

| | |
|---|---|
| Subtotal | 24.10 |
| Sales Tax | 2.18 |
| (    1.4040  WASH STATE        ) | |
| (    0.4752  1726-SEATTLE      ) | |
| (    0.3024  RTA               ) | |
| **INVOICE TOTAL** | **26.28** |

Deposits on Hand:  4

Account Aging:
Current       : 52.06
31 to 60      : 0.00
61 to 90      : 0.00
91 to 120     : 0.00
121 to 150    : 0.00
151 plus      : 0.00

Water only
Next Delivery: 05/14/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 78.34 |
|---|---|---|---|---|---|---|
| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | |
| 05/01/2018 | | Credit Card Payment | Thank You! | | -78.34 | 0.00 |
| 05/14/2018 | 002079368 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 21.60 |
| 05/14/2018 | 002079368 | Enviromental Surcharge | Qty 1@2.50 | 2.50 | | 24.10 |
| 05/14/2018 | 002079368 | ( 1.4040 WASH STATE ) | | | | |
| 05/14/2018 | 002079368 | ( 0.4752 1726-SEATTLE ) | | | | |
| 05/14/2018 | 002079368 | ( 0.3024 RTA ) | | | | |
| 05/14/2018 | 002079368 | Tax | | 2.18 | | 26.28 |
| 05/29/2018 | 002107563 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 47.88 |
| 05/29/2018 | 002107563 | Enviromental Surcharge | Qty 1@2.50 | 2.50 | | 50.38 |
| 05/29/2018 | 002107563 | ( 1.4040 WASH STATE ) | | | | |
| 05/29/2018 | 002107563 | ( 0.4752 1726-SEATTLE ) | | | | |
| 05/29/2018 | 002107563 | ( 0.3024 RTA ) | | | | |
| 05/29/2018 | 002107563 | Tax | | 2.18 | | 52.56 |

**Stop Subtotal** -25.78

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 52.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 78.34 | 52.56 | -78.34 | 52.56 |



www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ **VISA** ☐ ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER      083019
AMOUNT DUE      52.56
DUE DATE      06/20/2018

AMOUNT ENCLOSED    **$**      **.**

Mountain Mist
PO Box 84447
Seattle WA 98124-5747

Julie Simms
2739 NE 89th ST
Seattle WA 98115

0830191000052560

| Mountain Mist | Mountain Mist |
|---|---|
| PO Box 44427 - Tacoma, WA 98448-0427 | PO Box 44427 - Tacoma, WA 98448-0427 |
| www.mountainmist.com | www.mountainmist.com |

**Invoice # 002079368**
Mon, May 14 2018, 09:23am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9996

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring        [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviromental Surcharge | 1 @ 2.50 | | 2.50 |
| Miscellaneous Revenues Total: 1 | | | |
| Sales | | | 24.10 |

Deposits on Hand Detail
5 Gallon Deposit        Deliv: 3          Ret: 3          Net: 0

| Subtotal | 24.10 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE            ) | |
| (    0.4752   1726-SEATTLE          ) | |
| (    0.3024   RTA                   ) | |
| **INVOICE TOTAL** | **26.28** |

Deposits on Hand:  4

Account Aging:
Current          : 0.00
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 05/29/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

**Invoice # 002107563**
Tue, May 29 2018, 01:12pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|---|---|---|---|
| **Class 5 Gallon** | | | |
| 1000 5 Gal Spring        [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| **Class Miscellaneous Revenues** | | | |
| SUR Enviromental Surcharge | 1 @ 2.50 | | 2.50 |
| Miscellaneous Revenues Total: 1 | | | |
| Sales | | | 24.10 |

Deposits on Hand Detail
5 Gallon Deposit        Deliv: 3          Ret: 3          Net: 0

| Subtotal | 24.10 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE            ) | |
| (    0.4752   1726-SEATTLE          ) | |
| (    0.3024   RTA                   ) | |
| **INVOICE TOTAL** | **26.28** |

Deposits on Hand:  4

Account Aging:
Current          : 26.28
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 06/12/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 52.56 |
|---|---|---|---|---|---|---|
| | | Statement Date | 06/30/2018 | Previous Balance | | |

| DATE | INVOICE | DESCRIPTION | | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | | |
| 06/01/2018 | | Credit Card Payment | Thank You! | | | -52.56 | 0.00 |
| 06/12/2018 | 002137277 | 5 Gal Spring | Qty | 3@7.20 [Tx] | 21.60 | | 21.60 |
| 06/12/2018 | 002137277 | Enviromental Surcharge | Qty | 1@2.50 | 2.50 | | 24.10 |
| 06/12/2018 | 002137277 | (   1.4040  WASH STATE       ) | | | | | |
| 06/12/2018 | 002137277 | (   0.4752  1726-SEATTLE      ) | | | | | |
| 06/12/2018 | 002137277 | (   0.3024  RTA               ) | | | | | |
| 06/12/2018 | 002137277 | Tax | | | 2.18 | | 26.28 |
| 06/26/2018 | 002163993 | 5 Gal Spring | Qty | 4@7.20 [Tx] | 28.80 | | 55.08 |
| 06/26/2018 | 002163993 | Enviromental Surcharge | Qty | 1@2.50 | 2.50 | | 57.58 |
| 06/26/2018 | 002163993 | (   1.8720  WASH STATE       ) | | | | | |
| 06/26/2018 | 002163993 | (   0.6336  1726-SEATTLE      ) | | | | | |
| 06/26/2018 | 002163993 | (   0.4032  RTA               ) | | | | | |
| 06/26/2018 | 002163993 | Tax | | | 2.91 | | 60.49 |
| | | **Stop Subtotal** | 7.93 | | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 60.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.56 | 60.49 | -52.56 | 60.49 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA  ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER          083019
AMOUNT DUE                60.49
DUE DATE                   07/20/2018

AMOUNT ENCLOSED     **$**              **.**

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000060490

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 002137277**
Tue, Jun 12 2018, 10:38am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9996

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring      [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviromental Surcharge | 1 @ 2.50 | | 2.50 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | | 24.10 |
|-------|---|---|-------|

Deposits on Hand Detail
5 Gallon Deposit     Deliv: 3        Ret: 3        Net: 0

| Subtotal | 24.10 |
|----------|-------|
| Sales Tax | 2.18 |

(    1.4040  WASH STATE         )
(    0.4752  1726-SEATTLE       )
(    0.3024  RTA                )

**INVOICE TOTAL**                    **26.28**

Deposits on Hand:  4

Account Aging:
Current          : 0.00
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 06/26/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 002163993**
Tue, Jun 26 2018, 02:51pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring      [Tx] | 4 @ 7.20 | | 28.80 |
| 5 Gallon Total: 4 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviromental Surcharge | 1 @ 2.50 | | 2.50 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | | 31.30 |
|-------|---|---|-------|

Deposits on Hand Detail
5 Gallon Deposit     Deliv: 4        Ret: 4        Net: 0

| Subtotal | 31.30 |
|----------|-------|
| Sales Tax | 2.91 |

(    1.8720  WASH STATE         )
(    0.6336  1726-SEATTLE       )
(    0.4032  RTA                )

**INVOICE TOTAL**                    **34.21**

Deposits on Hand:  4

Account Aging:
Current          : 26.28
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 07/11/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 60.49 |
|---|---|---|---|---|---|---|

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| **Stop** 1 | Julie Simms | 2739 NE 89th ST | | | | |
| 07/02/2018 | | Credit Card Payment | Thank You! | | -60.49 | 0.00 |
| 07/25/2018 | 002218979 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 21.60 |
| 07/25/2018 | 002218979 | Enviromental Surcharge | Qty 1@2.50 | 2.50 | | 24.10 |
| 07/25/2018 | 002218979 | ( 1.4040 WASH STATE ) | | | | |
| 07/25/2018 | 002218979 | ( 0.4752 1726-SEATTLE ) | | | | |
| 07/25/2018 | 002218979 | ( 0.3024 RTA ) | | | | |
| 07/25/2018 | 002218979 | Tax | | 2.18 | | 26.28 |
| | | **Stop Subtotal** | -34.21 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 26.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.49 | 26.28 | -60.49 | 26.28 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ VISA ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER 083019
AMOUNT DUE 26.28
DUE DATE 08/20/2018

AMOUNT ENCLOSED $ .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

0830191000026287

### Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

## Invoice # 002218979
Wed, Jul 25 2018, 08:33am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

## Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | | Qty | Price | Amount |
|---|---|---|---|---|
| **1000 5 Gal Spring** | [Tx] | 3 @ | 7.20 | 21.60 |
| **SUR Enviromental Surcharge** | | 1 @ | 2.50 | 2.50 |

| Sales | | | | 24.10 |
|---|---|---|---|---|

────────── Deposits on Hand Detail ──────────
5 Gallon Deposit    Deliv: 3        Ret: 3        Net: 0

| Subtotal | 24.10 |
|---|---|
| Sales Tax | 2.18 |
| (    1.4040   WASH STATE          ) | |
| (    0.4752   1726-SEATTLE        ) | |
| (    0.3024   RTA                 ) | |

## INVOICE TOTAL                              26.28

Deposits on Hand:  4

Account Aging:
Current         : 0.00
31 to 60        : 0.00
61 to 90        : 0.00
91 to 120       : 0.00
121 to 150      : 0.00
151 plus        : 0.00

Water only
Next Delivery: 08/08/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | 26.28 |
|---|---|---|---|---|---|

Statement Date 08/31/2018    Previous Balance 26.28

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| **Stop** 1 | Julie Simms 2739 NE 89th ST | | | | | |
| 08/01/2018 | | Credit Card Payment | Thank You! | | -26.28 | 0.00 |
| 08/08/2018 | 002248599 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 21.60 |
| 08/08/2018 | 002248599 | Enviromental Surcharge | Qty 1@2.50 | 2.50 | | 24.10 |
| 08/08/2018 | 002248599 | (  1.4040  WASH STATE       ) | | | | |
| 08/08/2018 | 002248599 | (  0.4752  1726-SEATTLE      ) | | | | |
| 08/08/2018 | 002248599 | (  0.3024  RTA               ) | | | | |
| 08/08/2018 | 002248599 | Tax | | 2.18 | | 26.28 |
| 08/22/2018 | 002274804 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 47.88 |
| 08/22/2018 | 002274804 | Enviromental Surcharge | Qty 1@2.50 | 2.50 | | 50.38 |
| 08/22/2018 | 002274804 | (  1.4040  WASH STATE       ) | | | | |
| 08/22/2018 | 002274804 | (  0.4752  1726-SEATTLE      ) | | | | |
| 08/22/2018 | 002274804 | (  0.3024  RTA               ) | | | | |
| 08/22/2018 | 002274804 | Tax | | 2.18 | | 52.56 |
| | | **Stop Subtotal** | 26.28 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 52.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.28 | 52.56 | -26.28 | 52.56 |



www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747 - - - - - - - - - - - - - - -

For credit card payments, complete this section.

| ☐ VISA  ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER          083019
AMOUNT DUE               52.56
DUE DATE                 09/20/2018

AMOUNT ENCLOSED    **$**              .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Julie Simms
2739 NE 89th ST
Seattle  WA  98115

08301910000052560

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 002248599**
Wed, Aug 08 2018, 11:18am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring        [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviromental Surcharge | 1 @ 2.50 | | 2.50 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | 24.10 |
|-------|--|-------|

Deposits on Hand Detail
5 Gallon Deposit      Deliv: 3        Ret: 3        Net: 0

| Subtotal | 24.10 |
|----------|-------|
| Sales Tax | 2.18 |

(    1.4040   WASH STATE        )
(    0.4752   1726-SEATTLE      )
(    0.3024   RTA               )

**INVOICE TOTAL**                          **26.28**

Deposits on Hand:  4

Account Aging:
Current          : 0.00
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 08/22/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

## Mountain Mist
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

**Invoice # 002274804**
Wed, Aug 22 2018, 02:20pm
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

**Account # 083019**
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Class 5 Gallon | | | |
| 1000 5 Gal Spring        [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | |
| Class Miscellaneous Revenues | | | |
| SUR Enviromental Surcharge | 1 @ 2.50 | | 2.50 |
| Miscellaneous Revenues Total: 1 | | | |

| Sales | | 24.10 |
|-------|--|-------|

Deposits on Hand Detail
5 Gallon Deposit      Deliv: 3        Ret: 3        Net: 0

| Subtotal | 24.10 |
|----------|-------|
| Sales Tax | 2.18 |

(    1.4040   WASH STATE        )
(    0.4752   1726-SEATTLE      )
(    0.3024   RTA               )

**INVOICE TOTAL**                          **26.28**

Deposits on Hand:  4

Account Aging:
Current          : 26.28
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 09/06/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

| Account # | | | | | | 52.56 |
|---|---|---|---|---|---|---|
| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |

**Stop 1** Julie Simms 2739 NE 89th ST

| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 09/04/2018 | | Credit Card Payment | Thank You! | | -52.56 | 0.00 |
| 09/06/2018 | 002304426 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 21.60 |
| 09/06/2018 | 002304426 | Enviromental Surcharge | Qty 1@2.50 | 2.50 | | 24.10 |
| 09/06/2018 | 002304426 | ( 1.4040 WASH STATE ) | | | | |
| 09/06/2018 | 002304426 | ( 0.4752 1726-SEATTLE ) | | | | |
| 09/06/2018 | 002304426 | ( 0.3024 RTA ) | | | | |
| 09/06/2018 | 002304426 | Tax | | 2.18 | | 26.28 |
| 09/20/2018 | 002330942 | 5 Gal Spring | Qty 3@7.20 [Tx] | 21.60 | | 47.88 |
| 09/20/2018 | 002330942 | Enviromental Surcharge | Qty 1@2.50 | 2.50 | | 50.38 |
| 09/20/2018 | 002330942 | ( 1.4040 WASH STATE ) | | | | |
| 09/20/2018 | 002330942 | ( 0.4752 1726-SEATTLE ) | | | | |
| 09/20/2018 | 002330942 | ( 0.3024 RTA ) | | | | |
| 09/20/2018 | 002330942 | Tax | | 2.18 | | 52.56 |

**Stop Subtotal** 0.00

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 52.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.56 | 52.56 | -52.56 | 52.56 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747 - - - - - - - - - -

For credit card payments, complete this section.

| ☐ VISA ☐ MasterCard | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ AMERICAN EXPRESS | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER 083019
AMOUNT DUE 52.56
DUE DATE 10/20/2018

AMOUNT ENCLOSED **$** .

Mountain Mist
PO Box 84447
Seattle WA 98124-5747

Julie Simms
2739 NE 89th ST
Seattle WA 98115

0830191000052560

**Mountain Mist**
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

Invoice # 002304426
Thu, Sep 06 2018, 09:01am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9990

Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | | Qty | Price | Amount |
|------|---|-----|-------|--------|
| 1000 5 Gal Spring | [Tx] | 3 @ 7.20 | | 21.60 |
| SUR Enviromental Surcharge | | 1 @ 2.50 | | 2.50 |
| Sales | | | | 24.10 |

Deposits on Hand Detail
5 Gallon Deposit      Deliv: 3        Ret: 3        Net: 0

Subtotal                                          24.10
Sales Tax                                          2.18
(     1.4040   WASH STATE            )
(     0.4752   1726-SEATTLE          )
(     0.3024   RTA                   )
**INVOICE TOTAL**                          **26.28**

Deposits on Hand:  4

Account Aging:
Current          : 0.00
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 09/20/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

---

**Mountain Mist**
PO Box 44427 - Tacoma, WA 98448-0427
www.mountainmist.com

Invoice # 002330942
Thu, Sep 20 2018, 10:29am
Driver: Plumb, Troy
Rte-Day-Stop: DN010-B04-9998

Account # 083019
Delivery Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

Billing Address:
Julie Simms
2739 NE 89th ST
Seattle WA  98115

| Item | | Qty | Price | Amount |
|------|---|-----|-------|--------|
| Class 5 Gallon | | | | |
| 1000 5 Gal Spring | [Tx] | 3 @ 7.20 | | 21.60 |
| 5 Gallon Total: 3 | | | | |
| Class Miscellaneous Revenues | | | | |
| SUR Enviromental Surcharge | | 1 @ 2.50 | | 2.50 |
| Miscellaneous Revenues Total: 1 | | | | |
| Sales | | | | 24.10 |

Deposits on Hand Detail
5 Gallon Deposit      Deliv: 3        Ret: 3        Net: 0

Subtotal                                          24.10
Sales Tax                                          2.18
(     1.4040   WASH STATE            )
(     0.4752   1726-SEATTLE          )
(     0.3024   RTA                   )
**INVOICE TOTAL**                          **26.28**

Deposits on Hand:  4

Account Aging:
Current          : 26.28
31 to 60         : 0.00
61 to 90         : 0.00
91 to 120        : 0.00
121 to 150       : 0.00
151 plus         : 0.00

Water only
Next Delivery: 10/04/2018

#MissionH2O #H2OFCOURSE @MtnMistWater @urh2o
FaceBook - Twitter - Instagram

# EXHIBIT I

# Certificate of Compliance

This is to certify that

## EDGE ANALYTICAL, Inc.,

### An Accredited Drinking Water Laboratory,
### Certification number 046, has completed the analysis of

# MOUNTAIN MIST

"Mountain Mist Finished Product-Spring"

on March 22, 2018, according to the **FDA** testing requirements for bottled drinking water.
All parameters were found to be in compliance with **21 CFR 165** and **21 CFR 129**
published limits for bottled drinking water.



Lawrence J. Henderson, PhD
Director of Laboratories

18-05925



**Burlington, WA** *Corporate Laboratory (a)*
1620 S Walnut St • Burlington, WA 98233 • **800.755.9295** • 360.757.1400

**Bellingham, WA** *Microbiology (b)*
808 Orchard Dr Ste 4 • Bellingham, WA 98225 • 360.715.1212

**Portland, OR** *Microbiology/Chemistry (c)*
9150 SW Pioneer Ct Ste W • Wilsonville, OR 97070 • 503.682.7802

**Corvallis, OR** *Microbiology/Chemistry (d)*
542 SW Third Street • Corvallis, OR 97333 • 541.753.4588

**Bend, OR** *Microbiology (e)*
20332 Empire Blvd Ste 4 • Bend, OR 97701 • 541.620.9425

# BOTTLED WATER STANDARD OF QUALITY REPORT

Client Name: **Mountain Mist**
5410 189th Street E
Puyallup, WA 98375

Reference Number: **18-05925**
Authorized by:

Lawrence J Henderson, PhD
Director of Laboratories, Vice President

Project: Annual Finished Product-Spring
Field ID: FDA Annual
Sample Description: Mountain Mist Finished Product-Spring
Sampled By: R. Bray
Sample Date: 02/22/2018

Lab Number: **12364**
Report Date: 03/22/2018
Approved By: anp,bj,co,fm,hkl,mcs,nml,po

## Inorganic Chemicals (IOCs)

| CAS ID# | COMPOUNDS | RESULT | SOQ | MRL | Units | Method | Lab | COMMENT |
|---------|-----------|--------|-----|-----|-------|--------|-----|---------|
| 7440-36-0 | ANTIMONY | ND | 0.006 | 0.001 | mg/L | 200.8 | a | |
| 7440-38-2 | ARSENIC | ND | 0.010 | 0.001 | mg/L | 200.8 | a | |
| 7440-39-3 | BARIUM | ND | 1.0 | 0.010 | mg/L | 200.8 | a | |
| 7440-41-7 | BERYLLIUM | ND | 0.004 | 0.001 | mg/L | 200.8 | a | |
| 7440-43-9 | CADMIUM | ND | 0.005 | 0.001 | mg/L | 200.8 | a | |
| 7440-47-3 | CHROMIUM | ND | 0.05 | 0.005 | mg/L | 200.8 | a | |
| 16984-48-8 | FLUORIDE | ND | 2 | 0.10 | mg/L | 300.0 | a | |
| 7439-92-1 | LEAD | ND | 0.005 | 0.001 | mg/L | 200.8 | a | |
| 7439-97-6 | MERCURY | ND | 0.001 | 0.0002 | mg/L | 245.1 | a | |
| 7440-02-0 | NICKEL | ND | 0.1 | 0.001 | mg/L | 200.8 | a | |
| 14797-55-8 | NITRATE-N | **1.73** | 10 | 0.10 | mg/L | 300.0 | a | |
| 14797-65-0 | NITRITE-N | ND | 1.0 | 0.10 | mg/L | 300.0 | a | |
| E-10128 | TOTAL NITRATE/NITRITE | **1.73** | 10 | 0.10 | mg/L | 300.0 | a | |
| 7782-49-2 | SELENIUM | ND | 0.010 | 0.005 | mg/L | 200.8 | a | |
| 7440-28-0 | THALLIUM | ND | 0.002 | 0.001 | mg/L | 200.8 | a | |

Notation:

A Result of "ND" indicates that the compound was not detected above the Lab's Reporting Limit - MRL.
SOQ - Standard of Quality, maximum permissible level of a contaminant in water established by CBWA, IBWA or US FDA.
MRL - Method Reporting Limit .

If you have any questions concerning this report contact us at the above phone number.
FORM: cFDA.rpt



Reference Number: **18-05925**
Lab Number:  12364
Report Date:  03/22/2018

# BOTTLED WATER STANDARD OF QUALITY REPORT

## Secondary Inorganic Parameters

| CAS ID# | COMPOUNDS | RESULT | SOQ | MRL | Units | Method | Lab | COMMENT |
|---|---|---|---|---|---|---|---|---|
| 7429-90-5 | ALUMINUM | ND | 0.2 | 0.010 | mg/L | 200.7 | a | |
| 16887-00-6 | CHLORIDE | 5.0 | 250 | 0.1 | mg/L | 300.0 | a | |
| 7440-50-8 | COPPER | ND | 1.0 | 0.005 | mg/L | 200.8 | a | |
| 7439-89-6 | IRON | ND | 0.3 | 0.050 | mg/L | 200.7 | a | |
| 7439-96-5 | MANGANESE | ND | 0.05 | 0.001 | mg/L | 200.8 | a | |
| 7440-22-4 | SILVER | ND | 0.025 | 0.010 | mg/L | 200.8 | a | |
| 14808-79-8 | SULFATE | 4.9 | 250 | 0.2 | mg/L | 300.0 | a | |
| 57-12-5 | CYANIDE | ND | 0.2 | 0.010 | mg/L | OIA-1677-DW | a | |
| E-10173 | TOTAL DISSOLVED SOLIDS (TDS) | 87 | 500 | 10 | mg/L | SM2540 C | a | |
| 7440-66-6 | ZINC | ND | 5.00 | 0.050 | mg/L | 200.8 | a | |

Notation:

A Result of "ND" indicates that the compound was not detected above the Lab's Reporting Limit - MRL.
SOQ - Standard of Quality, maximum permissible level of a contaminant in water established by CBWA, IBWA or US FDA.
MRL - Method Reporting Limit .

Pls' Ex. 54, Page No. 073



Burlington, WA *Corporate Laboratory (a)*
1620 S Walnut St • Burlington WA 98233 • 800.755.9295 • 360.757.5400

Bellingham, WA *Microbiology (b)*
806 Ormund Dr Ste 4 • Bellingham WA 98225 • 360.715.1212

Portland, OR *Microbiology/Chemistry (c)*
9450 SW Pioneer Ct Ste W • Wilsonville OR 97070 • 503.682.7760

Corvallis, OR *Microbiology/Chemistry (d)*
540 SW Third Street • Corvallis OR 97333 • 541.753.5840

Bend, OR *Microbiology (e)*
20332 Empire Blvd Ste 4 • Bend OR 97701 • 541.639.6425

# Data Report

Client Name: **Mountain Mist**
5410 189th Street E
Puyallup, WA  98375

Reference Number: **18-05925**
Project: **Annual Finished Product-Spring**

Report Date: 3/22/18

Date Received: 2/21/18
Approved by: anp,bj
Authorized by:

Lawrence J Henderson, PhD
Director of Laboratories, Vice President

| Sample Description: | FDA Annual - Mountain Mist Finished Product-Spring | | | | | | | | | Sample Date: 2/22/18  8:15 am | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lab Number:  12364 | Sample Comment: | | | | | | | | | Collected By: R. Bray | |

| CAS ID# | Parameter | Result | PQL | MDL | Units | DF | Method | Lab | Analyzed | Analyst | Batch | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7440-70-2 | **CALCIUM** | 10.7 | 0.5 | 0.009 | mg/L | 1.0 | 200.7 | a | 2/26/18 | ANP | 200.7_180226A | |
| E-11778 | **HARDNESS as Calcium Carbonate** | 47.1 | 3.3 | 0.01 | mg/L | 1.0 | 200.7 | a | 2/26/18 | ANP | 200.7_180226A | |
| 7439-95-4 | **MAGNESIUM** | 4.95 | 0.5 | 0.001 | mg/L | 1.0 | 200.7 | a | 2/26/18 | ANP | 200.7_180226A | |
| 7440-09-7 | **POTASSIUM** | 1.61 | 1.0 | 0.1 | mg/L | 1.0 | 200.7 | a | 2/26/18 | ANP | 200.7_180226A | |
| 7440-23-5 | **SODIUM** | 5.99 | 0.5 | 0.05 | mg/L | 1.0 | 200.7 | a | 2/26/18 | ANP | 200.7_180226A | |
| E-10184 | **ELECTRICAL CONDUCTIVITY** | 120 | 10 | | uS/cm | 1.0 | SM2510 B | a | 2/26/18 | HKL | EC_180226 | |

Notes:

ND = Not detected above the listed practical quantitation limit (PQL) or not above the Method Detection Limit (MDL), if requested.

PQL = Practical Quantitation Limit is the lowest level that can be achieved within specified limits of precision and accuracy during routine laboratory operating conditions.

D.F. - Dilution Factor

If you have any questions concerning this report contact us at the above phone number.
Form: cResult.rpt

# EXHIBIT J

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Julie Simms <jmsimms@live.com> |
| **Sent:** | Monday, December 1, 2014 6:02 PM |
| **To:** | 'andrea aguacol' |
| **Subject:** | RE: Water Station Question about Fluoride |

Hi Andrea – You rock! This is just what I needed!! Thank you so much ☺

**From:** andrea aguacol [mailto:ardila.andrea@aguacol.com]
**Sent:** Monday, December 01, 2014 5:36 PM
**To:** Julie Simms
**Subject:** Re: Water Station Question about Fluoride

Hi Julie:

Thank you for writing us, below you will find our treatment process and our current fluoride leves which is 0.050 ml/l, so you can drink our water confident of its purity or any side effect due to a chemical component. Let me know if you need more information I'll be happy to assist you.  Also we launch our home & office delivery service and for today we have 40%off in your first order !.

# Our Process:

 - The water firsts arrives at a Multi-medium filter (quartz sand) were the tab water is filter up to 50 microns, removing sediments and particles.

 - Then the water passes into a Absorption Filter (activated carbon). Here elements such as odor, taste and color are removed by absorbing organic contaminants such as pesticide residue and chloroform.

 - After this initial stage the water passes through two precision filters one removing up to 5 microns and the second one up 1 micron. These two filters ensure that water is in the appropriated quality to pass through the RO membrane. Water is then pumped through a thin film composite reverse osmosis (R.O.) filtrating 1/10.000 microns = 0.0001 microns. . The R.O. membrane removes over ninety percent (99.8%) of a variety of salts and inorganic materials found in water, such as dissolved salts of sodium, lead, nitrate; it removes typically over ninety-nine percent (99.9%) of radioactivity, like radon.

The RO membrane also does the following:

 - The elimination of inorganic elements also takes place, elements such as arsenic, asbestos, copper, chrome, antimonium, nickel, lead, mercury, NITRATES and others, may cause cancer and birth defects, so they must be eliminated from drinkable water.

- The elimination of herbicides and pesticides also takes place, these elements may be found in  tap water, even after being treated by the municipality treatment plant. These elements maybe found in agricultural areas with heavy crop dusting.

- The elimination of heavy metals is also critical, since they present a health hazard and can cause kidney, arterial and heart decease.

- The elimination of any radioactive substances which may be cancerous.

 Now the water reaches the final stage before the water tank. A postposition carbon activated filter to remove any unwanted tasted and residue. A post-mineralization filter then adds a hint of minerals for better taste and last the water passes through an alkaline filter which contains natural media, bringing back calcium, magnesium and potassium.  Water is then stored in an atmospheric water tank were it is sterilized by UV lights at 15 watts before being vended. The system will automatically start and stop the production of water when the tank reaches certain low and high levels.

Aguacol USA Corporation

7745 Alabama Avenue Unit 8

Canoga Park, CA 91304

**Reported:** 07/15/2014  14:25

Project: Title 21 Bottled W

Project Number: [none]

Project Manager: Dante Magsambo

## Water Analysis (General Chemistry)

BCL Sample ID:     1414293-01     Client Sample Name:     5 Gallon Bottle Water at 7745 Alabama Ave. Unit 8 Canoga Park, CA

| Constituent | Result | Units | PQL | MDL | Method | MB Bias |
|---|---|---|---|---|---|---|
| Total Recoverable Calcium | 3.0 | mg/L | 0.10 | | EPA-200.7 | ND |
| Total Recoverable Magnesium | 0.41 | mg/L | 0.050 | | EPA-200.7 | ND |
| Total Recoverable Sodium | 3.4 | mg/L | 0.50 | | EPA-200.7 | ND |
| Total Recoverable Potassium | <1.0 | mg/L | 1.0 | | EPA-200.7 | ND |
| Chloride | 2.7 | mg/L | 0.50 | | EPA-300.0 | ND |
| Fluoride | <0.050 | mg/L | 0.050 | | EPA-300.0 | ND |

EPA regulation state the next levels for fluoride **Maximum Contaminant Level (MCL)** = 4 milligrams per Liter (mg/L) or 4 parts per million (ppm) **Maximum Contaminant Level Goal (MCLG)** = 4 mg/L or 4 ppm.

**Thank you for being our customer!**

**AndreA ArdilA**
**Customer service.**
**www.aguavidapremium.com**
**store.aguavidapremium.com**

**7745 Alabama ave , unit 8**
**Canoga Park, CA 91304**
**Phone: 747 - 444 - 9637**
**mobile: 213 - 407 - 7499**

**ardila.andrea@aguacol.com**

**Like us on facebook**
**Follow us on twitter**

On Dec 1, 2014, at 2:04 PM, Julie Simms <jmsimms@live.com> wrote:

Hello,

I have a question about the water from your ALKALINE Water vending machines: Do they remove fluoride from the water?

On your About Technology page there's a water quality report listed, but it's not linked to anywhere so I couldn't view it. So I'm writing to ask if you could send me a copy or tell me more about if the system removes some or all fluoride.

I really appreciate your help! Fluoride gives me killer headaches and I'm trying to find a good source for avoiding it.

Kind regards,

Julie Simms
jmsimms@live.com

# EXHIBIT K

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Mercola Support <customerservice@mercola.com> |
| **Sent:** | Monday, March 11, 2013 1:41 PM |
| **To:** | jmsimms@live.com |
| **Subject:** | Mercola.com Order 10976987 |



Dear Julie Simms,

This email is to confirm your recent order from Mercola.com. Your order number is **10976987**. Please see below for further order details.

| Date | March 11, 2013 |
|---|---|
| **Ship To** | Julie Simms |
| | 12202 NE 62nd St. |
| | Kirkland WA 98033 |
| | United States |
| | 4259685163 |
| **Bill To** | Julie Simms |
| | 12202 NE 62nd St. |
| | Kirkland WA 98033 |
| | United States |
| | 4259685163 |
| **Ship Via** | Economy (2 – 5 days) |

| Name | Sku | Qty | Item Price | Discount | Download |
|---|---|---|---|---|---|
| Shower Filter: 2 Units & 2 Cartridges | 90250 | 1 | $197.00 | $0.00 | N/A |
| ---Shower Filter Replacement Cartridge (SFR2000): 1 unit | 20040 | 2 | N/A | N/A | N/A |
| ---Shower Filter (SWF2000): 1 Unit | 20039 | 2 | N/A | N/A | N/A |
| Glass Water Bottle (27 oz.) | 20046 | 1 | $0.00 | $6.95 | N/A |

| Water Bottle Tote (for 27 oz. Dr. Mercola® Glass Water Bottle) | 20047 | 1 | $0.00 | $6.95 | N/A |
|---|---|---|---|---|---|

| | |
|---|---|
| **SubTotal** | **$197.00** |
| **Shipping** | **$4.95** |
| **Tax** | **$0.00** |
| **Discount** | **$0.00** |
| **Total** | **$201.95** |

If you should find that the shipping address or order item is incorrect, feel free to contact our customer service department toll free at 1-877-985-2695 or internationally at 1-847-252-4355.

Please keep in mind that you can always find out the current status of your order by going to Mercola.com and signing in to your account.

Thank you again for your order. Please help spread our mission of health by referring us to a friend or family member.

We wish you the best of health,

The Mercola.com Customer Service Team

**Mercola.com**
3200 W Higgins Road
Hoffman Estates, IL 60169
support.mercola.com

**This message is service-related**

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Berkey Filters Customer Service <customerservice@berkeyfilters.com> |
| **Sent:** | Wednesday, August 17, 2016 7:26 PM |
| **To:** | Julie Simms |
| **Subject:** | Berkey Filters Store: New Order # 882942 |



# Hello, Julie Simms

Thank you for your order from Berkey Filters

Once your package ships we will send an email with a link to track your order. If you have any questions about your order please contact us at customerservice@berkeyfilters.com or call us at 1-800-350-4170 Monday - Friday, 8am - 5pm MST.

Your order confirmation is below. Thank you again for your business.

## Your Order #882942 (placed on August 17, 2016 8:25:51 PM MDT)

| **Billing Information:** | **Payment Method:** |
|---|---|
| Julie Simms | **PayPal** |
| 1968 | |
| 2739 NE 89th St | **Payer Email:** |
| 2739 NE 89th St | jmsimms@live.com |
| Seattle, Washington, 98115 | |
| United States | |
| T: 2063037302 | |
| F: 2063037302 | |

| **Shipping Information:** | **Shipping Method:** |
|---|---|
| Julie Simms | Free Shipping - Free |
| 1968 | |
| 2739 NE 89th St | |
| 2739 NE 89th St | |
| Seattle, Washington, 98115 | |
| United States | |

1

T: 2063037302

F: 2063037302

| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| **Berkey Shower Filter** | SU1 | 1 | $64.00 |
| **Berkey Shower Filter Replacement** | SFR | 1 | $44.00 |
| **Berkey Fluoride Water Filter- PF2** | PF2 | 2 | $108.00 |
| | | Subtotal | $216.00 |
| | | Shipping & Handling | $0.00 |
| | | **Grand Total (Excl.Tax)** | **$216.00** |
| | | Tax | $0.00 |
| | | **Grand Total (Incl.Tax)** | **$216.00** |

Thank you! Be sure to follow us on social media and tag us in your photos with **#Berkey** or **#BerkeyLove**. Your photo could be choosen to be featured on our website and newsfeed!



# EXHIBIT L

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Alex Patton, Food & Water Watch <alex@fwwatch.org> |
| **Sent:** | Sunday, April 16, 2017 2:53 PM |
| **To:** | Julie Simms |
| **Subject:** | Thank you for your monthly donation |



Dear Julie,

Thank you for your monthly contribution of $35.00. As a Food & Water Partner, your generous gift will help Food & Water Watch champion healthy food and clean water for all. Together, we're working toward a healthy future where people, not corporations, control the decisions that affect our lives, our families and our communities.

You will receive a packet by mail in the coming weeks that will provide you with more information about our Partner program (unless you've previously received one!).

I also want to let you know that I'm here to help. Please email me if you ever have any questions about your monthly gift, wish to make any changes or need more information about the Food & Water Partner program.

Food & Water Watch is a non-profit that accepts no corporate or government funding, so we can take strong and independent stands to protect your food and water. We rely on your support to make this work possible! Your contribution is tax-deductible.

Please find the details of your donation below, and save this confirmation for your records.

We appreciate all that you do. Thank you again for becoming a Food & Water Partner.

Sincerely,



Alex Patton
Monthly Giving Manager
Food & Water Watch
alex@fwwatch.org
202-683-2535

Please save this message for your personal records.

1

# Transaction Summary

Transaction Date:                    4/16/17

**Gift Information**
Level:                               $35
Amount:                              $35.00
Frequency:                           Monthly
Duration:                            Ongoing

**Billing Information**
First Name:                          Julie
Last Name:                           Simms
Street 1:                            2739 NE 89th St.
City:                                Seattle
State/Province:                      WA
ZIP/Postal Code:                     98115
Country:                             United States
Email Address:                       Jmsimms@live.com
Communication opt-in:                Yes

**Payment Information**
Payment type:                        Credit Card
Credit Card Number:                  ***********█
Pledge Amount:                       Not applicable
Pledge Payment Amount:               $35.00
Tax-deductible Amount:               $35.00
Tracking Code:                       3990-1824-3-376088-447658

**Food & Water Watch Tax ID:** 32-0160439

For questions or concerns, please contact us at donate@fwwatch.org or call 202-683-2500.

---

\* Sent by Food & Water Watch to jmsimms@live.com \*

Contact us: http://www.foodandwaterwatch.org/about/contact-us/
Visit us online: http://www.foodandwaterwatch.org/
Food & Water Watch, 1616 P Street, NW Suite 300 Washington, DC 20036  •  (202) 683-2500

JULIE M SIMMS  |  Account # ▇▇▇▇▇▇▇▇▇▇▇  |  June 26 - July 25, 2017

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 07/05 | 07/05 | ▇▇▇▇▇▇▇▇▇▇▇ | 6680 | 7106 | −1,000.00 | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | −$1,000.00 |
| | | **Purchases and Adjustments** | | | | |
| 06/25 | 06/26 | ▇▇▇▇▇▇▇▇▇▇▇ | 1840 | 7106 | 2.19 | |
| 06/27 | 06/27 | ▇▇▇▇▇▇▇▇▇▇▇ | 3087 | 7106 | 4.39 | |
| 06/27 | 06/28 | ▇▇▇▇▇▇▇▇▇▇▇ | 4512 | 7106 | 3.29 | |
| 06/28 | 06/29 | ▇▇▇▇▇▇▇▇▇▇▇ | 1021 | 7106 | 11.51 | |
| 06/29 | 06/29 | ▇▇▇▇▇▇▇▇▇▇▇ | 0869 | 7106 | 5.49 | |
| 07/16 | 07/17 | BB *FOODWATERWATCH     202-683-2500 DC | 9092 | 7106 | 35.00 | |
| 07/21 | 07/21 | ▇▇▇▇▇▇▇▇▇▇▇ | 7802 | 7106 | 50.79 | |
| 07/20 | 07/22 | ▇▇▇▇▇▇▇▇▇▇▇ | 0684 | 7106 | 10.00 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | $122.66 |
| | | **Interest Charged** | | | | |
| 07/25 | 07/25 | ▇▇▇▇▇▇▇▇▇▇▇ | | | 100.78 | |
| 07/25 | 07/25 | ▇▇▇▇▇▇▇▇▇▇▇ | | | 0.00 | |
| 07/25 | 07/25 | ▇▇▇▇▇▇▇▇▇▇▇ | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | $100.78 |

| 2017 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2017 | ▇▇▇▇ |
| Total interest charged in 2017 | ▇▇▇▇ |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 11.24%V | | | | $ ▇▇▇▇ | $ |
| **Balance Transfers** | 11.24%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 11.24%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 20.24%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Your Reward Summary

ALASKA AIRLINES CREDIT CARD REWARDS
122  BASE PURCHASE MILES
122  MILES TO ALASKA AIRLINES
REVIEW/REDEEM MILES: WWW.ALASKAAIR.COM

Pls' Ex. 54, Page No. 087

JULIE M SIMMS  |  Account # ███████████  |  August 26 - September 25, 2017

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 09/08 | 09/08 | ███████████ | 8825 | 7106 | ██████ | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | −$1,500.00 |
| | | **Purchases and Adjustments** | | | | |
| 08/25 | 08/26 | ████████████████████ | 7438 | 7106 | 4.39 | |
| 08/25 | 08/26 | ████████████ | 8339 | 7106 | 71.85 | |
| 09/16 | 09/18 | BB *FOODWATERWATCH    202-683-2500 DC | 6384 | 7106 | 35.00 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | $111.24 |
| | | **Interest Charged** | | | | |
| ██ | ██ | ████████████████ | | | ███ | |
| ██ | ██ | ████████████████ | | | ███ | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | $120.85 |

| 2017 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2017 | ██████ |
| Total interest charged in 2017 | ██████ |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 11.24%V | | | | $ ██████ | $ ██████ |
| **Balance Transfers** | 11.24%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 11.24%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 20.24%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Your Reward Summary

ALASKA AIRLINES CREDIT CARD REWARDS
111  BASE PURCHASE MILES
111  MILES TO ALASKA AIRLINES
REVIEW/REDEEM MILES: WWW.ALASKAAIR.COM

Pls' Ex. 54, Page No. 088



**Account number ending**

▮▮

**Account information**

View your account information

**For any questions regarding your account**

Please call the customer service number on the back of your credit card.

**Online Account Tools**

Change email

Change street address/ phone number

More services

The Year-End Summary is for informational purposes only.

# 2017 Year End Summary

**Prepared for:**

JULIE M SIMMS

Thank you for your business

## 2017 Year-End Summary of Credit Card Transactions

This summary recaps when and where you used your credit card ending in 7106 between January 1, 2017, and December 31, 2017. It includes transaction activity from any upgraded, lost, or stolen accounts. Charges from December 2017 that did not post until January 2018, are not included in this recap.

### Account snapshot

*Total spent*



*Total interest*

Refer to your credit card statement for total interest on your account.



## Understanding your spending pattern

To provide insight into how and where you spend your money, we summarize transactions by timeframe and by type of transaction.

**Monthly spending for 2017**



**2017 Summary by month**

      

| *Health* | *Merchandise* | *Travel and transportation* | *Services* | *Entertainment* | *All other categories* | ***Total*** |

**Bank of America**

Written disputes must be sent within 60 days of the first statement listing the transaction. The Year-End Summary does not extend an expired billing period. See your monthly statement, your Credit Card Agreement or the annual Your Billing Rights notice for details.

## Preparing your taxes

Here is a list of all your transactions between January 1, 2017 and December 31, 2017. To find out more information about itemized deductions such as travel expenses or medical and dental expenses, search "Topic 500" at www.irs.gov. To easily track deductions, just mark the "Deduct" column next to each charge. Please note: Here is a list of all your posted transactions.

For the deduction of medical care expenses, search "Topic 502" at www.irs.gov

**Health**

### Health Care

| Date | Description | Location | Amount | Deduct |
|------|-------------|----------|--------|--------|



**Merchandise**

### Other Stores/Retail

| Date | Description | Location | Amount | Deduct |
|------|-------------|----------|--------|--------|





For travel deductions, search "Topic 511" at www.irs.gov

**Travel and transportation**



### Airline

| Date | Description | Location | Amount | Deduct |
|------|-------------|----------|--------|--------|

**Bank of America**



**Gas Station**

| Date | Description | Location | Amount | Deduct |
|---|---|---|---|---|

**Services**

| Date | Description | Location | Amount | Deduct |
|---|---|---|---|---|
| 04/17/17 | BB FOODWATERWATCH | 202-683-2500,DC | 35.00 | ☐ |
| 05/17/17 | BB FOODWATERWATCH | 202-683-2500,DC | 35.00 | ☐ |
| 06/17/17 | BB FOODWATERWATCH | 202-683-2500,DC | 35.00 | ☐ |
| 07/17/17 | BB FOODWATERWATCH | 202-683-2500,DC | 35.00 | ☐ |
| 08/17/17 | BB FOODWATERWATCH | 202-683-2500,DC | 35.00 | ☐ |
| 09/18/17 | BB FOODWATERWATCH | 202-683-2500,DC | 35.00 | ☐ |
| 10/17/17 | BB FOODWATERWATCH | 202-683-2500,DC | 35.00 | ☐ |

**Entertainment**

**Dining**

**All other categories**

| Date | Description | Location | Amount | Deduct |
|---|---|---|---|---|

This credit card program is issued and administered by Bank of America, N.A. Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation.
©2018 Bank of America Corporation

# Check # 2185

🖨 Print

| | |
|---|---|
| Check Number | 2185 |
| Account Number | 15787974 |
| Original Description | CHECK # 0000002185 |
| Posted Date | Aug 17, 2018 |
| Amount | ($55.00) |

Save this image



Close   **Next**

**jmsimms@live.com**

| | |
|---|---|
| **From:** | donations@networkforgood.org |
| **Sent:** | Tuesday, December 3, 2013 10:43 AM |
| **To:** | jmsimms@live.com |
| **Subject:** | Thank you for your contribution to American Environmental Health Studies  Project |



# AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC

DECEMBER 3, 2013                    www.fluoridealert.org   

## Thank You

Your generous contribution to **AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC** will appear on your credit card or PayPal statement as processed by Network for Good. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

# Receipt

**Name:** Julie Simms
**Address:** 12202 NE 62nd Street
**City:** Kirkland
**State/Province/Region:** WA
**ZIP/Postal Code:** 98033
**Country:** United States
**Email:** jmsimms@live.com
**Phone:** 206-303-7302

---

**Method of Payment:** PayPal
**Amount:** $100.00
**Total Billed:** $100.00

**Tax-Deductible Amount:** $100.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax-deductible total.)
**Date:** 12/03/2013
**Time:** 01:42 PM EST
**Reference #:** 1257939236

---

**Nonprofit Organization:** AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC
**Address:** Studies Project Inc 16 Lamoille Str Essex Jct VT 05452
**Designation:**

The information on this receipt is private and used only for the purposes of processing your donation. For more on Network for Good's privacy and security policies, please visit www.networkforgood.org/privacy.

Your contribution is being made to Network for Good, a nonprofit, donor-advised fund (tax ID 68-0480736), which will distribute your donation to the nonprofit organization you indicated. As required by the Internal Revenue Service (IRS), Network for Good has exclusive legal control over this donation. All donations are final and may not be refunded.

**Questions?**
Please contact Network for Good via email at
support@networkforgood.org or by phone at (888) 284-7978.

Sincerely,

**Your Network for Good Team**

Network for Good.    Contact Us

**jmsimms@live.com**

| | |
|---|---|
| **From:** | Network for Good <donotreply@networkforgood.org> |
| **Sent:** | Sunday, January 29, 2017 5:22 PM |
| **To:** | jmsimms@live.com |
| **Subject:** | Thank you for your contribution to American Environmental Health Studies  Project |



# American Environmental Health Studies Project

JANUARY 29, 2017                      **www.fluoridealert.org**  

## Thank You

Your generous donation to **American Environmental Health Studies Project** is processed by Network for Good. Depending on your method of payment, your credit card or PayPal statement will show 'Network for Good' or the charity to which you donated. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

# Receipt

**Name:** Julie Simms
**Address:** 2739 NE 89th St
**City:** Seattle
**State/Province/Region:** WA
**ZIP/Postal Code:** 98115-3459
**Country:** United States
**Email:** jmsimms@live.com
**Phone:** 425-968-5163

---

**Method of Payment:** PayPal
**Amount:** $100.00
**Total Billed:** $100.00

**Tax-Deductible Amount:** $100.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax-deductible total.)
**Date:** 01/29/2017
**Time:** 08:21 PM EST
**Reference #:** 1265129636

---

**Nonprofit Organization:** AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC
**Address:** 16 Lamoille St Essex Jct VT 05452
**Designation:**

If you made a recurring donation you can always edit or update your information by logging in through the donation page. To log in click the recurring donor log in button at the top of the donation page and use your email address and the password you created when you made your first recurring donation.

The information in the email is private and only used for the purposes of processing your donation. For more on Network for Good's privacy and security policies and other disclosures, please visit (www1.networkforgood.org/privacy) and

(www1.networkforgood.org/solicitationdisclosure).

Your contribution is being made to Network for Good, a nonprofit, donor-advised fund (tax ID 68-0480736), which will distribute your donation to the nonprofit organization you indicated. As required by the Internal Revenue Service (IRS), Network for Good has exclusive legal control over this donation. All donations are final and may not be refunded.

**Questions?**
Please contact Network for Good via email at
support@networkforgood.org or by phone at (888) 284-7978.

Sincerely,

**Your Network for Good Team**



Contact Us

11/16/2018                                  Gmail - You have received a one-time donation!

 **Gmail**                                          

## You have received a one-time donation!

**Network for Good** <donations@networkforgood.org>                 Sun, Dec 31, 2017 at 10:42 AM
█████████ ████████

 **Network for Good.**                           December 31, 2017

# Important Information About Your Account

Great news! Your organization has just received a donation via Network for
Good. We've included some donation details below. You can view your
complete donation report from within your account.

### Donation Information

Donor Name: Julie Simms

Donor Mailing Address: 7303 Young Rd. NW, , Olympia, WA,
98502, United States

Donor Email Address: jmsimms@live.com

Donor Phone Number: 206-303-7302

Donation ID: 1219085189

Donation To: American Environmental Health Studies Project

Donation Amount: $10.00

Amount You Will Receive: $9.70

Recurring Frequency: One-Time

Donation Page Nickname: Default Page

Tracking Code:

Program Designation Answer:

Dedication Request: No

Dedication:

Pls' Ex. 54, Page No. 101

This email is meant as a notification only and is not meant for tracking or disbursement reconcilement purposes. Donation tracking reports are provided within your account for these purposes. Please access your donation tracking reports and adjust your donation notification email preferences from within your Network for Good account by logging in on the left side of this page using your email address: http://www1.networkforgood. org/login.

Is there anything we can do to help? Please let us know!

Sincerely,

Your Network for Good Team

Contact Us     Network for Good ©2013