Plaintiffs' Exhibit
055
Food & Water v. EPA
3:17-cv-02162-EMC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al*.,<br><br>Defendants. | Case No. 17-cv-02162-EMC<br><br>DECLARATION OF BRENDA STAUDENMAIER |

I, BRENDA STAUDENMAIER, declare as follows:

1. In 2018, I received an Associate Degree in Environmental Engineering-Waste & Water Technology from Wisconsin Technical College in Green Bay, Wisconsin. At graduation, I was acknowledged for highest honors and membership of Phi Theta Kappa International Honor Society.

2. In 2015, I received the Wisconsin Water Association (WWA) scholarship, which is a division of the American Water Works Association (AWWA), for my outstanding academic achievements and volunteer work.

3. I currently work at the Madison Metropolitan Sewer District (MMSD) in Madison, Wisconsin, as a Relief Operator so that I can support my family, save for retirement, and have benefits. The reason I have chosen to work in wastewater instead of drinking water is because fluoridation of water conflicts with my ethics. I know other wastewater operators who have left the field of drinking water because of the hazards of handling fluoride.

4. I have two sons: Ko, who is 8 years old, and Hayden, who is 16 years old.

5. I first learned about fluoride in 2008 while eliminating some of my asthma and allergy symptoms. During this time my friend, Frankie Olvera, was diagnosed with osteosarcoma which had spread to his lungs and soon after, his brain. At around the time of Frankie's diagnosis, I became aware of an NIH-funded study by a Harvard scientist (Elise Bassin) which reported that exposure to fluoridated water during the mid-childhood growth spurt (ages 6 to 8) correlated with a significant increased risk of boys developing osteosarcoma in their adolescence. The link between fluoride and osteosarcoma in boys was very concerning to me because my son Hayden was in the age range suggested to be at risk.

[redacted]

7. Based on my research at that time, it was clear to me that fluoride was controversial and the safety of it was not settled. As a mother of two boys, I decided to take precautionary action and limit my children's exposure to fluoridated water, as well as my own. In or about 2009, while

living in fluoridated New York City, I purchased my first reverse osmosis filter system to reduce the level of fluoride in my home water. I have since spent many years purchasing filter systems, bottled water, and filling expensive and heavy glass carboys at local grocery stores as a way of minimizing my own, and my children's, exposure to fluoride. Currently, I filter fluoride from my home tap water through a Berkey countertop filter, which requires ongoing replacement of the filter cartridges. A small fraction of my ongoing costs are accounted for in **Exhibit A**.

8. I regret that I was unable to filter fluoride out of my home water during my pregnancy with Ko in 2010, as I had moved to Green Bay, Wisconsin (which adds fluoridation chemicals to its water) during the pregnancy and did not have sufficient income to afford a filtration system.

9. I have spent time volunteering in public schools and have regularly noticed what appears to be dental fluorosis on urban children's teeth, including some apparently advanced forms of the condition. My experience in urban schools has given me the impression that dental fluorosis is now a common condition. National surveys by the CDC appear to be consistent with my observations. The fact that fluoride is causing visible effects of over-exposure in so many children furthers my concern about what fluoridation chemicals may be doing to our health.

10. My current concerns with fluoride include its adverse effects on the brain and cognition. My concern with neurological effects is based on published research linking fluoride ingestion to reduced IQ, learning disorders, and dementia. My son Ko seems to have ADHD and I worry that it is due to my inability to afford a fluoride filtration system during my pregnancy with him. Ko has some white discoloration on his teeth which appears similar to dental fluorosis, although I cannot say for certain that it is.

11. Avoiding fluoride in water is difficult for me because I waitress on the weekends and all the foods and beverages are made with fluoridated tap water. I typically bring my own mason jar of water to work but sometimes I forget. Also, since I continue to eat out at restaurants, and

consume processed beverages and foods, I recognize that I am regularly being indirectly exposed to fluoridated drinking water.

12. I have purchased a fluoride analyzer with equipment so that I am able to monitor the fluoride levels in my water and urine. Documents related to my purchase of the analyzer, and its accompanying parts, are attached as **Exhibit B**.

13. Despite my best efforts to minimize my exposure to fluoride, I have found that my urinary fluoride levels fluctuate quite a bit. While I can often keep them below 0.3 mg/L, they sometimes go as high as 1 mg/L. I believe this is the result of the fact that I have not yet eliminated processed beverages from my diet. Since many processed beverages are made in fluoridated areas, some of the processed beverages I consume are likely made with fluoridated water. The fact that I am being intermittently exposed to fluoridated chemicals causes me concern about the potential adverse effects these chemicals could have on my health.

14. Until fluoridation chemicals are removed from water, I will continue suffering economic harm by spending my hard-earned and limited finances on measures to limit my family's exposure to fluoridation chemicals.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 16 day of November, 2018 in Madison, Wisconsin.

[signature]

BRENDA STAUDENMAIER

# EXHIBIT A



## Final Details for Order #113-3836766-9265032

Print this page for your records.

**Order Placed:** August 18, 2018
**Amazon.com order number:** 113-3836766-9265032
**Order Total: $273.23**

### Shipped on August 23, 2018

| Items Ordered | Price |
|---|---|
| 1 of: *MaxLLTo Olympus Tough TG-860 TG-870 USB Cable, Extra Long 5ft 2in1 USB Data SYNC-Charge Charging Cable Cord for Olympus Stylus Tough TG 860 TG 870 Camera*<br>Sold by: MaxLLTo Direct (seller profile)<br>Condition: New | $7.98 |
| 1 of: *Axis Scientific 3-Part Life-Size Painted Didactic Human Skull*<br>Sold by: AWW Stores (seller profile)<br>Condition: New | $79.00 |
| 1 of: *F Is for Fluoride: A Feasible Fairytale for Freethinkers 15 and Up*, Freelander, Forrest F.<br>Sold by: Amazon.com Services, Inc<br>Condition: New | $4.99 |
| 1 of: *Presentation Paper Matte 11x17 - 100Sheets Uinkit Double Side Matt Paper 6.5 Mil 130Gsm For laser and Inkjet Printer*<br>Sold by: Hartwii-US (seller profile)<br>Condition: New | $23.99 |
| 1 of: *Black Berkey Replacement Filters & Fluoride Filters Combo Pack - Includes 2 Black Filters and 2 Fluoride Filters*<br>Sold by: 9G Health Foods (seller profile) \| Product question? Ask Seller<br>Condition: New | $157.00 |

**Shipping Address:**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $272.96 |
| Shipping & Handling: | $12.15 |
| Free Shipping: | -$12.15 |
| | ----- |
| Total before tax: | $272.96 |
| Sales Tax: | $0.27 |
| | ----- |
| **Total for This Shipment:** | **$273.23** |
| | ----- |

### Payment information

**Payment Method:**
Amazon.com Visa | Last digits: 0051

**Billing address**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

| | |
|---|---|
| Item(s) Subtotal: | $272.96 |
| Shipping & Handling: | $12.15 |
| Free Shipping: | -$12.15 |
| | ----- |
| Total before tax: | $272.96 |
| Estimated tax to be collected: | $0.27 |
| | ----- |
| **Grand Total:** | **$273.23** |

**Credit Card transactions**

Visa ending in 0051: August 23, 2018: $273.23

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates



# Final Details for Order #114-5134505-6733815

Print this page for your records.

**Order Placed:** January 25, 2017
**Amazon.com order number:** 114-5134505-6733815
**Order Total: $141.27**

## Shipped on January 25, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *Black Berkey Replacement Filters & Fluoride Filters Combo Pack - Includes 2 Black Filters and 2 Fluoride Filters*<br>Sold by: Scharf Industries LLC (seller profile)<br><br>Condition: New | $137.50 |
| 1 of: *Health and Light: The extraordinary Study that Shows How light Affects Your Health and emotional well being.*, Ott, John N.<br>Sold by: Amazon.com Services, Inc<br><br>Condition: New | $20.00 |

**Shipping Address:**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

**Shipping Speed:**
Two-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $157.50 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $157.50 |
| Sales Tax: | $1.00 |
| Rewards Points: | -$17.23 |
| | ----- |
| **Total for This Shipment:** | **$141.27** |
| **Total paid by Rewards Points:** | **-$17.23** |
| | ----- |

## Payment information

**Payment Method:**
Amazon.com Visa | Last digits: 0051
Rewards Points

**Billing address**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

| | |
|---|---|
| Item(s) Subtotal: | $157.50 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $157.50 |
| Estimated tax to be collected: | $1.00 |
| Rewards Points: | -$17.23 |
| | ----- |
| **Grand Total:** | **$141.27** |

**Credit Card transactions** Visa ending in 0051: January 25, 2017: $141.27

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT B

amazon.com

## Final Details for Order #111-2770122-5125867

Print this page for your records.

**Order Placed:** September 27, 2017
**Amazon.com order number:** 111-2770122-5125867
**Order Total: $238.08**

### Shipped on September 27, 2017

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Extech FL700 Fluoride Meter*<br>Sold by: Amazon.com Services, Inc<br>Condition: New | $209.99 |
| 1 of: *Lab Girl*, Jahren, Hope<br>Sold by: Amazon.com Services, Inc<br>Condition: New | $16.75 |

**Shipping Address:**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

**Shipping Speed:**
Two-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $226.74 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $226.74 |
| Sales Tax: | $11.34 |
| | ----- |
| **Total for This Shipment:** | **$238.08** |
| | ----- |

### Payment information

**Payment Method:**
Amazon.com Visa | Last digits: 0051

**Billing address**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

| | |
|---|---|
| Item(s) Subtotal: | $226.74 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $226.74 |
| Estimated tax to be collected: | $11.34 |
| | ----- |
| **Grand Total:** | **$238.08** |

**Credit Card transactions** Visa ending in 0051: September 27, 2017: $238.08

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

## Final Details for Order #111-1626677-2005865

Print this page for your records.

**Order Placed:** September 27, 2017
**Amazon.com order number:** 111-1626677-2005865
**Order Total: $18.65**

## Shipped on September 27, 2017

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *SquareTrade 2-Year Home Improvement Extended Protection Plan ($200-249.99)*<br>Sold by: SquareTrade (seller profile)<br>Condition: New | $17.76 |

**Shipping Address:**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

**Shipping Speed:**
Expedited Shipping

| | |
|---|---|
| Item(s) Subtotal: | $17.76 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $17.76 |
| Sales Tax: | $0.89 |
| | ----- |
| **Total for This Shipment:** | **$18.65** |
| | ----- |

## Payment information

**Payment Method:**
Amazon.com Visa | Last digits: 0051

**Billing address**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

| | |
|---|---|
| Item(s) Subtotal: | $17.76 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $17.76 |
| Estimated tax to be collected: | $0.89 |
| | ----- |
| **Grand Total:** | **$18.65** |

**Credit Card transactions** Visa ending in 0051: September 27, 2017: $18.65

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

# HACH COMPANY




***Headquarters***
P. O. Box 389
5600 Lindbergh Drive
Loveland, CO 80539-0389

***Purchase Orders***
PO Box 608
Loveland, CO 80539-0608
***Web Site***: www.hach.com

***U.S.A.***
Phone: 800-227-4224
Fax: 970-669-2932
Email: orders@hach.com
quotes@hach.com
techhelp@hach.com

***Export***
Phone: 970-669-3050
Fax: 970-461-3939
Email: intl@hach.com

***Remittance***
2207 Collections Center Drive
Chicago, IL 60693

***Wire Transfers***
Bank of America
231 S. LaSalle St.
Chicago, IL 60604
Account: 8765602385
Routing (ABA): 026009593
Swift Code: BOFAUS3N

P.O. Number b stau 10022017115223
Order Number 314812328
Payment Terms Mastercard Approval Code:
Currency USD
Freight Terms
Ship Method UPS-UPS**UPS --Ground
Total Cartons Shipped 1
Shipment Date 10/03/2017 Inv/Del# 10658839 / 27528209 Tracking# 1Z8A89V00330332803 Carton 1

Customer Number 40297274
Order Contact BRENDA STAUDENMAIER
Phone (920) 634-8657
Fax
E-Mail thelovelybrenda@gmail.com

Bill-To
--------------------------------------------------
1902991
THE LOVELY BRENDA
423 S VAN BUREN
GREEN BAY,WI,54301
/United States
Phone : 920-6348657-

Ship-To
--------------------------------------------------
1902992
THE LOVELY BRENDA
423 S VAN BUREN
GREEN BAY,WI,54301
/United States
Phone : 920-6348657-

Deliver-To
--------------------------------------------------

| Ln# | Item No | Description | Shipped Quantity | Out Of Stock | Requested Date | Expected Ship Date | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 1.1 | 29153 | FLUORIDE STD SOLN,1.0MG/L 1000ML Lot Number: Lot 7219 Quantity 1 | 1 | 0 | 10/02/2017 | 10/03/2017 | 31.55 | 31.55 |

| | |
|---|---|
| Merchandise Total: | $31.55 |
| Shipping and Handling: | $11.99 |
| Tax: | $1.58 |
| Total : | $45.12 |

## Notes:

PURCHASE AND ACCEPTANCE OF PRODUCT(S) SUBJECT TO HACH COMPANY'S TERMS &CONDITIONS OF SALE, PUBLISHED ON HACH COMPANY'S WEBSITE AT ***www.hach.com/terms***.

Shipping and/or handling charges are applicable only if routed through carriers and/or forwarders selected by Hach Company. Additional charges may be added for certain heavy/large items shipping to US Destinations. Some States require tax to be applied to freight charges. The freight tax will be added at time of invoice.

| Hach Hydromet | Hach Flow Products & Services | Environmental Test Systems (ETS) | Other Hach Brands |
|---|---|---|---|
| 800-949-3766 | 800-368-2723 | 800-548-4381 | 800-454-0263 |
| Fax: 970-461-3921 | Fax: 970-619-5150 | Fax: 970-619-5025 | Fax: 970-461-3919 |

amazon.com

## Final Details for Order #111-6552187-1695449

Print this page for your records.

**Order Placed:** October 18, 2017
**Amazon.com order number:** 111-6552187-1695449
**Order Total: $4.49**

### Shipped on October 19, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *SEOH Beaker Borosilicate Glass Low Form Graduated 25ml Each*<br>Sold by: Scientific Equipment of Houston (seller profile)<br><br>Condition: New | $4.49 |

**Shipping Address:**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $4.49
Shipping & Handling: $0.00
-----
Total before tax: $4.49
Sales Tax: $0.00
-----
**Total for This Shipment: $4.49**
-----

### Payment information

**Payment Method:**
Amazon.com Visa | Last digits: 0051

**Billing address**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

Item(s) Subtotal: $4.49
Shipping & Handling: $0.00
-----
Total before tax: $4.49
Estimated tax to be collected: $0.00
-----
**Grand Total: $4.49**

**Credit Card transactions**

Visa ending in 0051: October 19, 2017: $4.49

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

## Final Details for Order #111-9866325-9381025

Print this page for your records.

**Order Placed:** October 18, 2017
**Amazon.com order number:** 111-9866325-9381025
**Seller's order number:** 718140
**Order Total: $6.75**

### Shipped on October 19, 2017

| Items Ordered | Price |
| --- | --- |
| 1 of: *SEOH Graduated Cylinder Borosilicate Glass 2 Part- Capacity (ml) 50* | $2.54 |
| Sold by: Scientific Equipment of Houston (seller profile) | |
| Condition: New | |

**Shipping Address:**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

Item(s) Subtotal: $2.54
Shipping & Handling: $4.21
-----
Total before tax: $6.75
Sales Tax: $0.00
-----
**Total for This Shipment: $6.75**
-----

**Shipping Speed:**
Standard Shipping

### Payment information

**Payment Method:**
Amazon.com Visa | Last digits: 0051

**Billing address**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

Item(s) Subtotal: $2.54
Shipping & Handling: $4.21
-----
Total before tax: $6.75
Estimated tax to be collected: $0.00
-----
**Grand Total: $6.75**

**Credit Card transactions**
Visa ending in 0051: October 19, 2017: $6.75

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

## Final Details for Order #113-6473611-8704251

Print this page for your records.

**Order Placed:** August 8, 2018
**Amazon.com order number:** 113-6473611-8704251
**Order Total: $31.59**

## Shipped on August 13, 2018

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Extech FL704 Tisab Reagent Tablets; 1 Box, 100 Count/Box*<br>Sold by: Amazon.com Services, Inc<br>Condition: New | $39.15 |

**Shipping Address:**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $39.15 |
| Shipping & Handling: | $5.13 |
| Free Shipping: | -$5.13 |
| | ----- |
| Total before tax: | $39.15 |
| Sales Tax: | $2.15 |
| Rewards Points: | -$9.71 |
| | ----- |
| **Total for This Shipment:** | **$31.59** |
| **Total paid by Rewards Points:** | **-$9.71** |
| | ----- |

## Payment information

**Payment Method:**
Amazon.com Visa | Last digits: 0051
Rewards Points

**Billing address**
brenda staudenmaier
423 s van buren
green bay, WI 54301
United States

| | |
|---|---|
| Item(s) Subtotal: | $39.15 |
| Shipping & Handling: | $5.13 |
| Free Shipping: | -$5.13 |
| | ----- |
| Total before tax: | $39.15 |
| Estimated tax to be collected: | $2.15 |
| Rewards Points: | -$9.71 |
| | ----- |
| **Grand Total:** | **$31.59** |

**Credit Card transactions** Visa ending in 0051: August 13, 2018: $31.59

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates