Case 3:17-cv-02162-EMC   Document 436-11   Filed 03/22/24   Page 1 of 118

Exhibit G

Declaration of Audrey Adams



**Plaintiffs' Exhibit**

**056**

Food & Water v. EPA
3:17-cv-02162-EMC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FOOD & WATER WATCH, INC., *et al*., | ) | Case No. 17-cv-02162-EMC |
| Plaintiffs, | ) ) ) | |
| v. | ) | DECLARATION OF AUDREY ADAMS |
| ENVIRONMENTAL PROTECTION AGENCY, *et al*., | ) ) ) ) | |
| Defendants. | ) ) ) | |

I, AUDREY ADAMS, declare as follows:

1.     I am over the age of eighteen years and am competent to make this declaration.  All the facts stated herein are within my personal knowledge.

2.     I am the legal guardian and primary caretaker of my son, Kyle, age 33, who lives with me and my husband at our home in Renton, which is located in King County, Washington. The water has been fluoridated here ever since my husband and I purchased our house in 1978.

3.     Kyle is severely hypersensitive to fluoride.  I did not realize this for the first 14 years of Kyle's life, nor did I know of his countless other chemical sensitivities.  We've traveled a long and

- 1 -

painful road together, his pain physical (and profound), my pain emotional (when I can't stop his suffering).

4.      In 1999, when Kyle was 13 and 14 years old, he was in pain constantly, particularly in his extremities (hands, feet, lips, and tongue) and back of his head. Kyle's pain had increased considerably in the aftermath of a horrific reaction to a doctor prescribed "over the counter" (OTC) treatment that is completely benign to most people. After this reaction, Kyle developed incapacitating pain in his fingers that forced him to stop playing his beloved cello in the school orchestra. His school sent him home repeatedly with horrific headaches during this time, and he would scream and race around the house as if pursued by killer bees.  At night the house shook with Kyle's leg-pounding that was more like a grand mal seizure than "restless leg."

5.      We went to numerous medical specialists during this time and not one of them could diagnose the source of Kyle's pain, let alone help relieve it. We tried using Tylenol, but this always seemed to result in a migraine the next day; other pain-relievers were ineffective.

6.      During this time, I began experimenting with removing chemicals from Kyle's food and environment. Among other things, I changed Kyle's diet to organically grown food, stopped using chemical cleaners or scented products, and got Kyle's school to cooperate with providing him a low-chemical environment.  These changes improved Kyle's symptoms, but he still manifested symptoms of intense pain each day and continued to report pain in the back of his head, though less often and less severe.

7.      In or about May 2000, a mom from Beaverton, Oregon, with two autistic teenagers of her own, recommended that I stop Kyle's exposure to fluoridated water. Since Kyle's only beverage was tap water and because I was willing to try anything that could help relieve Kyle's pain, I followed her recommendation. Within three days of drinking filtered, fluoride-free water, Kyle experienced a substantial improvement in his symptoms, including with the pain he had been

- 2 -

suffering in his extremities. After eliminating fluoridated drinking water from his diet, Kyle was able to resume playing cello in the school orchestra, and his remaining high school and transition school years were more successful and productive than they otherwise would have been.

8.     Having observed first-hand the pronounced improvement that Kyle experienced after we eliminated fluoridated drinking water, I have gone to great lengths to ensure that he is never again exposed to fluoridated drinking water. I consider this of paramount importance to protecting Kyle.

9.     In April 2007, after 7 years of hauling thousands of gallons of reverse osmosis and spring water to my home for drinking and cooking, Kyle's improved quality of life enabled him to work a part-time office job at Highline Community College, where he continues to work to the present day, scanning and archiving documents to a computer. I am convinced that this would not have been possible if we had not eliminated fluoridated drinking water.

10.     To be clear, Kyle was not (and is not) free of all pain. Indeed, Kyle still regularly experiences pain when he is exposed to a variety of chemical and food triggers; such as chemicals, pesticides and toxins that are hidden in food; airborne fumes, such as auto exhaust or perfumes; and certain allergic foods; as well as for reasons I cannot always identify. Kyle has also experienced pain as the result of Lyme Disease (diagnosed in 2007 but now resolved), as well as gut dysbiosis and acute infections, including ear infections. But, by providing Kyle with fluoride-free water, the severity, frequency and consistency of his pain was reduced. This allowed me, in turn, to better detect other triggers of Kyle's symptoms.

11.     In or about 2008/2009, I discovered that one of the triggers of Kyle's symptoms was another source of fluoride that I did not previously appreciate: skin contact to fluoridated water in the shower. This discovery was prompted after Kyle began experiencing regular morning headaches. Each morning he woke up without a headache, but a headache would inevitably seem to set in prior to leaving for work or starting his day. We had multiple conversations with his doctor

about it, and over several months, we investigated various possible causes, such as possible mold or toxins in his bedroom, and experimented with his already organic, highly specialized breakfast.

12.     Prior to, and during the time when Kyle developed the morning headaches, I was not filtering fluoride out of Kyle's shower water, as I did not believe at that time that skin contact to fluoride could pose a problem.  I did have a carbon filter on the shower to prevent chlorine fumes, but this filter did not remove fluoride.

13.     After hearing of Kyle's headaches, a mother of a child with autism from Snoqualmie, WA persuaded me to limit Kyle's exposure to fluoridated water in the shower. The next day after this conversation I had Kyle skip his morning shower and the morning headache that had become a routine did not develop. That evening, I had Kyle shower before bed, and the headache returned. Based on this initial "shower trial," I heated bottled water on the stove for Kyle to sponge bathe over the course of the next week. There were no morning headaches at all during this week.

14.     These "trials," which included several more tests of the shower water (each of which were followed by headaches), convinced me that Kyle was sensitive to fluoride in shower water. For the next 8 to 10 months, therefore, I continued to heat bottled spring water on the stove for sponge bathing, intermittently experimenting on ways to limit Kyle's exposure to fluoridated water during showers.  After many failed attempts with various filtering products, I finally purchased a filter that removed enough fluoride to avoid Kyle's headaches if I do all of the following four things: (1) Set a timer and limit the shower to 4 minutes; (2) Use warm water, not hot; (3) Keep water pressure at the lowest possible, about 1 gal/min, for maximum filtration contact; and (4) Change the filter at 3 months, not 6 as the manufacturer suggests..

15.     Kyle has camped with our family in state and national parks for all of his 33 years, usually 25 or more nights per year, showering daily in those campgrounds. After I became aware of Kyle's pain from fluoridated water, I'd call ahead and ask about the fluoridation status.  Based on my

- 4 -

Pls' Ex. 56, Page No. 005

experience, campgrounds almost never have water with added fluoride, but they do have chlorine.  Kyle does not get headaches when showering at campgrounds or when we visit relatives near Portland (an area with no fluoridation). Likewise, when we stay at motels in areas with chlorinated, but not fluoridated, water, Kyle does not report head pain and does not demonstrate symptoms of headaches following a shower.

16. On one family camping trip, I wrongly assumed that the campground we visited did not use fluoridated water.  I let Kyle take a shower at the campground, assuming it was safe.  To my horror, he had a very painful reaction to the shower; with the manifestations of the pain lasting over a day—which is longer than the pain used to last. I asked the park ranger about the water and he informed me that the campground used fluoridated municipal water. This experience left me concerned that Kyle's sensitivity to fluoride has increased over time.

17. Based on Kyle's longstanding sensitivity to fluoride, his two current treating doctors (Dr. Charles Butler and Dr. Nooshin Darvish) have both advised that he continue refraining from exposure to fluoridated water, and other forms of fluoride ingestion. (**Exhibits A, B, C, D, E**). Consistent with this, the Washington State Department of Health & Human Services, in its annual care needs assessments of Kyle, called Person Centered Service Plans (PCSP), has recognized the need to limit Kyle's exposure to fluoride, including fluoridated water. (**Exhibit F**).

18. Ever since 2000, I have incurred whatever financial expense is necessary to protect Kyle from the fluoridation chemicals contained in the tap water in our home; and most other communities in King County, including the nearby cities where he works, attends medical appointments and recreates in Special Olympics sports and other recreational activities with the Renton Parks Department. He cannot leave the house without carrying an adequate supply of fluoride-free water in his backpack. When we travel we must pack multiple gallons of fluoride-

free water and buy spring water at grocery stores during our trip.  I will continue incurring these

expenses so long as fluoridation chemicals pose a risk to Kyle.

19.     A small fraction of the financial costs I have incurred purchasing fluoride-free spring water,

and filtering fluoride from our home water, are reflected in the documents included in **Exhibit G.**

20.     The cost of my time and extraordinary inconvenience providing safe, fluoride-free water

for Kyle's drinking, cooking and bathing needs is incalculable.

21.     Far more important to me than the financial costs and physical burden associated with

avoiding fluoridated water is the painful reactions Kyle experiences when exposed to fluoridated

water and other sources of fluoride ingestion.  As Kyle's legal guardian and primary caregiver, it

causes me profound distress to see my son suffer, and I will continue to do whatever I can to keep

him out of harm's way.

22.     I am concerned that the presence of fluoride in the tap water of nearly every community in

King County will jeopardize Kyle's future home care placement options. With the help of Kyle's

case manager, we are targeting a move in the next 2-3 years out of my home to a state residential

placement. However, the type of living arrangements available to Kyle are limited because the

Adult Family Homes that Kyle currently qualifies for are paid a flat rate and are not paid extra to

provide fluoride-free water for drinking, cooking and bathing. Moreover, the Adult Family Homes

do not have any allowances for special filtration equipment. Further, all caregivers in any future

living arrangement will have to become fluoride-avoidance experts—an extreme expectation when

that means tap water avoidance—and will expect to be paid for the complex fluoride-removal tasks

that I currently do.  Obtaining the state funding for such a high level of care, which is exacerbated

by wide-spread water fluoridation in our area, is very challenging.

Pls' Ex. 56, Page No. 007

23.    I am a supporting member of the Food and Water Watch, Fluoride Action Network, and Moms Against Fluoridation. Examples of my membership contributions are attached as **Exhibit H.**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this _19th_ day of _November_, 2018 in Renton, Washington.

AUDREY ADAMS

# EXHIBIT A

# ⊕ **SWEDISH** PHYSICIAN DIVISION

## Swedish Physicians - West Seattle Clinic

3400 California Ave SW #300, Seattle, WA 98116 • Ph: (206) 320-3399 • Fax: (206) 320-5506

11/2/2018

RE: Kyle K Adams
DOB: 6.14.185

**TO WHOM IT MAY CONCERN:**

This is to certify that Kyle K Adams has been patient of mine at West Seattle Swedish since 2015, and at Cascade Primary Care since 2008.

He has moderate autism, and a has a long standing, and well documented sensitivity to certain chemical compounds, including Fluoride. Exposure to Fluoride will cause a worsening of his underlying autism symptoms, and additional physical symptoms, including conjunctivitis, neck pain, emotional outbursts.

Given his above sensitivity, I have recommend that Kyle limit his exposure to Fluoride and his oral intake of Fluoride.

Please feel free to contact my office at (206) 320-3399 if you have any questions or concerns.

Thank you for your assistance in this matter.

Sincerely yours,

Charles W Butler MD

# EXHIBIT B

# AFTER VISIT SUMMARY



**Kyle K. Adams** DoB: 6/14/1985    📅 11/2/2018 1:40 PM   📍 Swedish West Seattle Primary Care 206-320-3399

## Instructions from Charles W Butler, MD

Nice to see you again in clinic today.

Letter complete. Please review and let me know if revisions are needed.

Please follow up at Renton Landing SMG for a fasting blood draw.

### Today's medication changes
➲ START taking:
    **epiNEPHrine** (aka EPIPEN)

Accurate as of 11/2/18 2:10 PM.
**Review your updated medication list below.**

🛒 Pick up these medications at FRED MEYER #701031 - RENTON, WA - 17801 108TH AVE SE
epiNEPHrine
Address: 17801 108TH AVE SE, RENTON WA 98055
Phone: 425-235-5383

## Today's Visit

You saw Charles W Butler, MD on Friday November 2, 2018. The following issue was addressed: Chemical exposure.



| | | |
|---|---|---|
| ❤ Blood Pressure **112/78** | | 🧍 BMI **38.62** |
| 📊 Weight **254 lb** | | 💗 Pulse **85** |
| 🫁 Oxygen Saturation **97%** | | |

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies

| Allergen | Noted | Reactions |
|---|---|---|
| **Acetaminophen** | Jan 09, 2015 | Other (Comment) |
| Delayed reaction @ 4- 24 later migraine | | |
| **Ceclor (Cefaclor)** | Jan 09, 2015 | Rash,Swelling |

## Intolerance

| Allergen | Noted | Reactions |
|---|---|---|
| **Other** | Jan 09, 2015 | Other (Comment) |
| FLORIDE, Extreme pain | | |

*MyChart*

View your After Visit Summary and more online at https://www.myonlinechart.org/mychart/

Pls' Ex. 56, Page No. 012

# Your Medication List   as of 11/2/18  2:10 PM

Always use your most recent med list.



**epiNEPHrine** 0.3 mg/0.3 mL Atin
Commonly known as: aka EPIPEN

START

0.3 mg by Intramuscular route as needed.

# Thank You

Thank you for visiting our clinic at Swedish today. Soon you may receive a patient satisfaction survey by mail or email regarding your most recent visit. If you respond to an email survey, you will be prompted to enter date of birth to verify patient identity before the survey begins.  We always want to provide you with the best care and experience possible. Your input will help us learn what we are doing well and how we can improve.  Thank you for taking the time to complete the survey.

Name: Kyle K. Adams | DOB: 6/14/1985 | MRN: 1002110006 | PCP: Charles W Butler, MD

# Appointment Details

## After Visit Summary®

 **SWEDISH**

| **Kyle K Adams** | Description: **32 year old male** |
|---|---|
| 7/6/2017 3:20 PM   Office Visit | Provider: **Butler, Charles, MD** |
| MRN: 1002110006 | Department: **Swedish West Seattle Primary Care** |

### You Were Seen Today For

| | Comments |
|---|---|
| Obesity (BMI 35.0-39.9 without comorbidity)  - Primary | |

### Instructions

Nice to see you both again

Weight
Paperwork completed.
Please continue to focus on portion control.

Please return to clinic as needed.

### Today's Meds and Orders

Please carry this medication list with you. Your current medications as of 7/6/2017

No known prescriptions

### Today's Visit Summary

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Swedish West Seattle Primary Care | 3400 California Ave SW<br>Seattle WA 98116-3307 | 206-320-3399 | 206-320-5506 |

#### Demographics

| Date Of Birth | Sex | Race | Ethnicity | Preferred Language |
|---|---|---|---|---|
| 6/14/1985 | Male | White | Non-Hispanic or Latino | English |

#### Your Vitals Were

| BP | Pulse | Wt | SpO2 | BMI |
|---|---|---|---|---|
| 118/76 | 84 | 111.6 kg (246 lb) | 98% | 37.40 kg/m² |

Smoking Status
Never Smoker

#### Allergies as of 7/6/2017

| | Reaction Type | Reactions |
|---|---|---|
| **Acetaminophen** | | Other (Comment) |
| Delayed reaction @ 4- 24 later migraine | | |
| **Ceclor [cefaclor]** | | Rash, Swelling |
| Other | Side Effect/drug<br>Intolerance/adverse reaction | Other (Comment) |
| FLORIDE, Extreme pain | | |

Case 8:17-cv-02162-EMC   Document 430-11   Filed 03/14/24   Page 15 of 118

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Kyle K. Adams | DOB: 6/14/1985 | MRN: 1002110006 | PCP: Charles W Butler, MD

# Appointment Details

## After Visit Summary®


SWEDISH

**Kyle K Adams**
12/19/2016 3:20 PM   Preventive Health
MRN: 1002110006

Description: **31 year old male**
Provider: **Butler, Charles, MD**
Department: **Swedish West Seattle Primary Care**

| You Were Seen Today For | Comments |
| --- | --- |
| Wellness examination  - Primary | |

**Instructions**

Nice to see you again.

No changes at this time, please follow up as needed, otherwise in 12 months.

### Today's Meds and Orders

Please carry this medication list with you. Your current medications as of 12/19/2016
No known prescriptions

### Today's Visit Summary

**Department**

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Swedish West Seattle Primary Care | 3400 California Ave SW Seattle WA 98116-3307 | 206-320-3399 | 206-320-5506 |

**Demographics**

| Date Of Birth | Sex | Race | Ethnicity | Preferred Language |
| --- | --- | --- | --- | --- |
| 6/14/1985 | Male | White | Non-Hispanic or Latino | English |

**Your Vitals Were**

| BP | Pulse | Wt | SpO2 | BMI |
| --- | --- | --- | --- | --- |
| 120/78 | 104 | 107 kg (236 lb) | 95% | 35.88 kg/m² |

Smoking Status
Never Smoker

**Allergies as of 12/19/2016**

| | Reaction Type | Reactions |
| --- | --- | --- |
| **Acetaminophen** Delayed reaction @ 4- 24 later migraine | | Other (Comment) |
| **Ceclor [cefaclor]** | | Rash, Swelling |
| **Other** | Side Effect/drug Intolerance/adverse Reaction | Other (Comment) |
| FLORIDE,  Extreme pain | | |

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Pls' Ex. 56; Page No. 017

Name: Kyle K. Adams | DOB: 6/14/1985 | MRN: 1002110006 | PCP: Charles W Butler, MD

# Appointment Details

## After Visit Summary®

 **SWEDISH**

**Kyle K Adams**
3/11/2016 1:00 PM   Office Visit
MRN: 1002110006

Description: **30 year old male**
Provider: **Butler, Charles, MD**
Department: **Swedish West Seattle Primary Care**

**You Were Seen Today For**

Comments

Autistic disorder, residual state  - Primary
Food sensitivity headache
Abetalipoproteinemia

**Instructions**

Nice to see you both again.

Labs
Please return to the lab for fasting labs in the next Friday. Please do not let him eat for 10 hours. Water is okay to drink. The lab in our clinic is open 7:30-5:00 pm Monday through Friday, and no appointment is necessary.  Orders have been sent, and they are waiting for him.

.

**Today's Meds and Orders**

Please carry this medication list with you. Your current medications as of 3/11/2016
No known prescriptions

**Today's Visit Summary**

Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Swedish West Seattle Primary Care | 3400 California Ave SW Seattle WA 98116-3307 | 206-320-3399 | 206-320-5506 |

Demographics

| Date Of Birth | Sex | Race | Ethnicity | Preferred Language |
|---|---|---|---|---|
| 6/14/1985 | Male | White | Non-Hispanic or Latino | English |

Your Vitals Were

| BP | Pulse | Wt | SpO2 | BMI |
|---|---|---|---|---|
| 122/70 | 83 | 110.2 kg (243 lb) | 98% | 36.95 kg/m² |

Smoking Status
Never Smoker

Allergies as of 3/11/2016

| | Reaction Type | Reactions |
|---|---|---|
| | | Other (Comment) |
| Acetaminophen | | |
| Delayed reaction @ 4- 24 later migraine | | |
| Ceclor [cefaclor] | | Rash, Swelling |

Case 8:17-cv-02162-EMC   Document 430-11   Filed 03/14/24   Page 19 of 118

**Other**                              Side Effect/drug                    Other (Comment)
                                       Intolerance/adverse Reaction

    FLORIDE,  Extreme pain

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Kyle K. Adams | DOB: 6/14/1985 | MRN: 1002110006 | PCP: Charles W Butler, MD

# Appointment Details

## After Visit Summary®

 **SWEDISH**

**Kyle K Adams**
4/24/2015 1:40 PM  Preventive Health
MRN: 1002110006

Description: **29 year old male**
Provider: **Butler, Charles, MD**
Department: **Swedish West Seattle Primary Care**

**You Were Seen Today For**

| | Comments |
|---|---|
| Routine general medical examination at a health care facility  - Primary | |

**Instructions**

Nice to see you again.

Forms completed.

Run hard, and have fun.

Please return to clinic when needed!

## Today's Meds and Orders

Please carry this medication list with you. Your current medications as of 4/24/2015
  No known prescriptions

## Today's Visit Summary

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Swedish West Seattle Primary Care | 3400 California Ave SW Seattle WA 98116-3307 | 206-320-3399 | 206-320-5506 |

**Demographics**

| Date Of Birth | Sex | Race | Ethnicity | Preferred Language |
|---|---|---|---|---|
| 6/14/1985 | Male | White | Non-Hispanic or Latino | English |

**Your Vitals Were**

| BP | Ht | Wt | BMI | Smoking Status |
|---|---|---|---|---|
| 132/84 | 172.7 cm (5' 8") | 100.3 kg (221 lb 3.2 oz) | 33.63 kg/m² | Never Smoker |

**Allergies as of 4/24/2015**

| | Reaction Type | Reactions |
|---|---|---|
| Acetaminophen | | Other (Comment) |
|   Delayed reaction @ 4- 24 later migraine | | |
| Ceclor [cefaclor] | | Rash, Swelling |
| Other | Side Effect/drug Intolerance/adverse Reaction | Other (Comment) |
|   FLORIDE,  Extreme pain | | |

Case 3:17-cv-02162-EMC   Document 430-11   Filed 03/14/24   Page 21 of 118

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Pls' Ex. 56; Page No. 021

Name: Kyle K. Adams | DOB: 6/14/1985 | MRN: 1002110006 | PCP: Charles W Butler, MD

# Appointment Details

## After Visit Summary®



**Kyle K Adams**
1/9/2015 2:40 PM   Office Visit
MRN: 1002110006

Description: **29 year old male**
Provider: **Butler, Charles, MD**
Department: **Swedish West Seattle Primary Care**

### You Were Seen Today For

Comments

Lyme disease - Primary
Autism spectrum disorder
Hyperlipidemia
Developmental delay
Vitamin D deficiency
OM (otitis media), bilateral

### Instructions

Nice to see you both again.

Ear Pain
Looks like a persistent infection.  I will defer to Dr. Darvish. Please let me know if you can think of anything I can do to be helpful.

Labs:
I have ordered. Please present to the labs now for a blood draw.

I will send the results via the MyChart system.

### Today's Meds and Orders

Please carry this medication list with you. Your current medications as of 1/9/2015
No known prescriptions

### We Performed the Following

CANDIDA AB PANEL
CBC WITH DIFF (ABS-%)
COMPREHENSIVE METABOLIC PANEL (CMP)
ESTIMATED GLOMERULAR FILTRATION RATE (EGFR)
FREE T3
FREE T3
LIPID PROFILE
REVERSE T3
SEX HORMONE BINDING GLOBULIN
TESTOSTERONE, TOTAL AND FREE
THYROID PROFILE (TSH, FT4)
THYROID PROFILE (TSH, FT4)
VITAMIN D (25 OH), SERUM

### Today's Visit Summary

Case 8:17-cv-02162-EMC   Document 430-1   Filed 03/14/24   Page 23 of 118
Case 8:17-cv-02162-EMC   Document 100-1   Filed 05/22/19   Page 23 of 118

## Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Swedish West Seattle Primary Care | 3400 California Ave SW<br>Seattle WA 98116-3307 | 206-320-3399 | 206-320-5506 |

## Demographics

| Date Of Birth | Sex | Race | Ethnicity | Preferred Language |
|---|---|---|---|---|
| 6/14/1985 | Male | White | Non-Hispanic or Latino | English |

## Your Vitals Were

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| 116/70 | 73 | 177.8 cm (5' 10") | 99.8 kg (220 lb) | 31.57 kg/m² |

Smoking Status
Never Smoker

## Allergies as of 1/9/2015

| | Reaction Type | Reactions |
|---|---|---|
| **Acetaminophen** | | Other (Comment) |
|   Delayed reaction @ 4- 24 later migraine | | |
| **Ceclor [cefaclor]** | | Rash, Swelling |
| **Other** | Side Effect/drug<br>Intolerance/adverse Reaction | Other (Comment) |
|   FLORIDE, Extreme pain | | |

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Pls Ex. 56, Page No. 023

Case 3:17-cv-02162-EMC   Document 100-7   Filed 05/22/19   Page 24 of 118

# EXHIBIT C



October 22, 2018

Patient Name: Kyle Adams

Patient DOB: June 14, 1985

To whom it may concern:

I have been treating Kyle Adams since January 2008 for autism, and fluoride sensitivity. Upon exposure to fluoride, Kyle, who has autism, immediately presents with headaches, body aches, tachycardia, and behavioral changes such as loud vocalizations and rapid pacing and movement. Because of his severe fluoride sensitivity, Kyle and his mother have had to make a great deal of lifestyle and dietary changes to reduce his reactions and assist him in being more functional. Kyle cannot eat or get exposed to fluoride containing foods, and even has to minimize his shower time to less than 4 minutes, with low water pressure and neutral temperature and uses a filtered shower and changes it every 3 - 4 months to reduce exposure. He has learnt to manage his fluoride reactions for the past number of years.

Genetic testing has shown that he is heterozygous for both genes for MTHFR, and thus he experiences relief from topical magnesium sulfate which helps to process fluoride. However this does not provide complete relief, and in Kyle's case must be done in conjunction with dietary, lifestyle changes and elimination of fluoride exposure.

Sincerely,

Nooshin K. Darvish, ND

1200 116th Ave NE, Suite C, Bellevue, WA • Phone 425.451.0404 • Fax 425.462.8919
www.holistiquemed.com

# EXHIBIT D

**TREATMENT PLAN**

Patient: _Kyle Adams_          Date: _11/28/12_   ☒ Dr. Darvish ☐ Dr. Brothers

**SUPPLEMENTS/MEDICATION:**

1. Cysteplus  2caps  2x Day  either w/or w/o food
2. Sel met  1 cap  2x/Day w/ food
3. MMSA #1   5 Drops  2x per day w/o
4. _food under tongue_
5. _____
6. Dtc Contine all others
7. _____
8. _____
9. _____

**DIET/LIFESTYLE MODIFICATIONS:**

① Dtc Broaden, PreMine,
Pantothenic Acid,
OPC-100, Vit D3
Melatonin.

② Avoid Fluoride

Nurse @ DrDarvish.com

| | | | | | |
|---|---|---|---|---|---|
| Biopuncture | _____ X Week /Month | X _____ Sessions |
| Light / Laser Therapy | _____ X Week /Month | X _____ Sessions |
| Needle free Acupuncture | _____ X Week /Month | X _____ Sessions |
| Allergy Desensitization's | _____ X Week /Month | X _____ Sessions |
| Bionic Hydro. | _____ X Week /Month | X _____ Sessions |
| Craniosacral | _____ X Week /Month | X _____ Sessions |
| Constitutional Hydro | _____ X Week /Month | X _____ Sessions |
| Colon tx. | _____ X Week/Month | X _____ Sessions |
| ERT | _____ X Week /Month | X _____ Sessions |
| Interferential | _____ X Week /Month | X _____ Sessions |
| Lymph Drainage | _____ X Week /Month | X _____ Sessions |
| Manipulation | _____ X Week /Month | X _____ Sessions |
| Massage | _____ X Week /Month | X _____ Sessions |
| Soul Touch Therapy | _____ X Week /Month | X _____ Sessions |
| Neuraltherapy/Prolozone | _____ X Week /Month | X _____ Sessions |
| Ondamed | _____ X Week /Month | X _____ Sessions |
| Reflexology | _____ X Week /Month | X _____ Sessions |
| Ultrasound Tx | _____ X Week /Month | X _____ Sessions |

**IV/Injection Order:** _____

_____

_____

**Referral:** _____ **for:** _____

☐MRI  ☐X-Ray ☐CT ☐ MSA ☐ IMT ☐ EKG ☐ UA ☐ BIA ☐Ultrasound : _____ **Other:** _____
¬ Hair Analysis ☐Urine Toxic Metal  ☐Thermography _____ in _____ wk /mo
¬Request of lab/med. Record: _____ (☐requested)
☐Genova: 3     ☐Metametrix ⬚
**Follow-up:** 3 days/ wk / mo Retest _lipids_  in 3 wk/ mo  (**Blood Orders on Next Page**) Dr. Initials _____

*Nooshin K. Darvish ND,  Sharina Brothers ND   Holistique Medical Center  1899 116th Ave NE  Bellevue  WA 98004   425-451-0404  F 425-462-8919*
*R:\Forms\FORMS - CHART\TREATMENT PLAN 2012.doc  Revised 12/2/11*

# EXHIBIT E

| Patient | : Kyle Adams | Record Id | : 48867098 |
|---|---|---|---|
| Date Of Birth | : Jun 14, 1985 | Age / Gender | : 31 / M |
| Provider | : Dr Nooshin K Darvish | Date of Visit | : Aug 09, 2016 |

## Vitals

| Temperature | 98.2° F | SPO2 | 97.0 % |
|---|---|---|---|
| BP | 116.0 / 70.0 mmHg | Pulse rate | 74.0 bpm |

## Sx

| Supplement | Directions | Details |
|---|---|---|
| Helmin (Pekana) - -- [Manufactured] | 30.0 drop(s) Twice a day Away From Meals | Comment : in water for 6 wks |
| CGF Chlorella - -- [Manufactured] | 2.0 capsule(s) Twice a day | |
| Quintessence - -- [Manufactured] | 2.0 dropper(s) Twice a day Away From Meals | Comment : in water for 6 wks |
| CRLA - -- [Manufactured] | 1.0 teaspoon Twice a day | |

## Instructions

Reduce Methyl-Guard Plus 1 cap 2x per wk

Discontinue Kaqun

Make sure to drink filtered water

Avoid raw meats and fish

Family members should be checked.

## Follow up

| Type | Notes | Date |
|---|---|---|
| Office Visit | Follow up visit with Dr. Nooshin K Darvish | after 5 weeks |
| Procedures | Ondamed 50 min wkly x 4 sessions | after 1 days |

# EXHIBIT F



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

## Overview

### Overview

**Assessment Date:** 08/10/2018
**Meet ICF/ID Level of Care:** Yes

### Demographics/ClientInformation

**Client Name:** Adams, Kyle K
**Address:**
10939 SE 183rd Ct
Renton WA 98055
**Phone:** (425)271-2229
**Gender:** Male          **DOB:** 06/14/1985          **Assessed Age:** 33
**Primary Spoken Language:** English
**Interpreter Required:** No          **Speaks English:** Yes

### Client Representative (NSA)

**Name:** Adams, Audrey
**Relation to client:** Parent          **Phone:** (425)271-2229
**Address:**
10939 SE 183rd Ct
Renton, WA 98055

### Worker Information

**Primary Case Manager:** Pashek, John J (PashekJJ)
**Office:** DDD South King FSO
**Phone Number:** (253)372-5755
**E-mail:** PashekJJ@dshs.wa.gov
**Address:**
1313 W. Meeker St., Suite 100
Kent WA 98032

### Reason For Assessment

*Kyle is a 33 year old man who lives with his parents in Renton. His mother and father are his formal caregivers. Kyle needs a lot of assistance to avoid certain things in his environment, due to his many chemical and food sensitivities, and his family provides a lot of support in these areas. Kyle works at Highline College in Des Moines, and*



# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

*receives employment support from Highline College as well.  This is Kyle's annual assessment.*

**Was client primary source of information:**     No

**Other Sources of information:**

   Adams, Audrey; Adams, Keith; Welty, Tamara

---

## Health and Welfare Factors

### Health

   **Element:**    Medical acuity score

   **Value:**      High

## Goals

**Goal:**   See PCSP          **Who Acts:**  CaseManager/SocialWorker

**Create Date:**  09/12/2016   **End Date:** 00/00/0000   **Status:**  Ongoing

**Goal Description:**

   *See  PCSP.*

## Support  Assessment

### Support Assessment Scales

| Category | Level |
|---|---|
| Activities of Daily Living (Adults) | High |
| Behavior | High |
| Caregiver Risk Level | Medium |
| Interpersonal Support (Adults) | Medium |
| Medical | High |
| Mobility (Adults) | Low |
| Protective Supervision | High |

## Home Living

---

# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

| Activity | Frequency | Type Of Support |
|---|---|---|
| Using the toilet | At least once a day, but not once an hour | Monitoring |
| Taking care of clothes (includes laundering) | At least once a week, but not once a day | **Partial physical assistance** |
| Preparing food | At least once a day, but not once an hour | **Partial physical assistance** |
| Eating food | At least once a day, but not once an hour | Verbal/gestural prompting |
| Housekeeping and cleaning | At least once a day, but not once an hour | **Partial physical assistance** |
| Dressing | At least once a day, but not once an hour | **Partial physical assistance** |
| Bathing and taking care of personal hygiene and grooming needs | At least once a day, but not once an hour | **Partial physical assistance** |
| Operating home appliances | At least once a week, but not once a day | **Partial physical assistance** |
| Using currently prescribed equipment or treatment | At least once a day, but not once an hour | **Partial physical assistance** |

*Kyle will put his laundry in the laundry basket with prompting. He is able to load the washing machine with prompting as well, but his mother helps him use the dials. Kyle can prepare himself a simple snack, but does not use the stove/oven, and all warm meals are prepared for him. He has many chemical and food sensitivities that need to be kept in mind when cooking, and the caregiver spends a lot of time cooking these items. Kyle needs reminders to slow down when eating, and the sizes of his bites should be monitored to prevent choking. Kyle will help vacuum with reminders, but relies on his mother to do most housekeeping. He needs help with some clothing fasteners. He needs assistance with scrubbing his body, shaving, and brushing his teeth, as well as applying deodorant. His shower has a specialized filter on it to prevent him from being exposed to Fluoride, as he is extremely sensitive to anything containing fluoride, both ingestion & transdermal exposure. He uses Colloidal Silver for deodorant. He has been diagnosed as being very sensitive to many chemicals, and many specialized products need to be purchased and used for personal care.*

---

Client Name:  Adams, Kyle K
Assessment Date: 08/10/2018

Date  printed: 11/01/2018 02:22 PM
Page:  3



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

.

### CommunityLiving

| Activity | Frequency | Type Of Support |
|---|---|---|
| Getting from place to place throughout the community (transportation) | At least once a day, but not once an hour | **Full physical assistance** |
| Participating in recreation/leisure activities in the community settings | At least once a day, but not once an hour | **Partial physical assistance** |
| Using public services in the community | At least once a week, but not once a day | **Full physical assistance** |
| Going to visit friends and family | At least once a week, but not once a day | Partial physical assistance |
| Participating in preferred communityactivities (church, volunteer, etc.) | At least once a week, but not once a day | Partial physical assistance |
| Shopping and purchasing goods and services | At least once a week, but not once a day | **Partial physical assistance** |
| Interacting with community members | At least once a week, but not once a day | Partial physical assistance |
| Accessing public buildings and settings | At least once a week, but not once a day | **Partial physical assistance** |

*Kyle uses Access to get to and from work and activities, otherwise his family provides all transportation.  Kyle is not able to arrange for his transportation, and has a history of behavioral reports from Access drivers.  Kyle participates in some parks & recreation activities, but tends to not interact with others, preferring to watch from the perimeter or the sidelines.  He does seem to enjoy attending these activities, though.  He would need someone to be with him at all times to interact with community members.  He has no concept of the need to use public services, and relies on his family to assist him fully with these tasks.  Kyle will go along shopping with his mother, but does not assist with any of the tasks.  He tends to think that things in the store belong where they are, and is hesitant to take them out of the store.*

### Lifelong Learning Activities



# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

| Activity | Frequency | Type Of Support |
|---|---|---|
| Interacting with others in learning activities | At least once a week, but not once a day | Partial physical assistance |
| Participating in training/educational decisions | At least once a month, but not once a week | Full physical assistance |
| Learning and using problem solving strategies | At least once a day, but not once an hour | Full physical assistance |
| Using technology for learning | At least once a week, but not once a day | Partial physical assistance |
| Accessing training/educational settings | At least once a week, but not once a day | Partial physical assistance |
| Learning functional academics (reading signs, counting change, etc.) | At least once a day, but not once an hour | Partial physical assistance |
| Learning health and physical education skills | At least once a day, but not once an hour | Full physical assistance |
| Learning self-determination skills | At least once a day, but not once an hour | Full physical assistance |
| Learning self-management strategies | At least once a day, but not once an hour | Full physical assistance |

*Kyle needs assistance to choose, enroll in, pay for, and participate in learning activities. Kyle does not solve problems, and relies on others to do this for him. He is able to use a computer, video games, and other technology, but would need assistance with using technology in a learning setting. Kyle does not understand money, and relies on his family with assistance with functional academics. He does not recognize the need to remain healthy, set goals, or manage his day, and relies on his family for these things. Kyle has many allergies, sensitivities, and reactions to many chemicals, elements, and foods, and considerable amounts of time are spent on limiting or eliminating his exposure to these items to maintain his health.*

## Employment Activities



**Person Centered Service Plan (PCSP)**

*Washington State Department of Social & Health Services — Transforming lives*

### *Current Annual DDD Assessment Details*

| Activity | Frequency | Type Of Support |
|---|---|---|
| Accessing/ receiving job/ task accommodations | At least once a week, but not once a day | Full physical assistance |
| Learning and using specific job skills | At least once a week, but not once a day | Partial physical assistance |
| Interacting with co-workers | At least once a week, but not once a day | **Partial physical assistance** |
| Interacting with supervisors/ coaches | At least once a week, but not once a day | **Partial physical assistance** |
| Completing work-related tasks with acceptable speed | At least once a week, but not once a day | Partial physical assistance |
| Completing work-related tasks with acceptable quality | At least once a week, but not once a day | Partial physical assistance |
| Changing job assignments | At least once a month, but not once a week | Partial physical assistance |
| Seeking information and assistance from an employer | At least once a month, but not once a week | Full physical assistance |

*Kyle works at Highline College as an document scanner, Office Assistant 1. He works in a cubicle near to his job coach, and has considerable natural supports in place to maintain this community employment. If he were not working at his vendor's office, he would need 1:1 support at all times in the community. He does well at his job. Kyle works 4 days a week, 4 hours a day. He relies on his job coach or other Highline College staff and job coaches to recognize and provide accommodations on the job for him. Kyle has been working on some other tasks at Highline, such as changing the water bottle at the water cooler, coallating, stapling, etc... He is improving at being more flexible at work, and has been open to completing tasks that he historically has not wanted to do. Kyle is currently working on a special project where he is scanning historical course catalogues, making digital copies out of the paper copies. He is able to do some of this without direct supervision, but needs a job coach with him most times to complete this task. He has to manually scan these items, rather than using the feeder. Tasks need to be demonstrated to him and explained before he is able to learn and do them. He does not interact much with co-workers, and his job coach works with him on this, though now that he is out in the office area he is interacting more. He relies on his job coach to interact with his supervisors and co-workers in meaningful ways, though he is able to speak with spoken to, though*



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

*sometimes needs to be prompted. He occasionally needs prompting to stay on task, as he will get distracted and stop working. When he has down time, he will watch YouTube videos on the internet, which he is allowed to do. He needs assistance to realize that he has made a mistake on the job, and help correcting it. He would need considerable physical and verbal supports to change his job assignment. He does not seek information or assistance from his employer, and relies on his family and the job coach to do this for him.*

## Health and Safety Activities

| Activity | Frequency | Type Of Support |
|---|---|---|
| Taking medications | At least once a week, but not once a day | **Full physical assistance** |
| Avoiding health and safety hazards | At least once a day, but not once an hour | **Full physical assistance** |
| Obtaining health care services | At least once a month, but not once a week | **Full physical assistance** |
| Ambulating and moving about | At least once a week, but not once a day | Verbal/gestural prompting |
| Learning how to access emergency services | At least once a day, but not once an hour | Full physical assistance |
| Maintaining a nutritious diet | At least once a day, but not once an hour | **Full physical assistance** |
| Maintaining physical health and fitness | At least once a week, but not once a day | **Partial physical assistance** |
| Maintaining emotional well-being | At least once a day, but not once an hour | Partial physical assistance |

*Kyle's mother administers and applies some topical and injectable medications. He is able to take pills when they are presented to him and he is cued to take them. However, caution should be taken, as Kyle will often ingest anything that is given to him, without regard to safety or its hazards to his health. Kyle has numerous chemical and food sensitivities and allergies, and needs significant support to manage his diet and exposure to these items. He does not recognize that he has these reactions to things, and relies on his caregivers to help him avoid them and to ensure he is not exposed to them. He is becoming more compliant with avoiding foods, as he and his family learn more about these sensitivities, and his*



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

*reaction to them. His mother makes all medical appointments for him, and speaks to medical professionals on his behalf. He needs reminders when he is walking outside his home to not stop, lean over, and stare at license plates on parked cars, which can be dangerous if the cars are backing out of parking spaces. Kyle would not respond to an emergency, and has had past trauma with fire drills and loud alarms causing hearing loss. Chemical and food allergies/sensitivity affect Kyle's behavior, so his caregiver assists him to avoid these items to ensure that his emotional well-being is as good as possible.*

## Social Activities

| Activity | Frequency | Type Of Support |
|---|---|---|
| Socializing within the household | None or less than monthly | None |
| Participating in recreation/leisure activities with others | At least once a week, but not once a day | **Partial physical assistance** |
| Socializing outside the household | At least once a week, but not once a day | Partial physical assistance |
| Making and keeping friends | At least once a week, but not once a day | Partial physical assistance |
| Communicating with others about personal needs | At least once a day, but not once an hour | Full physical assistance |
| Using appropriate social skills | At least once a day, but not once an hour | Partial physical assistance |
| Engaging in loving and intimate relationships | None or less than monthly | Full physical assistance |
| Engaging in volunteer work | None or less than monthly | Full physical assistance |

*Kyle prefers to stay at home with his family. He does go to some local parks and recreation activities, but prefers to watch from the perimeter. He does seem to enjoy attending, and seems to enjoy being around the people. He has limited verbal skills, and needs assistance to communicate his needs to others. He has limited knowledge of appropriate behavior, and relies on his family for support in this area.*

## Protection and Advocacy Activities



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

| Activity | Frequency | Type Of Support |
|---|---|---|
| Advocating for self | At least once a day, but not once an hour | Full physical assistance |
| Managing money and personal finances | At least once a week, but not once a day | **Full physical assistance** |
| Protecting self from exploitation | None or less than monthly | **Full physical assistance** |
| Exercising legal responsibilities | At least once a month, but not once a week | Full physical assistance |
| Belonging to and participating in self-advocacy/ support | At least once a month, but not once a week | Full physical assistance |
| Obtaining legal services | None or less than monthly | Full physical assistance |
| Making choices and decisions | At least once a day, but not once an hour | **Partial physical assistance** |
| Advocating for others | None or less than monthly | Full physical assistance |

*Kyle's parents are his legal guardians, and his mother is his representative payee.  They provide all advocacy support for him, as he does not recognize the need, nor is he able to make his needs known to others.*

## Exceptional Medical Support Needs

| Support Needed | Amount of Support |
|---|---|
| Inhalation or oxygen therapy | No Support Needed |
| Postural drainage | No Support Needed |
| Chest PT | No Support Needed |
| Suctioning | No Support Needed |

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

| Support Needed | Amount of Support |
| --- | --- |
| Oral stimulation or jaw positioning | No Support Needed |
| Tube feeding (e.g. nasogastric) | No Support Needed |
| Parenteral feeding (e.g. IV) | No Support Needed |
| Turning or positioning | No Support Needed |
| Dressing of open wound(s) | No Support Needed |
| Protection from infectious diseases due to immune system impairment | **Extensive Support Needed** |
| Seizure management | No Support Needed |
| Dialysis | No Support Needed |
| Ostomy care | No Support Needed |
| Lifting and/or transferring | No Support Needed |
| Therapy services | No Support Needed |
| Diabetes management | No Support Needed |
| Other(s)-Specify | **Extensive Support Needed** |

*Kyle has numerous sensitivities and allergies to foods, chemicals, and other elements. These affect his pain level, general functioning, mood, and behavior, so it is vitally important for his caregiver/s to be aware of this and limit or eliminate exposure to these things. Kyle has an autoimmune disease where he has tested positive to reacting to human brain tissue, including his own. He has antibodies to his own brain tissue. He has low cholesterol and takes vitamin B5 to help treat this. He is susceptible to Gut Dysbiosis, which can cause him to become depressed, and have more pain than usual, as well as adding to behavioral issues.*

## Exceptional Behavior Support Needs

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

| Support Needed | Amount of Support |
| --- | --- |
| Prevention of assaults or injuries to others | No Support Needed |
| Prevention of property destruction (e.g. fire setting, breaking furniture) | No Support Needed |
| Prevention of stealing | No Support Needed |
| Prevention of self-injury | No Support Needed |
| Prevention of pica (ingestion of inedible substances) | No Support Needed |
| Prevention of suicide attempts | No Support Needed |
| Prevention of sexual aggression | No Support Needed |
| Prevention of non-aggressive but inappropriate behavior (e.g. exposes self | No Support Needed |
| Prevention of tantrums or emotional outbursts | **Some Support Needed** |
| Prevention of wandering | **Some Support Needed** |
| Prevention of substance abuse | No Support Needed |
| Maintenance of mental health treatments | No Support Needed |
| Managing attention-seeking behavior | No Support Needed |
| Managing uncooperative behavior | **Some Support Needed** |
| Managing agitated/over-reactive behavior | **Extensive Support Needed** |
| Managing obsessive/repetitive behavior | **Extensive Support Needed** |
| Prevention of other serious behavior problem(s)-Specify | **Some Support Needed** |

*When Kyle in pain due to chemical sensitivity or allergy, he will become very agitated and*

---

Client Name:  Adams, Kyle K                    Date  printed: 11/01/2018 02:22 PM
Assessment Date: 08/10/2018                    Page:  11

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

*hyperactive. His mother reports that to others it may look like he intends to do harm, but really would not, so people misunderstand his behavior and are intimidated.* ██████

████████████████████████████████████████ ██ ████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████

██████ *Kyle expresses his pain behaviorally since he cannot express himself verbally. He also exhibits OCD behaviors. Kyle was going through the family's trash due to OCD behaviors within the last year, which could adversely affect his health. Kyle will erase any electronic handheld device he possesses within 24 hours of receiving it, and important information and data is often lost. He uses a flip phone due to this issue.*

## Protective Supervision

**What level of monitoring does the client typically require during awake hours?**

Line of sight/Earshot (close observation): Cannot be left unattended. Requires a support person within the room or within earshot of the client's location at all times during awake hours.

**What assistance does the client need to handle unfamiliar/unexpected situations?**

Needs full physical assistance: The client cannot generally participate in resolving such situations; someone else must resolve them.

**Is client able to summon help?**

Cannot summon help: Client is unable to summon help or discern a dangerous situation that would require help

## DDD Caregiver Status

**Primary Caregiver:** Adams, Audrey

**Other caregiving for persons who are disabled, seriously ill or under 5:**

PT responsibility for one or more additional persons

**Under what conditions are the other caregiver(s) available:**

Upon request

**Is client creating significant stresses on household:**

Clearly identifiable signs of stress

**How long continue to provide care:** 2 or more years

## Communication

Client Name: Adams, Kyle K    Date printed: 11/01/2018 02:22 PM
Assessment Date: 08/10/2018    Page: 12

Pls' Ex. 56, Page No. 042

**Person Centered Service Plan (PCSP)**
*Current Annual DDD Assessment Details*

## Speech/Hearing

**Making self understood expressing information content however able:**
Sometimes Understood

**Modes of expression:**
Speech, Sign, gestures, sounds

**Ability to understand others however able:** Sometimes Understood

**Progression Rate:** NoChange

**Hearing Progression Rate:** NoChange

**Hearing:** Minimal difficulty in noisy setting

*Kyle's speech is limited, and his comprehension is not always good.*

## Mental/Physical Health

### Pertinent History

Diagnosed with Chronic Lyme Disease January 2008. Kyle has heavy metal toxicity and multiple chemical and food sensitivities. Kyle's daily well being is maintained by protecting him from all chemical exposures, including fluoridated water. Dietary restrictions include no artificial colorings or flavorings, chemical preservatives, no gluten (wheat), diary, eggs, soy, corn, walnuts, blueberries and sesame. Kyle has adverse reactions to Tylenol and Ibuprofen. Kyle cannot be around any chemicals or cleaners. The household uses only organic and/or natural cleaning agents to help reduce exposure.

### Diagnosis

1. Allergies
*Diagnosed with many chemical sensitivities, food allergies, heavy metal toxicity.*

2. Autism

3. Irritable bowel syndrome

4. Intellectual Disability

5. LYME DISEASE
*Diagnosed in 2007.*

6 HEADACHE

---

Client Name: Adams, Kyle K                    Date printed: 11/01/2018 02:22 PM
Assessment Date: 08/10/2018                   Page: 13

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

*Kyle has headaches and migraines weekly due to chemical sensitivities and food allergies.*

7. Neuropathy

*Peripheral Neuropathy.*

**Health In...**

Headache,  History of recurrent infections,  Physical/mental function fluctuates,  Fatigue

**Is  client  comatose?**  No

## Medications

**This  list  of  medications  was  obtained  from  medical  record/client/caregiver on  the  date  of  this  assessment.  Do  not  use  this  list  as  the  basis  for assistance  with  or  administration  of  medications.**

1. B-12 Shot

| **Dose Qty:** | .5 cc | **Route:** | Injections |
| **Frequency:** | 2-3 x week | **Rx:** | Yes |

2. Boluke

| **Dose Qty:** | 1 Tablet | **Route:** | Oral |
| **Frequency:** | QOD (every other day) | **Rx:** | Yes |

3. CoQ10

| **Dose Qty:** | 1 Tablet | **Route:** | Oral |
| **Frequency:** | BID (2 x day) | **Rx:** | Yes |

4. HCL Elite

| **Dose Qty:** | 1 Tablet | **Route:** | Oral |
| **Frequency:** | BID (2 x day) | **Rx:** | Yes |

5 LITHIUM CARBONATE

| **Dose Qty:** | 1 Tablet | **Route:** | Oral |
| **Frequency:** | QD (once daily) | **Rx:** | Yes |

6. Magnelevures

| **Dose Qty:** | 1 | **Route:** | Oral |
| **Frequency:** | QD (once daily) | **Rx:** | Yes |

7 MAGNESIUM SULFATE

---

Client Name:  Adams, Kyle K

Assessment Date: 08/10/2018

Date   printed:  11/01/2018 02:22 PM

Page:  14

## Person Centered Service Plan (PCSP)
### *Current Annual DDD Assessment Details*

**Dose Qty:**                                   **Route:**   Topical

**Frequency:**   QOD (every other day)           **Rx:**   Yes

8. Magnesium Taurate

**Dose Qty:**   1 Tablet                         **Route:**   Oral

**Frequency:**   BID (2 x day)                   **Rx:**   NO

9. Omega 820

**Dose Qty:**   2                               **Route:**   Oral

**Frequency:**   QD (once daily)                 **Rx:**   Yes

10. P5P (B6)

**Dose Qty:**   1 Tablet                         **Route:**   Oral

**Frequency:**   QD (once daily)                 **Rx:**   Yes

11. Stress Support Capsules

**Dose Qty:**   2 Tablet                         **Route:**   Oral

**Frequency:**   BID (2 x day)                   **Rx:**   Yes

12. Symbio Aspergilus HP

**Dose Qty:**   5 Drops                          **Route:**   Oral

**Frequency:**   QD (once daily)                 **Rx:**   Yes

13. Symbio Firm HP

**Dose Qty:**   5 Drops                          **Route:**   Oral

**Frequency:**   QD (once daily)                 **Rx:**   Yes

14. Vitamin B-6

**Dose Qty:**   1                               **Route:**   Oral

**Frequency:**   QD (once daily)                 **Rx:**   Yes

15. Yes Oil (EFA's)

**Dose Qty:**   2                               **Route:**   Oral

**Frequency:**   QD (once daily)                 **Rx:**   NO

*Medications/Supplements prescribed/recommended by Dr. Darvish.*

## Medication Management

**Self Administration:** Must be administered

---

Client Name:  Adams, Kyle K                    Date  printed:  11/01/2018 02:22 PM
Assessment Date: 08/10/2018                    Page:  15

# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

**Frequency of need:**   Less than daily, Unmet

**Client  Strengths:**

Able to put medications in mouth

**Client  Limitations:**

Complex regimen,  Cannot fill syringe,  Cannot use syringe,  Does not follow frequency or dosage,  Multiple pharmacies,  Forgets to take medications,  Unable to read/see labels,  Unaware of dosages

**Client  Preferences:**

Would like family to assist with task,  Would like to use a pill box,  Wants pre-fillled syringes

**Caregiver  Instructions:**

Document medication taken,  Hand medication in cup or bowl,  Open containers,  Place medication in client's hand,  Remind client to take medications,  Read labels to client,  Re-order medications,  Report adverse reactions,  Cue to swallow medications

**Equipment:**

| Type | Status | Supplier |
|---|---|---|
| Medi-set | Has, uses | |
| Syringe | Has, uses | |

| Provider |
|---|
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Oral and topical medication is given numerous times a day.  B-12 injection is administered by parent provider/s in Kyle's hip.*

## Pain

**Pain Site:**

| Pain Site | Score |
|---|---|
| Headache | 4 |
| Overall | 4 |

**Frequency with which client complains or shows evidence of pain:**

Pain daily

**Pain  Management:**  Treated, full control

**Impact:**

Activity limited,  Anxiety,  Increased behaviors/acting out,  Irritability,  Sleep loss, Tantrums



*Washington State
Department of Social
& Health Services
Transforming lives*

# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

*Kyle has pain daily due to chemical sensitivity and food allergies, which cause painful reactions in his body.  He also experiences headaches.*

## Health Indicators

**Body Mass Index:**   0.00000

**Date of last doctor visit:** 03/2018
**Doctor name:**   Darvish, Nooshin

## Allergy

**Substance:**   ChemicalSensitivity
**Reaction:**

   Headaches,  Other,  Heart palpitations

**Substance:**   Artificial additives, fluoride, chlorine, preservatives
**Reaction:**

   Abdominal pain,  Headaches,  Hallucinations,  Other,  Heart palpitations

**Substance:**   Dmps, C-Clor, Tylenol, Flouride-based medications
**Reaction:**

   Headaches,  Hives/itching,  Mouth/face/eyes swell or itch,  Rash

*Intake/Exposure Restrictions: gluten, wheat, rye, barley, kamut, spelt, triticale, corn, soy, eggs, milk, peanuts, walnuts, sesame, blueberries, onions, potatoes, tomatoes, bell peppers, hot peppers, eggplant, paprika, cayenne, pork, turkey, mechanically de-boned chicken, fish, processed meats, non-organic vegetables or fruits, rice, apple, grapes, raisins, artificial sweeteners of all kinds, agave, soda, juice, tea, cocoa, synthetic preservatives (BHA, BHT, TBHQ), artificial colorings/dyes, artificial flavorings, MSG, fried foods (oil), Tylenol, Ibuprofen, Aspirin, fluoride (especially water).  Exposure to these cause Kyle physical pain, discomfort, and increases in behavioral issues.*

## Treatments/Programs/Therapies

Self Directed Care: Individuals who have a functional impairment may direct their Individual Provider to perform a health related task that they would normally be able to perform themselves if they did not have a functional impairment that prevents them from doing so.
Nurse Delegation: In private homes, Adult Family Homes, and in Assisted Living Facilities a Registered Nurse may delegate specific health related tasks to a qualified provider. The tasks are performed as instructed and supervised by the delegating nurse.



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

**Type:** Programs        **Name:**   Modify environment for behavior

**Providers:**

| Provider | Frequency |
|---|---|
| IPFamily | 5 or more/24 hrs. |
| Family/Informal supports | 5 or more/24 hrs. |

*Kyle's physical environment is altered so he is not exposed to toxins, irritants, and food and substances that he is sensitive or allergic to (for instance, water in the shower is filtered for Fluoride, which Kyle is highly sensitive to, and food in the house is what Kyle is able to eat with his sensitivities and allergies). If Kyle comes into contact with these substances, he experiences pain and discomfort, which causes him to act out and have behavioral issues.*

**Type:** Treatments        **Name:**   Application of medication for current skin co

**Providers:**

| Provider | Frequency |
|---|---|
| IPFamily | QID (4xday) |

*Topical and sublingual medications and supplements are applied to Kyle multiple times a day. He receives a B-12 injection every other day, administered by his parent provider/s.*

**Type:** Treatments        **Name:**   Injections

**Providers:**

| Provider | Frequency |
|---|---|
| IPFamily | Other |

*Kyle receives b-12 injections three times/month from his parent provider/s.*

**Type:** Treatments        **Name:**   Routine lab work

**Providers:**

| Provider | Frequency |
|---|---|
| Clinic/practitioner's office | Other |

*Labwork is done twice a year. Kyle generally has low cholesterol, and takes supplements to increase his cholesterol.*

## Memory

**Is there evidence of short term memory loss?**   Short term memory is OK

**Is there evidence of long term memory loss?**   Long term memory is OK

**Assist Type:**

     Avoid contradicting client, Speak slowly and clearly, Ask clear and simple questions,

---

Client Name: Adams, Kyle K        Date printed: 11/01/2018 02:22 PM
Assessment Date: 08/10/2018        Page: 18
Pls' Ex. 56, Page No. 048

# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

Give simple, one step directions,  Reduce noise and activity,  Set up calendar,  Give gentle verbal reminders

**Is individual oriented to person?**  Yes

**Progression Rate:**    NoChange

## Decision Making

**Rate how client makes decisions:**

Poor decisions/unaware of consequences - Decisions are poor; requires reminders, cues, and supervision in planning, organizing daily routines.

**Is client always able to supervise paid care provider?**  No

**If no, is there someone who can supervise paid care provider?** Yes

**If yes, who:** Welty, Tamara

*Kyle's parents are both his legal guardians and paid caregivers.  His sister, Tamara, sees him regularly and can supervise the care.*

## Behavior

### Current Behaviors (occurred in the last 7 days):

**Name:**  Breaks, throws items

**Frequency:**  Daily        **Alterability:**  Not easily altered

**Behavior description:**

*Kyle will erase any personal handheld device that is given to him (iPads, smart phones, etc...) within 24 hours of receiving it.  This causes loss of information, and sometimes damage to the item.  His mother has given him a flip phone instead, which does not have data stored on it, so it can still operate as a phone when erased (which Kyle still does with his contacts, and stored numbers).*

**Name:**  Disrupts household at night when others are sleeping, requires intervention

**Frequency:**  Daily        **Alterability:**  Easily altered

**Behavior description:**

*Kyle will be up at night when he is in pain.  The intervention is Epsom salt cream.*

**Name:**  Easily irritable/agitated requiring intervention

**Frequency:**  1 to 3 Days    **Alterability:**  Not easily altered

**Behavior description:**

*Kyle becomes extremely agitated when he is exposed to chemicals and substances that he is allergic or sensitive to.  This is generally brought on by the physical pain of the exposure.*

---

Client Name:  Adams, Kyle K                          Date  printed:  11/01/2018 02:22 PM
Assessment Date: 08/10/2018                          Page:  19



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

*His family tries to limit his contact with these substances, and have modified their lives and home environment to accommodate Kyle.*

**Name:**   Extreme/rapid mood swings

**Frequency:** 4 to 6 days      **Alterability:** Not easily altered

**Behavior  description:**

*Kyle has mood swings due to pain.  Lessening his exposure to substances that cause a reaction in Kyle can lessen his pain.*

**Name:**   Inappropriate verbal noises causing distress to others

**Frequency:** Daily      **Alterability:** Not easily altered

**Behavior  description:**

*Kyle makes inappropriate verbal noises daily.  This is a part of his Autism diagnosis. Provider gives verbal reminders if this causes a problem.*

**Name:**   Intimidating/threatening (no physical contact)

**Frequency:** 4 to 6 days      **Alterability:** Not easily altered

**Behavior  description:**

*Kyle's demeanor appears aggressive occasionally to those that do not know Kyle. He is generally having a reaction to being exposed to a substance he is sensitive to.  Removing Kyle from the situation will help other people be less intimidated by Kyle's reaction to physical pain.*

**Name:**   Non-health related repetitive anxious complaints/questions

**Frequency:** Daily      **Alterability:** Not easily altered

**Behavior  description:**

*Kyle gets very focused on certain things such as dates and will repeat them non-stop throughout the day.  There are no known interventions that work to alter this issue.*

**Name:**   Repetitive physical movement/pacing

**Frequency:** Daily      **Alterability:** Not easily altered

**Behavior  description:**

*Kyle will pace and constantly move around, generally this is thought to be brought on by pain due to exposure to substances he is sensitive to.  Family allows this to happen unless there is a safety concern.  The home environment is also modified to reduce likelihood of exposure.*

**Name:**   Wanders/not exit seeking

---

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

**Frequency:** Daily        **Alterability:** Not easily altered

**Behavior description:**

*Kyle is always on the move, wandering. This is easily altered when his provider catches up with him and asks him to stop. Sometimes she will call his cell phone that will vibrate and it will stop him from wandering.*

**Name:** Yelling/screaming

**Frequency:** Daily        **Alterability:** Not easily altered

**Depression**

**Behavior description:**

*Kyle can not understand or answer these questions. He has a history of depression, though his mother feels this is not alterable.* helped. Other times this is not

## ADL

**The following are the clients functional limitations as they impact ADL functioning:**

General weakness

## Universal Precautions

The formal and informal caregiver will use latex/plastic gloves when in contact with any secretions to prevent spread of infection. Thorough hand washing with soap will be done before and after gloving. Gloves will be put on and discarded at the end of each task. If the primary care provider orders these gloves they can be paid for through the medical coupon.

## Walk in Room, Hallway, and Rest of Immediate Living Environment

**Self Performance and Support Provided in the last 7 days:**

Independent, No setup or physical help

## Locomotion in Room and Immediate Living Environment

How the individual moves to and returns from areas outside of their immediate living environment

**Self Performance and Support Provided in the last 7 days:**

Independent, No setup or physical help

## Locomotion outside of Immediate Living Environment to include Outdoors

# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

How the individual moves to and returns from areas outside of their immediate living environment

**Self Performance and Support Provided in the last 7 days:**

Supervision, No setup or physical help

**Status and Assistance Available:**

Unmet

**Client Strengths:**

Client is independent with stairs

**Client Limitations:**

Needs one person to evacuate, Needs supervision to evacuate, Poor safety awareness, Unsafe in traffic

**Caregiver Instructions:**

Evacuation: Caregiver will assist, Cue to evacuate, Keep client within sight

| Provider |
| --- |
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Kyle needs daily verbal reminders from his caregivers when walking to not stand behind cars, lean over, and stare at their license plates. Kyle has an obsession with license plates, and likes to study them closely. This is an issue when the cars are parked in parking lots, and are backing up, as they are not able to see Kyle bent over behind the car.*

## BedMobility

How individual moves to and from lying position, turns side to side, and positions body while in bed

**Self Performance and Support Provided in the last 7 days:**

Independent, No setup or physical help

## Transfer

How client moves between surfaces, to/from bed, chair, wheelchair, standing position, (exclude to/from bath/toilet)

**Self Performance and Support Provided in the last 7 days:**

Independent, No setup or physical help



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

## Eating

How individual eats and drinks (regardless of skill). Includes intake of nourishment by other means (e.g., tube feeding, total parenteral nutrition)

**Self Performance and Support Provided in the last 7 days:**

Limited assistance, One person physical assist

**Status and Assistance Available:**

Unmet

**Client Strengths:**

Client is cooperative with caregiver,  Can feed self with cueing,  Client has a good appetite,  Client is motivated,  Client has own teeth

**Client Limitations:**

Chewing problem,  Current swallowing problem,  Cannot cut food,  Does not follow prescribed diet

**Client Preferences:**

Prefers large portions,  Likes to eat snacks

**Caregiver Instructions:**

Cut food into small pieces,  Encourage liquids,  Keep liquids available,  Monitor for choking,  Cue throughout meal

| Provider |
| --- |
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Kyle needs cueing to eat slowly and take normal sized bites to prevent choking. Food must be cut into small pieces for him. Kyle has many food allergies and sensitivities, and what he eats is monitored closely. Intake/Exposure Restrictions: gluten, wheat, rye, barley, kamut, spelt, triticale, corn, soy, eggs, milk, peanuts, walnuts, sesame, blueberries, onions, potatoes, tomatoes, bell peppers, hot peppers, eggplant, paprika, cayenne, pork, turkey, mechanically de-boned chicken, fish, processed meats, non-organic vegetables or fruits, rice, apple, grapes, raisins, artificial sweeteners of all kinds, agave, soda, juice, tea, cocoa, synthetic preservatives (BHA, BHT, TBHQ), artificial colorings/dyes, artificial flavorings, MSG, fried foods (oil), Tylenol, Ibuprofen, Aspirin, fluoride (especially water).*

## Toilet Use

How individual uses the toilet room (or commode, bed pan, urinal); transfers on/off toilet, cleanses, changes incontinence pads, manages ostomy or catheter, adjusts clothes

**Self Performance and Support Provided in the last 7 days:**

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

Extensive assistance, One person physical assist

**Status and Assistance Available:**

Unmet

**Client Strengths:**

Aware of need to use toilet,  Client is cooperative with caregiver,  Can toilet with cueing

**Client Limitations:**

███████████████████████████████████████████████████

**Client Preferences:**

Would like privacy

**Caregiver Instructions:**

██████████████████████████████████████████

████████████████████

| Provider |
|---|
| ADAMS AUDREY |
| Adams, Keith P - 01 |

█████████████████████████████████████████

█████████████████████████████████   █████████████████

███████████████████████████

## Continence Issues

**Bladder control (last 14 days):**  Continent

**Change in bladder continence (last 90 days):**  NoChange

**Bowel control (last 14 days):**  Continent

**Change in bowel continence (last 90 days):**  NoChange

**Bowel Pattern (last 14 days):**

Regular

**Appliances & Programs (last 14 days):**

None of these

**Individual management (last 14 days):**  Does not need or use

## Dressing

How individual puts on, fastens, and takes off all items of street clothing, including donning/removing prosthesis

**Self Performance and Support Provided in the last 7 days:**

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

Extensive assistance, One person physical assist

**Status and Assistance Available:**

Unmet

**Client Strengths:**

Client is cooperative with caregiver,  Can dress with cueing,  Client has good balance,  Client is motivated

**Client Limitations:**

Does not pick approp. clothing,  Unable to tie

**Caregiver Instructions:**

Cue to change clothes,  Encourage to change clothing,  Fasten clothing,  Help select clean clothes,  Put on/take off footwear,  Cue client for appropriate clothing

| Provider |
| --- |
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Kyle needs daily assistance tying his shoes and with other clothing fasteners.*

## Personal Hygiene

How individual maintains personal hygiene, including combing hair, brushing teeth, shaving, applying makeup, washing/drying face, hands, and perineum

**Self Performance and Support Provided in the last 7 days:**

Extensive assistance, One person physical assist

**Status and Assistance Available:**

Unmet

**Client Strengths:**

Client is cooperative with caregiver,  Able to wash face/hands

**Client Limitations:**

Cannot brush/comb hair,  Cannot do oral hygiene care,  Unaware of grooming needs,  Needs encouragement,  Cannot shave self,  Sensitive to some products

**Client Preferences:**

Prefers assistance before bedtime,  Uses an electric razor

**Caregiver Instructions:**

Brush client's teeth daily,  Cue client to comb hair ,  Cue client to brush teeth,  Cue client to change clothes,  Comb hair as needed,  Apply deodorant,  Groom facial hair as needed,  Let client try first before assisting,  Perform oral hygiene,  Provide setup for personal hygiene tasks,  Shave client daily or as needed,  Trim fingernails as needed,

![Washington State Department of Social & Health Services — Transforming lives logo]

# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

Cue client to wash face and hands

| Provider |
| --- |
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Kyle is encouraged to complete tasks on his own, but often times his provider/s will have to do the task over, as he has not done a thorough job.  He uses Colloidal Silver for deodorant, and has many sensitivities to dyes, perfumes, and chemicals, so care needs to be taken what products are used for Kyle.  He has sensitivity to Fluoride, and needs to use non-fluoride toothpaste.  Intake/Exposure Restrictions: gluten, wheat, rye, barley, kamut, spelt, triticale, corn, soy, eggs, milk, peanuts, walnuts, sesame, blueberries, onions, potatoes, tomatoes, bell peppers, hot peppers, eggplant, paprika, cayenne, pork, turkey, mechanically de-boned chicken, fish, processed meats, non-organic vegetables or fruits, rice, apple, grapes, raisins, artificial sweeteners of all kinds, agave, soda, juice, tea, cocoa, synthetic preservatives (BHA, BHT, TBHQ), artificial colorings/dyes, artificial flavorings, MSG, fried foods (oil), Tylenol, Ibuprofen, Aspirin, fluoride (especially water).*

## Bathing

How individual takes full-body shower, sponge bath, and transfer in/out of Tub/Shower

**Self Performance and Support Provided in the last 7 days:**
Physical help/part of bathing, One person physical assist

**Status and Assistance Available:**
Unmet

**Client  Strengths:**
Client is cooperative with caregiver,  Enjoys bathing,  Client is weight bearing

**Client  Limitations:**
Cannot judge water temperature,  Unable to shampoo hair,  Unaware of need

**Client  Preferences:**
Likes to bathe in the evening,  Likes to bathe daily,  Would like privacy

**Caregiver  Instructions:**
Wash back, legs, feet,  Cue to bathe,  Cue throughout bath,  Shampoo client's hair, Standby while client bathes,  Monitor water temperature,  Assist with drying and dressing,  Protect eyes when washing hair

**Equipment:**

| Type | Status | Supplier |
| --- | --- | --- |
| Other | Has, uses | Family |

---

Client Name:  Adams, Kyle K

Assessment Date: 08/10/2018

Date   printed: 11/01/2018 02:22 PM

Page:  26



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

| Provider |
|---|
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Kyle needs assistance to wash when he is in the shower/bath. Kyle has sensitivity to Fluoridated water, so the shower is outfitted with a specialized filter, but this causes the water pressure to be low, and he needs assistance rinsing as well. He is sensitive to chemicals, perfumes, and dyes, and uses specialized products during bathing. Intake/Exposure Restrictions: gluten, wheat, rye, barley, kamut, spelt, triticale, corn, soy, eggs, milk, peanuts, walnuts, sesame, blueberries, onions, potatoes, tomatoes, bell peppers, hot peppers, eggplant, paprika, cayenne, pork, turkey, mechanically de-boned chicken, fish, processed meats, non-organic vegetables or fruits, rice, apple, grapes, raisins, artificial sweeteners of all kinds, agave, soda, juice, tea, cocoa, synthetic preservatives (BHA, BHT, TBHQ), artificial colorings/dyes, artificial flavorings, MSG, fried foods (oil), Tylenol, Ibuprofen, Aspirin, fluoride (especially water).*

## Foot Care

**Foot Issues:**

| Problem Type | Problem Status | Problem Site |
|---|---|---|
| Fungus | Chronic | Both feet |

**Foot Care Needs:**

| Foot Care | Status |
|---|---|
| Applicationointments/lotions | Received/Needs |
| Nails trimmed in last 90 days | Received/Needs |

*IP is providing ongoing treatment as needed for foot fungus.*

## Skin Care

**Skin Care (Other than feet):**

| Skin Care | Status |
|---|---|
| Applicationointments/lotions | Received/Needs |
| Other preventative/protective care | Received/Needs |

**Pressure injuries:**

Skin intact over all pressure points

**Number of current pressure injuries:** 0

**Client had pressure injury that was resolved or cured in the last year**: No

*Colloidal Silver is applied to Kyle's underarms as a natural deodorant and to refresh and*



# Person Centered Service Plan (PCSP)
## Current Annual DDD Assessment Details

*prevent skin issues.*

## IADL

### Meal Preparation

How meals are prepared (e.g., planning meals, cooking, assembling Ingredients, setting out food and utensils

**Client Needs:**

Assistance, Great  difficulty, Unmet

**Client  Limitations:**

Cannot plan meals,  Cannot reheat items,  Food allergies,  Does not know how to cook, Keeps spoiled food,  Leaves burners on,  Cannot cut/peel/chop

**Client  Preferences:**

Eats 3 meals/day,  Fresh fruit and vegetables,  Prefers home cooked meals,  Large portions

**Caregiver  Instructions:**

Make food accessible to client,  Prepare breakfast,  Prepare dinner,  Prepare lunch,  Ask for client's choices,  Encourage prescribed diet,  Throw out spoiled food,  Work out a menu with client

| Provider |
| --- |
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Kyle does not help with meal preparation.  His providers do all meal preparation for him. Kyle has many sensitivities and his diet is very specialized to his medical needs.  Food is prepared separately for Kyle because of these sensitivities.  Intake/Exposure Restrictions: gluten, wheat, rye, barley, kamut, spelt, triticale, corn, soy, eggs, milk, peanuts, walnuts, sesame, blueberries, onions, potatoes, tomatoes, bell peppers, hot peppers, eggplant, paprika, cayenne, pork, turkey, mechanically de-boned chicken, fish, processed meats, non-organic vegetables or fruits, rice, apple, grapes, raisins, artificial sweeteners of all kinds, agave, soda, juice, tea, cocoa, synthetic preservatives (BHA, BHT, TBHQ), artificial colorings/dyes, artificial flavorings, MSG, fried foods (oil), Tylenol, Ibuprofen, Aspirin, fluoride (especially water).*

## Nutritional/Oral

### Nutritional Problems:



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

None of these

**Oral hygiene and dental problems:**

None of these

**Nutritional Approaches:**

| Diet | Adhere To |
|------|-----------|
| Dietarysupplement | Yes |
| Autism diet | Yes |

**Name of dentist:** Saepoff, Jessica

**Date of last dental visit:** 08/2017

## Ordinary Housework

How ordinary work around the house is performed (e.g., doing dishes, dusting, making bed, tidying up, laundry)

**Client Needs:**

Assistance, Great  difficulty, Shared benefit, Less than 1/4 of the time

**Client  Strengths:**

Can do light housekeeping,  Can take out garbage,  Can do housework with cueing

**Client  Limitations:**

Cannot make bed,  Chemical sensitivities,  Resists cleaning,  Unaware of need

**Client  Preferences:**

Likes neat house,  Do not rearrange items

**Caregiver  Instructions:**

Clean bathroom regularly,  Clean kitchen after each meal,  Wash sheets and make bed regularly,  Dust weekly,  Separate cleaning items from food,  Clean bathroom weekly, Cue to perform task(s),  Keep walkway clear of clutter,  Make bed,  Keep walkways clear,  Vacuum/mop/sweep/dust regularly,  Shovel snow as needed,  Take out garbage, Vacuum weekly

| Provider |
|----------|
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Kyle will assist with light housework.  Extra care is taken to keep the home free of substances that Kyle is sensitive to.  Intake/Exposure Restrictions: gluten, wheat, rye, barley, kamut, spelt, triticale, corn, soy, eggs, milk, peanuts, walnuts, sesame, blueberries, onions, potatoes, tomatoes, bell peppers, hot peppers, eggplant, paprika, cayenne, pork, turkey, mechanically de-boned chicken, fish, processed meats, non-organic vegetables or fruits,*

**Person Centered Service Plan (PCSP)**

*Current Annual DDD Assessment Details*

*rice, apple, grapes, raisins, artificial sweeteners of all kinds, agave, soda, juice, tea, cocoa, synthetic preservatives (BHA, BHT, TBHQ), artificial colorings/dyes, artificial flavorings, MSG, fried foods (oil), Tylenol, Ibuprofen, Aspirin, fluoride (especially water).*

## Shopping

How shopping is performed for food and household items (e.g., selecting items, managing money). Limited to brief, occasional trips in the local area to shop for food, medical necessities, and household items required specifically for the health and maintenance of the client

**Client Needs:**

Assistance, Great difficulty, Unmet

**Client Strengths:**

Can carry small items

**Client Limitations:**

Client cannot budget money, Client cannot read labels, Client cannot write checks, Prefers hard to find items, Wanders if left unattended

**Caregiver Instructions:**

Take client to store, Do all shopping for client, Put items away, Pick up medications, Read labels to client

| Provider |
|---|
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*All shopping is completed for Kyle by his caregiver/s. Shopping for Kyle is very time consuming, and his care providers need to visit multiple stores and shops in many cities to get the supplies he is able to use, as he has chemical/food/environmental sensitivities, and needs to use highly specialized products that will not cause a reaction. His medications and supplements are also purchased at a number of separate stores. Shopping for Kyle is done separately of the shopping for the rest of the family, due to these restrictions.*

## Transportation

How client travels by vehicle for medical needs (e.g., gets to places beyond walking distance). Includes accompanying or transporting client to physician's office or clinic in the local area to obtain a diagnosis or treatment

**Client Needs:**

Assistance, Great difficulty, Unmet

**Client Limitations:**

---

Client Name: Adams, Kyle K

Assessment Date: 08/10/2018

Date printed: 11/01/2018 02:22 PM

Page: 30

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

Gets lost,  Unable to arrange transportation,  Needs escort if public transport. used

**Client  Preferences:**

Private car,  Prefers Paratransit

**Caregiver  Instructions:**

Drive client to appointments,  Make arrangements for Paratransit,  Arrange medical transportation,  Accompany client to appointment

| Provider |
|---|
| ADAMS AUDREY |
| Adams, Keith P - 01 |

*Kyle uses Access to get to and from work and activities.  Otherwise, he relies on his caregiver for all transportation.*

## Wood Supply

How client gets wood for heat (this must be only source of heat)

**Is  wood  only  source  of  heat?**   No

# Social

## Employment

**Employer:** HCC

**Phone:** (   )  -

**Employee Status:**

**Start Date:** 06/12/2006

**Job Type:** Clerical

**Job Title:**

## Employment Support

**Phase of Employment:**

**Time in Job Development (months):**  0

# Definitions



# Person Centered Service Plan (PCSP)
## *Current Annual DDD Assessment Details*

**ADL Self-Performance Codes Definitions**

**Based on the last 7 days (after set up has occurred)...**

**Independent:**

No help or oversight OR help/oversight only 1 or 2 times

**Supervision:**

Oversight (monitoring, standby) encouragement or cueing provided 3 or more times OR supervision 3 or more times PLUS physical assistance provided only 1-2 times

**Limited Assistance:**

Client highly involved in activity; received physical help in guided maneuvering of limbs or other non-weight bearing assist 3 or more times OR limited assistance 3 or more times plus weight bearing or full caregiver performance 1 or 2 times.

**Extensive Assistance:**

While client performed part of activity, help of the following type(s) provided 3 or more times: Weight bearing or full Caregiver performance during part

**Total:**

Full Caregiver performance at all times.

**Activity did not occur/No provider:**

Activity did not occur in entire 7 days because there was no provider available to assist client with task.

**Activity did not occur/Client not able:**

Activity did not occur in entire 7 days because client is not capable of performing or participating in task.

**Activity did not occur/Client declined:**

Activity did not occur in entire 7 days because client declined assistance with task

**IADL Self-Performance Codes Definitions**

**Independent:**

No help, set-up, or supervision

**Set-up help/arrangements only:**

On some occasions the client did their own set-up/arrangement; at other times the client received help from another person.

**Limited Assistance:**

On some occasions the client did not need any assistance but at other times in the last 30 days the client required some assistance

**Extensive Assistance:**

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

Individual involved but required cueing/supervision or partial assistance at all times

**Total  dependence:**

Activity occurred but with full performance by others.

**Activity did not occur**

## IADL Difficulty Codes Definitions

**IADL difficulty code:**

How difficult it is (or would be) for client to do activity on own.

**No difficulty**

**Some  difficulty:**

The client needs some help, is very slow or fatigues easily

**Great  difficulty:**

Little or no involvement in the activity is possible by the client.

## Service  Summary  --  Individual Employment

### Provider  Information

#### Informal  Providers:

**Provider:**   Highline College

**Agreed  Upon  Tasks:**

Behavior Supports, Employment, Protection and Advocacy

**Phone:**   (206)878-3710

## Service  Summary  --  CFC

### Provider  Information

#### Formal  Providers:

**Provider:**   ADAMS AUDREY

**Agreed  Upon  Tasks:**

Behavior Supports, Home Living, Medical Supports, Protection and Advocacy:
Application of medication for current skin conditions, Application ointments/lotions,
Bathing, Dressing, Eating, Essential Shopping, Housework, Injections, Locomotion
Outside Room, Meal Preparation, Med. Mgmt., Modify environment for behavior, Nails
trimmed in last 90 days, Other preventative/protective care, Personal Hygiene, Toilet
Use, Transportation

**Phone:**   (425)271-2229

---

Client Name:  Adams, Kyle K

Assessment Date: 08/10/2018

Date   printed:  11/01/2018 02:22 PM

Page:   33

# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

**Provider:**  Adams, Keith P - 01

**Agreed Upon Tasks:**

Behavior Supports, Home Living, Medical Supports, Protection and Advocacy:
Application of medication for current skin conditions, Application ointments/lotions,
Bathing, Dressing, Eating, Essential Shopping, Housework, Injections, Locomotion
Outside Room, Meal Preparation, Med. Mgmt., Modify environment for behavior, Nails
trimmed in last 90 days, Other preventative/protective care, Personal Hygiene, Toilet
Use, Transportation

**Phone:**  (425)271-2229

---

**Service Summary --**  PC Mileage Reimbursement

### Provider Information

#### Formal Providers

**Provider:**  ADAMS AUDREY

**Agreed Upon Tasks:**

Home Living: Transportation

**Phone:**  (425)271-2229

---

**Service Summary --**  Respite Care

### Provider Information

#### Formal Providers

**Provider:**  BUESEN NICOLE D

**Agreed Upon Tasks:**

DDD Caregiver Status

**Phone:**  (206)390-9893

**Provider:**  WELTY TAMARA L

**Agreed Upon Tasks:**

DDD Caregiver Status

**Phone:**  (425)408-1013

**Provider:**  Preyer, Jamese E - 01

**Agreed Upon Tasks:**

DDD Caregiver Status

**Phone:**  (206)244-5471

---

Client Name:  Adams, Kyle K

Assessment Date: 08/10/2018

Date  printed:  11/01/2018 02:22 PM

Page:  34



# Person Centered Service Plan (PCSP)

## *Current Annual DDD Assessment Details*

**Provider:**  CUTTITTE AMANDA D

**Agreed Upon Tasks:**

   DDD Caregiver Status

**Phone:**   (425)466-5087


**Provider:**   Welty II, William Everett

**Agreed Upon Tasks:**

   DDD Caregiver Status

**Phone:**   (425)398-6493


**Provider:**   Goodwin, Shawna A - 01

**Agreed Upon Tasks:**

   DDD Caregiver Status

**Phone:**   (206)854-4051

# EXHIBIT G

| Account# | 056035 | Statement Date | 01/31/16 | Previous Balance | .00 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | | |
| 01/08/16 | 000385235 | 5 Gal Spring | 3@6.25 | 18.75 | | 18.75 |
| 01/08/16 | 000385235 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 20.75 |
| 01/08/16 | 000385235 | Cooler Rental | 1@8.00 [Tx] | 8.00 | | 28.75 |
| 01/08/16 | 000385235 | Tax | | .76 | | 29.51 |
| 01/08/16 | 000385235 | Invoice Total | 29.51 | | .00 | |
| 01/13/16 | | Check Payment 0000 | Thank You! | | -30.00 | -.49 |
| | | **Stop Subtotal** | **29.51** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| -.49 | .00 | .00 | .00 | .00 | | .00 | 29.51 | -30.00 | -.49 *Credit Bal* |

**Promotional Rates are valid during Promotional Term 09/11/2015 - 09/11/2016. Upon default or expiration all Standard Pricing will apply. On behalf of Mountain Mist, we appreciate the opportunity to serve you and thank you for your ongoing patronage.**

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 02-01-2016.**

2016

| ACCOUNT NUMBER | 056035 |
| AMOUNT DUE | -.49 *credit balance* |
| DUE DATE | 02/20/16 |

AMOUNT ENCLOSED   $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


3048

0560354000000001

| Account# | 056035 | Statement Date | 02/29/16 | Previous Balance | -.49 |

| Date | Invoice# | Description | | Charge | Payment | Balance |
|------|----------|-------------|---|--------|---------|---------|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | | |
| 02/05/16 | 000441842 | 5 Gal Spring | 3@6.25 | 18.75 | | 18.26 |
| 02/05/16 | 000441842 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 20.26 |
| 02/05/16 | 000441842 | Cooler Rental | 1@8.00 [Tx] | 8.00 | | 28.26 |
| 02/05/16 | 000441842 | Tax | | .76 | | 29.02 |
| 02/05/16 | 000441842 | Invoice Total | 29.51 | | .00 | |
| 02/12/16 | | Check Payment 0000    Thank You! | | | -30.00 | -.98 |
| | | **Stop Subtotal    29.51** | | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---------|------|------|------|------|------|------|------|------|------|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| -.49 | -.49 | .00 | .00 | | | -.49 | 29.51 | -30.00 | -.98 |

**Promotional Rates are valid during Promotional Term 09/11/2015 - 09/11/2016. Upon default or expiration all Standard Pricing will apply. On behalf of Mountain Mist, we appreciate the opportunity to serve you and thank you for your ongoing patronage.**

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 03-01-2016.

| ACCOUNT NUMBER | 056035 |
| AMOUNT DUE | -.98 |
| DUE DATE | 03/20/16 |

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2937

0560354000000001

Case 3:17-cv-02162-EMC Document 430-11 Filed 03/14/24 Page 69 of 118
Case 3:17-cv-02162-EMC Document 430-11 Filed 05/24/24 Page 69 of 118

| Account# | | 056035 | Statement Date | 03/31/16 | Previous Balance | | -.98 |
|---|---|---|---|---|---|---|---|
| **Date** | **Invoice#** | | **Description** | | **Charge** | **Payment** | **Balance** |

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 03/03/16 | 000496725 | 5 Gal Spring | 3@6.25 | 18.75 | | 17.77 |
| 03/03/16 | 000496725 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 19.77 |
| 03/03/16 | 000496725 | Cooler Rental | 1@8.00 [Tx] | 8.00 | | 27.77 |
| 03/03/16 | 000496725 | Tax | | .76 | | 28.53 |
| 03/03/16 | 000496725 | Invoice Total | 29.51 | .00 | | |
| 03/11/16 | | Check Payment 0000 | Thank You! | | -30.00 | -1.47 |
| 03/31/16 | 000554124 | 5 Gal Spring | 3@6.25 | 18.75 | | 17.28 |
| 03/31/16 | 000554124 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 19.28 |
| 03/31/16 | 000554124 | Invoice Total | 20.75 | .00 | | |
| | | **Stop Subtotal** | **50.26** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 20.26 | -.49 | -.49 | .00 | | | -.98 | 50.26 | -30.00 | 19.28 |

**Promotional Rates are valid during Promotional Term 09/11/2015 - 09/11/2016. Upon default or expiration all Standard Pricing will apply. On behalf of Mountain Mist, we appreciate the opportunity to serve you and thank you for your ongoing patronage.**

*Pd Bill Pay*
*4/11/16*

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment in envelope provided. Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 04-01-2016.

| ACCOUNT NUMBER | 056035 |
|---|---|
| AMOUNT DUE | 19.28 |
| DUE DATE | 04/20/16 |

AMOUNT ENCLOSED $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055



2903

0560354000019282

| Account# | 056035 | Statement Date | 4/30/2016 | Previous Balance | | 19.28 |
|---|---|---|---|---|---|---|
| Date | Invoice# | Description | | Charge | Payment | Balance |

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 04/01/16 | | Credit Card Payment | Thank You! | | -19.28 | .00 |
| 04/11/16 | | Check Payment 0000 | Thank You! | | -19.28 | -19.28 |
| 04/28/16 | 000609545 | 5 Gal Spring | | 3@6.25 | 18.75 | -.53 |
| 04/28/16 | 000609545 | Environmental Sur Chrg | | 1@2.00 | 2.00 | 1.47 |
| 04/28/16 | 000609545 | Cooler Rental | | 1@8.00 [Tx] | 8.00 | 9.47 |
| 04/28/16 | 000609545 | Tax | | | .76 | 10.23 |
| 04/28/16 | 000609545 | Invoice Total | 29.51 | | | .00 |

**Stop Subtotal    29.51**

| Current | Past Due Amounts | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | |
| 11.70 | -.49 | -.49 | -.49 | | | 19.28 | 29.51 | -38.56 | 10.23 |

**Promotional Rates are valid during Promotional Term 09/11/2015 - 09/11/2016. Upon default or expiration all Standard Pricing will apply. On behalf of Mountain Mist, we appreciate the opportunity to serve you and thank you for your ongoing patronage.**



Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

▲ ------------------- Detach and return this portion with payment in envelope provided.  Do not send cash. ------------------- ▲

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 05-02-2016.**

| ACCOUNT NUMBER | 056035 |
|---|---|
| AMOUNT DUE | 10.23 |
| DUE DATE | 05/20/16 |

AMOUNT ENCLOSED    $                    .



Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2933

0560354000010232

| Account# | 056035 | | Statement Date | 05/31/16 | Previous Balance | 10.23 |
|---|---|---|---|---|---|---|
| **Date** | **Invoice#** | | **Description** | | **Charge** | **Payment** | **Balance** |

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 05/02/16 | | Credit Card Payment | Thank You! | | -10.23 | .00 |
| 05/13/16 | | Check Payment 0000 | Thank You! | | -30.00 | -30.00 |
| 05/26/16 | 000667497 | 5 Gal Spring | 3@6.25 | 18.75 | | -11.25 |
| 05/26/16 | 000667497 | Environmental Sur Chrg | 1@2.00 | 2.00 | | -9.25 |
| 05/26/16 | 000667497 | Cooler Rental | 1@8.00 [Tx] | 8.00 | | -1.25 |
| 05/26/16 | 000667497 | Tax | | .76 | | -.49 |
| 05/26/16 | 000667497 | Invoice Total | 29.51 | | .00 | |

**Stop Subtotal** 29.51

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 18.79 | -17.81 | -.49 | -.98 | | | 10.23 | 29.51 | -40.23 | -.49 |

**Promotional Rates are valid during Promotional Term 09/11/2015 - 09/11/2016. Upon default or expiration all Standard Pricing will apply. On behalf of Mountain Mist, we appreciate the opportunity to serve you and thank you for your ongoing patronage.**



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  | Physical: 5410 189th St. E. • Puyallup • WA • 98375  | Phone: 253-535-6447 or 1-800-232-7332  | Fax: 253-539-4831

*Detach and return this portion with payment in envelope provided.  Do not send cash.*

For credit card payments, complete information on reverse side.

Beginning 1 July 2016 we will enact an across the board price increase on our standard Commercial and Residential rates.  This increase will not apply to accounts currently under active Contractual or Promotional rates for services.

| ACCOUNT NUMBER | 056035 |
|---|---|
| AMOUNT DUE | -.49 |
| DUE DATE | 06/20/16 |

AMOUNT ENCLOSED  $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY  ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2910

0560354000000000001

| Account# | 056035 | Statement Date | 06/30/16 | Previous Balance | -.49 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 06/13/16 | | Check Payment 0000    Thank You! | | -29.51 | -30.00 |
| 06/29/16 | 000737678 | Cooler Rental | 1@8.00 [Tx] | 8.00 | -22.00 |
| 06/29/16 | 000737678 | Tax | | .76 | -21.24 |
| 06/29/16 | 000737678 | Invoice Total      8.76 | | .00 | |
| | | **Stop Subtotal      8.76** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 8.76 | -10.72 | -17.81 | -1.47 | | | -.49 | 8.76 | -29.51 | -21.24 |

**Promotional Rates are valid during Promotional Term 09/11/2015 - 09/11/2016. Upon default or expiration all Standard Pricing will apply. On behalf of Mountain Mist, we appreciate the opportunity to serve you and thank you for your ongoing patronage.**

*[handwritten notes:]*
Pay Hist. 7/15/16
33.00    9/15/16    8/15/16
(0.00)

See Bill Pay History on back

— Called Customer Service
7/12/16 — Cancelled MM auto dd to AE card.
— Cancelled Bill Pay for July (duplicating AE charges)
— Set up new Bill Pay amount $33.00 + start 8/15
(the Aug pymt will be closer to $40 but rate increase
will go up to about $33 for Sept pymt

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment in envelope provided. Do not send cash.

For credit card payments, complete information on reverse side.

Beginning 1 July 2016 we will enact an across the board price increase on our standard Commercial and Residential rates. This increase will not apply to accounts currently under active Contractual or Promotional rates for services.

| ACCOUNT NUMBER | 056035 |
|---|---|
| AMOUNT DUE | -21.24 |
| DUE DATE | 07/20/16 |

*[handwritten:]* Credit Bal due to MM charging AE too!

AMOUNT ENCLOSED      $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2839

0560354000000001

| Account# | 056035 | Statement Date | 7/31/2016 | Previous Balance | -21.24 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 07/25/16 | 000779834 | 5 Gal Spring | 3@6.25 | 18.75 | -2.49 |
| 07/25/16 | 000779834 | Environmental Sur Chrg | 1@2.00 | 2.00 | -.49 |
| 07/25/16 | 000779834 | Cooler Rental *w/B $6.00 next month* | 1@8.00 [Tx] | 8.00 | 7.51 |
| 07/25/16 | 000779834 | Tax | | .76 | 8.27 |
| 07/25/16 | 000779834 | Invoice Total | 29.51 | .00 | |
| 07/28/16 | 000793370 | Cooler Rental | 1@1.18 [Tx] | 1.18 | 9.45 |
| 07/28/16 | 000793370 | Tax | | .11 | 9.56 |
| 07/28/16 | 000793370 | Invoice Total | 1.29 | .00 | |
| | | **Stop Subtotal   30.80** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 30.80 | .00 | -10.72 | -10.52 | | | -21.24 | 30.80 | .00 | 9.56 |

**Promotional Rates are valid during Promotional Term 09/11/2015 - 09/11/2016. Upon default or expiration all Standard Pricing will apply. On behalf of Mountain Mist, we appreciate the opportunity to serve you and thank you for your ongoing patronage.**

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 08-01-2016.

*Called Cust Serv and*

| ACCOUNT NUMBER | 056035 | *Bill Pay* |
| AMOUNT DUE | 9.56 | *3/15/16* |
| DUE DATE | 08/20/16 | |

AMOUNT ENCLOSED   $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2823

056035400000009563

| Account# | 056035 | Statement Date | 08/31/16 | Previous Balance | 9.56 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 08/15/16 | | Check Payment 0000    Thank You! | | -9.56 | .00 |
| 08/22/16 | 000839459 | 5 Gal Spring | 3@6.25 | 18.75 | 18.75 |
| 08/22/16 | 000839459 | Environmental Sur Chrg | 1@2.00 | 2.00 | 20.75 |
| 08/22/16 | 000839459 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 26.75 |
| 08/22/16 | 000839459 | Tax | | .57 | 27.32 |
| 08/22/16 | 000839459 | Invoice Total    27.32 | | .00 | |

**Stop Subtotal** 27.32



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 27.32 | 21.24 | .00 | -21.24 | | | 9.56 | 27.32 | -9.56 | 27.32 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment in envelope provided. Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 09-01-2016.

ACCOUNT NUMBER    056035
AMOUNT DUE    27.32
DUE DATE    09/20/16    Bill Pay 9/15/16

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2787

0560354000027325

Pls' Ex. 56, Page No. 074

| Account# | 056035 | Statement Date | 09/30/16 | Previous Balance | 27.32 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 09/15/16 | | Check Payment 0000    Thank You! | | -27.32 | .00 |
| 09/20/16 | 000897296 | 5 Gal Spring | 3@7.20 | 21.60 | 21.60 |
| 09/20/16 | 000897296 | Environmental Sur Chrg | 1@2.00 | 2.00 | 23.60 |
| 09/20/16 | 000897296 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 29.60 |
| 09/20/16 | 000897296 | Tax | | .57 | 30.17 |
| 09/20/16 | 000897296 | Invoice Total    30.17 | | .00 | |

**Stop Subtotal   30.17**

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 30.17 | 21.24 | .00 | -21.24 | | | 27.32 | 30.17 | -27.32 | 30.17 |



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 10-03-2016.**

ACCOUNT NUMBER    056035
AMOUNT DUE    30.17
DUE DATE    10/20/16

*Bill Pay 10/17/16*

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY  ADAMS
10939 SE 183RD CT
RENTON, WA 98055



2716

05603540000030170

| Account# | | Statement Date | | Previous Balance | |
|---|---|---|---|---|---|
| 056035 | | 10/31/16 | | 30.17 | |

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 10/17/16 | | Check Payment 0000    Thank You! | | -30.17 | .00 |
| 10/18/16 | 000956182 | 5 Gal Spring | 3@7.20 | 21.60 | 21.60 |
| 10/18/16 | 000956182 | Environmental Sur Chrg | 1@2.00 | 2.00 | 23.60 |
| 10/18/16 | 000956182 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 29.60 |
| 10/18/16 | 000956182 | Tax | | .57 | 30.17 |
| 10/18/16 | 000956182 | Invoice Total    30.17 | | .00 | |
| | | **Stop Subtotal    30.17** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 30.17 | 21.24 | .00 | -21.24 | | | 30.17 | 30.17 | -30.17 | 30.17 |



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

▲ ————————————— Detach and return this portion with payment in envelope provided.  Do not send cash. ————————————— ▲

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit
card payment being processed on 11-01-2016.

| ACCOUNT NUMBER | 056035 |
|---|---|
| AMOUNT DUE | 30.17 |
| DUE DATE | 11/20/16 |

AMOUNT ENCLOSED    $                           .

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY  ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2684

0560354000030170

Pls' Ex. 56, Page No. 076

| Account# | 056035 | | Statement Date | 11/30/16 | Previous Balance | | 30.17 |
|---|---|---|---|---|---|---|---|
| **Date** | **Invoice#** | | **Description** | | **Charge** | **Payment** | **Balance** |

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/15/16 | | Check Payment 0000 | Thank You! | | -30.17 | .00 |
| 11/15/16 | 001012238 | 5 Gal Spring | 3@7.20 | 21.60 | | 21.60 |
| 11/15/16 | 001012238 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 23.60 |
| 11/15/16 | 001012238 | Cooler Rental | 1@6.00 [Tx] | 6.00 | | 29.60 |
| 11/15/16 | 001012238 | Tax | | .57 | | 30.17 |
| 11/15/16 | 001012238 | Invoice Total | 30.17 | .00 | | |

**Stop Subtotal   30.17**



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 30.17 | 21.24 | .00 | -21.24 | | | 30.17 | 30.17 | -30.17 | 30.17 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

▲────────────────── Detach and return this portion with payment in envelope provided.  Do not send cash. ──────────────────▲

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit
card payment being processed on 12-01-2016.

ACCOUNT NUMBER          056035
AMOUNT DUE              30.17          *Bill Pay 12/15*
DUE DATE               12/20/16

AMOUNT ENCLOSED      $                        .

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2686

0560354000030170

| Account# | 056035 | | Statement Date | 10/31/15 | Previous Balance | | .00 |
|---|---|---|---|---|---|---|---|
| **Date** | **Invoice#** | | **Description** | | **Charge** | **Payment** | **Balance** |

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 10/12/15 | 000218477 | 5 Gal Spring | | 1@6.25 | 6.25 | 6.25 |
| 10/12/15 | 000218477 | Environmental Sur Chrg | | 1@2.00 | 2.00 | 8.25 |
| 10/12/15 | 000218477 | Invoice Total | 8.25 | | .00 | |
| 10/29/15 | 000256009 | Cooler Rental | | 1@1.58 [Tx] | 1.58 | 9.83 |
| 10/29/15 | 000256009 | Tax | | | .15 | 9.98 |
| 10/29/15 | 000256009 | Invoice Total | 1.73 | | .00 | |
| | | **Stop Subtotal** | 9.98 | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 9.98 | .00 | .00 | .00 | .00 | | .00 | 9.98 | .00 | 9.98 |

**Promotional Rates are valid during Promotional Term 09/11/2015 - 09/11/2016. Upon default or expiration all Standard Pricing will apply. On behalf of Mountain Mist, we appreciate the opportunity to serve you and thank you for your ongoing patronage.**



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 11-2-2015.

| ACCOUNT NUMBER | 056035 |
|---|---|
| AMOUNT DUE | 9.98 |
| DUE DATE | 11/20/15 |

*Credit Card ending 4205  11/2/15 $9.98*

AMOUNT ENCLOSED  $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

**AUDREY ADAMS**
**10939 SE 183RD CT**
**RENTON, WA 98055**


3091

0560354000009986

| Account# | 056035 | Statement Date | 12/31/2016 | Previous Balance | 30.17 |
|----------|--------|----------------|------------|------------------|-------|

| Date | Invoice# | Description | Charge | Payment | Balance |
|------|----------|-------------|--------|---------|---------|

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | | Charge | Payment | Balance |
|------|----------|-------------|--|--------|---------|---------|
| 12/15/16 | | Check Payment 0000 | Thank You! | | -30.17 | .00 |
| 12/15/16 | 001068623 | 5 Gal Spring | 3@7.20 | 21.60 | | 21.60 |
| 12/15/16 | 001068623 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 23.60 |
| 12/15/16 | 001068623 | Cooler Rental | 1@6.00 [Tx] | 6.00 | | 29.60 |
| 12/15/16 | 001068623 | Tax | | .57 | | 30.17 |
| 12/15/16 | 001068623 | Invoice Total | 30.17 | | | .00 |

**Stop Subtotal    30.17**

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---------|------|------|------|------|------|------|------|------|------|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 30.17 | 21.24 | .00 | -21.24 | | | 30.17 | 30.17 | -30.17 | 30.17 |

*Handwritten notes:*

1/17/17 So know moved this credit to pay the outstanding balance, Duh!

- Bill Pay sent $33.00 on 1/13/17
- There should now be 2 credit/overpayments of $2.83 (=$5.66 credit)
- Feb pymt s/b $24.51
- Recurring pymts s/b $30.17

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 1-03-2017.

ACCOUNT NUMBER  056035
AMOUNT DUE  30.17
DUE DATE  01/20/17

AMOUNT ENCLOSED  $

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747


2655

0560354000030170



| Account# | | | Statement Date | | Previous Balance | |
|---|---|---|---|---|---|---|
| | 056035 | | | 01/31/17 | | 30.17 |

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 01/13/17 | | Check Payment 0000      Thank You! | | -33.00 | -2.83 |
| 01/16/17 | 001123209 | 5 Gal Spring | 3@7.20 | 21.60 | 18.77 |
| 01/16/17 | 001123209 | Environmental Sur Chrg | 1@2.00 | 2.00 | 20.77 |
| 01/16/17 | 001123209 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 26.77 |
| 01/16/17 | 001123209 | Tax | | .57 | 27.34 |
| 01/16/17 | 001123209 | Invoice Total      30.17 | | .00 | |
| | | **Stop Subtotal     30.17** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 27.34 | .00 | .00 | .00 | | | 30.17 | 30.17 | -33.00 | 27.34 |



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 02-01-2017.**

ACCOUNT NUMBER       056035
AMOUNT DUE       27.34    *Bill Pay 2/15/17*
DUE DATE       02/20/17

AMOUNT ENCLOSED      $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2652

05603540000027341

| Account# 056035 | | Statement Date 2/28/2017 | | Previous Balance 27.34 | | |
|---|---|---|---|---|---|---|
| Date | Invoice# | Description | | Charge | Payment | Balance |
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | | |
| 02/13/17 | 001179379 | 5 Gal Spring | 4@7.20 | 28.80 | | 56.14 |
| 02/13/17 | 001179379 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 58.14 |
| 02/13/17 | 001179379 | Cooler Rental | 1@6.00 [Tx] | 6.00 | | 64.14 |
| 02/13/17 | 001179379 | Tax | | .57 | | 64.71 |
| 02/13/17 | 001179379 | Invoice Total 37.37 | | .00 | | |
| 02/15/17 | | Check Payment 0000    Thank You! | | | -27.34 | 37.37 |
| | | **Stop Subtotal    37.37** | | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 37.37 | .00 | .00 | .00 | | | 27.34 | 37.37 | -27.34 | 37.37 |



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment in envelope provided. Do not send cash.

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 03-01-2017.**

ACCOUNT NUMBER          056035
AMOUNT DUE               37.37        Bill Pay 3/17
DUE DATE                03/20/17

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2649

0560354000037376

Pls' Ex. 56, Page No. 081

| Account# | 056035 | Statement Date | 03/31/17 | Previous Balance | 37.37 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 03/13/17 | 001237897 | 5 Gal Spring | 5@7.20 | 36.00 | | 73.37 |
| 03/13/17 | 001237897 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 75.37 |
| 03/13/17 | 001237897 | Cooler Rental | 1@6.00 [Tx] | 6.00 | | 81.37 |
| 03/13/17 | 001237897 | Tax | | .57 | | 81.94 |
| 03/13/17 | 001237897 | Invoice Total | 44.57 | | .00 | |
| 03/17/17 | | Check Payment 0000   Thank You! | | | -37.37 | 44.57 |

**Stop Subtotal   44.57**

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 44.57 | .00 | .00 | .00 | | | 37.37 | 44.57 | -37.37 | 44.57 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448   |   Physical: 5410 189th St. E. • Puyallup • WA • 98375   |   Phone: 253-535-6447 or 1-800-232-7332   |   Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit
card payment being processed on 04-03-2017.

ACCOUNT NUMBER    056035
AMOUNT DUE    44.57
DUE DATE    04/20/17

Bill Pay
4/17/17

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2821

0560354000044578

Pls' Ex. 56, Page No. 082

| Account# 056035 | Statement Date 04/30/17 | Previous Balance 44.57 |
| --- | --- | --- |

| Date | Invoice# | Description | Charge | Payment | Balance |
| --- | --- | --- | --- | --- | --- |
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 04/10/17 | 001291686 | 5 Gal Spring | 4@7.20 | 28.80 | 73.37 |
| 04/10/17 | 001291686 | Environmental Sur Chrg | 1@2.00 | 2.00 | 75.37 |
| 04/10/17 | 001291686 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 81.37 |
| 04/10/17 | 001291686 | Tax | | .60 | 81.97 |
| 04/10/17 | 001291686 | Invoice Total 37.40 | | .00 | |
| 04/17/17 | 001291686 | Check Payment 0000   Thank You! | | -44.57 | 37.40 |

**Stop Subtotal  37.40**

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 37.40 | .00 | .00 | .00 | | | 44.57 | 37.40 | -44.57 | 37.40 |



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

▲ — — — — — Detach and return this portion with payment in envelope provided.  Do not send cash. — — — — — ▲

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 05-1-2017.**

| ACCOUNT NUMBER | 056035 | |
| --- | --- | --- |
| AMOUNT DUE | 37.40 | Bill Pay 5/17 |
| DUE DATE | 05/20/17 | |

AMOUNT ENCLOSED     $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055



2638

0560354000037407



| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| Account# 056035 | | Statement Date 05/31/17 | Previous Balance | | 37.40 |
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 05/08/17 | 001349844 | 5 Gal Spring | 4@7.20 | 28.80 | 66.20 |
| 05/08/17 | 001349844 | Environmental Sur Chrg | 1@2.00 | 2.00 | 68.20 |
| 05/08/17 | 001349844 | Cooler Rental | 1@6.00  [Tx] | 6.00 | 74.20 |
| 05/08/17 | 001349844 | Tax | | .60 | 74.80 |
| 05/08/17 | 001349844 | Invoice Total    37.40 | | .00 | 74.80 |
| 05/17/17 | | Check Payment 0000    Thank You! | | -37.40 | 37.40 |
| | | **Stop Subtotal    37.40** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 37.40 | .00 | .00 | .00 | | | 37.40 | 37.40 | -37.40 | 37.40 |



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  •  Physical: 5410 189th St. E. • Puyallup • WA • 98375  •  Phone: 253-535-6447 or 1-800-232-7332 • Fax: 253-539-4831

▲ ———————————— Detach and return this portion with payment in envelope instead.  Do not send cash. ———————————— ▲

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 06-01-2017.**

ACCOUNT NUMBER    056035
AMOUNT DUE    37.40    BP 6/15/17
DUE DATE    06/20/17

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY  ADAMS
10939 SE  183RD  CT
RENTON, WA 98055


2816

05603540000037407



| Account# 056035 | Statement Date 06/30/17 | Previous Balance 37.40 |

| Date | Invoice# | Description | Charge | Payment | Balance |
|------|----------|-------------|--------|---------|---------|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 06/06/17 | 001407110 | 5 Gal Spring | 4@7.20 | 28.80 | 66.20 |
| 06/06/17 | 001407110 | Environmental Sur Chrg | 1@2.00 | 2.00 | 68.20 |
| 06/06/17 | 001407110 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 74.20 |
| 06/06/17 | 001407110 | Tax | | .60 | 74.80 |
| 06/06/17 | 001407110 | Invoice Total      37.40 | | .00 | |
| 06/15/17 | | Check Payment 0000     Thank You! | | -37.40 | 37.40 |
| | | **Stop Subtotal    37.40** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---------|---------|---------|----------|-----------|----------|---------------|------------|--------------|------------|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 37.40 | .00 | .00 | .00 | | | 37.40 | 37.40 | -37.40 | 37.40 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98446 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment in envelope provided. Do not send cash.

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 07-03-2017.**

ACCOUNT NUMBER    056035
AMOUNT DUE    37.40    Bill Pay 7/14/17
DUE DATE    07/20/17

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2611

0560354000037407



| Account# | 056035 | | Statement Date | 7/31/2017 | Previous Balance | 37.40 |

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 07/05/17 | 001465046 | 5 Gal Spring | 3@7.20 | 21.60 | 59.00 |
| 07/05/17 | 001465046 | Environmental Sur Chrg | 1@2.00 | 2.00 | 61.00 |
| 07/05/17 | 001465046 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 67.00 |
| 07/05/17 | 001465046 | Tax | | .60 | 67.60 |
| 07/05/17 | 001465046 | Invoice Total   30.20 | | .00 | |
| 07/14/17 | | Check Payment 0000   Thank You! | | -37.40 | 30.20 |
| | | **Stop Subtotal   30.20** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 30.20 | .00 | .00 | .00 | | | 37.40 | 30.20 | -37.40 | 30.20 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

▲ ────── Detach and return this portion with payment in envelope provided. Do not send cash. ──────

For credit card payments, complete information on reverse side.

**Effective August 1, 2017, bottled water is now subject to retail sales tax.**

| ACCOUNT NUMBER | 056035 |
| AMOUNT DUE | 30.20 |
| DUE DATE | 08/20/17 |

*Bill Pay*
*$40.00 8/15/17*

AMOUNT ENCLOSED   $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2610

0560354000030202

Pls' Ex. 56, Page No. 086



| Account# | | | | | |
|---|---|---|---|---|---|
| 056035 | | Statement Date | 08/31/17 | Previous Balance | 30.20 |

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | | |
| 08/15/17 | | Check Payment 0000 Thank You! | | | -40.00 | -9.80 |
| 08/29/17 | 001579294 | Cooler Rental | 1@6.00 [Tx] | 6.00 | | -3.80 |
| 08/29/17 | 001579294 | Tax | | .60 | | -3.20 |
| 08/29/17 | 001579294 | Invoice Total | 6.60 | | | .00 |
| 08/30/17 | 001577555 | 5 Gal Spring | 4@7.20 [Tx] | 28.80 | | 25.60 |
| 08/30/17 | 001577555 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 27.60 |
| 08/30/17 | 001577555 | Cooler Rental | 1@6.00 [Tx] | 6.00 | | 33.60 |
| 08/30/17 | 001577555 | Tax | | 3.48 | | 37.08 |
| 08/30/17 | 001577555 | Invoice Total | 40.28 | | | .00 |
| | | **Stop Subtotal** | **46.88** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 37.08 | .00 | .00 | .00 | .00 | | 30.20 | 46.88 | -40.00 | 37.08 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

Detach and return this portion with payment in envelope provided. Do not send cash.

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit
card payment being processed on 9-1-2017.**

ACCOUNT NUMBER    056035
AMOUNT DUE    37.08    Bill Pay 9/15
DUE DATE    09/20/17

AMOUNT ENCLOSED    $

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2595

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

0560354000037083



| Account# | 056035 | Statement Date | 9/30/2017 | Previous Balance | 37.08 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 09/15/17 | | Check Payment 0000    Thank You! | | -37.08 | .00 |
| 09/28/17 | 001634842 | 5 Gal Spring | 5@7.20 [Tx] | 36.00 | 36.00 |
| 09/28/17 | 001634842 | Environmental Sur Chrg | 1@2.00 | 2.00 | 38.00 |
| 09/28/17 | 001634842 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 44.00 |
| 09/28/17 | 001634842 | Tax | | 4.20 | 48.20 |
| 09/28/17 | 001634842 | Invoice Total    48.20 | | .00 | |
| | **Stop Subtotal** | **48.20** | | | |



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 48.20 | .00 | .00 | .00 | | | 37.08 | 48.20 | -37.08 | 48.20 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

- - - - - - - - - - - - - - - - - Detach and return this portion with payment in envelope provided.  Do not send cash. - - - - - - - - - - - - - - - - -

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 10-2-2017.**

| ACCOUNT NUMBER | 056035 |
|---|---|
| AMOUNT DUE | 48.20 |
| DUE DATE | 10/20/17 |

*Bill Pay*
*40.00  10/13*
*8.20  10/18*
*48.20*

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2598

0560354000048201



| Account# | | Statement Date | | | Previous Balance | |
|---|---|---|---|---|---|---|
| 056035 | | 10/31/17 | | | 48.20 | |

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 10/13/17 | | Check Payment 0000  Thank You! | | -40.00 | 8.20 |
| 10/18/17 | | Check Payment 0000  Thank You! | | -8.20 | .00 |
| 10/20/17 | 001681958 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 6.00 |
| 10/20/17 | 001681958 | Tax | | .60 | 6.60 |
| 10/20/17 | 001681958 | Invoice Total      6.60 | | .00 | |
| 10/26/17 | 001692998 | 5 Gal Spring | 2@7.20 [Tx] | 14.40 | 21.00 |
| 10/26/17 | 001692998 | Environmental Sur Chrg | 1@2.00 | 2.00 | 23.00 |
| 10/26/17 | 001692998 | Tax | | 1.44 | 24.44 |
| 10/26/17 | 001692998 | Invoice Total      17.84 | | .00 | |
| | | **Stop Subtotal    24.44** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 24.44 | .00 | .00 | .00 | .00 | | 48.20 | 24.44 | -48.20 | 24.44 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

▲ ------- Detach and return this portion with payment in envelope provided.  Do not send cash. ------- ▲

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 11-1-2017.**

ACCOUNT NUMBER        056035
AMOUNT DUE             24.44
DUE DATE               11/20/17

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2562

056035400000024443



| Account# | 056035 | Statement Date | 11/30/17 | Previous Balance | 24.44 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | | |
| 11/15/17 | | Check Payment 0000    Thank You! | | | -24.44 | .00 |
| 11/27/17 | 001749939 | 5 Gal Spring | 4@7.20 [Tx] | 28.80 | | 28.80 |
| 11/27/17 | 001749939 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 30.80 |
| 11/27/17 | 001749939 | Cooler Rental | 1@6.00 [Tx] | 6.00 | | 36.80 |
| 11/27/17 | 001749939 | Tax | | 3.48 | | 40.28 |
| 11/27/17 | 001749939 | Invoice Total        40.28 | | | .00 | |
| | | **Stop Subtotal    40.28** | | | | |



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 40.28 | .00 | .00 | .00 | | | 24.44 | 40.28 | -24.44 | 40.28 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit
card payment being processed on 12-1-2017.**

| ACCOUNT NUMBER | 056035 | BP 12/15/17 |
|---|---|---|
| AMOUNT DUE | 40.28 | |
| DUE DATE | 12/20/17 | |

AMOUNT ENCLOSED        $                    .

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2527

05603540000040288

| Account# | 056035 | Statement Date | 12/31/2017 | Previous Balance | 40.28 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 12/15/17 | | Check Payment 0000   Thank You! | | -40.28 | .00 |
| 12/26/17 | 001804878 | 5 Gal Spring | 3@7.20 [Tx] | 21.60 | 21.60 |
| 12/26/17 | 001804878 | Environmental Sur Chrg | 1@2.00 | 2.00 | 23.60 |
| 12/26/17 | 001804878 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 29.60 |
| 12/26/17 | 001804878 | Tax | | 2.76 | 32.36 |
| 12/26/17 | 001804878 | Invoice Total   32.36 | | .00 | |

**Stop Subtotal   32.36**



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 32.36 | .00 | .00 | .00 | | | 40.28 | 32.36 | -40.28 | 32.36 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

▲ Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit
card payment being processed on 01-02-2018.

| ACCOUNT NUMBER | 056035 |
|---|---|
| AMOUNT DUE | 32.36 |
| DUE DATE | 01/20/18 |

*40.00*
*Bill Pay*
*1-12-18*

AMOUNT ENCLOSED   **$**

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2500

0560354000032365

| Date | Invoice# | Description | Charge | Payment | Balance |
|------|----------|-------------|--------|---------|---------|

Account# 056035  Statement Date 1/31/2018  Previous Balance 32.36

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | | Charge | Payment | Balance |
|------|----------|-------------|---|--------|---------|---------|
| 01/12/18 | | Check Payment 0000 | Thank You! | | -40.00 | -7.64 |
| 01/24/18 | 001862825 | 5 Gal Spring | 3@7.20 [Tx] | 21.60 | | 13.96 |
| 01/24/18 | 001862825 | Environmental Sur Chrg | 1@2.00 | 2.00 | | 15.96 |
| 01/24/18 | 001862825 | Cooler Rental | 1@6.00 [Tx] | 6.00 | | 21.96 |
| 01/24/18 | 001862825 | Tax | | 2.76 | | 24.72 |
| 01/24/18 | 001862825 | Invoice Total | 32.36 | | .00 | |

**Stop Subtotal   32.36**

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---------|-----------|---------|----------|-----------|----------|---------------|------------|--------------|------------|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 24.72 | .00 | .00 | .00 | | | 32.36 | 32.36 | -40.00 | 24.72 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

▲ ───── Detach and return this portion with payment in envelope provided.  Do not send cash. ─────

For credit card payments, complete information on reverse side.

**The balance due is pending your monthly credit card payment being processed on 02-01-2018.**

ACCOUNT NUMBER    056035
AMOUNT DUE         24.72        *BP 2/14/18*
DUE DATE           02/20/18

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055

2492

0560354000024727

Pls' Ex. 56, Page No. 092

| Account# | 056035 | Statement Date | 2/28/2018 | Previous Balance | 24.72 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | | |
| 02/07/18 | 001891959 | Environmental Sur Chrg | 1@2.00 | | 2.00 | 26.72 |
| 02/07/18 | 001891959 | 5 Gal Spring | 4@7.20 [Tx] | | 28.80 | 55.52 |
| 02/07/18 | 001891959 | Cooler Rental | 1@6.00 [Tx] | | 6.00 | 61.52 |
| 02/07/18 | 001891959 | Tax | | | 3.48 | 65.00 |
| 02/07/18 | 001891959 | Invoice Total | 40.28 | | .00 | |
| 02/16/18 | | Check Payment 0000    Thank You! | | | -24.72 | 40.28 |
| 02/21/18 | 001917094 | 5 Gal Spring | 2@7.20 [Tx] | | 14.40 | 54.68 |
| 02/21/18 | 001917094 | Environmental Sur Chrg | 1@2.00 | | 2.00 | 56.68 |
| 02/21/18 | 001917094 | Tax | | | 1.44 | 58.12 |
| 02/21/18 | 001917094 | Invoice Total | 17.84 | | .00 | |
| 02/21/18 | 001917125 | 5 Gal Spring | -2@7.20 [Tx] | | -14.40 | 43.72 |
| 02/21/18 | 001917125 | Tax | | | -1.44 | 42.28 |
| 02/21/18 | 001917125 | Credit Total | -15.84 | | .00 | |
| | | **Stop Subtotal    42.28** | | | | |



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 42.28 | .00 | .00 | .00 | .00 | | 24.72 | 42.28 | -24.72 | 42.28 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 03-01-2018.

ACCOUNT NUMBER        056035
AMOUNT DUE        42.28    BP 3/19/18
DUE DATE        03/20/18

AMOUNT ENCLOSED    $

AUDREY  ADAMS
10939 SE 183RD CT
RENTON, WA 98055

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747


2480

0560354000042287

| Account# | 056035 | Statement Date | 03/31/18 | Previous Balance | 42.28 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 03/19/18 | | Check Payment 0000    Thank You! | | -42.28 | .00 |
| 03/21/18 | 001973452 | 5 Gal Spring | 4@7.20 [Tx] | 28.80 | 28.80 |
| 03/21/18 | 001973452 | Enviromental Surcharge | 1@2.00 | 2.00 | 30.80 |
| 03/21/18 | 001973452 | Cooler Rental | 1@6.00 [Tx] | 6.00 | 36.80 |
| 03/21/18 | 001973452 | Tax | | 3.48 | 40.28 |
| 03/21/18 | 001973452 | Invoice Total    40.28 | | .00 | |
| | | **Stop Subtotal    40.28** | | | |



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 40.28 | .00 | .00 | .00 | | | 42.28 | 40.28 | -42.28 | 40.28 |



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

▲ Detach and return this portion with payment in envelope provided.  Do not send cash. ▲

For credit card payments, complete information on reverse side.

A minimal price increase will go into effect in April for accounts currently not under contract pricing.

ACCOUNT NUMBER    056035
AMOUNT DUE    40.28
DUE DATE    04/20/18

BP 4/19/18

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY  ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2448

05603540000040288



| Account# | 056035 | Statement Date | 04/30/18 | Previous Balance | | | 40.28 |
|---|---|---|---|---|---|---|---|
| Date | Invoice# | Description | | Charge | Payment | Balance |

**Stop# 1 Audrey Adams 10939 SE 183rd Ct**

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 04/18/18 | 002027889 | 3 Gal Spring | 3@7.20 [Tx] 21.60 | | 61.88 |
| 04/18/18 | 002027889 | Enviromental Surcharge | 1@2.50 2.50 | | 64.38 |
| 04/18/18 | 002027889 | Cooler Rental | 1@8.00 [Tx] 8.00 | | 72.38 |
| 04/18/18 | 002027889 | Tax | 2.96 | | 75.34 |
| 04/18/18 | 002027889 | Invoice Total 35.06 | .00 | | |
| 04/19/18 | | Check Payment 0000 Thank You! | | -40.28 | 35.06 |

**Stop Subtotal 35.06**

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 35.06 | .00 | .00 | .00 | | | 40.28 | 35.06 | -40.28 | 35.06 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

▲ ──────── Detach and return this portion with payment in envelope provided.  Do not send cash. ──────── ▲

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 5-1-2018.

ACCOUNT NUMBER 056035
AMOUNT DUE 35.06      *BP 5/15/18*
DUE DATE 05/20/18

*Dupl* 35.06  *BP 5/21/18*

AMOUNT ENCLOSED $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2457

0560354000003506B

| Account# | 056035 | Statement Date | 5/31/2018 | Previous Balance | 35.06 |

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | |
| 05/16/18 | 002085260 | 3 Gal Spring | 3@7.20 [Tx] | 21.60 | 56.66 |
| 05/16/18 | 002085260 | Enviromental Surcharge | 1@2.50 | 2.50 | 59.16 |
| 05/16/18 | 002085260 | Cooler Rental | 1@8.00 [Tx] | 8.00 | 67.16 |
| 05/16/18 | 002085260 | Tax | | 2.96 | 70.12 |
| 05/16/18 | 002085260 | Invoice Total 35.06 | | .00 | |
| 05/17/18 | 002088125 | 3 Gal Spring | 2@7.20 [Tx] | 14.40 | 84.52 |
| 05/17/18 | 002088125 | Tax | | 1.44 | 85.96 |
| 05/17/18 | 002088125 | Invoice Total 15.84 | | .00 | |
| 05/18/18 | | Check Payment 0000 Thank You! | | -35.06 | 50.90 |
| 05/21/18 | | Check Payment 0000 Thank You! | *I did not pay twice* | -35.06 | 15.84 |
| | | **Stop Subtotal** 50.90 | | | |



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 15.84 | .00 | .00 | .00 | | | 35.06 | 50.90 | -70.12 | 15.84 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

---

Detach and return this portion with payment in envelope provided. Do not send cash.

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit card payment being processed on 6-1-2018.

ACCOUNT NUMBER
AMOUNT DUE
DUE DATE

056035
15.84
06/20/18

*BP 6/15/18*

*(Pymt due s/H/B #50,90)*

AMOUNT ENCLOSED   $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055



2435

0560354000015843

| Account# 056035 | | Statement Date 06/30/18 | Previous Balance 15.84 |

| Date | Invoice# | Description | Charge | Payment | Balance |
|------|----------|-------------|--------|---------|---------|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | *Reversed dupl. posting of pymt* | | |
| 06/01/18 | | Check Payment 0000 | | 35.06 | 50.90 |
| 06/14/18 | 002143862 | 3 Gal Spring | 5@7.20 [Tx] | 36.00 | 86.90 |
| 06/14/18 | 002143862 | Enviromental Surcharge | 1@2.50 | 2.50 | 89.40 |
| 06/14/18 | 002143862 | Cooler Rental | 1@8.00 [Tx] | 8.00 | 97.40 |
| 06/14/18 | 002143862 | Tax | | 4.40 | 101.80 |
| 06/14/18 | 002143862 | Invoice Total  50.90 | | .00 | |
| 06/15/18 | | Check Payment 0000   Thank You! | | -15.84 | 85.96 |
| | | **Stop Subtotal  50.90** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---------|------|------|------|------|------|------|------|------|------|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 85.96 | .00 | .00 | .00 | | | 15.84 | 50.90 | --19.22 | 85.96 OK |

*Includes $35.06 from last month*

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

▲ — — — — — — — — Detach and return this portion with payment in envelope provided.  Do not send cash. — — — — — — — —

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit
card payment being processed on 7-02-2018.

ACCOUNT NUMBER          056035
AMOUNT DUE               85.96
DUE DATE                 07/20/18

*85.96 OK*
*BP 7/17/18*

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2460

05603540000085961



| Account# | 056035 | | Statement Date | 7/31/2018 | Previous Balance | 85.96 |
|---|---|---|---|---|---|---|

| Date | Invoice# | Description | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| **Stop# 1 Audrey Adams 10939 SE 183rd Ct** | | | | | | |
| 07/13/18 | 002198085 | 3 Gal Spring | 3@7.20 [Tx] | 21.60 | | 107.56 |
| 07/13/18 | 002198085 | Enviromental Surcharge | 1@2.50 | 2.50 | | 110.06 |
| 07/13/18 | 002198085 | Cooler Rental | 1@8.00 [Tx] | 8.00 | | 118.06 |
| 07/13/18 | 002198085 | Tax | | 2.96 | | 121.02 |
| 07/13/18 | 002198085 | Invoice Total | 35.06 | | .00 | |
| 07/17/18 | | Check Payment 0000 | Thank You! | | -85.96 | 35.06 |
| | | **Stop Subtotal** | 35.06 | | | |



| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| 35.06 | .00 | .00 | .00 | | | 85.96 | 35.06 | -85.96 | 35.06 |

www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

—————————————— Detach and return this portion with payment in envelope provided. Do not send cash. ——————————————

For credit card payments, complete information on reverse side.

The balance due is pending your monthly credit
card payment being processed on 8-01-2018.

ACCOUNT NUMBER    056035
AMOUNT DUE    35.06    *BP 8/17/18*
DUE DATE    08/20/18

AMOUNT ENCLOSED    $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2421

056035400000350b8

| Account # | | | | | | 35.06 |
|---|---|---|---|---|---|---|
| DATE | INVOICE | DESCRIPTION | | CHARGE | PAYMENT | BALANCE |
| **Stop** 1 | Audrey Adams | 10939 SE 183rd Ct | | | | |
| 08/10/2018 | 002254351 | Enviromental Surcharge | Qty 1@2.50 | 2.50 | | 37.56 |
| 08/10/2018 | 002254351 | Cooler Rental | Qty 1@8.00 [Tx] | 8.00 | | 45.56 |
| | | Serial No.CM1612044584 - AB-HAB | | | | |
| 08/10/2018 | 002254351 | ( 0.5200 WASH STATE ) | | | | |
| 08/10/2018 | 002254351 | ( 0.1680 1725-RENTON ) | | | | |
| 08/10/2018 | 002254351 | ( 0.1120 RTA ) | | | | |
| 08/10/2018 | 002254351 | Tax | | 0.80 | | 46.36 |
| 08/15/2018 | | Check Payment 0000 | Thank You! | | -37.56 | 8.80 |
| | | **Stop Subtotal** | -26.26 | | | |

| Current | PAST DUE AMOUNTS | | | | | PREV. BALANCE | CHARGES (+) | PAYMENTS (-) | **AMOUNT DUE** |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 plus | | | | |
| 8.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.06 | 11.30 | -37.56 | 8.80 |

www.mountainmist.com

Mail:P.O. Box 44427 • Tacoma • WA • 98448 | Physical: 5410 189th St. E. • Puyallup • WA • 98375 | Phone: 253-535-6447 or 1-800-232-7332 | Fax: 253-539-4831

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with payment to 'Mountain Mist • Payment Processing Center • P.O. Box 84447 • Seattle • WA • 98124-5747

For credit card payments, complete this section.

| ☐ **VISA** ☐ **MasterCard** | CARD NUMBER | AMOUNT |
|---|---|---|
| ☐ **AMERICAN EXPRESS** | SIGNATURE | EXP. DATE |
| CARDHOLDER NAME (Please Print) | | |

ACCOUNT NUMBER          056035
AMOUNT DUE          8.80
DUE DATE          09/20/2018

AMOUNT ENCLOSED    **$**          .

Mountain Mist
PO Box 84447
Seattle  WA  98124-5747

Audrey Adams
10939 SE 183rd Ct
Renton  WA  98055

0560354000008801

| Account# | 056035 | Statement Date | 9/30/2018 | Previous Balance | 8.80 |
|---|---|---|---|---|---|

| Date | Invoice# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 09/30/18 | | No Invoice Activity | | .00 | 8.80 |
| | **Stop Subtotal** | **.00** | | | |

| Current | Past Due Amounts | | | | | Prev. Balance | Charges(+) | Payments (-) | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 Plus | | | | |
| .00 | 8.80 | .00 | .00 | | | 8.80 | .00 | .00 | 8.80 |



www.mountainmist.com

Mail: P.O. Box 44427 • Tacoma • WA • 98448  |  Physical: 5410 189th St. E. • Puyallup • WA • 98375  |  Phone: 253-535-6447 or 1-800-232-7332  |  Fax: 253-539-4831

Detach and return this portion with payment in envelope provided.  Do not send cash.

For credit card payments, complete information on reverse side.

ACCOUNT NUMBER 056035
AMOUNT DUE 8.80
DUE DATE 10/20/18

BP 10/9/18

AMOUNT ENCLOSED $

Mountain Mist
Payment Processing Center
PO BOX 84447
Seattle, WA 98124-5747

AUDREY ADAMS
10939 SE 183RD CT
RENTON, WA 98055


2422

0560354000008801

Case 3:17-cv-02162-EMC   Document 430-11   Filed 09/14/24   Page 101 of 118
Case 3:17-cv-02162-EMC   Document 430-1   Filed 05/22/24   Page 101 of 118

# DR.MERCOLA®

**Order I. fo**

Order Placed o.  October 6, 2018

Order # O14605529

Recipie. t: Audrey  Adams

Status: Bei. g Processed

Amou. t: $197.00

Shippi. g Method: Eco. omy (2 – 5 Busi. ess Days)

**Shippi. g Address**

**Audrey Adams**

Ordered usi. g PayPal

10939 SE 183rd Court, Re. to. , Washi. gto.

98055 US

4252712229

**Payme. t I. formatio.**

XXXXXXXXXXXX4127

**Billi. g Address**

**Audrey Adams**

10939 SE 183rd Ct, Re. to. , Washi. gto.

98055 US

4252712229

## Items Ordered

| Item | Qua. tity | Total |
|---|---|---|
| **Shower Filter: 2 U. its & 2 Cartridges** <br> + View Kit Details | 1 | **$197.00** |
| Shower Filter (SWF2000): 1 U. it | 2 | |
| Shower Filter Replaceme. t Cartridge (SFR2000): 1 u. it | 2 | |

## Order Summary

| | |
|---|---|
| **Subtotal** | $197.00 |

Case 3:17-cv-02162-EMC   Document 430-11   Filed 03/14/24   Page 102 of 118
Case 3:17-cv-02162-EMC   Document 100-17   Filed 05/22/19   Page 102 of 118

**Shippi. g: Eco. omy (2 – 5 Busi. ess Days)**                                    **FREE**

**Sales Tax**                                                                      $0.00

---

**ORDER TOTAL**                                                                   $197.00

**197.00** Estimated poi. ts ear. ed  ?

https://shop.mercola.com/widgets-customer/printorder/14605529                    10/6/2018

**From:** Clearly Filtered [mailto:info@clearlyfiltered.com]
**Sent:** Saturday, April 07, 2018 9:15 PM
**To:** audrey55@comcast.net
**Subject:** Order #45382 confirmed

# Clearly Filtered                                    ORDER #45382

## Thank you for your purchase!

Hi Audrey, we're getting your order ready to be shipped. We will notify you

when it has been sent.

**View your order**

or Visit our store

---

## Order summary

| | Clean Water Pitcher Replacement Filter × 1 | $42.46 |
|---|---|---|
| | Subtotal | $42.46 |
| | Shipping | $0.00 |
| | Total | **$42.46 USD** |

Case 3:17-cv-02162-EMC   Document 100-17   Filed 05/22/19   Page 104 of 118

## Customer information

**Shipping address**

Audrey Adams

10939 SE 183rd Ct

Renton WA 98055

United States

**Billing address**

Audrey Adams

10939 SE 183rd Ct

Renton WA 98055

United States

**Shipping method**

Ground Shipping

**Payment method**

— **$42.46**

If you have any questions, reply to this email or contact us at info@clearlyfiltered.com

.

**From:** Clearly Filtered [mailto:info@clearlyfiltered.com]
**Sent:** Wednesday, May 09, 2018 6:39 PM
**To:** audrey55@comcast.net
**Subject:** Order #47124 confirmed

# Clearly Filtered

ORDER #47124

## Thank you for your purchase!

Hi Audrey, we're getting your order ready to be shipped. We will notify you
when it has been sent.

View your order

or Visit our store

---

## Order summary

| | | |
|---|---|---|
| **Water Pitcher with Affinity Filtration Technology × 2** | | **$120.00** |
| | Subtotal | **$120.00** |
| | Shipping | **$0.00** |
| | Total | **$120.00 USD** |

## Customer information

**Shipping address**
Audrey Adams
10939 SE 183rd Ct
Renton WA 98055
United States

**Billing address**
Audrey Adams
10939 SE 183rd Ct
Renton WA 98055
United States

**Shipping method**
Ground Shipping

**Payment method**

**VISA** Payment method — **$120.00**

Payment method — **$120.00**

If you have any questions, reply to this email or contact us at info@clearlyfiltered.com

.

# EXHIBIT H

**u.s.bank**   PERSONAL MONEY ORDER   No. 3315006966

DATE: ~~DECEMBER 23, 2013~~   5/4/14

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee  *Food & Water Watch*

CUSTOMER COPY

Location:   3315 Renton Main WA

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

NON NEGOTIABLE

SAVE THIS RECORD

HARLAND CLARKE  20745 (01/13)  13225851

---

**u.s.bank**   PERSONAL MONEY ORDER   No. 3322005094

DATE: JUNE 16, 2015   6/19/15

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee  *Food & Water Watch*

CUSTOMER COPY

Location:   3322 Tukwila Andover Park

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

NON NEGOTIABLE

SAVE THIS RECORD

HARLAND CLARKE  20745 (01/13)  40249385

---

**u.s.bank**   PERSONAL MONEY ORDER   No. 3322005342

oct 6

DATE: ~~SEPTEMBER 25, 2015~~

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee  *Food & Water Watch*

CUSTOMER COPY

Location:   3322 Tukwila Andover Park

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

NON NEGOTIABLE

SAVE THIS RECORD

HARLAND CLARKE  20745 (01/13)  50069938

**US bank**

**PERSONAL MONEY ORDER**

No. 3339010282

8/17

**DATE:** JUNE 15, 2016

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee   *Food and Water Watch*

CUSTOMER COPY

Location:   3339 Spring Glen

**NON NEGOTIABLE**

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY.

SAVE THIS RECORD

HARLAND CLARKE   20745 (01/13)   13320734

---

**US bank**

**PERSONAL MONEY ORDER**

No. 3339010574

10/11/16

**DATE:** SEPTEMBER 26, 2016

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee   *Food and Water Watch*

CUSTOMER COPY

Location:   3339 Spring Glen

**NON NEGOTIABLE**

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

SAVE THIS RECORD

HARLAND CLARKE   20745 (01/13)   60099668

---

**US bank**

**PERSONAL MONEY ORDER**

No. 3339011840

10/17

**DATE:** JULY 18, 2018

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee   *Food y Water Action*

CUSTOMER COPY

Location:   3339 Spring Glen

**NON NEGOTIABLE**

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

SAVE THIS RECORD

HARLAND CLARKE   20745 (01/13)   70384462



# PERSONAL MONEY ORDER

No. 3339008695

Dec 21

DATE: ~~OCTOBER 23,~~ 2014

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee  Fluoride Action Network

CUSTOMER COPY

Location: 3339 Spring Glen

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

NON NEGOTIABLE

SAVE THIS RECORD

HARLAND CLARKE  20745 (01/13)  40249385

---

# PERSONAL MONEY ORDER

No. 3315011200

DATE: JANUARY 19, 2018   4/3/18

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee  Fluoride Action Network

CUSTOMER COPY

Location: 3315 Renton Main WA

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

NON NEGOTIABLE

SAVE THIS RECORD

HARLAND CLARKE  20745 (01/13)  70162732

---

# PERSONAL MONEY ORDER

No. 3315011195

DATE: JANUARY 19, 2018   4/3/18

TWENTY DOLLARS AND 00 CENTS

$ 20.00

Payee  Fluoride Action Network

CUSTOMER COPY

Location: 3315 Renton Main WA

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

NON NEGOTIABLE

SAVE THIS RECORD

**Audrey Adams**

| | |
|---|---|
| **From:** | donations@networkforgood.org |
| **Sent:** | Thursday, December 26, 2013 11:30 AM |
| **To:** | audrey55@comcast.net |
| **Subject:** | Thank you for your contribution to American Environmental Health Studies  Project |



# AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC

**DECEMBER 26, 2013**    www.fluoridealert.org    

## Thank You

Your generous contribution to **AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC** will appear on your credit card or PayPal statement as processed by Network for Good. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

1

# Receipt

**Name:** Audrey Adams
**Address:** 10939 SE 183rd Ct
**City:** Renton
**State/Province/Region:** WA
**ZIP/Postal Code:** 98055
**Country:** United States
**Email:** audrey55@comcast.net
**Phone:** 425-271-2229

**Method of Payment:** PayPal
**Amount:** $25.00
**Total Billed:** $25.00

**Tax-Deductible Amount:** $25.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax-deductible total.)
**Date:** 12/26/2013
**Time:** 02:30 PM EST
**Reference #:** 1258123622

**Nonprofit Organization:** AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC
**Address:** 16 Lamoille St Essex Jct VT 05452
**Designation:**

The information on this receipt is private and used only for the purposes of processing your donation. For more on Network for Good's privacy and security policies, please visit www.networkforgood.org/privacy.

Your contribution is being made to Network for Good, a nonprofit, donor-advised fund (tax ID 68-0480736), which will distribute your donation to the nonprofit organization you indicated. As required by the Internal Revenue Service (IRS), Network for Good has exclusive legal control over

2

**Audrey Adams**

| | |
|---|---|
| **From:** | Network for Good [donotreply@networkforgood.org] |
| **Sent:** | Friday, December 18, 2015 7:21 PM |
| **To:** | audrey55@comcast.net |
| **Subject:** | Thank you for your contribution to American Environmental Health Studies  Project |



# American Environmental Health Studies Project

DECEMBER 18, 2015     www.fluoridealert.org    

## Thank You

Your generous donation to **American Environmental Health Studies Project** is processed by Network for Good. Depending on your method of payment, your credit card or PayPal statement will show 'Network for Good' or the charity to which you donated. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

1

# Receipt

Name: Audrey Adams
Address: 10939 SE 183RD CT
City: RENTON
State/Province/Region: WA
ZIP/Postal Code: 98055
Country: United States
Email: audrey55@comcast.net
Phone: 425-271-2229

Method of Payment: PayPal
Amount: $75.00
Total Billed: $75.00

Tax-Deductible Amount: $75.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax-deductible total.)
Date: 12/18/2015
Time: 10:20 PM EST
Reference #: 1262107454

Nonprofit Organization: AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC
Address: 16 Lamoille St Essex Jct VT 05452
Designation:

If you made a recurring donation you can always edit or update your information by logging in through the donation page. To log in click the recurring donor log in button at the top of the donation page and use your email address and the password you created when you made your first recurring donation.

The information in the email is private and only used for the purposes of processing your donation. For more on Network for Good's privacy and security policies and other disclosures, please visit

2

**Audrey Adams**

| | |
|---|---|
| **From:** | Network for Good [donotreply@networkforgood.org] |
| **Sent:** | Thursday, December 21, 2017 10:06 PM |
| **To:** | audrey55@comcast.net |
| **Subject:** | Thank you for your contribution to American Environmental Health Studies  Project |



# American Environmental Health Studies Project

DECEMBER 22, 2017                    www.fluoridealert.org    

## Thank You

Your generous donation to **American Environmental Health Studies Project**
is processed by Network for Good. Depending on your method of
payment, your credit card or PayPal statement will show 'Network for
Good' or the charity to which you donated. This receipt certifies that you
have made this donation as a charitable contribution and that you are not
receiving any goods or services in return. Your donation is tax deductible
to the extent allowed by law.

You may save or print this receipt for your financial records. It may be
useful to you when completing your tax return.

1

Pls' Ex. 56, Page No. 115

# Receipt

**Name:** Audrey Adams
**Address:** 10939 SE 183rd Ct
**City:** Renton
**State/Province/Region:** WA
**ZIP/Postal Code:** 98055
**Country:** United States
**Email:** audrey55@comcast.net
**Phone:** 206-251-3303

**Method of Payment:** CreditCard
**Name on Credit Card:** Audrey I Adams
**Credit Card Last 4 Digits:** 4127
**Amount:** $50.00
**Total Billed to Your Credit Card:** $50.00

**Tax-Deductible Amount:** $50.00 (If a thank you gift or ticket
item was selected during the checkout process, its fair market
value is not included in this tax-deductible total.)
**Date:** 12/22/2017
**Time:** 01:06 AM EST
**Transaction #:** 1269736463

**Authorization:** Approved
**Authorization Code:** 60562G

**Nonprofit Organization:** American Environmental Health
Studies Project Inc
**Address:** STUDIES PROJECT INC 16 LAMOILLE STR ESSEX JCT VT
05452
**Designation:**
**Join Us!:** Yes

if you made a recurring donation you can always edit or update your
information by logging in through the donation page. To log in click the
recurring donor log in button at the top of the donation page and use

2

## Audrey Adams

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Thursday, April 23, 2015 1:34 PM |
| **To:** | Audrey Adams |
| **Subject:** | Receipt for your donation to Moms Against Fluoridation |



Apr 23, 2015 13:34:09 PDT
Transaction ID: 8HE691853D907544G

Hello Audrey Adams,

This email confirms that you have donated $20.00 USD to Moms Against Fluoridation (Moms@MomsAgainstFluoridation.org) using PayPal.

This credit card transaction will appear on your bill as "PAYPAL *MOMSAGAINST".

### Donation Details

| | |
|---|---|
| **Confirmation number:** | 8HE691853D907544G |
| **Donation amount:** | $20.00 USD |
| **Total:** | $20.00 USD |
| **Purpose:** | Moms Against Fluoridation |
| **Contributor:** | Audrey Adams |

### Recipient information

| | |
|---|---|
| **Donations coordinator:** | Moms Against Fluoridation |
| **Contact email:** | Moms@MomsAgainstFluoridation.org |

Thanks,
PayPal

**RIGHT TO REFUND**

You, the customer, are entitled to a refund of all moneys received for transmittal within ten days of receipt of a written request for a refund unless any of the following occurs: (a) the moneys have been transmitted and delivered to the person designated by you, the customer, prior to receipt of the written request for a refund; (b) instructions have been given committing an equivalent amount of money to the person designated by you prior to receipt of a written request for a refund; (c) PayPal or its authorized delegate has reason to believe that a crime has occurred, is occurring, or may potentially occur as a result of transmitting the money as requested by you or refunding the money as requested; or (d) PayPal is otherwise barred by law from making a refund.

For assistance with matters regarding your PayPal account not identified above, please contact us toll free at 1-888-221-1161.

1

**Audrey Adams**

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Thursday, December 21, 2017 10:23 PM |
| **To:** | Audrey Adams |
| **Subject:** | Receipt for Your Payment to Moms Against Fluoridation |

 **PayPal**

*Dec 21, 2017 22:22:48 PST*
*Transaction ID:* **6GL212336J635022D**

**Hello Audrey Adams,**

You sent a payment of $25.00 USD to Moms Against Fluoridation
(**Moms@MomsAgainstFluoridation.org**)

It may take a few moments for this transaction to appear in your account.

**Merchant**

Moms Against Fluoridation
Moms@MomsAgainstFluoridation.org

**Instructions to merchant**

You haven't entered any instructions.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Make a Donation | $25.00 USD | 1 | $25.00 USD |
| | | **Subtotal** | $25.00 USD |
| | | **Total** | $25.00 USD |
| | | **Payment** | $25.00 USD |

Charge will appear on your credit card statement as "PAYPAL *MOMSAGAINST"
Payment sent to Moms@MomsAgainstFluoridation.org

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

? Questions? Go to the Help Center at www.paypal.com/help.