# Exhibit D
# Declaration of Jessica Trader

**Plaintiffs' Exhibit**

**057**

Food & Water v. EPA
3:17-cv-02162-EMC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | Case No. 17-cv-02162-EMC<br><br>DECLARATION OF JESSICA TRADER |

I, JESSICA TRADER, declare as follows:

1.     I am 32 years old. All the facts stated herein are within my personal knowledge.

2.     I live and work in San Francisco, California.

3.     When I was a teenager, I was diagnosed as having a condition called dental fluorosis, which my dentist told me was caused by too much exposure to fluoride while my teeth were

- 1 -

Pls' Ex. 57

developing. At first, the fluorosis appeared as little white spots on my teeth. Over time, however, these spots became darker in color, and now have the appearance at times of lipstick being on my teeth. In addition to being discolored, my teeth are also very fragile and keep breaking. Recently, for example, one of my teeth fractured while I was chewing candy.

4. The staining that dental fluorosis caused on my teeth has caused me social anxiety and embarrassment over the years, as I have feared that people would find me less attractive, or think I was neglecting my hygiene.

5. I recently went to a dentist here in San Francisco (Lisa Lam, DDS) to get cosmetic treatment for my teeth so as to minimize the staining that fluorosis has caused. My dentist prescribed me a remineralizing paste to treat the fluorosis. Upon getting this paste, however, I learned that it contained fluoride, which made me furious, as I made it clear to the dentist that I did not want to use any dental treatments that contained fluoride. I never used the remineralizing paste, and ceased all further visits to this dentist.

6. As someone who has been over-exposed to fluoride, I am very concerned about what additional fluoride exposures may do to my health, particularly after learning that published studies have linked fluoride ingestion to adverse effects on the bones, thyroid gland and brain.

7. I try to do whatever I reasonably can to limit my ingestion of fluoride. Since San Francisco adds fluoridation chemicals to its water, I do not drink the tap water at my home. Instead, I purchase bottled spring water. In addition, I do not use any fluoride-containing dental products.

8. I own and manage a restaurant/bar/music venue in San Francisco called Noir Lounge. To limit my exposure to fluoridated water while at work, as well as the exposure of my employees and customers, I installed a professional water filtration system that removes the fluoride.

9.  I am a member of Food & Water Watch.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this _18__ day of ___November___, 2018 in San Francisco, California.

*[signature]*

JESSICA TRADER