PHILIPPE GRANDJEAN, M.D.


<u>Office address</u>                           <u>Home</u>
Institute of Public Health              Naboløs 4
University of Southern Denmark          DK-1206 Copenhagen
Winsløwparken 17                        Denmark
DK-5000 Odense C, Denmark               Tel: (+45) 33 133 933
Tel. (+45) 6550.3769
Email: pgrand@health.sdu.dk
http://www.sdu.dk/staff/PGrandjean.aspx

Department of Pharmaceutical and Biomedical Sciences
University of Rhode Island, RI
USA
Email: Pgrand@uri.edu

<u>Academic degrees</u>
1974, M.D., University of Copenhagen
1975, Diploma in basic medical research, University of Copenhagen
1979, D.M.Sc. (dr.med.), University of Copenhagen

<u>Chronology of employment</u>
1974-1975    Postgraduate training fellowship, University of Copenhagen
1975-1978    Research fellow, Institute of Hygiene, Univ. Copenhagen
1978-1980    Senior research fellow, University of Copenhagen
             Visiting fellow, Department of Community Medicine,
             Mount Sinai School of Medicine, New York
1980-1982    Director, Department of Occupational Medicine,
             Danish National Institute of Occupational Health
1982-        Professor of Environmental Medicine, Odense University
1983-2017    Consultant in Toxicology, Danish Health Authority
1994-2002    Adjunct Professor of Public Health (Environmental Health)
             and Neurology, Boston University School of Medicine, Boston
2003-        Adjunct Professor of Environmental Health, Harvard T.H.
             Chan School Public Health, Boston
2022-        Research Professor, Department of Biomedical and
             Pharmaceutical Sciences, University of Rhode Island

<u>Awards and honors</u>
Prize essay in medicine, University of Copenhagen (1972)
Fulbright senior research scholarship (1978)
Keynote speaker, Odense University anniversary (1983)
Gitlitz Memorial Lecture, Association of Clinical Scientists, USA
  (1985)
Fellow, Collegium Ramazzini (1987)
Knight of the Dannebrog, awarded by the Queen of Denmark (1990)
The Dannin prize for medical research (1991)
Fellow, American Association for the Advancement of Science (1994)
Irish Congress Lecturer, Royal College of Physicians of Ireland and

Trial Exhibit

62

Food & Water v. EPA
3:17-cv-02162-EMC

Irish Society of Toxicology (1996)
Knight of the Dannebrog, First Degree, awarded by the Queen of Denmark (2003)
'Mercury madness award' for excellence in science in the public interest from eight US environmental organizations (2004)
Emeritus Fellow, International Union of Pure and Applied Chemistry, IUPAC (2009)
Honorary Research Award, International Order of Odd Fellows (2010)
Science Communication Award, University of Southern Denmark (2012)
Bernardino Ramazzini Award (2015)
Basic & Clinical Pharmacology & Toxicology Nordic Award (2015)
Margrethegaarden honorary prize (2016)
John R. Goldsmith Award, International Society for Environmental Epidemiology (2016)
Honorary doctorate (dr.h.c.), Katholieke Universiteit Leuven (2022)
Needleman Award in Children's Environmental Health, International Society for Children's Health and the Environment (2022)
International Francqui Chair, Université Libre de Bruxelles (2023)

Editorial boards
American Journal of Industrial Medicine (1987-2017)
Applied Organometal Chemistry (1985-1991)
Arbejdsmiljø (Occupational Environment, in Danish, 1983-1990)
Archives of Environmental Health (European Editor, 1986-1992)
Archives of Toxicology (1987-2020)
Biomarkers (1996-2001)
Central European Journal of Occupational and Environmental Medicine (2015-)
Critical Reviews in Toxicology (1985-2012)
Danish Medical Bulletin (1994-2003)
Environmental Health (Editor-in-Chief, 2002-)
Environmental Health Perspectives (2003-2009)
Environmental Research (1981-1994 and 2014-2017, Associate Editor, 1995-2014)
Industrial Health (2000-2005)
International Journal of Hygiene and Environmental Health (2001-)
International Journal of Occupational and Environmental Health (1994-2011)
International Journal of Occupational Medicine & Environ Health (1991-
Journal of Clean Technology, Environmental Toxicology, and Occupational Medicine (1992-1998)
Journal of Environmental Medicine (1998-1999)
Naturens Verden (Natural Science, in Danish) (1987-1991)
Ugeskrift for Læger (Danish Medical Journal, in Danish) (1991-2007)

Scientific societies
American Association for the Advancement of Science (Fellow, 1994)
Collegium Ramazzini (Fellow, 1987; Member of the Council, 2005-2013)
Danish Medical Association
Danish Societies of Clinical Chemistry, Epidemiology, Occupational and Environmental Medicine, and Public Health

Faroese Society of Science and Letters
International Society for Environmental Epidemiology
International Society for Children's Health and the Environment

Teaching experience

Professor of Environmental Medicine, Odense University (University of Southern Denmark) (1982-). Member of curriculum committee. Coordinator, Global & Public Health class (-2022).
Adjunct Professor of Public Health (Environmental Health) and Neurology, Boston University School of Medicine, Boston (1994-2002)
Adjunct Professor of Environmental Health, Harvard T.H.Chan School of Public Health, Boston (2003-22)
Invited teacher, École des hautes études en santé publique (EHESP, French school of public health) (2009-22)
International: Numerous teaching assignments, including guest lectures at universities and related tasks, e.g., as external examiner, National University of Singapore (1995). External evaluator of PhD theses from other universities, including University of Sydney and University of South Pacific (Fiji). Course teacher, Teikyo University (2019).

Research support as Principal Investigator since 2000

2000-2006  NIEHS
Mercury associated neurobehavioral deficit in children
2001-2003  Nordic Arctic Research Programme (NARP)
Changing patterns of biomagnified pollutants in the northern marine environment
2001-2004 Danish Medical Research Council
Exposure assessment for endocrine disruptors
2002-2004 Danish Medical Research Council
Environmental epidemiology research
2003-2004 European Commission
Assessment of Neurobehavioral Endpoints and Markers of Neurotoxicant Exposures (ANEMONE)
2003-2005 Danish Medical Research Council
Research in hormone related substances
2003-2006 NIEHS ES11687
Effects of perinatal disruptors in children
2003-2007 EPA STAR RD-83075801-0
Children's vulnerability to environmental immunotoxicant
2004-2011 NIEHS ES12199
Epidemiology of immunotoxicant exposure in children
2006-2011 NIEHS ES13692
Health effects of lifetime exposure to food contaminants
2006-2012 NIEHS ES14460
Three-generation human study of reproductive effects of marine food contaminants
2008-2012 Danish Council for Strategic Research
Environmental pollutant impact on antibody production against current and new childhood vaccines
2007-2013 NIEHS ES009797

3

Mercury associated neurobehavioral deficit in children
2011-2017 NIEHS ES012199
Epidemiology of immunotoxicant exposure in children
2012-2020 NIEHS ES021993 and NSF OCE-1321612
Immunotoxity in Humans with Lifetime Exposure to Ocean Pollutants
2013-2019 NIEHS ES021477
Glucose Metabolism in Adults Prenatally Exposed to Diabetogenic
Pollutants
2013-2018 NIEHS ES021372
Pollutant-related diabetes in the Nurses' Health Study II
2014-2020 NIEHS ES023376
Gut Microbiome in Adults with Early Life Exposures to Environmental
Chemicals
2017-2020 NIEHS ES026596
Inflammation and metabolic abnormalities in pollutant-exposed children
2017-2027 NIEHS P42 ES027706 (Joint PI)
Sources, Transport, Exposure and Effects of PFASs (STEEP) Center

Major Current Funding as Principal Investigator
2019-2024 ATSDR TS000313 (Joint PI)
Assessment of PFAS exposures and health effects in two Massachusetts
communities with PFAS drinking water contamination
2020-2024 NIEHS ES030394 (PI)
Vulnerability During Infancy to Immunotoxic Contaminant Exposures2022-
2022-2027 NIEHS P42 ES027706 (Joint PI)
Sources, Transport, Exposure and Effects of PFASs (STEEP2) Center

Major committees, boards and elective offices
*Danish:*
Danish Medical Association: Member, Prevention Council (2011-2014)
Danish Medical Research Council: Consultant on environmental
    medicine (1985-1990); Member, Joint Research Council Committee
    on Environmental Research (1986-1991); Member of DMRC (1992-1998)
Danish Society of Community Medicine: Secretary (1977-1978)
Danish Society of Industrial Medicine: Board Member (1974-1983)
Ministry of Education: Member, Committee on Toxicology (1984-1986);
    Member, Committee on Environmental Education (1986-1987)
Ministry of the Environment: Member, Council on Environmental
    Chemicals (1983-1989); Member, Environmental Appeal Board (1986-
    2010); Member, Environmental Research Council (1990-1992); Member,
    Advisory Committee on Pesticide Research (1995-2004 and 2018-2020);
    Member, Advisory Committee on Arctic Research (1996-2004)
Ministry of Health: numerous committee appointments; Chair, Committee
    on Risk Perception (2000-2001)
Ministry of Labour: Consultant on Occupational Health, Council on
    Occupational Safety and Health (1983-1993); Member, Occupational
    Health Council Research Committee (on behalf of the Danish Medical
    Research Council) (1984-1990 and 1999-2003)
Ministry of Research: Chair, Committee on Research at the Faroe
    Islands (1995-1996); Member, Committee on Scientific Dishonesty
    (2004-2006); Chair, Program Committee on Non-Ionizing Radiation

(2004-2009)

Odense University (from 2000 University of Southern Denmark), elected offices: Chairman, Institute of Community Health (1982-1985; 1996-1999); Member of Executive Committee, Institute of Community Health (from 2000 Institute of Public Health) (1986-1995; 2000-2005); Member, Faculty Research Committee (1983-1985); Member, Curriculum Committee (1984-1986); Member, Faculty Council (1985-1993); Vice-Dean (1991-1993); Member, Scientific Integrity Committee (2003-)

*United States and international:*

Academy of Finland: member of panel evaluating the National Institute of Public Health (1995), site visit of center of excellence (2001)

Agency for Toxic Substances and Disease Registry: Workshop Rapporteur, Neurobehavioral Test Batteries for Use in Environmental Health Field Studies (1992); Member, Expert Panel of Mercury (1998)

Association of Schools of Public Health in the European Region: Treasurer (1975-1977)

BioMedCentral: Member, Editors Advisory Group (2011-2013)

Boston Environmental Hazards Center: Consultant (1994-1999)

Collegium Ramazzini: President, International Conference, The precautionary principle: Implications for research and prevention in environmental and occupational health (2002); Member, Executive Council (2005-2013)

Commission of the European Communities: National Expert, Working Party on Environmental and Lifestyle-Related Diseases (1988-1990); ad hoc Consultant for evaluation of research applications; ad hoc Scientific Advisor on Risk Assessment (2009-); Member, Scientific Committee on Emerging and Newly Identified Health Risks; - Working group on Dental Amalgam (Human Health)(2012-2013)

European Environment Agency: Member, Scientific Committee (2012-2020)

European Food Safety Authority: Member, Panel on Contaminants in the Food Chain responsible for 85 opinions (2003-2009); Member of Working Groups on mercury, polychlorinated biphenyls, cadmium, lead, and on benchmark dose

Food Advisory Committee, U.S.FDA, Methylmercury: invited expert (2002)

International Agency for Research on Cancer: Member of Task Group, Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 47 (1988), Vol. 49 (1989), as chairman, Vol. 58 (1993), and as Subgroup chair, Vol. 100C (2009)

International Commission on Occupational Health: Danish Delegation Secretary (1982-90); Member, Scientific Committee on the Toxicology of Metals (1987-); Member of the Board (1990-1996)

International Programme on Chemical Safety: Member of Task Group, Environmental Health Criteria, Vol. 36 (1984) and 72 (1986)

International Society for Environmental Epidemiology: Councillor (1991-1994)

International Union of Pure and Applied Chemistry: Member, Subcommittee on the Toxicology of Nickel (1979-1989); Titular Member (1985-1991) and Chairman (1987-1991), Commission on Toxicology; Chairman, Subcommittee on Risk Assessment (1985-1989)

Institut LUxembourgeois de la Médecine/santé ENvironnementale

5

(ILUMEN): Member, Scientic Council (2022-)

Instituto de Saude Ambiental, Lisboa, Portugal: Member, External Advisory Committee (2018-2020)

Karolinska Institute (Stockholm, Sweden): Member of international evaluation panel on environmental medicine (1993)

Ministry for Scientific Policy (Belgium): Consultant on national research program on health hazards (1990 and 1994)

National Institutes of Health (USA): Member of Special emphasis panels (2009-)

NATO Priority Area Panel on Environmental Security: Member (1996-1997)

Norwegian Research Council: ad hoc reviewer (2001-2008); Chairman of Environment and Health Review Group (2009-2010); member of steering committee (2011-2015)

Prenatal Programming and Toxicity (PPTOX) conferences: Organizer/ Chair/Co-chair, Torshavn (2007), Miami (2009), Paris (2012), Boston (2014), Kita-Kyushu (2016), Torshavn (2018), Chicago (2022)

Society of Occupational and Environmental Health: Member, Governing Council (1990-1993)

Swedish Council for Work Life Research: Member, Priority Committee on Chemical Health Risks (1997-1998)

U.N. Environment Programme: Member, Global Mercury Assessment Working Group (2002)

U.S. Environmental Protection Agency: Member, SAB/SAP Endocrine Disruptor Screening Program Subcommittee (1998-1999); Member, Food Quality Protection Act (FQPA) Science Review Board (SRB)(1999-2003)

White House Office of Science and Technology Policy: Team leader and presenter, Workshop on Scientific Issues Relevant to Assessment of Health Effects from Exposure to Methylmercury (1998)

World Health Organization: Temporary Adviser or Consultant on several occasions, five times elected Rapporteur; Member, European Advisory Committee on Health Research (2011-2017)

Books

1.  Grandjean P, ed. Standards setting. Copenhagen: Occupational Health Foundation, 1977, 210 pp.
2.  Grandjean P, Nielsen T. Organiske blyforbindelser, forurening og toksikologi (Organolead compounds, pollution and toxicology, in Danish). Report No. SNV PM 879. Stockholm: Naturvårdsverket, 1977, 78 pp.
3.  Grandjean P. Occupational health aspects of construction work. EURO Reports and Studies 86. Copenhagen: World Health Organization, Regional Office for Europe, 1983, 28 pp. (also published in German, French and Russian)
4.  Grandjean P, ed. Biological effects of organolead compounds. Boca Raton, FL: CRC Press, 1984, 278 pp.
5.  Grandjean P, Tarkowski S, eds. Toxic oil syndrome: mass food poisoning in Spain. Copenhagen: World Health Organization, Regional Office for Europe, 1984, 92 pp. (also published in Spanish)
6.  Grandjean P. Miljø og forebyggelse. (Environment and prevention, student's guide in Danish). Copenhagen: F.a.d.L.'s Forlag, 1984, 109 pp.
7.  Gilioli R, Grandjean P, Johnson B, Seppäläinen AM, Tarkowski S, eds. Neurobehavioural methods in occupational and environmental health. Environmental Health No. 3. Copenhagen: World Health Organization, Regional Office for Europe, 1985, 209 pp.
8.  Grandjean P, ed. Neurobehavioural methods in occupational and environmental health. Environmental Health No. 6. Copenhagen: World Health Organization, Regional Office for Europe, 1985, 72 pp.
9.  Grandjean P, ed. Miljømedicin (Environmental medicine, textbook in Danish). Copenhagen: F.a.d.L.'s Forlag, 1986, 257 pp.
10. Grandjean P, ed. Trace elements in human health and disease: extended abstracts. Environmental Health No. 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, 230 pp.
11. Grandjean P, ed. Trace elements in human health and disease: symposium report. Environmental Health No. 26. Copenhagen: World Health Organization, Regional Office for Europe, 1987, 134 pp.
12. Grandjean P, Kimbrough RD, Rantanen J, Tarkowski S, Yrjänheikki E. Assessment of health risks in infants associated with exposure to PCBs, PCDDs and PCDFs in breast milk. Environmental Health No. 29. Copenhagen: World Health Organization, Regional Office for Europe, 1988, 116 pp.
13. Grandjean P, ed. Miljømedicin, 2. udg. (Environmental medicine, 2nd ed., textbook in Danish). Copenhagen: F.a.d.L.'s Forlag, 1988, 311 pp.
14. Kimbrough RD, Mahaffey KR, Grandjean P, Sandø SH, Ruttstein DD. Clinical Effects of Environmental Chemicals: A Software Approach to Etiologic Diagnosis. New York: Hemisphere, 1989, 110 pp. and one floppy disk.
15. Grandjean P. Skin Penetration: Hazardous Chemicals at Work. (Published on behalf of the Commission of the European Communities.) London: Taylor and Francis, 1990, 187 pp.
16. Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic

Effects of Chemicals. London: Chapman & Hall, 1991, 288 pp.

17. Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society, in Danish). Copenhagen: Nyt Nordisk Forlag, 1991, 453 pp.

18. Grandjean P, Brown SS, Reavey P, Young DS, Rej R (eds). Biomarkers of Chemical Exposure. Proceedings of the Arnold O. Beckman/IFCC European Conference on Environmental Toxicology. Clin Chem 1994; 40 (issue 7B).

19. Toppari J, Larsen JC, Christiansen P, Giwercman A, Grandjean P, Guillette LJ, Jr, Jégou B, Jensen TK, Jouannet P, Keiding N, Leffers H, McLachlan JA, Meyer O, Müller J, Rajper-DeMeyts E, Scheike T, Sumpter J, Skakkebaek N. Male reproductive health and environmental chemicals with estrogenic effects. Copenhagen: Danish Environmental Protection Agency, 1995, 166 pp.

20. Grandjean P, Brown SS, Reavey P, Young DS, Sampson E (eds). Biomarkers. Proceedings of the Second Arnold O. Beckman/IFCC European Conference on Environmental Toxicology. Clin Chem 1995; 41 (issue 12B).

21. Grandjean P. Farlig forurening (Dangerous pollution, in Danish). Copenhagen: Nyt Nordisk Forlag and National Board of Health, 1998, 174 pp.

22. Grandjean P ed. Human health effects of environmental mercury exposure (special issue). Environ Res 1998; 77 (67-177).

23. Grandjean P, Sofritti M, Minardi F, Brazier J (eds). The Precautionary Principle. Implications for research and prevention in environmental and occupational health. Eur J Oncol Library 2003; 2: 1-245. Also published in Int J Occup Med Environ Health 2004; 17: 3-201.

24. Grandjean P (ed). Prenatal programming and toxicity. Basic Clin Pharmacol Toxicol. 2008; 102(2): 71-273.

25. Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D, eds. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, 746 pp.

26. Grandjean P. Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press, 2013 (232 pp.).

27. Grandjean P, Hermann P. Kemi på hjernen – går ud over enhver forstand. København: Gyldendal, 2015 (334 sider).

28. Grandjean P. Cerveaux en danger (Brains in danger, in French). Translated by Odile Demange. Paris: Buchet Chastel, 2016 (336 pp.).

29. Kishi R, Grandjean P, eds. Health Impacts of Developmental Exposure to Environmental Chemicals. Singapore: Springer, 2020 (555 pp.)

Publications in international peer-reviewed journals

1.  Grandjean P, Holma B. A history of lead retention in the Danish population. Environ Biochem Physiol 1973; 3: 268-73.
2.  Grandjean P. Lead in Danes, historical and toxicological studies. Environ Qual Saf 1975; Suppl. Vol. 2: 6-75.
3.  Grandjean P. Possible effect of lead on egg-shell thickness in kestrels 1874-1974. Bull Environ Contam Toxicol 1976; 16: 101-6.
4.  Grandjean P. Regional distribution of lead in human brains. Toxicol Lett 1978; 2: 65-9.
5.  Nielsen T, Jensen KA, Grandjean P. Organic lead in normal human brains. Nature (Lond.) 1978; 274: 602-3.
6.  Grandjean P. Lead concentration in single hairs as a monitor of occupational lead exposure. Int Arch Occup Environ Health 1978; 42: 69-81.
7.  Grandjean P, Lintrup J. Erythrocyte-Zn-protoporphyrin as an indicator of lead exposure. Scand J Clin Lab Invest 1978; 38: 669-75.
8.  Grandjean P, Arnvig E, Beckmann J. Psychological dysfunctions of lead-exposed workers: Relation to biological parameters of exposure. Scand J Work Environ Health 1978; 4: 295-303.
9.  Grandjean P. Widening perspectives of lead toxicity, a review of health effects of lead exposure in adults. Environ Res 1978; 17: 303-21. (Also published as a special report to the U.S. National Institute of Environmental Health Sciences)
10. Grandjean P. Occupational lead exposure in Denmark: Screening with the haematofluorometer. Br J Ind Med 1979; 36: 52-8.
11. Grandjean P, Nielsen OV, Shapiro IM. Lead retention in ancient Nubian and contemporary populations. J Environ Path Toxicol 1979; 2: 781-7.
12. Grandjean P, Nielsen T. Organolead compounds, environmental health aspects. Residue Rev 1979; 72: 97-148.
13. Arnvig E, Grandjean P, Beckmann J. Neuropsychological effect of heavy lead exposure determined with psychological tests. Toxicol Lett 1980; 5: 399-404.
14. Hertz MM, Bolwig TG, Grandjean P, Westergaard E. Lead poisoning and the blood-brain barrier. Acta Neurol Scand 1981; 63: 286-96.
15. Grandjean P, Selikoff IJ, Shen SK, Sundermann FW Jr. Nickel concentrations in plasma and urine of shipyard workers. Am J Ind Med 1981; 1: 181-9.
16. Olsen NB, Hollnagel H, Grandjean P. Indicators of lead exposure in an adult Danish suburban population. Dan Med Bull 1981; 28: 168-76.
17. Grandjean P, Olsen NB, Hollnagel H. Influence of smoking and alcohol consumption on blood lead levels. Int Arch Occup Environ Health 1981; 48: 391-7.
18. Grandjean P, Kon SH. Lead exposure of welders and bystanders in a ship repair yard. Am J Ind Med 1981; 2: 65-70.
19. Grandjean P, Lintrup J. Sources of variation in fluorometry of zinc-protoporphyrin in blood. Scand J Work Environ Health 1981; 7: 311-2.
20. Grandjean P, Olsen NB, Hollnagel H. Occupationally related lead exposure in the general population. Scand J Work Environ Health 1981;

7: 298-301.
21. Grandjean P. Occupational fluorosis through 50 years: clinical and epidemiological experiences. Am J Ind Med 1982; 3: 227-36.
22. Nielsen OV, Grandjean P, Bennike P. Chemical analyses of archaeological bone samples: Evidence for high lead exposure on the Faroe Islands. J Dan Archaeol 1982; 2: 145-8. (also published in Faroese: Blyggj i føroyingum, Mondul 1983; 9: 27-31)
23. Grandjean P. Storage depots in the body: Passive retention or time bomb? (Editorial) Am J Ind Med 1983; 4: 489-90.
24. Grandjean P, Wulf HC, Niebuhr E. Sister chromatid exchange in response to variations in occupational lead exposure. Environ Res 1983; 32: 199-204.
25. Grandjean P, Thomsen G. Reversibility of skeletal fluorosis. Br J Ind Med 1983; 40: 456-61.
26. Grandjean P. Lead poisoning: Hair analysis shows the calendar of events. Hum Toxicol 1984; 3: 223-8.
27. Grandjean P, Hansen ON, Lyngbye K. Analysis of lead in circum-pulpal dentin of deciduous teeth. Ann Clin Lab Sci 1984; 14:270-5.
28. Eskildsen J, Grandjean P. Lead exposure from lead pellets: Age-related accumulation in mute swans. Toxicol Lett 1984; 21: 225-9.
29. Grandjean P, Juel K, Jensen OM. Mortality and cancer morbidity after heavy occupational fluoride exposure. Am J Epidemiol 1985; 121: 57-64.
30. Lyngbye T, Hansen ON, Vangberg L, Grandjean P. Lead as a cause of SIDS. N Engl J Med 1985; 10: 954-5.
31. Grandjean P. Reference intervals for toxic metals: Problems and prospects. Ann Clin Lab Sci 1986; 16: 67-74.
32. Grandjean P, Bach E. Indirect exposures: The significance of bystanders at work and at home. Am Ind Hyg Assoc J 1986; 47: 819-24.
33. Grandjean P, Lyngbye T, Hansen ON. Lead concentration in deciduous teeth: Variation related to tooth type and analytical technique. J Toxicol Environ Health 1986; 19: 437-45.
34. Grandjean P. After Chernobyl (Editorial). Arch Environ Health 1986; 41: 277.
35. Andersen O, Grandjean P. Effects of inorganic and organic lead compounds on chromosomal length in human lymphocytes. Appl Organomet Chem 1987; 1: 15-19.
36. Grandjean P, Andersen O, Nielsen GD. Carcinogenicity of occupational nickel exposures: An evaluation of the epidemiological evidence. Am J Ind Med 1988; 13: 193-209.
37. Christoffersen J, Christoffersen MR, Larsen R, Rostrup E, Tingsgaard P, Andersen O, Grandjean P. Interaction of cadmium ions with calcium hydroxyapatite crystals: A possible mechanism contributing to the pathogenesis of cadmium-induced diseases. Calcif Tissue Int 1988; 42: 331-9.
38. Grandjean P, Berlin A, Gilbert M, Penning W. Preventing percutaneous absorption of industrial chemicals: The "skin" denotation. Am J Ind Med 1988; 14: 97-107.
39. Lyngbye T, Hansen ON, Grandjean P. Bias resulting from non-participation in childhood epidemiological studies: A study of low-level lead exposure. Scand J Soc Med 1988; 16: 209-15.

40. Grandjean P. Ancient skeletons as silent witnesses of lead exposures in the past. CRC Crit Rev Toxicol 1988; 19:11-21.

41. Madsen HHT, Skjødt T, Jørgensen PJ, Grandjean P. Blood lead levels in patients with lead shot retained in the appendix. Acta Radiol 1988; 29: 745-6.

42. Andersen O, Grandjean P. Effects of tetraethylthiuram disulfide on the toxicokinetics of cadmium in mice. Pharmacol Toxicol 1989; 64: 210-5.

43. Lyngbye T, Hansen ON, Grandjean P. Neurological deficits in children: Medical risk factors and lead exposure. Neurotoxicol Teratol 1989; 10: 531-7.

44. Grandjean P, Hollnagel H, Hedegaard L, Christensen JM, Larsen S. Blood lead-blood pressure relationships: Alcohol intake and hemoglobin as confounders. Am J Epidemiol 1989; 129: 732-9.

45. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P. A neuropsychological study of children with elevated dentine lead level: Assessment of the effect of lead in different socioeconomic groups. Neurotoxicol Teratol 1989: 11: 205-13.

46. Grandjean P, Jensen BM, Sandø SH, Jørgensen PJ, Antonsen S. Delayed blood regeneration in lead exposure: An effect on reserve capacity. Am J Publ Health 1989; 79: 1385-8.

47. Grandjean P. Bone analysis: Silent testimony of lead exposures in the past. Medd Grønland Man Soc 1989; 12: 156-60.

48. Grandjean P, Hørder M, Thomassen Y. Fluoride, aluminum and phosphate kinetics in cryolite workers. J Occup Med 1990; 32: 58-63.

49. Grandjean P, Kristensen K, Jørgensen PJ, Nielsen GD, Andersen O. Trace element status in alcoholism before and during disulfiram treatment. Ann Clin Lab Sci 1990; 20: 28-35.

50. Nielsen GD, Jepsen LV, Jørgensen PJ, Grandjean P, Brandrup F. Nickel-sensitive patients with vesicular hand eczema: Oral challenge with a diet naturally high in nickel. Br J Dermatol 1990; 122: 299-308.

51. Lyngbye T, Hansen ON, Trillingsgaard A, Beese I, Grandjean P. Learning disabilities in children: significance of low-level lead-exposure and confounding factors. Acta Paed Scand 1990; 79: 352-60.

52. Jensen BM, Sandø SH, Grandjean P, Wiggers P, Dalhøj J. Screening with zinc-protoporphyrin for iron deficiency in non-anemic female blood donors. Clin Chem 1990; 36: 846-8.

53. Lyngbye T, Grandjean P, Hansen ON, Jørgensen PJ. Validity and interpretation of blood lead levels: A study of Danish school children. Scand J Clin Lab Invest 1990; 50: 441-9.

54. Bonde I, Beck H-I, Jørgensen PJ, Grandjean P, Brandrup F. Nickel in intercellular fluid, comparison between nickel-allergic patients and controls. Acta Derm Venereol (Stockh) 1990; 70: 300-3.

55. Lyngbye T, Hansen ON, Grandjean P. Predictors of tooth-lead level with special reference to traffic. Int Arch Occup Environ Health 1990; 62: 417-22.

56. Grandjean P, Jørgensen PJ. Retention of lead and cadmium in prehistoric and modern human teeth. Environ Res 1990; 53: 6-15.

57. Lyngbye T, Hansen ON, Grandjean P. Lead concentration in deciduous teeth from Danish school children. Dan Med Bull 1991; 38: 89-93.

58. Grandjean P, Jacobsen IA, Jørgensen PJ. Chronic lead poisoning treated with DMSA. Pharmacol Toxicol 1991; 68: 266-9.

59. Grandjean P, Jørgensen PJ, Viskum S. Temporal and interindividual variation in erythrocyte zinc-protoporphyrin in lead-exposed workers. Br J Ind Med 1991; 48: 254-7.

60. Grandjean P, Sandoe SH, Kimbrough RD. Nonspecificity of clinical signs and symptoms caused by environmental chemicals. Hum Exp Toxicol 1991; 10: 167-73.

61. Grandjean P, Lyngbye T, Hansen ON. Lessons from a Danish study on neuropsychological impairment related to lead exposure. Environ Health Perspec 1991; 94: 111-5.

62. Grandjean P, Andersen O. Lung cancer in filling station attendants. Am J Ind Med 1991; 20: 763-8.

63. Grandjean P, Weihe P, Jørgensen PJ, Clarkson T, Cernichiari E, Viderø T. Impact of maternal seafood diet on fetal exposure to mercury, selenium, and lead. Arch Environ Health 1992; 47: 185-95.

64. Grandjean P, Nielsen GD, Jørgensen PJ, Hørder M. Reference intervals for trace elements in blood: Significance of risk factors. Scand J Clin Lab Invest 1992; 52: 321-337.

65. Grandjean P, Olsen JH, Jensen OM, Juel K. Cancer incidence and mortality in workers exposed to fluoride. J Natl Cancer Inst 1992; 84: 1903-9.

66. Grandjean P. Individual susceptibility to toxicity. Toxicol Lett 1992; 64/65: 43-51.

67. Grandjean P. International research on the relation between health and the environment (summary in French). Santé Publique 1992; 4: 103-8.

68. Grandjean P. Symposium synthesis, Application of neurobehavioral methods in environmental and occupational health. Environ Res 1993; 60: 57-61.

69. Grandjean P, Weihe P. Neurobehavioral effects of intrauterine mercury exposure: potential sources of bias. Environ Res 1993; 61: 176-83.

70. Damm D. Grandjean P, Lyngbye T, Trillingsgaard A, Hansen ON. Early lead exposure and neonatal jaundice: Relation to neurobehavioral performance at 15 years of age. Neurotoxicol Teratol 1993; 15: 173-81.

71. Grandjean P, Andersen D. Scientific dishonesty: a Danish proposal for evaluation and prevention. J Exposure Anal Environ Epidemiol 1993; 3, Suppl. 1: 265-70.

72. Grandjean P. International perspectives of lead exposure and lead toxicity. Neurotoxicol 1993; 24: 9-14.

73. Olsen S, Grandjean P, Weihe P, Viderø T. Seafood intake in pregnancy as a determinant of birth weight: Evidence for a dose-dependent relationship. J Epidemiol Comm Health 1993; 47: 436-40.

74. Grandjean P, Jørgensen PJ, Weihe P. Human milk as a source of methylmercury exposure in infants. Environ Health Perspec 1994; 102: 74-7.

75. Dalgård C, Grandjean P, Jørgensen PJ, Weihe P. Mercury in the umbilical cord: Implications for risk assessment for Minamata disease. Environ Health Perspec 1994; 102: 548-50.

76. Grandjean P, Weihe P, Nielsen JB. Methylmercury: Significance of

intrauterine and postnatal exposures. Clin Chem 1994; 40: 1395-1400.
77. Grandjean P, Brown S, Reavey P, Young D. Biomarkers of chemical exposure: state of the art. Clin Chem 1994; 40: 1360-2.
78. Nielsen JB, Andersen O, Grandjean P. Evaluation of mercury in hair, blood and muscle as biomarkers for methylmercury exposure in male and female mice. Arch Toxicol 1994; 68: 317-21.
79. Johnson BL, Grandjean P, Amler R. Neurobehavioral testing and hazardous chemical sites. Neurotoxicol Teratol 1994; 16: 485-7.
80. Grandjean P, Weihe P, White RF. Milestone development in infants exposed to methylmercury from human milk. Neurotoxicol 1995; 16: 27-33.
81. Grandjean P. Individual susceptibility in occupational and environmental toxicology. Toxicol Lett 1995; 77: 105-8.
82. Grandjean P. Biomarkers in epidemiology. Clin Chem 1995; 41: 1800-3.
83. Grandjean P, Brown SS, Reavey P, Young DS. Biomarkers in environmental toxicology: State of the art. Clin Chem 1995; 41: 1902-4.
84. Grandjean P, Weihe P, Needham LL, Burse VW, Patterson DG Jr, Sampson EJ, Jørgensen PJ, Vahter M. Effect of a seafood diet on mercury, selenium, arsenic, and PCBs and other organochlorines in human milk. Environ Res 1995; 71: 29-38.
85. Grandjean P, Sorsa M. Ethical aspects of genetic predisposition to environmentally-related disease. Sci Total Environ 1996; 184: 37-43.
86. Grandjean P, White RF, Weihe P. Neurobehavioral epidemiology: Application in risk assessment. Environ Health Perspec 1996; 104 (Suppl.4): 397-400.
87. Dahl R, White RF, Weihe P, Sørensen N, Letz R, Hudnell K, Otto DA, Grandjean P. Feasibility and validity of three computer-assisted neurobehavioral tests in 7-Year old children. Neurotoxicol Teratol 1996; 18: 413-9.
88. Toppari J, Larsen JC, Christiansen P, Giwercman A, Grandjean P, Guillette LJ, Jr, Jégou B, Jensen TK, Jouannet P, Keiding N, Leffers H, McLachlan JA, Meyer O, Müller J, Rajper-DeMeyts E, Scheike T, Sharpe R, Sumpter J, Skakkebaek NE. Male reproductive health and environmental xenoestrogens. Environ Health Perspec 1996; 104 (Suppl.4): 741-803.
89. Guldager B, Jørgensen PJ, Grandjean P. Metal excretion and magnesium retention in patients with intermittent claudication treated with intravenous disodium EDTA. Clin Chem 1996; 42: 1938-42.
90. Lynge E, Andersen A, Nilsson R, Barlow L, Pukkala E, Nordlinder R, Boffetta P, Grandjean P, Heikkilä R, Hörte L-G, Jakobsson R, Lundberg I, Moen B, Partanen T, Riise T. Risk of cancer and exposure to gasoline vapors. Am J Epidemiol 1997; 145: 449-58.
91. Grandjean P. Impartiality in research (editorial). Int J Occup Environ Hlth 1997; 3: 158-60.
92. Andersen HR, Nielsen JB, Nielsen F, Grandjean P. Antioxidative enzyme activities in human erythrocytes. Clin Chem 1997; 43: 562-8.
93. Nielsen F, Mikkelsen BB, Nielsen JB, Andersen HR, Grandjean P. Plasma-malondialdehyde as biomarker for oxidative stress: Reference interval and effects of lifestyle factors. Clin Chem 1997; 43: 1209-

14.

94. Grandjean P, Weihe P, White RF, Debes F, Araki S, Yokoyama K, Murata K, Sørensen N, Dahl R, Jørgensen PJ. Cognitive deficit in 7-year-old children with prenatal exposure to methylmercury. Neurotoxicol Teratol 1997; 19: 417-28.

95. Grandjean P, Guldager B, Larsen IB, Holmstrup P, Jørgensen PJ. Placebo response in environmental disease: Chelation therapy of patients with symptoms related to amalgam fillings. J Occup Environ Med 1997; 39: 707-14.

96. Andersen HR, Jeune B, Nybo H, Nielsen JB, Andersen-Ranberg K, Grandjean P. Low activity of superoxide dismutase and high activity of glutathione reductase in erythrocytes from centenarians. Age and Ageing 1998; 27: 643-8.

97. Nielsen JB, Grandjean P, Jørgensen PJ. Predictors of blood lead concentrations in the lead-free petrol era. Scand J Work Environ Health 1998; 24: 153-6. (Also published as Nielsen JB, Grandjean P, Jørgensen PJ. Danskernes bly i blodet efter overgang til blyfri benzin. Ugeskr Læger 1998; 160: 4768-71.)

98. Grandjean P, Weihe P, White RF, Debes F. Cognitive performance of children prenatally exposed to 'safe' levels of methylmercury. Environ Res 1998; 77: 165-72.

99. Akagi H, Grandjean P, Takizawa Y, Weihe P. Methylmercury dose estimation from umbilical cord concentrations in patients with Minamata disease. Environ Res 1998; 77: 98-103.

100. Høyer AP, Grandjean P, Jørgensen T, Brock JW, Hartvig HB. Organochlorine exposure and breast cancer. Lancet 1998; 352: 1816-20. (Also published in Danish, Ugeskr Laeger 2000; 162: 922-6.)

101. Nielsen GD, Søderberg U, Jørgensen PJ, Templeton DM, Rasmussen SN, Andersen KE, Grandjean P. Absorption and retention of nickel from drinking water in relation to food intake and nickel sensitivity. Toxicol Appl Pharmacol 1999; 154: 67-75.

102. Viskum S, Rabjerg L, Jørgensen PJ, Grandjean P. Improvement in semen quality associated with decreasing occupational lead exposure. Am J Ind Med 1999; 35: 257-63.

103. Andersen HR, Andersson A-M, Arnold SF, Autrup H, Barfoed M, Beresford NA, Bjerregaard P, Christiansen LB, Gissel B, Hummel R, Jørgensen EB, Korsgaard B, Le Guevel R, Leffers H, McLachlan J, Møller A, Nielsen JB, Olea N, Oles-Karasko A, Pakdel F, Pedersen KL, Perez P, Skakkebæk NE, Sonnenschein C, Soto AM, Sumpter JP, Thorpe SM, Grandjean P. Comparison of short-term estrogenicity tests for identification of hormone-disrupting chemicals. Environ Health Perspect 1999; 107 (Suppl. 1): 89-108.

104. Sørensen N, Murata K, Budtz-Jørgensen E, Weihe P, Grandjean P. Prenatal methylmercury exposure as a cardiovascular risk factor at seven years of age. Epidemiology 1999; 10: 370-5.

105. Jensen TK, Scheike T, Keiding N, Schaumburg I, Grandjean P. Fecundability in relation to body mass and menstrual cycle patterns. Epidemiol 1999; 10: 422-8.

106. Murata K, Weihe P, Renzoni A, Debes F, Vasconcelos R, Zino F, Araki S, Jørgensen PJ, White RF, Grandjean P. Delayed evoked potentials in Madeiran children exposed to methylmercury from seafood.

Neurotoxicol Teratol 1999; 21: 343-8.

107. Murata K, Weihe P, Araki S, Budtz-Jørgensen E, Grandjean P. Evoked potentials in Faroese children prenatally exposed to methylmercury. Neurotoxicol Teratol 1999; 21: 471-2.

108. Grandjean P, White RF, Nielsen A, Cleary D, de Oliveira Santos EC. Mercury neurotoxicity in Amazonian children downstream from gold mining. Environ Health Perspect 1999; 107: 587-91.

109. Grandjean P, Budtz-Jørgensen E, White RF, Jørgensen PJ, Weihe P, Debes F, Keiding N. Methylmercury exposure biomarkers as indicators of neurotoxicity in children aged 7 years. Am J Epidemiol 1999; 150: 301-5.

110. Biernat H, Ellias SA, Wermuth L, Cleary D, de Oliveira Santos EC, Jørgensen PJ, Feldman RG, Grandjean P. Tremor frequency patterns in mercury vapor exposure, compared with early Parkinson's disease and essential tremor. Neurotoxicology 1999; 20: 945-52.

111. Grandjean P. Mercury Risks: Controversy or Just Uncertainty? Publ Health Rep 1999; 114: 512-5.

112. Høyer AP, Jørgensen T, Brock JW, Grandjean P. Organochlorine exposure and breast cancer survival. J Clin Epidemiol 2000; 53: 323-30.

113. Jensen TK, Scheike T, Keiding N, Schaumburg I, Grandjean P. Selection bias in determining the age dependence of waiting time to pregnancy. Am J Epidemiol 2000; 152: 565-72.

114. Steuerwald U, Weihe P, Jørgensen PJ, Bjerve K, Brock J, Heinzow B, Budtz-Jørgensen E, Grandjean P. Maternal seafood diet, methylmercury exposure, and neonatal neurological function. J Pediatr 2000; 136: 599-605.

115. Høyer AP, Jørgensen T, Grandjean P, Hartvig HB. Repeated measurements of organochlorine exposure and breast cancer risk (Denmark). Cancer Causes Contr 2000; 11: 177-84.

116. Budtz-Jørgensen E, Grandjean P, Keiding N, White RF, Weihe P. Benchmark dose calculations of methylmercury-associated neurobehavioural deficits. Toxicol Lett 2000; 112-3: 193-9.

117. Andersen HR, Nielsen JB, Grandjean P. Toxicologic evidence of developmental neurotoxicity of environmental chemicals. Toxicology 2000; 144: 121-7.

118. Nielsen JB, Nielsen F, Jørgensen PJ, Grandjean P. Toxic metals and selenium in blood from pilot whale (Globicephala melas) and sperm whale (Physeter catodon). Marine Pollut Bull 2000; 40: 348-51.

119. Nielsen GD, Nielsen JB, Andersen KE, Grandjean P. Effect of industrial detergents on the barrier function of human skin. Int J Occup Environ Health. 2000; 6: 138-42.

120. Grandjean P, Bjerve KS, Weihe P, Steuerwald U. Birth weight in a fishing community: significance of essential fatty acids and marine food contaminants. Int J Epidemiol 2001; 30: 1272-8.

121. Høyer AP, Jørgensen T, Rank F, Grandjean P. Organochlorine exposures influence on breast cancer risk and survival according to estrogen receptor status: a Danish cohort-nested case-control study. BMC Cancer 2001; 1: 8.

122. Budtz-Jørgensen E, Keiding N. Grandjean P. Benchmark dose calculation from epidemiological data. Biometrics 2001; 57: 698-706.

123. Grandjean P, White RF, Sullivan K, Debes F, Murata K, Otto DA, Weihe P. Impact of contrast sensitivity performance on visually-presented neurobehavioral tests in mercury-exposed children. Neurotoxicol Teratol 2001; 23: 141-6.
124. Grandjean P, White RF. Neurobehavioral dysfunction as possible sentinel. Hum Ecol Risk Assess 2001; 7: 1079-89.
125. Grandjean P, Weihe P, Burse VW, Needham LL, Storr-Hansen E, Heinzow B, Debes F, Murata K, Simonsen H, Ellefsen P, Budtz-Jørgensen E, Keiding N, White RF. Neurobehavioral deficits associated with PCB in 7-year-old children prenatally exposed to seafood neurotoxicants. Neurotoxicol Teratol 2001; 23: 305-17.
126. Murata K, Budtz-Jørgensen E, Grandjean P. Benchmark dose calculations for methylmercury-associated delays on evoked potential latencies in children. Risk Anal 2002; 22: 465-74.
127. Grandjean P, White RF, Weihe P, Jørgensen PJ. Neurotoxic risk caused by stable and variable exposure to methylmercury from seafood. Ambul Pediatr 2003; 3: 18-23.
128. Mol NM, Sørensen N, Weihe P, Andersson A-M, Jørgensen N, Skakkebæk NE, Keiding N, Grandjean P. Spermaturia and serum hormone concentrations at puberty age in boys prenatally exposed to polychlorinated biphenyls. Eur J Endocrinol 2002; 146: 357-63
129. Weihe P, Hansen JC, Murata K, Debes F, Jørgensen PJ, Steuerwald U, White RF, Grandjean P. Neurobehavioral Performance of Inuit Children with Increased Prenatal Exposure to Methylmercury. Int J Circumpolar Health 2002; 61: 41-9.
130. Fängström B, Athanasiadou M, Grandjean P, Weihe P, Bergman Å. Hydroxylated PCB metabolites and PCBs in serum from pregnant Faroe Island women. Environ Health Perspect 2002; 110: 895-9.
131. Longnecker MP, Wolff MS, Gladen BC, Brock JW, Grandjean P, Jacobson JL, Korrick SA, Rogan WJ, Weisglas-Kuperus N, Hertz-Picciotto I, Ayotte P, Stewart P, Winneke G, Charles MJ, Jacobson SW, Dewailly E, Boersma ER, Altshul LM, Heinzow B, Pagano JJ, Jensen AA. Comparison of polychlorinated biphenyl (PCB) levels across studies of human neurodevelopment. Environ Health Perspect 2003; 111:65-70.
132. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P, White RF. Statistical methods for the evaluation of health effects of prenatal mercury exposure. Environmetrics 2003; 14: 105-20.
133. Grandjean P, Budtz-Joergensen E, Steuerwald U, Heinzow B, Needham LL, Joergensen PJ, Weihe P. Attenuated growth of breast-fed children exposed to increased concentrations of methylmercury and polychlorinated biphenyls. FASEB J 2003; 17: 699-701.
134. Grandjean P, Weihe P. Arachidonic acid status during pregnancy is associated with polychlorinated biphenyl exposure. Am J Clin Nutr 2003; 77: 715-19.
135. Grandjean P. The Red Book, a red herring, and the red tape: A European perspective. Hum Ecol Risk Assess 2003; 9: 1291-5.
136. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P, White RF. Consequences of exposure measurement error for confounder identification in environmental epidemiology. Stat Med 2003; 22: 3089-100.
137. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P. Estimation of

health effects of prenatal mercury exposure using structural equation models. Environ Health 2002; 1: 2.

138. Murata K, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Grandjean P. Delayed brainstem auditory evoked potential latencies in 14-year-old children exposed to methylmercury. J Pediatr 2004; 144: 177-83.

139. Grandjean P, Murata K, Budtz-Jørgensen E, Weihe P. Cardiac autonomic activity in methylmercury neurotoxicity: 14-year follow-up of a Faroese birth cohort. J Pediatr 2004; 144: 169-76.

140. Rasmussen TH, Nielsen F, Andersen HR, Nielsen JB, Weihe P, Grandjean P. Assessment of xenoestrogenic exposure by a biomarker approach: application of the E-screen bioassay to determine estrogenic response of serum extracts. Environ Health 2003; 2: 12.

141. Grandjean P. Implications of the Precautionary Principle for public health practice and research. Eur J Oncol 2003; Suppl.2: 17-9. Also published in Int J Occup Med Environ Health 2004; 17: 5-7.

142. Grandjean P, Budtz-Jørgensen E, Keiding N, Weihe P. Underestimation of risk due to exposure misclassification. Eur J Oncol 2003; Suppl. 2: 165-72. Also published in Int J Occup Med Environ Health 2004; 17: 131-6.

143. Nielsen JB, Grandjean P. Criteria for skin notation in different countries. Am J Industr Med 2004; 45: 275-80.

144. Jensen TK, Grandjean P, Budtz-Jørgensen E, White RF, Debes F, Weihe P. Effects of breastfeeding on neuropsychological development in a community with methylmercury exposure from seafood. J Expo Anal Environ Epidemiol 2005; 15: 423-30.

145. Grandjean P. Implications of the precautionary principle for primary prevention and research. Annu Rev Publ Health 2004; 25: 199-223.

146. Budtz-Jørgensen E, Grandjean P, Jørgensen PJ, Weihe P, Keiding N. Association between mercury concentrations in blood and hair in methylmercury-exposed subjects at different ages. Environ Res 2004; 95: 385-93.

147. Weihe P, Grandjean P, Jørgensen PJ. Application of hair-mercury analysis to determine the impact of a seafood advisory. Environ Res 2005; 97: 200-7.

148. Budtz-Jørgensen E, Keiding N, Grandjean P. Effects of exposure imprecision on estimation of the benchmark dose. Risk Anal 2004; 24: 1689-96.

149. Grandjean P, Bailar JC, Gee D, Needleman HL, Ozonoff DM, Richter E, Soffritti M, Soskolne CL. Implications of the Precautionary Principle for research and policy-making. Am J Ind Med 2004; 45: 382-5.

150. Grandjean P. Non-precautionary aspects of toxicology. Toxicol Appl Pharmacol 2005; 207: S652-7.

151. Fängström B, Athanasiadou M, Athanassiadis I, Bignert A, Grandjean P, Weihe P, Bergman Å. Polybrominated diphenyl ethers and traditional organochlorine pollutants in fulmars (Fulmarus glacialis) from the Faroe Islands. Chemosphere 2005; 60: 836-43.

152. Grandjean P, Budtz-Jørgensen E, Jørgensen PJ, Weihe P. Umbilical cord mercury concentration as biomarker of prenatal exposure to methylmercury. Environ Health Perspect 2005; 113: 905-8.

153. Barr DB, Weihe P, Davis MD, Needham LL, Grandjean P. Serum polychlorinated biphenyl and organochlorine insecticide concentrations in a Faroese birth cohort. Chemosphere 2006; 62: 1167-82.

154. Halling J, Petersen MS, Damkier P, Nielsen F, Grandjean P, Weihe P, Lundgren S, Lundblad MS, Brøsen K. Polymorphism of CYP2D6, CYP2C19, CYP2C9 and CYP2C8 in the Faroese population. Eur J Clin Pharmacol 2005; 61: 491-7.

155. Coccini T, Randine G, Castoldi AF, Grandjean P, Ostendorp G, Heinzow B, Manzo L. Effects of developmental co-exposure to methylmercury and 2,2',4,4',5,5'-hexachlorobiphenyl (PCB153) on cholinergic muscarinic receptors in rat brain. Neurotoxicology 2006; 27: 468-77.

156. Fängström B, Strid A, Grandjean P, Weihe P, Bergman Å. A retrospective study of PBDEs and PCBs in human milk from the Faroe Islands. Environ Health 2005; 4: 12.

157. Fängström B, Hovander L, Bignert A, Athanassiadis I, Linderholm L, Grandjean P, Weihe P, Bergman Å. Concentrations of PBDEs, PCBs, and OH-PCBs in serum from seven-year-old children and their mothers during pregnancy. Environ Sci Technol 2005; 39: 9457-63.

158. Baris YI, Grandjean P. Prospective study of mesothelioma mortality in Turkish villages with exposure to fibrous zeolites. J Natl Cancer Inst 2006; 98: 414-7.

159. Debes F, Budtz-Jørgensen E, Weihe P, White RF, Grandjean P. Impact of prenatal methylmercury toxicity on neurobehavioral function at age 14 years. Neurotoxicol Teratol 2006; 28: 363-75.

160. Grandjean P, Landrigan PJ. Developmental neurotoxicity of industrial chemicals. Lancet 2006; 368: 2167-78. (Also published as Grandjean P. [Effect of industrial chemicals on development of the nerve system--secondary publication]. Ugeskrift for laeger. 2007;169(34):2782-4. PMID: 17878017

161. Grandjean P, Harari R, Barr DB, Debes F. Pesticide exposure and stunting as independent predictors of neurobehavioral deficits in Ecuadorian school children. Pediatrics 2006; 117: 546-56.

162. Dietz R, Riget F, Born EW, Sonne C, Grandjean P, Kirkegaard M, Olsen MT, Asmund G, Renzoni A, Baagøe H, Andreasen C. Trends in mercury in hair of Greenlandic Polar Bears (Ursus maritimus) during 1892-2001. Environ Sci Technol 2006; 40: 1120-5.

163. Heilmann C, Grandjean P, Weihe P, Nielsen F, Budtz-Jørgensen E. Reduced antibody responses to vaccinations in children exposed to polychlorinated biphenyls. PLoS Med 2006; 3: e311.

164. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P. Confounder selection in environmental epidemiology: Assessment of health effects of prenatal mercury exposure. Ann Epidemiol 2007; 17: 27-35.

165. Petersen MS, Halling J, Damkier P, Nielsen F, Grandjean P, Weihe P, Brøsen K. Caffeine N3-demethylation (CYP1A2) in a population with an increased exposure to polychlorinated biphenyls. Eur J Clin Pharmacol 2006; 62: 1041-8.

166. Dakeishi M, Murata K, Grandjean P. Lessons from arsenic poisoning of infants due to contaminated dried milk: A review. Environ Health 2006; 5: 31.

167. Grandjean P, Budtz-Jørgensen E. Total imprecision of exposure

biomarkers: Implications for calculating exposure limits. Am J Industr Med 2007; 50: 712-9.

168. Grandjean P. Methylmercury toxicity and functional programming. Reproduct Toxicol 2007; 23: 414-20.

169. Grandjean P, Murata K. Developmental arsenic neurotoxicity in retrospect (editorial). Epidemiology 2007; 18: 25-6.

170. Wermuth L, Bech S, Petersen MS, Joensen P, Weihe P, Grandjean P. High prevalence and incidence of Parkinson's disease in the Faroe Islands. Acta Neurol Scand 2008; 118: 126-31.

171. Murata K, Grandjean P, Dakeishi M. Neurophysiological evidence of methylmercury neurotoxicity. Am J Industr Med 2007; 50: 765-71.

172. Budtz-Jørgensen E, Grandjean P, Weihe P. Separation of risks and benefits of seafood intake. Environ Health Perspect 2007; 115: 323-7.

173. Andersen HR, Nielsen F, Nielsen JB, Kjaerstad MB, Baelum J, Grandjean P. Xeno-oestrogenic activity in serum as marker of occupational pesticide exposure. Occup Environ Med 2007; 64: 708-714.

174. Andersen HR, Schmidt IM, Grandjean P, Jensen TK, Budtz-Jørgensen E, Kjaerstad MB, Baelum J, Nielsen JB, Skakkebaek NE, Main KM. Impaired reproductive development in sons of women occupationally exposed to pesticides during pregnancy. Environ Health Perspect 2008; 116: 566-72.

175. Petersen MS, Halling J, Damkier P, Nielsen F, Grandjean P, Weihe P, Brøsen K. Polychlorinated biphenyl (PCB) induction of the CYP3A4 enzyme activity in Healthy Faroese adults. Toxicol Appl Pharmacol 2007; 224: 202-6.

176. Choi AL, Budtz-Jørgensen E, Jørgensen PJ, Steuerwald U, Debes F, Weihe P, Grandjean P. Selenium as a potential protective factor against mercury developmental neurotoxicity. Environ Res 2008; 107: 45-52.

177. Grandjean P. Seven deadly sins of environmental epidemiology and the virtues of precaution. Epidemiology 2008; 19: 158-62.

178. Grandjean P. Late insights into early origins of disease. Basic Clin Pharmacol Toxicol 2008; 102: 94-9.

179. Petersen MS, Weihe P, Choi A, Grandjean P. Increased prenatal exposure to methylmercury does not affect the risk of Parkinson's disease. Neurotoxicology 2008; 29: 591-5.

180. Petersen MS, Halling J, Bech S, Wermuth L, Weihe P, Nielsen F Jørgensen PJ, Budtz-Jørgensen E, Grandjean P. Impact of dietary exposure to food contaminants on the risk of Parkinson's disease. Neurotoxicology 2008; 29: 584-90.

181. Halling J, Petersen MS, Brosen K, Weihe P, Grandjean P. Genetic predisposition to Parkinson's disease: CYP2D6 and HFE in the Faroe Islands. Pharmacogenet Genomics 2008; 18: 209-12.

182. Choi A, Cordier S, Weihe P, Grandjean P. Negative confounding in the evaluation of toxicity: The case of methylmercury in fish and seafood. Crit Rev Toxicol 2008; 38: 877-93.

183. Grandjean P, Ozonoff D. Environmental Health: the first five years. Environ Health 2007; 6: 27.

184. Grandjean P, Choi A. The delayed appearance of a mercurial warning. Epidemiology 2008; 19: 10-1.

185. Pouzaud F, Ibbou A, Blanchemanche S, Grandjean P, Krempf M,

Philippe H-J, Verger P. Use of advanced cluster analysis to characterize seafood consumption patterns and methylmercury exposures among pregnant women. J Exp Anal Environ Epidemiol 2010; 20: 54-68.

186. Grandjean P, Bellinger D, Bergman Å, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, HertzPicciotto I, Hu H, Huang TTK, Kold Jensen T, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebæk NE, Skerfving S, Weihe P. The Faroes statement: Human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol 2008; 102: 73-5.

187. Choi AL, Grandjean P. Methylmercury exposure and health effects in humans. Environ Chem 2008; 5: 112-20.

188. Weihe P, Kato K, Calafat AM, Nielsen F, Wanigatunga AA, Needham LL, Grandjean P. Serum concentrations of polyfluoroalkyl compounds in Faroese whale meat consumers. Environ Sci Technol 2008; 42: 6291-5.

189. Grandjean P, Budtz-Jørgensen E, Barr DB, Needham LL, Weihe P, Heinzow B. Elimination half-lives of polychlorinated biphenyl congeners in children. Environ Sci Technol 2008; 42: 6991-6.

190. Coccini T, Manzo L, Debes F, Weihe P, Grandjean P. Application of lymphocyte muscarinic receptors and platelet monoamine oxidase-B as biomarkers of CNS function in a Faroese children cohort prenatally exposed to methylmercury and PCBs. Biomarkers 2009; 14: 67-76.

191. Budtz-Jørgensen E, Debes F, Weihe P, Grandjean P. Structural equation models for meta-analysis in environmental risk assessment. Environmetrics 2010; 21: 510-27.

192. Choi AL, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Salonen JT, Tuomainen T-P, Murata K, Nielsen HP, Petersen MS, Askham J, Grandjean P. Methylmercury exposure and adverse cardiovascular effects in Faroese whalingmen. Environ Health Perspect 2009; 117: 369-72.

193. Bjørling-Poulsen M, Andersen HR, Grandjean P. Potential developmental neurotoxicity of pesticides used in Europe. Environ Health 2008; 7: 50.

194. Chevrier C, Sullivan K, White RF, Comtois C, Cordier S, Grandjean P. Qualitative assessment of visuospatial errors in mercury-exposed Amazonian children. Neurotoxicology 2009; 30: 37-46.

195. Julvez J, Grandjean P. Neurodevelopmental toxicity risks due to occupational exposure to industrial chemicals during pregnancy. Industr Health 2009; 47: 459-68.

196. Grandjean P, Budtz-Jørgensen E. An ignored risk factor in toxicology: The total imprecision of exposure assessment. Pure Appl Chem 2010; 82: 383-91.

197. Kirkegaard M, Sonne C, Dietz R, Letcher RJ, Jensen AL, Hansen SS, Jenssen BM, Grandjean P. Alterations in thyroid hormone status in Greenland sledge dogs exposed to whale blubber contaminated with organohalogen compounds. Environ Qual Saf 2011; 74: 157-63.

198. Schlezinger JJ, Bernard PL, Haas A, Grandjean P, Weihe P, Sherr DH. Direct assessment of cumulative aryl hydrocarbon receptor agonist activity in sera from experimentally exposed mice and environmentally exposed humans. Environ Health Perspect 2010; 118: 693-8.

199. White RF, Palumbo CL, Yugelun-Todd DA, Heaton KJ, Weihe P, Debes F, Grandjean P. Functional MRI approach to developmental methylmercury

and polychlorinated biphenyl neurotoxicity. Neurotoxicology 2011; 32: 975-80.

200. Lincoln RA, Vorhees DJ, Chesney EJ, Shine JP, Grandjean P, Senn DB. Fish consumption and mercury exposure among Louisiana recreational anglers. Environ Health Perspect 2011; 119: 245-51.

201. Yorifuji T, Tsuda T, Grandjean P. Unusual cancer excess after neonatal arsenic exposure from contaminated milk powder. J Natl Cancer Inst 2010; 102: 360-1.

202. Harari R, Julvez J, Murata K, Barr D, Bellinger DC, Debes F, Grandjean P. Neurobehavioral deficits and increased blood pressure in school-age children prenatally exposed to pesticides. Environ Health Perspect 2010; 118: 890-6.

203. Grandjean P, Satoh H, Murata K, Eto K. Adverse effects of methylmercury: Environmental health research implications. Environ Health Perspect 2010; 118: 1137-45.

204. Mahaffey KR, Sunderland EM, Chan HM, Choi AL, Grandjean P, Mariën K, Oken E, Sakamoto M, Schoeny R, Weihe P, Yan C-H, Yasutake A. Balancing the benefits of n-3 polyunsaturated fatty acids and the risks of methylmercury exposure from fish consumption. Nutrit Rev 2011; 69: 493-508.

205. Julvez J, Debes F, Weihe P, Choi A, Grandjean P. Sensitivity of continuous performance test (CPT) to mercury exposure at age 14 years. Neurotoxicol Teratol 2010; 32: 627-32.

206. Dalgård C, Petersen MS, Schmedes AV, Brandslund I, Weihe P, Grandjean P. High latitude and marine diet: Vitamin D status in elderly Faroese. Br J Nutr 2010; 104: 914-8.

207. Heilmann C, Budtz-Jørgensen E, Nielsen F, Heinzow B, Weihe P, Grandjean P. Serum concentrations of antibodies against vaccine toxoids in children exposed perinatally to immunotoxicants. Environ Health Perspect 2010; 118: 1434-8.

208. Grandjean P, Poulsen LK, Heilmann C, Steuerwald U, Weihe P. Allergy and sensitization during childhood associated with prenatal and lactational exposure to marine pollutants. Environ Health Perspect 2010; 118: 1429-33.

209. Grandjean P, Henriksen JE, Choi AL, Petersen MS, Dalgård C, Nielsen F, Weihe P. Marine food pollutants as a risk factor for hypoinsulinemia and type 2 diabetes. Epidemiology 2011; 22: 410-7.

210. Yorifuji T, Debes F, Weihe P, Grandjean P. Prenatal exposure to lead and cognitive deficit in 7- and 14-year-old children in the presence of concomitant exposure to similar molar concentration of methylmercury. Neurotoxicol Teratol 2011; 33: 205-11.

211. Grandjean P. Even low-dose lead exposure is hazardous. The Lancet 2010; 375: 855-6.

212. Spulber S, Rantamäki T, Nikkilä O, Castrén E, Weihe P, Grandjean P, Ceccatelli S. Effects of maternal smoking and exposure to methylmercury on Brain-Derived Neurotrophic Factor (BDNF) concentrations in cord serum. Toxicol Sci 2010; 117: 263-9.

213. Mozaffarian D, Shi P, Morris JS, Spiegelman D, Grandjean P, Siscovick, Willett WC, Rimm EB. Mercury exposure and risk of cardiovascular disease in two U.S. cohorts. N Engl J Med 2011; 364: 1116-25.

214. Ozonoff DM, Grandjean P. Milestones and impact factors (editorial). Environ Health 2010; 9: 35.
215. Needham LL, Grandjean P, Heinzow B, Jørgensen PJ, Nielsen F, Patterson DG Jr, Sjödin A, Turner WE, Weihe P. Partition of environmental chemicals between maternal and fetal blood and tissues. Environ Sci Technol 2011; 45: 1121-6.
216. Yorifuji T, Grandjean P, Tsuda T, Kashima S, Doi H. Cancer excess after arsenic exposure from contaminated milk powder. Environ Health Prev Med 2011; 16: 164-70.
217. Grandjean P, Herz K. Methylmercury and brain development: Imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 2011: 78: 107-18.
218. Pichery C, Bellanger M, Zmirou-Navier D, Glorennec P, Hartemann P, Grandjean P. Childhood lead exposure in France: benefit estimation and partial cost-benefit analysis of lead hazard control. Environ Health 2011; 10: 44.
219. Wohlfahrt-Veje C, Main KM, Schmidt IM, Boas M, Jensen TK, Grandjean P, Skakkebæk NE, Andersen HR. Lower birth weight and increased body fat at school age in children prenatally exposed to modern pesticides: A prospective study. Environ Health 2011; 10: 79.
220. Wohlfahrt-Veje C, Andersen HR, Schmidt IM, Aksglaede L, Sørensen K, Juul A, Jensen TK, Grandjean P, Skakkebæk NE, Main KM. Early Breast Development in Girls after Prenatal Exposure to Non-Persistent Pesticides. Int J Androl 2012; 35: 273-82.
221. Dalgård C, Petersen MS, Weihe P, Grandjean P. Vitamin D status in relation to type 2 diabetes development. Diabetes Care 2011; 34: 1284-8.
222. Julvez J, Debes F, Weihe P, Choi AL, Grandjean P. Thyroid dysfunction as a mediator of organochlorine neurotoxicity in preschool children. Environ Health Perspect 2011; 119:1429-35.
223. Audouze K, Grandjean P. Application of computational systems biology to explore environmental toxicity hazards. Environ Health Perspect 2011; 119: 1754-9.
224. Grandjean P, Andersen EW, Budtz-Jørgensen E, Nielsen F, Mølbak K, Weihe P, Heilmann C. Decreased serum vaccine antibody concentrations in children exposed to perfluorinated compounds. JAMA 2012; 307: 391-7.
225. Grandjean P, Eriksen ML, Ellegaard O, Wallin JA. The Matthew effect in environmental science publication: A bibliometric analysis of chemical substances in journal articles. Environ Health 2011; 10: 96.
226. Vestergaard S, Nielsen F, Andersson AM, Hjøllund NH, Grandjean P, Andersen HR, Jensen TK. Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive. Human Reproduct 2012; 27: 873-80.
227. Wohlfahrt-Veje C, Andersen HR, Jensen TK, Grandjean P, Skakkebaek NE, Main KM. Smaller genitals at school age in boys whose mothers were exposed to non-persistent pesticides in early pregnancy. Int J Androl 2012; 35: 265-72.
228. Grandjean P, Weihe P, Nielsen F, Heinzow B, Debes F, Budtz-Jørgensen E. Neurobehavioral deficits at age 7 years associated with

prenatal exposure to toxicants from maternal seafood diet. Neurotoxicol Teratol 2012; 34: 466-72.
229. Grandjean P, Grønlund C, Kjær IM, Jensen TK, Sørensen N, Andersson AM, Juul A, Skakkebæk NE, Budtz-Jørgensen E, Weihe P. Reproductive hormone profile and pubertal development in 14-year-old boys prenatally exposed to polychlorinated biphenyls. Reprod Toxicol 2012; 34: 498-503.
230. Karagas MR, Choi AL, Oken E, Horvat M, Schoeny R, Kamai E, Grandjean P, Korrick S. Evidence on the human health effects of low-level methylmercury exposure. Environ Health Perspect 2012; 120: 799-806.
231. Grandjean P, Ozonoff D. Portrait of the journal as a young adult. Environ Health. 2012; 11: 30.
232. Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 2013; 33: 450-61.
233. Færch K, Højlund K, Vind BF, Vaag A, Dalgård C, Nielsen F, Grandjean P. Increased serum concentrations of persistent organic pollutants among prediabetic individuals: potential role of altered substrate oxidation patterns. J Clin Endocrinol Metab 2012; 97: E1705-13.
234. Yorifuji T, Murata K, Bjerve K, Choi AL, Weihe P, Grandjean P. Visual evoked potentials in children prenatally exposed to methylmercury. Neurotoxicology 2013; 37: 15-8.
235. Pichery C, Bellanger M, Zmirou-Navier D, Fréry N, Cordier S, Roue-LeGall A, Hartemann P, Grandjean P. Economic evaluation of health consequences of prenatal methylmercury exposure in France. Environ Health 2012; 11: 53.
236. Andersen HR, Wohlfahrt-Veje C, Dalgård C, Christiansen L, Main KM, Christine Nellemann C, Murata K, Jensen TK, Skakkebæk NE, Grandjean P. Paraoxonase 1 polymorphism and prenatal pesticide exposure associated with adverse cardiovascular risk profiles at school age. PLoS ONE 2012; 7(5): e36830.
237. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. Environ Health Perspect 2012; 120: 1362-8.
238. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick D, Spiegelman D, Willett W, Rimm E, Curhan G, Forman J. Mercury exposure and risk of hypertension in US men and women in two prospective cohorts. Hypertension 2012; 60: 645-52.
239. Wu H, Bertrand KA, Choi AL, Hu FB, Laden F, Grandjean P, Sun Q. Plasma levels of persistent organic pollutants and risk of type 2 diabetes: a prospective analysis in the Nurses' Health Study and meta-analysis. Environ Health Perspect 2013; 121: 153-61.
240. Barouki B, Gluckman PD, Grandjean P, Hanson M, Heindel JJ. Developmental origins of non-communicable diseases and dysfunctions: Implications for research and public health. Environmental Health 2012: 11: 42.
241. Julvez J, Davey-Smith G, Golding J, Ring S, St. Pourcain B, Gonzalez JR, Grandjean P. Prenatal methylmercury exposure and genetic

predisposition to cognitive deficit at age 8 years. Epidemiology 2013; 24: 643-50.

242. Balbus JM, Barouki R, Birnbaum LS, Etzel RA, Gluckman PD, Grandjean P, Hancock C, Hanson MA, Heindel JJ, Hoffman K, Jensen GK, Keeling A, Neira M, Rabadán-Diehl C, Ralston J, Tang KC. Early-life prevention of non-communicable diseases (Comment). Lancet 2013; 381: 3-4.

243. Dietz R, Sonne C, Basu N, Braune B, O'Hara T, Letcher RJ, Scheuhammer T, Andersen M, Andreasen C, Andriashek D, Asmund G, Aubail A, Baagøe H, Born EW, Chan HM, Derocher AE, Grandjean P, Knott K, Kirkegaard M, Krey A, Lunn N, Messier F, Obbard M, Olsen MT, Ostertag S, Peacock E, Renzoni A, Rigét FF, Skaare JU, Stern G, Stirling I, Taylor M, Wiig O, Wilson S, Aars J. What are the toxicological effects of mercury in Arctic biota? Sci Total Environ 2013; 443: 775-790.

244.  Bellanger M, Pichery C, Aerts D, Berglund M, Castaño A, Čejchanová M, Crettaz P, Davidson F, Esteban M, Fischer ME, Gurzau AE, Halzlova K, Katsonouri A, Knudsen LE, Kolossa-Gehring M, Koppen G, Ligocka D, Miklavčič A, Reis MF, Rudnai P, Tratnik JS, Weihe P, Budtz-Jørgensen E, Grandjean P. Economic benefits of methylmercury exposure control in Europe: Monetary value of neurotoxicity prevention. Environ Health 2013; 12: 3.

245. Halling J, Petersen MS, Jørgensen N, Jensen TK, Grandjean P, Weihe P. Semen quality and reproductive hormones in Faroese men – a cross-sectional population-based study of 481 men. BMJ Open 2013; 3: e001946.

246. Grandjean P, Budtz-Jørgensen E. Immunotoxicity of perfluorinated alkylates: Calculation of benchmark doses based on serum concentrations in children. Environ Health 2013; 12: 35.

247. Choi AL, Mogensen UB, Bjerve K, Weihe P, Grandjean P, Budtz-Jørgensen E. Negative confounding by essential fatty acids in methylmercury neurotoxicity associations. Neurotoxicol Teratol 2014; 42: 85-92.

248. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick DS, Spiegelman D, Hu FB. Methylmercury exposure and incident diabetes mellitus in US men and women in two prospective cohorts. Diabetes Care 2013; 36: 3578-84.

249. Audouze K, Brunak S, Grandjean P. Computational approach to chemical etiologies of diabetes. Sci Comm 2013; 3: 2712.

250. Fonseca MF, Hacon SS, Grandjean P, Choi AL, Bastos WR. Iron status as a covariate in methylmercury-associated neurotoxicity risk. Chemosphere 2014; 100: 89-96.

251. Grandjean P, Clapp R. Changing interpretation of human health risks from perfluorinated compounds. Publ Health Rep 2014:129; 482-5.

252. Grandjean P, Landrigan PJ. Neurobehavioural effects of developmental toxicity. Lancet Neurol 2014; 13: 330-8.

253. Kim BM, Choi A, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Effect of hemoglobin and selenium on partition of mercury between maternal and cord blood. Environ Res 2014; 132: 407-12.

254. Grandjean P, Ozonoff D. Transparency and translation of science in a modern world. Environ Health 2013; 12: 70.

255. Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK. Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. Am J Clin Nutrit 2014; 99: 5-13

256. Timmermann CAG, Rossing LI, Grøntved A, Ried-Larsen M, Dalgård C, Andersen LB, Grandjean P, Nielsen F, Svendsen KD, Scheike T, Jensen TK. Adiposity and glycemic control in children exposed to perfluorinated compounds. J Clin Endocrinol Metab 2014; 99: E608-14.

257. Julvez J, Grandjean P. Genetic susceptibility to methylmercury developmental neurotoxicity matters. Front Genet 2013; 4: 278.

258. Vesterholm Jensen D, Christensen JH, Virtanen HE, Skakkebæk NE, Main KM, Toppari J, Veje CV, Andersson AM, Nielsen F, Grandjean P, Jensen TK. No association between exposure to perfluorinated compounds and congenital cryptorchidism: a nested case-control study among 215 boys from Denmark and Finland. Reproduction 2014; 147: 411-7.

259. Li M, Sherman LS, Blum JD, Grandjean P, Mikkelsen B, Weihe P, Sunderland EM, Shine JP. Assessing sources of human methylmercury exposure using stable mercury isotopes. Environ Sci Technol 2014; 48: 8800-6.

260. Grandjean P, Herz KT. Trace elements as paradigms of developmental neurotoxicants. J Trace Elem Med Biol 2015; 31: 130-4.

261. Grandjean P, Weihe P, Debes F, Choi AL, Budtz-Jørgensen E. Neurotoxicity from prenatal and postnatal exposure to methylmercury. Neurotoxicol Teratol 2014; 43: 39-44.

262. Grandjean P, Clapp R. Perfluorinated alkyl substances: emergence of insights into health risks. New Solutions 2015; 25: 147-63.

263. Osuna CE, Grandjean P, Weihe P, El-Fawal HAN. Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children. Toxicol Sci 2014; 142: 158-66.

264. Mogensen UB, Grandjean P, Heilmann C, Nielsen F, Weihe P, Budtz-Jørgensen E. Structural equation modeling of immunotoxicity associated with exposure to perfluorinated compounds. Environ Health 2015; 14: 47.

265. Andersen HR, Debes F, Wohlfahrt-Veje C, Murata K, Grandjean P. Occupational pesticide exposure in early pregnancy and neurobehavioral function in children at school age. Neurotoxicol Teratol 2015; 47: 1-9.

266. Kvist L, Giwercman A, Weihe P, Jensen TK, Grandjean P, Halling J, Petersen MS, Giwercman YL. Exposure to persistent organic pollutants and sperm sex chromosome ratio in men from the Faroe Islands. Environ Int 2014; 73: 359-64.

267. Jensen TK, Timmermann AG, Rossing LI, Ried-Larsen M, Grøntved A, Andersen LB, Dalgaard C, Hansen OH, Scheike T, Nielsen F, Grandjean P. Polychlorinated biphenyl exposure and glucose metabolism in Danish children at age 9 years. J Clin Endocrinol Metab 2014; 99: E2643-51.

268. Choi AL, Zhang Y, Sun G, Bellinger D, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Association of cognitive deficits with prenatal exposure to fluoride in Chinese children: a pilot study. Neurotoxicol Teratol 2015; 47: 96-101.

269. Mørck TA, Nielsen F, Nielsen JKS, Siersma V, Grandjean P, Knudsen

LE. PFAS concentrations in plasma samples from Danish school children and their mothers. Chemosphere 2015; 129: 203-9.

270. Kioumourtzoglou MA, Roberts AL, Nielsen F, Shelley Tworoger SS, Grandjean P, Weisskopf MG. Within-person reproducibility of red blood cell mercury over a 10- to 15-year period among women in the Nurses' Health Study II. J Exp Sci Environ Epidemiol 2016; 26: 219-23.

271. Wu H, Grandjean P, Hu FB, Sun Q. Consumption of white rice and brown rice and urinary inorganic arsenic concentration. Epidemiology 2015; 26: e65-7.

272. Jensen TK, Andersen LB, Kyhl HB, Nielsen F, Christensen HT, Grandjean P. Association between perfluorinated compounds and miscarriage in a case-control study of Danish pregnant women. PLoS One 2015; 10: e0123496.

273. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Bellanger M, Hauser R, Legler J, Skakkebaek N, Heindel JJ. Estimating burden and disease costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1245-55.

274. Bellanger M, Demeneix B, Grandjean P, Zoeller RT, Trasande L. Neurobehavioral deficits, diseases and associated costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1256-66.

275. Tang-Péronard JL, Heitmann BL, Jensen TK, Vinggaard AM, Madsbad S, Steuerwald U, Grandjean P, Weihe P, Nielsen F, Andersen HR. Prenatal exposure to persistent organic pollutants is associated with increased insulin levels in 5-year-old girls. Environ Res 2015; 142: 407-13.

276. Timmermann CAG, Osuna CE, Steuerwald U, Weihe P, Poulsen LK, Grandjean P. Asthma and allergy in children with and without prior measles mumps, and rubella vaccination. Pediatr Allergy Immunol 2015; 26: 742-9.

277. Tøttenborg SS, Choi AL, Bjerve KS, Weihe P, Grandjean P. Effect of seafood mediated PCB on desaturase activity and PUFA profile in Faroese septuagenarians. Environ Res 2015; 140: 699-703.

278. Petersen MS, Halling J, Weihe P, Jensen TK, Grandjean P, Nielsen F, Jørgensen N. Spermatogenic capacity in fertile men with elevated exposure to polychlorinated biphenyls. Environ Res 2015; 138: 345-51.

279. Grandjean P. Toxicology research for precautionary decision-making and the role of Human & Experimental Toxicology. Hum Exp Toxicol 2015; 34: 1231-7.

280. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, 't

Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M, Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KC, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Seniori Costantini A, Seixas N, Shy C, Siemiatycki J, Silvermann DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC monographs: 40 years of evaluating carcinogenic hazards to humans. Environ Health Perspect 2015; 123: 507-14.

281. Zong G, Grandjean P, Wu H, Sun Q. Circulating persistent organic pollutants and body fat distribution, evidence from NHANES 1999-2004. Obesity 2015; 23: 1903-10.

282. Debes F, Weihe P, Grandjean P. Cognitive deficits at age 22 years associated with prenatal exposure to methylmercury. Cortex 2016; 74: 358-69.

283. Mogensen UB, Grandjean P, Nielsen F, Weihe P, Budtz-Jørgensen E. Breastfeeding as an exposure pathway for perfluorinated alkylates. Environ Sci Technol 2015; 49: 10466-73.

284. Kielsen K, Shamin Z, Ryder LP, Nielsen F, Grandjean P, Budtz-Jørgensen E, Heilmann C. Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates. J Immunotoxicol 2016; 13: 270-3.

285. Grandjean P, Barouki R, Bellinger D, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C, Karagas M, Kawamoto T, Lawrence BP, Perera F, Prins G, Puga A, Rosenfeld CS, Sherr D, Sly P, Suk W, Sun Q, Toppari J, van den Hazel P, Walker CL, Heindel JJ. Life-long implications of developmental exposure to environmental stressors: New perspectives. Endocrinology 2015; 156: 3408-15.

286. Heindel JJ, Balbus J, Birnbaum L, Brune-Drisse ML, Grandjean P, Gray K, Landrigan PJ, Sly PD, Suk W, Cory-Slechta D, Thompson C, Hanson M. Developmental origins of health and disease: integrating environmental influences. Endocrinology 2015; 156: 3416-21.

287. Egsmose EL, Bräuner EV, Frederiksen M, Mørck TA, Siersma VD, Hansen PW, Nielsen F, Grandjean P, Knudsen LE. Associations between plasma concentrations of PCB 28 and possible indoor exposure sources in Danish school children and mothers. Environ Intern 2016; 87: 13-9.

288. Perry MJ, Young HA, Grandjean P, Halling J, Petersen MS, Sheena EM, Parisa K, Weihe P. Sperm aneuploidy in men with elevated lifetime exposure to dichlorodiphenyldichloroethylene (DDE) and polychlorinated biphenyl (PCB) pollutants. Environ Health Perspect 2016; 124: 951-6.

289. Julvez J, Paus T, Bellinger D, Eskenazi B, Tiemeier H, Pearce N, Ritz B, White T, Ramchandani P, Gispert JD, Desrivières S, Brouwer R, Boucher O, Alemany S, López-Vicente M, Suades-González E, Forns J, Grandjean P, Sunyer J. Environment and Brain Development: Challenges in the Global Context. Neuroepidemiology 2016; 46: 79-82.

290. Yorifuji T, Kato T, Ohta H, Bellinger DC, Matsuoka K, Grandjean P. Neurological and neuropsychological functions in adults with a

history of developmental arsenic poisoning from contaminated milk powder. Neurotoxicol Teratol 2016; 53: 75-80.

291. Sunderland EM, Driscoll CT Jr, Hammitt JK, Grandjean P, Evans JS, Blum JD, Chen CY, Evers DC, Jaffe DA, Mason RP, Goho S, Jacobs W. Benefits of regulating hazardous air pollutants from coal and oil-fired utilities in the United States. Environ Sci Technol 2016; 50:2117-20.

292. Grandjean P. Learning from Bernardino Ramazzini, a tribute to the Magister from Carpi and to the Fellows of the Collegium Ramazzini. Eur J Oncol 2016: 21: 51-60.

293. Vandenberg LN, Ågerstrand M, Beronius A, Beausoleil C, Bergman Å, Bero LA, Bornehag CG, Boyer CS, Cooper GS, Cotgreave I, Gee D, Grandjean P, Guyton KZ, Hass U, Heindel JJ, Jobling S, Kidd KA, Kortenkamp A, Macleod MR, Martin OV, Norinder U, Scheringer M, Thayer KA, Toppari J, Whaley P, Woodruff TJ, Rudén C. A proposed framework for the systematic review and integrated assessment (SYRINA) of endocrine disrupting chemicals. Environ Health 2016; 15: 74.

294. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Hunt PM, Rudel R, Sathyanarayana S, Bellanger M, Hauser R, Legler J, Skakkebaek NE, Heindel JJ. Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis. Andrology 2016; 4: 565-72.

295. Dalgård C, Petersen MS, Steuerwald U, Weihe P, Grandjean P. Umbilical cord serum 25-hydroxyvitamin D concentrations and relation to birthweight, head circumference and infant length at age 14 days. Paediatr Perinat Epidemiol 2016; 30: 238-45.

296. Grandjean P. Paracelsus Revisited: The dose concept in a complex world. Basic Clin Pharmacol Toxicol 2016; 119: 126-32.

297. Tinggaard J, Wohlfahrt-Veje C, Husby S, Christiansen L, Skakkebaek NE, Jensen TK, Grandjean P, Main KM, Andersen HR. Prenatal pesticide exposure and PON1 genotype associated with adolescent body fat distribution evaluated by dual X-ray absorptiometry (DXA). Andrology 2016; 4: 735-44.

298. Zong G, Grandjean P, Wang X, Sun Q. Lactation history, serum concentrations of persistent organic pollutants, and maternal risk of diabetes. Environ Res 2016; 150: 282-8.

299. Birnbaum LS, Grandjean P. Alternatives to PFASs: Perspectives on the science (editorial). Environ Health Perspect 2015; 123: A104-5.

300. Hu XC, Andrews D, Lindstrom AB, Bruton TA, Schaider LA, Grandjean P, Lohmann R, Carignan CC, Blum A, Balan SA, Higgins CP, Sunderland EM. Detection of poly- and perfluoroalkyl substances (PFASs) in U.S. drinking water linked to industrial sites, military fire training areas and wastewater treatment plants. Environ Sci Technol Lett 2016 3: 344-350.

301. Timmermann CAG, Budtz-Jørgensen E, Petersen MS, Weihe P, Steuerwald U, Nielsen F, Jensen TK, Grandjean P. Shorter duration of breastfeeding at elevated exposures to perfluoroalkyl substances. Reproduct Toxicol 2017; 68: 164-170.

302. Lind DV, Priskorn L, Lassen TH, Nielsen F, Kyhl HB, Kristensen DM, Christesen HT, Jørgensen JS, Grandjean P, Jensen TK. Prenatal exposure to perfluoroalkyl substances and anogenital distance at 3

months of age as marker of endocrine disruption. Reproduct Toxicol 2017; 68: 200-206.

303. Oulhote Y, Shamim Z, Kielsen K, Weihe P, Grandjean P, Ryder LP, Heilmann C. Children's white blood cell counts in relation to developmental exposures to methylmercury and persistent organic pollutants. Reproduct Toxicol 2017; 68: 207-214.

304. Karlsen M, Grandjean P, Weihe P, Steuerwald U, Oulhote Y, Valvi D. Early-life exposures to persistent organic pollutants in relation to overweight in preschool children. Reproduct Toxicol 2017; 68: 145-153.

305. Dalsager L, Christensen N, Husby S, Kyhl H, Nielsen F, Høst A, Grandjean P, Jensen TK. Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4years among 359 children in the Odense Child Cohort. Environ Int 2016; 96: 58-64.

306. Oulhote Y, Steuerwald U, Debes F, Weihe P, Grandjean P. Behavioral difficulties in 7-year-old children in relation to developmental exposure to perfluorinated alkyl substances. Environ Int 2016; 97: 237-45.

307. Weihe P, Debes F, Halling J, Petersen MS, Muckle G, Odland JØ, Dudarev A, Ayotte P, Dewailly É, Grandjean P, Bonefeld-Jørgensen E. Health effects associated with measured levels of contaminants in the Arctic. Int J Circumpolar Health 2016; 75: 33805.

308. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Budtz-Jørgensen E. Serum Vaccine Antibody Concentrations in Adolescents Exposed to Perfluorinated Compounds. Environ Health Perspect 2017; 125: 077018.

309. Oulhote Y, Debes F, Vestergaard S, Weihe P, Grandjean P. Aerobic fitness and neurocognitive function scores in young Faroese adults and potential modification by prenatal methylmercury exposure. Environ Health Perspect 2017; 125: 677-683.

310. Kirk LE, Jørgensen JS, Nielsen F, Grandjean P. Role of hair-mercury analysis and dietary advice in lowering methylmercury exposure in pregnant women. Scand J Publ Health 2017; 45: 444-51.

311. Timmermann CAG, Budtz-Jørgensen E, Jensen TK, Osuna CE, Petersen MS, Steuerwald U, Nielsen F, Poulsen LK, Weihe P, Grandjean P. Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination. J Immunotoxicol 2017; 14: 39-49.

312. Yorifuji T, Matsuoka K, Grandjean P. Height and blood chemistry in adults with a history of developmental arsenic poisoning from contaminated milk powder. Environ Res 2017; 155: 86-91.

313. Valvi D, Oulhote Y, Weihe P, Dalgård C, Bjerve KS, Steuerwald U, Grandjean P. Gestational diabetes and offspring birth size at elevated environmental pollutant exposures. Environ Int 2017; 107: 205-215.

314. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Timmermann A, Budtz-Jørgensen E. Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5 years. J Immunotoxicol 2017; 14: 188-195.

315. Mie A, Andersen HR, Gunnarsson S, Kahl J, Kesse-Guyot E, Rembiałkowska E, Quaglio G, Grandjean P. Human health implications of

organic food and organic agriculture: a comprehensive review. Environ Health 2017; 16: 111.

316. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F, Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2017; 65: 34-41

317. Grandjean P, Bellanger M. Calculation of the disease burden associated with environmental chemical exposures: application of toxicological information in health economic estimation. Environ Health 2017; 16: 123.

318. Timmermann CAG, Choi AL, Petersen MS, Nielsen F, Budtz-Jørgensen E, Weihe P, Grandjean P. Secondary Sex Ratio in Relation to Exposures to Polychlorinated Biphenyls, Dichlorodiphenyl Dichloroethylene, and Methylmercury. Int J Circumpolar Health 2017; 76: 1406234.

319. Sun Q, Zong G, Valvi D, Nielsen F, Coull B, Grandjean P. Plasma Concentrations of Perfluoroalkyl Substances and Risk of Type 2 Diabetes: A Prospective Investigation among US Women. Environ Health Perspect 2018; 126: 037001.

320. Liu G, Dhana K, Furtado JD, Rood J, Zong G, Liang L, Qi L, Bray GA, Smith SR, DeJonge L, Coull B, Grandjean P, Sun Q. Perfluoroalkyl Substances and Changes in Body Weight and Resting Metabolic Rate in Response to Weight-Loss Diets: A Prospective Study. PLoS Medicine 2018; 15: e1002502.

321. Zong G, Valvi D, Coull B, Göen T, Hu FB, Grandjean P, Sun Q. Persistent Organic Pollutants and Risk of Type 2 Diabetes: A Prospective Investigation Among Middle-aged Women in Nurses' Health Study II. Environ Int 2018; 114: 334-42.

322. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2018; 65: 34-41.

323. Barouki R, Melén E, Herceg Z, Beckers J, Chen J, Karagas M, Puga A, Xia Y, Chadwick L, Yan W, Audouze K, Slama R, Heindel J, Grandjean P, Kawamoto T, Nohara K. Epigenetics as a mechanism linking developmental exposures to long-term toxicity. Environ Int 2018; 114: 77-86.

324. Leung YK, Ouyang B, Niu L, Xie C, Ying J, Medvedovic M, Chen A, Weihe P, Grandjean P, Ho SM. Identification of sex-specific-methylation changes driven by specific chemicals in cord blood DNA in Faroe Islands birth cohort. Epigenetics 2018; 13: 290-300.

325. Dassuncao C, Hu XC, Nielsen F, Weihe P, Grandjean P, Sunderland EM. Shifting Global Exposures to Poly- and Perfluoroalkyl Substances (PFASs) Evident in Longitudinal Birth Cohorts from a Seafood Consuming Population. Environ Sci Technol 2018; 52: 3738-47.

326. Hu XC, Dassuncao C, Zhang X, Grandjean P, Weihe P, Webster GM, Nielsen F, Sunderland EM. Can profiles of poly- and Perfluoroalkyl substances (PFASs) in human serum provide information on major exposure sources? Environ Health 2018; 17: 11.

327. Audouze K, Taboureau O, Grandjean P. A systems biology approach to predictive developmental neurotoxicity of a larvicide used in the prevention of Zika virus transmission. Toxicol Appl Pharmacol 2018: 354: 56-63.

328. Fritsche E, Grandjean P, Crofton KM, Aschner M, Goldberg A, Heinonen T, Hessel EVS, Hogberg H, Hougaard Bennekou S, Lein PJ, Leist M, Mundy WR, Paparella M, Piersma AH, Sachana M, Schmuck G, Solecki R, Terron A, Monnet-Tschudi F, Wilks MF, Witters H, Zurich MG, Bal-Price A. Consensus statement on the need for innovation, transition and implementation of Developmental Neurotoxicity (DNT) testing for regulatory purposes. Toxicol Appl Pharmacol 2018; 354: 3-6.

329. Jensen RC, Timmermann CA, Glintborg D, Nielsen F, Andersen HR, Kyhl HB, Andersen M, Grandjean P, Jensen TK. Perfluoroalkyl Substances and Glycemic Status in Pregnant Danish Women: The Odense Child Cohort. Environ Int 2018; 116: 101-7.

330. Veyhe AS, Andreassen J, Halling J, Grandjean P, Skaalum Petersen M, Weihe P. Prevalence of type 2 diabetes and prediabetes in the faroe islands. Diabetes Res Clin Pract 2018; 140: 162-73.

331. Andersen HR, Tinggaard J, Grandjean P, Jensen TK, Dalgård C, Main KM. Prenatal pesticide exposure associated with glycated haemoglobin and markers of metabolic dysfunction in adolescents. Environ Res 2018; 166: 71-77.

332. Petersen MS, Halling J, Jørgensen N, Nielsen F, Grandjean P, Jensen TK, Weihe P. Reproductive function in a population of young Faroese men with elevated exposure to polychlorinated biphenyls (PCBs) and perfluorinated alkylate substances (PFAS). Int J Environ Res Public Health 2018; 15(9): E1880.

333. Grandjean P. Delayed discovery, dissemination, and decisions on intervention in environmental health: a case study on immunotoxicity of perfluorinated alkylate substances. Environ Health 2018; 17: 62.

334. Yorifuji T, Takaoka S, Grandjean P. Accelerated functional losses in ageing congenital Minamata disease patients. Neurotoxicol Teratol 2018; 69: 49-53.

335. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. PLoS One 2018; 13(10): e0205388.

336. Petersen MS, Debes F, Grandjean P, Weihe P. Gender differences in cognitive performance and health status in the Faroese Septuagenarians cohort. Eur J Public Health 2019; 29: 79-81.

337. Mie A, Rudén C, Grandjean P. Safety of safety evaluation of pesticides: developmental neurotoxicity of chlorpyrifos and chlorpyrifos-methyl. Environ Health 2018; 17: 77.

338. Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ, Hougaard KS, Hunt P, Nawrot TS, Prins GS, Ritz B, Soffritti M, Sunyer J, Weihe P. Time scales of developmental toxicity impacting on research and needs for intervention. Basic Clin Pharmacol Toxicol 2019 Aug;125 Suppl 3:70-80.

339. Jensen TK, Mustieles V, Bleses D, Frederiksen H, Trecca F, Schoeters G, Andersen HR, Grandjean P, Kyhl HB, Juul A, Bilenberg N,

Andersson AM. Prenatal bisphenol A exposure is associated with language development but not with ADHD-related behavior in toddlers from the Odense Child Cohort. Environ Res 2019; 170: 398-405.

340. Ammitzbøll C, Börnsen L, Petersen ER, Oturai AB, Søndergaard HB, Grandjean P, Sellebjerg F. Perfluorinated substances, risk factors for multiple sclerosis and cellular immune activation. J Neuroimmunol 2019; 330: 90-95.

341. Hu XC, Tokranov AK, Liddie J, Zhang X, Grandjean P, Hart JE, Laden F, Sun Q, Yeung LWY, Sunderland EM. Tap Water Contributions to Plasma Concentrations of Poly- and Perfluoroalkyl Substances (PFAS) in a Nationwide Prospective Cohort of U.S. Women. Environ Health Perspect 2019; 127: 67006.

342. Dalsager L, Fage-Larsen B, Bilenberg N, Jensen TK, Nielsen F, Kyhl HB, Grandjean P, Andersen HR. Maternal urinary concentrations of pyrethroid and chlorpyrifos metabolites and attention deficit hyperactivity disorder (ADHD) symptoms in 2-4-year-old children from the Odense Child Cohort. Environ Res 2019; 176: 108533.

343. Eryasa B, Grandjean P, Nielsen F, Valvi D, Zmirou-Navier D, Sunderland E, Weihe P, Oulhote Y. Physico-chemical properties and gestational diabetes predict transplacental transfer and partitioning of perfluoroalkyl substances. Environ Int 2019; 130: 104874.

344. Shelly C, Grandjean P, Oulhote Y, Plomgaard P, Frikke-Schmidt R, Nielsen F, Zmirou-Navier D, Weihe P, Valvi D. Early life exposures to perfluoroalkyl substances in relation to adipokine hormone levels at birth and during childhood. J Clin Endocrinol Metab 2019; 104: 5338-5348.

345. Julvez J, Smith GD, Ring S, Grandjean P. A Birth Cohort Study about the Genetic Modification of Prenatal Methylmercury Association with Child Cognitive Development. Am J Epidemiol 2019; 188: 1784-1793.

346. Timmermann CAG, Pedersen HS, Budtz-Jørgensen E, Bjerregaard P, Oulhote Y, Weihe P, Nielsen F, Grandjean P. Environmental chemical exposures among Greenlandic children in relation to diet and residence. Int J Circumpolar Health 2019; 78: 1642090.

347. Hu Y, Liu G, Rood J, Liang L, Bray GA, de Jonge L, Coull B, Furtado JD, Qi L, Grandjean P, Sun Q. Perfluoroalkyl substances and changes in bone mineral density: A prospective analysis in the POUNDS-LOST study. Environ Res 2019;179(Pt A):108775.

348. Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC, Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H. Improving and Expanding Estimates of the Global Burden of Disease Due to Environmental Health Risk Factors. Environ Health Perspect. 2019; 127(10): 105001

349. Oulhote Y, Coull B, Bind MA, Debes F, Nielsen F, Tamayo I, Weihe P, Grandjean P. Joint and independent neurotoxic effects of early life exposures to a chemical mixture: A multi-pollutant approach combining ensemble learning and g-computation. Environ Epidemiol 2019; 3: e063.

350. Xiao C, Grandjean P, Valvi D, Nielsen F, Jensen TK, Weihe P, Oulhote Y. Associations of exposure to perfluoroalkyl substances with

thyroid hormone concentrations and birth size. J Clin Endocrinol Metab 2020; 105: 735-45.

351. Grandjean P. Developmental fluoride neurotoxicity: an updated review. Environ Health 2019; 18: 110.

352. Liu G, Zhang B, Hu Y, Rood J, Liang L, Qi L, Bray GA, DeJonge L, Coull B, Grandjean P, Furtado JD, Sun Q. Associations of perfluoroalkyl substances with blood lipids and Apolipoproteins in lipoprotein subspecies: the POUNDS-lost study. Environ Health 2020: 19: 5.

353. Jensen RC, Glintborg D, Timmermann CAG, Nielsen F, Kyhl HB, Frederiksen H, Andersson AM, Juul A, Sidelmann JJ, Andersen HR, Grandjean P, Andersen MS, Jensen TK. Prenatal exposure to perfluorodecanoic acid is associated with lower circulating concentration of adrenal steroid metabolites during mini puberty in human female infants: The Odense Child Cohort. Environ Res 2020; 182: 109101.

354. Waterfield G, Rogers M, Grandjean P, Auffhammer M, Sunding D. Reducing exposure to high levels of perfluorinated compounds in drinking water improves reproductive outcomes: evidence from an intervention in Minnesota. Environ Health 2020; 19: 42.

355. Jensen RC, Andersen MS, Larsen PV, Glintborg D, Dalgård C, Timmermann CAG, Nielsen F, Sandberg MB, Andersen HR, Christesen HT, Grandjean P, Jensen TK. Prenatal Exposures to Perfluoroalkyl Acids and Associations with Markers of Adiposity and Plasma Lipids in Infancy: an Odense Child Cohort study. Environ Health Perspect 2020; 128: 5184.

356. Timmermann CAG, Jensen KJ, Nielsen F, Budtz-Jørgensen E, van der Klis F, Benn CS, Grandjean P, Fisker AB. Serum Perfluoroalkyl Substances, Vaccine Responses, and Morbidity in a Cohort of Guinea-Bissau Children. Environ Health Perspect 2020; 128: 87002.

357. Gardener H, Sun Q, Grandjean P. PFAS concentration during pregnancy in relation to cardiometabolic health and birth outcomes. Environ Res 2021; 192: 110287.

358. Wu Q, Coumoul X, Grandjean P, Barouki R, Audouze K. Endocrine disrupting chemicals and COVID-19 relationships: A computational systems biology approach. Environ Int 2020: 106232.

359. Landrigan PJ, Stegeman JJ, Fleming LE, Allemand D, Anderson DM, Backer LC, Brucker-Davis F, Chevalier N, Corra L, Czerucka D, Bottein MD, Demeneix B, Depledge M, Deheyn DD, Dorman CJ, Fénichel P, Fisher S, Gaill F, Galgani F, Gaze WH, Giuliano L, Grandjean P, Hahn ME, Hamdoun A, Hess P, Judson B, Laborde A, McGlade J, Mu J, Mustapha A, Neira M, Noble RT, Pedrotti ML, Reddy C, Rocklöv J, Scharler UM, Shanmugam H, Taghian G, van de Water JAJM, Vezzulli L, Weihe P, Zeka A, Raps H, Rampal P. Human Health and Ocean Pollution. Ann Glob Health. 2020; 86: 151.

360. Grandjean P, Timmermann CAG, Kruse M, Nielsen F, Vinholt PJ, Boding L, Heilmann C, Mølbak K. Severity of COVID-19 at elevated exposure to perfluorinated alkylates. PLoS One. 2020; 15: e0244815.

361. Dalsager L, Christensen N, Halekoh U, Timmermann CAG, Nielsen F, Kyhl HB, Husby S, Grandjean P, Jensen TK, Andersen HR. Exposure to perfluoroalkyl substances during fetal life and hospitalization for

infectious disease in childhood: A study among 1,503 children from the Odense Child Cohort. Environ Int 2021; 149: 106395.

362. Krishnankutty N, Storgaard Jensen T, Kjær J, Jørgensen JS, Nielsen F, Grandjean P. Public-health risks from tea drinking: Fluoride exposure. Scand J Public Health 2022; 50: 355-61.

363. Birukov A, Andersen LB, Andersen MS, Nielsen JH, Nielsen F, Kyhl HB, Jørgensen JS, Grandjean P, Dechend R, Jensen TK. Exposure to perfluoroalkyl substances and blood pressure in pregnancy among 1436 women from the Odense Child Cohort. Environ Int 2021; 151: 106442.

364. Kupsco A, Prada D, Valvi D, Hu L, Petersen MS, Coull B, Grandjean P, Weihe P, Baccarelli AA. Human milk extracellular vesicle miRNA expression and associations with maternal characteristics in a population-based cohort from the Faroe Islands. Sci Rep 2021; 11: 5840.

365. Valvi D, Højlund K, Coull BA, Nielsen F, Weihe P, Grandjean P. Life-course exposure to perfluoroalkyl substances in relation to markers of glucose homeostasis in early adulthood. J Clin Endocrinol Metab 2021; 106: 2495-2504.

366. Andersen HR, Dalsager L, Jensen IK, Timmermann CAG, Olesen TS, Trecca F, Nielsen F, Schoeters G, Kyhl HB, Grandjean P, Bilenberg N, Bleses D, Jensen TK. Prenatal exposure to pyrethroid and organophosphate insecticides and language development at age 20-36 months among children in the Odense Child Cohort. Int J Hyg Environ Health 2021; 235: 113755.

367. Blomberg AJ, Shih YH, Messerlian C, Jørgensen LH, Weihe P, Grandjean P. Early-life associations between per- and polyfluoroalkyl substances and serum lipids in a longitudinal birth cohort. Environ Res 2021; 200: 111400.

368. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A benchmark dose analysis for maternal pregnancy urine-fluoride and IQ in children. Risk Anal 2022; 42: 439-449.

369. Shih YH, Blomberg AJ, Bind MA, Holm D, Nielsen F, Heilmann C, Weihe P, Grandjean P. Serum vaccine antibody concentrations in adults exposed to per- and polyfluoroalkyl substances: A birth cohort in the Faroe Islands. J Immunotoxicol 2021; 18: 85-92.

370. Christensen JVR, Bangash KK, Weihe P, Grandjean P, Nielsen F, Jensen TK, Petersen MS. Maternal exposure to perfluoroalkyl chemicals and anogenital distance in the offspring: a Faroese cohort study. Reprod Toxicol 2021; 104: 52-57.

371. Timmermann CAG, Sloth Pedersen H, Weihe P, Bjerregaard P, Nielsen F, Heilmann C, Grandjean P. Concentrations of tetanus and diphtheria antibodies in vaccinated Greenlandic children aged 7-12 years exposed to marine pollutants, a cross sectional study. Environ Res 2022; 203: 111712.

372. Jørgensen LH, Sindahl CH, Pedersen L, Nielsen F, Jensen TK, Tolstrup J, Ekholm O, Grandjean P. Reference intervals for trace elements in the general Danish population and their dependence on serum proteins. Scand J Clin Lab Invest 2021: 2021; 81: 523-531.

373. Shih YH, Blomberg AJ, Jørgensen LH, Weihe P, Grandjean P. Early-life exposure to perfluoroalkyl substances in relation to serum

adipokines in a longitudinal birth cohort. Environ Res 2022; 204: 111905.

374. Timmermann CAG, Andersen MS, Budtz-Jørgensen E, Boye H, Nielsen F, Jensen RC, Bruun S, Husby S, Grandjean P, Jensen TK. Pregnancy exposure to perfluoroalkyl substances, prolactin concentrations and breastfeeding in the Odense Child Cohort. J Clin Endocrinol Metab 2022; 107: e631-e642.

375. Dalsager L, Jensen TK, Nielsen F, Grandjean P, Bilenberg N, Andersen HR. No association between maternal and child PFAS concentrations and repeated measures of ADHD symptoms at age 2½ and 5 years in children from the Odense Child Cohort. Neurotox Teratol 2021; 88: 107031.

376. Lochhead P, Khalili H, Ananthakrishnan AN, Burke KE, Richter JM, Sun Q, Grandjean P, Chan AT. Plasma concentrations of perfluoroalkyl substances and risk of inflammatory bowel disease in women: a nested case control analysis in the Nurses' Health Study cohorts. Environ Res 2022; 207: 112222.

377. Kupsco A, Lee JJ, Prada D, Valvi D, Hu L, Petersen MS, Coull BA, Weihe P, Grandjean P, Baccarelli AA. Marine pollutant exposures and human milk extracellular vesicle-microRNAs in a mother-infant cohort from the Faroe Islands. Environ Int 2022; 158: 106986.

378. Jensen RC, Glintborg D, Timmermann CAG, Nielsen F, Boye H, Madsen JB, Bilenberg N, Grandjean P, Jensen TK, Andersen MS. Higher free thyroxine associated with PFAS exposure in first trimester. The Odense Child Cohort. Environ Res 2022; 212: 113492.

379. Landrigan P, Bose-O'Reilly S, Elbel J, Nordberg G, Lucchini R, Bartrem C, Grandjean P, Mergler D, Moyo D, Nemery B, von Braun M, Nowak D, Collegium Ramazzini. Reducing disease and death from artisanal and small-scale mining (ASM) - the urgent need for responsible mining in the context of growing global demand for minerals and metals for climate change mitigation. Environ Health 2022; 21: 78.

380. Højsager FD, Andersen M, Juul A, Nielsen F, Moller S, Christensen HT, Grøntved A, Grandjean P, Jensen TK. EFSA, 2020. Prenatal and early postnatal exposure to perfluoroalkyl substances and bone mineral content and density in the Odense Child Cohort. Environ Int 2022; 167: 107417.

381. Blomberg A, Mortensen J, Weihe P, Grandjean P. Bone mass density following developmental exposures to perfluoroalkyl substances (PFAS): a longitudinal cohort study. Environ Health 2022; 21: 113.

382. Thompson KN, Oulhote Y, Weihe P, Wilkinson JE, Ma S, Zhong H, Li J, Kristiansen K, Huttenhower C, Grandjean P. Effects of Lifetime Exposures to Environmental Contaminants on the Adult Gut Microbiome. Environ Sci Technol 2022; 56: 16985-16995.

383. Ehrlich V, Bil W, Vandebriel R, Granum B, Luijten M, Lindeman B, Grandjean P, Kaiser AM, Hauzenberger I, Hartmann C, Gundacker C, Uhl M. Consideration of pathways for immunotoxicity of per- and polyfluoroalkyl substances (PFAS). Environ Health 2023; 22: 19.

384. Valvi D, Christiani DC, Coull B, Højlund K, Nielsen F, Audouze K, Su L, Weihe P, Grandjean P. Gene-environment interactions in the associations of PFAS exposure with insulin sensitivity and beta-cell

function in a Faroese cohort followed from birth to adulthood. Environ Res 2023; 226: 115600.

385. Grandjean P, Meddis A, Nielsen F, Sjödin A, Hjorth MF, Astrup A, Budtz-Jørgensen E. Weight loss relapse associated with exposure to perfluoroalkylate substances. Obesity 2023; 31: 1686-1696.

386. Budtz-Jørgensen E, Grandjean P. Benchmark dose calculations for PFAS exposure based on two data sets on immunotoxic effects. Environ Health 2023; 22: 40.

387. Sørensen MM, Fisker AB, Dalgård C, Jensen KJ, Nielsen F, Benn CS, Grandjean P, Timmermann A. Predictors of serum per- and polyfluoroalkyl substance (PFAS) concentrations among infants in Guinea-Bissau, West Africa. Environ Res 2023; 228: 115784.

388. Grandjean P, Shih Y, Jørgensen LH, Nielsen F, Weihe P, Budtz-Jørgensen E. Estimated exposure to perfluoroalkyl substances during infancy and serum-adipokine concentrations in later childhood (in press).

Other publications

1.  Grandjean P. Bly i danskere, en historisk-toksikologisk undersøgelse (Lead in Danes, a historical and toxicological study; prize essay in Danish). Copenhagen: Institute of Hygiene, 1973.
2.  Grandjean P, Fjerdingstad E, Nielsen OV. Lead concentrations in mummified Nubian brains. In: Proceedings of the International Conference on Heavy Metals in the Environment, Toronto, October 27-31, 1975. Toronto, 1978; 3: 171-179.
3.  Grandjean P. Blyforgiftning i går og i dag (Lead poisoning yesterday and today, in Danish). Ugeskr Læger 1976; 138: 2587-8.
4.  Grandjean P. Blyproblemer (Lead problems, Editorial in Danish). Ugeskr Læger 1976: 138: 2580.
5.  Grandjean P. Den hygiejniske grænseværdi for bly (The threshold limit value for lead, in Danish). Ugeskr Læger 1976; 138: 3385.
6.  Grandjean P, Fogh A, Petersen R. Zink-protoporfyrin koncentrationen i erytrocytter (ZPP) hos blyeksponerede mænd (Zinc-protoporphyrin concentration in the erythrocytes (ZPP) in men exposed to lead, in Danish). Ugeskr Læger 1979; 141: 219-21.
7.  Grandjean P. Lead content of scalp hair as an indicator of occupational lead exposure. In: Deichmann WM, ed. Toxicology and Occupational Medicine. Amsterdam: Elsevier, 1979, p.311-8.
8.  Grandjean P. Concerning anatomical sampling schemes and the weight basis of expression of trace element levels in human tissues (Letter-to-the-Editor). Toxicol Lett 1979; 3: 257-8.
9.  Grandjean P, Fischbein A. Ferrogene legemer og asbest (Ferruginous bodies and asbestos, Letter-to-the Editor, in Danish). Ugeskr Læger 1979; 141: 1859.
10. Grandjean P. Health aspects of atmospheric lead pollution. In: Bly och Bilavgaser (Lead and car exhausts). Stockholm: Royal Academy of Sciences, 1979, p. 25-40.
11. Grandjean P. Widening perspectives of lead toxicity. Ph.D. dissertation, University of Copenhagen. Copenhagen: F.a.d.L.'s Forlag, 1979.
12. Grandjean P, Arnvig E, Beckmann J. Psychological dysfunctions in males occupationally exposed to inorganic lead. In: Proceedings of the International Conference on Management and control of Heavy Metals in the Environment, London, September 18-21, 1979. Edinburgh: CEP Consultants, 1979, p. 85-88.
13. Shapiro IM, Grandjean P, Nielsen OV. Lead levels in bones and teeth of children of ancient Nubia. In: Needleman HL, ed. Low Level Lead Exposure, The Clinical Implications of Current Research. New York: Raven, 1980, p. 35-41.
14. Grandjean P. Manganese. Iron. Selenium. Copper. Zinc. Aluminum. In: Last JM, ed. Maxcy-Rosenau Preventive Medicine and Public Health, 11th ed. New York: Appleton-Century-Crofts, 1980, p.677-81.
15. Grandjean P, Fischbein A. Lead. In: Last JM, ed. Maxcy-Rosenau Preventive Medicine and Public Health, 11th ed. New York: Appleton-Century-Crofts, 1980, p.648-55.
16. Advisory Committee on Mercury (Grandjean P, Executive Secretary). Mercury in the Hackensack Meadowlands. Report to Hon. Brendan Byrne,

Governor of New Jersey. New York: Mount Sinai School of Medicine, 1980.
17. Grandjean P. Bly i blodet og motionsløb (Lead in blood and jogging, Letter-to-the-Editor, in Danish). Ugeskr Læger 1980; 142: 1429.
18. Grandjean P, Sunderman FW Jr, Shen SK, Selikoff IJ. Measurement of nickel in plasma and urine of shipyard workers. In Brown SS, Sunderman FW Jr, eds. Nickel Toxicology. London: Academic Press, 1980, p. 107-9.
19. Grandjean P. Blood lead concentrations reconsidered. Nature (Lond.) 1981; 291: 188.
20. Grandjean P. Erhvervssygdomme hos familiemedlemmer (Occupational diseases in relatives, Letter-to-the-Editor, in Danish). Ugeskr Læger. 1981; 143: 1098.
21. Grandjean P. Indirekte eksponering i arbejdsanamnesen (Indirect or "bystander's" exposure in the occupational history, in Danish). Ugeskr Læger 1981; 143: 2464-5.
22. Grandjean P, Beckmann J. Symptoms and signs of lead neurotoxicity. In: Davies DS, Brown SS, eds. Chemical Indices and Mechanisms of Organ-directed Toxicity. Oxford: Pergamon, 1981, p. 253-6.
23. Grandjean P. Biologiske prøver. Arbejdstilsynets vejledning nr. 1. (Biological samples, Guidelines from the Labour Inspection Service, in Danish). Copenhagen: Arbejdstilsynet, 1981.
24. Fischbein A, Grandjean P. Asbest, fremtidige sundhedsmæssige aspekter. Rapport nr. 5 fra Arbejdsmiljøinstituttet. (Asbestos, future health aspects, report from the National Institute of Occupational Health, in Danish). Copenhagen: Arbejdstilsynet, 1981.
25. Mørup I-L, Grandjean P. Biologisk monitorering i arbejdsmiljøet (Biological monitoring in the workplace, in Danish) Ugeskr Læger 1982; 144: 661-2.
26. Monitoring and Epidemiology. Health Aspects of the Control of Chemicals, Interim Document 8 (Grandjean P, Principal Adviser). Copenhagen: World Health Organization, Regional Office for Europe, 1982.
27. Grandjean P. Blyforureningens effekt på mennesket (The effect of lead pollution on humans, in Danish). Ugeskr Læger 1982; 144: 1880-1.
28. Grandjean P, Andersen O. Toxicity of lead additives (Letter-to-the-Editor). Lancet 1982; 2: 333-4.
29. Grandjean P. Behavioral toxicity of heavy metals. In. Zbinden G, Cuomo V, Racagni G, Weiss B, eds. Application of Behavioral Pharmacology in Toxicology. New York: Raven, 1982, p. 331-9.
30. Grandjean P. Health significance of organolead compounds. In: Rutter M, Jones RR, eds. Lead versus Health. Chichester: Wiley, 1983, p. 179-89.
31. Grandjean P. Miljømedicinske perspektiver, illustreret med grundstoffet fluor (Perspectives in environmental medicine, illustrated by the element fluorine, in Danish). Ugeskr Læger 1983; 145: 1250-3.
32. Grandjean P. Forbudets pris (The price of the ban, Letter-to-the-Editor, in Danish). Ugeskr Læger 1983; 145: 1331.
33. Grandjean P. Health aspects of petrol lead additives. Working paper, Conference on Lead in Petrol organized by BEUC and EEB,

Brussels, 10-11 May, 1983, 11 pp.

34. Grandjean P, Holst E. Arbejdsmedicinsk screening med ZPP-metoden (Occupational health screening for lead exposure by the ZPP method, in Danish). Ugeskr Læger 1983; 145: 2960-3.

35. Grandjean P. Hvad ved vi om arbejdsbetingede metalforgiftninger? (What do we know about occupational metal intoxications? in Danish) Ugeskr Læger 1983; 145: 3026-9.

36. Bach E, Christensen JM, Grandjean P, Olsen E. Indirekte og direkte erhvervsbetinget blybelastning. Miljøprojekter 50. (Indirect and direct occupational lead exposure, project report to the Agency of Environmental Protection, in Danish). Copenhagen: Miljøstyrelsen, 1983, 76 pp.

37. Grandjean P. Zuviel nickel in der Umwelt? (Too much nickel in the environment? in German) Die Umschau 1983; 83: 494-5.

38. Grandjean P, Beckmann J, Ditlev G. Relation between subjective symptoms and psychometric test results. In: Gilioli R, ed. Neurobehavioral Methods in Occupational Health. Oxford: Pergamon, 1983, p. 301-8.

39. Grandjean P. Human exposure to nickel. In: Sunderman FW Jr et al., eds. Nickel in the Human Environment. IARC Scientific Publications No. 53. Lyon: International Agency for Research on Cancer, 1984, p. 469-85.

40. Grandjean P. Monitoring of environmental exposures to toxic metals. In: Brown SS, Savory J, eds. Clinical Chemistry and Chemical Toxicology of Metals. London: Academic, 1983, p. 99-112.

41. Grandjean P, Thomsen G, Selikoff IJ. Absence of pneumoconiosis in cryolite workers. In: Proceedings of the IVth International Pneumoconiosis Conference, Bochum, Federal Republic of Germany, 20-23 September 1983. Bochum, 1984, p. 741-5.

42. Grandjean P. Håranalyser (Hair analyses, in Danish). Ugeskr Læger 1984; 146: 2024-5.

43. Grandjean P. Organolead exposures and intoxications. In: Grandjean P, ed. Biological Effects of Organolead Compounds. Boca Raton, FL: CRC, 1984, p. 227-41.

44. Grandjean P, Andersen K. The immunological system as a target for toxic damage. Ugeskr Læger 1985; 147: 1278-9.

45. Grandjean P. Long-term significance of industrial fluoride exposure: A study of Danish cryolite workers. In: Susheela AK, ed. Fluoride Toxicity. New Delhi: International Society for Fluoride Research, 1985: 5-16.

46. Grandjean P. Kviksølvrisici på Grønland (Mercury risks on Greenland, in Danish). Ugeskr Læger 1985; 147: 2424-6.

47. Grandjean P, Tarkowski S. Preventive aspects of neurobehavioral research. Environmental Health Series 3. Copenhagen: World Health Organization, Regional Office for Europe, 1985, p. 1-3.

48. Grandjean P. Et sundt miljø (A healthy environment, in Danish). Bibl Læger 1985; 147: 266-75.

49. Grandjean P. Asbest, at varsel om forebyggelsens nødvendighed (Asbestos, a warning concerning the necessity of prevention, in Danish). Ugeskr Læger 1985; 147: 3024-6.

50. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P.

Neuropsychological and behavioural assessment of children with low-level lead exposure. In: Lekkas TD, ed. Heavy Metals in the Environment. International conference, Athens, September 1985. Edinburgh: CEP Consultants, 1985, p. 51-3.

51. Grandjean P, Lansdown R. The measurement of lead. In: Lansdown R, Yule W, eds. The lead debate. London: Croom Helm 1986, p. 41-53.

52. Grandjean P. Diseases associated with metals. In: Last JM, ed. Maxcy-Rosenau Public Health and Preventive Medicine, 12th ed. New York: Appleton-Century-Crofts, 1986, p. 587-615.

53. Grandjean P. Critical and optimal levels of toxic metals. Acta Pharm Toxicol 1986: 59, Suppl. 7: 20-23.

54. Grandjean P, Rosdahl N. Miljømedicin i nordisk perspektiv (Environmental medicine in a Nordic perspective, in Danish). Ugeskr Læger 1986; 148: 104-5.

55. Grandjean P. Asbest-risici (Asbestos risks, Editorial in Danish). Ugeskr Læger 1986; 148: 3321-2.

56. Grandjean P. Forebyggelse som formål (Prevention as a purpose, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.9-14. (p.11-6 in 2nd ed., 1988).

57. Grandjean P. Miljøfaktorer (Environmental factors, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.21-6. (p.23-30 in 2nd ed., 1988).

58. Grandjean P. Smitsomme sygdomme (Infectious diseases, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.39-46. (p.43-51 in 2nd ed., 1988).

59. Grandjean P. Fast affald (Solid waste, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.73-5. (p.76-9 in 2nd ed., 1988).

60. Grandjean P. Skadedyr (Pests, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p. 76-9. (p.52-7 in 2nd ed., 1988).

61. Grandjean P. Tryk og acceleration (Pressure and acceleration, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.122-6. (p.120-3 in 2nd ed., 1988).

62. Mølhave L, Grandjean P. Stråling (Radiation, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.127-34. (p.124-31 in 2nd ed., 1988).

63. Holt P, Grandjean P. Sundhedsadfærd og sundhedspædagogik (Health behavior and health education, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.201-8. (p.248-54 in 2nd ed., 1988).

64. Grandjean P. Tobak, alkohol og narkotika (Tobacco, alcohol and narcotics, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.230-6. (p.282-289 in 2nd ed., 1988).

65. Grandjean P and the Department of Environmental Medicine, Odense University: Health effects document on nickel. Toronto: Ontario Ministry of Labour, 1986, 204 pp.

66. Grandjean P. Att vara före sin tid (To be ahead of time, in Swedish). In: Borgström C et al., eds. Buller och Avgaser (Noise and exhausts). Stockholm: Raben & Sjögren, 1987, p. 133-6.

67. Brask BH, Grandjean P, Jørgensen OS, Trillingsgaard A. A case of

pervasive developmental disorder in a boy with extremely high lead levels in deciduous teeth. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.106-9.

68. Jensen BM, Sandø SH, Jørgensen PJ, Antonsen S, Grandjean P. Effects on reserve capacity: Inhibition of blood regeneration by lead. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.200-3.

69. Lyngbye T., Hansen ON, Grandjean P. The influence of environmental factors on physical growth in school age: A study of low-level lead exposure. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.94-7.

70. Nielsen GD, Andersen O, Grandjean P. Effects of diethyldithiocarbamate on toxicokinetics of $^{57}$Ni in mice. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.78-81.

71. Jørgensen F, Grandjean P, Juel K. Metalforurening af levnedsmidler (Metal contamination of food items, in Danish). Ugeskr Læger 1987; 149: 3565-8.

72. Grandjean P, Rosdahl N. Forureningsstoffer i modermælk (Contaminants in mother's milk, in Danish). Ugeskr Læger 1987; 149: 1222-3.

73. Grandjean P (WHO Rapporteur). Report on discussion. In: Walton WH, ed. Man-Made Mineral Fibres in the Working Environment. Ann Occup Hyg 1987; 71: 601-2, 681-2, 803.

74. Grandjean P. Miljømedicinsk forskning (Research in environmental medicine, in Danish). In: Andersen D et al., eds. Lægevidenskabelig forskning. Copenhagen: F.a.d.L.'s Forlag, 1988, p. 363-79.

75. Kimbrough RD, Grandjean P. Risk assessment: Extrapolation to individual risk. In: Woolhead AD, Bender MA, Leonard RC, eds. Phenotypic Variation in Populations. New York: Plenum, 1988, p. 245-53.

76. Grandjean P, Kilburn KH. Weights and measures, SI units (Editorial). Arch Environ Health 1988; 43: 5-6.

77. Lyngbye T, Hansen O, Grandjean P, Trillingsgaard A, Beese I. Traffic as a source of lead exposure in childhood. Sci Total Environ 1988; 71: 461-7.

78. Dyck J, Grandjean P, Kraul I. Miljøgifte i og skalfortynding af æg af Havørn, der gjorde yngleforsøg i 1979 og 1980 (Environmental pollutants in and eggshell thinning of remnants of Danish White-tailed Eagle eggs, in Danish). Dansk Orn Foren Tidsskr 1988; 82: 53-5.

79. Andersen O, Grandjean P. Toksikokinetik (Toxicokinetics, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.149-56.

80. Andersen O, Grandjean P. Toksikodynamik (Toxicodynamics, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.157-64.

81. Nielsen GD, Grandjean P. Forebyggelse af kemiske eksponeringer

(Prevention of chemical exposures, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.189-96.

82. Grandjean P. Bly, et varsel om forebyggelsens nødvendighed (Lead, a warning concerning the necessity of prevention, in Danish). Ugeskr Læger 1988; 150: 2299.

83. Grandjean P, Andersen O, Nielsen GD. Nickel. In: Alessio L, Berlin A, Boni M, Roi R, eds. Biological Indicators for the Assessment of Human Exposure to Industrial Chemicals, Vol 5 (EUR 11478 EN). Ispra: Commission of the European Communities, 1988, p.59-80.

84. Grandjean P. Forebyggelsens saglige grundlag (Scientific documentation for preventive needs, in Danish). Ugeskr Læger 1989; 151: 199-201.

85. Kimbrough RD, Grandjean P. Occupational exposure. In: Kimbrough RD, Jensen AA. Halogenated biphenyls, terphenyls, naphthalenes, dibenzodioxins and related products, 2nd ed. Amsterdam: Elsevier 1989, p.485-507.

86. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P. Neuropsychological profile of children in relation to dentine level and socioeconomic group. In: Smith M, Grant LD, Sors AI, eds. Lead exposure and child development: An international assessment. London: Kluwer, 1989, p. 240-50.

87. Grandjean P, Nielsen GD, Andersen O. Human nickel exposure and toxicokinetics. In: Menné T, Maibach H, eds. Nickel and the Skin. Boca Raton, FL: CRC, 1989, p. 9-34.

88. Grandjean P, Nielsen JB. Carbon monoxide. In: Alessio L, Berlin A, Boni M, Roi R, eds. Biological Indicators for the Assessment of Human Exposure to Industrial Chemicals, Vol 6 (EUR 12174). Ispra: Commission of the European Communities, 1989, p. 23-34.

89. Madsen H, Poulsen L, Grandjean P. Risici ved højt kobberindhold i drikkevandet. (High copper content in drinking water and the risks involved, in Danish). Ugeskr Læger 1990; 152: 1806-9.

90. Grandjean P. Synthesis. In: Johnson BL, ed. Advances in Neurobehavioral Toxicology. Chelsea, MI: Lewis, 1990, p. 457-62.

91. Grandjean P. Perspectives in environmental medicine. In: Symposium on Environment and Health R & D in the European Communities and in USSR. Paris: International Association of Medicine and Biology of the Environment 1990, p. 35-8.

92. Grandjean P. Effects on reserve capacity, significance for exposure limits. Sci Total Environ 1991; 101: 25-32.

93. Grandjean P. Constraints in biological monitoring. In: Aitio A, Aro A, Järvisalo J, Vainio H, eds. Trace Elements in Health and Disease. London: Royal Society of Chemistry, 1991, p. 65-73.

94. Wiggers P, Dalhøj J, Nielsen GD, Grandjean P, Hørder M. Jernmangel, jernberigelse og jerndepoter (Iron deficiency, iron storage and iron supplements, in Danish). Ugeskr Læger 1991; 153: 646-8.

95. Grandjean P. Blyforureningens omkostninger (Expenses caused by lead pollution, Editorial in Danish). Ugeskr Læger 1991; 153: 971-2.

96. Grandjean P. Significance for public health and research, Report of a WHO Meeting. In: Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic Effects of Chemicals. London: Chapman & Hall,

1991, pp. 3-18.

97. Grandjean P. Ethical aspects of genetic predisposition to disease. In: Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic Effects of Chemicals. London: Chapman & Hall, 1991, pp. 237-51.

98. Grandjean P, Andersen O. Dødelighed blandt tankpassere (Mortality among filling station attendants, in Danish). Ugeskr Læger 1991; 153: 1361-3.

99. Grandjean P. Behovet for forebyggelse (The need for prevention, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 25-46.

100. Grandjean P. Forebyggelsens etik og virkemidler (The ethics and means of prevention, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 47-61.

101. Grandjean P. Mikroorganismer og skadedyr (Microorganisms and pests, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 116-41.

102. Grandjean P. Affald (Solid waste, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 155-61.

103. Andersen O, Grandjean P. Toksikologisk vurdering (Toxicological evaluation, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 208-27.

104. Grandjean P. Nydelsesmidler og narkotika (Stimulants and narcotics, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 249-84.

105. Mølhave L, Grandjean P. Stråling og belysning (Radiation and illumination, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 320-41.

106. Grandjean P. Tryk og acceleration (Pressure and acceleration, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 348-55.

107. Grandjean P, Jacobsen IA, Jørgensen PJ, Lings S, Andersen O. Behandling af erhvervsbetinget kronisk blyforgiftning med DMSA (Treatment of chronic occupational lead poisoning with DMSA, in Danish). Ugeskr Læger 1991; 153: 2897-9.

108. Grandjean P. Health significance of metals. In: Last JM, Wallace RB, eds. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 13th ed. Norwalk, CT: Appleton & Lange, 1991, p. 381-401.

109. Grandjean P. Miljømedicin (Environmental medicine, in Danish). In: Siboni K, ed. Lægevidenskab ved Odense Universitet (Medical science at Odense University). Odense: Odense Universitetsforlag, 1991, pp. 169-77.

110. Grandjean P. Menneskelig sundhed (Human health, in Danish). In: Fenger J, Torp U, eds. Drivhuseffekt og klimaændringer - hvad kan det betyde for Danmark? (The greenhouse effect and climate change - implications for Denmark?). Copenhagen: Ministry of the Environment,

1992, pp. 229-33.

111. Grandjean P, Kilburn KH. From research to preventive action (Editorial). Arch Environ Health 1992; 47: 166.

112. Nordberg G, Brune D, Gerhardsson L, Grandjean P, Vesterberg O, Wester PO. The ICOH and IUPAC international programme for establishing reference values of metals. Sci Total Environ 1992; 120: 17-21.

113. Schmidt A, Hansen LE, Jensen AA, Christiansen K, Lange M, Nielsen K, Sortkjær O, Rasmussen B, Andersen O, Grandjean P, Løkkegaard K. Integrated assessment of environmental and occupational impacts of new materials. Proc Conf Adv Composites, San Diego, 5-7 March, 1991. ACGIH, 1992, pp. 21-6.

114. Grandjean P. Dentine lead and intelligence prior to school entry: A statistical sensitivity analysis (letter to the editors). J Clin Epidemiol 1993; 46: 403-4.

115. Grandjean P. Occupational and environmental health - common goals. European Bulletin on Environment and Health 1993; 1(3): 3-5. (Also published in English and French in International Commission on Occupational Health, Quarterly Newsletter 1994: 13(2): 1-10)

116. Grandjean P, Cardoso B, Guimaraes G. Mercury poisoning (letter). Lancet 1993; 342: 991.

117. Duffus JH and the IUPAC Working Party (Brown SS, de Fernicola N, Grandjean P, Herber RF, Morris CR, Sokal JA). Glossary for chemists of terms used in toxicology (IUPAC Recommendations 1993). Pure Appl Chem 1993; 65: 2003-2122.

118. Grandjean P, Olsen JH, Jensen OM, Juel K. Excess cancer incidence among workers exposed to fluoride. Scand J Work Environ Health 1993; 19, Suppl 1: 108-9.

119. Grandjean P. Medical research: Alternative views (Letter-to-the-editor). Science 1993; 262: 1497.

120. Grandjean P. Epidemiology of environmental hazards. Publ Health Rev 1993; 21: 255-62.

121. Grandjean P. Kloroformeksponering: risikoberegning ude at svømme. (Chloroform exposure: risk evaluation on deep water, in Danish). Ugeskr Læger 1994; 156: 328.

122. Weihe P, Grandjean P. Sources and magnitude of mercury exposure in the Faroe Islands, overall design of the cohort study. Proceedings of the international symposium on assessment of environmental pollution and health effects of methylmercury, Kumamoto, 1994, pp. 112-26.

123. White RF, Debes F, Dahl R, Grandjean P. Development and field testing of a neuropsychological test battery to assess the effects of methylmercury exposure in the Faroe Islands. Ibid., pp. 127-40.

124. Araki S, Murata K, Yokoyama K, Okajima F, Grandjean P, Weihe P. Neuroelectrophysiological study of children in low-level methylmercury exposure in the Faroe Islands: Methodology and preliminary findings. Ibid., pp. 141-51.

125. Grandjean P, Weihe P. Neurobehavioral effects of intrauterine methylmercury exposure: Bias problems in epidemiological studies. Ibid., pp. 152-62.

126. Grandjean P. Environmental epidemiology and risk assessment (book review). Am J Epidemiol 1994; 11: 1126-7.

127. Grandjean P. Er elektromagnetiske felter farlige? (leder) (Are electromagnetic fields dangerous? editorial in Danish). Ugeskr Læger 1994; 156: 2552.

128. Grandjean P. Uncertainties in environmental health: Implications for research and policy-making. In: Mehlman MA, Upton A, eds. The identification and control of environmental and occupational diseases, A tribute to Professor Irving J. Selikoff (1915-1992). Adv Modern Environ Toxicol 1994; 23: 539-48.

129. Grandjean P. Fluorine. CEC Criteria Document for Occupational Exposure Limit Values. Luxembourg: Commission of the European Communities, 1994.

130. Grandjean P. Acetone. CEC Criteria Document for Occupational Exposure Limit Values. Luxembourg: Commission of the European Communities, 1995.

131. Grandjean P. Arbejdsmedicinsk censor, Singapore, 9.-17.3.1995 (External examiner in occupational medicine, Singapore, 9-17 March, 1995, in Danish). Ugeskr Læger 1995; 157: 3071-2.

132. Grandjean P. Applications of biological markers. In: Berthon G, ed. Handbook on Metal-Ligand Interactions in Biological Fluids, Vol. 1. New York: Marcel Dekker, 1995, pp. 604-11.

133. White RF, Grandjean PA, Weihe P. An overview of human studies on CNS effects of methylmercury. Proceedings of the National Forum on Mercury in Fish. (Publication EPA 823-R-95-002). Washington, DC: U.S.Environmental Protection Agency, 1995, pp. 109-112.

134. Evered D, Grandjean P, Hirt B, Koeman JH, Kromhout D, Pettersson U, Smith J, Thelle D. Evaluation of the National Public Health Institute of Finland. (Publications of the Academy of Finland 9/95) Helsinki: Painatuskeskus, 1995.

135. Laursen E, Grandjean P. Mangan, leversvigt og misfarvning af vasketøjet (Manganese, liver failure, and discoloration of the laundry, in Danish). Ugeskr læger 1996; 158: 434-5.

136. Grandjean P. Gamle miljøproblemer og nye udfordringer (leder) (Old environmental problems and new challenges, editorial in Danish). Ugeskr læger 1996; 158: 1495.

137. Grandjean P. Kompensation til ofre for miljøforurening (kronik) (Compensation for victims of environmental pollution, guest editorial in Danish). Ugeskr Læger 1996; 158: 3198-3200.

138. Hugod C, Grandjean P. Kulmonoxidforurening (Carbon monoxide pollution, in Danish). Ugeskr Læger 1996; 158: 3629-30.

139. Grandjean P, Nielsen JB. Lægers og lægestuderendes opfattelse af miljørisici (Perception of risks among physicians and medical students, in Danish). Ugeskr Læger 1996; 158: 5291-5.

140. Weihe P, Grandjean P, Debes F, White R. Health implications for Faroe Islanders of heavy metals and PCBs from pilot whales. Sci Tot Environ 1996; 186: 141-8.

141. Nielsen GD, Andersen KE, Grandjean P. Detergenters påvirkning af hudens funktion som barriere (Effects of detergents on the barrier function of the skin). København: Arbejdsmiljøfondet, 1997.

142. Grandjean P, Weihe P. Population studies in ethnic minorities. In: Eyfjörd J, Sorsa M, eds. Human biobanks - ethical and social issues. Copenhagen: Nordic Council of Ministers, 1997, pp. 111-6.

143. Grandjean P. Mercurial uncertainties in environmental health. Ann N Y Acad Sci 1997; 837: 239-45.

144. Weihe P, Grandjean P. Methylmercury risks (letter). Science 1998; 279: 639.

145. Netterstrøm B, Grandjean P. Occupational and environmental medicine in Denmark. Int Arch Occup Environ Health 1998; 71: 3-6.

146. Grandjean P. Biomarkers. In Stellman JM, ed. Encyclopaedia of Occupational Health and Safety, 4th ed. Geneva: ILO, 1998, pp. 33.39-42.

147. Grandjean P. John Travolta, internettet og en skandaløs boganmeldelse. Ugeskr Læger 1998; 160: 2403-4.

148. Grandjean P, Weihe P. A new era of mercury hazards (editorial). Environ Res 1998; 77: 67.

149. Nielsen U, Dahl R, White RF. Grandjean P. Anvendelse af computerbaseret neuropsykologisk testning af børn. Ugeskr Læger 1998; 160: 3557-61.

150. Grandjean P. Health significance of metal exposures. In: Wallace RB, ed. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 14th ed. Stamford, CT: Appleton & Lange, 1998, p. 493-508.

151. Castleman B, Dement J, Giannasi F, Frank AL, Frumkin H, Gochfeld M, Goldstein BD, Grandjean P, LaDou J, Lemen RA, Levy BS, Maltoni C, McDiarmid M, Silbergeld EK, Teitelbaum DT, Thebaud-Mony A, Wegman DH. Salud Ocupacional. Int J Occup Med Environ Health 1998;11(2):195-7

152. Grandjean P. Forskning fører til fyring. Ugeskr Læger 1998; 160: 6084-5.

153. Grandjean P, White RF. Effects of methylmercury exposure on neurodevelopment (letter). J Am Med Assoc 1999; 281: 896.

154. Nielsen JB, Grandjean P. Mercury in hair - but from where? (Letter) Lancet 1999; 353: 502.

155. Grandjean P. Forebyggelsesforskning (Prevention research, in Danish). I: Almind G, Andersen D, Bock E, Havsteen B, Hørder M, Riis P, ed. Sundhedsvidenskabelig forskning (Health research). København: F.a.d.L.'s Forlag, 1999, pp. 609-27.

156. Jørgensen N, Toppari J, Grandjean P, Skakkebæk NE. Environment and male reproductive function. In: Wang C, ed. "Male Reproductive Function" (Endocrine updates series). Boston: Kluwer, 1999, pp. 321-37.

157. Grandjean P, Nielsen U. Forurening og fosterudvikling (leder). Ugeskr Læger 1999; 161: 3814.

158. Budtz-Jørgensen E, Keiding N, Grandjean P, White RF, Weihe P. Methylmercury Neurotoxicity Independent of PCB Exposure (letter). Environ Health Perspect 1999; 107: A236-7.

159. Nielsen JB, Grandjean P. Mercury. In: Lippman M, ed. Environmental Toxicants: Human Exposures and Their Health Effects, 2nd ed. New York: Wiley, 1999, pp. 563-75.

160. Malm O, Grandjean P, Santos EO. Methylmercury toxicity in riverine children downstream from gold mining in the Amazon Basin, Brazil. Frontiers in Fetal Health 1999; 1 (6): 12-3.

161. Grandjean P. Malersyndrom, masseforgiftninger og miljømedicin. Ugeskr Læger 2000; 162: 42-3.

162. Grandjean P. Læger og mediernes adfærd - Beluring eller

mediefilp? Ugeskr Laeger. 2000; 161: 4888.

163. Høyer AP, Jørgensen T, Grandjean P. Breast cancer and dieldrin (letter). Lancet 2000: 356: 1852-3.

164. Fängström B, Athanasiadou M, Bergman Å, Grandjean P, Weihe P. Levels of PCBs and hydroxylated PCB metabolites in blood from pregnant Faroe Island women. Organohalogen Comp 2000; 48: 21-4.

165. Arnesen S, Nielsen JB, Jacobsen JA, Strand J, Grandjean P. Butyltin-forbindelser - en risiko for danskere? Miljø og Sundhed 2000; 15: 14-6.

166. Grandjean P. Dieldrin-associated breast cancer risk. Eur J Oncol 2001; 6: 273-5.

167. Özdemir Z, Grandjean P. Miljø og mesoteliom. Ugeskr læger 2001; 163: 2374.

168. De Guise S, Shaw SD, Barclay JS, Brock J, Brouwer A, Dewailly E, Fair PA, Fournier M, Grandjean P, Guillette LJ Jr, Hahn ME, Koopman-Esseboom C, Letcher RJ, Matz A, Norstrom RJ, Perkins CR, Lori Schwacke L, Skaare JU, Sowles J, St. Aubin DJ, Stegeman J, Whaley JE. Consensus Statement – Atlantic Coast Contaminants Workshop 2000. Environ Health Perspect 2001; 109: 1301-2.

169. Murata K, Weihe P, Araki S, Grandjean P. Delayed evoked potentials in children exposed to methylmercury from seafood: Madeira and Faroe Islands. In; Proceedings of US-Japan workshop on human health effects of low dose methylmercury exposure. Minamata: National Institute for Disease, 2001, pp. 90-106.

170. Grandjean P. Bloddonorer og vCJD (Spørgsmål og svar). Ugeskr Laeger 2001; 163: 5389-90.

171. Fängström B, Athanassiadis I, Athanasiadou M, Grandjean P, Weihe P, Bergman Å. Hydroxylated PCB metabolites in non-hatched Faroe Island fulmar eggs. Organohalogen Comp 2001; 49: 112-5.

172. Grandjean P, White RF. Developmental effects of environmental neurotoxicants. In: Tamburlini G, von Ehrenstein O, Bertollini R, eds. Children's health and environment. Environmental issue report No. 29. Copenhagen: European Environment Agency, 2002, pp. 66-78.

173. Grandjean P, Jørgensen PJ, Weihe P. Validity of mercury exposure biomarkers. In: Wilson SH, Suk WA, Eds. Biomarkers of Environmentally Associated Disease. Boca Raton, FL, CRC Press/Lewis Publishers, 2002, pp. 235-47.

174. Grandjean P. Halve sandheder om halvledere (Semi-truths about semi conductors, in Danish). Ugeskr Læger 2002; 164: 3868-9.

175. Axelson O, Castleman B, Epstein S, Franco G, Giannasi F, Grandjean P, et al. Implementation of WHO Guidelines on Disclosure of Interest by members of WHO Expert Panels. Int J Occup Environ Health. 2002; 8: 271-3.

176. Lanzirotti A, Jones KW, Clarkson TW, Grandjean P. Human health risks from methyl mercury in fish. Science Highlights - National Synchroton Light Source Activity Report. Upton, NY: Brookhaven National Laboratory, 2002, pp. 97-9.

177. Weihe P, Debes F, White RF, Sørensen N, Budtz-Jørgensen E, Keiding N, Grandjean P. Miljøepidemiologisk forskning fører til sænkning af grænseværdien for kviksølv. Ugeskr Læger 2003; 165: 107-11.

178. Grandjean P. Når amningen sættes under anklage (debat). Ugeskr Læger 2003; 165: 2413-5.
179. Keiding N, Budtz-Jørgensen E, Grandjean P. Prenatal methylmercury exposure in the Seychelles (letter). Lancet 2003; 362: 664-5.
180. Grandjean P.
181. Budtz-Jørgensen E, Keiding N, Grandjean P. Application of structural equation models for evaluating epidemiological data and for calculation of the benchmark dose. Proceedings of the ISI International Conference on Environmental Statistics and Health at Santiago de Compostela, July 2003, pp. 183-94.
182. Grandjean P. Adverse health effects of PCBs: Interpreting the epidemiological evidence. Organohalogen Comp 2003 (published on CD). URL: www.chef-project.dk
183. Weihe P, Hoppe H-W, Grandjean P. Sustained high concentrations of PCBs in Faroese pregnant women despite dietary intervention. Organo-halogen Comp 2003; 63: 389-92.
184. Heilmann C, Grandjean P, Weihe P. Decreased childhood vaccine response in children exposed to PCBs from maternal seafood diet. Organohalogen Comp 2003; 63: 397-400.
185. Barr DB, Weihe P, Needham LL, Davis MD, Roman W, Hurtz D III, Sclafani A, Thomas A, Preau J Jr, Grandjean P. PCBs and organochlorine pesticide concentrations in a Faroe Island 14-year old cohort: Measurement using new methodology and evaluation of correlations and patterns. Organohalogen Comp 2003; 63: 385-8.
186. Axelson O, Balbus JM, Cohen G, Davis D, Donnay A, Doolittle R, Duran BM, Egilman D, Epstein SS, Goldman L, Grandjean P, Hansen ES, Heltne P, Huff J, Infante P, Jacobson MF, Joshi TK, LaDou J, Landrigan PJ, Lee PR, Lockwood AH, MacGregor G, Melnick R, Messing K, Needleman H, Ozonoff D, Ravanesi B, Richter ED, Sass J, Schubert D, Suzuki D, Teitelbaum D, Temple NJ, Terracini B, Thompson A, Tickner J, Tomatis L, Upton AC, Whyatt RM, Wigmore D, Wilson T, Wing SB, Sharpe VA. Re: Regulatory Toxicology and Pharmacology. Int J Occup Environ Health 2003; 9: 386-9.
187. Grandjean P, Cordier S, Kjellström T. Developmental neurotoxicity associated with dietary exposure to methylmercury from seafood and freshwater fish. In: Bellinger D, ed. Human developmental neurotoxicology. New York: Marcel Dekker, 2006, pp. 25-42.
188. Grandjean P. Impact of scientific uncertainty on risk assessment for methylmercury in seafood. In: Eto K, Hachiya N, Sakamoto M, eds. Proceedings of NIMD Forum 2003. Minamata: the Institute of Minamata Disease, 2004, pp. 1-13.
189. Grandjean P, Jensen AA. Breastfeeding and the weanling's dilemma (Correspondence). Am J Publ Health 2004; 94: 1075.
190. Grandjean P, Olsen JH. Extended follow-up of cancer in fluoride-exposed workers (Correspondence). J Natl Cancer Inst 2004; 96: 802-3.
191. Grandjean P, Cordier S, Kjellström T, Weihe P, Budtz-Jørgensen E. Health effects and risk assessments. In: Pirrone N, Mahaffey KR, ed. Dynamics of mercury pollution on regional and global scales: atmospheric processes and human exposures around the world. Norwell, MA: Springer, 2005, pp. 499-523.
192. Fängström B, Strid A, Athanassiadis I, Grandjean P, Weihe P,

Bergman Å. A retrospective time trend study of PBDEs and PCBs in human milk from the Faroe Islands. Organohalogen Comp 2004; 66: 2829-33.

193. Grandjean P, Murata K, Budtz-Jørgensen E, Weihe P. The brainstem as a target of developmental methylmercury toxicity. Materials and Geoenvironment 2004; 51: 408-11.

194. Budtz-Jørgensen E, Grandjean P. Underestimation of human methylmercury toxicity due to exposure misclassification. Materials and Geoenvironment 2004; 51: 359-62.

195. Grandjean P, Jørgensen PJ. Measuring mercury concentration (letter). Epidemiology 2005; 16: 133.

196. Grandjean P, Harari R. Impacto de la Exposición a plaguicidas en el neurodesarrollo. In: Harari R, comp. Seguridad, salud y ambiente en la floricultura. Quito: IFA, 2004, pp. 151-8.

197. Grandjean P, Klein G. Epidemiology 150 years before Snow (letter). Epidemiology 2005; 16: 271-2.

198. Grandjean P. Contaminants in fish oil (letter). Am J Clin Nutr 2005; 82: 1354.

199. Kjellström T, Grandjean P. Epidemiological methods for assessing dose-response and dose-effect relationships (Chapter 8). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, 3rd ed. Amsterdam: Elsevier, 2007, pp. 147-61.

200. Landrigan PJ, Kotelchuck D, Grandjean P. Principles for prevention of toxic effects from metals (Chapter 16). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, 3rd ed. Amsterdam: Elsevier, 2007, pp. 319-35

201. Weihe P, Grandjean P. Dietary Advisories and Public Information. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 2-11.

202. Grandjean P, Budtz-Jørgensen E, Jørgensen PJ, Weihe P. Imprecision of cord tissue mercury and other biomarkers of prenatal methylmercury exposure, and the implications for exposure limits. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 76-89.

203. Skaalum Petersen M, Weihe P, Grandjean P. Retrospective Assessment of Prenatal Exposure to Methylmercury from Whaling Records. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 110-5.

204. Grandjean P. Konklusioner til fals: Nye tilfælde af manipulation af forskning i 2005 (Conclusions for sale: New cases of manipulation of research in 2005, in Danish). Ugeskr Læger 2006; 168: 1253.

205. Grandjean P, Nielsen JB. Mercury. In: Lippman M, ed. Environmental Toxicants: Human Exposures and Their Health Effects, 3rd ed. New York: Wiley, 2009, pp. 811-22.

206. Landrigan P, Nordberg M, Lucchini R, Nordberg G, Grandjean P, Iregren A, Alessio L. The Declaration of Brescia on Prevention of the Neurotoxicity of Metals. Med Lav 2006; 97: 811-4. (Also published in Am J Ind Med 2007 50: 709-11).

207. Grandjean P. Industrikemikaliers påvirkning af nervesystemets udvikling. Ugeskr Læger 2007; 169: 2782-4.

208. Grandjean P, Keiding N. The precautionary principle. In: Melnick EL, Everett BS, eds. Encyclopedia of Quantitative Risk Assessment and

Analysis. Chichester: Wiley, 2008, pp. 1290-3.

209. Budtz-Jørgensen E, Grandjean P. Mercury/methylmercury risk. In: Melnick EL, Everett BS, eds. Encyclopedia of Quantitative Risk Assessment and Analysis. Chichester: Wiley, 2008.

210. Grandjean P. Mercury. In: Heggenhougen HK, ed. Encyclopedia of Public Health. Oxford: Elsevier, 2008, Vol. 4, pp. 434-42.

211.  Grandjean P. Health significance of metal exposures. In: Wallace RB, ed. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 15th ed. New York, NY: McGraw-Hill 2007, pp. 603-17.

212. Grandjean P, Weihe P. Developmental origins of environmentally induced disease and dysfunction International conference on Foetal Programming and Develpmental Toxicity, Tórshavn, Faroe Islands, 20-24 May, 2007. Basic Clin Pharmacol Toxicol 2008; 102: 71-2.

213. Grandjean P, Perez M. Developmental neurotoxicity: Implications of methylmercury research. International Journal of Environment and Health 2008; 2: 417-28.

214. Grandjean P. Methylmercury toxicity and functional programming (correspondence). Reproduct Toxicol 2008; 25: 134.

215. Grandjean P. Early vulnerability, lifelong impacts. San Francisco Medicine. 2008; 81: 17-8.

216. Grandjean P, Heindel JJ. In utero and early-life conditions and adult health and disease (letter). N Engl J Med 2008; 359: 1523.

217. Blair A, Saracci R, Vineis P, Cocco P, Forastiere F, Grandjean P, Kogevinas M, Kriebel D, McMichael A, Pearce N, Porta M, Samet J, Sandler DP, Costantini RS, Vainio H. Epidemiology, public health and the rhetoric of false positives. Environ Health Perspect 2009; 117: 1809-13.

218. Budtz-Jørgensen E, Keiding N, Grandjean P. Approaches to handling uncertainty when setting environmental exposure standards. In: Baveye P, Mysiak J, Laba M, eds. Uncertainties in environmental modelling and consequences for policy making. Dordrecht, The Netherlands: Springer, 2009, pp. 267-80.

219. Grandjean P, Choi AL, Weihe P, Murata K. Methylmercury neurotoxicology: From rare poisonings to silent pandemic. In Wang C, Slikker W Jr, eds: Developmental Neurotoxicological Research: Principles, Models, Techniques, Strategies and Mechanisms. New York: Wiley, 2010, pp 335-56.

220. Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncol 2009; 10: 453-4.

221. Grandjean P, Yorifuji T. Mercury (Chapter 8). In: Bingham E, Cohrssen B, eds. Patty's Toxicology, 6th ed. New York: Wiley 2012, Vol. 1, pp 213-27.

222. Takaro TK, Davis D, Van Rensburg S, Jroyo Aguilar RS, ... Grandjean P et al. (108 authors). Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int J Occup Environ Health 2010 16: 242-9.

223. Darney S, Fowler B, Grandjean P, Heindel J, Mattison D, Slikker W Jr. Prenatal programming and toxicity II (PPTOX II): role of

environmental stressors in the developmental origins of disease. Reprod Toxicol 2011; 31: 271. Also published in Journal of Developmental Origins of Health and Disease 2011; 2: 2.

224. Choi A, Grandjean P. Human health significance of dietary exposures to methylmercury. In: Liu G, Cai Y, O'Driscoll N, eds. Environmental Chemistry and Toxicology of Mercury. Chichester: Wiley, 2012, pp. 545-67.

225. Grandjean P. Exposure to environmental chemicals as a risk factor for diabetes development. In: Bourguignon J-P, Jégou B, Kerdelhué B, Toppari J, Christen Y, Eds. Multi-System Endocrine Disruption. Berlin: Springer 2011, pp. 91-9.

226. Julvez J, Yorifuji T, Choi AL, Grandjean P. Epidemiological evidence on methylmercury neurotoxicity. In: Aschner M, Ceccatelli S, eds. Methylmercury and Neurotoxicity. Berlin: Springer, 2012, pp. 13-35.

227. Grandjean P. Strengths and limitations of HBM – Imprecision matters. Int J Hyg Environ Health 2012; 215: 94.

228. Grandjean P. Larry Needham and the partition ratio. Chemosphere 2011; 85: 142.

229. Weihe P, Grandjean P. Cohort studies of Faroese children concerning potential adverse health effects after the mothers' exposure to marine contaminants during pregnancy. Acta Vet Scand 2012; 54(Suppl 1): S7.

230. Fox DA, Grandjean P, de Groot D, Paule M. Developmental origins of adult diseases and neurotoxicity: Epidemiological and experimental studies. Neurotoxicology 2012; 33: 810-6.

231. London L, Beseler C, Bouchard Mf, Bellinger DC, Colosio C, Grandjean P, Harari R, Kootbodien T, Kromhout H, Little F, Meijster T, Moretto A, Rohlman DS, Stallones L. Neurobehavioural and neurodevelopmental effects of pesticide exposures. Neurotoxicology 2012; 33: 887-96.

232. Bal-Price AK, Coecke S, Costa L, Crofton KM, Fritsche E, Goldberg A, Grandjean P, Lein PJ, Li A, Lucchini R, Mundy WR, Padilla S, Persico A, Seiler AEM, Kreysa J. Conference Report: Advancing the Science of Developmental Neurotoxicity (DNT) Testing for Better Safety Evaluation. Altex 2012: 29: 202-15.

233. Grandjean P, Heilmann C. Perfluorinated compounds and immunotoxicity in children – Reply (Letter). JAMA 2012; 307: 1910-1.

234. Schug TT, Barouki R, Gluckman P, Grandjean P, Hanson M, Heindel JJ. PPTOX III: Environmental Stressors in the Developmental Origins of Disease: Evidence and Mechanisms. Toxicol Sci 2013; 131: 343-50.

235. Andersen HR, Wohlfahrt-Veje C, Debes F, Nielsen F, Jensen TK, Grandjean P, Main KM. Langtidseffekter af prænatal pesticideksponering (Long-term effects of prenatal pesticide exposure, in Danish). Copenhagen: Miljøstyrelsen (Danish Environmental Protection Agency), 2012.

236. Grandjean P. Blyforgiftning i forebyggelse og forskning (Leder) [Lead poisoning in prevention and research (Editorial)]. Ugeskr Laeger 2012; 174: 2693.

237. Grandjean P, Pichery C, Bellanger M, Budtz-Jørgensen E. Calculation of mercury's effects on neurodevelopment (letter). Environ

Health Perspect 2012; 120: a452.

238. Grandjean P, Keiding N. (2013) Precautionary Principle. In: El-Shaarawi AH, Piegorsch W(eds), Encyclopedia of Environmetrics. Chichester, UK: John Wiley, 2013. DOI: 10.1002/9780470057339.vnn011.

239. Grandjean P. Science for precautionary decision-making. In: Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, pp. 517-35.

240. Grandjean P. Opinion: Toxicants and the Brain. The Scientist 2013 (June 17): 36043.

241. Choi AL, Grandjean P, Sun G, Zhang Y. Developmental fluoride neurotoxicity: Choi et al. respond (Letter). Environ Health Perspect 2013; 121: A70.

242. Grandjean P. Opinion: Problems with Hidden COI. The Scientist 2013 (October 28): 37934.

243. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches to metal toxicology (Chapter 13). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1, 4th ed. Amsterdam: Elsevier, 2014, pp. 265-79.

244. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles for prevention of toxic effects from metals (Chapter 24). In: Nordberg GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals, 4th ed. Amsterdam: Elsevier, 2014, pp. 507-28.

245. Grandjean P. Developmental origins of diseases: challenge for risk assessment of chemicals (EUROTOX abstract). Toxicol Lett 2013; 221 Suppl: S15.

246. Grandjean P. Mercury (Chapter 29). In: Landrigan PJ, Etzel RA, eds. Children's Environmental Health. New York: Oxford University Press, 2014, pp. 273-80.

247. Heilmann C, Jensen L, Weihe P, Nielsen F, Knudsen LE, Budtz-Jørgensen E, Mølbak K, Grandjean P. Persistente fluorforbindelser reducerer immunfunktionen (Persistent perfluorinated compounds cause immunotoxic effects, in Danish). Ugeskr Laeg 2015; 177: 660-3.

248. Grandjean P. Chemical brain drain: insidious and pervasive. In: Breyer, H, ed. Giftfreies Europa. Brussels, 2014, pp. 133-40.

249. Grandjean P. Mercury (article 02853). In: Caplan M, ed. Reference Module in Biomedical Sciences. Elsevier, 2015.

250. Grandjean P, Landrigan PJ. Neurodevelopmental toxicity: still more questions than answers - Authors' response. Lancet Neurol 2014; 13: 648-9.

251. Grandjean P. Prenatal prevention (letter). Science 2014; 345: 1462.

252. Grandjean P, Choi AL. Community water fluoridation and intelligence (letter). Am J Public Health 2015; 105: e3.

253. Kim BM, Choi AL, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Corrigendum to 'Effect of hemoglobin adjustment on the precision of mercury concentrations in maternal and cord blood' [Environ. Res. 132 (2014) 407-412]. Environ Res. 2016; 147: 630.

254. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS,

Zheng Q, Fu Y, Grandjean P. Comment on "Severe dental fluorosis and cognitive deficits". Neurotoxicol Teratol 2015; 50: 32.

255. Oulhote Y, Grandjean P. Association between child poverty and academic achievement (letter). JAMA Pediatr 2016; 170: 179-80.

256. Kielsen K, Shamim Z, Ryder LP, Grandjean P, Heilmann C. Vaccination efficacy and environmental pollution. In: Esser C (ed.). Environmental Influences on the Immune System. Vienna: Springer, 2016, pp. 181-203.

257. Trasande L, Attina T, Skakkebaek NE, Juul A, Porta M, Soto AM, Vandenberg L, Sathyanarayana S, Fletcher T, Demeneix B, Bergman A, Cohn BA, Bellanger M, Gore AC, Legler J, Bourguignon JP, Slama R, Toppari J, Blumberg B, Myers JP, Zoeller RT, Kortenkamp A, DiGangi J, Grandjean P, Russ Hauser R, Rudel R. Endocrine disruptors: Refereed science to guide action on EDCs (Correspondence). Nature 2016; 536: 30.

258. Mie A, Guyot EK, Kahl J, Rembiałkowska E, Andersen HR, Grandjean, P, Gunnarsson S. Health implications of organic food and organic agriculture. Science and Technology Options Assessment Panel, Directorate-General for Parliamentary Research Services (DG EPRS) of the European Parliament, 2016.

259. Grandjean P, Kishi R, Kogevinas M; International Society for Environmental Epidemiology (ISEE). Prevention of developmental neurotoxicity. Epidemiology 2017; 28: 157-158.

260. Oulhote Y, Bind MA, Coull B, Patel CJ, Grandjean P. Combining ensemble learning techniques and G-computation to investigate chemical mixtures in environmental epidemiology studies. bioRxiv 2017 doi.org/10.1101/147413.

261. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of two perfluoroalkylate substances associated with immunotoxicity. bioRxiv 2017 doi.org/10.1101/198564.

262. Grandjean P. Health Status of Workers Exposed to Perfluorinated Alkylate Substances. J Occup Environ Med 2018; 60(10): e562.

263. Grandjean P, Lederman SA, Silbergeld EK. Fish Consumption During Pregnancy. JAMA Pediatr. 2019 Jan 14. doi: 10.1001/jamapediatrics.2018.4920.

264. Grandjean P, Prins GS, Weihe P. Development Priority (editorial). Basic Clin Pharmacol Toxicol 2019;125 Suppl 3:3-4.

265. Mie A, Rudén C, Grandjean P. Response to Juberg et al. Environ Health. 2019; 18(1): 29.

266. Heilmann C, Grandjean P. Immunotoxicity: Impacts and Research Approaches. In: Kishi R, Grandjean P, eds. Health Impacts of Developmental Exposure to Environmental Chemicals. Singapore: Springer, 2020, pp. 175-90.

267. Grandjean P. From Research to Intervention. In: Kishi R, Grandjean P, eds. Health Impacts of Developmental Exposure to Environmental Chemicals. Singapore: Springer, 2020, pp. 529-40.

268. Ozonoff DM, Grandjean P. What is useful research? The good, the bad, and the stable. Environ Health 2020; 19: 2.

269. Grandjean P, Timmermann CAG, Kruse M, Nielsen F, Vinholt PJ, Boding L, Heilmann C, Molbak K. Severity of COVID-19 at elevated

exposure to perfluorinated alkylates. medRxiv 2020:
2020.10.22.20217562.
270. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-
Rojo MM, Song P, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose
Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children.
medRxiv 2020: 2020.10.31.20221374.
271. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches
to metal toxicology (Chapter 16). In: Nordberg GF, Fowler B, Nordberg
M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1,
5th ed. Amsterdam: Elsevier, 2021, pp. 369-383.
272. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles
for prevention of toxic effects from metals (Chapter 29). In: Nordberg
GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals,
5th ed. Amsterdam: Elsevier, 2021, pp. 686-703.
273. Etzel RA, Grandjean P, Ozonoff DM. Environmental epidemiology in
a crossfire. Environ Health 2021; 20: 91.
274. Landrigan PJ, Grandjean P. Pollution and the developing brain
(Letter). Lancet 2021; 398: 1961.
275. Grandjean P. Lægers rolle, når patienten er eksponeret for gift
(Roles of physicians when the patient is exposed to toxicants). Ugeskr
Laeg 2022; 184: 1452-3.