1

CURRICULUM VITAE          Date Prepared: July, 2023

NAME:                         Howard Hu
PRIMARY AFFILIATION:          Keck School of Medicine, University of Southern California
SECONDARY AFFILIATIONS: School of Public Health, University of Michigan; School of Public
                              Health, University of Washington

CONTACT:                      Howard Hu, M.D, M.P.H., Sc.D.
                              Email: howard.hu@med.usc.edu

TABLE OF CONTENTS

| SUBJECT | PAGE |
|---|---|
| EDUCATION | 2 |
| POSTDOCTORAL TRAINING | 2 |
| CERTIFICATION AND LICENSURE | 2 |
| ACADEMIC APPOINTMENTS | 2 |
| ADMINISTRATIVE APPOINTMENTS | 3 |
| CLINICAL APPOINTMENTS | 4 |
| OTHER ACADEMIC POSITION/VISITING APPOINTMENTS | 5 |
| MAJOR RESEARCH INTERESTS | 5 |
| GRANTS | 5 |
| HONORS AND AWARDS | 9 |
| MEMBERSHIPS | 10 |
| EDITORIAL POSITIONS AND BOARDS | 11 |
| PEER REVIEW SERVICE | 11 |
| TEACHING | 12 |
| COMMITEE, ORGANIZATIONAL, VOLUNTEER SERVICE | 18 |
| OTHER PUBLIC SERVICE | 23 |
| CONSULTING POSITIONS | 23 |
| VISITING PROFESSORSHIPS | 24 |
| SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS | 24 |
| BIBLIOGRAPHY | 33 |

CV: Howard Hu, M.D., M.P.H., Sc.D.

**Trial Exhibit**

**63**

Food & Water v. EPA
3:17-cv-02162-EMC

EDUCATION:

| | | | |
|---|---|---|---|
| 9/1973-6/1976 | Biology | B.Sc. | Brown University |
| 9/1977-6/1982 | Medicine | M.D. | Albert Einstein College of Medicine |
| 9/1979-6/1980 (degree in 6/1982*) | | M.P.H. (Occ Hlth) | Harvard School of Public Health |
| 9/1985-6/1986 | Epidemiology | M.S. | Harvard School of Public Health |
| 7/1986-6/1990 | Epidemiology | Sc.D. | Harvard School of Public Health |

* Awarding of the Harvard M.P.H. to medical students is delayed until the M.D. degree is conferred

POSTDOCTORAL TRAINING:

Research Fellowships

7/1987-6/1988 Occupational Health Research Fellow, Dept. of Environmental Health
Harvard School of Public Health

Internship and Residencies

| | | |
|---|---|---|
| 7/1982-6/1983 | Intern in Medicine | Boston City Hospital |
| 7/1983-6/1984 | Junior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1984-6/1985 | Senior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1985-6/1987 | Resident, Occupational Medicine | Harvard School of Public Health |

CERTIFICATION AND LICENSURE:

| | |
|---|---|
| 1984 | Massachusetts Medical License Registration |
| 1985 | American Board of Internal Medicine, Diplomate |
| 1987 | American Board of Preventive Medicine, Diplomate (Occupational Medicine) |
| 2006 | Michigan Medical License Registration |
| 2013 | College of Physicians & Surgeons of Ontario |
| 2018 | Washington State Medical License Registration |
| 2021 | California State Medical License Registration |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 9/1988-6/1992 | Instructor in Medicine<br>Department of Medicine, Harvard Medical School |
| 9/1988-6/2006 | Associate Physician (Clinical and Research), Channing Laboratory,<br>Department of Medicine, Brigham & Women's Hospital |
| 9/1990-6/1994 | Assistant Professor of Occupational Medicine<br>Department of Environmental Health, Harvard School of Public Health |
| 7/1992-6/1997 | Assistant Professor of Medicine |

CV: Howard Hu, M.D., M.P.H., Sc.D.

|  | Department of Medicine, Harvard Medical School |
|---|---|
| 7/1994-6/2002 | Associate Professor of Occupational Medicine |
|  | Department of Environmental Health, Harvard School of Public Health |
| 7/1997-8/2006 | Associate Professor of Medicine |
|  | Department of Medicine, Harvard Medical School |
| 7/2002-8/2006 | Professor of Occupational and Environmental Medicine (tenured) |
|  | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Chair and Professor of Environmental Health Sciences (tenured), Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 9/2006-8/2009 | Adjunct Professor of Occupational and Environmental Medicine |
|  | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Research Associate Physician, Channing Laboratory, Department of Medicine, Brigham & Women's Hospital |
| 5/2007-2012 | Professor of Epidemiology, University of Michigan School of Public Health |
| 5/2007-2012 | Professor of Internal Medicine, University of Michigan Medical School |
| 1/2009-2012 | NSF International Endowed Department Chair, University of Michigan School of Public Health, Department of Environmental Health Sciences |
| 7/2012-2018 | Professor of Environmental Health, Epidemiology and Global Health (tenured) Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada (on sabbatical/administrative leave, 2017-2018) |
| 7/2012-2018 | Professor, School of Medicine, University of Toronto, Toronto, Ontario, Canada |
| 7/2012- | Adjunct Professor, Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 7/2012-2013 | Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada |
| 7/2013-6/2018 | Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada |
| 7/2018- | Affiliate Professor (started as a Visiting Scholar, transitioned in 2018), Department of Occupational and Environmental Health Sciences, University of Washington School of Public Health, Seattle, WA |
| 7/2020- | Professor (tenured) and Flora L. Thorton Endowed Chair, Department of Population and Public Health Sciences (previously, Department of Preventive Medicine), Keck School of Medicine, University of Southern California, Los Angeles, CA |

ADMINISTRATIVE APPOINTMENTS:

| 7/1991-6/2006 | (Founding) Director, Metals Epidemiology Research Group, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Department of Environmental Health, Harvard School of Public Health |
|---|---|
| 7/1992-6/1995 | Director, Commission to Investigate the Health and Environmental Effects of Nuclear Weapons Production, International Physicians for the Prevention of Nuclear War |
| 7/1996-6/2006 | Director, Residency Program in Occupational and Environmental Medicine, Harvard School of Public Health |
| 7/1996-8/2006 | Director, Occupational and Environmental Medicine Core, National Institute for |

CV: Howard Hu, M.D., M.P.H., Sc.D.

Occupational Safety and Health Educational Resource Center at the Harvard School of Public Health

7/1998-6/2004 (Founding) Medical Editor, Environmental Health Perspectives (official journal of NIEHS)

7/2000-8/2006 Associate Director, the Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health

7/2004-6/2009 (Founding) Principal Investigator and Director, Harvard Center for Children's Environmental Health and Disease Prevention Research (co-PI and co-Director after 9/1/08)

9/2006-6/2012 Chair, Department of Environmental Health Sciences, University of Michigan School of Public Health

9/2006-2012 Director, Occupational Epidemiology Core, NIOSH Education and Research Center, University of Michigan

9/2006-2012 Co-Director, Michigan-Harvard/Harvard-Michigan Metals Epidemiology Research Group

7/2009-2011 Director, NIA T32 Training Grant in Aging and Public Health, University of Michigan School of Public Health

1/2010-2012 Chair, Faculty Steering Committee on Global Health, University of Michigan School of Public Health

4/2011-2012 (Founding PI) and Director, University of Michigan NIEHS P30 Core Center.

7/2012-2013 Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada

7/2013-6/2017 Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada

7/2020- Flora L. Thornton Endowed Department Chair, Department of Preventive Medicine, Keck School of Medicine, University of Southern California, Los Angeles, CA

CLINICAL APPOINTMENTS:

7/1985-6/1987 Attending Physician, Emergency Department, Whidden Memorial Hospital

7/1985-6/1988 Assistant Visiting Physician, Department of Medicine, Boston City Hospital

1/1985-6/2006 Consultant in Occupational and Environmental Medicine, Center for Occupational and Environmental Medicine, Northeast Specialty Hospital (formerly known as the Olympus Specialty Hospital, the Massachusetts Respiratory Hospital, and Norfolk County Hospital).

3/1987-9/1987 Attending Physician, Occupational Health Program, University Hospital/Boston University Medical Center

7/1988-9/2006 Associate Physician, Brigham and Women's Hospital

7/1990-6/1995 Occupational/Environmental Medicine Consultant, Brigham and Women's Hospital Employee Health Services

7/2007-2012 Associate Physician, Division of General Medicine, Department of Medicine, University of Michigan Health System

1/2019-2020 Staff Physician, RotaClinic-Lake City, Seattle, WA

2021 (pending) Associate Physician, Keck Medical Center

CV: Howard Hu, M.D., M.P.H., Sc.D.

OTHER ACADEMIC POSITIONS and MAJOR VISITING APPOINTMENTS:

7/1987-6/1990 Visiting Physician, South Cove Health Center, Boston (Chinatown)
7/1996-8/2006 Associate, Center for Health and the Global Environment, Harvard Medical School
2/1997         Alice Hamilton Visiting Professor, Division of Occupational and Environmental
               Medicine, Department of Medicine, University of California at San Francisco
11/2000-       Visiting Scientist, Sri Ramachandra Medical College and Research Institute
7/2010-        Senior Consultant, Tianjin Centers for Disease Control and Prevention, Tianjin,
               China
10/2012-       Visiting Professor, Shanghai Key Laboratory of Children's Environmental Health,
               Xinhua Hospital, Shanghai Jiao-Tung University, China
7/2013-6/2016 Visiting Professor, Shanghai Jiao Tong School of Medicine, China
5/2015-        Affiliate Scientist to the Li Ka Shing Knowledge Institute, St. Michael's Hospital,
               Toronto, Canada

MAJOR RESEARCH INTERESTS:

1.  Environmental and molecular epidemiologic research related to heavy metals, potential
    endocrine disruptors, other neurotoxicants, carcinogens, and their impact on adverse health
    outcomes.
2.  Gene-environment interactions; epigenetic dysregulation
3.  Fetal/early life exposures and long-term effects
4.  Aging-environment interactions
5.  Health disparities
6.  Health and human rights
7.  Health, climate change, sustainability, and the global environment
8.  "Big Data" for population health
9.  Attitudes, behaviors, the immune response to infection and vaccines, and susceptibilities related
    to COVID19.

GRANTS (as PI, Co-PI, or primary mentor only):

Past Funding:

1980 (summer) Montefiore Hospital, Bronx NY,PI; $2,000 (approx)
              A study of rural and occupational health in Tulua, Colombia, South America
1982 (summer) Albert Einstein College of Medicine, PI; $3,000 (approx)
              A study of occupational/environmental health in Shanghai, China
7/1987-6/1989 NIEHS Center Grant ES00002 Pilot Project, PI; $12,000
              The Long-term Renal and Neurologic Effects of Childhood Plumbism
7/1989-6/1990 NIEHS subcontract 7083-1, PI; $50,000 (approx)
              The Use of X-Ray Fluorescence to Measure Lead Burden and Childhood Lead
              Exposure
CV: Howard Hu, M.D., M.P.H., Sc.D.

7/1990-6/1992 Agency for Toxic Substances and Disease Registry, PI; $150,000 (approx)
"Clinical Environmental/ Occupational Medicine Research Fellowship Award",
7/1990-6/1991 NIEHS Center Grant ES00002 Pilot Project, PI; $12,000
The Metabolic Effects of Pregnancy and Lactation on Lead Burden
7/1990-6/1991 Harvard School of Public Health Basic, PI
Research Support Grant; $10,000
K-X-Ray Fluorescence Measured Lead Burden
10/1991-11/1991  NIOSH Special Grants, PI; $50,000 (approx)
The Carpenters Lead Project
4/1991-3/1996 NIEHS/R01, PI; $2,200,000 (approx)
The Epidemiology of Lead, Diet and Blood Pressure
7/1991-6/1996 NIEHS/R01 supplement, PI; $240,000 (approx)
The Epidemiology of Lead, Diet and Blood
Pressure--Research Supplement for Minority Investigator
7/1992-6/1995 NIEHS/R01 (Office of Research on Women), PI; $200,000 (approx)
Lead and Hypertension in Women
7/1993-6/1996 NIEHS/subcontract, PI; $150,000 (approx)
Exposure to Neurotoxins as Risk Factors for Amyotrophic Lateral Sclerosis
7/1995-6/1998 State of Washington, Department of Labor, PI; $350,000 (approx)
SPECT Imaging of the Brain in Patients with Multiple Chemical Sensitivity
Syndrome and Controls
7/1996-6/1997 NIEHS Center Grant ES00002 Pilot Project, PI; $15,000
Electrocardiographic abnormalities in association with low-level lead exposure
among middle-aged to elderly men: the Normative Aging Study
4/1995-3/2000 NIEHS Project PI (Program Project PI: Richard Monson); $1,800,000 (approx)
Lead Exposure, Accumulation in Bone, and Reproductive Toxicity Among Men and
Women In Mexico
4/1995-3/2000 NIEHS Project PI (Program Project PI: Richard Monson); $1,900,000 (approx)
Lead Exposure, Accumulation in Bone, and Cognitive Toxicity Among Elderly Men
and Women
6/1997-5/2002 NIEHS/R01 ES05257 PI; $2,312,274
Lead Biomarkers, Aging, and Chronic Disease
7/1997-6/1999 NIEHS Center Grant ES00002 Pilot Project, PI; $10,000
The effect of genetic polymorphisms of metallothionein-IIA on mRNA levels in
middle-aged to elderly men: the Normative Aging Study
7/1998-6/2003 NIEHS/R01 PI (with no-cost extension; 5R01ES007821); $2,291,833
Lead Dose Biomarkers, Reproduction, and Infant Outcomes
7/1999-6/2000 NIEHS Center Grant ES00002 Pilot Project, co-PI; $14,000
Magnetic Resonance Spectroscopy in the Evaluation of Lead Neurotoxicity: the
Normative Aging Study
7/2000-6/2001 MAVERIC (Massachusetts Area Veterans Epidemiology Resource and Institute
Center) Pilot Project PI (with Dr. Robert Wright, co-PI); $10,000
The Use of Magnetic Resonance Spectroscopy in Lead Poisoning
7/2000-6/2001 NIOSH Center Grant Pilot Project, PI (with Dr. Robert Wright, co-PI); $12,000
Interaction between ApoE Genotype and Lead Exposure in the Development of

|  | Cognitive Impairment |
|---|---|
| 7/2002-6/2004 | The Rasmussen Foundation/Health Care Without Harm; $50,000 |
|  | Medical Use of Phthalate Containing Products in the Neonatal Intensive Care Unit and Biomarkers of Neonatal Phthalate Metabolites |
| 7/2002-6/2003 | NIEHS Center Grant Pilot Project, PI; $8,000 |
|  | Vitamin D Receptor Gene and Bone Lead in Reproduction |
| 3/2004-2/2005 | The Critelli Family Foundation; $10,000 |
|  | Review of Environmental Cadmium Exposure and Toxicity |
| 4/2000-3/2007 | NIEHS Project Leader (Program Project PI: Richard Monson; 5P01ES05947); $2,472,677; Controlled Trial in Pregnancy of Dietary Supplements for the Suppression of Bone Resorption and Mobilization of Lead into Plasma (no cost extension) |
| 4/2000-3/2007 | NIEHS Project co-Leader (Program Project PI: Richard Monson; 5P01ES05947); $1,210,000 (approx); A Community-Based Study of Lead Exposure Pathways, Biomarkers of Dose, Health Effects, and Phytoremediation Strategies at the Tar Creek Superfund Site (no cst extension) |
| 4/2002-9/2007 | NIEHS/R01 PI (5R01ES010798); $3,011,295 |
|  | Gene-Metal Interactions and Parkinson's Disease |
| 10/2003-9/2007 | NCMHI/P20 Project Leader (MD000501-01; Hughes Harris, PI); $828,781(Project) "FAMU and Harvard Center for Health and Health Care Disparities" |
| 8/2003-7/2008 | NIEHS/R01 PI (2R01ES05257-11A2); $3,357,424 (bécame co-PI in 2007 after move to University of Michigan) |
|  | Lead-Gene Interactions and Cognition |
| 6/2004-3/2009 | NIEHS/P01 PI (5 P01ES012874-01); $6,662,670 (became co-PI in 2006 after move to University of Michigan) |
|  | Metals Mixtures and Children's Health (Center for Children's Environmental Health and Disease Prevention Research) |
| 7/2002-12/2009 | NIH/R03 PI (1R03TW005914; no cost ext through 2008); $192,000 (approx) |
|  | Lead, Genes, and Cognition in Children in Chennai, India |
| 9/2006-7/2011 | NIEHS/R01 PI (R01ES007821); $3,116,831 |
|  | Fetal Origins of Neurobehavior: Lead and Cholesterol Metabolism Interactions |
| 7/2006-6/2011 | NIEHS/R01 co-PI (R01ES013744; PI Wright), $3,200,000 |
|  | Stress, Lead, Iron Deficiency and Neurodevelopment |
| 7/2006-6/2011 | NIEHS/R01 co-PI (RO1ES014930; PI Wright), $2,800,000 |
|  | Metal Mixtures and Neurodevelopment |
| 2/2008-2/2010 | Michigan Institute for Clinical and Health Research (MICHR; home of the UM CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension) |
|  | Epigenetics of Early Life Events and Environmental Toxicants |
| 4/2009-4/2010 | Michigan Alzheimer's Disease Research Center Pilot Project PI, $25,000 |
|  | Environment, Epigenetics and Alzheimer's Disease (no cost extension) |
| 12/2009-12/2010 | University of Michigan Center for Global Health Pilot Project PI, $25,000 |
|  | Climate Variability and Impacts on Mortality and Morbidity in Chennai, India: A Pilot Project Stemming from the 2009 U.S.-India Workshop on Climate Change and Public Health, Goa India (no cost extension) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          8

9/2009-9/2010 Michigan Institute for Clinical and Health Research (MICHR; home of the UM
            CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension)
            Epigenetics and Epigenomics in the Etiology of Alzheimer Disease
    7/2008-6/2011 NIA/T32  PI (T32AG027708); $450,000
            Interdisciplinary Training Program in Aging and Public Health
4/2010-3/2015 NIEHS P42 Superfund Co-Inv, Project 2, Co-investigator (P42ES017198; PI:
            Alshawabkeh, Project 2 Leader: Meeker) Puerto Rico Testsite For Exploring
            Contaminant Threats, $12,000,000
4/1/2011-6/2015 NIEHS Core Environmental Health Sciences Center, Founding PI and Director
            (until 2012; now consultant; P30 ES017885), $ 4,620,100;
            "Lifestage Exposures and Adult Disease"
4/2010-3/2014 NIEHS/EPA P20 Co-PI and Clin Health Specialist (P20 ES018171; PI Peterson)
            Formative Children's Environmental Health and Disease Prevention Center,
            $1,959,960; "Perinatal Exposures, Epigenetics, Child Obesity & Sexual Maturation"
7/1/2013-6/30/2014  CIHR, Canadian Institute for Health Services and Policy Research; Planning
            Grants-Priority Announcement:Partnerships for Health System Improvement; PI, $24,992
            "The Surviving Opioid Overdose with Naloxone (SOON) Project and Roundtable"
07/1/11-06/30/16  NIEHS K01 ES019909  (co-mentor; PI: Somers)
            "Immune dysfunction associated with early life heavy metal exposure"
4/1/12-3/30/17      NIEHS R01ES013744 (consultant; PI: Wright; Mt Sinai School of Medicine)
            "Stress-Lead Interactions and Child Development"
7/1/2012-7/1/2017 European Commission (EC), Funded under FP7-Health, Project 304925, co-
            Investigator; PI, epidemiologic studies, $6,000,000 E
            "A novel micronutrient-based strategy to prevent hearing impairments: test and road to
            market for age-related hearing loss and preservation of residual hearing"
6/1/2012-7/1/2020, 1R01ES021446, PI, $4,140,000 (parent + supplement awards);
            "Prenatal and Childhood Exposure to Fluoride and Neurodevelopment"
5/15/2015-5/15/2020  Health Canada; PI, $200,000 (Phase 1); $1,400,000 (proposed Phase
             2) "A Community-based First Nation Study of Cancer and the Environment in Northern
            Ontario"


Current Funding

5/1/2021-4/30/2022 Environmental Pollutant Risk Factors for Worse COVID-19 Related Clinical
            Outcomes, PI, $49,999; the Southern California Environmental Health Sciences Center
            Pilot Project Program, University of Southern California, Los Angeles, CA
3/8/2021-3/8/2022  The USC SARS-CoV-2 Vaccination Campaign Research Initiative: Uptake,
            Markers and Determinants of Effectiveness, Subsequent Behaviors, PI, $1,200,000; The
            Keck COVID-19 Research Fund in the Keck School of Medicine; USC Office of the
            Provost; USC Office of Research.
12/31/2020-6/30/2023  The Los Angeles Pandemic Surveillance Cohort Initiative, PI, $ 1,997,934;
            The Los Angeles County Public Health Departmen, PH-003903-W2/U.S. Centers for
            Disease Control and Prevention Cooperative Agrement US0CK000498.
11/1/2020-10/30/2022 The Population Health COVID-19 Pandemic Research Center, co-PI,
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                          9

$320,000, The Keck Medicine COVID-19 Research Initiative; the Keck Foundation

3/24/2020-2/28/2022 Pilot Project Proposal for Rapid Response Funding, University of Michigan NIEHS P30 Core Sciences Center (co-PI); $6,250, "Environmental Cadmium and Influenza-related Mortality in NHANES: An Environment-Infectious Disease Interaction Study with Implications for Strategies for Reducing COVID-19-related Morbidity and Mortality"

4/1/13-3/31/23 NIEHS/EPA P01ES022844 (co-inv; PI: Peterson at the University of Michigan) "Lifecourse Exposures & Diet: Epigenetics, Maturation & Metabolic Syndrome."

7/1/16-6/30/26    CIHR (co-PI; Director; PI: Jeffrey Brook at the Dalla Lana School of Public Health) $4,700,000 CNDN
"CANadian Urban Environmental (CANUE) Health Research Consortium"

9/1/16-8/31/22 NIH 5R01ES026033-02, (Consultant/Co-investigator; PI: Arora at Mt. Sinai School of Medicine) $648,000  "Novel Biomarker to Identify Critical Windows of Susceptibility to Metal Mixture"

9/1/17-6/30/22  NIH R24ES028502 (Consultant/Co-investigator; PI: Peterson at the University of Michigan, "E3GEN: Multigenerational Effects of Toxicant Exposures on Life Course Health and Neurocognitive Outcomes in the ELEMENT Birth Cohorts"; $2,009,022

Applications Under Review

7/1/2023-6/30/2028 P01NS133120, MPI, $8,189,891
"Foundational Investigations in Neuro PASC Discovery (FIND)"

New Application in Progress

Competitive renewal of R01ES021446, PI, $3,704,071
"Exposure to Fluoride in Pregnancy:  Impacts on Maternal Thyroid Function and Cognitive, Non-cognitive, and Life Outcomes in Young Adult Offspring"

Wellcome Trust, MPI
"Quantifying the Cognitive and Economic Benefits of Reducing Air Pollution to Achieve Climate Change Mitigation"

R01ES031820 (app # pending), multiple PI, $3,086,477
Perinatal Maternal Heavy Metal Burden and Offspring Blood Pressure

HONORS AND AWARDS:

1978-1982 National Health Service Corps Scholarship
1985-1988 National Research Service Award
1990-1992 Agency for Toxic Substances and Disease Registry Clinical Environmental Medicine Award
1994        Will Solimene Award of Excellence, American Medical Writers Association, for:

CV: Howard Hu, M.D., M.P.H., Sc.D.

Chivian E, McCally M, Hu H, Haines H, eds. *Critical Condition: Human Health and the Environment*. Cambridge: The MIT Press, 1993.

| | |
|---|---|
| 1997 | Alice Hamilton Lecturer, University of California at San Francisco |
| 1998 | First Prize for Best Infant Nutrition Research, Instituto Danone, Mexico (for González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H. "Decrease in birth weight in relation to maternal bone lead burden." Published in *Pediatrics*) |
| 1999 | National Institute for Environmental Health Sciences "Progress and Achievement of the Year Award", 1998-1999 |
| 1999 | True Memorial Lecturer, Maine Medical Center, Portland ME. |
| 2000-2001 | Faculty Sabbatical Award, Harvard School of Public Health |
| 2000-2001 | Senior Fulbright Scholar in India |
| 2001 | Hoopes Prize, Faculty Mentorship (for Senior Thesis of Charles Lin, "More than Black and White: Lead Poisoning as an Environmental Justice Issue in Boston") |
| 2003 | Best Paper in Preventive Medicine by a Medical Student (for Senior Thesis of Vanitha Janakiraman; Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M. A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy. Am J Prev Med 2003;24:260-4.). American College of Preventive Medicine, Ulrich and Ruth Frank Foundation for International Health. |
| 2004 | Das Travel Grant Award, The South Asia Initiative, Harvard University (for Travel in India) |
| 2005 | Adolph G. Kammer Merit in Authorship Award, the American College of Occupational and Environmental Medicine (for Rhodes D, Spiro A, Aro A, Hu H "Relationship of Bone and Blood Lead Levels to Psychiatric Symptoms: The Normative Aging Study", Published in the *Journal of Occupational and Environmental Medicine*) |
| 2006 | Teacher of the Year Award, Occupational/Environmental Medicine Residents, Harvard School of Public Health |
| 2006 | Harriett Hardy Award, the New England College of Occupational and Environmental Medicine |
| 2009 | Linus Pauling Award for Lifetime Achievements, American College for the Advancement of Medicine |
| 2011 | Award for Excellence, American Public Health Association |
| 2015 | John R. Goldsmith Award for Outstanding Contributions to Environmental Epidemiology, International Society for Environmental Epidemiology |
| 2016 | Election to Fellowship, Canadian Academy of Health Sciences |

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

Memberships

| | |
|---|---|
| 1981- | American Public Health Association (APHA) |
| 1982-2006 | Massachusetts Coalition for Occupational Safety and Health |
| 1983-1989 | American College of Physicians |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                        11

1985-        Physicians for Social Responsibility
1987-        Physicians for Human Rights
1990-        International Society for Environmental Epidemiology (ISEE)
1990-2000 American Association for the Advancement of Science
1990-2006 Association of Occupational and Environmental Clinics (AOEC)
1991-        International Physicians for the Prevention of Nuclear War (IPPNW)
1994-1996 Society for Occupational and Environmental Health (SOEH)
2000-2012 American College of Occupational and Environmental Medicine (ACOEM)
2009-2012 Society of Toxicology
2012-2018 Canadian Public Health Association (CPHA)
2020-        Washington State Medical Association

  Committee Assignments

1981-1982 Program Committee, Occupational Safety and Health Section, APHA
1987-1988 Program Committee, Asian-American Caucus, APHA
1992-1998 Membership Committee, ISEE
1995-1998 Quality Assurance Committee, AOEC
1997-1998 Program Committee, 1998 Superfund Basic Research Program, Annual National Meeting
2001-2006 Program Committee, New England College of Occupational and Environmental Medicine
                Annual Meetings


EDITORIAL POSITIONS AND BOARDS:

1977-1982 Einstein Community Health Newsletter
1988-1992 Bookreview Co-Editor, Section on Occupational Safety and Health, Am Public Health
                Assoc.
1993-        Journal of Health and Human Rights
1998-        Environmental Health Perspectives (Founding Medical Editor, 1998-2004; Associated
                Editor, 2004- )
2004-        American Journal of Industrial Medicine
2007-2009 Faculty of 1000 Medicine
2017-        Current Environmental Health Reports
2017-        Faculty of 1000 Medicine


PEER REVIEW SERVICE

American Journal of Clinical Nutrition
American Journal of Epidemiology
American Journal of Industrial Medicine
Archives of Environmental and Occupational Health
Biomed Central
CV: Howard Hu, M.D., M.P.H., Sc.D.

Circulation
Environmental Epidemiology
Environmental Health
Environmental Health Perspectives
Environment International
Environmental Research
Epidemiology
Indian Journal of Medical Research
Journal of Health and Human Rights
Journal of the American Medical Association
Kidney International
Lancet
New England Journal of Medicine
Pediatrics
PLOS One
Science of the Total Environment


TEACHING:

1. LOCAL CONTRIBUTIONS (at the Harvard School of Public Health, 1985-2006)

| | |
|---|---|
| 1985- | "Toxicology of the Kidney and Urinary Tract"<br>Guest Lecturer for TOX204a,b |
| 1988- | "Occupational Health"<br>Guest Lecturer for EH201a,b |
| 1989-1992 | "Lead Toxicology"<br>Guest Lecturer for TOX204a,b |
| 1990- | Grand Rounds in Occupational/Environmental Medicine<br>Director |
| 1990-2000 | Introduction to Occupational and Environmental Medicine (EH232c,d)<br>Course director, lecturer |
| 1990- | "The Epidemiology of Lead Exposure, Dose, and Toxicity"<br>Guest Lecturer for EPE215c,d and EPE215t |
| 1990- | "Solvent toxicity"<br>Fundamentals of Industrial Hygiene, Continuing Education Department |
| 1992 | "Current Research on Lead", Metals Epidemiology Research Group Seminar<br>Presenter |
| 1992 | "Lead Poisoning Without a Known Source in a Hyperthyroid Patient"<br>Case discussant, Grand Rounds in Occupational and Environmental Medicine |
| 1992- | "Biological Markers of Lead Dose"<br>Guest Lecturer, EHE280c,d |
| 1994- | "Screening for Lead Toxicity"<br>Guest lecturer, EPI227d |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                            13

1994-        "Lead Exposure and Biological Monitoring"
             Guest Lecturer, ID263b
1994-        "Case Study: Lead"
             Guest Lecturer and Case Discussant, EH202d
1996-        Introduction to Environmental Health (EH201b)
             Course director and lecturer
1997-        Human Health and Global Environment Change (EH278a,b)
             Course Co-developer, Co-director, and lecturer


Hospital courses and Invited Teaching Presentations (Harvard-affiliated Hospitals)
1990         Guest Lecturer on Occupational Medicine
             Residency Program, Department of Medicine, Brigham and Women's Hospital
1994         Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?"
             Department of Obstetrics and Gynecology, Brigham and Women's Hospital
1994         Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?"
             Department of Medicine, Brockton V.A. Hospital
1994         Speaker, Symposium on Preventive Medicine and Clinical Epidemiology,; "Is Lead a
             Ticking Time Bomb"; Brigham and Women's Hospital
1995         Discussant, "Multiple Chemical Sensitivity", Occupational/Environmental Medicine
             Grand Rounds, Occupational Health Program, Harvard School of Public Health
1996         Guest lecturer, "Lead Toxicity as a Paradigm for a Regional and Global Health
             Hazard", Environmental Health Student Group, Holmes Society, Harvard Medical
             School
1997         Speaker, "Mobilization of maternal bone lead as a hazard to the fetus", Grand
             Rounds, Dept. of Neonatology, Beth Israel Hospital, Boston, MA
2000         Guest lecturer, "Update on Lead Toxicity Research", Program in Pediatric
             Toxicology, Children's Hospital
2000         Discussant, "Adult Lead Toxicity", Weekly Case Round, Department of Medicine,
             Brigham and Women's Hospital, Boston.
2000         Lecturer, "Update on Lead Toxicity, Hypertension, and Chronic Renal Failure",
             Renal Rounds, Division of Nephrology, Department of Medicine, Brigham and
             Women's Hospital, Boston.
2002         Lecturer, "Maternal Bone Lead as a Threat to Fetal Development", Program in
             Neonatology, Beth Israel-Deaconness Hospital, Boston, MA


Doctoral student committees
Chair and member:
Dr. Rokho Kim        Dr.P.H. Occupational Health and Epidemiology, '96
Dr. Yawen Cheng      Sc.D. Epidemiology, '98
Dr. Sharon Tsaih     Sc.D. Epidemiology, '99
Dr. Hung Yi Chuang   Sc.D. Occupational Health, '99
Dr. Adrienne Ettinger Sc.D. Environmental Health, '03
Dr. Florence Wang    Sc.D. Environmental Health, '05
Dr. Sung K. Park     Sc.D. Environmental Health, '05
CV: Howard Hu, M.D., M.P.H., Sc.D.

Dr. Pradeep Rajan,      Sc.D. Occupational Health, '06

Member/Advisor:
Dr. How Ran Guo        Sc.D. Occupational Health, '94
Dr. Joshua Cohen        Sc.D. Health Policy and Management, '94
Dr. Jane Hoppin         Sc.D. Environmental Health, '95
Dr. Salma Elreedy       Sc.D. Environmental Health, '97
Dr. Mary Jean Brown Sc.D. Maternal and Child Health, '00
Dr. Brisa Sanchez       Sc.D. Biostatistics, '06
Dr. Ami Zota            Sc.D. Environmental Health, '07
Dr. Ananya Roy          Sc.D. Environmental Health, '08
Dr. Elissa Wilker       Sc.D. Environmental Health, '09

Post-doctoral fellow mentor:
Dr. Marinelle Payton (Channing Lab), Dr. Susan Korrick (Channing Lab), Dr. Rokho Kim
(Channing Lab), Dr. Viji Potula (HSPH Research Fellow), Dr. Barbara Nowak (Visiting Scientist
from Silesian University School of Medicine, Poland), Dr. Robert Wright (Channing Lab), Dr. Ming
Tsuang Wu (HSPH Research Fellow), Dr. Yawen Cheng (Channing Lab), Dr. Geeta Mathur
(neonatology fellow at the Brigham and Women's Hospital), Dr. Sri Hari Bojja (HSPH Research
Fellow), Dr. Hae-Kwan Cheong (Visiting Scientist from Dongguk University School of Medicine, S.
Korea), Dr. Sahar Elmarsafawy (HSPH Research Fellow), Dr. Jing Lu (Visiting Scientist from the
Chinese Academy of Preventive Medicine), Dr. Dieter Affeln (Occ/Env Med Fellow), Dr. Ahmed
Gomaa (Occ/Env Med Fellow), Dr. Chris Leffler (Occ/Env Med Fellow), Dr. Ronald Dykeman
(Occ/Env Med Fellow), Dr. Uma Dhanabalan (Occ/Env Med Fellow), Dr. Hsien-Wen Hsu (Occ/Env
Med Fellow), Dr. Betty Ann Cohen (Occ/Env Med Fellow), Dr. Arvin Chin (Occ/Env Med Fellow),
Dr. Daniel Rhodes (Occ/Env Med Fellow), Dr. Richard Wittman (Occ/Env Med Fellow), Dr. Sun-
Dong Lee (Visiting Scientist from Sangji University, Korea), Dr. Ronald Green (Occ/Env Med
Fellow), Dr. Erma Lawson (Environmental Health Fellow), Dr. Marc Weisskopf (Environmental
Health Fellow), Dr. Bridget Bagert (Occ/Env Med Fellow), Dr. John Jarrell (Visiting Scientist from
University of Calgary), Dr. Jennifer Weuve (Environmental Health Fellow), Dr. Karen Chou
(Visiting Scientist from Michigan State), Dr. Nitin Jain (Channing Laboratory Fellow), Dr. Adrienne
Ettinger (Children's Center Scientist), Dr. Sam Myers (Fellow in Alternative and Complementary
Medicine), Dr. Marcelo Targino (Occ/Env Med Fellow), Dr. Manish Arora (Post-doctoral fellow
from University of Sydney), Dr. Huiling Nie (Post-doctoral fellow from McMaster University).

Other faculty mentorship:
Elizabeth Rubinstein (HMS Summer research), Alicia Marier (HMS Summer research), Vanitha
Janakiraman (HMS Summer research), Young-Sook Lim (Harvard College Summer research),
Charles Lin (Harvard College Senior thesis research), Ed Hsieh (Harvard College Summer research),
Naveen Thomas (Emory University Medical School Senior thesis research). Shreekrishna Akilesh
(Harvard Dental School summer research), Christine Pace (HMS Summer research)

Advisory and supervisory responsibilities
1985-1987      Attending Physician, outpatient general medicine clinic, Boston City Hospital;

|          | weekly precepting for housestaff and medical students |
|----------|--------------------------------------------------------|
| 1990-2006 | Preceptor, Residency in Occupational and Environmental Medicine, Harvard School of Public Health at the Mass Respiratory Hospital |
| 1990-2006 | Advisor to general M.P.H. students, Harvard School of Public Health. |

2. LOCAL CONTRIBUTIONS (at the University of Michigan, 2006-2012)

| | |
|---|---|
| 2006- | Principles of Environmental Health (EHS-500) |
| | Course director and lecturer |
| 2006- | Environmental Epidemiology (EHS-608) |
| | Guest lecturer on birth cohorts and environmental epidemiology |
| 2006- | Occupational and Environmental Disease (EHS-501) |
| | Guest lecturer on metals exposure and health effects; Course Director (2009-) |
| 2007- | Metals Exposure, Biomarkers and Toxicity: A Multi-disciplinary Environmental Epidemiology Approach (EHS-698 reading course) |
| | Course director and lecturer |
| 2008-2009, | Topics in Environmental Health Sciences (EHS-688) |
| 2010-2011 | Course director and lecturer |
| 2009 | Occupational and Environmental Disease (EHS-501) |
| | Course director and lecturer |
| 2009- | On-line (Long-distance Foundations in Public Health Certificate Program): Principles of Environmental Health (EHS-500-801) |
| | Course director and lecturer |
| 2009 | Introduction to Public Health (HMP-200) |
| | Guest lecturer on environmental health |
| 2009- | Seminars in Aging and Public Health (EPID 813) |
| | Course director and lecturer |
| 2011 | Seminar on Public Health in China (HMP-xxx) |
| | Guest lecturer on "Environmental Health in China" |

Post-doctoral fellow mentor:
Dr. Sung Kyun Park (Environmental Health Sciences Fellow, now Research Assistant Professor), Dr. Brisa Sanchez (Biostats Research Assistant Professor, now Assistant Professor), Dr. Richard Pilsner (Robert Wood Johnson Health & Society Fellow), Dr. Aimin Zhang (Environmental Health Sciences Fellow, Toxicology Training Grant), Dr. Ananya Roy (Environmental Health Sciences Fellow), Dr. David Cantonwine (Reproductive Sciences Fellow).

Doctoral Student Advisor (principal)

| | | |
|---|---|---|
| David Cantonwine | Ph.D. | Environmental Health Sciences (2009) |
| Myriam Afeiche | Ph.D. | Environmental Health Sciences (co-mentor with Karen Peterson; 2010) |
| Yoon-Hyeong Choi | Ph.D. | Environmental Health Sciences (co-mentor with Sung Kyun Park; 2011) |
| Katie F. Bush | Ph.D. | Environmental Health Sciences (co-mentor with Marie O'Neill; |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                        16

|                   |       | 2011)                                                           |
| Kelly Bakulski    | Ph.D. | Environmental Health Sciences (2012)                            |
| Gamola Fortenberry| Ph.D. | Environmental Health Sciences (co-mentor with John Meeker; 2013) |
| Siying Huang      | Ph.D. | Environmental Health Sciences (2013)                            |
| Deena Thomas      | Ph.D. | Environmental Health Sciences (2014)                            |
| Rebecca Tutino    | Ph.D. | Environmental Health Sciences (2015)                            |
| Zishaan Farooqui  | Ph.D. | MD-PhD Medical Scientist Training Program (2015)                |

Masters Student Thesis Advisor
Bradley Lampe (OEE), Troy Meissner (OEE), Pheba Alexander (OEE), Brian Davis (OEE & HBHE), Aaron Leftwich (OJOC program), Suengwon Lee (Nutrition), Allen Zhong (OEE), Graham Newman (OEE), Jacqueline Barkoski (OEE)

Undergraduate Thesis Advisor
Lauren Schwartz (Neuroscience, LSA)

3. LOCAL CONTRIBUTIONS (at the University of Toronto, 2012-2017)

| 2012      | Determinants of Community Health (Faculty of Medicine) Guest lecturer on 'The Future of Medicine & Public Health in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World". |
| 2012-     | CHL5004H Introduction to Public Health Guest lecturer on "The Future of Public Health (and Your Role !) in a Hot, Flat, Crowded…and Diverse, Aging, Stratified, Urbanized, Polluted, Thirsty, Hungry, Debt-Ridden World". "What is Public Health?", "Climate Change and Health" |
| 2012-     | CHL 5912F Industrial Toxicology. Guest lecturer on the "Toxicology of Metals". |
| 2013-2014 | Department of Family & Community Medicine "Building Blocks" (short course for International post-graduate primary care trainees); Guest lecturer on "Public Health & Primary Care" |
| 2013-     | CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health Guest lecturer on "The Challenges of Environmental Health in a Rapidly-Changing World, from the Molecular to the Global". |
| 2014      | JCR1000 "Interdisciplinary Approach to Global Challenges" Guest lecturer on "Global Environmental Health" |
| 2014-     | PHS100H1 "Grand Opportunities in Global Health"; Guest lecturer on "Urban Environments" |
| 2015      | Public Health & Preventive Medicine Residency Rounds "Physicians, Climate, and other Global Environmental Changes: Our Role" |
| 2016      | CHL5004H Introduction to Public Health, Course Co-Director (with Professor Erica DiRuggierro) |
| 2016      | CHL 7001H F6 Environmental-Molecular Epidemiology, Course Co-Moderator (with Professor Morteza Bashash) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| 2016 | CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health, Course Co-Director (with Professors Erica DiRuggierro and Abdallah Daar) |
| 2016 | Joint Seminar, "The Impact on Intelligence, Behaviour, and Society of Lead Exposure: A Case Study of a Global Pollutant and On-going Research"; Collaborative Program in Neurosciences and Collaborative Global Health Doctoral Program, University of Toronto |
| 2016 | CHL5420H "Global Health Research Methods" Guest lecturer on "The Early Life Exposures in Mexico to Environmental Toxicants Project (ELEMENT): A Global Health Collaboration Case Study" |

Masters student research advisor
Maelle Marchand

Doctoral student advisor
Adele Carty

Doctoral student thesis committee member
Laura Bogaert

Doctoral student thesis examination committee member
Claudie CY Wong (doctoral student in epidemiology, Jockey School of Public Health and Primary Care, Chinese University of Hong Kong)
Zilong Zhang (doctoral student in epidemiology, Jockey School of Public Health and Primary Care, Chinese University of Hong Kong)

Post-doctoral fellow mentor:
Siying Huang, Ph.D.; Morteza Bashash, Ph.D.; Roman Pabayo, Sc.D. (Harvard School of Public Health); Tripler Pell, M.D., M.P.H.

4. LOCAL CONTRIBUTIONS (at the University of Washington, 2017-2020)5
Doctoral student thesis research mentor
Megan Suter

Doctoral student special projects advisor
Rachel Shaffer
Joey Frostad
Rebecca De Buen

5. LOCAL CONTRIBUTIONS (at the University of Southern California, 2020-present)

2020-  PM 502 Foundations of Public Health
Guest lecturer on "Global Health and the Global Burden of Disease Study"

2020-  PM 601 Basic Theory and Strategies in Prevention
CV: Howard Hu, M.D., M.P.H., Sc.D.

Guest lecturer on "Sociocultural Theories: Health Disparities and Environmental Justice"

2021-   Health Justice and Systems of Care curriculum, Keck School of Medicine Year 01
Guest lecturer on "Introduction to Public Health (in a Hot, Crowded, Diverse, Aging, Inequitable, Urbanized, Polluted, Thirsty, Hungry, Debt-Ridden World)"


6. NIH K-grant mentorship:

Robert Wright, M.D., M.P.H. (K-23 ES000381, "*Neurochemical and Genetic Markers of Lead Toxicity"*), 2000-2005; Dr. Wright is now Professor of Pediatrics, Mt. Sinai School of Medicine
Marc Weisskopf, Ph.D. (K-01 ES012653, "*New Biomarkers of Neurotoxicity*"), 2004-2009; Dr. Weisskopf is now Professor (tenured) of Occup Health, Harvard Sch Public Health
Sung Kyun Park, Sc.D. (K-01 ES016587; "*Environment, Novel Aging Outcomes, and Genetics*"), 2009-2014;  Dr. Park is now Associate Prof (tenured), Department of Epidemiology, University of Michigan Sch Public Health
Emily Somers, Ph.D. (K-01 ES019909; *"Immune Dysfunction Associated with Early Life Heavy Metals Exposure"*), 2011-2016; Dr. Somers is now Associate Prof, Division of Rheumatology, Department of Internal Medicine, University of Michigan Medical School
Ashley Malin, Ph.D. (K-99 ES031676; "*Childhood fluoride exposure and sleep patterns*", 2021-2026; Dr. Malin is now an Assistant Professor, Department of Epidemiology, University of Florida School of Public Health.


COMMITTEE, ORGANIZATIONAL, AND VOLUNTEER SERVICE

National/International

| 1978-1982 | Taskforce on Occupational and Environmental Health, Co-coordinator, Am Med Stu Assoc |
| 1989 | Ad Hoc Study Committee, National Institute for Environmental Health Sciences Council |
| 1989-2006 | Association of Occupational and Environmental Medicine Clinics (AOEC)-- (through the Northeast Specialty Hospital Center for Occupational and Environmental Medicine) |
| 1989-1990 | Member, Relative Risk Reduction Strategies Committee, Science Advisory Board, U.S. Environmental Protection Agency |
| 1989-1992 | Member, Board of Directors, Physicians for Human Rights, Boston, MA |
| 1991 | National Institutes of Health, General Clinical Research Center Program, Site Visit Team |
| 1992-2019 | Member, National Advisory Committee, Physicians for Human Rights, Boston, MA |
| 1992 | Special Study Section member (R3/S1/B3), National Institutes of Health |
| 1994 | Ad Hoc Reviewer, National Institutes of Health, General Dental Research Center Program |
| 1994 | Advisory Board, Institute for Energy and Environmental Research |
| 1994-1996 | Associate, Project on Global Environmental Change and Health, Physicians for Social Responsibility |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| 1995 | Ad Hoc Reviewer, National Institutes of Health, Diagnostic Radiology Study Section |
| 1996- | Member, Editorial Board, Health and Human Rights—an International Journal |
| 1995-1998 | Advisory Committee, Consortium for Environmental Education in Medicine, Cambridge, MA. |
| 1996-1997 | Reviewer, Agency for Toxic Substances and Disease Registry |
| 1997-1998 | Program Committee, Annual Mtg, NIEHS Superfund Basic Research Group Centers |
| 1998-2013 | (Founding) Medical Editor (1998-2004); Associated Medical Editor (2004- ), Environmental Health Perspectives (official journal of NIEHS) |
| 2001 | Ad Hoc Reviewer, National Institutes of Health, R-13 applications |
| 2002-2006 | External Advisory Committee, Program Project on Lead and Osteoporosis, University of Rochester |
| 2003-2005 | Member, Ad-Hoc Expert Panel to Form Medical Management Guidelines for Lead-Exposed Adults, (supported by NIOSH and AOEC) |
| 2003-2009 | Member, Working Group on Lead and Pregnancy, Advisory Committee on Childhood Lead Poisoning Prevention, U.S. Centers for Disease Control and Prevention |
| 2004 | Ad Hoc Reviewer, National Institutes of Health, K-23 applications |
| 2004 | Ad Hoc Reviewer, Draft of "Immunization Safety Review: Vaccines and Autism" Immunization Safety Review Committee, Institute of Medicine, National Academies of Science |
| 2004 | Finalist (one of 8), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health |
| 2005 | Member, Strategic Planning Conference, National Institute for Environmental Health Sciences, Research Triangle Park, NC |
| 2006 | Ad Hoc Reviewer, Draft of "Preterm Birth: Causes, Consequence, and Prevention" Committee on Understanding Premature Birth and Assuring Health Outcomes, Institute of Medicine, National Academies of Science |
| 2006 | Member, External Advisory Committee, NIEHS Center, University of Rochester |
| 2007 | Member, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group 2007/05 ZES1 JAB-C (DI) (NIEHS Discover Centers) |
| 2007-2010 | Member, Board on Population Health and Public Health Practice, Institute of Medicine, National Academies, Washington DC. |
| 2007 | Member, Ad Hoc Review Panel, Centers of Excellence Program, Swedish Council for Working Life and Social Research. |
| 2007-2008 | Member, Search Committee for Director of Extramural Research, NIEHS |
| 2007 | Special Consultant, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group 2008/01 ZAR1 CHW-G (NIAMS Arthritis Centers) |
| 2008 | Report Reviewer, Draft National Research Council Report, "The National Children's Study Research Plan: A Review", National Academies |
| 2008 | Report Reviewer, Draft National Research Council Report, "Gulf War and Health: Updated Literature Review of Depleted Uranium", Institute of Medicine, National Academies |
| 2008-2009 | Data Safety Monitoring Board, "d-Penicillamine Chelation in lead-poisoned Children—A Phase II/III Trial" (R01FD003361; PI: Michael Shannon) |
| 2008 | Subcommittee to review Draft Report on Bisphenol A, Science Board, Food and Drug |

|  | Administration |
|---|---|
| 2008 | Planning Committee, International Symposium on the Environmental and Health Consequences of Metal Mining and Smelting |
| 2008-2009 | Co-Chair, Planning Committee, "Climate Change Impacts on Public Health in India", Workshop that took place in Goa, India in Aug-Sept 2009 co-sponsored by UM Center for Global Health, the US Centers for Disease Control and Prevention and the Indian Council for Medical Research |
| 2008 | Finalist (one of 2), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health |
| 2009-2012 | Member, Board on Environmental Studies and Toxicology, National Research Council |
| 2009 | Reviewer, NIH Challenge Grants, Special Emphasis Panel/Scientific Review Group 2009/10 ZRG1 GGG-F |
| 2009-2010 | External Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupational Health Sciences, University of Washington School of Public Health |
| 2010-2012 | Member, External Advisory Committee, University of Rochester NIEHS P30 Core Center |
| 2010 | Member, Ad-hoc review committee, National Health Research Institutes of Taiwan, Special Emphasis Panel—NHRI-Kaoshiung Medical College Program Project on ": "Gene Environment Interaction in the Genesis of Asthma and Allergic Diseases" |
| 2010-2012 | Member, Advisory Board, Institute of Public Health, Florida Agricultural & Mechanical University, Tallahassee, FL |
| 2011 | Reviewer, NIEHS Career Development Awards, Special Emphasis Panel/Scientific Review Group 2011/05 ZES1 LKB-J (K9) |
| 2011-2016 | Member, NIEHS National Advisory Environmental Health Sciences Council |
| 2012 | Member, Editorial Board, Journal of Alzheimer's Disease |
| 2015 | Member and External Reviewer, School of Population and Public Health Review Committee, University of British Columbia, Vancouver, B.C. |
| 2016-2021 | Chair, Board of Directors, Canadian Urban Environmental Health Research Consortium, (National Consortium based out of the Dalla Lana School of Public Health) |
| 2017- | Member, Energy Research Committee, Health Effects Institute, Boston, MA |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative, March 1-2, 2018, Institute for Health Metrics and Evaluation, Seattle, WA |
| 2017- | Executive Co-Leader, Global Burden of Disease-Pollution and Health Initiative |
| 2019-2022 | Member, Research Advisory Committee, Centre of Environmental Health, The Public Health Foundation of India and the Tata Institute of Social Sciences, New Delhi, India |
| 2019 | Reviewer, draft report on trace metals levels in pregnancy women, Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, Atlanta |
| 2019 | Reviewer, draft report on Concentration-Response Functions between Lead Exposure and Adverse Health Outcomes for Use in Benefits Analysis: Cardiovascular-Disease Related Mortality", EPA National Center for Environmental Economics Office of Policy |
| 2019- | Member, Advisory Council, Physicians for Human Rights, New York, NY |
| 2019 | Reviewer, Special Emphasis Panel/Scientific Review Group 2020/01 ZES1 LAT-S (K9) Applications, Center for Scientific Review, U.S. National Institutes of Health |

| | |
|---|---|
| 2019-2020 | Member, Board of Advisors Taskforce, Marilyn Brachman Hoffman Foundation, Dallas, TX |
| 2020-2021 | Member, External Advisory Committee, New York University/NIEHS Environmental Health Core Sciences Center, New York, NY |
| 2020 | Member, NIEHS DR2 Work Group SARS-CoV-2/COVID-19 Environmental Health Research Needs Panel. |
| 2020- | Chair, Scientific Advisory Board, the Marilyn Brachman Hoffman Foundation, Dallas, TX |
| 2020 | Member, The Lancet Commission on Pollution and Health: Update |
| 2021- | Member, Clean Air Scientific Advisory Committee (CASAC) Lead Review Panel, U.S. Environmental Protection Agency |
| 2022 | Member, Review Panel, RFA-RM-21-025: NIH Faculty Institutional Recruitment for Sustainable Transformation (FIRST) Program: FIRST Cohort.  Office of the NIH Director, Office of Strategic Coordination. |
| 2022- | Member, Board of Directors, Pure Earth, New York, NY. |
| 2022- | Co-Chair, International Research Council, The Public Health Foundation of India, Delhi, India |

## Regional

| | |
|---|---|
| 1988-1990 | Health Facilities Appeals Board, Member, Dept. Public Health, Comm. Of Mass. |
| 1988-2006 | Advisory Board, Massachusetts Department of Public Health, Sentinel Event Notification System for Occupational Risks (SENSOR) Project |
| 1989-1995 | Advisory Board, Massachusetts Division of Occupational Hygiene, Lead Registry Project |
| 1990-1992 | Board of Directors, Member, Health Care for All, Boston, Massachussetts |
| 1993-1995 | Faculty Council, Member, Harvard School of Public Health |
| 1995-2006 | Faculty Advisory Committee, Public Health Practice Program, Harvard School of Public Health |
| 1996-2006 | Advisory Board, Boston VA Environmental Hazards Center, Boston |
| 1997-2001 | Faculty Steering Committee, Center for Children's Health, Harvard School of Public Health |
| 1996-2006 | Senior Epidemiology Consultant, Massachusetts Veterans Epidemiology Research and Information Center, Boston. |
| 1996-2006 | Associate, Center for Health and the Global Environment, Harvard Medical School |
| 1997-2002 | Faculty Advisory Committee on Continuing Professional Education, Harvard School of Public Health |
| 1998-2006 | Faculty Steering Committee, Masters of Public Health program, Harvard School of Public Health |
| 2001-2003 | Board of Directors, New England College of Occupational and Environmental Medicine |
| 2001-2006 | Associate Director, Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health |
| 2001-2006 | Senior Advisory Council Member, Lowell Center for Sustainable Production, University |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| | of Massachusetts, Lowell, MA |
| 2003-2006 | Member, Human Subjects Committee, Harvard School of Public Health |
| 2003-2006 | Advisory Committee, Occupational Health Services Research Program, Harvard School of Public Health |
| 2006 | Study Section Review Committee, Pilot Project Program, Graham Environmental Sustainability Institute, School of Natural Resources and Environment, University of Michigan |
| 2006-2007 | Chair, Planning Committee, Health Sector, May 8-10, 2007 National Summit on Coping with Climate Change, University of Michigan |
| 2007-2009 | Member, Advisory Committee, SPH Practice Committee, University of Michigan School of Public Health |
| 2007-2012 | Member, Residency Advisory Committee, General Preventive Medicine Residency, University of Michigan School of Public Health |
| 2008-2009 | Member, Steering Committee, NIA T32 Training Grant on Aging Research (PI: Mary Haan), University of Michigan School of Public Health |
| 2008-2013 | Member, Advisory Committee, Outstanding New Environmental Scientist Awardee (Marie O'Neill), NIEHS |
| 2008-2009 | Member, Search Committee for Director of the Risk Science Center, University of Michigan School of Public Health |
| 2009 | Co-Chair, Planning Committee, Workshop on Predicting and Preventing Climate Change Impacts on Public Health, Goa, India (Collaboration with the UM Center for Global Health, the US Centers for Disease Control and Prevention, and the Indian Council for Medical Research) |
| 2009-2011 | Director and PI, NIA T32 Training Grant on Aging Research, University of Michigan School of Public Health |
| 2009-2010 | Member, Planning Committee, University Research Corridor (U of M, Michigan State, Wayne State) symposium on environmental health sciences in January 2010 |
| 2009-2012 | Faculty Associate, Center for Global Health, University of Michigan |
| 2009-2012 | Member, Internal Advisory Board, Cancer Epidemiology Education in Special Populations Program, University of Michigan School of Public Health |
| 2009-2011 | Chair, Steering Committee on Global Health, University of Michigan School of Public Health |
| 2010-2012 | Member, Executive Committee, Graham Environmental Sustainability Institute, University Of Michigan |
| 2010-2012 | Member, Committee on Diversity, University of Michigan School of Public Health |
| 2012-2017 | Chair, Executive Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Tenure Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Decanal Promotions Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Executive Advisory Committee, Institute for Global Health Equity & Innovation, Dalla Lana School of Public Health, University of Toronto |
| 2013-2015 | Interim Director, Institute for Global Health Equity & Innovation, Dalla Lana School of Public Health, University of Toronto |
| 2013-2014 | Co-Chair, Research Committee, Dalla Lana School of Public Health, University of |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| | Toronto |
| 2014-2017 | Chair, Executive Advisory Committee, Institute for Health Policy Management and Evaluation, University of Toronto |
| 2014 | Chair, Ad-hoc Committee to create an Institute for Indigenous Health (based on a $10 million endowment gift made to DLSPH), Dalla Lana School of Public Health, University of Toronto; Chair, Executive Advisory Committee beginning 2015 |
| 2015-2017 | Chair, Executive Advisory Committee, Joint Centre for Bioethics, University of Toronto |
| 2015-2018 | Chair (2015-2017); Member (2017-2018), Taskforce on Environmental Health, Ministry of Health and Longterm Care, Province of Ontario |
| 2016-2017 | Chair, Executive Advisory Committee, Centre for Critical Qualitative Health Research, University of Toronto |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative (a collaboration between the Global Alliance on Health and Pollution and the Institute for Health Metrics), Seattle, WA |
| 2020- | Chair, Executive Committee, Department of Population and Public Health Sciences, Keck School of Medicine, University of Southern California, Los Angeles, CA |
| 2020- | Co-Leader, Population Health COVID-19 Pandemic Research Center, Department of Preventive Medicine, Keck School of Medicine, University of Southern California, Los Angeles, CA |
| 2020- | Member, Public Health Advisory Committee, Office of the Provost, University of Southern California, Los Angeles, CA |
| 2020- | Member, Presidential Working Group on Sustainability, University of Southern California, Los Angeles, CA |
| 2022- | Member, Search Committee for the Chair of the Department of Medicine, Keck School of Medicine, University of Southern California, Los Angeles, CA |

Hospital

| | |
|---|---|
| 1982-1985 | Occupational Safety and Health Committee, Member, Boston City Hospital, Boston |
| 1983-1984 | House Officers Association, Treasurer, Boston City Hospital |
| 1984-1985 | House Officers Association, Co-President, Boston City Hospital |

OTHER PUBLIC SERVICE

| | |
|---|---|
| 1987 | Member, Fact-finding tour on "The Health Effects of Massive Exposure to Tear Gas", Seoul, South Korea, July 11-18 (Sponsored by Physicians for Human Rights, American College of Physicians) |
| 1988 | Member, Fact-finding tour on "Chemical Weapons and the Iraqi Kurdish refugees", Turkey Oct 6-16 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 1990 | Leader, Fact-finding tour on "Health and Human Rights in Burma (Myanmar)", Thailand-Burma Dec. 26-Jan 6 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2009        Consultant and senior advisor, Fact-finding tour on "Mining and Potential Exposures and
            Health Effects in Guatemala", August 2009 (Sponsored by Physicians for Human Rights)


CONSULTING POSITIONS

1987-1989   Consultant, "In-Vivo Total Body Lead Analysis by X-Ray Fluorescence", NIH/SBIR
            Grant 2R44ES03918-02
1988-1989   Consultant, "Boston Area Health Coalition Demonstration Project", DHHS/MP000003-
            A1
1993-1995   Consultant, Employee Health Services, Brigham and Women's Hospital
1994        Consultant, Public Welfare Foundation, Washington, DC (review of Environmental
            Programs)
1997-2006   Consultant, Pediatric Environmental Health Center, Children's Hospital, Boston, MA
2000        Consultant, Doris Duke Foundation, New York, NY (review of potential Environment
            and Medicine programs)
2009-2010   Consultant and Member, Academic Program Review Site Visit Committee, Department
            of Environmental and Occupationa Health Sciences, University of Washington School of
            Public Health, Seattle, WA
2011        Consultant, JPB Foundation, New York, NY (review of Environmental Health programs)
2014-2016   Advisor, Hearing Health Sciences, Ann Arbor MI and Amsterdam, Netherlands
2020        Consultant on Environment, Pollution and Health, United Nations Environment
            Programme, Nairobi, Kenya


VISITING PROFESSORSHIPS
1997        Alice Hamilton Visiting Professor, University of California at San Francisco
2000-2001   Visiting Professor, Sri Ramachandra Medical College & Research Institute, Chennai,
            India
2004        Visiting Professor, Department of Environmental Medicine, University of Rochester
2013        Visiting Professor, Shanghai Key Laboratory, Shanghai Jiao-Tung University


SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS (last 15 years, since 2004; prior
presentations upon request)

2004        Speaker, "New Frontiers in Understanding the Toxicity of Lead", Department of
            Environmental Medicine, University of Rochester, Rochester, NY.
2003        Presenter, "Lead Exposure During Pregnancy: Mobilization of Maternal Bone Lead Stores
            and Their Threat to the Fetus", Semi-annual meeting of the Childhood Lead Poisoning
            Prevention Branch, Centers for Disease Control and Prevention, Baltimore, MD
2004        Presenter, "Environmental Medicine", Annual meeting of the Editorial Board, *Environmental
            Health Perspectives*, Baltimore MD
CV: Howard Hu, M.D., M.P.H., Sc.D.

2003    Plenary speaker, "Metals, Genes, and Neurodegeneration: the Approach of the Metals Epidemiology Research Group at the Harvard School of Public Health", National Institute for Environmental Health Sciences Conference on Neurodegeneration.

2004    Discussant, "Suspected Lead Toxicity" Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2004    Discussant, "Mercury Exposure in a Metal Worker", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2004    Presenter, "Effects of Our Environment on Intellect, Behavior, Life and Death," Leadership Council meeting, Harvard School of Public Health

2004    Guest Speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Department of Environmental Health, University of Michigan School of Public Health

2004    Guest Speaker, "Medicine, Public Health, and the Great American Melting Pot: A Second-Generation Chinese-American Reflects on His Personal Odyssey", Sponsored by the Asian Student Association, Harvard School of Public Health

2004    Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Studies of Environmental Lead Exposure", Annual Leadership Retreat, National Institute for Environmental Health Sciences, Pinehurst, NC.

2004    Plenary Speaker, "Guidelines for the Management of Lead-Exposed Adults: Recommendations by a National Expert Panel Based on Recent Research", New England College of Occupational and Environmental Medicine Annual Meeting

2004    Lecturer, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Sri Ramachandra Medical College and Research Institute, Chennai, Tamil Nadu, India

2005    Lecturer, "Your Child's IQ, Behavior and Neuropathology: Genes or Environment?", the Harvard Club of Boston, Boston, MA

2005    Guest Speaker, "Metals, Neurodevelopment, and Neurodegeneration: The Work of the Metals Epidemiology Research Group at HSPH", Neurostatistics Working Group, Harvard School of Public Health, Boston, MA.

2005    Plenary Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Cohort Studies of Environmental Lead Exposure", NIEHS Symposium on Aging and the Environment, Duke University, Durham, NC.

2005    Plenary Speaker, "SPECT Imaging and Chemical Intolerance", NIEHS/NIAA symposium on "Chemical Intolerance and Addiction: a Shared Etiology?", Research Triangle Park, NC

2005    Workshop Presenter, "Social and Environmental Threats: the Unnecessary Epidemics", Harvard School of Public Health Leadership Council Annual Conference, Boston, MA

2005    Keynote Speaker, "Our Food, Our Water, Our Homes: Toxic Metals", The Boston Foundation, Boston, MA.

2006    Invited Speaker (invited by David Schwartz, NIEHS Director), "Goal IV: Improve and Expand Community-Linked Research", Roundtable on Environmental Health Sciences, Research, and Medicine; Institute of Medicine, National Academy of Sciences, Wash DC.

2006    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Dean's Advisory Board, University of Michigan School of Public Health, Ann Arbor, MI

2006    Keynote Speaker and Harriett Hardy Annual Lecturer, "The 'E' in Occupational/

CV: Howard Hu, M.D., M.P.H., Sc.D.

Environmental Medicine: the Present and the Future", New England College of Occupational Medicine Annual Meeting, New Bedford, MA

2007    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Meetings of the UMSPH Alumni Council and the EHS Emeritus Faculty, Ann Arbor, MI

2007    Moderator and Speaker, "The Normative Aging Study: Health Effects of Lead", Symposium on the Health Effects of Lead, 2007 Annual Meeting of the International Society for Environmental Epidemiology, Mexico City, Sept 8, 2007

2007    Guest Lecture, "Uncovering the Impact of the Environment on Disease: Big Opportunities for Physician-Scientists", Medical Scientist Training Program, University of Michigan Medical School

2007    Guest Lecture, "Industrialization, Pollution and Public Health in India: Can India Survive Modernization?", Osher Institute, Ann Arbor, MI

2007    Plenary Speaker, "Environmental Equity: Local and Global Challenges and the Balance Between Research and Advocacy", Michigan's Premier Public Health Conference, October 16, 2007, Dearborn, MI

2007    Board Member Lecture, "Metals, Genes, Health and Human Rights: from the Molecular to the Global", Fall Meeting of the Board of Population Health and Public Health Practice, Institute of Medicine, National Academies of Science, Washington DC, Dec 13, 2007.

2008    Speaker, "MDs as Leaders for Change in Environmentalism", 2008 Annual Regional Political Leadership Institute, American Medical Student Association, University of Michigan Medical School, February 16, 2008

2008    Speaker, Grand Rounds, "The Impact of Environmental Pollutants on Disease: New Insights and Implications for Research and Medical Practice" Department of Medicine, University of Michigan Health System.

2008    Guest Lecture, "Emerging Insights into the Pervasive Influence of Environment Toxicants on Reproductive Outcomes and Offspring Development: Lead as a Case Study", Reproductive Sciences Program, University of Michigan

2008    Panelist, "Environmental Health in China", Public Health Grand Rounds, Division of Health Practice, University of Michigan School of Public Health

2008    Keynote Speaker, "Human Health and the Role of Water", Symposium on Water, Health & The Environment, Graham Environmental Sustainability Institute, University of Michigan

2008    Guest Speaker, "Lead Exposure and Toxicity: New Insights Using Molecular Epidemiology" Wadswoth Laboratories and SUNY-Albany

2008    Speaker: "Impact of Climate Change on Human Health: Vulnerability"  5th AKKA World Kannada Conference, Chicago IL

2008    Speaker, "The 'E' in Occupational/Environmental Medicine: the Present and the Future", Michigan Occupational/Environmental Medicine Annual Meeting, Mackinac Island, MI

2008    Speaker, "Impact of Climate Change on Human Health", University of Michigan Chapter of the American Medical Student Association, Ann Arbor, MI

2008    Speaker, "Early Life Origins of Adult Chronic Disease: Environmental Health and Toxicology at a Crossroads" Michigan Chapter fo the Society for Toxicology, Ann Arbor, MI

2009    Speaker, "Evidence for Lead as an Environmental Stressor of Alzheimer's Disease and the Role of Epigenetics", Symposium Panel, Annual Meeting of the Society for Toxicology,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Baltimore, MD

2009    Keynote Speaker, "Lead, Late-Life and Early Life Effects, and the Emerging Field of Environmental Epigenetics: Looking Ahead", Annual Meeting of the American College for the Advancement of Medicine, San Diego, CA

2009    Speaker, "Lead Toxicity and Mechanistically-Oriented Molecular Epidemiology: Targeting the Epigenetics of Alzheimer's Disease", Seminar Series, Institute for Environmental Health Sciences, Wayne State University, Detroit, MI

2009    Speaker, "Climate Change Impacts on Health in the Developing World", Research Discussion Series, University of Michigan Center for Global Health

2009    Speaker, "Autism, Aggressive Behavior, Anxiety, and Alzheimer's: are Environmental Toxicants Playing a Major Etiologic Role?", Department of Psychology, University of Michigan

2009    Speaker, "Early Life Exposures and Endocrine Disruption: Evidence from Molecular Epidemiology", Pediatric Endocrine Seminar, University of Michigan Medical School

2009    Distinguished Speaker, "Lead Toxicity: Twenty Years of Research On The Poison That Keeps on Poisoning" 10th Anniversary of the Department of Microbiology and Environmental Toxicology, University of California at Santa Cruz

2010    Speaker, "The Centers for Disease Control and Prevention & the Environmental Protection Agency: Potential Funding Opportunities for Regional Collaboration in Michigan", University Research Corridor Symposium on Environmental Health, Detroit, MI.

2010    Speaker, "The Future of Public Health", University of Washington School of Public Health

2010    Speaker, "The Environment Meets the Epigenome: Is This Where Autoimmunity Begins?" Symposium on Autoimmunity and Epigenetics, University of Michigan

2010    Keynote Speaker, "A New Twist to an Old Story: The Evidence for Early Life Lead Exposure as a Risk Factor for Alzheimer's Disease through Epigenetic Programming", NIEHS Environmental Health Sciences Center and Toxicology Training Program Retreat, University of Rochester, NY

2010    Speaker, "Lead Toxicity: Twenty Years of Research on The Poison That Keeps on Poisoning" and "Environmental Health Sciences at the University of Michigan", Tianjin Centers for Disease Control, Tianjin, China

2010    Speaker, "Pediatric Lead Toxicity", Xinhua Hospital and the Shanghai Jiao-Tung Medical University Department of Pediatrics, Shanghai, China

2010    Speaker, "Environmental Health Sciences at the University of Michigan", Fudan University, Shanghai, China

2010    Speaker, "Alzheimer's Disease, Epigenetics and the Environment", Symposium Update, Alzheimer's Disease Association, Ann Arbor, MI

2010    Speaker, "Environmental Justice, Progress (and the Lack Thereof) and the Role of Research", Roundtable on Environmental Health Sciences, Research and Medicine, Institute of Medicine, National Academies, Washington DC.

2010    Speaker, "White Coats, Population Science and Poison Gas: A Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Robert Wood Johnson Clinical Fellows Program, University of Michigan Medical School, Ann Arbor, MI

2011    Speaker, "The Three Most Difficult Challenges to Molecular Epidemiologic Research on Gene-Environment Interactions: Lead Toxicity as a Case Study."  Department of Human

Genetics, University of Michigan Medical School, Ann Arbor, MI

2011      Speaker, "The Integration of Data on Environmental Carcinogens with Population and Genetic Resources", "Opportunities & Challenges for Translational Research on Cancer Prevention", Translational Cancer Prevention & Biomarkers Workshop, Mazamdur-Shaw Cancer Center, Bangalore, India.

2011      Speaker, "Success in the Academy", Faculty Panel, Students of Color of Rackham, Rackham Graduate School, University of Michigan

2011      Speaker, "White Coats, Population Science and Poison Gas: Fact-Finding Missions by Health Professionals for Human Rights" , Sujal Parikh Memorial Symposium, University of Michigan Medical School.

2011      Speaker, "The Analysis of Biomarker Data to Ascertain the Contribution of Environmental Exposures to the Etiology of Disease: Lead Exposure and Toxicity as a Case Study", Department of Computational Medicine and Bioinformatics, University of Michigan Medical School.

2012      Speaker, "Research and Analysis Linking Upstream and Downstream Disparities Work", Webinar hosted by the Health & Environmental Funders Network, Bethesda, MD, with 52 Foundations related Health.

2012      Keynote Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World".  E.J. Van Liere Memorial Convocation and Health Sciences Center Research Day, West Virginia University, Morgantown, West Virginia

2012      Plenary Speaker, "Transgenerational Impacts of Pollutants on Offspring: Recent Insights and Case Studies", Connaught Global Challenge International Symposium, University of Toronto.

2012      Speaker, "Environmental Impacts on Aging (+ an update on the Dalla Lana School of Public Health)", Community Medicine Rounds, University of Toronto

2012      Speaker, "The Environment & Public Health in a Research-Intensive University: Opportunities for Scholarship in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World", School for the Environment, University of Toronto

2012      Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", External Advisory Meeting, Public Health Ontario, Toronto

2012      Speaker, "Canadian Public Health Schools (in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World): The View from Toronto, External Advisory Board Meeting, Institute for Population and Public Health, Canadian Institutes for Health Research, Toronto

2012      Speaker, "Sustainable Development and Health: The Global Mining Industry", Canadian Society for International Health Annual Meeting, Ottawa

2012      Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Xinhua Hospital/Shanghai Jiao-Tung University, Shanghai, China.

2012      Speaker, "The Impact of Population-Wide Lead Exposure and Gene-Lead Interactions on Chronic Disease", Genetic Grand Rounds, Sick Kids Hospital, Toronto.

2012     Speaker, "Looking behind the curtain: Lead Toxicity as a Case Study of Methodologic Challenges in Gene-Environment Interactions Research", Strategic Training in Advanced Genetic Epidemiology (STAGE), Dalla Lana School of Public Health, University of Toronto.

2012     Keynote speaker: "Public Health—the Next Frontier in Health Professions Education". Council of Health Sciences annual retreat, University of Toronto.

2013     Speaker, "White Coats, Population Science and Poison Gas: Lessons from a Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Joint Center for Bioethics, University of Toronto

2013     Speaker, "Gauging environmental impact on the development of chronic inflammation", Connaught Global Challenge Workshop, University of Toronto.

2013     Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Grand Rounds, Department of Medicine, University of Toronto.

2013     Speaker, "Metals, Mega-trends, and Me: Reflections on Research and the Vision for the Dalla Lana SPH", Occupational and Environmental Medicine Grand Rounds, St. Michael's Hospital, Toronto, ON.

2013     Speaker, "Air pollution and Cardiovascular Disease: Health Impacts, Mechanisms, and Research Opportunities", UniversityofToronto & FMUSP-InCor SymposiumonCardiology, Sao Paolo, Brazil.

2013     Speaker: "Lead Exposure's Impact on Health and Policy: A History of Neglect and Missed Opportunities", Public Health Policy Rounds, CIHR Strategic Training Program in Public Health Policy, University of Toronto.

2013     Speaker: "Lead Toxicity: The Long Tail of Health Impacts (and On-going Research Opportunities!) From an Historical Environmental Air Pollutant", Southern Ontario Centre for Air Pollution and Aerosol Research, University of Toronto.

2013     Speaker: "Water and Sanitation", Water, Sanitation and Hygiene (WASH) Canada, Toronto, Ontario, Canada

2014     Speaker: "Conflict and Public Health", Ontario Medical Association, Toronto, Canada

2014     Panelist: "Judging Evidence: Finding a Place for Variation in an Evidence-Based World", Health Quality Ontario, Toronto, Canada

2014     Speaker: "The Grand Convergence: Creating Health in a Globalized World", Special meeting of the Canadian Chamber of Commerce in Shanghai

2014     Speaker: "The Grand Convergence: Creating Health in a Globalized World", Jockey School of Public Health and Primary Care, Chinese University of Hong Kong, Hong Kong, China

2015     Speaker: "The Grand Convergence: Creating Health in a Globalized World", School of Public Health and the ASEAN Institute, Mahidol University, Bangkok, Thailand

2015     Speaker: "Gene-environment Interactions and the Role of Big Data in Environmental Health" Seminar series, School of the Environment, University of Toronto, Toronto, Canada

2015     Speaker: "Global Health Security", Ill with Illness—Economic, Social & Security Barriers to the Provision of Global Health, Munk School of Global Affairs, University of Toronto, Toronto, Canada

2015     Speaker: "The Dalla Lana School of Public Health: Big Ideas and Initiatives for Creating Health in a Globalized World", Speaker Series, University of Toronto Alumni of Toronto.

2015     Speaker: "Unique Scientific Opportunities for the Precision Medicine Initiative National

Research Cohort: Exposomics, Data Linkage, and Global Collaborations". Working group on President Obama's Precision Medicine Initiative (Chaired by Francis Collins, Director, NIH)

2015    Speaker: "What is the Role of Schools of Public Health in the 21st Century?" 50th Anniversary Celebration of the Department of Epidemiology, Biostatistics and Occupational Health, McGill University, Montreal, Quebec.

2015    Welcoming Address: "Global Public Health and Mental Health", Going Glo-cal for Mental Health conference, Centre for Addictions and Mental Health/Department of Psychiatry/Dalla Lana School of Public Health, Toronto, ON

2015    John Goldsmith Memorial Lecture: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Opening Plenary Session, International Society for Environmental Epidemiology Annual Meeting, Sao Paulo, Brazil

2015    Inaugural Speaker: "The Future of Public Health and Medicine in a Crowded and Complex World", Global Health Leadership Series, PSG Medical School & the Shanti Ashram Foundation, Coimbature, Tamil Nadu, India

2016    Speaker "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Indian Institutes of Public Health—Hyderabad, Hyderabad, India

2016    Speaker: "Integration of Public Health & Health Care: The Unmet Agenda for a Truly Sustainable Health System", Board of Directors Retreat, Toronto East General Hospital, Toronto

2016    Plenary speaker: "Health Promotion, Prevention and Health Protection: Innovative Initiatives", 6th Asia-Pacific Conference on Public Health | 1st ASEAN Health Promotion Conference Bangkok, August

2016    Speaker: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Mount Sinai School of Medicine, New York, NY

2016    Plenary Speaker: "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", International College of Integrative Medicine Annual Meeting, Toronto, ON

2016    Plenary Speaker: "Big Data and Implications for Environmental Health", 15th Anniversary Conference, Jockey Club School of Public Health & Primary Care, Chinese University of Hong Kong, Hong Kong

2016    Plenary Speaker: "Innovations in Assessing Lead Poisoning and Child Health: Policy & Clinical Implications", Chinese University of Hong Kong-Fudan-Oxford International Symposium on Health Impacts of Environmental Exposures", Hong Kong

2016    Speaker: "Addressing a Changing Environment (and Impacts on Health, AKA Can India Survive Modernization?", Indian Institutes of Technology Alumni, Canada, International Conference 2016, Toronto.

2016    Plenary Speaker, "Hidradenitis Suppurativa: Research Directions from a Population Health Perspective", Symposium on Hidradenitis Suppurativa Advances, Toronto.

2016    Plenary Speaker, "Children's Environmental Health", The 2016 Annual National Conference on Children's Healthcare, Shanghai, China

2016    Special Guest Speaker, "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Shanghai Municipal Center for Disease Control, Shanghai, China

2016    Lecturer, "Lead and Human Health: Recent Research and Associated Lessons for Science &

Policy", Fudan University School of Public Health, Shanghai, China

2017   Lecturer, "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017   Lecturer, "The Future of Academic Public Health", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017   Lecturer, "Recent Advances in Understanding, Preventing, and Reversing the Impact of Environmental Factors on Health", Society of Chinese Bioscientists in America, Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, ON

2017   Lecturer, "Environmental Epidemiology in the Era of Exposomics, Lifecourse Epidemiology, Big Data and Big Science", Department of Environmental Health, Harvard School of Public Health, Boston, MA

2017   Speaker, "The Role of a Re-emergent Canadian School of Public Health in a Hot, Hungry, Polluted, Aging, Polarized World Prone to Pandemics, Chronic Disease, and Unsustainable Health Systems", Royal Canadian Institute for Science, Toronto, ON

2017   Speaker, "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Seminar Series in Environmental Epidemiology, University of Washington School of Public Health, Seattle, WA

2017   Plenary Speaker: "New realities arising from the extractive industries and agri-business: the Pollution and health perspective," Hong Kong Summit of Global Health Leaders.  University of Hong Kong, Hong Kong

2018   Plenary Speaker: "The GBD-Pollution and Health Initiative: Challenges & Opportunities", Workshop on the Global Burden of Disease-Pollution and Health Initiative, Institute for Health Metrics, University of Washington, Seattle, WA

2018   Guest Lecturer: "Partnerships, Local Responsiveness, National and Global Impacts", University of Iowa College of Public Health, Iowa City, IA

2018   Plenary Speaker: "Current Research on Fluoride and Neurodevelopment: The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study", Annual meeting of the International Academy of Oral Medicine and Toxicology, Denver, CO

2018   Speaker, "Recent Epidemiologic Research on Lead Toxicity: New Surprises regarding an Old Global Pollutant", Department of Environmental and Occupational Health Sciences Seminar Series, University of Washington School of Public Health, Seattle, WA

2018   Speaker: "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Symposium on Fluoride research, Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018   Panelist, "The Fluoridation Decision: Considering the Evidence for Benefits, Possible Risks as well as Ethical World Views", Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018   Invited speaker: "Grand Opportunities", The UC-Irvine School of Population Health and the Samueli College of Health Sciences, Irvine, CA

2018   Invited speaker, "The Global Burden of Disease-Pollution and Health Initiative", Office of The Director and the Global Environmental Health Program, U.S. National Institute for

Environmental Health Sciences, Research Triangle Park, NC

2019    Invited speaker, "Evaluating, treating and managing disabilities of patients with chemical intolerance", Symposium on Chemical Intolerance—A Way Forward, Marilyn Brachman Hoffman Foundation and the Hoffman Program on Chemicals and Health at the Harvard T.H. Chan School of Public Health, Dallas, TX

2019    Invited Lecturer: "The Global Burden of Disease-Pollution and Health Initiative", Center for Population Health Sciences, Stanford University, Palo Alto, CA

2019    Invited Lecturer: "Lead and Fluoride: Old and New Toxicant Issues and the Global Burden of Disease", British Columbia Centre for Disease Control, Vancouver, BC, Canada

2019    Invited Lecturer: "Lead and Fluoride: Old and New Toxicant Issues and the Global Burden of Disease", University of California, Davis, CA, USA

2019    Invited speaker, "A Framework for Adding Environmental Exposure-Outcome Pairs to the Global Burden of Disease: The Global Burden of Disease-Pollution and Health Initiative", 2019 Annual Meeting of the International Society for Environmental Epidemiology, Utrecht, Netherlands

2019    Invited speaker, "The Global Burden of Disease – Pollution and Health Initiative: Impacts on Human Capital", Air Pollution, Health and Human Capital Nexus in Chinese Cities Scoping Meeting, Institute of Urban Environments, Chinese Academy of Sciences, Xiamen, China

2019    Invited Speaker, "Toxic Chemicals, Human Health, and Human Rights", A Human Right to Health: Pathways and Responses, Seattle University Law School, Seattle, WA

2020    Invited Lecturer: "The Herbert Wertheim School of Public Health at UC San Diego: Grand Opportunities."  Universitiy of California at San Diego, San Diego, CA

2020    Invited speaker and panelist, "Health Effects, Historical and Contemporary Use of Tear Gas and Other Riot Control Agents", Environmental Exposure Grand Rounds, Minnesota Department of Health, Health Partners, University of Minnesota School of Public Health, Hennepin Regional Poison Center.  (Webinar)

2020    Plenary symposium speaker: "The Pollution, Climate and Global Burden of Disease Initiative: The Challenge of Estimating Exposures in Countries with Little or No Data", Annual meeting (virtual) of the International Society for Exposure Science

2020    Invited Speaker, "The Pollution, Climate and Global Burden of Disease Initiative", the Centre for Air Pollution, Energy and Health Research (CAR), University of Sydney, Australia (Webinar)

2020    Invited speaker, "The ELEMENT birth cohort study, and the Global Burden of Disease-Pollution, Climate and Health Initiative: Two Opportunities for New Collaborations", The NIEHS P30 Southern California Environmental Health Sciences Center, University of Southern California (Webinar)

2020    Presenter, "Sustainability and Population Health: Ideas for an Agenda at USC, Presidential Working Group on Sustainability, University of Southern California

2020    Invited speaker, "The Global Burden of Disease—Pollution, Climate and Health Initiative: A Focus on the Potential Role of Spatial Sciences", the Spatial Sciences Institute, University of Southern California

2020    Invited speaker, "Environment Exposures, Epigenetics, Epidemiology, Etiology, and Cancer: Which "E" is the Weak Link?"  Norris Comprehensive Cancer Center, University of

Southern California.

2021    Presenter, "Update on the Department of Preventive Medicine", Basic Science and Clinical Chairs Council, Keck School of Medicine, University of Southern California

2021    Invited Speaker, "The changing nature of population health management: The Population Health Perspective", Annual State of Reform Southern California Health Policy Conference, San Diego, CA

2021    Invited Speaker, "Update and Work on COVID-19, Health Inequities, and Social Justice", the 31st meeting of the California Public Health/Prevention Medical Leadership Forum.

2021    Invited Speaker, "The Department of Population and Public Health Sciences: Update and Our Work on Fast- and Slow-Moving Population Health Crises". Keck School of Medicine's 2021 Alumni Day CME program.

2022    Invited Speaker, "Lead Exposure and Non-communicable Diseases", The Impact of Lead Pollution on NCDs Webinar, co-sponsored by the Global Alliance on Health and Pollution, and the World Federation of Public Health Associations.

2022    Invited Speaker, "Environmental Risk Factors for Diabetes an Obesity: Endocrine-Disrupting Chemicals and the Built Environment", USC Diabetes and Obesity Research Institute's 9th Annual Research Symposium, Los Angeles, CA.

2022    Invited Speaker, "Long-lived Endocrine Disrupting Chemicals: Update on the Epidemiology", California Coastal Chloro-Contamination Conference. UC Santa Barbara, Santa Barbara, CA

2022    Invited Speaker, "The Lancet Commission on Pollution and Health: Progress Update", New York University School of Global Public Health, virtual briefing hosted by the Global Alliance on Health and Pollution

2022    Invited Speaker, "Hot Spots of Toxic Pollution in Kenya, Senegal and Tanzania (2016-2020): Data from the Toxic Sites Identification Program conducted by Pure Earth. International Society for Environmental Epidemiology Africa regional meeting (virtual).


INVENTIONS/PATENTS: n/a


BIBLIOGRAPHY: (H-index, as of November, 2022, Google Scholar: 97; 56,169 citations)

NCBI : https://www.ncbi.nlm.nih.gov/myncbi/1vwnVYvgxfEAw/bibliography/public/

Peer-reviewed journals

1.  Hu H, Markowitz SB.  A case-study of industrial bladder cancer.  Einstein Quarterly Review of Biology and Medicine 1982;1:29-35.

2.  Hu H. Benzene and myelofibrosis. Annals of Internal Medicine 1987;106:171-172

3.  Hu H, Milder FL, Burger DE.  X-Ray Fluorescence: Issues surrounding the application of a new tool for measuring burden of lead. Environmental Research 1989;49:295-317.

4.  Hu H, Fine J, Epstein P, Kelsey K, Reynolds P, Walker B.  Tear Gas: Harrasing agent or toxic chemical weapon?  JAMA 1989;262:660-663.

5.  Hu H, Cook-Deegan R, Shukri A.  The use of chemical weapons: Conducting an investigation using survey epidemiology. JAMA 1989;262:640-643.

6.  Hu H, Tosteson T, Aufderheide AC, Wittmers L, Burger DE, Milder FL, Schidlovsky G, Jones KW.  Distribution of lead in human bone: I. Atomic absorption measurements.  Basic Life Sci 1990;55:267-274.

7.  Burger DE, Milder FL, Morsillo PR, Adams BB, Hu H.  Automated bone lead analysis by k-x-ray fluorescence for the clinical environment.  Basic Life Sci 1990;55:287-292.

8.  Schidlovsky G, Jones KW, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: II. Proton microprobe measurements. Basic Life Sci 1990;55:275-280.

9.  Jones KW, Schidlovsky G, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: III. Synchrotron x-ray microscope measurements. Basic Life Sci 1990;55:281-286.

10.   Hu H, Milder FL, Burger DE.  X-ray fluorescence measurements of lead burden in subjects with low-level community lead exposure.  Arch Environ Health 1990;45:335-341.

11.  Hu H, Win KU, W, Arnison ND.  Burma: Health and human rights. Lancet 1991;337:1335.

12.  Hu H. A 50-year follow-up of childhood plumbism. Hypertension, renal function, and hemoglobin levels among survivors. Am J Dis Child. 1991 Jun;145(6):681-7. doi: 10.1001/archpedi.1991.02160060099029. PMID: 2035497.

13.  Hu H.  Knowledge of diagnosis and reproductive history among survivors of childhood plumbism. Am J Publ Health 1991;81:1070-1072.

14.  Hu H, Milder FL, Burger DE.  The use of K-X-Ray Fluorescence for measuring lead burden in epidemiological studies: high and low lead burdens and measurement uncertainty.  Environ Health Perspect 1991;94:107-110.

15.  Hu H, Pepper L, Goldman R.  Effect of repeated occupational exposure to lead, cessation of exposure, and chelation on levels of lead in bone.  Am J Ind Med 1991;20:723-735.

16.  Hu H.  Toxic weapons, epidemiology, and human rights.  Polit Politics and Life Sci 1992;February:3-4.

17.  Hu H, Sparrow D, Weiss S.  Association of serum albumin with blood pressure in the Normative Aging Study. Am J Epidemiol 1992;136:1465-1473.

18. Hu H, Christiani D.  Reactive airways dysfunction after exposure to tear gas.  Lancet 1992;339:1535.

19. Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly 1993;3:79-87.

20. White RF, Diamond R, Proctor S, Morey C, Hu H.  Residual cognitive deficits 50 years after lead poisoning during childhood.  Br J Industr Med 1993;50:613-622.

21. Hu H, Beckett L, Kelsey K, Christiani D.  The left-sided predominance of asbestos-related pleural disease.  Am Rev Resp Dis 1993;148:981-984.

22. Payton M, Hu H, Sparrow D, Young JB, Landsberg L, Weiss ST.  Relation between blood lead and urinary biogenic amines in community-exposed men.  Am J Epidemiol 1993;138:815-825.

23. Hu H, Kotha S.  Ethics and epidemiology: International Guidelines.  Polit Life Sci 1993;February:29-30.

24. Goldman RH, White R, Kales SN, Hu H.  Lead poisoning from mobilization of bone stores during thyrotoxicosis.  Am J Industr Med 1994;25:417-424.

25. Bellinger D, Hu H, Titlebaum L, Needleman HL.  Attentional correlates of dentin and bone lead levels in adolescents.  Arch Environ Health 1994;49:98-105.

26. Watanabe H, Hu H, Rotnitzky A.  Correlates of bone and blood lead levels in carpenters.  Am J Industr Med 1994;26:255-264.

27. Hu, H.  Decision-making in human health impact assessments: a clinician's perspective.  Environ Impact Assess Rev 1994;14:439-450.

28. Hu H, Watanabe H, Payton M, Korrick S, Rotnitzky A.  The relationship between bone lead and hemoglobin.  JAMA 1994;272:1512-1517.

29. Payton M, Hu H, Sparrow D, Weiss ST. Low-level lead exposure and renal function in the Normative Aging Study. Am J Epidemiol. 1994 Nov 1;140(9):821-9. doi: 10.1093/oxfordjournals.aje.a117330. PMID: 7977292.

30. Aro ACA, Todd AC, Amarasiriwardena C, Hu H.  Improvements in the calibration of $^{109}$Cd K x-ray fluorescence systems for measuring bone lead *in vivo*.  Phys Med Biol 1994;39:2263-2271.

31. Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and urinary cancers: a preliminary report. Environ Geochem Health 1994;s16:119-128.

32. Hoppin JA, Aro ACA, Williams PL, Hu H, Ryan PB.  Validation of K-xrf bone lead measurements

in young adults.  Environ Health Perspect 1995;103:78-83.

33.  Smith CM, Wang X, Hu H, Kelsey KT.  A polymorphism in the δ-Aminolevulinic acid dehydratase gene may modify the pharmacokinetics and toxicity of lead.  Environ Health Perspect 1995;103:248-253.

34.  Hu H, Aro A, Rotnitzky A.  Bone lead measured by X-ray fluorescence: Epidemiological methods.  Environ Health Perspect 1995;103(Suppl 1):105-110.

35.  Kim R, Aro A, Rotnitzky A, Amarasiriwadena C, Hu H.  K x-ray fluorescence measurements of bone lead concentration: the analysis of low-level data.  Phys Med Biol 1995;40:1475-1485.

36.  Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  A longitudinal study of chronic lead exposure and physical growth in Boston children.  Environ Health Perspect 1995;103:952-957.

37.  Hu H, Kotha S, Brennan T.  The role of nutrition in mitigating environmental insults: policy and ethical issues.  Environ Health Perspect 1995;103(Suppl 6):185-190.

38.  Smith CM, Hu H, Wang X, Kelsey K.  Delta-aminolevulinic acid dehydratase genotype is not associated with hematocrit or hemoglobin levels among construction trade workers exposed to low levels of lead.  Medicine Lavoro 1995;86:229-235.

39.  Makhijani A, Hu H, Yih K.  Nuclear wastelands: Nuclear weapons production worldwide and its environmental and health effects.  Med Global Surv 1995;2:26-34.

40.  Potula V, Hu H.  Occupational and lifestyle determinants of blood lead levels among men in Madras, India.  Int J Occup Environ Health 1996;2:1-4.

41.  Hu H, Hashimoto D, Besser M.  Levels of lead in blood and bone of women giving birth in a Boston hospital.  Arch Environ Health 1996;51:52-58.

42.  Hu H, Aro A, Payton M, Korrick S, Sparrow D, Weiss ST, Rotnitzky A.  The relationship of bone and blood lead to hypertension: The Normative Aging Study. JAMA 1996;275:1171-1176.

43.  Kim R, Rotnitsky A, Sparrow D, Weiss S, Wager C, Hu H. A longitudinal study of low-level lead exposure and impairment of renal function. The Normative Aging Study. JAMA. 1996 Apr 17;275(15):1177-81. PMID: 8609685.

44.  Proctor SP, Rotnitzky A, Sparrow D, Weiss ST, Hu H.  The relationship of blood lead and dietary calcium to blood pressure in the Normative Aging Study.  International Journal of Epidemiology 1996;25:528-536.

45.  Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  Longitudinal relationship between dentin lead levels in childhood and bone lead levels in young adulthood.  Arch Environ Health
CV: Howard Hu, M.D., M.P.H., Sc.D.

1996;51:375-382.

46.  Hu H, Payton M, Korrick S, Aro A, Sparrow D, Weiss ST, Rotnitzky A.  Determinants of bone and blood lead levels among community-exposed middle-aged to elderly men: the Normative Aging Study. Am J Epidemiol  1996;144:749-759.

47.  Hernandez-Avila M, Gonzalez-Cossio T, Palazuelos E, Romieu I, Aro A, Fishbein E, Peterson K, Hu H.  Dietary and environmental determinants of blood and bone lead levels in lactating postpartum women living in Mexico City.  Environ Health Perspect 1996;104:1076-1082.

48.  Potula V, Hu H.  Relationship of hemoglobin to occupational exposure to motor vehicle exhaust. Tox Industr Health 1996;12:629-637.

49.  Kim R, Hu H, Sparrow D, Weiss S.  The relationship between low-level lead exposure and uric acid concentration in the serum: the Normative Aging Study.  Korean J Occup Med 1996;8:490-498.

50.  Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and incidence of urinary cancers.  Epidemiology 1997;8:545-550.

51.  Kim R, Landrigan C, Mossman P, Sparrow D, Hu H.  Age and secular trends in bone lead levels in middle-aged and elderly men: three-year longitudinal follow-up in the Normative Aging Study. Am J Epidem 1997;146:586-591.

52.  Hoppin JA, Aro A, Hu H, Ryan PB.  In vivo bone lead measurement in suburban teenagers. Pediatrics 1997;100:365-370.

53.  González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H.  Decrease in birth weight in relation to maternal bone lead burden.  Pediatrics 1997;100:856-862.

54.  Hu H, Rabinowitz M, Smith D.  Bone lead as a biological marker in epidemiologic studies of chronic toxicity: Conceptual paradigms.  Environ Health Persp 1998;106:1-8.

55.  Payton M, Riggs KM, Spiro A, Weiss ST, Hu H.  Relations of bone and blood lead to cognitive function: The VA Normative Aging Study.  Neurotox Teratol 1998;20:19-27.

56.  Amarasiriwardena C, Lupoli N, Potula V, Korrick S, Hu H.  Determination of total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods.  Analyst 1998;123:441-445.

57.  Gassert TH, Hu H, Kelsey KT, Christiani DC.  Long-term health and employment outcomes of occupational asthma and their determinants.  J Occup Environ Med 1998;40:481-491.

58.  Hu H.  Grand rounds in environmental and occupational medicine.  Environ Health Persp
CV: Howard Hu, M.D., M.P.H., Sc.D.

1998;106:A262.

59. Cheng Y, Willett W, Schwartz J, Sparrow D, Weiss ST, Hu H.  The relation of nutrition to bone lead levels in middle-aged to elderly men: The Normative Aging Study.  Am J Epidemiol 1998;147:1162-1174.

60. Wright RO, Hu H, Maher TJ, Amarasiriwardena C, Chaiyakul P, Woolf AD, Shannon MW.  Effect of iron deficiency anemia on lead distribution after intravenous dosing in rats.  Tox Industr Health 1998;14:547-551.

61. Cheng Y, Schwartz J, Vokonas P, Weiss ST, Aro A, Hu H.  Electrocardiographic conduction disturbances in association with low level lead exposure: the Normative Aging Study.  Am J Cardiol 1998;82:594-599.

62. González-Cossío T, Sanín LH, Hernández-Avila M, Rivera J, Hu H.  Longitud y peso al nacer:  El papel de la nutrición materna.  [Length and weight at birth: The role of maternal nutritional status.]  Salud Pública Mex [Public Health in Mexico] 40:119-126, 1998.

63. Hernandez-Avila M, Smith D, Meneses F, Sanin LH, Hu H.  The influence of bone and blood lead on plasma lead levels in environmentally exposed adults.  Environ Health Perspect1998;106:473-477.

64. Hu H. Bone lead as a new biologic marker of lead dose: Recent findings and implications for public health.  Environ Health Perspect 1998;106(Suppl 4):961-967.

65. Farias P, Hu H, Rubenstein E, Meneses-Gonzalez F, Fishbein E, Palazuelos E, Aro A, Hernandez-Avila M.  Determinants of bone and blood lead levels among teenagers living in urban areas with high lead exposure.  Environ Health Perspect 1998;106:733-737.

66. Kales SN, Aldrich JM, Polyhronopoulos GN, Artzeronian D, Gassert T, Hu H, Kelsey K, Sweet C, Christiani DC.  Fitness for duty evaluations in hazardous material firefighters.  J Occup Environ Med 1998;40:925-931.

67. Guo HR, Lipsitz S, Hu H, Monson R.  Using ecological data to estimate a regression model for individual data: the association between arsenic in drinking water and incidence of skin cancer.  Environ Res 1998;79:82-93.

68. Amarasiriwardena CJ, Lupoli N, Potula V, Korrick S, Hu H.  Determination of the total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods. Analyst. 1998;123:441-5.

69. Korrick SA, Hunter DJ, Rotnitzky A, Hu H, Speizer FE.  Lead and hypertension in a sample of middle-aged women.  Am J Public Health 1999;89:330-335.

CV: Howard Hu, M.D., M.P.H., Sc.D.

70.  Wright RO, Shannon MW, Wright RJ, Hu H.  Association between iron deficiency and Low-level lead poisoning in an urban primary care clinic.  Am J Public Health 1999;89:1049-1053.

71.  Potula V, Serrano J, Sparrow D, Hu H.  Relationship of lead in drinking water to bone lead levels twenty years later in Boston men: the Normative Aging Study.  J Occup Environ Med 1999;41:349-355.

72.  Elreedy S, Krieger N, Ryan PB, Sparrow D, Weiss ST, Hu H.  Individual and census measures of socioeconomic position as determinants of bone lead concentrations among community-exposed men: the Normative Aging Study. Am J Epidem 1999;150:129-141.

73.  Aguilar-Madrid G, Piacitelli G, Juarez-Perez CA, Vazquez-Grameix JH, Hu H, Hernandez-Avila M.  Chronic occupational exposure to inorganic lead at a printing press in Mexico City.  Salud Publica 1999;41:42-54.

74.  Moy E, Hu H, Christiani DC.  A retired shipyard worker with rapidly progressive pulmonary interstitial fibrosis.  Environ Health Perspect 1999;107:321-327.

75.  Chuang HY, Lee, M-L T, Chao KY, Wang JD, Hu H.  The relationship of personal hygiene habits to blood lead levels in a longitudinal study of battery workers in Taiwan: 1991-1997.  Am J Industr Med 1999;35:595-603.

76.  Tsaih SW, Schwartz J, Lee ML, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The interrelationships of lead in bone and blood to lead in urine among middle-aged to elderly men: the Normative Aging Study.  Environ Health Persp 1999;107:391-396.

77.  Hu H, Stern A, Rotnitzky A, Schlesinger L, Proctor S, Wolfe J.  Development of a brief questionnaire for screening for multiple chemical sensitivity syndrome.  Tox Industr Health 1999;15:582-588.

78.  Kales SN, Aldrich JM, Polyhronopoulos GN, Leitao EO, Artzerounian D, Gassert G, Hu H, Kelsey KT, Sweet C, Christiani DC.  Correlates of fitness for duty in hazardous materials firefighters.  Am J Industr Med 1999;36:618-629.

79.  Guang L, Wang X, Hu H, Xu X.  A comparitive study on the lead levels in capillary and venous blood.  J Environ Health (China) 1999;16:103-105.

80.  Aro A, Amarasiriwardena C, Lee M-L, Kim R, Hu H.  Validation of K x-ray fluorescence bone lead measurements by inductively coupled plasma mass spectrometry in cadaver legs.  Med Phys 2000;27:119-123.

81.  Hoppin JA, Aro A, Hu H, Ryan PB.  Measurement variability associated with KXRF bone lead measurement in young adults.  Environ Health Persp 2000;108:239-242.

CV: Howard Hu, M.D., M.P.H., Sc.D.

82. Hernandez-Avila H, Villalpando CG, Palazuelos E, Hu H, Villalpando ME, Martinez R. Determinants of blood lead levels across the menopause transition. Arch Environ Health 2000;55:355-360.

83. Shadick NA, Kim R, Weiss S, Liang MH, Sparrow D, Hu H. Effect of low level lead exposure on hyperuricemia and gout among middle aged and elderly men: the normative aging study. J Rheumatol. 2000 Jul;27(7):1708-12. PubMed PMID: 10914856.

84. Counter SA, Buchanan LH, Ortega F, Amarasiriwardena C, Rifai N, Hu H. Environmental lead contamination and pediatric lead intoxication in an Ecuadoran village. Int J Occup Environ Health 2000;6:169-176.

85. Brown MJ, Hu H, González-Cossío T, Peterson KE, Sanín LH, Kageyama, ML, Palazuelos E, Aro A, Schnaas L, Hernández-Avila M. Determinants of bone and blood lead concentrations in the early postpartum period. Occup Environ Med 57:535-541, 2000.

86. Chuang HY, Schwartz J, Tsai S-Y, Lee M-L T, Wang J-D, Hu H. Vibration perception thresholds in workers with long-term lead exposure. Occup Environ Med 2000;57:588-594.

87. Wu M-T, Demple B, Bennett RAO, Christiani DC, Fan R, Hu H. Individual variability in the zinc inducibility of metallothionein-IIA mRNA in human lymphocytes. Toxicol Environ Health 2000; 61A:553-567.

88. Vig EK, Hu H. Lead toxicity in older adults. J Am Geriatrics Soc. 2000;48:1501-1506.

89. Cheng Y, Schwartz J, Sparrow D, Aro A, Weiss ST, Hu H. A prospective study of bone lead level and hypertension: the Normative Aging Study. Am J Epidem 2001;153:164-171.

90. Hu H. Poorly-controlled hypertension in a painter with chronic lead toxicity. Environ Health Perspec 2001;109:95-99.

91. Brown MJ, Gardner J, Sargent JD, Swartz K, Hu H, Timeri R. Prevention effectiveness of housing policies to reduce lead exposure: risk factors associated with recurrent pediatric lead poisoning in addresses with lead poisoned children in the past. Am J Public Health 2001;91:621-624.

92. Chuang HY, Hu H, Schwartz J, Palazuelos E, Aro A, Amarasiriwardena C, Hernandez-Avila M. The inter-relationships between lead levels in maternal venous blood, maternal bone, and umbilical cord blood: implications for plasma lead. Environ Health Perspec 2001;109:527-532.

93. Potula V, Hegarty-Steck M, Hu H. A pilot study of blood lead levels in relation to paint and dust lead levels: the Lead-Safe Cambridge Program. Am J Public Health 2001;91:1973-1975.

94. Sanín LH, González-Cossío T, Romieu I, Peterson KE, Ruíz S, Palazuelos E, Hernández-Avila M, Hu H. Effect of maternal lead burden on infant weight and weight gain at one-month of age among

breastfed infants. Pediatrics 107:1016-1023, 2001.

95. Hu H, Aro A, Sparrow D, Kelsey K. The relationship of bone and blood lead levels to polymorphisms of amino-levulinic acid dehydratase among middle-aged to elderly men: the Normative Aging Study. Environ Health Perspec 2001;109:827-832.

96. Tsaih SW, Korrick S, Lee M-L T, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. The influence of bone resorption on the mobilization of lead from bone among middle-aged to elderly men: the Normative Aging Study. Environ Health Perspec 2001;109:995-999.

97. Hu H. Progress in research on lead toxicity research: Peeling the onion. Biomedicine 2001;21(2&3): 1-17.

98. Guo H-R, Yu H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and skin cancers: cell-type specificity. Cancer Causes and Controls 2001;12:909-16.

99. Téllez-Rojo MM, Hernández-Avila M, González-Cossío T, Romieu I, Aro A, Palazuelos E, Schwartz J, Hu H. Impact of breastfeeding on the mobilization of lead from bone. Am J Epidemiol 2002;155:420-428.

100. Dykeman R, Aguilar-Madrid G, Smith T, Juarez-Perez A, Piacitelli G, Hu H, Hernandez-Avila M. Lead exposure in Mexican radiator repair workers. Am J Industrial Med 2002;41:179-187.

101. Smith D, Hernandez-Avila M, Tellez-Rojo MM, Mercado A, Hu H. The relationship between lead in plasma and whole blood in women. Environ Health Persp 2002;110:263-268.

102. Hernandez-Avila M, Peterson KE, Gonzalez-Cossio T, Sanin LH, Aro A, Schnaas L, Hu H. Effect of maternal bone lead on length and head circumference of newborns and 1-month-old infants. Arch Environ Health 2002;57:482-8.

103. Wolfe J, Erickson DJ, Proctor SP, Hu H. Risk factors for the development of multisymptom illness in U.S. veterans of the Gulf War: the Ft. Devens Cohort study. J Occup Environ Med 2002;44:271-281.

104. Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih S-W, González-Cossío T, Schnaas L, Peterson K, Aro A, Hernández-Avila M. Maternal bone lead as an independent risk factor for fetal neurotoxicity: A prospective study. 2002;Pediatrics 110:110-118.

105. Kamel F, Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP. Lead exposure and amyotrophic lateral sclerosis (ALS). Epidemiology 2002;13:311-319.

106. Elmarsafawy SF, Tsaih SW, Korrick S, Dickey JH, Sparrow D, Hu H. Occupational determinants of bone and blood lead levels in middle aged and elderly men from the general community: the Normative Aging Study. Am J Industrial Med 2002;42:38-49.

CV: Howard Hu, M.D., M.P.H., Sc.D.

107. Korrick SA, Schwartz J, Tsaih SW, Hunter DJ, Aro A, Rosner B, Speizer FE, Hu H. Correlates of bone and blood lead levels among middle-aged and elderly women. Am J Epidemiol. 2002 Aug 15;156(4):335-43. PubMed PMID: 12181103.

108. Wittman R, Hu H. Cadmium exposure and nephropathy in a 28-year old female metals worker. Env Health Persp 2002;110:1261-6.

109. Hu H, Hernandez-Avila M. Lead, bones, and pregnancy: the poison within? Am J Epidem (Commentary) 2002;156:1088-91.

110. Oliveira S, Aro A, Sparrow D, Hu H. Seasonality as a modifier of the relationship between bone lead levels and blood lead levels: the Normative Aging Study. Arch Env Health 2002;57:466-72.

111. Wright RO, Tsaih S-W, Schwartz J, Wright R, Hu H. Association between iron deficiency and blood lead level in a longitudinal analysis of children followed in an urban primary care clinic. J Peds 2003;142:9-14.

112. Wu MT, Kelsey K, Schwartz J, Sparrow D, Weiss S, Hu H. A delta-aminolevulinic acid dehydratase (ALAD) polymorphism may modify the relationship of low-level lead exposure to uricemia and renal function: the normative aging study. Environ Health Perspect. 2003 Mar;111(3):335-41. doi: 10.1289/ehp.5504. PMID: 12611663; PMCID: PMC1241391.

113. Hernandez-Avila M, Gonzalez-Cossio T, Hernandez-Avila JE, Romier I, Peterson KE, Aro A, Palazuelos E, Kageyama Escobar ML, Hu H. Dietary calcium supplements to lower blood lead levels in lactating women: a randomized placebo-controlled trial. Epidemiology 2003;14:206-12.

114. Hu H, Brown MJ. Effectiveness of environmental health policies: a new frontier for epidemiologists. (Commentary). Epidemiology 2003;14:257-258.

115. Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M. A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy. Am J Prev Med 2003;24:260-4.

116. Latorre FG, Hernandez-Avila M, Orozco JT, Medina AA, Aro A, Palazuelos E, Hu H. The relationship of blood and bone lead to menopause and bone mineral density among middle-aged women in Mexico City. Environ Health Persp 2003;111:631-6.

117. Wright RO, Tsaih SW, Schwartz J, Spiro A 3rd, McDonald K, Weiss ST, Hu H. Lead exposure biomarkers and mini-mental status exam scores in older men. Epidemiology. 2003 Nov;14(6):713-8. PubMed PMID: 14569188.

118. Kamel F, Umbach DM, Lehman TA, Park LP, Munsat TL, Shefner JM, Sandler DP, Hu H,

Taylor JA.  Amyotrophic lateral sclerosis, lead, and genetic susceptibility: polymorphisms in the delta-aminolevulinic acid dehydratase and vitamin D receptor genes. Environ Health Perspect. 2003;111:1335-9.

119.   Rhodes D, Spiro A 3rd, Aro A, Hu H. Relationship of bone and blood lead levels to psychiatric symptoms: the normative aging study. J Occup Environ Med. 2003 Nov;45(11):1144-51. PubMed PMID: 14610395.

120.   Wright RO, Hu H, Silverman EK, Tsaih SW, Schwartz J, Bellinger D, Weiss ST, Palazuelos E, Hernandez-Avila M. Apolipoprotein E genotype predicts 24-month infant Bayley Scale score Pediatric Research 2003; 54(6):819-25.

121.   Guerra-Tamayo JL, Hernandez-Cadena L, Tellez-Rojo MM, Mercado-Garcia Adel S, Solano-Gonzalez M, Hernandez-Avila M, Hu H.  Time to pregnancy and lead exposure. Salud Publica Mex. 2003;45 Suppl 2:S189-95.

122.   Guo H-R, Wang N-S, Hu H, Monson RR.  Cell-type specificity of lung cancer associated with arsenic ingestion.  Cancer Epidemiology, Biomarkers, and Prevention 2004 Apr;13(4):638-43.

123.   Weisskopf MG, Hu H, Mulkern RV, White R, Aro A, Oliveira S, Wright RO.  Cognitive deficits and magnetic resonance spectroscopy in adult monozygotic twins with lead poisoning.  Environ Health Perspect 2004; 112:620-625.

124.   Wright RO, Silverman EK, Schwartz J, Tsaih ST, Senter J, Sparrow D, Weiss ST,  Aro A, Hu H.  Association between hemochromatosis genotype and lead exposure among elderly men: the Normative Aging Study.  Environ Health Perspect 2004;112:746-750.

125.   Juarez-Perez CA, Aguilar-Madrid G, Smith DR, Lacasana-Navarro M, Tellez-Rojo MM, Piacittelle G, Hu H, Hernandez-Avila M.  Predictors of plasma lead levels in printing press workers.  Am J Industr Med 2004;46:245-52.

126.   Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A, Hu H, Hernandez-Avila M.  Levels of lead in breast milk and their relation to maternal blood and bone lead levels at one-month postpartum.  Environ Health Perspec 2004;112:926-931.

127.   Lin C, Tsaih S, Kim R, Sparrow D, Hu H.  Bone and blood lead levels and their determinants amongst minority subjects living in the Boston area.  Environ Health Perspec 2004;112:1147-1151.

128.   Tellez-Rojo MM, Hernandez-Avila M, Lamadrid-Figueroa H, Smith D, Hernandez-Cadena L, Mercado A, Aro A, Schwartz J, Hu H.  Impact of bone lead on plasma lead levels during pregnancy.  Am J Epidem 2004;160:668-78.

129.   Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A,

Hu H, Hernandez-Avila M.  Effect of breast milk lead on infant blood lead levels at 1 month of age.  Environ Health Perspec 2004;112:1381-185.

130.    Tsaih SW, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. Lead, diabetes, hypertension, and renal function: the normative aging study. Environ Health Perspect. 2004 Aug;112(11):1178-82. PubMed PMID: 15289163; PubMed Central PMCID: PMC1247478.

131.    Weisskopf MG, Wright RO, Schwartz J, Spiro III A, Sparrow D, Aro A, Hu H.   Cumulative lead exposure and prospective change in cognition among elderly men: the VA Normative Aging Study.  Am J Epidem 2004;160:1184-1193.

132.    Schaumberg DA, Mendes F, Balaram M, Dana MR, Sparrow D, Hu H.  Accumulated lead exposure and risk of age-related cataract extraction in men: the Normative Aging Study.  JAMA 2004;292:2750-2754.

133.    Terry P,  Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP, Kamel F.  VEGF promoter haplotype and amyotrophic lateral sclerosis (ALS).  J Neurogenetics 2004;18:1-6.

134.    Thurston SW, Williams PL, Hauser R, Hu H, Spiegelman D.  A comparison of regression calibration approaches for main study/internal validation study designs.  J Stat Plan Inference 2005;131:175-190.

135.    Farias P, Echavarria M, Hernandez-Avila M, Villanueva C, Amarasiriwardena C, Hernandez L, Aro A, Hu H. Bone, blood and semen lead in environmentally exposed Mexican men. Int  J Environ Health Res 2005;15:21-31.

136.    Bellinger D, Hu H, Kartigeyan V, Thomas N, Rajan P, Sankar S, Ramaswamy P, Balakrishnan K. A pilot study of blood lead levels and neurobehavioral function in children living in Chennai, India.  Int J Occ Environ Health 2005;11:138-143.

137.    Jarrell J, Chan S, Hauser R, Hu H.  Longitudinal Assessment of PCBs and Pesticides in Pregnant Women from Western Canada.  Environ Health 2005;4:10 (1-8).

138.    Hu H, Balakrishnan K.  The Environment and Health: an Emerging Area of Research in India.  Indian J Med Res.  2005;121:711-715.

139.    Sanchez BN, Budtz-Jorgensen E, Ryan LM, Hu H.  Structural equation models.  A review with applications to environmental epidemiology.  J Am Stat Assoc  2005;100:1443-1455.

140.    Green R, Hauser R, Calafat AM, Weuve J, Schettler T, Ringer S, Huttner K, Hu H.  Use of di(2-ethylhexyl) phthalate-containing medical products and urinary levels of mono(2-ethylhexyl) phthalate in neonatal intensive care unit infants. Environ Health Perspect. 2005;113:1222-5.

CV: Howard Hu, M.D., M.P.H., Sc.D.

141.    Oken E, Wright RO, Kleinman KP, Bellinger D, Amarasiriwardena C, Hu H,  Gillman MW.
Fish as brain food:  maternal fish consumption, hair mercury, and infant cognition in a US
cohort.  Environ Health Perspec 2005;113:1376-80.

142.    Kamel F, Umbach DM, Hu H, Munsat TL, Shefner JM, Taylor JA, Sandler DP.  Lead exposure
as a risk factor for Amyotrophic Lateral Sclerosis (ALS).  Neurodegen Dis  2005;2:195-201.

143.    Ettinger AS, Téllez-Rojo MM, Amarasiriwardena C, Schwartz J, Peterson KE, Aro A, Hu H,
Hernández-Avila M.  Influence of maternal bone lead burden, breastfeeding practices, and
calcium intake on levels of lead in breast milk over the course of lactation.  Am J Epidem
2005;163:48-56.

144.    Schwartz BS, Rischitelli G, Hu H.  The Future of Environmental Medicine in *Environmental
Health Perspectives*: Where Should We Be Headed?  Environ Health Persp 2005;113:A574-6.

145    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Cadena L, Mercado-García A, Smith D,
Solano-González M, Hernández-Avila M, Hu H. Biological markers of fetal lead exposure at
each stage of pregnancy. J Toxicol Environ Health A. 2006 Oct;69(19):1781-96. PubMed PMID:
16905508.

146.    Jain NB, Hu H.  Childhood correlates of blood lead levels in Mumbai and Delhi.  Environ Health
 Persp 2006;114:466-70.

147.    Jarrell J,  Weisskopf M ,Weuve J, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal lead
exposure and the sex ratio of offspring.  Human Reproduction 2006;21:1901-6.

148.    Tellez-Rojo MM, Bellinger DC, Lamadrid-Figueroa H, Schaas-Arrieta L, Arroyo-Quiroz C,
Mercado-Garcia A, Wright RO, Hernandez-Avila M, Hu H.  Longitudinal associations between blood
lead concentration <10 μg/dL and neurobehavioral development in environmentally-exposed children in
Mexico City.  Pediatrics 2006 Aug;118:e323-30. .

149.    Elmarsafawy SF, Jain N, Schwartz J, Sparrow D, Aro A, Hu H.  Dietary calcium as a potential
modifier of the relationship of lead burden to blood pressure: the Normative Aging Study.
Epidemiology 2006;17:531-537.

150.    Weuve J, Sanchez BN, Calafat AM, Schettler T, Green R, Hu H, Hauser R.  Exposure to
phthalates in neonatal intensive care unit infants.  Environ Health Perspec 2006; 114:1424–1431.

151.    Weuve, J; Kelsey KT; Schwartz J, Bellinger D, Rajan P, Spiro A, Sparrow D, Aro A, Hu H.
Delta-aminolevulinic acid dehydratase (ALAD) polymorphism and the relation between low-level lead
exposure and cognitive function in older men:  the Normative Aging Study.  Occup Environ Med
2006;63:746-53.

152.    Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, Schwartz J,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Schnaas L, Mercado-García A, Hernández-Avila M. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspec 2006;114:1730-1735.

153. Park SK, Schwartz J, Weisskopf M, Wright RO, Coull B, Sparrow D, Vokonas P, Nie H, Hu H. Low-level lead exposure, metabolic syndrome and heart rate variability: the VA Normative Aging Study. Environ Health Perspec 2006;114:1718-1724

154. Schwartz BS, Parker C, Glass TA, Hu H. Global Environmental Change: What Should Clinicians and the Environmental Health Community Do? Environ Health Perspec 2006;114:1807-1812.

155. Park SK, O'Neill MS, Wright RO, Hu H, Vokonas PS, Sparrow D, Suh, H, Schwartz, J. HFE Genotype, Particulate Air Pollution, and Heart Rate Variability: A Gene-Environment Interaction. Circulation 2006;114:2798-2805.

156. Hu H, Wright RO, Shine J. The challenge posed to children's health by mixtures of toxic waste: the Tar Creek Superfund Site as a case-study. Ped Clin North America 2007;54:155-175. PMID: 17306689

157. Schwartz BS, Hu H. Adult Lead Exposure: Time for Change – Introduction to the Mini-monograph. Environ Health Perspec 2007;115:451-454.. PMID: 17431498

158. Hu H, Shih R, Rothenberg S, Schwartz BS. The Epidemiology of Lead Toxicity in Adults: Measuring Dose and Consideration of Other Methodological Issues. Environ Health Perspec 2007;115:455-462. PMID: 17431499

159. Shih R, Hu H, Weisskopf MG, Schwartz BS. Cumulative Lead Dose and Cognitive Function in Adults: a Review of Studies that Measured Both Blood Lead and Bone Lead. Environ Health Perspec 2007;115:483-492. PMID: 17431502

160. Kosnett MJ, Wedeen RP, Rothenberg SJ, Hipkins KL, Materna BL, Schwartz BS, Hu H, Woolf A. Recommendations for medical management of adult lead exposure. Environ Health Perspec 2007;115:463-471. PMID: 17431500

161. Weisskopf MG, Proctor SP, Wright RO, Schwartz J, Spiro A 3rd, Sparrow D, Nie H, Hu H. Cumulative lead exposure and cognitive performance among elderly men. Epidemiology. 2007;18:59-66. PMID: 17130688

162. Ettinger AS, Hu H, Hernandez-Avila M. Dietary calcium supplementation to lower blood lead levels in pregnancy and lactation. J Nutr Biochem 2007;18:172-178. PMID: 17296490

163. Zhou H, Chen J, Rissanen TH, Korrick SA, Hu H, Salonen JT, Longnecker MP. Outcome-dependent sampling: an efficient sampling and inference procedure for studies with a continuous outcome. Epidemiology. 2007;18:461-468. PMID: 17568219
CV: Howard Hu, M.D., M.P.H., Sc.D.

164.    Weisskopf MG, Hu H, Sparrow D, Lenkinski R, Wright RO.  [1]H magnetic resonance spectroscopic evidence of glial effects of cumulative lead exposure in the adult human hippocampus. Environ Health Perspec 2007;115(4):519-23. PMID: 17450218

165.    Jain NB, Potula V, Schwartz J, Vokonas PS, Sparrow D, Wright RO, Nie H, Hu H.  Lead levels and ischemic heart disease in a prospective study of middle-aged and elderly men: the Normative Aging Study.  Environ Health Perspec 2007;115:871-875. PMID: 17589593

166.    Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, Hertz-Picciotto I, Hu H, Huang TT, Jensen TK, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebaek NE, Skerfving S, Weihe P. The faroes statement: human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol. 2008 Feb;102(2):73-5. PubMed PMID: 18226057.

167.    Peters JL, Kubzansky L, McNeely E, Schwartz J, Wright RO, Spiro A, Sparrow D, Nie H, Hu H. Stress as a potential modifier of the impact of lead exposure on blood pressure: the Normative Aging Study.  Environ Health Perspec 2007 Aug;115(8):1154-9.  PMID: 17687441.

168.    Wang FT, Hu H, Schwartz J, Weuve J, Spiro A, Sparrow D, Silverman EK, Weiss ST, Wright RO.  Modifying effects of hemochromatosis polymorphisms on the association between lead burden and cognitive decline.  Environ Health Perspec 2007 Aug;115(8):1210-5. PMID: 17687449.

169.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Sparrow D, Spiro A, Smith RJ, Nie H, Hu H, Wright RO.  Prospective Study of Lead and Psychiatric Symptoms and the Modifying Influence of the Delta-Aminolevulinic Acid Dehydratase (ALAD) Polymorphism:  the Normative Aging Study.  Am J Epidem  2007 Dec 15;166(12):1400-8. Epub 2007 Sep 6.  PMID: 17823382

170.    Perlstein T, Weuve J, Schwartz J, Sparrow D, Wright R, Litonjua A, Nie H, Hu H.  Bone and blood lead levels in relation to pulse pressure in community-exposed men: the Normative Aging Study. Environ Health Perspec 2007 Dec;115(12):1696-700.  PMID: 18087585.

171.    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Ávila M, Solano-González M, Smith D, Hu H, Wright RO. Association between the plasma fraction of circulating lead and history of abortion in Mexican pregnant women  Biomed Central Pregnancy and Childbirth 2007 Sep 27;7:22.  PMID: 17900368

_____

2008 and after (must comply with NIH Public Access Policy, applied to any paper accepted for publication in a journal on or after April 7, 2008; must supply PubMed Central ID number, PMCID for any article resulting from research sponsored by NIH; see: http://publicaccess.nih.gov/index.htm)

* journal that automatically submits *All* NIH-Funded *Final Published Articles* to PubMed Central, as of 8/27/08 (http://publicaccess.nih.gov/submit_process_journals.htm)

CV: Howard Hu, M.D., M.P.H., Sc.D.

172.    Surkan PJ, Schnaas L, Wright RJ, Tellez-Rojo MM, LaMadrid H, Hu H, Hernandez-Avila M, Bellinger DC, Schwartz J, Perroni E, Wright RO.  Coopersmith self-esteem, lead and neurodevelopment. Neurotoxicology 2008;Mar;29(2):278-85. PMID: 18261800; PMCID: PMC2495770

173.    Arora M, Ettinger AS, Peterson KE, Schwartz J, Hu H, Hernandez-Avila M, Wright RO. Maternal dietary intake of saturated and polyunsaturated fatty acids modifies the relationship between lead levels in bone and breast milk.  J Nutrition 2008 Jan;138(1):73-9. PMID: 18156407; PMCID: PMC2628754.

174.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Wright RO, Coull B, Nie H, Hu H, Schwartz J. Air pollution and heart rate variability: effect modification by chronic lead exposure. Epidemiology. 2008 Jan;19(1):111-20. PMID: 18091001; PMCID: PMC2671065.

175.    Navas-Acien A, Schwartz BS, Rothenberg SJ, Hu H, Silbergeld EK, Guallar E.  Bone lead levels and blood pressure endpoints – a meta-analysis. Epidemiology 2008 May;19(3):496-504. PMID: 18414090; PMCID: pending

176.    Nie H, Hu H, Chettle D.  Application and Methodology of *in vivo* K X-ray Fluorescence of Pb in Bone.  X Ray Spectrometry 2008;37:69-75.  PMID: n/a; PMCID: pending

177.    Oken E, Radesky JS, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW.  Maternal fish intake during pregnancy, blood mercury, and child cognition at age 3 years in a US cohort.  Amer J Epid 2008 May 15;167(10):1171-81.  PMID: 18353804; PMCID: pending

178.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Weuve J, Spiro A, Sparrow D, Smith TJ, Nieh H, Hu H, Wright RO.  Interaction of the delta-aminolevulinic acid dehydratase (ALAD) polymorphism and lead exposure on cognitive function:  the Normative Aging Study.  J Occup Environ Med 2008; 50(9):1053-61. PMID: 18784554; PMCID: pending

179.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Spiro A, Tucker K, Suh H, Hu H, Schwartz J. Traffic-related particles are associated with elevated homocysteine: the VA Normative Aging Study. *Am J Resp Crit Care Med  2008 Aug 1;178(3):283-9. PMID: 18467508; PMCID: PMC2542426.

180.    Kamel F, Umbach DM, Stallone L, Richards M, Hu H, Sandler DP.  Association of Lead Exposure with Survival in Amyotrophic Lateral Sclerosis (ALS). *Environ Health Perspec 2008; 2008 Jul;116(7):943-7.  PMID: 18629318; PMCID: PMC2453164.

181.    Hopkins M, Ettinger AS, Hernandez-Avila M, Schwartz J, Tellez-Rojo MM, Bellinger D, Hu H, Wright RO. Variants in iron metabolism genes predict blood and bone lead levels among postpartum women and their children.  *Environ Health Perspec 2008 Sep;116(9):1261-6.PMID: 18795173. PMCID: PMC2535632.

182.    Lampe BJ, Park SK, Robins T, Mukherjee B, Litonjua AA, Amarasiriwardena C, Weisskopf M, Sparrow D, Hu H.  Association between 24-Hour Urinary Cadmium and Pulmonary Function

Among Community-Exposed Men: The VA Normative Aging Study. *Environ Health Perspec 2008 Sep;116(9):1226-30.PMID: 18795167. PMCID: PMC2535626.

183. Rahman S, Hu H, McNeely E, Rahman SMM, Krieger N, Waterman P, Peters J, Harris C, Harris CH, Prothrow-Stith D, Gibbs B, Brown PC, Johnson G, Burgess A, Gragg RD. Social and environmental risk factors for hypertension in minorities. Fl Publ Health Rev 2008;5:64-72. PMID: 19966946; PMCID: PMC2788965

184. Zota AR, Ettinger AS, Bouchard M, Amarasiriwardena CJ, Schwartz J, Hu H, Wright RO. Association of maternal blood manganese levels with infant birth weight. Epidemiology 2009;20(3):367-73. PMID: 19289966. PMCID: pending.

185. Park SK, Hu H, Wright RO, Schwartz J, Cheng Y, Sparrow D, Vokonas PS, Weisskopf M. Iron Metabolism Genes, Low-Level Lead Exposure and QT Interval. *Environ Health Perspec 2009 Jan;117(1):80-5. PMID: 19165391; PMCID: PMC2627870.

185. Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson K, Schwartz J, Hu H, Hernández-Avila M. Effect of Calcium Supplementation on Blood Lead Levels in Pregnancy: A Randomized Control Trial. *Environ Health Perspec 2009 Jan;117(1):26-31. Epub 2008 Sep 2.PMID: 19165383; PMCID: PMC2627861.

186. Eamranond PP, Hu H. Environmental and occupational exposures in immigrant health. Environ Health Insights (in press; available at http://www.la-press.com). PMIC: pending; PMCID: pending.

187. Park SK, Tucker KL, O'Neill MS, Sparrow D, Vokonas PS, Hu H, Schwartz J. Fruit, vegetable, and fish consumption and heart rate variability: the Veterans Administration Normative Aging Study. Am J Clin Nutr. 2009 Mar;89(3):778-86. PMID: 19158214; PMCID: PMC2714396.

188. Weuve J, Korrick SA, Weisskopf MA, Ryan L, Schwartz J, Nie H, Grodstein F, Hu H. Cumulative exposure to lead in relation to cognitive function in older women, *Environ Health Perspec 2009 Apr;117(4):574-80. Epub 2008 Dec 11. PMID: 19440496. PMCID: PMC2679601

189. Calafat AM, Weuve J, Ye X, Jia T, Hu H, Ringer S, Hauser R. Exposure to Bisphenol A and other Phenols in Neonatal Intensive Care Unit Infants. *Environ Health Perspec 2009 Apr;117(4):639-44. Epub 2008 Dec 10.PMID: 19440505. PMCID: PMC2679610.

190. Avendano-Badillo D, Hernandez-vaila M, Koplan K, Hernandez-Cadena L, Rueda-Hernandez G, Solano-Gonzalez M, Ibarra LG, Hu H, Tellez-Rojo MM. High dietary calcium intake decreases bone mobilization during pregnancy in human. Salud Publica 2009;51 Suppl 1:S100-7. PMID: 19287883; PMCID: pending.

191. Kordas K, Ettinger S, Lamadrid-Figueroa H, Tellez-RojoM, Hernandez-Avila M, Hu H, Wright RO. MTHFR C677T, A1298C, and G1793A genotypes, and the relationship between maternal

folate intake, tibia lead and infant size at birth.  Br J Nutr. 2009 Sep;102(6):907-14. Epub 2009 Apr 2.PMID: 19338708; PMCID: pending.

192.  Pilsner JR, Hu H, Ettinger A, Sanchez BN, Wright RO, Cantonwine D, Lazarus A, Lamadrid-Figueroa H, Mercado-Garcia A, Tellez-Rojo MM, Hernandez-Avila M.  Influence of Prenatal Lead Exposure on Genomic DNA Methylation of Umbilical Cord Blood.   *Environ Health Perspec Environ Health Perspect. 2009 Sep;117(9):1466-71. Epub 2009 Mar 25.PMID: 19750115.  PMCID: PMC2737027.

193.  Nie H, Sanchez BN, Wilker E, Weisskopf M, Schwartz J, Sparrow D, Hu H.  Bone lead and endogenous exposure in an environmentally exposed elderly population: the Normative Aging Study.  J Occup Environ Med 2009 Jul;51(7):848-57.PMID: 1952882.  PMCID: pending.

194.  Ettinger AE, Zota AR, Amarasiriwardena CJ, Hopkins MR, Schwartz J, Hu H, Wright RO.  Maternal Arsenic Exposure and Impaired Glucose Tolerance during Pregnancy.  *Environ Health Perspect 2009 Jul;117(7):1059-64. Epub 2009 Mar 11.PMID: 19654913.  PMCID: PMC2717130.

195.  Weisskopf MG, Jain N, Nie H, Sparrow D, Vokonas P, Schwartz J, Hu H.  A prospective study of bone lead concentration and death from all causes, cardiovascular diseases, and cancer in the VA Normative Aging Study.  Circulation 2009;120:1056-64.  PMID: 19738141.  PMCID: PMC2760410

196.  Arora M, Weuve J, Weisskopf MG, Sparrow D, Nie H, Garcia RI, Hu H.  Cumulative Lead Exposure and Tooth Loss in Men: The Normative Aging Study.  *Environ Health Perspec 2009 Oct;117(10):1531-4. Epub 2009 Jun 15.PMID: 20019902; PMCID: PMC2790506

197.  Meeker JD, Hu H, Cantonwine DE, LaMadrid-Figueroa H, Calafat AM, Ettinger A, Hernandez-Avila M, Loch-Caruso R, Tellez-Rojo M.  Pilot study of urinary phthalate metabolites in relation to preterm birth in Mexico City.  *Environ Health Perspec 2009 Oct;117(10):1587-92. Epub 2009 Jun 16.PMID: 20019910.  PMCID: PMC2790514

198.  Roy A, Bellinger D, Hu H, Schwartz J, Ettinger AS, Wright R, Bouchard M, Palaniappan K, Balakrishnan K.  Lead exposure and behavior among young children in Chennai, India.  *Environ Health Perspec 2009 Oct;117(10):1607-11. Epub 2009 Jun 26.PMID: 20019913; PMCID: PMC2790517

199.  Roy A, Hu H, Bellinger DC, Wright RO, Schwartz J, Mukherjee B, Pallaniappan K, Balakrishnan K.  Predictors of blood lead among 3-7 year old children in Chennai, India.  Internat J Occup and Environ Health 2009 Oct-Dec;15(4):351-9.  PMID: 19886345.  PMCID: pending.

200.  Park SK, Mukherjee B, Xia X, Sparrow D, Weisskopf MG, Nie H, Hu H.  Bone Lead Level Prediction Models and Their Application to Examining the Relationship of Lead Exposure and

CV: Howard Hu, M.D., M.P.H., Sc.D.

Hypertension in the Third National Health and Nutrition Examination Survey (NHANES-III) J Occup and Environ Medicine 2009 Dec;51(12):1422-36. PMID: 19952788. PMCID: PMC2939477.

201.    Meeker JD, Hu H, Cantonwine DE, Lamadrid-Figueroa H, Calafat AM, Ettinger AS, Hernandez-Avila M, Loch-Caruso R, Téllez-Rojo MM. Urinary phthalate metabolites in relation to preterm birth in Mexico city. Environ Health Perspect. 2009 Oct;117(10):1587-92. Epub 2009 Jun 16. PubMed PMID: 20019910; PubMed Central PMCID: PMC2790514.

202.    Leiba A, Hu H, Zheng A, Kales SN. A safe strategy to decrease fetal lead exposure in a woman with chronic intoxication. J Matern Fetal Neonatal Med. 2010 Aug;23(8):932-4. PubMed PMID: 20459344.

203.    Peters JL, Weisskopf MG, Spiro A 3rd, Schwartz J, Sparrow D, Nie H, Hu H, Wright RO, Wright RJ. Interaction of stress, lead burden, and age on cognition in older men: the VA Normative Aging Study. Environ Health Perspect. 2010 Apr;118(4):505-10. Epub 2009 Nov 6. PubMed PMID: 20064786; PubMed Central PMCID: PMC2854727.

204.    Claus Henn B, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-Avila M, Schnaas L, Amarasiriwardena C, Bellinger DC, Hu H, Wright RO. Early postnatal blood manganese levels and children's neurodevelopment. Epidemiology. 2010 Jul;21(4):433-9. PubMed PMID: 20549838.

205.    Wright RO, Schwartz J, Wright RJ, Bollati V, Tarantini L, Park SK, Hu H, Sparrow D, Vokonas P, Baccarelli A. Biomarkers of lead exposure and DNA methylation within retrotransposons. Environ Health Perspect. 2010 Jun;118(6):790-5. Epub 2010 Jan 11. PubMed PMID: 20064768; PubMed Central PMCID: PMC2898855.

206.    Zhang A, Park SK, Wright RO, Weisskopf MG, Mukherjee B, Nie H, Sparrow D, Hu H. HFE H63D polymorphism as a modifier of the effect of cumulative lead exposure on pulse pressure: the Normative Aging Study. Environ Health Perspect. 2010 Sep;118(9):1261-6. Epub 2010 May 14. PubMed PMID: 20478760; PubMed Central PMCID: PMC2944087.

207.    Roy A, Hu H, Bellinger DC, Mukherjee B, Modali R, Nasaruddin K, Schwartz J, Wright RO, Ettinger AS, Palaniapan K, Balakrishnan K. Hemoglobin, Lead Exposure, and Intelligence Quotient: Effect Modification by the DRD2 Taq IA Polymorphism. Environ Health Perspect. 2011 Jan;119(1):144-9. PubMed PMID: 21205584.

208.    Cantonwine D, Meeker JD, Hu H, Sanchez BN, Lamadrid-Figueroa H, Mercado-Garcia A, Fortenberry GZ, Calafat AM, Tellez-Rojo MM. Bisphenol A exposure in Mexico City and risk of prematurity: a pilot nested case control study. Environ Health. 2010 Oct 18;9(1):62. [Epub ahead of print] PubMed PMID: 20955576.

209.    Cantonwine D, Hu H, Téllez-Rojo MM, Sánchez BN, Lamadrid-Figueroa H, Ettinger AS,
CV: Howard Hu, M.D., M.P.H., Sc.D.

Mercado-García A, Hernández-Avila M, Wright RO. HFE gene variants modify the association between maternal lead burden and infant birthweight: a prospective birth cohort study in Mexico City, Mexico. Environ Health. 2010 Jul 26;9:43. PubMed PMID: 20659343; PubMed Central PMCID: PMC2916893.

210.   Pilsner JR, Hu H, Wright RO, Kordas K, Ettinger AS, Sánchez BN, Cantonwine D, Lazarus AL, Cantoral A, Schnaas L, Téllez-Rojo MM, Hernández-Avila M. Maternal MTHFR genotype and haplotype predict deficits in early cognitive development in a lead-exposed birth cohort in Mexico City. Am J Clin Nutr. 2010 Jul;92(1):226-34. Epub 2010 May 26. PubMed PMID: 20504979; PubMed Central PMCID: PMC2884326.

211.   Weisskopf MG, Weuve J, Nie H, Saint-Hilaire M-H, Sudarsky L, Simon DK, Hersh B, Schwartz J, Wright RO, Hu H.  Association of Cumulative Lead Exposure with Parkinson's Disease. *Environ Health Perspec 2010; 118:1609–1613, PMID: 20807691; PMCID: PMC2974701

212.   Basu N, Abare M, Buchanan S, Cryderman D, Nam D-H, Sirkin S, Schmitt S, Hu H.  A combined ecological and epidemiologic investigation of metals exposure amongst indigenous peoples near the Marlin Mine in Western Guatemala.  Sci Total Environ 2010 Dec 1;409(1):70-7. Epub 2010 Oct 16. PubMed PMID: 20952048.

213,   Lee MS, Park SK, Hu H, Lee S. Cadmium exposure and cardiovascular disease in the 2005 Korea National Health and Nutrition Examination Survey. Environ Res. 2011 Jan;111(1):171-6. Epub 2010 Nov 5. PubMed PMID: 21055738.

214.   Cantonwine D, Hu H, Sanchez BN, Lamadrid-Figueroa H, Smith D, Ettinger AS, Mercado-Garcia A, Hernandez-Avila M, Wright RO, Tellez-Rojo MM.  Critical Windows of Fetal Lead Exposure: Adverse Impacts on Length of Gestation and Risk of Premature Delivery.  J Occup Environ Med. 2010 Nov;52(11):1106-11. PubMed PMID: 21063188; PubMed Central PMCID: PMC3003442.

215.   Lamadrid-Figueroa H, Téllez-Rojo MM, Angeles G, Hernández-Ávila M, Hu H. Bias correction by use of errors-in-variables regression models in studies with K-X-ray fluorescence bone lead measurements. Environ Res. 2011 Jan;111(1):17-20.  Epub 2010 Nov 18. PubMed PMID: 21092947; PubMed Central PMCID: PMC3026095.

216.   Pan CH, Shih TS, Chen CJ, Hsu JH, Wang SC, Huang CP, Kuo CT, Wu KY, Hu H, Chan CC. Reduction of cooking oil fume exposure following an engineering intervention in Chinese restaurants. Occup Environ Med. 2011 Jan;68(1):10-5. Epub 2010 Sep 30. PubMed PMID: 20884797.

217.   Sánchez BN, Hu H, Litman HJ, Téllez-Rojo MM. Statistical Methods to Study Timing of Vulnerability with Sparsely Sampled Data on Environmental Toxicants.  *Environ Health Perspec Environ Health Perspect. 2011 Mar;119(3):409-15. PubMed PMID: 21362588.

CV: Howard Hu, M.D., M.P.H., Sc.D.

218.   Park SK, Elmarsafawy S, Mukherjee B, Spiro A 3rd, Vokonas PS, Nie H, Weisskopf MG, Schwartz J, Hu H. Cumulative lead exposure and age-related hearing loss: the VA Normative Aging Study.  Hear Res. 2010 Oct 1;269(1-2):48-55. Epub 2010 Jul 16. PubMed PMID: 20638461; PubMed Central PMCID: PMC2934752.

219.   Lee SD, Shin HT, Park HM, Ko SG, Kook YB, Ryu JY, Kim H, Hu H, Park SK.  Metal concentrations of Chinese herbal medicine products in the United States.  Oriental Pharm Exp Med 2010; 10(4):294-303.

220.   Weuve J, Glymour MM, Hu H, Sparrow D, Spiro A 3rd, Vokonas PS, Litonjua AA. Forced expiratory volume in 1 second and cognitive aging in men. J Am Geriatr Soc. 2011 Jul;59(7):1283-92. doi: 10.1111/j.1532-5415.2011.03487.x. Epub 2011 Jun 30. PubMed PMID: 21718272.

221.   Bush KF, Luber G, Kotha SR, Dhaliwal RS, Kapil V, Pascual M, Brown DG, Frumkin H, Dhiman RC, Hess J, Wilson ML, Balakrishnan K, Eisenberg J, Kaur T, Rood R, Batterman S, Joseph A, Gronlund CJ, Agrawal A, Hu H. Impacts of climate change on public health in India: future research directions.  *Environ Health Perspect. 2011 Jun;119(6):765-70. Epub 2011 Jan 27. PubMed PMID: 21273162; PubMed Central PMCID: PMC3114809.

222.   Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, Hu H, Wright RO. A Dopamine Receptor (DRD2) but Not Dopamine Transporter (DAT1) Gene Polymorphism is Associated with Neurocognitive Development of Mexican Preschool Children with Lead Exposure. J Pediatr. 2011 Oct;159(4):638-43. Epub 2011 May 17. PubMed PMID: 21592505; PubMed Central PMCID: PMC3158955.

223.   Eum KD, Nie LH, Schwartz J, Vokonas PS, Sparrow D, Hu H, Weisskopf MG. Prospective cohort study of lead exposure and electrocardiographic conduction disturbances in the Department of Veterans Affairs Normative Aging Study.  *Environ Health Perspect. 2011 Jul;119(7):940-4. Epub 2011 Mar 16. PubMed PMID: 21414889.

224.   Wilker E, Korrick S, Nie LH, Sparrow D, Vokonas P, Coull B, Wright RO, Schwartz J, Hu H. Longitudinal Changes in Bone Lead Levels: The VA Normative Aging Study. J Occup Environ Med. 2011 Aug;53(8):850-855. PubMed PMID: 21788910; PubMed Central PMCID: PMC3159960.

225.   Palaniappan K, Roy A, Balakrishnan K, Gopalakrishnan L, Mukherjee B, Hu H, Bellinger DC. Lead exposure and visual-motor abilities in children from Chennai, India. Neurotoxicology. 2011 Aug;32(4):465-70. Epub 2011 Apr 8. PubMed PMID: 21510976; PubMed Central PMCID: PMC3115626.

226.   Choi YH, Hu H, Tak S, Mukherjee B, Park SK. Occupational noise exposure assessment using O*NET and its application to a study of hearing loss in the US general population. Occup Environ Med. 2012 Mar;69(3):176-83. doi: 10.1136/oem.2011.064758. Epub 2011 Jul 1.

CV: Howard Hu, M.D., M.P.H., Sc.D.

PubMed PMID: 21725070; PubMed Central PMCID: PMC3277688..

227.    Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L,
        Ettinger AS, Hernández-Avila M, Hu H, Téllez-Rojo MM. Prenatal lead exposure and weight of
        0- to 5-year-old children in Mexico city. Environ Health Perspect. 2011 Oct;119(10):1436-41.
        Epub 2011 Jun 29. PubMed PMID: 21715242; PubMed Central PMCID: PMC3230436.

228.    Claus Henn B, Schnaas L, Ettinger AS, Schwartz J, Lamadrid-Figueroa H, Hernández-Avila M,
        Amarasiriwardena C, Hu H, Bellinger DC, Wright RO, Téllez-Rojo MM. Associations of Early
        Childhood Manganese and Lead Co-exposure with Neurodevelopment. Environ Health Perspect.
        2012 Jan;120(1):126-31. doi: 10.1289/ehp.1003300. Epub 2011 Sep 1. PubMed PMID:
        21885384; PubMed Central PMCID: PMC3261931.

229.    Peters JL, Kubzansky LD, Ikeda A, Spiro A 3rd, Wright RO, Weisskopf MG, Kim D, Sparrow
        D, Nie LH, Hu H, Schwartz J. Childhood and adult socioeconomic position, cumulative lead
        levels, and pessimism in later life: the VA Normative Aging Study. Am J Epidemiol. 2011 Dec
        15;174(12):1345-53. Epub 2011 Nov 9. PubMed PMID:22071587; PubMed Central PMCID:
        PMC3276297.

230.    Hicken M, Gragg R, Hu H. How cumulative risks warrant a shift in our approach to racial health
        disparities: the case of lead, stress, and hypertension.  Health Aff (Millwood). 2011
        Oct;30(10):1895-901. PubMed PMID: 21976332.

231.    Zhang A, Hu H, Sánchez BN, Ettinger AS, Park SK, Cantonwine D, Schnaas L, Wright RO,
        Lamadrid-Figueroa H, Tellez-Rojo MM. Association between Prenatal Lead Exposure and
        Blood Pressure in Female Offspring. Environ Health Perspect. 2012 Mar;120(3):445-50. doi:
        10.1289/ehp.1103736. Epub 2011 Sep 21. PubMed PMID: 21947582; PubMed Central PMCID:
        PMC3295346.

232.    Bakulski KM, Rozek LS, Dolinoy DC, Paulson HL, Hu H. Alzheimer's disease and
        environmental exposure to lead: the epidemiologic evidence and potential role of epigenetics.
        Curr Alzheimer Res. 2012 Jun;9(5):563-73. PubMed PMID: 22272628.

233.    Mordukhovich I, Wright RO, Hu H, Amarasiriwardena C, Baccarelli A, Litonjua A, Sparrow D,
        Vokonas P, Schwartz J. Associations of Toenail Arsenic, Cadmium, Mercury, Manganese and
        Lead with Blood Pressure in the Normative Aging Study. Environ Health Perspect. 2012
        Jan;120(1):98-104. doi: 10.1289/ehp.1002805. Epub 2011 Aug 30. PubMed PMID: 21878420;
        PubMed Central PMCID: PMC3261928.

234.    Afeiche M, Peterson KE, Sánchez BN, Schnaas L, Cantonwine D, Ettinger AS, Solano-González
        M, Hernández-Avila M, Hu H, Téllez-Rojo MM. Windows of lead exposure sensitivity, attained
        height, and body mass index at 48 months. J Pediatr. 2012 Jun;160(6):1044-9. Epub 2012 Jan 28.
        PubMed PMID: 22284921; PubMed  Central PMCID: PMC3360798.

CV: Howard Hu, M.D., M.P.H., Sc.D.

235.   Peters JL, Kubzansky LD, Ikeda A, Fang SC, Sparrow D, Weisskopf MG, Wright RO, Vokonas
       P, Hu H, Schwartz J. Lead Concentrations in Relation to Multiple Biomarkers of Cardiovascular
       Disease: the Normative Aging Study. Environ Health Perspect. Mar;120(3):361-6. doi:
       10.1289/ehp.1103467. Epub 2011 Dec 5. PubMed PMID: 22142875; PubMed Central PMCID:
       PMC3295335.

236.   Bakulski KM, Dolinoy DC, Sartor MA, Paulson HL, Konen JR, Lieberman AP, Albin RL, Hu H,
       Rozek LS. Genome-wide DNA methylation differences between late-onset Alzheimer's disease
       and cognitively normal controls in human frontal cortex. J Alzheimers Dis. 2012;29(3):571-88.
       PubMed PMID: 22451312.

237.   Claus Henn B, Kim J, Wessling-Resnick M, Tellez-Rojo MM, Jayawardene I, Ettinger AS,
       Hernandez-Avila M, Schwartz J, Christiani DC, Hu H, Wright RO. Associations of iron
       metabolism genes with blood manganese levels: a population-based study with validation data
       from animal models. Environ Health. 2011 Nov 10;10(1):97-107. [Epub ahead of print] PubMed
       PMID: 22074419.

238.   Fortenberry GZ, Hu H, Turyk M, Barr DB, Meeker JD. Association between urinary 3, 5, 6-
       trichloro-2-pyridinol, a metabolite of chlorpyrifos and chlorpyrifos-methyl, and serum T4 and
       TSH in NHANES 1999–2002, Science of The Total Environment, 2012; 424:351-355.   doi:
       10.1016/j.scitotenv.2012.02.039. Epub 2012 Mar 17. PubMed PMID: 22425279; PubMed
       Central PMCID: PMC3327766.

239.   Eum KD, Korrick SA, Weuve J, Okereke O, Kubzansky LD, Hu H, Weisskopf MG. Relation of
       cumulative low-level lead exposure to depressive and phobic anxiety symptom scores in middle-
       age and elderly women. Environ Health Perspect. 2012 Jun;120(6):817-23. doi:
       10.1289/ehp.1104395. Epub 2012 Feb 29. PubMed PMID: 22538241; PubMed Central PMCID:
       PMC3385437.

240.   Hicken MT, Gee GC, Morenoff J, Connell CM, Snow RC, Hu H. A novel look at racial health
       disparities: the interaction between social disadvantage and environmental health. Am J Public
       Health. 2012 Dec;102(12):2344-51. doi: 10.2105/AJPH.2012.300774. Epub 2012 Oct 18.
       PubMed PMID: 23078461.

241.   Choi YH, Hu H, Mukherjee B, Miller J, Park SK. Environmental cadmium and lead exposures
       and hearing loss in U.S. adults: the National Health and Nutrition Examination Survey, 1999 to
       2004. Environ Health Perspect. 2012 Nov;120(11):1544-50. doi: 10.1289/ehp.1104863. Epub
       2012 Jul 31. PubMed PMID: 22851306; PubMed Central PMCID: PMC3556613.

242.   Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez
       M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M.
       Assessing windows of susceptibility to lead-induced cognitive  deficits in Mexican children.
       Neurotoxicology. 2012 Oct;33(5):1040-7. doi: 10.1016/j.neuro.2012.04.022. Epub 2012 May 10.
       PubMed PMID: 22579785.

CV: Howard Hu, M.D., M.P.H., Sc.D.

243.   Weuve J, Press DZ, Grodstein F, Wright RO, Hu H, Weisskopf MG. Cumulative exposure to
       lead and cognition in persons with Parkinson's disease. Mov Disord. 2013 Feb;28(2):176-82. doi:
       10.1002/mds.25247. Epub 2012 Nov 9. PubMed PMID: 23143985; PubMed Central PMCID:
       PMC3581753.

245.   Hicken MT, Gee GC, Connell C, Snow RC, Morenoff J, Hu H. Black-white blood pressure
       disparities: depressive symptoms and differential vulnerability to blood lead. Environ Health
       Perspect. 2013 Feb;121(2):205-9. doi: 10.1289/ehp.1104517. Epub 2012 Oct 25. PubMed PMID:
       23127977; PubMed Central PMCID: PMC3569674.

246.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Zhang LN, Liao XP, Zhang J,
       Ouyang FX, Zhang JS, Shen XM. Personal characteristics related to the risk of adolescent
       internet addiction: a survey in Shanghai, China. BMC Public Health. 2012 Dec 22;12:1106. doi:
       10.1186/1471-2458-12-1106. PubMed PMID: 23259906; PubMed Central PMCID:
       PMC3563549.

247.   Lim SS, Vos T, Flaxman AD, Danaei G, Shibuya K, Adair-Rohani H, Amann M, Anderson HR,
       Andrews KG, Aryee M, Atkinson C, Bacchus LJ, Bahalim AN, Balakrishnan K, Balmes J,
       Barker-Collo S, Baxter A, Bell ML, Blore JD, Blyth F, Bonner C, Borges G, Bourne R,
       Boussinesq M, Brauer M, Brooks P, Bruce NG, Brunekreef B, Bryan-Hancock C, Bucello C,
       Buchbinder R, Bull F, Burnett RT, Byers TE, Calabria B, Carapetis J, Carnahan E, Chafe Z,
       Charlson F, Chen H, Chen JS, Cheng AT, Child JC, Cohen A, Colson KE, Cowie BC, Darby S,
       Darling S, Davis A, Degenhardt L, Dentener F, Des Jarlais DC, Devries K, Dherani M, Ding EL,
       Dorsey ER, Driscoll T, Edmond K, Ali SE, Engell RE, Erwin PJ, Fahimi S, Falder G, Farzadfar
       F, Ferrari A, Finucane MM, Flaxman S, Fowkes FG, Freedman G, Freeman MK, Gakidou E,
       Ghosh S, Giovannucci E, Gmel G, Graham K, Grainger R, Grant B, Gunnell D, Gutierrez HR,
       Hall W, Hoek HW, Hogan A, Hosgood HD 3rd, Hoy D, Hu H, Hubbell BJ, Hutchings SJ,
       Ibeanusi SE, Jacklyn GL, Jasrasaria R, Jonas JB, Kan H, Kanis JA, Kassebaum N, Kawakami N,
       Khang YH, Khatibzadeh S, Khoo JP, Kok C, Laden F, Lalloo R, Lan Q, Lathlean T, Leasher JL,
       Leigh J, Li Y, Lin JK, Lipshultz SE, London S, Lozano R, Lu Y, Mak J, Malekzadeh R,
       Mallinger L, Marcenes W, March L, Marks R, Martin R, McGale P, McGrath J, Mehta S,
       Mensah GA, Merriman TR, Micha R, Michaud C, Mishra V, Hanafiah KM, Mokdad AA,
       Morawska L, Mozaffarian D, Murphy T, Naghavi M, Neal B, Nelson PK, Nolla JM, Norman R,
       Olives C, Omer SB, Orchard J, Osborne R, Ostro B, Page A, Pandey KD, Parry CD, Passmore E,
       Patra J, Pearce N, Pelizzari PM, Petzold M, Phillips MR, Pope D, Pope CA 3rd, Powles J, Rao
       M, Razavi H, Rehfuess EA, Rehm JT, Ritz B, Rivara FP, Roberts T, Robinson C, Rodriguez-
       Portales JA, Romieu I, Room R, Rosenfeld LC, Roy A, Rushton L, Salomon JA, Sampson U,
       Sanchez-Riera L, Sanman E, Sapkota A, Seedat S, Shi P, Shield K, Shivakoti R, Singh GM,
       Sleet DA, Smith E, Smith KR, Stapelberg NJ, Steenland K, Stöckl H, Stovner LJ, Straif K,
       Straney L, Thurston GD, Tran JH, Van Dingenen R, van Donkelaar A, Veerman JL,
       Vijayakumar L, Weintraub R, Weissman MM, White RA, Whiteford H, Wiersma ST, Wilkinson
       JD, Williams HC, Williams W, Wilson N, Woolf AD, Yip P, Zielinski JM, Lopez AD, Murray
       CJ, Ezzati M. A comparative risk assessment of burden of disease and injury attributable to 67

risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2224-60. doi: 10.1016/S0140-6736(12)61766-8. PubMed PMID: 23245609.

248.    Grashow R, Spiro A, Taylor KM, Newton K, Shrairman R, Landau A, Sparrow D, Hu H, Weisskopf M. Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. Neurotoxicology. 2013 Mar;35:154-61. doi: 10.1016/j.neuro.2013.01.005. Epub 2013 Jan 28. PubMed PMID: 23370289; PubMed Central PMCID: PMC3602137.

249.    Amarasiriwardena CJ, Jayawardene I, Lupoli N, Barnes RM, Hernandez-Avila M, Hu H, Ettinger
         AS. Comparison of digestion procedures and methods for quantification of trace lead in breast milk by isotope dilution inductively coupled plasma mass  spectrometry. Anal Methods. 2013;5(7):1676-1681. PubMed PMID: 24808927; PubMed Central PMCID: PMC4010228.

250.    Grashow R, Miller MW, McKinney A, Nie LH, Sparrow D, Hu H, Weisskopf MG. Lead exposure and fear-potentiated startle in the VA Normative Aging Study: a pilot study of a novel physiological approach to investigating neurotoxicant effects.  Neurotoxicol Teratol. 2013 Jul-Aug;38:21-8. doi: 10.1016/j.ntt.2013.04.003. Epub 2013 Apr 17. PubMed PMID: 23603705; PubMed Central PMCID: PMC3774537.

251.    Roy A, Ettinger AS, Hu H, Bellinger D, Schwartz J, Modali R, Wright RO, Palaniappan K, Balakrishnan K. Effect modification by transferrin C2 polymorphism on lead exposure, hemoglobin levels, and IQ. Neurotoxicology. 2013 Sep;38:17-22.  doi: 10.1016/j.neuro.2013.05.005. Epub 2013 May 31. PubMed PMID: 23732512; PubMed Central PMCID: PMC3770761.

252.    Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. PubMed PMID: 23732085; PubMed Central PMCID: PMC3672933.

253.    Téllez-Rojo MM, Cantoral A, Cantonwine DE, Schnaas L, Peterson K, Hu H, Meeker JD. Prenatal urinary phthalate metabolites levels and neurodevelopment in children at two and three years of age. Sci Total Environ. 2013 Sep 1;461-462:386-90. doi: 10.1016/j.scitotenv.2013.05.021. Epub 2013 Jun 5. PubMed PMID: 23747553; PubMed Central PMCID: PMC3735862.

254.    Fortenberry GZ, Meeker JD, Sánchez BN, Barr DB, Panuwet P, Bellinger D, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Tellez-Rojo MM. Urinary 3,5,6-trichloro-2-pyridinol (TCPY) in pregnant women from Mexico City: distribution, temporal variability, and relationship with child attention and hyperactivity. Int J Hyg Environ Health. 2014 Mar;217(2-

3):405-12. doi: 10.1016/j.ijheh.2013.07.018. Epub 2013 Aug 13. PubMed PMID: 24001412; PubMed Central PMCID: PMC3946926.

255.   Eum KD, Wang FT, Schwartz J, Hersh CP, Kelsey K, Wright RO, Spiro A, Sparrow D, Hu H, Weisskopf MG. Modifying roles of glutathione S-transferase polymorphisms on the association between cumulative lead exposure and cognitive function. Neurotoxicology. 2013 Dec;39:65-71. doi: 10.1016/j.neuro.2013.08.002. Epub 2013 Aug 16. PubMed PMID: 23958642; PubMed Central PMCID: PMC3844089.

256.   Choi YH, Miller JM, Tucker KL, Hu H, Park SK. Antioxidant vitamins and magnesium and the risk of hearing loss in the US general population. Am J Clin Nutr. 2014 Jan;99(1):148-55. doi: 10.3945/ajcn.113.068437. Epub 2013 Nov 6. PubMed PMID: 24196403.

257.   Power MC, Korrick S, Tchetgen Tchetgen EJ, Nie LH, Grodstein F, Hu H, Weuve J, Schwartz J, Weisskopf MG. Lead exposure and rate of change in cognitive function in older women. Environ Res. 2014 Feb;129:69-75. doi: 10.1016/j.envres.2013.12.010. Epub 2014 Jan 29. PubMed PMID: 24529005; PubMed Central PMCID: PMC3951744.

258.   Ettinger AS, Roy A, Amarasiriwardena CJ, Smith D, Lupoli N, Mercado Garcia A, Lamadrid-Figueroa H, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal blood, plasma, and breast milk lead: Lactational transfer and contribution to infant exposure.  Environ Health Perspec 2014 Jan;122(1):87-92. doi: 10.1289/ehp.1307187. Epub 2013 Oct 30. PubMed PMID: 24184948; PubMed Central PMCID: PMC3888576.

259.   Chatwood S, Bytautas J, Darychuk A, Bjerregaard P, Brown A, Cole D, Hu H, Jong M, King M, Kvernmo S, Veillard J. Approaching a collaborative research agenda for health systems performance in circumpolar regions. Int J Circumpolar Health. 2013 Aug 14;72. doi: 10.3402/ijch.v72i0.21474. eCollection 2013. PubMed PMID: 23961514; PubMed Central PMCID: PMC3745603.

260.   Bush KF, O'Neill MS, Li S, Mukherjee B, Hu H, Ghosh S, Balakrishnan K. Associations between extreme precipitation and gastrointestinal-related hospital  admissions in Chennai, India. Environ Health Perspect. 2014 Mar;122(3):249-54. doi: 10.1289/ehp.1306807. Epub 2013 Dec 16. PubMed PMID: 24345350; PubMed Central PMCID: PMC3948034.

261.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Ouyang F, Zhang LN, Liao XP, Zhang J, Zhang JS, Shen XM. Parent-adolescent interaction and risk of adolescent internet addiction: a population-based study in Shanghai. BMC Psychiatry. 2014 Apr 15;14:112. doi: 10.1186/1471-244X-14-112. PubMed PMID: 24731648; PubMed Central PMCID: PMC3999889.

262.   Fortenberry GZ, Meeker JD, Sánchez BN, Bellinger D, Peterson K, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Maria Tellez-Rojo M. Paraoxonase I polymorphisms and attention/hyperactivity in school-age children from Mexico City,

Mexico. Environ Res. 2014 Jul;132:342-9. doi: 10.1016/j.envres.2014.04.010. Epub 2014 May 14. PubMed PMID: 24834831.

263.   Arora M, Austin C, Sarrafpour B, Hernández-Ávila M, Hu H, Wright RO, Tellez-Rojo MM. Determining prenatal, early childhood and cumulative long-term lead exposure using micro-spatial deciduous dentine levels. PLoS One. 2014 May 19;9(5):e97805. doi: 10.1371/journal.pone.0097805. eCollection 2014. PubMed PMID: 24841926; PubMed Central PMCID: PMC4026445.

264.   Braun JM, Wright RJ, Just AC, Power MC, Tamayo Y Ortiz M, Schnaas L, Hu H, Wright RO, Tellez-Rojo MM. Relationships between lead biomarkers and diurnal salivary cortisol indices in pregnant women from Mexico City: a cross-sectional study. Environ Health. 2014 Jun 10;13(1):50. doi: 10.1186/1476-069X-13-50. PubMed PMID: 24916609; PubMed Central PMCID: PMC4068833.

265.   Bakulski KM, Park SK, Weisskopf MG, Tucker KL, Sparrow D, Spiro A, Vokonas PS, Nie LH, Hu H, Weuve J. Lead Exposure, B Vitamins, and Plasma Homocysteine in Men  55 Years of Age and Older: The VA Normative Aging Study. Environ Health Perspect. 2014 Oct;122(10):1066-74. doi: 10.1289/ehp.1306931. Epub 2014 Jun 4. PubMed PMID: 24905780; PubMed Central PMCID: PMC4181916.

266.   Ji JS, Schwartz J, Sparrow D, Hu H, Weisskopf MG. Occupational determinants of cumulative lead exposure: analysis of bone lead among men in the VA normative aging study. J Occup Environ Med. 2014 Apr;56(4):435-40. doi: 10.1097/JOM.0000000000000127. PubMed PMID: 24709766; PubMed Central PMCID: PMC3982188.

267.   Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, Rodriguez L, Schnaas L, Solano M, Mercado A, Peterson K, Sánchez BN, Hernández-Avila M, Hu H, Maria Téllez-Rojo M. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res. 2014 Sep 25;135C:63-69. doi: 10.1016/j.envres.2014.08.029. [Epub ahead of print] PubMed PMID: 25262076.

268.   Eum KD, Seals RM, Taylor KM, Grespin M, Umbach DM, Hu H, Sandler DP, Kamel F, Weisskopf MG. Modification of the association between lead exposure and amyotrophic lateral sclerosis by iron and oxidative stress related gene polymorphisms. Amyotroph Lateral Scler Frontotemporal Degener. 2014 Oct 8:1-8. [Epub ahead of print] PubMed PMID: 25293352.

269.   Karwowski MP, Just AC, Bellinger DC, Jim R, Hatley EL, Ettinger AS, Hu H, Wright RO. Maternal iron metabolism gene variants modify umbilical cord blood lead levels by gene-environment interaction: a birth cohort study. Environ Health. 2014 Oct 6;13:77. doi: 10.1186/1476-069X-13-77. PubMed PMID: 25287020.

270.   Eum K-D, Weisskopf MG, Nie LH, Hu H, Korrick SA. Cumulative Lead Exposure and Age at Menopause in the Nurses' Health Study Cohort. Environmental Health Perspectives.

2014;122(3):229-234. doi:10.1289/ehp.1206399.

271.   Goodrich JM, Sánchez BN, Dolinoy DC, Zhang Z, Hernández-Ávila M, Hu H, Peterson KE, Téllez-Rojo MM. Quality control and statistical modeling for environmental epigenetics: A study on in utero lead exposure and DNA methylation at birth. Epigenetics. 2015 Jan 2;10(1):19-30. doi: 10.4161/15592294.2014.989077. Epub 2015 Jan 27. PubMed PMID: 25580720.

272.   Ji JS, Power MC, Sparrow D, Spiro III A, Hu H, Louis ED, Weisskopf MG. Lead Exposure and Tremor among Older Men: The VANormative Aging Study. Environ Health Perspectives 2015 May;123(5):445-50. doi: 10.1289/ehp.1408535. Epub 2015 Jan 23. PubMed PMID: 25633720; PubMed Central PMCID: PMC4421770.

273.   Ettinger AS, Lamadrid-Figueroa H, Mercado-Garcia A, Kordas K, Wood RJ, Peterson KE, Hu H, Hernandez-Avila M, Tellez-Rojo MM. Effect of Calcium Supplementation on Bone Resorption in Pregnancy and the Early Postpartum: A Randomized Controlled Trial in Mexican Women. Nutrition Journal Nutr J. 2014 Dec 16;13(1):116. doi: 10.1186/1475-2891-13-116. PubMed PMID: 25511814; PubMed Central PMCID: PMC4289552.

274.   Jhun MA, Hu H, Schwartz J, Weisskopf MG, Nie LH, Sparrow D, Vokonas PS, Park SK. Effect modification by Vitamin D receptor genetic polymorphisms in the association between cumulative lead exposure and pulse pressure: a longitudinal study. Environ Health 2015 Jan 13;14:5. doi: 10.1186/1476-069X-14-5. PubMed PMID: 25582168; PubMed Central PMCID: PMC4417283.

275.   Cantoral A, Tellez-Rojo MM, Ettinger AS, Hu H, Hernandez-Avila M, Peterson K. Early introduction and cumulative consumption of sugar-sweetened beverages during the pre-school period and risk of obesity at 8–14 years of age. Pediatr Obesity 2015 Apr 17. doi: 10.1111/ijpo.12023. [Epub ahead of print] PubMed PMID: 25891908.

276.   Orkin AM, Bingham K, Klaiman M, Leece P, Buick JE, et al. (2015) An Agenda for Naloxone Distribution Research and Practice: Meeting Report of the Surviving Opioid Overdose with Naloxone (SOON) International Working Group. J Addict Res Ther 6:212. doi:10.4172/2155-6105.1000212

277.   Xu J, Hu H, Wright R, Sánchez BN, Schnaas L, Bellinger DC, Park SK, Martínez S, Hernández-Avila M, Téllez-Rojo MM, Wright RO. Prenatal Lead Exposure Modifies the Impact of Maternal Self-Esteem on Children's Inattention Behavior. J Pediatr. 2015 Aug;167(2):435-41. doi: 10.1016/j.jpeds.2015.04.057. Epub 2015 Jun 3. PubMed PMID: 26047683.

278.   Kotha SR, Jadad AR, Hu H. Creating a Pandemic of Health: Opportunities and Lessons for a University Initiative at the Intersection of Health, Equity, and Innovation. Harvard Publ Hlth Review 2015;5:1-8. (available at http://harvardpublichealthreview.org/wp-content/uploads/2015/04/HPHRv5-Kotha-Jadad-Hu-Creating-a-Pandemic.pdf).

CV: Howard Hu, M.D., M.P.H., Sc.D.

279.  Weisskopf MG, Sparrow D, Hu H, Power MC. Biased Exposure-Health Effect Estimates from Selection in Cohort Studies: Are Environmental Studies at Particular Risk? Environ Health Perspect. 2015 Nov;123(11):1113-22. doi: 10.1289/ehp.1408888. Epub 2015 May 8. PubMed PMID: 25956004; PubMed Central PMCID: PMC4629739.

280.  Grashow R, Kim J, Sparrow D, Hu H, Wessling-Resnick M, Weisskopf MG. Cumulative lead exposure is associated with reduced olfactory function in elderly men: the Normative Aging Study. Neurotoxicology 2015 Jul;49:158-64. doi: 10.1016/j.neuro.2015.06.006. Epub 2015 Jun 26. PubMed PMID: 26121922; PubMed Central PMCID: PMC4523435.

281.  Kim WB, Sibbald RG, Hu H, Bashash M, Anooshirvani N, Coutts P, Alavi A. Clinical Features and Patient Outcomes of Hidradenitis Suppurativa: A Cross-Sectional Retrospective Study. J Cutan Med Surg. 2016 Jan;20(1):52-7. doi: 10.1177/1203475415602840. Epub 2015 Aug 28. PubMed PMID: 26318545.

282.  Global Burden of Disease Study 2013 Collaborators, Vos T, Barber RM, Bell B…Hu H…Zunt JR, Salomon JA, Murray CJ. Global, regional, and national incidence, prevalence, and years lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015 Aug 22;386(9995):743-800. doi: 10.1016/S0140-6736(15)60692-4. Epub 2015 Jun 7. Review. PubMed PMID: 26063472; PubMed Central PMCID: PMC4561509.

283.  GBD 2013 Risk Factors Collaborators, Forouzanfar MH, Alexander L, Anderson HR…Hu H… Lopez AD, Vos T, Murray CJ. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015 Dec 5;386(10010):2287-323. doi: 10.1016/S0140-6736(15)00128-2. Epub 2015 Sep 11. PubMed PMID: 26364544; PubMed Central PMCID: PMC4685753.

284.  Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L, Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM. Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016 Jun;124(6):868-74. doi: 10.1289/ehp.1510067. PubMed PMID: 26645203; PubMed Central PMCID: PMC4892926.

285.  Taylor KM, Saint-Hilaire MH, Sudarsky L, Simon DK, Hersh B, Sparrow D, Hu H, Weisskopf MG. Head injury at early ages is associated with risk of Parkinson's disease. Parkinsonism Relat Disord. 2016 Feb;23:57-61. doi: 10.1016/j.parkreldis.2015.12.005. PubMed PMID: 26725141; PubMed Central PMCID: PMC4787263.

286.  Cantoral A, Téllez-Rojo MM, Levy TS, Hernández-Ávila M, Schnaas L, Hu H, Peterson KE, Ettinger AS. Differential association of lead on length by zinc status in two-year old Mexican children. Environ Health. 2015 Dec 30;14:95. doi: 10.1186/s12940-015-0086-8. PubMed PMID:

26715556; PubMed Central PMCID: PMC4696318.

287.    Watkins DJ, Fortenberry GZ, Sánchez BN, Barr DB, Panuwet P, Schnaas L, Osorio-Valencia E,
        Solano-González M, Ettinger AS, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Meeker JD.
        Urinary 3-phenoxybenzoic acid (3-PBA) levels among pregnant women in Mexico City:
        Distribution and relationships with child neurodevelopment. Environ Res. 2016 May;147:307-
        13. doi: 10.1016/j.envres.2016.02.025. PubMed PMID: 26922411; PubMed Central PMCID:
        PMC4821665.

288.    Specht AJ, Lin Y, Weisskopf M, Yan C, Hu H, Xu J, Nie LH. XRF-measured bone lead (Pb) as a
        biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning.
        Biomarkers. 2016 Jun;21(4):347-52. doi: 10.3109/1354750X.2016.1139183. Epub 2016 Feb 9.
        PubMed PMID: 26856822.

289.    Tamayo Y Ortiz M, Téllez-Rojo MM, Hu H, Hernández-Ávila M, Wright R, Amarasiriwardena
        C, Lupoli N, Mercado-García A, Pantic I, Lamadrid-Figueroa H.  Lead in candy consumed and
        blood lead levels of children living in Mexico City. Environ Res. 2016 May;147:497-502. doi:
        10.1016/j.envres.2016.03.007. Epub 2016 Mar 11. PubMed PMID: 26974363.

290.    Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K,
        Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and
        plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-
        95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

291.    Ding N, Wang X, Weisskopf MG, Sparrow D, Schwartz J, Hu H, Park SK. Lead-Related Genetic
        Loci, Cumulative Lead Exposure and Incident Coronary Heart Disease: The Normative Aging
        Study. PLoS One. 2016 Sep 1;11(9):e0161472. doi: 10.1371/journal.pone.0161472. PubMed
        PMID: 27584680; PubMed Central PMCID: PMC5008632.

292.    Goodrich JM, Dolinoy DC, Sanchez BN, Zhang Z, Meeker JD, Mercado-Garcia A, Solano-
        Gonzalez M, Hu H, Tellez-Rojo MM, Peterson KE.  Adolescent epigenetic profiles and
        environmental exposures from early life through peri-adolescence.  Environmental Epigenetics,
        2016; 2(3)1–11, doi: 10.1093/eep/dvw018

293.    Xu J, Yan CH, Hu H, Wu MQ, Shen XM. Prenatal Maternal Occupational Exposure and
        Postnatal Child Exposure to Elemental Mercury. Pediatr Emerg Care. 2016 Mar;32(3):175-9.
        doi: 10.1097/PEC.0000000000000305. PubMed PMID: 25415760.

294.    Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P,
        Brenan K, Herrera LA, Schwartz J, Wright RO, Hu H, Baccarelli AA. APOE ε4 allele modifies
        the association of lead exposure with age-related cognitive decline in older individuals. Environ
        Res. 2016 Nov;151:101-105. doi: 10.1016/j.envres.2016.07.034. Epub 2016 Jul 27. Erratum in:
        Environ Res. 2017 Nov 25;:. PubMed PMID: 27474937; PubMed Central PMCID:
        PMC5071136.
CV: Howard Hu, M.D., M.P.H., Sc.D.

295.   Farooqui Z, Bakulski KM, Power MC, Weisskopf MG, Sparrow D, Spiro A 3rd, Vokonas PS, Nie LH, Hu H, Park SK. Associations of cumulative Pb exposure and longitudinal changes in Mini-Mental Status Exam scores, global cognition and domains of cognition: The VA Normative Aging Study. Environ Res. 2017 Jan;152:102-108. doi: 10.1016/j.envres.2016.10.007. PubMed PMID: 27770710; PubMed Central PMCID: PMC5135609.

296.   Somers EC, Monrad SU, Warren JS, Solano M, Schnaas L, Hernandez-Avila M, Tellez-Rojo M, Hu H. Antinuclear antibody prevalence in a general pediatric cohort from Mexico City: discordance between immunofluorescence and multiplex assays. Clin Epidemiol. 2016 Dec 20;9:1-8. doi: 10.2147/CLEP.S121632. eCollection 2017. PubMed PMID: 28053555; PubMed Central PMCID: PMC5192054.

297.   Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, Slack GW, Berry R, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ. Genetic polymorphism at BCL2 as a predictor for rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone efficacy in patients with diffuse large B-cell lymphoma. Haematologica. 2017 May;102(5):e199-e202. doi: 10.3324/haematol.2016.159087. Epub 2017 Feb 2. PubMed PMID: 28154089; PubMed Central PMCID: PMC5477624.

298.   Hu H, Galea S, Rosella L, Henry D. Big Data and Population Health: Focusing on the Health Impacts of the Social, Physical, and Economic Environment.  Epidemiology. 2017 Nov;28(6):759-762. doi: 10.1097/EDE.0000000000000711. PubMed PMID: 28682850.

299.   Wang X, Ding N, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. A Western Diet Pattern Is Associated with Higher Concentrations of Blood and Bone Lead among Middle-Aged and Elderly Men. J Nutr. 2017 Jul;147(7):1374-1383. doi: 10.3945/jn.117.249060. Epub 2017 Jun 7. PubMed PMID: 28592514; PubMed Central PMCID: PMC5483966.

300.   Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-Avila M.  Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico.  Environ Health Perspec 2017  Environ Health Perspect. 2017 Sep 19;125(9). doi: 10.1289/EHP655. PubMed PMID: 28937959.

301.   Ge E, Fan M, Qiu H, Hu H, Tian L, Wang X, Xu G, Wei X. Ambient sulfur dioxide levels associated with reduced risk of initial outpatient visits for tuberculosis: A population based time series analysis. Environ Pollut. 2017 Sep;228:408-415. doi: 10.1016/j.envpol.2017.05.051. Epub 2017 May 26. PubMed PMID: 28554030.

302.   Tse LA, Lee PMY, Ho WM, Lam AT, Lee MK, Ng SSM, He Y, Leung KS, Hartle JC, Hu H, Kan H, Wang F, Ng CF. Bisphenol A and other environmental risk factors for prostate cancer in Hong Kong. Environ Int. 2017 Oct;107:1-7. doi: 10.1016/j.envint.2017.06.012. Epub 2017 Jun 20. PubMed PMID: 28644961.

CV: Howard Hu, M.D., M.P.H., Sc.D.

303.   Liu SH, Bobb JF, Lee KH, Gennings C, Claus Henn B, Bellinger D, Austin C, Schnaas L,
       Tellez-Rojo MM, Hu H, Wright RO, Arora M, Coull BA. Lagged kernel machine regression for
       identifying time windows of susceptibility to exposures of complex mixtures. Biostatistics. 2018
       Jul 1;19(3):325-341. doi: 10.1093/biostatistics/kxx036. PubMed PMID: 28968676; PubMed
       Central PMCID: PMC5991212.

304.   Mehdizadeh A, Alavi A, Alhusayen R, Bauer B, Bechara FG, Bourcier M, Brassard A, Djamei
       V, Dutz J, George R, Ghias M, Gooderham M, Hamzavi I, Hoffman LK, Hou A, Hu H, Kimball
       AB, Kirchhof M, Kryzskaya D, Liy Wong MDC, Lowes MA, Lynde CW, McLellen C, Prens E,
       Prens L, Rogalska T, Sibbald RG, Sisic M, Tan MG, Wong DD. Proceeding report of the
       Symposium on Hidradenitis Suppurativa Advances (SHSA). Exp Dermatol. 2018 Jan;27(1):104-
       112. doi: 10.1111/exd.13445. Epub 2017 Nov 15. PubMed PMID: 28898476.

305.   Claus Henn B, Austin C, Coull BA, Schnaas L, Gennings C, Horton MK, Hernández-Ávila M,
       Hu H, Téllez-Rojo MM, Wright RO, Arora M. Uncovering neurodevelopmental windows of
       susceptibility to manganese exposure using dentine microspatial analyses. Environ Res. 2018
       Feb;161:588-598. doi: 10.1016/j.envres.2017.12.003. PubMed PMID: 29247915; PubMed
       Central PMCID: PMC5965684.

306.   Mehdizadeh A, Rosella L, Alavi A, Sibbald G, Farzanfar D, Hazrati A, Vernich L, Laporte A,
       Hu H, Bashash M. A Canadian Population-Based Cohort to the Study Cost and Burden of
       Surgically Resected Hidradenitis Suppurativa. J Cutan Med Surg. 2018 May/Jun;22(3):312-317.
       doi: 10.1177/1203475418763536. Epub 2018 Mar 11. PubMed PMID: 29528753.

307.   Jansen EC, Zhou L, Song PXK, Sánchez BN, Mercado A, Hu H, Solano M, Peterson KE, Tellez-
       Rojo MM. Prenatal lead exposure in relation to age at menarche: results from a longitudinal
       study in Mexico City. J Dev Orig Health Dis. 2018 Apr 30:1-6. doi:
       10.1017/S2040174418000223. [Epub ahead of print] PubMed PMID: 29706142. 308.

308.   Brook JR, Setton EM, Seed E, Shooshtari M, Doiron D; CANUE – The Canadian Urban
       Environmental Health Research Consortium. The Canadian Urban Environmental Health
       Research Consortium - a protocol for building a national environmental exposure data platform
       for integrated analyses of urban form and health. BMC Public Health. 2018 Jan 8;18(1):114. doi:
       10.1186/s12889-017-5001-5. PubMed PMID: 29310629; PubMed Central PMCID:
       PMC5759244.

309.   Hu H, Baines C.  Recent Insights and Opportunities for Three Under-recognized Conditions:
       Myalgic Encephalomyelitis/ Chronic Fatigue Syndrome, Fibromyalgia and Environmental
       Sensitivities/ Multiple Chemical Sensitivity.  Can Fam Physician. 2018
       Jun;64(6):413-415. PubMed PMID: 29898928; PubMed Central PMCID: PMC5999262.

310.   Landrigan PJ, Fuller R, Hu H, Caravanos J, Cropper ML, Hanrahan D, Sandilya K, Chiles TC,
       Kumar P, Suk WA. Pollution and Global Health – An Agenda for Prevention. Environ Health
CV: Howard Hu, M.D., M.P.H., Sc.D.

Perspect. 2018 Aug 6;126(8):084501. doi: 10.1289/EHP3141. eCollection 2018 Aug. PubMed PMID: 30118434; PubMed Central PMCID: PMC6108842.

311. Hu H, Landrigan PJ, Fuller R, Lim SS, Murray CJL. New Initiative aims at expanding Global Burden of Disease estimates for pollution and climate. Lancet Planet Health. 2018 Oct;2(10):e415-e416. doi: 10.1016/S2542-5196(18)30189-X. PubMed PMID: 30318094.

312. Wang W, Moroi S, Bakulski K, Mukherjee B, Weisskopf MG, Schaumberg D, Sparrow D, Vokonas PS, Hu H, Park SK. Bone Lead Levels and Risk of Incident Primary Open-Angle Glaucoma: The VA Normative Aging Study. Environ Health Perspect. 2018 Aug 8;126(8):087002. doi: 10.1289/EHP3442. eCollection 2018 Aug. PubMed PMID: 30102601; PubMed Central PMCID: PMC6108844.

313. Xu J, Hu H, Wright R, Schnaas L, Bellinger DC, Park SK, Wright RO, Téllez-Rojo MM. Prenatal lead exposure modifies the association of maternal self-esteem with child adaptive ability. Int J Hyg Environ Health. 2019 Jan;222(1):68-75. doi: 10.1016/j.ijheh.2018.08.005. Epub 2018 Aug 23. PubMed PMID: 30146178.

314. Horton MK, Hsu L, Claus Henn B, Margolis A, Austin C, Svensson K, Schnaas L, Gennings C, Hu H, Wright R, Rojo MMT, Arora M. Dentine biomarkers of prenatal and early childhood exposure to manganese, zinc and lead and childhood behavior. Environ Int. 2018 Dec;121(Pt 1):148-158. doi: 10.1016/j.envint.2018.08.045. Epub 2018 Sep 8. PubMed PMID: 30205321.

315. Zhang Z, Braun TM, Peterson KE, Hu H, Téllez-Rojo MM, Sánchez BN. Extending Tests of Random Effects to Assess for Measurement Invariance in Factor Models. Stat Biosci. 2018 Dec;10(3):634-650. doi: 10.1007/s12561-018-9222-7. Epub 2018 Sep 29. PubMed PMID: 30805035; PubMed Central PMCID: PMC6385881.

316. Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10. PubMed PMID: 30316181.

317. GBD 2017 Risk Factor Collaborators. Global, regional, and national comparative risk assessment of 84 behavioural, environmental and occupational, and metabolic risks or clusters of risks for 195 countries and territories, 1990-2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10;392(10159):1923-1994. doi: 10.1016/S0140-6736(18)32225-6. Epub 2018 Nov 8. PubMed PMID: 30496105; PubMed Central PMCID: PMC6227755.

318. Zheutlin AR, Hu H, Weisskopf MG, Sparrow D, Vokonas PS, Park SK. Low-Level Cumulative Lead and Resistant Hypertension: A Prospective Study of Men Participating in the Veterans Affairs Normative Aging Study. J Am Heart Assoc. 2018 Nov 6;7(21):e010014. doi: 0.1161/JAHA.118.010014. PubMed PMID: 30608198.

CV: Howard Hu, M.D., M.P.H., Sc.D.

319.   Green R, Till C, Al-Hakeem H, Cribbie R, Téllez-Rojo MM, Osorio E, Hu H, Schnaas L.
       Assessment of neuropsychological performance in Mexico City youth using the Cambridge
       Neuropsychological Test Automated Battery (CANTAB). J Clin Exp Neuropsychol. 2018 Oct
       18:1-11. doi: 10.1080/13803395.2018.1529229. [Epub ahead of print] PubMed PMID:
       30336715.

320.   Pantic I, Tamayo-Ortiz M, Rosa-Parra A, Bautista-Arredondo L, Wright RO, Peterson KE,
       Schnaas L, Rothenberg SJ, Hu H, Téllez-Rojo MM. Children's Blood Lead Concentrations from
       1988 to 2015 in Mexico City: The Contribution of Lead in Air and Traditional Lead-Glazed
       Ceramics. Int J Environ Res Public Health. 2018 Sep 30;15(10). pii: E2153. doi:
       10.3390/ijerph15102153. PubMed PMID: 30274368; PubMed Central PMCID: PMC6210390.

321.   Ding N, Wang X, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Dietary patterns,
       bone lead and incident coronary heart disease among middle-aged to elderly men. Environ Res.
       2019 Jan;168:222-229. doi: 10.1016/j.envres.2018.09.035. Epub 2018 Sep 27. PMID: 30317107;
       PMCID: PMC6263823.

322.   Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P,
       Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4
       allele modifies the association of lead exposure with age-related cognitive decline in older
       individuals" [Environ. Res. 151 (2016) 101-105]. Environ. Res. 2018 Aug;165:504. doi:
       0.1016/j.envres.2017.11.022. Epub 2017 Nov 26. PubMed PMID: 29183624.  (*correct citation
       [first in this CV] for earlier publication that was missing co-authors*).

323.   Wu Y, Jansen EC, Peterson KE, Foxman B, Goodrich JM, Hu H, Solano-González M, Cantoral
       A, Téllez-Rojo MM, Martinez-Mier EA. The associations between lead exposure at multiple
       sensitive life periods and dental caries risks in permanent teeth. Sci Total Environ. 2019 Mar
       1;654:1048-1055. doi:10.1016/j.scitotenv.2018.11.190. Epub 2018 Nov 14. PubMed PMID:
       30841379; PubMed Central PMCID: PMC6407640.

324.   Lin Y, Huang L, Xu J, Specht AJ, Yan C, Geng H, Shen X, Nie LH, Hu H. Blood lead, bone lead
       and child attention-deficit-hyperactivity-disorder-like behavior.  Sci Total Environ. 2019 Apr
       1;659:161-167. doi: 10.1016/j.scitotenv.2018.12.219. Epub 2018 Dec 15. PubMed PMID:
       30597466.

325.   Liu Y, Téllez-Rojo M, Hu H, Sánchez BN, Martinez-Mier EA, Basu N, Mercado-García A,
       Solano-González M, Peterson KE. Fluoride exposure and pubertal development in children
       living in Mexico City. Environ Health. 2019 Mar 29;18(1):26. doi: 10.1186/s12940-019-0465-7.
       PubMed PMID: 30922319; PubMed Central PMCID: PMC6439980.

326.   Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE,
       Hu H, Téllez-Rojo MM, Martinez-Mier EA. Fluoride Content in Foods and Beverages From
       Mexico City Markets and Supermarkets. Food Nutr Bull. 2019 Jul 25:379572119858486. doi:

10.1177/0379572119858486. [Epub ahead of print] PubMed PMID: 31342782.

327.    Jansen EC, Dunietz GL, Dababneh A, Peterson KE, Chervin RD, Baek J, O'Brien L, Song PXK, Cantoral A, Hu H, Téllez-Rojo MM. Cumulative Childhood Lead Levels in Relation to Sleep During Adolescence. J Clin Sleep Med. 2019 Oct 15;15(10):1443-1449. doi: 10.5664/jcsm.7972. PubMed PMID: 31596209; PubMed Central PMCID: PMC6778356.

328.    Perng W, Tamayo-Ortiz M, Tang L, Sánchez BN, Cantoral A, Meeker JD, Dolinoy DC, Roberts EF, Martinez-Mier EA, Lamadrid-Figueroa H, Song PXK, Ettinger AS, Wright R, Arora M, Schnaas L, Watkins DJ, Goodrich JM, Garcia RC, Solano-Gonzalez M, Bautista-Arredondo LF, Mercado-Garcia A, Hu H, Hernandez-Avila M, Tellez-Rojo MM, Peterson KE. Early Life Exposure in Mexico to ENvironmental Toxicants (ELEMENT) Project. BMJ Open. 2019 Aug 26;9(8):e030427. doi: 10.1136/bmjopen-2019-03 27. PubMed PMID: 31455712; PubMed Central PMCID: PMC6720157.

329.    Liu Y, Ettinger AS, Téllez-Rojo MM, Sánchez BN, Zhang Z, Cantoral A, Hu H, Peterson KE. Prenatal lead exposure, type 2 diabetes and cardiometabolic risk factors in children at age 10-18 years: a birth cohort study in Mexico City.  J Clin Endocrinol Metab. 2019 Oct 14. pii: dgz038. doi: 10.1210/clinem/dgz038. [Epub ahead of print] PubMed PMID:31608940.

330.    Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC, Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H.  Improving and Expanding Estimates of the Global Burden of Disease due to Environmental Health Risk Factors.  2019 Oct;127(10):105001. doi: 10.1289/EHP5496. Epub 2019 Oct 18. PubMed PMID: 31626566.

331.    Hu H. From Air Pollution to the Anthropocene and Planetary Health. Implications for Clinicians, Researchers, and Society. Ann Am Thorac Soc. 2020 Feb;17(2):165-168. doi: 10.1513/AnnalsATS.201910-730PS. PMID: 31661632.

332.    Colicino E, Just A, Kioumourtzoglou MA, Vokonas P, Cardenas A, Sparrow D, Weisskopf M, Nie LH, Hu H, Schwartz JD, Wright RO, Baccarelli AA. Blood DNA methylation biomarkers of cumulative lead exposure in adults. J Expo Sci Environ Epidemiol. 2019 Oct 21. doi: 10.1038/s41370-019-0183-9. [Epub ahead of print]PubMed PMID: 31636367.

333.    Wang X, Kim D, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Effect of Dietary Sodium and Potassium Intake on the Mobilization of Bone Lead among Middle-Aged and Older Men: The Veterans Affairs Normative Aging Study. Nutrients. 2019 Nov 13;11(11):2750. doi: 10.3390/nu11112750. PMID: 31766133; PMCID: PMC6893449.

334.    Mehdizadeh A, Alavi A, Piguet V, Sibbald G, Vernich L, Marchand M, Rosella L, Hu H, Laporte A, Bashash M. Surgically resected hidradenitis suppurativa: a population-based cost analysis. Br J Dermatol. 2019 Nov 27. doi: 10.1111/bjd.18738. Epub ahead of print. PMID:

CV: Howard Hu, M.D., M.P.H., Sc.D.

31774145.

335.   Cantoral A, Montoya A, Luna-Villa L, Roldán-Valadez EA, Hernández-Ávila M, Kershenobich
       D, Perng W, Peterson KE, Hu H, Rivera JA, Téllez-Rojo MM. Overweight and obesity status
       from the prenatal period to adolescence and its association with Non-alcoholic fatty liver disease
       in young adults: cohort study. BJOG. 2020 Mar 7. doi: 10.1111/1471-0528.16199. Epub ahead
       of print. PMID: 32145139.

336.   Liu Y, Téllez-Rojo M, Sánchez BN, Ettinger AS, Osorio-Yáñez C, Solano M, Hu H, Peterson
       KE. Association between fluoride exposure and cardiometabolic risk in peripubertal Mexican
       children. Environ Int. 2020 Jan;134:105302. doi: 10.1016/j.envint.2019.105302. PMID:
       31726363; PMCID: PMC6904509.

337.   Bakulski KM, Seo YA, Hickman RC, Brandt D, Vadari HS, Hu H, Park SK. Heavy Metals
       Exposure and Alzheimer's Disease and Related Dementias. J Alzheimers Dis. 2020;76(4):1215-
       1242. doi: 10.3233/JAD-200282. PMID: 32651318; PMCID: PMC7454042.

338.   Rygiel CA, Dolinoy DC, Perng W, Jones TR, Solano M, Hu H, Téllez-Rojo MM, Peterson KE,
       Goodrich JM. Trimester-Specific Associations of Prenatal Lead Exposure With Infant Cord
       Blood DNA Methylation at Birth. Epigenet Insights. 2020 Jul 20;13:2516865720938669. doi:
       10.1177/2516865720938669. PMID: 32734142; PMCID: PMC7372614.

339.   Yepes JF, McCormick-Norris J, Vinson LA, Eckert GJ, Hu H, Wu Y, Jansen EC, Peterson KE,
       Téllez-Rojo MM, Mier EAM. Blood levels of lead and dental caries in permanent teeth. J Public
       Health Dent. 2020 Sep;80(4):297-303. doi: 10.1111/jphd.12384. Epub 2020 Jul 30. PMID:
       32729942.

340.   Causey K, Burkart K, Collman G, Hu H, Brauer M, London SJ. Increasing the impact of
       environmental epidemiology in the Global Burden of Disease project. Epidemiology. 2020 Oct
       5. doi: 10.1097/EDE.0000000000001273. Epub ahead of print. PMID: 33031218.

341.   Park SK, Sack C, Sirén MJ, Hu H. Environmental Cadmium and Mortality from Influenza and
       Pneumonia in U.S. Adults. Environ Health Perspect. 2020 Dec;128(12):127004. doi:
       10.1289/EHP7598. Epub 2020 Dec 16. PMID: 33325772; PMCID: PMC7739956.

342.   Ericson B, Hu H, Nash E, Ferraro G, Sinitsky J, Taylor MP. Blood lead levels in low-income and
       middle-income countries: a systematic review. Lancet Planet Health. 2021 Mar;5(3):e145-e153.
       doi: 10.1016/S2542-5196(20)30278-3. PMID: 33713615.

343.   Castiblanco-Rubio GA, Muñoz-Rocha TV, Cantoral A, Téllez-Rojo MM, Ettinger AS, Mercado-
       García A, Peterson KE, Hu H, Martínez-Mier EA. Dietary fluoride intake over the course of
       pregnancy in Mexican women. Public Health Nutr. 2021 Jun;24(9):2388-2396. doi:
       10.1017/S1368980021000781. Epub 2021 Feb 19. PMID: 33602354.

CV: Howard Hu, M.D., M.P.H., Sc.D.

344. Betanzos-Robledo L, Cantoral A, Peterson KE, Hu H, Hernández-Ávila M, Perng W, Jansen E, Ettinger AS, Mercado-García A, Solano-González M, Sánchez B, Téllez-Rojo MM. Association between cumulative childhood blood lead exposure and hepatic steatosis in young Mexican adults. Environ Res. 2021 May;196:110980. doi: 10.1016/j.envres.2021.110980. Epub 2021 Mar 7. PMID: 33691159; PMCID: PMC8119339.

345. Stratakis N, Golden-Mason L, Margetaki K, Zhao Y, Valvi D, Garcia E, Maitre L, Andrusaityte S, Basagana X, Borràs E, Bustamante M, Casas M, Fossati S, Grazuleviciene R, Haug LS, Heude B, McEachan RRC, Meltzer HM, Papadopoulou E, Roumeliotaki T, Robinson O, Sabidó E, Urquiza J, Vafeiadi M, Varo N, Wright J, Vos MB, Hu H, Vrijheid M, Berhane KT, Conti DV, McConnell R, Rosen HR, Chatzi L. In Utero Exposure to Mercury Is Associated With Increased Susceptibility to Liver Injury and Inflammation in Childhood. Hepatology. 2021 Sep;74(3):1546-1559. doi: 10.1002/hep.31809. Epub 2021 Aug 30. PMID: 33730435; PMCID: PMC8446089.).

346. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children. Risk Anal. 2021 Jun 8. doi: 10.1111/risa.13767. Epub ahead of print. PMID: 34101876.

347. Rygiel CA, Goodrich JM, Solano-González M, Mercado-García A, Hu H, Téllez-Rojo MM, Peterson KE, Dolinoy DC. Prenatal Lead (Pb) Exposure and Peripheral Blood DNA Methylation (5mC) and Hydroxymethylation (5hmC) in Mexican Adolescents from the ELEMENT Birth Cohort. Environ Health Perspect. 2021 Jun;129(6):67002. doi: 10.1289/EHP8507. Epub 2021 Jun 21. PMID: 34152198; PMCID: PMC8216410.

348. Castiblanco-Rubio GA, Muñoz-Rocha TV, Téllez-Rojo MM, Ettinger AS, Mercado-García A, Peterson KE, Hu H, Cantoral A, Martínez-Mier EA. Dietary Influences on Urinary Fluoride over the Course of Pregnancy and at One-Year Postpartum. Biol Trace Elem Res. 2021 Jun 26. doi: 10.1007/s12011-021-02799-8. Epub ahead of print. PMID: 34176079.

349. Margetaki K, Vafeiadi M, Kampouri M, Roumeliotaki T, Karakosta P, Daraki V, Kogevinas M, Hu H, Kippler M, Chatzi L. Associations of exposure to cadmium, antimony, lead and their mixture with gestational thyroid homeostasis. Environ Pollut. 2021 Nov 15;289:117905. doi: 10.1016/j.envpol.2021.117905. Epub 2021 Aug 4. PMID: 34371266.

350. Zamora AN, Watkins DJ, Peterson KE, Téllez-Rojo MM, Hu H, Meeker JD, Cantoral A, Mercado-García A, Jansen EC. Prenatal maternal pesticide exposure in relation to sleep health of offspring during adolescence. Environ Res. 2022 Mar;204(Pt A):111977. doi: 10.1016/j.envres.2021.111977. Epub 2021 Aug 29. PMID: 34469742; PMCID: PMC8639673.

351. Sood N, Pernet O, Lam CN, Klipp A, Kotha R, Kovacs A, Hu H. Seroprevalence of Antibodies Specific to Receptor Binding Domain of SARS-CoV-2 and Vaccination Coverage Among Adults in Los Angeles County, April 2021: The LA Pandemic Surveillance Cohort Study. JAMA

Netw Open. 2022 Jan 4;5(1):e2144258. doi: 10.1001/jamanetworkopen.2021.44258. PMID: 35050360; PMCID: PMC8777558.

352.    Kang H, Hu H, Park SK. Serum antioxidant status and mortality from influenza and pneumonia in US adults. Public Health Nutr. 2022 Jan 10:1-10. doi: 10.1017/S1368980022000027. Epub ahead of print. PMID: 35000647.

353.    Nicholas W, Sood N, Lam CN, Kotha R, Hu H, Simon P. Did prioritizing essential workers help to achieve racial/ethnic equity in early COVID-19 vaccine distribution? The LA pandemic surveillance cohort study. Am J Ind Med. 2022 Apr;65(4):231-241. doi: 10.1002/ajim.23335. Epub 2022 Feb 20. PMID: 35187706; PMCID: PMC9082038.

354.    Hu H, Cohen G, Sharma B, Yin H, McConnell R.  Sustainability in Health Care.  Annual Rev Environ Resources 2022. 47:173-196.  https://doi.org/10.1146/annurev-environ-112320-095157.

355.    Goodman CV, Bashash M, Green R, Song P, Peterson KE, Schnaas L, Mercado-García A, Martínez-Medina S, Hernández-Avila M, Martinez-Mier A, Téllez-Rojo MM, Hu H, Till C. Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6-12 years in the ELEMENT cohort. Environ Res. 2022 Mar 9;211:112993. doi: 10.1016/j.envres.2022.112993. Epub ahead of print. PMID: 35276192.

356.    Fuller R, Landrigan PJ, Balakrishnan K, Bathan G, Bose-O'Reilly S, Brauer M, Caravanos J, Chiles T, Cohen A, Corra L, Cropper M, Ferraro G, Hanna J, Hanrahan D, Hu H, Hunter D, Janata G, Kupka R, Lanphear B, Lichtveld M, Martin K, Mustapha A, Sanchez-Triana E, Sandilya K, Schaefli L, Shaw J, Seddon J, Suk W, Téllez-Rojo MM, Yan C. Pollution and health: a progress update. Lancet Planet Health. 2022 Jun;6(6):e535-e547. doi: 10.1016/S2542-5196(22)00090-0. Epub 2022 May 18. Erratum in: Lancet Planet Health. 2022 Jun 14;: PMID: 35594895.

357.    Nicolo M, Kawaguchi ES, Ghanem-Uzqueda A, Kim AE, Soto D, Deva S, Shanker K, Rogers C, Lee R, Casagrande Y, Gilliland F, Van Orman S, Klausner J, Kovacs A, Conti D, Hu H, Unger JB. Characteristics associated with COVID-19 vaccination status among staff and faculty of a large, diverse University in Los Angeles: The Trojan Pandemic Response Initiative. Prev Med Rep. 2022 Jun;27:101802. doi: 10.1016/j.pmedr.2022.101802. Epub 2022 Apr 23. PMID: 35493961; PMCID: PMC9034831.

358.    Danziger J, Dodge LE, Hu H, Mukamal KJ. Susceptibility to Environmental Heavy Metal Toxicity among Americans with Kidney Disease. Kidney360. 2022 Apr 29;3(7):1191-1196. doi: 10.34067/KID.0006782021. PMID: 35919521; PMCID: PMC9337884.

359.    Lam CN, Nicholas W, De La Torre A, Chan Y, Unger JB, Sood N, Hu H. Factors associated with parents' willingness to vaccinate their children against COVID-19: The LA pandemic surveillance cohort study. AIMS Public Health. 2022 May 25;9(3):482-489. doi: 10.3934/publichealth.2022033. PMID: 36330284; PMCID: PMC9581747.

CV: Howard Hu, M.D., M.P.H., Sc.D.

360.   Lee RC, Hu H, Kawaguchi ES, Kim AE, Soto DW, Shanker K, Klausner JD, Van Orman S,
       Unger JB. COVID-19 booster vaccine attitudes and behaviors among university students and
       staff in the United States: The USC Trojan pandemic research Initiative. Prev Med Rep. 2022
       Aug;28:101866. doi: 10.1016/j.pmedr.2022.101866. Epub 2022 Jun 27. PMID: 35785408;
       PMCID: PMC9235287.

361.   Shaffer RM, Forsyth JE, Ferraro G, Till C, Carlson LM, Hester K, Haddock A, Strawbridge J,
       Lanfear CC, Hu H, Kirrane E. Lead exposure and antisocial behavior: A systematic review
       protocol. Environ Int. 2022 Aug 4;168:107438. doi: 10.1016/j.envint.2022.107438. Epub ahead
       of print. PMID: 35994796.

362.   Hu H, Gilliland F, Baezconde-Garbanati L. Communities, Mistrust, and Implementation:
       Addressing a Large Gap in the National Strategy for COVID-19 and Future Pandemics. Am J
       Public Health. 2022 Dec;112(12):1713-1715. doi: 10.2105/AJPH.2022.307115. Epub 2022 Oct
       27. PMID: 36302214; PMCID: PMC9670215.

363.   Reyes Sánchez JD, Trejo-Valdivia B, Schnaas L, Osorio-Valencia E, Lamadrid-Figueroa H,
       Bautista-Arredondo LF, Peterson KE, Hu H, Téllez-Rojo MM. Early life exposure to lead and its
       association with parent-reported aggression and conduct problems during childhood and
       adolescence. Neurotoxicology. 2022 Dec;93:265-271. doi: 10.1016/j.neuro.2022.10.008. Epub
       2022 Oct 15. PMID: 36252845.

364.   Paudel S, Geetha P, Kyriazis P, Specht A, Hu H, Danziger J. Association of environmental lead
       toxicity and hematologic outcomes in patients with advanced kidney disease. Nephrol Dial
       Transplant. 2022 Dec 22:gfac336. doi: 10.1093/ndt/gfac336. Epub ahead of print. PMID:
       36549667.

365.   Danziger J, Dodge LE, Hu H. Role of renal function in the association of drinking water fluoride
       and plasma fluoride among adolescents in the United States: NHANES, 2013-2016. Environ
       Res. 2022 Oct;213:113603. doi: 10.1016/j.envres.2022.113603. Epub 2022 Jun 7. PMID:
       35688217.

366.   Wang X, Bakulski KM, Mukherjee B, Hu H, Park SK. Predicting cumulative lead (Pb) exposure
       using the Super Learner algorithm. Chemosphere. 2022 Nov 5;311(Pt 2):137125. doi:
       10.1016/j.chemosphere.2022.137125. Epub ahead of print. PMID: 36347347.

367.   Nicolo M, Kawaguchi E, Ghanem-Uzqueda A, Kim AE, Soto D, Deva S, Shanker K, Rogers C,
       Lee R, Gilliland F, Van Orman S, Klausner J, Kovacs A, Conti D, Hu H, Unger JB. Correlates of
       COVID-19 vaccination status among college students. J Am Coll Health. 2023 Jan 3:1-3. doi:
       10.1080/07448481.2022.2157216. Epub ahead of print. PMID: 36596228.

368.   Pernet O, Balog S, Kawaguchi ES, Lam CN, Anthony P, Simon P, Kotha R, Sood N, Hu H,
       Kovacs A. Quantification of Severe Acute Respiratory Syndrome Coronavirus 2 Binding

Antibody Levels To Assess Infection and Vaccine-Induced Immunity Using WHO Standards. Microbiol Spectr. 2023 Feb 14;11(1):e0370922. doi: 10.1128/spectrum.03709-22. Epub 2023 Jan 23. PMID: 36688648; PMCID: PMC9927585.

369.   Hu H.  Toxic Metals: The Poisons that are "Killing Us Softly".  Invited commentary for the J Am Heart Assoc. Available at: https://professional.heart.org/en/science-news/contaminant-metals-as-cardiovascular-risk-factors/Commentary.

370.   Stafylis C, Hernandez-Tamayo C, Kovacs A, Emerson J….Hu H, Klausner JD.  Surveillance of SARS-CoV-2 and variants using digital droplet polymerase chain reaction at a large university and healthcare system in Los Angeles, California.  Open Forum Infect Dis (accepted).

371.   Nicolo M, Kawaguchi E, Ghanem-Uzqueda A, Soto D, Deva S, Shanker K, Lee R, Gilliland F, Klausner JD, Baezconde-Garbanati L, Kovacs A, Van Orman S, Hu H, Unger JB.  Trust in science and scientists among university students, staff, and faculty of a large, diverse university in Los Angeles during the COVID-19 pandemic, The Trojan Pandemic Response Initiative.  BMC Public Health (in press).

372.   Allan-Blitz L-T, Goodrich J, Hu H, Akbari O, Klausner J.  Altered tumor necrosis factor response in Neurologic Post-Acute SARS-Co-V-2 Syndrome.  J Interferon Cytokine Research (accepted).

373.   Ahmed AT, Hector E, Peter KE, Tellez-Rojo MM, Mier-Martinez A.  Early Lead Exposure is Associated with Molar Hypomineralization.  Ped Dentistry (accepted).

374.   Halabicky O, Tellez-Rojo MM, Miller AL, Goodrich JM, Dolinoy DC, Hu H, Peterson KE.  Associations of prenatal and childhood Pb exposure with allostatic load in adolescence: Finds from the ELEMENT cohort study.  Environ Res.  Online 12, July 2023: Associations of prenatal and childhood Pb exposure with allostatic load in adolescence: Findings from the ELEMENT cohort study - ScienceDirect.

375.   Caravanos J, Nassif J, Lanphear B, Landrigan PJ, Hu H, Fuller R.  Invited perspective: Changing the reporting units for lead in blood.  Environ Health Persp (accepted).


Pre-prints (not yet peer-reviewed and published) on medRχiv


Other Peer-reviewed Publication

1.     Hu H.  Investigating allegations using survey epidemiology.  Proceedings of the International Conference on Combatting the Use of Chemical and Biological Weapons. Geneva May 24-27, 1989. International Commission of Health Professionals: Geneva.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                           73

2.     Kim R, Hu H.  New biomarkers of lead dose and toxicity.  Proceedings of the Pacific Basin
        Conference on Hazardous Waste, Edmonton, Alberta, May 7-12, 1995.  East-West Center:
        Honolulu.

3.     Hu H, Kim R, Payton M, Korrick S, Sparrow D, Weiss ST.  The relationship of bone and blood
        lead to hypertension: further analyses of the normative aging study data.  Proceedings of the
        1996 Pacific Basin Conference on Hazardous Waste, Nov 4-8, 1996.  East-West Center:
        Honolulu.

4.     Hu H, Kim R, Fleischaker G, Aro A.  K-X-ray fluorescence: measuring bone lead as a biomarker
        of cumulative lead dose.   Proceeding of "Biomarkers, the Genome, and the Individual:
        Workplace and Medical Implications of a Rapidly Evolving Technology".  May, 1997,
        Charleston, SC.

5.     Hu H, Johnson K, Heldman R, Jones K, Komaroff AL, Schacterle R, Barsky A, Becker A,
        Holman L.  A comparison of single photon emission computed tomography in normal controls,
        in subjects with multiple chemical sensitivity syndrome and in subjects with chronic fatigue
        syndrome.  Department of Labor and Industries, State of Washington.  1999 (peer-reviewed
        technical report).

6.     Wright R, Mulkern R, White R, Aro A, Hu H.  Magnetic resonance spectroscopy in the
        neurologic assessment of adult lead poisoning.  Proceeding of the Silver Anniversary
        International Conference on Heavy Metals in the Environment.  August, 2000, Ann Arbor, MI.

7.     Tsaih S-W, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  Influence of
        dietary ascorbic acid intake on lead mobilized from bone among middle-aged and elderly men:
        the Normative Aging Study.   Proceeding of the Silver Anniversary International Conference on
        Heavy Metals in the Environment. August 2000, Ann Arbor, MI.

8.     Hu H, O'Neill M, Ebi K, Kotha R, Patz J, Keeler J, Erdmann C, Xi C, Ebi K.  Coping with
        Climate Change: Public Health Sector Synthesis.  Proceedings of the National Summit on
        Coping with Climate Change, University of Michigan, Ann Arbor, 8-10 May 2007


        Non-peer reviewed publications

1.     Hu H.  Occupational health: on the job training for medical students.  The New Physician, May
        1979:24-25.

2.     Hu H, Shaffer N. Trade unionism for doctors.  (Letter to the Editor).  N Engl J Med
        1985;323:926.

3.     Kern D, Christiani DC, Kelsey KT, Hu H, Frumkin H, Kreiss K, Rose C, Newman LS, Jarvis J,
        Garabrant D.  Asbestos related diseases.  (Letter to the Editor).  N Engl J Med 1991;324:195-
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    74

196.

3.      Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly  1993;3:141-142 (reply to letter).

4.      Hoppin JA, Ryan PB, Hu H, Aro ACA.  Bone lead levels and delinquent behavior (letter to the editor).  J Am Med Assoc 1996;275:1727.

5.      Hu H, Aro A, Payton M, Korrick S, Weiss S, Sparrow D.  Lead and hypertension (reply to Letters to the Editor).  J Am Med Assoc 1996;276:1038.

6.      Hu H.  Inorganic lead exposure: Metabolism and intoxication.  (book review).  Am J Epi 1997;145:382-383.

7.      Hu H. The exportation of hazardous industries, products, and wastes: globally-distributed chemicals and associated toxins.  Our Planet.  United Nations Environmental Program North America (Suppl) 1997;8:3-4.

8.      Sumner D, Hu H, Woodward A.  Health risks of ionizing radiation.  Science for Democratic Action  2000;8:1-4.

9.      Schwartz BS, Stewart W, Hu H.  Critique of Goodman et al.: Lead and neurobehavioral test scores in adults.  OEM Online - Occupational and Environmental Medicine, May 8, 2002 (http://oem.bmjjournals.com/cgi/eletters/59/4/217).

10.     Mitchell CS, Moline J, Avery AN, Baker D, Blessman JE, Carson AI, Cosby O, Darcey D, Ducatman A, Emmett EA, Forst L, Gerr F, Gochfeld M, Guidotti TL, Harber P, Hu H, Hegmann KT, Kipen HM, Levin J, McGrail MP, Meyer JD, Mueller KL, Prince S, Rubin R, Schwerha JJ, Sprince NL, Taiwo O, Upfal M.   In response to the 2002, vol. 22, no. 4 article entitled "The rise and fall of occupational medicine in the United States". Am J Prev Med. 2002;23:307-9.

11.     Ettinger AS, Hu H.  Lead and its impact on children—the Environmental Health dimension.  Contact  2005;179:13-15.

12.     Hu H, Tellez-Rojo M, LaMadrid-Figueroa H, Mercado-Garcia A, Herandez-Avila M, Bellinger D, Smith D, Ettinger AS, Schnaas L.  Response to Letter to the Editor by Ronchetti.  Environ Health Perpec 2007;115:A186-187.

13.     Weisskopf MG, Weuve J, Jarrell J, Hu H, Tellez-Rojo MM, Hernandez-Avila M.  Reply to Letter to the Editor by Jongbloet.  Hum Reprod. 2007 Oct;22(10):2792-3. Epub 2007 Jun 28.

14.     Aguilar Madrid G, Beaudry M, Bell W, Bowes D, Brophy J, Burdorf A, Carlsten C, Castleman B, Chaturvedi S, Conti ME, Corra L, Corrêa Filho HR, Cranor CF, Cullen E, Dalvie A, Dickson RC, Digon A, Egilman D, Eisner Falvo C, Fischer E, Frank AL, Frank E, Gee D,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Giannasi F, Goldstein BD, Greenberg M, Guidotti TL, Harris WA, Hindry M, Houlson A, Hu H, Huff J, Infante PF, Thambyappa J, Juarez Perez CA, Jeebhay MF, Joshi TK, Keith M, Keyserlingk JR, Khatter K, King D, Kodeih N, Kristensen J, Kulsomboon V, Landrigan PJ, Lee CW, Leigh J, Lemen RA, Lippman A, London L, Matzopoulos R, McCulloch J, McDiarmid MA, Mehrdad R, Mirabelli D, Moshammer H, Notebaert É, Nycz Z, Oberta AF, O'Connor J, O'Neill R, Orris P, Ozonoff D, Paek D, Rickard C, Rodriguez EJ, Sass J, Sentes KE, Simpson IM, Soffritti M, Soskolne CL, Sparling SP, Spiegel J, Takahashi K, Takaro TK, Terracini B, Thébaud-Mony A, Trosic I, Turcotte F, Vakil C, Van Der Walt A, Waterman YR, Watterson A, Wegman DH, Welch LS, Weiss SH, Winston R, Yassi A. Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile asbestos use is not safe and must be banned. Arch Environ Occup Health. 2013;68(4):243-9. doi: 10.1080/19338244.2013.780807. PubMed PMID: 23697697.

15. Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2017 Nov 25. pii: S0013-9351(17)31700-0. doi:10.1016/j.envres.2017.11.022. [Epub ahead of print] PubMed PMID: 29183624.

16. Hu H. Reply to Igor Gonda's Comment on "From Air Pollution to the Anthropocene and Planetary Health". Annals Am Thoracic Soc. (accepted).

17. Park SK, Hu H. Response to "Comment on 'Environmental Cadmium and Mortality from Influenza and Pneumonia in U.S. Adults'" Environmental Health Perspectives. (in press).

Book Chapters (peer-reviewed)

1. Hu H. Renal and urinary tract disorder. In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

2. Hu H. Other physical hazards. In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

3. Frumkin H, Hu H. Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

4. Hu H. Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*. 2nd edition. Boston: Little, Brown, 1988:263-279.

5. Frumkin H, Hu H, Travers P. Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston:

CV: Howard Hu, M.D., M.P.H., Sc.D.

Little, Brown, 1988.

6.      Hu H.  The effects of ultraviolet radiation. In: Upton R, Positano R, eds. Med Clin N Amer: Environmental Medicine. March 1990;74:509-514.

7.      Hu H.  Non-ionizing radiation. In: Levy B, Weeks J, eds., *Control of Occupational Diseases; Center for Disease Control.*  Washington, D.C.: American Public Health Association:1991:508-515.

8.      Hu H.  Toxicodynamics of riot control agents (lacrimators).  In:  Somani SM, ed.  *Chemical Warfare Agents*. New York: Academic Press, 1992;271-288.

9.      Hu H, Besser M.  Other physical hazards. In: Paul M, ed. *Occupational and Environmental Reproductive Hazards: A Guide for Clinicians*.  Philadelphia: Williams & Wilkins, 1992:218-232.

10.     Hu H.  Ultraviolet radiation.  *The Encyclopedia of the Environment*.  Boston: Houghton Mifflin Co.  1993:750.

11.     Hu H, Kim N.  Drinking water pollution and human health.  In: Chivian E, McCally M, Hu H, Haines H, eds.  Human Health and the Environment--A Doctor's Report.  Cambridge: The MIT Press, 1993:31-48.

12.     Bowen E, Hu H.  Food Contamination Due to Environmental Pollution.  In: Chivian E, McCally M, Hu H, Haines H, eds. *Human Health and the Environment--A Doctor's Report*.  Cambridge: The MIT Press 1993:49-69.

13.     Kales S, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  3rd edition. Boston: Little, Brown, 1994:337-354.

14.     Hu H, Speizer F.  Physicians and Environmental/Occupational Hazards.  In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper D, eds. *Harrison's Principles of Internal Medicine*, (13th edition). New York: McGraw-Hill, Inc., 1994:2439-2441.

15.     Frumkin H, Hu H, Travers PH.  Training and Career Opportunities.  In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  Boston:Little, Brown, Co. 1994:16-24.

16.     Hu H. Health Effects from Lead Exposure: A Review.   In: Hernandez-Avila M, Palazuelos Rendon E, ed. *Lead Pollution in Mexico: Prevention and Control*.  Cuernavaca: National Institute of Public Health.  1995.

17.     Hu H, Kim R, Fleischaker G, Aro A.  Measuring bone lead as a biomarker of cumulative lead
CV: Howard Hu, M.D., M.P.H., Sc.D.

dose using K X-ray fluorescence.  In: *Biomarkers: Medical and Workplace Applications*.  ML Mendelsohn, LC Mohr, JP Peeters, Ed.  Washington DC: Joseph Henry Press.  1998.  pp. 71-86.

18.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:18-21.

19.    Hu H, Speizer F.  Specific Environmental and Occupational Hazards.  In:Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds.  *Harrison's Principles of Internal Medicine,* (14th edition). New York: McGraw-Hill 1998:2521-2523.

20.    Hu H.  Heavy Metals.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:2564-2569.

21.    Leffler C, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease and Injury*. 4th edition.  Philadelphia: Lippincott Williams & Wilkins.  2000.

22.    Hu H.  Exposure to Metals.  In: LaDou J, ed.  Occupational Medicine.  *Primary Care: Clinics in Office Practice*. 2000 Dec;27(4):983-96.

23.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

24.    Hu H, Speizer F.  Specific Environmental and Occupational Hazards. In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

25.    Hu H.  Heavy Metals.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

26.    Goldman RH, Hu H. Overview of Adult Lead Poisoning. *UpToDate in Medicine*. Primary Care Section. (CD-ROM/Internet publication).  Begun in 2000, updated annually.

27.    Hu H.  Human Health and Toxic Metals.  Chapter in: *Life Support: the Environment and Human Health.*  M McCally, Editor.  MIT Press, 2002.

28.    Chivian E, Epstein PR, Ford TE, Goodenough DA, Hu H.  Bringing global issues to medical training.  (Letter to Editor).  Lancet 2002;359:714.

29.    Hu H, Woolf A.  Introduction: Environmental Medicine as an emerging discipline.  In: *Grand*

CV: Howard Hu                                                                                              78

*Rounds in Environmental Medicine*.  Hu, H (Editor).  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

30.   Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:  Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

31.   Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

32.   Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2005.

33.   Fischbein A, Hu H.  Occupational and environmental exposure to lead.  In *Environmental and Occupational Medicine, Fourth Edition,* edited by William N. Rom. Lippincott–Raven Publishers, Philadelphia 2006.

34.   Weisskopf MG, Wright RO, Hu H.  Early life environmental exposure and neurologic outcomes in adults.  In: DB Bellinger, Ed.  *Human Developmental Neurotoxicology*.  The Taylor and Francis Publishing Group 2006.

35.   Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (17th edition). New York: McGraw-Hill 2008.

36.   Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2nd Edition, 2009

37.   Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (18th edition). New York: McGraw-Hill 2011.

38.   Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (19th edition). New York: McGraw-Hill 2014.

39.   Bush KF, Balakrishnan K, Hu H.  Global Climate Change: Case Study of India.  In *Climate Change and Health.*  London: Oxford University Press.  (in press)

40.   (Hu H et al. ).  Epilogue: 'Global Health, Governance and Education'.  In *Global Population Health and Well-Being in the 21st Century: Toward NewParadigms, Policy and Practice.* George Lueddeke, Editor.  Springer, 2015.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                     79

41.    Anderson G, Buckle R, Favrin G, Friend S, Geschwind D, Hu H, Oliver S, Peterson R, Rossor M, St. George-Hyslop P, Zhang B.  Big Data Approaches to Dementia: Opportunities and Challenges.  In *Dementia Research and Care: Can Big Data Help?*  G Anderson, J Oderkirk, Ed.  OECD Publishing, Paris. 2015.  http://dx.doi.org/10.1787/9789264228429-en

42.    Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (20th edition). New York: McGraw-Hill 2018.

43.    Hu H.  Childhood Lead Toxicity.  In: Levy, B, ed.  *Social Injustice and Public Health,* (3rd edition).  New York: Oxford University Press 2019.

44.    Bakulski K, Hu H, Park SK.  Lead, Cadmium, and Alzheimer's Disease.  In: *The Neuroscience of Dementia: Genetics, Neurology, Behavior and Diet.*  VR Preedy, CR Martin, Ed.  Elsevier, 1st Edition-August, 2020.

45.    Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (21st edition). New York: McGraw-Hill (in progress).


<u>Books, Monographs, Reports</u>

1.    Frumkin H, Hu H, eds. *Occupational and Environmental Health: A Resource Guide for Health Science Students* (National Institute of Occupational Safety and Health), March 1980; Publication # 90-118.

2.    Physicians for Human Rights.  *The Use of Tear Gas in the Republic of Korea: A Report by Health Professionals.*  Somerville: Physicians for Human Rights.  July 27, 1987.  Available at: https://s3.amazonaws.com/PHR_Reports/korea-1987-use-of-tear-gas-in-republic-of-korea.pdf

3.    Hu H, Cook-Deegan R, Shukri A.  *Winds of Death: Iraq's Use of Poison Gas Against its Kurdish Population*. Somerville, Massachusetts: Physicians for Human Rights, February 1989.  Available at: https://s3.amazonaws.com/PHR_Reports/winds-of-death-iraq-kurds-1989.pdf

4.    Korman P, Hu H, Planatamura D.  *Lead Abatement Manual: A Union Training Course for Workers and Supervisors*.  Commonwealth of Massachusetts, Department of Industrial Accidents, 1991.

5.    Hu H, Win UK, Arnison A.  *Health and Human Rights in Burma (Myanmar): 1988 to the present.*  Somerville, Massachusetts: Physicians for Human Rights, 1991.

6.    Hu H, Makhijani A, Yih K.  *Plutonium: Deadly Gold of the Nuclear Age*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons

CV: Howard Hu, M.D., M.P.H., Sc.D.

Production.  Cambridge: the International Physicians for the Prevention of Nuclear Weapons, 1992.

7.      Chivian E, McCally M, Hu H, Haines H, eds.  *Critical Condition: Human Health and the Environment*.  Cambridge: The MIT Press, 1993.

8.      Makhijani A, Hu H, Yih K.  *Nuclear Wastelands.  A Global Guide to Nuclear Weapons Production and Its Health and Environmental Effects*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production. Cambridge: The MIT Press, 1995.

9.      Hu, H.  (Editor).  *Grand Rounds in Environmental Medicine*.  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

10.     Basu N, Hu H.  *Toxic Metals and Indigenous Peoples Near the Marlin Mine in Western Guatemala: Potential Exposures and Impacts on Health*.  A report for Physicians for Human Rights.  March, 2010  (http://physiciansforhumanrights.org/library/report-2010-05-18.html).

11.     Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy (Hu: member). Ettinger AS and Wengrowitz AG, Editors.  *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women.*  Atlanta: Centers for Disease Control.  November, 2010.  Available at: https://www.cdc.gov/nceh/lead/prevention/pregnant.htm ; accessed May 20, 2020

12.     Taskforce on Environmental Health (Hu: Taskforce Chair).  *Time for Leadership: Recognizing and Improving Care for those with ME/CFS, FM and ES/MCS*.  Interim Report.  Ministry of Health and Longterm Care, Province of Ontario.  July, 2017  Available at: https://www.health.gov.on.ca/en/common/ministry/publications/reports/environmental_health_2 017/default.aspx

13.     Energy Research Committee (Hu: Member).  *Potential Human Health Effects Associated with Unconventional Oil and Gas Development: A Systematic Review of the Epidemiology Literature*.  Health Effects Institute, September 2019.  Available at: https://hei-energy.org/publication/potential-human-health-effects-associated-unconventional-oil-and-gas-development

14.     Hu, H. *Environment, Health and Pollution: A Review of WHO's Guidelines for Pollution in Relation to Recent Evidence on Pollution Trends and Health Impacts*.  March, 2020.  Nairobi: United Nations Environment Programme.


Abstracts of Work (Upon request)


CV: Howard Hu, M.D., M.P.H., Sc.D.