# CURRICULUM VITAE

## Bruce Perrin Lanphear, MD, MPH

**Office Address**
Blusson Hall
8888 University Drive
Burnaby, BC V5A 1S6
Canada

**Home and Mailing Address**
3415 Ash Street
Vancouver, BC, V5Z 3E5
Canada
e-mail:  blanphear@sfu.ca

**Date of Birth:**   January 12th, 1963

**Marital status:**   Married to Nancy Ebbesmeyer Lanphear, M.D., a developmental pediatrician

**Citizenship:**   Canada and United States of America (dual citizenship)

**Specialty:**   Board Certified in General Preventive Medicine & Public Health

## Employment

| | |
|---|---|
| 1984-1986 | Paramedic, Jackson County Jail, Kansas City, Missouri |
| 1988-1989 | Physician, International Travel Clinic, University of Cincinnati, Cincinnati, Ohio |
| 1988-1989 | Staff Physician, Sexually Transmitted Disease Clinic, Cincinnati Public Health Department, Cincinnati, Ohio |
| 1989-1992 | Assistant Professor of Environmental Health, Associate Director, Medical Center Health Services, University of Cincinnati |
| 1992-1997 | Senior Instructor, Departments of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1992-1994 | National Research Scholar Award in General Pediatric Research, University of Rochester School of Medicine and Dentistry. |
| 1992-1997 | Assistant Professor, Department of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1997-2002 | Associate Professor, Department of Pediatrics, Children's Hospital Medical Center and the University of Cincinnati, Cincinnati, Ohio. |
| 1997-2008 | Director, General Pediatric Research Fellowship Training Program, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2008 | Director, Children's Environmental Health Center, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2006 | Associate Professor (Adjunct), Departments of Pediatrics and of Environmental Medicine, University of Rochester School of Medicine & Dentistry, Rochester, NY. |
| 1998-2003 | Associate Director for Research, Division of General & Community Pediatrics, Children's Hospital Medical Center. |
| 2001-2002 | Associate Professor (tenured), Department of Pediatrics, University of Cincinnati, Cincinnati, Ohio. |
| 2001-2004 | Associate Professor (Adjunct), Department of Environmental Health Sciences, University of Michigan School of Public Health, Ann Arbor, Michigan. |
| 2002-2008 | Sloan Professor of Children's Environmental Health, Departments of Pediatrics and Environmental Health, University of Cincinnati, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio. |
| 2008-2012 | Adjunct Professor of Pediatrics, Department of Pediatrics, Cincinnati Children's Hospital Medical Center and the University of Cincinnati. |

**Trial Exhibit**

**64**

**Food & Water v. EPA**
**3:17-cv-02162-EMC**

| 2008- | Professor, Faculty of Health Sciences, Simon Fraser University |
| 2008- | Investigator, BC Children's Hospital Research Institute, University of British Columbia |
| 2019- | Adjunct Professor, Department of Epidemiology, Geisel School of Medicine at Dartmouth, Hanover, New Hampshire |
| 2020-2022 | Adjunct Professor, Department of Psychology, York University, Toronto, Ontario |

**Education**

| 1980-1985 | Bachelor of Arts in Biology |
| 1980-1986 | University of Missouri at Kansas City, Medical Degree (1986) |
| 1986-1987 | Internship, University of Arkansas for Medical Sciences, Little Rock, Arkansas |
| 1987-1988 | Master's in Public Health & Tropical Medicine |
| | Tulane School of Public Health & Tropical Medicine |
| 1987-1989 | General Preventive Medicine and Public Health Residency |
| | Tulane School of Public Health & Tropical Medicine |
| 1992-1995 | Postdoctoral Fellowship in General Academic Pediatric Research |
| | University of Rochester School of Medicine, Rochester, NY |

**Awards and Honors**

| 2011 | Sterling Prize in Controversy, Simon Fraser University |
| 2012 | Research Integrity Award, International Society for Environmental Epidemiology |
| 2013 | Public Policy and Advocacy Award, Academic Pediatric Association |
| 2015 | Research Award, Academic Pediatric Association |
| 2015 | Confederation of Union Faculty Associations of British Columbia Academic of the Year Award |
| 2018 | Lumina Award from the Women for Healthy Environmental Health, Pittsburgh, PA |
| 2023 | University of Bristol Benjamin Meaker Distinguished Visiting Professor, University of Bristol, Bristol, England |

**Teaching Experience**

| 1992-1997 | Course Instructor, "Public Health & the Environment", Department of Community & Preventive Medicine, The University of Rochester School of Medicine and Dentistry. A required course for MPH students taught annually. |
| 1997-2008 | Founding Director, NIH-funded, General Academic and Community Pediatric Research Fellowship Training Program, Cincinnati Children's Hospital Medical Center. This interdisciplinary, research training program, which included pediatricians, psychologists and epidemiologists, was the first training program in Children's Environmental Health. |
| 1998-2008 | Course Co-Instructor, "Children's Health & the Environment", Department of Environmental Health, The University of Cincinnati School of Medicine. A course taught every other year to MPH, PhD and postdoctoral trainees in medical subspecialties. |
| 2008- | Course Instructor, "Children's Health and the Environment". A two-week intensive course for 4th year undergraduate students at Simon Fraser University. |
| 2011- | Course Instructor, "Plagues, Pollutants and Poverty: The Origins and Evolution of Public Health". An undergraduate course at Simon Fraser University. |

**Committee and Community Involvement**

| | |
|---|---|
| 1993-1997 | Lead Poisoning Prevention Task Force, Monroe County Health Department. |
| 1994-1997 | Investigational Review Board, Rochester General Hospital |
| 1995- | Scientific Consultant, National Center for Healthy Housing, Columbia, Maryland. |
| 1996-1997 | Member, New York State Task Force on Environmental Neurotoxins, University of Rochester School of Medicine |
| 1996-2001 | Member, National Institute for Environmental Health Sciences Grant Review Committee for Community-Based Interventions (FG) |
| 1996-1998 | Chairman, U.S. Department of Housing and Urban Development Committee on Lead-Contaminated House Dust |
| 1998 | Member, Review Group for National Research Service Awards, Health Resources and Services Administration |
| 1998-2000 | Member, Cincinnati Board of Health, Cincinnati, Ohio. |
| 1998-2001 | Member, Science and Research Work Group, Office of Children's Health Protection Advisory Committee, U.S. EPA |
| 1998-2000 | Member, Cincinnati Lead Poisoning Prevention Advisory Task Force, Cincinnati, Ohio. |
| 1999 | Member, K23 Grant Review Committee, National Institute for Environmental Health Sciences, August 1999 |
| 1999 | Member, Expert Panel on Soil Pica Behavior, Agency for Toxic Substance Disease Registry, June 7th-8th, Atlanta, Georgia |
| 2000 | Member, Panel on Health Disparities: Linking Biological and Behavioral Mechanisms with Social and Physical Environments, National Institute for Environmental Health Sciences, July 14-15th |
| 2000-2002 | Member, Workshop on Assessing Environmental Exposures to Children, U.S. Environmental Protection Agency, July 26-27th |
| 2000-2004 | Member, Children's Environmental Health Project, AAP's Child Health Research Center, Rochester, NY. |
| 2001 | Senate Testimony, "Ensuring that Children with Dangerous Levels of Lead in their Blood Receive Care as Early as Possible". Subcommittee on Housing and Transportation of the Committee on Banking, Housing and Urban Affairs, 107th U.S. Congress, November 13th, 2001. |
| 2001 | Reviewer, National Research Council, National Academy of Science Update of the 1999 Arsenic in Drinking Water Report |
| 2001-2003 | Member, Expert Panel on Children's Health and the Environment, North American Commission for Environmental Cooperation |
| 2002- | Member, Scientific Advisory Board, Scientist Communication Network. |
| 2003 | Member, "Herculaneum Health Study Workshop" Agency for Toxic Substance Diseases Registry, May 22nd to 23rd, 2003 |
| 2003-2004 | Panel Member, "Lead Poisoning in Pregnant Women", Mt. Sinai for Children's Health and the Environment, New York, NY |
| 2003 | Member, "Invitational Workshop on a proposed American Family Study" National Human Genome Research Institute, December 1st to 3rd, 2003. |

| | |
|---|---|
| 2004-2006 | Member, Committee on "Ethical Consideration for Research on Housing-Related Health-Hazards involving Children", National Research Council and the Institute of Medicine, The National Academies |
| 2004 | Congressional Testimony, "Tapped Out? Lead in the District of Columbia and the Providing of Safe Drinking Water", Subcommittee on Environment and Hazardous Materials of the Committee on Energy and Commerce, U.S. House of Representatives, 108th Congress, July 22nd, 2004 |
| 2005 | Reviewer, "Superfund and Mining Megasites – Lessons from the Couer d" Alene River Basin", National Research Council, The National Academies. |
| 2005 | Ad Hoc Member, NIEHS Board of Scientific Counselors Review of the Epidemiology Branch, April 3rd to April 5th, 2005 |
| 2005 | Senate Briefing, "The Connection of Environmental Chemicals and Learning Disabilities", U.S. Senate, May 10th, 2005 |
| 2006 | Invited Participant, NIEHS Strategic Planning Forum, National Institute for Environmental Health Sciences, Chapel Hill, North Carolina, October 17-18th, 2006. |
| 2006-2008 | Member, U.S. EPA's Clean Air Scientific Advisory Committee Lead Review Panel. |
| 2006-2008 | Member, National Children's Study Steering Committee, NICHD |
| 2006 | Invited Participant, "How Does Housing Affect Health Outcomes of Children?", MacArthur Foundation, Chicago, Illinois, June 21st-22nd, 2006. |
| 2006- 2010 | Member, External Scientific Advisory Committee, Richmond Center for Excellence in Tobacco Research, American Academy of Pediatrics. |
| 2007 | Testimony, Vermont State Legislature, "The Lingering Legacy of Lead Toxicity", Montpelier, Vermont, February 1st, 2007 |
| 2007 | Testimony, Connecticut State Legislature, "The Legacy of Lead Toxicity", Hartford, Connecticut, March 14th, 2007. (PG) |
| 2007 | Invited Testimony, United States Senate Hearing, "Lead and Children's Health". Committee on Environmental and Public Works, October 18th, 2007 |
| 2007-2008 | Member, Committee on "Committee on Contaminated Drinking Water at Camp Lejeune", National Research Council, The National Academies. |
| 2008 | Member, Expert Panel on Health and the Environment, Statistics Canada, Ottawa, |
| 2008 | Member, Alliance for the Global Elimination of Lead Paint, Intergovernmental Forum on Chemical Safety (IFCS), World Health Organization |
| 2008-2009 | Reviewer, Toxicological Review and Recommended Toxicological Reference Values for Environmental Lead Exposure in Canada, Health Canada |
| 2009-2013 | Scientific Advisor, Canada Lead Study funded by Health Canada (Patrick Levallois, Principal Investigator). |
| 2009-2014 | Board Member, Barro Sin Plomo |
| 2009-2010 | Member, Health and Environment Experts Advisory Group of the Canadian Longitudinal Study on Aging, Canadian Institutes of Health Research |
| 2010-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Dust Lead Standards |
| 2010-2013 | Advisor, Canada Environmental Health Law and Canadian Partnership for Children's Health and Environment Retrofit Project |
| 2010-2012 | Member, Physicians Advisory Panel, Canada Health Measures Survey |
| 2010 | Invited Testimony, United States Senate Hearing, "Research on Environmental Health Factors with Autism and Neurodevelopmental Disorders", August 3rd, 2010 |
| 2010 | Member, Joint FAO/WHO Expert Panel for Toxicological and Health Review of Bisphenol A |
| 2010-2015 | Board Member, Global Community Monitoring, Oakland, California |
| 2010-2017 | Chairman, Scientific Advisory Committee for Dartmouth University's Program in Children's Health and the Environment |

| | |
|---|---|
| 2011-2016 | Member, American Academy of Pediatrics Executive Council on Environmental Health |
| 2011-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Hazards of Partial Water Line Replacement |
| 2011 | Invited Testimony, Special Committee on Cosmetic Pesticides, Legislative Assembly, Province of British Columbia, October 7th, 2011 |
| 2011-2012 | Member, Panel on Health Effects of Low-level Lead, Office of Health Effects, National Toxicology Program of the National Institutes of Environmental Health Sciences, |
| 2012-2016 | Member, Expert Advisory Committee, Canada Health Measures Survey |
| 2012- | Member, Environmental Defence Fund Science Advisory Committee on Toxics |
| 2015 | Reviewer, Review of Clinical Guidance for the Care of Health Conditions Identified by the Camp Lejune Legislation, Institute of Medicine, The National Academies |
| 2016- | Member, The Lancet Commission on Pollution, Health & Development |
| 2016-2021 | Member, Project TENDR |
| 2016 | Member, Steering Committee, The National Lead Summit, United States |
| 2017 | Rockefeller Foundation Academic Writing Retreat, Bellagio, Italy |
| 2017- | Member, Advisory Committee for the Flint (MI) Cohort Study |
| 2017- | Pure Earth Leadership Council |
| 2018-2021 | Member Project TENDR Advisory Board |
| 2018-2021 | Member, Mercury Disability Board Committee, Health Canada |
| 2021 | Reviewer, National Academies of Science, Engineering and Medicine Report on Options for Reducing Lead-emissions from Piston-engine Aircraft |
| 2020-2021 | 3.5 Blood Lead Reference Value Work Group, Centers for Disease Control |
| 2021- | Member, U.S. Environmental Protection Agency's Clean Air Scientific Advisory Committee Lead Review Panel |
| 2022-2023 | Co-Chair, Science Advisory Committee on Pest Control Products, Pest Management Regulatory Agency, Health Canada |
| 2022 | Invited Testimony, U.S. Congress, House Committee on Oversight and Reform, "Health and Environmental Dangers of Leaded Aviation Fuel" July 28th, 2022. |

## Editorial Boards

| | |
|---|---|
| 2000-2015 | Assistant Editor, *Environmental Research* |
| 2000-2008 | Deputy Editor, *Public Health Reports* |
| 2004 | Associate Editor, *Pediatrics* supplement on Children's Environmental Health |
| 2004-2017 | Editorial Board Member, *PLoS Medicine* |
| 2005-2014 | Editorial Board Member, *Breastfeeding Medicine* |
| 2007- | Editorial Board Member, *Environmental Health* |
| 2008-2012 | Editorial Review Board Member, *Environmental Health Perspectives* |
| 2012-2015 | Associate Editor, *Environmental Health Perspectives* |
| 2016 - | Advisor, *Environmental Health Perspectives* News Section |
| 2019-2021 | Section Editor, Controversies in Pediatrics, Pediatric Research |

## Societies and Organizations

| | |
|---|---|
| 1989-2008 | American Public Health Association |
| 1996-2015 | Academic Pediatric Association |
| 1997-2012 | American Association for the Advancement of Science |
| 2000-2008 | Society for Pediatric Research |
| 2001-2008 | American Pediatric Society |
| 2001-2016 | Specialty Fellow, American Academy of Pediatrics |
| 2006- | Fellow, Collegium Ramazzini |

2006-          Member, International Society for Environmental Epidemiology
2008-          Founding Member, International Society for Children's Health & the Environment
2011-2017   Secretary and Treasurer, International Society for Children's Health & the Environment
2012-          Member, International Society for Exposure Science
2017-2018   Vice-President, International Society for Children's Health and the Environment
2019-2021   President, International Society for Children's Health and the Environment

**Video and Website Production – <span style="color:blue">www.littlethingsmatter.ca</span>**

1. Canadian Environmental Health Atlas: A Portal to Discover the Promise of Environmental Health.
2. Shifting the Curve: The Impact of Toxins on ADHD in U.S. Children (video)
3. Little Things Matter: The Impact of Toxins on the Developing Brain (video)
4. Little Things Matter: The Impact of Toxins on Preterm Birth (video)
5. Prevention Paradox: Why We are Failing to Prevent Disease (video)
6. Little Things Matter: The Deadly Impact of Airborne Particles (video)
7. Cause or Cure: A Plea for Prevention (video)
8. Crime of the Century: The Failure to Prevent the Lead Pandemic (video)
9. The Impact of Fluoride on the Developing Brain (video)
10. Who is at Risk? The Impact of Toxic Chemicals on Children's Behaviors (video)
11. Little Things Matter: Going Organic (video)

**Original Research**

1. Lanphear BP. Deaths in Custody. American Journal Forensic Medicine & Pathology 1987;8:299-301.

2. Lanphear BP, Snider DE. Myths of Tuberculosis. J Occ Med 1991;33:501-504.

3. Linnemann CC Jr, Cannon C, DeRonde M, Lanphear BP. Effect of educational programs, rigid sharps containers, and universal precautions on reported needle-stick injuries in healthcare workers. Infection Control Hospital Epidemiology 1991;12:214-20.

4. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. Journal Occupational Med 1992;34:718-721.

5. Lanphear BP, Linnemann CC Jr, Cannon CG, DeRonde MM. Decline of clinical hepatitis B in workers at a general hospital. Clinical Infectious Disease 1993;11:10-14.

6. Lanphear BP, Linnemann CC Jr, Cannon C, DeRonde MM, Pendy L, Kerly L. Hepatitis C virus infection in health care workers. Infection Control Hospital Epidemiology 1994;15:745-750.

7. Lanphear BP, Emond M, Jacobs DE, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S. A side-by-side comparison of dust collection methods for sampling lead-contaminated house-dust. Environmental Research 1995;68:114-123.

8. Lanphear BP, Winter NL, Apetz L, Eberly S, Weitzman M. A randomized trial of the effect of dust control on children's blood lead levels. Pediatrics 1996;98:35-40.

9. Christy C, Pulcino M, Lanphear BP, McConnochie K. Screening for tuberculosis infection in urban children. Arch Pediatrics Adolescent Med 1996;150:722-726.

10. Lanphear BP, Weitzman M, Eberly S. Racial differences in environmental exposures to lead. American Journal of Public Health 1996;86:1460-1463.

11. Lanphear BP, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S, Emond M, Matte TD. Lead-contaminated house dust and urban children's blood lead levels. American Journal of Public Health 1996;86:1416-1421.

12. Lanphear B, Byrd R, Auinger P, Hall C. Increasing prevalence of recurrent otitis media among children in the United States. Pediatrics 1997. http://www.pediatrics.org/cgi/contents/full99/3/e1

13. Emond MJ, Lanphear BP, Watts A, Eberly S for the Rochester Lead-in-Dust Study Group. Measurement error and its impact on the estimated relationship between dust lead and children's blood lead. Environmental Research 1997;72:82-92.

14. Lanphear BP, le Cessie S, Atkinson WL, Watelet L. Association of live births and the resurgence of measles. International Journal Epidemiology 1997;26:204-211.

15. Rust SW, Burgoon DA, Lanphear BP, Eberly S. Log-additive versus log-linear analysis of lead-contaminated house dust and children's blood lead levels:  Implications for residential dust-lead standard. Environmental Research 1997;72:173-184.

16. Lanphear BP, Roghmann KJ. Pathways of lead exposure in urban children.  Environmental Research 1997;74:67-73.

17. Lanphear BP, Byrd RS, Auinger P, Schaffer S. Community characteristics associated with elevated blood lead levels in children. Pediatrics 1998;101:264-271.

18. Lanphear BP, Rust SW, Burgoon DA, Eberly S, Galke W. Environmental exposures to lead and urban children's blood lead levels. Environmental Research 1998;76:120-130.

19. Lanphear BP. The paradox of lead poisoning prevention. Science 1998;281:1617-1618.

20. Lanphear BP, Hall CB, Black J, Auinger P. Risk factors for the early acquisition of HHV-6 and HHV-7 infection in children. Pediatric Infectious Disease Journal 1998;17:792-795.

21. Lanphear BP, Matte TD, Rogers J, Clickner R, Dietz B, Bornschein RL, Succop P, Mahaffey KR, Dixon S, Galke W, Rabinowitz M, Farfel M, Rohde C, Schwartz J, Ashley P and Jacobs DE.  The contribution of lead-contaminated house dust and residential soil to children's blood lead levels: A pooled analysis of 12 epidemiologic studies. Environmental Research 1998;79:51-68.

22. Marron R, Lanphear BP, Kouides R, Dudman L, Manchester R, Christy C. Efficacy of informational letters on Hepatitis B immunization rates in university students.  J Am College Health 1998;47:123-127.

23.  Howard CR, Howard FM, Lanphear BP, deBlieck EA, Eberly S, Lawrence RA. Effect of early pacifier use on breastfeeding duration.  Pediatrics 1999;103. http//www.pediatrics.org/cgi/contents/full103/3/e33.

24.  Lanphear BP, Howard CR, Eberly S, Auinger P, Kolassa J, Weitzman M, Alexander K, Schaffer S. Primary prevention of childhood lead exposure: A randomized trial of dust control. Pediatrics 1999;103:772-777.

25.  Moss ME, Lanphear BP, Auinger P. Association of dental caries and blood lead levels among the U.S. population. JAMA 1999;281:2294-2298.

26.  Howard CR, de Blieck EA, ten Hoopen C, Howard F, Lanphear BP, Lawrence RA. Physiologic stability of newborns during cup and bottle-feeding. Pediatrics 1999;104:1204-1207.

27.  Steiner JF, Curtis P, Lanphear BP, Vu KO, Reid A. Federally-funded fellowship training in primary care research: perspectives of program directors.  Academic Medicine 2000;75:74-80.

28.  Stone KE, Lanphear BP, Pomerantz WJ, Khoury J. Injuries and deaths in children due to window-falls. Journal of Urban Health 2000;77:26-33.

29.  Mansour M, Lanphear BP, DeWitt TG. Barriers to asthma care among underserved, urban children. Pediatrics 2000;106:512-519.

30.  Lanphear BP, Eberly S, Howard CR. Long-term effect of dust control on children's blood lead levels. Pediatrics 2000 http//www.pediatrics.org/cgi/contents/full106/4/e48.

31.  Lanphear BP, Dietrich KN, Auinger P, Cox C. Cognitive deficits associated with blood lead levels <10 $\mu$g/dl in U.S. children and adolescents. Public Health Reports 2000;115:521-529.

32.  Lanphear BP, Aligne C, Auinger P, Byrd R, Weitzman M. Residential exposures associated with asthma in U.S. children. Pediatrics 2001;107:505-511.

33.  Lanphear BP, Kahn RS, Berger O, Auinger P, Bortnick S, Naahas R.  Contribution of residential exposures to asthma in US children and adolescents.  Pediatrics 2001. http://www.pediatrics.org/cgi/content/full/107/6/e98.

34.  Phelan KJ, Kalkwarf H, Khoury J, Lanphear BP.  Trends and patterns of playground injuries in U.S. children and adolescents. Ambulatory Pediatrics 2001;1:227-233.

35.  Mansour M, Lanphear BP, Hornung R, Khoury J, Bernstein DI, Menrath W, Decolongon J.  A side-by-side comparison of sampling methods for settled indoor allergens. Environ Res 2001;87:37-46.

36.  Haynes E, Lanphear BP, Tohn E, Farr N, Rhoads GG. The effect of dust control on children's blood lead concentrations: A systematic review. Env Health Perspect 2002;110:103-107.

37.  Lanphear BP, Hornung R, Ho M, Howard CR, Eberly S, Knauf K.  Environmental lead exposure during early childhood. Journal of Pediatrics 2002;140:40-47.

38.     Steiner JF, Lanphear BP, Curtis P, Vu KO.  The training and career paths of fellows in the National Research Service Award (NRSA) program for research in primary medical care. Acad Med 2002;77:712-718.

39.     Steiner JF, Lanphear BP, Curtis P, Vu KO.  Indicators of early research productivity among primary care fellows.  J Gen Intern Med 2002;17:845-851.

40.     Kalkwarf HJ, Khoury JC, Lanphear BP.  Milk intake in childhood and adolescence, adult bone density and osteoporotic fractures in U.S. women. Am J Clin Nut 2003;77:257-265.

41.     Howard CR, Howard FM, Lanphear BP, Eberly S, deBlieck EA, Oakes D, Lawrence RA.  A randomized trial of pacifier use and bottle-feeding and their effect on breastfeeding. Pediatrics 2003;111:511-518.

42.     Curtis P, Dickinson P, Steiner J, Lanphear BP, Vu K.  Building capacity for research in family medicine: Is the blueprint faulty? Family Medicine 2003;35:124-130.

43.     Lanphear BP, Succop P, Roda S, Henningsen G.  The effect of soil abatement on blood lead levels in children living near a former smelting and milling operation. Public Health Reports 2003;118:83-90.

44.     Canfield RL, Henderson CR, Cory-Slechta DA, Cox C, Jusko TA, Lanphear BP. Intellectual impairment in children with blood lead concentrations below 10 micrograms per deciliter. N Engl J Med 2003;348:1517-1526.

45.     Kahn RS, Khoury JC, Nichols WC, Lanphear BP. Role of dopamine transporter genotype and maternal prenatal smoking in childhood hyperactivity-impulsivity, inattentive and oppositional behaviors. Journal of Pediatrics 2003;143: 104-110.

46.     Auinger P, Kalkwarf HJ, Mansour M, Lanphear BP.  Trends in otitis media in US children. Pediatrics 2003:112:514-520.

47.     Haynes E, Kalkwarf H, Hornung R, Wenstrup R, Dietrich K, Lanphear B. Vitamin D Fok1 polymorphism and blood lead levels in children. Environ Health Persp 2003;111:1665-1669.

48.     Steiner JF, Curtis P, Lanphear BP, Vu KO, Main DS. Assessing the role of influential mentors in the research development of primary care fellows. Academic Medicine 2004:79:865-872.

49.     Yolton K, Auinger P, Dietrich KN, Lanphear BP, Hornung R.  Exposure to environmental tobacco smoke and cognitive abilities among US children and adolescents. Environ Health Persp 2005:113:98-103.

50.     Phelan KJ, Khoury J, Kalkwarf H, Lanphear BP. Residential injuries in US children and adolescents. Public Health Reports 2005;120:63-70.

51.     Wilson SE, Kahn RS, Khoury J, Lanphear BP. Racial differences in exposure to environmental tobacco smoke among children. Environ Health Perspect 2005;113:362-367.

52.    Lanphear BP, Hornung R, Ho M. Screening housing to prevent lead toxicity in children. Pub Health Rep 2005;120:305-310.

53.    Rosner D, Markowitz G, Lanphear BP. J. Lockhart Gibson and the discovery of the impact of lead pigments on children's health:  A review of a century of knowledge. Pub Health Rep 2005;120:296-300.

54.    Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J.  Low-level environmental lead exposure and children's intellectual function: An international pooled analysis.  Environ Health Perspect 2005;113:894-899. [erratum: Environ Health Perspect 2019;127: doi: 10.1289/EHP5685].

55.    Nagaraja J, Menkedick J, Phelan KJ, Ashley PJ, Zhang J, Lanphear BP. Deaths from residential injuries in US children and adolescents, 1985 to 1997.  Pediatrics 2005;116:454-61.

56.    Eskenazi B, Gladstone EA, Berkowitz GS, Drew CH, Faustman EM, Holland NT, Lanphear BP, Meisel SJ, Perera FP, Rauh VA, Sweeney A, Whyatt RM, Yolton K.  Methodologic and logistic issues in conducting longitudinal birth cohort studies: Lessons learned from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1419-1429.

57.    Eggleston PA, Diette G, Lipsett M, Lewis T, Tager I, McConnell R, Chrischilles E, Lanphear BP, Miller R, Krishnan J.  Lessons learned for the study of childhood asthma from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1430-1436.

58.    Spanier AJ, Hornung R, Lierl M, Lanphear BP.  Environmental exposures and exhaled nitric oxide in children with asthma. J Pediatrics 2006;149:220-226.

59.    Yuan W, Holland S, Cecil K, Dietrich K, Wessel SD, Altaye M, Hornung R, Ris M, Egelhoff J, Lanphear B.  The impact of early childhood lead exposure on brain organization: A functional magnetic resonance imaging study of language function. Pediatrics 2006;118:971-977.

60.    Howard CR, Lanphear N, Lanphear BP, Eberly S, Lawrence RA.  Parental responses to infant crying and colic: the effect on breastfeeding duration.  Breastfeeding Med 2006;1:146-155.

61.    Brinkman W, Geraghty S, Lanphear B, Khoury J, Gonzalez-Del-Rey J, DeWitt T, Britto M. Evaluation of resident communication skills and professionalism: A matter of perspective? Pediatrics 2006;118:1371-1379.

62.    Braun JM, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children.  Environ Health Perspect 2006;114:1904-1909.

63.   Brinkman WB, Geraghty SR, Lanphear BP, Khoury JC, Gonzalez-Del-Rey JA, DeWitt TG, Britto MT.  Effect of multisource feedback on resident communication skills and professionalism: a randomized controlled trial. Arch Pediatr Adolesc Med 2007;161:44-49.

64.   Wilson SE, Kahn RS, Khoury J, Lanphear BP.  The role of air nicotine in explaining racial differences in cotinine among tobacco-exposed children.  Chest 2007;131:856-862.

65.   Froehlich T, Lanphear BP, Dietrich KN, Cory-Slechta D, Wang N, Kahn RS.  Interactive effects of a DRD4 polymorphism, lead, and sex on executive functions in children.  Biol Psychiatry 2007:62:243-249.

66.   Froehlich TE, Lanphear BP, Epstein JN, Barbaresi WJ, Katusic SK, Kahn RS. Prevalence, recognition and treatment of attention-deficit/hyperactivity disorder in a national sample of US children.  Arch Pediatr Adolesc Med 2007;161:857-864.

67.   Landrigan PJ, Woolf AD, Gitterman B, Lanphear B, Forman J, Karr C, Moshier EL, Godbold J, Crain E. The Ambulatory Pediatric Association Fellowship in Pediatric Environmental Health: A five-year assessment. EHP 2007;115:1383-1387.

68.   Jusko TA, Henderson CR, Lanphear BP, Cory-Slechta DA, Parsons PJ, Canfield RL. Blood lead concentrations < 10 μg/dL and child intelligence at 6 years of age.  Environ Health Perspect 2008;116:243-248.

69.   Cecil KM, Brubaker CJ, Adler CM, Dietrich KN, Altaye M, Egelhoff JC, Wessel S, Elangovan I, Hornung R, Jarvis K, Lanphear BP.  Decreased brain volume in adults with childhood lead exposure.  PLoS Med 2008;5:e112.

70.   Wright JP, Dietrich KN, Ris MD, Hornung RW, Wessel SD, Lanphear BP, Ho M, Rae MN. Association of prenatal and childhood blood lead concentrations with criminal arrests in early adulthood.  PLoS Med 2008;5:e101.

71.   Spanier AJ, Hornung RW, Kahn RS, Lierl MB, Lanphear BP.  Seasonal variation and environmental predictors of exhaled nitric oxide in children with asthma.  Pediatr Pulmonol 2008;43:576-583.

72.   Braun JM, Froehlich TE, Daniels JL, Dietrich KN, Hornung R, Auinger P, Lanphear BP. Association of environmental toxicants and conduct disorder in U.S. children:  NHANES 2001-2004. Environ Health Perspect 2008;116:956-962.

73.   Yolton K, Khoury J, Hornung R, Dietrich KN, Succop P, Lanphear BP.  Environmental tobacco smoke exposure and child behaviors. J Dev Behav Pediatr 2008;29:456-463.

74.   Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2008;2:CD006047.

75.  Geraghty SR, Khoury JC, Morrow AL, Lanphear BP. Reporting individual test results of environmental chemicals in breastmilk: potential for premature weaning. Breastfeed Med. 2008;3:207-213.

76.  Spanier AJ, Kahn RS, Hornung RW, Wang N, Sun G, Lierl MB, Lanphear BP. Environmental exposures, nitric oxide synthase genes, and exhaled nitric oxide in asthmatic children. Pediatr Pulmonol. 2009;44:812-819.

77.  Hornung RW, Lanphear BP, Dietrich KN. Age of greatest susceptibility to childhood lead exposure: A new statistical approach. Environ Health Persp 2009;117:1309-1312.

78.  Phelan KJ, Khoury J, Xu Y, Lanphear BP. Validation of a HOME Injury Survey. Injury Prevention 2009:15:300-306.

79.  Braun J, Yolton K, Dietrich K, Hornung R, Ye X, Calafat AM, Lanphear BP. Prenatal Bisphenol A exposure and early childhood behavior. Environ Health Persp 2009;117:1945-1952.

80.  Yolton K, Khoury J, Xu Y, Succop P, Lanphear B, Bernert JT, Lester B.  Low-level prenatal exposure to nicotine and infant neurobehavior. Neurotoxicol Teratol. 2009;31:356-363.

81.  Froehlich T, Lanphear BP, Auinger P, Hornung R, Epstein JN, Braun J, Kahn RS. The association of tobacco and lead exposure with attention-deficit/hyperactivity disorder in a national sample of US children. Pediatrics 2009;124:e1054-1063.

82.  Brubaker CJ, Schmithorst VJ, Haynes EN, Dietrich KN, Egelhoff JC, Lindquist DM, Lanphear BP, Cecil KM. Altered myelination and axonal integrity in adults with childhood lead exposure: A diffusion tensor imaging study. Neurotoxicology 2009;30:867-875.

83.  Yolton K, Xu Y, Khoury J, Succop P, Lanphear B, Beebe DW, Owens J. Associations between secondhand smoke exposure and sleep patterns in children. Pediatrics. 2010;125:e261-268.

84.  Brubaker CJ, Dietrich KN, Lanphear BP, Cecil KM. The influence of age of lead exposure on adult gray matter volume. Neurotoxicology 2010;31:259-266.

85.  Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. Prenatal environmental tobacco smoke exposure and early childhood body mass index. Paediatr Perinat Epidemiol 2010;24:524-534.

86.  Kalkbrenner AE, Hornung RW, Bernert JT, Hammond SK, Braun JM, Lanphear BP. Determinants of serum cotinine and hair cotinine as biomarkers of childhood secondhand smoke exposure. J Expo Sci Environ Epidemiol 2010;20:615-624.

87.  Wilson SE, Baker ER, Leonard AC, Eckman M, Lanphear BP. Understanding preferences for disclosure of individual biomarker results among participants in a longitudinal birth cohort. J Med Ethics 2010;doi:10.1136/jme.2010.036517.

88. Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. A prospective cohort study of biomarkers of prenatal tobacco smoke exposure: The correlation between serum and meconium and their association with infant birth weight. Environmental Health 2010;9:53 (doi: 10.1186/1476-069X-9-53).

89. Braun JM, Kalkbrenner AE, Calafat AM, Bernert JT, Ye X, Barr DB, Sathyanarayana S, Lanphear BP. Variability and predictors of urinary Bisphenol A concentrations during pregnancy. Environ Health Perspect 2011;119:131-137.

90. Wilson SE, Talaska G, Kahn RS, Schumann B, Khoury J, Leonard AC, Lanphear BP. White blood cell DNA adducts in a cohort of asthmatic children exposed to environmental tobacco smoke. Int Arch Occup Environ Health 2011;84:19-27.

91. Lanphear BP, Hornung RW, Khoury J, Yolton K, Lierl M, Kalkbrenner AE. Effects of HEPA air cleaners on unscheduled asthma visits and asthma symptoms in children exposed to second hand tobacco smoke. Pediatrics 2011;127:93-101.

92. Phelan KJ, Khoury J, Xu Y, Liddy S, Hornung R, Lanphear BP. A randomized, controlled trial of home injury hazard reduction: The HOME Study. Arch Pediatrics Adolesc Medicine 2011;165:339-345.

93. Cecil KM, Dietrich KN, Altaye M, Egelhoff JC, Lindquist DM, Brubaker CJ, Lanphear BP. Proton magnetic resonance spectroscopy in adults with childhood lead exposure. Environ Health Perspect 2011;119:403-408.

94. Spanier AJ, Kahn RS, Xu Y, Hornung R, Lanphear BP. A comparison of biomarkers and parent report of tobacco exposure to predict wheeze. J Pediatrics 2011;159:776-782.

95. Braun J, Kalkbrenner A, Calafat A, Yolton K, Xiaoyun Y, Dietrich KN, Lanphear BP. Impact of early life bisphenol A exposure on behavior and executive function in children. Pediatrics 2011;128:873-882.

96. Sathyanarayana S, Braun JM, Yolton K, Liddy S, Lanphear BP. Case Report: High prenatal Bisphenol A exposure and infant behavior. Environ Health Perspect 2011;119:1170-1175.

97. Spanier AJ, Kahn RS, Hornung R, Lierl M, Lanphear BP. Associations of fraction of exhaled nitric oxide with beta agonist use in children with asthma. Pediatr Allergy Immunol Pulmonol. 2011 Mar;24(1):45-50.

98. Byars KC, Yolton K, Rausch J, Lanphear BP, Beebe DW. Prevalence, patterns and persistence of sleep problems in the first 3 years of life. Pediatrics 2012;129:276-284.

99. Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2012;2:CD006047.

100. Ciesielski T, Weuve J, Bellinger DC, Schwartz J, Lanphear B, Wright RO. Cadmium exposure and neurodevelopmental outcomes in U.S. children. Environ Health Persp 2012;120:758-763.

101. Beebe DW, Rausch J, Byars K, Lanphear B, Yolton K. Persistent snoring in preschool children: predictors and behavioral and developmental correlates. Pediatrics 2012;130:382-389.

102. Spanier AJ, Kahn RS, Kunselman AR, Hornung R, Xu Y, Calafat A, Lanphear BP. Prenatal exposure to Bisphenol A and childhood wheeze from birth to 3 years of age. Environ Health Perspect 2012;120:916-920. http://dxdoi.org/10.1289/ehp.1104175. (Recipient of the Michael Shannon Young Investigator Award, Denver, Colorado, April 30th, 2011.)

103. Rauch S, Braun J, Barr DB, Calafat A, Montesanto A, Yolton K, Khoury J, Lanphear BP. Associations of prenatal exposure to organophosphate pesticides with gestational age and birth weight Env Health Perspect 2012;120:1055-1060. http://dx.doi.org/10.1289/ehp.1104615.

104. Hayward I, Malcoe LH, Cleathero LA, Janssen PA, Lanphear BP, Hayes MV, Mattman A, Pampalon R, Venners SA. Investigating maternal risk factors as potential targets of intervention to reduce socioeconomic inequality in small for gestational age: a population-based study. BMC Public Health. 2012;13;12:333.

105. Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology. 2012;33:1040-1047.

106. Budtz-Jorgenson E, Bellinger D, Lanphear BP, Grandjean P on behalf of the International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Analysis 2013;33:450-461.

107. Oulhote Y, Le Tertre A, Etchevers A, Le Bot B, Lucas J-P, Mandin C, Le Strat Y, Lanphear B, Gleorennec P. Implications of different residential lead standards on children's blood lead levels in France: Predictions based on a national cross-sectional survey. Int J Hygiene Health. 2013;216:743-750.

108. Sathyanarayana S, Alcedo G, Saelens BE, Zhou C, Dills RL, Lanphear B. Unexpected results in a randomized dietary trial to reduce phthalate and bisphenol A exposures. J Exp Science Environ Epidemiol 2013. doi.10.1038/jes.2013.9

109. Spanier A, Wilson S, Ho M, Hornung R, Lanphear BP. The contribution of housing renovation to children's blood lead levels: a cohort study. Environmental Health 2013;12:72.

110. Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G, Fredette P, Smith G, Walker M, Shear R, Dodds L, Ettinger AS, Weber JP, D'Amour M,

Legrand M, Kumarathasan P, Vincent R, Luo ZC, Platt RW, Mitchell G, Hidiroglou N, Cockell K, Villeneuve M, Rawn DF, Dabeka R, Cao XL, Becalski A, Ratnayake N, Bondy G, Jin X, Wang Z, Tittlemier S, Julien P, Avard D, Weiler H, Leblanc A, Muckle G, Boivin M, Dionne G, Ayotte P, Lanphear B, Séguin JR, Saint-Amour D, Dewailly E, Monnier P, Koren G, Ouellet E. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol. 2013 Jul;27(4):415-25. doi: 10.1111/ppe.12061.

111.   Braun JM, Kalkbrenner A, Just AC, Yolton K, Sjodin A, Hauser R, Webster GM, Chen A, Lanphear BP. Gestational exposure to endocrine disrupting chemicals and reciprocal social, repetitive and stereotypic behaviors in 4 and 5 year old children. Environ Health Perspect 2014;122:513-520. (CEHN Article of the Month August, 2014.)

112.   Phelan KJ, Morrongiello B, Khoury J, Xu Y, Liddy S, Lanphear BP. Maternal supervision of children during their first 3 years of life: the influence of maternal depression and child gender. J Pediatr Psychol 2014;39:349-357.

113.   Chen A, Yolton K, Rauch S, Webster GM, Hornung R, Sjodin A, Dietrich KN, Lanphear BP. Cognitive deficits and behavior problems in children with prenatal PBDE Exposure. Environ Health Perspect 2014;122:856-862. (CEHN Article of the Month, September, 2014.)

114.   Kato K, Wong L-Y, Chen A, Dunbar C, Webster G, Lanphear B, Calafat, A. Changes in serum concentrations of maternal poly- and perfluoroalkyl substances over the course of pregnancy and predictors of exposure in a multiethnic cohort of Cincinnati, Ohio pregnant women during 2003–2006. Environmental Science & Technology 2014;48:9600-9608.

115.   Watkins DJ, Eliot M, Sathyanarayana S, Calafat AM, Yolton K, Lanphear BP, Braun JM. Variability and Predictors of Urinary Concentrations of Phthalate Metabolites during Early Childhood. Environ Sci Technol. 2014;48:9600-9608.

116.   Braun JM, Lanphear BP, Calafat AM, Deria S, Khoury J, Howe CJ, Venners SA. Early-life Bisphenol A exposure and child body mass index: A prospective cohort study. Environ Health Perpect 2014;122:1239-1245.

117.   Prasodjo A, Pfeiffer CM, Fazili Z, Xu Y, Liddy S, Yolton K, Savitz DA, Lanphear BP, Braun JM. Serum cotinine and whole blood folate concentrations in pregnancy. Ann Epidemiol. 2014;24:498-503.e1. doi: 10.1016/j.annepidem.2014.04.004.

118.   Spanier AJ, Kahn RS, Kunselman AR, Schaefer EW, Hornung RW, Xu Y, Calafat AM, Lanphear BP. Bisphenol A exposure and the development of wheeze and lung function in children through age 5 years. JAMA Pediatrics 2014;168:1131-1137.

119.   Evens A, Hryhorczuk D, Lanphear BP, Rankin KM, Lewis DA, Forst L, Rosenberg D. The impact of low-level lead toxicity on school performance among children in the Chicago Public

Schools: a population-based retrospective cohort study. Environ Health 2015;14:21 DOI 10.1186/s12940-015-0008-9.

120. Romano ME, Webster GM, Vuong AM, Zoeller RT, Chen A, Hoofnagle AN, Calafat AM, Karagas MR, Kimberly Yolton K, Lanphear BP, Braun JM. Gestational urinary bisphenol A and maternal and newborn thyroid hormone concentrations: the HOME Study. Environmental Research 2015;138:453-460.

121. Barnard H, Rao R, Xu Y, Froehlich T, Epstein J, Lanphear BP, Yolton K. Association of the Conners' Kiddie J Continuous Performance Test (K-CPT) and Parent-Report Measures of Behaviors and Executive Functioning. Atten Disord. 2015 pii:1087054715578271. PMID: 25846228

122. Vuong AM, Webster GM, Romano ME, Braun JM, Zoeller RT, Hoofnagle AN, Sjödin A, Yolton K, Lanphear BP, Chen. Maternal polybrominated diphenyl ether (PBDE) exposure and thyroid hormones in maternal and cord sera: the HOME Study, Cincinnati, USA. Environ Health 2015;123:1079-1085. PMID: 25893858.

123. Werner EF, Braun JM, Yolton K, Khoury JC, Lanphear BP. The association between maternal urinary phthalate concentrations and blood pressure in pregnancy: the HOME Study. Environ Health 2015;14:75 doi:10.1186/s12940-015-0062-3.

124. Melissa Wagner-Schuman, Jason Richardson, Peggy Auinger, Joseph Braun, Bruce Lanphear, Jeffrey N. Epstein, Kimberly Yolton and Tanya E Froehlich. Association of Pyrethroid Pesticide Exposure with Attention-Deficit/Hyperactivity Disorder in a Nationally Representative Sample of U.S. Children. Environmental Health 2015;28:14:44 DOI 10.1186/s12940-015-0030-y.

125. Buckley JP, Engel SM, Braun JM, Whyatt RM, Daniels JL, Mendez MA, Richardson DB, Xu Calafat AM, Lanphear BP, Wolff MS, Herring AH, Rundle AG. Prenatal phthalate exposures and body mass index among 4 to 7 year old children: A pooled analysis. Epidemiology 2016;27:449-58. doi: 10.1097/EDE.0000000000000436.

126. Engel SM, Bradman A, Wolff MS, Rauh VA, Harley KG, Yang JH, Hoepner L, Barr DB, Yolton K, Vedar MG, Xu Y, Hornung RW, Wetmur JG, Chen J, Holland N, Perera FP, Whyatt RM, Lanphear BP, Eskenazi B. Prenatal organophosphorous pesticide exposure and child neurodevelopment at 24 months: an analysis of four birth cohorts. EHP 2016;124:822-830.

127. Braun JM, Chen A, Romano ME, Calafat AM, Webster GM, Yolton K, Lanphear BP. Prenatal perfluoroalkyl substance exposure and child adiposity at 8 years of age: The HOME Study. Obesity 2016;24:231-237.

128.   Webster GM, Rauch SA, Ste Marie N, Mattman A, Lanphear BP, Venners SA. Cross-sectional associations of serum perfluoroalkyl acids and thyroid hormones in U.S. adults: variation according to TPOAb and Iodine status. Environ Health Persp 2016124935-942. doi: 10.1289/ehp.1409589.

129.   Braun JM, Kalloo G, Chen A, Dietrich KN, Liddy-Hicks S, Morgan S, Xu Y, Yolton K, Lanphear BP. Cohort Profile: The Health Outcomes and Measures of the Environment (HOME) Study. Int J Epidemiol 2017;46:24 doi: 10.1093/ije/dyw006.

130.   Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. The relationship between atmospheric lead pollution and aggressive crime: An ecologic study. Environ Health 2016;15:23. doi: 10.1186/s12940-016-0122-3.

131.   Harley KG, Engel SM, Vedar MG, Eskenazi B, Whyatt RM, Lanphear BP, Bradman A, Rauh VA, Yolton K, Hornung RW, Wetmur JG, Chen J, Holland NT, Barr DB, Perera FP, Wolff MS. Prenatal exposure to organophosphorous pesticides and fetal growth: pooled results from four longitudinal birth cohort studies. Env Health Perspect 2016;124:1084-1092.

132.   Vuong AM, Yolton K, Webster GM, Sjodin A, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether and perfluoroalkyl substance exposures and executive function in school-age children. Env Res 2016;147:556-564.

133.   Stacy SL, Eliot M, Calafat AM, Chen A, Lanphear BP, Hauser R, Papandonatos GD, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary Bisphenol A concentrations during childhood. Environ Sci Tech 2016;50:5981-5990.

134.   Romano ME, Xu Y, Calafat AM, Yolton K, Chen A, Webster GM, Eliot MN, Howard CR, Lanphear BP, Braun JM. Maternal serum perfluoralkyl substances during pregnancy and duration of breastfeeding. Env Res 2016;149:239-246.

135.   Shoaff JR, Romano ME, Yolton K, Lanphear BP, Calafat AM, Braun JM. Prenatal phthalate exposure and infant size at birth and gestational duration. Env Res 20161;50:52-58.

136.   Tewar S, Auinger P, Braun JM, Lanphear B, Yolton K, Epstein JN, Froehlich TE.  Association of bisphenol A exposure and attention-deficit/hyperactivity disorder in a national sample of U.S. children. Environ Res 2016;150:112-118.

137.   Vuong AM, Braun JM, Sjodin A, Webster GM, Yolton K, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether exposure and body mass index in children up to 8 years of age. Environ Health Perspect 2016;124:1891-1897.

138.   Donauer S, Altaye M, Xu Y, Sucharew H, Succop P, Calafat AM, Khoury JC, Lanphear B, Yolton K. An observational study to evaluate associations between low-level gestational

exposure to organophosphate pesticides and cognition during early childhood. Am J Epidemiol 2016;184:410-418.

139.  Percy Z, Xu Y, Sucharew H, Khoury JC, Calafat AM, Braun JM, Lanphear BP, Chen A, Yolton K. Gestational exposure to phthalates and gender-related play behaviors in 8-year old children: an observational study. Environ Health 2016;15:doi: 10.1186?s12940-016-0171-7.

140.  Blackowicz MJ, Hryhorczuk DO, Rankin KM, Lewis DA, Haider D, Lanphear BP, Evens A. The impact of low-level lead toxicity on school performance among Hispanic subgroups in the Chicago Public Schools. Int J Environ Res Public Health 2016 doi: 10.3390/ijerph13080774.

141.  Ernhardt J, Xu Y, Khoury J, Yolton, Lanphear B, Phelan K. Cognitive and motor abilities of young children and risk of injuries in the home. Inj Prev 2016 doi: 10.1136/injuryprev-2016-042031.

142.  Zhang H, Yolton K, Webster GM, Sjodin A, Calafat AM, Dietrich KN, Xu Y, Xie C, Braun JM, Lanphear BP, Chen A. Prenatal PBDE and PCB exposures and reading, cognition and externalizing behaviours in children. Environ Health Perspect 2017;125:746-752.

143.  Braun JM, Bellinger DC, Hauser R, Wright RO, Chen A, Calafaat AM, Yolton K, Lanphear BP. Prenatal phthalate, triclosan and bisphenol A exposures and child visual-spatial abilities. Neurotoxicology 2017;58:75-83.

144.  Vuong AM, Braun JM, Yolton K, Xie C, Webster GM, Sjodin A, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether exposure and visual spatial abilities in children. Env Res 2017;153:83-92.

145.  Etzel T, Calafat A, Ye X, Chen A, Lanphear BP, Savitz D, Yolton K, Braun J. Urinary triclosan concentrations during pregnancy and birth outcomes. Environ Res 2017;156:505-511.

146.  Pell T, Eliot M, Chen A, Lanphear BP, Yolton K, Sathyanarayana S, Braun JM. Parental concern about environmental chemical exposures and children's urinary concentrations of phthalates and phenols. J Pediatr 2017;186:138-144.e3.

147.  Millenson ME, Braun JM, Calafat AM, Barr DB, Huang YT, Chen A, Lanphear BP, Yolton K. Urinary organophosphate insecticide metabolite concentrations during pregnancy and children's interpersonal, communication, repetitive, and stereotypic behaviors at 8 years of age: The HOME Study. Environ Res 2017;157:9-16.

148.  Stacy SL, Eliot M, Etzel T, Papandonatos GD, Calafat AM, Chen A, Hauser R, Lanphear BP, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary triclosan concentrations during pregnancy and childhood. Environ Sci Technol 2017 (in press).

149. Stacy SL, Papandonatos GD, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life bisphenol A exposure and neurobehavior at 8 years: identifying windows of heightened vulnerability. Environ Int 2017107:258-265.

150. Lam J, Lanphear BP, Bellinger D, Axelrad DA, McPartland J, Sutton P, Davidson L, Daniels N, Sen S, Woodruff TJ. Developmental PBDE exposure and IQ/ADHD in childhood: A systematic review and meta-analysis. Environ Health Persp 2017;125:086001. doi: 1289/EHP1632.

151. Braun JM, Yolton K, Stacy SL, Erar B, Papandonatas GD, Bellinger DC, Lanphear BP, Chen A. Prenatal environmental chemical exposures and longitudinal patterns of child neurobehavior. Neurotoxicology 2017;62:192-199.

152. Rosen-Carole CB, Auinger P, Howard CR, Brownell EA, Lanphear BP. Low-level prenatal toxin exposure and breastfeeding duration. A prospective cohort study. Matern Child Health J. 2017;doi: 10.1016/j.neuro.2017.07.027.

153. Vuong AM, Yolton K, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) exposure and neurobehavior in children at 8 years. Env Res 2017;158:8677-684.

154. Braun JM, Muckle G, Arbuckle T, Bouchard MF, Fraser WD, Ouellet E, Seguin JR, Oulhote Y, Webster GM, Lanphear BP. Associations of prenatal urinary bisphenol A concentrations with child behaviors and cognitive abilities. Environ Health Perspect 2017;125(6):067008. doi: 10.1289EHP984.

155. Kingsley SL, Kelsey KY, Butler R, Chen A, Eliot MN, Romano ME, Houseman A, Koestler DC, Lanphear BP, Yolton K, Braun JM. Maternal serum PFOA concentration and DNA methylation in cord blood: A pilot study. Environ Res 2017;158:174-178.

156. Poropat AE, Laidlaw MAS, Lanphear B, Ball A, Mielke HW. Blood lead and preeclampsia: A meta-analysis and review of implications. Environ Res 2017;160:12-19.

157. Shoaff J, Papandonatos GD, Calafat AM, Xe X, Chen A, Lanphear BP, Yolton K, Braun JM. Early-life phthalate exposure and adiposity at 8 Years of Age. Environ Health Persp 2017;125:097008. doi: 10.1289/EHP1022.

158. Vuong AM, Yolton K, Poston KL, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether (PBDE) exposure and measures of inattention and impulsivity in children. Neurotoxicol Teratol 2017;64:20-28.

159. Zhang H, Yolton K, Webster GM, Ye X, Xie C, Calafat AM, Dietrich KN, Braun JM, Lanphear BP, Chen A. Prenatal and childhood perfluoroalkyl substance exposures and children's

reading skills at ages 5 and 8 years. Environ Int 2017;111:224-231. doi: 1016/j.envint.2017.11.031. PMID: 29241079

160.  Woods MM, Lanphear BP, Braun JM, McCandless LC. Gestational exposure to endocrine disrupting chemicals in relation to infant birth weight: A Bayesian analysis of the HOME Study. Environ Health 2017;16:115. doi: 10.1186/s12940-017-0332-3.

161.  Vuong AM, Yolton K, Dietrich KN, Braun JM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) and child behavior: Current findings and future directions. Horm Behav 2017 doi: 10.1016/j.yhbeh.2017.11.008.

162.  Landrigan PJ, Fuller R, Acosta NJR, Adeyi O, Arnold R, Basu NN, Baldé AB, Bertollini R, Bose-O'Reilly S, Boufford JI, Breysse PN, Chiles T, Mahidol C, Coll-Seck AM, Cropper ML, Fobil J, Fuster V, Greenstone M, Haines A, Hanrahan D, Hunter D, Khare M, Krupnick A, Lanphear B, Lohani B, Martin K, Mathiasen KV, McTeer MA, Murray CJL, Ndahimananjara JD, Perera F, Potočnik J, Preker AS, Ramesh J, Rockström J, Salinas C, Samson LD, Sandilya K, Sly PD, Smith KR, Steiner A, Stewart RB, Suk WA, van Schayck OCP, Yadama GN, Yumkella K, Zhong M. The Lancet Commission on Pollution and Health. Lancet 2017 pii: SO140-6736(17)32345-0. doi: 10.1016/S0140-6736(17)32345-0. PMID: 29056410.

163.  Lanphear BP, Rauch S, Auinger P, Allen R, Hornung RW. Low-level lead exposure and mortality in US adults: a population-based cohort study. Lancet Public Health 2018; https://doi.org/10.1016/S2468-2667(18)30025-2

164.  Kalloo G, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life triclosan exposure and child adiposity at 8 years of age: a prospective cohort study. Environ Health 2018;17:24. doi: 10.1186/s12940-018-0366-1.

165.  Braun JM, Chen A, Hoofnagle A, Papandonatos GD, Jackson-Browne M, Hauser R, Romano ME, Karagas MR, Yolton, Zoeller TR, Lanphear BP. Associations of early-life urinary triclosan concentrations with maternal, neonatal, and child thyroid hormone levels. Horm Behav 2018;101:77-84.

166.  Taylor MP, Forbes MK, Opeskin B, Parr, N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: An ecological study. Environ Health 2018;17:10. Doi: 10.1186/s12940-018-0354-5.

167.  Etzel T, Muckle G, Arbuckle TE, Fraser WD, Ouellet E, Seguin JR, Lanphear B, Braun JM. Prenatal urinary triclosan concentrations and child neurobehavior. Env Int 2018;114:152-159. doi: 10.1016/j.envint.2018.02.032.

168.  Romano ME, Eliot MN, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM. Maternal urinary phthalate metabolites during pregnancy and

thyroid hormone concentrations in maternal and cord sera: The HOME Study. Int J Hyg Environ Health 2018;221:623-631. doi: 10.1016/j.ijheh.2018.03.010.

169. Jackson-Brown MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Identifying vulnerable periods of neurotoxicity to triclosan exposure in children. Environ Health Perspect 2018;126:057001. doi:  10.1289/EHP2777.

170. Kingsley SL, Eliot MN, Kelsey KT, Calafat AM, Ehrlich S, Lanphear BP, Chen A, Braun JM. Variability and predictors of serum perfluoralkyl substance concentrations during pregnancy and early childhood. Environ Res 2018;165:247-257. PMID: 29734025

171. Barn P, Gombojav E, Ochir C, Laagan B, Beejin B, Naidan G, Boldbaatar B, Galsuren J, Byambaa T, Janes C, Janssen PA, Lanphear BP, Takaro TK, Venners SA, Webster GM, Yuchi W, Palmer CD, Parsons PJ, Roh YM, Allen RW. The effect of portable HEPA filter air cleaners on indoor PM2.5 concentrations and second-hand tobacco smoke exposure among pregnant women in Ulaanbaatar, Mongolia: The UGGAR randomized controlled trial. Sci Total Environ 2018;615:1379-1389.

172. Braun JM, Kalkwarf HJ, Papandonatos GD, Chen A, Lanphear BP. Patterns of early life body mass index and childhood overweight and obesity status at 8 years of age. BMC Pediatrics 2018;11:161. doi: 10.1186/s12887-018-1124-9.

173. Vuong AM, Braun JM, Webster GM, Zoeller TR, Hoofnagel AN, Sjodin A, Yolton K, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) exposures and thyroid hormones in children at 3 years. Environ Int 2018;117:339-347.

174. Li N, Yolton K, Lanphear BP, Chen A, Kalkwarf HJ, Braun JM. Impact of early-life weight status on cognitive abilities in children. Obesity 2018;26:1088-1095.

175. Oulhote Y, Tremblay E, Arbuckle TE, Fraser WD, Lemelin JP, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Dionne G, Lanphear BP, Muckle G. Prenatal exposure to polybrominated diphenyl ethers and predisposition to frustration at 7 months. Env Int 2018;119:79-88.

176. Vuong AM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood perfluororalkyl substance exposure and executive function in children at 8 years. Env Int 2018;119:212-219.

177. Vuong AM, Braun JM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Dietrich KN, Lanphear BP, Chen A. Prenatal and childhood exposure to perfluoroalkyl substances and measures of attention, impulse control and visual spatial abilities. Env Int 2018;119:413-420.

178. Braun JM, Hornung R, Chen A, Dietrich KN, Jacobs DE, Jones R, Khoury JC, Liddy-Hicks S, Morgan S, Baez Vanderbeek S,  Xu Yingying, Yolton K, Lanphear BP. Effect of residential

lead-hazard interventions on childhood blood lead concentrations and neurobehavioral outcomes. JAMA Pediatrics 2018:doi:10.1001/jamapediatrics.2018.3282.

179.   Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Profiles and predictors of environmental chemical mixture exposure among pregnant women: The Health Outcomes and Measures of the Environment Study. Environ Sci Technol 2018;52:10104-10113.

180.   Barn P, Gombojav E, Ochir C, Boldbaatar B, Laagan B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. The effect of portable HEPA filter air cleaner use during pregnancy on fetal growth: The UGAAR randomized controlled trial pregnant Environ Int 2018;121:981-989.

181.   Buck CO, Eliot MN, Kelsey KT, Calafat AM, Chen A, Ehrlich S, Lanphear BP, Braun JM. Prenatal exposure to perfluoralkyl substances and adipocytokines: the HOME Study. Pediatr Res 2018;doi: 10.1038/s41390-018-0170-1.

182.   Shoaff J, Papandonatos GD, Calafat AM, Chen A, Lanphear BP, Ehrlich S, Kelsey KT, Braun JM. Prenatal exposure to perfluoralkyl substances: infant birth weight and early life growth. Environ Epidemiol 2018;doi:10.1097/EE9.0000000000000010.

183.   Sears CG, Braun JM, Ryan PH, Xu Y, Werner EF, Lanphear BP, Wellenius GA. The association of traffic-related air and noise pollution with maternal blood pressure and hypertensive disorders of pregnancy in the HOME Study cohort. Env Int 2018;121:574-581.

184.   Li N, Arbuckle TE, Muckle G, Lanphear BP, Boivin M, Chen A, Dodds L, Fraser WD, Ouellet E, Seguin JR, Velez MP, Yolton K, Braun JM. Associations of cord blood leptin and adiponectin with children's cognitive abilities. Psychoneuroendocrinology 2019;99:257-264.

185.   Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier A, Ayotte P, Muckle G, Lanphear B. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environmental Health Perspectives 2018;126:107001.

186.   Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool children. Environ Int 2018;121:1235-1242.

187.   Goetz AR, Beebe DW, Peugh JL, Mara CA, Lanphear BP, Braun JM, Yolton K, Stark LJ. Sleep 2018;doi:1093/sleep/zsy214.

188.   Pagalan L, Bickford C, Weikum W, Lanphear BP, Brauer M, Lanphear N, Hanley GE, Oberlander TF, Winters M. Association of prenatal exposure to air pollution with autism spectrum disorder. JAMA Pediatrics 2018;doi:10.1001/jamapediatrics.2018.3101.

189.   Yuchi W, Gombojav E, Boldbaatar B, Galsuren J, Enkhmaa S, Beejin B, Naidan G, Ochir C, Legtseg B, Byambaa T, Henderson SB, Janes CR, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. Evaluation of random forest regression and multiple linear regression for predicting indoor fine particulate matter concentrations in a highly polluted city. Environ Pollut 2018;16:746-753.

190.   Liang H, Vuong AM, Xie C, Webster GM, Sjodin A, Yuan W, Miao M, Braun JM, Dietrich KN, Yolton K, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) serum concentrations and reading ability at ages 5 and 8 years: The HOME Study. Environ Int 2018;doi:10.1016/j.envint.2018.11.026.

191.   Vuong AM, Braun JM, Wang Z, Yolton K, Xie C, Sjodin A, Webster GM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) during childhood and adiposity measures at age 8 years. Environ Int 2019;123:148-155.

192.   Patel NB, McCandless LC, Chen A, Yolton K, Braun J, Jones RL, Dietrich KN, Lanphear BP. Very-low-level prenatal mercury exposure and behaviors in children: The HOME Study. Environ Health 2019;18:4 doi: 10.1186/s12940-018-0443-5.

193.   Landrigan PJ, Braun JM, Crain EF, Forman J, Galvez M, Gitterman BA, Halevi G, Karr C, Mall JK, Paulson JA, Woolf AD, Lanphear BP, Wright RO. Building capacity in Pediatric Environmental Health. Acad Pediatr 2019 doi: 10.1016/j.acap.2019.01.001

194.   Jackson-Browne MS, Papandonatos GD, Chen A, Yolton K, Lanphear BP, Braun JM. Early-life triclosan exposure and parent-reported behavior problems in 8-year-old children. Environ Int 2019. doi: 10.1016/j.envint.201901.021

195.   Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Prenatal and childhood exposure to poly- and perfluoroalkyl substances (PFAS) and cognitive development in children at 8 years. Environ Res 2019;172:242-248.

196.   Bernardo BA, Lanphear BP, Venners SA, Arbuckle TE, Braun JM, Muckle G, Fraser WD, McCandless LC. Assessing the relation between plasma PCB concentrations and elevated autistic behaviours using Bayesian predictive odds ratios. Int J Environ Res Public Health 2019;16:pii: E457. Doi: 10.3390/ijerph16030457.

197.   Braun JM, Li N, Arbuckle TE, Dodds L, Massarelli I, Fraser WD, Lanphear BP, Muckle G. Association between gestational urinary bisphenol A concentrations and adiposity in young children: The MIREC Study. Environ Res 2019;172:454-461.

23

198.  Li N, Papandonatos GD, Calafat AM, Yolton K, Lanphear BP, Chen A, Braun JM. Identifying periods of susceptibility to the impact of phthalates on children's cognitive abilities. Environ Res 2019;172:604-614.

199.  Buck CO, Eliot MN, Kelsey KT, Chen A, Kalkwarf H, Lanphear BP, Braun JM. Neonatal adipocytokines and longitudinal pattern of childhood growth. Obesity 2019;27:1323-1330.

200.  Kingsley SL, Walker DI, Calafat AM, Chen A, Papandonatos GD, Xu Y, Jones DP, Lanphear BP, Pennell KD, Braun JM. Metabolomics of childhood exposure to perfluoroalkyl substances: a cross-sectional study. Metabolomics 2019;15:95. doi: 10.1007/s11306-019-1560-z.

201.  Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier A, Neufeld R, Ayotte P, Muckle G, Till C. Association between maternal fluoride exposure during pregnancy and IQ scores in Canada. JAMA Pediatrics doi: 10.1001/jamapediatrics.2019.1729.

202.  Ashley-Martin J, Dodds L, Arbuckle TE, Lanphear B, Muckle G, Bouchard MF, Fisher M, Asztalos E, Foster W, Kuhle S. Blood metal levels and early childhood anthropometric measures in a cohort of Canadian children. Environ Res 2019;179 doi:10.1016/j.envres.2019.108736.

203.  Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC, Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H. Improving and expanding estimates of the global burden of disease due to environmental health risk factors. Environ Health Perspect 2019; doi: 10.1289/EHP5496.

204.  Barn P, Gombojav E, Ochir C, Boldbaatar B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Palmer CD, Allen RW. Coal smoke, gestational cadmium exposure and fetal growth. Environ Res 2019;179:doi:10.1016/j.envres.2019.108830.

205.  Percy Z, La Guardia La MJ, Xu Y, Hale RC, Dietrich KN, Lanphear BP, Yolton K, Vuong AM, Cecil KM, Braun JM, Xie C, Chen A. Concentrations and loadings of organophosphate and replacement brominated flame retardants in house dust from the HOME Study during the PBDE phase-out. Chemosphere 2020;239:doi: 10.1016/j.chemosphere.2019.124701.

206.   Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Romano ME, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Exposures to chemical mixture during pregnancy and neonatal outcomes. Environ Int 2019;134:doi:10.1016/j.envint.2019.105219.

207. Oulhoute Y, Lanphear B, Braun JM, et al. Gestational exposures to phthalates and folic acid and autistic traits in Canadian children. Environ Health Perspect 2020;128:27004 doi: 10.1289/EHP5621.

208. Percy Z, Vuong AM, Calafat AM, La Guardia MJ, Xu Y, Hale RC, Dietrich KN, Xie C, Lanphear BP, Braun JM, Cecil KM, Yolton K, Chen A. Organophosphate esters in a cohort of pregnant women: Variability and predictors of exposure. Environ Res 2020;184:109255. doi: 10.1016/j.envres.2020.109255.

209. Sears CG, Lanphear BP, Calafat AM, Chen A, Skarah J, Xu Y, Yolton K, Braun JM. Lowering urinary phthalate metabolite concentrations among children by reducing contaminated dust in housing units: A randomized controlled trial and observational study. Environ Sci Technol 2020;54:4327-4335.

210. Jackson-Browne MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Gestational and childhood urinary triclosan concentrations and academic achievement among 8-year old children. Neurotoxicology 2020;78:170-176.

211. Lebeaux RM, Doherty BT, Gallagher LG, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM, Romano ME. Maternal serum perfluoroalkyl substance mixtures and thyroid hormone concentrations in maternal and cord sera: The HOME Study. Environ Res 2020;185:109395. doi: 10.1016/j.envres.2020.109395.

212. Vuong AM, Yolton K, Braun JM, Sjodin A, Calafat AM, Xu Y, Dietrich KN, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) and poly- and perfluoroalkyl substance (PFAS) exposures during pregnancy and maternal depression. Environ Intl 2020;139:105694. doi: 10.1016/j.envint.2020.105694.

213. Arbuckle TE, MacPherson S, Foster WG, Sathyanarayana S, Fisher M, Monnier P, Lanphear BP, Muckle G, Fraser WD. Prenatal exposure to phthalates and male reproductive system development. Reprod Toxicol 2020;94:31-39.

214. Braun JM, Buckley JP, Cecil KM, Chen A, Kalkwarf HJ, Lanphear BP, Xu Y, Woeste A, Yolton K. Adolescent follow-up in the Health Outcomes and Measures of the Environment (HOME) Study; Cohort profile. BMJ Open 2020;10:e034838. doi: 10.1136/bmjopen-2019-034838.

215. Hu JMY, Arbuckle TE, Janssen P, Lanphear BP, Braun JM, Platt RW, Chen A, Fraser WD, McCandless LC. Associations of prenatal urinary phthalate exposure with preterm birth: The Maternal-Infant Research on Environmental (MIREC) Chemicals. Can J Public Health 2020;doi: 17269/s41997-020-00322-5.

216. Polevoy C, Arbuckle TE, Oulhote Y, Lanphear BP, Cockell KA, Muckle G, Saint-Amour D. Prenatal exposure to legacy contaminants and visual acuity in Canadian infants: a maternal-

infant research on environmental chemicals study. Environ Health 2020;19:14. doi: 10.1186/s12940-020-0567-2.

217. Oh K, Xu Y, Terrizzi BF, Lanphear B, Chen A, Kalkbrenner AE, Yolton K. Association between early low-level tobacco smoke exposure and executive function at age 8 years. J Pediatr 2020;221:174-180.e1.doi: 10.1016/j.jpeds.2019.11.032.

218. Marshall AT, Betts S, Kan EC, McConnell R, Lanphear BP, Sowell ER. Association of lead-exposure risk and family income with childhood brain outcomes. Nat Med 2020;26:91-97.

219. Doherty BT, Kosarek N, Hoofnagle AN, Xu Y, Zoeller RT, Yolton K, Chen A, Lanphear BP, Romano ME. Maternal, cord, and three-year-old child serum thyroid hormone concentrations in the Health Outcomes and Measures of the Environment Study. Clin Endocrinol 2020:366-372. doi: 10.1111/cen.14151.

220. Braun JM, Yolton K, Newman N, Jacobs DE, Taylor M, Lanphear BP. Residential dust lead levels and the risk of childhood lead poisoning in the United States. Pediatr Res. 2020 Jul 28. doi: 10.1038/s41390-020-1091-3. PMID: 32722664.

221. Yang W, Vuong AM, Xie C, Dietrich KN, Karagas MR, Lanphear BP, Braun JM, Yolton K, Chen A. Maternal cadmium exposure and neurobehavior in children. The HOME Study. Environ Res. 2020 Jul;186:109583. doi: 10.1016/j.envres.2020.109583. Epub 2020 Apr 25. PMID: 32668545.

222. Oulhote Y, Lanphear B, Braun JM, Webster GM, Arbuckle TE, Etzel T, Forget-Dubois N, Seguin JR, Bouchard MF, MacFarlane A, Ouellet E, Fraser W, Muckle G. Gestational exposure to phthalates and folic acid, and autistic traits in Canadian children. Environ Health Perspect. 2020 Feb;128(2):27004. doi: 10.1289/EHP5621. PMID: 32073305.

223. Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ Int. 2020 Jan;134:105315. doi: 10.1016/j.envint.2019.105315. PMID: 31743803

224. Liu Y, Li N, Papandonatos GD, Calafat AM, Eaton CB, Kelsey KT, Chen A, Lanphear BP, Cecil KM, Kalkwarf HJ, Yolton K, Braun JM. Exposure to Per- and Polyfluoroalkyl substances and adiposity at age 12 years: Evaluating periods of susceptibility. Environ Sci Technol 2020;doi: 10.1021/acs.est.0c06088

225. Green R, Till C, Cantoral A, Lanphear B, Martinez-Mier EA, Ayotte P, Wright RO, Tellez-Rojo MM, Malin AJ. Associations between urinary, dietary, and water fluoride concentrations among children in Mexico and Canada. Toxics 2020;8:110 doi: 10.3390/toxics8040110

226. Braun JM, Eliot M, Papandonatos GD, Buckley JP, Cecil KM, Kalkwarf HJ, Chen A, Eaton CB, Kelsey KT, Lanphear BP, Yolton K. Gestational perfluoralkyl substance exposure and body

mass index trajectories over the first 12 years of life. Int J Obes 2020;doi: 10.1038/s41366-020-00717-x.

227. Romano ME, Gallagher LG, Eliot MN, Calafat AM, Chen A, Yolton K, Lanphear B, Braun JM. Per- and polyfluoroalkyl substance mixtures and gestational weight gain among mothers in the Health Outcomes and Measures of the Environment Study. Int J Hyg Environ Health 2020;231:113660. doi: 10.1016/j.ijheh.2020.113660.

228. Yang W, Vuong AM, Xie C, Dietrich KN, Karagas MR, Lanphear BP, Braun JM, Yolton K, Chen A. Maternal cadmium exposure and neurobehavior in children: The HOME Study. Environ Res 2020;186:109583.doi: 10.1016/j.envres.2020.109583.

229. Vuong AM, Yolton K, Braun JM, Sjodin A, Calafat AM, Xu Y, Dietrich KN, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) and poly- and perfluoroalkyl substance (PFAS) exposures during pregnancy and maternal depression. Environ Int 2020;139:105694.doi:10.1016/j.envint.2020.105694.

230. Lebeaux RM, Doherty BT, Gallagher LG, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM, Romano ME. Maternal serum perfluoroalkyl substance mixtures and thyroid hormones concentrations in maternal and cord sera: The HOME Study. Env Res 2020;185:109395.doi:10.1016/j.envres.2020.109395.

231. Carwile JL, Ahrens KA, Seshasayee SM, Lanphear B, Fleisch AF. Predictors of plasma fluoride concentrations in children and adolescents. Int J Environ Res Public Health 2020;doi:10.3390/ijerph17249205.

232. Ntantu Nkinsa P, Muckle G, Ayotte P, Lanphear BP, Arbuckle TE, Fraser WD, Bouchard MF. Organophosphate pesticide exposure during fetal development and IQ scores in 3- and 4-year-old Canadian children. Environ Res 2020;doi:10.1016/j.envres.2020.110023.

233. Patti MA, Newschaffer C, Eliot M, Hamra GB, Chen A, Croen LA, Fallin MD, Hertz-Picciotto I, Kalloo G, Khoury JC, Lanphear BP, Lyall K, Yolton K, Braun JM. Gestational exposure to phthalates and social responsiveness scores in children using quantile regression: The EARLI and HOME Studies. Int J Environ Res Public Health 2021;18:1254. doi: 10.3390/ijerph18031254.

234. Vuong AM, XIe C, Jandarov R, Dietrich KN, Zhang H, Sjodin A, Calafat AM, Lanphear BP, McCandless L, Braun JM, Yolton K, Chen A. Prenatal exposure to a mixture of persistent organic pollutants (POPs) and child reading skills at school age. Int J Hyg Environ Health 2020;228:113527. doi: 10.1016/j.ijheh.2020.113527.

235. Patti MA, Li N, Eliot M, Newschaffer C, Yolton K, Khoury JC, Chen A, Lanphear BP, Lyall K, Hertz-Picciotto I, Fallin MD, Croen LA, Braun JM. Association between self-reported caffeine

intake during pregnancy and social responsiveness scores in childhood: The EARLI and HOME Studies. PLoS One 2021;16:e0245079. doi:10.1371/journal.pone.0245079.

236.   Vuong AM, Webster GM, Yolton K, Calafat AM, Muckle G, Lanphear BP, Chen A. Prenatal exposure to per- and polyfluoralkyl substances (PFAS) and neurobehavior in US children through 8 years of age: The HOME Study. Environ Res 2021;195:110825. doi: 10.1016/j.enveres.2021.110826.

237.   Azar N, Booij L, Muckle G, Arbuckle TE, Seguin JR, Asztalos E, Fraser WD, Lanphear BP, Bouchard MF. Prenatal exposure to polybrominated diphenyl ethers (PBDEs) and cognitive ability in early childhood. Environ Int 2021;146:106296.

238.   Hu JMY, Arbuckle TE, Janssen P, Lanphear BP, Zhuang LH, Braun JM, Chen A, McCandless LC. Prenatal exposure to endocrine disrupting chemical mixtures and infant birth weight: a Bayesian analysis using kernel machine regression. Environ Res 2021;195:110749. doi:10.1016/j.enveres.2021.110749.

239.   Vecchione R, Vigna R, Whitman C, Kauffman EM, Braun JM, Chen A, Xu Y, Hamra GB, Lanphear BP, Yolton K, Croen LA, Fallin MD, Hertz-Picciotto I, Newschaffer CJ, Lyall K. The association between maternal prenatal fish intake and child autism-related traits in the EARLI and HOME Studies. J Autism Dev Disord 2021;51:487-500. doi:10.10007/s10803-020-04546-9

240.   Li N, Liu Y, Papandonatos G, Calafat A, Eaton C, Kelsey K, Cecil KM, Kalkwarf H, Yolton K, Lanphear B, Chen A, Braun J. Gestational and childhood exposure to per- and polyfluoroalkyl substances and cardiometabolic risk at age 12 years. Environ Int 2021;147:106344.

241.   Ashley-Martin J, Dodds L, Arbuckle TE, Lanphear BP, Muckle G, Foster WG, Ayotte P, Zidek A, Asztalos E, Bouchard MF, Kuhle S. Urinary phthalates and body mass index in preschool children: The MIREC Study. Int J Hyg Environ Health 2021;232:113689.

242.   Percy Z, Vuong AM, Xu Y, Xie C, Ospina M, Calafat AM, Hoofnagle A, Lanphear BP, Braun JM, Cecil KM, Dietrich KN, Yolton K, Chen A. Maternal urinary organophosphate esters and alterations in maternal and neonatal thyroid hormones. Amer J Epidem 2021 (in press).

243.   Kalloo G, Wellenius GA, McCandless L, Calafat AM, Sjodin A, Sullivan AJ, Romano ME, Karagas MR, Chen A, Yolton K, Lanphear BP, Braun JM. Environ Res 2021 doi: 10.1016/j.enveres.2021.111027.

244.   Rasnick E, Ryan PH, Bailer AJ, Fisher T, Parsons PJ, Yolton K, Newman NC, Lanphear BP, Brokamp C. Identifying sensitive windows of airborne lead exposure associated with behavioral outcomes at age 12. Environ Epidemiol 2021;5:e144. doi: 10.1097/EE9.0000000000000144.

245. Alampi JD, Lanphear BP, Braun JM, Chen A, Takaro TK, Muckle G, Arbuckle TE, McCandless LC. Association between gestational exposure to toxicants and autistic behaviors using Bayesian quantile regression. Am J Epidemiol 2021 doi: 10.1093/aje/kwab065 (ahead of print).

246. Mourino N, Perez-Rios M, Santiago-Perez MI, Lanphear BP, Yolton K, Braun JM. Secondhand tobacco smoke exposure among children under 5 years old: questionnaires versus cotinine biomarkers: a cohort study. BMJ Open 2021;11:e044829. doi: 10.1136/bmjopen-2020-044829.

247. Zhuang LH, Chen A, Braun JM, Lanphear BP, Hu JMY, Yolton K, McCandless LC. Effects of gestational exposure to chemical mixtures on birth weight using Bayesian factor analysis in the Health Outcome and Measures of the Environment (HOME) Study. Environ Epidemiol 2021;5:e159. doi: 10.1097/EE9.0000000000000159.

248. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear BP, Budtz-Jorgenson E. A benchmark dose analysis for maternal pregnancy urine-fluoride and IQ in children. Risk Anal 2021;doi:10.1111/risa.13767.

249. Buck CO, Li N, Eaton CB, Kelsey KT, Cecil KM, Kalkwarf HJ, Yolton K, Lanphear BP, Chen A, Braun JM. Neonatal and adolescent adipocytokines as predictors of adiposity and cardiometabolic risk in adolescence. Obesity 2021;29:1036-1045. doi: 10.1002/oby.23160.

250. Kalloo G, Wellinius GA, McCandless L, Calafat AM, Sjodin A, Sullivan AJ, Romano ME, Karagas MR, Chen A, Yolton K, Lanphear BP, Braun JM. Chemical mixture exposures during pregnancy and cognitive abilities in school-aged children. Environ Res 2021;197:111027. doi:10.1016/j.envres.2021.111027.

251. Tamana SK, Gombojav E, Kanlic A, Banzrai C, Batsukh S, Enkhtuya E, Boldbaatar B, Lanphear BP, Lear SA, McCandless L, Venners SA, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's body mass index at two years of age: The UGAAR randomized controlled trial. Environ Int 2021;156:doi:10.1016/j.envint.2021.106728.

252. Enkhbat U, Gombojav E, Banzrai C, Batsukh S, Boldbaatar B, Enkhtuya E, Ochir C, Bellinger DC, Lanphear BP, McCandless LC, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's behavior problem scores: a secondary analysis of the UGAAR randomized controlled trial. Environ Health. 2021;20:78. doi:10.1186/s12940-021-00763-6. PMID: 34225757.

253. Marshall AT, McConnell R, Lanphear BP, Thompson WK, Hertig MM, Sowell ER. Risk of subcortical brain structure and cognition in a large cohort of 9- to 10-year old children. PLoS One 2021;16:e0258649. doi: 10.1371/journalpone.0258469.eCollection 2021.

254. Buckley JP, Kuiper JR, Lanphear BP, Calafat AM, Cecil KM, Chen A, Xu Y, Yolton K, Kalkwarf HJ, Braun JM. Associations of maternal serum perfluoroalkyl substances concentrations with

early adolescent bone mineral content and density: The Health Outcomes and Measures of the Environment (HOME) Study. In press: *Environmental Health Perspectives*. doi: 10.1289/EHP9424.

255. Gogna P, King WD, Villeneuve PJ, Kumarathasan P, Johnson M, Lanphear B, Shutt RH, Arbuckle TE, Borghese MM. Ambient air pollution and inflammatory effects in a Canadian pregnancy cohort. Environ Epidemiol 2021;5:e168.doi:10.1097/EE9.0000000000000168. PMID: 34934889.

256. Hartley K, MacDougall MC, Terrizi B, Xu Y, Cecil KM, Chen A, Braun JM, Lanphear BP, Newman NC, Vuong AM, Sjodin A, Yolton K. Gestational exposure to polybrominated diphenyl ethers and social skills and problem behaviors in adolescents: The HOME Study. Environ Int 2021;159:107036. doi: 10.1016/j.envint.2021.107036. PMID: 34896668.

257. Wright JP, Lanphear BP, Dietrich KN, Bolger M, Tully L, Cecil KM, Sacarellos C. Developmental lead exposure and adult criminal behavior: A 30-year prospective birth cohort study. Neurotoxicol Teratol 2021;85:106960. PMID: 33617950.

258. Braun JM, Eliot M, Papandonatos GD, Buckley JP, Cecil KM, Kalkwarf HJ, Chen A, Eaton CB, Kelsey K, Lanphear BP, Yolton K. Gestational perfluoroalkyl substance exposure and body mass index trajectories over the first 12 years of life. Int J Obes 2021;45:25-35. PMID: 33208860.

259. Kuiper JR, Braun JM, Calafat AM, Lanphear BP, Cecil KM, Chen A, Xu Y, Yolton K, Kalkwarf HJ, Buckley JP. Associations of pregnancy phthalate concentrations and their mixtures with early adolescent bone mineral content and density: The Health Outcomes and Measures of the Environment. Bone 2022;154:116251. PMID: 34740813. doi:10.1016/j.bone.2021.116251.

260. Sears CG, Lanphear BP, Xu Y, Chen A, Yolton K, Braun JM. Identifying periods of heightened susceptibility to lead exposure in relation to behavioral problems. J Expo Sci Environ Epidemiol 2021 PMID: 34728761.

261. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Xie C, Deka R, Calafat AM, Ospina M, Werner E, Yolton K, Cecil KM, Lanphear BP, Chen A. Maternal urinary OPE metabolite concentrations and blood pressure during pregnancy: The HOME Study. Environ Res 2021;112220. PMID: 34656632. doi: 10.1016/j.envres.2021.112220.

262. Percy Z, Vuong AM, Xu Y, Xie C, Ospina M, Calafat AM, Lanphear BP, Braun JM, Cecil KM, Dietrich KN, Chen A, Yolton K. Prenatal exposure to a mixture of organophosphate esters and intelligence among 8-year-old children in the HOME Study. Neurotoxicology 2021;87:149-155. PMID: 34582899.

263. Hanley GE, Bickford C, Ip A, Lanphear N, Lanphear B, Weikum W, Zwaigenbaum L, Oberlander TF. JAMA 2021;326:1178-1185. PMID: 34581736.

264. Ashley-Martin J, Gaudreau E, Dumas P, Liang CL, Logvin A, Belanger P, Provencher G, Gagne S, Foster W, Lanphear B, Arbuckle TE. Direct LC-MS/MS and indirect GC-MS/MS methods for measuring urinary bisphenol A concentrations are comparable. Environ Int 2021;157:106874. PMID: 34537522.

265. Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Childhood exposure to per- and polyfluoroalkyl substances (PFAS) and neurobehavioral domains in children at 8 years. Neurotoxicol Teratol 2021;88:107022. PMID: 34438039.

266. Yayah Jones NH, Khoury JC, Xu Y, Newman N, Kalkwarf HJ, Braun JM, Lanphear B, Chen A, Cecil KM, Rose SR, Yolton K. Comparing adolescent staging of pubertal development with hormone biomarkers. J Pediat Endocrinol Metab 2021;34:1531-1541. PMID: 34432968.

267. Vuong AM, Braun JM, Sjodin A, Calafat AM, Yolton K, Lanphear BO, Chen A. Exposure to endocrine disrupting chemicals (EDCs) and cardiometabolic indices during pregnancy: The HOME Study. Environ Int 2021;156:106747. PMID: 34425642.

268. Weiler HA, Brooks SPJ, Sarafin K, Fisher M, Massarelli I, Luong TM, Johnson M, Morisset AS, Dodds L, Taback S, Helewa M, von Dadelszen P, Smith G, Lanphear BP, Fraser WD, Arbuckle TE. Early prenatal use of a multivitamin diminishes the risk for inadequate vitamin D status in pregnant women: results from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort study. Am J Clinic Nutr 2021;114:1238-1250. PMID: 34081131.

269. Ip BC, Li N, Jackson-Browne M, Eliot M, Xu Y, Chen A, Lanphear AJ, Braun JM. Does fetal leptin and adiponectin influence children's lung function and risk of wheeze? J Dev Orig Health Dis 2021;12:570-577.

270. Gajjar P, Liu Y, Li N, Buckley JP, Chen A, Lanphear BP, Kalkwarf HJ, Cecil KM, Yolton K, Braun JM. Associations of mid-childhood bisphenol A and bisphenol S exposure with mid-childhood and adolescent obesity. Environ Epidemiol 2021 Dec 20;6(1):e187. doi: 10.1097/EE9.0000000000000187.

271. Farmus L, Till C, Green R, Hornung R, Martinez Mier EA, Ayotte P, Muckle G, Lanphear BP, Flora DB. Critical windows of fluoride neurotoxicity in Canadian children. Environ Res 2021;200:111315. PMID: 34051202.

272. Ahmadi M, Lanphear BP. The impact of clinical and population strategies on coronary heart disease mortality: An assessment of Rose's Big Idea. BMC Public Health 2022;10.1186/s12889-021-12421-0.

273. Fisher M, Potter B, Little J, Oulhote Y, Weiler HA, Fraser W, Morisset AS, Braun J, Ashley-Martin J, Borghese MM, Shutt R, Kumarathasan P, Lanphear B, Walker M, Arbuckle TE. Blood metals and vitamin D status in a pregnancy cohort: a bidirectional biomarker analysis. Environ Res. 2022 Feb 28:113034. doi: 10.1016/j.envres.2022.113034.

274. Laouali N, Benmarhnia T, Lanphear BP, Weuve J, Mascari M, Boutron-Ruault MC, Oulhote Y. Association between blood metals mixtures concentrations and cognitive performance, and effect modification by diet in older US adults. Environ Epidemiol. 2022 Jan 25;6(1):e192. doi: 10.1097/EE9.0000000000000192

275. Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Childhood exposure to per- and polyfluoroalkyl substances (PFAS) and neurobehavioral domains in children at age 8 years. Neurotoxicol Teratol. 2021;88:107022. doi: 10.1016/j.ntt.2021.107022.

276. Liu Y, Eliot MN, Papandonatos GD, Kelsey KT, Fore R, Langevin S, Buckley J, Chen A, Lanphear BP, Cecil KM, Yolton K, Hivert MF, Sagiv SK, Baccarelli AA, Oken E, Braun JM. Gestational perfluoroalkyl substance exposure and DNA methylation at birth and 12 years of age: a longitudinal epigenome-wide association study. Environ Health Perspect 2022;130:37005. doi: 10.1289/EHP10118.

277. Etzel TM, Braun JM, Kuiper JR, Calafat AM, Cecil KM, Chen A, Lanphear BP, Yolton K, Kalkwarf HJ, Buckley JP. Gestational and childhood phthalate exposures and adolescent body composition: The HOME Study.  Environ Res. 2022 Apr 22;212(Pt B):113320. doi: 10.1016/j.envres.2022.113320.

278. Patti MA, Eliot M, Li N, Yolton K, Lanphear BP, Chen A, Braun JM. Environ Epidemiol. Does early life phthalate exposure mediate racial disparities in children's cognitive abilities? 2022 Mar 15;6(2):e205. doi: 10.1097/EE9.0000000000000205.

279. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children Risk Anal. 2022 Mar;42(3):439-449. doi: 10.1111/risa.13767.

280. Gasiorowski R, Forbes MK, Silver G, Krastev Y, Hamdorf B, Lewis B, Tisbury M, Cole-Sinclair M, Lanphear BP, Klein RA, Holmes N, Taylor MP. Effect of Plasma and Blood Donations on Levels of Perfluoroalkyl and Polyfluoroalkyl substances in firefighters in Australia: A Randomized Clinical Trial. JAMA Netw Open. 2022 Apr 1;5(4):e226257. doi: 10.1001/jamanetworkopen.2022.6257.

281. Fuller R, Landrigan PJ, Balakrishnan K, Bathan G, Bose-O'Reilly S, Brauer M, Caravanos J, Chiles T, Cohen A, Corra L, Cropper M, Ferraro G, Hanna J, Hanrahan D, Hu H, Hunter D,

Janata G, Kupka R, Lanphear B, Lichtveld M, Martin K, Mustapha A, Sanchez-Triana E, Sandilya K, Schaefli L, Shaw J, Seddon J, Suk W, Téllez-Rojo MM, Yan C. Pollution and Health: An update. Lancet Planetary Health. 2022 doi: 10.1016/S2542-5196(22)00090-0.

282.  Kamai EM, Daniels JL, Delamater PL, Lanphear BP, MacDonald Gibson J, Richardson DB. Patterns of children's blood lead screening and blood lead levels in North Carolina, 2011-2018 – who is tested, who is missed? Environ Health Perspect. 2022 Jun;130(6):67002. doi: 10.1289/EHP10335.

283.  Green R, Lanphear B, Phipps E, Goodman C, Joy J, Rihani S, Flora D, Till C. Development and validation of the Prevention of Toxic Chemicals in the Environment for Children Tool: A questionnaire for examining the community's knowledge of and preference toward toxic chemicals and children's brain development. Front Public Health 2022 doi: 10.3389/fpubh.2022.863071.

284.  Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Burris HH, Yolton K, Cecil KM, Lanphear BP, Chen A. Associations of gestational exposure to organophosphate esters with gestational age and neonatal anthropometric measures: The HOME Study. Environ Poll 2022;316:120516. PMID: 36341822.

285.  Krzeczkowski JE, Hall M, McGuckin T, Lanphear B, Bertinato J, Ayotte P, Chevrier J, Goodman C, Green R, Till C. Iodine status in a large Canadian pregnancy cohort. Am J Obset Gynecol MFM. 2022;5:100784. PMID: 36280147.

286.  Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Burris HH, Yolton K, Cecil KM, Lanphear BP, Chen A. Gestational exposure to organophosphate esters infant anthropometric measures in the first 4 weeks after birth: Sci Total Environ 2022;857:159322. PMID: 36220473.

287.  Strawn JR, Xu Y, Cecil KM, Khoury J, Altaye M, Braun JM, Lanphear BP, Sjodin A, Chen A, Yolton K. Early exposure to flame retardants is prospectively associated with anxiety symptoms in adolescents: A prospective birth cohort study. Depress Anxiety 2022. PMID: 36218051.

288.  Yonkman AM, Alampi JD, Kaida A, Allen RW, Chen A, Lanphear BP, Braun JM, Muckle G, Arbuckle T, McCandless LC. Using latent profile analysis to identify associations between gestational chemical mixtures and child neurodevelopment. Epidemiology 2022. PMID:36166205.

289.  Patti MA, Kelsey KT, MacFarlane AJ, Papandonatos GD, Arbuckle TE, Ashley-Martin J, Fisher M, Fraser WD, Lanphear BP, Muckle G, Braun JM. Maternal folate status and the relation

between gestational arsenic exposure and child health outcomes. Int J Environ Res Public Health 2022;19:11332. PMID: 36141604.

290. Percy Z, Chen A, Yang W, Braun JM, Lanphear BP, Ospina M, Calafat AM, Xie C, Cecil KM, Vuong AM, Xu Y, Yolton K. Childhood urinary organophosphate esters and cognitive abilities in a longitudinal cohort study. Environ Res 2022;215:114265. PMID: 36103927.

291. Zhang Z, Li N, Buckley JP, Cecil KM, Chen A, Eaton CB, Kalkwarf HJ, Lanphear BP, Yolton K, Braun JM. Associations between eating behaviors and cardiometabolic risk among adolescents in the Health Outcomes and Measures of the Environment Study. Pediatr Obes 2022;e12979. PMID: 36094787.

292. Kuiper JR, Vuong AM, Lanphear BP, Calafat AM, Ospina M, Cecil KM, Xu Y, Yolton K, Kalkwarf HJ, Braun JM, Buckely JP. Early life organophosphate ester exposure and bone health at age 12 years: The Health Outcomes and Measures of the Environment (HOME) Study. Sci Total Environ 2022;851:158246. PMID: 36030851.

293. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Yolton K, Cecil KM, Lanphear BP, Chen A. Maternal urinary organophosphate ester metabolite concentrations and gluocose tolerance during pregnancy: The HOME Study. Int J Hyg Environ Health 2022;245:114026. PMID: 36029741.

294. Nitschke AS, Karim JL, Vallance BA, Bickford C, Ip A, Lanphear N, Lanphear B, Wekum W, Oberlander TF, Hanley GE. Autism risk and perinatal antibiotic use. Pediatrics 2022;150:e2022057346. PMID: 36017659.

295. Enkhbat U, Gombojav E, Banzrai C, Batsukh S, Boldbaatar B, Enkhtuya E, Bellinger DC, Lanphear BO, McCandless LC, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's autistic behaviors at four years of age: The UGAAR randomized controlled trial. Environ Int 2022;168:107432. PMID: 36007302.

296. Braun JM, Papandonato GD, Li N, Sears CG, Buckley JP, Cecil KM, Chen A, Eaton CB, Kalkwarf HJ, Kelsey KT, Lanphear BP, Yolton K. Physical activity modifies the relation between gestational perfluorooctanoic acid exposure and adolescent cardiometabolic risk. Environ Res 2022;214:114021. PMID: 35952751.

297. Signes-Pastor AJ, Romano ME, Jackson B, Braun JM, Yolton K, Chen A, Lanphear B, Karagas MR. Associations of maternal urinary arsenic concentrations during pregnancy with childhood cognitive abilities: The HOME Study. Int J Hyg Environ Health 2022;245:114009. PMID: 35947921.

298. Pagalan L, Oberlander TF, Hanley GF, Rosella LC, Bickford C, Weikum W, Lanphear N, Lanphear B, Brauer M, van den Bosch M. The association between prenatal greenspace

exposure and autism spectrum disorder, and the potentially mediating role of air pollution reduction: A population-based birth cohort study. Environ Int 2022;167:107445. PMID: 35921770.

299. Mourino N, Perez-Rios M, Yolton K, Lanphear BP, Chen A, Buckley JP, Kalkwarf HJ, Cecil KM, Braun JM. Pre- and postnatal exposure to secondhand tobacco smoke and body composition at 12 years: periods of susceptibility. Obesity 2022;30:1659-1669. PMID: 35894081.

300. Goodman CV, Hall M, Green R, Chevrier J, Ayotte P, Martinez-Mier EA, McGuckin T, Krzeczkowski J, Flora D, Hornung R, Lanphear B, Till C. Iodine status modifies the association between fluoride exposure in pregnancy and preschool boys' intelligence. Nutrients 2022;14:2920. PMID: 35889877.

301. Bitan M, Steinberg DM, Wilson SR, Kalkbrenner AE, Lanphear B, Hovell MF, Gamliel VM, Rosen LJ. Association between objective measures and parent-reported measures of child tobacco smoke exposure: a secondary data analysis of four trials. Tob Ind Dis 2022;20:62. PMID: 35854878.

302. Welch BM, Keil AP, Buckley JP, Calafat AM, Christenbury KE, Engle SM, O'Brien KM, Rosen EM, James-Todd T, Zota AR, Ferguson KK, Alshawabkeh AN, Cordero JF, Meeker JD, Barrett ES, Bush NR, Nguyen RHN, Sathyanarayana S, Swan SH, Cantowine DE, McElrath TF, Aalborg J, Dabelea D, Starling AP, Hauser R, Messerlian C, Zhang Y, Bradman A, Eskenazi B, Harley KG, Holland N, Bloom MS, Newman RB, Wenzel AG, Braun JM, Lanphear BP, Yolton K, Factor-Litvak P, Herbstman JB, Rauh VA, Drobnis EZ, Sparks AE, Redmon JB, Wang C, Binder AM, Michels KB, Baird DD, Jukic AMZ, Weinberg CR, Wilcox AJ, Rich DQ, Weinberger B, Padmanabhan V, Watkins DJ, Hertz-Picciotto I, Schmidt RJ. JAMA Pediatr 2022;176:895-905. PMID: 35816333.

303. Ulziikhuu B, Gombojav E, Banzrai C, Batsukh S, Enkhtuya E, Boldbaatar B, Bellinger DC, Lanphear BP, McCandless LC, Tamana SK, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's cognitive performance at four years of age; The UGAAR randomized controlled trial. Environ Health Perspect 2022;130 doi: 10.1289/EHP10302

304. Etzel TM, Kuiper JR, Wang X, Mueller NT, Calafat AM, Cecil KM, Chen A, Lanphear BP, Yolton K, Kalkwarf HJ, Braun JM, Buckley JP. Associations of early life phthalate exposures with adolescent lipid levels and insulin resistance: The HOME Study. Int J Hyg Environ Health 2022;248:1402. doi: 10.1016/j.ijheh.2022.114102. PMID: 36527833.

305. Kuiper JR, Pan S, Lanphear BP, Calafat AM, Chen A, Cecil KM, Yolton K, Kalkwarf HJ, Braun JM, Buckley JP. Associations of gestational urinary environmental phenol concentrations with

bone mineral density among 12-year-old children in the HOME Study. Int J Hyg Environ Health 2022;248:114104. doi: 10.1016/j.ijheh.2022.114104. PMID: 36525700.

306.    Krzeczkowski JE, Hall M, McGuckin T, Lanphear BP, Bertinato J, Ayotte P, Chevrier J, Goodman C, Green R, Till C. Iodine status in a large Canadian pregnancy cohort. Am J Obstet Gynecol MFM. 2023. doi: 10.1016/j.ajogmf.2022.100784. PMID: 36280147.

307.    Strawn JR, Xu Y, Cecil KM, Khoury JC, Altaye M, Braun JM, Lanphear BP, Sjodin A, Chen A, Yolton K. Early exposure to flame retardants is prospectively associated with anxiety symptoms in adolescents: A prospective birth cohort study. Depress Anxiety 2022;39:780-793. Doi: 10.1002/da.23284. PMID: 36218051.

308.    Yonkman AM, Alampi JD, Kaida A, Allen RW, Chen A, Lanphear BP, Braun JM, Muckle G, Arbuckle TE, McCandless LC. Using latent profile analysis to identify associations between gestational chemical mixtures and child neurodevelopment. Epidemiology 2023;34:45-55. doi:10.1097/EDE.0000000000001554. PMID: 36166205.

309.    Zahran S, Keyes C, Lanphear BP. Leaded aviation gasoline exposure risk and child blood lead levels. PNAS Nexus 2023 doi:10.1093/pnasnexus/pgac285. PMID: 36712926

310.    Goodman C, Hall M, Green R, Hornung R, Martinez-Mier EA, Lanphear B, Till C, Maternal fluoride exposure, fertility, and birth outcomes: The MIREC cohort. Environ Adv 2022;doi: 10/1016/j.envdv.2021.100135.

311.    Ashley-Martin J, Huang R, MacPherson S, Brion O, Gaudreau E, Bienvenu JF, Fisher M, Borghese MM, Bouchard MF, Lanphear B, Foster WG, Arbuckle TE. Urinary concentrations and determinants of glyphosate and glufosinate in pregnant Canadian participants in the MIREC study. Environ Res 2023;doi:10.1016/j.envres.2022.114842.PMID: 36410462.

312.    Hall M, Lanphear B, Chevrier, Hornung R, Green R, Goodman C, Ayotte P, Martinez-Mier EA, Zoeller T, Till C. Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort. STOTEN 2023 doi: 10.1016/j.scitotenv.2022.1611149. PMID: 36764861

313.    Laouali N, Benmarhnia T, Lanphear BP, Oulhote Y. Associations with blood lead and urinary cadmium concentrations in relation to mortality in the US population: A causal survival analysis with G-computation. Toxics 2023 doi: 10.3390/toxics11020133. PMID: 36851008

314.    Fisher M, Marro L, Arbuckle TE, Potter BK, Little J, Weiler H, Morriset AS, Lanphear B, Oulhote Y, Braun JM, Kumarathasan P, Walker M, Borghese MM, Ashley-Martin J, Shutt R, Fraser WD. Associations between toxic metals, vitamin D, and preterm birth in the Maternal-Infant research on chemicals study. Paediatr Perinat Epidemiol 2023 doi: 10.1111/ppe.12962. PMID: 36864001

315.  Percy Z, Chen A, Sucharew H, Yang W, Vuong AM, Braun JM, Lanphear B, Ospina M, Calafat AM, Cecil KM, Xu Y, Yolton K. Early-life exposure to a mixture of organophosphate esters and child behavior. Int J Hyg Environ Health 2023;250:https://doi.org/10.1016/j.ijheh.2023.114162

316.  Nitschke AS, do Valle HA, Vallance BA, Bickford C, Ip A, Lanphear N, Lanphear B, Weikum W, Oberlander TF, Hanley GE. Association between prenatal antibiotic exposure and autism spectrum disorder among term births: A population-based cohort study. Pediatr Perinat Epidemiol 2023;doi:10.1111/ppe.12972. PMID: 36978215.

317.  Mourino N, Perez-Rios M, Yolton K, Lanphear BP, Chen A, Buckley JP, Kalkwarf HJ, Cecil KM, Braun JM. Pre- and postnatal exposure to secondhand tobacco smoke and cardiometabolic risk at 12-years: Periods of susceptibility. Env Res 2023;224:115572. doi:10.1016/j.envres.2023.115572. PMID: 36841524.

318.  Borghese MM, Fisher M, Jillian Ashley-Martin, Fraser WD, Trottier H, Lanphear B, Johnson M, Helewa M, Foster W, Walker M, Arbuckle TE. Individual, independent, and joint associations of toxic metals and manganese on hypertensive disorders of pregnancy. Environ Health Perspect 2023; https://doi.org/10.1289/EHP10825.

319.  Sultan H, Buckley JP, Kalkwarf HJ, Cecil KM, Chen A, Lanphear BP, Yolton K, Braun JM. Dietary Per- and Polyfluoroalkyl Substance (PFAS) Exposure in Adolescents: The HOME Study. *Environmental Research*. Accepted.

**Editorials and Commentaries**

1.  Lanphear BP, Gergen PJ.  Measuring asthma trends in US children (invited commentary). Am J Epidemiol 2003;158:105-107.

2.  Lanphear BP. Origins and evolution of children's environmental health. Essays on the future of environmental health research: A tribute to Dr. Kenneth Olden.  Environ Health Perspect 2005;24-32.

3.  Lanphear BP, Vorhees CV, Bellinger DC.  Protecting children from environmental toxins. PLoS Med. 2005;2(3):e61.

4.  Lanphear BP. Lead Poisoning Prevention – Too Little, Too Late. JAMA 2005;293:2274-2276.

5.  Wigle DT, Lanphear BP. Human health risks from low-level environmental exposures: No apparent safety thresholds. PLoS Med 2005;2(12)e350.

6.  Lanphear BP, Paulson J, Beirne S. Trials and tribulations of protecting children from environmental hazards.  Environ Health Perspect 2006;114:1609-1612.

7.      Swanson, JM, Kinsbourne M, Nigg J, Lanphear B, Stefanatos GA, Volkow G, Taylor E, Casey BJ, Castellanos FX, Wadhwa PD. Etiologic subtypes of attention-deficit/hyperactivity disorder: brain imaging, molecular genetic and environmental factors and the dopamine hypothesis. Neuropsychol Rev 2007;17:39–59.

8.      Lanphear, BP.  The conquest of lead poisoning: A Pyrrhic victory.  Environ Health Perspect 2007;115:A484-A485.

9.      Lanphear BP, Hornung RW, Khoury J, Dietrich KN, Cory-Slechta DA, Canfield RL.  The conundrum of unmeasured confounding. Sci Total Environ 2008;396:196-200.

10.     Taylor MP, Schniering CA, Lanphear BP, Jones AL. Lessons learned on lead poisoning prevention: One-hundred years on from Turner's declaration. J Paediatr Child Health 2011;47:849-856.

11.     Bellinger DC, Goldman LR, Lanphear BP, Eskenazi B, Jacobs DE, Miller M. The launch of the International Society for Children's Health and the Environment (ISCHE). Environ Health Perspectives 2011;119:a420-a421.

12.     Rauch S, Lanphear BP. Prevention of Disabilities: Elevating the Role of Environment. Future of Children. 2012;22:193-217.

13.     Taylor MP, Winder C, Lanphear BP. Eliminating childhood lead toxicity in Australia: A call to lower the intervention level. Med J Aust 2012;197:493.

14.     Lanphear BP. ADHD: A preventable epidemic? Archives of Pediatrics and Adolescent Medicine 2012;166:1182-1184. doi: 10.001/archpediatrics.2012.1900

15.     Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945.

16.     Hornung R, Lanphear BP. The supralinear dose-response for environmental toxicants: a statistical artifact? Clinical Toxicology 2014;52:88-90.

17.     Taylor MP, Winder C, Lanphear BP. Australia's leading public health body delays action on the revision of the public health goal for blood lead exposures. Environ Int. 2014 Sep;70:113-7. doi: 10.1016/j.envint.2014.04.023.

18.     Allen RW, Barn P, Lanphear B. Randomized controlled trials in environmental health research: unethical or underutilized? PLoS Med 2015;12:e1001775. doi:10.1371/journal.pmed.1001775.

19.     Lanphear BP. The impact of toxins on the developing brain. Ann Rev Public Health 2015;36:211-230.

20. Bakan J, Lanphear BP, Sargent JD. Medical journals and free speech. Pediatrics 2015;135:403-405.

21. Calafat AM, Longnecker MP, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Rudel RA, Engel SM, Teitelbaum SL, Whyatt RM, Wolff MS. Optimal exposure biomarkers for nonpersistent chemicals in environmental epidemiology. Environ Health Perspect 2015;123:A-166-A168.

22. Myers JP, Antoniou MN, Blumberg B, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vandenberg LN, Vom Saal FS, Welshons WV, Benbrook CM. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. Environ Health 2016;15(1):19. doi: 10.1186/s12940-016-0117-0.

23. Crighton E, Abelsohn A, Blake J, Enders J, Kilroy K, Lanphear B, Marshall L, Phipps E, Smith G. Beyond alcohol and tobacco smoke: Are we doing enough to reduce fetal toxicant exposure? J Obstet Gynaecol Can 2016;38:56-59.

24. Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R, Hertz-Picciotto I, Kwiatkowski CF, Lanphear BP, Marquez E, Marty M, McPartland J, Newschaffer CJ, Payne-Sturges D, Patisaul HB, Perera FP, Ritz B, Sass J, Schantz SL, Webster TF, Whyatt RM, Woodruff TJ, Zoeller RT, Anderko L, Campbell C, Conry JA, DeNicola N, Gould RM, Hirtz D, Huffling K, Landrigan PJ, Lavin A, Miller M, Mitchell MA, Rubin L, Schettler T, Tran HL, Acosta A, Brody C, Miller E, Miller P, Swanson M, Witherspoon NO. 2016. Project TENDR: Targeting Environmental Neuro-Developmental Risks. The TENDR Consensus Statement. Environ Health Perspect 2016;124:A118–A122; http://dx.doi.org/10.1289/EHP358.

25. Hirtz D, Campbell C, Lanphear B. Targeting environmental neurodevelopmental risks to protect children. Pediatrics 2017 139;pii:e20162245.

26. Vandenberg LN, Blumberg B, Antoniou MN, Benbrook CM, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vom Saal FS, Welshons WV, Myers JP. Is it time to reassess current safety standards for glyphosate-based herbicides? J Epidemiol Community Health 2017;71:613-618.

27. Bellinger DC, Chen A, Lanphear BP. Establishing and achieving national goals for preventing lead toxicity and exposure in children. JAMA Pediatrics 2017;171:616-618.

28. Lanphear BP. Still treating lead poisoning after all these years. Pediatrics 2017;140(2):e20171400.

29. Lanphear BP. Low-level toxicity of chemicals: No acceptable levels? PLoS Biology 2017;15:e2003066. https://doi.org/10.1371/journal.pbio.2003066

30.   Hanna-Attisha M, Lanphear BP, Landrigan P. Lead poisoning in the 21st Century: The silent epidemic continues. Am J Public Health 2018;108:1430.

31.   Hertz-Picciotto I, Sass JB, Engel S, Bennett DH, Bradman A, Eskenazi B, Lanphear BP, Whyatt R. Organophosphate pesticide exposure during pregnancy and child neurodevelopment: Recommendations for essential policy reforms. PLoS Med 2018;15:e1002671.

32.   Basu N, Lanphear BP. The challenge of pollution and health in Canada. Can J Public Health 2019;110:159-164.

33.   Taylor MP, Lanphear BP. Blood lead levels in children have fallen, but vigilance is still needed. Med J Aust 2020;212:161-162.

**Chapters and Reviews**

1.    Lanphear BP. Hepatitis B immunoprophylaxis: Development of a cost-effective program in the hospital setting. Infect Control Hospital Epidemiol 1990;11:47-50.

2.    Lanphear BP. Trends and patterns in the transmission of bloodborne pathogens to health care workers. Epidemiologic Reviews 1994;16:437-450.

3.    Kapil V, Lanphear BP. Tuberculosis - surveillance, prevention, and control.  Occupational Environmental Medicine Report 1994;8:35-38.

4.    Myers G, Davidson P, Weitzman M, Lanphear B. Contribution of heavy metals to developmental disabilities in children. Mental Retard Dev Dis 1997;3:239-245.

5.    Lanphear BP. Transmission and control of blood-borne viral hepatitis in health care workers, in Occupational Medicine: State of the Art Reviews.  McDiarmid MA, Kessler E, (eds), Hanley & Belfus, Inc. Philadelphia, PA, 1997;12:717-730.

6.    Lanphear BP.  Indoor Pollutants and Toxins, in *Ambulatory Pediatrics*, Green, Haggerty and Weitzman (eds.) 5th edition, 1999, W.B. Saunders Company, Philadelphia, PA.

7.    Lanphear BP, Dietrich KN, Berger O.  Prevention of lead toxicity in US children.  Ambulatory Pediatrics 2003;3:27-36.

8.    Sandel M, Phelan KJ, Wright R, Hynes HP, Lanphear BP.  The effects of housing interventions on child health.  Pediatr Ann 2004;33:474-481.

9.    Breysse P, Farr N, Galke W, Morley R, Lanphear BP, Bergofsky L. The relationship between housing and health: children at risk.  Environ Health Persp 2004;112:1583-1588.

10.   Lanphear BP, Wright RO, Dietrich KN. Environmental toxins. Pediatrics in Review 2005;26:191-197.

11.     Lanphear BP, Bearer CF. Biomarkers in paediatric research and clinical practice. Arch Dis Child. 2005;90:594-600.

12.     Lanphear BP. Lead. In Children's Health and the Environment. Philip Landrigan and Ruth Etzel (eds). Oxford University Press. 2013.

13.     Foreman J, Silverstein J, Committee on Nutrition; Council on Environmental Health; American Academy of Pediatrics. Organic foods: health and environmental advantages and disadvantages. Pediatrics 2012;130:e1406-1415.doi:10.152/peds.2012-2579.

14.     Iodine deficiency, pollutant chemicals, and the thyroid: new information on an old problem. Council on Environmental Health, Rogan WJ, Paulson JA, Baum C, Brock-Utne AC, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Osterhoudt KC, Sandel MT, Spanier A, Trasande L. Pediatrics. 2014;133:1163-6. doi: 10.1542/peds.2014-0900.

15.     Rosenthal FS, Lanphear BP, Gottesfeld P, Krzyzanowski M and others. ISEE Call for action for global control of lead exposure to eliminate lead poisoning. Epidemiology 2015;26:774-777.

16.     Ahdoot S, Paulson JA, Baum C, Bole A, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Pacheco SE, Spanier AJ, Trasande L. Global climate change and children's health. Pediatrics 2015;136:5:992-997.

17.     Ahdoot S, Pacheco SE for The Council on Environmental Health. Global climate change and children's health – Technical Report. Pediatrics 2015;136:5:992-997.

18.     Paulson JA, Zaoutis TE, for the Council on Environmental Health and the Committee on Infectious Disease. Nontherapeutic use of antimicrobial agents in animal agriculture: implications for pediatrics. Pediatrics 2015;136:6:e1670-e1677.

19.     Lanphear BP for the American Academy of Pediatrics Council on Environmental Health. Prevention of Lead Toxicity. Pediatrics 2016;138(1):e20161493.

20.     England LJ, Aagaard K, Bloch M, Conway K, Cosgrove K, Grana R, Gould TJ, Hatsukami D, Jensen F, Kandel D, Lanphear B, Leslie F, Pauly JR, Neiderhiser J, Rubinstein M, Slotkin TA, Spindel E, Stroud L, Wakschlag L. Developmental toxicity of nicotine: A transdisciplinary synthesis and implications for emerging tobacco products. Neurosci Biobehav Res 2017;72:176-189.

21.     Matsui EC, Abramson SL, Sandel MT and AAP Council on Environmental Health. Pediatrics 2016;138:pii: e20162589.

**Blogs and Op-Ed**

1.      Trasande L, Lanphear BP. Preventing a Thousand Flints: Getting Reform of Chemical Regulation Right. Health Affairs Blog. May 23, 2016.

http://healthaffairs.org/blog/2016/05/23/preventing-a-thousand-flints-getting-reform-of-chemical-regulation-right/

2.    Lanphear BP, Till C and Birnbaum LS. It is time to protect kids' developing brains from fluoride. Environmental Health News, October 7th, 2020.

**Letters**

1.    Menkhaus NA, Lanphear BP, Linnemann CC. Airborne transmission of varicella-zoster virus in hospitals. Lancet 1990;2:1315.  May 23, 2016.

2.    Lanphear BP. The resurgence of measles and herd immunity. JAMA 1992;268:789.

3.    Lanphear BP, Linnemann CC, Cannon C. A high false positive rate of tuberculosis associated with Aplisol. J Infect Dis 1994;169:703-704.

4.    Lanphear BP. Potential consequences of using Aplisol tuberculin tests in prior epidemic investigations. Infection Control Hospital Epidemiology 1995;16:255.

5.    Canfield R, Henderson C, Lanphear BP. Intellectual impairment and blood lead levels. N Engl J Med. 2003;349:500-502.

6.    Juskow T, Canfield RC, Henderson C, Lanphear BP. Comments on "Recent development in low level lead exposure and children's intellectual abilities". Environ Health Perspect 2005;113:A16.

7.    Lanphear BP, Hornung R, Khoury J, Yolton K, Dietrich KN.  Lead and IQ in Children.  Environ Health Persp 2006;114:A86-A87.

8.    Hornung R, Lanphear B, Dietrich K. Response to: "What is the meaning of non-linear dose-response relationships between blood lead concentration and IQ?" Neurotoxicology. 2006;27:635.

9.    Braun J, Lanphear BP. Comments on "Lead neurotoxicity in children: is prenatal exposure more important than postnatal exposure?" Acta Paediatr. 2007;96:473; author reply 474-475.

10.   Braun J, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Comments on "Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children".  Environ Health Perspect 2007;115:A399.

11.   Geraghty SR, Morrow AL, Lanphear B. The heart of the matter on breastmilk and environmental chemicals: essential points for healthcare providers and new parents. Breastfeed Med. 2009;4:125-126.

12.   Joshi TK, Bailar JC 3rd, Craner J, Davis D, Ehrlich R, Franco G, Frank AL, Huff J, LaDou J, Lanphear B, London L, Melnick RL, O'Neill R, Osaro E, Rosenman KD, Sass J, Smith AH, Soskolne CL, Stephens C, Stuckey R, Takaro TK, Teiteibaum D, Watterson A, Yassi A.

Physician expelled from Indian Association of Occupational Health after critique. Int J Occup Environ Health. 2009 Oct-Dec;15(4):419-420.

13.   Calafat AM, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Longnecker MP, Rudel RA, Teitelbaum SL, Whyatt RM, Wolff MS. Misuse of blood serum to assess exposure to bisphenol A and phthalates. Breast Cancer Res. 2013;15:403.

14.   Soskone CL, Al-Delaimy WK, Burns K, Finch MR, Gaudino JA, Jr, Lanphear B, Oremus M, Phillips L, Ruff K, Weiss SH, Wing S. Competing interests in epidemiology. BMJ 2015;350.PMID: 25569167.

15.   Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: an ecological study. Environ Health 2018;17:doi: 10.1186/s12940-018-0354-5.

16.   Lanphear BP, Hornung RW, Auinger P, Allen R. Environmental exposure to lead: old myths never die. Lancet Public Health 2018;e363 doi: 10.1016/S2468-2667(18)30128-2.

17.   Pagalan L, Brauer M, Lanphear B. Maternal exposure to air pollution during pregnancy and autism spectrum disorder in offspring. JAMA Pediatrics 2019;173:698.

18.   Till C, Green R, Lanphear B. Association between maternal fluoride exposure and child IQ-Reply. JAMA Pediatrics 2020;174:216-217.

**Presentations**

1.   "Biologic Hazards to Health Care Personnel in the Workplace". University of Cincinnati, Cincinnati, Ohio, September 26, 1990.

2.   "Common Misconceptions about Tuberculosis". American Lung Association, St. Elizabeth's Hospital, Belleville, IL, March 19, 1991.

3.   "Prevention and Control of Infectious Disease in Health Care Workers". Miami Valley Hospital, Dayton, OH, September 5, 1991.

4.   "Transmission of Hepatitis B Virus Infection in Health Care Workers". Ohio University, Athens, Ohio, March 21, 1992.

5.   "Universal Immunization Against Hepatitis B Virus". Grand Rounds, Dayton Children's Hospital, May 1992, Dayton, Ohio.

6.   "Correlation of Blood Lead Levels and Dust Lead Levels Using Three Dust Collection Methods. Environmental Protection Agency, Research Triangle, N.C., January 20,1994.

7.   "Relation of Lead-Contaminated House Dust and Blood Lead Levels in Urban Children" Environmental Protection Agency, Washington, D.C., February 1994.

8.    "Lead-Contaminated House Dust and Blood Lead Concentrations in Children", Society for Pediatric Research, Seattle, Washington May 5, 1994.

9.    "EPA Health-Based Standards for Soil and Dust". Alliance to End Childhood Lead Poisoning, Washington, D.C., May 17, 1994.

10.   "Epidemiology of Tuberculosis in Health Care Settings". University of Cincinnati, Cincinnati, OH, August 19, 1994.

11.   "A Side-by-Side Comparison of Sampling Methods for Lead-Contaminated House Dust". American Public Health Association, Washington, D.C., November 1, 1994.

12.   "Trends in Childhood Exposure to Lead:  Implications for Prevention". University of Rochester, Pediatric Grand Rounds, February 15, 1995.

13.   "Childhood Exposure to Lead". Visiting Professor, Nazareth College, Rochester, New York, March 24, 1995.

14.   "Transmission and Control of Infections in Health Care Workers". (Moderator & Speaker) American College of Occupational Environmental Medicine, Las Vegas, Nevada, May 4, 1995.

15.   "Lead Exposure Prevention Research at the University of Rochester". New England Lead Conference, Kennebunkport, Maine, August 3, 1995.

16.   "Prevention of Childhood Lead Exposure". 1st Annual Midwest Conference on Childhood Lead Poisoning Prevention, Kansas City, MO, September 10-11, 1995.

17.   "Childhood Lead Exposure: Implications for Occupational Health". National Institute for Occupational Safety and Health, Cincinnati, OH, May 10, 1996.

18.   "Community Characteristics and Children's Blood Lead Concentrations". American Public Health Association, New York City, NY, November 19, 1996.

19.   "Evolution of a Disease: The Science of Childhood Lead Exposure Prevention." American Public Health Association, New York City, NY, November 18, 1996.

20.   "Childhood Lead Exposure: A Local and National Perspective." Occupational Medicine Grand Rounds, University of Rochester, January 2, 1997.

21.   "Prevention of Childhood Lead Exposure: The U.S. Experience". (Keynote) University of the West Indies and Pan American Health Organization, Kingston, Jamaica, January 23, 1997

22.   "Lead-Contaminated House Dust and Children's Blood Lead Levels". (Keynote Presentation) Look Out for Lead Conference, Madison, WI, May 22, 1997.

23.   "Primary Prevention of Childhood Lead Exposure: A Randomized Trial of Dust Control". American Public Health Association, Indianapolis, November 13, 1997.

24.   "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Medical University of South Carolina, Charleston, SC, March 20, 1998.

25.     "The Science of Childhood Lead Exposure Prevention." Tulane/Xavier Center for Bioenvironmental Research, New Orleans, May 4-5[th], 1998.

26.     "Lead Hazard Control Research" Conference on Linking Health, Housing & Environment, Centers for Disease Control, Department of Housing and Urban Development, National Institutes of Health, Phoenix, Arizona, June 21-24, 1998.

27.     "A Randomized Trial of Dust Control to Prevent Childhood Lead Exposure." Presenter and Co-chairman, Section on Heavy Metals, 1st International Conference on Children's Environmental Health, Amsterdam, The Netherlands, August 11-13[th], 1998.

28.     "Prevention of Childhood Lead Exposure: A Critique of the EPA's Proposed Residential Lead Standard". Office of Children's Health Protection, U.S. Environmental Protection Agency, Washington, D.C., November 5, 1998.

29.     "Science and Policy of Lead Poisoning Prevention in the United States". Nicholas School of the Environment, Duke University, Durham, North Carolina, February 22, 1999.

30.     "Behaviors in Early Childhood and Exposure to Environmental Toxins". (invited) Pediatric Environmental Health Conference, San Francisco, CA May 4, 1999.

31.     "Patterns of Lead Exposure in Early Childhood". International Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy, May 7, 1999.

32.     "Adverse Effects of Blood Lead Concentrations <10 $\mu$g/dL" (Invited), 17th International Conference Neurotoxicology Conference, Little Rock, Arkansas, October 17-20, 1999.

33.     "Emerging Research and Implications for Prevention of Childhood Lead Exposure" (Invited), 2nd Annual Syracuse Lead Conference, Syracuse, New York October 27th, 1999.

34.     "Prevention of Lead Poisoning in Children" Sierra Club, Omaha, NE, November 16th, 1999.

35.     "Children's Environmental Health: A Focus on Residential Hazards" Department of Pediatrics, University of Nebraska Hospital, November 17th, 1999.

36.     "Effectiveness of Lead Hazard Controls", New England Lead Conference, New Hampshire, Tufts University School of Medicine, April 25, 2000.

37.     "Subclinical Lead Toxicity in U.S. Children and Adolescents", Pediatric Academic Societies, Boston, MA, May 15, 2000.

38.     "Contribution of Residential Exposures to Asthma in U.S. Children and Adolescents", Pediatric Academic Societies, Boston, MA, May 16, 2000.

39.     "The Effect of Soil Abatement on Blood Lead Concentration in Children living near a former Smelter and Milling Operation" (invited). Coeur d'Alene, Idaho, May 24, 2000.

40.     "The Paradox of Lead Poisoning Prevention" (invited). National Institute of Justice, Washington, D.C., July 18th, 2000.

41.  "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Children's Hospital Medical Center, Cincinnati, Ohio, August 22, 2000.

42.  "Children's Environmental Health: A Focus on Residential Hazards"  Pediatric Grand Rounds, Department of Pediatrics, University of Rochester School of Medicine, Rochester, NY, September 20th, 2000.

43.  "Prevention of Lead Poisoning in Childhood" 7th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, NY, September 29, 2000.

44.  "Excavating the Enigmas of Childhood Lead Exposure". Department of Environmental and Occupational Medicine, Harvard University School of Public Health, Boston, MA, October 16th, 2000.

45.  "Contribution of Residential Exposures to Asthma". Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 11th, 2000.

46.  "Setting Research Priorities for the Decade". (Moderator & Speaker) Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 13th, 2000.

47.  "Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation) Look Out for Lead Conference, Madison, WI, April 12, 2001.

48.  "Environmental Lead Exposure and Children's Intelligence at Blood Lead Concentrations below 10 $\mu$g/dl." APA Presidential Plenary Session, Pediatric Academic Society Meeting, Baltimore, MD, April 30, 2001.

49.  "Elimination of Childhood Lead Exposure: Obstacles & Opportunities" (Plenary).  National Housing Conference and Exposition, New Orleans, LA, May 16th, 2001.

50.  "Prevention of Childhood Lead Exposure: A Public Health Perspective" (Keynote Presentation). Philadelphia Health Department, Philadelphia, PA, May 23rd, 2001.

51.  "Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation), Charles Drew University, Los Angeles, California, October 22nd, 2001.

52.  "Primary Prevention of Childhood Lead Exposure" (Keynote Presentation), Midwest Regional Lead Conference, Pittsburgh PA, October 29th, 2001.

53.  "Prevention of Childhood Lead Exposure: Shifting to Primary Prevention" (Keynote Presentation), Indiana Department of Health, Lead-Safe Conference, November 7th, 2001.

54.  "A Strategy for Primary Prevention of Childhood Lead Exposure" A testimony to Housing and Transportation Subcommittee, U.S. Senate, Washington, D.C., November 13, 2001.

55. "Ethical issues of Environmental Research involving Children" (moderator and speaker). Panelists were Jeffrey Kahn, Ph.D., and Leonard Glantz, J.D., Raleigh-Durham, North Carolina, NIEHS Conference of Children's Environmental Health Centers, January 23, 2001.

56. "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Omaha Children's Hospital, Omaha, Nebraska, March 1, 2002.

57. "Racial Disparities in Children due to Environmental Hazards" Ohio Commission on Minority Health, Columbus, Ohio March 27, 2002.

58. "Prevention of Childhood Lead Exposure in a Former Mining Community" Tar Creek, Oklahoma, April 4, 2002.

59. "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Hasbro Children's Hospital, Brown University, Providence Rhode Island, May 17, 2002.

60. "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Dayton Children's Hospital, Wright University, Dayton, Ohio May 22, 2002.

61. "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." International Lead Congress, Washington, DC, June 3rd, 2002.

62. "Residential Hazards: A Neglected Health Problem" Agency for Toxic Substances Disease Registry, Centers for Disease Control and Prevention, Atlanta, Georgia, August 19th, 2002.

63. "Control of Residential Exposures to Environmental Neurotoxins" National Center for Healthy Homes (Moderator and Speaker), Annapolis, VA, November 7th, 2003.

64. "The Promises and Potential Pitfalls of Primary Lead Poisoning Prevention" Purchase College, 9th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, New York, October 4th, 2002.

65. "Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Syracuse, NY, October 9th, 2002.

66. "Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." University of Texas at El Paso, El Paso, Texas January 29th, 2003.

67. "Childhood Lead Poisoning" Introduction to Children's Environmental Health, Seattle, Washington, Pediatric Academic Society, May 3rd, 2003.

68. "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Chicago Lead Summit, Chicago, Illinois, May 28th, 2003.

69. "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Case Western Reserve University, Cleveland, Ohio, June 3rd, 2003.

70. "Housing and Children's Health", Sprawl: The impact on vulnerable populations, University of Cincinnati College of Medicine, Cincinnati, Ohio, July 8th, 2003.

71.  "Trials and Tribulations of Protecting Children from Environmental Toxins". Duke University, Nicholas School of the Environment, Durham, NC, November 6th, 2003.

72.  "Adverse Effects of Fetal and Childhood Exposures to Prevalent Toxins" Midwest Critical Regional Neonatology Conference, Covington, KY, November 14th, 2003.

73.  "Control of Residential Hazards in Children" American Public Health Association, San Francisco, CA, November 18th, 2003.

74.  "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". 21st International Neurotoxicology Conference, Honolulu, Hawaii, February 11th, 2004.

75.  "Trials and Tribulations of Protecting Children from Environmental Hazards" Workshop on Ethical Issues on Children's Environmental Health, Children's Environmental Health Network, Washington, D.C. March 5, 2004.

76.  "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis", Pediatric Academic Societies Annual Meeting. Pediatric Research 2004;55:163A.

77.  "The Impact of the Environment on Children's Health" Bob Smith Endowed Lecture, Department of Pediatrics, First Gulf Coast Children's Environmental Health Symposium, Baylor University, Houston, Texas.

78.  "The Search for Environmental Causes of Learning Disabilities, Learning Disabilities Initiative, Baltimore, MD, May 18th, 2004.

79.  "Residential Hazards in Children: A Neglected Public Health Problem", Pediatric Grand Rounds, Boston Medical Center, Department of Pediatrics, Boston University Medical Center, Boston, MA, May 20th, 2004.

80.  "Residential Hazards in Children" "Healthier Homes, Stronger Families: Public Policy Approaches to Healthy Housing", National Center for Healthy Housing, Washington, D.C., June 2nd, 2004.

81.  "Fetal and Early Childhood Exposures to Prevalent Toxins" Pediatric Grand Rounds, Ste. Justine Children's Hospital, University of Montréal, Montreal, Canada, June 16th, 2004.

82.  "Childhood Exposure to Lead-Contaminated Soil: A Problem of the Past or a Problem from the Past?" National Academy of Science Committee on Superfund Site Assessment and Remediation in Coeur d'Alene River Basin", June 17th, 2004, Coeur d'Alene, Idaho.

83.  "The Legacy of Lead" (Keynote Speaker). Chicago Lead Summit, Region V EPA Headquarters, September 15th, 2004.

84.  "A Tale of Two Toxins: Children's Exposure to Tobacco and Lead" (with Michael Weitzman), The American Academy of Pediatrics, San Francisco, CA, October 10th, 2004.

85.  "A Legacy of Childhood Lead Poisoning" University of Washington, Seattle, Washington, October 30, 2004.

86.  "Protecting Children from Environmental Toxins", Pediatric Grand Rounds, Seattle Children's Hospital, Seattle Washington, March 10th, 2005.

87.  "The Science and Politics of Childhood Lead Poisoning", Northwest Pediatric Environmental Health Conference, University of Washington, Seattle, Washington, March 11th, 2005.

88.  "The Effects of Low-level Exposure to Environmental Toxins during Fetal Development and Early Childhood", Children's' Hospital of Fudan University, Shanghai International Pediatric Forum, Shanghai, China, June 16th to 18th, 2005.

89.  "The Role of Biomarkers in Revealing Genetic and Environmental Influences of Disease and Disability" Psychiatry Grand Rounds, University of Cincinnati, February 8th, 2006.

90.  "Trials and Tribulations of Protecting Children from Environmental Hazards: Ethical Issues", Johns Hopkins University of Medicine, March 17th, 2006.

91.  "Key Elements of a Primary Prevention Strategy for Lead Poisoning", Albany Law School, Union University, Albany, New York, March 16th, 2006.

92.  "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", Case Western Reserve University, City Club of Cleveland, Cleveland, OH March 4th, 2006.

93.  Integrating Genetic and Environmental Influences in Pediatric Research" (Moderator and Speaker), Pediatric Academic Societies, San Francisco, CA, April 30th 2006.

94.  "Ethical Issues in Housing Health Hazard Research Involving Children" (Topic Symposia) Pediatric Academic Societies, San Francisco, CA, May 2nd 2006.

95.  "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", International Workshop on Neurotoxic metals: from Research to Prevention, University of Brescia, Italy, June 17th, 2006.

96.  "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", International Society for Environmental Epidemiology, Paris France, September 6th, 2006.

97.  "Protecting Children from Environmental Toxins", Region VIII Children's Environmental Health Summit, Vail, Colorado September 20th, 2006.

98.  "Integrating Genetic and Environmental Biomarkers in Pediatric Epidemiology", Visiting Professor, Simon Fraser University and University of British Columbia, Vancouver, British Columbia, October 19th-20th, 2006.

99.  "The Legacy of Lead", Indiana Lead Conference, Indianapolis, Indiana, October 24, 2006.

100.  "Ethical dilemmas in Children's Environmental Health", Seminar Series in Ethics of Toxicology, University of Champagne-Urbana, Champagne, Illinois, November 19th, 2006.

101.  "Low-Level Lead Toxicity: Implications for Prevention"", WHO Informal Workshop on Lead, University of Munich, Germany, November 30th, 2006.

102.  "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", National Environmental Public Health Conference, National Centers for Disease Control, Atlanta, Georgia, December 4th, 2006.

103.  "The Epidemiologic Conquest of Childhood Lead Toxicity: A Pyrrhic Victory". NIEHS Workshop on Children's Environmental Health Research: Past, Present and Future.  January 22nd, 2007.

104.   "Linking Low-level Exposures to Environmental Toxicants with ADHD".  Duke Integrated Toxicology and Environmental Health Program Symposium on Developmental Neurobehavioral Disabilities and Toxic Exposures, March 23, 2007, Durham, North Carolina.

105.  "Using Biomarkers to Link Environmental Influences with Disease and Disability", The Channing Laboratory, Harvard University, Boston, Massachusetts, April 4th, 2007.

106.  "The Lingering Legacy of Lead Toxicity". Grand Rounds, Department of Pediatrics, St. Louis Children's Hospital, St. Louis University, St. Louis, Missouri, April 11th, 2007.

107.  "Protecting Children from Environmental Toxicants", United States Council of Catholic Bishops, Washington, D.C., April 30th, 2007.

108.  "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", Pediatric Academic Societies, APA Presidential Platform Plenary Session, Toronto, Canada, May 7th, 2007.

109.  "The Lingering Legacy of Lead Toxicity" Grand Rounds, Department of Pediatrics, Omaha Children's Hospital, University of Nebraska, Omaha, Nebraska, April 11th, 2007.

110.  "Linking Low-level Neurotoxicant Exposures of the Developing Brain to Learning and Behavioral Problems."  International Conference on Developmental Programming and Effects of Environmental Toxicants in Human Health and Disease, Faroe Islands, May 20th, 2007.

111.  "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson", National Policy Consultation Series on Children's Health and Environment, Moncton, New Brunswick, Canada, May 31, 2007.

112.  "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  Occupational and Environmental Health Seminar Series, Health Canada, Ottawa, Canada, June 6th, 2007.

113.  "Linking Low-Level Lead Exposure with Child and Adolescent Psychopathology", 13th Annual International Society for Research in Child and Adolescent Psychopathology, London, England, June 19th, 2007.

114.    "The Legacy of Lead Toxicity". Pediatric Grand Rounds, New York Presbyterian Hospital-Weill Cornell Medical Center, September 18th, 2007.

115.    "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Pediatric Grand Rounds, Children's Hospital at Dartmouth, Dartmouth Medical School, September 19th, 2007.

116.    "The Legacy of Lead Toxicity: Effects of Childhood Lead Exposure in Children, Adolescents and Adults". Mid-America Conference, Philadelphia, Pennsylvania, October 4th, 2007.

117.    "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  International Society for Exposure Analysis (invited plenary session), Raleigh-Durham, North Carolina, October 17th, 2007.

118.    The Global Elimination of Lead Toxicity: A Focus on Housing."  National Institute of Public Health, Rennes, France, October 22nd, 2007.

119.    Linkage of Environmental Lead Exposure with Psychopathology in Children and Adolescents" Ramazzini Collegium, Carpi, Italy, October 25th, 2007.

120.    "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology", Symposium on Environmental Toxicity and the Brain, University of Toronto, Toronto, Canada, December 7th, 2007.

121.    "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology." Pediatric Grand Rounds, Rochester General Hospital and Strong Memorial Hospital, Rochester, New York, April 1&2, 2008.

122.    "Rochester's Role in the Ongoing Elimination of Childhood Lead Toxicity."  Beaven Lecture, Rochester Academy of Medicine, Rochester, New York, April 1, 2008.

123.    "The Lingering Legacy of Lead Toxicity: Lansing Legacy."  Michigan's Conference for Lead Safe & Healthy Homes, East Lansing, MI, April 22, 2008.

124.    First Annual Controversies in Pediatric Environmental Health, "Should the Centers for Disease Control Lower the Blood Lead Level of Concern". A debate by Bruce Lanphear and George G. Rhoads (James Sargent, Moderator). Pediatric Academic Societies Meeting, Honolulu, Hawaii, May 2nd, 2008.

125.    "Linking Exposure to Environmental Toxicants with Psychopathology in Children and Youth". Visiting Professor, Alberta Child and Youth Network, Calgary Children's Hospital, Calgary, Alberta. May 13th-15th, 2008.

126.    Lead Toxicity and the Teenage Brain", Youth Exploring Science Program, St. Louis Science Center, St. Louis, Missouri, June 30th, 2008.

127.    "The Legacy of Childhood Lead Toxicity".  Health Canada, Ottawa, Canada, October 6th, 2008.

128. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". The 2008 Rachel Carson Legacy Conference: Green Chemistry – Solutions for a Healthy Economy, Duquesne University, Pittsburgh, Pennsylvania, September 20th, 2008.

129. "Trials and Tribulations of Protecting Children from Environmental Hazards", Ethics in Toxicology Seminar Series, University of Champagne-Urbana, Champagne, Illinois, September 22nd, 2008.

130. "Industry's Influence on the Prevention of Childhood Lead Poisoning." In: Symposia on Insulating Environmental Health Research from Conflicting Interests.  International Society for Environmental Epidemiology Annual Meeting, Pasadena, California, October 14th, 2008.

131. "The Lingering Legacy of Lead Toxicity: Implications for Research and Policy on Other Environmental Toxicants". (Keynote Presentation) BC Environmental and Occupational Health Research Network, Vancouver, BC, November 7th, 2008.

132. "Effects of Environmental Toxicants on Children's Development". DB-PREP Course, American Academy of Pediatrics, Atlanta, Georgia, December 5th, 2008.

133. "Linking Low-level Environmental Toxicants with New Morbidities of Childhood". BC Children's Grand Rounds, British Columbia, Vancouver, February 6th, 2009.

134. "Using Biomarkers to Link Exposures with Disease and Disability in Children". Workshop on Physical and Chemical Exposures in Canadian Cohort Studies, Canadian Institute of Health Research and Health Canada, February 8th-9th, 2009.

135. "How Dangerous Is Lead In Drinking Water?" An interview on "Around The Water Cooler" with Werner Troesken and Bruce Lanphear. February 18th, 2009.

136. "Linking Environmental Toxicants with ADHD in Children" (invited), Learning Disabilities Association Annual Meeting, February 25th, Salt Lake City, Utah.

137. "The Lingering Legacy of Lead Toxicity", Norfolk Children's Hospital, April 30th, 2009, Norfolk Virginia.

138. Second Annual Controversies in Pediatric Environmental Health Debate, "Should Pediatricians Advise Parents to Feed their Children Organic Foods?" A debate by Joel Forman and Janet Silverstein (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Baltimore, MD, May 4th, 2009.

139. "A Pattern of Pathology: The Population Impact of Environmental Toxicants on Health". Workshop on Endocrine Disruptors, Endocrine Society, Washington, DC, June 9th, 2009.

140. "The Quandary of Environmental Contaminants in Human Milk", 25th Anniversary of US Surgeon General's Report on Breastfeeding, Washington, DC, June 13th, 2009.

141.  "Linking Exposures to Environmental Toxicants with Learning Problems and Psychopathology in Children." Northwest Conference on Children's Health and Environment, Tukwila, Washington, October 1st, 2009.

142.  "The Second Coming of the Sanitarians", Pediatric Grand Rounds, University of California at Davis Children's Hospital, Sacramento, California, October 9th, 2009.

143.  "The Second Coming of the Sanitarians", National Institute of Public Health, Rennes, France, November 4th, 2009.

144.  "Linking Exposure to Environmental Toxicants with ADHD in Children." Symposium on ADHD. Riyadh, Saudi Arabia, November 7th, 2009.

145.   "The Interplay of Genetic and Environmental Influences in Common Conditions of Children." Macquarie University, Department of Geology, Sydney, Australia, November 18th, 2009.

146.  "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure." Pacific Basin Consortium Symposium on Environment and Health, Perth, Australia, November 13th, 2009.

147.  "The Second Coming of the Sanitarians", SFU President's Lecture, Simon Fraser University, Burnaby, BC, March 4th, 2010.

148.  Third Annual Controversies in Pediatric Environmental Health Debate, "Should the American Academy of Pediatrics Sponsor a Ratings Board to Provide Evidence-based Ratings for Media?" A debate by James Sargent and Donald Shifrin (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Vancouver, BC, May 2nd, 2010.

149.  "Efficacy of Reducing Lead Hazards in Housing on Lead-Contaminated House Dust, Blood Lead Concentration and Intellectual Abilities in Children." Pediatric Academic Societies Meeting, Vancouver, BC May 1st, 2010.

150.  "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Pediatric Grand Rounds, Cornell Weill Medical College, New York, New York. May 25th, 2010.

151.  "Excavating the Enigmas of Childhood Lead Toxicity", Guest Lecturer, "Introduction to Toxicology, Harvard School of Public Health, Boston, Massachusetts, October 27th, 2010.

152.  "The Conquest of Lead Poisoning: A Pyrrhic Victory", Lead Action Collaborative, New England Carpenters Center, Boston, Massachusetts, October 28th, 2010.

153.  "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Academy of Breastfeeding Medicine, San Francisco, California, October 29th, 2010.

154.  "Bisphenol A and Behavior Problems in Children". Eastern Perinatal Conference, Kingston, Ontario, November 10th, 2010.

155. "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?" UBC Statistics Department Seminar, November 18th, 2010.

156. "Protecting Children from Environmental Toxicants." Children's Hospital of Quebec, University of Laval, Quebec City, Quebec, December 17th, 2010.

157. "Low-level Toxicity: Implications for Research and Policy", Joint Talks by C. Arden Pope and Bruce Lanphear, SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 7th, 2011.

158. "Crime of the Century: Lead Toxicity in the 20th Century", Panel Presentation and Discussion, UC Davis, Sacramento, California April 7th, 2011.

159. Fourth Annual Controversies in Pediatric Environmental Health Debate, "Should Parent Slather their Children with Sunscreen?" A debate with Russell Chesney, MD and Sophie Balk, MD, (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Denver, Colorado, May 1st, 2011.

160. The Conquest of Lead Toxicity: A Pyrrhic Victory", Canadian Water Network, Ecole Polytechnique de Montreal, Montreal, Canada, June 9th, 2011.

161. The Contribution of Environmental Influences on Chronic Disease, Canadian Partnership for Health and Environment, Toronto, Canada, June 16th, 2011.

162. "The Second Coming of the Sanitarians", Environmental and Occupational Health Seminar, University of Washington School of Public Health, Seattle, WA, May 12th, 2011.

163. "Crime of the Century: The Failure to Prevent the Lead Pandemic". Sterling Prize in Controversy, Wosk Centre, Simon Fraser University, Vancouver, BC, October 19th, 2011.

164. "Measuring Exposure: The Benefits and Limits of Biomarkers". Canadian Institute for Human Development, Child and Youth Research, Montreal, Canada, December 6th, 2011.

165. "Rachel Carson: Clarity of Vision". SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA, January 6th, 2012.

166. "The Truth About Toxins: What Parents and Health Professionals Should Know". Environmental Influences on Neurodevelopment: Translating the Emerging Science into Public Health Policy". UCLA School of Public Health, Los Angeles, California, January 12th, 2012.

167. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Mattel Children's Hospital, Los Angeles, California, January 13th, 2012.

168. "Why Should We Share Data?", Data Sharing Strategies for Environmental Health Workshop, National Institute of Environmental Health Sciences, Research Triangle Park, North Carolina, February 6th and 7th, 2012.

169. "The Science and Prevention of Lead Toxicity" (Keynote Presentation), Forum on Lead Toxicity: A Little is Still Too Much", Macquarie University, Sydney, Australia, June 5th, 2012

170. "Canada Environmental Health Atlas Knowledge Translation Workshop", Canadian Public Health Association, Edmonton, Alberta, June 13th, 2012.

171. "First Annual Controversies in Pediatric Environmental Health Debate: Should organophosphate pesticides be reduced or banned?" A debate with Brenda Eskenazi and Bruce Lanphear (Rob McConnell, Moderator). International Society for Environmental Epidemiology, Columbia, SC, August 28th, 2012.

172. "Supralinear Dose-Response Relationship of Environmental Toxicants: Research and Policy Implications." Moderator and Speaker, with Arden Pope, Roel Vermeulen and Bruce Lanphear. International Society for Environmental Epidemiology, Columbia, SC, August 29th, 2012.

173. Tanya Froehlich and Bruce Lanphear, "ADHD and Environmental Toxicants: Time for Prevention?", Society for Development and Behavioral Pediatrics, Phoenix, AZ, September 9th, 2012.

174. "The Epidemic of Childhood Disabilities: A Failure to Regulate". Workshop on Children's Rights and Corporate Responsibility, Green College, University of British Columbia, Vancouver, BC, October 19th, 2012.

175. "Low-level Toxicity: Much Ado About Nothing?", Department of Preventive Medicine Seminar, University of Southern California, Los Angeles, California, October 23rd, 2012.

176. "Reflections on Silent Spring". (Invited Keynote). International Society for Exposure Sciences, Seattle, Washington, October 28th, 2012.

177. "Randomized Controlled Trials in Children's Environmental Health: Underutilized or Unethical?" The University of Washington Northwest Pediatric Environmental Health Specialty Unit and Center for Child Environmental Health, Seattle, Washington, February 26th, 2013.

178. "Crime of the Century: Our Failure to Prevent the Lead Pandemic". Dali Lana School of Public Health and of School Environment, University of Toronto, Toronto, Ontario, March 26th, 2013.

179. "The Ongoing Search for a Threshold". International Conference of Toxicology, Seoul, Korea, July 1, 2013.

180. "Blood Lead Concentrations and Cardiovascular Mortality in the United States: The NHANES Mortality Follow-up Cohort Study". International Society for Environmental Epidemiology, Basel, Switzerland, August 2, 2013.

181. "The Conquest of Lead Poisoning: A Pyrrhic Victory". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

182.  "Striking at the Root: Changing the Narrative on the Causes of Disease". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

183.  "Crime of the Century: The Failure to Prevent the Lead Pandemic". Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 26, 2013.

184.  "Low-level Toxicity: Policy Implications for the 21st Century". Symposium on Policy Implications of Environmental Exposures in the 21st Century. Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 27, 2013.

185.  "Excavating the Enigmas of Childhood Lead Toxicity". Network for Soil Contamination Research (INSCR), Delhi University, New Delhi, India. October 22nd, 2013.

186.  "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure", World Health Organization, New Delhi, India. October 24th, 2013. "The Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." National Institute of Environmental Health Sciences, Raleigh-Durham, NC, November 10th, 2013.

187.  "Protecting Children from Environmental Toxins". Japan Dioxin and Endocrine Disruptors Preventive Action, Tokyo, Japan, November 24th, 2013.

188.  "ADHD: A Preventable Epidemic?" Alberta Children's Hospital, Calgary, Alberta, December 16th, 2013.

189.  "Little Things Matter: The Impact of Toxins on the Developing Brain". Early Years Conference, Vancouver, British Columbia, January 30th, 2014.

190.  "Little Things Matter: The Impact of Toxins on the Developing Brain". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

191.  "Low-level Toxicity of Environmental Toxins: Much Ado About Nothing?". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

192.  "The Canadian Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." School of Occupational and Environmental Health, University of British Columbia, March 28th, 2014.

193.  "Little Things Matter: The Impact of Toxins on the Developing Brain". British Columbia Healthy Child Alliance, Vancouver, British Columbia, April 2nd, 2014.

194.  "Sixth Annual Controversies in Pediatric Environmental Health Debate, E-Cigarettes: A weapon in the war against tobacco or a threat to tobacco control. (Moderator). Featuring Greg Connelly and James Sargent. Pediatric Academic Societies, Vancouver, May 4th, 2014.

195.  "Striking at the Root Causes of Chronic Disease in Children" (Moderator). James Sargent, Joel Bakan and David Kessler, May 5th, 2014.

196. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). OHKA Healthy Homes Alliance, Omaha, Nebraska, May 15th, 2014.

197. "Excavating environmental risk factors for autism: Suspects and strategies". A workshop on examining a multi-systems approach to autism and the environment: challenges and opportunities for research". Toronto, Ontario, June 23rd-24th, 2014.

198. "Lead Poisoning: Tackling a Global Problem" (Co-Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

199. "Interventions to Reduce Exposures to Environmental Hazards in Pregnant Women and Children", (Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

200. 3rd Annual ISCHE-Sponsored Debate: Should there be any restrictions on universities or academicians receiving payment from industry or other sources? (Moderator). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

201. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Tulane University School of Public Health and Tropical Medicine, New Orleans, Louisiana, September 5th, 2014.

202. "Environment Matters", Children's Environmental Health Panel. Society for Environmental Journalists, New Orleans, Louisiana, September 6th, 2014.

203. "Insidious Influence of Industry on Science: How Corporations Undermine Science", 5th Annual C. Everett Koop Distinguished Lecture, "Corporate Threats to Children's Health", with Joel Bakan and James Sargent, Dartmouth University, New Hampshire, October 6th, 2014.

204. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, Montefiore Medical Center, New York, New York, October 8th, 2014.

205. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). Prenatal Environmental Health Education (PEHE) Conference, University of Ottawa. Ottawa, Ontario, November 21st, 2014.

206. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). ISEE Asian Regional Meeting, Shanghai, China, November 30th, 2014.

207. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, ISEE Asian Regional Meeting, Shanghai, China, November 31st, 2014.

208. "Data Visualization", with Joe Braun and Allan Just, Pediatric Environmental Health Scholars Retreat, Reston, VA, December 6th, 2014.

209. "Victories in Public Health: Progress or Adaptation?" SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 8th, 2015.

210.   "Food in the Industrial Era: Is Backward the Way Forward?" Children's Environmental Health Network, Austin, Texas, February 4th, 2015.

211.   "Excavating the enigmas of childhood lead toxicity". Broken Hill City Council and Lead Reference Group, Broken Hill, New South Wales, Australia, March 3rd, 2015.

212.   "Prevention Paradox: Why a Little Lead is Too Much". Unequal Exposure Symposium, Climate Change Research Center, University of New South Wales, March 5th, 2015, Sydney, Australia.

213.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 23rd, 2015.

214.   "The Staggering Cost of Lead Toxicity and the Unbelievable Benefit of Preventing It". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 24th, 2015.

215.   Seventh Annual Controversies in Pediatric Environmental Health Debate, "GMOs: A Hazard or Harvest of Health?" A debate with Joel Forman, MD and Daniel Goldstein, MD,  (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, San Diego, California, April 27th, 2015.

216.   "Impact of Dwellings on Child Health", Canadian Green Building Council Conference, Vancouver Convention Center, Vancouver, BC, April 28. 2015.

217.   "Impact of Tobacco on the Developing Brain", Developmental Effects of Nicotine and Implications for Emerging Tobacco Products, Rockville, Maryland, May 5thth, 2015.

218.   "Impact of Toxins on the Developing Brain" India Tour (Bengaluru, Trivandrum, Kolkata, and Chandigarh) Sponsored by PAN-India, September 4th-11th, 2015.

219.   "Impact of Dwellings on Child Health", Green School Summit, Calgary, Alberta, September 25th. 2015.

220.   "Prevention Paradox: Why a Little Lead is Too Much", A debate with George Rhoads, Montefiore Medical Center, Tarrytown, October 2nd, 2015.

221.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic" (Keynote Presentation), University of Cincinnati Department of Environmental Health 50th Anniversary Gala, Cincinnati, Ohio, October 9th, 2015.

222.   "Impact of Toxins on the Developing Brain" (Keynote Presentation) Children's Environmental Health Centers Annual Meeting, Washington, DC, October 31, 2015.

223.   "The Impact of Toxins on the Developing Brain: Our Failure to Prevent Brain-based Disorders in Children", National Core for Neuroethics, UBC November 12th, 2015.

224.   "Impact of Dwellings on Child Health", Canada Green Building Council, Toronto, ON Green, December 1st, 2015.

225.  "The Tortuous Road to Prevention: Are We There Yet", Air Quality and Impacts on Health: Beyond the Heart and the Lungs, The Lung Association of BC, February 28th, 2016.

226.  "Lead's Long Shadow: What the Story of Flint, Michigan Means for All of Us", with Bruce Lanphear, Mona Hanna-Attisha and Marc Edwards. Collaborative on Health and the Environment Webinar, March 8th, 2016.

227.  "Little Things Matter: The Impact of Toxins on the Developing Brain", Collaborative on Health and Environmental Alaska Working Group Webinar, March 9th, 2016.

228.  "Victories in Public Health: Progress or Adaptation?", Symposium Against Indifference, Ashland University, Ashland, Ohio, April 5th, 2016.

229.  "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote), Children's Environmental Health: New Findings from California Research, Sacramento, California, April 7th, 2016.

230.  "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Distinguished Visiting Professor in Health Law, Loyola University, Chicago, Illinois April 21st, 2016.

231.  "The Population Impact of Toxins on Intellectual Abilities: Implications for Policy and Prevention", in Symposia on Environmental Toxins and the Brain: Growing Evidence of Risk, Pediatric Academic Societies, Baltimore, MD, May 2nd, 2016.

232.  "Data Visualization and Video Production for Public Consumption", in Symposia on Innovative Tools to Enhance Knowledge Translation of Environmental Health: Data Visualization, Videos and Message Mapping, (co-Moderated by Mark Miller and Bruce Lanphear), Pediatric Academic Societies, Baltimore, MD, April 30th, 2016.

233.  "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Michigan State University, Flint, MI, May 7th, 2016.

234.  "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Johns Hopkins University School of Public Health, Baltimore, MD, May 7th, 2016.

235.  "Little Things Matter: The Impact of Toxins on the Developing Brain", Baltimore, MD, International Medical Federation Autism Research (IMFAR), May 8th, 2016.

236.  "Public Health Matters: Videos on Toxic Chemicals, Air Pollutants and the Prevention Paradox", Mongolian National University of Medical Sciences, June 23, 2016.

237.  "Little Things Matter: The Impact of Toxins on the Developing Brain", USC Annenberg Center for Health Journalism, July 18th, 2016.

238.  "Preventing Lead Toxicity", California Environmental Protection Agency, Occupational Environmental Health Hazard Assessment, September 23rd, 2016.

239.  "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease,"
      World Issues Forum, Fairhaven College, University of Western Washington, (with Bob
      Lanphear), November 2, 2016.

240.  "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand
      Rounds, Maimonides Hospital, November 15th, 2016.

241.  "Little Things Matter: The Impact of Toxic Chemicals on the Child Health" (Keynote), Hudson
      Valley Perinatal Conference, November 16th, 2016.

242.  "Little Things Matter: The Impact of Toxins on the Developing Brain", IPEN, San Francisco, CA,
      November 18th, 2016.

243.  "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease",
      SFU, UBC and UW Annual Occupational and Environmental Health Conference Semiahmoo,
      WA, January 5th, 2017.

244.  "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease",
      University of New Brunswick, January 25th, 2017.

245.  "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", New Brunswick
      Children's Environmental Health Collaborative, January 26th, 2017.

246.  "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease",
      Rockefeller Center, Bellagio, Italy, February 22nd, 2017.

247.  "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", The Science in
      Society Speaker Series, Okanagan College, Vernon, BC, April 6th, 2017.

248.  "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain" (invited plenary),
      Vancouver, British Columbia, Canadian Pediatric Society, June 3rd, 2017.

249.  "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease",
      Macquarie University, Sydney, Australia, September 29th, 2017.

250.  "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease",
      Brown University, Providence, Rhode Island, October 13th, 2017.

251.  Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Health? University of
      Alaska, Alaska Tribal Health Consortium, Anchorage, Alaska, November 2nd, 2017.

252.  "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain"  (Keynote), All
      Alaska Pediatric Conference, Anchorage, Alaska, November 3rd, 2017.

253.  "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", CINBIOSE 30th
      Anniversary, University of Quebec at Montreal, Montreal, November 9th, -10th, 2017.

254.  "The Legacy of Lead Poisoning: Moving towards Prevention". East Chicago Community
      Meeting, Illinois, November 26th, 2017.

255.   "Cause or Cure", NIEHS Environmental Health Seminar, University of Southern California, Los Angeles, California, December 1st, 2017.

256.   "Little Things Matter: The Impact of Lead on Brain Development" (Keynote Presentation), Workshop on Lead-Free Schools, Pew Trust, Washington, DC, December 6th-7th, 2017.

257.   "Low-level Toxicity of Chemicals: No Acceptable Threshold?" Risk Modeling, Mitigation and Modeling in Health Sciences, Centre de Recherches Mathematiques, Montreal, QC, December 11th, 2017.

258.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Department of Psychology and Neuroscience, York University, Toronto, ON, December 13th, 2017.

259.   "The impact of Pollutants on Human Health: No Safe Levels?", Center for Energy and Environmental Contaminants, Macquarie University, Sydney, Australia, February 13th, 2018.

260.   "Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Children's Health?", Department of Pediatrics, University of Wisconsin at Madison School of Medicine, Madison, Wisconsin, March 1st, 2018.

261.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Wisconsin Environmental Health Network, Madison, Wisconsin, March 2nd, 2018.

262.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Biennial Atlantic Symposium on Learning Disabilities Association, Fredericton, NB.

263.   "Crime of the Century: The Failure to Prevent the Lead Pandemic" (Keynote). 11th UK and Ireland Environmental and Occupational Epidemiology, John Snow Lecture Hall, London School of Hygiene and Tropical Medicine, April 23rd, 2018.

264.   "The Impact of Pollutants on Human Health: No Safe Levels?" From Toxicology to Planetary Health, London School of Hygiene and Tropical Medicine, April 27th, 2018.

265.   Topic Symposium: "Toxic Chemicals and the Rise of Chronic Disease in Childhood: A Preventable Epidemic?" (chair and speaker), Pediatric Academic Societies, May 7th, 2018.

266.   "Prevention Paradox; Why a Little Lead is Too Much", Ontario Water Advisory, Toronto, CA, May 7th, 2018.

267.   "How the Secrets of Body Care and Cleaning Products Impact your Health", Panel with Bruce Lanphear, Muhannad Malas and Janie McConnell, Centre for Free Expression, Ryerson University, Toronto, ON, May 7th, 2018.

268.   "Prevention Paradox; Why a Little Lead is Too Much" (Keynote), Pittsburgh, PA, Get the Lead Out Conference, May 9th, 2018.

269.   "Low-level Lead Exposure and Mortality", Global Health Forum, Miami, Fl, May 23rd, 2018.

270.   "Unleashing the Power of Prevention: Targeting Toxic Chemicals and Pollutants", Canadian Public Health Association, Montreal, QC, May 28th, 2018.

271.   "The Impact of Pollutants on Human Health: No Safe Levels?" Chemicals Management Plan Stakeholder Advisory Council, Health Canada, May 30th, 2018.

272.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, University of California – Davis, Sacramento, CA, June 8th, 2018.

273.   "Why a Little Lead is Too Much", Health Canada, Ottawa, ON, August 29th, 2018.

274.   "Unleashing the Power of Prevention: Mobilizing Science to Prevent Disease", ISEE-ISES Workshop, Ottawa, ON, August 30th, 2018.

275.   "The Lingering Legacy of Lead: Why a Little Lead is Too Much", LA Lead Summit: A Strategy for Prevention, University of Southern California, September 14th, Los Angeles, CA.

276.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Children's Hospital of Orange County, Orange County, CA, September 19th, 2018.

277.   "The Lingering Legacy of Lead: Why a Little Lead is Too Much", Hurley Medical Center, Flint, Michigan, October 3rd, 2018.

278.   "Lead and The Mysterious Decline in Coronary Heart Disease", National Institute of Occupational Safety and Health, Cincinnati, OH, October 11, 2018.

279.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Grand Rounds, Oregon State Health University, Portland, OR, October 23, 2018.

280.   "The Impact of Pollutants on Human Health: No Safe Levels?" Oregon Environmental Council, Portland, OR, October 23, 2018.

281.   "Little Things Matter: The Impact of Toxic Chemicals and Organic Food on Children's Health", HIPP Scientific Symposium on Organic Food, Kranzberg, Germany, October 30, 2018.

282.   "The Mysterious Decline in Coronary Heart Disease", Harvard University Lead Summit, Cambridge, MA, November 15th, 2018.

283.   "The Impact of Pollutants on Human Health: No Safe Levels?" Department of Epidemiology, UMass, Amherst, MA, November 16th, 2018.

284.   "Little Things Matter: The Impact of Toxic Chemicals on Human Health", School of Public Health, Oregon State University, Corvallis, Oregon, April 12th, 2019.

285.   Why A Little Lead is Too Much: An Intimate History", "The Impact of Pollutants on Human Health: No Safe Levels?", Graduate Course in Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.

286.   "The Impact of Pollutants on Human Health: No Safe Levels?", Department of Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.

287. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Northwest Toxic Communities Coalition, University of Washington, Seattle, WA, April 27th, 2019.

288. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Betty DeVos Children's Hospital Grand Rounds, Grand Rapids, Michigan, June 3rd, 2109.

289. "Toxic Chemicals and the Mysterious Decline in Coronary Heart Disease", Symposium on Legacy of Lead (co-Moderator with Aaron Rueben) International Society for Environmental Epidemiology, Utrecht, The Netherlands, August 26th, 2019.

290. "The Lingering Legacy of Lead: Why a Little Lead is Too Much", Wisconsin Lead Poisoning Prevention Conference, Wausau, Wisconsin, September 12th, 2019.

291. "Lingering Legacy of Lead Poisoning: An Intimate History", Zielber School of Public Health, Milwaukee, Wisconsin, November 19th, 2019.

292. "The Impact of Toxic Chemicals: No Safe Levels?" University of Colorado School of Public Health, Denver, Colorado], January 18th, 2020

293. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", Colorado Department of Public Health and Environment, Denver, Colorado, January 19th, 2020.

294. "Little Things Matter: The Impact of Toxic Chemicals", Keynote Presentation and discussion of Toxic Beauty. K-DOCS Vancouver International Film Festival, February 21st, 2020, Vancouver, British Columbia.

295. "The Impact of Toxic Chemicals on the Developing Brain". Nationwide Children's Hospital Pediatric Residents, August 28th, 2020.

296. "Why a Little Lead is Too Much: The Ongoing Search for a Threshold", Catalyst Seminar Series, Nicholas Institute for Environment, Duke University Webinar, November 19th, 2020.

297. "Disruptive Epidemiology: Unleashing the Power of Prevention", 20th Whittenberger Lecture, Department of Environmental Health, Chan School of Public Health, Harvard University, Boston, MA, December 9th, 2020.

298. Little Things Matter: The Impact of Organic Food on Child Health. INCHES

299. "The Lingering Legacy of Lead Poisoning: Why a Little Lead is Too Much". First Annual Needleman Lecture, Dept of Environmental and Occupational Medicine, University of California, San Francisco, January 14, 2021.

300. Panelist, The Interplay between Environmental Exposures and Mental Health Outcomes. National Academies Sciences, Engineering and Medicine, February 2nd-3rd, 2021.

301. "The Impact of Toxic Chemicals on Human Health: No Safe Levels?" Center for Health, Environment and Justice Webinar Series, April 20, 2021.

302. "Toxic Hearts: The Mysterious Decline in Coronary Heart Disease (virtual), Montefiore Annual Conference on Lead Poisoning Prevention, November 5th, 2021.

303. Toxic Hearts: The Mysterious Decline in Coronary Heart Disease", UMASS Amherst, November 18th, 2021.

304. "The Impact of Toxic Chemicals on the Developing Brain", Advance for Change Webinar, April 14th, 2022.

305. "Biomarkers and Mental Health" (virtual), Workshop on Mental and Societal Health Indicators, Munster, Germany, April 5th, 2022.

306. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much" (virtual), Sacramento County Lead Poisoning Prevention Program, May 17, 2022.

307. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", Reid-Hillview Community Forum, Santa Clara County, California, August, 17th, 2022.

308. "The Impact of Toxic Chemicals on the Developing Brain", Integrative Pediatrics, Palos Verdes, California, September 8th-10[th], 2022.

309. "25th Anniversary of the Cincinnati Children's Primary Care Research Fellowship", Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, October 14th, 2022.

310. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", Congressional Stafff Briefing (virtual), U.S. Congress, October 27, 2022.

311. "THRESHOLD: Do Environmental Regulations Protect Human Health?", Grand Rounds, Department of Environmental Health and Engineering, Johns Hopkins University, November 11th, 2022.

312. The Impact of Toxic Chemicals: No Safe Levels", Canadian Society of Clinical Chemists (virtual), November 19th, 2022.

313. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", US EPA Region X Webinar, January 10th, 2023.

314. "Global Burden of Cardiovascular Disease", Center for Global Development, London, England, January 23rd, 2023.

315. "The Lingering Legacy of Lead Toxicity: Leaded Aviation Fuel" (virtual conference), Boston University, Boston, Massachusetts, December 15th, 2022.

316. "Why We Live Longer", Benjamin Meaker Lecture, University of Bristol, Bristol, England, February 16th, 2023.

317. "The Mysterious Decline in Coronary Heart Disease", University of Bristol, Bristol, England, February 23rd, 2023.

318.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Benjamin
Meaker Lecture, University of Bristol, Bristol, England, February 28th, 2023.

319.   "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", March 25th, King's
College, London, England

320.   "The Mysterious Decline in Coronary Heart Disease", Litchfield Lectures, Oxford University,
Oxford, England, May 4th, 2023.


**Grants**

Active Grant Awards

Canadian Institutes of Health Research (Allen)      7/1/2019 – 6/30/2024      1.2 person months
CIHR                                               $ 203,300
An Interventional Trial of Air Pollution and Cardiometabolic and Respiratory Health in Children

A randomized air filter intervention study of air pollution on neurobehavioral and respiratory outcomes
in the highly polluted community of Ulan Bator, Mongolia.

R01 ES030078 (Buckley)                            12/1/2018 - 11/30/2023      .075 person months
NIEHS/NIH                                          $ 275,000
Early life phthalate and perfluoralkyl substance exposures and childhood bone health

The major goal of this project is to determine if childhood exposure to phthalates and PFAS are
associated with bone strength in adolescents, and whether micronutrients modify the relationship.

1RO1ES03036 NIEHS (Till and Lanphear)            9/15/2019-5/31/2024      2.4 person months
NIEHS/NIH                                          $ 380,000
Fluoride in Tooth Dentin and Neurodevelopmental outcomes in a Canadian cohort.

The purpose of this study is to examine the effects of prenatal and early childhood exposure to
fluoride on neurodevelopmental and thyroid outcomes in the MIREC Study using dentin fluoride
concentrations.

R01ES031621 (Yolton)                              04/01/2021 - 06/30/2026      .075 person months
NIEHS/NIH                                          $ 859,668

Longitudinal impact of air pollution on mental health and neuroimaging outcomes during adolescence
in the Cincinnati Combined Childhood Cohorts (C4)

The purpose of this study to examine the association of $PM_{2.5}$ and traffic-related air pollution
contributes to the development of depression and anxiety in adolescence.

R01ES031247 (Sowell)                              07/01/2020 - 06/30/2025      .075 person months
NIEHS/NIH                                          $ 250,000

Prenatal and Early Postnatal Lead Exposure on Childhood and Adolescent Brain, Cognitive and
Behavioral Development

The purpose of this study is to examine the impact of prenatal and postnatal lead exposure using tooth lead concentrations on cognition, behaviors, and brain development in the ABCD cohort.

R01ES033054 Chen (PI)                    07/01/2021 – 04/30/2026        .075 person months
NIEHS/NIH                                $389,000
Role: Consultant
Impact of Pre- and Postnatal Chemical Mixture Exposures on Child Neurobehavior and Neuroimaging

The purpose of this study is to examine the impact of chemical mixtures on neurobehavioral problems and brain development in children.

R01 ES032552 (Oulhote)                   01/01/2022 – 10/31/2026      1.2 person months
NIEHS/ONES                               $391,381
Role: Consultant

The interplay of early life exposure to environmental pollutants and folate system in the etiology of autistic behaviors

R01 ES034187A (Braun)                    07/08/2022–06/30/2024        0.1 person months
NIEHS/NIH                                $175,000
Role: Consultant
Title: Residential Dust Control Intervention to Reduce Early Childhood Exposure to Chemical Mixtures


Past Grant Awards


1.  Principal Investigator, "Dust-Lead and Blood Lead Levels among Urban Children". The National Center for Lead-Safe Housing, $561,619, 06/15/93 to 08/31/94. Department of Housing and Urban Development Contract MDLPT0001-93. (25% effort).

2.  Principal Investigator, "Determinants of Lead Exposure among Children in Monroe County, NY", NIEHS Pilot Grant, University of Rochester School of Medicine and Dentistry, Department of Environmental Medicine.  $7,600, 06/15/93 to 12/31/95.  (0% effort)

3.  Principal Investigator, "The Effectiveness of Dust Control in Reducing Children's Blood Lead Levels" U.S. Department of Housing and Urban Development, $128,394, 04/01/94 to 05/30/95. (25% effort).

4.  Principal Investigator, "Primary Prevention of Exposure to Lead".  Centers for Disease Control and Prevention, $832,228, 09/30/94 to 10/01/98. (25% effort)

5.  Principal Investigator, "Lead-Contaminated House Dust and Children's Blood Lead Levels". National Center for Lead-Safe Housing, $43,260, 10/01/96 to 03/30/96. (25% effort).

6.  Co-investigator (Christy, PI), "Tuberculosis Screening in Children". New York Department of Health, $15,000, 01/01/95 to 12/31/96. (0% effort)

7. Co-investigator (Weitzman, PI), "Fellowship Training in General Pediatrics" (Grant # D28PE50008).  Bureau of Health Professions, HRSA, U.S. Public Health Service, $1,752,816, 06/01/96 to 05/30/97. (10% effort).

8. Principal Investigator, "Neurobehavioral Effects of Low-Level Childhood Lead Exposure". University of Rochester School of Medicine & Dentistry, $8,560, 06/01/96 to 05/30/97. (0% effort)

9. Principal Investigator, "Neurobehavioral Effects of low-level Lead Exposure in Children". NIEHS Pilot Grant, University of Rochester Department of Environmental Medicine, $20,035, 09/01/97 to 08/30/97.  (0% effort).

10. Co-investigator (Howard, PI), "Effect on Breastfeeding of Pacifiers and Bottle Feeding". Bureau of Maternal and Child Health, $420,333, 10/01/96 to 09/30/00. (2.5% effort)

11. Co-investigator (Canfield, PI) "Lead and Children's Cognitive Functioning", Research Grants Program, Cornell University.  $17,000, 10/01/96 to 09/31/97 (0% effort).

12. Principal Investigator, "Neurobehavioral Effects of Low-Level Lead Exposure in Children" (RO1-ES 08338). National Institute of Environmental Health Sciences, 12/01/96 to 11/31/01, $1,946,848. (25% effort).

13. Co-investigator, (Aligne, PI).  "Reduction in Passive Smoking among Children with Asthma:  A Randomized Trial of HEPA Air Filtration."  10/01/96 to 09/31/97, $6,000.  KIDD Grant, Rochester General Hospital (0% effort).

14. Co-investigator, (DeWitt, PI). "Faculty Development in General Pediatrics". Bureau of Health Professions, Health, Department of Health and Human Services 07/01/97 to 06/30/00, $338,000. (15% effort).

15. Principal Investigator, "A Side-by-Side Comparison of Allergen Sampling Methods", U.S. Department of Housing and Urban Development, 01/02/98 to 12/31/98, $163,065. (15% effort).

16. Principal Investigator, "National Research Service Award - Fellowship Training in General Pediatrics and Adolescent Medicine" (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/03. $634,408. (0% effort).

17. Co-investigator, (Steiner, PI) "Survey of Directors and Graduates of NRSA Fellowship Training Programs", Health Resources and Services Administration, Department of Health and Human Services.  06/01/98 to 06/30/99.

18. Principal Investigator, "Effect of Soil Remediation on Children's Blood Lead Levels in Midvale, Utah".  U.S. Environmental Protection Agency, 08/01/98 to 07/30/99.  $62,550. (15% effort).

19. Co-investigator, (Phelan, PI) Trends and Patterns in Playground Injuries among U.S. Children." Ambulatory Pediatric Association, 05/05/99 to 05/04/00.  $9,000 (0% effort).

20.     Principal Investigator, "Risk Assessment for Residential Lead Hazards". U.S. Department of Housing and Urban Development, 09/01/99 to 08/30/00. $102,435. (25% effort).

21.     Principal Investigator, "Residential Exposures associated with Asthma in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 07/16/99 to 03/15/00. $30,400. (20% effort).

22.     Principal Investigator, "Effectiveness of Lead Hazard Control Interventions – A Systematic Review" National Center for Lead-Safe Housing, 10/01/99 to 06/01/00. $22,500 (10% effort).

23.     Principal Investigator, "Racial Disparity in Blood Lead Levels due to Genetic Variation in Calcium Absorption". NIEHS Pilot Grant, Center for Environmental Genetics, University of Cincinnati, 04/01/00 to 03/31/01. $28,130 (0% effort).

24.     Principal Investigator, "International Pooled Analysis of Prospective, Lead-Exposed Cohorts". National Institute of Environmental Health Sciences, National Institutes of Health, 08/15/00 to 09/14/01, $16,000. (2.5% effort).

25.     Principal Investigator, "A Randomized Trial to Reduce ETS in Children with Asthma" (RO1-HL/ES65731). National Heart, Lung and Blood Institute, National Institutes of Health, 09/29/00 to 09/28/04, $1,546,848. (25% effort).

26.     Co-investigator, (Geraghty, PI) "Breastfeeding Practices of Mothers of Multiples". Ambulatory Pediatric Association, 05/01/01 to 04/30/02.  $5,000 (0% effort).

27.     Principal Investigator (Subcontract), "A Longitudinal Study of Lead Exposure and Dental Caries".  National Institute of Dental and Craniofacial Research, National Institutes of Health, 08/01/01 to 07/30/04. $300,000 (10% effort).

28.     Co-investigator (Phelan, PI), "Fatal and Non-Fatal Residential Injuries in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 03/01/01 to 11/31/01. $40,700. (5% effort).

29.     Principal Investigator, "Prevalent Neurotoxicants in Children" (PO1-ES11261). National Institute for Environmental Health Sciences and U.S. Environmental Protection Agency, 09/01/01 to 09/31/06, $5,000,000. (30% effort).

30.     Principal Investigator, "International Pooled Analysis of Lead-Exposed Cohorts". Centers for Disease Control (RO1/CCR 521049). Centers for Disease Control, 09/15/01 to 09/14/02, $28,473. (3% effort).

31.     Principal Investigator, supplement to "Prevalent Neurotoxicants in Children" (PO1-ES11261). NIEHS, 09/01/02 to 09/31/07, $1,800,000. (10% effort).

32.     Co-Investigator, "ADHD Phenotype Network: Animal Model to Clinical Trial".  National Institute of Neurologic Diseases, 09/15/02 to 06/30/05 (15% effort).

33.   Principal Investigator, "Linkage of ADHD and Lead Exposure", Springfield, Ohio Department of Health, 02/01/03 to 06/01/04, $25,000. (0% effort).

34.   Co-investigator (Yolton, PI) "Explorations of ETS Exposure on Child Behavior and Sleep" NIEHS, 04/01/04 to 03/30/06, $300,000. (5% effort).

35.   Co-investigator (Haynes, PI) "MRI as a Biomarker of Manganese Exposure".  NIEHS, 09/01/04 to 08/30/06, $300,000. (5% effort).

36.   Co-investigator (National Center for Healthy Housing, PI) "Development of a Standardized Housing Assessment for Asthma", U.S. Department of Housing and Urban Development, 11/01/05 to10/31/07, $50,000. (5% effort).

37.   Co-Investigator (Hershey, PI) "Epithelial Genes in Allergic Inflammation" National Institutes of Allergy and Infectious Diseases", 07/01/06 to 06/30/07, $4,787.541. (3% effort).

38.   Co-Investigator and Mentor (Wilson, PI), "Racial Difference in DNA Adducts in Tobacco-Exposed Children". Dean's Scholar Award, University of Cincinnati, 02/22/06 to 01/21/09, $150,000 (5% effort).

39.   Principal Investigator, "National Research Service Award - Fellowship Training in Primary Care Research," (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/08. $1,600,000. (0% effort).

40.   Co-Investigator and Mentor (Kahn, PI). "Childhood Asthma in an Era of Genomics: Will the Generalist's Role be Recast?"  Robert Wood Johnson Generalist Physician Faculty Scholars Program" 06/01/04 to 05/30/08, $300,000.

41.   Co-Investigator and Mentor (Spanier, PI), "Exhaled Nitric Oxide to Manage Childhood Asthma". National Heart, Lung and Blood Institute, 07/01/06 to 06/31/08, $200,000 (10% effort).

42.   Co-investigator (Sub-Contract PI), BYPL Vanguard Center (Specker, Principal Investigator), "National Children's Study", National Institute for Child Health and Development, 11/01/05 to 10/31/10, $500,000. (20% effort).  [Relinquished with relocation to SFU].

43.   Associate Director and Co-Investigator, (Ho, PI).  "Center for Environmental Genetics," NIEHS, 04/01/08 to 3/31/13, $1,000,000 (10% effort).  [Relinquished with relocation to SFU.]

44.   Co-Investigator (Yolton, PI). "Tobacco Smoke and Early Human Behavior". Clinical Innovator Award, Flight Attendant Medical Research Institute", 07/01/07 to 06/30/10, $300,000. (3% effort).

45.   Co-Investigator (Spanier, PI). "Low Level Prenatal Tobacco Exposure and Infant Wheeze." Young Clinical Scientist Award, Flight Attendant Medical Research Institute, 07/01/07 to 06/30/12, $300,000. (5% effort).

46. Co-Investigator and Mentor (Spanier, PI). K23, "Prenatal Low Level Tobacco & Phthalate Exposure and Childhood Respiratory Health". National Institute for Environmental Health Sciences, 12/1/07 to 11/30/12, $623,679 (0% funded effort).

47. Co-investigator (Yolton, PI). "Neurobehavioral effects of insecticide exposure in pregnancy and early childhood." NIEHS, 09/01/09 to 08/31/12.

48. Principal Investigator (Bruce Lanphear, PI), "A Community-Based Trial to Prevent Lead Poisoning and Injuries," National Institute for Environmental Health Sciences, 04/01/07 to 03/30/13, $2,000,000. (25% effort).

49. Co-Investigator (Kim N. Dietrich, PI). "Early Lead Exposure, ADHD & Persistent Criminality: Role of Genes & Environment," National Institute for Environmental Health Sciences, 04/01/07 to 3/31/2013, $1,250,000. (2.5% funded effort).

50. Co-Investigator and Sub-Contract PI (Brenda Eskenazi, PI). This supplemental award was to conduct a pooled analysis of prenatal organophophate pesticide exposures with birth outcomes and neurodevelopment in children using 4 US birth cohorts. NIEHS, 09/01/2009 to 08/31/2013, $96,000 (0% effort).

51. Mentor and Supervisor (Glenys Webster, PI). Michael Smith Foundation for Health Research Postdoctoral Training Award, 03/01/12 to 02/28/15, $134,500 (5% effort).

52. Co-Principal Investigator (Tye Arbuckle, PI). Maternal-Infant Research on Environmental Chemicals: Effects on Child Development (MIREC-CD). 06/26/11 to /5/25/14, Health Canada Chemical Management Program, $283,000 (10% effort).

53. Co-Investigator (Patti Dods and Amanda Wheeler, co-PIs). Phthalate Exposure and the development of asthma in the CHILD Study. 06/01/11 to 05/30/14, Health Canada Chemical Management Program, $204,000 (5% effort).

54. Consultant (Stephanie Engel, PI). A pooled investigation of prenatal phthalate exposure and childhood obesity. 11/01/2012 – 10/31/15, NIEHS. $275,000. (5% effort).

55. Co-Investigator (Ryan Allen, PI). A randomized air filter intervention study of air pollution and fetal growth in a highly polluted community. 06/08/2012 – 05/30/15, CIHR $348,000 (10% effort).

56. Co-Investigator (William Fraser and Tye Arbuckle, co-PIs). MIREC-CD Biomonitoring Study in Vancouver. 09/01/2013 – 08/30/2014. Health Canada, $120,138 (10% effort).

57. Principal Investigator. Knowledge translation tools for capacity building for an online Canadian Environmental Health Atlas. 03/01/12 – 02/28/13, Canadian Institutes of Health Research, $98,974 (10% effort).

58. Principal Investigator (with Lawrence McCandless). Prenatal exposure to environmental contaminants and fetal growth: How to account for multiplicity when testing multiple statistical hypotheses. 07/01/2015-06/30/2016. Canadian Institutes of Health Research (CIHR), $12,000 (5% effort).

59. Principal Investigator, Canadian Environmental Health Atlas Knowledge Translation to produce videos and interactive tools. 06/01/2015-07/30/2016. Canadian Internet Registration Authority, $50,000 (10% effort).

60. Co-Investigator (Kieran Phelan, PI). "Injury Prevention in a Home Visitation Population". NICHD, 09/28/10 to 07/31/16, $2,000,000 (total direct costs over 5 years) (10% effort).

61. Co-applicant (Timothy F. Oberlander, PI). Developmental origins of autism: A population level linked data study of prenatal antidepressant medication exposure. 09/01/2013 – 09/31/2016, Canadian Institutes of Health Research (CIHR), $285,768.

62. Principal Investigator (Multiple PI Award with Aimin Chen and Kimberly Yolton). "Longitudinal study of exposures to PBDEs and PFCs and child behavior". NIEHS, 04/30/11 – 05/01/17, $2,150,000 (total direct costs over 5 years) (20% effort).

63. Principal Applicants (McCandless and Lanphear). Biostatistical methods for estimating the cumulative impact of environmental contaminant exposures on preterm birth. Canadian Institute for Human Development, Child and Youth Health. 12/06/16-12/05/18, $200,000 (10% effort).

64. Co-investigator (Ryan Allen, PI). Randomized Interventions to Evaluate the Effects of Air Pollution Exposure on Children's Health and Development. 03/01/2015 – 03/31/2019, Canadian Institutes of Health Research (CIHR), $720,535. (10% effort)

65. Co-investigator (Joseph Braun, PI). Endocrine Disrupting Chemicals, Thyroid Hormones and Child Neurobehavior. 06/01/2015-03/31/2019. National Institutes of Health, $471,241 (5% effort). The purpose of this study is test if and when early life exposures to phthalates, triclosan, or bisphenol A adversely impacts children's cognition and behavior.

66. Principal Investigator (Multiple PI Award with Christine Till). "Impact of early life fluoride exposure on cognitive and behavioral outcomes in children". NIEHS, 09/30/16 – 05/01/19, $296,683 (10% effort).

67. Co-Applicant (Linda Booij, Maryse Bouchard PI). In utero exposure to Bisphenol-A and the developing brain in humans: A longitudinal study of epigenetic mechanisms. 03/01-2016 – 03/31/2019. Canadian Institutes of Health Research (CIHR) (2.5% effort).

68. Consultant (Joseph Braun, PI). Early Life Perfluoroalkyl Substance Exposure and Obesity: Mechanisms and Phenotyping. 02/01/2016-01/31/2021. National Institutes of Health. (2.5% effort).

69. Consultant (Yolton, Cecil, Ryan). Internalizing Behaviors and Neuroimaging Outcomes: Impact of PBDE and PFC Exposures. NIEHS, 9/30/2016 - 8/31/2021 (0.15 person months)

70. Consultant (Chen) Developmental neurotoxicity of organophosphate and novel brominated flame retardants in children. NIEHS, 9/30/2017 - 6/30/2022 (10% effort).

71. Mentor (Curl) Measurement of Agricultural and Dietary Glyphosate Exposure among Pregnant Women. NIEHS, 9/1/2018- 8/30/2022 (5% effort).


**Expert Witness in Legal Cases (2013-2020). Dr. Lanphear receives no personal payments for his service as an expert witness.**

1. People of the state of California vs. Atlantic Richfield Co., et al. Case No. 1-00-CV-788657.

2. Glenn Burton, Jr., vs. American Cyanamid Co., et al., Case No. 07-CV-0303. Ravon Owens vs. American Cyanamid Co, et al., Case No. 10-CV-0441 and Cesar Sifuentes vs. American Cyanamid Co., et al., Case No. 10-CV-0075.

3. Newark Education Workers Caucus et al. vs. City of Newark, et al. Civ. No. 18-CV-11025.

4. Concerned Pastors for Social Action, et al. vs. Nick A. Khouri, et al. Case No. 16-10277.

5. Pennsylvania Public Utility Commission et al., vs. Pittsburgh Water and Sewer Authority – Water Pennsylvania Public Utility Commission, et al., Docket R-2018-3002645, et al and Docket No. R-2018-3002647, et al.

6. Food & Water Watch, et al. vs. U.S. Environmental Protection Agency, United States District Court for the Northern District of California at San Francisco.

7. Elnora Carthan, et al, vs. Governor Rick Snyder, et al. Civil Action No. 5:16-cv-10444-JEL-MKM

8. Kabwe and others vs Anglo American South Africa Limited. Case No: 2020/32777. High Court of South Africa, Gauteng Local Division, Jahannesburg, South Africa.

**Ethics Training for Research**

CITI (Collaborative Institutional Training Initiative) (Reference# 7159023). Academic and Regional Health Centers Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 7160515), Canada GCP Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 8316270), Human Subjects Core Curriculum, completed on August 17th, 2012.

CITI (Collaborative Institutional Training Initiative) (Reference# 13561457), Academic and Regional Health Centers Core Curriculum, completed on September 1st, 2014.

CITI (Collaborative Institutional Training Initiative) (Reference# 16954900), Human Subjects Research Core Curriculum, completed on October 31st, 2015.

CITI Program Responsible Conduct of Research completed on November 4th, 2020 (Record ID# 29754848).