# KATHLEEN M. THIESSEN, Ph.D.
## Senior Scientist
## Oak Ridge Center for Risk Analysis, Inc.

**Education**

    Ph.D.  1986  Genetics, University of Tennessee-Oak Ridge, Graduate School of Biomedical Sciences, Oak Ridge, TN

    B.A.   1981  Biology and Chemistry (*Summa cum laude*), Covenant College, GA

**Capabilities**

    Health Effects Assessment
    Dose and Risk Assessment
    Analysis of Environmental Transport and Exposure Pathways
    Uncertainty and Sensitivity Analysis
    Technical Writing/Editing, Technical and Public Presentations

**Experience Summary**

Dr. Thiessen is experienced in the evaluation of exposures, doses, and risks to human health from trace levels of chemical and radiological contaminants in the environment and in the use of uncertainty analysis for environmental and health risk assessment. Dr. Thiessen led an analysis of human exposures, doses, and health risks to off-site individuals associated with historic releases of radionuclides to the Clinch River from the U.S. Department of Energy's Oak Ridge (Tennessee) facilities. She also contributed to the development of a risk-based screening approach to prioritize further investigation of contaminants and exposure situations in various assessment contexts, and she led in the application of risk-based screening techniques for the reconstruction of doses and health risks associated with releases of chemicals and radionuclides from the Oak Ridge facilities. Dr. Thiessen has led several working groups on urban contamination and dose reconstruction for the International Atomic Energy Agency's programs on environmental transport modeling (BIOMASS, EMRAS and EMRAS II, MODARIA and MODARIA II), and she served on the coordinating committees of the programs. Dr. Thiessen has contributed to a number of open literature publications on the use of international data sets to test and improve the accuracy of mathematical models used to assess the environmental fate and consequences of releases of radioactivity. Dr. Thiessen served on a committee for the preparation of a new International Atomic Energy Agency report on modeling the impacts of planned discharges of radioactivity, and she was involved in the preparation of an IAEA guidance document on implementation of remediation strategies following accidental releases of radioactivity. Dr. Thiessen participated in two symposia on reconstruction of internal doses from Fukushima releases organized by Japan's National Institute of Radiological Sciences, and she has served as a consultant on environmental modeling issues to the Korea Atomic Energy Research Institute and on uncertainty analysis to the National Council on Radiation Protection and Measurements. Dr. Thiessen currently serves with a subgroup of the United Nations Scientific Committee on the Effects of Atomic Radiation concerned with past activities and accidents involving ionizing radiation, as part of an UNSCEAR project on Evaluation of Public Exposure to Ionizing Radiation from Natural and Man-made Sources. Dr. Thiessen has also served on two National Research Council subcommittees, one



Trial Exhibit
65
Food & Water v. EPA
3:17-cv-02162-EMC



charged with the review of fluoride exposure and toxicology, and one dealing with guidance levels for air contaminants in submarines. She has also written two reports for the U.S. Environmental Protection Agency, one on the health effects of hydrogen fluoride and related compounds, and one on the health effects of mercuric chloride. Dr. Thiessen has also been involved in litigation support for several cases involving chemical or radionuclide contaminants.

**Experience**

2019-present   President, Oak Ridge Center for Risk Analysis, Inc.

1992-present   Senior Scientist and Director, Oak Ridge Center for Risk Analysis, Inc. (Formerly *SENES* Oak Ridge, Inc., Center for Risk Analysis), Oak Ridge, TN.
- Review of data on contaminant exposure and toxicology.
- Analysis of environmental transport and exposure pathways.
- Screening techniques for environmental assessment.
- Dose reconstruction.
- Uncertainty analysis for environmental assessment.
- International model validation using Chernobyl data sets.
- Working Group Leader for International Atomic Energy Agency research programs.
- Project coordination.
- Technical review.
- Litigation support.

1991-1992   Consultant and Technical Writer. Environmental Sciences Division, Oak Ridge National Laboratory, Oak Ridge, TN.

1987-1992   Lecturer in Genetics. University of Tennessee, Oak Ridge Graduate School of Biomedical Sciences.

1986-1989   Oak Ridge National Laboratory, Health and Safety Research Division, Chemical Hazard Evaluation Program.
- Assessment of health effects from chemicals.
- Risk assessment.
- Technical review.

**Publications and Technical Reports**

IAEA (International Atomic Energy Agency). 2022. Assessment of Radioactive Contamination and Effectiveness of Remedial Measures in Urban Environments. Report of Working Group 2, Exposures in Contaminated Urban Environments and Effect of Remedial Measures, of MODARIA Topical Heading: Remediation of Contaminated Areas. Modelling and Data for Radiological Impact Assessments (MODARIA) Programme. International Atomic Energy Agency, Vienna, IAEA-TECDOC-2001.

Thiessen, K.M., Boznar, M.Z., Charnock, T.W., Chouhan, S.L., Federspiel, L., Grašič, B., Grsic, Z., Helebrant, J., Hettrick, S., Hůlka, J., Hwang, W.T., Kamboj, S., Korolevych, V., Kuča, P., Lee, J., Mancini, F., Mlakar, P., Patryl, L., Pattantyús-Ábrahám, M., Reisin, T., Sdouz, G., Silva, K., Takahara, S., Tay, B.K., Walter, H., Yankovich, T., and Yu, C. 2022. Urban working groups in



*Thiessen, K.M.* continued

the IAEA's model testing programmes: Overview from the MODARIA I and MODARIA II programmes. *J. Radiol. Prot.* 42:020502.

Thiessen, K.M., Kuča, P., Helebrant, J., Hůlka, J., Charnock, T.W., Chouhan, S.L., Ďúran, J., Fuka, V., de With, G., Mancini, F., Periáñez, R., Tay, B.K., Trifunović, D., and Walter, H. 2022. Modelling the atmospheric dispersion of radiotracers in small-scale, controlled detonations: validation of dispersion models using field test data. *J. Radiol. Prot.* 42:020516.

Takahara, S., Charnock, T.W., Silva, K., Hwang, W.T., Lee, J., Yu, C., Kamboj, S., Yankovich, T., and Thiessen, K.M. 2022. Assessment of doses in contaminated urban areas: Modelling exercise based on Fukushima data. *J. Radiol. Prot.* 42:020517.

Božnar, M.Z., Mlakar, P., Grašič, B., Grsic, Z., Hettrick, S., Mancini, F., Patryl, L., and Thiessen, K.M. 2022. Modelling air pollution around nuclear power plants: Validation of dispersion models using tracer data. *J. Radiol. Prot.* 42:020519.

Simon, S.L., Bouville, A., Beck, H.L., Anspaugh, L.R., Thiessen, K.M., Hoffman, H.O., and Shinkarev, S. 2022. Dose estimation for exposure to radioactive fallout from nuclear detonations. *Health Physics* 122(1):1-20.

Beck, H.L., Bouville, A., Simon, S.L., Anspaugh, L.R., Thiessen, K.M., Shinkarev, S., and Gordeev, K. 2022. A method for estimating the deposition density of fallout on the ground and on vegetation from a low-yield, low-altitude nuclear detonation. *Health Physics* 122(1):21-53.

Bouville, A., Beck, H.L., Anspaugh, L.R., Gordeev, K., Shinkarev, S., Thiessen, K.M., Hoffman, F.O., and Simon, S.L. 2022. A methodology for estimating external doses to individuals and populations exposed to radioactive fallout from nuclear detonations. *Health Physics* 122(1):54-83.

Anspaugh, L.R., Bouville, A., Thiessen, K.M., Hoffman, F.O., Beck, H.L., Gordeev, K., and Simon, S.L. 2022. A methodology for calculation of internal dose following exposure to radioactive fallout from the detonation of a nuclear fission device. *Health Physics* 122(1):84-124.

Thiessen, K.M., Hoffman, F.O., Bouville, A., Anspaugh, L.R., Beck, H.L., and Simon, S.L. 2022. Parameter values for estimation of internal doses from ingestion of radioactive fallout from nuclear detonations. *Health Physics* 122(1):236-268.

Apostoaei, A.I., Thomas, B.A., Hoffman, F.O., Kocher, D.C., Thiessen, K.M., Borrego, D., Lee, C., Simon, S.L., and Zablotska, L.B. 2021. Fluoroscopy X-ray Organ-specific Dosimetry System (FLUXOR) for estimation of organ doses and their uncertainties in the Canadian Fluoroscopy Cohort Study. *Radiation Research* 195:385–396.

Thiessen, K.M., Apostoaei, A.I., and Zablotska, L.B. 2021. Estimation of heights and body masses of tuberculosis patients in the Canadian Fluoroscopy Cohort Study for use in individual dosimetry. *Health Physics* 120(3):278-287.

IAEA (International Atomic Energy Agency). In preparation. Assessment of the Impact of Radioactive Discharges to the Environment, Volume 1: Screening Assessment of Public Exposure for Planned Exposure Situations. International Atomic Energy Agency, Vienna.

IAEA (International Atomic Energy Agency). In preparation. Assessment of the Impact of Radioactive Discharges to the Environment, Volume 2: Generic Models for Use in Screening Assessment of Public Exposure for Planned Exposure Situations. International Atomic Energy Agency, Vienna.



*Thiessen, K.M.* continued

IAEA (International Atomic Energy Agency). 2021. Assessment of Radioactive Contamination in Urban Areas. Report of Working Group 9, Urban Areas of EMRAS II/ Topical Heading: Approaches for Assessing Emergency Situations. Environmental Modelling for Radiation Safety (EMRAS II) Programme. International Atomic Energy Agency, Vienna, IAEA-TECDOC-1941.

Bouville, A., Beck, H., Thiessen, K.M., Hoffman, O., Potischman, N., Salazar, S., and Simon, S.L. 2020. The methodology used to assess doses from the first nuclear weapons test (Trinity) to the populations of New Mexico. *Health Physics* 119(4): 400-427.

Periáñez, R., Thiessen, K.M., Chouhan, S.L., Mancini, F., Navarro, E., Sdouz, G., and Trifunović, D. 2016. Mid-range atmospheric dispersion modelling. Intercomparison of simple models in EMRAS-2 project. *Journal of Environmental Radioactivity* 162-163:225-234.

Thiessen, K.M., Charnock, T.W., Chouhan, S.L., Hwang, W.T., Kamboj, S., Tomás, J., and Yu, C. 2015. Modeling the effectiveness of remediation efforts in contaminated urban areas: An EMRAS II Urban Areas Working Group exercise. In: Proceedings of the WM2015 Conference, March 15-19, 2015, paper #15631.

Ko, L., and Thiessen, K.M. 2015. A critique of recent economic evaluations of community water fluoridation. *International Journal of Occupational and Environmental Health* 21(2):91-120.

Menkes, D.B., Thiessen, K., and Williams, J. 2014. Health effects of water fluoridation—how "effectively settled" is the science? [letter]. *New Zealand Medical Journal* 127(1407):84-86.

IAEA (International Atomic Energy Agency). 2014. Handbook of Parameter Values for the Prediction of Radionuclide Transfer to Wildlife. International Atomic Energy Agency, Vienna, Technical Reports Series No. 479.

Yankovich, T., Beresford, N.A., Fesenko, S., Fesenko, J., Phaneuf, M., Dagher, E., Outola, I., Andersson, P., Thiessen, K., Ryan, J., Wood, M.D., Bollhöfer, A., Barnett, C.L., and Copplestone, D. 2013. Establishing a database of radionuclide transfer parameters for freshwater wildlife. *Journal of Environmental Radioactivity* 126:299-313.

IAEA (International Atomic Energy Agency). 2012. Environmental Modelling for Radiation Safety (EMRAS). A Summary Report of the Results of the EMRAS programme (2003-2007). International Atomic Energy Agency, Vienna, IAEA-TECDOC-1678.

IAEA (International Atomic Energy Agency). 2012. Environmental Modelling of Remediation of Urban Contaminated Areas. Report of the Urban Remediation Working Group of the EMRAS (Environmental Modelling for Radiation Safety) programme.

Thiessen, K.M., Andersson, K.G., Berkovskyy, V., Charnock, T.W., Chouhan, S.L., de With, G., Ďúran, J., Fuka, V., Helebrant, J., Hůlka, J., Hwang, W.T., Kuča, P., Mancini, F., Navarro, E., Periáñez, R., Prouza, Z., Sdouz, G., Tomás, J., Trifunović, D., Urso, L., and Walter H. 2011. Assessing emergency situations and their aftermath in urban areas: The EMRAS II Urban Areas Working Group. *Radioprotection* 46(6):S601-S607.

NRC (National Research Council). 2009. *Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants*: Volume 3. Washington, DC: National Academies Press.

Thiessen, K.M., Andersson, K.G., Charnock, T.W., and Gallay, F. 2009. Modelling remediation options for urban contamination situations. *Journal of Environmental Radioactivity* 100:564-573.



Thiessen, K.M., Andersson, K.G., Batandjieva, B., Cheng, J.-J., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., and Yu, C. 2009. Modelling the long-term consequences of a hypothetical dispersal of radioactivity in an urban area including remediation alternatives. *Journal of Environmental Radioactivity* 100:445-455.

Thiessen, K.M., Arkhipov, A., Batandjieva, B., Charnock, T.W., Gaschak, S., Golikov, V., Hwang, W.T., Tomás, J., and Zlobenko, B. 2009. Modelling of a large-scale urban contamination situation and remediation alternatives. *Journal of Environmental Radioactivity* 100:413-421.

Thiessen, K.M., Batandjieva, B., Andersson, K.G., Arkhipov, A., Charnock, T.W., Gallay, F., Gaschak, S., Golikov, V., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., Yu, C., Zelmer, R., and Zlobenko, B. 2008. Improvement of modelling capabilities for assessing urban contamination: The EMRAS Urban Remediation Working Group. *Applied Radiation and Isotopes* 66:1741-1744.

Thiessen, K.M., Batandjieva, B., Andersson, K.G., Arkhipov, A., Charnock, T.W., Gallay, F., Gaschak, S., Golikov, V., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., Yu, C., Zelmer, R., and Zlobenko, B. 2007. Improvement of modeling capabilities for assessing urban contamination: The EMRAS Urban Remediation Working Group. In: Proceedings from the International Conference on Environmental Radioactivity: From Measurements and Assessments to Regulation, Vienna, April 23-27, 2007, pp. 133-134 (IAEA-CN-145/070).

Köteles, G.J., Kanyár, B., and Thiessen, K.M. 2007. Radiation Biology and Radiation Protection. In: *Radiochemistry and Nuclear Chemistry* (S. Nagy, ed.). In: *Encyclopedia of Life Support Systems (EOLSS)*. Developed under the auspices of the UNESCO, Eolss Publishers, Oxford, UK [http://www.eolss.net].

NRC (National Research Council). 2006. *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*. Washington, DC: The National Academies Press.

Thiessen, K.M., Napier, B.A., Filistovic, V., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Nedveckaite, T., Nényei, A., Sazykina, T.G., Tveten, U., Sjöblom, K.-L., and Robinson, C. 2005. Model testing using data on $^{131}$I released from Hanford. *Journal of Environmental Radioactivity* 84(2):211-224.

Thiessen, K.M., Sazykina, T.G., Apostoaei, A.I., Balonov, M.I., Crawford, J., Domel, R., Fesenko, S.V., Filistovic, V., Galeriu, D., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Kryshev, I.I., Nedveckaite, T., Ould-Dada, Z., Sanzharova, N.I., Robinson, C., and Sjöblom, K.-L. 2005. Model testing using data on $^{137}$Cs from Chernobyl fallout in the Iput River catchment area of Russia. *Journal of Environmental Radioactivity* 84(2):225-244.

Nedveckaite, T., Filistovic, V., Mastauskas, A., and Thiessen, K. 2004. Thyroid dosimetry in the western trace of the Chernobyl accident plume. *Radiation Protection Dosimetry* 108(2):133-141.

IAEA (International Atomic Energy Agency). 2003. Testing of environmental transfer models using data from the atmospheric release of Iodine-131 from the Hanford site, USA, in 1963. Report of the Dose Reconstruction Working Group of the Biosphere Modelling and Assessment (BIOMASS) Programme, Theme 2. Biosphere Modelling and Assessment Methods (BIOMASS) programme. International Atomic Energy Agency, Vienna, IAEA-BIOMASS-2.

IAEA (International Atomic Energy Agency). 2003. Testing of environmental transfer models using Chernobyl fallout data from the Iput River catchment area, Bryansk Region, Russian



*Thiessen, K.M.* continued

Federation. Report of the Dose Reconstruction Working Group of BIOMASS Theme 2. Biosphere Modelling and Assessment Methods (BIOMASS) programme. International Atomic Energy Agency, Vienna, IAEA-BIOMASS-4.

Reed, E.W., Thiessen, K.M., Hoffman, F.O., and Apostoaei, A.I. 2003. Comparison of doses and risks obtained from dose reconstructions for historical operations of federal facilities that supported the development, production, or testing of nuclear weapons. *Health Physics* 84(6):687-697.

Thiessen, K.M. 2002. Data sets available for testing environmental transport models. *Atmospheric Environment* 36:3057.

Thiessen, K.M., Napier, B.A., Filistovic, V., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Nedveckaite, T., Nényei, A., Sazykina, T.G., Tveten, U., Sjöblom, K.-L., and Robinson, C. 2002. Model Testing Using Data from Accidental Releases of $^{131}$I and $^{137}$Cs. 1: Model Testing Using Data on $^{131}$I Released from Hanford. In: Proceedings from the International Conference on Radioactivity in the Environment, Monaco, Sept. 1-5, 2002, pp. 313-316.

Thiessen, K.M., Sazykina, T.G., Apostoaei, A.I., Balonov, M.I., Crawford, J., Domel, R., Fesenko, S.V., Filistovic, V., Galeriu, D., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Kryshev, I.I., Nedveckaite, T., Ould-Dada, Z., Sanzharova, N.I., Robinson, C., and Sjöblom, K.-L. 2002. Model Testing Using Data from Accidental Releases of $^{131}$I and $^{137}$Cs. 2: Model Testing Using Data on $^{137}$Cs from Chernobyl Fallout in the Iput River Catchment Area of Russia. In: Proceedings from the International Conference on Radioactivity in the Environment, Monaco, Sept. 1-5, 2002, pp. 317-320.

Apostoaei, A.I., Nair, S.K., Thomas, B.A., Lewis, C.J., Hoffman, F.O., and Thiessen, K.M. 2000. External exposure to radionuclides accumulated in the shoreline sediments with an application to the lower Clinch River. *Health Physics* 78(6):700-710.

IAEA (International Atomic Energy Agency). 2001. Generic models for use in assessing the impact of discharges of radioactive substances to the environment. International Atomic Energy Agency, Vienna, Safety Report 19.

Apostoaei, A.I., Blaylock, B.G., Caldwell, B., Flack, S., Gouge, J.H., Hoffman, F.O., Lewis, C.J., Nair, S.K., Reed, E.W., Thiessen, K.M., Thomas, B.A., and Widner, T.E. 1999. Radionuclides Released to the Clinch River from White Oak Creek on the Oak Ridge Reservation—An Assessment of Historical Quantities Released, Off-site Radiation Doses, and Health Risks. Reports of the Oak Ridge Dose Reconstruction, Vols. 4 and 4A. The Report of Project Task 4. Tennessee Department of Health, Oak Ridge Health Studies, Oak Ridge Dose Reconstruction.

Thiessen, K.M., Thorne, M.C., Maul, P.R., Pröhl, G., and Wheater, H.S. 1999. Modelling radionuclide distribution and transport in the environment. *Environmental Pollution* 100:151-177.

Kryshev, I.I., Sazykina, T.G., Hoffman, F.O., Thiessen, K.M., Blaylock, B.G., Feng, Y., Galeriu, D., Heling, R., Kryshev, A.I., Kononovich, A.L., and Watkins, B. 1999. Assessment of the consequences of the radioactive contamination of aquatic media and biota for the Chernobyl NPP cooling pond: Model testing using Chernobyl data. *Journal of Environmental Radioactivity* 42:143-156.

Konoplev, A.V., Bulgakov, A.A., Hoffman, F.O., Kanyár, B., Lyashenko, G., Nair, S.K., Popov, A., Raskob, W., Thiessen, K.M., Watkins, B., and Zheleznyak, M. 1999. Validation of models of



*Thiessen, K.M.* continued

radionuclide wash-off from contaminated watersheds using Chernobyl data. *Journal of Environmental Radioactivity* 42:131-141.

Garger, E.K., Hoffman, F.O., Thiessen, K.M., Galeriu, D., Kryshev, A.I., Lev, T., Miller, C.W., Nair, S.K., Talerko, N., and Watkins, B. 1999. Test of existing mathematical models for atmospheric resuspension of radionuclides. *Journal of Environmental Radioactivity* 42:157-175.

Thiessen, K.M., Gouge, J.H., Hoffman, F.O., Apostoaei, A.I., Thomas, B.A., Lewis, C.J., Blaylock, B.G., Caldwell, B., Widner, T.E., Flack, S., Nair, S.K., and Reed, E.W. 1998. Radionuclides Released to the Clinch River from White Oak Creek on the Oak Ridge Reservation – An Assessment of Historical Quantities Released, Off-Site Radiation Doses, and Health Risks. Oak Ridge Health Studies, Oak Ridge Dose Reconstruction.

Hoffman, F.O., Hammonds, J.S., Apostoaei, A.I., Blaylock, B.G., Thomas, B.A., Thiessen, K.M. 1998. Estimation of Health Risks Based on Revised Estimates of HEDR Doses for Maximum Representative Individuals Consuming Fish and Waterfowl from the Columbia River: An Evaluation of HEDR Reports on the Columbia River Pathways. Report prepared for the National Opinion Research Center. ATSDR, Atlanta, GA.

Hammonds, J.S., Hoffman, F.O., Apostoaei, A.I., Thiessen, K.M., Lewis, C.J., Blaylock, B.G., Caldwell, B., Flack, S., Nair, S.K., Reed, E.W., Thomas, B.A., and Widner, T.E. 1997. Radionuclides released from White Oak Creek on the Oak Ridge Reservation to the Clinch River: A reconstruction of historical quantities released, off-site doses, and health risks. Oak Ridge Health Studies, Oak Ridge Dose Reconstruction. Draft Report, November 1997.

Thiessen, K.M., Hoffman, F.O., Rantavaara, A., and Hossain, S. 1997. Environmental models undergo international test: The science and art of exposure assessment modeling were tested using real-world data from the Chernobyl accident. *Environmental Science & Technology* 31(8):358A-363A.

Garger, E.K., Hoffman, F.O., and Thiessen, K.M. 1997. Uncertainty of the long-term resuspension factor. *Atmospheric Environment* 31(11):1647-1656.

Nair, S.K., Miller, C.W., Thiessen, K.M., Garger, E.K., and Hoffman, F.O. 1997. Modeling the resuspension of radionuclides in Ukrainian regions impacted by Chernobyl fallout. *Health Physics* 72(1):77-85.

Hoffman, F.O., and Thiessen, K.M. 1996. The use of Chernobyl data to test model predictions for interindividual variability of $^{137}$Cs concentrations in humans. *Reliability Engineering and System Safety* 54:197-202.

Hoffman, F.O., Simon, S.L., and Thiessen, K.M. 1996. The Role of Uncertainty Analysis in Dose Reconstruction and Risk Assessment. 31st Annual Meeting of the NCRP, pp. 107-134.

Nair, S.K., Hoffman, F.O., Thiessen, K.M., and Konoplev, A. 1996. Modeling the wash-off of $^{90}$Sr and $^{137}$Cs from an experimental plot established in the vicinity of the Chernobyl reactor. *Health Physics* 71(6):896-909.

IAEA (International Atomic Energy Agency). 1996. Validation of models using Chernobyl fallout data from southern Finland--Scenario S. Second Report of the VAMP Multiple Pathways Assessment Working Group. IAEA-TECDOC-904.



*Thiessen, K.M. continued*

IAEA (International Atomic Energy Agency). 1996. Modelling of radionuclide interception and loss processes in vegetation and of transfer in semi-natural ecosystems. Second Report of the VAMP Terrestrial Working Group. IAEA-TECDOC-857.

NCRP (National Council on Radiation Protection and Measurements). 1996. A Guide for Uncertainty Analysis in Dose and Risk Assessments Related to Environmental Contamination. (Consultant to Scientific Committee 64-17.) NCRP Commentary No. 14.

Hoffman, F.O., Thiessen, K.M., and Watkins, B. 1996. Opportunities for the testing of environmental transport models using data obtained following the Chernobyl accident. *Health Physics* 70 (1):5-7.

Thiessen, K.M., Hammonds, J.S., Lewis, C.J., Hoffman, F.O., and White, E.I. 1996. Screening Method for the Oak Ridge Dose Reconstruction. A Task 7 Report. ChemRisk, State of Tennessee. April 1996.

BIOMOVS II. 1996. Wash-off of Sr-90 and Cs-137 from Two Experimental Plots: Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 9.

BIOMOVS II. 1996. Assessment of the Consequences of the Radioactive Contamination of Aquatic Media and Biota: Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 10.

BIOMOVS II. 1996. Atmospheric Resuspension of Radionuclides: Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 11.

Thiessen, K.M., Hoffman, F.O., Hammonds, J.S., and White, E.I. 1995. A Review of the Preliminary Screening Analysis Carried Out during the Oak Ridge Dose Reconstruction Feasibility Study. ChemRisk, State of Tennessee, August, 1995.

Hoffman, F.O., and Thiessen, K.M. 1995. Use of Chernobyl data to test predictions and uncertainty estimates from exposure assessment models. In: Proceedings of a Symposium on Environmental Impact of Radioactive Releases. International Atomic Energy Agency, Vienna, Austria, 8-12 May 1995. IAEA-SM-339/20:325-336.

IAEA (International Atomic Energy Agency). 1995. Validation of models using Chernobyl fallout data from the Central Bohemia region of the Czech Republic--Scenario CB. First Report of the VAMP Multiple Pathways Assessment Working Group. IAEA-TECDOC-795.

Hoffman, F.O., Thiessen, K.M., and Rael, R.M. 1995. Comparison of interception and initial retention of wet-deposited contaminants on leaves of different vegetation types. *Atmos. Envir.* 29:1771-1775.

USEPA (US Environmental Protection Agency). 1994. Summary Review of Health Effects Associated with Mercuric Chloride: Health Issue Assessment. Research Triangle Park, NC: Office of Health and Environmental Assessment, Report No. EPA/600/R-92/199.

Hoffman, F.O., Blaylock, B.G., Frank, M.L., and Thiessen, K.M. 1993. A risk-based screening approach for prioritizing contaminants and exposure pathways at Superfund sites. *Environ. Monitoring and Assessment* 28:221-237.



*Thiessen, K.M.* continued

Hoffman, F.O., Thiessen, K.M., Frank, M.L., and Blaylock, B.G. 1992. Quantification of the interception and initial retention of radioactive contaminants deposited on pasture grass by simulated rain. *Atmospheric Environment* 26A:3313-3321.

Hoffman, F.O., Thiessen, K.M., Frank, M.L., and Blaylock, B.G. 1992. Determining the collection efficiency of gummed paper for the deposition of radioactive contaminants in simulated rain. *Health Physics* 62:439-442.

USEPA (US Environmental Protection Agency). 1988. Summary Review of Health Effects Associated with Hydrogen Fluoride and Related Compounds: Health Issue Assessment. Research Triangle Park, NC: Office of Health and Environmental Assessment, Report No. EPA/600/8-89/002F.

USEPA (US Environmental Protection Agency). 1988. Evaluation of the Potential Carcinogenicity of Propargyl Bromide (106-96-7) In Support of Reportable Quantity Adjustments Pursuant to CERCLA Section 102. Washington, DC: Office of Health Effects Assessment [draft].

USEPA (US Environmental Protection Agency). 1988. Evaluation of the Potential Carcinogenicity of Ethanol, 1,2-Dichloro-, Acetate (10140-887-1) In Support of Reportable Quantity Adjustments Pursuant to CERCLA Section 102. Washington, DC: Office of Health Effects Assessment [draft].

USEPA (US Environmental Protection Agency). 1988. Evaluation of Cancer Risk Assessment for Coke Oven Emissions (EPA-600/6-82-003F, EPA-450/3-85-028a). Washington, DC: Office of Policy, Planning and Evaluation [draft].

Thiessen, K.M., and Lalley, P.A. 1987. Gene assignments and syntenic groups in the sacred baboon (*Papio hamadryas*). *Cytogenet. Cell Genet*. 44:82-88.

Créau-Goldberg, N., Cochet, C., Turleau, C., de Grouchy, J., Thiessen, K.M., and Lalley, P.A. 1987. Primate genetic maps. Baboon, *Papio papio*, *hamadryas*, *cynocephalus*. In: S.J. O'Brien, ed., Genetic Maps 1987. Cold Spring Harbor Laboratory, Cold Spring Harbor, New York (1987). 511.

Thiessen, K.M., and Lalley, P.A. 1986. New gene assignments and syntenic groups in the baboon (*Papio papio*). *Cytogenet. Cell Genet*. 42:19-23.

Moore, K.L., and Lalley, P.A. 1985. New gene assignments and linkage groups in baboon (*Papio*) species [abstract]. Eighth International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet.* 40:702.

Roderick, T.H., Lalley, P.A., Davisson, M.T., O'Brien, S.J., Womack, J.E., Créau-Goldberg, N., Echard, G., and Moore, K.L. 1984. Report of the committee on comparative mapping. Seventh International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet*. 37:312-339.

Moore, K.L., and Lalley, P.A. 1984. Comparative mapping in man and baboon (*Papio papio*) involving genes assigned to human chromosomes 4, 6, 14, 15, and 20 [abstract]. Seventh International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet*. 37:542-543.

Moore, K.L., and Lane, E.T. 1981. An investigation of mathematical models for the addition reaction of chlorine to oleic acid [abstract]. *J. Tenn. Acad. Sci.* 56:54.

