Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Title:** Association between fluoride exposure and children's intelligence: A systematic review and meta-analysis

**Authors:**

Kyla W. Taylor[1], PhD (corresponding author)

Sorina E. Eftim[2], PhD

Christopher A. Sibrizzi[2], MPH

Robyn B. Blain[2], PhD

Kristen Magnuson[2], MESM

Pamela A. Hartman[2], MEM

Andrew A. Rooney[1], PhD

John R. Bucher[1], PhD

**Affiliations**: [1]Division of the National Toxicology Program, National Institute of Environmental Health Sciences, National Institutes of Health, Research Triangle Park, NC, USA; [2]ICF, Fairfax, VA, USA.


**Corresponding author contact:**

Kyla W. Taylor, PhD

530 Davis Drive, Morrisville NC 27719

Email: kyla.taylor@nih.gov

Phone: 919-530-0061

**Abstract word count:** 325

**Manuscript word count**: 3,751

**Trial Exhibit**

**68**

**Food & Water v. EPA**
**3:17-cv-02162-EMC**

NIEHS_000380

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

## Abstract

**IMPORTANCE** Water and water-based beverages are the main source of systemic fluoride intake; however, an individual's total exposure to fluoride also reflects contributions from other sources such as food, dental products, industrial emissions, and some pharmaceuticals. Previous meta-analyses suggest that exposure to fluoride adversely affects children's intelligence.

**OBJECTIVE** To perform a systematic review and meta-analysis to investigate associations between fluoride exposure and children's intelligence.

**Commented [I1]:** See Doc01_Meta-analysis, 1.B., page 1
**Commented [I2]:** See Doc02_Meta-analysis, 2.B., page 1
**Commented [I3]:** See Doc08_Meta-analysis, 8.G., page 5 and 6

**DATA SOURCES** BIOSIS, EMBASE, PsychINFO, PubMed, Scopus, Web of Science, CNKI, and Wanfang databases were searched for relevant literature published up to November 2021.

**STUDY SELECTION** Inclusion criteria were assessment of cognitive outcomes, fluoride exposure, and statistical data on effect size.

**Commented [I4]:** See Doc01_Meta-analysis, 1.C., page 1

**DATA EXTRACTION AND SYNTHESIS** Meta-analysis of Observational Studies in Epidemiology (MOOSE) reporting guidelines were followed for data extraction. The quality of individual studies was evaluated for risk of bias using a standardized tool. Pooled standardized mean differences (SMDs) and regression coefficients were estimated with random-effects models.

**MAIN OUTCOMES AND MEASURES** Children's intelligence levels reflected by intelligence quotient (IQ) scores.

**RESULTS** The meta-analysis of 55 studies (N = 18,845 children) with group-level exposures found that, when compared to children exposed to lower fluoride levels, children exposed to higher fluoride levels had lower mean IQ scores (pooled SMD: $-0.46$; 95% CI: $-0.55$, $-0.37$; p-value $< 0.001$). There was a dose-response relationship between group-level fluoride exposure measures and mean children's IQ. The meta-analysis of studies that reported individual-level measures of fluoride and children's IQ scores found a decrease of 1.81 points (95% CI: $-2.80$, $-0.81$; p-value $< 0.001$) per 1-mg/L increase in urinary

**Commented [I5]:** See Doc08_Meta-analysis, 8.K., page 7 and 8
**Commented [I6]:** See Doc01_Meta-analysis, 1.D., page 2

NIEHS_000381

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript             NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

fluoride. Overall, the direction of the association was robust to stratification by study quality (high *vs.* low

risk of bias), sex, age group, outcome assessment, study location, exposure timing, and exposure metric.

**CONCLUSIONS AND RELEVANCE** This meta-analysis confirms results of previous meta-analyses

and extends them by including newer, more precise studies with individual-level exposure measures. The

consistency of the data supports an inverse association between fluoride exposure and children's IQ.

> **Commented [I7]:** See Doc08_Meta-analysis, 8.Q., page 10

> **Commented [I8]:** See Doc06a_Meta-analysis, 6a.A., page 1

NIEHS_000382

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

## Introduction

Fluoride from natural sources occurs in some community water systems and, in the United States and some other countries, fluoride is added to public drinking water systems for the prevention of tooth decay. Water and water-based beverages are the main source of systemic fluoride intake; however, an individual's total exposure also reflects contributions from fluoride in other sources such as food, dental products, industrial emissions, and some pharmaceuticals.[1] Accumulating evidence suggests that fluoride exposure may affect brain development. A 2006 report from the National Research Council (NRC) concluded that high levels of naturally occurring fluoride in drinking water may be of concern for neurotoxic effects.[2] This report was largely based on studies from endemic fluorosis areas in China that had limitations in study design or methods (e.g., high risk of bias). Following the NRC review, more evidence has emerged in studies from India, Iran, Pakistan, New Zealand, Spain, and Canada (**Figure 1**). Two previous meta-analyses[3, 4] found an association between high fluoride exposure and lower children's IQ; however, many of the studies in these meta-analyses lacked the information necessary to evaluate study quality and all used group-level estimates of fluoride exposure. Since the most recent meta-analysis,[4] eleven new studies on exposure to fluoride and children's IQ have been published, including three prospective North American birth cohort studies[5-7] that used individual-level measures of maternal and children's urinary fluoride.

To incorporate this newer evidence, and to complement a larger systematic review[8] that concluded there is moderate confidence in the evidence of an inverse association between fluoride exposure and children's IQ, we conducted a meta-analysis of studies that provided group-and individual-level fluoride exposure measurements in relation to children's IQ scores.

## Methods

The search, selection, extraction, and risk-of-bias evaluation of studies for this meta-analysis were part of a larger systematic review.[8] Brief methods are outlined below with detailed methods available in the protocol[9] and the **Supplemental Materials**.

Page 4

**Commented [I9]:** See Doc03_Meta-analysis, 3.B. (page 1) and 3.C. (page 1, 2, and 3)

**Commented [I10]:** See Doc08_Meta-analysis, 8.F., page 5

**Commented [I11]:** See Doc01_Meta-analysis, 1.F and 1.G., page 3

**Commented [I12]:** See Doc01_Meta-analysis, 1.F., page 3

**Commented [I13]:** See Doc02_Meta-analysis, 2.C., page 1 and 2

**Commented [I14]:** See Doc02_Meta-analysis, 2.Q., page 5 and 6

**Commented [I15]:** See Doc05_Meta-analysis, 5.H., page 8 and 9

**Commented [I16]:** See Doc05_Meta-analysis, 5.H., page 8 and 9

**Commented [I17]:** See Doc02_Meta-analysis, 2.A. (page 1) and 2.Q. (page 5 and 6)

NIEHS_000383

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*Systematic literature review*

Literature searches were conducted in BIOSIS, EMBASE, PsychINFO, PubMed, Scopus, Web of Science, CNKI, and Wanfang databases through November 2021, without language restrictions. Search strategies are available in the protocol.[9]

> **Commented [I18]:** See Doc01_Meta-analysis, 2.D., page 2

*Study selection*

To be eligible for inclusion, individual study publications had to satisfy review eligibility criteria outlined in the protocol.[9] References retrieved from the literature search were independently screened by

> **Commented [I19]:** See Doc02_Meta-analysis, 2.E., page 2

two reviewers by title and abstract followed by full-text review. Studies that estimated the association between exposure to fluoride (based on environmental measures or biomonitoring data, reported as either individual-level or group-level measurements) and a quantitative measure of children's intelligence were included. Studies that did not report quantitative effect estimates (mean outcome measures or regression coefficients), measures of variability (95% confidence intervals [CIs], standard errors [SEs], or standard deviations [SDs]), or numbers of participants were excluded. Studies with missing measures of variability

> **Commented [I20]:** See Doc05_Meta-analysis, 5.L., page 10

but with reported p-values for differences were included, and SDs were calculated using the approach in the Cochrane Handbook for Systematic Reviews.[10] To avoid sample overrepresentation, if the same cohort was followed at multiple timepoints resulting in multiple study publications,[11, 12] only the study publication that included the largest number of participants was included in this meta-analysis (see **eTable 1**).

*Data extraction*

Data were collected from included studies by one extractor and verified by a second extractor. Data were extracted in Health Assessment Workspace Collaborative (HAWC), an open source, web-based application for data extraction elements listed in the protocol. Data extraction results for included studies are publicly available and downloadable (https://hawcproject.org/assessment/405/).

Page 5

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*Quality assessment: Risk-of-bias evaluation*

Quality of individual studies, also called "risk of bias," was assessed using the National Toxicology Program's Office of Health Assessment and Translation approach.[13] Studies were independently evaluated by two trained assessors who answered risk-of-bias questions following prespecified criteria detailed in the protocol.[9] Risk-of-bias questions concerning confounding, exposure characterization, and outcome assessment were considered key. If not addressed appropriately, these questions were thought to have the greatest potential impact on the results.[9] The other risk-of-bias questions were used to identify other concerns that may indicate serious risk-of-bias issues (e.g., selection bias, statistical analysis). No study was excluded from the meta-analysis based on concerns for risk of bias; however, subgroup analyses were conducted with and without high risk-of-bias studies (i.e., studies rated "probably high" risk of bias for at least two key risk-of-bias questions or "definitely high" for any single question) to assess their impact on the results.

> **Commented [I21]:** See Doc01_Meta-analysis, 1.H., page 3

> **Commented [I22]:** See Doc02_Meta-analysis, 2.F., page 2 and 3

> **Commented [I23]:** See Doc06a_Meta-analysis, 6a.B., page 2

*Statistical analysis*

We conducted the following analyses, planned *a priori* in the protocol: (1) *a mean-effects meta-analysis*, (2) *a dose-response mean-effects meta-analysis*, and (3) *a regression slopes meta-analysis.* We also conducted several subgroup and sensitivity analyses.

The *mean-effects meta-analysis* included studies that reported mean IQ scores and group-level exposures for at least one exposed and one reference group. The effect estimates in the primary *mean-effects meta-analysis* were the standardized mean differences (SMDs) for heteroscedastic population variances.[14-16] The SMDs were calculated from the difference in mean IQ scores between an exposed group and a reference group. If mean IQ scores were reported for multiple exposure groups within a single study, the highest exposure group was considered the exposed group and the lowest exposure group was considered the reference group. A sensitivity analysis was performed to evaluate the impact of all exposure groups combined compared to a reference group (see additional details on the approach, effect estimation, and study selection in the **Supplemental Materials**). Predefined subgroup analyses

> **Commented [I24]:** See Doc06b_Meta-analysis, 6b.N., page 12 and 13

> **Commented [EAM25]:** See Doc01_Meta-analysis, 1.J., page 4.
> *Note: Current language reflects revisions to the earlier version of document.*

NIEHS_000385

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

were stratified by risk of bias (high or low), study location (e.g., country), outcome assessment, exposure

matrix (e.g., urinary fluoride or water fluoride concentrations), sex, and age group. To further evaluate

> **Commented [I26]:** See Doc02_Meta-analysis, 2.H., page 3

potential sources of heterogeneity, we conducted meta-regression analyses using mean age in years (from

the age range reported in each study) and year of publication in each study.

To determine whether the data support an exposure-response relationship, we conducted a *dose-response mean-effects meta-analysis.* This analysis included studies from the *mean-effects meta-analysis* that reported fluoride exposure levels and used a one-step approach as described in the protocol.[9, 17, 18] This approach uses linear mixed models to analyze all available mean effect estimates for the reference group and one or more exposure group and estimates a pooled dose-response curve using a restricted maximum likelihood estimation method. Model comparison was based on the maximum likelihood Akaike information criterion (AIC).[19] We also examined whether there was a dose-response relationship at lower exposure levels that corresponded with the U.S. Environmental Protection Agency drinking water standards[20] and World Health Organization drinking water guidelines[21] (details provided in the Supplemental Materials).

> **Commented [I27]:** See Doc01_Meta-analysis, 1.E. (page 2) and 1.K. (page 4)

The *regression slopes meta-analysis* included studies that reported regression slopes to estimate associations between individual-level fluoride exposure and children's IQ. The primary regression slopes meta-analysis used regression slopes from models that adjusted for potential confounders. If results from multiple models were reported within a single study, either the most adjusted results or the main model results as presented by the study authors were selected. The study outcomes were evaluated with respect to a 1-mg/L unit increase in water or urinary fluoride, or 1-mg/day fluoride intake.

> **Commented [I28]:** See Doc02_Meta-analysis, 2.I., page 3 and 4

Data from individual studies were pooled using a random-effects model.[22] Heterogeneity was

> **Commented [I29]:** See Doc06a_Meta-analysis, 6b.R., page 15 and 16

assessed by Cochran's Q test[23] and the I[2] statistic.[24] Forest plots were used to display results and to examine possible heterogeneity between studies. Potential publication bias was assessed by developing

> **Commented [I30]:** See Doc05_Meta-analysis, 5.J., page 9 and 10

funnel plots and performing Egger regression on the estimates of effect size.[25-27] If publication bias was

NIEHS_000386

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

present, trim-and-fill methods[28, 29] were used to estimate the number of missing studies and to predict the impact of the hypothetical "missing" studies on the pooled effect estimate. Subgroup analyses were performed to investigate sources of heterogeneity. Subgroup analyses were stratified by risk of bias (high or low), study location (e.g., country), outcome assessment, exposure matrix (e.g., urinary fluoride or water fluoride concentrations), pre- or post-natal exposure, and sex.

> **Commented [I31]:** See Doc05_Meta-analysis, 5.I., page 9

> **Commented [I32]:** See Doc06b_Meta-analysis_6b.V., page 18 and 19

Statistical analyses were performed using the software STATA version 17.0[30] with the *combine, meta esize, meta set, meta summarize, drmeta, meta funnel, meta bias, meta trimfill* and *metareg* packages.[31]

Results

> **Commented [I33]:** See Doc02_Meta-analysis, 2.N., page 4

*Study sample*

Results of the study identification process are provided in **eFigure 1.** Characteristics of the 60 publications included in the meta-analysis are shown in **Table 1** (see **eTable 1** for list of excluded publications). A total of 55 publications reported mean IQ scores for group-level exposures. Eleven publications reported regression slopes for individual-level exposures based on urinary or water fluoride concentrations.[5-7, 11, 12, 32-37] Additional details on study characteristics are provided in the **Supplemental Materials**. Results from risk-of-bias evaluations are presented in **eFigure 2a** and **eFigure 2b**. Study-specific effect estimates used in the meta-analysis are presented in **eTable 2**.

*Mean-effects meta-analysis*

The meta-analysis of 55 studies (45 high risk-of-bias studies and 10 low risk-of-bias studies) that provided mean IQ scores shows that, when compared to children exposed to lower levels of fluoride, children exposed to higher fluoride levels had statistically significantly lower IQ scores (random-effects pooled SMD, −0.46; 95% CI: −0.55, −0.37; p-value < 0.001) (**Table 2, Figure 2**). There was evidence of high heterogeneity ($I^2$ = 87%, p-value < 0.001; **Table 2**) and publication bias (funnel plot and Egger's p-value < 0.001, Begg's p-value = 0.031; **eFigures 3 and 4**). Adjusting for possible publication

> **Commented [I34]:** See Doc02_Meta-Analysis, 2.J. (page 4) and Doc08_Meta-analysis, 8.M. (page 8 and 9)
> *Note: Changes in study numbers from reviewer text reflects updated literature search.*

> **Commented [I35]:** See Doc02_Meta-analysis, 2.K., page 4

NIEHS_000387

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

through trim-and-fill analysis suggested the imputation of seven additional studies to the right side, with

an adjusted pooled SMD of − 0.36 (95% CI: −0.46, −0.26) (**eFigures 5 and 6**). The pattern of results

across the 55 studies was consistent; 52 (95%) reported an inverse association with SMDs ranging from

−5.34 (95% CI: −6.34, −4.34) to −0.04 (95% CI: −0.45, 0.36) (**Figure 2**). The (95% CI: −0.19, 0.21),[6]

0.01 (95% CI: −0.19, 0.22),[38] and 0.13 (95% CI: −0.16, 0.42).[5] Three studies[39, 40, 41 [translated in Li et al. 2008b]]

lacked clear descriptions of their intelligence assessment methods; however, sensitivity analyses did not

reveal substantial changes in the pooled SMD estimate when these studies were excluded or when a

study[43] that reported the cognitive subset of evaluations using Bayley and McCarthy tests was included

(**eTable 3**).

> **Commented [I36]:** See Doc06b_Meta-analysis, 6.b.C., page 2 and 3

> **Commented [I37]:** See Doc05_Meta-analysis, 5.J., page 9 and 10

> **Commented [I38]:** See Doc01_Meta-analysis, 1.I., page 3

Among the low risk-of-bias studies (n = 10),[5, 6, 11, 32, 33, 36, 44-47] the random-effects pooled SMD

was −0.22 (95% CI: −0.39, −0.05; p-value = 0.011) with high heterogeneity ($I^2$ = 83%) (**Table 2 and

eFigure 7**). There was no evidence of publication bias (funnel plot and Egger's p-value = 0.93;

**eFigures 8 and 9**). Among the high risk-of-bias studies (n = 45), the random-effects pooled SMD was

−0.52 (95% CI: −0.63, −0.42; p-value < 0.001) with high heterogeneity ($I^2$ = 86%,) (**Table 2 and eFigure

7**). There was evidence of publication bias among the high risk-of-bias studies (funnel plot and Egger's p-

value < 0.001; **eFigures 8 and 9**); adjusting for possible publication bias through trim-and-fill analysis

supports the results with an adjusted pooled SMD estimate of −0.37 (95% CI: −0.48, −0.25) (**eFigures 10

and 11**). Subgroup analyses by sex, age group, study location, outcome assessment type, and exposure

assessment type further support the consistent and robust pattern of an inverse association between

fluoride exposure and children's IQ (**Table 2, eFigures 12-16**). The subgroup and meta-regression

analyses did not explain a large amount of the overall heterogeneity; however, the degree of heterogeneity

was lower We also examined whether there was a dose-response relationship at lower exposure levels that

corresponded with the U.S. Environmental Protection Agency drinking water standards[20] and World

restricted to Iran ($I^2$=56%), children ages 10 and older ($I^2$=68%), and girls ($I^2$=76%) (see **Supplemental

Materials**).

> **Commented [EAM39]:** See Doc02_Meta-analysis, 2.L., page 4.
> *Note: Changes in study numbers from review text reflects updated literature search.*

> **Commented [I40]:** See Doc06b_Meta-analysis, 6.b.G., page 7and 8

Page 9

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

The sensitivity analysis to evaluate the impact of combining all exposed groups and comparing them to the reference group did not appreciably change the effect estimates (eTable 3). Sensitivity analyses that removed an outlier study[39] or a study with an unspecified IQ test[41 [translated in Li et al. 2008b]] also did not appreciably change the effect estimates (eTable 3).

> **Commented [l41]:** See Doc08_Meta-analysis, 8.H., page 6

*Dose-response mean-effects meta-analysis*

The *dose-response mean-effects meta-analysis* combining data from 29 studies with group-level fluoride measurements in drinking water (23 high risk-of-bias and 6 low risk-of-bias studies) and 18 studies with group-level mean urinary fluoride levels (9 high risk-of-bias and 9 low risk-of-bias studies) show statistically significantly lower children's IQ scores with increasing fluoride exposures. Based on the linear models, the decrease in mean SMD between exposed and reference groups is −0.15 (95% CI: −0.20, −0.11; p-value < 0.001) for drinking water fluoride levels and −0.16 (95% CI: −0.24, −0.08; p-value < 0.001) for urinary fluoride levels (eTable 4). Based on the AIC and likelihood ratio tests, the best model fit was achieved when quadratic or restricted cubic spline exposure levels were added to the linear models for drinking water (eFigure 17); the linear model was the best fit for urinary fluoride (eFigure 18). Given the small difference in AICs between the different models, and for ease of interpretability, the linear model results were chosen for the purposes of discussion, although results from all models are presented (eTable 4). The direction of the associations did not change when the exposed groups were restricted to <4 mg/L or <2 mg/L fluoride in drinking water or fluoride in urine (eTable 4 and eTable 5).

> **Commented [l42]:** See Doc08_Meta-analysis, 8.I., page 6 and 7

*Regression slopes meta-analysis*

The *regression slopes meta-analysis* includes ten studies with individual-level exposure measures (1 high risk-of-bias and 9 low risk-of-bias studies) (Table 1). Each of these studies reported urinary fluoride levels,[5-7, 11, 12, 32-37] two reported fluoride intake,[6, 7] and two reported water fluoride levels.[6, 11] Two studies[7, 12] are not included in the primary meta-analysis they had overlapping populations with already-included studies[6, 11 respectively] (see Supplemental Materials). Similarly, three studies reporting scores

NIEHS_000389

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript             NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

based on Bayley assessments[43, 48, 49] were only included in sensitivity analyses (see **Supplemental Materials**).

The overall pooled effect estimate from the nine studies with individual-level urinary fluoride measures shows that a 1-mg/L increase in urinary fluoride is associated with a statistically significant lower IQ score of 1.81 points (95% CI: −2.80, −0.81; p-value < 0.001) with evidence of heterogeneity ($I^2$ = 77%, p-value < 0.001; **Table 3, eFigure 19**) and no indications of publication bias (**eFigures 20 and 21**). When restricted to only low risk-of-bias studies, the decrease in IQ score was 1.33 points (95% CI: −2.09, −0.57; p-value < 0.001). There was evidence of moderate heterogeneity ($I^2$ = 46%, p-value < 0.072; **Table 3, eFigure 22**) and no indications of publication bias. The results for fluoride intake and water fluoride levels are available in **Supplemental Materials**.

> **Commented [EAM43]:** See Doc02_Meta-analysis, 2.M., page 4.
> *Note: Changes in study numbers from reviewer text reflects updated literature search.*

> **Commented [I44]:** See Doc02_Meta-analysis, 2.O., page 5

Subgroup analyses by risk of bias, sex, country, exposure type, outcome assessment type, and pre- or post-natal exposure further support the consistent and robust pattern of an inverse association between fluoride exposure and children's IQ (**Table 3, eFigures 22–27**). The observed heterogeneity in the overall effect estimate was explained by the subgroup analyses, with no significant heterogeneity remaining in analyses of low-risk-of bias studies, by sex, by country, by assessment type, and by exposure timing (**Table 3**). The sensitivity analyses including reporting scores based on Bayley assessments[43, 48, 49] showed no substantial changes in the pooled effect estimates (**eTable 6**).

> **Commented [I45]:** See Doc06b_Meta-analysis, 6b.G., page 7 and 8

Discussion

> **Commented [I46]:** See Doc02_Meta-analysis, 2.P., page 5

The results of this meta-analysis support a statistically significant association between higher fluoride exposure and lower children's IQ. The direction of the association was robust to stratification by risk of bias, sex, age group, timing of exposure, study location, outcome assessment type, and exposure assessment type. There is also evidence of a dose-response relationship. Although the estimated decreases in IQ may seem small, research on other neurotoxicants has shown that subtle shifts in IQ at the population level can have a profound impact on the number of people who fall within the high and low

NIEHS_000390

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

ranges of the population's IQ distribution.[50-54] For example, a 5-point decrease in a population's IQ would nearly double the number of people classified as intellectually disabled.[55]

Commented [l47]: See Doc08_Meta-analysis, 8.P., page 9 and 10

The results of the *mean-effects meta-analysis* are consistent with two previous meta-analyses that, when comparing children exposed to lower fluoride levels, reported statistically significantly lower IQ scores in children exposed to higher fluoride levels ($p < 0.001$) (**Table 2**). However, this meta-analysis included more recently published studies that were considered low risk of bias and studies with different exposure assessment types. We also found a statistically significant dose-response between lower children's IQ with increasing fluoride exposures as measured in both drinking water (p-value < 0.001) and urine (p-value < 0.001). Associations appeared to be non-linear for drinking water and linear for urine. The Duan et al.[4] meta-analysis reported a significant non-linear dose-response relationship above 3 ppm [3 mg/L] in water. A more recent literature review[56] did not comment on the shape of the dose-response curve; however, based on the three publications from Mexico and Canada,[5-7] the author concluded that the association between maternal urinary fluoride and children's neurotoxicity appeared to be "dose dependent."

Commented [l48]: See Doc08_Meta-analysis, 8.N., page 9

Commented [l49]: See Doc01_Meta-analysis, 1.N. and 1.O., page 7

Whereas the previously published meta-analyses only included group-level exposures, the *regression slopes meta-analysis* included nine studies with individual urinary fluoride measures, a more precise exposure measure. It also included recent North American prospective cohort studies[5-7] with maternal urinary fluoride levels comparable to those found in the United States.[57] In contrast to urinary fluoride measures, drinking water measures capture only a portion of a person's total exposure to fluoride. Consequently, relying on drinking water levels alone likely underestimates an individual's total exposure to fluoride. For community water systems that add fluoride, the Public Health Service recommends a fluoride concentration of 0.7 mg/L; however, it is important to note that there are regions of the United States where public systems and private wells contain natural fluoride concentrations of more than 2 mg/L.[58] In April 2020, the Centers for Disease Control and Prevention (CDC) estimated that community water systems supplying water with ≥2 mg/L naturally occurring fluoride served 0.31% of the U.S.

Commented [l50]: See Doc01_Meta-analysis, 1.M., page 6 and 7

Page 12

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

population (~1 million people).[59] For the purposes of reducing dental fluorosis, the CDC recommends that

parents use an alternative source of water for children aged 8 years and younger and for bottle-fed infants

if their primary drinking water contains greater than 2 mg/L of fluoride.[60]

> Commented [I51]: See Doc03_Meta-analysis, 3.B. (page 1 and 2) and 3.C. (page 2 and 3)

> Commented [I52]: See Doc01_Meta-analysis, 1.Q., page 8

> Commented [I53]: See Doc02_Meta-analysis, 2.T., page 6

*Strengths and Limitations*

Strengths of this meta-analysis include a large body of literature and predefined systematic search

and screening process, a risk-of-bias assessment of individual studies, a variety of intelligence assessment

methods and exposure matrices, varying exposure levels from multiple study locations, prespecified

subgroup analyses, and use of both group-level and individual-level exposure data. The direction of the

association is consistent across different analytical approaches and subgroup analyses.

There are also limitations to consider. Most of the studies included in the *mean-effects* and *dose-*

*response mean effects meta-analyses* were considered to have study design and/or methodological

limitations. For example, all but three studies were cross-sectional in design. However, among the low

> Commented [I54]: See Doc02_Meta-analysis, 2.U., page 7

risk-of-bias cross-sectional studies, most provided information to suggest that exposure preceded the

outcome (e.g., including only children who had lived in the area since birth, or children that had dental

fluorosis). In addition, subgroup analyses suggest that the association between higher fluoride exposure

> Commented [I55]: See Doc08_Meta-analysis, 8.T., page 11

and lower IQ was consistent even when restricted to low risk-of-bias studies (see **Table 2** and **eFigure 7**

for additional details). Although we conducted subgroup analyses by sex, only 1 of the 14 studies that

reported IQ scores separately for boys and girls analyzed fluoride exposure for each sex separately.[6] This

is essential for evaluating whether a differential change in IQ by sex may be related to higher

susceptibility or higher exposure in that sex. With a couple exceptions, the subgroup analyses in the

> Commented [I56]: See Doc03_Meta-analysis, 3.E., page 4

*mean-effects meta-analysis* did not explain a large amount of the overall heterogeneity. However, the

heterogeneity in the *regression slopes meta-analysis* was explained by subgroup analyses. This suggests

that the aggregate nature of the *mean-effects meta-analysis* might not be sufficiently sensitive to capture

potential sources of heterogeneity, as seen possible when using studies with individual-level data in the

*regression slopes meta-analysis*. However, the large number of studies included in the *mean-effects meta-*

> Commented [I57]: See Doc06b_Meta-analysis, 6b.O., page 13 and 14

NIEHS_000392

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*analysis* and the consistency in the direction of the association across the analyses make this is less of a

concern.

Another limitation of the *mean-effects meta-analyses* is that exposure values are assumed to be

the same for each child in an exposure group, either because the study used a community-level water

fluoride measure or a median, mean, or midpoint in water or urine as the exposure value. Fluoride

exposure may vary considerably depending on individual behaviors and is best captured by individual-

level measures of total exposure, such as urinary fluoride measures. Because drinking water measures

capture only some of a person's total exposure to fluoride, it is reasonable to assume that some children in

the meta-analysis had higher exposure to fluoride and those children may have skewed the mean IQ

deficits of the entire group. Urinary fluoride levels include all ingested fluoride and are considered a valid

measure to estimate total fluoride exposure.[61, 62] When compared with 24-hour urine samples, spot urine

samples are more prone to the influence of timing of exposure (e.g., when water was last consumed, when

teeth were last brushed) and can also be affected by differences in dilution. However, correlations

between urinary fluoride concentrations from 24-hour samples and spot samples adjusted for urinary

dilution have been described,[63] and with one exception[35] all studies in the *regression slopes meta-*

*analysis*, accounted for dilution.

There is inconsistency in which model is the best fit at lower exposure levels (eTable 4 and

eTable 5) leading to uncertainty in the shape of the dose-response curve at these levels. More individual-

level data would increase our certainty in the shape of the dose-response curve at these lower exposure

levels. There are also several limitations to the existing approaches for evaluating potential for publication

bias. The funnel plot asymmetry is a subjective assessment and is recommended only when at least

10 studies are included in the meta-analysis.[64] Furthermore, the Egger regression test and Begg's rank

tests[25-27] may suffer from inflated type I power and limited power in certain situations.[65] Finally, the small

number of studies reporting slopes for association with individual-level exposure data limits the power of

the *regression slopes meta-analysis*.

> **Commented [I58]:** See Doc06b_Meta-analysis, 6b.G., page 7 and 8
>
> **Commented [I59]:** See Doc08_Meta-analysis, 8.E., page 4 and 5
>
> **Commented [I60]:** See Doc02_Meta-analysis, 2.S., page 6
>
> **Commented [I61]:** See Doc01_Meta-analysis, 1.M., page 6 and 7
>
> **Commented [I62]:** See Doc06a_Meta-analysis, 6a.G., page 5
>
> **Commented [I63]:** See Doc08_Meta-analysis, 8.D., page 3 and 4
>
> **Commented [I64]:** See Doc03_Meta-analysis, 3.C., page 2 and 3
>
> **Commented [I65]:** See Doc05_Meta-analysis, 5.I., page 9

NIEHS_000393

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

This meta-analysis complements a larger systematic review[8] that concluded moderate confidence in the body of evidence that fluoride exposure is associated with lower IQ in children. Confidence would be increased with additional prospective cohort studies with individual urinary fluoride measures. Studies conducted in the United States, which as of the writing of this manuscript were not available, would also be valuable.

> **Commented [EAM66]:** See Doc08_Meta-analysis, 8.B., page 2.

## Conclusions

This meta-analysis extends the findings of our larger systematic review that concluded, with moderate confidence, that higher fluoride exposure is associated with lower children's IQ. These findings are consistent with prior meta-analyses and demonstrate that the direction of the association is robust to stratifications by risk of bias, sex, age group, outcome assessment, study location, exposure timing, and exposure measurement (including both drinking water and urinary fluoride). Therefore, the consistency of the data supports an inverse association between fluoride exposure and children's IQ.

> **Commented [I67]:** See Doc06a_Meta-analysis, 6a.C., page 2

## Acknowledgements

This work was supported by the Intramural Research Program (ES103316, ES103317) at the National Institute of Environmental Health Sciences (NIEHS), National Institutes of Health, and was performed for NIEHS under contract GS00Q14OADU417 (Order No. HHSN273201600015U). Data sets and Stata code are available upon reasonable request from study authors. We appreciate the helpful comments and input on the draft manuscript provided by Suril Mehta, DrPH, MPH; Kelly Ferguson, PhD, MPH; Allen Wilcox, MD, PhD; and Alison Mogsinger-Reif, PhD. We would like to thank Jonathan Cohen, PhD, who performed independent verification of the dose-response meta-analysis; Cynthia Lin, PhD, and Alexandra Goldstone, MPH, for independent quality control of the data; and Jeremy Frye, MSLS, for conducting the literature search and reference management.

NIEHS_000394

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

References

1.      U.S. Environmental Protection Agency (US EPA). *Fluoride: Exposure and relative source contribution analysis*. U.S. Environmental Protection Agency; 2010. 820-R-10-015. Accessed 19 August 2019. http://www.epa.gov/dwstandardsregulations/fluoride-risk-assessment-and-relative-source-contribution

2.      National Research Council (NRC). *Committee on fluoride in drinking water, board on environmental studies and toxicology. Fluoride in drinking water: A scientific review of EPA's standards*. National Research Council; 2006. Accessed 19 August 2019. http://www.nap.edu/catalog/11571/fluoride-in-drinking-water-a-scientific-review-of-epas-standards

3.      Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. *Environ Health Perspect*. 2012;120:1362-1368.

4.      Duan Q, Jiao J, Chen X, Wang X. Association between water fluoride and the level of children's intelligence: A dose-response meta-analysis. *Public Health*. 2018;154:87-97. doi:https://doi.org/10.1016/j.puhe.2017.08.013

5.      Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. *Environ Health Perspect*. 2017;125(9):1-12. doi:https://doi.org/10.1289/ehp655

6.      Green R, Lanphear B, Hornung R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. *JAMA Pediatr*. 2019:E1-E9.

7.      Till C, Green R, Flora D, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. *Environ Int*. 2020;134:105315. doi:https://doi.org/10.1016/j.envint.2019.105315

8.      National Toxicology Program (NTP). *Revised draft NTP Monograph on the systematic review of fluoride exposure and neurodevelopmental and cognitive health effects*. National Toxicology Program; 2020. https://www.nationalacademies.org/event/10-19-2020/docs/DDA97C9170D1A255D69C004CEB77B698E8D005011EFB

9.      National Toxicology Program (NTP). *Protocol for systematic review of effects of fluoride exposure on neurodevelopment*. U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health; 2020. https://ntp.niehs.nih.gov/ntp/ohat/fluoride/ntpprotocol_revised20200916_508.pdf

10.     Higgins JT, Thomas J, Chandler J, et al., eds. *Cochrane Handbook for systematic reviews of interventions version 6.0 (updated July 2019)*. Cochrane; 2019.

11.     Yu X, Chen J, Li Y, et al. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. *Environ Int*. 2018;118:116-124. doi:https://doi.org/10.1016/j.envint.2018.05.042

12.     Wang M, Liu L, Li H, et al. Thyroid function, intelligence, and low-moderate fluoride exposure among Chinese school-age children. *Environ Int*. 2020b;134:105229. doi:https://doi.org/10.1016/j.envint.2019.105229

13.     National Toxicology Program (NTP). *OHAT risk of bias rating tool for human and animal studies*. U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health; 2015.

NIEHS_000395

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

14.    Bonett DG. Confidence intervals for standardized linear contrasts of means. *Psychol Methods*. 2008;13(2):99-109. doi:https://doi.org/10.1037/1082-989x.13.2.99

15.    Hedges LV, Olkin I. *Statistical methods for meta-analysis*. Academic Press; 1985.

16.    Rosenthal R. Parametric measures of effect size. In: Cooper H, Hedges LV, eds. *The Handbook of Research Synthesis*. Russell Sage Foundation; 1994.

17.    Crippa A, Thomas I, Orsini N. A pointwise approach to dose-response meta-analysis of aggregated data. *Int J Stat Med Res*. 2018;7(2):25-32.

18.    Crippa A, Discacciati A, Bottai M, Spiegelman D, Orsini N. One-stage dose–response meta-analysis for aggregated data. *Stat Methods Med Res*. 2019;28(5):1579-1596. doi:https://doi.org/10.1177/0962280218773122

19.    Müller S, Scealy JL, Welsh AH. Model selection in linear mixed models. *Statist Sci*. 2013;28(2):135-167. doi:https://doi.org/10.1214/12-STS410

20.    U.S. Environmental Protection Agency (US EPA). *New fluoride risk assessment and relative source contribution documents*. Office of Water; 2011. EPA-822-F-11-001. https://www.epa.gov/sites/default/files/2019-03/documents/fluoride-risk-assess-factsheet.pdf

21.    World Health Organization (WHO). *Guidelines for drinking-water quality. Fourth edition*. 2011. https://apps.who.int/iris/bitstream/handle/10665/44584/9789241548151_eng.pdf?sequence=1&isAllowed=y&ua=1

22.    DerSimonian R, Laird N. Meta-analysis in clinical trials. *Control Clin Trials*. 1986;7(3):177-88. doi:https://doi.org/10.1016/0197-2456(86)90046-2

23.    Cochran WG. The combination of estimates from different experiments. *Biometrics*. 1954;10(1):101-129. doi:https://doi.org/10.2307/3001666

24.    Higgins JPT, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. *BMJ*. 2003;327(7414):557-560. doi:https://doi.org/10.1136/bmj.327.7414.557

25.    Begg CB, Mazumdar M. Operating characteristics of a rank correlation test for publication bias. *Biometrics*. 1994;50(4):1088-1101. doi:https://doi.org/10.2307/2533446

26.    Egger M, Smith G, Schneider M, Minder C, eds. *Systematic reviews in health care: Meta-analysis in context*. BMJ Publishing Group; 2008.

27.    Egger M, Smith GD, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. *BMJ*. 1997;315(7109):629-634. doi:https://doi.org/10.1136/bmj.315.7109.629

28.    Duval S, Tweedie R. A nonparametric "trim and fill" method of accounting for publication bias in meta-analysis. *J Am Stat Assoc*. 2000;95(449):89-98. doi:https://doi.org/10.1080/01621459.2000.10473905

29.    Duval S, Tweedie R. Trim and fill: A simple funnel-plot–based method of testing and adjusting for publication bias in meta-analysis. *Biometrics*. 2000;56(2):455-463. doi:https://doi.org/10.1111/j.0006-341X.2000.00455.x

30.    StataCorp. *Stata Statistical Software: Release 17*. StataCorp LP; 2021.

31.    Palmer TM, Sterne JAC, eds. *Meta-analysis in Stata: An updated collection from the Stata Journal*. 2nd ed. Stata Press; 2016.

NIEHS_000396

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

32.     Ding Y, Sun H, Han H, et al. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. *J Hazard Mater*. 2011;186:1942-1946.

33.     Zhang S, Zhang X, Liu H, et al. Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China. *Toxicol Sci*. 2015b;144:238-245.

34.     Cui Y, Zhang B, Ma J, et al. Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. *Ecotoxicol Environ Saf*. 2018;165:270-277. doi:https://doi.org/10.1016/j.ecoenv.2018.09.018

35.     Saeed M, Rehman MYA, Farooqi A, Malik RN. Arsenic and fluoride co-exposure through drinking water and their impacts on intelligence and oxidative stress among rural school-aged children of Lahore and Kasur districts, Pakistan. *Environ Geochem Health*. Nov 9 2021;doi:https://dx.doi.org/10.1007/s10653-021-01141-4

36.     Xu K, An N, Huang H, et al. Fluoride exposure and intelligence in school-age children: evidence from different windows of exposure susceptibility. *BMC Public Health*. Nov 4 2020;20(1):1657. doi:https://dx.doi.org/10.1186/s12889-020-09765-4

37.     Zhao L, Yu C, Lv J, et al. Fluoride exposure, dopamine relative gene polymorphism and intelligence: A cross-sectional study in China. *Ecotoxicol Environ Safety*. Feb 2021;209:111826. doi:https://dx.doi.org/10.1016/j.ecoenv.2020.111826

38.     Broadbent JM, Thomson WM, Moffitt TE, Poulton R. Community water fluoridation and intelligence response. *Am J Public Health*. 2015;105:3-4.

39.     Khan SA, Singh RK, Navit S, et al. Relationship between dental fluorosis and intelligence quotient of school going children in and around Lucknow District: A cross-sectional study. *J Clin Diagn Res*. 2015;9(11):10-15. doi:https://doi.org/10.7860/JCDR/2015/15518.6726

40.     Lin F, Ai H, Zhao H, Lin J, Jhiang J, Maimaiti. [High fluoride and low iodine environment and subclinical cretinism in Xinjiang]. *Endem Dis Bull*. 1991;6(2):62-67.

41.     Li Y, Li X, Wei S. [Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved]. *J West Chin University Med Sci*. 1994;25(2):188-191.

42.     Li Y, Li X, Wei S. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. *Fluoride*. 2008b;41:331-335.

43.     Ibarluzea J, Gallastegi M, Santa-Marina L, et al. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. *Environ Res*. Oct 8 2021:112181. doi:https://dx.doi.org/10.1016/j.envres.2021.112181

44.     Xiang Q, Liang Y, Chen L, et al. Effect of fluoride in drinking water on children's intelligence. *Fluoride*. 2003a;36:84-94.

45.     Seraj B, Shahrabi M, Shadfar M, et al. Effect of high water fluoride concentration on the intellectual development of children in Makoo, Iran. *J Dent*. 2012;9:221-229.

46.     Trivedi M, Sangai N, Patel R, Payak M, Vyas S. Assessment of groundwater quality with special reference to fluoride and its impact on IQ of schoolchildren in six villages of the Mundra Region, Kachchh, Gujarat, India. *Fluoride*. 2012;45(4):377-383.

NIEHS_000397

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

47.     Cui Y, Yu J, Zhang B, Guo B, Gao T, Liu H. The relationships between thyroid-stimulating hormone and/or dopamine levels in peripheral blood and IQ in children with different urinary iodine concentrations. *Neurosci Lett*. 2020;729:134981. doi:https://doi.org/10.1016/j.neulet.2020.134981

48.     Valdez Jimenez L, Lopez Guzman OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology*. Mar 2017;59:65-70. doi:https://dx.doi.org/10.1016/j.neuro.2016.12.011

49.     Cantoral A, Tellez-Rojo MM, Malin AJ, et al. Dietary fluoride intake during pregnancy and neurodevelopment in toddlers: A prospective study in the progress cohort. *Neurotoxicology*. Dec 2021;87:86-93. doi:https://dx.doi.org/10.1016/j.neuro.2021.08.015

50.     Bellinger DC. Interpretation of small effect sizes in occupational and environmental neurotoxicology: individual versus population risk. *Neurotoxicology*. 2007;28(2):245-51. doi:https://dx.doi.org/10.1016/j.neuro.2006.05.009

51.     Needleman HL. What can the study of lead teach us about other toxicants? *Environ Health Perspect*. 1990;86:189-9. doi:https://dx.doi.org/10.1289/ehp.9086183

52.     Rose G. Sick individuals and sick populations. *Int J Epidemiol*. 1985;14(1):32-8. doi:https://dx.doi.org/10.1093/ije/14.1.32

53.     Rose G. Sick individuals and sick populations. *Int J Epidemiol*. 2001;30(3):427-32; discussion 433-4. doi:https://dx.doi.org/10.1093/ije/30.3.427

54.     Weiss B. Vulnerability of children and the developing brain to neurotoxic hazards. *Environ Health Perspect*. 2000;108 Suppl 3(Suppl 3):375-81. doi:https://dx.doi.org/10.1289/ehp.00108s3375

55.     Braun JM. Early-life exposure to EDCs: Role in childhood obesity and neurodevelopment. *Nature Rev Endocrin*. 2016;13(3):161-173. doi:https://dx.doi.org/10.1038/nrendo.2016.186

56.     Grandjean P. Developmental fluoride neurotoxicity: an updated review. *Environ Health*. 2019;18(1):110. doi:https://doi.org/10.1186/s12940-019-0551-x

57.     Abduweli Uyghurturk D, Goin DE, Martinez-Mier EA, Woodruff TJ, DenBesten PK. Maternal and fetal exposures to fluoride during mid-gestation among pregnant women in northern California. *Environ Health*. 2020;19(1):38. doi:https://doi.org/10.1186/s12940-020-00581-2

58.     McMahon PB, Brown CJ, Johnson TD, Belitz K, Lindsey BD. Fluoride occurrence in United States groundwater. *Sci Total Environ*. 2020;732:139217. doi:https://doi.org/10.1016/j.scitotenv.2020.139217

59.     CDC Division of Oral Health. *Personal communication*. Centers for Disease Control and Prevention; 2020. September 3, 2020.

60.     Centers for Disease Control and Prevention (CDC). *Community water fluoridation FAQs: Infant formula*. Centers for Disease Control and Prevention; 2015. Accessed 10 February 2022. https://www.cdc.gov/fluoridation/faqs/infant-formula.html

61.     Villa A, Anabalon M, Zohouri V, Maguire A, Franco AM, Rugg-Gunn A. Relationships between fluoride intake, urinary fluoride excretion and fluoride retention in children and adults: An analysis of available data. *Caries Res*. 2010;44(1):60-8. doi:https://dx.doi.org/10.1159/000279325

NIEHS_000398

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

62.    Watanabe M, Kono K, Orita Y, Usuda K, Takahashi Y, Yoshida Y. Influence of dietary fluoride intake on urinary fluoride concentration and evaluation of corrected levels in spot urine. *Fluoride*. 1995;28(2):61-70.

63.    Zohouri FV, Swinbank CM, Maguire A, Moynihan PJ. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? *Community Dent Oxral Epidemiol*. Apr 2006;34(2):130-8. doi:https://dx.doi.org/10.1111/j.1600-0528.2006.00269.x

64.    Higgins JPT, Chandler TJ, Cumpston M, Li T, Page MJ, Welch VA, eds. *Cochrane Handbook for Systematic Reviews of Interventions version 6.2 (updated February 2021)*. Cochrane; 2021.

65.    Lin L, Chu H. Quantifying publication bias in meta-analysis. *Biometrics*. 2018;74(3):785-794. doi:https://doi.org/10.1111/biom.12817

66.    Ren D, Li K, Liu D. [A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas]. *Chin J Control Endem Dis*. 1989;4(4):251.

67.    Ren D, Li K, Liu D. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. *Fluoride*. 2008;41:319-320.

68.    Chen YX, Han FL, Zhoua ZL, et al. [Research on the intellectual development of children in high fluoride areas]. *Chin J Control Endem Dis*. 1991;6(Suppl):99-100.

69.    Chen YX, Han FL, Zhoua ZL, et al. Research on the intellectual development of children in high fluoride areas. *Fluoride*. 2008;41:120-124.

70.    Guo XC, Wang RY, Cheng CF, et al. [A preliminary investigation of the IQs of 7-13 year-old children from an area with coal burning-related fluoride poisoning]. *Chin J Epidemiol*. 1991;10(2):98-100.

71.    Guo XC, Wang RY, Cheng CF, et al. A preliminary investigation of the IQs of 7-13 year-old children from an area with coal burning-related fluoride poisoning. *Fluoride*. 2008a;41:125-128.

72.    Sun M, Li S, Wang Y, Li F. [Measurement of intelligence by drawing test among the children in the endemic area of Al-F combined toxicosis]. *J Guiyang Med Coll*. 1991;16(3):204-206.

73.    An J, Mei S, Liu A, Fu Y, Wang C. [Effect of high level of fluoride on children's intelligence]. *Chin J Control Endem Dis*. 1992;7(2):93-94.

74.    Xu Y, Lu C, Zhang X. [The effect of fluorine on the level of intelligence in children]. *Endem Dis Bull*. 1994;9(2):83-84.

75.    Li XS, Zhi JL, Gao RO. Effect of fluoride exposure on the intelligence of children. *Fluoride*. 1995;28:189-192.

76.    Wang G, Yang D, Jia F, Wang H. [A study of the IQ levels of four- to seven-year-old children in high fluoride areas]. *Endem Dis Bull*. 1996;11(1):60-62.

77.    Wang G, Yang D, Jia F, Wang H. A study of the IQ levels of four- to seven-year-old children in high fluoride areas. *Fluoride*. 2008b;41:340-343.

78.    Yao L, Zhou J, Wang S, Cui K, Lin F. Analysis on TSH and intelligence level of children with dental Fluorosis in a high fluoride area. *Lit Inf Prev Med*. 1996;2(1):26-27.

79.    Zhao LB, Liang GH, Zhang DN, Wu XR. Effect of a high fluoride water supply on children's intelligence. *Fluoride*. 1996;29:190-192.

NIEHS_000399

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

80.     Yao Y. Comparable analysis on the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. *Lit Inf Prev Med*. 1997;3(1):42-43.

81.     Zhang J, Yao H, Chen Y. [The effect of high levels of arsenic and fluoride on the development of children's intelligence]. *Chin J Public Health*. 1998;17(2):119.

82.     Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS. Effect of high-fluoride water on intelligence in children. *Fluoride*. 2000;33:74-78.

83.     Hong FG, Cao YX, Yang D, Wang H. [Research on the effects of fluoride on child intellectual development under different environmental conditions]. *Chin Prim Health Care*. 2001;15(3):56-57.

84.     Hong FG, Cao YX, Yang D, Wang H. Research on the effects of fluoride on child intellectual development under different environmental conditions. *Fluoride*. 2008;41:156-160.

85.     Hong F, Wang Hui Yang Dong Zhang Z. Investigation on the intelligence and metabolism of iodine and fluoride in children with high iodine and fluoride. *Chin J Endem Dis Control*. 2001b:12-14.

86.     Wang X, Wang L, Hu P, Guo X, Luo X. [Effects of high iodine and high fluorine on children's intelligence and thyroid function]. *Chin J Endemiol*. 2001;20(4):288-290.

87.     Li YP, Jing XY, Chen D, Lin L, Wang ZJ. [Effects of endemic fluoride poisoning on the intellectual development of children in Baotou]. *Chin J Public Health Manag*. 2003;19(4):337-338.

88.     Li YP, Jing XY, Chen D, Lin L, Wang ZJ. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. *Fluoride*. 2008c;41:161-164.

89.     Wang SX, Wang ZH, Cheng XT, et al. [Investigation and evaluation on intelligence and growth of children in endemic fluorosis and arsenism areas]. *Chin J Endemiol*. 2005;24:179-182.

90.     Seraj B, Shahrabi M, Falahzade M, Falahzade F, Akhondi N. Effect of high fluoride concentration in drinking water on children's intelligence. *J Dent Med*. 2006;19(2):80-86.

91.     Wang Z, Wang S, Zhang X, Li J, Zheng X, Hu C. Investigation of children's growth and development under long-term fluoride exposure. *Chin J Control Endem Dis*. 2006;21(4):239-241.

92.     Fan Z, Dai H, Bai A, Li P, Li T, Li G. The effect of high fluoride exposure in children's intelligence. *J Environ Health*. 2007;24(10):802-803.

93.     Trivedi MH, Verma RJ, Chinoy NJ, Patel RS, Sathawara NG. Effect of high fluoride water on intelligence of school children in India. *Fluoride*. 2007;40:178-183.

94.     Wang SX, Wang ZH, Cheng XT, et al. Arsenic and fluoride exposure in drinking water: Children's IQ and growth in Shanyin County, Shanxi Province, China. *Environ Health Perspect*. 2007;115:643-647.

95.     Li F, Chen X, Huang R, Xie Y. The impact of endemic fluorosis caused by the burning of coal on the development of intelligence in children. *J Environ Health*. 2009;26(4):838-840.

96.     Li X, Hou G, Yu B, Yuan C, Liu Y, L Z. [Investigation and analysis of children's IQ and dental fluorosis in high fluoride area]. *Chin J Pest Control*. 2010;26(3):230-231.

97.     Eswar P, Nagesh L, Devaraj CG. Intelligent quotients of 12-14 year old school children in a high and low fluoride village in India. *Fluoride*. 2011;44:168-172.

NIEHS_000400

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

98.    Kang J, Cheng Y, Wu K, Lin S, He G, Jin Y. [Effect of exposure to fluoride and arsenic in drinking water of Hangjinhouqi on children's intelligence]. *Chin School Health*. 2011:679-681.

99.    Poureslami HR, Horri A, Garrusi B. A comparative study of the IQ of children age 7-9 in a high and a low fluoride water city in Iran. *Fluoride*. 2011;44:163-167.

100.    Shivaprakash PK, Ohri K, Noorani H. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot District. *J Indian Soc Pedod Prev Dent*. 2011;29:117-120.

101.    Wang S, Zhu X. Investigation and analysis of intelligence level of children in high fluoride area. *Chin J Endem Dis Control*. 2012b;27(1):67-68.

102.    Bai A, Li Y, Fan Z, Li X, Li P. [Intelligence and growth development of children in coal-burning-borne arsenism and fluorosis areas: An investigation study]. *Chin J Endemiol*. 2014;33(2):160-163.

103.    Karimzade S, Aghaei M, Mahvi AH. Investigation of intelligence quotient in 9-12 year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan Province, Iran. *Fluoride*. 2014;47:9-14.

104.    Sebastian ST, Sunitha S. A cross-sectional study to assess the intelligence quotient (IQ) of school going children aged 10-12 years in villages of Mysore District, India with different fluoride levels. *J Indian Soc Pedod Prev Dent*. 2015;33:307-311.

105.    Zhang P, Cheng L. Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. *Chin J Endem Dis Control*. 2015c;30(6):458-459.

106.    Das K, Mondal NK. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. *Environ Monit Assess*. 2016;188:218.

107.    Mondal D, Dutta G, Gupta S. Inferring the fluoride hydrogeochemistry and effect of consuming fluoride-contaminated drinking water on human health in some endemic areas of Birbhum District, West Bengal. *Environ Geochem Health*. 2016;38:557-576.

108.    Zhao Y, Cui Y, Yu J, et al. Study on the relationship between water-borne high iodine and thyroid hormone and children's intelligence level. *J Environ Health*. 2018:6-9.

109.    Wang J, Yu M, Yang L, Yang X, Deng B. The effect of coal-burning fluoride exposure on children's intelligence and physical development. *J Environ Health*. 2020c;37(11):971-974. doi:https://dx.doi.org/10.16241/j.cnki.1001-5914.2020.11.007

110.    Guo B, Yu J, Cui Y, et al. DBH gene polymorphism, iodine and fluoride and their interactions and their interaction with children's intelligence. *J Environ Hygiene*. 2021;11(02):134-140.

111.    Lou D, Luo Y, Liu J, et al. Refinement impairments of verbal-performance intelligent quotient in children exposed to fluoride produced by coal burning. *Biol Trace Elem Res*. Feb 2021;199(2):482-489. doi:https://dx.doi.org/10.1007/s12011-020-02174-z

112.    Wang R, He N, Wang Y, Hou G, Zhang P-J. Investigation and analysis of children's dental fluorosis and IQ level in high fluoride district of Hengshui City. *Med Anim Control*. 2021;37(8):796-800. doi:https://dx.doi.org/10.7629/yxdwfz202108023

Commented [I68]: See Doc07_Meta-analysis, 7.D., page 3

NIEHS_000401

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

List of Tables and Figures

**Table 1**. Characteristics of Studies Included in the Meta-analysis

**Table 2**. Pooled SMDs and 95% CIs for Children's IQ Score and Exposures to Fluoride

**Table 3**. Pooled Regression Slopes and 95% CIs for Children's IQ Score and Exposures to Fluoride

**Figure 1**. Number of Studies of Fluoride Exposure and IQ in Children by Country and Year of Publication

**Figure 2**. Association Between Fluoride Exposure and IQ Scores in Children

NIEHS_000402

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

Tables and Figures

Table 1. Characteristics of Studies Included in the Meta-analysis

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Fluoride Exposure Assessment (Metric, Exposure Groups) | Levels | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| Ren et al. (1989)[66] [translated in Ren et al. 2008][me, o] *Cross-sectional* | China | 8–14 | No fluoride measurement Low iodine village/high fluoride and low iodine village | Not specified | Wechsler Intelligence Scale for Children | High | Sex; iodine |
| Chen et al. (1991)[68] [translated in Chen et al. 2008][me, w] *Cross-sectional* | China | 7–14 | Drinking water Nonendemic/endemic fluorosis village | 0.89 mg/L (nonendemic) 4.55 mg/L (endemic) | Chinese Standardized Raven Test | High | Age; sex |
| Guo et al. (1991)[70] [translated in Guo et al. 2008a][me, o] *Cross-sectional* | China | 7–13 | Serum Reference area using wood/coal burning-related fluoride endemic area | 0.1044 ± 0.0652 mg/L (reference) 0.1483 ± 0.0473 mg/L (endemic) | Chinese Binet Intelligence Test | High | Age; sex; SES |
| Lin et al. (1991)[40me, o] *Cross-sectional* | China | 7–14 | Urine, drinking water Reference area with iodine supplementation/high fluoride and low iodine village | Urine: 1.6 mg/L (reference area with iodine supplementation) 2.56 mg/L (high fluoride, low iodine village) Water: 0.34 mg/L (low iodine village) 0.88 mg/L (high fluoride, low iodine village) | Combined Raven's Test for Rural China | High | SES |
| Sun et al. (1991)[72me, o] *Cross-sectional* | China | 6.5–12 | No fluoride measurement Nonendemic/endemic (aluminum-fluoride endemic toxicosis) | Fluorosis: 98.36% (endemic) | Japan's Shigeo Kobayashi's 50-point scoring method | High | Age |
| An et al. (1992)[73me, w] *Cross-sectional* | China | 7–16 | Drinking water Nonhigh/high fluoride area | 0.6–1.0 mg/L (nonhigh) 2.1–3.2 mg/L (secondary high) 5.2–7.6 mg/L (high) 2.1–7.6 mg/L (combined high) | Wechsler Intelligence Scale for Children-Revised | High | Age; race; SES |

Commented [I69]: See Doc08_Meta-analysis, 8.K., page 7 and 8

Commented [I70]: See Doc03_Meta-analysis, 3.B., page 1 and 2

Commented [I71]: See Doc02_Meta-analysis, 2.V., page 7

Commented [I72]: See Doc01_Meta-analysis, 1.C., page 1

Page 24

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
| Li et al. (1994)[41] [translated in Li et al. 2008b][eme, o] *Cross-sectional* | China | 12–13 | Grain (cooked by burning high-fluoride coal) Reference group (no dental fluorosis)/high fluoride group I (no dental fluorosis)/high fluoride group II (dental fluorosis present)/high fluoride group III (dental fluorosis present) | 0.5 mg/kg (reference group) 4.7 mg/kg (group I) 5.2 mg/kg (group II) 31.6 mg/kg (group III) | Proofing test | High | Age; sex; SES |
| Xu et al. (1994)[74me, w*] *Cross-sectional* | China | 8–14 | Drinking water Reference region/low- and high-fluoride regions[b] | 0.8 mg/L (reference region) 0.38 mg/L (low fluoride) 1.8 mg/L (high fluoride) | Binet-Simon Scale | High | – |
| Li et al. (1995)[75me, o, u] *Cross-sectional* | China | 8–13 | Urine, dental fluorosis index (DFI) Nonfluorosis/fluorosis area due to soot from coal burning | 1.02 mg/L; DFI: <0.4 (nonfluorosis) 1.81 mg/L; DFI: 0.8 (slight fluorosis) 2.01 mg/L; DFI: 2.5 (medium fluorosis) 2.69 mg/L; DFI: 3.2 (severe fluorosis) | China Rui Wen Scaler for Rural Areas | High | Sex |
| Wang et al. (1996)[76] [translated in Wang et al. 2008b][eme, o, w] *Cross-sectional* | China | 4–7 | Drinking water (well) Low/high fluoride region Fluoride exposure from drinking water, contaminated food, and coal burning | 0.58–1.0 mg/L (low) >1.0–8.6 mg/L (high) | Wechsler Preschool and Primary Scale of Intelligence | High | Age; sex |
| Yao et al. (1996)[78me, w] *Cross-sectional* | China | 8–12 | Drinking water Nonendemic/endemic fluorosis area | 1 mg/L (nonendemic) 2 mg/L (slightly endemic) 11 mg/L (severely endemic) | Raven Test – Associative Atlas | High | Iodine; SES |
| Zhao et al. (1996)[79me, w] *Cross-sectional* | China | 7–14 | Drinking water Low fluoride village (Xinghua)/high fluoride village (Sima) | 0.91 mg/L (low) 4.12 mg/L (high) | China Rui Wen Scaler for Rural Areas | High | Age; SES |
| Yao (1997)[80me, w*] *Cross-sectional* | China | 7–12 | Drinking water Nonfluorosis area/fluorosis area with water improvements/fluorosis area without water improvements | 0.4 mg/L (nonfluorosis area) 0.33 mg/L (fluorosis area with water improvement) 2 mg/L (fluorosis area without water improvement) | Raven's Standard Progressive Matrices (China's Rural Version) | High | Iodine; SES |
| Zhang et al. (1998)[81me, o] *Cross-sectional* | China | 4–10 | Drinking water Reference/high fluoride group (all observation groups included arsenic exposure) | 0.58 mg/L (reference) 0.8 mg/L (high fluoride) | Shigeo Kobayashi 50-pt. test | High | Age; arsenic |

Page 25

NIEHS_000404

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] Study Design | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
| Lu et al. (2000)[82me, w, u] Cross-sectional | China | 10–12 | Urine, drinking water Low/high fluoride area | Urine: 1.43 ± 0.64 mg/L (low) 4.99 ± 2.57 mg/L (high) Water: 0.37 ± 0.04 mg/L (low) 3.15 ± 0.61 mg/L (high) | Chinese Combined Raven Test-C2 | High | SES |
| Hong et al. (2001)[83] [translated in Hong et al. 2008][me, w*] Cross-sectional | China | 8–14 | Drinking water Reference/high fluoride[b] | 0.75 mg/L (reference) 2.90 mg/L (high fluoride) | Chinese Standardized Raven Test | High | Iodine; SES; demographics |
| Hong et al. (2001b)[85me, o] Cross-sectional | China | 8–14 | Urine, drinking water Nonendemic/endemic fluorosis areas (high fluoride, high iodine) | Urine: 0.796 ± 0.53 mg/L (nonendemic) 2.09 ± 1.03 mg/L (endemic) Water: 0.48 mg/L (nonendemic) 2.81 mg/L (endemic) | Combined Raven's Test for Rural China | High | – |
| Wang et al. (2001)[86me, o] Cross-sectional | China | 8–12 | Urine, drinking water Reference point (low fluoride, low iodine)/investigative point (high fluoride, high iodine) | Urine: 0.82 mg/L (low fluoride, low iodine) 3.08 mg/L (high fluoride, high iodine) Water: 0.5 mg/L (low fluoride, low iodine) 2.97 mg/L (high fluoride, high iodine) | Combined Raven's Test for Rural China | High | – |
| Li et al. (2003)[87] [translated in Li et al. 2008c][me] Cross-sectional | China | 6–13 | No fluoride measurement Reference/endemic fluorosis areas | Not specified | Chinese Standardized Raven Test | High | – |

NIEHS_000405

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a]<br>*Study Design* | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment<br>(Metric, Exposure Groups) | Levels | | | |
| Xiang et al. (2003a)[44mc, w*, u]<br><br>*Cross-sectional* | China | 8–13 | Urine, drinking water<br>Nonendemic/endemic fluorosis areas | Urine: 1.11 ± 0.39 mg/L (reference)<br>3.47 ± 1.95 mg/L (high fluoride)<br>Water: 0.36 ± 0.15 mg/L (nonendemic)<br>0.75 ± 0.14 mg/L (endemic fluorosis area group A)<br>1.53 ± 0.27 mg/L (endemic fluorosis area group B)<br>2.46 ± 0.3 mg/L (endemic fluorosis area group C)<br>3.28 ± 0.25 mg/L (endemic fluorosis area group D)<br>4.16 ± 0.22 mg/L (endemic fluorosis area group E)<br>2.47 ± 0.79 mg/L (high fluoride) | Combined Raven's Test for Rural China | Low | Age; sex; iodine; lead; SES |
| Wang et al. (2005)[89mc, w, u]<br><br>*Cross-sectional* | China | 8–12 | Urine, drinking water<br>Reference/high fluoride group[c] | Urine: 1.51 mg/L(reference)<br>5.09 mg/L (high fluoride group)<br>Water: 0.48 mg/L (reference)<br>8.31 mg/L (high fluoride group) | Chinese Combined Raven Test-C2 | High | SES |
| Seraj et al. (2006)[90mc, w]<br><br>*Cross-sectional* | Iran | 7–11 | Drinking water<br>Low/high fluoride area | 0.4 ppm (low)<br>2.5 ppm (high) | Raven Test | High | Sex |
| Wang et al. (2006)[91mc, w, u]<br><br>*Cross-sectional* | China | 8–12 | Urine, drinking water<br>Reference/high (area severely affected by fluorosis) | Urine: 1.51 ± 1.66 mg/L (reference)<br>5.50 ± 2.40 mg/L (high)<br>Water: 0.73 ± 0.28 mg/L (reference)<br>5.54 ± 3.88 mg/L (high) | Combined Raven's Test for Rural China | High | – |
| Fan et al. (2007)[92mc, w, u]<br><br>*Cross-sectional* | China | 7–14 | Urine, drinking water<br>Low/high fluoride area | Urine: 1.78 ± 0.46 mg/L (low)<br>2.89 ± 1.97 mg/L (high)<br>Water: 1.03 mg/L (low)<br>3.15 mg/L (high) | Chinese Combined Raven Test-C2 | High | – |
| Trivedi et al. (2007)[93mc, w, u]<br><br>*Cross-sectional* | India | 12–13 | Urine, drinking water<br>Low/high fluoride area | Urine: 2.30 ± 0.28 mg/L (low)<br>6.13 ± 0.67 mg/L (high)<br>Water: 2.01 ± 0.009 mg/L (low)<br>5.55 ± 0.41 mg/L (high) | questionnaire prepared by Professor JH Shah | High | Age; sex |

NIEHS_000406

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] Study Design | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
| Wang et al. (2007)[94mc, o, w, u] Cross-sectional | China | 8–12 | Urine, drinking water Low fluoride, low arsenic/high fluoride, low arsenic area | Urine: 1.5 ± 1.6 mg/L (low fluoride, low arsenic) 5.1 ± 2.0 mg/L (high fluoride, low arsenic) Water: 0.5 ± 0.2 mg/L (low fluoride, low arsenic) 8.3 ± 1.9 mg/L (high fluoride, low arsenic) | Combined Raven's Test for Rural China | High | Age; sex; arsenic; SES |
| Li et al.(2009)[95mc, o, u*] Cross-sectional | China | 8–12 | Urine Endemic fluorosis region caused by coal burning (reference/mild/medium/severe) Degree of dental fluorosis (normal/suspected/very mild/mild/medium/severe) | 0.962 ± 0.517 mg/L (reference) 1.235 ± 0.426 mg/L (mild) 1.670 ± 0.663 mg/L (medium) 2.336 ± 1.128 mg/L (severe) 0.867 ± 0.233 mg/L (normal) 1.094 ± 0.355 mg/L (suspected) 1.173 ± 0.480 mg/L (very mild) 1.637 ± 0.682 mg/L (mild) 2.005 ± 0.796 mg/L (medium) 2.662 ± 1.093 mg/L (severe) | Combined Raven's Test for Rural China | High | Age; sex |
| Li et al. (2010)[96mc] Cross-sectional | China | 7–10 | No fluoride measurement Nondental fluorosis children/dental fluorosis children | Not specified | Combined Raven's Test for Rural China | High | Sex |
| Ding et al. (2011)[32mc, u*, rs] Cross-sectional | China | 7–14 | Dental fluorosis (normal/ questionable/very mild/mild/moderate) Urine Mean urinary fluoride levels (10 groups) | 0.80 ± 0.55 mg/L (normal) 1.13 ± 0.73 mg/L (questionable) 1.11 ± 0.74 mg/L (very mild) 1.31 ± 0.78 mg/L (mild) 1.46 ± 0.79 mg/L (moderate) 0.26 mg/L (group 1) 0.45 mg/L (group 2) 0.56 mg/L (group 3) 0.66 mg/L (group 4) 0.75 mg/L (group 5) 0.89 mg/L (group 6) 1.08 mg/L (group 7) 1.33 mg/L (group 8) 1.74 mg/L (group 9) 2.96 mg/L (group 10) 0.10−3.55 mg/L | Combined Raven's Test for Rural China | Low | Age; arsenic; iodine; lead; SES; demographics |

NIEHS_000407

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                                        NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
| Eswar et al.(2011)[97me, w] *Cross-sectional* | India | 12–14 | Drinking water Low/high fluoride villages | 0.29 mg/L (low) 2.45 mg/L (high) | Standard Progressive Matrices | High | Age; sex |
| Kang et al. (2011)[98me, o] *Cross-sectional* | China | 6–12 | Drinking water Reference/high fluoride areas (both areas with high arsenic exposure) | 1.24 ± 0.74 mg/L (all children) <1.2 mg/L (reference) ≥1.2 mg/L (high fluoride) | Chinese Combined Raven Test-C2 | High | Age; sex |
| Poureslami et al. (2011)[99me, w] *Cross-sectional* | Iran | 7–9 | Drinking water Reference/endemic dental fluorosis city | 0.41 mg/L (reference) 2.38 mg/L (endemic) | Persian version of Raven's Matrices Test | High | Sex |
| Shivaprakash et al. (2011)[100me, w] *Cross-sectional* | India | 7–11 | Drinking water No fluorosis/fluorosis severity groups (mild/moderate/severe)/all fluorosis | <0.5 ppm (no fluorosis) 2.5–3.5 ppm (mild) 2.5–3.5 ppm (moderate) 2.5–3.5 ppm (severe) 2.5–3.5 ppm (all) | Raven's Colored Progressive Matrices | High | Health factors; SES |
| Seraj et al. (2012)[45me, w] *Cross-sectional* | Iran | 6–11 | Drinking water Normal/medium/high fluoride levels | 0.8 ± 0.3 mg/L (normal) 3.1 ± 0.9 mg/L (medium) 5.2 ± 1.1 mg/L (high) | Raven's Colored Progressive Matrices | Low | Age; sex; SES |
| Trivedi et al. (2012)[46me, u] *Cross-sectional* | India | 12–13 | Urine, ground water Low/high fluoride area | Urine: 0.42 ± 0.23 mg/L (low) 2.69 ± 0.92 mg/L (high) Water: 0.84 ± 0.38 mg/L (low) 2.3 ± 0.87 mg/L (high) | Questionnaire prepared by Professor JH Shah | Low | Sex; SES |
| Wang et al. (2012b)[101me] *Cross-sectional* | China | Primary school age | No fluoride measurement Reference/high fluoride areas | Not specified | Combined Raven's Test for Rural China | High | – |
| Bai et al. (2014)[102me, o] *Cross-sectional* | China | 8–12 | Urine Coal-burning-borne fluorosis areas (reference/lightly-affected/seriously-affected) | 0.54 mg/L (reference) 0.81 mg/L (lightly-affected area) 1.96 mg/L (seriously-affected area) | Chinese Combined Raven Test-C2 | High | SES |
| Karimzade et al. (2014)[103me, w] *Cross-sectional* | Iran | 9–12 | Drinking water Low/high fluoride area | 0.25 mg/L (low) 3.94 mg/L (high) | Iranian version of the Raymond B Cattell test | High | Sex |

NIEHS_000408

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Referencea / *Study Design* | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
| Broadbent et al. (2015)[38me, w*] *Prospective Cohort* | New Zealand | 7–13 | Drinking water Area without community water fluoridation (low)/area with community water fluoridation (high) Fluoride tablet use (never/ever) Fluoride toothpaste use (never/sometimes/always) | Water: 0.0–0.3 mg/L (low) 0.7–1.0 mg/L (high) Tablet use: 0 mg (never used) 0.5 mg (ever used) Range not specified for fluoride toothpaste use (always/sometimes/never) | Wechsler Intelligence Scale for Children-Revised | High | Sex; SES; low birth weight; breastfeeding |
| Khan et al. (2015)[39me] *Cross-sectional* | India | 6–11 | Drinking water Low fluoride areas (Tiwariganj)/high fluoride areas (Unnao) Fluorosis grades (normal/very mild/mild/moderate/severe) | 0.19 mg/L (Tiwariganj) 2.41 mg/L (Unnao) Ranges not specified by fluorosis grades | Raven's Colored Progressive Matrices | High | Health factors; SES |
| Sebastian and Sunitha (2015)[104me, w*] *Cross-sectional* | India | 10–12 | Drinking water Low/normal/high fluoride villages | 0.40 mg/L (low) 1.2 mg/L (normal) 2.0 mg/L (high) | Raven's Colored Progressive Matrices | High | Age; sex; SES |
| Zhang et al.(2015b)[33me, w*, u, rs] *Cross-sectional* | China | 10–12 | Urine, drinking water, serum Reference/high fluoride areas | Urine: 1.10 ± 0.67 mg/L (reference) 2.40 ± 1.01 mg/L (high) Water: 0.63 (0.58–0.68) mg/L (reference) 1.40 (1.23–1.57) mg/L (high) Serum: 0.06 ± 0.03 (reference) 0.18 ± 0.11 (high) | Combined Raven's Test for Rural China | Low | Age; sex; arsenic; iodine; drinking water fluoride; SES; thyroid hormone levels; COMT genotype |
| Zhang et al. (2015c)[105me, o] *Cross-sectional* | China | 7–13 | Urine Coal-burning endemic fluorosis area Reference (no dental fluorosis)/mild dental fluorosis/moderate dental fluorosis/critically ill dental fluorosis | 0.83 ± 0.71 mg/L (reference) 1.54 ± 0.57 mg/L (mildly ill) 2.41 ± 0.76 mg/L (moderately ill) 3.32 ± 1.02 mg/L (critically ill) | Combined Raven's Test for Rural China | High | – |

NIEHS_000409

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
| Das and Mondal (2016)[106mc, u] *Cross-sectional* | India | 6–18 | Urine, drinking water intake, dental fluorosis (normal/questionable/very mild/mild/moderate/severe) | Urine: 2.91 ± 1.76 mg/L (normal) 2.50 ± 2.39 mg/L (questionable) 2.58 ± 1.31 mg/L (very mild) 2.95 ± 1.44 mg/L (mild) 4.82 ± 3.57 mg/L (moderate) 3.81 ± 2.51 mg/L (severe) Water: 0.069 ± 0.021 mg/kg-d (normal) 0.064 ± 0.004 mg/kg-d (questionable) 0.060 ± 0.036 mg/kg-d (very mild) 0.060 ± 0.030 mg/kg-d (mild) 0.099 ± 0.063 mg/kg-d (moderate) 0.093 ± 0.040 mg/kg-d (severe) | Combined Raven's Test for Rural China | High | – |
| Mondal et al. (2016)[107mc, w] *Cross-sectional* | India | 10–14 | Drinking water Low/high fluoride areas | Not reported (low) 0.33–18.08 mg/L (high) | Raven Standard Theoretical Intelligence Test | High | SES |
| Bashash et al. (2017)[6mc, u, rs] *Prospective Cohort* | Mexico | 6–12 | Maternal urine Reference/high fluoride (based on children urinary fluoride) | <0.80 mg/L (reference) ≥0.80 mg/L (high) | Wechsler Abbreviated Scale of Intelligence | Low | Age; sex; weight at birth; parity; gestational age; maternal characteristics (smoking history, marital status, age at delivery, IQ, education, cohort) |
| Cui et al. (2018)[34rs] *Cross-sectional* | China | 7–12 | Urine | Boys: 1.3 (0.9–1.7)[d] mg/L Girls: 1.2 (0.9–1.6)[d] mg/L | Combined Raven's Test for Rural China | Low | Age; maternal education; smoking in family member; stress; anger; dopamine receptor-2 polymorphism |

NIEHS_000410

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
|---|---|---|---|---|---|---|---|
| Yu et al. (2018)[11mc, w, u*, rs] *Cross-sectional* | China | 7–13 | Maternal urine Low/medium/high fluoride ranges Drinking water Normal/high fluoride | Urine: 0.01–1.60 mg/L (low) 1.60–2.50 mg/L (medium) 2.50–5.54 mg/L (high) Water: ≤1 mg/L (normal) >1 mg/L (high) Overall: 0.01−5.54 mg/L (urine) 0.20–3.90 mg/L (water) | Combined Raven's Test for Rural China | Low | Age; sex; health factors; SES |
| Zhao et al. (2018)[108mc, o] *Cross-sectional* | China | 7–12 | Urine Reference/exposed areas All areas with iodine exposure | ≤2.16 mg/L (reference) >2.16 mg/L (exposed) | Combined Raven's Test for Rural China | High | − |
| Green et al. (2019)[6mc, w*, u*, rs] *Prospective Cohort* | Canada | 3–4 | Maternal urine, drinking water, maternal fluoride intake Nonfluoridated/fluoridated area | Urine: 0.40 ± 0.27 mg/L (nonfluoridated) 0.69 ± 0.42 mg/L (fluoridated) Water: 0.13 ± 0.06 mg/L (nonfluoridated) 0.59 ± 0.08 mg/L (fluoridated) Intake: 0.30 ± 0.26 mg/day (nonfluoridated) 0.93 ± 0.43 mg/day (fluoridated) Overall: 0.51 ± 0.36 mg/L (urine) 0.54 ± 0.44 mg/day (intake) 0.31 ± 0.23 mg/L (water) | Wechsler Primary and Preschool Scale of Intelligence-III | Low | Sex; city; maternal education; race/ethnicity; HOME score; prenatal secondhand smoke exposure |
| Cui et al. (2020)[47mc, u] *Cross-sectional* | China | 7–12 | Urine Low/medium/high fluoride levels | <1.6 mg/L (low) 1.6–2.5 mg/L (medium) >=2.5 mg/L (high) | Combined Raven's Test | Low | Sex; arsenic; iodine |

NIEHS_000411

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript

NOT FOR ATTRIBUTION

Internal Deliberative – Confidential

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
| Till et al. (2020)[7rs] *Prospective Cohort* | Canada | 3–4 | Residence, maternal urine, drinking water, infant fluoride intake from formula Nonfluoridated/fluoridated areas | Urine: 0.38–0.42 mg/L (nonfluoridated) 0.64–0.70 mg/L (fluoridated) Water: 0.13 mg/L (nonfluoridated) 0.58 mg/L (fluoridated) Intake: 0.02–0.08 mg/day (nonfluoridated) 0.12–0.34 mg/day (fluoridated) | Wechsler Primary and Preschool Scale of Intelligence-III | Low | Age; sex; maternal education; maternal race; HOME total score; secondhand smoke status in the child's house |
| Wang et al. (2020c)[109me, o, rs] *Cross-sectional* | China | 7–12 | Urine Coal-burning endemic fluorosis area Nonendemic/endemic fluorosis regions | 0.461 ± 0.210 mg/L (nonendemic) 0.689 ± 0.502 mg/L (endemic) | Combined Raven's Test for Rural China | High | Age; sex |
| Xu et al. (2020)[36me, u*, rs] *Cross-sectional* | China | 7–13 | Urine Reference/high prenatal exposure only/high childhood exposure only/both prenatal and childhood exposure group | 0.82 ± 0.30 mg/L (reference) 0.98 ± 0.29 mg/L (high prenatal exposure only) 2.05 ± 0.58 mg/L (high childhood exposure only) 2.13 ± 0.59 mg/L (both prenatal and childhood exposure group) | Combined Raven's Test for Rural China | Low | Age; sex; gestational weeks; maternal education level; paternal education level; children's BMI |
| Guo et al., (2021)[110me] *Cross-sectional* | China | 7–12 | Urine Reference/exposed areas (also with iodine exposure) | 1.16 mg/L (reference) 1.29 mg/L (iodine area 1) 2.01 mg/L (iodine area 2) | Combined Raven's Test for Rural China | High | – |
| Lou et al. (2021)[111me, o] *Cross-sectional* | China | 8–12 | Coal-burning endemic fluorosis area No fluoride measurement Nondental fluorosis children/dental fluorosis children | Not specified | Wechsler Intelligence Scale for Children-Revised in China (WISC-CR) | High | – |
| Saeed et al. (2021)[35me, o, rs] *Cross-sectional* | Pakistan | 5–16 | Urine, drinking water Reference/high fluoride areas Co-exposure with arsenic | Urine: 0.24 ± 0.15 mg/L (reference) 3.27 ± 2.60 mg/L (high) Water: 0.15 ± 0.13 mg/L (reference) 5.64 ± 3.52 mg/L (high) | Wechsler scale of intelligence (WISC-IV) | High | Age; sex; parental education; dental fluorosis |

Page 33

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                                          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] Study Design | Study Location | Age Range (Years) | Fluoride Exposure | | Intelligence Assessment | Overall RoB Rating | Confounders Considered |
|---|---|---|---|---|---|---|---|
| | | | Assessment (Metric, Exposure Groups) | Levels | | | |
| Wang et al. (2021)[112] me, w  _Cross-sectional_ | China | 9–11 | Drinking water Reference/high fluoride areas | 1.0 ± 0.07 mg/L (reference) 2.8 ± 0.06 mg/L (high fluoride) | Combined Raven's Test | High | Age; sex |
| Zhao et al. (2021)[37rs]  _Cross-sectional_ | China | 6–11 | Urine Nonendemic/endemic fluorosis areas | 1.03 (0.72, 1.47) mg/L | Combined Raven's Test for Rural China | Low | Age; sex; BMI; paternal educational level; maternal educational level; household income; abnormal birth; maternal age at delivery |

**Notes**:
COMT = catechol-O-methyltransferase; RoB = risk of bias; SES = socioeconomic status; HOME = Home Observation for Measurement of the Environment
[a]An "me" superscript indicates that the studies included in the mean-effects meta-analysis; an "o" superscript indicates a study included in "other" exposures _mean-effects meta-analysis_ (see Table 2 footnote); a "w" superscript indicates studies included in the mean-effects dose-response meta-analysis using fluoride in water; a "u" superscript indicates studies included in the mean-effects dose-response meta-analysis using fluoride in urine; "*" indicates studies included in the mean-effects dose-response meta-analysis at levels < 1.5 mg/L; an "rs" superscript indicates studies included in the regression slopes meta-analysis.
[b]Additional exposure regions including iodine levels were not included in the analysis.
[c]Additional exposure regions including arsenic levels were not included in the analysis.
[d]Median (q1–q3).

Page 34

NIEHS_000413

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript       NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Table 2.** Pooled SMDs and 95% CIs for Children's IQ Score and Exposures to Fluoride

| Analysis | Number of Studies | SMD (95% CI) | Heterogeneity p-value | I² |
|---|---|---|---|---|
| **Overall Effect** | 55 | −0.46 (−0.55, −0.37) | <0.001 | 87% |
| **Subgroup Analyses** | | | | |
| **Risk of Bias** | | | | |
| Low | 10 | −0.22 (−0.39, −0.05) | <0.001 | 83% |
| High | 45 | −0.52 (−0.63, −0.42) | <0.001 | 86% |
| **Sex** | | | | |
| Males | 14 | −0.62 (−0.81, −0.42) | <0.001 | 78% |
| Females | 13 | −0.53 (−0.72, −0.34) | <0.001 | 74% |
| **Age Group** | | | | |
| <10 years[a] | 13 | −0.41 (−0.60, −0.22) | <0.001 | 80% |
| ≥10 years | 16 | −0.55 (−0.70, −0.40) | <0.001 | 68% |
| **Country** | | | | |
| China | 39 | −0.43 (−0.52, −0.34) | <0.001 | 85% |
| India | 8 | −0.99 (−1.55, −0.43) | <0.001 | 93% |
| Iran | 4 | −0.68 (−0.99, −0.38) | 0.077 | 56% |
| Canada | 1 | 0.01 (−0.19, 0.21) | NA | NA |
| Mexico | 1 | 0.13 (−0.16, 0.42) | NA | NA |
| New Zealand | 1 | 0.01 (−0.19, 0.22) | NA | NA |
| Pakistan | 1 | −0.25 (−0.65, 0.16) | NA | NA |
| **Assessment Type** | | | | |
| CRT-RC tests | 29 | −0.36 (−0.46, −0.27) | <0.001 | 82% |
| Non-CRT-RC tests | 26 | −0.60 (−0.78, −0.42) | <0.001 | 89% |
| Raven's tests | 10 | −0.76 (−1.10, −0.43) | <0.001 | 91% |
| Other tests | 16 | −0.52 (−0.74, −0.29) | <0.001 | 89% |
| **Exposure Type** | | | | |
| Water fluoride | 32 | −0.37 (−0.46, −0.27) | <0.001 | 82% |
| Dental fluorosis | 7 | −0.99 (−1.57, −0.41) | <0.001 | 96% |
| Other exposures[b] | 16 | −0.54 (−0.71, −0.37) | <0.001 | 81% |
| **Previous Meta-analyses** | | | | |
| Duan et al. (2018)[d] | 26 | −0.52 (−0.62, −0.42) | <0.001 | 69% |
| Choi et al. (2012)[3] | 27 | −0.45 (−0.56, −0.34) | <0.001 | 80% |

**Notes:** CI = confidence interval; CRT-RC = Combined Raven's Test–The Rural edition in China; NA = not applicable; SMD = standardized weighted mean difference

[a] An et al. (1992)[73] and Li et al. (2010)[96] include 10-year-old children in the <10 age group (7−10 years reported).
[b] Includes iodine [40, 66 [translated in Ron et al. 2008], 85, 86, 108]; arsenic[35, 81, 94]; aluminum[72]; and non-drinking water fluoride (i.e., fluoride from coal burning[41 [translated in Li et al. 2008b], 70 [translated in Gao et al. 2008a], 75, 76 [translated in Wang et al. 2008b], 89, 95, 102, 105, 109, 111]).
[c] p-value for differences between the estimates based on CRT-RC tests vs. non-CRT-RC tests.
[d] p-value for differences between the estimates based on CRT-RC tests, Raven's test and other tests. Note that non-CRT-RC test include Raven's tests and other tests.

Commented [l73]: See Doc06a_Meta-analysis, 6a.E., page 3 and 4

Commented [l74]: See Doc02_Meta-analysis, 2.X., page 7 and 8

NIEHS_000414

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Table 3.** Pooled Regression Slopes and 95% CIs for Children's IQ Score and Exposures to Fluoride

| Analysis | Number of Studies | Beta (95% CI) | Heterogeneity | |
|---|---|---|---|---|
| | | | p-value | I² |
| **Overall Effect** | | | | |
| **Full-scale IQ** | 9 | −1.81 (−2.80, −0.81) | <0.001 | 77% |
| | Subgroup Analyses | | | |
| **Risk of Bias** | | | | |
| Low | 8 | −1.33 (−2.09, −0.57) | 0.072 | 46% |
| High | 1 | −3.45 (−4.44, −2.46) | NA | NA |
| **Sex** | | | | |
| Males | 2 | −2.23 (−5.45, 0.99) | 0.092 | 65% |
| Females | 2 | −0.27 (−3.64, 3.10) | 0.145 | 53% |
| **Country** | | | | |
| Canada | 1 | −1.95 (−5.18, 1.28) | NA | NA |
| China | 6 | −1.06 (−1.70, −0.42) | 0.191 | 33% |
| Mexico | 1 | −5.00 (−8.53, −1.47) | NA | NA |
| Pakistan | 1 | −3.45 (−4.44, −2.46) | NA | NA |
| **Assessment Type** | | | | |
| CRT-RC tests | 6 | −1.06 (−1.70, −0.42) | 0.191 | 33% |
| Non-CRT-RC tests | 3 | −3.43 (−4.35, −2.52) | 0.457 | 0% |
| **Exposure Type** | | | | |
| Urinary fluoride | 9 | −1.81 (−2.80, −0.81) | <0.001 | 77% |
| Intake | 2 | −3.87 (−7.15, −0.59) | 0.737 | 0% |
| Water fluoride | 2 | −4.77 (−9.09, −0.45) | 0.707 | 0% |
| **Exposure timing** | | | | |
| Pre-natal exposure | 3 | −3.08 (−5.43, −0.72) | 0.351 | 5% |
| Post-natal exposure | 7 | −1.84 (−2.97, −0.72) | <0.001 | 78% |

**Notes**: CI = confidence interval; NA = not applicable

**Commented [I75]:** See Doc02_Meta-analysis, 2.H., page 3

**Commented [I76]:** See Doc06a_Meta-analysis, 6a.I., page 6

NIEHS_000415

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential



**Figure 1.** Number of Studies of Fluoride Exposure and IQ in Children by Country and Year of Publication

**Note:** Figure includes 80 epidemiological studies that were identified during the larger systematic review and the November 2021 literature search update that evaluated the effects of fluoride exposure on children's IQ.

Commented [EAM77]: See Doc02_Meta-analysis, 2.W, page 7

NIEHS_000416

Confidential – Subject to Protective Order

DocMet_Jul_2022_draft_meta-analysis_manuscript
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION



**Figure 2.** Association Between Fluoride Exposure and IQ Scores in Children

**Note:** Forest plot for random-effects meta-analysis of the association between fluoride exposure and child's IQ scores. Effect size is expressed as the standardized weighted mean difference for heteroscedastic population variances (SMD). The random-effects pooled SMD is shown as a solid triangle. Horizontal lines represent 95% CIs for the study-specific SMDs.

**Commented [I78]:** See Doc06b_Meta-analysis, 6b.R., page 15 and 16

NIEHS_000417

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

## SUPPLEMENTAL MATERIALS

Additional Detail on Methods ........................................................................................................ 3
        Systematic Literature Review ........................................................................................... 3
        Study Selection ................................................................................................................. 3
        Statistical Analysis .......................................................................................................... 3
Results ........................................................................................................................................... 4
        Study Sample .................................................................................................................... 4
        Mean-effects Meta-analysis ........................................................................................... 26
        Dose-Response Meta-analysis Using Mean Effect Estimates ....................................... 38
        Regression Slopes Meta-analysis ................................................................................... 47
References ................................................................................................................................... 57

**List of Tables**

eTable 1. List of Excluded Studies from Mean-effects Meta-analysis ........................................ 8
eTable 2. Study Characteristics and Study-specific Effect Estimates Included in the Meta-
        analyses and Sensitivity Analyses ................................................................................ 10
eTable 3. Sensitivity Analyses for Mean-effects Meta-analysis: Pooled SMDs and 95% CIs for
        Children's IQ Score and Exposures to Fluoride ........................................................... 27
eTable 4. Dose-Response Meta-analysis Using Mean Effects—Model Selection ..................... 39
eTable 5. Dose-response Meta-analysis Using Mean Effects: Maximum Likelihood Models ... 42
eTable 6. Regression Slopes Meta-analysis ............................................................................... 49

**List of Figures**

eFigure 1. Prisma Flow Diagram of Study Inclusion ................................................................... 6
eFigure 2. Results from Risk-of-bias Evaluations for Studies Included in the Meta-analyses and
        Sensitivity Analyses ...................................................................................................... 25
eFigure 3. Funnel Plot of Included Studies ................................................................................ 28
eFigure 4. Test for Publication Bias .......................................................................................... 28
eFigure 5. Trim-and-fill Analysis .............................................................................................. 29
eFigure 6. Filled-in Funnel Plots to Eliminate Publication Bias ............................................... 29
eFigure 7. Association Between Fluoride Exposure and IQ Scores in Children: Effect by Risk of
        Bias ............................................................................................................................... 30
eFigure 8. Funnel Plot by Risk-of-bias Evaluation .................................................................... 31
eFigure 9. Test for Publication Bias by Risk of Bias ................................................................. 31
eFigure 10. Trim-and-fill Analysis for High Risk-of-bias Studies ............................................. 32
eFigure 11. Filled-in Funnel Plots for High Risk-of-bias Studies .............................................. 32
eFigure 12. Association Between Fluoride Exposure and IQ Scores in Children: Effect by Sex .............. 33
eFigure 13. Association Between Fluoride Exposure and IQ Scores in Children: Effect by Age
        Group ............................................................................................................................ 34
eFigure 14. Association Between Fluoride Exposure and IQ Scores in Children: Effect by
        Country ......................................................................................................................... 35
eFigure 15. Association Between Fluoride Exposure and IQ Scores in Children: Effect by
        Assessment Type ........................................................................................................... 36
eFigure 16. Association Between Fluoride Exposure and IQ Scores in Children: Effect by
        Exposure Type ............................................................................................................... 37

NIEHS_000418

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

eFigure 17. Pooled Dose-Response Association Between Fluoride in Water and Standardized
          Mean Differences in Children's IQ ....................................................................... 45
eFigure 18. Pooled Dose-Response Association Between Fluoride in Urine and Standardized
          Mean Differences in Children's IQ ....................................................................... 46
eFigure 19. Association Between Individual-level Fluoride Exposure and IQ Scores in Children:
          Overall Analysis ................................................................................................... 50
eFigure 20. Funnel Plot for Studies with Individual-level Exposures ...................................... 50
eFigure 21. Test for Publication Bias for Studies with Individual-level Exposures ................... 51
eFigure 22. Association Between Individual-level Fluoride Exposure and IQ Scores in Children:
          Effect by Risk of Bias ........................................................................................... 52
eFigure 23. Association Between Individual-level Fluoride Exposure and IQ Scores in Children:
          Effect by Exposure Type ....................................................................................... 53
eFigure 24. Association Between Individual-level Fluoride Exposure and IQ Scores in Children:
          Effect by Country ................................................................................................. 54
eFigure 25. Association Between Individual-level Fluoride Exposure and IQ Scores in Children:
          Effect by Assessment Type .................................................................................. 55
eFigure 26. Association Between Individual-level Fluoride Exposure and IQ Scores in Children:
          Effect by Sex ........................................................................................................ 55
eFigure 27. Association Between Individual-level Fluoride Exposure and IQ Scores in Children:
          Effect by Prenatal vs. Postnatal Exposure .......................................................... 56

NIEHS_000419

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material        NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

## Additional Detail on Methods

### *Systematic Literature Review*

Literature searches were conducted in the following databases: BIOSIS, EMBASE, PsychINFO, PubMed, Scopus, Web of Science, CNKI, and Wanfang. Search strategies tailored for each database are available in the protocol (https://ntp.niehs.nih.gov/785076). The last search was performed on May 1, 2020. The identification of studies for the meta-analysis was part of a larger systematic review.[1]

### *Study Selection*

In order to be eligible for inclusion in the systematic literature review, individual study publications (referred to in this paper as "studies") had to satisfy eligibility criteria outlined in the protocol (i.e., address PECO statement in Table 1 and specific exclusion criteria in Table 2, https://ntp.niehs.nih.gov/go/785076).

> **Commented [I1]:** See Doc02_Meta-analysis, 2.E., page 2

The following exclusions were made:

(1) Case studies and case reports.

(2) Articles without original data (e.g., reviews, editorials, commentaries). Reference lists from these materials, however, were reviewed to identify potentially relevant studies not identified from the database searches. New studies identified were assessed for eligibility for inclusion.

(3) Conference abstracts or reports and dissertations.

References retrieved from the literature search were independently screened by two trained screeners at the title and abstract level to determine whether a reference met the evidence selection criteria. Studies that were not excluded during the title and abstract screening were further screened for inclusion with a full-text review by two independent reviewers. Translation assistance was obtained to assess the relevance of non-English studies. Following full-text review, the remaining studies were "included" and used for the evaluation.

Results of the study identification process are provided in eFigure 1.

### *Statistical Analysis*

### Mean-effects meta-analysis

A sensitivity analysis was performed to evaluate the impact of using any exposed group compared to the reference group. This was accomplished by using the approach outlined in the Cochrane Handbook for Systematic Reviews[2] which combines the data from all available exposure groups (n, mean, and standard deviation [SD]). Subgroup analyses were stratified by risk of bias (high or low), outcome assessment, exposure matrix (e.g., urine or water), pre- or post-natal exposures, outcome, gender, and age group. If results were not reported by gender or age-specific subgroups (<10, $\geq$10 years), they were calculated (if possible) by combining smaller subgroups. If SDs were not reported, but mean effects, sample sizes (n values), and p-values for differences between groups were available, SDs were calculated using the SE and t-statistic (assuming equal variances). To avoid sample overrepresentation, if the same cohort was followed at multiple timepoints resulting in multiple study publications (e.g., Yu et al.[3] and Wang et al.[4]), only the study publication that included the largest number of participants was included in the meta-analysis (see eTable 1 for list of excluded studies and rationales). For studies with overlapping populations (i.e., multiple study publications that used the same cohort), results from one study publication were selected considering the following factors: most appropriate exposure metric, exposure

Page 3

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

range, exposure period, number of subjects, and statistical adjustment for potential confounders (see
eTable 2 for study-specific effect estimates used in the meta-analysis).

**Dose-response meta-analysis**

To determine whether the data support an exposure-response relationship, we conducted a *dose-response
mean-effects meta-analysis*. This analysis included studies from the *mean-effects meta-analysis* that
reported fluoride exposure levels; we excluded studies for which there was evidence that co-exposures to
arsenic or iodine might be differential (see eTable 2).

The *dose-response meta-analysis* was conducted using a one-step approach developed in the protocol
(https://ntp.niehs.nih.gov/go/78500.76).[5, 6] The approach uses linear mixed models to analyze all available
mean effect estimates for the reference group and one or more of the non-reference exposure groups. For
each study, the median or mean fluoride level for each exposure group was assigned to its corresponding
effect estimate. If median or mean levels by exposure group were not provided, the midpoint of the upper
and lower boundaries in every exposure category was assigned as the average level. If the upper boundary
for the highest exposure group was not reported, the boundary was assumed to have the same amplitude
as the nearest exposure category. For each study, the SMDs and corresponding SEs were used to compare
the differences in mean IQ between the exposed and reference groups. The corresponding SMD for the
reference group was set to zero for this analysis. The SMDs and corresponding variances were used to
estimate a pooled dose-response curve using a restricted maximum likelihood estimation method. To
examine a potential nonlinear relationship between exposure to fluoride and children's IQ levels,
quadratic terms and restricted cubic splines were created, and a potential departure from a linear trend
was assessed by testing the coefficient of the quadratic term and a second spline equal to zero. Models
were compared and the best model fit was determined based on the maximum likelihood Akaike
information criterion (AIC).[7] The AIC is a goodness-of-fit measure that adjusts for the number of
parameters in the model, and lower AIC values indicate better fitting models. Models using a pooled
dose-response curve using a restricted maximum likelihood estimation method and a maximum likelihood
method were also reported (eTable4 and eTable 5, respectively).

> **Commented [I2]:** See Doc06a_Meta-analysis, 6a.D., page 6 and 7

To examine whether there were effects at lower levels of exposure, we conducted sub-group analyses for
both drinking water and urinary fluoride measures. Analyses were restricted to <4 mg/L, the EPA's
current enforceable drinking water standard for fluoride; <2 mg/L, the EPA's non-enforceable secondary
standard for fluoride in drinking water;[8] and <1.5 mg/L, the WHO's guideline for fluoride in drinking
water.[9]

**Results**

*Study Sample*

Results of the study identification process are provided in eFigure 1. Characteristics of the 55 studies that
compared mean IQ scores between groups of children with different levels of fluoride exposure are
shown in Table 1 of the main publication (see eTable 1 for list of excluded publications). Study-specific
effect estimates used in the meta-analyses are presented in eTable 2. One study per country was
conducted in New Zealand, Mexico, Pakistan, and Canada; 4 studies were conducted in Iran, 8 studies
were conducted in India, and the remaining 39 studies were performed in China (see Table 1 of the main
publication). Nine study populations were exposed to fluoride from coal burning[10] [translated in Guo et al. 2008a], 12
[translated in Li et al. 2008b], 14-16, 17-19; otherwise, it is assumed that study populations were exposed to fluoride
primarily through drinking water. Measures of fluoride exposure included water fluoride (n = 32 studies),
dental fluorosis (n = 7), and other non-drinking water sources of exposure to fluoride (e.g., fluoride
exposure from coal burning [n = 16]). Fourteen studies presented results for boys and 13 studies reported
results for girls; children < 10 years old and children ≥ 10 years old were examined in 13 and 16 studies,
respectively (Table 2). The Combined Raven's Test for Rural China (CRT-RC) was used to measure

NIEHS_000421

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

children's IQ in 29 studies. Other measures of IQ included the Wechsler intelligence tests,[20 [translated in Ren et al. 2008], 22 [translated in Wang et al. 2008b], 24, 25] Binet IQ test[10 [translated in Guo et al. 2008a], 26], Raven's Standard Progressive Matrices test,[27-36] Raymond B Cattell test,[37] Japan IQ test,[38, 39] Index of Mental Capacity,[12 [translated in Li et al. 2008b]] and other tests using a doctor-prepared questionnaire.[40, 41] There were 10 low risk-of-bias studies and 45 high risk-of-bias studies (https://hawcproject.org/summary/visual/assessment/405/Figure-X-Meta-analysis-RoB/).

NIEHS_000422

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                                         NOT FOR ATTRIBUTION
Internal Deliberative – Confidential



**eFigure 1. Prisma Flow Diagram of Study Inclusion**

NIEHS_000423

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

*This information was part of a larger systematic review effort resulting in many studies in the search strategy and PRISMA that were not considered for meta-analysis.

**Studies may have been excluded for more than one reason. The first one identified by the screener was recorded.

*** For the purpose of this PRISMA figure, the Children's IQ count includes three publications[42-44] based on subsamples (i.e., 50–60 children) of a larger Yu et al.[3] cohort. These three publications are not included in the meta-analysis and are not displayed in Figure 1 in the main publication.

NIEHS_000424

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material        NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**eTable 1.** List of Excluded Studies from Mean-effects Meta-analysis

> **Commented [I3]:** See Doc05_Meta-analysis, 5.E. (pages 6 and 7), 5.G. (page 8), and 5.M. (page 11)

| Reference, Country | Reason for Exclusion |
|---|---|
| Qin et al. (1990)[45] [translated in Qin et al. 2008], China | Missing mean or SD of outcome measure |
| Yang et al. (1994)[47] [translated in Yang et al. 2008], China | Overlapping population with Wang et al. (2001)[49]; Table 2 in Yang et al. (1994)[47] seemed incomplete |
| Wang et al. (2005b)[50] [translated in Wang et al. 2008a], China | Missing mean or SD of outcome measure |
| Rocha-Amador et al. (2007)[52], Mexico | Missing mean or SD of outcome measure |
| Liu et al. (2000)[53] [translated in Liu et al. 2008] , China | Overlapping population with Lu et al. (2000)[55] |
| Sudhir et al. (2009)[56], India | Missing mean or SD of outcome measure |
| He and Zhang (2010)[57], China | Missing mean or SD of outcome measure |
| Xiang et al. (2011)[58], China | Overlapping population with Xiang et al. (2003a)[59] |
| Saxena et al. (2012)[60], India | Missing mean or SD of outcome measure |
| Wang et al. (2012)[61], China | Overlapping population with Xiang et al. (2003a)[59] |
| Nagarajappa et al. (2013)[62], India | Seguin Foam Board test; due to the test measuring eye-hand coordination and cognitive-perceptual abilities |
| Pratap et al.(2013)[63], India | Missing mean or SD of outcome measure |
| Asawa et al. (2014)[64], India | Seguin Foam Board test; due to the test measuring eye-hand coordination and cognitive-perceptual abilities |
| Wei et al. (2014)[65], China | Missing mean or SD of outcome measure |
| Choi et al. (2015)[66], China | Cognitive functions other than IQ |
| Kundu et al. (2015)[67], India | Unusual IQ scores based on Raven's Standardized Progressive Matrices Test; used only for sensitivity analysis for the *mean-effects meta-analysis* |
| Aravind et al. (2016)[68], India | Unusually low IQ scores Raven's Standardized Progressive Matrices Test; used only for sensitivity analysis for the *mean-effects meta-analysis* |
| Jin et al.(2016)[69], China | Cognitive functions other than IQ; potential overlap with Zhang et al. (2015c)[70] |
| Kumar et al. (2016)[71], India | Seguin Foam Board test; due to the test measuring eye-hand coordination and cognitive-perceptual abilities |
| Jin et al.(2017)[72], China | Overlap with Jin et al. (2016)[69]; unusual IQ scores reported as percentiles |
| Razdan et al. (2017)[73], India | Unusually low IQ scores based on Raven's Standardized Progressive Matrices Test; used only for sensitivity analysis for the *mean-effects meta-analysis* |
| Valdez Jiménez et al. (2017)[74], Mexico | Bayley tests; used only for sensitivity analysis for the *regression slopes meta-analysis* |
| Wang et al. (2017)[75], China | Overlapping population with Xiang et al. (2003a)[59] |

Page 8

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material       NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference, Country | Reason for Exclusion |
|---|---|
| Cui et al. (2018)[76], China | Missing mean or SD of outcome measure; used in *regression slopes meta-analysis* |
| Luo et al. (2018)[77], China | Overlapping population with Lou et al. (2021)[19] |
| Naik et al. (2018)[78], India | Missing sample sizes by exposure groups. Missing mean and SD for IQ scores |
| Sharma et al.(2018)[79], India | Missing mean and SD for IQ scores |
| Soto-Barreras et al. (2019)[80], Mexico | Missing mean or SD of outcome measure |
| Zhao et al. (2019)[43], China | Overlapping population with Yu et al. (2018)[3], but smaller sample size |
| Zhou et al. (2019)[44], China | Overlapping population with Yu et al. (2018)[3], but smaller sample size |
| Till et al.(2020)[81], Canada | Missing mean or SD of outcome measure; used in *regression slopes meta-analysis* |
| Wang et al. (2020b)[4], China | Missing mean or SD of outcome measure; used in sensitivity analysis for the *regression slopes meta-analysis* |
| Zhao et al. (2020)[42], China | Overlapping population with Yu et al. (2018)[3], but smaller sample size |
| Aggeborn and Öhman (2021)[82], Sweden | Cognitive functions other than IQ; cognitive test not specified |
| Cantoral et al. (2021)[83], Mexico | Bayley tests; used only for sensitivity analysis for the *regression slopes meta-analysis* |
| Farmus et al. (2021)[84], Canada | Same data as Till et al.(2020)[81] |
| Guo et al. (2021)[85], China | Overlapping population with Zhao et al. (2018),[86] but smaller sample size; excluded from overall *mean-effects meta-analysis* but used in mean-effects subgroup meta-analysis by age group |
| Ibarluzea et al. (2021)[87], Spain | Bayley and McCarthy tests; used only for sensitivity analysis for the *mean-effects meta-analysis*, *dose-response meta-analysis*, and *regression slopes meta-analysis* |
| Wang et al. (2021b)[88], China | Overlapping population with Wang et al. (2021)[89]; cognitive functions other than IQ |
| Yu et al. (2021)[90], China | Overlapping population with Yu et al. (2018)[3], but smaller sample size |
| Zhao et al. (2021)[91], China | Missing mean or SD of outcome measure; used in *regression slopes meta-analysis* |
| Zhou et al. (2021)[92], China | Overlapping population with Yu et al. (2018)[3], but smaller sample size |

NIEHS_000426

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                                                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**eTable 2. Study Characteristics and Study-specific Effect Estimates Included in the Meta-analyses and Sensitivity Analyses**

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Ren et al. (1989)[20] [translated in Ren et al. 2008][mc, o] *Cross-sectional* | China | 8–14 | No fluoride measurement Low iodine village/high fluoride and low iodine village | Not specified | 169, 85.00 (22.30) 160, 64.80 (20.40) | | | Subjects, Methods, Results section |
| Chen et al. (1991)[93] [translated in Chen et al. 2008][mc, w] *Cross-sectional* | China | 7–14 | Drinking water Nonendemic/endemic fluorosis village | 0.89 mg/L (nonendemic) 4.55 mg/L (endemic) | 320, 104.03 (14.96) 320, 100.24 (14.52) | 320, 104.03 (14.96) 320, 100.24 (14.52) | | Results section, Table 1 |
| Guo et al. (1991)[10] [translated in Guo et al. 2008a][mc, o] *Cross-sectional* | China | 7–13 | Serum Reference area using wood/coal burning-related fluoride endemic area | 0.1044 ± 0.0652 mg/L (reference) 0.1483 ± 0.0473 mg/L (endemic) | 61, 81.39 (10.26) 60, 76.71 (10.85) | | | Calculated by ICF |
| Lin et al. (1991)[95][mc, o] *Cross-sectional* | China | 7–14 | Urine, drinking water Reference area with iodine supplementation/high fluoride and low iodine village | Urine: 1.6 mg/L (reference area with iodine supplementation) 2.56 mg/L (high fluoride, low iodine village) Water: 0.34 mg/L (low iodine village) 0.88 mg/L (high fluoride, low iodine village) | 256, 78.00 (40.07) 250, 71.00 (40.07) | | | Calculated by ICF |
| Sun et al. (1991)[38][mc, o] *Cross-sectional* | China | 6.5–12 | No fluoride measurement Nonendemic area/endemic (aluminum-fluoride endemic toxicosis) | Fluorosis: 98.36% (endemic) | 224, 82.68 (10.91) 196, 72.35 (11.36) | | | Calculated by ICF |
| An et al. (1992)[24][mc, o] *Cross-sectional* | China | 7–16 | Drinking water Nonhigh/high fluoride area | 0.6–1.0 mg/L (nonhigh) 2.1–3.2 mg/L (secondary high) 5.2–7.6 mg/L (high) 2.1–7.6 mg/L (combined high) | 121, 84.00 (12.10) 121, 75.90 (13.60) | 121, 84.00 (12.10) 56, 76.10 (13.90) 65, 75.60 (13.30) | | Table 1, Table 2 |

NIEHS_000427

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                                              NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] _Study Design_ | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Li et al. (1994)[12] [translated in Li et al. 2008b][me, o] _Cross-sectional_ | China | 12–13 | Grain (cooked by burning high-fluoride coal) Reference group (no dental fluorosis)/high fluoride group I (no dental fluorosis)/high fluoride group II (dental fluorosis present)/high fluoride group III (dental fluorosis present) | 0.5 mg/kg (reference group) 4.7 mg/kg (group I) 5.2 mg/kg (group II) 31.6 mg/kg (group III) | 49, 267.20 (39.50) 36, 240.00 (30.80) | | | Table 1 |
| Xu et al. (1994)[26me, w] _Cross-sectional_ | China | 8–14 | Drinking water Reference region/low- and high-fluoride regions[b] | 0.8 mg/L (reference region) 0.38 mg/L (low fluoride) 1.8 mg/L (high fluoride) | 32, 83.83 (9.10) 97, 79.25 (2.25) | 32, 83.83 (9.10) 21, 80.21 (8.27) 97, 79.25 (2.25) | | Chart 1 |
| Li et al. (1995)[14me, o, u] _Cross-sectional_ | China | 8–13 | Urine, dental fluorosis index (DFI) Nonfluorosis/fluorosis area due to soot from coal burning | 1.02 mg/L; DFI: <0.4 (nonfluorosis) 1.81 mg/L; DFI: 0.8 (slight fluorosis) 2.01 mg/L; DFI: 2.5 (medium fluorosis) 2.69 mg/L; DFI: 3.2 (severe fluorosis) | 226, 89.90 (10.40) 230, 80.30 (12.90) | 226, 89.90 (10.40) 227, 89.70 (12.70) 224, 79.70 (12.70) 230, 80.30 (12.90) | | Table 2 |
| Wang et al. (1996)[22] [translated in Wang et al. 2008b][me, o, w] _Cross-sectional_ | China | 4–7 | Drinking water (well) Low/high fluoride regions Fluoride exposure from drinking water, contaminated food, and coal burning | 0.58–1.0 mg/L (low) >1.0–8.6 mg/L (high) | 83, 101.23 (15.84) 147, 95.64 (14.34) | 83, 101.23 (15.84) 147, 95.64 (14.34) | | Table 1 |
| Yao et al. (1996)[29me, w] _Cross-sectional_ | China | 8–12 | Drinking water Nonendemic/endemic fluorosis areas | 1 mg/L (nonendemic) 2 mg/L (slightly endemic) 11 mg/L (severely endemic) | 270, 98.46 (13.21) 78, 92.53 (12.34) | 270, 98.46 (13.21) 188, 94.89 (11.15) 78, 92.53 (12.34) | | Table 2 |
| Zhao et al. (1996)[96me, w] _Cross-sectional_ | China | 7–14 | Drinking water Low fluoride village (Xinghua)/high fluoride village (Sima) | 0.91 mg/L (low) 4.12 mg/L (high) | 160, 105.21 (14.99) 160, 97.69 (13.00) | 160, 105.21 (14.99) 160, 97.69 (13.00) | | Table 1 |

Page 11

NIEHS_000428

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Yao (1997)[27me, w*] *Cross-sectional* | China | 7–12 | Drinking water Nonfluorosis/fluorosis area with water improvements/fluorosis area without water improvements | 0.4 mg/L (nonfluorosis area) 0.33 mg/L (fluorosis area with water improvement) 2 mg/L (fluorosis area without water improvement) | 314, 99.98 (12.21) 183, 94.89 (11.15) | 314, 99.98 (12.21) 326, 97.83 (11.27) 183, 94.89 (11.15) | | Section 2.1 Intelligence Tests, page 2 |
| Zhang et al. (1998)[39me, o] *Cross-sectional* | China | 4–10 | Drinking water Reference/high fluoride group (all observation groups included arsenic exposure) | 0.58 L (reference) 0.8 mg/L (high fluoride) | 52, 87.69 (11.04) 51, 85.62 (13.23) | | | Table 1 |
| Lu et al. (2000)[55me, w, u] *Cross-sectional* | China | 10–12 | Urine, drinking water Low/high fluoride area | Urine: 1.43 ± 0.64 mg/L (low) 4.99 ± 2.57 mg/L (high) Water: 0.37 ± 0.04 mg/L (low) 3.15 ± 0.61 mg/L (high) | 58, 103.05 (13.86) 60, 92.27 (20.45) | 58, 103.05 (13.86) 60, 92.27 (20.45) | | Table 1 |
| Hong et al. (2001)[97] [translated in Hong et al. 2008][me, w] *Cross-sectional* | China | 8–14 | Drinking water Reference/high fluoride[b] | 0.75 mg/L (reference) 2.90 mg/L (high fluoride) | 32, 82.79 (8.98) 85, 80.58 (2.28) | 32, 82.79 (8.98) 85, 80.58 (2.28) | | Table 2 |
| Hong et al. (2001b)[99me, o] *Cross-sectional* | China | 8–14 | Urine, drinking water Nonendemic/endemic fluorosis areas (high fluoride, high iodine) | Urine: 0.796 ± 0.53 mg/L (nonendemic) 2.09 ± 1.03 mg/L (endemic) Water: 0.48 mg/L (nonendemic) 2.81 mg/L (endemic) | 30, 80.66 (11.93) 31, 75.89 (7.74) | | | Table 3, Table 4 |
| Wang et al. (2001)[49,me, o] *Cross-sectional* | China | 8–12 | Urine, drinking water Reference point (low fluoride, low iodine)/investigative point (high fluoride, high iodine) | Urine: 0.82 mg/L (low fluoride, low iodine) 3.08 mg/L (high fluoride, high iodine) Water: 0.5 mg/L (low fluoride, low iodine) 2.97 mg/L (high fluoride, high iodine) | 30, 81.67 (11.97) 30, 76.67 (7.75) | | | Table 2 |

NIEHS_000429

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Referenceª _Study Design_ | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Li et al. (2003)[100] [translated in Li et al. 2008c][me] _Cross-sectional_ | China | 6–13 | No fluoride measurement Reference/endemic fluorosis areas | Not specified | 236, 93.78 (14.30) 720, 92.07 (17.12) | | | Table 1 |
| Xiang et al. (2003a)[59,me, w*, u] _Cross-sectional_ | China | 8–13 | Urine, drinking water Nonendemic/endemic fluorosis areas | Urine: 1.11 ± 0.39 mg/L (reference) 3.47 ± 1.95 mg/L (high fluoride) Water: 0.36 ± 0.15 mg/L (nonendemic) 0.75 ± 0.14 mg/L (endemic fluorosis area group A) 1.53 ± 0.27 mg/L (endemic fluorosis area group B) 2.46 ± 0.3 mg/L (endemic fluorosis area group C) 3.28 ± 0.25 mg/L (endemic fluorosis area group D) 4.16 ± 0.22 mg/L (endemic fluorosis area group E) 2.47 ± 0.79 mg/L (high fluoride) | 290, 100.41 (13.21) 222, 92.02 (13.00) | 290, 100.41 (13.21) 9, 99.56 (14.13) 42, 95.21 (12.22) 111, 92.19 (12.98) 52, 89.88 (11.98) 8, 78.38 (12.68) | | Table 6, Table 8 |
| Wang et al. (2005)[102,me, w, u] _Cross-sectional_ | China | 8–12 | Urine, drinking water Reference/high fluoride group | Urine: 1.51 mg/L(reference) 5.09 mg/L (high fluoride group) Water: 0.48 mg/L (reference) 8.31 mg/L (high fluoride group) | 196, 112.36 (14.87) 253, 107.83 (15.45) | 196, 112.36 (14.87) 253, 107.83 (15.45) | | Table 1 |
| Seraj et al. (2006)[29,me, w] _Cross-sectional_ | Iran | 7–11 | Drinking water Low/high fluoride area | 0.4 ppm (low) 2.5 ppm (high) | 85, 98.90 (12.90) 41, 87.90 (11.00) | 85, 98.90 (12.90) 41, 87.90 (11.00) | | Methodology, Findings section (Text under Table 2) |
| Wang et al. (2006)[103,me, w, u] _Cross-sectional_ | China | 8–12 | Urine, drinking water Reference/high (area severely affected by fluorosis) | Urine: 1.51 ± 1.66 mg/L (reference) 5.50 ± 2.40 mg/L (high) Water: 0.73 ± 0.28 mg/L (reference) 5.54 ± 3.88 mg/L (high) | 166, 111.55 (15.19) 202, 107.46 (15.38) | 166, 111.55 (15.19) 202, 107.46 (15.38) | | Table 2 |

Page 13

NIEHS_000430

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Fan et al. (2007)[104,eme, w, u] *Cross-sectional* | China | 7–14 | Urine, drinking water Low/high fluoride area | Urine: 1.78 ± 0.46 mg/L (low) 2.89 ± 1.97 mg/L (high) Water: 1.03 mg/L (low) 3.15 mg/L (high) | 37, 98.41 (14.75) 42, 96.11 (12.00) | 37, 98.41 (14.75) 42, 96.11 (12.00) | | Table 1 |
| Trivedi et al. (2007)[41,me, w, u] *Cross-sectional* | India | 12–13 | Urine, drinking water Low/high fluoride area | Urine: 2.30 ± 0.28 mg/L (low) 6.13 ± 0.67 mg/L (high) Water: 2.01 ± 0.009 mg/L (low) 5.55 ± 0.41 mg/L (high) | 101, 104.44 (12.36) 89, 91.72 (10.66) | 101, 104.44 (12.36) 89, 91.72 (10.66) | | Table 2 |
| Wang et al. (2007)[105,eme, o, u, w] *Cross-sectional* | China | 8–12 | Urine, drinking water Low fluoride, low arsenic/high fluoride, low arsenic area | Urine: 1.5 ± 1.6 mg/L (low fluoride, low arsenic) 5.1 ± 2.0 mg/L (high fluoride, low arsenic) Water: 0.5 ± 0.2 mg/L (low fluoride, low arsenic) 8.3 ± 1.9 mg/L (high fluoride, low arsenic) | 196, 104.80 (14.70) 253, 100.50 (15.80) | 196, 104.80 (14.70) 253, 100.50 (15.80) | | Table 2, Table 3 |
| Li et al. (2009)[15,eme, o, u*] *Cross-sectional* | China | 8–12 | Urine Endemic fluorosis region caused by coal burning (reference/mild/medium /severe) Degree of dental fluorosis (normal/suspected/ very mild/mild/medium/ severe) | 0.962 ± 0.517 mg/L (reference) 1.235 ± 0.426 mg/L (mild) 1.670 ± 0.663 mg/L (medium) 2.336 ± 1.128 mg/L (severe) 0.867 ± 0.233 mg/L (normal) 1.094 ± 0.355 mg/L (suspected) 1.173 ± 0.480 mg/L (very mild) 1.637 ± 0.682 mg/L (mild) 2.005 ± 0.796 mg/L (medium) 2.662 ± 1.093 mg/L (severe) | 20, 102.70 (17.61) 20, 93.85 (18.11) | 20, 102.70 (17.61) 20, 97.30 (18.56) 20, 93.90 (17.60) 20, 93.85 (18.11) | | Table 1 |
| Li et al. (2010)[106,me] *Cross-sectional* | China | 7–10 | No fluoride measurement Nondental fluorosis children/dental fluorosis children | Not specified | 329, 97.36 (18.24) 347, 98.73 (21.07) | | | Table 3 |

Page 14

NIEHS_000431

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a]<br>*Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis<br>N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis<br>N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis<br>Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Ding et al. (2011)[107,me, u*, rs]<br>*Cross-sectional* | China | 7–14 | Dental fluorosis (normal/ questionable/very mild/mild/ moderate)<br>Urine<br>Mean urinary fluoride levels (10 groups) | 0.80 ± 0.55 mg/L (normal)<br>1.13 ± 0.73 mg/L (questionable)<br>1.11 ± 0.74 mg/L (very mild)<br>1.31 ± 0.78 mg/L (mild)<br>1.46 ± 0.79 mg/L (moderate)<br>0.26 mg/L (group 1)<br>0.45 mg/L (group 2)<br>0.56 mg/L (group 3)<br>0.66 mg/L (group 4)<br>0.75 mg/L (group 5)<br>0.89 mg/L (group 6)<br>1.08 mg/L (group 7)<br>1.33 mg/L (group 8)<br>1.74 mg/L (group 9)<br>2.96 mg/L (group 10)<br>Range: 0.10–3.55 mg/L | 136, 104.07 (12.30)<br>28, 103.54 (13.59) | 136, 104.07 (12.30)<br>54, 103.00 (16.10)<br>74, 102.11 (15.05)<br>39, 106.03 (12.33)<br>28, 103.54 (13.59) | −0.59 (−1.09, −0.08) per 1 mg/L urinary F | Table 2, Section 3 Results and discussion (under Fig. 2) |
| Eswar et al. (2011)[31,me, w]<br>*Cross-sectional* | India | 12–14 | Drinking water<br>Low/high fluoride villages | 0.29 mg/L (low)<br>2.45 mg/L (high) | 65, 88.80 (15.30)<br>68, 86.30 (12.80) | 65, 88.80 (15.30)<br>68, 86.30 (12.80) | | Table 1 |
| Kang et al. (2011)[108me, o]<br>*Cross-sectional* | China | 6–12 | Drinking water<br>Reference/high fluoride areas<br>(both areas high arsenic exposure) | 1.24 ± 0.74 mg/L (all children)<br><1.2 mg/L (reference)<br>≥1.2 mg/L (high fluoride) | 90, 96.8 (12.7)<br>178, 96.8 (16.3) | | | Table 1. Section 2.1 |
| Poureslami et al. (2011)[32,me, w]<br>*Cross-sectional* | Iran | 7–9 | Drinking water<br>Reference/endemic dental fluorosis city | 0.41 mg/L (reference)<br>2.38 mg/L (endemic) | 60, 97.80 (15.95)<br>59, 91.37 (16.63) | 60, 97.80 (15.95)<br>59, 91.37 (16.63) | | Table 3, Results section (under Table 3) |
| Shivaprakash et al. (2011)[33,me, w]<br>*Cross-sectional* | India | 7–11 | Drinking water<br>No fluorosis/fluorosis severity groups (mild/moderate/ severe)/all fluorosis | <0.5 ppm (no fluorosis)<br>2.5–3.5 ppm (mild)<br>2.5–3.5 ppm (moderate)<br>2.5–3.5 ppm (severe)<br>2.5–3.5 ppm (all) | 80, 76.36 (20.84)<br>80, 66.63 (18.09) | 80, 76.36 (20.84)<br>80, 66.63 (18.09) | | Table 1 |

Page 15

NIEHS_000432

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Seraj et al. (2012)[30,me,] *Cross-sectional* | Iran | 6–11 | Drinking water Normal/medium/high fluoride levels | 0.8 ± 0.3 mg/L (normal) 3.1 ± 0.9 mg/L (medium) 5.2 ± 1.1 mg/L (high) | 91, 97.77 (18.91) 96, 88.58 (16.01) | 91, 97.77 (18.91) 106, 89.03 (12.99) 96, 88.58 (16.01) | | Table 2 |
| Trivedi et al. (2012)[40,me, w, u] *Cross-sectional* | India | 12–13 | Urine, ground water Low/high fluoride area | Urine: 0.42 ± 0.23 mg/L (low) 2.69 ± 0.92 mg/L (high) Water: 0.84 ± 0.38 mg/L (low) 2.3 ± 0.87 mg/L (high) | 50, 97.17 (17.96) 34, 92.58 (18.25) | 50, 97.17 (17.96) 34, 92.58 (18.25) | | Table 3, Results section (above Table 3) |
| Wang et al. (2012b)[109me] *Cross-sectional* | China | Primary school age | No fluoride measurement Reference/high fluoride areas | Not specified | 455, 98.36 (14.56) 800, 92.21 (18.45) | | | Table 1 |
| Bai et al. (2014)[16,me, o] *Cross-sectional* | China | 8–12 | Urine Coal-burning-borne fluorosis areas (reference/lightly-affected/seriously-affected) | 0.54 mg/L (reference) 0.81 mg/L (lightly-affected area) 1.96 mg/L (seriously-affected area) | 164, 107.92 (13.62) 162, 101.22 (15.97) | | | Table 2 |
| Karimzade et al. (2014)[37,me, w] *Cross-sectional* | Iran | 9–12 | Drinking water Low/high fluoride area | 0.25 mg/L (low) 3.94 mg/L (high) | 20, 104.25 (20.75) 19, 81.21 (16.17) | 20, 104.25 (20.75) 19, 81.21 (16.17) | | Table 1 |

Page 16

NIEHS_000433

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] _Study Design_ | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Broadbent _et al._ (2015)[25,me, w*] _Prospective Cohort_ | New Zealand | 7–13 | Drinking water Area without community water fluoridation (low)/area with community water fluoridation (high) Fluoride tablet use (never/ever) Fluoride toothpaste use (never/sometimes/always) | Water: 0.0–0.3 mg/L (low) 0.7–1.0 mg/L (high) Tablet use: 0 mg (never used) 0.5 mg (ever used) Range not specified for fluoride toothpaste use (always/sometimes/never) | 99, 99.80 (14.50) 891, 100.00 (15.10) | 99, 99.80 (14.50) 891, 100.00 (15.10) | | Table 1 |
| Khan et al. (2015)[34,me] _Cross-sectional_ | India | 6–11 | Drinking water Low fluoride areas (Tiwariganj)/high fluoride areas (Unnao) Fluorosis grades (normal/very mild/mild/moderate/severe ) | 0.19 mg/L (Tiwariganj) 2.41 mg/L (Unnao) Ranges not specified by fluorosis grades | 241, 110.10 (9.00) 5, 62.40 (2.40) | | | Table/Fig-5 |
| Kundu et al. (2015)[67,sa] _Cross-sectional_ | India | 8–12 | Drinking water Low fluoride areas/high fluoride areas | Not specified | 100, 85.80 (18.85) 100, 76.20 (19.10) | | | Table 2 |
| Sebastian and Sunitha (2015)[55,me, w*] _Cross-sectional_ | India | 10–12 | Drinking water Low/normal/high fluoride villages | 0.40 mg/L (low) 1.2 mg/L (normal) 2.0 mg/L (high) | 135, 86.37 (13.58) 135, 80.49 (12.67) | 135, 86.37 (13.58) 135, 88.60 (14.01) 135, 80.49 (12.67) | | Table 1, Table 2 |
| Zhang et al. (2015b)[110,me, w*, u, rs] _Cross-sectional_ | China | 10–12 | Urine, drinking water, serum Reference/high fluoride areas | Urine: 1.10 ± 0.67 mg/L (reference) 2.40 ± 1.01 mg/L (high) Water: 0.63 (0.58–0.68) mg/L (reference) 1.40 (1.23–1.57) mg/L (high) Serum: 0.06 ± 0.03 (reference) 0.18 ± 0.11 serum (high) | 96, 109.42 (13.30) 84, 102.33 (13.46) | 96, 109.42 (13.30) 84, 102.33 (13.46) | −2.42 (−4.59, −0.24) per 1 mg/L urinary F | Table 1, Table 3 |

Page 17

NIEHS_000434

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis<br>N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis<br>N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis<br>Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Zhang et al. (2015e)[70me, o]<br>*Cross-sectional* | China | 7–13 | Urine<br>Coal-burning endemic fluorosis area<br>Reference (no dental fluorosis)/mild dental fluorosis/middle dental fluorosis/critically ill dental fluorosis | 0.83 ± 0.71 mg/L (reference)<br>1.54 ± 0.57 mg/L (mildly ill)<br>2.41 ± 0.76 mg/L (moderately ill)<br>3.32 ± 1.02 mg/L (critically ill) | 30, 110.34 (11.52) (reference)<br>30, 90.52 (10.37) (critically ill) | | | Table 1, Table 3 |
| Aravind et al. (2016)[68,sa]<br>*Cross-sectional* | India | 10–12 | Drinking water<br>Low/high fluoride levels | <1.2 ppm (low)<br>>2 ppm (high) | 96, 41.03 (16.36)<br>96, 31.59 (16.81) | | | Table 1 |
| Das and Mondal (2016)[111,me, u]<br>*Cross-sectional* | India | 6–18 | Urine, drinking water intake<br>Dental fluorosis (normal/questionable/very mild/ moderate/severe) | Urine: 2.91 ± 1.76 mg/L (normal)<br>2.50 ± 2.39 mg/L (questionable)<br>2.58 ± 1.31 mg/L (very mild)<br>2.95 ± 1.44 mg/L (mild)<br>4.82 ± 3.57 mg/L (moderate)<br>3.81 ± 2.51 mg/L (severe)<br>Water: 0.069 ± 0.021 mg/kg-d (normal)<br>0.064 ± 0.004 mg/kg-d (questionable)<br>0.060 ± 0.036 mg/kg-d (very mild)<br>0.060 ± 0.030 mg/kg-d (mild)<br>0.099 ± 0.063 mg/kg-d (moderate)<br>0.093 ± 0.040 mg/kg-d (severe) | 4, 108.30 (53.20)<br>23, 85.91 (37.68) | 4, 108.30 (53.20)<br>17, 103.18 (33.35)<br>27, 107.70 (27.92)<br>35, 92.83 (26.90)<br>43, 84.51 (35.16)<br>23, 85.91 (37.68) | | Table 3 |
| Mondal et al. (2016)[36,me, w]<br>*Cross-sectional* | India | 10–14 | Drinking water<br>Low/high fluoride areas | Not reported (low)<br>0.33–18.08 mg/L (high) | 22, 26.41(10.46)<br>18, 21.17 (6.77) | 22, 26.41 (10.46)<br>18, 21.17 (6.77) | | Table 9 |

Page 18

NIEHS_000435

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Bashash et al. (2017)[112,emc, u, rs] *Prospective Cohort* | Mexico | 6–12 | Maternal urine Reference/high fluoride levels (based on children urinary fluoride) | <0.80 mg/L (reference) ≥0.80 mg/L (high) | 77, 95.37 (10.31) 112, 96.80 (11.16) | 77, 95.37 (10.31) 112, 96.80 (11.16) | −2.50 (−4.12, −0.59) per 0.5 mg/L maternal urinary F | Abstract, Table 3 |
| Razdan et al. (2017)[73,uu] *Cross-sectional* | India | 12–14 | Drinking water Low/high fluoride levels | 0.6 ppm (low) 4.99 ppm (high) | 69, 38.61 (6.34) 75, 13.95 (5.14) | | | Table 2 |
| Valdez Jiménez et al. (2017)[74,uu] *Prospective Cohort* | Mexico | Infancy | Maternal urine, drinking water | Urine: 1.9 ± 1.0 mg/L (1st trimester) 2.0 ± 1.1 mg/L (2nd trimester) 2.7 ± 1.1 mg/L (3rd trimester) Water: 2.6 ± 1.1 mg/L (1st trimester) 3.1 ± 1.1 mg/L (2nd trimester) 3.7 ± 1.0 mg/L (3rd trimester) | | | Bayley MDI: −19.05 (8.9) per 1 log10 mg/L maternal urinary F (1st trimester) −19.34 (7.46) per 1 log10 mg/L maternal urinary F (2nd trimester) | Table 2, Table 4 |
| Cui et al. (2018)[76,rs] *Cross-sectional* | China | 7–12 | Urine | Boys: 1.3 (0.9–1.7)[d] mg/L Girls: 1.2 (0.9–1.6)[d] mg/L | | | −2.47 (−4.93, −0.01) per 1 log urinary F | Table 2 |
| Yu et al. (2018)[3,emc, w, u*, rs] *Cross-sectional* | China | 7–13 | Maternal urine Low/medium/high fluoride ranges Drinking water Normal/high fluoride | Urine: 0.01–1.60 mg/L (low) 1.60–2.50 mg/L (medium) 2.50–5.54 mg/L (high) Water: ≤1 mg/L (normal) >1 mg/L (high) Overall: 0.01–5.54 mg/L (urine) 0.20–3.90 mg/L (water) | 1636, 107.40 (13.00) 1250, 106.40 (12.30) | 1636, 107.40 (13.00) 1250, 106.40 (12.30) | 0.36 (−0.29, 1.01) per 0.5 mg/L maternal urinary F | Table 1, Table 3 |
| Zhao et al. (2018)[86mc, o] *Cross-sectional* | China | 7–12 | Urine Reference/exposed areas All areas with iodine exposure | ≤2.16 mg/L (reference) >2.16 mg/L (exposed) | 199, 114.52 (12.72) 100, 109.59 (14.24) | | | Table 4 |

Page 19

NIEHS_000436

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Green et al. (2019)[13,mc, w*, u*, rs] *Prospective Cohort* | Canada | 3–4 | Maternal urine, drinking water, maternal fluoride intake Nonfluoridated/ fluoridated area | Urine: 0.40 ± 0.27 mg/L (nonfluoridated) 0.69 ± 0.42 mg/L (fluoridated) Water: 0.13 ± 0.06 mg/L (nonfluoridated) 0.59 ± 0.08 mg/L (fluoridated) Intake: 0.30 ± 0.26 mg/day (nonfluoridated) 0.93 ± 0.43 mg/day (fluoridated) Overall: 0.51 ± 0.36 mg/L (urine) 0.54 ± 0.44 mg/day (intake) 0.31 ± 0.23 mg/L (water) | 238, 108.07 (13.31) 162, 108.21 (13.72) | 238, 108.07 (13.31) 162, 108.21 (13.72) | −1.95 (−5.19, 1.28) per 1 mg/L maternal urinary F −5.29 (−10.39, −0.19) per 1 mg/L water F −3.66 (−7.16, 0.15) per 1 mg maternal F intake | Table 2, text page 945, eTable 4 |
| Cui et al. (2020)[114,mc, u] *Cross-sectional* | China | 7–12 | Urine Low/medium/high fluoride levels | <1.6 mg/L (low) 1.6–2.5 mg/L (medium) >=2.5 mg/L (high) | 396, 112.16 (11.50) 36, 110.00 (14.92) | 396, 112.16 (11.50) 66, 112.05 (12.01) 36, 110.00 (14.92) | | Table 1 |

Page 20

NIEHS_000437

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Till et al. (2020)[81,rs] *Prospective Cohort* | Canada | 3−4 | Residence, maternal urine, drinking water, infant fluoride intake from formula Nonfluoridated areas/fluoridated | Urine: 0.38−0.42 mg/L (nonfluoridated) 0.64−0.70 mg/L (fluoridated) Water: 0.13 mg/L (nonfluoridated) 0.58 mg/L (fluoridated) Intake: 0.02−0.08 mg/day (nonfluoridated) 0.12−0.34 mg/day (fluoridated) | | | −2.69 (−7.38, 2.01) per 0.5 mg/day infant F intake (formula) | Table 2 |
| Wang et al. (2020b)[d,sa] *Cross-sectional* | China | 7−13 | Urine, drinking water | Urine: 0.01−5.54 mg/L Water: 0.20−3.90 mg/L | | | −1.214 (−1.987, −0.442) per 1 mg/L urinary F −1.037 (−2.040, −0.035) per 1 mg/L urinary F (males) −1.379 (−2.628, −0.129) per 1 mg/L urinary F (females); −1.587 (−2.607, −0.568) per 1 mg/L water F −1.422 (−2.792, −0.053) per 1 mg/L water F (males) −1.649 (−3.201, −0.097) per 1 mg/L water F (females) | Table 4 |
| Wang et al. (2020c)[18mc, o] *Cross-sectional* | China | 7−12 | Urine Coal-burning endemic fluorosis area Nonendemic/endemic fluorosis regions | 0.461 ± 0.210 mg/L (nonendemic) 0.689 ± 0.502 mg/L (endemic) | 100, 97 (20.3) 170, 82.5 (21.7) | | | Section 2.1, Table 2 |

NIEHS_000438

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                                          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Xu et al. (2020)[115] mc, u*, rs *Cross-sectional* | China | 7–13 | Urine Reference/high prenatal exposure only/high childhood exposure only/both prenatal and childhood exposure group | 0.82 ± 0.30 mg/L (reference) 0.98 ± 0.29 mg/L (high prenatal exposure only) 2.05 ± 0.58 mg/L (high childhood exposure only) 2.13 ± 0.59 mg/L (both prenatal and childhood exposure group) | 228, 123.92 (12.50) 141, 123.04 (11.24) | 228, 123.92 (12.50) 107, 119.76 (11.28) 157, 124.65 (10.88) 141, 123.04 (11.24) | −0.055 (−1.626, 1.517) per 1 mg/L urinary F  2.785 (−0.832, 6.403) per 1 mg/L urinary F (<1.7 mg/L) −4.965 (−9.198, −0.732) per 1 mg/L urinary F (≥1.7 mg/L)  4.054 (−3.169, 11.277) per 1 mg/L prenatal urinary F (<1.7 mg/L) −3.929 (−9.396, 1.538) per 1 mg/L prenatal urinary F (≥1.7 mg/L)  3.146 (−1.138, 7.430) per 1 mg/L postnatal urinary F (<1.7 mg/L) −6.595 (−13.323, 0.133) per 1 mg/L postnatal urinary F (≥1.7 mg/L) | Table 1, Table 3, author correspondence |
| Cantoral et al. (2021)[83a] *Prospective Cohort* | Mexico | 1–2 | Maternal fluoride intake | 1.12 ± 0.54 mg/day | | | Bayley III cognitive scores: −1.14 (−3.26, 0.99) per 0.5 mg/L maternal F intake 0.07 (−2.37, 2.51) per 0.5 mg/L maternal F intake (females) −3.50 (−6.58, −0.42) per 0.5 mg/L maternal F intake (males) | Table 3, Table 4 |

Page 22

NIEHS_000439

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Guo et al., (2021)[85me] *Cross-sectional* | China | 7–12 | Urine Reference/exposed areas (all areas with iodine exposure) | 1.16 mg/L (reference) 1.29 mg/L (iodine area 1) 2.01 mg/L (iodine area 2) | 7–9 years: 71, 116.71 (12.16) 35, 118.11 (12.8) 22, 113.95 (12.26) 10–12 years: 79, 109.86 (12.05) 48, 110.83 (10.58) 44, 105.39 (13.6) | | | Table 2, Table 3 |
| Ibarluzea et al. (2021)[87ua] *Prospective Cohort* | Spain | 1, 4 | Maternal urine Nonfluorinated/ fluoridated communities | Urine: 0.38 ± 0.27 mg/L (nonfluorinated) 0.70 ± 0.41 mg/L (fluoridated) Water: <0.1 mg/L (nonfluorinated) 0.81 ± 0.15 mg/L (fluoridated) | Bayley MDI scores: 153, 97.696 (14.91) 160, 100.395 (15.411) McCarthy GCI scores: 123, 98.666 (15.531) 124, 101.473 (15.423) | Bayley MDI scores: 153, 97.696 (14.91) 160, 100.395 (15.411) McCarthy GCI scores: 123, 98.666 (15.531) 124, 101.473 (15.423) | Bayley MDI scores: 4.67 (−1.78, 11.13) per 1 mg/L maternal urinary F 7.86 (−1.68, 17.40) per 1 mg/L maternal urinary F (males) 1.77 (−7.32, 10.87) per 1 mg/L maternal urinary F (females) McCarthy GCI scores: −2.16 (−8.56, 4.23) per 1 mg/L maternal urinary F −1.79 (−11.85, 8.27) per 1 mg/L maternal urinary F (males) −3.60 (−12.07, 4.86) per 1 mg/L maternal urinary F (females) | Section 2.2, author correspondence |
| Lou et al. (2021)[19me, o] *Cross-sectional* | China | 8–12 | Coal-burning endemic fluorosis area No fluoride measurement Nondental fluorosis children/dental fluorosis children | Not specified | 44, 96.64  (11.70) 55, 88.51 (12.77) | | | Table 4 |

NIEHS_000440

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material      NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Reference[a] *Study Design* | Study Location | Age Range (Years) | Assessment (Metric, Exposure Groups) | Fluoride Exposure Levels | Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Dose-response Mean-effects Meta-analysis N, Mean (SD) [Reference] [Exposed] | Regression Slopes Meta-analysis Slope (SE) or 95% CI per Unit Change Fluoride | Source |
|---|---|---|---|---|---|---|---|---|
| Saeed et al. (2021)[116me, o, rs] *Cross-sectional* | Pakistan | 5–16 | Urine, drinking water Reference/high fluoride areas Co-exposure with arsenic | Urine: 0.24 ± 0.15 mg/L (reference) 3.27 ± 2.60 mg/L (high fluoride) Water: 0.15 ± 0.13 mg/L (reference) 5.64 ± 3.52 mg/L (high fluoride) | 30, 100.93 (13.10) 118, 97.26 (15.39) | | −3.54 (0.50) per 1 mg/L urinary F | Table 1, Table 3 |
| Wang et al. (2021)[89me, w] *Cross-sectional* | China | 9–11 | Drinking water Reference/high fluoride areas | 1.0 ± 0.07 mg/L (reference) 2.8 ± 0.06 mg/L (high fluoride) | 303, 109.0 (14.4) 275, 102.1 (16.3) | 303, 109.0 (14.4) 275, 102.1 (16.3) | | Section 2.1, Table 2 |
| Zhao et al. (2021)[91rs] *Cross-sectional* | China | 6–11 | Urine Nonendemic/endemic fluorosis areas | 1.03 (0.72, 1.47) mg/L | | | −5.957 (−9.712, −2.202) per 1 log urinary F | Section 3.1, Table 3 |

**Notes**:

SD = standard deviation; SE = standard error; MDI = Mental Development Index; GCI = General Cognitive Index

[a]An "me" superscript indicates that the studies included in the *mean-effects meta-analysis*; an "o" superscript indicates a study included in "other" exposures mean-effects analysis (see Table 2 footnote in the main publication); a "w" superscript indicates studies included in the *mean-effects dose-response meta-analysis* using fluoride in water; a "u" superscript indicates studies included in the *mean-effects dose-response meta-analysis* using fluoride in urine; "*" indicates studies included in the *mean-effects dose-response meta-analysis* at levels < 1.5 mg/L; an "rs" superscript indicates studies included in the *regression slopes meta-analysis*.

[b]Additional exposure regions including iodine levels were not included in the analysis.

[c]Additional exposure regions including arsenic levels were not included in the analysis.

[d]Median (q1−q3).

Page 24

NIEHS_000441

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

(a) All Studies



(b) Low Risk-of-bias Studies



**eFigure 2. Results from Risk-of-bias Evaluations for Studies Included in the Meta-analyses and Sensitivity Analyses[a]**

Panel (a) presents risk-of-bias results for all studies. An interactive version of eFigure 2(a) is available here: https://hawcproject.org/summary/visual/assessment/405/eFigure-2-Meta-analysis-RoB/. Panel (b) presents risk-of-bias results for low risk-of-bias studies only. An interactive version of eFigure 2(b) is available here: https://hawcproject.org/summary/visual/assessment/405/eFigure-2b-Meta-analysis-RoB-low-RoB-studies/.

The following studies are included in the *mean-effects meta-analysis* and *mean-effects dose-response meta-analysis*: Bashash et al. (2017),[112] Cui et al. (2020),[114] Ding et al. (2011),[107] Green et al. (2019),[113] Seraj et al. (2012),[30] Trivedi et al. (2012),[40] Xiang et al. (2003a),[59] Xu et al. (2020),[115] Yu et al. (2018),[3] and Zhang et al.(2015b).[110]

The following studies are included in the *regression slopes meta-analysis*: Bashash et al. (2017),[112] Cui et al. (2018),[76] Ding et al. (2011),[107] Green et al. (2019),[113] Till et al. (2020),[81] Xu et al. (2020),[115] Yu et al. (2018),[3] Zhang et al.(2015b),[110] and Zhao et al. (2021).[91]

Four studies are only included in sensitivity analyses. All four of these studies are included in sensitivity analyses for the *regression slopes meta-analysis* and include Cantoral et al. (2021),[83] Ibarluzea et al. (2021),[87] Valdez Jiménez et al. (2017),[74] and Wang et al. (2020b).[4] Ibarluzea et al. (2021)[87] is also included in sensitivity analyses for the *mean-effects meta-analysis* and *mean-effects dose-response meta-analysis*.

NIEHS_000442

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*Mean-effects Meta-analysis*

in fluoridated *vs.* non-fluoridated areas in Canada,[113] or in New Zealand.[25] No other studies included in the main *mean-effects meta-analysis* made comparisons between fluoridated *vs.* non-fluoridated areas. In both studies, levels of fluoride in water were low, even in communities with fluoridated drinking water, likely limiting the power to detect an effect.

In Bashash et al.,[112] the SMD compares mean IQ scores in children with urinary fluoride levels below *vs.* above 0.80 mg/L in Mexico.[112] Unlike other studies in the *mean-effects meta-analysis* which compared mean IQ scores between fluoridated *vs.* non-fluoridated areas, or areas with high *vs.* low fluoride exposures (see eTable 2), the Bashash et al.[112] study was not designed to measure fluoride exposure by geographical area. However, since the mean IQ scores were provided in the manuscript for children with urinary fluoride levels below *vs.* above 0.80 mg/L, we included them in this analysis. It's worth noting that there was no significant difference when comparing MUF levels between the groups of children with urinary fluoride levels above or below 0.80 mg/L, however when children's IQs were regressed against MUF, a statistically significant inverse association was found.

**Commented [I5]:** See Doc06a_Meta-analysis, 6a.M., page 8 and 9

**Commented [I6]:** See Doc06b_Meta-analysis, 6b.C., page 2 and 3

**Meta-regression results**

The results of the meta-regression models indicate that year of publication and mean age of study children did not explain a large degree of heterogeneity as neither were significant predictors of the relationship between fluoride and children's intelligence, and the residual $I^2$ remained high (85% and 87%, respectively). Year of publication (SMD = 0.01, 95% CI: -0.01, 0.02) and mean age (SMD = -0.04, 95% CI: -0.13, 0.04) explained relatively little between-study variance (adjusted $R^2$ of 12% and 5%, respectively). When both year of publication and mean age were included in the model, there were no notable improvements to the amount of between-study variance explained (adjusted $R^2$ = 13%) or percent residual variation due to heterogeneity (residual $I^2$ = 85%).

Excluding the outlier study[34] resulted in a slightly lower heterogeneity for the overall effect estimate ($I^2$=84%) and for the India-specific effect estimate ($I^2$=69%). The meta-regression indicates that mean age is a significant predictor of the effect (SMD = -0.06, 95% CI: -0.12, -0.01, p-value = 0.025), explaining 9% of the between-study variance. Year of publication (SMD = 0.01, 95% CI: 0.001, 0.02, p-value=0.028) explained a larger degree of between-study variance ($R^2$ = 19%).

**Commented [I7]:** See Doc06b_Meta-analysis, 6b.G., page 7 and 8

**Commented [I8]:** See Doc08_Meta-analysis, 8.E., page 4 and 5

NIEHS_000443

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Mean-effects meta-analysis sensitivity analyses**

**eTable 3.** Sensitivity Analyses for Mean-effects Meta-analysis: Pooled SMDs and 95% CIs for Children's IQ Score and Exposures to Fluoride

| Analysis | Number of Studies | SMD (95% CI) | Heterogeneity | |
|---|---|---|---|---|
| | | | p-value | $I^2$ |
| Excluding Khan et al. (2015)[34] | | | | |
| | 54 | −0.43 (−0.51, −0.34) | <0.001 | 84% |
| Excluding Lin et al. (1991)[95] | | | | |
| | 54 | −0.47 (−0.56, −0.37) | <0.001 | 87% |
| Excluding Li et al. (1994)[12] [translated in Li et al. 2008b] | | | | |
| | 54 | −0.46 (−0.55, −0.36) | <0.001 | 87% |
| Excluding Trivedi et al. (2012)[40] | | | | |
| | 54 | −0.46 (−0.56, −0.37) | <0.001 | 87% |
| Low risk of bias studies, excluding Trivedi et al. (2012)[40] | | | | |
| | 9 | −0.22 (−0.40, −0.04) | <0.001 | 85% |
| Including Ibarluzea et al. (2021),[87] Bayley MDI score | | | | |
| | 56 | −0.45 (−0.54, −0.36) | <0.001 | 88% |
| Including Ibarluzea et al. (2021),[87] McCarthy GCI score | | | | |
| | 56 | −0.45 (−0.54, −0.36) | <0.001 | 87% |
| Including Aravind et al. (2016),[68] Kundu et al. (2015),[67] Razdan et al. (2017)[73] | | | | |
| | 58 | −0.52 (−0.62, −0.42) | <0.001 | 93% |
| Including Aravind et al. (2016),[68] Kundu et al. (2015),[67] Razdan et al. (2017)[73], Ibarluzea et al. (2021),[87] Bayley MDI score | | | | |
| | 59 | −0.51 (−0.61, −0.40) | <0.001 | 91% |
| Including Aravind et al. (2016),[68] Kundu et al. (2015),[67] Razdan et al. (2017)[73], Ibarluzea et al. (2021),[87] McCarthy GCI score | | | | |
| | 59 | −0.51 (−0.61, −0.40) | <0.001 | 91% |
| Any exposure group | | | | |
| | 55 | −0.44 (−0.54, −0.34) | <0.001 | 91% |

**Notes**:
CI = confidence interval; SMD = standardized weighted mean difference; MDI = Mental Development Index; GCI = General Cognitive Index.

Commented [I9]: See Doc05_Meta-analysis, 5.D., page 4 and 5

Page 27

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential



**eFigure 3. Funnel Plot of Included Studies**

This funnel plot shows individual studies included in the analysis according to random-effect standardized weighted mean difference (SMD) estimates (x-axis) and the standard error (SE) of each study-specific SMD (y-axis). The solid vertical line indicates the pooled SMD estimate for all studies combined and the dashed lines indicated pseudo 95% confidence limits around the pooled SMD estimate.

```
Regression-based Egger test for small-study effects
Random-effects model
Method: DerSimonian-Laird

H0: beta1 = 0; no small-study effects
             beta1 =    -3.20
     SE of beta1 =     0.576
               z =     -5.55
     Prob > |z| =     0.0000

Begg's test for small-study effects

Kendall's score =   -299.00
     SE of score =   137.750
               z =     -2.18
     Prob > |z| =     0.0305
```

**eFigure 4. Test for Publication Bias**

NIEHS_000445

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

```
Nonparametric trim-and-fill analysis of publication bias    Nonparametric trim-and-fill analysis of publication bias
Run estimator, imputing on the right                        Linear estimator, imputing on the left

Iteration                   Number of studies =   62        Iteration                   Number of studies =   67
  Model: Random-effects            observed =     55           Model: Random-effects            observed =     55
  Method: DerSimonian-Laird         imputed =      7           Method: DerSimonian-Laird         imputed =     12

Pooling                                                     Pooling
  Model: Random-effects                                       Model: Random-effects
  Method: DerSimonian-Laird                                   Method: DerSimonian-Laird

-------------------------------------------------------     -------------------------------------------------------
     Studies |    Cohen's d   [95% conf. interval]               Studies |    Cohen's d   [95% conf. interval]
-------------+-----------------------------------------     -------------+-----------------------------------------
    Observed |     -0.461    -0.554     -0.368                  Observed |     -0.461    -0.554     -0.368
 Observed + Imputed |  -0.357  -0.459   -0.255              Observed + Imputed |  -0.601  -0.713   -0.489
-------------------------------------------------------     -------------------------------------------------------
```

**eFigure 5. Trim-and-fill Analysis**
Left panel shows the random-effects pooled SMD after filling in to the right using a run estimator (the linear estimator to the right showed no change in pooled SMD); right panel shows random-effects pooled SMD after filling in to the left using a linear estimator (the run estimator to the left showed no change in pooled SMD).



**eFigure 6. Filled-in Funnel Plots to Eliminate Publication Bias**
Left panel shows the funnel plot filled in to the right using a run estimator (the linear estimator to the right showed no change in pooled SMD); right panel shows the funnel plot filled in to the left using a linear estimator (the run estimator to the left showed no change in pooled SMD).

NIEHS_000446

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Risk-of-bias Subgroup Analysis**



eFigure 7. **Association Between Fluoride Exposure and IQ Scores in Children: Effect by Risk of Bias**

Commented [EAM10]: See Doc06b_Meta-analysis, 6b.W., page 19 through 21.

NIEHS_000447

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential



**eFigure 8. Funnel Plot by Risk-of-bias Evaluation**

**Commented [EAM11]:** See Doc06b_Meta-analysis, 6b.W., page 19 through 21.

```
Regression-based Egger test for small-study effects
Random-effects model
Method: DerSimonian-Laird                    High RoB

H0: beta1 = 0; no small-study effects
           beta1 =      -3.41
    SE of beta1 =       0.618
              z =       -5.52
      Prob > |z| =     0.0000

. *meta bias if rob==1, begg rob==1
. meta bias if rob==2, egger random(dl) nometashow

Regression-based Egger test for small-study effects
Random-effects model
Method: DerSimonian-Laird                    Low RoB

H0: beta1 = 0; no small-study effects
           beta1 =      -0.17
    SE of beta1 =       1.835
              z =       -0.09
      Prob > |z| =     0.9275
```

**eFigure 9. Test for Publication Bias by Risk of Bias**

NIEHS_000448

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

```
Nonparametric trim-and-fill analysis of publication bias      Nonparametric trim-and-fill analysis of publication bias
Run estimator, imputing on the right                          Linear estimator, imputing on the left

Iteration                       Number of studies =   54      Iteration                       Number of studies =   54
  Model: Random-effects                observed =    45         Model: Random-effects                observed =    45
  Method: DerSimonian-Laird             imputed =     9         Method: DerSimonian-Laird             imputed =     9

Pooling                                                        Pooling
  Model: Random-effects                                          Model: Random-effects
  Method: DerSimonian-Laird                                      Method: DerSimonian-Laird

-------------------------------------------------------        -------------------------------------------------------
        Studies |    Cohen's d  [95% conf. interval]                  Studies |    Cohen's d  [95% conf. interval]
----------------+--------------------------------------        ----------------+--------------------------------------
       Observed |      -0.521     -0.625      -0.416                  Observed |      -0.521     -0.625      -0.416
Observed + Imputed |   -0.365     -0.484      -0.246        Observed + Imputed |   -0.646     -0.765      -0.526
-------------------------------------------------------        -------------------------------------------------------
```

**eFigure 10. Trim-and-fill Analysis for High Risk-of-bias Studies**

Filling in to the right using a linear estimator or to the left using a run estimator showed no change in the pooled SMD.



**eFigure 11. Filled-in Funnel Plots for High Risk-of-bias Studies**

Left panel shows the random-effects pooled SMD after filling in to the right using a run estimator (the linear estimator to the right showed no change in the pooled SMD); right panel shows random-effects pooled SMD after filling in to the left using a linear estimator (the run estimator to the left showed no change in the pooled SMD).

NIEHS_000449

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Sex Subgroup Analysis**



| Study | SMD 95% CI | Weight (%) |
|---|---|---|
| **Female** | | |
| Ren 1989 [translated in Ren 2008] | -0.56 [ -0.88, -0.24] | 4.09 |
| Chen 1991 [translated in Chen 2008] | -0.24 [ -0.46, -0.02] | 4.67 |
| Guo 1991 [translated in Guo 2008a] | -0.52 [ -1.04, -0.00] | 2.95 |
| Li 1995 | -0.93 [ -1.26, -0.60] | 4.03 |
| Zhao 1996 | -0.55 [ -0.86, -0.23] | 4.11 |
| Xiang 2003a | -0.90 [ -1.18, -0.63] | 4.37 |
| Seraj 2006 | -0.87 [ -1.45, -0.30] | 2.68 |
| Trivedi 2007 | -0.85 [ -1.33, -0.37] | 3.13 |
| Poureslami 2011 | -0.22 [ -0.72, 0.28] | 3.05 |
| Trivedi 2012 | -0.33 [ -1.03, 0.37] | 2.16 |
| Zhao 2018 | -0.64 [ -1.00, -0.29] | 3.88 |
| Green 2019 | 0.13 [ -0.15, 0.41] | 4.32 |
| Wang 2021 | -0.52 [ -0.77, -0.28] | 4.55 |
| Heterogeneity: $\tau^2 = 0.08$, $I^2 = 73.80\%$, $H^2 = 3.82$ | -0.53 [ -0.72, -0.34] | |
| Test of $\theta = 0$: $z = -5.50$, $p = 0.00$ | | |
| **Male** | | |
| Ren 1989 [translated in Ren 2008] | -0.95 [ -1.27, -0.64] | 4.12 |
| Chen 1991 [translated in Chen 2008] | -0.29 [ -0.51, -0.07] | 4.67 |
| Guo 1991 [translated in Guo 2008a] | -0.51 [ -1.02, -0.00] | 2.99 |
| Li 1995 | -0.75 [ -0.98, -0.51] | 4.59 |
| Zhao 1996 | -0.54 [ -0.86, -0.23] | 4.11 |
| Xiang 2003a | -0.45 [ -0.69, -0.21] | 4.57 |
| Seraj 2006 | -1.62 [ -2.21, -1.03] | 2.61 |
| Trivedi 2007 | -1.25 [ -1.64, -0.85] | 3.64 |
| Poureslami 2011 | -0.64 [ -1.17, -0.11] | 2.88 |
| Trivedi 2012 | -0.41 [ -0.99, 0.16] | 2.66 |
| Karimzade 2014 | -1.23 [ -1.92, -0.55] | 2.21 |
| Zhao 2018 | -0.14 [ -0.48, 0.19] | 4.00 |
| Green 2019 | -0.11 [ -0.39, 0.18] | 4.30 |
| Wang 2021 | -0.42 [ -0.65, -0.20] | 4.64 |
| Heterogeneity: $\tau^2 = 0.10$, $I^2 = 78.33\%$, $H^2 = 4.61$ | -0.62 [ -0.81, -0.42] | |
| Test of $\theta = 0$: $z = -6.26$, $p = 0.00$ | | |

**eFigure 12. Association Between Fluoride Exposure and IQ Scores in Children: Effect by Sex**

NIEHS_000450

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material        NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Age Group Subgroup Analysis**



| Study | SMD 95% CI | Weight (%) |
|---|---|---|
| **<10 years** | | |
| Chen 1991 [translated in Chen 2008] | -0.35 [ -0.60, -0.09] | 4.07 |
| Guo 1991 [translated in Guo 2008a] | -0.78 [ -1.43, -0.13] | 2.08 |
| Sun 1991 | -0.93 [ -1.24, -0.62] | 3.76 |
| An 1992 | -0.49 [ -0.87, -0.11] | 3.36 |
| Wang 1996 [translated in Wang 2008b] | -0.38 [ -0.65, -0.10] | 3.98 |
| Zhang 1998 | 0.20 [ -0.21, 0.61] | 3.17 |
| Xiang 2003a | -0.85 [ -1.28, -0.43] | 3.11 |
| Li 2010 | -0.07 [ -0.22, 0.08] | 4.59 |
| Poureslami 2011 | -0.39 [ -0.76, -0.03] | 3.46 |
| Green 2019 | 0.01 [ -0.19, 0.21] | 4.37 |
| Wang 2020c | -0.85 [ -1.22, -0.48] | 3.40 |
| Guo 2021 | -0.23 [ -0.71, 0.25] | 2.83 |
| Wang 2021 | -0.53 [ -0.85, -0.22] | 3.73 |
| Heterogeneity: $\tau^2 = 0.09$, $I^2 = 80.18\%$, $H^2 = 5.05$ | -0.41 [ -0.60, -0.22] | |
| Test of $\theta = 0$: z = -4.21, p = 0.00 | | |
| | | |
| **≥10 years** | | |
| Chen 1991 [translated in Chen 2008] | -0.23 [ -0.43, -0.03] | 4.38 |
| Guo 1991 [translated in Guo 2008a] | -0.34 [ -0.77, 0.10] | 3.05 |
| Sun 1991 | -1.01 [ -1.28, -0.73] | 3.98 |
| An 1992 | -0.66 [ -1.01, -0.31] | 3.53 |
| Li 1994 [translated in Li 2008b] | -0.75 [ -1.20, -0.31] | 3.01 |
| Zhang 1998 | -1.83 [ -3.23, -0.42] | 0.67 |
| Lu 2000 | -0.62 [ -0.98, -0.25] | 3.42 |
| Xiang 2003a | -0.55 [ -0.75, -0.34] | 4.36 |
| Trivedi 2007 | -1.10 [ -1.40, -0.79] | 3.79 |
| Eswar 2011 | -0.18 [ -0.52, 0.16] | 3.59 |
| Trivedi 2012 | -0.26 [ -0.69, 0.18] | 3.05 |
| Zhang 2015b | -0.53 [ -0.83, -0.23] | 3.83 |
| Mondal 2016 | -0.58 [ -1.22, 0.05] | 2.14 |
| Wang 2020c | -0.44 [ -0.80, -0.08] | 3.48 |
| Guo 2021 | -0.35 [ -0.73, 0.02] | 3.41 |
| Wang 2021 | -0.44 [ -0.64, -0.25] | 4.39 |
| Heterogeneity: $\tau^2 = 0.05$, $I^2 = 68.21\%$, $H^2 = 3.15$ | -0.55 [ -0.70, -0.40] | |
| Test of $\theta = 0$: z = -7.34, p = 0.00 | | |

**eFigure 13. Association Between Fluoride Exposure and IQ Scores in Children: Effect by Age Group**

Page 34

NIEHS_000451

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Country Subgroup Analysis**



**eFigure 14. Association Between Fluoride Exposure and IQ Scores in Children: Effect by Country**

NIEHS_000452

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Assessment Type Subgroup Analysis**



eFigure 15. Association Between Fluoride Exposure and IQ Scores in Children: Effect by Assessment Type

NIEHS_000453

Confidential – Subject to Protective Order

**Exposure Type Subgroup Analysis**



**eFigure 16. Association Between Fluoride Exposure and IQ Scores in Children: Effect by Exposure Type**

Exposure types include water, dental fluorosis, and other exposures (iodine, arsenic, aluminum, and fluoride from coal burning).

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

### Dose-Response Meta-analysis Using Mean Effect Estimates

When analyses were restricted to exposed groups with <4 mg/L (i.e., 0 to <4 mg/L) fluoride in drinking water (n = 21 publications [6 low and 15 high risk-of-bias studies]), there was a statistically significant inverse association between fluoride exposure and children's IQ (SMD: −0.22; 95% CI: −0.27, −0.17; p-value < 0.001) (eTable 4). When restricted to <2 mg/L (i.e., 0 to <2 mg/L) in drinking water (n = 7 publications [3 low and 4 high risk-of-bias studies]), the magnitude of the effect estimate did not substantially change (SMD: −0.15; 95% CI: −0.41, 0.12; p-value = 0.274). However, when restricted to exposed groups with <1.5 mg/L (i.e., 0 to <1.5 mg/L) in drinking water (n = 7 publications [3 low and 4 high risk-of-bias studies]), there was no longer an association between fluoride in drinking water and children's IQ (SMD: 0.05; 95% CI: −0.36, 0.45; p-value = 0.816). When analyses were further restricted to low risk-of-bias publications at <4 mg/L, <2 mg/L, and <1.5 mg/L, the associations remained in the same direction and were larger in magnitude compared to when data from both low and high risk-of-bias studies were combined (eTable 4 and eTable 5).

When analyses were restricted to exposed groups with <4 mg/L urinary fluoride (n = 13 publications [9 low and 4 high risk-of-bias studies]), there was a statistically significant inverse association between children's urinary fluoride exposure and IQ (SMD: −0.17; 95% CI: −0.30, −0.05; p-value = 0.005) (eTable 4). When restricted to <2 mg/L urinary fluoride (n = 7 publications [5 low and 2 high risk-of-bias studies]), there was an inverse association (SMD: −0.06; 95% CI: −0.14, 0.01; p-value = 0.094). When restricted to exposed groups with <1.5 mg/L urinary fluoride (n = 5 publications [4 low and 1 high risk-of-bias studies]), there was an inverse association (SMD: −0.09; 95% CI: −0.16, −0.01; p-value = 0.026). When analyses were further restricted to low risk-of-bias publications, the associations at <2 mg/L and <1.5 mg/L became smaller in magnitude and were statistically significant at <1.5 mg/L (p-value = 0.472 and p-value = 0.028, respectively) (eTable 4). Similar results were observed when the maximum likelihood estimation method was used (eTable 5).

**Commented [I12]:** See Doc06a_Meta-analysis, 6a.L., page 7 and 8

**Commented [I13]:** See Doc06a_Meta-analysis, 6a.L., page 7 and 8

**Commented [I14]:** See Doc06a_Meta-analysis, 6a.L., page 7 and 8

**Commented [I15]:** See Doc01_Meta-analysis, 1.P. (page 8) and Doc06b_Meta-analysis, 6b.EE. (page 24 and 25)

NIEHS_000455

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

**eTable 4.** Dose-Response Meta-analysis Using Mean Effects—Model Selection[a]

Commented [I16]: See Doc01_Meta-analysis, 1.K., Page 4 and 5

| Exposure Analysis | Parameters | Fluoride Exposure | | | |
|---|---|---|---|---|---|
| | | All data | <4 mg/L | <2 mg/L | <1.5 mg/L |
| **Water Fluoride – All Studies** | | | | | |
| No. Studies/No. Observations | | 29/39 | 21/27 | 7/9 | 7/7 |
| Number of Children | | 11,656 | 8,723 | 2,971 | 2,832 |
| Linear Model[b] | Beta (95% CI) | −0.15 (−0.20, −0.11) | −0.22 (−0.27, −0.17) | −0.15 (−0.41, 0.12) | 0.05 (−0.36, 0.45) |
| | p-value | p < 0.001 | p < 0.001 | p = 0.274 | p = 0.816 |
| | AIC | AIC = 53.8 | AIC = 16.1 | AIC = 11.8 | AIC = 8.2 |
| Quadratic Model[c] | Beta (95% CI); p-value | −0.27 (−0.34, −0.21); p < 0.001 | −0.12 (−0.35, 0.11); p = 0.318 | 0.79 (−0.01, 1.58); p = 0.052 | 0.30 (−0.53, 1.14); p = 0.477 |
| | Beta (95% CI); p-value | 0.02 (0.01, 0.03); p < 0.001 | −0.04 (−0.10, 0.03); p = 0.280 | −0.56 (−0.97, −0.16); p = 0.006 | −0.23 (−1.01, 0.55); p = 0.561 |
| | AIC | AIC = 48.8 | AIC = 21.2 | AIC = 12.5 | AIC = 11.3 |
| | p-value* | p* < 0.001 | p* = 0.012 | p* = 0.007 | p* = 0.04 |
| Restricted Cubic Splines Model[d] | Beta (95% CI); p-value | −0.29 (−0.39, −0.20); p < 0.001 | −0.14 (−0.34, 0.06); p = 0.162 | 1.15 (0.07, 2.22) p = 0.037 | 0.49 (−0.50, 1.47); p = 0.334 |
| | Beta (95% CI); p-value | 0.48 (0.18, 0.78); p = 0.002 | −0.23 (−0.66, 0.20); p = 0.295 | −1.20 (−2.03, −0.36); p = 0.005 | −0.69 (−2.40, 1.02); p = 0.428 |
| | AIC | AIC = 42.3 | AIC = 16.9 | AIC = 10.5 | AIC = 10.2 |
| | p-value* | p* < 0.001 | p* = 0.009 | p* = 0.010 | p* = 0.05 |
| **Water Fluoride – Low Risk-of-bias Studies** | | | | | |
| No. Studies/No. Observations | | 6/11 | 6/9 | 3/4 | 3/3 |
| Number of Children | | 4,355 | 4,251 | 921 | 879 |
| Linear model | Beta (95% CI) | −0.19 (−0.34, −0.05) | −0.22 (−0.36, −0.07) | −0.34 (−0.72, 0.03) | −0.32 (−0.91, 0.26) |
| | p-value | p = 0.009 | p = 0.003 | p = 0.070 | p = 0.276 |
| | AIC | AIC = 10.3 | AIC = 3.9 | AIC = 4.5 | AIC = 4.1 |

NIEHS_000456

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential

NOT FOR ATTRIBUTION

| Exposure Analysis | Parameters | Fluoride Exposure | | | |
|---|---|---|---|---|---|
| | | All data | <4 mg/L | <2 mg/L | <1.5 mg/L |
| **Urinary Fluoride – All Studies** | | | | | |
| No. Studies/No. Observations | | 18/32 | 13/26 | 7/11 | 5/8 |
| Number of Children | | 8,502 | 6,885 | 4,654 | 3,992 |
| Linear Model[b] | Beta (95% CI) | −0.16 (−0.24, −0.08) | −0.17 (−0.30, −0.05) | −0.06 (−0.14, 0.01) | −0.09 (−0.16, −0.01) |
| | p-value | p < 0.001 | p = 0.005 | p = 0.094 | p = 0.026 |
| | AIC | AIC = 73.8 | AIC = 68.0 | AIC = 1.2 | AIC= 2.8 |
| Quadratic Model[c] | Beta (95% CI); p-value | −0.10 (−0.31, 0.11); p = 0.360 | 0.07 (−0.23, 0.38); p = 0.645 | −0.22 (−0.65, 0.20); p = 0.303 | 0.65 (−1.46, 2.76); p = 0.548 |
| | Beta (95% CI); p-value | −0.01 (−0.05, 0.02); p = 0.496 | −0.07 (−0.16, 0.01); p = 0.071 | 0.08 (−0.13, 0.30); p = 0.456 | −0.66 (−2.11, 0.80); p = 0.379 |
| | AIC | AIC = 84.3 | AIC = 75.8 | AIC = 9.2 | AIC = 8.3 |
| | p-value* | p* = 0.14 | p* = 0.08 | p* = 0.42 | p* = 0.10 |
| Restricted Cubic Splines Model[d] | Beta (95% CI); p-value | −0.12 (−0.28, 0.04); p = 0.150 | −0.03 (−0.22, 0.16); p = 0.741 | −0.14 (−0.32, 0.04); p = 0.130 | −0.52 (−1.65, 0.62); p = 0.371 |
| | Beta (95% CI); p-value | −0.10 (−0.43, 0.23); p = 0.545 | −0.24 (−0.47, −0.002); p = 0.048 | 0.13 (−0.17, 0.43); p = 0.395 | 0.63 (−1.32, 2.59); p = 0.524 |
| | AIC | AIC = 79.6 | AIC = 73.3 | AIC = 8.5 | AIC = 6.7 |
| | p-value* | p* = 0.13 | p* = 0.07 | p* = 0.37 | p* = 0.07 |
| **Urinary Fluoride – Sensitivity analysis including Ibarluzea** et al. **(2021)[87] Bayley MDI scores** | | | | | |
| No. Studies/No. Observations | | 19/33 | 14/27 | 8/12 | 6/9 |
| Number of Children | | 8,815 | 7,445 | 4,967 | 4,305 |
| Linear model | Beta (95% CI) | −0.15 (−0.23, −0.07) | −0.15 (−0.28, −0.03) | −0.04 (−0.14, 0.05) | −0.08 (−0.15, −0.003) |
| | p-value | p < 0.001 | p = 0.015 | p = 0.371 | p = 0.043 |
| | AIC | AIC = 75.0 | AIC = 69.0 | AIC = 1.7 | AIC = 3.6 |
| **Urinary Fluoride – Sensitivity analysis including Ibarluzea** et al. **(2021)[87] McCarthy GCI scores** | | | | | |
| No. Studies/No. Observations | | 19/33 | 14/27 | 8/12 | 6/9 |
| Number of Children | | 8,749 | 7,445 | 4,901 | 4,239 |

Page 40

NIEHS_000457

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential                                NOT FOR ATTRIBUTION

| Exposure Analysis | Parameters | Fluoride Exposure | | | |
|---|---|---|---|---|---|
| | | **All data** | **<4 mg/L** | **<2 mg/L** | **<1.5 mg/L** |
| Linear model | Beta (95% CI) | −0.15 (−0.23, −0.07) | −0.16 (−0.28, −0.04) | −0.05 (−0.14, 0.04) | −0.08 (−0.16, −0.01) |
| | p-value | p < 0.001 | p = 0.011 | p = 0.259 | p = 0.036 |
| | AIC | AIC = 74.5 | AIC = 68.6 | AIC = 1.3 | AIC = 3.0 |
| **Urinary Fluoride – Low Risk-of-bias Studies** | | | | | |
| No. Studies/No. Observations | | 9/15 | 9/15 | 5/8 | 4/7 |
| Number of Children | | 5,713 | 5,713 | 4,141 | 3,952 |
| Linear model | Beta (95% CI) | −0.10 (−0.21, 0.01) | −0.10 (−0.21, −0.01) | −0.05 (−0.17, 0.08) | −0.08 (−0.16, −0.01) |
| | p-value | p = 0.082 | p = 0.082 | p = 0.472 | p = 0.028 |
| | AIC | AIC = 5.9 | AIC = 5.9 | AIC = 2.8 | AIC = 2.5 |

**Notes**:

AIC = Akaike information criterion; SMD = standardized mean difference; p = p-value for effect estimate; p* = p-value for likelihood ratio tests; MDI = Mental Development Index; GCI = General Cognitive Index

[a]Parameter estimates are changes in SMDs (beta [95% CI]) based on the restricted maximum likelihood models; model fit is represented by the maximum likelihood AIC.

[b]The estimates represent change in SMD for the linear model and AIC, respectively.

[c]The estimates represent change in SMD for the linear term, change in SMD for quadratic term, AIC, and p-values for likelihood ratio test versus linear model, respectively. Potential departure from a linear trend was assessed by testing the coefficient of the quadratic term equal to zero.

[d]The estimates represent change in SMD for the first spline term, change in SMD for the second spline term, AIC, and p-value for likelihood ratio test vs linear model, respectively. Potential departure from a linear trend was assessed by testing the coefficient of the second spline equal to zero.

NIEHS_000458

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material
Internal Deliberative – Confidential                                        NOT FOR ATTRIBUTION

**eTable 5.** Dose-response Meta-analysis Using Mean Effects: Maximum Likelihood Models[a]

Commented [I17]: See Doc01_Meta-analysis, 1.K., page 4 and 5

| Exposure Analysis | Parameters | Fluoride Exposure | | | |
|---|---|---|---|---|---|
| | | All data | <4 mg/L | <2 mg/L | <1.5 mg/L |
| **Water Fluoride – All Studies** | | | | | |
| No. Studies/No. Observations | | 29/39 | 21/27 | 7/9 | 7/7 |
| Number of Children | | 11,656 | 8,723 | 2,971 | 2,832 |
| Linear Model[b] | Beta (95% CI) p-value AIC | −0.15 (−0.20, −0.11) p < 0.001 AIC = 47.9 | −0.22 (−0.27, −0.17) p < 0.001 AIC = 10.5 | −0.15 (−0.39, 0.08) p = 0.202 AIC = 9.6 | 0.02 (−0.33, 0.36) p = 0.928 AIC = 6.7 |
| Quadratic Model[c] | Beta (95% CI); p-value Beta (95% CI); p-value AIC p-value* | −0.26 (−0.32, −0.20); p < 0.001 0.02 (0.01, 0.03); p < 0.001 AIC = 33.0 p* < 0.001 | −0.11 (−0.33, 0.11). p = 0.332 −0.04 (−0.10, 0.02); p = 0.229 AIC= 10.2 p* = 0.012 | 0.64 (0.04, 1.24); p = 0.036 −0.49 (−0.81, −0.16); p = 0.003 AIC = 8.2 p* = 0.007 | 0.34 (−0.37, 1.04); p = 0.349 −0.26 (−0.88, 0.35); p = 0.405 AIC = 8.5 p* = 0.04 |
| Restricted Cubic Splines Model[d] | Beta (95% CI); p-value Beta (95% CI); p-value AIC p-value* | −0.29 (−0.38, −0.21); p < 0.001 0.48 (0.20, 0.78); p = 0.001 AIC = 33.9 p* < 0.001 | −0.13 (−0.32, 0.05); p = 0.162 −0.24 (−0.65, 0.16); p = 0.233 AIC= 9.7 p* = 0.009 | 0.27 (−0.09, 0.62); p = 0.140 −0.44 (−0.83, −0.04); p = 0.029 AIC = 8.9 p* = 0.010 | 0.26 (−0.26, 0.79); p = 0.321 −0.49 (−1.54, 0.56); p = 0.363 AIC = 8.7 p*= 0.05 |
| **Water Fluoride – Low Risk-of-bias Studies** | | | | | |
| No. Studies/No. Observations | | 6/11 | 6/9 | 3/4 | 3/3 |
| Number of Children | | 4,355 | 4,251 | 921 | 879 |
| Linear model | Beta (95% CI) p-value AIC | −0.19 (−0.31, −0.06) p = 0.003 AIC = 6.7 | −0.21 (−0.33, −0.09) p = 0.001 AIC = 0.3 | −0.35 (−0.63, −0.07) p = 0.015 AIC = 2.7 | −0.34 (−0.80, 0.12) p = 0.153 AIC = 3.3 |

NIEHS_000459

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Exposure Analysis | Parameters | Fluoride Exposure | | | |
|---|---|---|---|---|---|
| | | All data | <4 mg/L | <2 mg/L | <1.5 mg/L |
| **Urinary Fluoride – All Studies** | | | | | |
| No. Studies/No. Observations | | 18/32 | 13/26 | 7/11 | 5/8 |
| Number of Children | | 8,502 | 6,885 | 4,654 | 3,992 |
| Linear Model[b] | Beta (95% CI) | −0.16 (−0.23, −0.08) | −0.17 (−0.29, −0.06) | −0.07 (−0.13, 0.003) | −0.12 (−0.36, 0.12) |
| | p-value | p < 0.001 | p = 0.004 | p = 0.060 | p = 0.325 |
| | AIC | AIC = 69.2 | AIC = 64.2 | AIC = −3.7 | AIC = 0.8 |
| Quadratic Model[c] | Beta (95% CI); p-value | −0.19 (−0.44, 0.06); p = 0.131 | 0.08 (−0.21, 0.37); p = 0.587 | −0.23 (−0.62, 0.17); p = 0.267 | −0.11 (−1.45, 1.23); p = 0.868 |
| | Beta (95% CI); p-value | 0.01 (−0.02, 0.05); p = 0.462 | −0.08 (−0.16, 0.0004); p = 0.051 | 0.08 (−0.12, 0.29); p = 0.423 | 0.02 (−0.74, 0.77); p = 0.967 |
| | AIC | AIC = 73.0 | AIC = 67.2 | AIC = 1.7 | AIC = 4.1 |
| | p-value* | p* = 0.14 | p* = 0.08 | p* = 0.42 | p* = 0.10 |
| Restricted Cubic Splines Model[d] | Beta (95% CI); p-value | −0.12 (−0.28, 0.04); p = 0.138 | −0.03 (−0.21, 0.15); p = 0.775 | −0.13 (−0.29, 0.03); p = 0.107 | −0.26 (−0.72, 0.20); p = 0.270 |
| | Beta (95% CI); p-value | −0.10 (−0.41, 0.21); p = 0.524 | −0.24 (−0.47, −0.02); p = 0.034 | 0.12 (−0.14, 0.38); p = 0.366 | 0.36 (−0.58, 1.29); p = 0.453 |
| | AIC | AIC = 72.9 | AIC = 66.8 | AIC = 1.5 | AIC = 3.5 |
| | p-value* | p* = 0.13 | p* = 0.07 | p* = 0.37 | p* = 0.07 |
| **Urinary Fluoride – Sensitivity analysis including Ibarluzea et al. (2021)[87] Bayley MDI scores** | | | | | |
| No. Studies/No. Observations | | 19/33 | 14/27 | 8/12 | 6/9 |
| Number of Children | | 8,815 | 7,445 | 4,967 | 4,305 |
| Linear model | Beta (95% CI) | −0.15 (−0.23, −0.07) | −0.16 (−0.28, −0.04) | −0.06 (−0.13, 0.01) | −0.08 (−0.15 −0.003) |
| | p-value | p < 0.001 | p = 0.010 | p = 0.086 | p = 0.043 |
| | AIC | AIC = 70.3 | AIC = 65.2 | AIC = −3.2 | AIC = −1.2 |
| **Urinary Fluoride – Sensitivity analysis including Ibarluzea et al. (2021)[87] GCI scores** | | | | | |
| No. Studies/No. Observations | | 19/33 | 14/27 | 8/12 | 6/9 |
| Number of Children | | 8,749 | 7,445 | 4,901 | 4,239 |

NIEHS_000460

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material                    NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

| Exposure Analysis | Parameters | Fluoride Exposure | | | |
|---|---|---|---|---|---|
| | | All data | <4 mg/L | <2 mg/L | <1.5 mg/L |
| Linear model | Beta (95% CI) | −0.15 (−0.23, −0.07) | −0.16 (−0.28, −0.04) | −0.04 (−0.20, 0.13) | −0.08 (−0.16, −0.01) |
| | p-value | p < 0.001 | p = 0.008 | p = 0.653 | p = 0.036 |
| | AIC | AIC = 69.8 | AIC = 64.9 | AIC = −0.9 | AIC = −1.7 |
| Urinary Fluoride – Low Risk-of-bias Studies | | | | | |
| No. Studies/No. Observations | | 9/15 | 9/15 | 5/8 | 4/7 |
| Number of Children | | 5,713 | 5,713 | 4,141 | 3,952 |
| Linear model | Beta (95% CI) | −0.10 (−0.20, 0.004) | −0.10 (−0.20, 0.004) | −0.07 (−0.14, 0.01) | −0.08 (−0.16, −0.01) |
| | p-value | p = 0.059 | p = 0.059 | p = 0.073 | p = 0.028 |
| | AIC | AIC = 2.0 | AIC = 2.0 | AIC = −1.8 | AIC = −2.2 |

**Notes:**

AIC = Akaike information criterion; SMD = standardized mean difference; p = p-value for effect estimate; p* = p-value for likelihood ratio tests; MDI = Mental Development Index; GCI = General Cognitive Index

[a] Parameter estimates are changes in SMDs (beta [95% CI]) based on the maximum likelihood models; model fit is represented by the maximum likelihood AIC.

[b] The estimates represent change in SMD for the linear model and AIC, respectively.

[c] The estimates represent change in SMD for the linear term, change in SMD for quadratic term, AIC, and p-values for likelihood ratio test versus linear model, respectively. Potential departure from a linear trend was assessed by testing the coefficient of the quadratic term equal to zero

[d] The estimates represent change in SMD for the first spline term, change in SMD for the second spline term, AIC, and p-value for likelihood ratio test vs linear model, respectively. Potential departure from a linear trend was assessed by testing the coefficient of the second spline equal to zero.

NIEHS_000461

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Water Fluoride Exposure**



**eFigure 17. Pooled Dose-Response Association Between Fluoride in Water and Standardized Mean Differences in Children's IQ**

Left panel: circles indicate standardized weighted mean differences (SMDs) in individual studies; size of bubbles is proportional to precision (inverse of variance) of the standardized mean differences. Right panel: Water fluoride levels were modeled with restricted cubic splines terms in a random-effects model (solid line). Dashed lines represent the 95 % confidence intervals for the spline model. Please see eTable 2 for characteristics of the studies included in the *dose-response meta-analysis* (studies with water fluoride exposure and at least two exposure levels).

**Commented [I18]:** See Doc08_Meta-analysis., 8.R., page 10 and 11

**Commented [I19]:** See Doc03_Meta-analysis, 3.F., page 4

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Urinary Fluoride Exposure**



**eFigure 18.** Pooled Dose-Response Association Between Fluoride in Urine and Standardized Mean Differences in Children's IQ

Left panel: Circles indicate standardized weighted mean differences in individual studies; size of bubbles is proportional to precision (inverse of variance) of the standardized mean differences. Right panel: Urinary fluoride levels were modeled with a linear random-effects model (solid line). Dashed lines represent the 95 % confidence intervals for the linear model. Please see eTable 2 for characteristics of the studies included in the *dose-response meta-analysis* (studies with urinary fluoride exposure and at least two exposure levels).

**Commented [I20]:** See Doc03_Meta-analysis, 3.F., page 4

NIEHS_000463

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material        NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*Regression Slopes Meta-analysis*

**Studies with overlapping populations**

Yu et al.[3] and Wang et al.[4] used the same study cohort of children recruited in 2015 from the rural areas of Tianjin City, China. Since Wang et al.[4] (n = 571) used a subset of the original study sample from Yu et al.[3] (n = 2,886), only results from Yu et al.[3] were included in the meta-analysis. A sensitivity analysis was performed to evaluate the impact of using the effect estimate from Wang et al.[4] rather than the pooled effect estimate from Yu et al.[3]. Green et al.[113] and Till et al.[81] used the same Maternal-Infant Research on Environmental Chemicals (MIREC) cohort that reported drinking tap water in 10 Canadian cities, with the studies overlapping for 398 mother-child pairs. Both studies reported effect estimates for maternal urinary fluoride (MUF) and water fluoride concentrations. In the Green et al.[113] study, 512 mother-child pairs had MUF data compared to 398 pairs in Till et al.[81]. Water fluoride levels were available for 420 pairs in Green et al.[113] compared to 398 pairs in Till et al.[81]. Both studies reported effect estimates adjusted for maternal education, maternal race, child's sex, HOME total score, and secondhand smoke status in the child's home. In addition, Till et al.[81] adjusted for child's age at IQ testing (the age range for all children was 3–4 years old). Because of the larger sample size and because covariate adjustments were similar, results from Green et al.[113] were included in the main analysis. However, because of the more adjusted estimates from Till et al.[81] compared to Green et al.[113], a sensitivity analysis was performed using the water fluoride result for formula-fed children and the MUF result from Till et al.[81]. For fluoride from intake, the estimates from both studies were used since they represent total fluoride intake from Green et al.[113] and infant fluoride intake from formula Till et al.[81].

Three studies were excluded with reported slopes because the exposure was measured at the community level.[25, 30, 35] Only one study[116] included in this meta-analysis was considered high risk of bias. For Bashash et al.[112], Yu et al.[3] and Till et al.[81], units of exposure were transformed from 0.5 mg/L to 1 mg/L. Cui et al.[76], and Zhao et al. (2021)[91] reported associations between IQ and log-transformed exposure, and units of exposure were transformed from 1 log mg/L to 1 mg/L.[117] Yu et al.[3] reported estimates from piecewise linear regression models and provided three ranges for urinary fluoride exposure (low 0.01–1.60 mg/L, medium 1.60–2.50 mg/L, high 2.50–5.54 mg/L) and two ranges for water fluoride (low 0.20–3.40 mg/L and high 3.40–3.90 mg/L). Since these piecewise effect estimates are likely correlated, the study-specific pooled effect estimates were used for urine and water fluoride exposures for the overall effect meta-analysis. A sensitivity analysis was performed to evaluate the impact of using pooled estimates rather than piecewise estimates from Yu et al.[3].

For studies reporting multiple measures of fluoride exposure, the results associated with measured or estimated individual-level exposures, biomarker levels (such as urinary fluoride), or fluoride intake levels were prioritized over water fluoride concentrations (see protocol; https://ntp.niehs.nih.gov/go/785076); however, subgroup analyses by exposure metric (urinary fluoride, fluoride intake, and water fluoride) were also performed.

**Regression slopes meta-analysis sensitivity analyses**

Information about demographic variables was not always accessible, making it difficult to study the impact of potential confounders on effect estimates. Sensitivity analyses for the regression slopes explored the impact of using unadjusted estimates, and results were not significantly impacted (**eTable 6**). Also, most of the estimates used in the *mean-effects meta-analyses* come from studies that used fluoride concentrations at the community level to represent exposure. Therefore, unless community-level clustering is accounted for in the analysis, the standard errors of the difference in means between exposed and reference groups are likely to be biased. This is less of an issue in studies using individual-level exposures (e.g., the *regression slopes meta-analysis*). However, most studies lacked adjustment for clustering,[3, 76, 110] or for complex sampling strategies.[3, 110] Therefore, we performed sensitivity analyses to

Page 47

NIEHS_000464

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

assess the impact of such issues and there were minimal changes in the pooled slopes (eTable 6). In the *regression slopes meta-analysis*, from the Green et al.[113] and Bashash et al.[112] studies, we used the estimates reported from the models using the clustering variable (city or cohort, respectively) as a fixed effect. However, the sensitivity analysis using the regression slopes from the corresponding models with random effects from the Green et al.[113] and Bashash et al.[112] studies,[118, 119] showed that a 1-mg/L increase in urinary fluoride was associated with a statistically significant lower IQ score of 1.80 points (95% CI: −2.80, −0.81). This suggests that clustering is not a significant issue in the results of our *regression slopes meta-analysis*.

NIEHS_000465

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**eTable 6.** Regression Slopes Meta-analysis

Commented [I21]: See Doc05_Meta-analysis, 5.C. (page 3 and 4), 5.D. (page 4 through 6) and 5.F. (page 7 and 8). See Doc06b_Meta-analysis, 6b.W., page 19 through 21.

| Analysis | Number of Studies | Beta (95% CI) | Heterogeneity | |
|---|---|---|---|---|
| | | | p-value | I² |
| **Overall Estimate** | | | | |
| Full-scale IQ | 9 | −1.81 (−2.80, −0.81) | <0.001 | 77% |
| **Sensitivity Analyses** | | | | |
| *Using the piecewise estimates from Yu et al. (2018)[3]* | | | | |
| Full-scale IQ | 11 | −1.68 (−2.65, −0.71) | <0.001 | 79% |
| *Using effect estimates from Wang et al. (2020b)[4] rather than Yu et al. (2018)[3]* | | | | |
| Full-scale IQ | 9 | −1.70 (−2.55, −0.85) | <0.001 | 77% |
| *Using Till et al. (2020)[81] rather than Green et al. (2019)[113] estimates* | | | | |
| Full-scale IQ | 9 | −1.83 (−2.80, −0.86) | <0.001 | 77% |
| *Using estimates from random effect models for Green et al. (2019)[113] and Bashash et al. (2017)[112]* | | | | |
| Full-scale IQ | 9 | −1.80 (−2.80, −0.80) | <0.001 | 76% |
| Males | 2 | −2.39 (−5.89, 1.10) | 0.070 | 69% |
| Females | 2 | −0.53 (−3.43, 2.37) | 0.186 | 43% |
| *Excluding Cui et al.[76]* | | | | |
| Full-scale IQ | 8 | −1.89 (−3.03, −0.74) | <0.001 | 80% |
| *Excluding Yu et al. (2018)[3] and Zhang et al. (2015b)[110]* | | | | |
| Full-scale IQ | 7 | −1.76 (−2.90, −0.62) | <0.001 | 82% |
| *Using unadjusted estimates from Bashash et al. (2017),[112] Cui et al. (2018),[76] Green et al. (2019)[113] Yu et al. (2018)[3]* | | | | |
| Full-scale IQ | 9 | −1.82 (−2.81, −0.83) | <0.001 | 76% |
| *Using Verbal or Performance IQ scores from Green et al. (2019)[113]* | | | | |
| Verbal IQ | 9 | −1.78 (−2.78, −0.79) | <0.001 | 77% |
| Performance IQ | 9 | −1.77 (−2.77, −0.77) | <0.001 | 77% |
| *Using Bashash et al. (2017)[112] McCarthy GCI scores, Valdez Jimenez et al. (2017)[74] (Bayley MDI scores), Cantoral et al. (2021)[83] (Bayley III cognitive scores), Ibarluzea et al. (2021)[87] (Bayley MDI scores).* | | | | |
| Urinary fluoride | 11 | −1.78 (−2.78, −0.78) | <0.001 | 75% |
| Intake | 3 | −3.28 (−5.87, −0.68) | 0.799 | 0% |
| Water fluoride | 2 | −4.77 (−9.09, −0.45) | 0.707 | 0% |
| *Using Bashash et al. (2017)[112] McCarthy GCI scores, Valdez Jimenez et al. (2017)[74] (Bayley MDI scores), Cantoral et al. (2021)[83] (Bayley III cognitive scores), Ibarluzea et al. (2021)[87] (McCarthy GCI scores).* | | | | |
| Urinary fluoride | 11 | −1.90 (−2.86, −0.94) | <0.001 | 73% |
| Intake | 3 | −3.28 (−5.87, −0.68) | 0.799 | 0% |
| Water fluoride | 2 | −4.77 (−9.09, −0.45) | 0.707 | 0% |

**Notes**:
CI = confidence interval; GCI = General Cognitive Index; MDI = Mental Development Index.

NIEHS_000466

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential



**eFigure 19.** **Association Between Individual-level Fluoride Exposure and IQ Scores in Children: Overall Analysis**

Estimates (betas) for individual studies are shown with solid boxes representing the weight, and the pooled estimate is shown as a solid diamond. Horizontal lines represent 95% CIs for the study-specific betas.

Commented [l22]: See Doc06b_Meta-analysis, 6b.C., page 2 and 3

Commented [l23]: See Doc06a_Meta-analysis, 6a.M., page 8 and 9



**eFigure 20. Funnel Plot for Studies with Individual-level Exposures**

NIEHS_000467

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

```
Regression-based Egger test for small-study effects
Random-effects model
Method: DerSimonian-Laird

H0: beta1 = 0; no small-study effects
            beta1 =     -1.06
      SE of beta1 =     1.066
                z =     -1.00
        Prob > |z| =    0.3192
```

**eFigure 21. Test for Publication Bias for Studies with Individual-level Exposures**

NIEHS_000468

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**Subgroup Analyses**

*Risk-of-bias Subgroup Analysis*



**eFigure 22. Association Between Individual-level Fluoride Exposure and IQ Scores in Children: Effect by Risk of Bias**

NIEHS_000469

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*Exposure Type Subgroup Analysis*



**eFigure 23.** Association Between Individual-level Fluoride Exposure and IQ Scores in Children: Effect by Exposure Type

Commented [I24]: See Doc06b_Meta-analysis, 6b.C., page 2 and 3

NIEHS_000470

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*Country Subgroup Analysis*



eFigure 24. Association Between Individual-level Fluoride Exposure and IQ Scores in Children: Effect by Country

Note: The analyses for publication bias for studies from China, Canada, and Mexico rely on a very small number of studies each and are not shown.

NIEHS_000471

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material        NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*Assessment Type Subgroup Analysis*



**eFigure 25. Association Between Individual-level Fluoride Exposure and IQ Scores in Children: Effect by Assessment Type**

Note: The analyses for publication bias for CRT-RC studies and non-CRT-RC studies include only six and three studies, respectively, and are not shown.

*Sex Subgroup Analysis*



**eFigure 26. Association Between Individual-level Fluoride Exposure and IQ Scores in Children: Effect by Sex**

Note: The analysis for publication bias by gender relies on two studies each and are not shown.

NIEHS_000472

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

*Pre-natal vs post-natal exposure Subgroup Analysis*



**eFigure 27. Association Between Individual-level Fluoride Exposure and IQ Scores in Children: Effect by Prenatal vs. Postnatal Exposure**

NIEHS_000473

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material         NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

**References**

1.  National Toxicology Program (NTP). *Revised draft NTP Monograph on the systematic review of fluoride exposure and neurodevelopmental and cognitive health effects*. National Toxicology Program; 2020. https://www.nationalacademies.org/event/10-19-2020/docs/DDA97C9170D1A255D69C004CEB77B698E8D005011EFB

2.  Higgins JT, Thomas J, Chandler J, et al., eds. *Cochrane Handbook for systematic reviews of interventions version 6.0 (updated July 2019)*. Cochrane; 2019.

3.  Yu X, Chen J, Li Y, et al. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. *Environ Int*. 2018;118:116-124. doi:https://doi.org/10.1016/j.envint.2018.05.042

4.  Wang M, Liu L, Li H, et al. Thyroid function, intelligence, and low-moderate fluoride exposure among Chinese school-age children. *Environ Int*. 2020b;134:105229. doi:https://doi.org/10.1016/j.envint.2019.105229

5.  Crippa A, Thomas I, Orsini N. A pointwise approach to dose-response meta-analysis of aggregated data. *Int J Stat Med Res*. 2018;7(2):25-32.

6.  Crippa A, Discacciati A, Bottai M, Spiegelman D, Orsini N. One-stage dose–response meta-analysis for aggregated data. *Stat Methods Med Res*. 2019;28(5):1579-1596. doi:https://doi.org/10.1177/0962280218773122

7.  Müller S, Scealy JL, Welsh AH. Model selection in linear mixed models. *Statist Sci*. 2013;28(2):135-167. doi:https://doi.org/10.1214/12-STS410

8.  U.S. Environmental Protection Agency (US EPA). *New fluoride risk assessment and relative source contribution documents*. Office of Water; 2011. EPA-822-F-11-001. https://www.epa.gov/sites/default/files/2019-03/documents/fluoride-risk-assess-factsheet.pdf

9.  World Health Organization (WHO). *Guidelines for drinking-water quality. Fourth edition*. 2011. https://apps.who.int/iris/bitstream/handle/10665/44584/9789241548151_eng.pdf?sequence=1&isAllowed=y&ua=1

10. Guo XC, Wang RY, Cheng CF, et al. [A preliminary investigation of the IQs of 7-13 year-old children from an area with coal burning-related fluoride poisoning]. *Chin J Epidemiol*. 1991;10(2):98-100.

11. Guo XC, Wang RY, Cheng CF, et al. A preliminary investigation of the IQs of 7-13 year-old children from an area with coal burning-related fluoride poisoning. *Fluoride*. 2008a;41:125-128.

12. Li Y, Li X, Wei S. [Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved]. *J West Chin University Med Sci*. 1994;25(2):188-191.

13. Li Y, Li X, Wei S. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. *Fluoride*. 2008b;41:331-335.

14. Li XS, Zhi JL, Gao RO. Effect of fluoride exposure on the intelligence of children. *Fluoride*. 1995;28:189-192.

15. Li F, Chen X, Huang R, Xie Y. The impact of endemic fluorosis caused by the burning of coal on the development of intelligence in children. *J Environ Health*. 2009;26(4):838-840.

16. Bai A, Li Y, Fan Z, Li X, Li P. [Intelligence and growth development of children in coal-burning-borne arsenism and fluorosis areas: An investigation study]. *Chin J Endemiol*. 2014;33(2):160-163.

NIEHS_000474

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

17.   Zhang P, Cheng L. Effects of coal-burning endemic fluorosis on children's physical development and intelligence. *Chin J Endem Dis Control*. 2015:458-459.

18.   Wang J, Yu M, Yang L, Yang X, Deng B. The effect of coal-burning fluoride exposure on children's intelligence and physical development. *J Environ Health*. 2020c;37(11):971-974. doi:https://dx.doi.org/10.16241/j.cnki.1001-5914.2020.11.007

19.   Lou D, Luo Y, Liu J, et al. Refinement impairments of verbal-performance intelligent quotient in children exposed to fluoride produced by coal burning. *Biol Trace Elem Res*. Feb 2021;199(2):482-489. doi:https://dx.doi.org/10.1007/s12011-020-02174-z

20.   Ren D, Li K, Liu D. [A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas]. *Chin J Control Endem Dis*. 1989;4(4):251.

21.   Ren D, Li K, Liu D. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. *Fluoride*. 2008;41:319-320.

22.   Wang G, Yang D, Jia F, Wang H. [A study of the IQ levels of four- to seven-year-old children in high fluoride areas]. *Endem Dis Bull*. 1996;11(1):60-62.

23.   Wang G, Yang D, Jia F, Wang H. A study of the IQ levels of four- to seven-year-old children in high fluoride areas. *Fluoride*. 2008b;41:340-343.

24.   An J, Mei S, Liu A, Fu Y, Wang C. [Effect of high level of fluoride on children's intelligence]. *Chin J Control Endem Dis*. 1992;7(2):93-94.

25.   Broadbent JM, Thomson WM, Moffitt TE, Poulton R. Community water fluoridation and intelligence response. *Am J Public Health*. 2015;105:3-4.

26.   Xu Y, Lu C, Zhang X. [The effect of fluorine on the level of intelligence in children]. *Endem Dis Bull*. 1994;9(2):83-84.

27.   Yao Y. Comparable analysis on the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. *Lit Inf Prev Med*. 1997;3(1):42-43.

28.   Yao L, Zhou J, Wang S, Cui K, Lin F. Analysis on TSH and intelligence level of children with dental Fluorosis in a high fluoride area. *Lit Inf Prev Med*. 1996;2(1):26-27.

29.   Seraj B, Shahrabi M, Falahzade M, Falahzade F, Akhondi N. Effect of high fluoride concentration in drinking water on children's intelligence. *J Dent Med*. 2006;19(2):80-86.

30.   Seraj B, Shahrabi M, Shadfar M, et al. Effect of high water fluoride concentration on the intellectual development of children in Makoo, Iran. *J Dent*. 2012;9:221-229.

31.   Eswar P, Nagesh L, Devaraj CG. Intelligent quotients of 12-14 year old school children in a high and low fluoride village in India. *Fluoride*. 2011;44:168-172.

32.   Poureslami HR, Horri A, Garrusi B. A comparative study of the IQ of children age 7-9 in a high and a low fluoride water city in Iran. *Fluoride*. 2011;44:163-167.

33.   Shivaprakash PK, Ohri K, Noorani H. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot District. *J Indian Soc Pedod Prev Dent*. 2011;29:117-120.

34.   Khan SA, Singh RK, Navit S, et al. Relationship between dental fluorosis and intelligence quotient of school going children in and around Lucknow District: A cross-sectional study. *J Clin Diagn Res*. 2015;9(11):10-15. doi:https://doi.org/10.7860/JCDR/2015/15518.6726

Page 58

NIEHS_000475

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

35.  Sebastian ST, Sunitha S. A cross-sectional study to assess the intelligence quotient (IQ) of school going children aged 10-12 years in villages of Mysore District, India with different fluoride levels. *J Indian Soc Pedod Prev Dent*. 2015;33:307-311.

36.  Mondal D, Dutta G, Gupta S. Inferring the fluoride hydrogeochemistry and effect of consuming fluoride-contaminated drinking water on human health in some endemic areas of Birbhum District, West Bengal. *Environ Geochem Health*. 2016;38:557-576.

37.  Karimzade S, Aghaei M, Mahvi AH. Investigation of intelligence quotient in 9-12 year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan Province, Iran. *Fluoride*. 2014;47:9-14.

38.  Sun M, Li S, Wang Y, Li F. [Measurement of intelligence by drawing test among the children in the endemic area of Al-F combined toxicosis]. *J Guiyang Med Coll*. 1991;16(3):204-206.

39.  Zhang J, Yao H, Chen Y. [The effect of high levels of arsenic and fluoride on the development of children's intelligence]. *Chin J Public Health*. 1998;17(2):119.

40.  Trivedi M, Sangai N, Patel R, Payak M, Vyas S. Assessment of groundwater quality with special reference to fluoride and its impact on IQ of schoolchildren in six villages of the Mundra Region, Kachchh, Gujurat, India. *Fluoride*. 2012;45(4):377-383.

41.  Trivedi MH, Verma RJ, Chinoy NJ, Patel RS, Sathawara NG. Effect of high fluoride water on intelligence of school children in India. *Fluoride*. 2007;40:178-183.

42.  Zhao Q, Tian Z, Zhou Z, et al. SIRT1-dependent mitochondrial biogenesis supports therapeutic effects of resveratrol against neurodevelopment damage by fluoride. *Theranostics*. 2020;10:4822-4838. doi:https://doi.org/10.7150/thno.42387

43.  Zhao Q, Niu Q, Chen J, et al. Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity: Mechanisms of action in vitro and associations with cognition in rats and children. *Arch Toxicol*. Jan 18 2019;93(3):709-726. doi:https://doi.org/10.1007/s00204-019-02390-0

44.  Zhou G, Tang S, Yang L, et al. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. *Toxicol Appl Pharmacol*. 2019;378:114608. doi:https://doi.org/10.1016/j.taap.2019.114608

45.  Qin L, Huo S, Chen R, Chang Y, Zhao M. [Using the Raven's Standard Progressive Matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-age children]. *Chin J Endem Dis*. 1990;5(4):203-204.

46.  Qin LS, Huo SY, Chen RL, Chang YZ, Zhao MY. Using the Raven's Standard Progressive Matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-age children. *Fluoride*. 2008;41:115-119.

47.  Yang Y, Wang X, X. G, Hu P. [The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine]. *Chin J Epidemiol*. 1994;15(4):296-298.

48.  Yang Y, Wang X, Guo X, Hu P. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. *Fluoride*. 2008;41:336-339.

49.  Wang X, Wang L, Hu P, Guo X, Luo X. [Effects of high iodine and high fluorine on children's intelligence and thyroid function]. *Chin J Endemiol*. 2001;20(4):288-290.

50.  Wang SY, Zhang HX, Fan W, et al. [The effects of endemic fluoride poisoning caused by coal burning on the physical development and intelligence of children]. *J Appl Clin Ped*. 2005b;20(9):897-899.

NIEHS_000476

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

51.  Wang SY, Zhang HX, Fan W, et al. The effects of endemic fluoride poisoning caused by coal burning on the physical development and intelligence of children. *Fluoride*. 2008a;41:344-348.

52.  Rocha-Amador D, Navarro ME, Carrizales L, Morales R, Calderon J. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. *Cad Saude Publica*. 2007;23(Suppl 4):S579-587.

53.  Liu SL, Lu Y, Sun ZR, et al. [Report on the intellectual ability of children living in high-fluoride water areas]. *Chin J Control Endem Dis*. 2000;15(4):231-232.

54.  Liu SL, Lu Y, Sun ZR, et al. Report on the intellectual ability of children living in high-fluoride water areas. *Fluoride*. 2008;41:144-147.

55.  Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS. Effect of high-fluoride water on intelligence in children. *Fluoride*. 2000;33:74-78.

56.  Sudhir KM, Chandu GN, Prashant GM, Subba Reddy VV. Effect of fluoride exposure on intelligence quotient (IQ) among 13-15 year old school children of known endemic area of fluorosis, Nalgonda District, Andhra Pradesh. *J Indian Assoc Public Health Dent*. 2009;2009(13):88-94.

57.  He MX, Zhang CN. [Investigation of children's intelligence quotient and dental fluorosis in drinking water-type of endemic fluorosis area in Pucheng County, Shaanxi Province before and after drinking water change]. *Chin J Endemiol*. 2010;29:547-548.

58.  Xiang Q, Liang Y, Chen B, Chen L. Analysis of children's serum fluoride levels in relation to intelligence scores in a high and low fluoride water village in China. *Fluoride*. 2011;44:191-194.

59.  Xiang Q, Liang Y, Chen L, et al. Effect of fluoride in drinking water on children's intelligence. *Fluoride*. 2003a;36:84-94.

60.  Saxena S, Sahay A, Goel P. Effect of fluoride exposure on the intelligence of school children in Madhya Pradesh, India. *J Neurosci Rural Pract*. 2012;3:144-149.

61.  Wang G, Gao M, Zhang M, Yang M, Xiang Q. Correlation between total fluoride intake and children's IQ. *J Southeast Univ Med Ed*. 2012:743-746.

62.  Nagarajappa R, Pujara P, Sharda AJ, et al. Comparative assessment of intelligence quotient among children living in high and low fluoride areas of Kutch, India: A pilot study. *Iran J Public Health*. 2013;42:813-818.

63.  Pratap SV, Singh CD, Sandeep T, et al. A correlation between serum vitamin, acetylcholinesterase activity and IQ in children with excessive endemic fluoride exposure in Rajasthan, India. *Int Res J Medical Sci*. 2013;1(3):12-16.

64.  Asawa K, Pujara P, Thakkar JP, et al. Assessment of intelligence quotient among schoolchildren of fishermen community of Kutch, Gujarat, India. *Int Marit Health*. 2014;65(2):73-8. doi:https://doi.org/10.5603/imh.2014.0017

65.  Wei N, Li Y, Deng J, Xu S, Guan Z. [The effects of comprehensive control measures on intelligence of school-age children in coal-burning-borne endemic fluorosis areas]. *Chin J Endemiol*. 2014;33(3):320-322.

66.  Choi AL, Zhang Y, Sun G, et al. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: A pilot study. *Neurotoxicol Teratol*. 2015;47:96-101.

67.  Kundu H, Basavaraj P, Singla A, Gupta R, Singh K, Jain S. Effect of fluoride in drinking water on children's intelligence in high and low fluoride areas of Delhi. *J Indian Assoc Public Health Dent*. Apr 2015;13(2):116-121. doi:https://doi.org/10.4103/2319-5932.159043

NIEHS_000477

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

68.   Aravind A, Dhanya RS, Narayan A, Sam G, Adarsh VJ, Kiran M. Effect of fluoridated water on intelligence in 10-12-year-old school children. *J Int Soc Prev Community Dent*. Dec 2016;6(Suppl 3):S237-S242. doi:https://doi.org/10.4103/2231-0762.197204

69.   Jin T, Han T, Wei Y, Wu Y, Wang Z, Zhang H. Investigation on working memory level of children aged 8-12 years in coal-burning fluorosis area. *J Environ Health*. 2016:409-411.

70.   Zhang P, Cheng L. Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. *Chin J Endem Dis Control*. 2015c;30(6):458-459.

71.   Kumar R, Gupta VK, Kumar A, Shetty R, Singh M, Pandey V. Evaluation of correlation of dental fluorosis and cognitive status. *Ann Int Med Dental Res*. 2016;2(4):155.

72.   Jin T, Wang Z, Wei Y, Wu Y, Han T, Zhang H. Investigation on intelligence level of children aged 8-12 years old in coal-burning fluorosis area. *J Environ Health*. 2017:229-231.

73.   Razdan P, Patthi B, Kumar JK, Agnihotri N, Chaudhari P, Prasad M. Effect of fluoride concentration in drinking water on intelligence quotient of 12-14-year-old children in Mathura District: A cross-sectional study. *J Int Soc Prev Community Dent*. 2017;7:252-258. doi:https://doi.org/10.4103/jispcd.JISPCD_201_17

74.   Valdez Jimenez L, Lopez Guzman OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology*. Mar 2017;59:65-70. doi:https://dx.doi.org/10.1016/j.neuro.2016.12.011

75.   Wang G, Zhang M, Wang Q, et al. Investigation on the relationship between serum fluoride content and IQ of children before and after reducing fluoride to water. *Capital Pub Health*. 2017:274-277.

76.   Cui Y, Zhang B, Ma J, et al. Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. *Ecotoxicol Environ Saf*. 2018;165:270-277. doi:https://doi.org/10.1016/j.ecoenv.2018.09.018

77.   Luo Y, Ma R, Liu Z, Guan Z, Lou D, Zheng D. Intelligence investigation and forensic significance of children in coal-burning fluorosis area. *Chin J Forensic Med*. 2018:590-593.

78.   Naik SP, Bankur PK, Sathe S, Haris PMM, Kadar N, Satyanarayan A. Impact of fluoridated water on intelligence quotient levels of school children: A exploratory study. *Int J Oral Care Res*. 2018;6(1):63-66.

79.   Sharma P, Bhardwaj AK, Singh M, Kumar D, Sharma A, Grover A. Does fluorosis affect the intelligence profile of children? A cross sectional analysis of school children of district Una, Himachal Pradesh, India. *Int J Community Med Public Health*. 2018;5(3):1047-53. doi:http://dx.doi.org/10.18203/2394-6040.ijcmph20180759

80.   Soto-Barreras U, Escalante-Villalobos KY, Holguin-Loya B, et al. Effect of fluoride in drinking water on dental caries and IQ in children. *Fluoride*. 2019;52:474-482.

81.   Till C, Green R, Flora D, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. *Environ Int*. 2020;134:105315. doi:https://doi.org/10.1016/j.envint.2019.105315

82.   Aggeborn L, Öhman M. The effects of fluoride in drinking water. *J Polit Econ*. 2020;129(2):465-491. doi:https://dx.doi.org/10.1086/711915

83.   Cantoral A, Tellez-Rojo MM, Malin AJ, et al. Dietary fluoride intake during pregnancy and neurodevelopment in toddlers: A prospective study in the progress cohort. *Neurotoxicology*. Dec 2021;87:86-93. doi:https://dx.doi.org/10.1016/j.neuro.2021.08.015

NIEHS_000478

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material       NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

84.   Farmus L, Till C, Green R, et al. Critical windows of fluoride neurotoxicity in Canadian children. *Environ Res*. Sep 2021;200:111315. doi:https://doi.org/10.1016/j.envres.2021.111315

85.   Guo B, Yu J, Cui Y, et al. DBH gene polymorphism, iodine and fluoride and their interactions and their interaction with children's intelligence. *J Environ Hygiene*. 2021;11(02):134-140.

86.   Zhao Y, Cui Y, Yu J, et al. Study on the relationship between water-borne high iodine and thyroid hormone and children's intelligence level. *J Environ Health*. 2018:6-9.

87.   Ibarluzea J, Gallastegi M, Santa-Marina L, et al. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. *Environ Res*. Oct 8 2021:112181. doi:https://dx.doi.org/10.1016/j.envres.2021.112181

88.   Wang R, He N, Hou G, Zhang P, Jin W, Wang Y. Hengshui Survey and analysis of the mental health status of children aged 8-12 years in the high-fluoride area of Shanghai. *Med Anim Control*. 2021b;37(06):583-586.

89.   Wang R, He N, Wang Y, Hou G, Zhang P-J. Investigation and analysis of children's dental fluorosis and IQ level in high fluoride district of Hengshui City. *Med Anim Control*. 2021;37(8):796-800. doi:https://dx.doi.org/10.7629/yxdwfz202108023

90.   Yu X, Xia L, Zhang S, et al. Fluoride exposure and children's intelligence: Gene-environment interaction based on SNP-set, gene and pathway analysis, using a case-control design based on a cross-sectional study. *Environ Int*. 2021;155:106681. doi:https://doi.org/10.1016/j.envint.2021.106681

91.   Zhao L, Yu C, Lv J, et al. Fluoride exposure, dopamine relative gene polymorphism and intelligence: A cross-sectional study in China. *Ecotoxicol Environ Safety*. Feb 2021;209:111826. doi:https://dx.doi.org/10.1016/j.ecoenv.2020.111826

92.   Zhou G, Zhao Q, Luo C, et al. Low-moderate fluoride exposure and intelligence among Chinese school-aged children: Role of circulating mtDNA content. *Sci Total Environ*. Sep 10 2021;786:147330. doi:https://dx.doi.org/10.1016/j.scitotenv.2021.147330

93.   Chen YX, Han FL, Zhoua ZL, et al. [Research on the intellectual development of children in high fluoride areas]. *Chin J Control Endem Dis*. 1991;6(Suppl):99-100.

94.   Chen YX, Han FL, Zhoua ZL, et al. Research on the intellectual development of children in high fluoride areas. *Fluoride*. 2008;41:120-124.

95.   Lin F, Ai H, Zhao H, Lin J, Jhiang J, Maimaiti. [High fluoride and low iodine environment and subclinical cretinism in Xinjiang]. *Endem Dis Bull*. 1991;6(2):62-67.

96.   Zhao LB, Liang GH, Zhang DN, Wu XR. Effect of a high fluoride water supply on children's intelligence. *Fluoride*. 1996;29:190-192.

97.   Hong FG, Cao YX, Yang D, Wang H. [Research on the effects of fluoride on child intellectual development under different environmental conditions]. *Chin Prim Health Care*. 2001;15(3):56-57.

98.   Hong FG, Cao YX, Yang D, Wang H. Research on the effects of fluoride on child intellectual development under different environmental conditions. *Fluoride*. 2008;41:156-160.

99.   Hong F, Wang Hui Yang Dong Zhang Z. Investigation on the intelligence and metabolism of iodine and fluoride in children with high iodine and fluoride. *Chin J Endem Dis Control*. 2001b:12-14.

NIEHS_000479

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

100.   Li YP, Jing XY, Chen D, Lin L, Wang ZJ. [Effects of endemic fluoride poisoning on the intellectual development of children in Baotou]. *Chin J Public Health Manag*. 2003;19(4):337-338.

101.   Li YP, Jing XY, Chen D, Lin L, Wang ZJ. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. *Fluoride*. 2008c;41:161-164.

102.   Wang SX, Wang ZH, Cheng XT, et al. [Investigation and evaluation on intelligence and growth of children in endemic fluorosis and arsenism areas]. *Chin J Endemiol*. 2005;24:179-182.

103.   Wang Z, Wang S, Zhang X, Li J, Zheng X, Hu C. Investigation of children's growth and development under long-term fluoride exposure. *Chin J Control Endem Dis*. 2006;21(4):239-241.

104.   Fan Z, Dai H, Bai A, Li P, Li T, Li G. The effect of high fluoride exposure in children's intelligence. *J Environ Health*. 2007;24(10):802-803.

105.   Wang SX, Wang ZH, Cheng XT, et al. Arsenic and fluoride exposure in drinking water: Children's IQ and growth in Shanyin County, Shanxi Province, China. *Environ Health Perspect*. 2007;115:643-647.

106.   Li X, Hou G, Yu B, Yuan C, Liu Y, L Z. [Investigation and analysis of children's IQ and dental fluorosis in high fluoride area]. *Chin J Pest Control*. 2010;26(3):230-231.

107.   Ding Y, Sun H, Han H, et al. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. *J Hazard Mater*. 2011;186:1942-1946.

108.   Kang J, Cheng Y, Wu K, Lin S, He G, Jin Y. [Effect of exposure to fluoride and arsenic in drinking water of Hangjinhouqi on children's intelligence]. *Chin School Health*. 2011:679-681.

109.   Wang S, Zhu X. Investigation and analysis of intelligence level of children in high fluoride area. *Chin J Endem Dis Control*. 2012b;27(1):67-68.

110.   Zhang S, Zhang X, Liu H, et al. Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China. *Toxicol Sci*. 2015b;144:238-245.

111.   Das K, Mondal NK. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. *Environ Monit Assess*. 2016;188:218.

112.   Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. *Environ Health Perspect*. 2017;125(9):1-12. doi:https://doi.org/10.1289/ehp655

113.   Green R, Lanphear B, Hornung R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. *JAMA Pediatr*. 2019:E1-E9.

114.   Cui Y, Yu J, Zhang B, Guo B, Gao T, Liu H. The relationships between thyroid-stimulating hormone and/or dopamine levels in peripheral blood and IQ in children with different urinary iodine concentrations. *Neurosci Lett*. 2020;729:134981. doi:https://doi.org/10.1016/j.neulet.2020.134981

115.   Xu K, An N, Huang H, et al. Fluoride exposure and intelligence in school-age children: evidence from different windows of exposure susceptibility. *BMC Public Health*. Nov 4 2020;20(1):1657. doi:https://dx.doi.org/10.1186/s12889-020-09765-4

NIEHS_000480

Confidential – Subject to Protective Order

DocMetSup_Jul_2022_draft_meta-analysis_supplemental_material          NOT FOR ATTRIBUTION
Internal Deliberative – Confidential

116.    Saeed M, Rehman MYA, Farooqi A, Malik RN. Arsenic and fluoride co-exposure through drinking water and their impacts on intelligence and oxidative stress among rural school-aged children of Lahore and Kasur districts, Pakistan. *Environ Geochem Health*. Nov 9 2021;doi:https://dx.doi.org/10.1007/s10653-021-01141-4

117.    Rodriguez-Barranco M, Tobias A, Redondo D, Molina-Portillo E, Sanchez M-J. Standardizing effect size from linear regression models with log-transformed variables for meta-analysis. *BMC Med Res Methodol*. 2017;17(44)doi:https://doi.org/10.1186/s12874-017-0322-8

118.    Bashash M. Personal communication from Morteza Bashash to Sorina Eftim regarding estimates from models with cohort  effect considered using a random effect model. 2021.

119.    Till C. Personal communication from Christine Till to Sorina Eftim regarding estimates from multi-level models predicting child FSIQ from MUF using city as a random effect. 2021.

NIEHS_000481