3/28/2023

**Key to Agency Comments on Draft State of the Science Monograph and Draft Meta-Analysis Manuscript**

| Draft State of the Science Monograph | |
|---|---|
| Comment file's name | Commenter* |
| DocA1_Monograph | CDC |
| DocA2_Monograph | CDC |
| DocB1_Monograph | FDA |
| DocB2_Monograph | FDA |
| DocC_Monograph | NIDCR |
| DocD_Monograph | OASH |
| DocE_Monograph | NICHD |
| DocF_Monograph | NIH/OD |
|  |  |
| **Draft Meta-Analysis Manuscript** | |
| Comment file's name | Commenter* |
| Doc01_Meta-analysis | NIEHS |
| Doc02_Meta-analysis | NIEHS |
| Doc03_Meta-analysis | NIEHS |
| Doc04_Meta-analysis | NIEHS |
| Doc05_Meta-analysis | CDC |
| Doc06a_Meta-analysis | NIDCR |
| Doc06b_Meta-analysis | NIDCR |
| Doc07_Meta-analysis | OASH |
| Doc08_Meta-analysis | FDA |

*Designation of commenters' names is only for federal agencies and not external peer reviewers

Trial Exhibit
70
Food & Water v. EPA
3:17-cv-02162-EMC

NIEHS_002055