

Fig. 1. Comparison of 50th, 75th, and 95th percentile values of maternal urinary fluoride in the Canadian MIREC study (data from Till et al. 2018, Table S4).



Fig. 2. Approximate distribution of water intake from community sources (consumers only) for infants 0-1 year old (based on percentiles in EPA 2019, Table 3-21).





Fig. 3. Approximate distribution of water intake from community sources (consumers only) for pregnant women (based on percentiles in EPA 2019, Table 3-63).



Fig. 4. Approximate distribution of fluoride intake from consumption of community water for infants 0-1 year old, based on the distribution of water intake from community sources (consumers only) in Fig. 2.



Fig. 5. Approximate distribution of fluoride intake from consumption of community water for pregnant women, based on the distribution of water intake from community sources (consumers only) in Fig. 3.



Fig. 6. Means and selected percentiles of fluoride intake due to ingestion of water from community sources (consumers only) for adults and infants less than 6 months old (based on means and percentiles of water intake in EPA (2019), Table 3-21, and assuming a water fluoride concentration of 0.7 mg/L).

*Figures & Tables from Dr. Kathleen Thiessen's Expert Report*        3



Fig. 7. Approximate distribution of fluoride intake from consumption of community water for all ages in areas with 0.7 and 1.5 mg F/L in water, based on the distribution of water intake from community sources (consumers only) in EPA (2019), Table 3-21.



Fig. 8. Selected percentiles of maternal urinary fluoride concentrations (Till et al. 2018, Table S4), compared with the BMCL for urinary fluoride (Grandjean et al. 2022).

Table 1. Summary of EPA's final risk evaluations of acute non-cancer risk.*

| Chemical (Reference) | Health Endpoint for POD | Study Used for POD | Quality of Study Used for POD | Type of POD | Confidence in Hazard Data | Benchmark MOE | Highest MOE with an Unreasonable Risk Determination | Confidence in Exposure Data for the Condition of Use with Highest MOE |
|---|---|---|---|---|---|---|---|---|
| **1-BP** USEPA (2020b) | Decreased litter size/post-implantation loss | Animal Study (WIL Research 2001) | High | BMCL | High | 100 | **63** | Medium |
| **Carbon Tetrachloride** USEPA (2020d) | CNS effects | Human Epi Study (Davis 1934) | Low | NOAEC | High | 10 | No Unreasonable Risk | N/A |
| **1,4-Dioxane** USEPA (2020g,h) | Liver effects | Animal Study (Mattie 2012) | Medium | LOAEC | Medium | 300 | **177** | Medium |
| **HBCD** USEPA (2020c) | Offspring loss | Animal study (Ema 2008) | High | BMDL | Not Stated | 100 | No Unreasonable Risk | N/A |
| **Methylene Chloride** USEPA (2020a) | CNS Depression | Human Experimental (Putz 1979) | Medium | LOAEC | Medium | 30 | **27** | Low |
| **NMP** USEPA (2020i) | Post-Implantation Loss | Animal Study (Saillenfait 2002 & 2003) | High | BMDL | High | 30 | **22** | Medium |
| **PCE** USEPA (2020f) | Neurotoxicity | Human Epi (Altmann 1990) | Medium | NOAEL | Medium-High | 10 | **9.8** | Medium / Medium-High |
| **TCE** USEPA (2020e) | Immunosuppression | Animal study (Selgrade & Gilmour 2010) | High | BMDL | High | 10 | **8.3** | Low to Medium |

\* EPA's risk evaluations for asbestos (USEPA 2020j) and PV29 (USEPA 2021a,b) are not included in this table because EPA did not conduct risk characterizations for acute non-cancer hazards in these evaluations.

Table 2. Summary of EPA's final risk evaluations of chronic non-cancer risks.*

| Chemical (Reference) | Health Endpoint for POD | Study Used for POD | Quality of Study Used for POD | Type of POD | Confidence in Hazard Data | Benchmark MOE | Highest MOE with an Unreasonable Risk Determination | Confidence in Exposure Data for the Condition of Use with Highest MOE |
|---|---|---|---|---|---|---|---|---|
| 1-BP USEPA (2020b) | Decreased litter size/post-implantation loss | Animal Study (WIL Research 2001) | High | BMCL | High | 100 | **88** | Medium |
| Carbon Tetrachloride USEPA (2020d) | Liver effects | Animal study (Nagano 2007) | High | BMDL | High | 30 | **20** | Medium |
| 1,4-Dioxane USEPA (2020g,h) | Olfactory epithelium effects | Animal Study (Kasai 2009) | High | BMCL | High | 30 | **27.6** | Medium |
| HBCD USEPA (2020c) | Thyroid effects | Animal study (Ema 2008) | High | BMDL | Medium | 300 | **274** | Low-Medium |
| Methylene Chloride USEPA (2020a) | Liver effects | Animal study (Nitschke 1988) | High/ | BMDL | Medium | 10 | **8.7** | Low |
| NMP USEPA (2020i) | Decreased male fertility | Animal study (Exxon 1991) | High | BMDL | Medium | 30 | **26** | Medium |
| PCE USEPA (2020f) | Neurotoxicity | Human Epi (Cavalleri 1994 & Echeverria 1995) | Medium | LOAEL | Medium-High | 100 | **89** | High |
| TCE USEPA (2020e) | Autoimmunity | Animal study (Keil 2009) | High | LOAEL | High | 30 | **23.3** | Low to Medium |
| PV29 USEPA (2021a,b) | Lung effects | Animal study (Elder 2005) | High | NOAEC | Low | 30 | **10.2** | Low |

* EPA's risk evaluation for asbestos (USEPA 2020j) is not included in this table because it does not include a risk characterization for chronic non-cancer hazards.

*Figures & Tables from Dr. Kathleen Thiessen's Expert Report*