**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

           Plaintiffs,

   v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

           Defendants.

Case No. 17-CV-02162-EMC

**JOINT CERTIFICATION OF COUNSEL REGARDING TRIAL EXHIBITS**

Pursuant to Local Rule 5-1(g)(1)(A), counsel for the parties hereby certify that the exhibits filed on CM/ECF as "Admitted Exhibits" and listed below are true and correct copies of the exhibits submitted to the Court in this matter.

| Exhibit No. | Admitted Date | Description |
|---|---|---|
| 011 | 6/4/2020 | NIEHS/EPA Children's Environmental Health and Disease Prevention Research Centers: Protecting Children's Health Where They Live, Learn, and Play (EPA/600/R-17/407). |
| 012 | 6/4/2020 | Mundy, et al. "Building a Database of Developmental Neurotoxicants: Evidence from Human and Animal Studies" (Ex. 223). |
| 013 | 6/4/2020 | NRC. Fluoride in Drinking Water: A Scientific Review of EPA's Standards |
| 014 | 6/4/2020 | Declaration of FDA's Dental Officer Frederick Hyman (Nov 5, 2018) and accompanying letter from FDA. |
| 015 | 6/4/2020 | CDC's Objections to Deposition Subpoena |
| 016 | 6/4/2020 | Stipulation Regarding Manufacturers of Fluoridation Chemicals (ECF 101). |
| 017 | 6/4/2020 | EPA Guidelines for Neurotoxicity Risk Assessment (EPA/630/R-95/001F). |

| Exhibit No. | Admitted Date | Description |
|---|---|---|
| 018 | 6/4/2020 | EPA – Toxicological Review of 2,2',4,4'-Tetrabromodiphenyl Ether (BDE-47) (EPA/635/R-07/005F). |
| 019 | 6/4/2020 | EPA – Toxicological Review of 2-Hexanone (EPA/635/R-09/008F). |
| 020 | 6/4/2020 | EPA – Toxicological Review of Methanol (Noncancer) (EPA/635/R-11/001Fa). |
| 025 | 6/4/2020 | EPA - Exposure Factors Handbook (Introduction). |
| 026 | 6/12/2020 | EPA - Exposure Factors Handbook (Updated Chapter 3: Ingestion of Water and Other Select Liquids) |
| 031 | 6/4/2020 | EPA - Reregistration Eligibility Decision for Sodium Fluoride (EPA 739-R-07-010). |
| 032 | 6/17/2020 | EPA – IRIS Chemical Assessment Summary: Methylmercury (MeHg); CASRN 22967-92-6 |
| 033 | 6/4/2020 | EPA – Regulatory Impact Analysis of the Final Clean Air Mercury Rule, EPA-452/R-05-003. |
| 034 | 6/4/2020 | EPA – Regulatory Impact Analysis of the Proposed Revisions to the National Ambient Air Quality Standards for Lead, https://www3.epa.gov/ttn/ecas/docs/ria/naaqs-lead_ria_final_2008-10.pdf. |
| 035 | 6/4/2020 | EPA – Economic Analysis of Toxic Substances Control Act Section 403: Lead-Based Paint Hazard Standards, https://www.epa.gov/sites/production/files/documents/403_ea_d21.pdf. |
| 036 | 6/4/2020 | EPA Website – "About Risk Assessment," https://www.epa.gov/risk/about-risk-assessment#whatisrisk. |
| 037 | 6/4/2020 | EPA Website – "NRC Risk Assessment Paradigm," https://www.epa.gov/fera/nrc-risk-assessment-paradigm. |
| 038 | 6/4/2020 | EPA Website – "Conducting a Human Health Risk Assessment, https://www.epa.gov/risk/conducting-human-health-risk-assessment. |
| 039 | 6/4/2020 | EPA Website – "Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups," https://www.epa.gov/expobox/exposure-assessment-tools-lifestages-and-populations-highly-exposed-or-other-susceptible. |
| 041 | 6/4/2020 | Federal Register, Volume 76, Number 12 (January 19, 2011), Pages 3,422-3,449: Sulfuryl Fluoride; Proposed Order Granting Objections to Tolerances and Denying Request for a Stay. |
| 042 | 6/4/2020 | Federal Register, Volume 73, Number 219 (November 12, 2008), Pages 66,964–67,062. National Ambient Air Quality Standards for Lead; Final Rule. |
| 043 | 6/4/2020 | Federal Register, Volume 84, Number 123 (June 26, 2019), Pages 30,524-30,569) National Primary Drinking Water Regulations: Perchlorate; Proposed rule, request for public comment. |
| 044 | 6/4/2020 | Memorandum from Steve M. Knott to Wendy Cleland-Hamnett, Director of OPPT (Ex. 237). |

| Exhibit No. | Admitted Date | Description |
|---|---|---|
| 045 | 6/4/2020 | Power point of Dr. Tala Henry (Ex. 235), along with cover pages (Ex. 236). |
| 047 | 6/10/2020 | EPA - Draft Risk Evaluation for 1-Bromopropane (740-R1-8013). |
| 049 | 6/12/2020 | EPA - Draft Risk Evaluation for N-Methylpyrrolidone (NMP) (EPA-R1-8009) |
| 052 | 6/4/2020 | Second Amended Declaration of Scott Edwards. |
| 053 | 6/4/2020 | Declaration of Kristie Lavelle. |
| 054 | 6/4/2020 | Declaration of Julie Simms. |
| 055 | 6/4/2020 | Declaration of Brenda Staudenmaier. |
| 056 | 6/4/2020 | Declaration of Audrey Adams. |
| 057 | 6/4/2020 | Declaration of Jessica Trader. |
| 058 | 6/4/2020 | Declaration of Moms Against Fluoridation. |
| 062 | 2/1/2024 | Updated CV of Dr. Philippe Grandjean. |
| 063 | 2/1/2024 | Updated CV of Dr. Howard Hu. |
| 064 | 2/1/2024 | Updated CV of Dr. Bruce Lanphear. |
| 065 | 2/1/2024 | Updated CV of Dr. Kathleen Thiessen. |
| 066 | 2/1/2024 | May 1, 2023 Declaration of Jessica Trader. |
| 067 | 2/1/2024 | NTP's May 2022 Prepublication Monograph. |
| 068 | 2/1/2024 | NTP's July 2022 Draft Meta-Analysis. |
| 069 | 2/1/2024 | NTP BSC Working Group Report on the Draft State of the Science Monograph and the Draft Meta-Analysis Manuscript on Fluoride, Final Report: Approved by the NTP BSC on May 16, 2023 (including appendices). |
| 070 | 2/1/2024 | Key to Agency Comments on Draft State of the Science Monograph and Draft Meta-Analysis Manuscript. |
| 088 | 2/1/2024 | Figures & Tables from Dr. Thiessen's Third Supplemental Expert Report. |
| 095 | 2/1/2024 | NASEM (2021) The Use of Systematic Review in EPA's Toxic Substances Control Act Risk Evaluations. |
| 096 | 2/1/2024 | EPA Final Risk Evaluation for PCE. |
| 097 | 2/1/2024 | EPA Final Risk Evaluation for HBCD. |
| 098 | 2/1/2024 | EPA Final Risk Evaluation for 1,4 Dioxane. |
| 099 | 2/1/2024 | EPA Final Risk Evaluation for PV-29. |
| 100 | 2/1/2024 | EPA Final Risk Evaluation for 1-BP. |
| 101 | 2/1/2024 | EPA Final Risk Evaluation for Carbon Tetrachloride. |
| 102 | 2/1/2024 | EPA Final Risk Evaluation for Methylene Chloride. |
| 103 | 2/1/2024 | EPA Final Risk Evaluation for NMP. |
| 104 | 2/1/2024 | EPA Final Risk Evaluation for TCE. |
| 105 | 2/5/2024 | Julvez 2015. Maternal Consumption of Seafood in Pregnancy and Child Neuropsychological Development: A Longitudinal Study Based on a Population With High Consumption Levels. |

| Exhibit No. | Admitted Date | Description |
|---|---|---|
| 106 | 2/5/2024 | Bashash 2017. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. |
| 107 | 2/5/2024 | Bashash 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. |
| 108 | 2/5/2024 | Till 2018. Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. |
| 109 | 2/5/2024 | Green 2019. Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada. |
| 110 | 2/5/2024 | Cantoral 2021. Dietary fluoride intake during pregnancy and neurodevelopment in toddlers: A prospective study in the progress cohort. |
| 111 | 2/5/2024 | Thippeswamy 2021. Linear regression approach for predicting fluoride concentrations in maternal serum, urine and cord blood of pregnant women consuming fluoride containing drinking water. |
| 112 | 2/5/2024 | Adkins 2022. Fluoride Exposure During Early Adolescence and its Association with Internalizing Symptoms. |
| 113 | 2/5/2024 | Do 2022. Early Childhood Exposures to Fluorides and Child Behavioral Development and Executive Function: A Population-Based Longitudinal Study. |
| 114 | 2/5/2024 | Ibarluzea 2022. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. |
| 115 | 2/5/2024 | Goodman 2022a. Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6-12 years in the ELEMENT cohort. |
| 116 | 2/5/2024 | Goodman 2022b. Iodine Status Modifies the Association between Fluoride Exposure in Pregnancy and Preschool Boys' Intelligence. |
| 117 | 2/5/2024 | Dewey 2023. Fluoride exposure during pregnancy from a community water supply is associated with executive function in preschool children: A prospective ecological cohort study. |
| 118 | 2/5/2024 | Godebo 2023. Journal Pre-proof. Associations between fluoride exposure in drinking water and cognitive deficits in children: A pilot study. |
| 119 | 2/5/2024 | Grandjean 2023. Dose dependence of prenatal fluoride exposure associations with cognitive performance at school age in three prospective studies. |
| 120 | 2/5/2024 | Hall 2023. Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort. |
| 121 | 2/5/2024 | Ibarluzea 2023. Association of maternal prenatal urinary fluoride levels with ADHD symptoms in childhood. |
| 122 | 2/5/2024 | Malin 2023. Urinary fluoride levels and metal co-exposures among pregnant women in Los Angeles, California. |
| 123 | 2/5/2024 | Till 2020. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. |

| Exhibit No. | Admitted Date | Description |
|---|---|---|
| 124 | 2/5/2024 | Grandjean 2022. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children. |
| 125 | 2/9/2024 | Draft NTP Monograph (September 2019). |
| 126 | 2/9/2024 | Draft NTP Monograph (revised September 2020). |
| 128 | 2/7/2024 | Expert Panel Meeting on the Health Effects of Fluoride in Drinking Water: Summary report. |
| 129 | 2/7/2024 | RSI 2024 - Systematic review of epidemiological and toxicological evidence on health effects of fluoride in drinking water. |
| 130 | 2/9/2024 | RSI 2024 Supplement - A flowchart and description of the systematic review process. |
| 131 | 2/9/2024 | RSI 2024 Supplement - In-depth review of studies analyzed. |
| 132 | 2/9/2024 | RSI Systematic Review provided to the Health Canada expert panel. |
| 133 | 2/9/2024 | RSI Systematic Review supplementary material provided to the Health Canada expert panel. |
| 134 | 2/12/2024 | Deposition designations video of Jesus Ibarluzea. |
| 135 | 2/12/2024 | Email from Jesus Ibarluzea dated August 2, 2022 (unredacted). |
| 504 | 6/4/2020 | Curriculum Vitae for Ellen Chang, Sc.D. |
| 505 | 6/4/2020 | Tables and Figures from Rebuttal Report of Ellen Chang, Sc.D. |
| 509 | 6/4/2020 | Curriculum Vitae for Joyce Tsuji, Ph.D., DABT, Fellow ATS. |
| 510 | 6/4/2020 | Tables and Figures from Rebuttal Report of Joyce Tsuji. |
| 511 | 6/4/2020 | Curriculum Vitae for Tala Henry, Ph.D. |
| 512 | 6/4/2020 | Tables and Figures from Initial Summary of the Facts and Opinions to Which Tala Henry is Expected to Testify. |
| 513 | 6/4/2020 | Tables and Figures from Rebuttal Summary of the Facts and Opinions to Which Tala Henry is Expected to Testify. |
| 514 | 6/4/2020 | Environmental Protection Agency, 40 CFR Chapter I, [EPA–HQ–OPPT–2016–0763; FRL–9959–74], Fluoride Chemicals in Drinking Water; TSCA Section 21 Petition; Reasons for Agency Response. Federal Register Vol. 82, No. 37, 11878–11890. |
| 515 | 6/4/2020 | Fluoride Action Network. Citizen Petition Under Section 21 of TSCA. |
| 516 | 6/4/2020 | DHHS. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Rep 2015;130(4):318-331. |
| 518 | 6/4/2020 | NTP. 2015a Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. U.S. Department of Health and Human Services, National Toxicology Program. |
| 530 | 6/4/2020 | U.S. EPA (1992) Guidelines for Exposure Assessment. EPA 600-Z-92-001. https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=15263. |
| 532 | 6/4/2020 | U.S. EPA (1998a) Guidelines for Neurotoxicity Risk Assessment. EPA 630-R-95-001F. 1998. https://www.epa.gov/sites/production/files/2014-11/documents/neuro_tox.pdf. |

| Exhibit No. | Admitted Date | Description |
|---|---|---|
| 533 | 6/4/2020 | U.S. EPA (2000) Risk Characterization Handbook. EPA 100-B-00-002 https://www.epa.gov/sites/production/files/2015-10/documents/osp_risk_characterization_handbook_2000.pdf, including U.S. EPA (1995) Policy for Risk Characterization; Science Policy Council Handbook. |
| 535 | 6/4/2020 | U.S. EPA. (2014) Framework for Human Health Risk Assessment to Inform Decision Making. EPA/100/R-14/001 https://www.epa.gov/sites/production/files/2014-12/documents/hhraframework-final-2014.pdf. |
| 538 | 6/4/2020 | U.S. EPA (2017) Guidance to Assist Interested Persons in Developing and Submitting Draft Risk Evaluations Under the Toxic Substances Control Act. EPA-740-R17-001 https://www.epa.gov/sites/production/files/2017-06/documents/tsca_ra_guidance_final.pdf. |
| 539 | 6/4/2020 | U.S. EPA (2018) Application of Systematic Review in TSCA Risk Evaluations. EPA-740-P1-8001 https://www.epa.gov/assessing-and-managing-chemicals-undertsca/application-systematic-review-tsca-risk-evaluations. |
| 544 | 6/4/2020 | Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act (82 Fed. Reg. 33,726). |
| 553 | 6/4/2020 | NTP 2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. NTP RR 1. National Toxicology Program, Research Triangle Park, N.C. |
| 643 | 6/4/2020 | Dr. Thayer's resume. |
| 650 | 2/1/2024 | CV for Dr. David Savitz. |
| 651 | 2/1/2024 | CV for Dr. Stanley Barone. |
| 652 | 2/1/2024 | CV for Dr. Jesús Ibarluzea. |
| 653 | 2/1/2024 | NASEM Review of the Draft NTP Monograph: Systematic Review of Fluoride Exposure and Neurodevelopmental and cognitive Health Effects (2020). |
| 654 | 2/1/2024 | NASEM Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Letter Report (2021). |
| 655 | 2/1/2024 | Chapter 8 of the EPA Exposure Factors Handbook (September 2011). |
| 656 | 2/1/2024 | Table 1 from Dr. Savitz's Expert Report: Summary of Methodological Features from ELEMENT, MIREC, and INMA (Summary of Opinion). |
| 657 | 2/1/2024 | Table 2 from Dr. Savitz's Expert Report: Summary of Results from ELEMENT, MIREC, and INMA (Summary of Opinion). |

Date: March 14, 2024

Respectfully submitted,

*/s/ Michael Connett*
MICHAEL CONNETT
C. ANDREW WATERS
WATERS, KRAUS & PAUL
11601 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 414-8146

*Attorneys for Plaintiffs*

Date: March 14, 2024

Respectfully Submitted,

TODD KIM
Assistant Attorney General

*/s/ Brandon N. Adkins*
PAUL A. CAINTIC
BRANDON N. ADKINS
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2593 (Caintic)
Tel: (202) 616-9174 (Adkins)
Fax: (202) 514-8865
Paul.Caintic@usdoj.gov
Brandon.Adkins@usdoj.gov

ISMAIL J. RAMSEY
United States Attorney

MICHELLE LO
Chief, Civil Division

EMMET P. ONG
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Tel: (510) 637-3929
Fax: (510) 637-3724
Emmet.Ong@usdoj.gov

*Attorneys for Defendants*