

**HHS Public Access**

Author manuscript

*Environ Res.* Author manuscript; available in PMC 2023 February 01.

Published in final edited form as:
*Environ Res.* 2022 August ; 211: 112993. doi:10.1016/j.envres.2022.112993.

# Domain-specific effects of prenatal fluoride exposure on child IQ at 4, 5, and 6–12 years in the ELEMENT cohort

**Carly V. Goodman**[a], **Morteza Bashash**[b], **Rivka Green**[a], **Peter Song**[c], **Karen E. Peterson**[c], **Lourdes Schnaas**[d], **Adriana Mercado-García**[e], **Sandra Martínez-Medina**[d], **Mauricio Hernández-Avila**[f], **Angeles Martinez-Mier**[g], **Martha M. Téllez-Rojo**[e,*], **Howard Hu**[b], **Christine Till**[a]

[a]Faculty of Health, York University, Toronto, Ontario, Canada

[b]Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada

[c]School of Public Health, University of Michigan, Ann Arbor, MI, USA

[d]Instituto Nacional de Perinatología, Mexico City, Mexico

[e]Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

[f]Instituto Nacional del Seguro Social, Mexico City, Mexico

[g]Indiana University School of Dentistry, Indianapolis, IN, USA

## Abstract

**Objective:** Prenatal exposure to fluoride has been associated with adverse neurodevelopmental outcomes. However, the neuropsychological profile of fluoride's developmental neurotoxicity at low levels and the stability of this relationship across childhood has not been characterized. We investigated the longitudinal and domain specific effect of prenatal fluoride exposure on IQ among children ages 4, 5, and 6–12 years in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort.

**Methods:** We measured the average of maternal urinary fluoride at each trimester of pregnancy adjusted for creatinine ($MUF_{CRE}$). Children were administered the McCarthy Scales of Children's Abilities at ages 4 (N = 386) and 5 (N = 308), and the Wechsler Abbreviated Scale of Intelligence at age 6–12 (N = 278). We used generalized estimating equation (GEE) models to estimate the population averaged effect of $MUF_{CRE}$ concentration on longitudinal General Cognitive Index (GCI)/Full-Scale IQ (FSIQ), Verbal IQ (VIQ), and Performance IQ (PIQ) scores (N = 348). We tested for possible interactions between $MUF_{CRE}$ and child sex as well as for $MUF_{CRE}$ and time point on children's IQ. All models controlled for relevant available covariates.

*Corresponding author. Universidad 655, Col. Santa María Ahuacatitlán, Cuernavaca, Morelos, 62100, Mexico. mmtellez@insp.mx (M.M. Téllez-Rojo).

Declaration of competing interest
The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

Appendix A. Supplementary data
Supplementary data to this article can be found online at https://doi.org/10.1016/j.envres.2022.112993.

Trial Exhibit
Food & Water v. EPA
3:17-cv-02162-EMC
**115**

**Results:** The mean/median $MUF_{CRE}$ concentration was 0.90/0.83 mg/L (SD = 0.39; IQR, 0.64–1.11 mg/L). A 0.5 mg/L increase in $MUF_{CRE}$ predicted an average 2.12-point decrease in GCI/FSIQ (95% CI: −3.49, −0.75) and 2.63-point decrease in PIQ (95% CI: −3.87, −1.40). $MUF_{CRE}$ was marginally associated with VIQ across time (B = −1.29, 95% CI: −2.60, 0.01). No interactions between $MUF_{CRE}$ and child sex or $MUF_{CRE}$ and time were observed.

**Conclusion:** The negative association between prenatal fluoride exposure and longitudinal IQ was driven by decrements in non-verbal intelligence (i.e. PIQ), suggesting that visual-spatial and perceptual reasoning abilities may be more impacted by prenatal fluoride exposure as compared to verbal abilities.

**Keywords**

Fluoride; Pregnancy; Longitudinal; IQ; Verbal intelligence; Non-verbal intelligence; Neurodevelopment

## 1.  Introduction

Fluoride is added to drinking water and salt for the prevention of dental caries (CDC, 2016). Other sources of fluoride include fluoridated dental products and supplements, certain foods that absorb naturally occurring fluoride, such as green and black tea, and foods that are sprayed with fluoride-containing pesticides (i.e., grapes; Nutrient Data Laboratory, 2015; Zohoori et al., 2013). Recent studies conducted in the United States (Abduweli Uyghurturk et al., 2020), Canada (Till et al., 2018), and Mexico (Thomas et al., 2016; Castiblanco-Rubio et al., 2021) have reported positive associations between fluoride from dietary sources, including drinking water and salt, and urinary fluoride levels in pregnant women. Because of its ubiquity and its ability to pass through the placenta and blood-brain barrier to reach the fetal brain (Agency for Toxic Substances and Disease Registry, 2003), the safety of fluoride exposure in pregnancy has received much attention, both in endemic fluorosis areas (Jiménez et al., 2017) and communities that have fluoridation programs (Green et al., 2019; Bashash et al., 2017).

While it is not disputed that fluoride is a developmental neurotoxicant at high exposure levels, there are relatively few studies that have assessed fluoride's potential neurotoxicity at levels found in fluoridated areas (i.e., 0.7 mg/L), particularly for pregnant women and young infants. In 2021, the National Toxicology Program (National Toxicology Program, 2020) conducted a systematic review on the impact of fluoride on neurodevelopmental outcomes. The NTP identified two high-quality prospective birth cohort studies that were conducted in Mexico City where salt is fluoridated at 250 ppm (Bashash et al., 2017) and in Canada where drinking water is fluoridated at 0.7 mg/L (Green et al., 2019). Both cohort studies found a 4-to 6-point lower Full-Scale IQ score in children per 1 mg/L increase in maternal urinary fluoride level; in the Canadian cohort the effect of maternal urinary fluoride on IQ was only found in boys while the effect of drinking water fluoride level on IQ was found in both boys and girls.

Most human developmental toxicology studies focus on global or composite test scores, such as Full-Scale IQ, which are derived from a diverse set of tasks (Kamphaus, 2019).

While global outcomes are considered highly significant from a public health (Lanphear, 2015) and economic standpoint (Gould, 2009), a low composite score does not convey specific information about the child's intellectual and cognitive profile. When there are strengths and weaknesses in a cognitive profile, the use of a composite score may have high sensitivity, but at the cost of low specificity (Fiorello et al., 2007). Partitioning Full-Scale IQ into domain specific intellectual abilities, such as verbal and nonverbal skills, may reveal particular cognitive domains that are more sensitive to neurotoxic exposures or may be differentially affected over time (Bellinger et al., 2016). For example, studies have demonstrated that prenatal and early-life lead exposure is more strongly associated with non-verbal intelligence compared to verbal intelligence between the ages of 2–7 (Bellinger et al., 1991; Desrochers-Couture et al., 2018; Dietrich et al., 1991, 1993; Factor-Litvak et al., 1999; Jusko et al., 2008; Wasserman et al., 1997). Similarly, prenatal and early-life fluoride exposure has been associated with greater deficits in non-verbal abilities than verbal abilities in preschool years (Till et al., 2020; Farmus et al., 2021; Cantoral et al., 2021); however, other studies examining early-life exposure to fluoride did not find observe this profile (Ibarluzea et al., 2021) or did not report verbal and non-verbal intelligence (Bashash et al., 2017). Whether non-verbal intelligence is associated with early life exposure to fluoride over the course of child development has not been examined.

In the present study, we examined the longitudinal and domain specific effects (i.e., verbal and nonverbal intelligence) of prenatal fluoride exposure on IQ in mother-child dyads from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort. Since our prior publication on this cohort (Bashash et al., 2017), we received additional maternal urinary fluoride and creatinine data enabling us to examine children's IQ at three separate time points (age 4, 5, and 6–12 years) and using a larger sample size at each time point relative to our prior work. We also examined the potential for sex-specific effects based on findings that boys may be more susceptible to prenatal exposure than girls (Cantoral et al., 2021; Comfort and Re, 2017; Green et al., 2019, 2020; Torres-Rojas and Jones, 2018).

## 2.  Methods

### 2.1.  Study sample

The ELEMENT project enrolled mother-child pairs from three hospitals in Mexico City serving low to middle income families. Participants were recruited as part of four longitudinal birth cohort studies and are described in a recent cohort profile paper (see Perng et al., 2019). Of the four cohorts, cohorts 2 A and 3 had prenatal information and archived maternal urine samples collected during pregnancy. Cohort 2 A included 327 women recruited between 1997 and 1999 for an observational study of prenatal lead exposure and neurodevelopment outcomes in children (Hu et al., 2006). Cohort 3 included 670 women recruited between 2001 and 2003 for a randomized trial of the effect of calcium supplementation during pregnancy on maternal blood levels (Ettinger et al., 2009). Women were included in cohorts 2 A and 3 if they were planning to conceive or were pregnant at less than 14 weeks gestation and intended to reside in Mexico City for at least five years. Women were excluded if they reported a history of psychiatric disorders or substance use, a high-risk pregnancy, and other medical conditions (see Bashash et al., 2017). For

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

the purpose of the current study, women from cohorts 2 A and 3 were included if they were at least 18 years of age, had at least one biobanked urine sample collected during pregnancy available for fluoride analysis, a urinary creatinine concentration, and if their child underwent IQ testing at the ages of 4, 5, or 6–12 years.

The institutional review boards of the National Institute of Public Health of Mexico, University of Toronto, University of Michigan, Indiana University, and Harvard T.H. Chan School of Public Health and participating clinics approved the study procedures. Participants were informed of study procedures prior to signing an informed consent required for participation in the study.

## 2.2. Measures

### 2.2.1. Maternal urinary fluoride (MUF) concentration—Spot (second morning void) urine samples were collected during one or more trimesters of pregnancy. The samples were collected into fluoride-free containers and immediately frozen at the field site. Samples were then shipped and stored at −20 °C at the Harvard School of Public Health (HSPH), and then at −80 °C at the University of Michigan School of Public Health (UMSPH). All urine samples were analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane (Sigma Chemical Co., USA) microdiffusion method with the ion-selective electrode (Martinez-Mier et al., 2011).

To account for variations in urinary dilution, each trimester MUF value (mg/L) was adjusted for urinary creatinine (prior to calculating the overall average MUF concentration) using this formula (Thomas et al., 2016; Till et al., 2018):

$$MUF_{CRE(mg/L)} = (MUF_i/CRE_i) * CRE_{avg}$$

where $MUF_{CRE (mg/L)}$ is the creatinine adjusted fluoride concentration, $MUF_i$ is the observed fluoride concentration, $CRE_i$ is the observed creatinine concentration for that individual, and $CRE_{avg}$ is the average creatinine concentration of the sample available at each trimester.

The average creatinine concentration ($CRE_{avg}$) value used at each trimester were derived from the sample of participants in cohorts 2 A and 3 with MUF data at trimester 1, 2, and 3: 100.13, 83.34, and 71.42 (mg/L), respectively. After calculating MUFCRE, extreme outliers (values greater than 3.5 standard deviations from the mean) were dropped (consistent with Bashash et al., 2017). An average of all available maternal urinary fluoride adjusted for creatinine concentrations ($MUF_{CRE}$) during pregnancy (maximum 3 samples and minimum one sample) was computed and used as the exposure measure.

### 2.2.2. Assessment of intelligence—Trained psychologists administered the McCarthy Scales of Children's Abilities (MSCA; McCarthy, 1991) to children aged 4 and 5, translated into Spanish. The MSCA includes 18 subtests which yield scores on five domains: perceptual-performance, verbal, quantitative, memory, and a motor index. For the purposes of this study, we included children assessed on two of the five domains given our

Author Manuscript

primary interest in examining the differential effects of fluoride on verbal and performance intelligence; specifically, children were assessed on the verbal scale (VIQ; a measure of verbal reasoning and comprehension) and the perceptual-performance scale (PIQ; a measure of nonverbal reasoning and perceptual information processing), which are each made up of seven subtests. Children were also assessed on the General Cognitive Index (GCI), which is the standardized composite score derived from the verbal, perceptual-performance, and quantitative scales produced by the MSCA.

Trained psychologists administered the Spanish version of Wechsler Abbreviated Scale of Intelligence (WASI; Wechsler, 1999) to children aged 6–12 years. The WASI includes four subtests; Vocabulary and Similarities are combined to provide estimates for Verbal (VIQ; a measure of verbal reasoning and comprehension), Block Design and Matrix Reasoning are combined to provide estimates for Performance (PIQ; a measure of nonverbal reasoning and spatial processing), and Full-Scale intelligence (FSIQ; a measure of global intellectual functioning) is the composite score of all 4 subtests.

Each child was evaluated by one of three psychologists who was unaware to the child's prenatal fluoride exposure and supervised by an experienced developmental psychologist (L.S.). The inter-examiner reliability of the psychologists on the MSCA was evaluated by having all three psychologists participate in assessments on a set of 30 individuals. For these 30 participants, one examiner would administer and score the MSCA; the other two psychologists observed the assessment and scored the test independent from the person who was administering the test. Each psychologist was observed for 10 of the 30 participants. The intraclass correlation coefficient ($r > 0.90$) was evaluated by calculating the correlation in GCI scores (standardized for age and sex). Inter-examiner reliability was not examined on the WASI test. All raw scores were standardized (mean = 100; SD = 15) for age.

**2.2.3.    Covariates—**We used the same covariates from a previous publication based on factors associated with fluoride and children's intellectual abilities (Bashash et al., 2017). These included maternal education (coded as number of years), maternal age at delivery, marital status at delivery (coded as married: yes/no), maternal smoking (coded as ever smoked: ever/never), gestational age (in weeks), weight at birth (in kilograms), birth order (coded as first child: yes/no), child age (in years and months) at each outcome measurement (i.e., MSCA at age 4, MSCA at age 5, and WASI between age 6–12), and cohort (coded as: Cohort 2 A, Cohort 3 + Ca supplement, and Cohort 3 + placebo). Given that we adjusted for maternal education (a proxy for IQ), and to preserve a larger sample size due to missing data, we did not include maternal IQ as a covariate in our main models, however, we included it as a covariate in sensitivity analyses. A continuous measure of quality of home environment using the Home Observation for Measurement of the Environment (HOME) - Revised Edition (Caldwell and Bradley, 1984) translated into Spanish was available on a subset of the cohort and therefore included as a covariate in sensitivity analyses (see Bashash et al., 2017 for more details). Furthermore, maternal one-month post-partum patella bone lead, and tibia bone lead were available on a subset of the cohort and were included in sensitivity analyses, to determine whether their inclusion significantly altered the results (Gomaa et al., 2002).

**2.2.4.   Statistical analyses**—Descriptive statistics were computed for exposure and outcome variables, as well as model covariates. Chi-square tests for categorical covariates and t-tests for continuous covariates were used to test for sampling differences amongst our included sample and the excluded sample with data on $MUF_{CRE}$. Pearson correlation coefficients were used to determine the correlation between IQ scores at each time point (age 4, 5, and 6–12).

To estimate the average effect of $MUF_{CRE}$ exposure on children's IQ scores across time, we used generalized estimating equation (GEE) population averaged models for panel data with an autoregressive correlation structure. The panel data were ordered by timepoint, such that time one represented IQ testing at age 4, time two represented IQ testing at age 5, and time three represented IQ testing between the ages of 6–12. Individuals were included in the model if they had data for at least two time points; thus, using the first-order autoregressive structure enabled us to take into account the correlation between IQ scores even if observations were unequally spaced in time.

In supplemental analyses, we ran age-stratified multiple linear regression analyses to estimate the individual associations between $MUF_{CRE}$ exposure and children's IQ scores at each time point (i.e., age 4, 5, and 6–12). Regression diagnostics did not reveal any model specification issues and confirmed that absence of collinearity (all variance inflation factors <4.5) in any of the models. Model residuals were approximately normally distributed, and in sensitivity analyses, extreme outliers depicted in Q-Q plots did not substantially change the results. When we plotted model residuals against model fitted values, there were no indications that the assumption of linearity or heteroscedasticity was violated.

To assess whether sex might be an effect modifier, we re-estimated all models with interactions between child sex and $MUF_{CRE}$ concentration. We also tested the stability of the effect of $MUF_{CRE}$ on IQ scores by including assessment time point by MUFcre interaction in all GEE models.

We used a statistical significance level of $\alpha = 0.05$, two-tailed for all tests. We report coefficients corresponding to a 0.5 mg/L increase in $MUF_{CRE}$ which represents the approximate difference between the 25th and 75th percentile of $MUF_{CRE}$ in our sample. All analyses were conducted using STATA version 17.0 (STATA corporation).

**2.2.5.   Sensitivity analyses**—As previously mentioned, sensitivity analyses were conducted with maternal IQ, HOME scores, maternal one-month post-partum patella bone lead, and tibia bone lead added to the model, to determine whether their inclusion significantly altered the results. Consistent with Bashash et al. (2017), participants in Cohort 3 randomized to the calcium intervention were excluded given the potential impact of calcium on fluoride (Mulualem et al., 2021). Models were also examined excluding IQ scores less than 70 to ensure that very low IQ scores were not influential outliers. Models were further examined including the number/timing of urine samples provided (i.e., trimester 1, 2, 3, 1 and 2, 1 and 3, 2 and 3, or 1 and 2 and 3) as a covariate. Moreover, children's quantitative scores on the MSCA were examined. These were not included in the

Author Manuscript

primary analyses as there is no equivalent measure on the WASI to examine longitudinal changes in our GEE analyses.

## 3. Results

### 3.1. Sample characteristics

Out of the 997 mothers from cohorts 2 A and 3, 971 were at least 18 years of age. Of the 971, 585 had urinary fluoride and urinary creatinine measured for at least one trimester (6 were excluded for having $MUF_{CRE}$ concentrations greater than 3.5 standard deviations from the mean). Of the 585 mothers with $MUF_{CRE}$ data, 391 had MSCA data at age 4, 314 had MSCA data at age 5, and 282 had WASI data at age 6–12. The final sample included 348 mother-child dyads with complete covariate, $MUF_{CRE}$, and outcome data for at least two time points (see Fig. 1); from hereon, this sample is referred to as the primary sample.

Table 1 describes the sociodemographic characteristics of the mother-child dyads included in the current analysis. Mothers were approximately 27 years old at delivery and had on average 11 years of education. The majority of mothers were married (~70%) and about one-third were nulliparous (~34%). Roughly half of the participants reported ever smoking (~49%).

The current study sample consisted of about 36% of women from cohort 2 A, 35% from cohort 3-Ca, and 29% from cohort 3-Placebo. The mean birth weight of the children was within normal range (~3.13 kg) and the mean gestational age was within a full-term pregnancy (~39 weeks). Children's age at outcome testing ranged from 3 years and 8 months to 11 years and 9 months. Approximately half of the sample was male (~48%). Demographic characteristics of the 348 mother-child dyads with $MUF_{CRE}$ and IQ data did not significantly differ from the subset of participants without complete IQ data on any of the demographic characteristics other than the percentage of people from each cohort (n = 210; Supplemental Table 1)

### 3.2. $MUF_{CRE}$ data

The mean/median $MUF_{CRE}$ concentration in our primary sample was 0.90/0.83 mg/L (SD = 0.39; range, 0.14–3.01 mg/L). Of the 348 mother-child dyads in our primary sample, 55 had $MUF_{CRE}$ data from each of the three trimesters; 141 had data from two of the three trimesters ($n$ = 102, T1 and T2; $n$ = 29, T1 and T3; and $n$ = 10, T2 and T3); and 152 had data from one of the three trimesters ($n$ = 72, T1; $n$ = 64, T2; and $n$ = 16, T3).

### 3.3. IQ data

The mean scores of, and the correlation between, the MSCA and WASI are shown in Table 2. GCI/FSIQ, PIQ, and VIQ scores across ages 4, 5 and 6–12 years were moderately to highly correlated, with correlations decreasing across time (r values ranging from 0.49 to 0.76).

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

### 3.4.  Effects of MUF$_{CRE}$ on IQ

**3.4.1.   GEE population-averaged models**—We observed statistically significant negative associations between MUF$_{CRE}$ concentration and GCI/FSIQ and PIQ scores (Table 3). Specifically, after covariate adjustment, every 0.5 mg/L increase in MUF$_{CRE}$ concentration was significantly associated with an average 2.12-point decrease in GCI/FSIQ (95% CI: −3.49, −0.75, $p$ = .002) and 2.63-point decrease in PIQ (95% CI: −3.87, −1.40, $p$ < .001) across age. The association of MUF$_{CRE}$ concentration with VIQ across age was negative but only of borderline statistical significance (B = −1.29, 95% CI: −2.60, 0.01, $p$ = .053). No interactions were observed between MUF$_{CRE}$ and time in any of the models. Similarly, no interactions were observed between MUF$_{CRE}$ and child sex (i.e., all $p$ values > .10). Fig. 2 shows the longitudinal relationship between MUF$_{CRE}$ and IQ outcomes.

**3.4.2.   Linear regression analyses**—In Supplemental Table 2, we found a significant negative relationship between MUF$_{CRE}$ concentration and FSIQ and PIQ at ages 4 and 5. Specifically, at age 4, we observed a 2.12-point decrease in FSIQ (95% CI: −3.83, −0.41, $p$ = .015) and a 3.08-point decrease in PIQ (95% CI: −4.69, −1.47, $p$ < .001) for every 0.5 mg/L increase in MUF$_{CRE}$ concentration. At age 5, we observed a 1.97-point decrease in FSIQ (95% CI: −3.64, −0.30, $p$ = .021) and a 2.46-point decrease in PIQ (95% CI: −4.04, −0.87, $p$ = .003) for every 0.5 mg/L increase in MUF$_{CRE}$ concentration. At both ages 4 and 5, MUF$_{CRE}$ concentration was not significantly associated with VIQ. At ages 6–12 years, we observed a significant negative association between MUF$_{CRE}$ concentration and all three IQ outcomes. Specifically, for every 0.5 mg/L increase in MUF$_{CRE}$ concentration, we observed a 2.01-point decrease in FSIQ (95% CI: −3.66, −0.46, $p$ = .012), a 1.80-point decrease in PIQ (95% CI: −3.39, −0.21, $p$ = .027), and a 1.93-point decrease in VIQ (95% CI: −3.67, −0.18, $p$ = .031). No interactions were observed between MUF$_{CRE}$ and child sex in any of the models (i.e., all $p$ values > .10).

### 3.5.  Sensitivity analyses

The inclusion of number/timing of urine samples, maternal IQ, HOME scores, patella bone lead, or tibia bone lead in our GEE population-averaged models predicting FSIQ/GCI and PIQ, did not substantially alter the results. Similarly, the exclusion of participants with IQ scores less than 70 or in cohort 3 randomized to the calcium supplementation did not significantly affect our GEE population-averaged models predicting FSIQ/GCI and PIQ. The inclusion of maternal IQ and patella lead resulted in slightly more negative coefficients for our GEE population-averaged models predicting VIQ (see Supplemental Table 3). Models examining the effects of fluoride on the quantitative scale of the MSCA at ages 4 and 5 were non-significant (data not shown).

## 4.   Discussion

We examined the association between prenatal fluoride exposure and IQ scores in children of mothers included in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) study. Consistent with past research conducted on a smaller number of mother-child dyads from this cohort (Bashash et al., 2017), an increment of 0.5 mg/L in maternal urinary fluoride concentration was associated with a 2-point decrement in children's Full-

Scale IQ scores. Results remained consistent when we averaged IQ scores across ages 4, 5, and 6–12 or looked at fluoride-IQ associations separately at each age. We then examined the domain specific effects for the association between prenatal fluoride exposure and children's intelligence. Using a repeated-measures approach, results showed that higher maternal urinary fluoride (MUF$_{CRE}$ exposure was significantly associated with deficits in non-verbal intelligence (PIQ) and marginally associated with deficits in verbal intelligence (VIQ). These findings indicate that the association between prenatal fluoride exposure and IQ is stable over time, and that visual-spatial and perceptual reasoning abilities may be more impacted by fluoride exposure as compared to verbal abilities.

While we found that prenatal fluoride exposure was more negatively associated with PIQ than VIQ using a repeated-measures approach, our age-stratified analyses only indicated this pattern at ages 4 and 5. Between ages 6–12, prenatal fluoride exposure was significantly associated with decreases in *both* PIQ and VIQ, perhaps reflecting the use of an abbreviated measure (i.e. WASI) to assess intelligence as opposed to the full-length MSCA used with pre-school-aged children. Our findings of lower non-verbal intelligence in preschool years are in line with previous studies conducted in Canada and Mexico. Specifically, a Canadian prospective cohort study found that every 0.5 mg/L increase in prenatal fluoride exposure was significantly associated with a 4-point decrement in PIQ in boys but not similarly associated with VIQ in boys at age 3–4 (Farmus et al., 2021). A recent prospective study conducted in Mexico City on the PROGRESS cohort found that higher dietary fluoride intake during pregnancy was associated with poorer non-verbal abilities in boys at age 2 (Cantoral et al., 2021). In contrast, a study conducted in Spain found that higher maternal urinary fluoride was positively associated with IQ in boys at age 4 (Ibarluzea et al., 2021). However, the positive association between maternal urinary fluoride and higher verbal and performance IQ was driven by those living in non-fluoridated communities and further, was attenuated when adjusting for other neurotoxicants.

Despite consistencies with the Canadian and Mexican study with the specificity of our findings on non-verbal intelligence, we did not similarly find boys to be more vulnerable than girls in the current cohort. This discrepancy may reflect differences in contextual factors, such as socioeconomic status that interact with sex-specific genetic expressions or a lack of statistical power to detect effect modification with precision (Bellinger, 2000). Given these mixed findings, child sex should continue to be investigated in relation to fluoride neurotoxicity.

One reason for the stronger effects of fluoride on non-verbal intelligence, especially at younger ages, may relate to the influence of modifiable environmental factors. Within the context of neurotoxic exposures, social and parenting factors have been found to account for 40% or more of the variance in children's neurocognitive outcomes (Weiss, 2000), emphasizing the importance of the home environment. A more enriched home environment, involving parental responsiveness, involvement, and acceptance, as well as social, academic, and language stimulation, predicts greater verbal intelligence in young children (Luster and Dubow, 1992). Thus, our findings showing a marginal negative association between fluoride exposure and verbal abilities at earlier ages may reflect a potential buffering effect of the home environment. Future research is needed to explore whether the home environment may

Author Manuscript

differentially influence offspring outcomes and whether other outcomes, such as executive functioning and self-regulation, may also be affected (Morawska et al., 2019; Shonkoff et al., 2016) in the context of chemical exposures.

Another reason why non-verbal skills may be more vulnerable to prenatal fluoride exposure may relate to the mechanism of fluoride neurotoxicity. There is evidence from animal (Bobek et al., 1976; Cinar and Selcuk, 2005; Wang et al., 2009) and human studies (Chaitanya et al., 2018) that disruption to thyroid function may be involved. Thyroid hormones play an important role in brain development (Bernal, 2005), especially during early fetal development when the fetus is entirely dependent on maternal thyroid hormone but also from mid-gestation until birth when the fetus is partially dependent on maternal thyroid hormone (Morreale de Escobar, 2001; Thorpe-Beeston et al., 1991). Several studies demonstrate that low maternal free T4 is associated with decreased intelligence in children (Haddow et al., 1999; Henrichs et al., 2010; Julvez et al., 2013; Korevaar et al., 2016), and a recent meta-analysis of thyroid function and child IQ in 9036 mother-child dyads from Spain, the Netherlands, and the United Kingdom, found that decreased free T4 in early pregnancy was associated with a significant decrease in non-verbal intelligence (decrease of 3.9 points) but not in verbal intelligence (Levie et al., 2018). Taken together, fluoride exposure across pregnancy may cause reductions in maternal thyroid hormone, which in turn may result in more pronounced effects on non-verbal intelligence. Future research should explore free T4 as a mediator between prenatal fluoride exposure and non-verbal intelligence in children.

Lastly, there is neurochemical evidence from some (Ferreira et al., 2021; Niu et al., 2018; Qian et al., 2013), but not all (McPherson et al., 2018), animal studies that fluoride alters synaptic structures of the hippocampus. Further, fluoride has been found to be related to spatial learning and memory impairment in mice (Jiang et al., 2014) and human studies have demonstrated a direct role of the hippocampus in higher-order visual-spatial perception (Lee et al., 2012). Therefore, non-verbal skills may be more susceptible to prenatal fluoride exposure due to fluoride's impact on the hippocampus.

## 5.   Limitations

A limitation of our study is that fluoride exposure was estimated through maternal non-fasting spot urine samples. Urinary fluoride has a short half-life (approximately 5 h), and measurement of fluoride may be diluted by lack of control for behaviours that could contribute to acute changes in fluoride levels, such as consumption of fluoride-free bottled water prior to urine sampling. We minimized these limitations by collecting serial urine samples across more than one trimester of pregnancy (i.e., 1–3 urine samples) and adjusting for urinary dilution; however, only 196 of 348 (56.3%) of women included in the longitudinal sample provided 2 or 3 urine samples and the timing of urine collection was not standardized across the sample. Further, the correlations of MUF between trimesters were weak (r values ranging from 0.15 to 0.27). Future research should examine prenatal fluoride exposure using biomarkers that capture more chronic exposure to fluoride, such as fingernails or toenails, 24-h urine samples, or measurement of fluoride in shed deciduous teeth (Arora and Austin, 2013). Furthermore, the performance and verbal subscales of

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

the MSCA and WASI are made up of different subtests, which may capture different abilities, and are normed on different populations. For better interpretation, future studies should assess longitudinal outcomes using more similar tests across age such as the Wechsler Preschool & Primary Scale of Intelligence and the Wechsler Intelligence Scale for Children (Wahlstrom et al., 2018; Wechsler, 1989). A final limitation is that we are missing important covariate data for a large number of participants (for example, HOME scores and maternal lead), and as such, these variables could not be included in the main analyses. Important strengths of the study included the prospective and longitudinal design and blinded assessment of intelligence using standardized measures.

## 6. Conclusion

In conclusion, prenatal exposure to fluoride is associated with sustained impacts on IQ. Non-verbal abilities may be more susceptible to impairment from prenatal fluoride exposure as compared to verbal abilities. These results were found among mother-child pairs living in a region of Mexico in which fluoride is added to salt. These findings contribute to the growing body of evidence on fluoride's neurotoxicity, and indicate a need to develop recommendations for pregnant women. Future research should continue to investigate the mechanisms of action of low-level fluoride exposure with an emphasis on differences between non-verbal and verbal intelligence, which is important for risk assessment.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgements

The authors gratefully acknowledge: The American British Cowdray Hospital for providing facilities for the ELEMENT research and Dr. David Bellinger for his collaboration on the design and execution of the ELEMENT study's cognitive testing.

**Funding:**

This data was supported by the U.S. National Institutes of Health (NIH; grants R01ES030365, R01ES021446 and R01-ES007821); the National Institute of Environmental Health Sciences/the U.S. Environmental Protection Agency (NIEHS/EPA; grant P01ES022844, 83543601), the NIEHS (grant P42-ES05947, P20ES018171, and NIEHS Center Grant P30ES017885), and by the National Institute of Public Health/Ministry of Health of Mexico. This publication's contents are solely the responsibility of the grantee and do not necessarily represent the official views of the NIEHS, NIH, or USEPA. Further, USEPA does not endorse the purchase of any commercial products or services mentioned in the publication.

## References

Abduweli Uyghurturk D, Goin DE, Martinez-Mier EA, Woodruff TJ, DenBesten PK, 2020. Maternal and fetal exposures to fluoride during mid-gestation among pregnant women in northern California. Environ. Health 19, 1–9. 10.1186/s12940-020-00581-2. [PubMed: 31898503]

Agency for Toxic Substances and Disease Registry (ATSDR), 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine (Update). ATSDR, Atlanta.

Arora M, Austin C, 2013. Teeth as a biomarker of past chemical exposure. Curr. Opin. Pediatr 25 (2), 261–267. 10.1097/MOP.0b013e32835e9084. [PubMed: 23429707]

Bashash M, Thomas D, Hu H, Angeles Martinez-Mier E, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Tellez-Rojo MM, Hernandez-Avila M,

2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health Perspect 125 (9), 097017 10.1289/EHP655. [PubMed: 28937959]

Bellinger DC, 2000. Effect modification in epidemiologic studies of low-level neurotoxicant exposures and health outcomes. Neurotoxicol. Teratol 22 (1), 133–140. 10.1016/s0892-0362(99)00053-7. [PubMed: 10642122]

Bellinger D, Leviton A, Sloman J, Rabinowitz M, Needleman HL, Waternaux C, 1991. Low-level lead exposure and children's cognitive function in the preschool years. Pediatrics 87 (2), 219–227. [PubMed: 1987535]

Bellinger DC, Matthews-Bellinger JA, Kordas K, 2016. A developmental perspective on early-life exposure to neurotoxicants. Environ. Int 94, 103–112. 10.1016/j.envint.2016.05.014. [PubMed: 27235688]

Bernal J, 2005. Thyroid hormones and brain development. Vitam. Horm 71, 95–122. 10.1016/S0083-6729(05)71004-9. [PubMed: 16112266]

Bobek S, Kahl S, Ewy Z, 1976. Effect of long-term fluoride administration on thyroid hormones level blood in rats. Endocrinol. Exp 10 (4), 289–295. [PubMed: 1087230]

Caldwell BM, Bradley RH, 1984. Home Observation for Measurement of the Environment. Little Rock: University of Arkansas at Little Rock.

Cantoral A, Malin AJ, Schnaas L, Osorio-Valencia E, Mercado A, Martinez-Mier EA, Wright RO, Téllez-Rojo MM, Till C, 2021. Dietary fluoride intake during pregnancy and neurodevelopment in toddlers: a prospective study in the PROGRESS cohort. Neurotoxicology 87, 86–93. 10.1016/j.neuro.2021.08.015. [PubMed: 34478773]

Castiblanco-Rubio GA, Muñoz-Rocha TV, Téllez-Rojo MM, Ettinger AS, Mercado-García A, Peterson KE, et al. 2021. Dietary influences on urinary fluoride over the course of pregnancy and at one-year postpartum. Biol. Trace Elem. Res 1–12 10.1007/s12011-021-02799-8.

Centers for Disease Control and Prevention, 2016. Water Fluoridation Data & Statistics. Monitoring Fluoridation in the United States [cited 2018 Spring 15] Available from:. https://www.cdc.gov/fluoridation/statistics/index.htm.

Chaitanya NC, Karunakar P, Allam NSJ, Priya MH, Alekhya B, Nauseen S, 2018. A systematic analysis on possibility of water fluoridation causing hypothyroidism. Indian J. Dent. Res 29 (3), 358. 10.4103/ijdr.IJDR_505_16. [PubMed: 29900922]

Cinar A, Selcuk M, 2005. Effects of chronic fluorosis on thyroxine, triiodothyronine, and protein-bound iodine in cows. Fluoride 38 (1), 65–68.

Comfort N, Re DB, 2017. Sex-specific neurotoxic effects of organophosphate pesticides across the life course. Curr. Environ. Health Rep 4 (4), 392–404. 10.1007/s40572-017-0171-y. [PubMed: 29063415]

Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Séguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Lanphear B, Muckle G, 2018. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. Environ. Int 121, 1235–1242. 10.1016/j.envint.2018.10.043. [PubMed: 30392942]

Dietrich KN, Berger OG, Succop PA, Hammond PB, Bornschein RL, 1993. The developmental consequences of low to moderate prenatal and postnatal lead exposure: intellectual attainment in the Cincinnati Lead Study Cohort following school entry. Neurotoxicol. Teratol 15 (1), 37–44. 10.1016/0892-0362(93)90043-N. [PubMed: 8459787]

Dietrich KN, Succop PA, Berger OG, Hammond PB, Bornschein RL, 1991. Lead exposure and the cognitive development of urban preschool children: the Cincinnati Lead Study cohort at age 4 years. Neurotoxicol. Teratol 13 (2), 203–211. 10.1016/0892-0362(91)90012-L. [PubMed: 1710765]

Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, Hu H, Hernández-Avila M, 2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ. Health Perspect 117 (1), 26–31. 10.1289/ehp.11868. [PubMed: 19165383]

Factor-Litvak P, Wasserman G, Kline JK, Graziano J, 1999. The Yugoslavia Prospective Study of environmental lead exposure. Environ. Health Perspect 107(1), 9–15. 10.1289/ehp.991079. [PubMed: 9872712]

Author Manuscript

Farmus L, Till C, Green R, Hornung R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear BP, Flora D, 2021. Critical Windows of Fluoride Neurotoxicity in Canadian Children. Environmental Research, p. 111315. 10.1016/j.envres.2021.111315. [PubMed: 34051202]

Ferreira MKM, Aragão WAB, Bittencourt LO, Puty B, Dionizio A, de Souza MPC, et al. 2021. Fluoride exposure during pregnancy and lactation triggers oxidative stress and molecular changes in hippocampus of offspring rats. Ecotoxicol. Environ. Saf 208, 111437. 10.1016/j.ecoenv.2020.111437. [PubMed: 33096359]

Fiorello CA, Hale JB, Holdnack JA, Kavanagh JA, Terrell J, Long L, 2007. Interpreting intelligence test results for children with disabilities: is global intelligence relevant? Appl. Neuropsychol 14 (1), 2–12. 10.1080/09084280701280338. [PubMed: 17439365]

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al. 2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics 110 (1), 110–118. 10.1542/peds.110.1.110. [PubMed: 12093955]

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C, 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatr. 173 (10), 940–948. 10.1001/jamapediatrics.2019.1729. [PubMed: 31424532]

Green R, Rubenstein J, Popoli R, Capulong R, Till C, 2020. Sex-specific neurotoxic effects of early-life exposure to fluoride: a review of the epidemiologic and animal literature. Curr. Epidemiol. Rep 7, 263–273. 10.1007/s40471-020-00246-1. [PubMed: 33816056]

Gould E, 2009. Childhood lead poisoning: conservative estimates of the social and economic benefits of lead hazard control. Environ. Health Perspect 117 (7), 1162–1167. 10.1289/ehp.0800408. [PubMed: 19654928]

Haddow JE, Palomaki GE, Allan WC, Williams JR, Knight GJ, Gagnon J, O'Heir CE, Mitchell ML, Hermos RJ, Waisbren SE, Faix JD, Klein RZ, 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. N. Engl. J. Med 341 (8), 549–555. 10.1056/NEJM199908193410801. [PubMed: 10451459]

Henrichs J, Bongers-Schokking JJ, Schenk JJ, Ghassabian A, Schmidt HG, Visser TJ, Hooijkaas H, de Muinck Keizer-Schrama SMPF, Hofman A, Jaddoe VVW, Visser W, Steegers EAP, Verhulst FC, de Rijke YB, Tiemeier H, 2010. Maternal thyroid function during early pregnancy and cognitive functioning in early childhood: the generation R study. J. Clinic. Endocrinol. Metabol 95 (9), 4227–4234. 10.1210/jc.2010-0415.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, Schwartz J, Schnaas L, Mercado-Garcia A, Hernández-Avila M, 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ. Health Perspect 114 (11), 1730–1735. 10.1289/ehp.9067. [PubMed: 17107860]

Ibarluzea J, Gallastegi M, Santa-Marina L, Zabala AJ, Arranz E, Molinuevo A, et al. 2021. Prenatal Exposure to Fluoride and Neuropsychological Development in Early Childhood: 1-to 4 Years Old Children. Environmental Research, p. 112181. 10.1016/j.envres.2021.112181. [PubMed: 34627799]

Jiang S, Su J, Yao S, Zhang Y, Cao F, Wang F, et al. 2014. Fluoride and arsenic exposure impairs learning and memory and decreases mGluR5 expression in the hippocampus and cortex in rats. PLoS One 9 (4), e96041. 10.1371/journal.pone.0096041. [PubMed: 24759735]

Jiménez LV, Guzmán OL, Flores MC, Costilla-Salazar R, Hernández JC, Contreras YA, Rocha-Amador DO, 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59, 65–70. 10.1016/j.neuro.2016.12.011. [PubMed: 28077305]

Julvez J, Alvarez-Pedrerol M, Rebagliato M, Murcia M, Forns J, Garcia-Esteban R, Lertzundi N, Espada M, Tardón A, Riaño Galan I, Sunyer J, 2013. Thyroxine levels during pregnancy in healthy women and early child neurodevelopment. Epidemiology 150–157. 10.1097/EDE.0b013e318276ccd3. [PubMed: 23232616]

Jusko TA, Henderson CR Jr., Lanphear BP, Cory-Slechta DA, Parsons PJ, Canfield RL, 2008. Blood lead concentrations< 10 µg/dL and child intelligence at 6 years of age. Environ. Health Perspect 116 (2), 243–248. 10.1289/ehp.10424. [PubMed: 18288325]

Kamphaus RW, 2019. Clinical Assessment of Child and Adolescent Intelligence. Springer.

Case 3:17-cv-02162-EMC   Document 432-11   Filed 03/14/24   Page 14 of 23

Korevaar TI, Muetzel R, Medici M, Chaker L, Jaddoe VW, de Rijke YB, Steegers EA, Visser TJ, White T, Tiemiere H, Peeters RP, 2016. Association of maternal thyroid function during early pregnancy with offspring IQ and brain morphology in childhood: a population-based prospective cohort study. Lancet Diabetes Endocrinol. 4 (1), 35–43. 10.1016/S2213-8587(15)00327-7. [PubMed: 26497402]

Lanphear BP, 2015. The impact of toxins on the developing brain. Annu. Rev. Publ. Health 36, 211–230. 10.1146/annurev-publhealth-031912-114413.

Lee AC, Yeung LK, Barense MD, 2012. The hippocampus and visual perception. Front. Hum. Neurosci 6, 91. 10.3389/fnhum.2012.00091. [PubMed: 22529794]

Levie D, Korevaar TI, Bath SC, Dalmau-Bueno A, Murcia M, Espada M, Dineva M, Ibarluzea JM, Sunyer J, Tiemeier H, Rebagliato M, Rayman MP, Peeters RP, Guxens M, 2018. Thyroid function in early pregnancy, child IQ, and autistic traits: a meta-analysis of individual participant data. J. Clinic. Endocrinol. Metabol 103 (8), 2967–2979. 10.1210/jc.2018-00224.

Luster T, Dubow E, 1992. Home environment and maternal intelligence as predictors of verbal intelligence: a comparison of preschool and school-age children. Merrill-Palmer Q. 151–175.

Martinez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, Maguire A, Margineda J, O'Mullane D74., Phantumvanit P, Soto-Rojas AE, Stookey GK, Villa A, Wefel JS, Whelton H, Whitford GM, Zero DT, Zhang W, Zohouri V, 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res. 45 (1), 3–12. 10.1159/000321657. [PubMed: 21160184]

McCarthy D, 1991. Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide. TEA Ediciones, Madrid, Spain.

McPherson CA, Zhang G, Gilliam R, Brar SS, Wilson R, Brix A, et al. 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. Neurotox. Res 34 (4), 781–798. 10.1007/s12640-018-9870-x. [PubMed: 29404855]

Morawska A, Dittman CK, Rusby JC, 2019. Promoting self-regulation in young children: the role of parenting interventions. Clin. Child Fam. Psychol. Rev 22 (1), 43–51. [PubMed: 30715651]

Morreale de Escobar G, 2001. The role of thyroid hormone in fetal neurodevelopment. J. Pediatr. Endocrinol. Metab.: JPEM 14, 1453–1462. [PubMed: 11837499]

Mulualem D, Hailu D, Tessema M, Whiting SJ, 2021. Efficacy of calcium-containing eggshell powder supplementation on urinary fluoride and fluorosis symptoms in women in the Ethiopian rift valley. Nutrients 13 (4), 1052. 10.3390/nu13041052. [PubMed: 33804976]

National Toxicology Program, 2020. Revised Draft NTP Monograph on the Sytematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects.

Niu R, Chen H, Manthari RK, Sun Z, Wang J, Zhang J, Wang J, 2018. Effects of fluoride on synapse morphology and myelin damage in mouse hippocampus. Chemosphere 194, 628–633. 10.1016/j.chemosphere.2017.12.027. [PubMed: 29241138]

Nutrient Data Laboratory, 2015. USDA National Fluoride Database of Selected Beverages and Foods - Release 2 (2005). Nutrient Data Laboratory, Beltsville Human Nutrition Research Center, ARS. USDA. 10.15482/USDA.ADC/1178143.

Perng W, Tamayo-Ortiz M, Tang L, Sanchez BN, Cantoral A, Meeker JD, Dolinoy DC, Roberts EF, Martinez-Mier EA, Lamadrid-Figueroa H, et al. 2019. Early life exposure in Mexico to ENvironmental Toxicants (ELEMENT) project. BMJ Open 9 (8), e030427. 10.1136/bmjopen-2019-030427.

Qian W, Miao K, Li T, Zhang Z, 2013. Effect of selenium on fluoride-induced changes in synaptic plasticity in rat hippocampus. Biol. Trace Elem. Res 155 (2), 253–260. 10.1007/s12011-013-9773-x. [PubMed: 23959921]

Shonkoff JP, Richmond J, Levitt P, Bunge SA, Cameron JL, Duncan GJ, Nelson CA III, 2016. From Best Practices to Breakthrough Impacts a Science-Based Approach to Building a More Promising Future for Young Children and Families. Harvard University, Center on the Developing Child, Cambirdge, MA.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ. Res 150, 489–495. 10.1016/j.envres.2016.06.046. [PubMed: 27423051]

Trial Ex. 115.014

Thorpe-Beeston JG, Nicolaides KH, Felton CV, Butler J, McGregor AM, 1991. Maturation of the secretion of thyroid hormone and thyroid-stimulating hormone in the fetus. N. Engl. J. Med 324 (8), 532–536. 10.1056/NEJM199102213240805. [PubMed: 1899469] .

Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, et al. 2020. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ. Int 134, 105315. 10.1016/j.envint.2019.105315. [PubMed: 31743803]

Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B, 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ. Health Perspect 126 (10), 107001. 10.1289/EHP3546. [PubMed: 30392399]

Torres-Rojas C, Jones BC, 2018. Sex differences in neurotoxicogenetics. Front. Genet 9, 196. 10.3389/fgene.2018.00196. [PubMed: 29922331]

Wahlstrom D, Raiford SE, Breaux KC, Zhu J, Weiss LG, 2018. The Wechsler Preschool and Primary Scale of Intelligence—Fourth Edition, Wechsler Intelligence Scale for Children—Fifth Edition, and Wechsler Individual Achievement, test—third ed.

Wang H, Yang Z, Zhou B, Gao H, Yan X, Wang J, 2009. Fluoride-induced thyroid dysfunction in rats: roles of dietary protein and calcium level. Toxicol. Ind. Health 25 (1), 49–57. 10.1177/0748233709102720. [PubMed: 19318504]

Wasserman GA, Liu X, Lolacono NJ, Factor-Litvak P, Kline JK, Popovac D, Morina N, Musabegovic A, Vrenezi N, Capuni-Paracka S, Preteni-Redjepi E, Hadzialjevic S, Slakovich V, Graziano JH, 1997. Lead exposure and intelligence in 7-year-old children: the yugoslavia prospective study. Environ. Health Perspect 105 (9), 956–962. 10.1289/ehp.97105956. [PubMed: 9410739]

Weiss B, 2000. Vulnerability of children and the developing brain to neurotoxic hazards. Environ. Health Perspect 108, 375. 10.2307/3454523. [PubMed: 10852831]

Wechsler D, 1999. Wechsler Abbreviated Scale of Intelligence (WASI).

Wechsler D, 1989. WPPSI-R: Wechsler Preschool and Primary Scale of Intelligence-Revised. Psychological Corporation, San Antonio.

Zohoori FV, Buzalaf MAR, Cardoso CAB, Olympio KPK, Levy FM, Grizzo LT, Mangueira DFB, Sampaio FC, Maguire A, 2013. Total fluoride intake and excretion in children up to 4 years of age living in fluoridated and non-fluoridated areas. Eur. J. Oral Sci 121 (5), 457–464. 10.1111/eos.1207. [PubMed: 24028594]

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Goodman et al.                                                                                           Page 16



**Fig. 1.**
Study sample inclusion flow chart.

*Environ Res.* Author manuscript; available in PMC 2023 February 01.



**Fig. 2.**
Visual representation of the adjusted GEE coefficients (and 95% CI) for the longitudinal association between MUF$_{CRE}$ and IQ.

Trial Ex. 115.017

Goodman et al.                                                                                           Page 18

**Table 1**

Sociodemographic characteristics of the mother-child pairs included in the present study and at each time point (M ± SD for continuous variables, n (%) for categorical variables).

| Characteristic | Samples | | | |
|---|---|---|---|---|
| | Primary Sample | Age 4 | Age 5 | Age 6-12 |
| | N = 348 | N = 386 | N = 308 | N = 278 |
| Maternal Characteristics | | | | |
| Married (yes) | 246 (70.69) | 273 (70.73) | 216 (70.13) | 200 (71.94) |
| Age at delivery[a] (yrs) | 26.77 (18–44) | 26.77 (18–44) | 26.48 (18–43) | 27.04 (18–44) |
| Education (yrs) | 10.77 ± 2.82 | 10.77 ± 2.83 | 10.61 ± 2.87 | 10.91 ± 2.87 |
| Ever smoked | 171 (49.14) | 189 (48.96) | 158 (51.30) | 138 (49.64) |
| First Child | 120 (34.48) | 134 (34.72) | 103 (33.44) | 93 (33.45) |
| Cohort | | | | |
| 2 A | 124 (35.63) | 131 (33.94) | 123 (39.94) | 93 (33.45) |
| 3 Calcium | 123 (35.34) | 134 (34.72) | 100 (32.47) | 104 (37.41) |
| 3 Placebo | 101 (29.02) | 121 (31.35) | 85 (27.60) | 81 (29.14) |
| $MUF_{CRE}$ (mg/L)[b] | 0.90 (0.64–1.11) | 0.91 (0.64–1.12) | 0.91 (0.64–1.13) | 0.89 (0.61–1.10) |
| Child Characteristics | | | | |
| Birth Weight (kg) | 3.13 ± 0.51 | 3.13 ± 0.50 | 3.13 ± 0.51 | 3.13 ± 0.52 |
| Gestational Age (wks) | 38.62 ± 1.85 | 38.69 ± 1.81 | 38.61 ± 1.84 | 38.65 ± 1.76 |
| Child age[a] (yrs) | – | 4.04 (3.81–4.31) | 5.06 (4.83–5.24) | 8.40 (6.3–11.9) |
| Males | 167 (47.99) | 183 (47.41) | 151 (49.03) | 132 (47.48) |

Abbreviation: $MUF_{CRE}$, maternal urinary fluoride adjusted for creatinine collected during pregnancy.

Reported as the.

[a] Mean (range)

[b] Mean (IQR).

*Environ Res.* Author manuscript; available in PMC 2023 February 01.

Goodman et al.                                                                                              Page 19

**Table 2**

MSCA and WASI scores (Mean ± SD) and Pearson correlations among the scores at each time point.

| FSIQ/GCI | N | M ± SD | Pearson Correlations | | |
|---|---|---|---|---|---|
| | | | Age 4 | Age 5 | Age 6-12 |
| Age 4 | 386 | 96.58 ± 13.96 | – | | |
| Age 5 | 308 | 96.62 ± 12.52 | $0.76^{**a}$ | – | |
| Age 6-12 | 278 | 96.20 ± 11.12 | $0.58^{**b}$ | $0.64^{**c}$ | – |
| **PIQ** | **N** | **M ± SD** | **Age 4** | **Age 5** | **Age 6-12** |
| Age 4 | 386 | 102.51 ± 13.31 | – | | |
| Age 5 | 308 | 101.95 ± 11.80 | $0.63^{**a}$ | – | |
| Age 6-12 | 278 | 95.54 ± 10.99 | $0.49^{**b}$ | $0.53^{**c}$ | – |
| **VIQ** | **N** | **M ± SD** | **Age 4** | **Age 5** | **Age 6-12** |
| Age 4 | 386 | 97.49 ± 11.86 | – | | |
| Age 5 | 308 | 97.03 ± 12.62 | $0.71^{**a}$ | – | |
| Age 6-12 | 278 | 97.63 ± 11.85 | $0.54^{**b}$ | $0.54^{**c}$ | – |

Abbreviations: FSIQ = Full-Scale IQ; GCI = General Cognitive Index; PIQ = Performance Intelligence; VIQ = Verbal Intelligence; MSCA = McCarthy Scales of Children's Abilities; WASI = Wechsler Abbreviated Scales of Intelligence.

[**]
p < .01.

[a]
N = 297.

[b]
N = 262.

[c]
N = 219.

*Environ Res.* Author manuscript; available in PMC 2023 February 01.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**Table 3**

Adjusted GEE models for the association between $MUF_{CRE}$ and IQ longitudinally (N = 348).

| | FSIQ/GCI | | PIQ | | VIQ | |
|---|---|---|---|---|---|---|
| | B | 95% CI | B | 95%CI | B | 95%CI |
| $MUF_{CRE}$ [a] | −2.12 [**] | −3.49, −0.75 | −2.63 [**] | −3.87, −1.40 | −1.29 | −2.60, 0.01 |

Abbreviations: $MUF_{CRE}$ = Maternal Urinary Fluoride Adjusted for Creatinine; GCI = General Cognitive Index; FSIQ = Full-Scale Intelligence; PIQ = Performance Intelligence; VIQ = Verbal Intelligence.

[**] p value is < .010.

[a] All models adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, time of testing, smoking history (ever smoked during the pregnancy vs. non-smoker), marital status (married vs. others), maternal age at delivery, maternal education, and cohort/calcium treatment.

**Supplemental Tables and Figures**

**Supplemental Table 1.**

Comparison between our primary sample and the excluded sample with $MUF_{CRE}$ data but without IQ data (M ± SD for continuous variables, n(%) for categorical variables)

| Characteristic | Primary Included Sample | Excluded Sample | p-value |
|---|---|---|---|
| | N = 348 | N = 210 | |
| Maternal Characteristics | | | |
| Married | 246 (70.69) | 146 (69.52) | .770 |
| Age[a] | 26.77 (18-44) | 26.90 (18-42) | .781 |
| Education (yrs) | 10.77 ± 2.82 | 10.81 ± 3.01 | .253 |
| Ever smoked | 171 (49.14) | 102 (48.57) | .897 |
| First Child | 120 (34.48) | 72 (34.29) | .962 |
| Cohort | | | |
|     2A | 124 (35.63) | 38 (18.10) | <.001 |
|     3 Calcium | 123 (35.34) | 78 (44.76) | |
|     3 Placebo | 101 (29.02) | 94 (37.14) | |
| $MUF_{CRE}$ (mg/L)[b] | 0.90 (0.64-1.11) | 0.88 (0.64-1.03) | .558 |
| Child Characteristics | | | |
| Birth Weight (kg) | 3.13 ± 0.51 | 3.14 ± 0.48 | 1.00 |
| Gestational Age (wks) | 38.62 ± 1.85 | 38.76 ± 1.59 | .362 |
| Males | 167 (47.99) | 110 (52.38) | .315 |

Reported as the [a]mean(range), [b]mean(IQR)

**Supplemental Table 2.**

Adjusted multiple linear regression models for the association between MUF$_{CRE}$ and IQ stratified by age.

| MUF$_{CRE}$ | N | GCI/FSIQ | | PIQ | | VIQ | |
|---|---|---|---|---|---|---|---|
| | | B | 95% CI | B | 95%CI | B | 95%CI |
| Age 4[a] | 386 | -2.12* | -3.83, -0.41 | -3.08** | -4.69, -1.47 | -0.81 | -2.30, 0.69 |
| Age 5[a] | 308 | -1.97* | -3.64, -0.30 | -2.46** | -4.04, -0.87 | -1.24 | -2.97, 0.49 |
| Age 6-12[a] | 278 | -2.01* | -3.66, -0.46 | -1.80* | -3.39, -0.21 | -1.93* | -3.67, -0.18 |

Abbreviations: MUF$_{CRE}$ = Maternal Urinary Fluoride Adjusted for Creatinine; GCI = General Cognitive Index; FSIQ = Full-Scale Intelligence; PIQ = Performance Intelligence; VIQ = Verbal Intelligence
** $p$ value is < .010, * $p$ value is < .050.
All models are reported for every 0.5 mg/L increase of MUF$_{CRE}$.
[a]All models adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, smoking history (ever smoked during the pregnancy vs. non-smoker), marital status (married vs. others), maternal age at delivery, maternal education, and cohort/calcium treatment.



*Supplemental Figure 1.* Visual representation of the adjusted multiple linear regression coefficients (and 95% CI) for the association between MUF$_{CRE}$ and IQ stratified by age.

**Supplemental Table 3.**

Adjusted GEE models for the association between MUF$_{CRE}$ and IQ

| | n | FSIQ/GCI | | PIQ | | VIQ | |
|---|---|---|---|---|---|---|---|
| | | B | 95% CI | B | 95% CI | B | 95% CI |
| Model A[a] | 348 | **-2.10** | **-3.47, -0.73** | **-2.61** | **-3.85, -1.38** | -1.28 | -2.58, 0.03 |
| Model A + num samples | 348 | **-2.12** | **-3.49, -0.75** | **-2.63** | **-3.86, -1.39** | -1.30 | -2.60, 0.01 |
| Model A – IQ < 70 | 340 | **-1.67** | **-2.93, -0.41** | **-2.61** | **-3.81, -1.42**[a] | -1.05 | -2.31, 0.21[b] |
| Model A – Cohort 3 Ca | 225 | **-1.98** | **-3.70, -0.27** | **-3.13** | **-4.67, -1.58** | -0.69 | -2.31, 0.94 |
| Model A – Mat IQ | 319 | **-2.40** | **-3.79, -1.01** | **-2.78** | **-4.04, -1.52** | **-1.55** | **-2.86, -0.24** |
| Model A + Mat IQ | 319 | **-2.09** | **-3.44, -0.73** | **-2.46** | **-3.68, -1.24** | **-1.33** | **-2.62, -0.04** |
| Model A – HOME | 189 | **-2.33** | **-4.46, -0.20** | **-3.67** | **-5.52, -1.82** | -0.71 | -2.72, 1.30 |
| Model A + HOME | 189 | **-2.11** | **-4.06, -0.16** | **-3.44** | **-5.15, -1.72** | -0.54 | -2.43, 1.35 |
| Model A – Patella Lead | 280 | **-2.42** | **-3.98, -0.86** | **-2.66** | **-4.05, -1.27** | **-1.62** | **-3.12, -0.11** |
| Model A + Patella Lead | 280 | **-2.41** | **-3.98, -0.85** | **-2.65** | **-4.04, -1.27** | **-1.62** | **-3.13, -0.11** |
| Model A – Tibia Lead | 237 | **-2.75** | **-4.61, -0.89** | **-2.81** | **-4.46, -1.16** | **-2.09** | **-3.88, -0.31** |
| Model A + Tibia Lead | 237 | **-2.23** | **-4.09,- 0.38** | **-2.41** | **-4.07, -0.76** | -1.65 | -3.44, 0.14 |
| Model A – Tibia and Patella Lead | 225 | **-2.73** | **-4.71, -0.76** | **-2.75** | **-4.50, -1.00** | **-2.09** | **-3.99, -0.19** |
| Model A + Tibia and Patella Lead | 225 | **-2.20** | **-4.18, -0.22** | **-2.32** | **-4.08, -0.56** | -1.63 | -3.55, 0.28 |

Abbreviations: MUF$_{CRE}$ = Maternal Urinary Fluoride Adjusted for Creatinine; GCI = General Cognitive Index; FSIQ = Full-Scale Intelligence; PIQ = Performance Intelligence; VIQ = Verbal Intelligence
Bolded values represent those with a *p*-value < .050
All models are reported for every 0.5 mg/L increase of MUF$_{CRE}$.
[a]Coefficients from GEE models adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, time of testing, smoking history (ever smoked during the pregnancy vs. non-smoker), marital status (married vs. others), maternal age at delivery, maternal education, and cohort/calcium treatment. Model A + num samples, model A including the number/timing of urine samples provided as a covariate. Model A – IQ < 70, model A excluding cases with FSIQ/GCI, PIQ, or VIQ scores less than 70. Model A – Cohort 3 Ca, model A excluding the subset of cases who received calcium supplementation. Model A – Mat IQ, model A for the subset of cases who have data on maternal IQ. Model A + Mat IQ, model A for the subset of cases who have data on maternal IQ, adjusted for maternal IQ. Model A – HOME, model A for the subset of cases  who have data on Home Observation for the Measurement of the Environment (HOME) scores. Model A+HOME, model A for subset of cases with HOME score, adjusted for HOME score. Model A– Patella Lead, model A for subset of cases who have data on maternal patella lead. Model A + Patella Lead, model A for subset of cases with data on maternal patella lead, adjusted for maternal patella lead. Model A– Tibia Lead, model A for subset of cases who have data on maternal tibia lead. Model A + Tibia Lead, model A for subset of cases with data on maternal tibia lead, adjusted for maternal tibia lead. Model A– Tibia and Patella Lead, model A for subset of cases who have data on maternal tibia and patella lead. Model A + Tibia and Patella Lead, model A for subset of cases with data on maternal tibia and patella lead, adjusted for maternal tibia and patella lead.
[b]N = 346