```
┌─────────────────────────────────────────────────────────┐
│  Identify a point of departure (POD) for                │
│  setting a health-based value (HBV) for                 │
│  fluoride in drinking water                             │
└─────────────────────────────────────────────────────────┘
                            ↓
┌─────────────────────────────────────────────────────────┐
│  Systematic review of human studies of                  │
│  fluoride health effects                                │
│  89 epidemiologic studies identified                    │
└─────────────────────────────────────────────────────────┘
                            ↓
┌─────────────────────────────────────────────────────────┐
│  Systematic search for supporting                       │
│  evidence from animal                                   │
│  and *in vitro* studies                                 │
│  199 animal studies and 10 major *in vitro* reviews     │
└─────────────────────────────────────────────────────────┘
                            ↓
┌─────────────────────────────────────────────────────────┐
│  Weight of evidence assessment                          │
│  39 potential endpoints evaluated, and 4 endpoints      │
│  reviewed with Bradford Hill considerations             │
└─────────────────────────────────────────────────────────┘
                            ↓
┌─────────────────────────────────────────────────────────┐
│  Selection of most appropriate endpoint                 │
│  Focus on moderate dental fluorosis                     │
│  and childhood IQ reduction                             │
└─────────────────────────────────────────────────────────┘
                            ↓
┌─────────────────────────────────────────────────────────┐
│  Dose-response modeling                                 │
│  Benchmark dose modeling with model averaging           │
│  (dental fluorosis) and urine-to-drinking water         │
│  conversion of published linear model results (IQ)      │
└─────────────────────────────────────────────────────────┘
                            ↓
┌─────────────────────────────────────────────────────────┐
│  Estimate POD to inform HBV                             │
│  for fluoride in drinking water                         │
│  Dental fluorosis selected, with consideration of       │
│  uncertainty in neurodevelopmental IQ effects           │
└─────────────────────────────────────────────────────────┘
```

Trial Exhibit
Food & Water v. EPA
3:17-cv-02162-EMC
**130**

Trial Ex. 130.001

**Legend:**

Systematic literature searches were conducted to update epidemiologic, animal, and *in vitro* bodies of evidence to select the most appropriate health endpoint associated with exposure to fluoride in drinking water, and then to derive a point of departure to inform a health-based value for daily consumption of fluoride in drinking water. Weight of evidence assessments were conducted on all health endpoints examined, considering all streams of evidence and including risk of bias assessments on original studies. Bradford Hill considerations were then used for assessing causality on selected endpoints for which the weight of evidence for causality was strongest. In addition to dental fluorosis, other endpoints, including reduction in children's IQ, were considered when deriving points of departure using dose-response modelling and urine-to-drinking water conversions.