

E$^x$ponent®

**Rebuttal Report of
Ellen T. Chang, Sc.D.**

*In the matter of*

**Food & Water Watch,** *et al.*
**v.**
**U.S. Environmental Protection
Agency,** *et al.*

**DJ # 90-5-1-4-21106**

Ellen T. Chang

Ellen T. Chang, Sc.D.
August 1, 2019



**U.S. EXHIBIT**
**505**
Food & Water v. EPA
3:17-cv-02162-EMC

E$^x$ponent®

# Rebuttal Report of
# Ellen T. Chang, Sc.D.

*In the matter of*

**Food & Water Watch,** *et al.*
**v.**
**U.S. Environmental Protection Agency,**
*et al.*

**DJ # 90-5-1-4-21106**

Prepared for

Mr. John Thomas Do, Esq.
Ms. Debra Carfora, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Prepared by

Ellen T. Chang, Sc.D.
Exponent, Inc.
149 Commonwealth Drive
Menlo Park, CA 94025

August 1, 2019

© Exponent, Inc.

i

1807950.000 – 7057

# Contents

|  | Page |
|---|---|
| **Acronyms and Abbreviations** | **iv** |
| **Limitations** | **v** |
| **Background** | **6** |
| **Summary of Opinions** | **8** |
| **Qualifications** | **10** |
| **Materials Considered** | **11** |
| **Plaintiffs' Expert Opinions and Response** | **13** |
| Overview of Plaintiffs' Expert Opinions | 13 |
| Overview of Response to Plaintiffs' Experts' Opinions | 15 |
| **Prior Meta-Analyses of Fluoride Exposure and Neurodevelopmental Outcomes** | **18** |
| Tang et al. (2008) | 19 |
| Choi et al. (2012) | 21 |
| Duan et al. (2018) | 23 |
| Relevance of Drinking Water Fluoride Concentrations and Study Settings | 24 |
| **Systematic Literature Review Methods** | **30** |
| **Systematic Literature Review Results** | **34** |
| Problematic Literature Sources | 35 |
| Low-Quality Publications | 36 |
| Editorial and Publication Bias | 36 |
| Methodological Considerations | 39 |
| Study Design | 39 |
| Study Population | 41 |
| Exposure Assessment | 44 |
| Outcome Assessment | 54 |
| Confounder Adjustment | 59 |
| **Evaluation of Causality According to the Hill Guidelines** | **62** |

1807950.000 – 7057

U.S. EXHIBIT 505.0003

Epidemiological Evidence Over Time                                        63

   Pre-2017                                                64

   Post-2017                                               65

   Strength                                                67

   Consistency                                             70

   Specificity                                             74

   Temporality                                             74

   Biological Gradient                                     76

   Plausibility                                            83

   Coherence                                               83

   Experiment                                              84

   Analogy                                                 85

   Summary of Causal Evaluation                            85

**Conclusions**                                                          **87**

**References**                                                           **147**

Appendix A   *Curriculum Vitae*

Appendix B   Testimony History

Appendix C   Introduction to Epidemiology

Appendix D   Articles Excluded from Literature Review

1807950.000 – 7057

U.S. EXHIBIT 505.0004

# Acronyms and Abbreviations

| | |
|---|---|
| ADD | attention-deficit disorder |
| ADHD | attention-deficit hyperactivity disorder |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| CI | confidence interval |
| *COMT* | catechol-O-methyltransferase gene |
| IOM | Institute of Medicine |
| IQ | intelligence quotient |
| IQR | interquartile range |
| NR | not reported |
| NRC | National Research Council |
| NTP | National Toxicology Program |
| ppm | parts per million |
| SCHER | Scientific Committee on Health and Environmental Risks |
| SD | standard deviation |
| TSCA | Toxic Substances Control Act |
| U.S. EPA | United States Environmental Protection Agency |

1807950.000 – 7057

U.S. EXHIBIT 505.0005

# Limitations

This report summarizes my work performed to date for this case, and it presents the resultant findings with a reasonable degree of scientific certainty. I reserve the right to supplement this report and to expand or modify my opinions based on review of additional material as it becomes available.

v

U.S. EXHIBIT 505.0006

# Background

On November 22, 2016, a group of six organizations and five individuals, including the Plaintiffs in this matter, petitioned the United States Environmental Protection Agency (hereinafter U.S. EPA or the "Agency") to prohibit the addition of fluoridation chemicals to drinking water supplies, under the authority granted by Section 6 of the Toxic Substances Control Act (TSCA), 15 U.S.C. §2605. According to Section 6 of TSCA, U.S. EPA has the authority to prohibit or limit the manufacture, processing, distribution in commerce, use, or disposal of a chemical if U.S. EPA evaluates the risk and concludes that the chemical presents an unreasonable risk to human health or the environment (U.S. EPA 2019). The Petitioners argued that U.S. EPA should prohibit fluoridation additives because "(1) neurotoxicity is a hazard of fluoride exposure, and (2) the reference dose that would reasonably protect against this hazard is incompatible with the doses now ingested by millions of Americans in fluoridated areas" (p. 1 of Petition).

The Petitioners claimed that the amount of fluoride currently consumed by many people in fluoridated areas exceeded levels repeatedly linked to intelligence quotient (IQ) loss and other neurotoxic effects, and that certain subpopulations were at greater risk, including infants, young children, elderly populations, and those with dietary deficiencies, renal impairment, and/or genetic predispositions (p.1 of Petition). Finally, the Petitioners argued that the addition of fluoridation chemicals to water is an "unreasonable risk" because the beneficial effect of fluoride against tooth decay came from topical contact with teeth, not ingestion, suggesting little health benefit of swallowing fluoride (p. 1 of Petition).

On February 17, 2017, U.S. EPA issued its response to the petition, along with the Agency's reasons for its response; the response was published in the Federal Register (82 FR 11878) on February 27, 2017. U.S. EPA explained that after careful consideration, the petition was denied because it "ha[d] not set forth a scientifically defensible basis to conclude that any persons have suffered neurotoxic harm as a result of exposure to fluoride in the U.S. through the purposeful addition of fluoridation chemicals to drinking water or otherwise from fluoride exposure in the U.S." (82 FR 11881). U.S. EPA "also denied the petition on the independent grounds that the petition neither justified the regulation of fluoridation chemicals as a category, nor identified an adequate section 6 rule as the action sought" (82 FR 11881).

In its response, one of the issues addressed by U.S. EPA was the quality and results of the human epidemiological studies and meta-analyses relied upon by the petitioners. The Agency identified several major methodological limitations of these studies, including their predominantly cross-sectional design (82 FR 11882, 11884, 11885), inadequate adjustment for confounding by alternative risk factors and other fluoride sources (82 FR 11882–11885), and

6

U.S. EXHIBIT 505.0007

lack of measurement of actual fluoride exposures (82 FR 11882–11885). In light of the studies' limitations and the "relatively poor quality of the exposure and effects data in the cited human studies" (82 FR 11882). U.S. EPA concluded that the available scientific evidence was inadequate to evaluate a dose-response relationship for risk assessment, or to rule out confounding or bias in favor of a causal effect (82 FR 11882–11886). The Agency also pointed out that fluoride exposure levels evaluated in most of those studies were "well above those found in fluoridated U.S. drinking water" (82 FR 11883), which prevents inference relevant to exposures in the U.S. Regarding two studies cited in the petition that were based in Western populations (Malin and Till 2015, Peckham et al. 2015), U.S. EPA also identified several major methodological limitations and concluded that "causal inference cannot be made from these studies" regarding the potential health effects of exposure to fluoridated drinking water in the U.S. (82 FR 11883–11884).

On April 18, 2017, the Plaintiffs filed suit against U.S. EPA to compel the initiation of rulemaking pursuant to Section 6 of TSCA, 15 U.S.C. §2605, to prohibit the addition of fluoridation chemicals to drinking water supplies. On June 27, 2019, Plaintiffs' retained experts Dr. Jacqueline Calderón Hernández, Dr. Philippe Grandjean, and Dr. Kathleen Thiessen, as well as non-retained experts Dr. Howard Hu and Dr. Bruce Lanphear, filed expert reports pertaining at least in part to the epidemiological evidence on the association between exposure to fluoride and human developmental neurotoxicity.

Accordingly, I have been asked by counsel for U.S. EPA to assess and respond to the Plaintiffs' expert opinions on the epidemiological evidence regarding the association between exposure to fluoride and human developmental neurotoxicity. As described below, a thorough and objective response to the Plaintiffs' expert opinions on epidemiology requires a systematic review and causal analysis of the epidemiological literature on fluoride exposure and developmental neurotoxicity in humans. Therefore, this rebuttal report describes the process that I used to identify and review the relevant epidemiological literature on this topic, as well as my analysis of the overall weight of all available studies to make a scientifically reliable conclusion on whether a causal relationship has been established between human developmental neurotoxicity and exposure to fluoride. My causal analysis is focused particularly on fluoride exposure at the target level attained from artificial fluoridation of drinking water (i.e., 0.7 mg/L, based on the U.S. Public Health Service Drinking Water Standards (DHHS 2015)), but it also takes into consideration studies of higher levels of fluoride found naturally in drinking water elsewhere in the world.

1807950.000 – 7057

U.S. EXHIBIT 505.0008

# Summary of Opinions

In response to Plaintiffs' retained and non-retained experts' opinions on the epidemiology of fluoride exposure and developmental neurotoxicity in humans, and based on the currently available scientific evidence, my opinions are as follows:

- A scientifically informed and balanced opinion on the association between fluoride exposure and human developmental neurotoxicity should be based on a systematic review of the relevant epidemiological literature.

- Dr. Calderón Hernández's, Dr. Grandjean's, and Dr. Thiessen's opinions on the association between fluoride exposure and human developmental neurotoxicity are not based on a systematic review of the relevant epidemiological literature.

    - In contrast and in response to Plaintiffs' experts, I conducted a systematic review of the relevant epidemiological literature on fluoride exposure and developmental neurotoxicity, and I identified numerous studies that Dr. Calderón Hernández, Dr. Grandjean, and Dr. Thiessen did not address in their reports. These studies should be included in a rigorous evaluation of the currently available scientific evidence on this topic.

- Dr. Hu's and Dr. Lanphear's opinions on the association between fluoride exposure and human developmental neurotoxicity are based on a small subset of selected epidemiological studies.

    - These studies are addressed in my systematic review of the relevant epidemiological literature on this topic.

- Dr. Calderón Hernández's, Dr. Grandjean's, and Dr. Thiessen's opinions on the association between fluoride exposure and human developmental neurotoxicity do not sufficiently account for the methodological limitations and uncertainties of the relevant epidemiological literature.

    - In contrast and in response to Plaintiffs' experts, I systematically assessed the methodological quality of the available epidemiological studies based on standard considerations.

    - Based on my systematic literature review, I found that most of the available epidemiological studies of the association between fluoride exposure and human

1807950.000 – 7057

U.S. EXHIBIT 505.0009

developmental neurotoxicity are of poor quality and insufficient to establish causal effects of fluoride exposure due to their methodological limitations, including their cross-sectional design, high potential for selection bias, ecological or otherwise non-specific assessment of fluoride exposure, and minimal control for confounding.

- o Most of the available epidemiological studies were conducted in populations where average fluoride exposure levels were well above those attained through artificial fluoridation in the U.S., such that their findings cannot reliably be extrapolated to the potential health effects of consuming artificially fluoridated drinking water in the U.S

- o Concerns about editorial and publication bias also undermine the reliability of conclusions based on many of the available published epidemiological studies of fluoride exposure and developmental neurotoxicity.

- o In the past two years, the available epidemiological literature has been augmented by higher-quality studies in Western populations with lower levels of fluoride in drinking water, including some studies that found statistically significant adverse associations. However, the number of such studies is relatively small; methodological uncertainties remain about the assessment of fluoride exposure and neurodevelopmental outcomes; and the reported findings are plausibly explained by confounding, bias, and chance.

- • Dr. Calderón Hernández's, Dr. Grandjean's, and Dr. Thiessen's opinions on the association between fluoride exposure and human developmental neurotoxicity are not based on a rigorous causal analysis of the relevant scientific literature.

  - O In contrast and in response to Plaintiffs' experts, I conducted a causal analysis of the overall weight of the relevant epidemiological and related scientific literature on fluoride exposure and developmental neurotoxicity, using the generally accepted Bradford Hill considerations and focusing on the higher-quality studies set in Western populations with lower levels of fluoride in drinking water. Based on this analysis, I conclude that the current scientific evidence is not sufficient to demonstrate a causal effect of consumption of fluoridated drinking water, including at the recommended concentration of 0.7 mg/L in U.S. community water, on human developmental neurotoxicity, including impaired IQ, behavioral or conduct problems, attention-deficit disorder or attention-deficit hyperactivity disorder (ADD/ADHD), and other adverse neurodevelopmental outcomes.

U.S. EXHIBIT 505.0010

# Qualifications

I am a Principal Scientist at Exponent, Inc., an international science and engineering consulting company, where I work as an epidemiologist in the Center for Health Sciences. I am also a member of the Stanford Cancer Institute, and a Visiting Professor at the Sun Yat-sen University Cancer Center. I earned my undergraduate degree at Harvard College in 1998 and my doctorate degree (Doctor of Science, Sc.D.) in epidemiology with a minor in biostatistics from the Harvard School of Public Health in 2003. I completed a post-doctoral fellowship in medical epidemiology and biostatistics at the Karolinska Institute in Stockholm, Sweden, in 2005.

Prior to joining Exponent I was a research scientist at the Cancer Prevention Institute of California, where I conducted original research studies on cancer epidemiology and performed cancer surveillance research at a population-based cancer registry that was supported by the National Cancer Institute as part of its Surveillance, Epidemiology, and End Results program. I was also the Chief Epidemiologist at the Asian Liver Center at Stanford University, where I conducted community-based research on hepatitis B and liver cancer awareness, detection, prevention, and management. From 2005 to 2016, I was a Consulting Assistant Professor in the Division of Epidemiology, Department of Health Research and Policy at the Stanford University School of Medicine.

My main research interests are the epidemiology, surveillance, and prevention of cancer and other chronic diseases. I have conducted epidemiological studies of a wide range of exposures in association with risk of various chronic diseases and conditions, including chlorinated solvents, air pollution, occupational exposures, infections, immunological biomarkers, medication use, reproductive factors, physical activity, body size, diet and nutrition, alcohol consumption, tobacco smoking, family structure, personal and family medical history, and genetic variation. My prior work includes four systematic literature reviews on associations of various environmental exposures with neurodevelopmental outcomes (Reiss et al. 2015, Tsuji et al. 2015, Fordyce et al. 2018, Leonhard et al. 2019).

I have published more than 180 peer-reviewed scientific articles and reviews and 12 book chapters. These are listed in my *curriculum vitae*, which is attached to this report as Appendix A. A list of all cases in which I have provided deposition or trial testimony in the last four years is included as Appendix B. My employer, Exponent, is compensated at $375 per hour for my work on this matter.

U.S. EXHIBIT 505.0011

# Materials Considered

In addition to the documents cited in the References section of this report, I considered the following case-specific materials:

- Citizen Petition Under Section 21 of TSCA, Regarding the Neurotoxic Risks Posed by Fluoride Chemicals in Drinking Water, by Michael Connett, Esq., Fluoride Action Network, November 22, 2016.
- Environmental Protection Agency, 40 CFR Chapter I, [EPA–HQ–OPPT–2016–0763; FRL–9959–74], Fluoride Chemicals in Drinking Water; TSCA Section 21 Petition; Reasons for Agency Response. Federal Register Vol. 82, No. 37, February 27, 2017, 11878–11890.
- Complaint, Food & Water Watch, *et al.* v. U.S. Environmental Protection Agency and Scott Pruit [*sic*], Case No. 4:17-cv-02162, U.S. District Court for the Northern District of California at San Francisco, filed April 18, 2017.
- Case Management and Pretrial Order for Bench Trial, Food & Water Watch, Inc., *et al.* v. United States Environmental Protection Agency, *et al.*, Case No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California, filed April 19, 2018.
- Stipulation on Discovery Schedule, Food & Water Watch, Inc., *et al.* v. U.S. Environmental Protection Agency, *et al.*, Case No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California, San Francisco Division, filed May 15, 2018.
- First Set of Requests for Production, Food & Water Watch, *et al.* v. U.S. Environmental Protection Agency, *et al.*, Civil Action No. 4:17-cv-02162-EMC, U.S. District Court for the Central District of California, dated May 29, 2018.
- Plaintiffs' Responses to Defendants' First Set of Requests for Production, Food & Water Watch, *et al.* v. U.S. Environmental Protection Agency, *et al.*, Civ. No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California at San Francisco, dated July 9, 2018.
- Plaintiffs' Supplemental Responses to Defendants' First Set of Requests for Production, Food & Water Watch, *et al.* v. U.S. Environmental Protection Agency, *et al.*, Civ. No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California at San Francisco, dated November 19, 2018.
- Deposition transcript and exhibits of Edward Ohanian, Ph.D., October 15, 2018.
- Expert report of Jaqueline Calderón Hernández, PhD, entitled "Fluoride and cognitive deficits: conclusions from twenty years of research," June 27, 2019.

1807950.000 – 7057

U.S. EXHIBIT 505.0012

- Expert report of Philippe Grandjean, MD, DMSc, prepared on behalf of Plaintiffs in the matter of Food and Water Watch, *et al.* v. U.S. EPA, Action No. 17-cv-02162, June 21, 2019.

- Expert report of Howard Hu, MD, MPH, ScD, entitled "Fluoride and IQ – Findings from the ELEMENT Cohort," June 25, 2019.

- Expert report of Bruce Lanphear, MD, MPH, entitled "Fluoride & IQ – Findings from the MIREC Cohort," June 27, 2019.

- Expert report of Kathleen M. Thiessen, PhD, entitled "Assessment of the neurotoxicity of Fluoride," in the matter of Food & Water Watch *et al.* v. Environmental Protection Agency, No. 17-cv-02162, June 27, 2019.

- Plaintiffs' Amended Expert Disclosures, Food & Water Watch, *et al.* v. U.S. Environmental Protection Agency, *et al.*, Civ. No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California at San Francisco, dated July 16, 2019.

- Expert rebuttal report of Joyce Tsuji, Ph.D., DABT, Fellow ATS, Food & Water Watch *et al.* v. U.S. Environmental Protection Agency, *et al.*, DJ #90-5-4-21106, August 1, 2019.

1807950.000 – 7057

U.S. EXHIBIT 505.0013

# Plaintiffs' Expert Opinions and Response

## Overview of Plaintiffs' Expert Opinions

Plaintiffs' experts indicate that epidemiological studies demonstrate an association between fluoride exposure and adverse neurodevelopmental outcomes in children, including at concentrations of fluoride in drinking water that are comparable to those found in North American communities with artificially fluoridated drinking water. However, Plaintiffs' experts do not express the opinion that this association is causal.

In this rebuttal report, I respond to the opinions expressed by Plaintiffs' experts in their reports filed on June 27, 2019, and to some extent in the Plaintiffs' Amended Expert Disclosures filed on July 16, 2019, concerning the association between fluoride exposure and developmental neurotoxicity in humans. In particular, I respond to the Plaintiffs' experts main opinions listed below. My lack of comment on any other particular statements in Plaintiffs' experts' reports should not be interpreted as signifying agreement.

Dr. Calderón Hernández's opinions:

- "In my studies of Mexican communities, fluoride exposure is consistently associated with cognitive deficits in children, even after controlling for relevant covariates. My research thus supports, and is consistent with, fluoride being a neurotoxicant."
- "The absence of demonstrable IQ loss in a population exposed to fluoride should not be interpreted to mean that no neurologic effects have occurred, unless additional, more sensitive, testing is performed, including assessments of reaction time, visuospatial organization, and short-term memory."
- "Although our own studies have primarily focused on populations living in endemic fluorosis areas, the dose-response data from our prospective cohort study suggests that fluoride poses a neurologic risk at the urinary fluoride levels found in pregnant women living in artificially fluoridated communities (Till, et al. 2018). This is further supported by the more recent findings of Bashash, et al. (2017, 2018)."

13

U.S. EXHIBIT 505.0014

Dr. Grandjean's opinions:

- "Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies."
- "Epidemiology studies from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and leave little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure ..."

Dr. Hu's opinions:

- "If permitted to testify, I intend to discuss, for the Court, the design, conduct, and findings of our ELEMENT research on fluoride as they pertain to the three studies we have published in the peer-reviewed scientific literature so far, i.e., Thomas et al., 2016, Bashash et al. 2017, and Bashash et al. 2018."
- From Plaintiffs' Amended Expert Disclosures: "Dr. Hu will testify that his prospective cohort studies of fluoride's neurodevelopmental effects are methodologically rigorous studies that provide scientifically reliable and robust results."
- From Plaintiffs' Amended Expert Disclosures: "Dr. Hu will further testify that the results of his studies are consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population."

Dr. Lanphear's opinions:

- "(1) Pregnant women living in fluoridated regions in Canada have almost two times the amount of fluoride in their urine as women living in non-fluoridated regions (Till et al. 2018)."
- "(2) The average urinary fluoride concentration for the MIREC pregnant women living in Canadian communities with fluoridated drinking was almost the same as those of the ELEMENT pregnant women living in Mexico City where fluoride is added to salt (Till et al. 2018; Bashash et al. 2017)."
- "(3) Our MIREC study (Green et al., in press) significantly enhances the quality of data related to the neurotoxicity of fluoride because it employs a prospective design that includes multiple measures of fluoride exposure during pregnancy (including biomonitoring data) and IQ outcomes that have been evaluated in one of the world's most comprehensively characterized and geographically diverse birth cohorts."
- "(4) As with the ELEMENT study (Bashash et al. 2017), we found that prenatal fluoride exposure was significantly associated with lower intellectual abilities in 3-4 year old

14

U.S. EXHIBIT 505.0015

children. These associations remain large and significant when controlling for relevant covariates."

- "(5) Based on the convergent results from the MIREC and ELEMENT cohorts, the *in utero* period appears to be a susceptible period of life vis-à-vis fluoride toxicity …"

Dr. Thiessen's opinions:

- "A systematic review of the human literature was not considered necessary nor particularly helpful, since systematic reviews have already been conducted, and those few studies reporting no effects are well known to people familiar with fluoride research. As those familiar with the literature know, there are many more studies reporting associations of fluoride exposure with neurotoxic outcomes than the reverse. The number of studies reporting no association between fluoride and neurotoxic outcomes is quite small, and, as such, a systematic review was not considered necessary to identify and address them."
- "Identifiable subsets of the population have heightened susceptibility to the risk of harm from fluoridation chemicals. These populations include the fetus; bottle-fed infants; the elderly; individuals with nutrient deficiencies, kidney disease, and/or high-water intake; and populations with specific genotypes."

I rely on Dr. Joyce Tsuji's analysis of the experimental animal and related toxicological evidence on the potential developmental neurotoxicity of fluoride.

## Overview of Response to Plaintiffs' Experts' Opinions

My overarching response to Plaintiffs' experts' opinions on the association between fluoride exposure and human developmental neurotoxicity is that a scientifically informed opinion regarding this association should be based on a systematic review and synthesis of the relevant epidemiological literature, including the methodological quality and results of the available studies, combined with a critical assessment of whether this literature establishes a causal effect.

Epidemiology is the scientific study of the distribution and determinants of diseases in populations. Epidemiological research is required to measure disease occurrence, to identify the causes of specific health outcomes in humans, to assess the contribution of various causal factors to the occurrence of diseases that can be induced by multiple agents, and to determine exposure-response relationships between causes and human health effects. Therefore, epidemiological studies are the most relevant and informative scientific basis on which to evaluate the relationship between fluoride exposure and developmental neurotoxicity in humans. In Appendix C to this report, I provide a brief introduction to epidemiology that identifies and defines some technical terms that are used by epidemiologists to describe the

1807950.000 – 7057

U.S. EXHIBIT 505.0016

design, results, and interpretation of epidemiological studies. Many of these terms are used in this report to describe the results of epidemiological studies of fluoride exposure and neurodevelopmental outcomes.

A systematic literature review aims to identify and integrate all of the available scientific evidence relevant to a given research question in a methodical manner that is unbiased, comprehensive, transparent, and reproducible (e.g., Cook et al. 1997, Denison et al. 2013). Essential components of a systematic literature review include explicit specification of the research question at issue, use of a wide-ranging and clearly documented search strategy, uniform application of literature selection criteria, and rigorous critical assessment of the methodological quality and results of the relevant literature based on standard, well-accepted considerations.

For example, the Institute of Medicine (IOM) (now called the National Academy of Science) recommends the systematic literature review process for the evaluating the comparative effectiveness of health care interventions in an objective, transparent, and scientifically valid manner (IOM 2011). Systematic literature reviews are routinely used to summarize the scientific evidence in support of public health policy and recommendations (Agency for Healthcare Research and Quality 2014, U.S. Department of Health and Human Services 2014, Dietary Guidelines Advisory Committee 2015, Physical Activity Guidelines Advisory Committee 2018, U.S. Preventive Services Task Force 2018). The systematic literature review process was used by the U.S. National Toxicology Program (NTP) to identify, evaluate, and synthesize the existing experimental animal studies on fluoride and neurobehavioral outcomes (NTP 2016).

None of the Plaintiffs' experts in this matter, including Drs. Calderón Hernández, Grandjean, Hu, Lanphear, and Thiessen, have conducted a systematic literature review of the association between fluoride exposure and developmental neurotoxicity, nor do any purport to do so. In addition, none of the Plaintiffs' experts' reports include a formal causal analysis based on the overall weight of the scientific evidence. Instead, Dr. Calderón Hernández cites her own research team's studies of this issue (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Valdez Jiménez et al. 2017), along with selected other epidemiological studies (Li et al. 1995, Zhao et al. 1996, Lu et al. 2000, Bashash et al. 2017, Bashash et al. 2018) and reviews (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018) on this topic, but she does not claim to have undertaken a systematic literature review or a causal analysis.

Dr. Grandjean states that his report "presents a reasonably comprehensive coverage of the relevant epidemiological evidence" (p. 15 of Grandjean report), but he acknowledges that he has "not aimed at covering studies of less validity or less strength" (p. 15 of Grandjean report). He

16

U.S. EXHIBIT 505.0017

does not specify what criteria he uses to define "studies of less validity or less strength," and he does not suggest that his literature search is systematic or complete. Moreover, he mentions having identified 14 studies of fluoride and intelligence published after 2012, but that he "consider[s] it beyond the present report to evaluate these studies in detail" (p. 21 of Grandjean report). He does not describe having performed a formal causal analysis of this association.

Dr. Hu cites only his own research team's studies of this issue (Thomas et al. 2016, Bashash et al. 2017, Bashash et al. 2018).

Dr. Lanphear similarly cites his own research team's studies on this topic (Green et al. in press, Till et al. 2018, Till et al. in review) and one study by Dr. Hu's research team (Bashash et al. 2017), but he does not suggest that he has conducted a systematic literature review or a causal analysis.

Dr. Thiessen expresses the opinion that because systematic reviews have already been conducted and the "few" studies with statistically null results are well known, a "systematic review of the human literature was not considered necessary nor particularly helpful" (p. 15 of Thiessen report). Moreover, she acknowledges, "Due to the sheer magnitude of studies reporting associations with neurotoxic outcomes, I have not sought to review each of them (p. 15 of Thiessen report). Therefore, she does not claim to have conducted a systematic literature review. On the contrary, by focusing on the number and proportion of studies that found positive statistical associations, rather than critically examining their methodological quality and relevance to the U.S. population, Dr. Thiessen ignores an essential element of a systematic literature review, namely, assessment of the scientific validity of the methods and results of each study. In addition, by relying on previously published meta-analyses (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018), Dr. Thiessen omits numerous relevant studies, as described in the remainder of my report.

Therefore, to respond to Plaintiffs' experts' opinions summarized above, and to address gaps in the coverage and critical assessment of the relevant scientific evidence covered in their reports, I undertook a systematic literature review and causal analysis of the available epidemiological literature on fluoride exposure and developmental neurotoxicity in humans. The methods and results of my systematic literature review and causal analysis, and distinctions between my opinions and Plaintiffs' experts' opinions and the bases thereof, are described throughout the remainder of this rebuttal report.

1807950.000 – 7057

U.S. EXHIBIT 505.0018

# Prior Meta-Analyses of Fluoride Exposure and Neurodevelopmental Outcomes

Three prior meta-analyses (defined below) were conducted based on a systematic literature review of a subset of published epidemiological studies of fluoride exposure and neurodevelopmental outcomes, restricted to studies that examined child intelligence as an outcome (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). Other neurodevelopmental outcomes were not addressed in these meta-analyses, nor did any of them include any studies published after 2016. Two of these meta-analyses were cited in the 2016 petition to the U.S. EPA and addressed in the Agency's response to the petition (Tang et al. 2008, Choi et al. 2012), and both of these reviews are cited in the expert reports of Dr. Calderón Hernández and Dr. Grandjean, the latter of whom co-authored the review by Choi et al. (2012). In light of Plaintiffs' reliance on these meta-analyses, I considered them as background for my own systematic review of the relevant epidemiological literature.

Meta-analysis is a statistical procedure used to combine data from multiple studies. When all included studies show similar associations, meta-analyses can be used to detect that effect with greater statistical precision based on aggregated data. When the association varies among studies, meta-analyses can help to identify sources of heterogeneity.

However, meta-analyses cannot on their own be used to identify, confirm, or refute causal relationships. That is, calculating an overall statistical association from the results of several studies does not strengthen or weaken the scientific evidence for causality, which must be evaluated based on the methodological quality and results of the underlying studies themselves. Meta-analysis is especially problematic when applied to observational epidemiological studies, because such studies can vary substantially by source population, subject recruitment exposure and outcome assessment, control for confounding, and other characteristics (Shapiro 1994, Weed 2010), and because observational studies have inherent limitations for making inferences about causal effects (Rothman et al. 2008). In the presence of such heterogeneity, even if the heterogeneity is not detectable using formal statistical tests, a single quantitative estimate of association may not be scientifically meaningful when summarized across diverse study settings. In addition, even when studies are homogeneous, meta-analysis may not demonstrate a scientifically valid association, since this technique cannot overcome low-quality study design and conduct. Instead, given that confounding and bias cannot be eliminated from observational epidemiological studies, modest associations detected across multiple studies may simply be due to shared biases, rather than a true causal association. Therefore, it remains essential to take the setting, methods, and results of each individual study into consideration in the process of a systematic literature review.

1807950.000 – 7057

U.S. EXHIBIT 505.0019

# Tang et al. (2008)

In 2008, Tang et al. published a meta-analysis of 16 epidemiological studies that compared various measures of intelligence in children between areas with and without endemic fluorosis, related to naturally high levels of fluoride in drinking water or high airborne and food fluoride levels from long-term coal-burning (An et al. 1992, Xu et al. 1994, Li et al. 1995, Zhao et al. 1996, Yao et al. 1997, Zhang et al. 1998, Lu et al. 2000, Xiang et al. 2003a, Wang et al. 2005, Fan et al. 2007, Chen et al. 2008, Guo et al. 2008, Hong et al. 2008, Li et al. 2008b, Wang et al. 2008a). Tang et al. (2008) found that the summary weighted mean difference in IQ[1] between fluorosis-endemic and non-endemic areas was −5.03 (95% confidence interval [CI] = −6.51, −3.55) based on a random-effects meta-analysis model, which allows for variation in the association across studies; and −4.97 (95% CI = −5.58, −4.36) based on a fixed-effects meta-analysis model, which assumes the same association in all studies. The authors concluded that "children who live in a fluorosis area have five times higher odds of developing low IQ than those who live in a nonfluorosis area or a slight fluorosis area."[2]

Tang et al. (2008) did not comment on the quality of the studies included in their meta-analysis. In their expert reports, Drs. Calderón Hernández and Grandjean also do not discuss the quality of the studies in the Tang et al. (2008) meta-analysis. As shown in Table 1 below, which summarizes all of the studies included in Tang et al. (2008), Choi et al. (2012), and Duan et al. (2018), all 16 studies in the Tang et al. (2008) meta-analysis were conducted in China, and all were cross-sectional in design, precluding them from establishing causal exposure-response relationships.[3] As described in Appendix C, cross-sectional studies assess exposures and outcomes simultaneously, preventing a determination of whether one preceded the other in time; therefore, cross-sectional studies generally cannot establish the temporal sequence of cause and effect. A mitigating consideration is that water fluoride concentrations would be expected to be stable over time in the study areas, and some studies limited eligible children to those born and raised in the study region, such that current exposure to fluoride in drinking water was probably indicative of long-term exposure.

Another concern is that authors did not report study participation rates. If study participation varied between fluorosis-endemic and non-endemic areas in a manner that was related to IQ,

---

[1]   Throughout this report, I use "IQ" to refer to a score derived from a test designed to measure intelligence.

[2]   Tang et al. (2008) incorrectly interpreted the weighted mean difference in IQ scores as indicating a five-fold higher odds of intellectual impairment in high-fluoride vs. low-fluoride areas (i.e., as an odds ratio). On the contrary, the weighted mean difference is an absolute rather than a relative difference, here indicating IQ scores five points lower in high-fluoride than low-fluoride areas.

[3]   Tang et al. (2008) incorrectly described the studies as case-control studies. On the contrary, none enrolled cases with intellectual impairment and controls without intellectual impairment, and then queried them for past fluoride exposure; instead, all assessed fluoride exposure and IQ simultaneously, i.e., cross-sectionally.

1807950.000 – 7057

U.S. EXHIBIT 505.0020

then results could have been distorted by selection bias—that is, systematic differences in exposures and health outcomes between study participants and non-participants (see Appendix C). In the absence of information on participation rates and differences between participants and non-participants, the potential direction and magnitude of selection bias cannot be determined, but such bias could undermine the validity of results.

Another major limitation of the studies in Tang et al. (2008) is that nine (56%) of the studies failed to adjust for confounding by any of numerous potential influences on child intelligence (Table 1), such as age, sex, body size, nutrition, drinking water intake, health status, family size and structure, socioeconomic position, quality of the home environment, exposure to industrial pollution or coal burning, climate, and maternal and paternal intelligence, education, and occupation (Sameroff et al. 1993, Zheng et al. 2012, Eriksen et al. 2013, Pacheco et al. 2013, Camargo-Figuera et al. 2014). As described further in Appendix C, confounding refers to distortion of the observed association between an exposure and an outcome due to the influence of an alternative risk factor, called a confounder. Methods of reducing bias due to confounding include restriction of a study population to a certain subgroup of a confounder (e.g., conducting stratified analyses limited only to boys or girls, thereby controlling for the confounding influence of sex) and statistical adjustment, provided that sufficient information is available on important confounders. Of the seven studies in Tang et al. (2008) that accounted for confounding, four adjusted only minimally through stratification by age or sex, and the other three adjusted crudely for child or parent education or family income. Without additional adjustment for other potential confounders, such as those listed above, any observed associations cannot reliably be attributed to differences in fluoride exposure, as opposed to many other possible differences between comparison groups.

Twelve (75%) of the 16 studies included in the Tang et al. (2008) meta-analysis were ecological in design. Ecological studies are considered by epidemiologists to be especially weak. Their limitations include unmeasured variation in exposure levels within groups, such that associations observed at the group level may not apply to individual people within those groups; difficulty in controlling for confounding by both group-level and individual-level covariates; temporal ambiguity regarding the sequence of exposure (based on residential area) and outcome; and failure to account for migration across groups (Morgenstern 1995). Although the authors of several studies described high-fluoride and low-fluoride communities as being sociodemographically and environmentally comparable, similarities at the group level do not necessarily extend to individuals; that is, children from villages or regions that are comparable on average can be strikingly different from each other. Therefore, matching study communities on certain sociodemographic and environmental factors is not sufficient to control for confounding by individual-level characteristics. As ecological cross-sectional studies with no or minimal control for confounding, nearly all of the studies in this meta-analysis were of very poor quality and provided no reliable scientific basis for drawing conclusions about causality.

1807950.000 – 7057

U.S. EXHIBIT 505.0021

## Choi et al. (2012)

In a subsequent meta-analysis that was co-authored by Dr. Grandjean, Choi et al. (2012) identified 27 epidemiological studies of fluoride exposure and child cognitive function (Lin et al. 1991, Sun et al. 1991, An et al. 1992, Xu et al. 1994, Li et al. 1995, Yao et al. 1996, Zhao et al. 1996, Yao et al. 1997, Zhang et al. 1998, Lu et al. 2000, Wang et al. 2001, Xiang et al. 2003a, Seraj et al. 2006, Wang et al. 2006, Fan et al. 2007, Wang et al. 2007, Chen et al. 2008, Guo et al. 2008, Hong et al. 2008, Li et al. 2008b, Li et al. 2008c, Ren et al. 2008, Wang et al. 2008a, Yang et al. 2008, Li et al. 2009, Li et al. 2010, Poureslami et al. 2011). The standardized mean difference in IQ score between high-fluoride and low-fluoride areas was −0.45 (95% CI = −0.56, −0.34) based on a random-effects meta-analysis model, and −0.40 (95% CI = −0.44, −0.35) based on a fixed-effects meta-analysis model. After restriction to 16 studies that used the Combined Raven's Test for Rural China to measure IQ, the standardized mean difference was −0.36 (95% CI = −0.48, −0.25). After further restriction to nine studies that evaluated fluoride exposure from sources other than drinking water (e.g., from coal burning) or that involved co-exposure to high levels of arsenic, aluminum, or iodine or deficient levels of iodine, the summary weighted mean difference was −0.29 (95% CI = −0.44, −0.14). In an analysis of low or marginal IQ classified by scores of ≤ 69 or < 70–79, respectively, on the Combined Raven's Test for Rural China, reported in 16 studies, the summary relative risk was 1.93 (95% CI = 1.46, 2.55). In the nine studies that evaluated only drinking water fluoride exposure, the summary relative risk was 1.75 (95% CI = 1.16, 2.65). The authors concluded that their findings "*support the possibility* of adverse effects of fluoride exposures on children's neurodevelopment" (emphasis added), but that further research was needed to evaluate dose-response trends based on individual-level exposure measures over time, especially prenatally; to implement more extensive standardized measures of neurobehavioral outcomes; and to improve assessment and control of potential confounders (Choi et al. 2012).

Choi et al. (2012) found substantial and statistically significant variation in results among studies. Specifically, they reported that the $I^2$ statistic for the overall meta-analysis of 27 studies was 80.0% (77.8% based on 16 studies using the Combined Raven's Test for Rural China; 81.8% based on nine studies of drinking water fluoride),[4] and both the random-effects and fixed-effects models yielded p-values of < 0.001 for the test of homogeneity. Investigation of sources of heterogeneity showed that year of publication, but not mean age of children under study, was a significant predictor of IQ score; however, the $I^2$ residual accounting for these two factors remained 68.7%, leaving most of the heterogeneity unexplained. Although a funnel plot

---

[4]    In a meta-analysis, the $I^2$ statistic, which is used to evaluate the inconsistency of study results, represents the percentage of variation among studies that is due to true heterogeneity rather than chance. A value of 50–90% may represent "substantial" heterogeneity, and a value of 75–100% may represent "considerable" heterogeneity (Higgins and Green 2011).

21

U.S. EXHIBIT 505.0022

and statistical tests did not indicate clear evidence of publication bias, these graphical and statistical techniques should be applied only in the presence of no significant heterogeneity and $I^2 < 50\%$ (Ioannidis and Trikalinos 2007); thus, the non-significance of these tests should not be interpreted as evidence against publication bias. The authors did not explore the reasons for the more than 10-fold difference in the magnitude of the standardized mean difference between their meta-analysis estimate (−0.45 IQ points between high-fluoride and low-fluoride areas) and that of Tang et al. (2008) (−5.03 IQ points).

In their published article, Choi et al. (2012) were fairly cautious in their interpretation, stating that their findings "*suggest* an inverse association between high fluoride exposure and children's intelligence," and that "the results *tended to support* the potential for fluoride-mediated developmental neurotoxicity at relatively high levels of exposure in some studies" (emphasis added). They acknowledged methodological limitations of the available studies, including the ecological exposure assessment, stating that "the actual exposures of the individual children are not known. Misclassification of children in both high- and low-exposure groups may have occurred if the children were drinking water from other sources (e.g., at school or in the field)" (Choi et al. 2012). In fact, the authors noted that three studies with individual-level exposure data were excluded from the analysis, because the meta-analysis focused only on studies that reported ecological comparisons of high- vs. low-exposure groups. Other methodological shortcomings noted by Choi et al. (2012) included the cross-sectional design of "most" studies (in fact, all 27 were cross-sectional) and the lack of adjustment for confounding (no adjustment in 16 studies (59%), adjustment only for age or sex through stratification in eight studies, and crude adjustment for child or parent education or family income in three studies) (Table 1). They also remarked that key study aspects were not reported by many authors, preventing firm conclusions based on their findings: "Still, each of the articles reviewed had deficiencies, in some cases rather serious ones, that limit the conclusions that can be drawn." Thus, Choi et al. (2012) did not conclude that the available studies demonstrated causality from exposure to high fluoride levels, including in drinking water, and an adverse effect on cognitive function in children.

Dr. Calderón Hernández does not comment on the quality of the studies included by Choi et al. (2012) or the meta-analysis authors' conclusions. In his expert report on behalf of Plaintiffs in this matter, Dr. Grandjean continues to use the language in the published article by Choi et al (2012); that is, he concludes that the findings of the meta-analysis "suggest an inverse association between high fluoride exposure and children's intelligence" (p. 18 of Grandjean report) and that "the results tended to support the potential for fluoride-mediated developmental neurotoxicity at elevated levels of exposure" (p. 19 of Grandjean report). He also acknowledges the same methodological limitations of the studies as identified by Choi et al. (2012) (pp. 20–21 of Grandjean report), and he does not reach a conclusion of causality based on this body of literature.

22

U.S. EXHIBIT 505.0023

# Duan et al. (2018)

The most recently published meta-analysis, conducted by Duan et al. (2018), included 26 epidemiological studies of drinking water fluoride exposure in association with child intelligence (An et al. 1992, Xu et al. 1994, Li et al. 1995, Yao et al. 1996, Zhao et al. 1996, Yao et al. 1997, Zhang et al. 1998, Lu et al. 2000, Wang et al. 2001, Xiang et al. 2003a, Seraj et al. 2006, Wang et al. 2006, Fan et al. 2007, Wang et al. 2007, Chen et al. 2008, Hong et al. 2008, Wang et al. 2008a, Eswar et al. 2011, Poureslami et al. 2011, Xiang et al. 2011, Seraj et al. 2012, Trivedi et al. 2012, Karimzade et al. 2014, Sebastian and Sunitha 2015, Zhang et al. 2015, Mondal et al. 2016). Studies were restricted to those that reported drinking water fluoride concentrations in a highly exposed population and a reference population, thereby enabling an exposure-response analysis. A random-effects meta-analysis model yielded a standardized mean difference of −0.52 (95% CI = −0.62, −0.42) in IQ between high- and low-fluoride areas, with $I^2$ = 69.1% and p-value for homogeneity = 0.040.

Evaluation of sources of heterogeneity identified child's age as a significant modifier of the observed association, which was attenuated with older age (Duan et al. 2018). Nevertheless, significant inverse associations between high drinking water fluoride levels and child IQ were observed after stratification by age group, country, sex, IQ test method, and average fluoride concentration, including 1−2, 2−3, 3−4, 4−5, 5−6, 8−9, and 11−12 mg/L.[5] Again, statistical tests for publication bias were non-significant, but were largely uninformative in the context of substantial and statistically significant heterogeneity (Ioannidis and Trikalinos 2007). A dose-response analysis indicated a non-linear, J-shaped relationship between absolute or relative fluoride concentration and child IQ, with an inverse association up to 3−4 mg/L, followed by a positive association (i.e., higher IQ with higher levels of drinking water fluoride). Yet, the authors concluded: "Greater exposure to high levels of fluoride in water was significantly associated with reduced levels of intelligence in children. Therefore, water quality and exposure to fluoride in water should be controlled in areas with high fluoride levels in water."

Duan et al. (2018) noted some limitations of the meta-analysis itself, including the lack of access to raw data from all studies, the unknown sources of heterogeneity, the insufficient data to analyze water fluoride concentrations within subgroups, and the stratification of analyses by water fluoride concentration in high-exposure areas, but not reference areas. The authors also suggested that the unexpected positive association between higher average drinking water fluoride levels and higher IQ levels above 3−4 mg/L might be due to statistical instability; in particular, they stated: "Although the result of nonlinear model suggested that very high fluoride concentration in water was associated with higher intelligence level than medium fluoride, the

---

[5]    In water, 1 mg/L = 1 ppm.

1807950.000 − 7057

results might variable [*sic*] due to smaller number of cohorts were [*sic*] included." However, other than remarking that "socio-economic status is usually a major confounder, and … the socio-economic status was not provided in all original articles," Duan et al. (2018) largely ignored the major flaws of the articles themselves. All 26 of the studies were cross-sectional, 19 (73%) were ecological (and several of the others included ecological analyses), and 14 (54%) did not adjust for any confounders, while six adjusted only minimally for age or sex through stratification (Table 1), and participation rates were unreported in nearly all studies. Therefore, this low-quality set of studies is not sufficient to demonstrate a causal effect of consumption of fluoridated drinking water, even at relatively high levels that arise from natural fluoridation, on intelligence in children.

## Relevance of Drinking Water Fluoride Concentrations and Study Settings

Dr. Grandjean acknowledges that most of the studies included in prior meta-analyses are "from locations in China with elevated exposure to fluoride, many in the so-called endemic areas" (p. 17 of Grandjean report). He further notes that many of the studies included in prior meta-analyses referred to drinking water fluoride concentrations below 4 mg/L, but that in the subset of such studies in Choi et al. (2012), the average fluoride concentration in the high-exposure groups was 2.3 mg/L (p. 20 of Grandjean report). However, he does not directly raise the issue of the relevance of such drinking water fluoride concentrations to the general U.S. population, particularly the recommended concentration of 0.7 mg/L fluoride in community drinking water.

As shown in Table 1 below, the exposure concentrations of drinking water fluoride in all of the studies included in all three meta-analyses were higher than 0.7 mg/L, usually substantially so, except in populations where high fluoride exposure was predominantly from coal burning or there was concurrent excess exposure to arsenic or iodine, or iodine deficiency. Study inferences from the latter environments are not broadly generalizable to the U.S population because of the potential health impacts of these co-exposures, which are not widespread in the U.S. (ATSDR 2004, 2007, Zhang and Smith 2007). For example, chronic respiratory problems from exposure to high levels of indoor air pollution from coal burning (Zhang and Smith 2007) could in turn adversely affect children's academic and cognitive performance (Thies 1999).

Otherwise, where reported, average drinking water fluoride levels in nearly all highly exposed study communities without coal burning, excessive arsenic or iodine, or deficient iodine were at least 2.0 mg/L, including seven studies (19%) with average drinking water fluoride levels above 4.0 mg/L in a high-exposure community (An et al. 1992, Zhao et al. 1996, Wang et al. 2005, Wang et al. 2006, Wang et al. 2007, Chen et al. 2008, Seraj et al. 2012) (Table 1).

1807950.000 – 7057

U.S. EXHIBIT 505.0025

Three studies (8%) reported average levels below 2.0 mg/L (Xu et al. 1994, Zhang et al. 1998, Zhang and Cheng 2015). One of these studies was based in Shandong Province, China, where IQ scores did not differ significantly between regions with high drinking water fluoride (without excess or deficient iodine; mean = 1.8 mg/L) and low fluoride (0.38 mg/L) (Xu et al. 1994). The second study with average drinking water fluoride below 2.0 mg/L was based in Xinjiang, China, where IQ scores at 4, 5, 6, 7, 8, and 9 years did not differ significantly between children with higher drinking water fluoride (0.8 mg/L), with or without higher arsenic, and children with lower drinking water fluoride (0.58 mg/L) and arsenic, but scores were significantly lower in the higher-fluoride group at age 10 years (Zhang et al. 1998). The third study, which enrolled children in Tianjin, China, compared average drinking water fluoride levels of 1.40 mg/L in the high-exposure area and 0.63 mg/L in the low-exposure area (Zhang et al. 2015). This study found statistically significant inverse dose-response relationships between urinary fluoride (correlation with water fluoride: $\rho = 0.73$, $p < 0.01$) or serum fluoride (correlation with water fluoride: $\rho = 0.41$, $p < 0.01$) and IQ score, but did not find a significant correlation between water fluoride and IQ ($\rho = 0.11$, $p = 0.08$). In addition, a study of a village with high drinking water fluoride (2.47 mg/L) and a comparison village (0.36 mg/L) in Jiangsu Province, China, classified average drinking water fluoride levels into several groups, including < 1.0 mg/L (mean = 0.75 mg/L), 1.0–1.9 mg/L (mean = 1.53 mg/L), 2.0–2.9 mg/L (mean = 2.46 mg/L), 3.0–3.9 mg/L (mean = 3.28 mg/L), and > 3.9 mg/L (mean = 4.16 mg/L) (Xiang et al. 2003a). This study found that mean IQ scores did not differ significantly between the < 1.0 mg/L group and the reference village, but were significantly lower in the 1.0–1.9 mg/L group. However, the prevalence of IQ score < 80 did not differ significantly between either the < 1.0 mg/L group or the 1.0–1.9 mg/L group and the reference village.

Thus, taken together, the results of prior meta-analyses of fluoride exposure and child intelligence, and the individual studies included in those meta-analyses, cannot be interpreted as being relevant to exposure to artificially fluoridated drinking water at a target concentration of 0.7 mg/L in the U.S. Even setting aside concerns about the cross-sectional study design, often ecological exposure assessment, poor control for confounding, and potential selection bias, any or all of which could explain the observed inverse statistical associations between fluoride exposure and child IQ, these studies pertain to natural concentrations of fluoride in drinking water that are well above those relevant to artificial drinking water fluoridation in the U.S.

An additional consideration is that all of the studies assessed in prior meta-analyses were conducted in China, India, or Iran, often in rural, impoverished areas, where other potential environmental and behavioral influences on neurodevelopment may limit the relevance of results to the U.S. For example, in such settings, limited educational resources (including poorly educated parents), infectious diseases, food deficiency and stunting, deficiencies in essential nutrients such as folate, iodine, and iron, physical stressors, and co-exposure to neurotoxins such as lead and mercury from environmental pollution could interact with fluoride exposure to

influence cognitive outcomes in children (Pechtel and Pizzagalli 2011, Zimmermann 2012, Sanders et al. 2015, Chmielewska et al. 2016, Huang et al. 2016, Weatherhead et al. 2017). Such differences between these regions and the U.S. may prevent generalization of results from prior studies to the present matter.

In fact, given the universally cross-sectional design, not a single study included in the three prior meta-analyses by Tang et al. (2008), Choi et al. (2012), and Duan et al. (2018) was methodologically rigorous, and none evaluated drinking water fluoride levels in the range of 0.7 mg/L. Therefore, due to the substantial methodological weaknesses, the high levels of fluoride exposure, and the low-resource settings of the underlying studies, the results of prior meta-analyses do not establish a causal effect of consumption of fluoridated drinking water, especially at concentrations in U.S. community drinking water, on neurodevelopmental outcomes in humans.

1807950.000 – 7057

U.S. EXHIBIT 505.0027

**Table 1. Selected characteristics of epidemiological studies of fluoride exposure and child cognitive outcomes included in prior meta-analyses (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018)**

| Author | Year | Source | Country | Study Design | Confounders Adjusted | High-Exposure Fluoride Level (Arithmetic or Geometric Mean ± SD, Median, or Range) |
|---|---|---|---|---|---|---|
| An J et al. | 1992 | Choi, Duan, Tang | China | Ecological cross-sectional | None | 5.2–7.6 mg/L water |
| Chen Y et al. | 1991 (trans. 2008) | Choi, Duan, Tang | China | Ecological cross-sectional | Sex (stratified) | 4.55 mg/L water |
| Eswar P et al. | 2011 | Duan | India | Ecological cross-sectional | None | 2.45 mg/L water |
| Fan Z et al. | 2007 | Choi, Duan, Tang | China | Cross-sectional | None | 3.15 mg/L water<br>2.89 ± 1.97 mg/L urine |
| Guo X et al. | 1991 (trans. 2008) | Choi, Tang | China | Ecological cross-sectional | None | 0.0298 mg/m$^3$ indoor air (from coal burning)<br>0.5 mg/L water<br>0.1483 ± 0.0473 mg/L serum |
| Hong F et al. | 2001 (trans. 2008) | Choi, Duan, Tang | China | Ecological cross-sectional | Preschool education or parental education (stratified) | 2.90 mg/L water |
| Karimzade S et al. | 2014 | Duan | Iran | Ecological cross-sectional | None | 3.94 mg/L water |
| Li F et al. | 2009 | Choi | China | Cross-sectional | None | 2.336 ± 1.128 mg/L urine (from coal burning) |
| Li X et al. | 2010 | Choi | China | Cross-sectional | None | 2.47 ± 0.75 mg/L water |
| Li XS et al. | 1995 | Choi, Duan, Tang | China | Ecological cross-sectional | Age or sex (stratified) | 2.69 mg/L urine (from coal burning) |
| Li Y et al. | 1994 (trans. 2008) | Choi, Tang | China | Ecological cross-sectional | None | 0.02–0.51 mg/m$^3$ air (from coal burning)<br>0.3 mg/L water |
| Li YP et al. | 2003 (trans. 2008) | Choi | Inner Mongolia/ China | Cross-sectional | Sex (stratified) | NR (58.19% with dental fluorosis) |

27

U.S. EXHIBIT 505.0028

| Author | Year | Source | Country | Study Design | Confounders Adjusted | High-Exposure Fluoride Level (Arithmetic or Geometric Mean ± SD, Median, or Range) |
|---|---|---|---|---|---|---|
| Lin FF et al. | 1991 | Choi | China | Ecological cross-sectional | None | 0.88 mg/L water (with deficient iodine)<br>2.56 mg/L urine |
| Lu Y et al. | 2000 | Choi, Duan, Tang | China | Cross-sectional | None | 3.15 ± 0.61 mg/L water<br>4.99 ± 2.57 mg/L urine |
| Mondal D et al. | 2016 | Duan | India | Ecological cross-sectional | None | 0.33–18.08 mg/L water<br>59.46% samples > 1.5 mg/L water<br>0.39–20.1 mg/L urine |
| Poureslami HR et al. | 2011 | Choi, Duan | Iran | Ecological cross-sectional | Sex (stratified) | 2.38 mg/L water |
| Ren D et al. | 1989 (trans. 2008) | Choi | China | Ecological cross-sectional | Sex (stratified) | NR |
| Sebastian and Sunitha | 2015 | Duan | India | Ecological cross-sectional | Age, sex, parental education, family income (adjusted) | 2.20 mg/L water |
| Seraj B et al. | 2006 | Choi, Duan | Iran | Ecological cross-sectional (based on abstract only) | None (based on abstract only) | 2.5 mg/L water |
| Seraj B et al. | 2012 | Duan | Iran | Ecological cross-sectional | None | 5.2 ± 1.1 mg/L |
| Sun M et al. | 1991 | Choi | China | Ecological cross-sectional | Age (stratified) | NR (99.51% with dental fluorosis) |
| Trivedi MH et al. | 2012 | Duan | India | Ecological cross-sectional | Sex (stratified) | 2.3 ± 0.87 mg/L water<br>2.69 ± 0.92 mg/L urine |
| Wang G et al. | 1996 (trans. 2008) | Choi, Duan, Tang | China | Ecological cross-sectional | None | > 1.0–8.6 mg/L water |
| Wang SX et al. | 2005 | Tang | China | Ecological cross-sectional | None | 8.31 ± 1.85 mg/L water<br>5.09 mg/L urine |
| Wang SX et al. | 2007 | Choi, Duan, Tang | China | Cross-sectional | None | 8.3 ± 1.9 mg/L water<br>5.1 ± 2.0 mg/L urine |
| Wang XH et al. | 2001 | Choi, Duan | China | Ecological cross-sectional | None | 2.97 mg/L water (with high iodine) |

28

U.S. EXHIBIT 505.0029

August 1, 2019

| Author | Year | Source | Country | Study Design | Confounders Adjusted | High-Exposure Fluoride Level (Arithmetic or Geometric Mean ± SD, Median, or Range) |
|---|---|---|---|---|---|---|
| | | | | | | 3.08 ± 1.03 mg/L urine |
| Wang ZH et al. | 2006 | Choi, Duan | China | Cross-sectional | None | 5.54 ± 3.88 mg/L water |
| | | | | | | 5.50 ± 2.40 mg/L urine |
| Xiang Q et al. | 2003a | Choi, Duan, Tang | China | Cross-sectional | Age, sex, family income, or parental education (stratified); urinary creatinine (adjusted) | 2.47 ± 0.79 mg/L water (stratified by 1.0–1.9, 2.0–2.9, 3.0–3.9, or > 3.9 mg/L) |
| | | | | | | 3.47 ± 1.95 mg/L urine |
| Xiang Q et al. | 2011 | Duan | China | Cross-sectional | Age, sex (adjusted) | 2.47 ± 0.79 mg/L water |
| | | | | | | 0.081 ± 0.019 mg/L serum |
| Xu Y et al. | 1994 | Choi, Duan, Tang | China | Ecological cross-sectional | None | 1.8 mg/L water |
| Yang Y et al. | 1994 (trans. 2008) | Choi | China | Ecological cross-sectional | None | 2.97 mg/L water (with high iodine) |
| | | | | | | 2.08 ± 1.03 mg/L urine |
| Yao L et al. | 1996 | Choi, Duan | China | Ecological cross-sectional | None | 2.0–11.0 mg/L water |
| Yao L et al. | 1997 | Choi, Duan, Tang | China | Ecological cross-sectional | Age (stratified) | 2.0 mg/L water |
| Zhang J et al. | 1998 | Choi, Duan, Tang | China | Ecological cross-sectional | Age (stratified) | 0.8 mg/L water |
| Zhang S et al. | 2015 | Duan | China | Cross-sectional | Age, sex, parental education, thyroid hormones (thyroxine, triiodothyronine, thyroid-stimulating hormone), drinking water fluoride (adjusted); genotype (stratified or interaction) | 1.40 mg/L water |
| | | | | | | 2.40 ± 1.01 mg/L urine |
| | | | | | | 0.18 ± 0.11 mg/L serum |
| Zhao LB et al. | 1996 | Choi, Duan, Tang | China | Ecological cross-sectional | Age, sex, or parental education (stratified) | 4.12 mg/L water |

29

U.S. EXHIBIT 505.0030

# Systematic Literature Review Methods

As I stated earlier, a thorough and objective scientific assessment of the association between fluoride exposure and human developmental neurotoxicity should be based on a systematic literature review and causal analysis of the relevant epidemiological literature. However, Plaintiffs' experts have not performed such a systematic literature review as of 2019 (and they have not claimed to do so). The only reliable means of ensuring that all of the relevant scientific evidence is taken into consideration (with the understanding that some relevant papers may be missed by the search strategy, but that such omissions should be unbiased) is to conduct and document a systematic literature review. Otherwise, a selected subset of the available literature may be non-representative and even skewed, whether intentionally or not, toward a particular conclusion. Therefore, in contrast and in response to Plaintiffs' experts, who did not take all of the available epidemiological evidence into account, I undertook a systematic literature review of the published epidemiological evidence on the association between fluoride exposure and developmental neurotoxicity in humans.

The primary source that I used to identify relevant studies was PubMed (https://www.ncbi.nlm.nih.gov/pubmed), an online search engine developed and maintained by the U.S. National Library of Medicine that provides access to more than 29 million citations for biomedical literature from MEDLINE (a bibliographic database of articles from more than 5,200 international biomedical and life sciences journals (U.S. National Library of Medicine 2019b)), additional life science journals, and online books. Because several of the studies included in prior meta-analyses were published in the journal *Fluoride*, which is not included in MEDLINE, I also searched the *Fluoride* website (http://www.fluorideresearch.org/). I also searched for relevant studies in the reference lists of articles that I reviewed, as well as Plaintiffs' responses to requests for production and Plaintiffs' experts' reports

Prior to searching the literature, I determined that epidemiological studies relevant to this matter should meet the following eligibility criteria:

- Evaluation of developmental exposure to fluoride, where "developmental" refers to early life and childhood, defined broadly as including gestation through age 18 years;
- Evaluation of neurological outcomes, defined broadly as including cognitive, behavioral, and other neuropsychological endpoints, at any age;
- Presentation of quantitative results, such as relative risks, risk differences (e.g., differences in group means), and/or correlation coefficients, for the association between developmental exposure to fluoride and neurological outcomes.

1807950.000 – 7057

U.S. EXHIBIT 505.0031

I excluded epidemiological studies of occupational exposure to fluoride, because such exposure occurs during adulthood and, therefore, it does not pertain to neurodevelopmental outcomes. I also excluded animal studies, *in vitro* studies, epidemiological studies of other health outcomes, editorials, commentaries, letters without original research data, and reviews.

Using the following search string, I identified 1,457 articles in PubMed as of July 1, 2019 (Figure 1):

> *(fluorid\* OR fluoride OR fluoridation OR fluoridated OR fluoridate) AND (intell\* OR intelligence OR intellectual OR IQ OR cognit\* OR cognitive OR behavior\* OR behavior OR behavioral OR neuro\* OR neurolog\* OR neurotox\* OR neurodevelopment\* OR psycho\* OR psycholog\* OR psychomotor\* OR mental OR attention OR hyperactiv\* OR autism OR autistic OR nervous) AND (water OR urine OR urinary OR blood OR serum OR plasma).*

Based on a review of the titles and abstracts, I identified 44 of these articles as being potentially relevant original epidemiological research studies of fluoride exposure and neurodevelopmental outcomes.

Using the following search string, I identified approximately 1,250 results (although the number of hits fluctuated substantially over time) on the *Fluoride* journal website as of July 1, 2019 (Figure 1):

> *intelligence OR intellectual OR intellect OR IQ OR cognitive OR cognition OR behavior OR behavioral OR neurodevelopment OR neurodevelopmental OR psychological OR psychomotor OR neuropsychological OR mental OR attention OR hyperactivity OR autism OR nervous.*

Based on a review of the titles, I identified 39 of these results as being potentially relevant original epidemiological research studies, including full-length articles and abstracts.

Finally, from reference lists of reviewed articles, as well as Plaintiffs' responses to requests for production and Plaintiffs' experts' reports, I identified 40 additional potentially relevant original epidemiological research studies (Figure 1).

I reviewed the full text of all 123 potentially relevant studies and excluded 31 that lacked original data on fluoride exposure and neurodevelopmental outcomes. I separated out the 36 articles that were previously reviewed in the three meta-analyses described above (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). This left 56 original research articles, apart from the

31

U.S. EXHIBIT 505.0032

36 that were covered in prior meta-analyses, that I included in my review. All of the published original epidemiological studies of fluoride exposure and neurodevelopmental outcomes conducted by the research teams of Drs. Calderón Hernández, Grandjean, Hu, and Lanphear, as cited in their expert reports, are included in my review (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Choi et al. 2015, Bashash et al. 2017, Valdez Jiménez et al. 2017, Bashash et al. 2018, Green et al. in press, Till et al. in review). A list of articles that I identified and considered but ultimately excluded is provided in Appendix D.

I did not attempt a quantitative meta-analysis of the included studies for two main reasons. First, in light of the statistically significant heterogeneity among study results identified by prior metanalyses (Choi et al. 2012, Duan et al. 2018), as well as the obvious qualitative heterogeneity in study settings, methods, and fluoride exposure levels among the available studies, providing a single summary estimate of the association between fluoride exposure and any neurodevelopmental outcome would be of questionable scientific validity. That is, a single relative risk estimate would not validly reflect the wide range of relative risk results reported in individual studies, especially given that some of the observed diversity in findings may be due to true differences in study populations, study design characteristics, and fluoride exposure levels. Second, conducting a meta-analysis would have required at a minimum that I restrict the analysis to studies that assessed the same general exposure metric (e.g., fluoride in drinking water) and the same general neurodevelopmental outcome (e.g., IQ), thereby excluding informative studies and detracting from consideration of other relevant outcomes (e.g., studies of maternal prenatal urinary fluoride or studies of behavior and conduct problems).

Therefore, to encompass the totality of epidemiological studies of fluoride exposure and neurodevelopmental outcomes, I undertook a qualitative assessment of the methodological quality and results of all of the studies identified by my literature search. To ensure a systematic approach to this assessment, I evaluated the studies according to standard epidemiological considerations, including study design, study population, exposure assessment, outcome assessment, and confounder adjustment (Downs and Black 1998, Guyatt et al. 2011b, Viswanathan and Berkman 2012). I also considered the potential for publication bias (Guyatt et al. 2011a).

U.S. EXHIBIT 505.0033

Figure 1. **Flow chart of literature search process to identify original epidemiological studies of fluoride exposure and neurodevelopmental outcomes**



U.S. EXHIBIT 505.0034

# Systematic Literature Review Results

Plaintiffs' experts Drs. Calderón Hernández, Hu, and Lanphear discuss (or are prepared to discuss) the design, methods, and methods of their own research in detail, and Drs. Grandjean and Thiessen provide narrative discussions of selected epidemiological studies of fluoride exposure and developmental neurotoxicity in humans. However, none of the Plaintiffs' experts systematically identify and evaluate all of the relevant studies according to standard considerations of epidemiological study design and methods. Indeed, although Dr. Grandjean states that he conducted an updated PubMed search, he explicitly "consider[s] it beyond [his] present report to evaluate these studies in detail" (p. 21 of Grandjean report). Likewise, Dr. Thiessen acknowledges that "[d]ue to the sheer magnitude of studies reporting associations with neurotoxic outcomes, [she has] not sought to review each of them" (p. 15 of Thiessen report).

Again, the only reliable means of taking all of the relevant scientific evidence into account is to conduct and document a systematic literature review based on clearly specified criteria. In the absence of such a complete and systematic approach, the results of some studies may be emphasized over others based on subjective or arbitrary characteristics, and an evaluation may even be skewed to favor studies with either positive or negative results, instead of based on objective indicators of study quality. In addition, to properly interpret the findings of the epidemiological studies by Drs. Calderón Hernández, Hu, and Lanphear, their research should be considered in the context of all of the available literature on this topic. As discussed, for instance, in the National Research Council (NRC)'s Reference Manual on Scientific Evidence, causal analysis should be based on an evaluation of the overall weight of scientific evidence, rather than selected individual studies (NRC 2011).

Therefore, to fill the scientific gaps left by Plaintiffs' experts, in this section I discuss the 56 epidemiological studies that I reviewed in addition to the 36 already covered by three prior meta-analyses (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). The methods and results of these 56 epidemiological studies are summarized in Table 2, which is provided at the end of the main body of my report. I devote particular attention to studies conducted in Western countries with generally low levels of fluoride (≤ 1 mg/L) in drinking water, whether artificially fluoridated or not, including Canada, Mexico (specifically, Mexico City), New Zealand, and the U.S., because these levels are generally relevant to the present matter.

1807950.000 – 7057

U.S. EXHIBIT 505.0035

## Problematic Literature Sources

In his expert report, Dr. Grandjean notes that many studies of fluoride exposure and developmental neurotoxicity have been conducted in China and published in Chinese journals, and that "[t]hese studies have not been easily accessible outside of China, but the journal Fluoride published in 2008 a series of previously published articles translated into English" (p. 16 of Grandjean report). He also describes how in the years following 2007, he and his colleague Dr. Anna Choi "located research reports on fluoride in drinking water and its association with cognitive deficits in children – a total of 27 studies, the majority of which had been carried out in China" (p. 9 of Grandjean report). Most or all of these studies presumably were included in their subsequent meta-analysis (Choi et al. 2012). Dr. Grandjean and the other Plaintiffs' experts do not question the quality or objectivity of these publications.

However, as explained below, I have major concerns regarding the fact that a large proportion of the articles that I identified during my literature search and identification process—and an even larger proportion of those included in the meta-analyses by Tang et al. (2008), Choi et al. (2012), and Duan et al. (2018)— either were published in the journal *Fluoride*, which is not indexed in MEDLINE, or were originally published in foreign languages in other journals not indexed in MEDLINE, the world's leading biomedical bibliographic database, which currently includes citations from more than 5,200 journals in about 40 languages, and about 60 languages from older journals (U.S. National Library of Medicine 2019b). These foreign-language articles were subsequently translated into English and published in *Fluoride* or FluorideAlert.org, the website of the Fluoride Action Network, one of the Plaintiffs in this matter. Such articles published in non-MEDLINE journals comprised 14 (88%) of the 16 articles reviewed by Tang et al. (2008), 24 (89%) of the 27 articles reviewed by Choi et al. (2012), and 20 (77%) of the 26 articles reviewed by Duan et al. (2018) (Lin et al. 1991, Sun et al. 1991, An et al. 1992, Xu et al. 1994, Li et al. 1995, Yao et al. 1996, Zhao et al. 1996, Yao et al. 1997, Zhang et al. 1998, Lu et al. 2000, Wang et al. 2001, Xiang et al. 2003a, Wang et al. 2006, Fan et al. 2007, Chen et al. 2008, Guo et al. 2008, Hong et al. 2008, Li et al. 2008b, Li et al. 2008c, Ren et al. 2008, Wang et al. 2008a, Li et al. 2009, Li et al. 2010, Eswar et al. 2011, Poureslami et al. 2011, Xiang et al. 2011, Trivedi et al. 2012, Karimzade et al. 2014). Non-MEDLINE articles also comprised 18 (32%) of the 56 articles included in my literature review, which did not overlap with the three meta-analyses (Spittle et al. 1998, Trivedi et al. 2007, Li et al. 2008a, Liu et al. 2008, Qin et al. 2008, Wang et al. 2008b, Sharma et al. 2009, Wang et al. 2012, Xiang et al. 2013, Wei et al. 2014, Xiang 2015, Zhang and Cheng 2015, Chang et al. 2017, Jin et al. 2017, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Thomas et al. 2018).

1807950.000 – 7057

U.S. EXHIBIT 505.0036

## Low-Quality Publications

My first concern relates to the poor quality of articles published in non-MEDLINE journals. Scientific journals are selected for indexing in MEDLINE by the Director of the U.S. National Library of Medicine, based on an evaluation of scientific merit by the Literature Selection Technical Review Committee, an advisory committee of the National Institutes of Health (U.S. National Library of Medicine 2019a). Critical elements taken into consideration by the committee include the journal's scope and coverage as they relate to biomedicine; the scientific quality of the content, including validity, importance, originality, and contribution to the coverage of the journal's field; the quality of editorial work, including demonstration of features that contribute to the objectivity, credibility, and quality of the journal's contents; the production quality, including layout, printing, graphics, and illustrations; and the journal's audience, which should be primarily those in the health professions. The criteria for selection are the same for English-language and non-English-language journals.

For biomedical journals, except those that are new, not being indexed in MEDLINE thus generally can be interpreted as an indicator of poor quality. In the case of *Fluoride*, the journal's editors have published reports documenting that they repeatedly applied for but were rejected from inclusion in MEDLINE, with reasons for rejection including several issues related to poor quality of scientific content, editorial work, and production (Burgstahler and Spittle 2009, Spittle 2014b). Reasons why other journals, primarily from China, that published fluoride epidemiology studies have not been indexed in MEDLINE most likely also relate to poor scientific, editorial, and production quality. The low quality of the journals underscores the serious methodological flaws of the studies themselves, as described above with respect to the articles included in prior meta-analyses, as well as later in this report with respect to several of the additional articles identified in my literature review.

## Editorial and Publication Bias

My second concern relates to the high potential for selective publication and translation of poor-quality articles, originally written in a non-English language, that show a positive association between fluoride exposure and developmental neurotoxicity. Among the reasons given by the Literature Selection Technical Review Committee for rejecting *Fluoride* from MEDLINE indexing were that "[m]ost articles seem to be pro-fluoride toxicity; there is insufficient balance among articles" (Burgstahler and Spittle 2009) and that "the articles seem to emphasize fluoride as a biological or toxicological detriment" (Spittle 2014b). Moreover, for more than two decades, the editors of the journal have published editorials and commentaries expressing concerns about potential neurotoxic effects of fluoride, and urging the suspension of public drinking water fluoridation programs (Burgstahler and Colquhoun 1996, Spittle 1996, 2000, Burgstahler 2003, Spittle 2011, 2014d, a, c, 2015b, a, 2016a, c, b, 2017b, a, 2018a, b). Although

36

U.S. EXHIBIT 505.0037

the editors argue that *Fluoride* publishes articles, including both "pro-fluoride" and "anti-fluoride" findings, based on their scientific merit (Burgstahler and Spittle 2009, Spittle 2014b), editors can influence the content of their journals both directly (e.g., by rejecting manuscripts that do not support their scientific opinions, or by assigning submitted manuscripts to reviewers known to favor a certain scientific opinion) and indirectly (e.g., by fostering a reputation that encourages authors with positive findings to submit their manuscripts for publication, while discouraging authors with negative or null findings from doing so). The fact that nearly all epidemiological studies of fluoride exposure and neurodevelopmental outcomes published in *Fluoride* found a statistically significant adverse association suggests some "anti-fluoride" editorial influence, whether intentional or not.

Likewise, the fact that nearly all English-language translations of epidemiological studies of this issue found a statistically significant adverse association also suggests selective translation of foreign-language articles. In my experience as a scientist, and having conducted numerous systematic literature reviews, I have rarely located independent English-language translations of full-length scientific papers, especially freely available translations. The availability of dozens of English-language translations of epidemiological studies of fluoride exposure and neurodevelopmental outcomes is thus highly unusual, and the similarity of their findings makes these papers even more anomalous. All of the English-language translations are available from the journal *Fluoride* and/or the Fluoride Action Network website, FluorideAlert.org. Moreover, a published acknowledgement from the editors of *Fluoride* make it clear that at least a dozen of the journal's translated articles were underwritten by the Fluoride Action Network (Burgstahler and Neurath 2008).

The clear stances of the Fluoride Action Network and the editors of *Fluoride* on the issue of the potential developmental neurotoxicity of fluoride, combined with the nearly uniformly adverse findings in the translated articles, raise questions about how these articles were identified and selected for translation. In particular, I am concerned that other foreign-language articles that did not find adverse associations may not have been brought to the attention of the Fluoride Action Network and the editors of *Fluoride*, or may have selectively been left untranslated due to their results. Because the journals that initially published these articles in their original language are not indexed in MEDLINE, I am unable to conduct a systematic search in the same journals for other relevant articles that were not translated to English. Notably, however, two of the three Chinese-language articles that I identified that were *not* translated into English found no significant association between drinking water fluoride levels and child IQ scores (He and Zhang 2010, Kang et al. 2011), although four others (all identified from the reference list for Dr. Grandjean's expert report) found a significant adverse association with dental fluorosis (Chang et al. 2017, Jin et al. 2017, Dong et al. 2018, Pang et al. 2018). Therefore, although I cannot ascertain the true number of untranslated foreign-language epidemiological studies of fluoride

U.S. EXHIBIT 505.0038

exposure and neurodevelopmental outcomes, the studies that have been translated into English may comprise a non-representative, biased subset of all such studies.

Dr. Grandjean states in his expert report that "[i]n the field of epidemiology, there is a well-known bias toward the null" due to issues such as inadequate statistical power in small studies, lost cases and inadequate follow-up for long-term effects, use of an exposed or otherwise inappropriate comparison group, exposure misclassification, insensitive or imprecise outcome measures, failure to adjust for confounders with effects in the opposite direction, disregarding vulnerable subgroups, and pressure to avoid false alarm, among other reasons (p. 31 of Grandjean report). Although small studies may have insufficient statistical power to detect a true association, such studies are also more likely than larger studies to yield false-positive, inflated results. That is, statistically significant results from small studies are more likely to be false (due to chance) than significant results from larger studies (Button et al. 2013); and the magnitude of an observed association, regardless of statistical significance, is more likely to be overestimated in smaller studies (Greenland et al. 2000).

Dr. Grandjean is incorrect in suggesting that imprecise measurement of exposures or outcomes leads predictably to bias toward the null. On the contrary, systematic error in exposure or outcome misclassification—for example, differences in ascertainment of neurodevelopmental outcomes between children living in low-fluoride and high-fluoride areas—can readily lead to bias away from the null, that is, overestimation of associations. In addition, even when exposure or outcome misclassification is non-differential (i.e., random), the resultant direction of bias in the estimated association can be either toward or away from the null. Strict conditions must hold for non-differential misclassification to lead predictably to bias toward the null, and even under such uncommon scenarios, the direction of bias is a general tendency, and any given estimate may by chance be away from the null (Thomas 1995, Weinberg et al. 1995, Jurek et al. 2005, Jurek et al. 2008, Ogburn and VanderWeele 2012). Likewise, insufficient adjustment for confounders often leads to bias away from the null, and it can be difficult to determine the overall direction and magnitude of bias due to failure to control for multiple confounders that act in opposing ways. Thus, Dr. Grandjean's suggestion that these problems inevitably or even usually produce underestimated associations is misleading.

Moreover, Dr. Grandjean does not acknowledge the strong countervailing influence of publication bias. That is, in general, positive scientific results are well known to be more likely to be published than null results, and the magnitude of reported associations tends be exaggerated, in part because positive results are perceived to be more newsworthy or to have greater potential scientific or public-health impact than null results (Ioannidis 2005, Kavvoura et al. 2007, Ioannidis 2008, Turner et al. 2008, Fanelli 2010, Ioannidis et al. 2011, Fanelli 2012, Franco et al. 2014, Kivimaki et al. 2014, Nissen et al. 2016). Studies have shown that most published scientific research findings are anticipated to be false (Ioannidis 2005); that the

1807950.000 – 7057

proportion of false-positive findings outweighs the proportion of false-negative findings in epidemiology (Ioannidis et al. 2011); that the magnitude of true associations tends to be overestimated in published studies (Ioannidis 2008); and that this pattern of publication bias can so distort the available literature that false claims can become accepted as scientific fact (Nissen et al. 2016).

Publication bias and even outright scientific misconduct are especially rampant in China, where the academic culture creates high pressure and incentives to publish a large quantity of scientific papers (Xin 2009, Hvistendahl 2013). Indeed, one Chinese paper on fluoride exposure and child IQ was withdrawn from *Environmental Health Perspectives* (Xiang et al. 2010), apparently because of previous publication of many of the results in a previous paper (i.e., self-plagiarism) (Xiang et al. 2010). Both the earlier paper and subsequent results from this study population were published in the journal *Fluoride* (Xiang et al. 2003a, Xiang et al. 2011, Xiang 2015). Thus, the high proportion of poor-quality Chinese studies with positive findings on the association between fluoride exposure and neurodevelopmental outcomes could have been strongly influenced by publication bias.

## Methodological Considerations

### Study Design

Dr. Calderón Hernández briefly mentions the limitations of the ecological (i.e., group-level) and cross-sectional epidemiological study designs (p. 24 of Calderón Hernández report). Likewise, Dr. Grandjean indicates that there are weaknesses of ecological studies (p. 27 of Grandjean report) and cross-sectional studies (p. 30 of Grandjean report). However, none of the Plaintiffs' experts systematically assess and summarize the study design approach used by each of the available epidemiological studies of fluoride exposure and human developmental neurotoxicity.

As described in Appendix C, the design of an epidemiological study is a critical determinant of its ability to discern causal associations. Therefore, in contrast and in response to Plaintiffs' experts, I systematically evaluated the study design of each study that I identified in my literature review. Of the 56 studies, 17 (30%) used an ecological cross-sectional study design, meaning that they measured fluoride exposure only at the group level (i.e., ecologically) and they measured fluoride exposure and neurodevelopmental outcomes simultaneously (i.e., cross-sectionally) (Trivedi et al. 2007, Li et al. 2008a, Qin et al. 2008, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Nagarajappa et al. 2013, Singh et al. 2013, Malin and Till 2015, Aravind et al. 2016, Manju et al. 2017, Razdan et al. 2017, Mustafa et al. 2018, Pang et al. 2018,

1807950.000 – 7057

Perrott 2018, Lu et al. 2019, Zhao et al. 2019)[6] (Table 2). Two other studies (4% of 56) used an ecological retrospective design, meaning that group-level fluoride exposure was measured *after* the measurement of neurodevelopmental outcomes. Specifically, in one of these studies, drinking water fluoride levels were measured after assessment of IQ scores (Xiang et al. 2013). In the other, drinking water fluoride levels were estimated based on existing residential history data, but the exposure unequivocally preceded the outcomes in time (Aggeborn and Öhman 2017). The ecological cross-sectional (or retrospective) design is among the weakest of epidemiological study designs because it cannot distinguish the temporal sequence between exposure and outcome, and it cannot identify associations at the level of individual persons rather than groups (Morgenstern 1995). Where studies restricted children to lifelong residents of a study area with certain natural levels of fluoride in drinking water or fluoride levels in air and food from long-term coal burning activity, fluoride exposure most likely preceded current neurodevelopmental outcomes, which were primarily IQ scores (although neurodevelopment begins during gestation). However, currently measured fluoride exposure levels in cross-sectional studies may not accurately represent those in the past, i.e., at a time that would be etiologically relevant to current neurodevelopmental outcomes. Moreover, group-level exposure classification based on average drinking water fluoride levels in ecological studies does not capture individual variation in drinking water intake or fluoride absorption and clearance (Whitford 1999).

The most commonly used study design was cross-sectional with some individual exposure measures, a design employed by 27 studies (48% of 56), although many of these studies also involved ecological comparisons between grouped residential areas (Morgan et al. 1998, Calderón et al. 2000, Rocha-Amador et al. 2007, Liu et al. 2008, Rocha-Amador et al. 2008, Wang et al. 2008b, Rocha-Amador et al. 2009, Ding et al. 2011, Kang et al. 2011, Shivaprakash et al. 2011, Saxena et al. 2012, Wang et al. 2012, Asawa et al. 2014, Bai et al. 2014, Wei et al. 2014, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Xiang 2015, Zhang and Cheng 2015, Das and Mondal 2016, Barberio et al. 2017, Jin et al. 2017, Cui et al. 2018, Dong et al. 2018, Yu et al. 2018, Zhou et al. 2019) (Table 2). In most of these 27 studies, individual-level exposure was classified based on urinary or serum fluoride levels or grade of dental fluorosis (or, in one study, skeletal fluorosis). The exceptions were eight studies (30% of 27) that measured fluoride levels in drinking water at each child's home (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Kang et al. 2011, Saxena et al. 2012, Choi et al. 2015, Barberio et al. 2017, Zhou et al. 2019), one (4% of 27) that queried parents about various potential sources of fluoride exposure (Morgan et al. 1998), and one (4% of 27) that estimated total fluoride intake from food, water, and air based on sampling in a subset of participants (Wang et al. 2012). Except where household drinking water fluoride levels were stable for

---

[6]   Three children in the study by Lu et al. (2019) were classified separately because they had substituted fluoride-free bottled water for high-fluoride well water, but individual-level measures of fluoride exposure were unavailable in this study.

1807950.000 – 7057

children who were lifelong residents of the same home, these exposure metrics may not reflect fluoride exposure levels in the distant past, during periods that could be etiologically relevant to neurodevelopment. Therefore, the cross-sectional design of these studies creates temporal ambiguity regarding whether measured levels of fluoride exposure preceded measured neurodevelopmental outcomes. In the absence of certainty that the exposure occurred before the outcome, these studies cannot establish cause-and-effect relationships.

The other 10 studies (18% of 56) were prospective cohorts, in which fluoride exposure was measured or estimated *prior* to the measurement of neurodevelopmental outcomes. All but one of these studies were conducted in Western countries, including two studies of a Canadian birth cohort (Green et al. 2019, Green et al. in press, Till et al. in review)[7]; three studies based in a Mexico City birth cohort (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018); one study of a birth cohort in two endemic hydrofluorosis areas in Jalisco, Mexico (Valdez Jiménez et al. 2017); two studies based in a prospective cohort of children in Christchurch, New Zealand (Shannon et al. 1986, Spittle et al. 1998); one study in a prospective birth cohort of children in Dunedin, New Zealand (Broadbent et al. 2015); and one Chinese study that followed a cohort of infants born to mothers with or without coal-burning-related dental fluorosis (Chang et al. 2017) (Table 2). Compared with cross-sectional and ecological studies, prospective cohorts generally have several key advantages, including the unambiguous temporal sequence of exposure and outcome in individual subjects, as well as the lower risk of selection bias due to differential participation based on exposure and outcome characteristics. That is, because prospective cohorts enroll participants prior to the onset of the health outcome(s) of interest, they generally are less susceptible to selection bias than cross-sectional (and retrospective) studies, where subject identification, recruitment, and participation are vulnerable to the influence of existing exposure and health status. However, prospective cohort studies are not immune from selection bias due to differential participation—for example, if the health outcome is strongly associated with family history, which is known at the time of study initiation and can influence a person's decision to participate—or due to differential follow-up over time.

## Study Population

Plaintiffs' experts do not systematically classify the settings of each of the relevant epidemiological studies of fluoride exposure in association with developmental neurotoxicity. Interpretation of the results of each study requires consideration of the study setting in terms of geographic region, fluoride exposure levels and sources, and subject participation rates. None of the Plaintiffs' experts specify participation rates in studies other than their own, and they do not take the potential for selection bias into consideration.

---

[7] Green et al. (2019) is a conference abstract that describes trimester-specific analyses of the same data described in Green et al. (in press). In my report, I do not count it as a separate study. I obtained some information on Green et al. (in press) from a publication describing the overall cohort (Arbuckle et al. 2013).

1807950.000 – 7057

In contrast and in response to Plaintiffs' experts, I systematically evaluated the study setting and population in each of the studies that I identified in my literature review. Among the available epidemiological studies, the target study populations differed widely in terms of their geographic setting, major sources and levels of fluoride exposure, and potential for selection bias. Forty-three (77%) of the 56 studies were set in China, India, Mexico, Sudan, or Turkey, in communities with high fluoride and arsenic levels due to coal burning (Wang et al. 2008b, Bai et al. 2014, Wei et al. 2014, Zhang and Cheng 2015, Chang et al. 2017, Jin et al. 2017) or gold mining (Manju et al. 2017); or with high natural drinking water fluoride levels reportedly above 2 mg/L (Rocha-Amador et al. 2007, Trivedi et al. 2007, Liu et al. 2008, Qin et al. 2008, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Sudhir et al. 2009, Shivaprakash et al. 2011, Saxena et al. 2012, Wang et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Xiang et al. 2013, Choi et al. 2015, Khan et al. 2015, Xiang 2015, Aravind et al. 2016, Das and Mondal 2016, Razdan et al. 2017, Valdez Jiménez et al. 2017, Yu et al. 2018, Lu et al. 2019), above 1.5 mg/L (Li et al. 2008a, Sharma et al. 2009, Ding et al. 2011, Cui et al. 2018, Zhou et al. 2019), above 1.0 mg/L with (Kang et al. 2011) or without elevated drinking water arsenic levels (Calderón et al. 2000, Dong et al. 2018, Mustafa et al. 2018), without quantified drinking water fluoride levels but with a high prevalence of dental fluorosis (He and Zhang 2010, Asawa et al. 2014, Kundu et al. 2015, Pang et al. 2018), or with drinking water fluoride levels simply described as historically "high" without quantification (Zhao et al. 2019)[8] (Table 2). For reasons described earlier in this report—in particular, the high concentrations of fluoride from natural sources or environmental pollution and the low-resource settings of these studies—their results cannot reliably be extrapolated to exposure to artificial drinking water fluoridation in the U.S.

Of the remaining 13 studies (23% of 56), three were conducted in Mexico City, Mexico, an area where salt is fluoridated at 250 ppm, and natural levels of fluoride in drinking water may range from 0.15 to 1.38 mg/L, but were not measured as part of the studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018) (Table 2). The authors also did not report the prevalence of dental fluorosis in the study population, but other studies of schoolchildren in the Mexico City metropolitan area reported a prevalence of 53–60%, mostly of less-than-moderate severity (Juárez-López et al. 2003, Molina-Frechero et al. 2012). By comparison, according to the U.S. Centers for Disease Control and Prevention (CDC), the prevalence of dental fluorosis in the U.S. was 33.4% among children aged 6–11 years and 40.6% among adolescents aged 12–15 years in 1999–2004 (Beltrán-Aguilar et al. 2010). Because fluoride intake from salt may comprise a substantial proportion of fluoride exposure in the Mexico City study population, and fluoride levels in drinking water were not measured, these results may not be applicable to artificially fluoridated communities in the U.S.

---

[8] Based on information reported by Zhou et al. (2019), the mean drinking water fluoride level in the high-fluoride area studied by Zhao et al. (2019) was probably > 1.5 mg/L.

1807950.000 – 7057

U.S. EXHIBIT 505.0043

Otherwise, results from studies of lower-level exposure to fluoride in artificially fluoridated drinking water in Western countries are more likely to be relevant to the present matter. One study was conducted in a nationally representative sample of Canadians, among whom average tap water fluoride levels were below 0.4 mg/L (Barberio et al. 2017). Two other Canadian studies included mothers and children living in regions with or without artificial public drinking water fluoridation at a target level of 0.7 mg/L (94.3% below 0.7 mg/L, 100% below 1.5 mg/L) (Green et al. in press, Till et al. in review). Similarly, three New Zealand studies were conducted in areas with or without artificial public drinking water fluoridation at concentrations of 0.7−1.0 mg/L (Shannon et al. 1986, Spittle et al. 1998, Broadbent et al. 2015), and three U.S. studies were conducted in communities with or without artificial public drinking water fluoridation (Morgan et al. 1998, Malin and Till 2015, Perrott 2018). One ecological study was conducted in Sweden, where natural fluoride levels in drinking water ranged from 0−4 mg/L, but the mean and standard deviation (SD) were 0.353 ± 0.325 mg/L, and water authorities could reduce fluoride levels over 1.5 mg/L in municipal water (Aggeborn and Öhman 2017).

An additional concern that Plaintiffs' experts do not account for regarding the study populations in most of the 56 studies, as well as those included in prior meta-analyses, is that participation rates were rarely reported by authors: 39 studies (70% of 56) did not report how many children participated in the study out of all who were eligible (Morgan et al. 1998, Calderón et al. 2000, Trivedi et al. 2007, Li et al. 2008a, Liu et al. 2008, Qin et al. 2008, Wang et al. 2008b, Rocha-Amador et al. 2009, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Ding et al. 2011, Kang et al. 2011, Shivaprakash et al. 2011, Saxena et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Asawa et al. 2014, Bai et al. 2014, Wei et al. 2014, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Malin and Till 2015, Zhang and Cheng 2015, Aravind et al. 2016, Das and Mondal 2016, Chang et al. 2017, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Perrott 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019) (Table 2). The three Mexico City prospective cohort studies also did not report participation rates in the overall study out of all eligible pregnant women recruited, but only 214 to 401 (21−40%) of 997 participating mother-child pairs had sufficient data to be included in the analyses of fluoride exposure and neurodevelopmental outcomes (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). Likewise, the Christchurch prospective cohort studies did not report how many eligible children were included in the study cohort at baseline (Shannon et al. 1986, Spittle et al. 1998), but Shannon et al. (1986) reported that 81% of the original cohort was followed to age 7 years. In the Swedish registry-based study, inclusion of eligible Swedish residents with available data presumably would have been close to 100%, although this was not explicitly stated by the authors, and substantial proportions of subjects were excluded due to missing or uncertain data (Aggeborn and Öhman 2017).

The lack of information on participation rates is especially problematic in cross-sectional studies, which comprise the majority of the available studies on this topic. Here, if participation is incomplete, then selection bias is highly likely due to the influences of concurrently existing exposure status and health status (or factors associated with both, such as socioeconomic status) on subject identification, recruitment, and/or participation. Because of the potential for factors such as socioeconomic status and maternal IQ to influence baseline fluoride exposure, future neurodevelopmental outcomes in children, and the decision to enroll in a research study, non-reporting of participation rates is also concerning for prospective studies of this topic. In the Mexico City cohort, the low proportion of cohort members with sufficient data for inclusion in the analysis of fluoride exposure and neurodevelopmental outcomes also raises concerns about selection bias due to missing data. Even though Bashash et al. (2017) indicated that most characteristics were similar, on average, between subjects with and without complete data (except that those with complete data were more likely to be girls), any differences in neurodevelopmental outcomes and unmeasured covariates were unknown.

In the 11 studies (20% of 56) that reported information on participation rates, the proportion of participants was relatively low (36%) in the Jalisco birth cohort (Valdez Jiménez et al. 2017) and the cross-sectional Canadian study (54−56%) (Barberio et al. 2017), and substantially higher in a cross-sectional rural Mexican study (85%) (Rocha-Amador et al. 2007, Rocha-Amador et al. 2008), a cross-sectional study in Tianjin, China (91%) (Cui et al. 2018), the prospective cohort study in Dunedin (91% baseline, 95% follow-up) (Broadbent et al. 2015), and in three overlapping cross-sectional studies in Sihong County, Jiangsu Province, China (93−97%) (Wang et al. 2012, Xiang et al. 2013, Xiang 2015). Initial participation of pregnant women in the Canadian birth cohort study was only 39%, and participation of children in the developmental assessment at ages 3–4 years was not reported (Arbuckle et al. 2013, Green et al. in press, Till et al. in review). Of the participating children with IQ data, 85% had complete maternal prenatal urine samples and covariate data (including 61% who also had drinking water data), 67% had information on estimated fluoride intake from beverages (Green et al. in press), and 67% had information on estimated fluoride intake from infant formula (Till et al. in review). In studies with relatively high participation rates, the potential magnitude of selection bias is limited. By contrast, in studies with relatively low participation rates, selection bias can have a substantial influence on observed exposure-outcome associations.

## Exposure Assessment

All of the Plaintiffs' experts specify how fluoride exposure was measured in their own research studies and, where described in depth, those of other investigators. However, they do not systematically summarize the various exposure assessment methods used in the available epidemiological studies of fluoride exposure and developmental neurotoxicity, nor do they thoroughly discuss sources of uncertainty for each exposure metric. Dr. Grandjean provides an

44

U.S. EXHIBIT 505.0045

overview of the exposure assessment methods most commonly used in epidemiological studies of fluoride exposure (i.e., drinking water, urine, plasma, and dental fluorosis), but he focuses mainly on discussing how fluoride exposure levels vary across subgroups (e.g., by geographic region, pregnancy stage, or age group) (pp. 12–14 of Grandjean report). That is, he does not discuss the validity and reliability of each exposure metric as a potential indicator of biologically relevant fluoride exposure with respect to developmental neurotoxicity.

Due to differences in the sources and extent of uncertainty across fluoride exposure metrics, methods for fluoride exposure assessment are a critical consideration in the evaluation of the relevant epidemiological studies. Therefore, in contrast and in response to Plaintiffs' experts, I systematically examined the exposure assessment methods used in each of the epidemiological studies that I identified in my literature review. I discuss these methodological issues in greater detail in the following sections.

**Summary of Exposure Assessment Methods Used**

Methods of fluoride exposure assessment and observed quantitative levels of fluoride exposure also diverged widely among studies. Of the 56 studies, 42 (75%) assessed fluoride exposure based on levels in drinking water, including 28 studies (50% of 56) with ecological assessment according to average drinking water fluoride levels by residential area (not counting three studies that reported average drinking water fluoride levels but did not analyze them in association with neurodevelopmental outcomes (Calderón et al. 2000, Shivaprakash et al. 2011, Dong et al. 2018)) (Trivedi et al. 2007, Li et al. 2008a, Liu et al. 2008, Qin et al. 2008, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Ding et al. 2011, Saxena et al. 2012, Wang et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Xiang et al. 2013, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Aravind et al. 2016, Das and Mondal 2016, Aggeborn and Öhman 2017, Manju et al. 2017, Razdan et al. 2017, Cui et al. 2018, Mustafa et al. 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Green et al. in press, Till et al. in review),[9] two (4% of 56) with ecological assessment according to percentage of the state population receiving optimally artificially fluoridated drinking water (Malin and Till 2015, Perrott 2018), three (5% of 56) with individual-level assessment according to timing and duration of residence in an area with artificial community water fluoridation (Shannon et al. 1986, Spittle et al. 1998, Broadbent et al. 2015), and six (11% of 56) with individual-level assessment according to fluoride levels measured in drinking water at each subject's home (Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Kang et al. 2011, Barberio et al. 2017, Valdez Jiménez et al. 2017, Zhou et al. 2019) (Table 2).

---

[9]   Lu et al. (2019) also made comparisons between children in a high-fluoride village who did (n = 3) and did not (n = 26) substitute fluoride-free bottled water for well water.

1807950.000 – 7057

Twenty-four studies (43% of 56) measured urinary fluoride levels in association with neurodevelopmental outcomes, including 14 studies (25% of 56) that measured fluoride in a random spot urine sample collected at a convenient, non-fixed time (or presumably in a random spot urine sample, where the urine sampling method was not described) from each child (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Wang et al. 2008b, Rocha-Amador et al. 2009, Ding et al. 2011, Bai et al. 2014, Wei et al. 2014, Zhang and Cheng 2015, Das and Mondal 2016, Barberio et al. 2017, Bashash et al. 2017, Cui et al. 2018, Yu et al. 2018), five studies (9% of 56; from two cohorts) that used maternal prenatal spot urine samples (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review), one study (2% of 56) that used ecological area-level average fluoride levels in spot urine samples (Trivedi et al. 2007), three studies (5% of 56) that collected first morning urine samples from children (Liu et al. 2008, Saxena et al. 2012, Choi et al. 2015), one study (2% of 56) that obtained fasting (not specified as first morning) urine samples from children (Zhou et al. 2019), and one (2% of 56) that collected maternal prenatal first morning urine samples (Valdez Jiménez et al. 2017) (Table 2). Among the 24 studies with urinary fluoride levels, nine (38%) adjusted for urinary creatinine levels (maternal urine only in Bashash et al. (2017)) (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press), three of those nine alternatively adjusted for urinary specific gravity (child urine only in Bashash et al. (2017)) (Barberio et al. 2017, Bashash et al. 2017, Green et al. in press), two adjusted only for specific gravity (Valdez Jiménez et al. 2017, Till et al. in review), and the remaining 13 (54% of 24) did not adjust for either creatinine or specific gravity.

Nineteen of the 56 studies (34%) estimated exposure based on individual-level severity and/or area-level prevalence of dental fluorosis (Morgan et al. 1998, Wang et al. 2008b, Sudhir et al. 2009, He and Zhang 2010, Ding et al. 2011, Shivaprakash et al. 2011, Asawa et al. 2014, Wei et al. 2014, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Zhang and Cheng 2015, Das and Mondal 2016, Chang et al. 2017, Jin et al. 2017, Razdan et al. 2017, Dong et al. 2018, Pang et al. 2018, Yu et al. 2018), and one study (2% of 56) also evaluated the presence of skeletal fluorosis (Wang et al. 2008b) (Table 2). One study (2% of 56) assessed serum fluoride levels in association with IQ (Xiang 2015), and six studies (11% of 56) assessed fluoride intake using other methods, including questionnaires on fluoride sources such as toothpaste, supplements, dentist treatments, and infant formula mixed with fluoridated water (Morgan et al. 1998, Broadbent et al. 2015), estimated fluoride intake from questionnaire information on water-based beverages and black and green teas (Green et al. in press), estimated fluoride intake from infant formula (Till et al. in review), estimated total fluoride exposure dose accounting for age-specific water intake and body weight (Das and Mondal 2016), and dietary and airborne fluoride levels (Wang et al. 2012).

46

U.S. EXHIBIT 505.0047

**Fluoride Biomarkers**

Plaintiffs' experts do not critically examine the validity of potential biological markers, or biomarkers, of fluoride exposure and effects that have been used in epidemiological studies. Therefore, in contrast and in response to Plaintiffs' experts, here I discuss the findings of scientific agencies that have evaluated these issues in depth.

In particular, the NRC (2006), Agency for Toxic Substances and Disease Registry (ATSDR 2003), and Scientific Committee on Health and Environmental Risks of the European Commission (SCHER 2011), among others, have reviewed studies of potential biomarkers of fluoride exposure and effects. Fluoride does not produce any metabolites, so fluoride ion is directly measured as a biomarker. Because of rapid absorption of fluoride from all routes of exposure, and little accumulation of fluoride in soft tissues over long time periods, the peak dose in bodily fluids such as urine and serum can occur within 1 hour after exposure (ATSDR 2003). Thus, concentrations of fluoride in bodily fluids tend to reflect acute (short-term current or recent) fluoride exposure. By contrast, fluoride levels in teeth and bones may reflect chronic or cumulative longer-term exposure, depending in part on bone type, site, and time since exposure cessation (ATSDR 2003, NRC 2006). Biological dose of fluoride, which is determined by fluoride uptake, retention, and excretion, is affected by several individual-level factors such as age, sex, body size, diet, and kidney function, resulting in wide variability in the relationship between biomarkers and environmental exposure levels. Therefore, no biomarker is currently considered to be a gold-standard indicator of recent or long-term exposure to fluoride in water, air, food, or other environmental media (ATSDR 2003, NRC 2006, SCHER 2011). Accordingly, concentrations of fluoride measured in urine or serum in individuals in epidemiological studies cannot reliably be interpreted as corresponding to quantitative fluoride exposure levels measured in drinking water or other sources.

The short-term nature of fluoride concentrations in urine and serum is problematic for epidemiological research because measured levels are unstable within individuals. Therefore, urinary and serum fluoride may not reflect past etiologically relevant levels, especially in cross-sectional studies, as well as in prospective studies, where the timing of urine sampling may not coincide with the potential window of susceptibility for neurodevelopmental toxicity. (If such a window exists, it has not been established for humans.) For instance, several studies have demonstrated substantial diurnal variation in urinary fluoride levels, with average fractional urinary fluoride excretion at night found to be less than half that during the day in children (Baez et al. 2000, Marthaler et al. 2000), but the opposite pattern in adults, with higher levels in the afternoon (Schulte et al. 2002) or at night (Villa et al. 2008) than during the day. This daily cycle is believed to follow patterns of intake of food and beverages, which are the main source of fluoride exposure in most populations (ATSDR 2003, NRC 2006).Serum fluoride levels show the same diurnal variability (Cowell and Taylor 1981). Thus, fluoride levels in urine and

U.S. EXHIBIT 505.0048

serum can fluctuate considerably within individuals throughout a given day, as well as over longer time periods.

The relationship between fluoride exposure and degree of dental fluorosis, although positive overall, is also highly variable among individuals, perhaps due to differences in fluoride intake and/or susceptibility to fluorosis (Den Besten 1994, ATSDR 2003, NRC 2006). The positive correlation between fluoride exposure and dental fluorosis is most apparent up to approximately age 6 or 7 years, during the time of tooth formation; the relationship is more tenuous after early childhood. At a workshop sponsored by the National Institute of Dental Research on "Methods for Assessing Fluoride Accumulation and Effects in the Body," participants surmised that "variability in response to fluoride exposure may result from physiological differences among individuals," and they concluded "that dental fluorosis *per se* is not an adequate biomarker for fluoride accumulation or potentially adverse health effects beyond the period of tooth formation" (Selwitz 1994). Thus, as with other biomarkers, degree of dental fluorosis cannot reliably be translated to a given level (or timing, or duration) of exposure to fluoride from drinking water or other sources.

**Environmental Fluoride**

Direct measurement of fluoride in environmental media, however, also has limitations as a method of fluoride exposure assessment. Especially in studies that evaluated drinking water fluoride as an ecological variable, averaged across a community, the assumption that all individuals in a community were equally exposed to fluoride ignores individual variation in numerous factors that affect fluoride exposure and biological dose of fluoride. Such factors include residential mobility in studies that were not restricted to lifelong residents of a given area; intake of drinking water and other ingestion sources of fluoride (e.g., other water sources, locally grown plants, locally produced animal meat, fluoridated salt, and fluoridated dental products); inhalation exposure to airborne fluoride in industrialized, occupational, and certain other settings; and pharmacokinetic processes of fluoride absorption, distribution, and elimination (ATSDR 2003, NRC 2006, SCHER 2011). Studies with ecological exposure assessment provided no or minimal information on the frequency, timing, or location of drinking water sampling. Therefore, it is unclear whether reported average drinking water levels of fluoride in a community were based on robust sampling, or whether fluoride levels varied over location or time within communities. Municipal drinking water reports in Canada, for instance, reveal considerable variation in drinking water fluoride concentrations within

48

U.S. EXHIBIT 505.0049

communities,[10] raising questions about the accuracy of estimating fluoride exposure based on area-level averages.

Measurement of drinking water fluoride levels at subjects' place of residence is an improvement over ecological estimation because it is specific to individuals, but it still fails to account for individual-level drinking water intake, other sources of exposure to fluoride, and pharmacokinetics. Questionnaire-based fluoride exposure assessments also ignore individual differences in pharmacokinetics and unassessed sources, and are prone to reporting error.

**Observed Exposure Levels**

Diverging distributions of exposure levels among studies may reduce the comparability of results across study populations if they are truly different from one another, although such distinctions also could be due to inconsistencies in measurement methods or selection of study subjects (Table 2). Reported average concentrations of drinking water fluoride in the designated high-fluoride ("exposed") population were above 2.0 mg/L in 19 (45%) of the 42 studies that used this metric, all based in China, India, Turkey, or fluorosis-endemic areas of Mexico (Rocha-Amador et al. 2007, Trivedi et al. 2007, Liu et al. 2008, Qin et al. 2008, Rocha-Amador et al. 2008, Sudhir et al. 2009, Shivaprakash et al. 2011, Saxena et al. 2012, Wang et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Xiang et al. 2013, Choi et al. 2015, Khan et al. 2015, Aravind et al. 2016, Das and Mondal 2016, Razdan et al. 2017, Valdez Jiménez et al. 2017, Lu et al. 2019). Ten studies (24% of 42) conducted in China, India, Mexico, or Sudan reported average drinking water fluoride levels above 1.0 mg/L and less than 2.0 mg/L (during the dry season in the Sudan study (Mustafa et al. 2018); range = 1.2–3 mg/L, mean not reported in the Mexico study (Calderón et al. 2000)) (Li et al. 2008a, Sharma et al. 2009, Ding et al. 2011, Kang et al. 2011, Cui et al. 2018, Dong et al. 2018, Yu et al. 2018, Zhou et al. 2019). Three

---

[10]   https://www.epcor.com/products-services/water/water-quality/Pages/water-quality-reports-edmonton.aspx#watcrworks

https://www.hamilton.ca/home-property-and-development/water-sewer/water-quality

https://utilitieskingston.com/Water/Quality/Reports

http://ville.montreal.qc.ca/portal/page?_pageid=6937,68593573&_dad=portal&_schema=PORTAL

https://novascotia.ca/nse/water/drinking.water.asp

https://ottawa.ca/en/residents/water-and-environment/drinking-water/drinking-water-quality-annual-reports-and-test-results

https://www.greatersudbury.ca/live/water-and-wastewater-services/projects-plans-reports-and-presentations/drinking-water-quality-reports/

https://www.toronto.ca/services-payments/water-environment/tap-water-in-toronto/tap-water-quality-system-reports/

https://vancouver.ca/home-property-development/drinking-water-monitoring-and-results.aspx

https://winnipeg.ca/waterandwaste/water/qualityReport.stm

1807950.000 – 7057

U.S. EXHIBIT 505.0050

studies (7% of 42) in China and India classified geographic areas as having high or low drinking water fluoride levels, but did not report measured concentrations (He and Zhang 2010, Kundu et al. 2015, Zhao et al. 2019). The remaining 10 studies (24% of 42) with average drinking water fluoride levels reportedly less than or equal to 1.0 mg/L—that is, the studies most likely to be relevant to the present matter—were conducted in the U.S. (Malin and Till 2015, Perrott 2018), Canada (Barberio et al. 2017, Green et al. in press, Till et al. in review), New Zealand (Shannon et al. 1986, Spittle et al. 1998, Broadbent et al. 2015), Sweden (Aggeborn and Öhman 2017), and an Indian historical gold-mining area (not an area with naturally high fluoride levels) (Manju et al. 2017). The Mexico City studies did not measure fluoride concentrations in drinking water, but the authors stated that natural levels may range from 0.15 to 1.38 mg/L (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018).

In 19 studies where the prevalence of dental fluorosis was used as an indicator of fluoride exposure, the proportion of subjects in the total study population or, where reported, in the designated high-fluoride community (He and Zhang 2010, Wei et al. 2014, Kundu et al. 2015, Zhang and Cheng 2015, Razdan et al. 2017, Yu et al. 2018) with moderate or severe fluorosis was 13% or lower in four studies (21% of 19, including one study conducted in the U.S. (Morgan et al. 1998)) (Ding et al. 2011, Khan et al. 2015, Yu et al. 2018); 30−65% in nine studies (47% of 18, including one study where subjects were selected in part based on having dental fluorosis, possibly also including mild fluorosis (Wang et al. 2008b)) (Sudhir et al. 2009, Asawa et al. 2014, Choi et al. 2015, Kundu et al. 2015, Das and Mondal 2016, Jin et al. 2017, Dong et al. 2018, Pang et al. 2018); 85−89% in four studies (21% of 19), three of which may also have included mild fluorosis in this classification (He and Zhang 2010, Wei et al. 2014, Zhang and Cheng 2015, Razdan et al. 2017); and not reported in two studies (11% of 19) (Shivaprakash et al. 2011, Chang et al. 2017) (Table 2). Besides the one U.S. study, the other 18 studies were conducted in China or India.

In the 13 studies that measured urinary fluoride and reported concentrations without adjustment for creatinine or specific gravity, average or median concentrations in the designated high-fluoride group, where reported (in all studies except two that reported on the total study population (Choi et al. 2015, Cui et al. 2018)), were < 1.5 mg/L in three studies (23% of 13) (Ding et al. 2011, Cui et al. 2018, Yu et al. 2018), 1.5–2.0 mg/L in four studies (31% of 13) (Wang et al. 2008b, Bai et al. 2014, Choi et al. 2015, Zhou et al. 2019)[11], 2.7–5.0 mg/L in four studies (31% of 13) (Liu et al. 2008, Wei et al. 2014, Zhang and Cheng 2015, Das and Mondal 2016), and > 6 mg/L in two studies (15% of 13) (Trivedi et al. 2007, Saxena et al. 2012).

---

[11]   Wang et al. (2008b) showed in a table that the average urinary fluoride level was lower in the high-fluoride are than in the reference area, but reported in the text that "the children from the severely endemic zone had higher urine fluoride than those from the control zone." Here, I have assumed that the text is correct, i.e., that the higher average urinary fluoride level was observed in the high-fluoride area.

50

U.S. EXHIBIT 505.0051

Average concentrations spanned a wide range in the three studies that collected first morning urine samples (Liu et al. 2008, Saxena et al. 2012, Choi et al. 2015).

In the 11 studies that adjusted for urinary creatinine and/or specific gravity, including only one study that used first morning urine specimens (Valdez Jiménez et al. 2017), differences in adjustment methods, reported units, and test subject (mother or child) precluded straightforward comparisons. One set of studies reported creatinine-adjusted urinary fluoride in units of mg/L (0.84−0.90 in maternal prenatal urine), where each sample's urinary fluoride concentration was divided by the sample's urinary creatinine concentration, and multiplied by the average creatinine concentration of all participant samples available within each trimester of pregnancy (100.81 mg/L for trimester 1, 81.60 mg/L for trimester 2, and 72.41 mg/L for trimester 3) (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). Green et al. (in press) reported that they used the same method of urinary creatinine adjustment as Bashash et al. (2017), yielding average levels of 0.87 mg/L (1.15 mg/g creatinine) for mothers living in fluoridated areas and 0.46 mg/L (0.60 mg/g creatinine) for those in unfluoridated areas (Till et al. 2018). In both groups, the mean urinary fluoride concentration increased by trimester. Another study used units of μmol/mmol creatinine (4.23−5.12 in child urine) (Barberio et al. 2017), and a fourth set of studies used units of mg/g creatinine (mean = 4.3 in child urine in a pilot study; means = 5.5 and 6.0 in the medium-fluoride and high-fluoride community, respectively, in subsequent studies) (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009).

Mean urinary fluoride adjusted for specific gravity was 0.82 mg/L in child urine in the Mexico City study (Bashash et al. 2017) and 34.25–43.46 μmol/L in child urine in the Canadian national study (Barberio et al. 2017). In maternal prenatal urine, the specific-gravity-adjusted fluoride level was 1.9–2.7 mg/L, increasing by trimester, in the Mexican study of fluorosis-endemic areas (Valdez Jiménez et al. 2017), whereas the mean across all three trimesters was 0.71 mg/L in fluoridated areas and 0.41 mg/L in unfluoridated areas (0.51 mg/L overall), also increasing by trimester, in the Canadian birth cohort (Till et al. 2018, Green et al. in press, Till et al. in review).

No straightforward conversion exists between fluoride concentrations in urine and in drinking water. In the Canadian birth cohort study, Till et al. (2018) found that although mean maternal prenatal urinary fluoride concentrations were nearly two times higher among women living in communities with a fluoridated public water supply than those living in unfluoridated communities, community drinking water fluoridation level explained only 22−24% of the variance in maternal urinary fluoride concentration. For comparison of population average

51

U.S. EXHIBIT 505.0052

urinary fluoride concentrations with U.S. and Canadian fluoride exposure guidance values,[12] Aylward et al. (2015) developed biomonitoring equivalent values based on studies of the relationship between daily urinary fluoride excretion rates and daily fluoride exposure. The derived biomonitoring equivalent values averaged over all age groups were 1.1–2.1 mg/L urinary fluoride (1.2–2.5 μg/g creatinine), depending on guidance value. For adults aged ≥ 18 years, the biomonitoring equivalent corresponding to the U.S. EPA reference dose was 2.4 mg/L (2.4 mg/g creatinine), for adolescents aged 10–< 18 years it was 1.9 mg/L (1.9 mg/g creatinine), for children aged 6–< 10 years it was 1.2 mg/L (1.5 mg/g creatinine), and for children aged 3–6 years it was 1.0 mg/L (1.9 mg/g creatinine) (Aylward et al. 2015).

Although considerable uncertainty remains in converting urinary fluoride concentrations to fluoride intake, the mean maternal prenatal urinary fluoride concentration in the Mexico City birth cohort study (0.91 mg/L) (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018) would be approximately equivalent to 0.030 mg/kg-day (compared with the U.S. EPA reference dose of 0.08 mg/kg-day), and that in the Canadian birth cohort study (0.51 mg/L) (Green et al. in press, Till et al. in review) would be approximately equivalent to 0.017 mg/kg-day (Aylward et al. 2015). However, Aylward et al. (2015) cautioned that fluoride concentrations in spot urine samples could deviate by several fold across and within individual persons due to variation in urinary flow rate, creatinine excretion rate, urinary fluoride excretion fraction, and the rapid elimination kinetics of fluoride. Thus, these authors concluded that biomarker equivalent values are most appropriate for evaluating population averages, but not individual person-level exposures.

**Urinary Fluoride Sampling and Correction**

Choice of urine sampling time and type of dilution adjustment, if any, can have a large impact on urinary fluoride exposure estimates. As noted earlier, urinary fluoride levels fluctuate by more than two-fold throughout the day (Baez et al. 2000, Marthaler et al. 2000, Schulte et al. 2002, Villa et al. 2008); therefore, the measured level of fluoride can depend heavily on the time of day when the sample was taken. In spot urine samples, which are collected at different times from various study subjects, the lack of a fixed sampling time thus diminishes the value of this metric as an indicator of sustained fluoride exposure that may be etiologically relevant to neurodevelopment. By comparison, urinary fluoride levels appear to be relatively stable when measured in 24-hour urine specimens, i.e., urine collected from an individual over a full 24-hour period, or even multiple-day urine specimens (Villa et al. 2010, Omid et al. 2017). However, none of the available epidemiological studies of fluoride exposure and neurodevelopmental

---

[12]   Health Canada tolerable daily intake: 0.105 mg/kg-day; U.S. EPA chronic oral reference dose: 0.08 mg/kg-day; ATSDR chronic oral minimal risk level: 0.05 mg/kg-day; U.S. IOM tolerable upper intake levels: 0.1 mg/kg-day up to age 8 years and 10-mg/day thereafter; IOM adequate intake: 0.01 mg/day up to age 6 months and 0.05 mg/kg-day thereafter.

1807950.000 – 7057

outcomes collected 24-hour urine. In the absence of this gold-standard measure, first morning fasting urine can be useful for epidemiological research purposes because it is correlated with 24-hour urine, albeit not equivalent (Vandeputte et al. 1977). Still, only a few studies accounted for diurnal variation in urinary fluoride excretion by collecting first morning urine samples (Liu et al. 2008, Saxena et al. 2012, Choi et al. 2015, Valdez Jiménez et al. 2017), leaving most studies susceptible to exposure measurement error or even bias from spot urine sampling (e.g., if urine collection times tend to be earlier in the day for children with neurodevelopmental problems). None of the four studies that collected first morning urine samples specified that the samples were fasting specimens, but Choi et al. (2015) instructed all participating children to drink a 330 mL bottle of fluoride-free distilled water the night before sampling, after emptying the bladder and before bedtime, and not to drink any other water sources in the meantime.

As noted above, a small minority of studies aimed to account for urinary dilution by adjusting for urinary creatinine concentration and/or specific gravity (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Barberio et al. 2017, Bashash et al. 2017, Valdez Jiménez et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). These methods are intended to account for the fact that urinary analyte concentrations are heavily dependent on fluid intake and time since last urination, which can vary substantially among individuals. Creatinine, a chemical waste product generated from normal muscle metabolism and to a lesser extent from dietary intake of meat, is eliminated in the urine. Dividing urinary analyte concentration by urinary creatinine concentration is commonly used to adjust for dilution, assuming that daily urinary creatinine excretion is relatively constant.

However, this assumption is incorrect: urinary creatinine excretion is affected by age, sex, race/ethnicity, body size and surface area, diabetes, kidney function, pregnancy, diet, and other factors (Barr et al. 2005, Allen 2008, Mage et al. 2008, Jain 2016, Middleton et al. 2016). Urinary specific gravity, i.e., the ratio of urine density to water density, might be less susceptible to some of these influences than urinary creatinine (Wang et al. 2015, MacPherson et al. 2018), but this question is poorly studied. Consequently, discrepancies in these factors between exposure groups of interest, rather than the exposure itself, can be responsible for observed associations between creatinine-adjusted and perhaps specific-gravity-adjusted urinary analyte concentrations and a given health outcome. For instance, an apparent association between higher maternal prenatal creatinine-adjusted urinary fluoride concentration and lower child IQ could be due to an underlying association between lower plasma volume expansion or poorer maternal kidney function and adverse neurodevelopmental outcomes (Leonard et al. 2006, Faupel-Badger et al. 2007). Thus, these adjustments may not account sufficiently for differences in hydration status, and can even introduce confounding.

1807950.000 – 7057

U.S. EXHIBIT 505.0054

Thomas et al. (2016) reported that average creatinine-adjusted maternal prenatal urinary fluoride levels did not differ from non-creatinine-adjusted levels in their Mexico City birth cohort (overall means = 0.91 and 0.85 mg/L, respectively), but they did not describe how these values differed within individuals. They noted that average creatinine-adjusted fluoride levels in the cohort were fairly stable, with a statistically non-significant increase until 22–23 weeks' gestation, followed by a decline until the end of pregnancy (Thomas et al. 2016). However, the intraclass correlation coefficient—a measure of stability within individuals—across pregnancy was only 0.25, indicating weak reliability over time.

Likewise, in the Canadian birth cohort, Till et al. (2018) reported modest intraclass correlation coefficients of 0.37–0.40 for maternal prenatal urinary fluoride across trimesters of pregnancy, whether or not they were adjusted for creatinine or specific gravity. In general, the authors found little difference in intraclass correlation coefficients for maternal urinary fluoride levels adjusted for creatinine or specific gravity, and they suggested that the two urinary dilution adjustment factors might be "interchangeable." Unlike the results in the Mexican cohort, average maternal prenatal urinary fluoride levels in the Canadian cohort increased linearly throughout pregnancy, regardless of adjustment (Till et al. 2018). Additionally, unadjusted maternal urinary fluoride values were only moderately correlated with values adjusted for creatinine (Pearson $\rho = 0.56$) or specific gravity (Pearson $\rho = 0.68$) in the Canadian cohort, although creatinine- and specific-gravity-adjusted values were strongly correlated with each other (Pearson $\rho = 0.91$). Thus, the ideal method, if any, to account for dilution when measuring urinary fluoride remains unclear, as do patterns of change in maternal urinary fluoride levels during pregnancy (which differed between the Mexican and Canadian cohorts) and how best to account for them when analyzing associations with neurodevelopmental outcomes.

## Outcome Assessment

Drs. Hu and Lanphear do not specify the methods that they used to assess intelligence and other neurodevelopmental outcomes among children in their research studies, whereas Dr. Calderón Hernández provides this information for each of her research team's studies (pp. 3, 4, 12, and 17 of Calderón Hernández report). Dr. Grandjean describes the IQ tests used in the studies included in the Choi et al. (2012) meta-analysis (pp. 18–19 of Grandjean report), and he and Dr. Thiessen identify the outcome measurements used in some, but not all, of the studies that they describes in detail in their reports (pp. 22–27 of Grandjean report; pp. 19–20, 29–31 of Thiessen report). None of the Plaintiffs' experts, however, systematically describe the range of neurodevelopmental outcome assessment methods used in the relevant epidemiological literature, nor do any of them discuss the limitations inherent in each of these methods.

Again, the validity and reliability of the various outcome metrics used in the available epidemiological studies are essential considerations in assessing the quality and implications of

1807950.000 – 7057

U.S. EXHIBIT 505.0055

each study. Although many studies assessed neurodevelopmental outcomes nominally using the same tests, some important differences and sources of uncertainty are apparent. Accordingly, in contrast and in response to Plaintiffs' experts, I systematically evaluated the outcome assessment methods used in each of the studies included in my literature review. In the following sections I discuss issues related to outcome assessment across these studies.

Like all of the studies selected for inclusion in the three prior meta-analyses (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018), most of the 56 studies identified in my literature review used various measures of child IQ as the outcome metric of interest. Standard IQ assessment tools employed in multiple studies included the Combined Raven's Test for Rural China, used in 16 studies (29% of 56), all conducted in China and India (Liu et al. 2008, He and Zhang 2010, Ding et al. 2011, Kang et al. 2011, Wang et al. 2012, Xiang et al. 2013, Bai et al. 2014, Xiang 2015, Zhang and Cheng 2015, Das and Mondal 2016, Cui et al. 2018, Dong et al. 2018, Pang et al. 2018, Yu et al. 2018, Zhao et al. 2019, Zhou et al. 2019); Raven's Standard or Colored Progressive Matrices, used in 13 other studies (23% of 56), again all conducted in China and India (Qin et al. 2008, Wang et al. 2008b, Sudhir et al. 2009, Shivaprakash et al. 2011, Saxena et al. 2012, Singh et al. 2013, Wei et al. 2014, Khan et al. 2015, Kundu et al. 2015, Aravind et al. 2016, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017); various versions of the Wechsler Intelligence Scale, used in nine studies (16% of 56) conducted in Canada, China, Mexico, and New Zealand (Spittle et al. 1998, Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Broadbent et al. 2015, Choi et al. 2015, Bashash et al. 2017, Green et al. in press, Till et al. in review); the Seguin Form Board Test, used in two studies (4% of 56) conducted in India (Nagarajappa et al. 2013, Asawa et al. 2014); and the Rey-Osterrieth Complex Figure Test, also used in two studies (4% of 56) conducted by one research group in Mexico (Calderón et al. 2000, Rocha-Amador et al. 2009). Other standard assessment tools for child IQ and related cognitive outcomes that were used in one study each (2% of 56) were the McCarthy Scales of Children's Abilities (Bashash et al. 2017), and the Wide Range Assessment of Memory and Learning (Choi et al. 2015). Three studies used non-standard IQ assessment tools, including a proprietary questionnaire standardized on the population of Gujarati, India (Trivedi et al. 2007); a test of cognitive ability administered to military conscripts at ages 18–20 years and a national math test administered to all 16-year-olds in Sweden (Aggeborn and Öhman 2017); and the state-run primary school examination in Khartoum, Sudan (Mustafa et al. 2018).

The Raven's and Seguin tests are relatively simple, non-verbal tests of general intelligence (Wang et al. 1989, Raven 2000, Basavarajappa et al. 2009), whereas the Wechsler and McCarthy tests (except for the short-form Wechsler Abbreviated Scale of Intelligence) are more extensive, including verbal components among several indices of general intelligence (Goh and Youngquist 1979, Bodner et al. 2014). The Rey-Osterrieth test evaluates visuospatial perception and memory (Arango-Lasprilla et al. 2017), while the Wide Range Assessment comprises

U.S. EXHIBIT 505.0056

several tests of various aspects of memory (Atkinson et al. 2008). Thus, the so-called intelligence tests used across the available epidemiological studies measure different aspects of intelligence or cognitive function (Vergauwe and Cowan 2014). As a consequence, heterogeneous results among studies that used distinct tests may be due in part to this difference, while quantitatively similar associations with fluoride exposure among such studies may not necessarily be interpreted as mutually consistent.

Besides intelligence, other neurodevelopmental outcomes evaluated in these studies included diagnoses or symptoms of attention-deficit hyperactivity disorder (ADHD) or attention-deficit disorder (ADD), assessed using parent-reported diagnoses in three studies (5% of 56) set in the U.S. and Canada (Malin and Till 2015, Barberio et al. 2017, Perrott 2018), and the parent-completed Conners' Rating Scale−Revised in one study (2% of 56) set in Mexico City (Bashash et al. 2018). Behavior and conduct problems were assessed in five studies (9% of 56) that variously used different versions of the Conners' Continuous Performance Test II (Calderón et al. 2000, Bashash et al. 2018), the parent-completed Child Behavior Checklist (Morgan et al. 1998), and the parent- and teacher-completed Rutters and Conners' behavior scales (Shannon et al. 1986). Two studies of infants (4% of 56), conducted in separate areas of Mexico, used the Bayley Scales of Infant Development to assess mental and psychomotor development (Valdez Jiménez et al. 2017, Thomas et al. 2018), while one study in China used an unnamed standardized test of infant mental and psychomotor development (Chang et al. 2017). Another single study in China (2% of 56) used the Neonatal Behavioral Neurological Assessment and tests of various neurobehavioral tolerance and reaction capabilities in newborns (Li et al. 2008a). Other neurodevelopmental outcomes assessed in a single study each (2% of 56) were parent-reported learning disabilities in general (Barberio et al. 2017); self-reported non-specific neurological symptoms (Sharma et al. 2009); several standard tests of visual motor performance (Choi et al. 2015); and annual income and employment status in young adulthood, and, for military conscripts at ages 18–20 years, a psychological assessment of ability to function in a war scenario (Aggeborn and Öhman 2017). One study (2% of 56) measured serum serotonin levels as a potential influence on child behavior (Lu et al. 2019)

Although most of these outcome assessment methods are widely used in epidemiological studies (with the exception of five studies that used unconventional assessment methods (Trivedi et al. 2007, Sharma et al. 2009, Aggeborn and Öhman 2017, Mustafa et al. 2018, Lu et al. 2019)), and have been validated to some extent against other standard outcome metrics, all of them have limitations. For example, the Wechsler Intelligence Scale for Children−Revised, used in six studies (Spittle et al. 1998, Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Broadbent et al. 2015, Choi et al. 2015), has been shown to have only modest test-retest reliability in learning-disabled children, with correlation coefficients on the order of 0.55 to 0.77 (Anderson et al. 1989, Haddad et al. 1994, Truscott et al. 1994). The Raven's Standard Progressive Matrices, used in 10 studies (Qin et al. 2008, Wang et al. 2008b,

56

U.S. EXHIBIT 505.0057

Sudhir et al. 2009, Saxena et al. 2012, Singh et al. 2013, Wei et al. 2014, Kundu et al. 2015, Aravind et al. 2016, Manju et al. 2017, Razdan et al. 2017), are known to have limited discriminative ability at the upper and lower levels of IQ (Raven 2000), and early testing of the Raven's Progressive Matrices produced a wide range of coefficients for validity (0.23 to 0.86) and reliability (0.64 to 0.94) (Bingham et al. 1966). Short-form versions of intelligence tests, such as the Wechsler Abbreviated Scale of Intelligence used by Bashash et al. (2017), can yield results that differ considerably from the full-length versions, raising additional doubts about the accuracy of abridged tests (Axelrod 2002, Ringe et al. 2002).

Neurodevelopmental scales for outcomes other than IQ have similar limitations. For instance, the Bayley Scales of Infant Development, 2nd edition, has been shown to have poor to moderate correlations with other commonly used infant neurodevelopmental scales (Connolly et al. 2006, Gollenberg et al. 2010), substantial instability when repeatedly measured over time (Janssen et al. 2011, Augustyniak et al. 2013), and low predictive ability for developmental delays (Hack et al. 2005, Mrozek-Budzyn et al. 2014). The Conners' Rating Scale–Revised and the Child Behavior Checklist Attention Problem scale have been shown to have only moderate sensitivity[13] (0.72–0.83) and specificity (0.73–0.84) for diagnosing ADHD in children and adolescents (Chang et al. 2016). Similarly, the Conners' Continuous Performance Test has limited correspondence with a diagnosis of ADHD (Edwards et al. 2007, Munkvold et al. 2014), and its components have only moderate test-retest reliability in children (Zabel et al. 2009). Overall, the variability in outcome assessment methods used among studies makes it apparent that there is no ideal test of intelligence, nor is there a gold-standard test, short of a clinical diagnosis, to identify developmental delays, ADHD/ADD, or behavior/conduct problems.

The distribution and frequency of neurodevelopmental outcomes varied substantially among studies, suggesting true heterogeneity that could limit the generalizability of results across distinct populations, and/or artifactual heterogeneity generated by use of different assessment methods or inconsistent application of the same assessment methods (Table 2). For example, in eight studies of children spanning ages 7–15 years in China and India that reported the distribution of scores on Raven's Standard Progressive Matrices, the prevalence of below-average or impaired IQ (generally defined as between the 5th and 25th percentiles and below the 5th percentile, respectively) among reference children in areas with lower drinking water fluoride levels or without dental fluorosis was variously reported as 0.0% (Razdan et al. 2017), 2.9% (Wei et al. 2014), 12.2% (Wang et al. 2008b), 12.5% (< 80 points in IQ score) (Singh et al. 2013), 15.6% (below-average IQ only) (Aravind et al. 2016), 30.0% (Manju et al. 2017), 42.1% (Qin et al. 2008), and 50.0% (Sudhir et al. 2009). Although in some instances small

---

[13] The sensitivity of a classification test is the frequency with which the test correctly identifies those who truly have the health outcome of interest, i.e., the true positive proportion. The specificity of a test is the frequency with which the test correctly identifies those who truly do not have the health outcome of interest, i.e., the true negative proportion.

57

U.S. EXHIBIT 505.0058

sample sizes may have distorted these proportions, the similar drinking water fluoride levels between the reference villages in the studies with the lowest prevalence of below-average or impaired IQ (0.6 mg/L) (Razdan et al. 2017) and the highest prevalence (≤ 0.6 mg/L) (Sudhir et al. 2009) suggest that the other discrepancies in study population or study conduct may make results non-comparable among studies.

Similarly, among studies that used the Combined Raven's Test to assess children in China and India ranging between ages 6 and 18 (mostly up to 13) years, the reported prevalence of borderline or impaired IQ (generally defined as 70–79 points and ≤ 69 points, respectively, relative to an age-standardized mean of 100 and SD of 15 points) among reference children was variously reported as 0.6% (Bai et al. 2014), 3.0% (for IQ ≤ 89 points) (Dong et al. 2018), 3.3% (Zhang and Cheng 2015), 3.4% (Liu et al. 2008), 6.0% (Wang et al. 2012), 8.3% (including below-average, borderline, and impaired IQ, not restricted to reference children) (Yu et al. 2018), and 29.5% (not restricted to reference children) (Das and Mondal 2016). Where studies reported mean IQ scores, the means ± SD among reference children were 96.8 ± 12.7 (Kang et al. 2011), approximately 96.8 (Pang et al. 2018), 100.41 ± 13.21 (Xiang et al. 2003a, Wang et al. 2012, Xiang et al. 2013), 103.05 ± 13.86 (Liu et al. 2008), 104.07 ± 12.30 (Ding et al. 2011), 107.4 ± 13.0 (Yu et al. 2018), 107.92 ± 13.62 (Bai et al. 2014), 108.3 ± 53.2 (Das and Mondal 2016), 108.68 ± 10.83 (Dong et al. 2018), 110.34 ± 11.52 (Zhang and Cheng 2015), approximately 112 ± 5 (Zhao et al. 2019), approximately 113 ± 5 (Zhou et al. 2019), and 113.7 (not restricted to reference children) (Cui et al. 2018). The mean urinary fluoride concentration among reference children was 0.54 mg/L in the study with the lowest prevalence of borderline or impaired IQ (Bai et al. 2014), whereas it was 2.91 mg/L in the study with the highest prevalence (Das and Mondal 2016). In the study with the highest (best) mean IQ score, the median urinary fluoride concentration in all children was 1.3 mg/L (Cui et al. 2018), while in the study with the lowest mean IQ score and available data on urinary fluoride, the mean in reference children was 1.43 mg/L (Liu et al. 2008). These findings also do not suggest a clear correspondence between fluoride exposure levels and IQ scores across studies, and instead point to unidentified sources of heterogeneity that may contribute to inconsistent results among studies.

Reported mean scores on the Wechsler Intelligence Scale for Children–Revised were around 100, regardless of community water fluoridation status, among 7- to 13-year-old children in Dunedin, New Zealand, in the 1970s and 1980s (Broadbent et al. 2015), and 99 to 101, independent of duration of residence in a fluoridated community, among children aged 8–9 years in Christchurch, New Zealand, in the 1980s (Spittle et al. 1998). By contrast, Bashash et al. (2017) reported a lower mean score of 95.98 on the Spanish Wechsler Abbreviated Scale of Intelligence among 6- to 12-year-old children in Mexico City, Mexico, in the 2000s and 2010s.

1807950.000 – 7057

In two studies that used the Seguin Form Board test on 8- to 10-year-old children in India, the mean time was 27.30 seconds among reference children without fluorosis in one study (Asawa et al. 2014), and substantially faster (23.20 seconds) among children living in a reference low-fluoride village in the other study (Nagarajappa et al. 2013).

Among studies that evaluated parent-reported ADHD or ADD, the current prevalence among 3- to 12-year-olds in Canada was 4.21% in 2009–2011 (Barberio et al. 2017), whereas the lifetime prevalence of parent-reported ADHD or ADD among U.S. children aged 4–17 years was 11% in 2011, ranging from 8.75% in the West to 13.51% in the South (Malin and Till 2015). Again, although some discrepancies may be attributable to differences in the outcome assessment method, this heterogeneity among studies is an important source of uncertainty regarding the cohesiveness of the available epidemiological evidence base.

An additional concern regarding outcome assessment pertains to the studies that compared children living in communities with high versus low levels of fluoride in drinking water. In these studies, blinding of test administrators to subjects' exposure status may have been impossible. Therefore, knowledge of the study hypothesis and prior study results could have influenced study staff (unconsciously or consciously) to treat children differently between the exposed and unexposed communities. Given the expectation of an association between higher fluoride exposure and lower IQ, investigator bias most likely would have resulted in exaggerated adverse associations between fluoride and IQ.

## Confounder Adjustment

In describing her research team's epidemiological studies of fluoride exposure and developmental neurotoxicity, Dr. Calderón Hernández indicates that an important methodological strength of those studies relative to others is that they "controlled for potential confounders, including parental education, socioeconomic status, and exposure to other contaminants, including arsenic and lead," and that their results generally indicated a negative confounding influence of these factors (p. 24 of Calderón Hernández report). Dr. Grandjean refers to potential confounding by birth weight and neurotoxic contaminants in drinking water in the Chinese epidemiological studies of fluoride exposure and developmental neurotoxicity, and he notes that he and his co-authors recommended better control of potential confounders in future research on this topic (Choi et al. 2012) (pp. 17, 20, and 21 of Grandjean report). In addition, Dr. Grandjean describes the extent of confounder adjustment in the selected epidemiological studies that he discusses in greater detail in his report (pp. 22–27 of Grandjean report). Dr. Thiessen gives minimal consideration to confounder control in the epidemiological studies that she describes (pp. 19–20, 29–31 of Thiessen report). None of the Plaintiffs' experts systematically evaluate the extent of confounder control in the available epidemiological literature.

59

U.S. EXHIBIT 505.0060

Given that many of the relevant epidemiological studies controlled for no or few confounders, the degree to which each study evaluated and adjusted for confounding is a key indicator of study quality. Therefore, in contrast and in response to Plaintiffs' experts, I have systematically classified the studies in my literature review according to their level of confounder adjustment, as described below.

Nineteen (34%) of the 56 studies did not adjust for any confounders (Morgan et al. 1998, Li et al. 2008a, Liu et al. 2008, Wang et al. 2008b, Sudhir et al. 2009, He and Zhang 2010, Singh et al. 2013, Xiang et al. 2013, Asawa et al. 2014, Bai et al. 2014, Khan et al. 2015, Zhang and Cheng 2015, Das and Mondal 2016, Manju et al. 2017, Razdan et al. 2017, Mustafa et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019) (Table 2), leaving them highly susceptible to bias from numerous factors that can influence place of residence (which in turn affects fluoride exposure) and neurodevelopmental outcomes. Most of these 19 studies were ecological, making them especially prone to confounding by both individual-level and group-level factors (e.g., both household and community-level socioeconomic status) (Morgenstern 1995), although non-ecological studies also were vulnerable to both individual-level and group-level confounding (Diez-Roux et al. 2001, Pickett and Pearl 2001). Even though most authors stated that high-fluoride and low-fluoride communities were sociodemographically similar, they did not provide data demonstrating such comparability. Moreover, similarities on average between communities may not apply to individuals within those communities, who can vary widely around the community-level average; therefore, confounding by individual-level sociodemographic, behavioral, occupational, familial, medical, and other factors still could have occurred.

Control for confounding was minimal in 15 studies (27% of 56) that adjusted only for age, sex, or both, mostly by stratification (Trivedi et al. 2007, Qin et al. 2008, Rocha-Amador et al. 2009, Sharma et al. 2009, Ding et al. 2011, Shivaprakash et al. 2011, Wang et al. 2012, Nagarajappa et al. 2013, Wei et al. 2014, Xiang 2015, Aravind et al. 2016, Chang et al. 2017, Jin et al. 2017, Dong et al. 2018, Pang et al. 2018), and in one U.S. ecological cross-sectional study (2% of 56) that adjusted only for state-level median household income (Malin and Till 2015) (Table 2).

The remaining 22 studies (39% of 56) comprised 11 studies conducted in Western countries (Shannon et al. 1986, Spittle et al. 1998, Broadbent et al. 2015, Aggeborn and Öhman 2017, Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Perrott 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review), five conducted in high-fluoride areas in Mexico (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Valdez Jiménez et al. 2017), and six conducted in China or India (Kang et al. 2011, Saxena et al. 2012, Choi et al. 2015, Kundu et al. 2015, Cui et al. 2018, Yu et al. 2018). These studies considered multiple potential confounders, typically including child's age and sex, parental education, and some measure of socioeconomic status, and in some instances also

including child's birth weight and/or current weight and height, family structure, maternal smoking, quality of the child's home environment, and other factors.

Adjustment for these covariates in the latter group of studies is a substantial improvement over adjusting for no or few potential confounders. However, no observational study of fluoride exposure and neurodevelopmental outcomes, including those in the final group of 22 studies with multiple confounder adjustment, is able to control for all potential confounders, especially at a sufficient level of detail to prevent residual confounding. For example, adjusting for parental education or maternal smoking in two categories (e.g., college graduate vs. less and ever smoker vs. never smoker, respectively) is most likely inadequate to control for confounding by these factors. Myriad demographic, socioeconomic, anthropometric, social, familial, medical, behavioral, and other factors may be important confounders because of their potential influence on neurodevelopment (Sameroff et al. 1993, Zheng et al. 2012, Eriksen et al. 2013, Pacheco et al. 2013, Camargo-Figuera et al. 2014). Additional potential confounders include place of residence and other determinants of fluoride exposure, such as (depending on the region and culture) parental occupation, coal burning, use of infant formula, bottled or well water, water filters, fluoride toothpaste, fluoride tablets and other supplemental dental products, professional fluoride treatments, fluoridated salt, and certain foods and beverages, such as chicken, some seafoods, grapes and grape products, tea, and locally grown crops (ATSDR 2003, NRC 2006, SCHER 2011).

Given the large number of possible confounders of the association between fluoride exposure and neurodevelopmental outcomes, as well as the anticipated strong impact of some factors on both the exposure and the outcome (making them strong potential confounders), confounding is a plausible explanation for the observed findings in virtually any epidemiological study. This is especially true in settings with low exposure levels, where relatively small increments in fluoride exposure may correspond to relatively large differences in other, potentially confounding influences on neurodevelopment. The possibility that any reported association could be the product of confounding (or other sources of bias, as well as chance) underscores the importance of taking the full scope of epidemiological evidence into account, as discussed in the next section of my report.

1807950.000 – 7057

U.S. EXHIBIT 505.0062

# Evaluation of Causality According to the Hill Guidelines

The ultimate goal of epidemiological research is to identify the causes of human health problems and, ideally, the means of preventing them. Therefore, a systematic review of epidemiological literature naturally leads to the question of whether the available evidence supports a conclusion of cause and effect. However, a conspicuous gap in the Plaintiffs' experts' reports in this matter is that none of them present a structured causal analysis of the relevant epidemiological studies of fluoride exposure and developmental neurotoxicity. Without such an analysis, the question remains unaddressed whether the statistical associations observed in many of the available epidemiological studies are due to a causal impact of fluoride exposure. Besides minimizing the possibility of bias, confounding, and chance as explanations for a given statistically significant association observed in an individual epidemiological study, establishing whether an association is causal also requires an evaluation of the overall weight of the scientific evidence from relevant epidemiological studies, taking into account evidence from relevant toxicological and mechanistic studies. Therefore, to address the deficiency left by Plaintiffs' experts, I conducted a formal causal evaluation of the association between fluoride exposure and human developmental neurotoxicity, as described below.

As a framework for this causal analysis I used the set of general guidelines formulated by Sir Austin Bradford Hill (Hill 1965); these guidelines or "viewpoints" are commonly used by epidemiologists and accepted in the scientific community and in legal settings (Cole 1997, Rothman et al. 2008, NRC 2011). Hill's nine considerations are described briefly below.

- *Strength*: Magnitude of the observed association between the exposure and the health outcome of interest; all else being equal, strong associations are less likely than weak associations to be due to confounding or bias.
- *Consistency*: Repeated observation of an association between the exposure and the health outcome of interest by different investigators across different study settings; repetition helps to reduce the probability of chance as an explanation for an observed association.
- *Specificity*: Limitation of an observed association to a single exposure and a single health effect; absence of specificity does not necessarily reduce the likelihood of causality.
- *Temporality*: Sequence by which a cause must precede an effect in time.
- *Biological gradient*: Exposure-response trend by which occurrence of the health outcome increases in accordance with greater exposure.
- *Plausibility*: Credibility of a causal relationship based on current knowledge in toxicology, biology, and other fields; depends on present scientific evidence, which is subject to change.

62

U.S. EXHIBIT 505.0063

- *Coherence*: Accordance of a causal relationship with the known natural history and biology of the health outcome of interest; depends on present scientific evidence, which is subject to change.
- *Experiment*: Evidence from studies with controlled or quasi-controlled exposures, such as interventions or preventive actions; such evidence often is absent or not applicable.
- *Analogy*: Comparability to similar exposure-outcome associations; often can be postulated to support or oppose a causal relationship, and does not necessarily enhance or reduce the likelihood of causality.

These guidelines are not intended to be used in a checklist fashion to determine whether an observed association is likely to be causal. As specified by Hill, "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question – is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect?"[14] Hill also indicated that these guidelines were intended for the evaluation of *statistically significant* associations: "Our observations reveal an association between two variables, perfectly clear-cut and *beyond what we would care to attribute to the play of chance*. What aspects of that association should we especially consider before deciding that the most likely interpretation of it is causation?" (Hill 1965) (emphasis added). Hill cautioned that "formal tests of significance … contribute nothing to the 'proof' of our hypothesis," yet a clear association must exist before the relationship can be hypothesized to be causal. The classification of a statistical association as being "perfectly clear-cut" and beyond the play of chance should take into account the quality of the underlying data and whether the association is likely to be due to confounding, bias, or chance.

## Epidemiological Evidence Over Time

In my evaluation of the epidemiological evidence regarding a potential causal association between exposure to artificially fluoridated drinking water and developmental neurotoxicity, I perceive a marked difference in study relevance and quality before and after 2017. Coincidentally, this timing corresponds with the release of U.S. EPA's response to the petition to prohibit the addition of fluoridation chemicals to drinking water supplies under Section 6 of TSCA in February 2017. Below I briefly describe some of the striking differences in study setting and methodological quality between these two time periods. Despite the higher quality of studies published after 2017, earlier publications should not be ignored; instead, each set of

---

[14]   Logically, a cause must precede an effect in time; therefore, a temporal sequence whereby an exposure precedes a health outcome is necessary for causation.

1807950.000 – 7057

U.S. EXHIBIT 505.0064

studies should be considered in the context of all of the relevant epidemiological literature over time.

## Pre-2017

Of the 92 original epidemiological studies of fluoride exposure and neurodevelopmental outcomes that I reviewed for this report, 71 (77%) were published prior to 2017 (Shannon et al. 1986, Lin et al. 1991, Sun et al. 1991, An et al. 1992, Xu et al. 1994, Li et al. 1995, Yao et al. 1996, Zhao et al. 1996, Yao et al. 1997, Morgan et al. 1998, Spittle et al. 1998, Zhang et al. 1998, Calderón et al. 2000, Lu et al. 2000, Wang et al. 2001, Xiang et al. 2003a, Wang et al. 2005, Seraj et al. 2006, Wang et al. 2006, Fan et al. 2007, Rocha-Amador et al. 2007, Trivedi et al. 2007, Wang et al. 2007, Chen et al. 2008, Guo et al. 2008, Hong et al. 2008, Li et al. 2008a, Li et al. 2008b, Li et al. 2008c, Liu et al. 2008, Qin et al. 2008, Ren et al. 2008, Rocha-Amador et al. 2008, Wang et al. 2008a, Wang et al. 2008b, Yang et al. 2008, Li et al. 2009, Rocha-Amador et al. 2009, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Li et al. 2010, Ding et al. 2011, Eswar et al. 2011, Kang et al. 2011, Poureslami et al. 2011, Shivaprakash et al. 2011, Xiang et al. 2011, Saxena et al. 2012, Seraj et al. 2012, Trivedi et al. 2012, Wang et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Xiang et al. 2013, Asawa et al. 2014, Bai et al. 2014, Karimzade et al. 2014, Wei et al. 2014, Broadbent et al. 2015, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Malin and Till 2015, Sebastian and Sunitha 2015, Xiang 2015, Zhang and Cheng 2015, Zhang et al. 2015, Aravind et al. 2016, Das and Mondal 2016, Mondal et al. 2016).

Sixty-six (93%) of these 71 pre-2017 studies were conducted in China, India, or fluorosis-endemic regions of Mexico, in areas with high natural levels of fluoride in drinking water. As discussed earlier, the relatively high exposure concentrations, as well as the relatively poor lifestyle and environmental conditions that may affect neurodevelopment in those study populations, make them unsuitable for inference about the potential neurodevelopmental effects of artificial drinking water fluoridation in the U.S. Moreover, nearly all of those studies were cross-sectional, many had exclusively ecological exposure assessment, most had no or minimal control for confounding, and few reported sufficient information to rule out selection bias. This body of literature also may be skewed by publication and editorial bias.. Therefore, although I do not exclude these 66 studies from consideration, they carry minimal weight in my evaluation of the epidemiological evidence on a potential causal relationship between artificial drinking water fluoridation and neurodevelopmental outcomes.

Only five pre-2017 studies (7% of 71) were conducted in non-fluorosis-endemic regions of Western countries (Shannon et al. 1986, Morgan et al. 1998, Spittle et al. 1998, Broadbent et al. 2015, Malin and Till 2015). These include two prospective cohort studies of New Zealand children in Dunedin (Broadbent et al. 2015) and Christchurch (Shannon et al. 1986, Spittle et al.

1807950.000 – 7057

1998); a cross-sectional study of children from a pediatric dental practice in a suburb of Boston, Massachusetts (Morgan et al. 1998); and a cross-sectional ecological study of state-level prevalences of artificial drinking water fluoridation and ADHD across the U.S. (Malin and Till 2015).

The U.S. ecological study had an exceptionally weak design due to the high potential for confounding and misclassification of both exposures and outcomes based on cross-sectional state-level data (Malin and Till 2015). That is, within a given state, children with ADHD could in theory have little or no overlap with children living in fluoridated communities, and countless factors at the state, local, and individual levels could be responsible for the observed association between state-level fluoridation prevalence and ADHD prevalence. Indeed, a subsequent analysis showed that the apparent association disappeared after adjustment for state-level median household income and mean state elevation above sea level (Perrott 2018). Thus, the study by Malin and Till (2015) does not provide insight into any potential causal effect of artificial drinking water fluoridation on ADHD.

The Christchurch studies assessed duration of residence in an area with a fluoridated public water supply, without information on water intake or other fluoride sources (Shannon et al. 1986, Spittle et al. 1998). The Dunedin and Boston studies collected information on use of fluoridated toothpaste and supplements, as well as residence in a community with a fluoridated water supply (Morgan et al. 1998, Broadbent et al. 2015). With the exception of the ecological study by Malin and Till (2015), the other four studies are reasonable to consider in evaluating the evidence regarding causality. Therefore, I gave greater consideration to these four studies in my causal analysis presented below.

## Post-2017

Twenty-one (23%) of the 92 original epidemiological studies that I reviewed were published (or accepted or submitted for publication, in the case of Green et al. (in press) and Till et al. (in review)) in 2017 or later (Aggeborn and Öhman 2017, Barberio et al. 2017, Bashash et al. 2017, Chang et al. 2017, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017, Valdez Jiménez et al. 2017, Bashash et al. 2018, Cui et al. 2018, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Perrott 2018, Thomas et al. 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019, Green et al. in press, Till et al. in review). Of these, 13 (62% of 21) were conducted in high- vs. low-fluoride or fluorosis-endemic vs. non-endemic areas in China, India, Mexico, Sudan, or Turkey (Chang et al. 2017, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017, Valdez Jiménez et al. 2017, Cui et al. 2018, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019), including 11 cross-sectional studies (five ecological), limiting their relevance to the present matter.

65

U.S. EXHIBIT 505.0066

The birth cohort study by Valdez Jiménez et al. (2017), conducted in endemic hydrofluorosis areas of Mexico, was of relatively high methodological quality due to its prospective design, individual-level exposure assessment, collection of first morning urine samples, and adjustment for multiple confounders. However, the high levels of fluoride in tap water (geometric mean ± standard error by trimester of pregnancy = 2.6–3.7 ± 1.0–1.1 mg/L) and bottled water (2.0–2.9 ± 1.0–1.1 mg/L) in this study population reduce the relevance of its findings to artificially fluoridated communities in the U.S. Although Dr. Calderón Hernández argues that the results of Valdez Jiménez et al. (2017) may be applicable to Canada and the U.S. based on some overlap in maternal urinary fluoride concentrations between her study and that of Till et al. (2018) (p. 22 of Calderón Hernández report), the discrepancy in urinary fluoride concentrations (adjusted for specific gravity) remains substantial, with trimester-specific geometric means of 1.9–2.7 ± 1.0–1.1 mg/L in the Mexican study (Valdez Jiménez et al. 2017), compared with an overall median of 0.34 mg/L (mean ± SD = 0.41 ± 0.28) in the Canadian study (Till et al. 2018). Thus, the results of Valdez Jiménez et al. (2017) cannot reliably be generalized to artificially fluoridated communities in the U.S., and it carried lesser weight in my causal analysis.

The remaining eight studies (38% of 21) include a retrospective ecological study of small-area-level drinking water fluoride levels and military conscript cognitive and non-cognitive assessments, adolescent national math test scores, and young-adult annual income and employment status in Sweden (Aggeborn and Öhman 2017); a cross-sectional survey of Canadian children with individual-level urinary and residential tap-water fluoride measurements (Barberio et al. 2017); three studies of a prospective birth cohort of Mexico City children with maternal prenatal and child urinary fluoride measurements (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018); two studies of a prospective birth cohort of Canadian children with measurements of maternal prenatal urinary fluoride, residential drinking water fluoride, and estimated fluoride intake from water-based beverages and tea (Green et al. in press, Till et al. in review); and an ecological cross-sectional study of state-level prevalences of artificial drinking water fluoridation and ADHD in the U.S. (Perrott 2018)—an analysis conducted as part of a critique and refutation of Malin and Till (2015). All of these studies adjusted for several potential confounders, but the ecological studies of Aggeborn and Öhman (2017) and Perrott (2018) were of relatively low quality because they used only group-level covariates. With the exception of the latter two ecological studies, the other six studies contribute substantively to my causal evaluation of artificial drinking water fluoridation and neurodevelopmental outcomes.

Thus, as described below, my causal analysis according to the Hill (1965) framework is based primarily on the 10 non-ecological epidemiological studies based in non-fluorosis-endemic Western areas, including four published before 2017 (Shannon et al. 1986, Morgan et al. 1998, Spittle et al. 1998, Broadbent et al. 2015) and six studies available thereafter (Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et

66

U.S. EXHIBIT 505.0067

al. in review). Anticipated or measured drinking water fluoride levels in these study populations were at or below 1.38 mg/L, the high end of the estimated range in the Mexico City studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018).

The other epidemiological studies of high natural levels of fluoride in drinking water mostly pertain to average concentrations that, where reported, were greater than 2.0 mg/L, including 15 studies with average levels above 4.0 mg/L (An et al. 1992, Zhao et al. 1996, Wang et al. 2005, Wang et al. 2006, Rocha-Amador et al. 2007, Trivedi et al. 2007, Wang et al. 2007, Chen et al. 2008, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Sudhir et al. 2009, Saxena et al. 2012, Seraj et al. 2012, Singh et al. 2013, Razdan et al. 2017).

## Strength

Holding all other factors constant, strong statistical associations are less likely than weak ones to result exclusively from confounding and bias. However, small sample sizes can produce inflated estimates of association—that is, associations that falsely appear to be strong—due to sparse data bias (Greenland et al. 2000, Greenland et al. 2016). In the 10 more informative studies based in Western regions, associations between fluoride exposure and scores for various neurodevelopmental outcomes were relatively weak in comparison with normal variation in outcome scores.

In the Christchurch, New Zealand, cohort study of children followed from birth to age 6 or 7 years, no significant differences in conduct disorder or behavior disturbance scores were detected by duration of residence in a community with artificially fluoridated drinking water (Shannon et al. 1986). Scores for a given rating scale at a certain age varied by at most 0.23 points across duration categories, compared with within-category mean scores of around 10 points (SD not reported). Subsequent follow-up of these children to age 8 or 9 years revealed no significant association between duration of residence in a fluoridated area and IQ scores (Spittle et al. 1998). IQ scores varied by a maximum of 2.5 points across categories, compared with a standardized mean of 100 points (standardized SD = 15).

The cross-sectional Boston-area study found no significant differences in scores for total, internalizing, or externalizing behavior problems in children aged 7–11 years with high vs. low dental fluorosis scores or those with high vs. low aggregated fluoride exposure, or by nearly any other measure of fluoride exposure (including residence in a community with artificial drinking water fluoridation, use of fluoridated toothpaste, use of fluoride supplementation, receipt of topical fluoride treatment, and receipt of concentrated infant formula mixed with fluoridated water) (Morgan et al. 1998). Differences in median scores between groups were on the order of 0–4 points, compared with within-group medians around 40–46 points (range = 24–77 points).

1807950.000 – 7057

U.S. EXHIBIT 505.0068

In the Dunedin birth cohort study, no significant differences in child IQ at ages 7–13 years were observed across various classifications of fluoride exposure, including residence in an area with community water fluoridation, use of fluoridated toothpaste, and use of fluoride tablets (Broadbent et al. 2015). Observed non-significant differences in mean IQ scores between exposure groups ranged from −0.25 to 0.83 points on a scale with a standardized mean of 100 points (standardized SD = 15). Adult IQ at 38 years also was not strongly associated with childhood exposure to fluoride, with differences in mean IQ scores ranging from 0.19 to 3.00 points (significantly higher among those residing in areas with community water fluoridation) on a standardized scale averaging 100 points (standardized SD = 15).

The Canadian cross-sectional study of children aged 3–12 years found no significant differences in the odds of any learning disability, ADHD, or ADD in association with urinary fluoride levels after adjustment for creatinine or specific gravity (Barberio et al. 2017). All observed odds ratios were between 0.79 and 1.04, i.e., between a 21% decrease and a 4% increase in the odds of any learning disability, ADHD, or ADD. A borderline statistically significant association was found with unadjusted urinary fluoride levels, with a 2% increase in the odds of any learning disability per 1 µmol/L urinary fluoride, compared with a mean of 26–39 µmol/L (lower bound of 95% CI = 23–36; upper bound = 30–43), depending on the study subgroup.

Several statistically significant associations of modest magnitude were detected in the Mexico City birth cohort studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). The mean difference in General Cognitive Index score per 0.5 mg/L creatinine-adjusted maternal urinary fluoride was −3.15 (95% CI = −5.42, −0.87) at age 4 years, relative to a mean of 96.88 points (SD = 14.28); and the mean difference in IQ score per 0.5 mg/L creatinine-adjusted maternal urinary fluoride was −2.50 (95% CI = −4.12, −0.59) at ages 6–12 years, relative to a mean of 95.98 points (SD = 11.11) (Bashash et al. 2017). By definition, the SDs indicate that about 68% of General Cognitive Index scores were between 82.60 and 111.16 points, and about 68% of IQ scores were between 84.87 and 107.09 points. Moreover, IQ scores between 90 and 109 points are classified as "average" (Wechsler IQ Test 2017). Thus, differences of 3.15 and 2.50 points are small relative to the range of variation in this cohort.

Likewise, differences in scores for cognitive problems or inattention or indices of ADHD at ages 6–12 years, where statistically significant (that is, omitting smaller, statistically non-significant differences in scores for restlessness/impulsivity, hyperactivity, hyperactivity-impulsivity, and attention problems), were all below 3 points per 0.5 mg/L creatinine-adjusted maternal urinary fluoride, compared with standardized means of 50 (SD = 10) (Bashash et al. 2018). Among 1- to 3-year-olds, the Mental Development Index of the Bayley Scales of Infant Development differed by −1.20 points (95% CI = −2.19, −0.20) per 0.5 mg/L creatinine-adjusted maternal urinary fluoride (Thomas et al. 2018), compared with a typical standardized mean is 100 points (SD = 15) (Connolly et al. 2006) (mean and SD not reported by Thomas et al.).

68

U.S. EXHIBIT 505.0069

Results were not reported for the Bayley Psychomotor Development Index, the other part of the Bayley Scales.

In the Canadian birth cohort study, associations with child IQ at ages 3–4 years were of a similar magnitude, but heterogeneous between boys and girls (Green et al. in press). The mean change in full-scale IQ per 1 mg/L maternal urinary fluoride, adjusted for specific gravity, was –1.95 points (95% CI = –5.19, 1.28) for boys and girls combined, –4.49 points (95% CI = –8.38, –0.60) for boys, and +2.40 points (95% CI = –2.53, 7.33) for girls. The mean difference in full-scale IQ per 1 mg/L residential postal-code-level drinking water fluoride was –5.29 points (95% CI = –10.39, –0.19); that per 1 mg/day estimated fluoride intake from beverages was –3.66 points (95% CI = –7.16, –0.15) (Green et al. in press); and that per 0.5 mg/day estimated fluoride intake from infant formula was –2.69 points (95% CI = –7.38, 2.01) (Till et al. in review). Estimated mean differences were slightly larger for performance IQ (e.g., mean difference per 1 mg/L maternal urinary fluoride = –4.63 points, 95% CI = –9.01, –0.25 for boys; 4.51 points, 95% CI = –1.02, 10.05 for girls), and generally slightly smaller for verbal IQ (e.g., mean difference per 1 mg/L maternal urinary fluoride = –2.82 points, 95% CI = –6.62, 0.98 for boys; 0.50 points, 95% CI = –4.32, 5.33 for girls). Among boys, only maternal urinary fluoride in the second trimester, and not in the first or third trimester, was significantly associated with lower full-scale IQ (mean difference per 1 mg/L = –3.39 points, p = 0.04) and lower performance IQ (–4.92 points, p = 0.01), but not verbal IQ (Green et al. 2019). However, associations with full-scale IQ in boys were strongest for maternal urinary fluoride averaged across all three trimesters. These average differences can be compared with a standardized mean IQ of 100 points (SD = 15 points), where 68% of scores lie within 1 SD of the mean (85 to 115 points), and scores between 90 and 109 points are classified as "average" (Wechsler IQ Test 2017).

Considering together the results from all 10 of these studies, the magnitude of the observed associations, if any, was relatively small in comparison with normal, expected variation in each outcome measure. As noted above, in general, weak statistical associations are more likely than strong associations to be explained by confounding or bias. Therefore, the relatively modest associations observed in these studies can plausibly be explained by a modest degree of bias (e.g., selection bias in study participant enrollment or retention, or bias in exposure and/or outcome measurement) or confounding (e.g., by various demographic, socioeconomic, anthropometric, social, familial, medical, behavioral, and other factors that may affect neurodevelopment, and also may vary by level of fluoride exposure). Thus, the strength of the observed associations does not provide compelling evidence in favor of a causal relationship.

The more recent meta-analyses by Choi et al. (2012) and Duan et al. (2018), which together included most of the cross-sectional studies from China and India, found that the standardized weighted mean difference in IQ score between children living in high-fluoride and low-fluoride

69

U.S. EXHIBIT 505.0070

regions was approximately −0.5 points (Choi et al. 2012, Duan et al. 2018). In the majority of the studies included in these meta-analyses, as well as additional studies conducted in fluorosis-endemic regions that were omitted from or published after the meta-analyses, the reported difference in mean drinking water fluoride levels between groups, where specified, was greater than 1 mg/L and often greater than 2 mg/L. As stated earlier, most of these studies pertain to naturally high fluoride levels considerably greater than 0.7 mg/L, and most were conducted in impoverished regions where socioeconomic, nutritional, infectious, behavioral, and environmental conditions that may affect neurodevelopment differ starkly from conditions in the U.S. Moreover, these studies were of typically low quality due to their cross-sectional design, ecological exposure assessment, insufficient control for confounding, and/or potential for selection bias. Thus, even in these generally poor-quality, high-exposure studies, the relatively small magnitude of the observed mean difference in IQ could reasonably be explained by confounding and/or bias, rather than causation.

## Consistency

In general, consistent observation of an association across study settings and research groups reduces the likelihood that an anomalous finding is due to chance. Prior to 2017, associations between low-level fluoride exposure and neurodevelopmental outcomes in Western populations were quite consistently null. That is, no statistically significant association was detected between duration of residence in a community with artificially fluoridated drinking water and conduct disorder or behavior disturbance (Shannon et al. 1986) or IQ (Spittle et al. 1998). No significant association of behavioral problems was found in relation to dental fluorosis score, residence in a fluoridated community, use of fluoridated toothpaste, receipt of fluoride supplementation, receipt of topical fluoride treatment, receipt of concentrated formula mixed with fluoridated water, or aggregated fluoride exposure, other than a single borderline statistically significant positive association with use of both topical fluoride at ages 3–6 years and fluoridated toothpaste at ages 1 and 2 years (Morgan et al. 1998). And other than a single borderline statistically significant association between childhood residence in a fluoridated community and *higher* IQ in adulthood at 38 years, all other associations with child and adult IQ were statistically non-significant for residence in a fluoridated community, use of fluoridated toothpaste, and receipt of supplemental fluoride tablets (Broadbent et al. 2015).

By contrast, since 2017, findings have been mixed. In Canada, cross-sectional creatinine-adjusted or specific-gravity adjusted urinary fluoride in children was not significantly associated with any learning disability, ADD, or ADHD in the majority of analyses, although a borderline positive association with any learning disability was seen with unadjusted urinary fluoride in some subgroups (Barberio et al. 2017). By contrast, in Mexico City, positive associations were found between creatinine-adjusted maternal prenatal urinary fluoride and some (but not all) measures of cognitive problems or inattention and ADHD (Bashash et al. 2018).

70

U.S. EXHIBIT 505.0071

Two post-2017 studies that measured full-scale IQ in children both found associations between higher creatinine- and/or specific-gravity-adjusted maternal prenatal urinary fluoride and lower IQ score (and lower General Cognitive Index score in the Mexico City study) (Bashash et al. 2017, Green et al. in press). The adverse association with full-scale IQ among Canadian boys was seen consistently for three measures of fluoride exposure used in the study (Green et al. in press), but the fourth measure—estimated fluoride intake from infant formula—was not significantly associated with full-scale IQ among boys and girls combined (sex-stratified results not reported) (Till et al. in review). Among the Mexican children, no significant association was detected with specific-gravity-adjusted child urinary fluoride (Bashash et al. 2017), and among the Canadian children, no association with maternal urinary fluoride, residential drinking water fluoride level, or estimated fluoride intake from beverages—with point estimates indicating non-significantly higher IQ scores—was observed among girls (Green et al. in press). By contrast, divergent results between boys and girls were not seen in the Mexico City study (Bashash et al. 2017). The authors of the Mexico City study did not present findings stratified by infant feeding status, nor did they report results for IQ subscales. Thus, they did not provide a basis for comparison with the results of the Canadian study, in which an inverse association between drinking water fluoride level and full-scale IQ was detected only among formula-fed infants; and inverse associations were generally stronger for performance IQ than verbal IQ (for which several non-significant point estimates were in a positive direction) (Green et al. in press, Till et al. in review).

Two informative studies both found adverse associations with the Mental Development Index of the Bayley Scales of Infant Development. Specifically, the Mexico City study found an inverse association between creatinine-adjusted maternal prenatal urinary fluoride and the Mental Development Index in infants and toddlers (Thomas et al. 2018). A stronger inverse association with the same outcome was seen among Mexican children living in two endemic fluorosis areas, where geometric mean tap-water fluoride concentrations were 2.6–3.7 mg/L (Valdez Jiménez et al. 2017). Neither study provided results for the Psychomotor Development Index, the other component of the Bayley Scales, perhaps because no significant association was detected.

Overall, these results do not demonstrate a consistent association between exposure to low-level fluoride in drinking water and developmental neurotoxicity. Few studies examined a given specific neurodevelopmental outcome such as IQ or ADD/ADHD/inattention, and results for each association were varied, with some adverse, some null, and (for adult IQ, evaluated in only one study of childhood fluoride exposure) one beneficial association. This general lack of consistency does not provide compelling evidence to support a causal link.

In other studies based primarily in fluorosis-endemic areas, associations were quite consistently detected between higher fluoride exposure and lower IQ (Table 2) (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). However, the high exposure levels observed in these study populations

71

U.S. EXHIBIT 505.0072

preclude reliable extrapolation of their findings, so they should not be evaluated for consistency with higher-quality studies of low-level exposure. As stated earlier, these studies collectively were of low methodological quality due to their principally cross-sectional design, often ecological exposure assessment, insufficient control for confounding, and potential for selection bias. The apparent consistency of results across studies also may be a product of publication and editorial bias. Therefore, these studies also do not provide a reliable scientific basis for concluding that intake of higher-level, naturally fluoridated drinking water is causally related to developmental neurotoxicity.

**Consistency of variation across potentially susceptible subgroups**

In her expert report, Dr. Thiessen opines that several population subgroups have "heightened susceptibility to the risk of harm from fluoridation chemicals," including fetuses, bottle-fed infants, the elderly, persons with nutritional deficiencies, kidney disease patients, populations with high water intake, those with certain genetic variants, and minority populations in the U.S. (pp. 4, 33–50). Few epidemiological studies of fluoride exposure and neurodevelopmental outcomes have evaluated effect modification across population subgroups. That is, only a small number of studies have compared estimates of association between prenatal and childhood fluoride exposure (Bashash et al. 2017, Green et al. in press), between bottle-fed vs. breastfed infants (Broadbent et al. 2015, Till et al. in review), or between individuals with and without certain genetic polymorphisms (Zhang et al. 2015, Cui et al. 2018, Pang et al. 2018). To my knowledge, no epidemiological studies have tested whether associations, if any, between fluoride exposure and developmental neurotoxicity differ in magnitude between individuals exposed to fluoride *in utero* vs. after birth, the elderly and younger adults or children, persons with and without nutritional deficiencies, those with and without kidney disease, those with different volumes of water intake, or persons of different racial/ethnic backgrounds.

Dr. Thiessen cites three independent epidemiological studies of prenatal fluoride exposure and neurodevelopmental outcomes to support her opinion regarding heightened susceptibility among fetuses (Bashash et al. 2017, Valdez Jiménez et al. 2017, Bashash et al. 2018, Green et al. in press).[15] However, Valdez Jiménez et al. (2017) reported associations with maternal prenatal urinary fluoride levels, but not with fluoride concentration in drinking water (which would capture some postnatal exposure); thus, they did not compare associations of neurodevelopmental outcomes with prenatal vs. postnatal fluoride exposure. Likewise, Bashash et al. (2018) reported associations only with maternal prenatal urinary fluoride levels, and they did not use information on postnatal fluoride exposure. Therefore, these two studies do not provide results that support Dr. Thiessen's opinion. Bashash et al. (2017) found a significant inverse association overall between maternal prenatal urinary fluoride and child IQ, whereas

---

[15]  Dr. Thiessen cites a Master of Arts thesis by Green (2018).

1807950.000 – 7057

they found no significant association of child IQ with contemporaneous child urinary fluoride. On the other hand, Green et al. (in press) found stronger inverse associations of full-scale and performance IQ (but not verbal IQ, which was not associated) with a 1-mg/L increase in residential drinking water fluoride, some of which would correspond with postnatal exposure, than with a 1-mg/L increase in maternal prenatal urinary fluoride. Taken together, these sparse and inconsistent findings lack independent replication, and may be due to bias, confounding, ro chance.. Thus, the available epidemiological studies do not support Dr. Thiessen's opinion that prenatal vs. postnatal exposure to fluoride results in increased susceptibility to potential neurodevelopmental effects.

Dr. Thiessen cites two epidemiological studies that evaluated whether associations between fluoride exposure and neurodevelopmental outcomes varied by genotype (Zhang et al. 2015, Cui et al. 2018). She omits one additional study, identified in my systematic literature review, that evaluated genetic heterogeneity (Pang et al. 2018). Briefly, Zhang et al. (2015) conducted a cross-sectional study of schoolchildren in an endemic fluorosis area of Tianjin, China, in which they compared the association between urinary fluoride levels and IQ (assessed using the Combined Raven's Test for Rural China), stratified by genotype of a polymorphism in the catechol-O-methyltransferase (*COMT*) gene, which affects dopamine availability in the brain. They found that an inverse association between urinary fluoride levels and IQ score was strongest among children with the Val/Val genotype (i.e., those with two copies of the valine allele, which results in faster dopamine degradation and lesser availability of dopamine than the methionine allele), whereas the association was weaker in those with the Val/Met genotype, and null in those with the Met/Met genotype. However, in a subsequent cross-sectional study conducted by Pang et al. (2018), no difference by the same *COMT* genetic polymorphism was detected in the association between residence in an endemic fluorosis area vs. a non-fluorosis area and child IQ (assessed using the Combined Raven's Test for Rural China) among Chinese schoolchildren. Thus, inconsistent results were reported between the only two epidemiological studies that examined this question, and current findings do not support a conclusion that *COMT* genotype modifies this potential association. Only one study (Cui et al. 2018), another cross-sectional investigation of schoolchildren in Tianjin, China, examined modification of the association between urinary fluoride level and child IQ (assessed using the Combined Raven's Test for Rural China) by genotype of the Taq 1 polymorphism in the dopamine receptor-2 gene. The consistency of results found in a single study cannot be evaluated. In general, studies of gene-environment interactions are known to be highly prone to false-positive results, largely due to multiple hypothesis testing and publication bias (Colhoun et al. 2003, Duncan and Keller 2011). Replication of such findings across multiple study populations is essential before reaching a conclusion that an observed association is real. Therefore, the available epidemiological evidence base is insufficient to support Dr. Thiessen's conclusion that genetic susceptibility modifies the potential association between fluoride exposure and neurodevelopmental outcomes.

73

U.S. EXHIBIT 505.0074

Although Dr. Thiessen does not cite the results of Till et al. (in review), this prospective birth cohort study of Canadian children found a stronger inverse association of full-scale and performance IQ (but not verbal IQ; assessed using the Wechsler Preschool and Primary Scale of Intelligence, 3rd Edition) with drinking water fluoride levels by residential postal code area among formula-fed than than breastfed infants. Estimated fluoride intake from infant formula, however, was significantly inversely associated only with performance IQ, and not with full-scale or verbal IQ. By contrast, in another prospective birth cohort study of New Zealand children (Broadbent et al. 2015), also omitted from this section of Dr. Thiessen's expert report, no significant interaction with breastfeeding status was found for the association between residence in an area with community water fluoridation and child IQ (assessed using the Wechsler Adult Intelligence Scale–Revised). These inconsistent results, which may be explained by bias, confounding, or chance, thus do not support Dr. Thiessen's opinion that bottle-fed infants have heightened susceptibility to potential neurodevelopmental effects of fluoride exposure.

Dr. Thiessen does not identify any epidemiological studies of neurodevelopmental outcomes to support her opinion that the elderly (who by definition do not experience developmental neurotoxicity), those with kidney disease (who are predominantly older adults, and therefore not at risk of developmental neurotoxicity), populations with nutritional deficiencies, populations with greater water intake, or racial/ethnic minorities are more susceptible to health risks from fluoridation chemicals. Therefore, again, the current epidemiological evidence does not support her opinion that these characteristics define population subgroups at increased risk of potential developmental neurotoxicity from fluoride exposure.

## Specificity

An association between a given exposure and a specific health outcome, such as between a pathogen and an infectious disease, can weigh in favor of a causal conclusion. In the case of neurodevelopmental outcomes such as child intelligence, numerous potential influences have been identified (Sameroff et al. 1993, Zheng et al. 2012, Eriksen et al. 2013, Pacheco et al. 2013, Camargo-Figuera et al. 2014). Also, neurotoxicity is not the only hypothesized health effect of fluoride exposure, which also affects risk of dental caries and dental and skeletal fluorosis (ATSDR 2003, NRC 2006, SCHER 2011). The lack of a specific relationship between fluoride exposure and neurodevelopmental outcomes does not weigh against or in favor of a causal conclusion.

## Temporality

A causal exposure must precede an outcome in time. Eight of the 10 more informative studies in non-fluorosis-endemic Western populations, including three published before 2017, were

U.S. EXHIBIT 505.0075

prospective in design, meaning that they assessed fluoride exposure prior to neurodevelopmental outcomes (Shannon et al. 1986, Spittle et al. 1998, Broadbent et al. 2015, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). The exposures assessed in these studies were thus more likely to be etiologically relevant, and less likely to be biased by neurodevelopmental outcome status, than exposures measured simultaneously with or after the measurement of outcomes.

Nevertheless, other temporal uncertainties exist in these studies. The Mexico City study and the main analyses of the Canadian birth cohort study used prenatal maternal urinary fluoride levels averaged across all three trimesters (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). This approach ignores fluctuation in urinary fluoride levels during pregnancy, when factors such as plasma volume expansion, maternal kidney function, and gestational diabetes (Faupel-Badger et al. 2007, Sachse et al. 2012, Cheung and Lafayette 2013) can affect measured levels. Use of average levels across pregnancy also prevents consideration of putative windows of susceptibility that might occur during certain periods of gestation. A subsequent analysis of the Canadian birth cohort found significant inverse associations between maternal urinary fluoride in the second trimester, but not the first or third trimester, and child IQ in boys, suggesting potential trimester-specific effects, although associations were strongest with maternal urinary fluoride averaged across all three trimesters (Green et al. 2019). By evaluating duration of early-childhood residence in a community with artificially fluoridated drinking water, the Christchurch prospective cohort study also could not distinguish among potential windows of susceptibility (Shannon et al. 1986, Spittle et al. 1998). In the same vein, the Dunedin prospective cohort study assessed exposure to fluoride in drinking water and toothpaste at age 5 years (and, for drinking water fluoride, also at age 3 years), prior to the assessment of child IQ at 7–13 years, but it did not evaluate exposure at other ages (Broadbent et al. 2015).

The two cross-sectional studies in Western regions mitigated some of the limitations of the simultaneous assessment of exposure and outcome by conducting some secondary analyses restricted to children who had resided in their current home for at least three years (Barberio et al. 2017) or by asking parents to report fluoride exposures in the past, at least one year and in some instances more than a decade ago (Morgan et al. 1998). However, exposures in these studies were more susceptible to bias from the influence of co-existing neurodevelopmental outcome status or confounders. Like the prospective cohort studies, these studies also had limited flexibility for assessing temporal patterns of past fluoride exposure.

Overall, the temporal relationships observed in these 10 studies are bolstered by the prospective exposure assessment in the majority of studies. However, remaining uncertainties about the timing of exposure relative to the outcome diminish the evidence in favor of causality.

1807950.000 – 7057

U.S. EXHIBIT 505.0076

Only one of the 74 studies conducted in China, India, Iran, Sudan, or Turkey (Chang et al. 2017), and only one of four studies conducted in fluorosis-endemic areas of Mexico (Valdez Jiménez et al. 2017), were prospective in design; the rest were cross-sectional or retrospective (Lin et al. 1991, Sun et al. 1991, An et al. 1992, Xu et al. 1994, Li et al. 1995, Yao et al. 1996, Zhao et al. 1996, Yao et al. 1997, Zhang et al. 1998, Calderón et al. 2000, Lu et al. 2000, Wang et al. 2001, Xiang et al. 2003a, Wang et al. 2005, Seraj et al. 2006, Wang et al. 2006, Fan et al. 2007, Rocha-Amador et al. 2007, Trivedi et al. 2007, Wang et al. 2007, Chen et al. 2008, Guo et al. 2008, Hong et al. 2008, Li et al. 2008a, Li et al. 2008b, Li et al. 2008c, Liu et al. 2008, Qin et al. 2008, Ren et al. 2008, Rocha-Amador et al. 2008, Wang et al. 2008a, Wang et al. 2008b, Yang et al. 2008, Li et al. 2009, Rocha-Amador et al. 2009, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Li et al. 2010, Ding et al. 2011, Eswar et al. 2011, Kang et al. 2011, Poureslami et al. 2011, Shivaprakash et al. 2011, Xiang et al. 2011, Saxena et al. 2012, Seraj et al. 2012, Trivedi et al. 2012, Wang et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Xiang et al. 2013, Asawa et al. 2014, Bai et al. 2014, Karimzade et al. 2014, Wei et al. 2014, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Sebastian and Sunitha 2015, Xiang 2015, Zhang and Cheng 2015, Zhang et al. 2015, Aravind et al. 2016, Das and Mondal 2016, Mondal et al. 2016, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017, Cui et al. 2018, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019). The simultaneous or retrospective assessment of fluoride exposure relative to neurodevelopmental outcomes prevents these studies from providing compelling data to establish causal associations, and increases the potential for biased exposure assessment influenced by outcomes or confounders.

## Biological Gradient

Higher risk or greater severity of an outcome with increasing exposure can provide support for a causal hypothesis. Of the 10 more informative studies, eight classified fluoride exposure in a manner that enabled consideration of potential exposure-response trends (Shannon et al. 1986, Spittle et al. 1998, Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). However, approaches to evaluating exposure-response gradients were limited. The two studies in the Christchurch cohort assessed only duration of residence in a fluoridated community, and found no difference in neurodevelopmental outcomes with longer duration (Shannon et al. 1986, Spittle et al. 1998). Duration is closely correlated with cumulative exposure if drinking water fluoride concentration, water intake, and physiological processes of absorption, distribution, metabolism, and excretion are relatively uniform and constant, but otherwise duration can be a poor measure of cumulative exposure (Smith 1992, de Vocht et al. 2015).

In the other six studies, linear exposure-response patterns were inherently imposed by the use of logistic regression (Barberio et al. 2017) or linear regression models (Bashash et al. 2017,

U.S. EXHIBIT 505.0077

Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review), which assume a fixed change in the outcome (e.g., odds of learning disability or IQ score) per unit change in the exposure (e.g., 1 mg/L urinary fluoride). Except for Barberio et al. (2017), which found mostly statistically null results, these studies found some statistically significant monotonic trends indicating worse neurodevelopmental outcomes with increasing maternal urinary fluoride levels (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018), as well as residential drinking water fluoride levels, estimated fluoride intake from beverages, and estimated fluoride intake from infant formula in the Canadian study (Green et al. in press, Till et al. in review).

The detection of statistically significant trends in linear regression models, however, can obscure considerable variability in the underlying data. Bashash et al. (2017, 2018) tested for non-linearity in the associations with cognitive outcomes and ADHD symptoms by using generalized additive models that included a quadratic term (i.e., urinary fluoride squared). The results from some of these models showed statistically significant evidence of a curvilinear trend; for example, Figures 3A and 3B from Bashash et al. (2017), reproduced below, suggest a lack of an association with child IQ below about 0.8 mg/L creatinine-adjusted maternal urinary fluoride, and below about 1.0 mg/L specific-gravity-adjusted child urinary fluoride. Nevertheless, the inclusion of a quadratic term still assumes a monotonic (unidirectional) trend, and the authors did not test for other patterns in the data. Green et al. (in press) also tested for non-linearity in the associations with child ID by using quadratic or natural-logarithmic terms for maternal prenatal urinary fluoride or estimated fluoride intake from beverages, and they reportedly found no significant improvement in the regression models (results not shown), which still assumed a monotonic exposure-response pattern. Although Green et al. (in press) apparently examined models with two linear splines (three knots placed at selected exposure levels) that could have revealed non-monotonicity, they did not describe the results of these models.

The distorting effect of imposing a trend line using linear regression is illustrated by comparing figures from Bashash et al. (2017), Bashash et al. (2018), and Green et al. (in press) with and without the regression lines and 95% CIs, as shown below. In the absence of visually distracting linear regression lines, the figures reveal substantial variability in the relationship between maternal urinary fluoride and neurodevelopmental outcomes, as illustrated by scattershot distribution of the individual observation points.

Another pattern visible in the results of Bashash et al. (2018) and Green et al. (in press) is the important influence of extreme observations. As shown in Figure S1 of Bashash et al. (2018), reproduced below, inclusion of the full dataset produced a ∩-shaped exposure-response curve between maternal urinary fluoride and several indices of ADHD symptoms, whereas removal of only three outlier observations produced a monotonic increasing trend. Bashash et al. (2017),

77

U.S. EXHIBIT 505.0078

who also removed three outliers from the analysis of General Cognitive Index and IQ, did not show their results including those observations. Figure 3 of Green et al. (in press) likewise illustrate the strong influence of the small number of subjects with the highest maternal urinary fluoride concentrations and estimated fluoride intake from beverages. Without those few unusual individuals, the regression lines would have been much closer to flat (i.e., no association). In both instances, the decision of the study investigators to exclude outliers (Bashash et al. 2017, Bashash et al. 2018) or to include them (Green et al. in press) led to more linear-appearing positive exposure-response gradients.

As a whole, these results provide some evidence of a monotonic exposure-response trend. However, the limited assessment of non-monotonic trends, the key influence of outlier observations, and high degree of variability around the imposed linear regression lines detract from these findings. Moreover, exposure measurement error can lead to spurious linearization of apparent exposure-response relationships (Rhomberg et al. 2011). Overall, the evidence on a potential biological gradient is not compellingly in favor of a causal relationship.

Most of the less-informative studies of relatively high fluoride exposure did not assess exposure-response trends, because they compared only two exposure categories (high vs. low) (Table 2) (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). Those that evaluated a potential gradient were generally constrained by the use of linear or logistic regression models or poor exposure metrics (e.g., dental fluorosis or village-level drinking water fluoride concentration). For instance, Valdez Jiménez et al. (2017) assumed a log-linear relationship between maternal urinary fluoride level and Mental Development Index scores, but the authors did not report having tested any non-linear models. Thus, in these studies overall, information on a potential biological gradient does not provide substantive scientific evidence to support a causal effect.

In her expert report, Dr. Calderón Hernández does not resolve the difference in exposure-response patterns between her study (Valdez Jiménez et al. 2017), which indicated a *log-linear* exposure-response pattern, and the Canadian study that she describes as reporting "similar results" to hers (p. 24 of Calderón Hernández report) based on a *linear* exposure-response pattern (Bashash et al. 2017, Bashash et al. 2018). That is, Valdez Jiménez et al. (2017) found that a 10-fold increase in maternal urinary fluoride level (in mg/L) was associated with a fixed decrement in the Mental Development Index score, whereas Bashash et al. (2017, 2018) found that a 1-mg/L increase in maternal urinary fluoride level was associated with a fixed change in cognitive or attention scores. The log-linear and linear models thus entail distinct exposure-response trends, highlighting an unresolved issue of inconsistency in results between these two studies.

1807950.000 – 7057

U.S. EXHIBIT 505.0079

Figures 2 and 3 from Bashash et al. (2017), with (left) and without (right) linear regression trend lines and 95% CIs

Fig. 2 (original)       Fig. 3 (original)       Fig. 2 (revised)       Fig. 3 (revised)



1807950.000 – 7057

U.S. EXHIBIT 505.0080

August 1, 2019

Figure 3 from Bashash et al. (2018) with (left) and without (right) linear regression trend lines and 95% CIs

Fig. 3 (original)                                                  Fig. 3 (revised)



1807950.000 – 7057

U.S. EXHIBIT 505.0081

Figure 3 from Green et al. (in press) with (left) and without (right) linear regression trend lines and 95% CIs

**Fig. 3 (original)**                                      **Fig. 3 (revised)**



1807950.000 – 7057

81

August 1, 2019

Figure S1 from Bashash et al. (2018), showing results with (a) and without (b) three influential outliers

(a) (original)                                                (b) (original)



1807950.000 – 7057

U.S. EXHIBIT 505.0083

## Plausibility

The biological plausibility of a developmental neurotoxic effect of low-level fluoride exposure can be evaluated based largely on the toxicological literature on fluoride. NTP recently conducted a systematic literature review of experimental animal studies of ingestion exposure to fluoride and neurobehavioral outcomes including learning and memory (NTP 2016). Based on this review, NTP concluded that there was a "moderate" level of evidence for a pattern of findings suggestive of an effect of fluoride exposure above 0.7 ppm (= 0.7 mg/L) on learning and memory in animals exposed as adults, and a "low" level of evidence for an effect in animals exposed during development. NTP downgraded their level-of-evidence conclusions due to concerns for indirectness in the assessment of learning and memory, as well as risk of bias. NTP also noted that very few studies assessed learning and memory effects in experimental animals exposed to fluoride levels near 0.7 ppm. My consideration of the toxicological data relies on Dr. Tsuji's expert opinions, which are based on her detailed review of the relevant studies included in the 2016 NTP review and those published subsequently, including the McPherson et al. (2018) study conducted by NTP investigators. Although these findings do not disprove a causal effect, taken together, they provide little evidence to support a biologically plausible effect of fluoride at concentrations in artificially fluoridated U.S. community drinking water on developmental neurotoxicity in humans.

Of note, the epidemiological studies that I identified in my systematic literature review predominantly did not report any association between fluoride exposure and birth weight or child body size or growth, although many studies may not have tested this hypothesis. In a separate literature search that I conducted for epidemiological studies of this association,[16] I identified few relevant studies; these were generally of limited methodological quality, with inadequate control for confounding and inconsistent findings overall. Based on my review of these studies, I conclude that no association, much less a causal effect, has been established between fluoride exposure and birth weight, body size, or growth in children. These findings support Dr. Tsuji's opinion that observed effects of relatively high fluoride doses on reduced body weight gain in experimental animal studies do not indicate a direct neurotoxic effect.

## Coherence

An evaluation of the coherence of a potentially causal relationship with the known natural history of developmental neurotoxicity can take into account secular trends in child IQ in

---

[16] I used the following search string in PubMed: *(fluorid\* OR fluoride OR fluoridation OR fluoridated OR fluoridate) AND ("body size" OR body size [MeSH] OR "fetal growth" OR birthweight OR "birth weight" OR birth weight [MeSH] OR "body mass" OR body mass index [MeSH] OR human development [MeSH] OR (growth AND (child OR childhood OR children))) NOT (rats OR mice OR rabbits OR drosophila OR embryos OR larvae OR adult OR adults.*

1807950.000 – 7057

concert with the history of community drinking water fluoridation in the U.S. The first U.S. city to fluoridate its water was Grand Rapids, Michigan, in 1945 (CDC 2000). After completion of a 15-year longitudinal study in four pairs of North American cities with and without artificial drinking water fluoridation, where the prevalence of dental caries were found to be reduced by 50–70% in fluoridated communities, the U.S. Public Health Service in 1962 released recommendations for optimal fluoride concentrations in drinking water for community water systems (DHHS 2015). This public health measure was subsequently rapidly adopted in cities throughout the U.S. As of 2014, two thirds of the U.S. population and three quarters of those on community water systems received artificially fluoridated water (CDC 2016).

Across the same time period, from the 1960s and into the 2010s, several studies show that IQ scores in U.S. children have steadily improved (Flynn 1984, Trahan et al. 2014, Rindermann and Pichelmann 2015). Numerous explanations have been provided for this observed trend in the U.S. and other Western societies, and the pattern cannot be attributed with certainty to a beneficial effect of artificial drinking water fluoridation. Nevertheless, these observed gains in child IQ over time in the U.S. are not coherent with an adverse causal effect of artificial drinking water fluoridation on neurodevelopmental outcomes.

## Experiment

Quasi-experimental evidence could potentially be derived from comparisons of neurodevelopmental outcomes in communities before and after artificial drinking water fluoridation. Over long time periods and across broad populations, as described in the prior section, child IQ has improved rather than declined with time after implementation of community drinking water fluoridation. However, I did not identify any studies that compared neurodevelopmental outcomes within a community before and after artificial drinking water fluoridation.

In a series of articles and correspondence written about a severely fluorosis-endemic village compared with a fluorosis-non-endemic village in Sihong County, Jiangsu Province, China (Xiang et al. 2003b, Wang et al. 2012, Xiang et al. 2013, Xiang 2015) (including one retracted article (Xiang et al. 2010)), the authors reported that as of 2004, almost all residents of the fluorosis-endemic village used tap water rather than well water (Xiang et al. 2013). The authors appear to have assessed child IQ only in 2002–2003, even though they re-assessed exposures in shallow well water in 2013 (Xiang et al. 2013).

One ecological cross-sectional study based in Hanliyenice, Turkey, compared serum serotonin levels among three groups of children: 26 children who exclusively drank well water with an average fluoride level of 2.5 mg/L, 3 children from the same village who substituted their drinking water with fluoride-free bottled water (for unspecified reasons and for an unspecified

1807950.000 – 7057

U.S. EXHIBIT 505.0085

duration of time), and 2 children from another village who drank from a water source with a fluoride level below 0.5 mg/L (Lu et al. 2019). Serotonin levels were highest in the high-fluoride group, statistically significantly lower in the bottled-water group, and lowest in the low-fluoride group. However, the small size of the comparison groups, the lack of individual-level fluoride exposure metrics, the unclear relevance of serum serotonin levels to neurobehavioral outcomes, and the absence of adjustment for any confounders in this study severely limit any causal inference based on these findings.

Other than these two study populations, and one that described a cooking stove upgrade and health education program to reduce inhalation exposure to fluoride from coal burning (Wei et al. 2014) (not relevant to this matter), I did not identify any experimental or quasi-experimental evidence in humans that was relevant to address this causal hypothesis.

## Analogy

Analogies can be drawn to other naturally occurring elements, especially certain metals, that are or may potentially be linked to developmental neurotoxicity; however, many other elements are not. On balance, such comparisons do not appreciably affect an evaluation of the potential causality of exposure to artificially fluoridated drinking water on neurodevelopmental outcomes.

## Summary of Causal Evaluation

Plaintiffs' experts did not conduct a causal analysis of the weight of scientific evidence regarding a potential effect of fluoride exposure on human neurodevelopmental outcomes. By contrast and in response to Plaintiffs' experts, I conducted a causal analysis taking into consideration of all of the currently available epidemiological literature according to the Hill guidelines (1965). Based on this analysis, I conclude that the weight of scientific evidence does not establish a causal developmental neurotoxic effect of exposure to fluoride, especially at levels typical of artificial community drinking water fluoridation in the U.S. Among the 10 epidemiological studies most relevant to this assessment (Shannon et al. 1986, Morgan et al. 1998, Spittle et al. 1998, Broadbent et al. 2015, Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review), anticipated or measured levels of fluoride in drinking water were at or below 1.38 mg/L.

Especially before 2017, the relevant epidemiological evidence consistently demonstrated no significant association between low-level fluoride exposure and neurodevelopmental outcomes, including IQ and behavior problems (Shannon et al. 1986, Morgan et al. 1998, Spittle et al. 1998, Broadbent et al. 2015). After 2017, the relevant studies yielded mixed findings, including some significant and some non-significant associations with lower IQ, inattention/ADHD, and

poorer cognitive development, depending on the exposure metric, outcome metric, and study subgroup of analysis (Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review). Several of the latter studies were of prospective design, demonstrating a temporal sequence of fluoride exposure prior to the assessment of neurodevelopmental outcomes. Several of these studies also provided some evidence of monotonic exposure-response trends. However, the observed associations were relatively weak in magnitude, and each of the studies had methodological limitations, including potential bias and confounding, that could reasonably explain their findings. Moreover, the biological plausibility of a developmental neurotoxic effect of fluoride levels around 0.7 ppm is unclear based on experimental studies in animals, and observed population-level trends in IQ over time are not coherent with an adverse effect of artificial drinking water fluoridation. Therefore, overall, the epidemiological evidence to date does not permit a conclusion that artificial drinking water fluoridation causes adverse neurodevelopmental outcomes in U.S. children.

Among the 79 epidemiological studies of high-level fluoride exposure in relation to neurodevelopmental outcomes, average fluoride levels in drinking water, where reported, were predominantly above 2.0 mg/L, and above 4.0 mg/L in 15 studies (19%). Although positive associations between fluoride exposure and adverse neurodevelopmental outcomes were consistently observed across these studies overall, publication and editorial bias may have skewed the distribution toward overrepresentation of such positive findings. In addition, the serious methodological limitations of these collective studies, including a typically cross-sectional study design, often ecological exposure assessment, generally insufficient adjustment for confounding, and unreported participation rates, make it plausible that the observed associations are not causal, but are instead due to confounding by various neurodevelopmental risk factors, and bias by differential subject participation and/or data collection.

1807950.000 – 7057

U.S. EXHIBIT 505.0087

# Conclusions

As summarized earlier in this report, Plaintiffs' experts express opinions that fluoride exposure is adversely associated with neurodevelopment in children. However, they do not explicitly conclude that this association is causal in nature.

Specifically, Dr. Calderón Hernández states that fluoride exposure is "consistently associated with cognitive deficits in children" in her research studies, and that the dose-response data from prospective cohort studies performed by her research team (Valdez Jiménez et al. 2017) and by the Mexico City team (Bashash et al. 2017, Bashash et al. 2018) "suggests that fluoride poses a neurologic risk at the urinary fluoride levels found in pregnant women living in artificially fluoridated communities."

Dr. Grandjean states that epidemiological studies have "identified links" between fluoride exposure and cognitive deficits in children; and that studies in recent years "document that adverse effects on brain development happen at elevated exposure levels" commonly found in North America, leaving "little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure."

Dr. Lanphear states that his research team's findings (Green et al. in press, Till et al. in review), along with those in Mexico City (Bashash et al. 2017), show that "prenatal fluoride exposure was significantly associated with lower intellectual abilities in 3-4 year old children," thereby indicating that "the *in utero* period appears to be a susceptible period of life vis-à-vis fluoride toxicity."

Dr. Hu is described in Plaintiffs' Amended Expert Disclosures as holding the opinion that the "methodologically rigorous" and "scientifically reliable and robust" findings from his research team "are consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population."

Dr. Thiessen states that "there is sufficient evidence to conclude that neurotoxicity is a hazard of fluoride exposure," but she notes that according to U.S. EPA (1998), "the purpose of the hazard identification analysis is to determine from the collective data whether a neurotoxicity hazard 'could exist' for the chemical [U.S. EPA 1998]. The Guidelines provide that 'the minimum evidence sufficient would be data on a single adverse endpoint from a well-conducted study.'" Thus, identification of a hazard according to these guidelines does not require sufficient evidence of a causal effect.

1807950.000 – 7057

U.S. EXHIBIT 505.0088

In support of their opinions, Plaintiffs' experts cite their own (except for Dr. Thiessen) and selected other epidemiological studies of the association between fluoride exposure and developmental neurotoxicity. However, they have not conducted a systematic literature review of this topic to assess the totality of relevant epidemiological evidence currently available, nor do they indicate that they have conducted a formal causal analysis of this collective evidence. Therefore, I conducted a systematic literature review and causal analysis to address the gaps in the epidemiological evidence base presented by Plaintiffs' experts, and to provide an unbiased, comprehensive, transparent, and reproducible summary of the epidemiological evidence on this topic.

My systematic literature review shows that few rigorously conducted epidemiological studies are relevant to the question of whether artificial drinking water fluoridation in the U.S. causes developmental neurotoxicity. Dozens of poor-quality, cross-sectional, often ecological studies have been conducted in China, India, and other regions with high natural or anthropogenic levels of fluoride in water and/or air. These studies are of minimal relevance to the present matter due to their disparate sociodemographic, geographical, cultural, and environmental settings, their substantial potential for publication and editorial bias, and their high exposure levels. In light of their major methodological limitations, which could readily produce spurious statistical associations due to confounding or bias, these studies are not sufficient to establish a causal relationship between relatively high-concentration, naturally fluoridated drinking water and developmental neurotoxicity in humans.

In the relatively more informative, methodologically superior epidemiological studies conducted in Western regions, some statistically significant associations were observed between early-life low-level fluoride exposure and subsequent adverse neurodevelopmental outcomes, including some monotonic exposure-response trends. However, these associations were modest, inconsistent, of questionable biological plausibility, and not coherent with secular trends in IQ. In addition, concerns persist about potential selection bias, uncertainties and variation in exposure assessment, heterogeneity and limited reliability in outcome assessment, and high potential for confounding in these studies. Therefore, bias, confounding, and chance are reasonable explanations for the observed associations, which cannot reliably be attributed to causation.

In conclusion, in the absence of a systematic literature review and causal analysis, Plaintiffs' experts do not provide sufficient evidence to show a causal effect of fluoride exposure on developmental neurotoxicity in humans. To address the scientific gaps left by the Plaintiffs' expert reports, I conducted a systematic literature review and causal analysis of the available epidemiological studies on this issue. My assessment shows that the overall weight of scientific evidence does not demonstrate a causal effect of consumption of fluoridated drinking water on developmental neurotoxicity, including impaired IQ, behavioral or conduct problems,

U.S. EXHIBIT 505.0089

ADD/ADHD, and other adverse neurodevelopmental outcomes, especially at a fluoride concentration of 0.7 mg/L in U.S. community drinking water.

1807950.000 – 7057

U.S. EXHIBIT 505.0090

Table 2. Key characteristics and results of original epidemiological studies of fluoride exposure and child neurodevelopmental outcomes included in updated systematic literature review

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aggeborn and Öhman | 2017 | Ref list | Sweden | Ecological retrospective | Residents of Sweden born in 1985–1992 (born 1987–1992 for national math test data; males born 1985–1987 for psychologist assessment data; males only for cognitive test data), identified in national registers at age 16 y or older, with complete residential history tracked through linkage with mother's address; "It should be noted that the fluoride level is constant back in time because the bedrock has not changed"; followed 1985–2014; missing/inconsistent data exclusions NR, complete participation (registry linkage) | 0 to 16 y, 18–20 y, or up to 29 y | 51,322 cognitive ability  41,730 non-cognitive ability  337,404 math test score  415,341 annual income  475,414 employment status | Drinking water in small area(s) of residence at 0–16 y (weighted average; ~750 residents per small area in 2011, 9,000 small areas in Sweden) | Drinking water fluoride (ppm): mean = 0.353, overall SD = 0.325, between-municipality SD = 0.295, within-municipality SD = 0.189, range = 0–4  Fluoride in municipal water potentially reduced by water treatment authorities if > 1.5 ppm | Cognitive ability test at military conscription (18–20 y) including verbal, spatial, logical, and technical knowledge subtests, scored 1–9 overall: mean = 5.02, SD = 1.93; "A Stanine point roughly equals 6-8 IQ points."  Non-cognitive ability assessment at military conscription (18–20 y) by psychologist during half-hour interview to evaluate ability to function in a war scenario, scored 1–9: mean = 4.75, SD = 1.82  National math test at 16 y (points): mean = 26.19, SD = 8.57  Annual income in 2014 (SEK): mean = 164,173, SD = 134,308  Employment in 2014 (1 if worked ≥1 hour/week): mean = 70%, SD = 46%  Correlation between cognitive and non-cognitive tests: ρ = 0.43 | Marital status, education, paternal education, paternal income, paternal cognitive ability, paternal non-cognitive ability, paternal immigrant status, maternal education, maternal income, maternal immigrant status, gender (small dataset only) | Change in cognitive score (points) per 0.1 mg/L drinking water fluoride:  β = 0.0073, SD = 0.0039, 0.05 ≤ p < 0.10  β = 0.0035, SD = 0.0050, p ≥ 0.10, resided in same small area for ages 0–16 y  **β = 0.0231, SD = 0.0081, p < 0.01, moved only within municipality**  Change in non-cognitive score (points) per 0.1 mg/L drinking water fluoride:  β = 0.0087, SD = 0.0067, p ≥ 0.10, resided in same small area for ages 0–16 y  **β = 0.0347, SD = 0.0150, p < 0.05, moved only within municipality**  Change in math test score (points) per 0.1 mg/L drinking water fluoride:  β = −0.0110, SD = 0.0136, p ≥ 0.10  β = −0.0208, SD = 0.0132, p ≥ 0.10, resided in same small area for ages 0–16 y  β = −0.0180, SD = 0.0237, p ≥ 0.10, moved only within municipality  Change in income (log SEK) per 0.1 mg/L drinking water fluoride:  **β = 0.0040, SD = 0.0010, p < 0.01**  β = 0.0026, SD = 0.0016, p ≥ 0.10, resided in same small area for ages 0–16 y  β = 0.0029, SD = 0.0031, p ≥ 0.10, moved only within municipality  Change in employment status (%) per 0.1 mg/L drinking water fluoride:  **β = 0.0012, SD = 0.0005, p < 0.05**  β = 0.0005, SD = 0.0007, p ≥ 0.10, resided in same small area for ages 0–16 y  β = 0.0000, SD = 0.0013, p ≥ 0.10, moved only within municipality |

1807950.000 – 7057

U.S. EXHIBIT 505.0091

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aravind et al. | 2016 | PubMed | India | Ecological cross-sectional | Government school students who were permanent residents of 3 villages with different natural fluoride levels in drinking water (in Karnataka state: Virajpet = low, Banavara = medium, Mastihalli = high) and who consumed drinking water from a single source, excluding children with psychiatric disorders and defective audio, speech, or visual acuity; August–October 2014; participation rates NR | 10–12 y | 96 high-fluoride 96 medium-fluoride 96 low-fluoride | Drinking water in village of residence | High fluoride: > 2 ppm Medium fluoride: 1.2–2 ppm Low fluoride: < 1.2 ppm | Raven's Standard Progressive Matrices 25/288 (9%) "below average" (59% high-fluoride, 0% medium-fluoride, 16% low-fluoride) | Sex (stratified) | High exposure (> 2 ppm): mean IQ = 31.59, SD = 16.81 Medium exposure (1.2–2 ppm): mean IQ = 56.68, SD = 14.51 Low exposure (< 1.2 ppm): mean IQ = 41.03, SD = 16.36; **p = 0.0001** Similar results by sex IQ ≥ 95% (intellectually superior): 0% high vs. 0% medium vs. 0% low IQ > 75–< 95% (definitely above average): 0% high vs. 8.3% medium vs. 3.12% low IQ > 25–≤ 75% (intellectually average): 40.62% high vs. 81.25% medium vs. 81.25% low IQ > 5–≤ 25% (definitely below average): 59.37% high vs. 0% medium vs. 15.6% low IQ ≤ 5% (intellectually impaired): 0% high vs. 0% medium vs. 0% low; **p = 0.0001** |
| Asawa et al. | 2014 | Ref list | India | Cross-sectional | Schoolchildren born and raised in Kutch District, Gujarat, India, a coastal fishing community with high fluoride levels, excluding children with current or past genetic, congenital, or acquired diseases related to nervous system; January–February 2013; participation rates NR | 8–10 y | 303 | Dental fluorosis, classified using Dean's index | Fluorosis grade: Normal: 30 (9.9%) Questionable: 13 (4.3%) Very mild: 30 (9.9%) Mild: 72 (23.8%) Moderate: 65 (21.5%) Severe: 93 (30.7%) (1 excluded) | Seguin Form Board Test, 3 trials Average time: mean = 30.64, SD = 4.97 Shortest time: mean = 29.10, SD = 5.37 Total time: mean = 91.98, SD = 14.99 | None (Multivariate model includes fluorosis, socioeconomic status, educational status, and body mass index, but does not provide an adjusted estimate for fluorosis) | Mean ± SD score for average time (seconds) by fluorosis grade: Normal: 27.30 ± 7.39 Questionable: 28.69 ± 6.04 Very mild: 27.35 ± 6.18 Mild: 25.75 ± 6.56 Moderate: 27.16 ± 6.28 Severe: 29.56 ± 6.67 **p = 0.001** Linear regression for change in average time (seconds) by fluorosis grade: Fluorosis only: r = 0.122, $r^2$ = 0.016, **p < 0.001** Fluorosis + all covariates: r = 0.248, $r^2$ = 0.066, **p < 0.001** |

1807950.000 – 7057

U.S. EXHIBIT 505.0092

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bai et al. | 2014 | Ref list | China | Cross-sectional (abstract only, except for numbers from tables) | Schoolchildren living in areas seriously or lightly affected or unaffected by arsenism and fluorosis from coal burning in southern Shaanxi, China; 2011–2012; participation rates NR in abstract | 8–12 y | 487 / 162 high-fluoride/arsenic / 161 medium-fluoride/arsenic / 164 low-fluoride/arsenic | [Spot] urine | Median urinary fluoride (mg/L): Seriously affected area: 1.96 Lightly affected area: 0.81 Unaffected area: 0.54 Median urinary arsenic (μg/L): Seriously affected area: 23 Lightly affected area: 19 Unaffected area: 18 | Combined Raven's Test, 2nd edition ≥ 130 (outstanding): 2.9% 120–129 (excellent): 10.1% 110–119 (high average): 23.4% 90–109 (average): 51.3% 80–89 (low average): 9.5% 70–79 (borderline): 2.3% ≤ 69 (impaired): 0.6% | None | IQ score by area: Seriously affected: mean = 101.22, SD = 15.97 Lightly affected: mean = 104.83, SD = 12.78 Unaffected: mean = 107.92, SD = 13.62 IQ grade in seriously affected, lightly affected, and unaffected areas, respectively: Outstanding: 1.2% vs. 1.2% vs. 6.1% Excellent: 6.8% vs. 11.2% vs. 12.2% High average: 21.6% vs. 24.7% vs. 24.1% Average: 50.6% vs. 52.8% vs. 50.6% Low average: 14.8% vs. 6.8% vs. 6.7% Borderline: 3.7% vs. 2.5% vs. 0.6% Impaired: 1.2% vs. 0.6% vs. 0.0% **p < 0.01** IQ score and urinary fluoride: Spearman **ρ = − 0.560, p < 0.05** IQ score and urinary arsenic: Spearman **ρ = − 0.353, p < 0.05** |

1807950.000 – 7057

U.S. EXHIBIT 505.0093

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Barberio et al. | 2017 | PubMed | Canada | Cross-sectional | Child participants in cycles 2 and 3 of the Canadian Health Measures Survey, a cross-sectional survey of a nationally representative sample of Canadians living in private households in 10 provinces, representing ~96% of target population; 2009–2011 (cycle 2) and 2012–2013 (cycle 3): 54.4% participation in cycle 2, 55.6% participation in cycle 3 urine sub-samples

Constrained subsample for cycle 2: attended a fluoridated data collection site, identified tap water as primary drinking water source, and lived in current home for ≥ 3 y; constrained subsample for Cycle 3: attended a fluoridated data collection site, reported using fluoride-containing dental products at home, and ever received fluoride treatments at dentist | 3–12 y (2016 thesis includes ages 3–79 y; results not shown here) | 1,120 cycle 2 (273 constrained) 1,101 cycle 3 (294 constrained) | Spot urine (with or without adjustment for creatinine or specific gravity)

Tap water at home (cycle 3 only) | Urinary fluoride (μmol/L): Cycle 2 mean = 32.06, 95% CI = 29.65–34.46 Cycle 2 constrained mean = 39.39, 95% CI = 35.63–43.16 Cycle 3 mean = 26.17, 95% CI = 22.57–29.76 Cycle 3 constrained mean = 30.01, 95% CI = 24.77–35.25

Creatinine-adjusted urinary fluoride (μmol/mmol): Cycle 2 mean = 4.50, 95% CI = 4.09–4.91 Cycle 2 constrained mean = 5.12, 95% CI = 4.26–5.98 Cycle 3 mean = 4.23, 95% CI = 3.50–4.97 Cycle 3 constrained mean = 4.87, 95% CI = 3.48–6.27

Specific-gravity-adjusted urinary fluoride (μmol/L): Cycle 2 mean = 37.78, 95% CI = 34.78–40.79 Cycle 2 constrained mean = 43.46, 95% CI = 39.19–47.81 Cycle 3 mean = 34.25, 95% CI = 29.00–39.50 Cycle 3 constrained mean = 40.71, 95% CI = 32.66–48.75

Tap water fluoride (mg/L) Cycle 3 mean = 0.23, 95% CI = 0.15–0.32 Cycle 3 constrained mean = 0.36, 95% CI = 0.23–0.49 | Current diagnosis of a learning disability, parent-reported (or self-reported at age 12 y)

Further reported as ADD without hyperactivity, ADHD, dyslexia, or other (cycle 2 only)

Prevalence of currently diagnosed learning disability: 7.58%, 95% CI = 4.80–10.37% in cycle 2; 3.78%, 95% CI = 1.34–6.23% in cycle 3

Prevalence of ADD: 1.75%, 95% CI = 0.58–2.92% in cycle 2 Prevalence of ADHD: 2.46%, 95% CI = 0.50–4.41% in cycle 2

Health Utility Index Mark 3 cognitive dimension (ages ≥ 6 y; cycle 2 only; results shown for all ages only in 2016 thesis) | Age, sex, household income adequacy, highest attained education in household | Learning disability: OR per μmol/L urinary fluoride, cycle 2 = 1.01, 95% CI = 0.99–1.04 OR per μmol/L urinary fluoride, cycle 3 = 1.02, 95% CI = 0.99–1.04 OR per μmol/L urinary fluoride, cycles 2 & 3 = **1.02, 95% CI = 1.00–1.03** OR per μmol/L urinary fluoride, constrained cycles 2 & 3 = **1.02, 95% CI = 1.00–1.04**

OR per μmol/mmol creatinine-adjusted urinary fluoride, cycle 2 = 1.04, 95% CI = 0.95–1.15 OR per μmol/mmol creatinine-adjusted urinary fluoride, cycle 3 = 1.03, 95% CI = 0.86–1.23 OR per μmol/mmol creatinine-adjusted urinary fluoride, cycles 2 & 3 = 1.04, 95% CI = 0.98–1.10 OR per μmol/mmol creatinine-adjusted urinary fluoride, constrained cycles 2 & 3 = 1.04, 95% CI = 0.97–1.12

OR per μmol/L specific-gravity-adjusted urinary fluoride, cycle 2 = 1.01, 95% CI = 0.99–1.02 OR per μmol/L specific-gravity-adjusted urinary fluoride, cycle 3 = 1.01, 95% CI = 0.99–1.03 OR per μmol/L specific-gravity-adjusted urinary fluoride, cycles 2 & 3 = 1.01, 95% CI = 1.00–1.02 OR per μmol/L specific-gravity-adjusted urinary fluoride, constrained cycles 2 & 3 = 1.01, 95% CI = 1.00–1.02

OR per mg/L tap water fluoride, cycle 3 = 0.88, 95% CI = 0.068–11.33 |

1807950.000 – 7057

U.S. EXHIBIT 505.0094

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Barberio et al. | 2017 | " | " | " | " | " | " | " | " | " | " | ADHD, cycle 2: OR per µmol/L urinary fluoride = 1.02, 95% CI = 0.97–1.09 OR per µmol/mmol creatinine-adjusted urinary fluoride 1.01, 95% CI = 0.85–1.21 OR per µmol/L specific-gravity-adjusted urinary fluoride = 1.01, 95% CI = 0.96–1.06 ADD, cycle 2: OR per µmol/L urinary fluoride = 0.99, 95% CI: 0.93–1.05 OR per µmol/mmol creatinine-adjusted urinary fluoride = 0.79, 95% CI = 0.59–1.06 OR per µmol/L specific-gravity-adjusted urinary fluoride = 0.98, 95% CI = 0.94–1.03 |

94

1807950.000 – 7057

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bashash et al. | 2017 | PubMed | Mexico | Prospective birth cohort (some cross-sectional) | Mother-child pairs in 2 (of 4) cohorts from 3 hospitals in Mexico City, Mexico, that serve low-to-moderate-income families; cohort 2A = observational study of prenatal lead and neurodevelopment in women pregnant or planning to become pregnant; cohort 3 = randomized trial of calcium supplementation and blood lead in pregnant women; eligible if recruited at ≤ 14 weeks' gestation, planning to stay in Mexico City study area for ≥ 5 y, with no history of psychiatric disorders, high-risk pregnancies, or gestational diabetes, no current use of daily alcohol, illegal drugs, or continuous prescription drugs, no diagnosis of preeclampsia, renal disease (but "not screened for renal problems that could potentially affect the urinary fluoride levels," per Thomas et al. 2016), circulatory disease, hypertension, or seizure during index pregnancy; recruited May 1997–July 1999 (cohort 2A) or 2001–2003 (cohort 3); participation rates NR  Of 971 mothers aged ≥ 18 y, 825 had sufficient urine, 515 had urine creatinine, 512 had non-outlier values, 312 had offspring with General Cognitive Index and 234 had offspring with IQ, and 287 (30% of eligible) and 211 (22% of eligible), respectively, had complete covariate data (more likely to be female than those without outcome and covariate data) | Prenatal to 4 y for General Cognitive Index  Prenatal to 6–12 y for IQ | 211 with IQ  287 with General Cognitive Index  199 with both, 299 with either | Early morning, non-fasting second void prenatal maternal urine, averaged over trimesters 1, 2, and 3, adjusted for creatinine  (General Cognitive Index analysis: 49% with 1 sample, 42% with 2 samples, 9% with 3 samples IQ analysis: 56% with 1, 39% with 2, 5% with 3)  Spot child urine at 6–12 y, adjusted for specific gravity  Prenatal maternal plasma fluoride measured, not used | Maternal urinary fluoride, creatinine-adjusted (mg/L): General Cognitive Index analysis: mean = 0.90, SD = 0.36, median = 0.84, IQR = 0.65–1.11, range = 0.23–2.36  IQ analysis: mean = 0.89, SD = 0.36, median = 0.82, IQR = 0.64–1.07, range = 0.23–2.14  Overall mean with creatinine adjustment = 0.91 mg/L, without adjustment = 0.85 mg/L Intraclass correlation coefficient by trimester = 0.25  Child urinary fluoride, specific-gravity-adjusted (mg/L): IQ analysis: mean = 0.82, SD = 0.38, median = 0.73, IQR = 0.54–1.01, range = 0.18–2.8  Spearman ρ = 0.54, p = 0.44 for maternal and child urinary fluoride Spearman ρ = −0.24 to 0.29, most p > 0.05 for maternal urinary and plasma fluoride by trimester (overall mean plasma fluoride = 0.221 mg/L)  Sources: fluoridated salt (250 ppm) and naturally occurring fluoride in drinking water (possible range: 0.15–1.38 mg/L; NR for | General Cognitive Index from McCarthy Scales of Children's Abilities, Spanish translation, at 4 y  Mean = 96.88, SD = 14.28, median = 96, IQR = 88–107, range = 50–125  Wechsler Abbreviated Scale of Intelligence, Spanish version, at 6–12 y  Mean = 95.98, SD = 11.11, median = 96, IQR = 88–107, range = 67–131 | Child's gestational age, birth weight, birth order, sex, and age at test; maternal marital status, smoking history, age at delivery, IQ, and education; study cohort  Sensitivity analyses in subsets with data: HOME score (after 2003), child urinary fluoride at 6–12, family possession score, maternal patella bone lead at 1 month postpartum, average maternal blood mercury during pregnancy, IQ test psychologist | Change in General Cognitive Index per 0.5 mg/L creatinine-adjusted maternal urinary fluoride: **β = −3.15, 95% CI = −5.42, −0.87** (linear; Figure 2) < 10% change in β in sensitivity analyses of additional confounders  Change in IQ per 0.5 mg/L creatinine-adjusted maternal urinary fluoride: **β = −2.50, 95% CI = −4.12, −0.59** (non-linear with no association < ~0.8 mg/L; Figure 3A) < 10% change in β in sensitivity analyses of additional confounders β = −1.79, 95% CI = −3.80, 0.22 in subset with child urinary fluoride data (n = 189), unadjusted β = −1.73, 95% CI = −3.75, 0.29 in subset with child urinary fluoride data, adjusted (non-linear with no association < ~1.0 mg/L; Figure 3B)  Change in IQ per 0.5 mg/L specific-gravity-adjusted child urinary fluoride (cross-sectional): β = −0.89, 95% CI = −2.63, 0.85 unadjusted for maternal urinary fluoride β = −0.77, 95% CI = −2.53, 0.99 adjusted for maternal urinary fluoride |

95

U.S. EXHIBIT 505.0096

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | | | | | public water supply) | | | |
| | | | | | | | | | Some exposure information from Thomas et al. 2016 | | | |

1807950.000 – 7057

U.S. EXHIBIT 505.0097

**August 1, 2019**

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bashash et al. | 2018 | PubMed | Mexico | Prospective birth cohort | Same as Bashash et al. 2017: Mother-child pairs in 2 (of 4) cohorts from 3 hospitals in Mexico City, Mexico, that serve low-to-moderate-income families; cohort 2A = observational study of prenatal lead and neurodevelopment in women pregnant or planning to become pregnant; cohort 3 = randomized trial of calcium supplementation and blood lead in pregnant women; eligible if recruited at ≤ 14 weeks' gestation, with no history of psychiatric disorders, no current use of daily alcohol, illegal drugs, or continuous prescription drugs, no diagnosis of high-risk pregnancy, gestational diabetes, preeclampsia, renal disease (but "not screened for renal problems that could potentially affect the urinary fluoride levels"), circulatory disease, hypertension, or seizure during index pregnancy; recruited 1997–1999 (cohort 2A) or 2001–2003 (cohort 3); participation rates NR<br><br>Of 997 mothers, 509 had urine creatinine and fluoride, 223 had offspring with Conners' Continuous Rating Scale - Revised and 225 had offspring with Conners' Continuous Performance Test II, and 210 (21% of eligible) and 210 (21% of eligible), respectively, had complete covariate data (excluding 3 outliers) | Prenatal to 6–12 y | 210 with Conners' Continuous Rating Scale - Revised<br><br>210 with Conners' Continuous Performance Test II<br><br>206 with both, 214 with either | Early morning, non-fasting second void prenatal maternal urine, averaged over trimesters 1, 2, and 3, adjusted for creatinine<br><br>(82% trimester 1, 37% trimester 2, 29% trimester 3; 57% with 1 sample, 36% with 2 samples, 7% with 3 samples)<br><br>Prenatal maternal plasma and child urine (not analyzed in association with ADHD/ADD) | Maternal urinary fluoride, creatinine-adjusted (mg/L): Mean = 0.85, 95% CI = 0.81–0.90<br><br>Overall mean with creatinine adjustment = 0.91 mg/L, without adjustment = 0.85 mg/L<br><br>Intraclass correlation coefficient by trimester = 0.25<br><br>Sources: fluoridated salt (250 ppm) and naturally occurring fluoride in drinking water (possible range: 0.15–1.38 mg/L; NR for public water supply)<br><br>Some exposure information from Thomas et al. 2016 | Conners' Continuous Rating Scale - Revised, Spanish version:<br><br>3 ADHD scales corresponding with Diagnostic and Statistical Manual of Mental Disorders - 4th edition (DSM-IV) criteria for ADHD: DSM-IV Inattention Index, DSM-IV Hyperactive-Impulsive Index, and DSM-IV Total Index (sum)<br><br>2 behavioral problems (of 7 measured): Cognitive Problems/Inattention, Hyperactivity<br><br>2 index scores (of 4 measured): ADHD, Restless-Impulsive<br><br>Conners' Continuous Performance Test II:<br><br>3 measures of sustained attention and inhibitory control: errors of omission, errors of commission, hit reaction time (response latency)<br><br>All measures standardized for age and sex with mean = 50, SD = 10; all observed means and 95% CIs within average range of 50 ± 10 | Child's gestational age, birth order, sex, age at test, and family possession score; maternal marital status, smoking history, age at delivery, and education; study cohort<br><br>Sensitivity analyses in subsets with data: HOME score, child specific-gravity-adjusted urinary fluoride at 6–12 y, maternal bone lead, maternal blood mercury | Change per 0.5 mg/L creatinine-adjusted maternal urinary fluoride:<br>Cognitive Problems/Inattention: **β = 2.54, 95% CI = 0.44, 4.63** (nonlinear with plateau > ~1.0 mg/L in Figure 2; downturn > ~1.5 mg/L in Figure A1A)<br>Restless-Impulsive: β = 1.92, 95% CI = −0.07, 3.91<br>Hyperactivity: β = 1.05, 95% CI = −0.91, 3.00<br>ADHD Index: **β = 2.47, 95% CI = 0.43, 4.50** (linear in Figure 2; downturn > ~1.5 mg/L in Figure S1A)<br>DSM-IV Inattention: **β = 2.84, 95% CI = 0.84, 4.84** (nonlinear with plateau > ~1.0 mg/L in Figure 2; downturn > ~1.5 mg/L in Figure S1A)<br>DSM-IV Hyperactivity-Impulsivity: β = 1.69, 95% CI = −0.33, 3.70<br>DSM-IV ADHD Total: **β = 2.38, 95% CI = 0.42, 4.34** (linear in Figure 2; downturn > ~1.5 mg/L in Figure S1A)<br><br>Omission errors: β = 0.22, 95% CI = −2.30, 2.74<br>Commission errors: β = −0.43, 95% CI = −2.38, 1.51<br>Hit reaction time: β = 1.07, 95% CI = −1.19, 3.32<br><br>Adjustment for additional confounders "did not appreciably change the results for the [Conners' Continuous Rating Scale - Revised] scores" (results NR for subsets without adjustment, precluding evaluation of % change in β estimate); no significant interaction with sex |

1807950.000 – 7057

U.S. EXHIBIT 505.0098

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Broadbent et al. | 2015 | PubMed | New Zealand | Prospective cohort | Children born consecutively in 1 calendar year in Dunedin, New Zealand, identified at age 3 y, with follow-up assessments at 5, 7, 9, 11, 13, 15, 18, 21, 26, 32, and 38 y; born April 1, 1972–March 31, 1973; 91% of eligible births enrolled, 95.4% follow-up at age 38 y | 5 y to 7–13 y and 38 y | 992 with child IQ  942 with adult IQ | Use of 0.5-mg fluoride tablets by age 5 y (ever or never), parent-reported  Use of fluoridated toothpaste at age 5 y (always, sometimes, never, or unknown), parent-reported  Residence in an area with community water fluoridation (0.7–1.0 ppm) or without fluoridation (0.0–0.3 ppm) at residential address at age 5 y (or 3 y if unavailable) | Child IQ cohort: 891 (90%) lived in community water fluoridation area (0.7–1.0 ppm vs. 0.0–0.3 ppm without fluoridation) at age 5 y (or 3 y)  634 (64%) always used fluoridated toothpaste at age 5 y, 240 (24.2%) sometimes 139 (14%) ever used fluoride tablets by age 5 y  Adult IQ cohort: 847 (90%) lived in community water fluoridation area at age 5 y (or 3 y) 608 (65%) always used fluoridated toothpaste at age 5 y, 217 (24.2%) sometimes 136 (14%) ever used fluoride tablets by age 5 y | Wechsler Intelligence Scale for Children–Revised: averaged over ages 7, 9, 11, and 13 y and standardized  Mean ± SD = 100.0 ± 15.1 for residents of fluoridated area by age 5 y, 99.8 ± 14.5 for non-residents  Subtest scores: Verbal Comprehension Index, Perceptual Reasoning Index, Working Memory Index, Processing Speed Index  Wechsler Adult Intelligence Scale-4th Edition: age 38 y  Mean ± SD = 100.2 ± 15.1 for residents of fluoridated area by age 5 y, 98.1 ± 14.4 for non-residents  Standardized to population norms (mean = 100, SD = 15) | Sex, childhood socioeconomic status, low birth weight, breastfeeding  Associations with adult IQ also adjusted for educational achievements | Change in child IQ at 7–13 y: Residence in area with community water fluoridation: β = −0.14, 95% CI = −3.49, 3.20 Always use of fluoride toothpaste: β = 0.83, 95% CI = −0.96, 2.63 Ever use of fluoride tablets: β = −0.25, 95% CI = −3.18, 2.68  Change in adult IQ at 38 y: Residence in area with community water fluoridation: **β = 3.00, 95% CI = 0.02, 5.98** Always use of fluoride toothpaste: β = 0.19, 95% CI = −1.42, 1.80 Ever use of fluoride tablets: β = 1.61, 95% CI = −0.97, 4.19  No significant association of childhood community water fluoridation, fluoride toothpaste use, or fluoride tablet use with [child] IQ subtest scores  No significant interaction with breastfeeding |
| Calderón et al. | 2000 | Ref list | Mexico | Cross-sectional | Children in San Luis Potosí, Mexico, where > 90% of children have "some degree of dental fluorosis"  Quantitative results from Expert Report of Jacqueline Calderon Hernández, Ph.D. | 6–8 y | 61 | Spot urine, creatinine-adjusted  Tap water (not analyzed in association with cognitive outcomes) | Tap water fluoride (mg/L): range = 1.2–3  Urinary fluoride (mg/g creatinine): mean = 4.3, range = 1.6–10.8  Blood lead (μg/dL): mean = 6.2, range = 2.0–15.6 | Wechsler Intelligence Scale for Children, Revised Mexican Version  Rey-Osterrieth complex figure test  Continuous Performance Test | NR ("significant confounders") | Adjusted [partial] correlation for change per unit increase in urinary fluoride: Reaction time: **r = 0.28, p = 0.04**  Visuospatial organization: **r = −0.27, p = 0.05**  IQ: r = NR, p ≥ 0.05 |

1807950.000 – 7057

U.S. EXHIBIT 505.0099

**August 1, 2019**

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chang et al. | 2017 | Ref list | China | Prospective | Infants born to pregnant women with coal-burning fluorosis or full-term infants born to "normal healthy" pregnant women, Henan, China; study dates and participation rates NR | 3–12 months | 118 | Maternal dental fluorosis | Ccal-burning dental fluorosis: n = 68 mothers (58%) with fluorosis n = 50 mothers (42%) without fluorosis | Standardized infants' Mental Development Index and Psychomotor Development Index at 3, 6, 9, and 12 months | Age (stratified) No significant difference in maternal age or gestational age | Mental Development Index at 3 months, mean ± SD: Maternal fluorosis: 95.38 ± 10.25 No maternal fluorosis: 103.42 ± 12.48, **p < 0.05** Mental Development Index at 6 months, mean ± SD: Maternal fluorosis: 102.63 ± 8.95 No maternal fluorosis: 108.96 ± 10.44, **p < 0.05** Mental Development Index at 9 months, mean ± SD: Maternal fluorosis: 106.52 ± 5.84 No maternal fluorosis: 114.72 ± 8.33, **p < 0.05** Mental Develcpment Index at 12 months, mean ± SD: Maternal fluorosis: 110.39 ± 7.58 No maternal fluorosis: 116.34 ± 8.09, **p < 0.05** Psychomotor Development Index at 3 months, mean ± SD: Maternal fluorosis: 98.74 ± 7.22 No maternal fluorosis: 105.45 ± 9.47, **p < 0.05** Psychomotor Development Index at 6 months, mean ± SD: Maternal fluorosis: 101.56 ± 6.40 No maternal fluorosis: 108.45 ± 8.35, **p < 0.05** Psychomotor Development Index at 9 months, mean ± SD: Maternal fluorosis: 104.26 ± 4.58 No maternal fluorosis: 108.32 ± 9.46, **p < 0.05** Psychomotor Development Index at 12 months, mean ± SD: Maternal fluorosis: 104.39 ± 6.57 No maternal fluorosis: 110.28 ± 7.05, **p < 0.05** |

1807950.000 – 7057

U.S. EXHIBIT 505.0100

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Choi et al. | 2015 | PubMed | China | Cross-sectional ("pilot") | First-grade children at Primary School of Sunshui Village, Mianning County, southern Sichuan, China, an area with widely ranging but "very stable fluoride levels" in drinking water, excluding those with a chronic or acute disease that might affect neurobehavioral function tests: 2011; participation rate NR | 6–8 y | 51 | First-morning urine, collected after drinking 330 mL fluoride-free water the prior night following emptying bladder and before bedtime, with no other water sources in intervening time

Drinking water in community of residence from pregnancy onward

Dental fluorosis, classified using Dean's Index | Urinary fluoride (mg/L): geometric mean = 1.64, IQR = 1.10–2.64, range = 0.22–5.84

Water fluoride (mg/L): geometric mean = 2.20, IQR = 1.57–3.63, range = 1.0–4.07

$p = 0.66$, $p < 0.001$ for urinary and water fluoride

Dental fluorosis score: 19% normal/questionable 21% very mild/mild 60% moderate/severe

"Apart from seasonal changes, the well-water fluoride concentrations have remained the same over the years, and the residents generally consistently use the same source for their drinking water needs. Well-water fluoride concentrations of the mother's residence during pregnancy and onwards were therefore used to characterize a child's lifetime exposure." | Wide Range Assessment of Memory and Learning: Finger Windows, Design Memory, and Visual Learning subtests

Mean ± SD = 9.96 ± 3.1, 18.9 ± 6.0, and 13.3 ± 6.7 (total), respectively

Wechsler Intelligence Scale for Children–Revised : digit span and block design

Mean ± SD = 10.7 ± 2.7 (total) and 2.62 ± 1.1, respectively

Wide Range Assessment of Visual Motor Ability: Drawing subtest

Mean ± SD = 12.9 ± 2.5

Finger tapping task: preferred hand, non-preferred hand

Mean ± SD = 30.6 ± 5.0 and 28.0 ± 4.2, respectively

Grooved pegboard task: dominant hand, non-dominant hand

$Log_{10}$ mean ± SD = 2.0 ± 0.1 and 2.1 ± 0.1, respectively

Age-adjusted raw scores (Chinese norms not available) | Child's sex, age, parity, illness before age 3 y, household income in last year, caretaker's age, caretaker's education | Change per unit increase in $log_{10}$ urinary fluoride:
Finger Windows: β = −0.84, 95% CI = −4.59, 2.92
Visual Learning total: β = −2.11, 95% CI = −9.34, 5.12
Visual Learning delay: β = −0.39, 95% CI = −3.82, 3.04
Visual Learning difference: β = 0.62, 95% CI = −1.57, 2.80
Design Memory: β = 3.48, 95% CI = −4.13, 11.1
Squareroot block design: β = 0.09, 95% CI = −1.38, 1.56
Digit span forward: β = −0.82, 95% CI = −3.29, 1.65
Digit span backward: β = −0.85, 95% CI = −2.92, 1.22
Digit span total: β = −1.67, 95% CI = −5.46, 2.12
Drawing: β = 0.90, 95% CI = −2.09, 3.89
Finger tapping preferred hand: β = 0.85, 95% CI = −5.0, 6.71
Finger tapping non-preferred hand: β = 0.45, 95% CI = −4.81, 5.70
Grooved pegboard $log_{10}$ dominant hand: β = 0.17, 95% CI = −0.06, 0.29
Grooved pegboard $log_{10}$ non-dominant hand: β = 0.03, 95% CI = −0.09, 0.14

Change per unit increase in $log_{10}$ drinking water fluoride:
Finger Windows: β = 1.46, 95% CI = −3.81, 6.74
Visual Learning total: β = 0.92, 95% CI = −9.30, 11.1
Visual Learning delay: β = 0.53, 95% CI = −4.30, 5.35
Visual Learning difference: β = −0.44, 95% CI = −3.52, 2.65
Design Memory: β = 4.81, 95% CI = −5.90, 15.5
Squareroot block design: β = 1.10, 95% CI = −0.94, 3.14
Digit span forward: β = −0.95, 95% CI = −4.44, 2.53
Digit span backward: β = −0.44, 95% CI = −3.37, 2.50
Digit span total: β = −1.39, 95% CI = −6.76, 3.98
Drawing: β = 1.02, 95% CI = −3.19, 5.24
Finger tapping preferred hand: β = 1.23, 95% CI = −7.01, 9.46
Finger tapping non-preferred hand: β = 5.03, 95% CI = −2.17, 12.2 |

U.S. EXHIBIT 505.0101

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|---------------------|---------|
| | | | | | | | | | | | | Grooved pegboard $\log_{10}$ dominant hand: $\beta$ = 0.07, 95% CI = −0.11, 0.25 |
| | | | | | | | | | | | | Grooved pegboard $\log_{10}$ non-dominant hand: $\beta$ = −0.02, 95% CI = −0.18, 0.14 |

1807950.000 – 7057

U.S. EXHIBIT 505.0102

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|----------------------|---------|
| Choi et al. | 2015 | " | " | " | " | " | " | " | " | " | " | Change for very mild/mild vs. normal/questionable fluorosis:<br>Finger Windows: $\beta = 0.94$, 95% CI = −3.26, 5.14<br>Visual Learning total: $\beta = 1.05$, 95% CI = −6.81, 8.90<br>Visual Learning delay: $\beta = 0.50$, 95% CI = −3.07, 4.08<br>Visual Learning difference: $\beta = -1.41$, 95% CI = −3.91, 1.09<br>Design Memory: $\beta = 3.07$, 95% CI = −5.77, 11.9<br>Squareroot block design: $\beta = 0.59$, 95% CI = −1.08, 2.26<br>Digit span forward: $\beta = -0.62$, 95% CI = −3.21, 1.97<br>Digit span backward: $\beta = -1.34$, 95% CI = −3.43, 0.75<br>Digit span total: $\beta = -1.97$, 95% CI = −5.87, 1.94<br>Drawing: $\beta = 1.99$, 95% CI = −1.33, 5.31<br>Finger tapping preferred hand: $\beta = 0.06$, 95% CI = −6.56, 6.68<br>Finger tapping non-preferred hand: $\beta = 5.10$, 95% CI = −0.19, 10.4<br>Grooved pegboard $\log_{10}$ dominant hand: $\beta = -0.01$, 95% CI = −0.15, 0.12<br>Grooved pegboard $\log_{10}$ non-dominant hand: $\beta = -0.02$, 95% CI = −0.14, 0.10<br><br>Change for moderate/severe vs. normal/questionable fluorosis:<br>Finger Windows: $\beta = 0.47$, 95% CI = −3.78, 4.72<br>Visual Learning total: $\beta = 0.70$, 95% CI = −7.24, 8.65<br>Visual Learning delay: $\beta = 0.60$, 95% CI = −3.01, 4.21<br>Visual Learning difference: $\beta = 0.09$, 95% CI = −2.43, 2.52<br>Design Memory: $\beta = 3.77$, 95% CI = −5.16, 12.7<br>Squareroot block design: $\beta = 0.33$, 95% CI = −1.36, 2.01<br>Digit span forward: $\beta = -2.15$, 95% CI = −4.77, 0.47<br>Digit span backward: **$\beta = -2.13$, 95% CI = −4.24, −0.02**<br>Digit span total: **$\beta = -4.28$, 95% CI = −8.22, −0.33**<br>Drawing: $\beta = 1.21$, 95% CI = −2.14, 4.56<br>Finger tapping preferred hand: $\beta = -0.78$, 95% CI = −7.47, 5.92<br>Finger tapping non-preferred hand: $\beta = 4.11$, 95% CI = −1.24, 9.46 |

1807950.000 – 7057

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | | | | | | | | Grooved pegboard $\log_{10}$ dominant hand: $\beta$ = 0.03, 95% CI = −0.10, 0.17 |
| | | | | | | | | | | | | Grooved pegboard $\log_{10}$ non-dominant hand: $\beta$ = −0.004, 95% CI = −0.12, 0.11 |

1807950.000 − 7057

U.S. EXHIBIT 505.0104

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|---------------------|----------------------|---------|
| Cui et al. | 2018 | PubMed | China | Cross-sectional | Schoolchildren at 4 schools in areas with or without historical endemic fluorosis in Jinghai and Dagang Districts, Tianjin, China, with cluster sampling to select grades in each school according to child age, and random selection of classrooms, including all students in selected classrooms; 2014–2015; 9% with no signed informed consent form or relocation out of area, 11% with no genotyping data | 7–12 y | 323 | Spot morning urine<br><br>Drinking water in residential district<br><br>Dopamine receptor D2 (*DRD2*) Taq1A single-nucleotide polymorphism (rs1800497) | Urinary fluoride (mg/L): median = 1.3, IQR = 0.9–1.7<br><br>Historical endemic fluorosis area (drinking water fluoride = 1.52–2.49 mg/L) or non-endemic area (0.20–1.00 mg/L)<br><br>*DRD2 Taq1A* polymorphism: 31.9% CC, 54.5% CT, 13.6% TT | Combined Raven's Test for the Rural in China<br><br>Mean = 113.7 | Child's age, maternal education, family member smoking, stress, anger; considered but excluded others (e.g., child's sex, ethnicity, body mass index, and abnormal birth; mother's age at delivery, smoking during pregnancy, family income, iodine region, etc.)<br><br>"The residents within the areas of the four selected schools have similar living habits, economic situations, and educational standards. There are no other environmental toxic substances that may affect intelligence, such as high arsenic and iodine deficiency according to the Tianjin Centers for Disease Prevention and Control." | Change in IQ per unit increase in $\log_{10}$ urinary fluoride:<br>Overall, linearized: β = −2.47, 95% CI = −4.93, −0.01<br><br>Overall, bootstrapped: β = −2.47, 95% CI = −4.97, 0.03<br><br>*DRD2* CC/CT, linearized: β = −1.59 , 95% CI = −4.24, 1.05<br>*DRD2* CC/CT, bootstrapped: β = −1.59 , 95% CI = −4.14, 0.95<br><br>*DRD2* TT, linearized: β = −12.31,95% CI = −18.69,−5.94<br>*DRD2* TT, bootstrapped: β = −12.31, 95% CI = −19.66, −4.96<br><br>*DRD2* TT subgroup (n = 44):<br>Quintile 1: mean urinary fluoride = 0.84 mg/L, 95% CI = 0.75–0.92, median of (individual IQ − mean IQ) = 7.09<br>Quintile 2: mean urinary fluoride = 1.05 mg/L, 95% CI = 0.99–1.12, median of (individual IQ − mean IQ) = 6.09<br>Quintile 3: mean urinary fluoride = 1.31 mg/L, 95% CI = 1.25–1.36, median of (individual IQ − mean IQ) = 0.09<br>Quintile 4: mean urinary fluoride = 1.73 mg/L, 95% CI = 1.51–1.97, median of (individual IQ − mean IQ) = −2.91<br>Quintile 5: mean urinary fluoride = 3.06 mg/L, 95% CI = 2.59–3.60, median of (individual IQ − mean IQ) = −6.91 |

1807950.000 – 7057

U.S. EXHIBIT 505.0105

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Das and Mondal | 2016 | PubMed | India | Cross-sectional | Schoolchildren at 8 primary schools in villages of Laxmisagar, Simlapal Block, Bankura District, India, a hot, arid, drought-prone area with water scarcity as a "major problem"; ~2014 (water sampling in November 2014); participation rates NR | 6–18 y | 149 | [Spot] urine<br><br>"Fluoride exposure dose" = groundwater concentration (mg/L) × est. age-specific water intake (L/day) / body weight (kg)<br><br>Well water, 50 random samples from village<br><br>Dental fluorosis, classified using Dean's Index | Urinary fluoride (mg/L) ranges by fluorosis score: means = 2.50–4.82, minimums = 0.45–0.86, maximums = 5.10–17.00<br><br>"Fluoride exposure dose" (mg/kg/day) ranges by fluorosis score: means = 0.060–0.099, minimums = 0.017–0.046, maximums = 0.024–0.203<br><br>Groundwater fluoride (mg/L): mean = 2.11, SD = 1.64, range = 0.25–9.40, 58% above World Health Organization permissible limit of 1.5 mg/L<br><br>$\rho = 0.272$, $p < 0.01$ for urinary and groundwater fluoride<br>$\rho = 0.513$, $p < 0.01$ for urinary fluoride and "fluoride exposure dose"<br><br>Dental fluorosis score: 2.7% normal, 11.4% questionable, 18.1% very mild, 23.5% mild, 28.9% moderate, 15.4% severe<br><br>Other groundwater characteristics: Total dissolved solids (mg/L): mean = 380.95, SD = 229.11, range = 31.00–987.00<br>Chlorine (mg/L): mean = 95.77, SD = 114.30, range = 2.33–456.60, 47% above World | Combined Raven's Test for the Rural in China<br><br>Ranges by fluorosis score: means = 84.51–108.3, minimums = 8.00–64.0, maximums = 141.00–184.0<br><br>≥ 130 (outstanding): 12.08%<br>120–129 (excellent): 10.74%<br>110–119 (above average): 9.40%<br>90–109 (average): 24.16%<br>80–89 (below average): 10.07%<br>70–79 (borderline): 5.34%<br>≤ 69 (low): 24.16% (total = 95.95% ≠ 100%) | None<br><br>"Multivariate statistical methods" are mentioned, but NR for IQ as outcome | "Fluoride exposure dose" (mg/kg/day) and IQ: $\rho = -0.343$, $p < 0.01$<br><br>Urinary fluoride (mg/L) and IQ: $\rho = -0.751$, $p < 0.01$<br><br>Dental fluorosis and IQ: $\rho = -0.253$, $p < 0.01$ |

105

U.S. EXHIBIT 505.0106

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Health Organization permissible limit 28% "permissible for drinking"<br><br>ρ = −0.231 for groundwater fluoride and calcium | | | |

106

U.S. EXHIBIT 505.0107

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ding et al. | 2011 | PubMed | China | Cross-sectional | Schoolchildren at 4 elementary schools in an endemic fluorosis area, including Mianduhe Town, Donghu District, Nan District, and Zhalainuo'er District, Manzhouli City, Hulunbuir, northeastern Inner Mongolia, China, limited to children residing in study area for ≥ 1 year; ~2009; participation rates NR, but 4 of 335 (1%) did not consent to IQ test | 7–14 y | 331 | Spot urine<br><br>Drinking water sampled from small-scale water supply systems and tube wells (n = 3–6 per study site)<br><br>Dental fluorosis, classified using Dean's Index | Drinking water fluoride (mg/L):<br>Overall (n = 16 samples): mean = 1.31, SD = 1.05, range = 0.24–2.84<br>Mianduhe (n = 3): mean = 0.28, SD = 0.03, range = 0.24–0.31<br>Nan (n = 4): mean = 0.79, SD = 0.33, range = 0.47–1.32<br>Donghu (n = 3): mean = 1.78, SD = 0.60, range = 1.14–2.58<br>Zhalainuo'er (n = 6): mean = 1.82, SD = 1.00, range = 0.32–2.84<br><br>Urinary fluoride (mg/L) by quartile:<br>Quartile 1: mean = 0.389, SD = 0.12<br>Quartile 2: mean = 0.676, SD = 0.07<br>Quartile 3: mean = 1.035, SD = 0.15<br>Quartile 4: mean = 2.058, SD = 0.62<br><br>Dental fluorosis score: 41.1% normal, 16.3% questionable, 22.4% very mild, 11.8% mild, 8.6% moderate<br><br>Urinary fluoride (mg/L) by dental fluorosis score:<br>Normal: Mean = 0.80, SD = 0.55<br>Questionable: Mean = 1.13, SD = 0.73<br>Very mild: mean = 1.11, SD = 0.74<br>Mild: mean = 1.31, SD = 0.78<br>Moderate: mean = | Combined Raven's Test for the Rural in China<br><br>Mean ≈ 103.6 | Age<br><br>"These four elementary schools chosen to carry out our investigation appear to be very similar in teaching quality based on the information provided by local educational bureau. None of these four sites was exposed to potential neurotoxic that are recognized as contaminates influencing IQ value, like arsenic in drinking water [SX Wang et al., EHP 2007], nor delimitated into endemic areas of iodine deficiency disorders." | Change in IQ per 1 mg/L urinary fluoride:<br>**β = −0.59, 95% CI = −1.09, −0.08**<br><br>Mean IQ ± SD and % with IQ ≤ 89 by dental fluorosis score:<br>Normal/questionable: 103.77 ± 13.61; 12.11%<br>Very mild: 101.70 ± 13.68; 16.22%<br>Mild: 107.36 ± 13.62; 5.13%<br>Moderate: 103.27 ± 13.68; 21.43%<br>p = 0.307 for % IQ ≤ 89 across first 3 categories<br>p = 0.548 for mean IQ in moderate vs. other categories |

107

U.S. EXHIBIT 505.0108

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | | | | | 1.46, SD = 0.79 | | | |

1807950.000 – 7057

U.S. EXHIBIT 505.0109

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dong et al. | 2018 | Ref list | China | Cross-sectional | Children living in 6 villages with endemic fluorosis from drinking water (2 seriously affected: Hetou, Xiaoyang; 2 moderately affected: Liulin, Xiazhu; 2 lightly affected: Huidong, Xingnan) and 1 non-fluorosis village (Deng), Xi'an, China; 2016; participation rates NR | 8–12 y | 321 | Drinking water in village, n = 3 samples per village (not assessed in association with outcome)<br><br>Dental fluorosis, classified using Dean's index; by child or by village (prevalence) | Drinking water fluoride (mg/L):<br>All fluorosis villages (n = 18 samples): mean = 0.78, SD = 0.43, range = 0.16–1.28<br>Fluorosis village 1 (n = 3): mean = 0.17, SD = 0.01, range = 0.16–0.18<br>Fluorosis village 2 (n = 3): mean = 1.26, SD = 0.02, range = 1.24–1.28<br>Fluorosis village 3 (n = 3): mean = 0.29, SD = 0.02, range = 0.27–0.31<br>Fluorosis village 4 (n = 3): mean = 1.24, SD = 0.03, range = 1.21–1.27<br>Fluorosis village 5 (n = 3): mean = 0.81, SD = 0.05, range = 0.76–0.86<br>Fluorosis village 6 (n = 3): mean = 0.89, SD = 0.02, range = 0.87–0.91<br>Non-fluorosis village (n = 3): mean = 0.25, SD = 0.01, range = 0.24–0.26<br><br>Dental fluorosis prevalence:<br>All fluorosis villages: 30.32%<br>High fluorosis villages: 60.97%<br>Medium fluorosis villages: 29.78%<br>Low fluorosis villages: 16.28%<br>Non-fluorosis village: 2.00% | Combined Raven's Test for the Rural in China<br><br>Fluorosis villages: mean = 100.15 ± 13.74, range = 69–129<br>Non-fluorosis villages: mean = 108.68 ± 10.83, range = 84–141<br><br>Children with dental fluorosis: mean = 94.96 ± 13.75<br>Children without dental fluorosis: 105.26 ± 10.19 | Sex (stratified)<br><br>Villages described as being socioeconomically and educationally similar; no significant difference in sex, restricted to families with no intellectual disorder or history of mental illness | IQ score (mean ± SD, range, and % ≤ 89 points) by village fluorosis prevalence:<br>Non-fluorosis: 108.68 ± 10.83, 84–141, 3.00%<br>Low fluorosis: 102.54 ± 12.54, 76–129, 19.77%; **p < 0.05 vs. non**<br>Medium fluorosis: 101.70 ± 14.85, 70–129, 20.21%; **p < 0.05 vs. low**<br>High fluorosis: 93.45 ± 10.84, 69–117, 31.71%; **p < 0.05 vs. medium**<br>Total fluorosis: 100.15 ± 13.74, 69–129; **p < 0.01 vs. non**<br><br>IQ score (mean ± SD) by village fluorosis status and sex:<br>Non-fluorosis, boys: 108.49 ± 11.03<br>Fluorosis, boys: 98.13 ± 14.38; **p < 0.05 vs. non**<br>Non-fluorosis, girls: 108.88 ± 10.70<br>Fluorosis, girls: 102.12 ± 12.84; **p < 0.05 vs. non**<br><br>IQ score (mean ± SD, range, and % ≤ 89 points) by child fluorosis grade:<br>Normal: 105.86 ± 10.50, 69–129, 2.26%<br>Questionable: 102.87 ± 7.66, 90–116, 0.00%<br>Very mild: 98.82 ± 13.70, 80–124, 21.43%; **p < 0.01 vs. normal**<br>Mild: 93.31 ± 14.26, 77–119, 30.00%; **p < 0.01 vs. normal, p < 0.05 vs. questionable or very mild**<br>Moderate: 91.93 ± 13.46, 78–127, 60.00%; **p < 0.01 vs. normal, p < 0.05 vs. questionable or very mild**<br>Severe: 90.50 ± 13.20, 75–105, 50.00%; **p < 0.01 vs. normal, p < 0.05 vs. questionable or very mild**<br>Any: 94.96 ± 13.75; **p < 0.01 vs. normal** |

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Green et al. | in press and 2019 | Ref list | Canada | Prospective birth cohort | Mother-child pairs recruited during pregnancy from 7 hospitals in 6 cities across Canada, restricted to mothers with 3 urine samples and child IQ; 2,001 participants (39%) of 5,108 eligible pregnant women in overall cohort<br><br>Of 610 children evaluated at ages 3–4 y (participation rate NR), 601 (99%) had child IQ; of these, 512 (85%) had 3 maternal prenatal urine samples and complete covariate data, and 369 (61%) also had drinking water fluoride data, including 228 living in non-fluoridated area and 141 living in fluoridated area; 400 (67%) had beverage-based fluoride intake data<br><br>Some information from Arbuckle et al. (2013) | Prenatal to 3–4 y | 512 maternal urinary fluoride<br><br>369 maternal urinary fluoride and drinking water fluoride<br><br>400 fluoride intake from beverages | Prenatal maternal spot urine, averaged over trimesters 1, 2, and 3, adjusted for creatinine or specific gravity<br><br>Drinking water in postal code area, averaged across pregnancy<br><br>Estimated intake from water-based beverages and green and black tea, reported twice during pregnancy | Maternal urinary fluoride, specific-gravity-adjusted (mg/L): mean = 0.51, SD = 0.36, IQR = 0.33, 10th–90th pctl = 0.70<br><br>Residential drinking water fluoride (mg/L): mean = 0.31, SD = 0.23<br><br>Fluoride intake from water-based beverages and green and black tea (mg/day): mean = 0.54, SD = 0.44, IQR = 0.62, 10th–90th pctl = 1.04 | Wechsler Preschool and Primary Scale of Intelligence, 3rd edition: full-scale, verbal, and performance IQ<br><br>Standardized by age and sex | Sex, race, city, quality of child's home environment, and maternal education, and secondhand smoke in fluoride intake models; sensitivity analyses of maternal urine models with addition of maternal blood lead, mercury, manganese, or perfluorooctanoic acid or maternal urinary arsenic; also evaluated several other maternal and paternal characteristics, gestational age, and birth weight | Change in full-scale IQ per 1 mg/L specific-gravity-adjusted maternal urinary fluoride: $\beta$ overall = −1.95, 95% CI = −5.19, 1.28 $\beta$ for girls = 2.40, 95% CI = −2.53, 7.33 **$\beta$ for boys = −4.49, 95% CI = −8.38, −0.60** Persistent inverse association among boys in sensitivity analyses<br><br>**$\beta$ for boys, 2nd-trimester fluoride: −3.39, p = 0.04**; multi-trimester model: −2.28, p = 0.25 $\beta$ for boys, 1st- or 3rd-trimester fluoride: p ≥ 0.05 $\beta$ for girls, 1st-, 2nd-, or 3rd-trimester fluoride: p ≥ 0.05<br><br>Change in full-scale IQ per 1 mg/L residential drinking water fluoride: **$\beta$ overall = −5.29, 95% CI = −10.39, −0.19**<br><br>Change in full-scale IQ per 1 mg/day fluoride intake from beverages: **$\beta$ overall = −3.66, 95% CI = −7.16, −0.15** |

1807950.000 – 7057

U.S. EXHIBIT 505.0111

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Green et al. | in press and 2019 | Ref list | " | " | " | " | " | " | " | " | " | Change in performance IQ per 1 mg/L specific-gravity-adjusted maternal urinary fluoride:<br>β overall = −1.24, 95% CI = −4.88, 2.40<br>**β for boys −4.63, 95% CI = −9.01, −0.25**<br>β for girls = 4.51, 95% CI = −1.02, 10.05<br><br>**β for boys, 2nd-trimester fluoride: −4.92, p = 0.01; multi-trimester model: −4.70, p = 0.04**<br>β for boys, 1st- or 3rd-trimester fluoride: p ≥ 0.05<br>β for girls, 1st-, 2nd-, or 3rd-trimester fluoride: p ≥ 0.05<br><br>Change in performance IQ per 1 mg/L residential drinking water fluoride:<br>**β overall = −13.79, 95% CI = −18.82, −7.28**<br><br>Change in performance IQ per 1 mg/day fluoride intake from beverages:<br>β overall = −2.74, 95% CI = −6.82, 1.34<br><br>Change in verbal IQ per 1 mg/L specific-gravity-adjusted maternal urinary fluoride:<br>β overall = −1.60, 95% CI = −4.74, 1.55<br>β for boys = −2.82, 95% CI = −6.62, 0.98<br>β for girls = 0.50, 95% CI = −4.32, 5.33<br><br>Trimester-specific results NR<br><br>Change in verbal IQ per 1 mg/L residential drinking water fluoride:<br>β overall = 3.37, 95% CI = −1.50, 8.24<br><br>Change in verbal IQ per 1 mg/day fluoride intake from beverages:<br>β overall = −3.08, 95% CI = −6.40, 0.25 |
| He and Zhang | 2010 | Ref list | China | Ecological cross-sectional (abstract only) | Children living in a fluorosis-endemic area with or without changed water, Pucheng County, Shaanxi Province, China; 2009; participation rates NR in abstract | 8–12 y | 431<br><br>200 changed water<br>231 unchanged water | Drinking water in residential area<br><br>Dental fluorosis, classified using Dean's index | Drinking water fluoride levels NR in abstract<br><br>Prevalence of dental fluorosis:<br>Changed water: 28.50%<br>Unchanged water: 87.88% | Raven's Test<br><br>Overall prevalence of IQ > 90: 362/400 (90.5%) | None | Prevalence of IQ > 90:<br>Changed water: 179/200 (89.5%)<br>Unchanged water: 183/200 (91.5%)<br>p > 0.05 |

1807950.000 – 7057

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jin et al. | 2017 | Ref list | China | Cross-sectional | Schoolchildren residing for ≥ 5 years in coal-burning endemic fluorosis area of Liupanshui City, Guizhou Province, or non-coal-burning area of Dangwu Township, Gui'an District, Guizhou Province, China; March 2015; participation rates NR | 8–12 y | 284 | Dental fluorosis, classified using Dean's index, by child or by village | Prevalence of dental fluorosis: Fluorosis area: 53.9% Non-fluorosis area: 0.0% p < 0.01 | Raven's Standard Progressive Matrices  Standardized score | Age (stratified)  Villages described as socioeconomically and culturally similar; restricted to families with no intellectual disorder or history of mental illness | Raven's score: Fluorosis area: median = 10.0, IQR = 5.0–37.5 Non-fluorosis area: median = 25.0, IQR = 10.0–50.0 **p = 0.002**  Raven's score by fluorosis area, stratified by age: p ≥ 0.05 for ages 8, 9, 10, and 11 y **p = 0.001 for age 12 y**  Raven's score by fluorosis grade: Normal: median = 25.0, IQR = 10.0–50.0 Questionable: median = 10.0, IQR = 8.75–50.0 Very mild: median = 10.0, IQR = 5.0–25.0 Mild: median = 10.0, IQR = 5.0–25.0 Moderate: median = 7.5, IQR = 5.0–20.0 p = 0.281  Raven's score and fluorosis grade: Spearman ρ = −0.134, p = 0.096 |
| Kang et al. | 2011 | Ref list | China | Cross-sectional | Schoolchildren attending four rural primary schools and lifelong residents Hanginhou Qi, Inner Mongolia, China, an area with high levels of fluoride and arsenic in drinking water, restricted to children born full-term, with no personal or maternal history of smoking or drinking, excluding those with mothers who had occupational exposure to toxic and hazardous substances within 5 years before pregnancy, close familial intermarriage, or a family history of low intellect; study dates and participation rates NR | 6–12 y | 268 | Drinking water in household | Household drinking water fluoride (mg/L): mean = 1.24, SD = 0.74  Household drinking water arsenic (mg/L): mean = 0.13, SD = 0.16 | Combined Raven's Test for the Rural in China, 2nd edition | Considered: age, sex, family size, number of children in family, family per capita annual income, parity, pregnancies, mother's age at childbirth, parental education, father's and mother's occupation, family type, feeding method, passive smoking, hospitalization, child's medical and hospitalization history, others | Household drinking water fluoride (mg/L) by IQ score: IQ < 100: mean = 1.31, SD = 0.84 IQ ≥ 100: mean = 1.15, SD = 0.59 p > 0.05  IQ score by drinking water fluoride: ≥ 1.2 mg/L (national standard): mean = 96.8, SD = 16.3 < 1.2 mg/L: mean = 96.8, SD = 12.7 p > 0.05  Adjusted odds ratio for IQ < 100 associated with drinking water fluoride ≥ 1.2 mg/L: Total: OR = 1.14, 95% CI = 0.62–2.07 Boys: OR = 1.48, 95% CI = 0.58–3.76 Girls: OR = 0.90, 95% CI = 0.35–2.34 Ages 6–9 y: OR = 0.43, 95% CI = 0.13–1.41 Ages 10–12 y: OR = 1.68, 95% CI = 0.75–3.79 |

112

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Khan et al. | 2015 | PubMed | Incia | Cross-sectional | Schoolchildren in a high-fluoride area (Asoha Block, Unnao District) and a low-fluoride area (Tiwariganj Block, Lucknow District), Uttar Pradesh, India, continuously residing in study area since birth and drinking water from the same source, with no history of chronic illness, head trauma, congenital or acquired diseases affecting intelligence, severe extrinsic stains on teeth, or current medication use; study year(s) (6 months' duration) and participation rates NR | 6–11 y | 429 215 high-fluoride 214 low-fluoride | Drinking water in residential block Dental fluorosis, classified using Dean's index | High-fluoride block (Asoha) = 2.41 ppm Low-fluoride block (Tiwariganj) = 0.19 ppm Dental fluorosis score overall: Normal: 56.2% Very mild: 22.4% Mild: 10.3% Moderate: 10.0% Severe: 1.2% | Raven's Colored Progressive Matrices, 1998 edition Mean = 100.0, SD = 15.0, range = 59.7–124.1 ≥ 95th percentile (intellectually superior): 1.4% 75th–94th percentile (definitely above average): 45.7% 25th–74th percentile (intellectually average): 40.3% 6th–24th percentile (definitely below average): 7.0% ≤ 5th percentile (intellectually impaired): 5.6% | None "The areas selected were rural areas having similar climatic conditions, with majority of the population belonging to lower socio-economic status with similar standards of living, quality of education, medical facilities and cultural status. The children included in the study had comparable physical health and nutrition. Each of the two selected areas had only one government secondary school. All the children studying in these schools were residing within a radius of 1-2 kms." | Prevalence of IQ grade in high-fluoride vs. low-fluoride area, respectively: Superior: 0.0% vs. 2.8% Above average: 16.7% vs. 74.8% Average: 58.1% vs. 22.4% Below average: 14.0% vs. 0.0% Impaired: 11.2% vs. 0.0% **p < 0.001** Mean IQ ± SD and range by fluorosis score: Normal: 110.1 ± 9.0, 79.7–124.1 Very mild: 92.6 ± 7.9, 70.8–110.8 Mild: 85.9 ± 9.2, 68.6–108.6 Moderate: 79.0 ± 7.9, 66.4–99.7 Severe: 62.4 ± 2.4, 59.7–66.4 **p < 0.001** Fluorosis score and IQ: **Spearman ρ = 0.766**, p-value NR |

113

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kundu et al. | 2015 | Ref list | Incia | Cross-sectional | Schoolchildren permanently/continuously residing in study area and drinking groundwater since birth, attending one government school (of 12) in high-fluoride area of Najafgarh or one government school (of 4) in low-fluoride area of Defence Colony, Delhi, India, restricted to biological children with "similar socioeconomic status," excluding those with birth defects, any form of neurological injury, brain wound, injury to the brain, or any systemic medical problem; study dates and participation rates NR | 8–12 y | 200<br><br>100 high-fluoride<br>100 low-fluoride | Dental fluorosis, classified using Dean's index<br><br>Drinking water in area of residence (based on 4 samples each; results NR) | Dental fluorosis score in high-fluoride area (Najafgarh) vs. low-fluoride area (Defence Colony):<br>0: 10% vs. 94%<br>1: 20% vs. 6%<br>2: 24% vs. 0%<br>3: 21% vs. 0%<br>4: 25% vs. 0%<br>p = 0.001<br><br>Drinking water fluoride levels NR | Raven's Standard Progressive Matrices | Mother's diet during pregnancy ("routine" or "special"); also considered father's education, mother's education, occupation, and nutritional status<br><br>"Equal numbers of male and female children were included in the study. Most of the parents were illiterate or read up till primary or middle primary level. Majority of the fathers of children residing in high [fluoride] area were unskilled and those in low [fluoride] area were occupied in skilled nonmanual occupations." | IQ score by area:<br>High fluoride: mean = 76.20, SD = 19.101<br>Low fluoride: mean = 85.80, SD = 18.854<br>**p = 0.013**<br><br>Difference in IQ by area, adjusted for mother's diet during pregnancy:<br>**β = 7.720, SE = 3.169, p = 0.017** |

1807950.000 – 7057

U.S. EXHIBIT 505.0115

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Li J et al. | 2004 (pub. 2008) | Fluoride | China | Ecological cross-sectional | Mother-infant pairs at 5 hospitals in Zhaozhou County, Heilongjiang Province, China, a region with high fluoride in drinking water, limited to infants born vaginally or via Caesarean section to healthy women aged 20–31 y without "pregnant high blood pressure syndrome," heart disease, diabetes, any infectious disease, threatened abortion, or family genetic disease, in same residence since pregnancy; 2002–2003; randomly selected from 273 neonates, participation rates NR | 0 y (neonates) | 91<br><br>44 high-fluoride<br>47 low-fluoride | Drinking water in village of residence<br><br>Maternal perinatal urine (not assessed in association with outcome) | High-fluoride villages (Shuanfa, Yongsheng, Yushu, Shuanglong, and Tuogu): 1.7–6.0 mg/L<br>Low-fluoride villages (Chapeng, Yongle, Wanbao, and Leyuan): 0.5–1.0 mg/L<br><br>Maternal perinatal urinary fluoride (mg/L):<br>High fluoride: mean = 3.58, SD = 1.47<br>Low fluoride: mean = 1.74, SD = 0.96<br>$p < 0.01$ | Neonatal Behavioral Neurological Assessment: behavioral capability, passive muscle tension, agonistic muscle tension, primary reflection, and general reaction<br><br>Various neurobehavioral capabilities: tolerance to light, tolerance to clicking sounds, directional reaction to non-biological audition, directional reaction to non-biological vision, directional reaction to biological vision and audition, placebo | None<br><br>"The two study groups are located in the same area with similar climate, living habits, economic and nutritional conditions, and cultural backgrounds ... As can be seen in Table 1, there was no statistically significant difference in the delivery mode, birth weight, infant length, and sex." | Total Neonatal Behavioral Neurological Assessment score:<br>High fluoride: mean = 36.48, SD = 1.09<br>Low fluoride: mean = 38.28, SD = 1.10<br>$p < 0.05$<br><br>Behavioral capability:<br>High fluoride: mean = 10.05, SD = 0.94<br>Low fluoride: mean = 11.34, SD = 0.56<br>$p < 0.05$<br><br>Passive muscle tension:<br>High fluoride: mean = 7.89, SD = 0.32<br>Low fluoride: mean = 7.87, SD = 0.34<br>$p \geq 0.05$<br><br>Agonistic muscle tension:<br>High fluoride: mean = 6.80, SD = 0.70<br>Low fluoride: mean = 7.40, SD = 0.68<br>$p < 0.05$<br><br>Primary reflection:<br>High fluoride: mean = 5.89, SD = 0.32<br>Low fluoride: mean = 5.89, SD = 0.31<br>$p \geq 0.05$<br><br>General reaction:<br>High fluoride: mean = 5.84, SD = 0.37<br>Low fluoride: mean = 5.79, SD = 0.41<br>$p \geq 0.05$ |

1807950.000 – 7057

U.S. EXHIBIT 505.0116

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|---------------------|---------|
| Li J et al. | 2004 (pub. 2008) | " | " | " | " | " | " | " | " | " | " | Total score of behavioral capability: High fluoride: mean = 10.05, SD = 0.94 Low fluoride: mean = 11.34, SD = 0.56 **p < 0.05** Tolerance to light: High fluoride: mean = 1.95, SD = 0.21 Low fluoride: mean = 1.98, SD = 0.15 p ≥ 0.05 Tolerance to clicking sounds: High fluoride: mean = 1.93, SD = 0.26 Low fluoride: mean = 1.89, SD = 0.31 p ≥ 0.05 Directional reaction to non-biological audition: High fluoride: mean = 1.95, SD = 0.21 Low fluoride: mean = 1.98, SD = 0.15 p ≥ 0.05 Directional reaction to non-biological vision: High fluoride: mean = 0.98, SD = 0.63 Low fluoride: mean = 1.66, SD = 0.52 **p < 0.05** Directional reaction to biological vision and audition: High fluoride: mean = 1.09, SD = 0.64 Low fluoride: mean = 1.77, SD = 0.48 **p < 0.05** Placebo: High fluoride: mean = 1.99, SD = 0.17 Low fluoride: mean = 1.98, SD = 0.15 p ≥ 0.05 |

1807950.000 – 7057

U.S. EXHIBIT 505.0117

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Liu S et al. | 2000 (pub. 2008) | Fluoride | China | Cross-sectional | Schoolchildren randomly selected from population living in one of two villages, one with high fluoride levels in drinking water and one with relatively low levels, in Tianjin Xiqing District, China; study dates and participation rates NR | 10–12 y | 118<br><br>60 high-fluoride<br>58 low-fluoride | First morning urine<br><br>Drinking water in village of residence | First morning urinary fluoride (mg/L):<br>High-fluoride village: mean = 4.99, SD = 2.57<br>Low-fluoride village: mean = 1.43, SD = 0.64<br><br>Drinking water fluoride (mg/L):<br>High-fluoride village: 3.15<br>Low-fluoride village: 0.37 | Chinese Raven's Test<br><br>≥ 130 (outstanding): 1.7%<br>120–129 (excellent): 5.9%<br>110–119 (above average): 16.1%<br>90–109 (average): 48.3%<br>80–89 (below average): 15.3%<br>70–79 (borderline): 8.5%<br>≤ 69 (low): 4.2% | None<br><br>"The villages of the two areas are approximately five kilometers apart, neither area is iodine deficient, and both areas have similar standards of living, medical facilities, levels of development, educational quality, etc." | IQ score:<br>High fluoride: mean = 92.27, SD = 20.45<br>Low fluoride: mean = 103.05, SD = 13.86<br>**p < 0.01**<br><br>IQ score in high-fluoride vs. low-fluoride village:<br>> 130: 0.0% vs. 3.4%<br>120–129: 3.3% vs. 8.6%<br>110–119: 11.7% vs. 20.7%<br>90–109: 43.3% vs. 53.4%<br>80–89: 20.0% vs. 10.3%<br>70–79: 13.3% vs. 3.4%<br>≤ 69: 8.3% vs. 0.0%<br>**p < 0.05**<br>< 80 (misreported as < 70): 21.7% vs. 3.4%<br>**p < 0.01**<br><br>Urinary fluoride and IQ score: **ρ = −0.3186, p < 0.01** |
| Lu et al. | 2019 | PubMed | Turkey | Ecological cross-sectional and quasi-experimental | Children in Hanliyenice, Turkey, who exclusively drank well water with high fluoride levels, who substituted their drinking water with fluoride-free bottled water, or who lived in another village and drank from a low-fluoride water source in the town where all children attended school; study dates and participation rates NR | 7–13 y | 26 high-fluoride well water<br>3 fluoride-free bottled water<br>2 low-fluoride water source | Drinking water source | Drinking water fluoride:<br>Village well water: 2.5 mg/L<br>Bottled water: 0 mg/L<br>Other water source: < 0.5 mg/L | Serum serotonin, sampled in morning | None | Serum serotonin (ng/mL):<br>Village well water: mean = 267, SD = 45<br>Bottled water: mean = 187, SD = 9, **p < 0.001 vs. village well water**<br>Other water source: mean = 84, SD = NR, **p < 0.05 vs. village well water** |

117

U.S. EXHIBIT 505.0118

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malin and Till | 2015 | PubMed | United States | Ecological cross-sectional | Children whose parents participated in the U.S. National Survey of Children's Health, a cross-sectional random-digit telephone survey; 2003, 2007, and 2011; participation rates NR | 4–17 y | 79,264 in 2003 73,123 in 2007 76,015 in 2011 | State-level prevalence of receiving optimally (per U.S. Department of Health and Human Services) fluoridated water from public water supplies in 1992 (artificially or naturally fluoridated), 2000, 2002, 2004, 2006, and 2008 | % of state population receiving optimally fluoridated water: 1992: median = 58.16, IQR = 30.33 2000: median = 58.62, IQR = 31.83 2002: median = 63.93, IQR = 29.61 2004: median = 66.24, IQR = 26.99 2006: median = 65.75, IQR = 30.52 2008: median = 66.33, IQR = 30.39 | Diagnosis of ADD or ADHD, parent-reported<br><br>If yes, current diagnosis, severity, and (in 2011 only) age at diagnosis<br><br>Lifetime prevalence = 7.8% in 2003, 9.5% in 2007, 11% in 2011 | State median household income | State-level artificial fluoridation prevalence in 1992 and ADHD prevalence: ADHD in 2003: **Pearson ρ = 0.46, p < 0.001** ADHD in 2007: **Pearson ρ = 0.42, p = 0.001** ADHD in 2011: **Pearson ρ = 0.48, p < 0.001**<br><br>State-level natural fluoridation prevalence in 1992 and ADHD prevalence: ADHD in 2003: **Pearson ρ = −0.29, p = 0.02** ADHD in 2007: Pearson ρ = −0.19, p = 0.09 ADHD in 2011: Pearson ρ = −0.22, p = 0.06<br><br>State-level fluoridation prevalence and ADHD prevalence: ADHD in 2003 and fluoridation in 1992, 2000, 2002, 2004, 2006, and 2008: **Pearson ρ = 0.32– 0.39, p < 0.05 for all years** ADHD in 2007 and fluoridation in 1992, 2000, 2002, 2004, 2006, and 2008: **Pearson ρ = 0.21– 0.35, p < 0.05 for all years except 2008 (p = 0.07)** ADHD in 2011 and fluoridation in 1992, 2000, 2002, 2004, 2006, and 2008: **Pearson ρ = 0.25– 0.39, p < 0.05 for all years**<br><br>Change in 2003 ADHD prevalence per % increase in fluoridation prevalence in 1992, adj. for median income in 1992: Artificial fluoridation: **β = 0.017, p < 0.05** Natural fluoridation: **β = −0.071, p < 0.05** Median income: β = −0.010, p ≤ 0.01 Model $R^2$ = 0.34<br><br>Change in ADHD prevalence per % increase in artificial fluoridation prevalence in 1992, adj. for median income in 1992: ADHD in 2003: **β = 0.023, 95% CI = 0.008– 0.038, p = 0.004** ADHD in 2007: **β = 0.031, 95% CI = 0.007– 0.055, p = 0.011** ADHD in 2011: **β = 0.042, 95% CI = 0.015– 0.068, p = 0.002** Multivariable results NR for natural fluoridation prevalence in 1992 |

1807950.000 – 7057

U.S. EXHIBIT 505.0119

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manju et al. | 2017 | PubMed | Incia | Ecological cross-sectional ("pilot") | Schoolchildren born and raised in Hutti, Raichur District, a historical gold-mining area with high fluoride and arsenic levels, or the control area of Sandur, Bellary District, North Karnataka, India, limited to children drinking from the common water source, with no history of congenital or acquired neurological disease and/or head injury; study dates and participation rates NR | 10–14 y | 40<br><br>20 high-fluoride/arsenic<br>20 low-fluoride/arsenic | Drinking water (fluoride and arsenic) in village of residence<br><br>(Hair and nail arsenic) | Drinking water fluoride (mg/L):<br>High-exposure village (Hutti): mean = 0.80<br>Low-exosure village (Sandur): mean = 0.10<br><br>Drinking water arsenic (mg/L):<br>High-exposure village (Hutti): mean = 0.09<br>Low-exposure village (Sandur): mean = "negligible" | Raven's Standard Progressive Matrices<br><br>≥ 95th percentile (intellectually superior): 2.5%<br>≥ 75th–94th percentile (definitely above average): 0%<br>≥ 25th–74th percentile (intellectually average): 37.5%<br>≥ 6th–24th percentile (definitely below average): 40.0%<br>≤ 5th percentile (intellectually impaired): 20.0% | None<br><br>"The selected villages were similar in population and general demographic characteristics." | Mean IQ score:<br>High exposure: 17.95<br>Low exposure: 30.55<br>**p < 0.001**<br><br>IQ score in high-exposure vs. low-exposure village:<br>Intellectually superior: 0% vs. 5%<br>Above average: 0% vs. 0%<br>Intellectually average: 10% vs. 65%<br>Below average: 70% vs. 10%<br>Intellectually impaired: 20% vs. 20%<br>**p < 0.001** |

119

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan et al. | 1998 | PubMed | United States | Cross-sectional | Children from a pediatric dental practice in a suburb of Boston, Massachusetts, recruited via letters mailed to parents, including children with permanent incisors and first molars, no history of pervasive developmental disorders or mental retardation, and no sibling enrolled in the study; study dates HR; questionnaire completed and not withdrawn (n = 2 withdrawals) by 197 (80%) of 246 eligible children examined, participation rate in examination NR | 7–11 y | 197 | Dental fluorosis, classified using Dean's index, sum of all 12 teeth, sum of 8 incisors, maximum, median of 12 teeth, or mode of 12 teeth<br><br>Fluoride exposure history questionnaire, parent-reported<br><br>Sum of fluorosis scores for 8 incisors used to classify high vs. low fluorosis due to strongest correlation with reported fluoride exposure history | Prevalence of dental fluorosis using Dean's index: 69% (39% very mild, 17% mild, 13% moderate to severe)<br><br>Dental fluorosis using sum of 8 incisors: 47 (24%) high, 150 (76%) low<br><br>Lived in fluoridated community any time between birth and 6 y: 86%<br>Lived in fluoridated community any time between birth and 3 y: 80%<br>Used fluoridated toothpaste before 2 y: 74%<br>Received fluoride supplementation any time between birth and 6 y: 53%<br>Received fluoride supplementation any time between birth and 3 y: 52%<br>Received any form of topical fluoride treatment from birth to 3 y: 30%<br>Received concentrated formula mixed with fluoridated water: 25%<br>Used fluoridated toothpaste before 1 y: 19%<br><br>Only use of supplemental fluoride before 3 y was significantly higher in high-fluorosis than low-fluorosis group (p = 0.049); "fluoride history variables, in aggregate, were not | Child Behavior Checklist: total problems, internalizing behaviors, externalizing behaviors (higher score = more behavior problems) | None<br><br>"We examined social and medical variables to see if they confounded the relationship between the fluorosis score and the [Child Behavior Checklist] score or the relationship between fluoride exposure and the [Child Behavior Checklist] score. We found no significant relationships." | Median (range) of Child Behavior Checklist scores, high vs. low dental fluorosis score: Total: 41 (26–65) vs. 44 (24–76), p = 0.22 Externalizing: 40 (30–60) vs. 44 (30–73), p = 0.07 Internalizing: 46 (33–71) vs. 46 (31–77), p = 0.96<br><br>Likelihood ratio tests for aggregated fluoride exposure variables in association with Child Behavior Checklist scores: Total: p = 0.98 Externalizing: p = 0.99 Internalizing: p = 0.77<br><br>"Only one of the fluoride exposure variables was significantly associated with a high [Child Behavior Checklist] score. Children who both used topical fluoride between the ages of 3 and 6 years and fluoridated toothpaste between the ages of 1 and 2 years were more likely to have more behavior problems (**p = 0.05**)." |

1807950.000 – 7057

U.S. EXHIBIT 505.0121

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | | | | | significantly associated with clinical assessments of fluorosis" (p = 0.41). | | | |

1807950.000 – 7057

U.S. EXHIBIT 505.0122

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mustafa et al. | 2018 | Fluoride | Sudan | Ecological cross-sectional | Schoolchildren at 27 primary schools in rural, agricultural villages in Khartoum State, Sudan, where residents depend on groundwater as the main source of drinking water (same source at home and at school); study dates and student and school participation rates NR | 6–14 y | 775 | Ground water sampled from 16 different rural areas, once each in rainy and dry seasons | Drinking water fluoride (mg/L): Dry season range: 0.14–2.07; 9/16 (56%) ≥ 1.0 mg/L Rainy season range: 0.01–1.34; 2/16 (13%) ≥ 1.0 mg/L $p = 0.667$, $p < 0.01$ for water fluoride level and dryness of season<br><br>"Although the [fluoride] level [is] not extremely high, frequent water drinking may occur due to several factors such as the rural human activities, arid conditions, and high temperatures. In addition, food products also contribute to the [fluoride] intake as the people in these areas consume their own crops [Erdal et al. 2004]. These crops may possibly accumulate [fluoride] to considerable levels." | School-level mean score and percentage of scores > 70% on primary school examination: total score, Islamic studies I and II, Arabic, English, mathematics, sciences, history, and technology (food and health)<br><br>Mean total score by school: range = 51–81%<br>Mean subject score by school: range = 19–91%<br><br>Percentage of total or subject scores > 70% by school: range = 0–100% | None<br><br>"The main activities in these villages are agriculture and animal breeding. The villages lack any industrial and mining activities and are located away from high traffic roads." | Mean primary school examination score and drinking water fluoride (mg/L): Total: **Pearson $\rho = -0.51$, $p = 0.007$** Islamic studies I: **Pearson $\rho = -0.50$, $p = 0.008$** Islamic studies II: **Pearson $\rho = -0.47$, $p = 0.013$** Arabic: Pearson $\rho = -0.32$, $p = 0.1$ English: **Pearson $\rho = -0.46$, $p = 0.016$** Mathematics: Pearson $\rho = -0.33$, $p = 0.097$ Sciences: **Pearson $\rho = -0.53$, $p = 0.005$** History: **Pearson $\rho = -0.59$, $p = 0.001$** Technology: Pearson $\rho = -0.30$, $p = 0.158$<br><br>Percentage primary school examination score > 70% and drinking water fluoride (mg/L): Total: **Pearson $\rho = -0.48$, $p = 0.012$** Islamic studies I: **Pearson $\rho = -0.59$, $p = 0.001$** Islamic studies II: Pearson $\rho = -0.35$, $p = 0.078$ Arabic: **Pearson $\rho = -0.47$, $p = 0.014$** English: **Pearson $\rho = -0.41$, $p = 0.034$** Mathematics: **Pearson $\rho = -0.39$, $p = 0.045$** Sciences: **Pearson $\rho = -0.60$, $p = 0.001$** History: **Pearson $\rho = -0.46$, $p = 0.016$** Technology: Pearson $\rho = -0.22$, $p = 0.265$ |
| Nagarajappa et al. | 2013 | PubMed | India | Ecological cross-sectional | Schoolchildren at one primary school each in high-fluoride Mundra village and low-fluoride Bhuj village, Kutch District, Gujarat, India, with education in Hindi and "parents with middle social class having undergraduate level of education only"; Mundra children restricted to those with moderate fluorosis and born and raised in study areas, excluding those with change in water source since birth and those with past or current genetic, congenital, or acquired nervous system disease (eligibility criteria for Bhuj children NR); July 2012; participation rates | 8–10 y | 100<br><br>50 high-fluoride<br>50 low-fluoride | Drinking water in village of residence | High-fluoride village (Mundra): 2.4–3.5 mg/L Low-fluoride village (Bhuj): 0.5 mg/L | Seguin Form Board Test | Sex (stratified)<br><br>"Similar socioeconomic conditions and level of education" | Average time (seconds), mean ± SD, high vs. low fluoride (faster = better): All: 30.45 ± 4.97 vs. 23.20 ± 6.21, **p = 0.002** Boys: 31.24 ± 4.45 vs. 23.53 ± 7.53, p-value NR Girls: 29.59 ± 5.44 vs. 22.84 ± 4.51, p-value NR<br><br>Shortest time (seconds), mean ± SD, high vs. low fluoride: All: 28.86 ± 5.33 vs. 21.58 ± 6.17, **p = 0.003**<br><br>Total time for 3 trials (seconds), mean ± SD, high vs. low fluoride: All: 91.40 ± 14.97 vs. 69.62 ± 18.65, **p = 0.005** |

1807950.000 – 7057

U.S. EXHIBIT 505.0123

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|-----------------------|---------|
| | | | | | NR | | | | | | | |
| Pang et al. | 2018 | Ref list | China | Ecological cross-sectional | Locally born and raised children randomly selected from endemic fluorosis areas and non-fluorosis areas, not specified; China; study dates and participation rates NR | 8–12 y | 268 | Dental fluorosis by residential area | Prevalence of dental fluorosis in endemic fluorosis areas: 30% | Combined Raven's Test and subscales<br><br>Mean IQ in fluorosis areas: 91.07 overall | Sex (stratified)<br><br>*COMT* genotype in Hardy-Weinberg equilibrium in both areas, but higher frequency of met/val genotype and val allele in fluorosis areas (53.30% met/val, 27.9% met/met, 18.9% val/val) than non-fluorosis areas (12.4% met/val, 45.9% met/met, 41.7% val/val) | Mean IQ score:<br>Lower in fluorosis areas (91.07) vs. non-fluorosis areas (NR), **p < 0.05**<br>Fluorosis areas, boys: 93.24<br>Fluorosis areas, girls: 91.75<br>Non-fluorosis areas, boys: 98.85<br>Non-fluorosis areas, girls: 94.67<br><br>Prevalence of IQ < 69:<br>Higher in fluorosis vs. non-fluorosis areas, **p < 0.05**<br><br>Mean subscale scores (perceptual discrimination, similarities, comparative reasoning, series relationship, abstract reasoning):<br>Lower in fluorosis vs. non-fluorosis areas, **all p < 0.05** (**p < 0.01** for comparative reasoning)<br><br>In fluorosis areas, mean IQ score higher for val/val than met/met, p < 0.05<br>In non-fluorosis areas, mean IQ score higher for val/val than met/val or met/met, p < 0.001 |

123

U.S. EXHIBIT 505.0124

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perrott | 2018 | PubMed | United States | Ecological cross-sectional | Same as Malin and Till 2015, limited to 2011: children whose parents participated in the U.S. National Survey of Children's Health, a cross-sectional random-digit telephone survey; 2011; participation rate NR | 4–17 y | From Malin and Till 2015: 76,015 in 2011 | From Malin and Till 2015: state-level prevalence of receiving optimally (per U.S. Department of Health and Human Services) fluoridated water from public water supplies, limited to 1992 only | From Malin and Till 2015: % of state population receiving optimally fluoridated water: Limited to 1992 only: median = 58.16, IQR = 30.33 | From Malin and Till 2015: diagnosis of ADD or ADHD, parent-reported; Lifetime prevalence = 11% in 2011 | From Malin and Till 2015: state median household income; From Huber et al. J Atten Disord 2015: state mean elevation, % overweight/obese youth, % low birth weight, % uninsured, % ever diagnosed with depression, % ever diagnosed with anxiety, % Hispanic, % non-Hispanic black, % other race, % living in a two-person household, % homeownership, % with bachelor's degree, % adults who smoked, % aged > 65 y, longitude | State-level fluoridation prevalence in 1992 and ADHD prevalence in 2011: Pearson ρ = 0.48, p < 0.001 (same as Malin and Till 2015)<br><br>Change in ADHD prevalence in 2011 per % increase in fluoridation prevalence in 1992, adj. for median income in 1992 and mean state elevation:<br>β = 0.01502, 95% CI = −0.012, 0.042, p = 0.269<br>(Covariates statistically significantly associated with ADHD prevalence in 2011: per capital personal income in 2009 and mean state elevation) |
| Qin et al. | 1990 (pub. 2008) | Fluoride | China | Ecological cross-sectional | Elementary school students who had grown up drinking well water (the main local water source for ≥ 10 y) in their home village, recruited from 22 villages with varying drinking water fluoride levels in eight townships in Jing County, Hubei Province, China; July–November 1988; participation rates NR | 9–10.5 y | 447<br><br>141 high-fluoride<br>159 normal-fluoride<br>147 low-fluoride | Drinking water in village of residence | High-fluoride villages (n = 5): 2.1–4.0 mg/L<br>Normal-fluoride villages (n = 9): 0.5–1.0 mg/L<br>Low-fluoride villages (n = 8): 0.1–0.2 mg/L | Raven's Standard Progressive Matrices, Chinese version, age-standardized<br>> 95th percentile (high intelligence): 0.7%<br>> 75th–95th percentile (above average intelligence): 4.0%<br>> 25th–75th percentile (average intelligence): 32.4%<br>5th–25th percentile (below average intelligence): 37.1%<br>< 5th percentile (intellectually | Age (stratified)<br><br>"The proportion of each gender and all other relevant factors was essentially the same across subject groups" | Mean IQ score:<br>High fluoride: 21.17%<br>Normal fluoride: 28.14%<br>Low fluoride: 23.03%<br>High vs. low p > 0.05<br>High vs. normal and low vs. normal p < 0.01<br><br>Prevalence of IQ grade in high-fluoride, normal-fluoride, and low-fluoride villages, respectively:<br>High: 0.71% vs. 1.26% vs. 0%<br>Above average: 2.13% vs. 5.66% vs. 4.08%<br>Average: 21.28% vs. 50.94% vs. 23.13%<br>Below average: 37.59% vs. 28.93% vs. 45.58%<br>Deficient: 38.30% vs. 13.21% vs. 27.21%<br><br>Average or higher: 24.11% vs. 57.86% vs. 27.21% |

1807950.000 – 7057

U.S. EXHIBIT 505.0125

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | deficient): 25.7% | | |
| Razdan et al. | 2017 | PubMed | India | Ecological cross-sectional | Schoolchildren in villages with one high school each that had a stable public drinking water supply for all residents, located in high-fluoride, fluorosis-endemic region of Mathura District, Uttar Pradesh, India, restricted to children who had resided in the same village since birth, born to mothers who lived in the same village since pregnancy, excluding children with any birth defects, genetic disorders, history of head injury, systemic diseases, or history of long-term residence at places other than place of birth; August–October 2016; participation rates NR | 12–14 y | 219 75 high-fluoride 75 medium-fluoride 69 low-fluoride | Drinking water in village of residence Dental fluorosis, classified using Dean's index Water consumption information, parent-reported (not used in analysis) | High-fluoride village (Raya): 4.99 ppm (shown in Table 1 as 2.99 ppm, Table 4 as 4.99 ppm) Medium-fluoride village (Farah): 1.70 ppm Low-fluoride village (Charora): 0.60 ppm Dental fluorosis score in high-fluoride, medium-fluoride, and low-fluoride village, respectively: Normal: 0% vs. 0% vs. 100% Questionable/very mild: 0% vs. 0% vs. 0% Mild: 10.7% vs. 18.7% vs. 0% Moderate: 60.0% vs. 53.3% vs. 0% Severe: 29.3% vs. 28.0% vs. 0% | Raven's Standard Progressive Matrices Classifications by percentile: Superior: 4.1% Above average: 17.4% Average: 49.3% Below average: 20.5% Intellectually impaired: 8.7% | None "The villages under study were of similar geographic and demographic characteristics with the inhabitants having similar educational, socioeconomic status, and possessing similar occupation as per the reports of the block development office." | Prevalence of IQ grade in high-fluoride, medium-fluoride, and low-fluoride villages, respectively: Superior: 0% vs. 0% vs. 13.0% Above average: 0% vs. 0% vs. 55.1% Average: 33.3% vs. 81.3% vs. 31.9% Below average: 46.7% vs. 13.3% vs. 0% Impaired: 20.0% vs. 5.3% vs. 0% **p = 0.001** Mean IQ score: High fluoride: mean = 13.9467, SD = 5.13571 Medium fluoride: mean = 18.9467, SD = 4.38330 Low fluoride: mean = 38.6087, SD = 6.33668 **p = 0.001** Pairwise comparisons of mean IQ score: High vs. low fluoride: mean difference = 24.66203, SE = 0.88676, **p < 0.001** Medium vs. low fluoride: mean difference = 19.66203, SE = 0.88676, **p < 0.001** High vs. medium fluoride: mean difference = 5.0000, SE = 0.86809, **p < 0.001** |

U.S. EXHIBIT 505.0126

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rocha-Amador et al. | 2007 | PubMed | Mexico | Cross-sectional | Schoolchildren in first through third grades in public schools in three rural areas of Mexico with varying levels of fluoride and arsenic (Moctezuma and Salitral, northwestern San Luis Potosí State, and 5 de Febrero, central Durango State), living in the area since birth; study dates NR; 85% response rate among 155 randomly selected of 308 eligible; "No significant differences in age, gender proportion, or time of residence were observed between study participants and non-participants." | 6–10 y | 132<br><br>60 high-fluoride/arsenic<br>20 medium-fluoride/arsenic<br>52 low-fluoride/arsenic | Spot urine, adjusted for creatinine<br><br>Tap and bottled water at home | Drinking water fluoride (mg/L), geo mean ± SD:<br>High exposure (5 de Febrero): 9.4 ± 0.9<br>Medium exposure (Salitral): 5.3 ± 0.9<br>Low exposure (Moctezuma): 0.8 ± 1.4<br><br>Drinking water arsenic (mg/L), geo mean ± SD:<br>High exposure: 194 ± 1.3<br>Medium exposure: 169 ± 0.9<br>Low exposure: 5.8 ± 1.3<br><br>Urinary fluoride (mg/g creatinine), geo mean ± SD, % > 2 mg/g:<br>High exposure: 5.5 ± 3.3; 98%<br>Medium exposure: 6.0 ± 1.6; 100%<br>Low exposure: 1.8 ± 1.5; 38.5%<br><br>Urinary arsenic (μg/g creatinine), geo mean ± SD, % > 50 μg/g:<br>High exposure: 52.5 ± 2.2; 52%<br>Medium exposure: 116 ± 2.2; 80%<br>Low exposure: 12.6 ± 2.0; 3.8%<br><br>Blood lead (μg/dL), geo mean ± SD, % > 10 μg/dL:<br>High exposure: 4.3 ± 3.4; 10%<br>Medium exposure: 6.7 ± 2.1; 4.5%<br>Low exposure: 7.1 ± 2.2; 10% | Wechsler Intelligence Scale for Children, Revised Mexican Version; age-adjusted full, verbal, and performance IQ | Blood lead, mother's education, socioeconomic status, height-for-age z-score, transferrin saturation; not adjusted for urinary or drinking water arsenic<br><br>"The three selected communities were similar in population and general demographic characteristics."<br><br>Lower urinary fluoride and arsenic levels in 5 de Febrero than Salitral are explained by access to bottled water for drinking in 5 de Febrero. | Change in IQ per unit increase in $\log_{10}$ urinary fluoride:<br>Performance IQ: β = −13.0, p < 0.001<br>Verbal IQ: β = −15.6, p < 0.001<br>Full-scale IQ: β = −16.9, p < 0.001<br><br>Change in IQ per unit increase in $\log_{10}$ drinking water fluoride:<br>Performance IQ: β = −6.7, p < 0.001<br>Verbal IQ: β = −11.2, p < 0.001<br>Full-scale IQ: β = −10.2, p < 0.001 |

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rocha-Amador et al. | 2008 | Ref list | Mexico | Cross-sectional | Schoolchildren in first through third grades in public schools in four rural areas of Mexico with varying levels of fluoride and arsenic (Soledad, Moctezuma, and Salitral in northwestern San Luis Potosí State, and 5 de Febrero in central Durango State), living in the area since birth; study dates NR; see Rocha-Amador et al. (2007) for participation rates<br><br>Same study population as in Rocha-Amador et al. (2007); some information from Expert Report of Jacqueline Calderon Hernández, Ph.D. | 6–10 y | 132<br><br>60 high-fluoride/arsenic<br>20 medium-fluoride/arsenic<br>52 low-fluoride/arsenic | Spot urine, adjusted for creatinine<br><br>Tap water at home | Urinary fluoride (mg/g creatinine), geo mean ± SD, % > 2 mg/g:<br>High (5 de Febrero): 5.5 ± 3.3; 98%<br>Medium (Salitral): 6.0 ± 1.6; 100%<br>Low (Soledad & Moctezuma): 1.8 ± 1.5; 38.5%<br><br>Drinking water fluoride (mg/L), mean (range):<br>5 de Febrero: 9.4 (8.1–15.7)<br>Salitral: 5.3 (5.0–5.6)<br>Soledad: 0.7 (0.3–1.4)<br>Moctezuma: 0.9 (0.9–1.3)<br><br>Urinary arsenic (µg/g creatinine), geo mean ± SD, % > 50 µg/g:<br>5 de Febrero: 52.5 ± 2.2; 52%<br>Salitral: 116 ± 2.2; 80%<br>Soledad & Moctezuma: 12.6 ± 2.0; 3.8%<br><br>Drinking water arsenic (µg/L), mean (range):<br>5 de Febrero: 194 (141–794)<br>Salitral: 170 (148–186)<br>Soledad: 4.3 (2.9–7.1)<br>Moctezuma: 6.9 (4.2–8.9)<br><br>Blood lead (µg/dL), mean (range):<br>5 de Febrero: 4.8 (0.2–15.7)<br>Salitral: 6.8 (2.2–10.5)<br>Soledad: 7.3 (3.1–11.9)<br>Moctezuma: 7.0 (4.2–12.6) | Wechsler Intelligence Scale for Children, Revised Mexican Version; age-adjusted full, verbal, and performance IQ | Blood lead, mother's education, urinary arsenic | Change in IQ per unit increase in $\log_{10}$ urinary fluoride:<br>Full-scale IQ: $\beta = -0.52$, $p < 0.001$, adjusted for urinary arsenic<br>Full-scale IQ: $\beta = -0.43$, $p < 0.001$, unadjusted for urinary arsenic<br><br>Performance IQ: $\beta = -0.44$, $p < 0.01$, adjusted for urinary arsenic<br>Performance IQ: $\beta = -0.38$, $p < 0.01$, unadjusted for urinary arsenic<br><br>Verbal IQ: $\beta = -0.52$, $p < 0.01$, adjusted for urinary arsenic<br>Verbal IQ: $\beta = -0.43$, $p < 0.01$, unadjusted for urinary arsenic |

1807950.000 – 7057

U.S. EXHIBIT 505.0128

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rocha-Amador et al. | 2009 | PubMed | Mexico | Cross-sectional | Schoolchildren attending public schools in three areas with environmental pollution with either fluoride and arsenic (5 de Febrero, Durango State), lead and arsenic (Morales, San Luis Potosí State), or DDT and PCBs (El Ramonal, Quintana Roo), living in the study area since birth, excluding those with diagnosed neurological disease; study dates and participation rates NR | 6–11 y | 166<br><br>80 fluoride-arsenic<br>13 lead-arsenic<br>73 DDT-PCBs | Spot urine, adjusted for creatinine | Urinary fluoride (mg/g creatinine):<br>Fluoride-arsenic area: mean = 5.6, SD = 1.7, range = 1.2–24.9, 97.5% > 2 mg/g<br><br>Urinary arsenic (µg/g creatinine):<br>Fluoride-arsenic area: mean = 64.2, SD = 2.3, range = 10.0–325.3, 59.0% > 50 µg/g<br>Lead-arsenic area: mean = 57.5, SD = 1.5, range = 27.9–142.2, 58.0% > 50 µg/g<br><br>Blood lead (µg/dL):<br>Fluoride-arsenic area: mean = 5.2, SD = 3.2, range = 0.1–15.7, 8.0% > 10 µg/dL<br>Lead-arsenic area: mean = 12.7, SD = 6.1, range = 5.0–26.0, 50.0% > 10 µg/dL<br>DDT-PCBs area: mean = 4.2, SD = 1.5, range = 0.1–7.6, 0.0% > 10 µg/dL<br><br>Plasma levels in DDT-PCBs area only (ng/mL):<br>$p,p'$-DDT: mean = 5.5, SD = 6.4, range = 0.3–89.1<br>$p,p'$-DDE: mean = 53.7, SD = 6.6, range = 0.3–598.6<br>Sum of PCBs: mean = 8.3, SD = 2.9, range = 0.8–50.05 | Rey-Osterrieth Complex Figure Test, children's version: Copy test (visuoconstructional ability) and Immediate Recall test (spatial and visual memory)<br><br>% with Copy z-score below −1 SD: 132/166 (79.5%)<br><br>% with Immediate Recall z-score below −1 SD: 87/166 (52.4%) | Age | Prevalence of Copy z-score below −1 SD:<br>Fluoride-arsenic area: 71/80 (89%)<br>Lead-arsenic area: 8/13 (62%)<br>DDT-PCBs area: 53/73 (73%)<br><br>Prevalence of Immediate Recall z-score below −1 SD:<br>Fluoride-arsenic area: 47/80 (59%)<br>Lead-arsenic area: 8/13 (62%)<br>DDT-PCBs area: 32/73 (44%)<br><br>Age-adjusted partial correlation for change in score per unit increase in $\log_{10}$ creatinine-adjusted urinary fluoride:<br>Copy score, fluoride-arsenic area: **r = −0.29, p < 0.01**<br>Immediate Recall score, fluoride-arsenic area: **r = −0.27, p < 0.05**<br>(Not significantly associated with $\log_{10}$ creatinine-adjusted urinary arsenic) |

1807950.000 – 7057

U.S. EXHIBIT 505.0129

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Saxena et al. | 2012 | PubMed | Incia | Cross-sectional | Schoolchildren in fifth and sixth grades in government schools in villages of high-fluoride region of Karera Block, Shivpuri District, and low-fluoride region of Parwaliya Village, Bhopal District, Madhya Pradesh State, India, restricted to lifelong residents of the area, with no change in source of water since birth, and no history of congenital or acquired neurological disease or head injury; study dates and participation rates NR | 12 y | 170<br><br>38 high-fluoride<br><br>43 medium-high-fluoride<br><br>39 medium-low-fluoride<br><br>50 low-fluoride | First morning urine<br><br>Drinking water fluoride at home<br><br>Drinking water fluoride in village of residence | High fluoride: > 4.5 ppm<br>Medium-high fluoride: 3.1–4.5 ppm<br>Medium-low fluoride: 1.5–3.0 ppm<br>Low fluoride: < 1.5 ppm<br><br>First morning urinary fluoride (ppm) by village water fluoride group:<br>High fluoride: mean = 7.01, SD = 1.02, range = 5.6–8.4<br>Medium-high fluoride: mean = 4.85, SD = 0.50, range = 4.1–6.0<br>Medium-low fluoride: mean = 3.28, SD = 0.48, range = 2.5–4.3<br>Low fluoride: mean = 2.25, SD = 0.28, range = 1.7–2.8<br>p < 0.001<br><br>Other first morning urinary measures (μg/L), range of means by village water fluoride group:<br>Iodine: 275.04–277.97<br>Lead: 31.69–32.29<br>Arsenic: 5.74–6.34<br>No significant differences across groups | Raven's Standard Progressive Matrices<br><br>≥ 95th percentile (intellectually superior; grade I)<br>≥ 75th–94th percentile (definitely above average; grade II)<br>≥ 25th–74th percentile (intellectually average; grade III)<br>≥ 6th–24th percentile (definitely below average; grade IV)<br>≤ 5th percentile (intellectually impaired; grade V) | "Stepwise multiple linear regression"; covariates considered NR; covariates collected included age, sex, socioeconomic status, education of head of family, height for age, weight for height<br><br>"The selected villages were similar in population and general demographic characteristics."<br><br>"No statistically significant differences were observed in the participant's gender proportion, SES, education of the head of the family, height for age ratio, or weight for height ratio." | Mean IQ grade by drinking water fluoride (higher = worse):<br>High: 4.45<br>Medium-high: 4.23<br>Medium-low: 3.85<br>Low: 3.16<br><br>Multivariate model for IQ and urinary fluoride:<br>r = 0.542, p < 0.001<br><br>"In stepwise multiple linear regression analysis the only significant independent variable was urinary fluoride." |

1807950.000 – 7057

U.S. EXHIBIT 505.0130

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shannon et al. | 1986 | PubMed | New Zealand | Prospective cohort | Birth cohort of children born in Christchurch urban region, New Zealand, studied at birth, 4 months, and annually until age 7 y; born mid-1977; participation rates NR; 81% of original cohort of 1,265 children, 88% of those residing in New Zealand at age 7 y

"Comparisons between the sample of 1028 children and the original cohort of 1265 children suggested that losses to follow-up were unrelated to a broad range of factors including maternal age, education, ethnicity, family type and family socioeconomic status, the child's sex and birthweight."

Updated in Spittle et al. (1998) | 0–7 y | 1,028 | Duration of residence in an area with a fluoridated public water supply, based on residential address reported by mother in annual interview | Years resident in a fluoridated area: 0 y: 621 (60%) 1–3 y: 113 (11%) 4–6 y: 104 (10%) 7 y: 190 (19%) | Conduct disorder or behavior disturbance based on Rutter and Conners behavior scales at ages 6 and 7 y, maternal rating and teacher rating | Combined measure of family social position based on maternal education, maternal age, child's ethnicity, one- vs. two-parent family, and family socioeconomic status

"In all cases adjustment for the effects of social background had no detectable effect on the apparently consistent absence of correlation with exposure to water fluoridation." | Mean problem behavior score by duration of residence in fluoridated area: Maternal rating, age 6 y: 0 y: 9.99 1–3 y: 9.98 4–6 y: 10.06 7 y: 10.03 p ≥ 0.05

Teacher rating, age 6 y: 0 y: 10.00 1–3 y: 10.07 4–6 y: 9.94 7 y: 9.94 p ≥ 0.05

Maternal rating, age 7 y: 0 y: 9.97 1–3 y: 10.12 4–6 y: 10.05 7 y: 9.96 p ≥ 0.05

Teacher rating, age 7 y: 0 y: 10.00 1–3 y: 10.02 4–6 y: 10.13 7 y: 9.90 p ≥ 0.05 |
| Sharma et al. | 2009 | Fluoride | India | Ecological cross-sectional | Children (and adults) residing in 20 villages with high, low, or medium levels of fluoride in drinking water, Sanganer Tehsil, India; study years and participation rates NR | Up to 18 y | 1,145

Ages < 6 y: 146 Ages 6–12 y: 277 Ages 12–18 y: 722

High-fluoride: 418 Medium-fluoride: 355 Low-fluoride: 372 | Drinking water fluoride in village of residence | High fluoride: > 1.5 ppm Medium fluoride: 1.0–1.5 ppm Low fluoride: < 1.0 ppm | Neurological manifestations, self-reported: headache, insomnia, lethargy, depression (results NR), polyuria, polydipsia | Age, sex (stratified) | Prevalence of neurological manifestations in high-fluoride vs. medium-fluoride vs. low-fluoride villages, respectively: Headache: 11.24% (all ages 12–18 y) vs. 0% vs. 0% [Fisher's exact p < 0.001] Insomnia: 3.83% (all ages 12–18 y) vs. 0% vs. 0% [Fisher's exact p < 0.001] Lethargy: 1.44% (all ages 12–18 y) vs. 0% vs. 0% Polyuria: 0% vs. 0% vs. 0% Polydipsia: 0% vs. 0% vs. 0% |

1807950.000 – 7057

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shivaprakash et al. | 2011 | PubMed | Incia | Cross-sectional | Schoolchildren in high-fluoride Hungund taluk and low-fluoride Bagalkot taluk, Bagalkot District, Karnataka, India, with normal birth history and permanently residing in region, no history of head trauma, chronic illness, or current medication use; included 80 with dental fluorosis of 150 examined from Hungund taluk, 80 without dental fluorosis of 120 examined from Bagalkot taluk; study dates and participation rates NR | 7–11 y | 160<br><br>80 with dental fluorosis<br><br>80 without dental fluorosis | Dental fluorosis, classified using Dean's index, excluding questionable cases<br><br>Groundwater fluoride in region of residence (not analyzed in association with IQ) | Mild, moderate, or severe dental fluorosis; distribution NR<br><br>Groundwater fluoride (ppm):<br>High-fluoride region (Hungund taluk): 2.5–3.5 ppm<br>Low-fluoride region (Bagalkot taluk): < 0.5 ppm | Raven's Colored Progressive Matrices | Sex (stratified)<br><br>"Apart from these [fluorosis] criteria, by every other comparison i.e., the cultural level, standard of living, lifestyle habits, were essentially the same for the two regions" | IQ score by dental fluorosis status:<br>Fluorosis: mean = 66.6250, SD = 18.0908<br>No fluorosis: mean = 76.3625, SD = 20.8431, **p = 0.0019**<br><br>Fluorosis, boys: mean = 68.6667, SD = 16.2100<br>No fluorosis, boys: mean = 75.1429, SD = 22.8592, p = 0.1285<br>Fluorosis, girls: mean = 64.3684, SD = 19.9410<br>No fluorosis, girls: mean = 78.2903, SD = 17.3689, **p = 0.0032**<br><br>IQ score by dental fluorosis severity:<br>None: 75.8850 [unclear why different from above]<br>Mild: mean = 66.7290; **p = 0.0332 vs. none**, p = 0.9998 vs. moderate, p = 0.9874 vs. severe<br>Moderate: mean = 66.3130; p = 0.2795 vs. none, p = 0.9687 vs. severe<br>Severe: mean = 66.4000; p = 0.7179 vs. none<br><br>Prevalence of IQ grade by fluorosis vs. no fluorosis:<br>Superior: 0% vs. 1.25%<br>High average: 1.25% vs. 3.75%<br>Average: 15.00% vs. 25.00%<br>Low average: 11.25% vs. 22.50%<br>Borderline: 17.50% vs. 10.00%<br>Extremely low: 55.00% vs. 37.50%<br>**p = 0.0460** |

1807950.000 – 7057

U.S. EXHIBIT 505.0132

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Singh et al. | 2013 | Ref list | Incia | Ecological cross-sectional | Schoolchildren from the rural area of Dausa District, a high-fluoride region, and Jaipur District, a low-fluoride region, in Rajasthan, India; subject recruitment sources (e.g., schools), eligibility criteria, study dates, and participation rates NR | 9–14 y | 142<br><br>70 high-fluoride<br><br>72 low-fluoride | Drinking water in district of residence<br><br>Drinking water at home (not analyzed in association with IQ)<br><br>Spot urine (not analyzed in association with IQ)<br><br>Serum (not analyzed in association with IQ) | Drinking water fluoride (ppm):<br>High-fluoride district (Dausa): mean = 6.8, SD = 1.6; overall district > 2 ppm<br>Low-fluoride district (Jaipur): mean = 1.03, SD = 0.15; overall district < 1.5 ppm<br>p < 0.001<br><br>Urinary fluoride (unit NR):<br>High-fluoride district: mean = 5.23, SD = 2.1<br>Low-fluoride district: mean = 1.79, SD = 0.2<br>p < 0.001<br><br>Serum fluoride (unit NR):<br>High-fluoride district: mean = 0.986, SD = 0.03<br>Low-fluoride district: mean = 0.029, SD = 0.012<br>p < 0.001 | Raven's Standard Progressive Matrices<br><br>≥ 130 (outstanding): 0%<br>120–129 (excellent): 2.1%<br>110–119 (high average): 4.9%<br>90–109 (average): 38.7%<br>80–89 (low average): 33.1%<br>70–79 (borderline): 16.2%<br>≤ 69 (impaired): 4.9% | None<br><br>"The subjects were similar in living conditions, parental literacy, socioeconomic status, and health history. Moreover, age- and sex-matched controls were selected from the rural area of Jaipur district." | IQ grade in high-fluoride vs. low-fluoride district:<br>Outstanding: 0% vs. 0%<br>Excellent: 1.4% vs. 2.8%<br>High average: 2.8% vs. 6.9%<br>Average: 29.2% vs. 47.2%<br>Low average: 34.7% vs. 30.6%<br>Borderline: 22.2% vs. 9.7%<br>Impaired: 6.9% vs. 2.8%<br>p-value NR (Fisher's exact p = 0.07) |
| Spittle et al. | 1998 | Fluoride | New Zealand | Prospective cohort (abstract only) | Birth cohort of children born in Christchurch, New Zealand, studied at ages 8 and 9 y, comparing those living in artificially fluoridated Waimairi County with those living in non-fluoridated Christchurch; born mid-1977; participation rates NR<br><br>Update of Shannon et al. (1986) | 8 and 9 y | 1,265 | Duration of residence in an area with a fluoridated public water supply up to age 7 y | Years resident in a fluoridated area (1 ppm), compared with a non-fluoridated area (< 0.1 ppm): 0, 1–3, 4–6, or 7 y (frequencies NR) | Wechsler Intelligence Scale for Children–Revised | NR; assume similar to Shannon et al. 1986 (composite measure of family social position) | Mean IQ score by duration of residence in fluoridated area at age 8 y:<br>0 y: 100.0<br>1–3 y: 99.04<br>4–6 y: 99.40<br>7 y: 100.5<br>p > 0.30<br><br>Mean IQ score by duration of residence in fluoridated area at age 9 y:<br>0 y: 99.9<br>1–3 y: 99.3<br>4–6 y: 98.7<br>7 y: 101.2<br>p > 0.70 |

1807950.000 – 7057

U.S. EXHIBIT 505.0133

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sudhir et al. | 2009 | Ref list | Incia | Ecological cross-sectional | Schoolchildren who were lifelong residents and for first 10 years of life consumed drinking water from same source in Nalgonda District, Andhra Pradesh, India, a region with various drinking water fluoride levels, stratified into four groups for study, excluding children with a history of brain disease, head injury, congenital or acquired disease affecting intelligence, orthodontic brackets, severe extrinsic stains on teeth, or non-permanent residence; August–October 2006; participation rates NR | 13–15 y | 1,000<br><br>250 in each of 4 fluoride levels | Drinking water in village of residence (1–2 samples per school)<br><br>Dental fluorosis, classified using Dean's index | Drinking water fluoride (ppm):<br>Level 4 villages: > 4.0<br>Level 3 villages: 1.3–4.0<br>Level 2 villages: 0.7–1.2<br>Level 1 villages: < 0.7<br><br>Dental fluorosis grade:<br>0.5: 1.0%<br>1: 17.9%<br>2: 15.7%<br>3: 41.4%<br>4: 24.0% | Raven's Standard Progressive Matrices, 1992 edition<br><br>≥ 95th percentile (intellectually superior, grade 1): 0%<br>≥ 75th–94th percentile (definitely above average, grade 2): 0.4%<br>≥ 26th–74th percentile (intellectually average, grade 3): 16.7%<br>≥ 6th–25th percentile (definitely below average, grade 4): 27.8%<br>≤ 5th percentile (intellectually impaired, grade 5): 55.1% | None<br><br>Age, sex, and socioeconomic status not significantly associated with IQ grade | Mean IQ grade by drinking water fluoride (higher = worse):<br>≥ 4.1 ppm: 4.6<br>1.3–4.0 ppm: 4.4<br>0.7–1.2 ppm: 4.4<br>≤ 0.6 ppm: 4.1<br>p-value NR<br><br>Distribution of IQ grades by dental fluorosis grade:<br>Fluorosis 0.5: 10.0% grade 2, 40.0% grade 3, 50.0% grade 4, 0.0% grade 5<br>Fluorosis 1: 0.0% grade 2, 31.8% grade 3, 24.6% grade 4, 43.6% grade 5<br>Fluorosis 2: 0.6% grade 2, 23.6% grade 3, 24.8% grade 4, 51.0% grade 5<br>Fluorosis 3: 0.2% grade 2, 9.9% grade 3, 33.8% grade 4, 56.0% grade 5<br>Fluorosis 4: 0.4% grade 2, 11.7% grade 3, 20.8% grade 4, 67.1% grade 5<br>p < 0.001 |
| Thomas et al. | 2018 | Fluoride | Mexico | Prospective birth cohort (abstract only) | Same as Bashash et al. 2017: Mother-child pairs in 2 (of 4) cohorts from 3 hospitals in Mexico City, Mexico, that serve low-to-moderate-income families; cohort 2A = observational study of prenatal lead and neurodevelopment in women pregnant or planning to become pregnant; cohort 3 = randomized trial of calcium supplementation and blood lead in pregnant women; eligible if recruited at ≤ 14 weeks' gestation, with no history of psychiatric disorders, no current use of daily alcohol, illegal drugs, or continuous prescription drugs, no diagnosis of high-risk pregnancy, gestational diabetes, preeclampsia, renal disease (but "not screened for renal problems that could potentially affect the urinary fluoride levels"), circulatory disease, hypertension, or seizure during index pregnancy; recruited 1997–1999 (cohort 2A) | Prenatal to 3 y | 401 | Early morning, non-fasting second void prenatal maternal urine, averaged over trimesters 1, 2, and 3, adjusted for creatinine<br><br>Prenatal maternal plasma and child urine (not analyzed in association with Mental Development Index) | Maternal urinary fluoride, creatinine-adjusted (mg/L): Median = 0.835, range = 0.195–3.673<br><br>Overall mean with creatinine adjustment = 0.91 mg/L, without adjustment = 0.85 mg/L<br>Intraclass correlation coefficient by trimester = 0.25<br><br>Sources: fluoridated salt (250 ppm) and naturally occurring fluoride in drinking water (possible range: 0.15–1.38 mg/L; NR for public water supply)<br><br>Some exposure information from Thomas et al. 2016 | Bayley Scales of Infant Development-II, Mental Development Index subscale | Maternal age, education, marital status, study cohort, child's sex, child's age | Change in Mental Development Index per 0.5 mg/L creatinine-adjusted maternal urinary fluoride:<br>β = −1.20, 95% CI = −2.19, −0.20<br><br>Results NR for Bayley Psychomotor Development Index |

133

U.S. EXHIBIT 505.0134

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|----------------------|---------|
| | | | | | or 2001–2003 (cohort 3); participation rates NR | | | | | | | |

134

U.S. EXHIBIT 505.0135

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| Till et al. | in review | Ref list | Canada | Prospective birth cohort | Mother-child pairs recruited during pregnancy from 7 hospitals in 6 cities across Canada, restricted to mothers with child IQ and postal codes linked to a water treatment plant with fluoride measurements, and without primary drinking source from a well or "other" source; 2,001 participants (39% of 5,108 eligible pregnant women in overall cohort<br><br>Of 610 children evaluated at ages 3–4 y (participation rate NR), 601 (99%) had child IQ; of these, 398 (67%) reported drinking tap water and had water fluoride data and complete covariate data; 350 (58%) also had maternal prenatal urinary fluoride data<br><br>Some information from Arbuckle et al. (2013) | Prenatal to 3–4 y | 398 fluoride intake from infant formula (200 breastfed for ≥ 6 months, 198 formula-fed)<br><br>350 also with maternal urinary fluoride | Estimated intake from infant formula, based on residential drinking water fluoride, mother-reported formula intake in first year, and assumed daily water intake<br><br>Prenatal maternal spot urine, averaged over trimesters 1, 2, and 3, adjusted for specific gravity<br><br>Drinking water in postal code area, averaged across pregnancy | Residential drinking water fluoride (mg/L): Breastfed, fluoridated area: mean = 0.58, SD = 0.08<br>Breastfed, unfluoridated area: mean = 0.13, SD = 0.06<br>Formula-fed, fluoridated area: mean = 0.59, SD = 0.07<br>Formula-fed, unfluoridated area: mean = 0.13, SD = 0.05<br><br>Fluoride intake from infant formula (mg/day):<br>Breastfed, fluoridated area: mean = 0.12, SD = 0.07<br>Breastfed, unfluoridated area: mean = 0.02, SD = 0.02<br>Formula-fed, fluoridated area: mean = 0.34, SD = 0.12<br>Formula-fed, unfluoridated area: mean = 0.08, SD = 0.04<br><br>Maternal urinary fluoride, specific-gravity-adjusted (mg/L):<br>Breastfed, fluoridated area: mean = 0.70, SD = 0.39<br>Breastfed, unfluoridated area: mean = 0.42, SD = 0.28<br>Formula-fed, fluoridated area: mean = 0.64, SD = 0.37<br>Formula-fed, unfluoridated area: mean = 0.38, SD = 0.27 | Wechsler Preschool and Primary Scale of Intelligence, 3rd edition: full-scale, verbal, and performance IQ<br><br>Standardized by age and sex | Age, sex, race, city, quality of child's home environment, maternal education, and secondhand smoke; maternal prenatal urinary fluoride in alternative models; formula-feeding status in unstratified models | Change in full-scale IQ per 0.5 mg/L drinking water fluoride:<br>**β for formula-fed = −4.40, 95% CI = −8.34, −0.46**; β = −3.58, 95% CI = −7.83, 0.66 adj. for maternal urinary F<br>β for breastfed = −1.34, 95% CI = −5.04, 2.38; β = −1.69, 95% CI = −5.66, 2.27 adj. for maternal urinary F<br><br>Change in performance IQ per 0.5 mg/L drinking water fluoride:<br>**β for formula-fed = −9.26, 95% CI = −13.77, −4.76; β = −7.93, 95% CI = −12.84, −3.01 adj. for maternal urinary F**<br>**β for breastfed = −6.19, 95% CI = −10.45, −1.94; β = −6.30, 95% CI = −10.92, −1.68 adj. for maternal urinary F**<br><br>Change in verbal IQ per 0.5 mg/L drinking water fluoride:<br>β for formula-fed = 0.89, 95% CI = −2.87, 4.65; β = 2.60, 95% CI = −1.98, 7.16 adj. for maternal urinary F<br>β for breastfed = 3.06, 95% CI = −0.49, 6.61; β = −4.20, 95% CI = −0.06, 8.45 adj. for maternal urinary F<br><br>Change in full-scale IQ per 0.5 mg fluoride from infant formula:<br>β = −2.69, 95% CI = −7.38, 2.01; β = −1.94, 95% CI = −7.09, 3.21 adj. for maternal urinary F<br><br>Change in performance IQ per 0.5 mg fluoride from infant formula:<br>**β = −8.76, 95% CI = −14.18, −3.34; β = −7.62, 95% CI = −13.64, −1.60 adj. for maternal urinary F**<br><br>Change in verbal IQ per 0.5 mg fluoride from infant formula:<br>β = 3.08, 95% CI = −1.40, 7.55; β = 3.05, 95% CI = −1.89, 7.89 adj. for maternal urinary F<br><br>Change in IQ per 0.5 mg/L maternal urinary fluoride: sig. lower performance IQ after adj. for F from infant formula, but not drinking water |

135

U.S. EXHIBIT 505.0136

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|--------------------|-----------------| -------------------|---------------------|---------|
| Trivedi et al. | 2007 | Fluoride | Incia | Ecological cross-sectional | Schoolchildren in sixth and seventh grades at the one local school per area in high-fluoride Sachana, Sanand District, and low-fluoride Chandlodia, Ahmedabad District, Gujarat, India, limited to lifelong residents of their respective locations; study dates and participation rates NR | 12–13 y | 190<br><br>89 high-fluoride<br><br>101 low-fluoride | Drinking water in area of residence<br><br>Spot urine, averaged by area of residence | Urinary fluoride (mg/L):<br>High-fluoride area (Sachana): mean = 6.13, SD = 0.67<br>Low-fluoride area (Chandlodia): mean = 2.30, SD = 0.28<br><br>Drinking water fluoride (mg/L):<br>High-fluoride area (Sachana): mean = 5.55, SD = 0.41<br>Low-fluoride area (Chandlodia): mean = 2.01, SD = 0.009<br><br>≥ 130 (very superior): 1.1%<br>120–129 (superior): 1.6%<br>110–119 (bright normal): 18.9%<br>90–109 (normal): 58.9%<br>80–89 (dull normal): 12.1%<br>70–79 (borderline): 5.3%<br>≤ 69 (mental retardation): 2.1% | IQ assessed by "questionnaire prepared by Professor JH Shah, copyrighted by Akash Manomapan Kendra, Ahmedabad, India, and standardized on the Gujarati population with 97% reliability rate in relation to the Stanford-Binet Intelligence Scale" | Sex (stratified)<br><br>"The nutritional and middle class socioeconomic status of both areas is very similar and good, but slightly lower in Sachana." | IQ score by district:<br>High fluoride: mean = 91.72, SD = 1.13<br>Low fluoride: mean = 104.44, SD = 1.23<br>p < 0.001<br>Similar results after stratification by gender or both grade and gender<br><br>IQ grade in high-fluoride vs. low-fluoride district:<br>Very superior: 0% vs. 1.98%<br>Superior: 0% vs. 2.97%<br>Bright normal: 2.25% vs. 33.66%<br>Normal: 69.66% vs. 49.50%<br>Dull normal: 15.73% vs. 8.91%<br>Borderline: 8.99% vs. 1.98%<br>Mental retardation: 3.37% vs. 0.99% |

1807950.000 – 7057

U.S. EXHIBIT 505.0137

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Valdez Jiménez et al. | 2017 | PubMed | Mexico | Prospective birth cohort | Mother-infant pairs with women recruited during pregnancy from health centers in two endemic hydrofluorosis areas, Durango City and Lagos de Moreno, Jalisco, Mexico, restricted to women ≤ 12 weeks' gestation at recruitment, with no history of thyroid disease or clinically diagnosed diabetes, with ≥ 5 years' residence in study area; recruited 2013–2014; 182 potential participants identified, 90 (49%) consented, 65 (36%) approved neuropsychological evaluation of infants<br><br>No significant differences between those with and without consent for neuropsychological evaluation, but those with consent were older, less well educated, more likely to be unmarried, housewife/non-working, and parous, and to use bottled vs. tap water for cooking. No significant differences in characteristics or prenatal urinary fluoride levels (2.2 vs. 2.1 mg/mL) between women who provided samples in 1st and 2nd trimesters vs. 1st only | Mean = 8 months, range = 3–15 months | 65<br><br>1st trimester: 65<br>2nd trimester: 46<br>3rd trimester: 29 | First morning urine in each trimester, adjusted for specific gravity<br><br>Tap and bottled water at home in each trimester (drinking water fluoride not analyzed in association with outcomes) | First morning urinary fluoride (mg/L) by trimester, specific-gravity-adjusted:<br>First: geo mean = 1.9, SE = 1.0, range = 0.16–4.9, 96.0% > 0.65 mg/L<br>Second: geo mean = 2.0, SE = 1.1, range = 0.7–6.0, 100.0% > 0.65 mg/L<br>Third: geo mean = 2.7, SE = 1.1, range = 1.3–8.2, 100.0% > 0.65 mg/L<br><br>Tap water fluoride (mg/L) by trimester:<br>First: geo mean = 2.6, SE = 1.1, range = 0.5–10.8, 81.5% ≤ 1.5 mg/L<br>Second: geo mean = 3.1, SE = 1.1, range = 0.7–10.0, 86.7% ≤ 1.5 mg/L<br>Third: geo mean = 3.7, SE = 1.0, range = 0.6–12.5, 92.2% ≤ 1.5 mg/L<br><br>Bottled water fluoride (mg/L) by trimester:<br>First: geo mean = 2.3, SE = 1.1, range = 0.01–5.7, 52.0% ≤ 0.7 mg/L<br>Second: geo mean = 2.0, SE = 1.0, range = 0.02–8.1, 50.0% ≤ 0.7 mg/L<br>Third: geo mean = 2.9, SE = 1.0, range = 0.02–7.9, 66.7% ≤ 0.7 mg/L | Bayley Scales of Infant Development-II, Mental Development Index and Psychomotor Development Index subscales<br><br>Age-standardized to mean = 100, SD = 15<br><br>Mental Development Index: mean = 91.6, SD = 14.3, range = 60–135; 38.5% ≤ 85, 11.9% ≥ 115<br><br>Psychomotor Development Index: mean = 90.9, SD = 13.5, range = 54–131; 20.9% ≤ 85, 6.0% ≥ 115 | Gestational age, child's age, marginalization index (socioeconomic status), bottled vs. tap for drinking water | Change in Mental Development Index per unit increase in $\log_{10}$ maternal prenatal urinary fluoride, specific-gravity-adjusted:<br>1st trimester: **β = −19.05, SE = 8.9, standard β = −0.32, p = 0.04**<br>2nd trimester: **β = −19.34, SE = 7.46, standard β = −0.36, p = 0.013**<br><br>(Change in Mental Development Index for use of tap vs. bottled drinking water:<br>1st trimester: β = −13.3, SE = 5.4, standard β = 0.38, **p = 0.02**<br>2nd trimester: β = −11.39, SE = 4.88, standard β = 0.34, **p = 0.025**)<br><br>Results for Psychomotor Development Index analyzed but NR<br><br>Results NR for associations with drinking water fluoride, if analyzed |

1807950.000 – 7057

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wang Q et al. | 2012 | Ref list | China | Cross-sectional | Children living in Wamiao Village, a severe endemic fluorosis area, and Xinhuai Village, a fluorosis-non-endemic area about 64 km away, Sihong County, Jiangsu Province, China, excluding children absent from either village for ≥ 2 years, or with a history of brain disease or head injury; study dates NR; 97% participation in Wamiao, 95% participation in Xinhuai<br><br>Overlaps with Xiang et al. (2003, 2013, 2015) | 8–13 y | 526<br><br>236 high-fluoride<br><br>290 low-fluoride | Drinking water fluoride in area<br><br>Total fluoride intake, based on food + water + air<br><br>Dietary fluoride intake, based on food and water testing and dietary survey in 6 families per exposure group<br><br>Air fluoride levels, based on 5-day sampling in 5 households (indoors) and 2 equally spaced points (outdoors) per village | Drinking water fluoride (mg/L):<br>High-fluoride village (Wamiao): mean = 2.45, SD = 0.80, range = 0.57–4.50<br>Low-fluoride village (Xinhuai): mean = 0.36, SD = 0.11, range = 0.18–0.76<br>$p < 0.001$<br><br>Total fluoride intake (mg/person/day):<br>High-fluoride village (Wamiao): mean = 3.05, SD = 0.99, range = 0.73–5.57<br>Low-fluoride village (Xinhuai): mean = 0.78, SD = 0.13, range = 0.57–1.27<br>$p < 0.001$ | Combined Raven's Test for the Rural in China<br><br>≥ 130 (very superior)<br>120–129 (superior)<br>110–119 (high average)<br>90–109 (average)<br>80–89 (low average)<br>70–79 (borderline)<br>≤ 69 (defective)<br><br>Dichotomized at 80 | Age, sex (odds ratios only); sex (stratified)<br><br>[a]The two villages are approximately 64 km apart, there is no significant difference in annual per capita income (t = 1.28, P>0.05), and transportation, education, medical conditions, the natural environment, and lifestyle are essentially consistent between the two. The two villages have no fuel coal or industrial fluoride pollution, and the residents do not drink Tibeti.[a] | Mean ± SD (range) IQ in high-fluoride village vs. low-fluoride village:<br>Total: 92.02 ± 13.00 (54–125) vs. 100.41 ± 13.21 (60–128), **$p < 0.01$**<br>Males: 94.73 ± 13.09 vs. 100.69 ± 13.52, **$p < 0.01$**<br>Females: 88.72 ± 12.16 vs. 100.0 ± 12.87, **$p < 0.01$**<br><br>Total fluoride intake (mean ± SD, mg/person/day), IQ score (mean ± SD), and % with IQ < 80 by village drinking water fluoride group:<br>Group E (≥ 4.00 mg/L): 4.51 ± 0.43; 87.97 ± 11.99; 26.47%<br>Group D (3.0–3.99 mg/L): 3.52 ± 0.25; 90.98 ± 13.40; 17.50%<br>Group C (2.0–2.99 mg/L): 2.61 ± 0.27; 93.40 ± 13.19; 13.33%<br>Group B (1.0–1.99 mg/L): 1.34 ± 0.32; 99.16 ± 13.32; 3.51%<br>Group A (< 1.0 mg/L): 0.75 ± 0.09; 100.68 ± 13.07; 6.02%<br>p-value NR<br><br>Change in IQ score per mg/person/day total fluoride intake:<br>**β = −3.519, $r^2$ = 0.1102, $p < 0.001$**<br>**ρ = −0.332, $p < 0.001$**<br><br>Change in prevalence of low IQ < 80 (%) per mg/person/day total fluoride intake:<br>**β = 5.779, r2 = 0.966, p = 0.008**<br>**ρ = 0.966**<br><br>Odds ratio for IQ < 80 vs. ≥ 80 per mg/person/day total fluoride intake, adjusted for age and sex:<br>**1.106, 95% CI = 1.052–1.163** |

1807950.000 – 7057

U.S. EXHIBIT 505.0139

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wang S et al. | 2005 (pub. 2008) | Fluoride | China | Cross-sectional | Children randomly selected from registered students in Zhijin County, Guizhou, China, including children with skeletal fluorosis or only dental fluorosis from a zone with severe fluoride poisoning due to burning of contaminated coal, and children from a zone with relatively low fluoride; October–November 2004; participation rates NR, 203/226 (90%) participants included in IQ analysis, per Table 5 | 7–12 y | 203  57 high-fluoride, skeletal fluorosis 97 high-fluoride, only dental fluorosis 49 low-fluoride (per Table 5 with IQ results) | Spot urine  Dental fluorosis, classified using Dean's index or Chinese "3 types, 9 classifications" index  Skeletal fluorosis based on x-ray of pelvis and right crus of diaphragm (and tarsus if needed) | Urinary fluoride (mg/L): High-fluoride zone: mean = 1.352, SD = 0.457 Low-fluoride zone: mean = 1.611, SD = 0.467 Authors' statement in discussion: "This study found that the children from the severely endemic zone had higher urine fluoride than those from the control zone." Editorial comment: "The data in Table 2 and in the summary in English in the paper as originally published appear to contradict this statement"  Dental fluorosis (selection criterion): 119/203 (58.6%)  No data on drinking water fluoride levels | Raven's Standard Theoretical Intelligence Test, Chinese version  ≥ 95th percentile (high) 75th–94th percentile (good): 11.8% high/good 25th–74th percentile (average): 61.1% 5th–24th percentile (below average): 19.7% ≤ 4th percentile (intellectual deficit): 7.4% | None  "[B]oth zones were free from iodine deficiency, with the basic conditions, including standard of living, level of medical treatment available, sanitation, and cultural development all essentially the same." | Prevalence of IQ grades in skeletal fluorosis vs. dental fluorosis vs. controls (low-fluoride), respectively): High/good: 3.5% vs. 8.2% vs. 28.6% Average: 63.2% vs. 60.8% vs. 59.2% Below average: 21.1% vs. 24.7% vs. 8.2% Deficit: 12.3% vs. 6.2% vs. 4.1% **p < 0.01** for high-fluoride vs. low-fluoride  Urinary fluoride and IQ score: ρ = −0.494, **p < 0.01** |
| Wei et al. | 2014 | Ref list | China | Cross-sectional | Schoolchildren at primary schools in Shadi Village of Xiaba Village and Qianxixiang Zhongtun Village, Yachi Township (long-term treatment group, where the stove/furnace upgrade program and health education had been running for > 3 years), Haizijie Township and Maoliping Village of Bazai Township (short-term treatment group, where a cooking stove upgrade program and health education had been running for < 1 year), and a control school in Qixingguan District, Bijie City, Guizhou Province, an area affected by coal-burning-induced endemic fluorosis and non-iodine deficiency; 2012; participation rates NR | 8–12 y | 741  298 long-term treatment (72 with urinary fluoride) 339 short-term treatment (51 with urinary fluoride) 104 control (42 with urinary fluoride) | Duration of cooking stove upgrade and health education program  Spot urine  Dental fluorosis, classified using Dean's index | Urinary fluoride (mg/L): Short-term treatment group: mean = 3.03, SD = 0.16 Long-term treatment group: mean = 2.33, SD = 0.18 Control group: mean = 1.34, SD = 0.64  Prevalence of dental fluorosis: Short-term treatment group: 85.3% Long-term treatment group: 72.5%; p < 0.01 vs. short-term Control group: 0% | Raven's Standard Progressive Matrices  ≥ 95th percentile (superior): 0.7% 75th –< 95th percentile (good): 22.8% 25th–< 75th percentile (average): 39.3% 5th–< 25th percentile (below average): 29.4% < 5th percentile (intellectually deficient): 7.8% | Age (stratified)  Villages selected on the basis of "comparable local geographical environments, socioeconomic conditions, living standards, and the duration of comprehensive endemic treatment and control measures involving cooking stove upgrade, health education and so on." | IQ grade in short-term treatment vs. long-term treatment vs. control group: Superior: 0% vs. 0.7% vs. 2.9% Good: 14.5% vs. 19.1% vs. 60.6% Average: 41.0% vs. 39.6% vs. 33.7% Below average: 34.8% vs. 32.2% vs. 2.9% Intellectually deficient: 9.7% vs. 8.4% vs. 0% p > 0.05 for short-term vs. long-term; **p < 0.01 across 3 groups**  IQ score and urinary fluoride in affected areas: ρ = −0.553, **p < 0.01** |

139

U.S. EXHIBIT 505.0140

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xiang et al. | 2013 | Fluoride | China | Ecological retrospective | From Xiang et al. 2003a and 2015: children living in Wamiao Village, a severe endemic fluorosis area with 3,097 residents in 2002, and Xinhuai Village, located 64 km away, a fluorosis-non-endemic area with 3,208 residents in 2002, Sihong County, Jiangsu Province, China, excluding children absent from either village for ≥ 2 years, or with a history of brain disease or head injury; since 2004 in Wamiao and 2009 in Xinhuai, almost all villagers have used tap water rather than well water; September–December 2002 for IQ and initial exposure assessment, June 2013 for updated exposure assessment; 93% participation in Wamiao, 95% participation in Xinhuai<br><br>Xiang et al. 2013 adds arsenic (and concurrent fluoride) exposure assessment in shallow well water to Xiang et al. (2003) | 8–13 y | From Xiang et al. 2003a: 512<br><br>222 high-fluoride<br><br>290 low-fluoride | Drinking water from household shallow wells still in use as of 2013 (n = 17 in Wamiao, 20 in Xinhuai) | Water fluoride (mg/L) in household shallow wells:<br>High-fluoride village (Wamiao): mean = 2.28, SD = 0.44, range = 1.66–3.18<br>Low-fluoride village (Xinhuai): mean = 0.38, SD = 0.21, range = 0.15–0.77<br>$p < 0.001$<br><br>Water arsenic (µg/L) in household shallow wells:<br>High-fluoride village: mean = 0.24, SD = 0.26, range = 0–0.50, 9/17 (53%) non-detectable<br>Low-fluoride village: mean = 16.40, SD = 19.11, range = 0–48.50, 7/20 (35%) non-detectable<br><br>$p = -0.264$, $p = 0.305$ for well water fluoride and arsenic in high-fluoride village<br>$p = -0.765$, $p < 0.001$ for well water fluoride and arsenic in low-fluoride village | From Xiang et al. 2003a: Combined Raven's Test for the Rural in China<br><br>≥ 130 (very superior): 0%<br>120–129 (superior): 3.7%<br>110–119 (bright normal): 15.4%<br>90–109 (normal): 49.8%<br>80–89 (dull normal): 20.9%<br>70–79 (borderline): 7.6%<br>≤ 69 (mental retardation): 2.5% | None | From Xiang et al. 2003a:<br><br>IQ score by village:<br>High fluoride, low arsenic: mean = 92.02, SD = 13.00, range = 54–26<br>Low fluoride, high arsenic: mean = 100.41, SD = 13.21, range = 60–128<br>**$p < 0.01$**<br><br>IQ grade in high-fluoride, low-arsenic village vs. low-fluoride, high-arsenic village:<br>Very superior: 0% vs. 0%<br>Superior: 2.25% vs. 4.83%<br>Bright normal: 5.86% vs. 22.76%<br>Normal: 47.30% vs. 51.72%<br>Dull normal: 29.28% vs. 14.48%<br>Borderline: 11.71% vs. 4.48%<br>Mental retardation: 3.60% vs. 1.72%<br>p-value NR |

1807950.000 – 7057

U.S. EXHIBIT 505.0141

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xiang et al. | 2015 | Fluoride | China | Cross-sectional (assumed) | From Xiang et al. 2003a and 2015: children living in Wamiao Village, a severe endemic fluorosis area with 3,097 residents in 2002, and Xinhuai Village, located 64 km away, a fluorosis-non-endemic area with 3,208 residents in 2002, Sihong County, Jiangsu Province, China, excluding children absent from either village for ≥ 2 years, or with a history of brain disease or head injury; since 2004 in Wamiao and 2009 in Xinhuai, almost all villagers have used tap water rather than well water; September–December 2002 for IQ and initial exposure assessment, June 2013 for updated exposure assessment; 93% participation in Wamiao, 95% participation in Xinhuai<br><br>Xiang et al. (2015) reports some results from Xiang et al. (2010), which was retracted by *Environmental Health Perspectives*, apparently due to duplication of data previously published in Xiang et al. (2003a) | 8–13 y | From Xiang et al. 2003a: 512<br><br>222 high-fluoride<br><br>290 low-fluoride | Serum fluoride (year of measurement NR; assumed to be 2003, based on Xiang et al. 2003b) | NR | From Xiang et al. 2003a: Combined Raven's Test for the Rural in China<br><br>≥ 130 (very superior): 0%<br>120–129 (superior): 3.7%<br>110–119 (bright normal): 15.4%<br>90–109 (normal): 49.8%<br>80–89 (dull normal): 20.9%<br>70–79 (borderline): 7.6%<br>≤ 69 (mental retardation): 2.5% | Age, sex | Change in IQ per unit serum fluoride (mg/L; unclear if log-transformed), adjusted for age and sex:<br>High fluoride, low arsenic: β = −104.70, 95% CI = −192.41, −16.98<br>Low fluoride, high arsenic: β = 59.82, 95% CI = −110.68, 230.32<br><br>OR for IQ < 80 vs ≥ 80 by serum fluoride level, both villages combined<br>< 0.05 mg/L: OR = 1.00 (reference)<br>0.05–0.08 mg/L: OR = 2.22, 95% CI = 1.42–3.47<br>> 0.08 mg/L: OR = 2.48, 95% CI = 1.85–3.32<br>p-trend < 0.0001<br>p-interaction for village and serum = 0.092 |

1807950.000 – 7057

U.S. EXHIBIT 505.0142

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yu et al. | 2018 | PubMed | China | Cross-sectional | Local children residing since birth in 24 villages randomly sampled within each of three historically high-fluoride towns and four low-fluoride towns that were randomly selected within rural areas of Tianjin City, China, where fluoride concentrations have been stable over the past decade, without endemic iodine deficiency or excess exposure to lead, arsenic, or mercury, excluding children with congenital or acquired diseases affecting intelligence, history of cerebral trauma or neurological disorders, positive screening test history (e.g., for hepatitis B infection, *Treponema palladium* infection, Down syndrome), or adverse exposures (smoking, drinking) during maternal pregnancy; 2015; participation rates NR | 7–13 y | 2,886<br><br>1,250 > 1.0 mg/L water fluoride<br><br>1,636 ≤ 1.0 mg/L water fluoride | Spot (early-morning) urine<br><br>Drinking water in village of residence<br><br>Dental fluorosis, classified using Dean's index | Urinary fluoride (mg/L):<br>High-fluoride villages (> 1.0 mg/L): mean = 1.37, SD = 1.08<br>Low-fluoride villages (≤ 1.0 mg/L): mean = 0.41, SD = 0.49<br><br>Drinking water fluoride (mg/L):<br>High-fluoride villages (> 1.0 mg/L): mean = 2.00, SD = 0.75<br>Low-fluoride villages (≤ 1.0 mg/L): mean = 0.50, SD = 0.27<br><br>Dental fluorosis prevalence in high-fluoride vs. low-fluoride villages:<br>Very mild: 17.3% vs. 11.1%<br>Mild: 64.4% vs. 13.7%<br>Moderate: 9.8% vs. 1.0% | Combined Raven's Test for the Rural in China, 2nd edition<br><br>≥ 130 (excellent): 4.5%<br>120–129 (superior): 10.7%<br>110–119 (high normal) --<br>90–109 (normal): 76.4% 90–119<br>80–89 (dull normal): 8.3% < 90<br>70–79 (marginal) --<br>≤ 69 (retarded) -- | Age, sex, paternal education, maternal education, low birth weight for drinking water or urinary fluoride models | Change in IQ per 0.5 mg/L drinking water fluoride:<br>Water fluoride 0.20–3.40 mg/L: β = −0.04, 95% CI = −0.33, 0.24<br>Water fluoride 3.40–3.90 mg/L: **β = −4.29, 95% CI = −8.09, −0.48**<br><br>Change in IQ per 0.5 mg/L urinary fluoride:<br>Urinary fluoride 0.01–1.60 mg/L: β = 0.36, 95% CI = −0.29, 1.01<br>Urinary fluoride 1.60–2.50 mg/L: **β = −2.67, 95% CI = −4.67, −0.68**<br>Urinary fluoride 2.50–5.54 mg/L: β = −0.84, 95% CI = −2.18, 0.50<br><br>ORs vs. normal IQ (90–109) for drinking water fluoride > 1.0 vs. ≤ 1.0 mg/L:<br>Excellent IQ: **OR = 0.47, 95% CI = 0.32–0.71**<br>Superior IQ: OR = 0.89, 95% CI = 0.69–1.15<br>High normal IQ: OR = 0.96, 95% CI = 0.80–1.15<br>Dull normal IQ: OR = 0.85, 95% CI = 0.62–1.17<br>Marginal IQ: OR = 1.25, 95% CI = 0.69–2.26<br><br>ORs vs. normal IQ (90–109) for urinary fluoride > 1.60 vs. ≤ 1.60 mg/L:<br>Excellent IQ: **OR = 0.49, 95% CI = 0.26–0.93**<br>Superior IQ: OR = 0.84, 95% CI = 0.58–1.20<br>High normal IQ: OR = 0.87, 95% CI = 0.68–1.12<br>Dull normal IQ: OR = 0.63, 95% CI = 0.39–1.01<br>Marginal IQ: OR = 1.44, 95% CI = 0.72–2.91<br><br>OR vs. normal IQ (90–109) per 5 mg/L drinking water or urinary fluoride:<br>Excellent IQ, water fluoride 0.20–1.40: **OR = 0.60, 95% CI = 0.47–0.77**<br>Excellent IQ, water fluoride 1.40–3.90: OR = 1.09, 95% CI = 0.88–1.36<br>Excellent IQ, urinary fluoride: OR = 0.87, 95% CI = 0.76–1.01<br>Superior IQ, water fluoride: OR = 0.99, 95% CI = 0.93–1.06<br>Superior IQ, urinary fluoride: OR = 0.96, 95% CI = 0.89–1.04<br>High normal IQ, water fluoride: OR = 0.98, 95% CI = 0.94–1.03<br>High normal IQ, urinary fluoride: OR = 0.99, 95% CI = 0.94–1.04 |

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yu et al. | 2018 | " | " | " | " | " | " | " | " | " | Age, sex, paternal education, maternal education, low birth weight for drinking water or urinary fluoride models; also, urinary or drinking water fluoride in combined analysis<br><br>Age, sex, paternal education, maternal education, body mass index for dental fluorosis model | OR vs. normal IQ (90–109) for per 5 mg/L drinking water or urinary fluoride:<br>Dull normal IQ, water fluoride: OR = 0.96, 95% CI = 0.88–1.05<br>Dull normal IQ, urinary fluoride: OR = 0.90, 95% CI = 0.81–1.00<br>Marginal IQ, water fluoride: OR = 1.04, 95% CI = 0.89–1.23<br>Marginal IQ, urinary fluoride: OR = 1.07, 95% CI = 0.91–1.25<br>OR vs. normal IQ (90–109) by dental fluorosis grade vs. none:<br>Excellent IQ, very mild fluorosis: **OR = 0.41, 95% CI = 0.20–0.83**<br>Excellent IQ, mild fluorosis: **OR = 0.56, 95% CI = 0.37–0.86**<br>Excellent IQ, moderate fluorosis: OR = **0.21, 95% CI = 0.05–0.87**<br>Excellent IQ, per fluorosis grade: **OR = 0.70, 95% CI = 0.57–0.86**<br>OR vs. normal IQ (90–109) by dental fluorosis grade vs. none:<br>Superior IQ, very mild fluorosis: OR = 1.08, 95% CI = 0.74–1.59<br>Superior IQ, mild fluorosis: OR = 0.83, 95% CI = 0.62–1.12<br>Superior IQ, moderate fluorosis: OR = 0.54, 95% CI = 0.26–1.11<br>Superior IQ, per fluorosis grade: OR = 0.89, 95% CI = 0.78–1.01<br>OR vs. normal IQ (90–109) by dental fluorosis grade vs. none:<br>High normal IQ, very mild fluorosis: OR = 1.23, 95% CI = 0.93–1.63<br>High normal IQ, mild fluorosis: OR = 1.04, 95% CI = 0.84–1.28<br>High normal IQ, moderate fluorosis: OR = 0.74, 95% CI = 0.46–1.18<br>High normal IQ, per fluorosis grade: OR = 0.99, 95% CI = 0.90–1.08<br>OR vs. normal IQ (90–109) by dental fluorosis grade vs. none:<br>Dull normal IQ, very mild fluorosis: OR = 0.77, 95% CI = 0.45–1.33<br>Dull normal IQ, mild fluorosis: OR = 1.04, 95% CI = 0.73–1.49<br>Dull normal IQ, moderate fluorosis: OR = 0.52, 95% CI = 0.20–1.35<br>Dull normal IQ, per fluorosis grade: OR = 0.96, |

143

U.S. EXHIBIT 505.0144

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|--------|------|--------|---------|--------------|------------------|-----|---|---------------------|-----------------|--------------------|--------------------|---------|
| | | | | | | | | | | | | 95% CI = 0.82–1.13<br>OR vs. normal IQ (90–109) by dental fluorosis grade vs. none:<br>Marginal IQ, very mild fluorosis: OR = 1.54, 95% CI = 0.68–3.48<br>Marginal IQ, mild fluorosis: OR = 0.53, 95% CI = 0.23–1.22<br>Marginal IQ, moderate fluorosis: OR = 1.18, 95% CI = 0.33–4.18<br>Marginal IQ, per fluorosis grade: OR = 0.86, 95% CI = 0.62–1.19 |

1807950.000 – 7057

U.S. EXHIBIT 505.0145

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang and Cheng | 2015 | Ref list | China | Cross-sectional | Children in a coal-burning endemic fluorosis region, Liupanshui City, Guizhou Province, China, including severely endemic, moderately endemic, mildly endemic, and non-endemic areas; study dates and participation rates NR | 7–13 y | 120<br><br>30 severely endemic fluorosis<br>30 moderately endemic fluorosis<br>30 mildly endemic fluorosis<br>30 normal | [Spot] urine<br><br>Dental fluorosis, classified using Dean's index | Urinary fluoride (mg/L):<br>Severely endemic: mean = 3.32, SD = 1.02, p < 0.01 vs. normal<br>Moderately endemic: mean = 2.41, SD = 0.76, p < 0.05 vs. normal<br>Mildly endemic: mean = 1.54, SD = 0.57, p < 0.05 vs. normal<br>Normal: mean = 0.83, SD = 0.71<br><br>Prevalence of dental fluorosis:<br>Severely endemic: 86.7%, p < 0.01 vs. normal<br>Moderately endemic: 46.7%, p < 0.05 vs. normal<br>Mildly endemic: 16.7%, p < 0.05 vs. normal<br>Normal: 3.3% | Combined Raven's Test for the Rural in China | None<br><br>"When comparing the general information between the populations in the two groups, the difference was not statistically significant (P>0.05), the groups are comparable." | IQ score by group:<br>Severely endemic: mean = 90.52, SD = 10.37, **p < 0.01** vs. normal<br>Moderately endemic: mean = 94.01, SD = 11.24, **p < 0.05** vs. normal<br>Mildly endemic: mean = 97.89, SD = 12.43, **p < 0.05** vs. normal<br>Normal: mean = 110.34, SD = 11.52<br><br>IQ grade in severely endemic, moderately endemic, mildly endemic, and normal groups, respectively:<br>Very superior: 0% vs. 3.33% vs. 6.67% vs. 10%<br>Superior: 3.33% vs. 3.33% vs. 6.67% vs. 6.67%<br>High average: 13.3% vs. 20% vs. 20% vs. 33.3%<br>Average: 23.3% vs. 26.7% vs. 30% vs. 36.7%<br>Low average: 23.3% vs. 23.3% vs. 20% vs. 10%<br>Borderline: 26.7% vs. 16.7% vs. 10% vs. 3.33%<br>Extremely low: 10% vs. 6.67% vs. 6.67% vs. 0%<br>p-value NR |
| Zhao et al. | 2019 | PubMed | China | Ecological cross-sectional | Local children residing since birth in high-fluoride town of Dakoutun or normal-fluoride town of Lintingkou, Baodi District, Tianjin Province, China, where annual surveillance data divide areas into high- and normal-fluoride areas, and fluoride concentrations have been stable over past decades; 2015; participation rates NR<br><br>Possible overlap with Zhou et al. (2019) and/or Yu et al. (2018) | 8–12 y | 25 high-fluoride<br>27 normal-fluoride | Drinking water in village of residence | Drinking water fluoride NR<br><br>[Circulating levels of mitochondrial fission/fusion molecules in peripheral blood lymphocytes as possible markers of fluoride-related mitochondrial disruption:<br>Fission-related protein-1 (pg/mL):<br>High fluoride: mean ≈ 490, SD ≈ 90<br>Normal fluoride: mean ≈ 570, SD ≈ 90<br>p < 0.05<br><br>Mitofusin-2 (μg/mL):<br>High fluoride: mean ≈ | Combined Raven's Test for the Rural in China, 2nd edition | None | IQ score by village:<br>High fluoride: mean ≈ 99, SD ≈ 6<br>Normal fluoride: mean ≈ 112, SD ≈ 5<br>**p < 0.05**<br><br>[Other results with unclear relevance:<br>IQ score and fission-related protein-1: Pearson ρ = 0.293, p = 0.035<br>IQ score and mitofusin-2: Pearson ρ = -0.313, p = 0.024] |

145

U.S. EXHIBIT 505.0146

August 1, 2019

| Author | Year | Source | Country | Study Design | Study Population | Age | N | Exposure Assessment | Exposure Levels | Outcome Assessment | Confounders Adjusted | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 126, SD ≈ 25 Normal fluoride: mean ≈ 112, SD ≈ 21 $p < 0.05$] | | | |
| Zhou et al. | 2019 | Ref list | China | Cross-sectional | Random "representative sample" of local children residing since birth in high-fluoride or low-fluoride areas, Tianjin Province, China, where annual surveillance data divide areas into high- and normal-fluoride areas, fluoride concentrations have been stable over the past decade, and lead, arsenic, and mercury contamination are absent; 2015; participation rates NR<br><br>Possible overlap with Zhao et al. (2019) and/or Yu et al. (2018) | 8–12 y | 25 high-fluoride 25 normal-fluoride | Household drinking water<br><br>Fasting urine | Household drinking water fluoride (mg/L) by area: High fluoride: mean ≈ 1.7, SD ≈ 0.7 Normal fluoride: mean ≈ 0.6, SD ≈ 0.2 $p < 0.001$<br><br>Urinary fluoride (mg/L) by area: High fluoride: mean ≈ 2.0, SD ≈ 0.5 Normal fluoride: mean ≈ 0.2, SD ≈ 0.2 $p < 0.001$<br><br>[Circulating levels of autophagy proteins in peripheral blood lymphocytes as possible markers of fluoride-related autophagy and potential apoptosis: Autophagy-related protein 5: mean NR Microtubule-associated protein 1 light chain 3-II: mean NR] | Combined Raven's Test for the Rural in China, 2nd edition | None<br><br>"The age and gender of the two groups of children were matched well." | IQ score and household drinking water fluoride:<br>**Pearson $p$ = -0.604, $p < 0.001$**<br><br>IQ score and urinary fluoride:<br>**Pearson $p$ = -0.804, $p < 0.001$**<br><br>IQ score by village:<br>High fluoride: mean ≈ 99, SD ≈ 5<br>Normal fluoride: mean ≈ 113, SD ≈ 5<br>**$p < 0.001$**<br><br>[Other results with unclear relevance:<br>Household drinking water fluoride and autophagy-related protein 5: Pearson $p$ = -0.315, $p$ = 0.026<br>Urinary fluoride and autophagy-related protein 5: Pearson $p$ = -0.415, $p$ = 0.003<br>IQ score and autophagy-related protein 5: Pearson $p$ = 0.386, $p$ = 0.006<br>Household drinking water fluoride and microtubule-associated protein 1 light chain 3-II: Pearson $p$ = -0.342, $p$ = 0.015<br>Urinary fluoride and microtubule-associated protein 1 light chain 3-II: Pearson $p$ = -0.412, $p$ = 0.003<br>IQ score and microtubule-associated protein 1 light chain 3-II: Pearson $p$ = 0.435, $p$ = 0.002] |

1807950.000 – 7057

U.S. EXHIBIT 505.0147

# References

Agency for Healthcare Research and Quality. Methods Guide for Effectiveness and Comparative Effectiveness Reviews. AHRQ Publication No. 10(14)-EHC063-EF. Rockville, Maryland: Agency for Healthcare Research and Quality, 2014.

Aggeborn L, Öhman M. The effects of fluoride in the drinking water. Working Paper Series 2017:20, IFAU - Institute for Evaluation of Labour Market and Education Policy. (Earlier version dated June 27, 2016: https://editorialexpress.com/cgi-bin/conference/download.cgi?db_name=EEAESEM2016&paper_id=206) 2017.

Allen R. Creatinine corrections for obesity and pregnancy to pesticide doses estimated from NHANES urinary data. Epidemiology 2008;19(6):S74.

An J, Mei S, Liu A, et al. The effects of high fluoride on the intelligence level of primary and secondary students. Chin J Control Endem Dis 1992;7(2):93-94.

Anderson PL, Cronin ME, Kazmierski S. WISC-R stability and re-evaluation of learning-disabled students. J Clin Psychol 1989;45(6):941-944.

Arango-Lasprilla JC, Rivera D, Ertl MM, et al. Rey-Osterrieth Complex Figure - copy and immediate recall (3 minutes): Normative data for Spanish-speaking pediatric populations. NeuroRehabilitation 2017;41(3):593-603.

Aravind A, Dhanya RS, Narayan A, et al. Effect of fluoridated water on intelligence in 10-12-year-old school children. J Int Soc Prev Community Dent 2016;6(Suppl 3):S237-S242.

Arbuckle TE, Fraser WD, Fisher M, et al. Cohort profile: the Maternal-Infant Research on Environmental Chemicals research platform. Paediatr Perinat Epidemiol 2013;27(4):415-425.

Asawa K, Pujara P, Thakkar JP, et al. Assessment of intelligence quotient among schoolchildren of fishermen community of Kutch, Gujarat, India. Int Marit Health 2014;65(2):73-78.

Atkinson TM, Konold TR, Glutting JJ. Patterns of memory: a normative taxonomy of the Wide Range Assessment of Memory and Learning-Second Edition (WRAML-2). J Int Neuropsychol Soc 2008;14(5):869-877.

ATSDR. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR), 2003.

ATSDR. Toxicological Profile for Iodine. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR), 2004.

ATSDR. Toxicological Profile for Arsenic. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry (ATSDR), 2007.

Augustyniak M, Mrozek-Budzyn D, Kieltyka A, et al. Stability of the mental and motor Bayley Scales of Infant Development (2nd ed.) in infants over first three years of life. Przegl Epidemiol 2013;67(3):483-486, 581-484.

Axelrod BN. Validity of the Wechsler Abbreviated Scale of Intelligence and other very short forms of estimating intellectual functioning. Assessment 2002;9(1):17-23.

Aylward LL, Hays SM, Vezina A, et al. Biomonitoring equivalents for interpretation of urinary fluoride. Regul Toxicol Pharmacol 2015;72(1):158-167.

U.S. EXHIBIT 505.0148

Baez RJ, Baez MX, Marthaler TM. Urinary fluoride excretion by children 4-6 years old in a south Texas community. Rev Panam Salud Publica 2000;7(4):242-248.

Bai A, Li Y, Fan Z, et al. Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. Chin J Endemiol 2014;33(2):160-163.

Barberio AM, Quinonez C, Hosein FS, et al. Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. Can J Public Health 2017;108(3):e229-e239.

Barr DB, Wilder LC, Caudill SP, et al. Urinary creatinine concentrations in the U.S. population: implications for urinary biologic monitoring measurements. Environ Health Perspect 2005;113(2):192-200.

Barrett-Connor E. Commentary: Observation versus intervention—what's different? Int J Epidemiol 2004;33(3):457-459.

Basavarajappa, Venkatesan D, Vidya M. Normative data on Seguin Form Board Test. Indian J Clin Psychol 2009;35(2):93-97.

Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Environ Health Perspect 2017;125(9):097017.

Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int 2018;121(Pt 1):658-666.

Beltrán-Aguilar ED, Barker L, Dye BA. Prevalence and severity of dental fluorosis in the United States, 1999-2004. NCHS Data Brief 2010(53):1-8.

Bingham WC, Burke HR, Murray S. Raven's progressive matrices: construct validity. J Psychol 1966;62(2):205-209.

Bodner KE, Williams DL, Engelhardt CR, et al. A Comparison of Measures for Assessing the Level and Nature of Intelligence in Verbal Children and Adults with Autism Spectrum Disorder. Res Autism Spectr Disord 2014;8(11):1434-1442.

Broadbent JM, Thomson WM, Ramrakha S, et al. Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. Am J Public Health 2015;105(1):72-76.

Burgstahler AW, Colquhoun J. Neurotoxicity of fluoride. Fluoride 1996;29(2):57-48.

Burgstahler AW. Influence of fluoride and lead on children's IQ: U.S. tolerance standards in question. Fluoride 2003;36(2):79-81.

Burgstahler AW, Neurath C. Translations of twelve Chinese studies on developmental fluoride neurotoxicity. Fluoride 2008;41(2):111-114.

Burgstahler AW, Spittle B. MEDLINE again rejects Fluoride. Fluoride 2009;42(4):256-259.

Button KS, Ioannidis JPA, Mokrysz C, et al. Power failure: why small sample size undermines the reliability of neuroscience. Nat Rev Neurosci 2013;14(5):365-376.

Calderón J, Blenda M, Marielena N, et al. Influence of fluoride exposure on reaction time and visuospatial organization in children. Abstract. 2000 Annual Conference of the ISEE (International Society for Environmental Epidemiology), Buffalo, New York. Epidemiol 2000;11(4):S153.

Camargo-Figuera FA, Barros AJ, Santos IS, et al. Early life determinants of low IQ at age 6 in children from the 2004 Pelotas Birth Cohort: a predictive approach. BMC Pediatr 2014;14:308.

148

U.S. EXHIBIT 505.0149

CDC. Achievements in public health, 1900-1999: fluoridation of drinking water to prevent dental caries. JAMA 2000;283(10):1283-1286.

CDC. National Water Fluoridation Statistics. Available: https://www.cdc.gov/fluoridation/statistics/2014stats.htm. Revised: July 2016. Reviewed: 19 August 2016.  2016.

Chang AM, Shi Y, Sun HQ, et al. [Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coal-burning fluorosis]. Chin J Control Endem Dis 2017;32(8):872-873.

Chang LY, Wang MY, Tsai PS. Diagnostic Accuracy of Rating Scales for Attention-Deficit/Hyperactivity Disorder: A Meta-analysis. Pediatrics 2016;137(3):e20152749.

Chen YX, Han FL, Zhou ZL, et al. Research on the intellectual development of children in high fluoride areas. [Translated by Julian Brooke and published with the concurrence of the Chinese Journal of Control of Endemic Diseases 1991;6 Suppl:99-100.]. Fluoride 2008;41(2):120-124.

Cheung KL, Lafayette RA. Renal physiology of pregnancy. Adv Chronic Kidney Dis 2013;20(3):209-214.

Chmielewska A, Dziechciarz P, Gieruszczak-Bialek D, et al. Effects of prenatal and/or postnatal supplementation with iron, PUFA or folic acid on neurodevelopment: update. Br J Nutr 2016:1-6.

Choi AL, Sun G, Zhang Y, et al. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 2012;120(10):1362-1368.

Choi AL, Zhang Y, Sun G, et al. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. Neurotoxicol Teratol 2015;47:96-101.

Cole P. Causality in epidemiology, health policy, and law. Environ Law Rep 1997;27(6):10279-10285.

Colhoun HM, McKeigue PM, Davey Smith G. Problems of reporting genetic associations with complex outcomes. Lancet 2003;361(9360):865-872.

Connolly BH, Dalton L, Smith JB, et al. Concurrent validity of the Bayley Scales of Infant Development II (BSID-II) Motor Scale and the Peabody Developmental Motor Scale II (PDMS-2) in 12-month-old infants. Pediatr Phys Ther 2006;18(3):190-196.

Cook DJ, Mulrow CD, Haynes RB. Systematic reviews: synthesis of best evidence for clinical decisions. Ann Intern Med 1997;126(5):376-380.

Cowell DC, Taylor WH. Ionic fluoride: a study of its physiological variation in man. Ann Clin Biochem 1981;18 (Pt 2):76-83.

Cui Y, Zhang B, Ma J, et al. Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. Ecotoxicol Environ Saf 2018;165:270-277.

Das K, Mondal NK. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. Environ Monit Assess 2016;188(4):218.

de Vocht F, Burstyn I, Sanguanchaiyakrit N. Rethinking cumulative exposure in epidemiology, again. J Expo Sci Environ Epidemiol 2015;25(5):467-473.

Den Besten PK. Dental fluorosis: its use as a biomarker. Adv Dent Res 1994;8(1):105-110.

149

Denison HJ, Dodds RM, Ntani G, et al. How to get started with a systematic review in epidemiology: an introductory guide for early career researchers. Arch Public Health 2013;71(1):21.

DHHS. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Rep 2015;130(4):318-331.

Dietary Guidelines Advisory Committee. Scientific Report of the 2015 Dietary Guidelines Advisory Committee: Advisory Report to the Secretary of Health and Human Services and the Secretary of Agriculture. Washington, DC: U.S. Department of Agriculture, Agricultural Research Service, 2015.

Diez-Roux AV, Kiefe CI, Jacobs DR, Jr., et al. Area characteristics and individual-level socioeconomic position indicators in three population-based epidemiologic studies. Ann Epidemiol 2001;11(6):395-405.

Ding Y, YanhuiGao, Sun H, et al. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. J Hazard Mater 2011;186(2-3):1942-1946.

Dong L, Yao PJ, Chen W, et al. [An investigation of children's dental fluorosis and intelligence drinking water-type of endemic fluorosis area in Xi'an]. Chin J Epidemiol 2018;37(1):45-48.

Downs SH, Black N. The feasibility of creating a checklist for the assessment of the methodological quality both of randomised and non-randomised studies of health care interventions. J Epidemiol Community Health 1998;52(6):377-384.

Duan Q, Jiao J, Chen X, et al. Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis. Public Health 2018;154:87-97.

Duncan LE, Keller MC. A critical review of the first 10 years of candidate gene-by-environment interaction research in psychiatry. Am J Psychiatry 2011;168(10):1041-1049.

Edwards MC, Gardner ES, Chelonis JJ, et al. Estimates of the validity and utility of the Conners' Continuous Performance Test in the assessment of inattentive and/or hyperactive-impulsive behaviors in children. J Abnorm Child Psychol 2007;35(3):393-404.

Eriksen HL, Kesmodel US, Underbjerg M, et al. Predictors of intelligence at the age of 5: family, pregnancy and birth characteristics, postnatal influences, and postnatal growth. PLoS One 2013;8(11):e79200.

Eswar P, Nagesh L, Devaraj CG. Intelligence quotients of 12–14 year old school children in a high and a low fluoride village in India. Fluoride 2011;44(3):168-172.

Fan ZX, Dai HX, Bai AM, et al. The effect of high fluoride exposure on the level of intelligence in children (translated). Environ Health J 2007;24(10):802-803.

Fanelli D. Do pressures to publish increase scientists' bias? An empirical support from US states data. PLoS One 2010;5(4):e10271.

Fanelli D. Negative results are disappearing from most disciplines and countries. Scientometrics 2012;90(3):891-904.

Faupel-Badger JM, Hsieh CC, Troisi R, et al. Plasma volume expansion in pregnancy: implications for biomarkers in population studies. Cancer Epidemiol Biomarkers Prev 2007;16(9):1720-1723.

150

U.S. EXHIBIT 505.0151

Flynn JR. The mean IQ of Americans: Massive gains 1932 to 1978. Psychological Bulletin 1984;95(1):29-51.

Fordyce TA, Leonhard MJ, Chang ET. A critical review of developmental exposure to particulate matter, autism spectrum disorder, and attention deficit hyperactivity disorder. J Environ Sci Health A Tox Hazard Subst Environ Eng 2018;53(2):174-204.

Franco A, Malhotra N, Simonovits G. Social science. Publication bias in the social sciences: unlocking the file drawer. Science 2014;345(6203):1502-1505.

Goh DS, Youngquist J. A comparison of the McCarthy Scales of Children's Abilities and the WISC-R. J Learning Disabilities 1979;12(5):64-68.

Gollenberg AL, Lynch CD, Jackson LW, et al. Concurrent validity of the parent-completed Ages and Stages Questionnaires, 2nd Ed. with the Bayley Scales of Infant Development II in a low-risk sample. Child Care Health Dev 2010;36(4):485-490.

Green R, Lanphear B, Hornung R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. in press.

Green RR, Lanphear BP, Flora D, et al. Effects of trimester-specific prenatal fluoride exposure and childhood IQ in a Canadian birth cohort [Abstract]. 59th Annual Teratology Society Meeting. Birth Defects Res 2019;111:498.

Greenland S, Schwartzbaum JA, Finkle WD. Problems due to small samples and sparse data in conditional logistic regression analysis. Am J Epidemiol 2000;151(5):531-539.

Greenland S, Mansournia MA, Altman DG. Sparse data bias: a problem hiding in plain sight. BMJ 2016;352:i1981.

Guo XC, Wang R, Cheng CW, W. S., et al. A preliminary investigation of the IQs of 7–13 year-old children from an area with coal burning-related fluoride poisoning. [Translated by Julian Brooke and published with the concurrence of the Chinese Journal of Endemiology 1991;10(2):98-100.]. Fluoride 2008;41(2):125-128.

Guyatt GH, Oxman AD, Montori V, et al. GRADE guidelines: 5. Rating the quality of evidence--publication bias. J Clin Epidemiol 2011a;64(12):1277-1282.

Guyatt GH, Oxman AD, Vist G, et al. GRADE guidelines: 4. Rating the quality of evidence--study limitations (risk of bias). J Clin Epidemiol 2011b;64(4):407-415.

Hack M, Taylor HG, Drotar D, et al. Poor predictive validity of the Bayley Scales of Infant Development for cognitive function of extremely low birth weight children at school age. Pediatrics 2005;116(2):333-341.

Haddad FA, Juliano JM, Vaughan D. Long-term stability of individual WISC-R IQS of learning disabled children. Psychol Rep 1994;74(1):15-18.

He MZ, Zhang CN. Investigation of children's intelligence quotient and dental fluorosis in drinking water-type of endemic fluorosis area in Pucheng county Shaanxi province before and after drinking water change. Chin J Endemiol 2010;29(5):547-548.

Herrington DM, Howard TD. From presumed benefit to potential harm--hormone therapy and heart disease. N Engl J Med 2003;349(6):519-521.

Higgins JPT, Green S eds. Cochrane Handbook for Systematic Reviews of Interventions. Version 5.1.0. Available: https://handbook-5-1.cochrane.org/front_page.htm. Updated: 2011 March The Cochrane Collaboration, 2011.

Hill AB. The environment and disease: association or causation? Proc R Soc Med 1965;58:295-300.

Hong FG, Cao YX, Yang D, et al. Research on the effects of fluoride on child intellectual development under different environmental conditions. [Translated by Julian Brooke

151

U.S. EXHIBIT 505.0152

and published with the concurrence of Chinese Primary Health Care 2001;15(3):56-7.] Fluoride 2008;41(2):156-160.

Huang J, Zhu T, Qu Y, et al. Prenatal, Perinatal and Neonatal Risk Factors for Intellectual Disability: A Systemic Review and Meta-Analysis. PLoS One 2016;11(4):e0153655.

Hvistendahl M. China's publication bazaar. Science 2013;342(6162):1035-1039.

IARC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Volume 100A. Pharmaceuticals. Lyon: IARC; 2012.

Ioannidis JP. Why most published research findings are false. PLoS Med 2005;2(8):e124.

Ioannidis JP, Trikalinos TA. The appropriateness of asymmetry tests for publication bias in meta-analyses: a large survey. CMAJ 2007;176(8):1091-1096.

Ioannidis JP. Why most discovered true associations are inflated. Epidemiology 2008;19(5):640-648.

Ioannidis JP, Tarone R, McLaughlin JK. The false-positive to false-negative ratio in epidemiologic studies. Epidemiology 2011;22(4):450-456.

IOM. Finding What Works in Health Care: Standards for Systematic Reviews. Washington, DC: The National Academies Press, 2011.

Jain RB. Ratio-based vs. model-based methods to correct for urinary creatinine concentrations. Environ Sci Pollut Res Int 2016;23(16):16417-16431.

Janssen AJ, Akkermans RP, Steiner K, et al. Unstable longitudinal motor performance in preterm infants from 6 to 24 months on the Bayley Scales of Infant Development--Second edition. Res Dev Disabil 2011;32(5):1902-1909.

Jin TX, Wang ZH, Wei Y, et al. [Investigation of intelligence level of children aged 8-12 in coal-burning fluorosis area, Guizhou]. J Environ Health 2017;34(3):229-331.

Juárez-López MLA, Hernández-Guerrero JC, Jiménez-Farfán D, et al. Prevalencia de fluorosis dental y caries en escolares de la ciudad de México. Gac Med Mex 2003;139(3):221-225.

Jurek AM, Greenland S, Maldonado G, et al. Proper interpretation of non-differential misclassification effects: expectations vs observations. Int J Epidemiol 2005;34(3):680-687.

Jurek AM, Greenland S, Maldonado G. How far from non-differential does exposure or disease misclassification have to be to bias measures of association away from the null? Int J Epidemiol 2008;37(2):382-385.

Kang JQ, Cheng YB, Wu KG, et al. Effects of fluoride and arsenic in drinking water on children's intelligence. Chin J Sch Health 2011;32(6):679-681.

Karimzade S, Aghaei M, Mahvi AH. Investigation of intelligence quotient in 9–12-year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan Province, Iran. Fluoride 2014;47(1):9-14.

Kavvoura FK, Liberopoulos G, Ioannidis JP. Selection in reported epidemiological risks: an empirical assessment. PLoS Med 2007;4(3):e79.

Khan SA, Singh RK, Navit S, et al. Relationship Between Dental Fluorosis and Intelligence Quotient of School Going Children In and Around Lucknow District: A Cross-Sectional Study. J Clin Diagn Res 2015;9(11):ZC10-15.

Kivimaki M, Batty GD, Kawachi I, et al. Don't let the truth get in the way of a good story: an illustration of citation bias in epidemiologic research. Am J Epidemiol 2014;180(4):446-448.

Kuller LH. Commentary: Hazards of studying women: the oestrogen oestrogen/progesterone dilemma. Int J Epidemiol 2004;33(3):459-460.

Kundu H, Basavaraj P, Singla A, et al. Effect of fluoride in drinking water onchildren's intelligence in high and low fluoride areas of Delhi J Indian Assoc Public Health Dentistry 2015;13(2):116-121.

Lawlor DA, Davey Smith G, Ebrahim S. Commentary: The hormone replacement–coronary heart disease conundrum: is this the death of observational epidemiology? Int J Epidemiol 2004;33(3):464-467.

Leonard H, de Klerk N, Bourke J, et al. Maternal health in pregnancy and intellectual disability in the offspring: a population-based study. Ann Epidemiol 2006;16(6):448-454.

Leonhard MJ, Chang ET, Loccisano AE, et al. A systematic literature review of epidemiologic studies of developmental manganese exposure and neurodevelopmental outcomes. Toxicology 2019;420:46-65.

Li F, Chen X, Huang R, et al. The impact of endemic fluorosis caused by the burning of coal on development of intelligence in children. J Environ Health 2009;26(4):838-840.

Li J, Yao L, Shao QL, et al. Effects of high fluoride level on neonatal neurobehavioral development. [Translated by Bin Li and published with the concurrence of the Chinese Journal of Endemiology 2004 Sep;23(5):463-5.] Fluoride 2008a;41(2):165-170.

Li X, Hou G, Yu B, et al. Investigation and analysis of children's IQ and dental fluorosis in a high fluoride area. J Med Pest Control 2010;26(3):230-231.

Li XS, Zhi JL, Gao RO. Effect of fluoride exposure on intelligence in children. Fluoride 1995;28(4):189-192.

Li Y, Jing X, Chen D, et al. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. [Translated by Julian Brooke and published with the concurrence of the Chinese Journal of Public Health Management 2003:19(4):337-8.] Fluoride 2008b;412(161-164).

Li Y, Li XJ, Wei SQ. Effects of high fluoride intake on child mental work capacity: preliminary investigation into the mechanisms involved. [Translated by Julian Brooke and published with the permission of the Journal of West China University of Medical Sciences 1994;25(2):188-91.] Fluoride 2008c;41(4):331-335.

Lin FF, Aihaiti, Zhao HX, et al. The relationship of a low-iodine and high-fluoride environment to subclinical cretinism in Xinjiang. Endem Dis Bull 1991;6(2):62-27.

Liu S, Lu Y, Sun Z, et al. Report on the intellectual ability of children living in high-fluoride water areas. [Translated by Julian Brooke and published with the concurrence of the

Chinese Journal of Control of Endemic Diseases 2000;15(4):231-2.] Fluoride 2008;41(2):144-147.

Lu F, Zhang Y, Trivedi A, et al. Fluoride related changes in behavioral outcomes may relate to increased serotonin. Physiol Behav 2019;206:76-83.

Lu Y, Sun ZR, Wu LN, et al. Effect of high-fluoride water on intelligence in children. Fluoride 2000;33(2):74-78.

MacPherson S, Arbuckle TE, Fisher M. Adjusting urinary chemical biomarkers for hydration status during pregnancy. J Expo Sci Environ Epidemiol 2018;28(5):481-493.

Mage DT, Allen RH, Kodali A. Creatinine corrections for estimating children's and adult's pesticide intake doses in equilibrium with urinary pesticide and creatinine concentrations. J Expo Sci Environ Epidemiol 2008;18(4):360-368.

153

U.S. EXHIBIT 505.0154

Malin AJ, Till C. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ Health 2015;14:17.

Manju R, Hegde AM, Parlees P, et al. Environmental Arsenic Contamination and Its Effect on Intelligence Quotient of School Children in a Historic Gold Mining Area Hutti, North Karnataka, India: A Pilot Study. J Neurosci Rural Pract 2017;8(3):364-367.

Marthaler TM, Binder-Fuchs M, Baez RJ, et al. Urinary fluoride excretion in Swiss children aged 3 and 4 consuming fluoridated domestic salt. Acta Med Dent Helv 2000;5(6):89-97.

McPherson CA, Zhang G, Gilliam R, et al. An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats. Neurotox Res 2018;34(4):781-798.

Middleton DR, Watts MJ, Lark RM, et al. Assessing urinary flow rate, creatinine, osmolality and other hydration adjustment methods for urinary biomonitoring using NHANES arsenic, iodine, lead and cadmium data. Environ Health 2016;15(1):68.

Molina-Frechero N, Pierdant-Rodriguez AI, Oropeza-Oropeza A, et al. Fluorosis and dental caries: an assessment of risk factors in Mexican children. Rev Invest Clin 2012;64(1):67-73.

Mondal D, Dutta G, Gupta S. Inferring the fluoride hydrogeochemistry and effect of consuming fluoride-contaminated drinking water on human health in some endemic areas of Birbhum district, West Bengal. Environ Geochem Health 2016;38(2):557-576.

Morgan L, Allred E, Tavares M, et al. Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. Pediatr Dent 1998;20(4):244-252.

Morgenstern H. Ecologic studies in epidemiology: concepts, principles, and methods. Annu Rev Public Health 1995;16:61-81.

Mrozek-Budzyn D, Kieltyka MA, Majewska R. Validity and clinical utility of children development assessement using milestones reported by mothers. Przegl Epidemiol 2014;68(1):71-75, 153-155.

Munkvold LH, Manger T, Lundervold AJ. Conners' continuous performance test (CCPT-II) in children with ADHD, ODD, or a combined ADHD/ODD diagnosis. Child Neuropsychol 2014;20(1):106-126.

Mustafa DE, Younis UM, Elhag SA. The relationship between the fluoride levels in drinking water and the schooling performance of children in rural areas of Khartoum State, Sudan. Fluoride 2018;51(2):102-113.

Nagarajappa R, Pujara P, Sharda AJ, et al. Comparative Assessment of Intelligence Quotient among Children Living in High and Low Fluoride Areas of Kutch, India-a Pilot Study. Iran J Public Health 2013;42(8):813-818.

Nissen SB, Magidson T, Gross K, et al. Publication bias and the canonization of false facts. Elife 2016;5.

NRC. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Committee on Fluoride in Drinking Water; Board on Environmental Studies and Toxicology; Division on Earth and Life Studies; National Research Council (NRC). Washington, DC: The National Academies Press, 2006.

NRC. Reference Manual on Scientific Evidence. Third Edition. Washington, D.C.: The National Academies Press; 2011.

154

U.S. EXHIBIT 505.0155

NTP. Systematic review of the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. Research Triangle Park, North Carolina: National Toxicology Program (NTP), 2016.

Ogburn EL, VanderWeele TJ. On the nondifferential misclassification of a binary confounder. Epidemiology 2012;23(3):433-439.

Omid N, Maguire A, O'Hare WT, et al. Total daily fluoride intake and fractional urinary fluoride excretion in 4- to 6-year-old children living in a fluoridated area: weekly variation? Community Dent Oral Epidemiol 2017;45(1):12-19.

Pacheco G, Hedges M, Schilling C, et al. Pre- and postnatal drivers of childhood intelligence: evidence from Singapore. J Biosoc Sci 2013;45(1):41-56.

Pang HL, Yu LC, Lai X, et al. [Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area]. Chin J Control Endem Dis 2018;33(2):151-152.

Pechtel P, Pizzagalli DA. Effects of early life stress on cognitive and affective function: an integrated review of human literature. Psychopharmacology (Berl) 2011;214(1):55-70.

Peckham S, Lowery D, Spencer S. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. J Epidemiol Community Health 2015;69(7):619-624.

Perrott KW. Fluoridation and attention deficit hyperactivity disorder - a critique of Malin and Till (2015). Br Dent J 2018;223(11):819-822.

Petitti D. Commentary: Hormone replacement therapy and coronary heart disease: four lessons. Int J Epidemiol 2004;33(3):461-463.

Physical Activity Guidelines Advisory Committee. Physical Activity Guidelines Advisory Committee Scientific Report. Washington, DC: U.S. Department of Health and Human Services, 2018.

Pickett KE, Pearl M. Multilevel analyses of neighbourhood socioeconomic context and health outcomes: a critical review. J Epidemiol Community Health 2001;55(2):111-122.

Poureslami HR, Horri A, Garrusi B. A comparative study of the IQ of children age 7–9 in a high and a low fluoride water city in Iran. Fluoride 2011;44(3):163-167.

Prentice RL. Postmenopausal hormone therapy and the risks of coronary heart disease, breast cancer, and stroke. Semin Reprod Med 2014;32(6):419-425.

Qin LS, Huo SY, Chen RL, et al. Using the Raven's Standard Progressive Matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-age children. [Translated by Julian Brooke and published with the concurrence of the Chinese Journal of Control of Endemic Diseases 1990;5(4):203-4.]. Fluoride 2008;41(2):115-119.

Raven J. The Raven's progressive matrices: change and stability over culture and time. Cogn Psychol 2000;41(1):1-48.

Razdan P, Patthi B, Kumar JK, et al. Effect of Fluoride Concentration in Drinking Water on Intelligence Quotient of 12-14-Year-Old Children in Mathura District: A Cross-Sectional Study. J Int Soc Prev Community Dent 2017;7(5):252-258.

Reiss R, Chang ET, Richardson RJ, et al. A review of epidemiologic studies of low-level exposures to organophosphorus insecticides in non-occupational populations. Crit Rev Toxicol 2015;45(7):531-641.

1807950.000 – 7057

U.S. EXHIBIT 505.0156

Ren D, Li K, Liu D. A study of the intellectual ability of 8–14 year-old children in high fluoride, low iodine areas. [Translated by Julian Brooke and published with the permission of the Chinese Journal of Control of Endemic Diseases 1989;4(4):251.]. Fluoride 2008;41(4):319-320.

Rhomberg LR, Chandalia JK, Long CM, et al. Measurement error in environmental epidemiology and the shape of exposure-response curves. Crit Rev Toxicol 2011;41(8):651-671.

Rindermann H, Pichelmann S. Future Cognitive Ability: US IQ Prediction until 2060 Based on NAEP. PLoS One 2015;10(10):e0138412.

Ringe WK, Saine KC, Lacritz LH, et al. Dyadic short forms of the Wechsler Adult Intelligence Scale-III. Assessment 2002;9(3):254-260.

Rocha-Amador D, Navarro ME, Carrizales L, et al. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cad Saude Publica 2007;23 Suppl 4:S579-587.

Rocha-Amador D, Navarro M, Trejo-Acevedo A, et al. Use of the Rey-Osterrieth Complex Figure Test for neurotoxicity evaluation of mixtures in children. Neurotoxicology 2009;30(6):1149-1154.

Rocha-Amador DO, Morales R, Navarro ME, et al. Effects of fluoride and arsenic on the central nervous system. In: Bundschuh J, Armienta MA, Birkle P, et al., eds. Natural Arsenic in Groundwaters of Latin America. Boca Raton, FL: CRC Press, 2008:453-458.

Rothman KJ, Greenland S, Lash TL. Modern Epidemiology, 3rd Edition, Mid-Cycle Revision. Philadelphia: Lippincott Williams & Wilkins; 2008.

Sachse D, Sletner L, Morkrid K, et al. Metabolic changes in urine during and after pregnancy in a large, multiethnic population-based cohort study of gestational diabetes. PLoS One 2012;7(12):e52399.

Sameroff AJ, Seifer R, Baldwin A, et al. Stability of intelligence from preschool to adolescence: the influence of social and family risk factors. Child Dev 1993;64(1):80-97.

Sanders AP, Claus Henn B, Wright RO. Perinatal and Childhood Exposure to Cadmium, Manganese, and Metal Mixtures and Effects on Cognition and Behavior: A Review of Recent Literature. Curr Environ Health Rep 2015;2(3):284-294.

Saxena S, Sahay A, Goel P. Effect of fluoride exposure on the intelligence of school children in Madhya Pradesh, India. J Neurosci Rural Pract 2012;3(2):144-149.

SCHER. Critical review of any new evidence on the hazard profile, health effects, and human exposure to fluoride and the fluoridating agents of drinking water. Brussels: Scientific Committee on Health and Environmental Risks (SCHER), European Commission, 2011.

Schulte AG, Graber R, Kasperk C, et al. Influence of fluoridated salt on urinary fluoride excretion of adults. Caries Res 2002;36(6):391-397.

Sebastian ST, Sunitha S. A cross-sectional study to assess the intelligence quotient (IQ) of school going children aged 10-12 years in villages of Mysore district, India with different fluoride levels. J Indian Soc Pedod Prev Dent 2015;33(4):307-311.

Selwitz RH. Strategies for improving methods of assessing fluoride accumulation in body fluids and tissues. Adv Dent Res 1994;8(1):111-112.

Seraj B, Shahrabi M, Falahzade M, et al. Effect of high fluoride concentration in drinking water on children's intelligence. jdm 2006;19(2):80-86.

Seraj B, Shahrabi M, Shadfar M, et al. Effect of high water fluoride concentration on the intellectual development of children in Makoo/Iran. J Dent (Tehran) 2012;9(3):221-229.

1807950.000 – 7057

U.S. EXHIBIT 505.0157

Shannon FT, Fergusson DM, Horwood LJ. Exposure to fluoridated public water supplies and child health and behaviour. N Z Med J 1986;99(803):416-418.

Shapiro S. Meta-analysis/Shmeta-analysis. Am J Epidemiol 1994;140(9):771-778.

Sharma JD, Sohu D, Jain P. Prevalence of neurological manifestations in a human population exposed to fluoride in drinking water. Fluoride 2009;42(2):127-132.

Shivaprakash PK, Ohri K, Noorani H. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot district. J Indian Soc Pedod Prev Dent 2011;29(2):117-120.

Singh VP, Chauhan DS, Tripathi S, et al. A correlation between serum vitamin, acetylcholinesterase activity and IQ in children with excessive endemic fluoride exposure in Rajasthan, India. Int Res J Med Sci 2013;1(3):12-16.

Smith TJ. Occupational exposure and dose over time: limitations of cumulative exposure. Am J Ind Med 1992;21(1):35-51.

Spittle B. A growing concern about safety. Fluoride 1996;29(4):187-188.

Spittle B, Ferguson D, Bouwer C. Intelligence and fluoride exposure in New Zealand children (abstract). Fluoride 1998;31(3):S13.

Spittle B. Fluoride and intelligence. Fluoride 2000;33(2):49-52.

Spittle B. Neurotoxic effects of fluoride. Fluoride 2011;44(3):117-124.

Spittle B. Fluoride, IQ, and advice on type I and II errors. Fluoride 2014a;47(3):188-190.

Spittle B. Further MEDLINE rejection of Fluoride. Fluoride 2014b;47(1):2-8.

Spittle B. Authority and reasoning in science. Fluoride 2014c;47(2):94-97.

Spittle B. Further comments on fluoride and IQ. Fluoride 2014d;47(4):279-282.

Spittle B. Green light for water fluoridation in New Zealand. Fluoride 2015a;48(4):271-273.

Spittle B. A step in the right direction. Fluoride 2015b;48(2):91-92.

Spittle B. Dental fluorosis as a marker for fluoride-induced cognitive impairment. Fluoride 2016a;49(1):3-4.

Spittle B. Short stature, bone deformities, cognitive impairment, delayed dental eruption, and dental fluorosis as examples of fluoride-induced developmental disorders involving disturbed thyroid hormone metabolism and sonic hedgehog signalling. Fluoride 2016b;49(2):95-101.

Spittle B. Development of fluoride toxicity including cognitive impairment with reduced IQ: pathophysiology, interactions with other elements, and predisposing and protective factors. Fluoride 2016c;49(3 Pt 1):189-193.

Spittle B. The effect of the fluoride ion on reproductive parameters and an estimate of the safe daily dose of fluoride to prevent female infertility and miscarriage, and foetal neurotoxicity. Fluoride 2017a;50(3):287-291.

Spittle B. Prevention of fluoride ion-induced IQ loss in children. Fluoride 2017b;50(4):385-392.

Spittle B. Fluoride, IQ, emotion, and children's school performance. Fluoride 2018a;51(2):98-101.

Spittle B. Fluoride-induced developmental disorders and iodine deficiency disorders as examples of developmental disorders due to disturbed thyroid hormone metabolism. Fluoride 2018b;51(4):307-318.

Sudhir KM, Chandu GN, Prashant GM, et al. Effect of fluoride exposure on intelligence quotient (IQ) among 13-15 year old school children of known endemic area of fluorosis, Nalgonda District, Andhra Pradesh. J Indian Assoc Public Health Dentistry 2009;13:88-94.

1807950.000 – 7057

U.S. EXHIBIT 505.0158

Sun MM, Li SG, Wang YF, et al. Using drawing tests to measure intelligence in children from areas impacted by combined Al-F endemic toxicosis (Shuicheng, Guizhou). J Guiyang Med Coll 1991;16(3):204-206.

Tang QQ, Du J, Ma HH, et al. Fluoride and children's intelligence: a meta-analysis. Biol Trace Elem Res 2008;126(1-3):115-120.

Thies KM. Identifying the educational implications of chronic illness in school children. J Sch Health 1999;69(10):392-397.

Thomas D, Sanchez B, Peterson K, et al. Prenatal fluoride exposure and neurobehavior among children 1-3 years of age in Mexico (abstract). Fluoride 2018;51(4):385-386.

Thomas DB, Basu N, Martinez-Mier EA, et al. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 2016;150:489-495.

Thomas DC. Re: "When will nondifferential misclassification of an exposure preserve the direction of a trend?". Am J Epidemiol 1995;142(7):782-784.

Till C, Green R, Grundy JG, et al. Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. Environ Health Perspect 2018;126(10):107001.

Till C, Green R, Flora D, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. in review.

Trahan LH, Stuebing KK, Fletcher JM, et al. The Flynn effect: a meta-analysis. Psychol Bull 2014;140(5):1332-1360.

Trivedi MH, Verma RJ, Chinoy NJ, et al. Effect of high fluoride water on intelligence of school children in India. Fluoride 2007;40(3):178-183.

Trivedi MH, Sangai NP, Patel RS, et al. Assessment of groundwater quality with special reference to fluoride and its impact on IQ of schoolchildren in six villages of the Mundra region, Kachchh, Gujarat, India. Fluoride 2012;45(4):377-383.

Truscott SD, Narrett CM, Smith SE. WISC-R subtest reliability over time: implications for practice and research. Psychol Rep 1994;74(1):147-156.

Tsuji JS, Garry MR, Perez V, et al. Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. Toxicology 2015;337:91-107.

Turner EH, Matthews AM, Linardatos E, et al. Selective publication of antidepressant trials and its influence on apparent efficacy. N Engl J Med 2008;358(3):252-260.

U.S. Department of Health and Human Services. The Health Consequences of Smoking: 50 Years of Progress. A Report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health, 2014.

U.S. EPA. Guidelines for Neurotoxicity Risk Assessment. EPA/630/R-95/001F. (Published on May 14, 1998, Federal Register 63(93):26926-26954). Washington, DC: Risk Assessment Forum, U.S. Environmental Protection Agency (EPA), 1998.

U.S. EPA. Regulation of Chemicals under Section 6(a) of the Toxic Substances Control Act. Available: https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/regulation-chemicals-under-section-6a-toxic-substances. Last updated: 26 June 2019.  2019.

U.S. National Library of Medicine. Fact Sheet. MEDLINE® Journal Selection. Available: https://www.nlm.nih.gov/lstrc/jsel.html. Last updated: 18 June 2019.  2019a.

U.S. EXHIBIT 505.0159

U.S. National Library of Medicine. MEDLINE®: Description of the Database. Available: https://www.nlm.nih.gov/bsd/medline.html. Last updated: 10 April 2019. 2019b.

U.S. Preventive Services Task Force. Procedure Manual. Rockville, Maryland: U.S. Preventive Services Task Force, 2018.

Valdez Jiménez L, Lopez Guzman OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 2017;59:65-70.

Vandenbroucke JP. Commentary: The HRT story: vindication of old epidemiological theory. Int J Epidemiol 2004;33(3):456-457.

Vandeputte M, De Cook J, Dryon L, et al. A contribution to the study of fluoride excretion. Clin Chim Acta 1977;75(2):205-212.

Vergauwe E, Cowan N. Assessing and Revising the Plan for Intelligence Testing. J Intell 2014;2(2):29-32.

Villa A, Anabalon M, Cabezas L, et al. Fractional urinary fluoride excretion of young female adults during the diurnal and nocturnal periods. Caries Res 2008;42(4):275-281.

Villa A, Anabalon M, Zohouri V, et al. Relationships between fluoride intake, urinary fluoride excretion and fluoride retention in children and adults: an analysis of available data. Caries Res 2010;44(1):60-68.

Viswanathan M, Berkman ND. Development of the RTI item bank on risk of bias and precision of observational studies. J Clin Epidemiol 2012;65(2):163-178.

Wang B, Tang C, Wang H, et al. Influence of body mass index status on urinary creatinine and specific gravity for epidemiological study of children. Eur J Pediatr 2015;174(11):1481-1489.

Wang D, Ming Q, Fang Y, et al. Revision on the Combined Raven's Test for the Rural in China. Psychol Sci 1989;5:25-29.

Wang GJ, Yang DL, Jia FG, et al. A study of the IQ levels of four- to seven-year-old children in high fluoride areas. [Translated by Julian Brooke with the permission of the Endemic Diseases Bulletin (China) 1996;11(1):60-2.]. Fluoride 2008a;41(4):340-343.

Wang QJ, Gao MX, Zhang MF, et al. Study on the correlation between daily total fluoride intake and children's intelligence quotient. J Southeast Univ (Med Sci Edi) 2012;31(6):743-746.

Wang S, Zhang H, Fan W, et al. The effects of endemic fluoride poisoning caused by coal burning on the physical development and intelligence of children. [Translated by Julian Brooke and published with the permission of the Journal of Applied Clinical Pediatrics 2005;20(9):897-9.]. Fluoride 2008b;41(4):344-348.

Wang SX, Wang ZH, Cheng XT, et al. Investigation and evaluation on intelligence and growth of children in endemic fluorosis and arsenism areas. Chin J Endemiol 2005;24(2):179-182.

Wang SX, Wang ZH, Cheng XT, et al. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environ Health Perspect 2007;115(4):643-647.

Wang X, Wang L, Hu P, et al. Effects of high iodine and high fluorine on children's intelligence and thyroid function. Chin J Endemiol 2001;20(4):288-290.

Wang ZH, Wang SX, Zhang XD, et al. Investigation on children's growth and development under long-term fluoride exposure. Chin J Control Endem Dis 2006;21(4):239-241.

Weatherhead JE, Hotez PJ, Mejia R. The Global State of Helminth Control and Elimination in Children. Pediatr Clin North Am 2017;64(4):867-877.

Wechsler IQ Test. Wechsler Intelligence Scale for Children. Available: https://wechsleriqtest.com/wechsler-intelligence-scale-for-children/. Last revised: 2017. 2017.

Weed DL. Meta-analysis and causal inference: a case study of benzene and non-Hodgkin lymphoma. Ann Epidemiol 2010;20(5):347-355.

Wei N, Li Y, Deng J, et al. The effects of comprehensive control measures on intelligence of school-age children in coal-burning-born endemic fluorosis areas. Chin J Endemiol 2014;33(3):320-322.

Weinberg CR, Unbach DM, Greenland S. Weinberg et al. reply [Letter]. Am J Epidemiol 1995;142(7):784.

Whitford GM. Fluoride metabolism and excretion in children. J Public Health Dent 1999;59(4):224-228.

Xiang Q, Liang Y, Chen L, et al. Effect of fluoride in drinking water on children's intelligence. Fluoride 2003a;36(2):84-94.

Xiang Q, Liang Y, Zhou MS, et al. Blood lead of children in Wamiao-Xinhuai intelligence study (letter). Fluoride 2003b;36(3):198-199.

Xiang Q, Liang Y, Chen B. Retraction: Serum Fluoride Level and Children's Intelligence Quotient in Two Villages in China. Environ Health Perspect 2010.

Xiang Q, Liang Y, Chen B, et al. Analysis of children's serum fluoride levels in relation to intelligence scores in a high and low fluoride water village in China [abstract of article retracted from Environmental Health Perspectives]. Fluoride 2011;2011(44):4.

Xiang Q, Wang Y, Yang M, et al. Level of fluoride and arsenic in household shallow well water in Wamiao and Xinhuai villages in Jiangsu Province, China. Fluoride 2013;46(4):192-197.

Xiang Q. Correspondence. Fluoride 2015;48(1):78-89.

Xin H. Scientific misconduct. Retractions put spotlight on China's part-time professor system. Science 2009;323(5919):1280-1281.

Xu YL, Lu CS, Zhang XN. The influence of fluoride on the level of intelligence in children. Endemic Dis Bull 1994;9(2):83-84.

Yang YK, Wang XH, Guo XW, et al. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. [Translated by Julian Brooke and published with the permission of the Chinese Journal of Epidemiology 1994 October;15(4):296-8.] Fluoride 2008;41(4):336-339.

Yao L, Zhou J, Wang X, et al. Analysis on the correlation between TSH and intelligence in chidlren with dental fluorosis from endemic fluorosis regions. Literature Information Prev Med 1996;2(1):42-43.

Yao LM, Deng Y, Yang SY, et al. Comparative assessment of the physical and mental development of children in an endemic fluorosis area with and without water improvement programs. Literature Information Prev Med 1997;3(1):42-43.

Yu X, Chen J, Li Y, et al. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. Environ Int 2018;118:116-124.

Zabel TA, von Thomsen C, Cole C, et al. Reliability concerns in the repeated computerized assessment of attention in children. Clin Neuropsychol 2009;23(7):1213-1231.

1807950.000 – 7057

U.S. EXHIBIT 505.0161

Zhang JJ, Smith KR. Household air pollution from coal and biomass fuels in China: measurements, health impacts, and interventions. Environ Health Perspect 2007;115(6):848-855.

Zhang JW, Yao H, Chen Y. The effect of high levels of arsenic and fluoride on the development of children's intelligence. Chin J Public Health 1998;17(2):119-121.

Zhang PH, Cheng L. Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. Chin J Ctrl Endem Dis 2015;30(6):458-460.

Zhang S, Zhang X, Liu H, et al. Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China. Toxicol Sci 2015;144(2):238-245.

Zhao LB, Liang GH, Zhang DN, et al. Effect of a high fluoride water supply on children's intelligence. Fluoride 1996;29(4):190-192.

Zhao Q, Niu Q, Chen J, et al. Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity: mechanisms of action in vitro and associations with cognition in rats and children. Arch Toxicol 2019;93(3):709-726.

Zheng X, Chen R, Li N, et al. Socioeconomic status and children with intellectual disability in China. J Intellect Disabil Res 2012;56(2):212-220.

Zhou G, Tang S, Yang L, et al. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. Toxicol Appl Pharmacol 2019:114608.

Zimmermann MB. The effects of iodine deficiency in pregnancy and infancy. Paediatr Perinat Epidemiol 2012;26 Suppl 1:108-117.

1807950.000 – 7057

U.S. EXHIBIT 505.0162

## Appendix A

*Curriculum Vitae*



## Ellen Chang, Sc.D.

Principal Scientist | Health Sciences
149 Commonwealth Drive | Menlo Park, CA 94025
(650) 688-6734 tel | echang@exponent.com

## Professional Profile

Dr. Chang has two decades of experience in designing, conducting, and interpreting epidemiologic studies, with a particular focus on studies of cancer and other chronic diseases. She provides scientific consultation on the potential human health effects of various chemicals (such as dioxins, chlorinated solvents, pesticides, polychlorinated biphenyls [PCBs], and perfluoroalkyl and polyfluoroalkyl substances [PFAS]), air pollutants, metals and metalloids, fibers, pharmaceuticals, medical devices, electromagnetic fields, and nutrients. She has expertise in qualitatively and quantitatively synthesizing the weight of epidemiologic evidence on causal effects of environmental exposures.

Dr. Chang's recent projects include evaluations of the epidemiologic evidence on PFAS, including perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS) in association with cancer, immune outcomes, and other health conditions; diesel engine exhaust in association with lung cancer mortality; glyphosate, TCDD, trichloroethylene, and perchloroethylene in association with non-Hodgkin lymphoma and other cancers; benzene in association with leukemia; talc in association with mesothelioma; fine particulate matter, ozone, and oxides of nitrogen in association with all-cause and cause-specific mortality; and organophosphate insecticides in association with birth and developmental outcomes. Dr. Chang also frequently conducts and coordinates analyses of cancer incidence, mortality, and survival in population-based cancer registries, and investigates potential cancer clusters in communities, schools, and workplaces.

Dr. Chang has led original research studies of cancers of the head and neck, nasopharynx, stomach, liver, lung and bronchus, skin, breast, uterus, ovary, prostate, thyroid, and lymphatic system. These studies focused on a wide range of exposures including genetic variation, physical activity, body size, diet and nutrition, alcohol consumption, tobacco smoking, ultraviolet radiation, immunologic biomarkers, microbial infections, use of nonsteroidal anti-inflammatory drugs and other medications, use of hormone therapy and oral contraceptives, reproductive factors, medical history, family structure, and demographic characteristics. In addition, Dr. Chang has conducted cancer surveillance research at one of the U.S. National Cancer Institute's Surveillance, Epidemiology, and End Results (SEER) registries, and contributed to community-based research on hepatitis B and liver cancer awareness, detection, prevention, and medical management at the Asian Liver Center at Stanford University.

Dr. Chang earned her undergraduate degree in English and American literature and language from Harvard College. She earned her Sc.D. (Doctor of Science) in epidemiology with a minor in biostatistics from the Harvard School of Public Health, and she completed a post-doctoral fellowship at the Karolinska Institute. She is a member of the Stanford Cancer Institute and a former Consulting Assistant Professor in the Division of Epidemiology, Department of Health Research and Policy at the Stanford University School of Medicine. Dr. Chang has published more than 180 peer-reviewed research articles and reviews, and 12 book chapters.

U.S. EXHIBIT 505.0164

## Academic Credentials & Professional Honors

Sc.D., Epidemiology, Harvard University, 2003

A.B., English and American Literature and Language, Harvard University, 1998

National Cancer Institute Minority Investigators Workshop on Behavioral Methodologies Fellowship

New York Academy of Sciences (NYAS) Science Alliance Program Membership

National Institutes of Health Ruth L. Kirschstein National Research Service Award

American Association for the Advancement of Science (AAAS)/Science Program for Excellence in Science Membership

Harvard University Sheldon Traveling Fellowship

Harvard School of Public Health Department of Epidemiology Seiden Scholarship

Harvard University Pforzheimer Public Service Fellowship

National Cancer Institute/Harvard School of Public Health Cancer Epidemiology Pre-Doctoral Training Program Fellowship

## Academic Appointments

Visiting Professor, Sun Yat-sen University Cancer Center, 2019-2022

Member, Stanford Cancer Institute, 2005-present

## Prior Experience

Consulting Assistant Professor, Division of Epidemiology, Department of Health Research and Policy, Stanford University School of Medicine, 2005-2017

Research Scientist, Cancer Prevention Institute of California, 2005-2012

Consulting Assistant Investigator, Department of Health Policy Research, Palo Alto Medical Foundation Research Institute, 2008-2012

Chief Epidemiologist, Asian Liver Center at Stanford University, 2006-2011

Post-Doctoral Fellow, Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, 2003-2005

## Professional Affiliations

American College of Epidemiology (Fellow)

Society for Epidemiologic Research

U.S. EXHIBIT 505.0165

## Languages

Mandarin

French

## Publications

Xu M, Yao Y, Chen H, Zhang S, Cao SM, Zhang Z, Luo B, Liu Z, Li Z, Xiang T, He G, Feng QS, Chen LZ, Guo X, Jia WH, Chen MY, Zhang X, Xie SH, Peng R, Chang ET, Pedergnana V, Feng L, Bei JX, Xu RH, Zeng MS, Ye W, Adami HO, Lin X, Zhai W, Zeng YX, Liu J. Genome sequencing analysis identifies Epstein-Barr virus subtypes associated with high risk of nasopharyngeal carcinoma. Nature Genetics 2019; 51(7): 1131-1136.

Barrett D, Ploner A, Chang ET, Liu Z, Zhang CX, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Past and recent salted fish and preserved food intakes are weakly associated with nasopharyngeal carcinoma risk in adults in southern China. Journal of Nutrition 2019 May 25 [Epub ahead of print].

Tsuji JS, Chang ET, Gentry PR, Clewell HJ, Boffetta P, Cohen SM. Dose-response for assessing the cancer risk of inorganic arsenic in drinking water: the scientific basis for use of a threshold approach. Critical Reviews in Toxicology 2019 Apr 1:1-49 [Epub ahead of print].

Leonhard MJ, Chang ET, Loccisano AE, Garry MR. A systematic literature review of epidemiologic studies of developmental manganese exposure and neurodevelopmental outcomes. Toxicology 2019; 420: 46-65.

Feng R, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Zhang Y, Yun J, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Adami HO, Ye W. Body mass index, body shape, and risk of nasopharyngeal carcinoma: A population-based case-control study in southern China. Cancer Medicine 2019 Feb 21 [Epub ahead of print].

Feng RM, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang Q-H, Xie SH, Cao SM, Zhang Y, Yun J, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Adami HO, Ye W. Reproductive history and risk of nasopharyngeal carcinoma: A population-based case–control study in southern China. Oral Oncology 2019; 88: 102-108.

Williams AL, Bates CA, Pace ND, Leonhard MJ, Chang ET, DeSesso JM. Impact of chloroform exposures on reproductive and developmental outcomes: A systematic review of the scientific literature. Birth Defects Research 2018; 110(17): 1267-1313.

Yeo YH, Le MH, Chang ET, Henry L, Nguyen MH. The prevalence of undetectable vaccine-induced immunity against hepatitis B virus in US adults at high risk for infection. Hepatology 2019; 69(4): 1385-1397.

Trinh S, Le AK, Chang ET, Hoang J, Jeong D, Chung M, Lee MH, Wang U, Henry L, Cheung R, Nguyen MH. Changes in renal function in patients with chronic HBV infection treated with tenofovir disoproxil fumarate vs entecavir. Clinical Gastroenterology and Hepatology 2019; 17(5): 948-956.

U.S. EXHIBIT 505.0166

Ji MF, Liu Z, Chang ET, Yu X, Wu BH, Deng L, Feng QJ, Wei KR, Liang XJ, Lian SF, Quan W, Wang PP, Du Y, Liang ZH, Xia SL, Lin H, Li FG, Cheng WM, Chen WQ, Yuan Y, Ye W. Mass screening for liver cancer: results from a demonstration screening project in Zhongshan City, China. Scientific Reports 2018; 8(1): 12787.

Kurtz SM, Lau EC, Son MS, Chang ET, Zimmerli W, Parvizi J. Are we winning or losing the battle with periprosthetic joint infection: trends in PJI and mortality risk for the Medicare population. Journal of Arthoplasty 2018; 33(10): 3238-3245.

Xiao X, Zhang Z, Chang ET, Liu Z, Liu Q, Cai Y, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Adami HO, Ye W. Medical history, medication use, and risk of nasopharyngeal carcinoma. American Journal of Epidemiology 2018; 187(6): 1210-1219.

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Reanalysis of diesel engine exhaust and lung cancer mortality in the Diesel Exhaust in Miners Study (DEMS) cohort using alternative exposure estimates and radon adjustment. American Journal of Epidemiology 2018; 187(6): 1210-1219.

Moolgavkar SH, Chang ET, Watson HN, Lau EC. An assessment of the Cox proportional hazards regression model for epidemiologic studies. Risk Analysis 2018; 38(4): 777-794.

Fordyce TA, Leonhard MJ, Chang ET. A critical review of developmental exposure to particulate matter, autism spectrum disorder, and attention deficit hyperactivity disorder. Journal of Environmental Science and Health, Part A 2018; 53(2): 174-204.

Ye W, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Liang L, Ernberg I, Vaughan TL, Huang G, Zeng Y, Zeng YX, Adami HO. Development of a population-based cancer case-control study in southern China. Oncotarget 2017; 8(50): 87073-87085.

Chen V, Le A, Podlaha O, Estevez J, Li B, Vutien P, Chang E, Rosenberg-Hasson Y, Pflanz S, Jiang Z, Ge D, Gaggar A, Nguyen M. Soluble intercellular adhesion molecule-1 is associated with hepatocellular carcinoma risk: multiplex analysis of serum markers. Scientific Reports 2017; 7(1): 11169.

Estevez J, Chen V, Podlaha O, Li B, Le A, Vutien P, Chang E, Rosenberg-Hasson Y, Jiang Z, Pflanz S, Ge D, Gaggar A, Nguyen M. Differential serum cytokine profiles in patients with chronic hepatitis B, C, and hepatocellular carcinoma. Scientific Reports 2017; 7(1): 11867.

Chang ET, Lau E, Mowat FS, Teta MJ. Therapeutic radiation for lymphoma and risk of secondary primary malignant mesothelioma. Cancer Causes Control 2017; 28(9): 971-979.

Chang ET, Liu Z, Hildesheim A, Liu Q, Cai Y, Zhang Z, Chen G, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Active and passive smoking and risk of nasopharyngeal carcinoma: a population-based case-control study in southern China. American Journal of Epidemiology 2017; 185(12): 1272-1280.

Mezei G, Chang ET, Mowat FS, Moolgavkar SH. Epidemiology of mesothelioma of the pericardium and tunica vaginalis testis. Annals of Epidemiology 2017; 27(5): 348-359 e311.

Liu Z, Chang ET, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Liang L, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Quantification of familial risk of nasopharyngeal carcinoma in a high-incidence area. Cancer 2017; 123(14): 2716-2725.

Ellen Chang, Sc.D.
07/19   |   Page 4

Glimelius I, Eloranta S, Ekberg S, Chang ET, Neovius M, Smedby KE. Increased healthcare use up to 10 years among relapse-free Hodgkin lymphoma survivors in the era of intensified chemotherapy and limited radiotherapy. American Journal of Hematology 2017; 92(3): 251-258.

Hummel D, Topp MS, Chang ET, Chia VM, Kelsh MA, Doemland ML, Alekar S, Stein AS. Adverse events in adults with relapsed or refractory acute lymphoblastic leukemia (ALL): a literature review of recent clinical trials. Journal of Leukemia 2016; 4(1): 208.

Cui Q, Feng FT, Xu M, Liu WS, Yao YY, Xie SH, Li XZ, Ye ZL, Feng QS, Chen LZ, Bei JX, Feng L, Huang QH, Jia WH, Cao SM, Chang ET, Ye W, Adami HO, Zeng YX. Nasopharyngeal carcinoma risk prediction via salivary detection of host and Epstein-Barr virus genetic variants. Oncotarget 2016; 8(56): 95066-95074.

Payne JL, Bush AM, Chang ET, Heim NA, Knope ML, Pruss SB. Extinction intensity, selectivity and their combined macroevolutionary influence in the fossil record. Biol Letters 2016; 12(10): pii: 20160202.

Liu Z, Chang ET, Liu Q, Cai Y, Zhang Z, Chen G, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Oral hygiene and risk of nasopharyngeal carcinoma - a population-based case-control study in China. Cancer Epidemiology, Biomarkers & Prevention 2016; 25(8): 1201-1207.

Wang HY, Chang YL, To KF, Hwang JS, Mai HQ, Feng YF, Chang ET, Wang CP, Kam MK, Cheah SL, Lee M, Gao L, Zhang HZ, He JH, Jiang H, Ma PQ, Zhu XD, Zeng L, Chen CY, Chen G, Huang MY, Fu S, Shao Q, Han AJ, Li HG, Shao CK, Huang PY, Qian CN, Lu TX, Li JT, Ye W, Ernberg I, Ng HK, Wee JT, Zeng YX, Adami HO, Chan AT, Shao JY. A new prognostic histopathologic classification of nasopharyngeal carcinoma. Chinese Journal of Cancer 2016; 35(1): 41.

Breckenridge CB, Berry C, Chang ET, Sielken RL, Mandel JS. Association between Parkinson's disease and cigarette smoking, rural living, well-water consumption, farming and pesticide use: systematic review and meta-analysis. PLoS ONE 2016; 11(4): e0151841.

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. Journal of Environmental Science and Health, Part B 2016; 51(6): 402-434.

Berndt SI, Camp NJ, Skibola CF, Vijai J, Wang Z, Gu J, Nieters A, Kelly RS, Smedby KE, Monnereau A, Cozen W, Cox A, Wang SS, Lan Q, Teras LR, Machado M, Yeager M, Brooks-Wilson AR, Hartge P, Purdue MP, Birmann BM, Vajdic CM, Cocco P, Zhang Y, Giles GG, Zeleniuch-Jacquotte A, Lawrence C, Montalvan R, Burdett L, Hutchinson A, Ye Y, Call TG, Shanafelt TD, Novak AJ, Kay NE, Liebow M, Cunningham JM, Allmer C, Hjalgrim H, Adami HO, Melbye M, Glimelius B, Chang ET, Glenn M, Curtin K, Cannon-Albright LA, Diver WR, Link BK, Weiner GJ, Conde L, Bracci PM, Riby J, Arnett DK, Zhi D, Leach JM, Holly EA, Jackson RD, Tinker LF, Benavente Y, Sala N, Casabonne D, Becker N, Boffetta P, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Chaffee KG, Achenbach SJ, Vachon CM, Goldin LR, Strom SS, Leis JF, Weinberg JB, Caporaso NE, Norman AD, De Roos AJ, Morton LM, Severson RK, Riboli E, Vineis P, Kaaks R, Masala G, Weiderpass E, Chirlaque MD, Vermeulen RC, Travis RC, Southey MC, Milne RL, Albanes D, Virtamo J, Weinstein S, Clavel J, Zheng T, Holford TR, Villano DJ, Maria A, Spinelli JJ, Gascoyne RD, Connors JM, Bertrand KA, Giovannucci E, Kraft P, Kricker A, Turner J, Ennas MG, Ferri GM, Miligi L, Liang L, Ma B, Huang J, Crouch S, Park JH, Chatterjee N, North KE, Snowden JA, Wright J, Fraumeni JF, Offit K, Wu X, de Sanjose S, Cerhan JR, Chanock SJ, Rothman N, Slager SL. Meta-analysis of genome-wide association studies discovers multiple loci for chronic lymphocytic leukemia. Nature Communications 2016; 7: 10933.

Chang ET, Adami HO, Boffetta P, Wedner HJ, Mandel JS. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans. Critical Reviews in Toxicology 2016; 46(4): 279-331.

Ellen Chang, Sc.D.
07/19  |  Page 5

Clément-Duchêne C, Stock S, Xu X, Chang ET, Gomez SL, West DW, Wakelee HA, Gould MK. Survival among never-smokers with lung cancer in the Cancer Care Outcomes Research and Surveillance (CanCORS) study. Annals of the American Thoracic Society 2016; 13(1): 58-66.

Liu Z, Fang F, Chang ET, Adami HO, Ye W. Sibship size, birth order and risk of nasopharyngeal carcinoma and infectious mononucleosis: a nation-wide study in Sweden. International Journal of Epidemiology 2016; 45(3): 825-834.

Sampson JN, Wheeler WA, Yeager M, Panagiotou O, Wang Z, Berndt SI, Lan Q, Abnet CC, Amundadottir LT, Figueroa JD, Landi MT, Mirabello L, Savage SA, Taylor PR, Vivo ID, McGlynn KA, Purdue MP, Rajaraman P, Adami HO, Ahlbom A, Albanes D, Amary MF, An SJ, Andersson U, Andriole G Jr, Andrulis IL, Angelucci E, Ansell SM, Arici C, Armstrong BK, Arslan AA, Austin MA, Baris D, Barkauskas DA, Bassig BA, Becker N, Benavente Y, Benhamou S, Berg C, Van Den Berg D, Bernstein L, Bertrand KA, Birmann BM, Black A, Boeing H, Boffetta P, Boutron-Ruault MC, Bracci PM, Brinton L, Brooks-Wilson AR, Bueno-de-Mesquita HB, Burdett L, Buring J, Butler MA, Cai Q, Cancel-Tassin G, Canzian F, Carrato A, Carreon T, Carta A, Chan JK, Chang ET, Chang GC, Chang IS, Chang J, Chang-Claude J, Chen CJ, Chen CY, Chen C, Chen CH, Chen C, Chen H, Chen K, Chen KY, Chen KC, Chen Y, Chen YH, Chen YS, Chen YM, Chien LH, Chirlaque MD, Choi JE, Choi YY, Chow WH, Chung CC, Clavel J, Clavel-Chapelon F, Cocco P, Colt JS, Comperat E, Conde L, Connors JM, Conti D, Cortessis VK, Cotterchio M, Cozen W, Crouch S, Crous-Bou M, Cussenot O, Davis FG, Ding T, Diver WR, Dorronsoro M, Dossus L, Duell EJ, Ennas MG, Erickson RL, Feychting M, Flanagan AM, Foretova L, Fraumeni JF Jr, Freedman ND, Beane Freeman LE, Fuchs C, Gago-Dominguez M, Gallinger S, Gao YT, Gapstur SM, Garcia-Closas M, García-Closas R, Gascoyne RD, Gastier-Foster J, Gaudet MM, Gaziano JM, Giffen C, Giles GG, Giovannucci E, Glimelius B, Goggins M, Gokgoz N, Goldstein AM, Gorlick R, Gross M, Grubb R 3rd, Gu J, Guan P, Gunter M, Guo H, Habermann TM, Haiman CA, Halai D, Hallmans G, Hassan M, Hattinger C, He Q, He X, Helzlsouer K, Henderson B, Henriksson R, Hjalgrim H, Hoffman-Bolton J, Hohensee C, Holford TR, Holly EA, Hong YC, Hoover RN, Horn-Ross PL, Hosain GM, Hosgood HD 3rd, Hsiao CF, Hu N, Hu W, Hu Z, Huang MS, Huerta JM, Hung JY, Hutchinson A, Inskip PD, Jackson RD, Jacobs EJ, Jenab M, Jeon HS, Ji BT, Jin G, Jin L, Johansen C, Johnson A, Jung YJ, Kaaks R, Kamineni A, Kane E, Kang CH, Karagas MR, Kelly RS, Khaw KT, Kim C, Kim HN, Kim JH, Kim JS, Kim YH, Kim YT, Kim YC, Kitahara CM, Klein AP, Klein RJ, Kogevinas M, Kohno T, Kolonel LN, Kooperberg C, Kricker A, Krogh V, Kunitoh H, Kurtz RC, Kweon SS, LaCroix A, Lawrence C, Lecanda F, Lee VH, Li D, Li H, Li J, Li YJ, Li Y, Liao LM, Liebow M, Lightfoot T, Lim WY, Lin CC, Lin D, Lindstrom S, Linet MS, Link BK, Liu C, Liu J, Liu L, Ljungberg B, Lloreta J, Lollo SD, Lu D, Lund E, Malats N, Mannisto S, Marchand LL, Marina N, Masala G, Mastrangelo G, Matsuo K, Maynadie M, McKay J, McKean-Cowdin R, Melbye M, Melin BS, Michaud DS, Mitsudomi T, Monnereau A, Montalvan R, Moore LE, Mortensen LM, Nieters A, North KE, Novak AJ, Oberg AL, Offit K, Oh IJ, Olson SH, Palli D, Pao W, Park IK, Park JY, Park KH, Patiño-Garcia A, Pavanello S, Peeters PH, Perng RP, Peters U, Petersen GM, Picci P, Pike MC, Porru S, Prescott J, Prokunina-Olsson L, Qian B, Qiao YL, Rais M, Riboli E, Riby J, Risch HA, Rizzato C, Rodabough R, Roman E, Roupret M, Ruder AM, Sanjose Sd, Scelo G, Schned A, Schumacher F, Schwartz K, Schwenn M, Scotlandi K, Seow A, Serra C, Serra M, Sesso HD, Setiawan VW, Severi G, Severson RK, Shanafelt TD, Shen H, Shen W, Shin MH, Shiraishi K, Shu XO, Siddiq A, Sierrasesúmaga L, Sihoe AD, Skibola CF, Smith A, Smith MT, Southey MC, Spinelli JJ, Staines A, Stampfer M, Stern MC, Stevens VL, Stolzenberg-Solomon RS, Su J, Su WC, Sund M, Sung JS, Sung SW, Tan W, Tang W, Tardón A, Thomas D, Thompson CA, Tinker LF, Tirabosco R, Tjønneland A, Travis RC, Trichopoulos D, Tsai FY, Tsai YH, Tucker M, Turner J, Vajdic CM, Vermeulen RC, Villano DJ, Vineis P, Virtamo J, Visvanathan K, Wactawski-Wende J, Wang C, Wang CL, Wang JC, Wang J, Wei F, Weiderpass E, Weiner GJ, Weinstein S, Wentzensen N, White E, Witzig TE, Wolpin BM, Wong MP, Wu C, Wu G, Wu J, Wu T, Wu W, Wu X, Wu YL, Wunder JS, Xiang YB, Xu J, Xu P, Sund M, Yang DC, Yang TY, Ye Y, Yin Z, Yokota J, Yoon HI, Yu CJ, Yu H, Yu K, Yuan JM, Zelenetz A, Zeleniuch-Jacquotte A, Zhang XC, Zhang Y, Zhao X, Zhao Z, Zheng H, Zheng T, Zheng W, Zhou B, Zhu M, Zucca M, Boca SM, Cerhan JR, Ferri GM, Hartge P, Hsiung CA, Magnani C, Miligi L, Morton LM, Smedby KE, Teras LR, Vijai J, Wang SS, Brennan P, Caporaso NE, Hunter DJ, Kraft P, Rothman N, Silverman DT, Slager SL, Chanock SJ, Chatterjee N. Analysis of heritability and shared heritability based on genome-wide association studies for thirteen cancer types. Journal of the National Cancer Institute 2015; 107(12): pii: djv279.

U.S. EXHIBIT 505.0169

Tsuji JS, Garry MR, Perez V, Chang ET. Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. Toxicology 2015; 337: 91-107.

Glimelius I, Ekberg S, Jerkeman M, Chang ET, Björkholm M, Andersson TM, Smedby KE, Eloranta S. Long-term survival in young and middle-aged Hodgkin lymphoma patients in Sweden 1992-2009-trends in cure proportions by clinical characteristics. American Journal of Hematology 2015; 90(12): 1128-1134.

Hollander P, Rostgaard K, Smedby KE, Chang ET, Amini RM, de Nully Brown P, Glimelius B, Adami HO, Melbye M, Glimelius I, Hjalgrim H. Autoimmune and atopic disorders and risk of classical Hodgkin lymphoma. American Journal of Epidemiology 2015; 182(7): 624-632.

Glaser SL, Clarke CA, Keegan TH, Chang ET, Weisenburger DD. Time trends in rates of Hodgkin lymphoma histologic subtypes: true incidence changes or evolving diagnostic practice? Cancer Epidemiology, Biomarkers & Prevention 2015; 24(10): 1474-1488.

Epstein M, Chang ET, Zhang Y, Fung TT, Batista JL, Ambinder RF, Zheng T, Mueller NE, Birmann BM. Dietary pattern and risk of Hodgkin lymphoma in a population-based case-control study. American Journal of Epidemiology 2015; 182(5): 405-416.

Reiss R, Chang ET, Richardson RJ, Goodman M. A review of epidemiologic studies of low-level exposures to organophosphorus insecticides in non-occupational populations. Critical Reviews in Toxicology 2015; 45(7): 531-651.

Chao SD, Wang BM, Chang ET, Ma L, So SK. Medical training fails to prepare providers to care for patients with chronic hepatitis B infection. World Journal of Gastroenterology 2015; 21(22): 6914-6923.

Liu Z, Fang F, Chang ET, Ye W. Cancer risk in the relatives of patients with nasopharyngeal carcinoma — a register-based cohort study in Sweden. British Journal of Cancer 2015; 112(11): 1827-1831.

Glaser SL, Chang ET, Clarke CA, Keegan TH, Yang J, Gomez SL. Hodgkin lymphoma incidence in ethnic enclaves in California. Leukemia & Lymphoma 2015; 56(12): 3470-3280.

Glimelius I, Ekberg S, Linderoth J, Jerkeman M, Chang ET, Neovius M, Smedby KE. Sick leave and disability pension in Hodgkin lymphoma survivors by stage, treatment, and follow-up time-a population-based comparative study. Journal of Cancer Survivorship 2015; 9(4): 599-609.

Chang ET, Boffetta P, Adami HO, Mandel JS. A critical review of the epidemiology of Agent Orange or 2,3,7,8-tetrachlorodibenzo-p-dioxin and lymphoid malignancies. Annals of Epidemiology 2015; 25(4): 275-292.

Goodman M, Narayan KM, Flanders D, Chang ET, Adami HO, Boffetta P, Mandel JS. Dose-response relationship between serum 2,3,7,8-tetrachlorodibenzo-p-dioxin and diabetes mellitus: a meta-analysis. American Journal of Epidemiology 2015; 181(6): 374-384.

Moolgavkar SH, Chang ET, Luebeck G, Lau EC, Watson HN, Crump K, Boffetta P, McClellan R. Diesel engine exhaust and lung cancer mortality - time-related factors in exposure and risk. Risk Analysis 2015; 35(4): 663-675.

Perez V, Chang ET. Sodium-to-potassium ratio and blood pressure, hypertension, and related factors. Advances in Nutrition 2014; 5(6): 712–741.

Ellen Chang, Sc.D.
07/19   |   Page 7

Wang SS, Flowers CR, Kadin M, Chang ET, Hughes AM, Ansell SM, Feldman AL, Lightfoot T, Boffetta P, Melbye M, Lan Q, Sampson JN, Morton LM, Zhang Y, Weisenburger DD. Medical history, lifestyle, family history, and occupational risk factors for peripheral T-cell lymphomas (PTCL): The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 66-75.

Aschebrook-Kilfoy B, Cocco P, La Vecchia C, Chang ET, Vajdic CM, Kadin ME, Spinelli JJ, Morton LM, Kane EV, Sampson JN, Kasten C, Feldman AL, Wang SS, Zhang Y. Medical history, lifestyle, family history, and occupational risk factors for mycosis fungoides and Sézary syndrome: The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 98-105.

Mbulaiteye SM, Morton LM, Sampson JN, Chang ET, Costas L, de Sanjosé S, Lightfoot T, Kelly J, Friedberg JW, Cozen W, Marcos-Gragera R, Slager SL, Birmann BM, Weisenburger DD. Medical history, lifestyle, family history, and occupational risk factors for sporadic Burkitt lymphoma: The InterLymph Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 106-114.

Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF, Bracci PM, de Sanjosé S, Smedby KE, Chiu BC, Zhang Y, Mbulaiteye SM, Monnereau A, Turner JJ, Clavel J, Adami HO, Chang ET, Glimelius B, Hjalgrim H, Melbye M, Crosignani P, di Lollo S, Miligi L, Nanni O, Ramazzotti V, Rodella S, Costantini AS, Stagnaro E, Tumino R, Vindigni C, Vineis P, Becker N, Benavente Y, Boffetta P, Brennan P, Cocco P, Foretova L, Maynadié M, Nieters A, Staines A, Colt JS, Cozen W, Davis S, de Roos AJ, Hartge P, Rothman N, Severson RK, Holly EA, Call TG, Feldman AL, Habermann TM, Liebow M, Blair A, Cantor KP, Kane EV, Lightfoot T, Roman E, Smith A, Brooks-Wilson A, Connors JM, Gascoyne RD, Spinelli JJ, Armstrong BK, Kricker A, Holford TR, Lan Q, Zheng T, Orsi L, Dal Maso L, Franceschi S, La Vecchia C, Negri E, Serraino D, Bernstein L, Levine A, Friedberg JW, Kelly JL, Berndt SI, Birmann BM, Clarke CA, Flowers CR, Foran JM, Kadin ME, Paltiel O, Weisenburger DD, Linet MS, Sampson J. Etiologic heterogeneity among NHL subtypes: The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 130-144.

Chang ET, Boffetta P, Adami HO, Cole P, Mandel JS. A critical review of the epidemiology of Agent Orange/TCDD and prostate cancer. European Journal of Epidemiology 2014; 29(10): 667-723.

Moolgavkar SH, Anderson EL, Chang ET, Lau EC, Turnham P, Hoel DG. A review and critique of U.S. EPA's risk assessments for asbestos. Critical Reviews in Toxicology 2014; 44(6): 499-522.

Chang ET, Adami HO, Boffetta P, Cole P, Starr TB, Mandel JS. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and cancer risk in humans. Critical Reviews in Toxicology 2014; 44 Suppl 1: 1-81.

Chang ET, Adami HO, Bailey WH, Boffetta P, Krieger RH, Moolgavkar SH, Mandel JS. Validity of geographically modeled environmental exposure estimates. Critical Reviews in Toxicology 2014; 44(5): 450-466.

Glaser SL, Clarke CA, Chang ET, Yang J, Gomez SL, Keegan TH. Hodgkin lymphoma incidence in California Hispanics: Influence of nativity and tumor Epstein-Barr virus. Cancer Causes & Control 2014; 25(6): 709-725.

Ai WZ, Keegan TH, Press DJ, Pincus L, Kim YH, Chang ET. Outcomes after diagnosis of mycosis fungoides before 30 years of age: a population-based study. JAMA Dermatology 2014; 150(7): 709-715.

Park Y, Wang S, Kitahara CM, Moore SC, Berrington de Gonzalez A, Bernstein L, Chang ET, Flint AJ, Freedman DM, Gaziano JM, Hoover RN, Linet MS, Purdue M, Robien K, Schairer C, Sesso HD, White E, Willcox BJ, Thun MJ, Hartge P, Willett WC. Body mass index and risk of death in Asian Americans. American Journal of Public Health 2014; 104(3): 520-525.

U.S. EXHIBIT 505.0171

Moolgavkar SH, Chang ET, Watson H, Lau EC. Cancer mortality and quantitative oil production in the Amazon region of Ecuador, 1990-2010. Cancer Causes & Control 2014; 25(1): 59-72.

McAllister SC, Shedd D, Mueller NE, Chang ET, Miller G, Bhaduri-McIntosh S. Serum IgA to Epstein-Barr virus Early Antigen-Diffuse identifies Hodgkin's lymphoma. Journal of Medical Virology 2014; 86(9): 1621-1628.

Alexander DD, Weed DL, Chang ET, Miller PE, Mohamed MA, Elkayam L. A systematic review of multivitamin-multimineral use and cardiovascular disease and cancer incidence and total mortality. Journal of the American College of Nutrition 2013; 32(5): 339-354.

Monnereau A, Glaser SL, Schupp CW, Ekström Smedby K, de Sanjosé S, Kane E, Melbye M, Forétva L, Maynadié M, Staines A, Becker N, Nieters A, Brennan P, Boffetta P, Cocco P, Glimelius I, Clavel J, Hjalgrim H, Chang ET. Exposure to ultraviolet radiation and risk of Hodgkin lymphoma: A pooled analysis. Blood 2013; 122(20):3492-3499.

Patel MI, Schupp CW, Gomez SL, Chang ET, Wakelee HA. How do social factors explain outcomes in non-small cell lung cancer among Hispanics in California? Journal of Clinical Oncology 2013; 31(28): 3572-3578.

Kamper-Jørgensen M, Rostgaard K, Glaser SL, Zahm SH, Cozen W, Smedby KE, Sanjose S, Chang ET, Zheng T, La Vecchia C, Serraino D, Monnereau A, Kane EV, Miligi L, Vineis P, Spinelli JJ, McLaughlin JR, Pahwa P, Dosman JA, Vornanen M, Foretova L, Maynadie M, Staines A, Becker N, Nieters A, Brennan P, Boffetta P, Cocco P, Hjalgrim H. Cigarette smoking and risk of Hodgkin lymphoma and its subtypes - a pooled analysis from the International Lymphoma Epidemiology Consortium. Annals of Oncology 2013; 24(9): 2245-2255.

Berndt SI, Skibola CF, Joseph V, Camp NJ, Nieters A, Wang Z, Cozen W, Monnereau A, Wang SS, Kelly RS, Lan Q, Teras LR, Chatterjee N, Chung CC, Yeager M, Brooks-Wilson AR, Hartge P, Purdue MP, Birmann BM, Armstrong BK, Cocco P, Zhang Y, Severi G, Zeleniuch-Jacquotte A, Lawrence C, Burdette L, Yuenger J, Hutchinson A, Jacobs KB, Call TG, Shanafelt TD, Novak AJ, Kay NE, Liebow M, Wang AH, Smedby KE, Adami HO, Melbye M, Glimelius B, Chang ET, Glenn M, Curtin K, Cannon-Albright LA, Jones B, Diver WR, Link BK, Weiner GJ, Conde L, Bracci PM, Riby J, Holly EA, Smith MT, Jackson RD, Tinker LF, Benavente Y, Becker N, Boffetta P, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Rabe KG, Achenbach SJ, Vachon CM, Goldin LR, Strom SS, Lanasa MC, Spector LG, Leis JF, Cunningham JM, Weinberg JB, Morrison VA, Caporaso NE, Norman AD, Linet MS, De Roos AJ, Morton LM, Severson RK, Riboli E, Vineis P, Kaaks R, Trichopoulos D, Masala G, Weiderpass E, Chirlaque MD, Vermeulen RC, Travis RC, Giles GG, Albanes D, Virtamo J, Weinstein S, Clavel J, Zheng T, Holford TR, Offit K, Zelenetz A, Klein RJ, Spinelli JJ, Bertrand KA, Laden F, Giovannucci E, Kraft P, Kricker A, Turner J, Vajdic CM, Ennas MG, Ferri GM, Miligi L, Liang L, Sampson J, Crouch S, Park JH, North KE, Cox A, Snowden JA, Wright J, Carracedo A, Lopez-Otin C, Bea S, Salaverria I, Martin-Garcia D, Campo E, Fraumeni JF Jr, de Sanjose S, Hjalgrim H, Cerhan JR, Chanock SJ, Rothman N, Slager SL. Genome-wide association study identifies multiple risk loci for chronic lymphocytic leukemia. Nature Genetics 2013; 45(8): 868-876.

Clarke CA, Morton LM, Lynch C, Pfeiffer RM, Hall EC, Gibson TM, Weisenburger DD, Martinez-Maza O, Hussain SK, Yang J, Chang ET, Engels EA. Risk of lymphoma subtypes after solid organ transplantation in the U.S. British Journal of Cancer 2013; 109(1): 280-288.

Wang SS, Voutsinas J, Chang ET, Clarke CA, Lu Y, Ma H, West D, Lacey JV, Bernstein L. Anthropometric, behavioral, and female reproductive factors and risk of multiple myeloma: a pooled analysis. Cancer Causes Control 2013; 24(7): 1279-1289.

U.S. EXHIBIT 505.0172

Sieh W, Lichtensztajn DY, Nelson DO, Cockburn M, West DW, Brooks JD, Chang ET. Treatment and mortality in men with localized prostate cancer: a population-based study in California. Open Prostate Cancer Journal 2013; 6: 1-9.

Yang EJ, Cheung CM, So SKS, Chang ET, Chao SD. Education and counseling of pregnant patients with chronic hepatitis B: perspectives from obstetricians and perinatal nurses in Santa Clara County, California. Asian Pacific Journal of Cancer Prevention 2013; 14(3): 1707-1713.

Gao Y, Li Q, Bassig BA, Chang ET, Dai M, Qin Q, Zhang Y, Zheng T. Subtype of dietary fat in relation to risk of Hodgkin lymphoma: a population-based case-control study in Connecticut and Massachusetts. Cancer Causes & Control 2013; 24(3): 485–494.

Li Q, Chang ET, Bassig BA, Dai M, Qin Q, Gao Y, Zhang Y, Zheng T. Body size and risk of Hodgkin's lymphoma by age and gender: a population-based case-control study in Connecticut and Massachusetts. Cancer Causes & Control 2013; 24(2): 287-295.

Simard JF, Baecklund F, Chang ET, Baecklund E, Hjalgrim H, Adami HO, Glimelius B, Smedby KE. Lifestyle factors, autoimmune disease and family history in prognosis of non-Hodgkin lymphoma overall and subtypes. International Journal of Cancer 2013; 132(11): 2659-2666.

Keegan THM, Moy LM, Foran JM, Sherna SJ, Alizadeh AA, Chang ET, Schupp CW, Clarke CA, Glaser SL. Rituximab use and survival after diffuse large B-cell or follicular lymphoma: a population-based study. Leukemia & Lymphoma 2013; 54(4): 743-751.

Levin LI, Chang ET, Ambinder RF, Lennette ET, Rubertone MV, Mann RB, Borowitz M, Weir EG, Abbondanzo SL, Mueller NE. Atypical prediagnosis Epstein-Barr virus serology restricted to EBV-positive Hodgkin lymphoma. Blood 2012; 120(18): 3750-3755.

Johannesdottir SA, Chang ET, Mehnert F, Schmidt M, Olesen AB, Sørensen HT. Nonsteroidal anti-inflammatory drugs and risk of skin cancer: A population-based case-control study. Cancer 2012; 118(19): 4768-4776.

Chao SD, Cheung CM, Yang EJ, So SKS, Chang ET. Low levels of knowledge and preventive practices regarding vertical hepatitis B transmission among perinatal nurses. Journal of Obstetrical, Gynecological, and Neonatal Nursing 2012; 41(4): 494-505.

Dikalioti SK, Chang ET, Dessypris N, Papadopoulou C, Skenderis N, Pourtsidis A, Moschovi M, Polychronopoulou S, Athanasiadou-Piperopoulou F, Sidi V, Kalmanti M, Petridou ETh. Allergy-associated symptoms in relation to childhood non-Hodgkin's as contrasted to Hodgkin's lymphomas: a case-control study in Greece and meta-analysis. European Journal of Cancer 2012; 48(12): 1860-1866.

Chang ET, Gomez SL, Fish K, Schupp CW, Parsonnet J, DeRouen MC, Keegan THM, Clarke CA, Glaser SL. Gastric cancer incidence among Hispanics in California: patterns by time, nativity, and neighborhood characteristics. Cancer Epidemiology, Biomarkers & Prevention 2012; 21(5): 709-719.

Ha NB, Ha NB, Ahmed A, Ayoub W, Daugherty TJ, Chang ET, Lutchman GA, Garcia G, Cooper AD, Keeffe EB, Nguyen M. Risk factors for hepatocellular carcinoma in patients with chronic liver disease: a case-control study. Cancer Causes & Control 2012; 23(3): 455-462.

Edgren G, Liang L, Adami HO, Chang ET. Enigmatic sex disparities in cancer incidence. European Journal of Epidemiology 2012; 27(3): 187-196.

Horn-Ross PL, Chang ET, Clarke CA, Keegan TH, Rull RP, Quach T, Gomez SL. Nativity and papillary thyroid cancer incidence rates among Hispanic women in California. Cancer 2012; 118(1): 216-222.

Ellen Chang, Sc.D.
07/19   |   Page 10

Ai WZ, Chang ET, Fish K, Fu K, Weisenburger DD, Keegan THM. Racial patterns of extranodal natural killer/T-cell lymphoma, nasal type, in California: a population-based study. British Journal of Haematology 2012; 156(5): 626-632.

Liu Y, Huang Q, Liu W, Liu Q, Jia W, Chang E, Chen F, Liu Z, Guo X, Mo H, Chen J, Rao D, Ye W, Cao S, Hong M. Establishment of VCA and EBNA1 IgA-based combination by enzyme-linked immunosorbent assay as preferred screening method for nasopharyngeal carcinoma: A two-stage design with a preliminary performance study and a mass screening in southern China. International Journal of Cancer 2012; 131(2): 406-416.

Chen JJ, Chang ET, Chen YR, Bergin M, So SK. A model program for hepatitis B vaccination and education of schoolchildren in rural China. International Journal of Public Health 2012; 57(3): 581-588.

Bertrand KA, Chang ET, Abel GA, Zhang SM, Spiegelman D, Quereshi AA, Laden F. Sunlight exposure, vitamin D, and risk of non-Hodgkin lymphoma in the Nurses' Health Study. Cancer Causes & Control 2011; 22(12): 1731-1741.

Chang ET, Frøslev T, Sørensen HT, Pedersen L. A nationwide study of aspirin, other non-steroidal anti-inflammatory drugs, and Hodgkin lymphoma risk in Denmark. British Journal of Cancer 2011; 105(11): 1772-1782.

Wang HY, Sun BY, Zhu ZH, Chang ET, To KF, Hwang JSG, Jiang H, Kam MKM, Chen G, Cheah SL, Lee M, Liu ZW, Chen J, Zhang JX, Zhang HZ, He JH, Chen FL, Zhu XD, Huang MY, Liao DZ, Fu J, Shao Q, Cai MB, Du ZM, Yan LX, Hu CF, Ng HK, Wee JTS, Qian CN, Liu Q, Ernberg I, Ye W, Adami HO, Chan AT, Zhen YX, Shao JY. An eight-signature classifier for prediction of nasopharyngeal carcinoma survival. Journal of Clinical Oncology 2011; 29(34): 4516-4525.

Lipsett MJ, Ostro BD, Reynolds P, Goldberg D, Hertz A, Jerrett M, Smith DF, Garcia C, Chang ET, Bernstein L. Long-term exposure to air pollution and cardiorespiratory disease in the California Teachers Study Cohort. American Journal of Respiratory and Critical Care Medicine 2011; 184(7): 828-835.

Chang ET, Canchola AJ, Cockburn M, Lu Y, Wang SS, Bernstein L, Clarke CA, Horn-Ross PL. Adulthood residential ultraviolet radiation, sun sensitivity, dietary vitamin D, and risk of lymphoid malignancies in the California Teachers Study. Blood 2011; 118(6): 1591-1599.

Kasperzyk JL, Chang ET, Birmann BM, Kraft P, Zheng T, Mueller N. Nutrients and genetic variation involved in one-carbon metabolism and Hodgkin lymphoma risk: a population-based case-control study. American Journal of Epidemiology 2011; 174(7): 816-827.

Lu Y, Wang SS, Reynolds P, Chang ET, Ma H, Sullivan-Halley J, Clarke CA, Bernstein L. Cigarette smoking, passive smoking, and non-Hodgkin lymphoma risk: evidence from the California Teachers Study. American Journal of Epidemiology 2011; 174(5): 563-573.

Zhou B, Xiao L, Wang Z, Chang ET, Chen J, Hou J. Geographical and ethnic distribution of HBV C/D recombinant on the Qinghai-Tibet plateau. PLoS ONE 2011; 6(4): e18708.

Payne JL, Truebe S, Nützel A, Chang ET. Local and global abundance associated with extinction risk in late Paleozoic and early Mesozoic gastropods. Paleobiology 2011; 37(4): 616-632.

U.S. EXHIBIT 505.0174

Smedby KE, Foo JN, Skibola CF, Darabi H, Conde L, Hjalgrim H, Kumar V, Chang ET, Rothman N, Cerhan JR, Brooks-Wilson AR, Rehnberg E, Irwan ID, Ryder LP, Brown PN, Bracci PM, Agana L, Riby J, Cozen W, Davis S, Hartge P, Morton LM, Severson RK, Wang SS, Slager SL, Fredericksen ZS, Novak AJ, Kay NE, Habermann TM, Armstrong B, Kricker A, Milliken S, Purdue MP, Vajdic CM, Boyle P, Lan Q, Zahm SH, Zhang Y, Zheng T, Leach S, Spinelli JJ, Smith MT, Chanock SJ, Padyukov L, Alfredsson L, Klareskog L, Glimelius B, Melbye M, Liu ET, Adami HO, Humphreys K, Liu J. GWAS of follicular lymphoma reveals allelic heterogeneity at 6p21.32 and suggests shared genetic susceptibility with diffuse large B-cell lymphoma. PLoS Genetics 2011; 7(4): e1001308.

Clarke CA, Glaser SL, Gomez SL, Wang SS, Keegan THM, Yang J, Chang ET. Lymphoid malignancies in US Asians: incidence rate differences by birthplace and acculturation. Cancer Epidemiology, Biomarkers & Prevention 2011; 20(6): 1064-1077.

Gomez SL, Chang ET, Shema SJ, Fish K, Sison JD, Reynolds P, Clément-Duchêne C, Wrensch M, Wiencke JL, Wakelee HA. Survival following non-small cell lung cancer among Asian/Pacific Islander and Latina women who have never smoked. Cancer Epidemiology, Biomarkers and Prevention 2011; 20(3): 545-554.

Horn-Ross PL, McClure LA, Chang ET, Clarke CA, Keegan THM, Rull RP, Quach T, Gomez SL. Papillary thyroid cancer incidence rates vary significantly by birthplace in Asian American women. Cancer Causes & Control 2011; 22(3): 479-485.

Bailey MB, Shiau R, Zola J, Fernyak SE, Fang T, So SKS, Chang ET. San Francisco Hep B Free: A grassroots community coalition to prevent hepatitis B and liver cancer. Journal of Community Health 2011; 36(4): 538-551.

Chang ET, Canchola AJ, Clarke CA, Lu Y, West DW, Bernstein L, Wang SS, Horn-Ross PL. Dietary phytocompounds and risk of lymphoid malignancies in the California Teachers Study cohort. Cancer Causes & Control 2011; 22(2): 237-249.

Chu KP, Shema S, Wu S, Gomez SL, Chang ET, Le Q. Head and neck cancer specific survival based on socioeconomic status in Asians and Pacific Islanders. Cancer 2011; 117(9): 1935-1945.

Enciso-Mora V, Broderick P, Ma Y, Jarrett RF, Hjalgrim H, Hemminki K, van den Berg A, Olver B, Lloyd A, Dobbins SE, Lightfoot T, van Leeuwen FE, Försti A, Diepstra A, Broeks A, Vijayakrishnan J, Shield L, Lake A, Montgomery D, Roman E, Engert A, von Strandmann EP, Reiners KS, Nolte IM, Smedby KE, Adami HO, Russell NS, Glimelius B, Hamilton-Dutoit S, de Bruin M, Ryder LP, Molin D, Sorensen KM, Chang ET, Taylor M, Cooke R, Hofstra R, Westers H, van Wezel T, van Eijk R, Ashworth A, Rostgaard K, Melbye M, Swerdlow AJ, Houlston RS. A genome-wide association study of Hodgkin's lymphoma identifies new susceptibility loci at 2p16.1 (REL), 8q24.21 and 10p14 (GATA3). Nature Genetics 2010; 42(12): 1126-1130.

Smedby KE, Eloranta S, Duvefelt K, Melbye M, Humphreys K, Hjalgrim H, Chang ET. Vitamin D receptor genotypes, ultraviolet radiation exposure and risk of non-Hodgkin lymphoma. American Journal of Epidemiology 2011; 173(1): 48-54.

Telli ML, Chang ET, Kurian AW, Keegan THM, McClure LA, Lichtensztajn D, Ford JM, Gomez SL. Asian ethnicity and breast cancer subtypes: A study from the California Cancer Registry. Breast Cancer Research and Treatment 2011; 127(2): 471-478.

Lu Y, Wang SS, Sullivan-Halley J, Chang ET, Clarke CA, Henderson KD, Ma H, Duan L, Lacey JV Jr, Deapen D, Bernstein L. Oral contraceptives, menopausal hormone therapy use and risk of B-cell non-Hodgkin lymphoma in the California Teachers Study. International Journal of Cancer 2011; 129(4): 974-982.

Ellen Chang, Sc.D.
07/19   |   Page 12

Stram DO, Liu Y, Henderson KD, Sullivan-Halley J, Luo J, Saxena T, Reynolds P, Chang ET, Neuhausen SL, Horn-Ross PL, Ursin G. Age-specific effects of hormone therapy use on overall mortality and ischemic heart disease mortality among women in the California Teachers Study. Menopause 2011; 18(3): 253-261.

Chang ET, Clarke CA, Canchola AJ, Lu Y, Wang SS, Ursin G, West DW, Bernstein L, Horn-Ross PL. Alcohol consumption over time and risk of lymphoid malignancies in the California Teachers Study cohort. American Journal of Epidemiology 2010; 172(12): 1373-1383.

Chang ET, Yang J, Alfaro-Velcamp T, So SK, Glaser SL, Gomez SL. Disparities in liver cancer incidence by nativity, acculturation, and socioeconomic status in California Hispanics and Asians. Cancer Epidemiology, Biomarkers & Prevention 2010; 19(12): 3106-3118.

Canchola AJ, Chang ET, Bernstein L, Largent JA, Reynolds P, Deapen D, Henderson KD, Ursin G, Horn-Ross PL. Body size and the risk of ovarian cancer by hormone therapy use in the California Teachers Study cohort. Cancer Causes & Control 2010; 21(9): 1407-1416.

Bertrand KA, Birmann BM, Chang ET, Spiegelman D, Aster JC, Zhang SM, Laden F. A prospective study of Epstein-Barr virus antibodies and risk of non-Hodgkin lymphoma. Blood 2010; 116(18): 3547-3553.

Conde L, Halperin E, Akers NK, Brown KM, Smedby KE, Rothman N, Nieters A, Slager SL, Brooks-Wilson A, Agana L, Riby J, Liu J, Adami HO, Darabi H, Hjalgrim H, Low HQ, Humphreys K, Melbye M, Chang ET, Glimelius B, Cozen W, Davis S, Hartge P, Morton LM, Schenk M, Wang SS, Armstrong B, Kricker A, Milliken S, Purdue MP, Vajdic CM, Boyle P, Lan Q, Zahm SH, Zhang Y, Zheng T, Becker N, Benavente Y, Boffetta P, Brennan P, Butterbach K, Cocco P, Foretova L, Maynadié M, de Sanjosé S, Staines A, Spinelli JJ, Achenbach SJ, Call TG, Camp NJ, Glenn M, Caporaso NE, Cerhan JR, Cunningham JM, Goldin LR, Hanson CA, Kay NE, Lanasa MC, Leis JF, Marti GE, Rabe KG, Rassenti LZ, Spector LG, Strom SS, Vachon CM, Weinberg JB, Holly EA, Chanock S, Smith MT, Bracci PM, Skibola CF. Genome-wide association study of follicular lymphoma identifies a risk locus at 6p21.32. Nature Genetics 2010; 42(8): 661-664.

Canchola AJ, Chang ET, Bernstein L, Largent JA, Reynolds P, Deapen D, Ursin G, Horn-Ross PL. Body size and the risk of endometrial cancer by hormone therapy use in postmenopausal women in the California Teachers Study cohort. Cancer Causes & Control 2010; 21(9): 1407-1416.

Lu Y, Ma H, Sullivan-Halley J, Henderson KD, Chang ET, Clarke CA, Neuhausen SL, West DW, Bernstein L, Wang SS. Parents' ages at birth and risk of adult-onset hematological malignancies among California female teachers. American Journal of Epidemiology 2010; 171(12): 1262-1269.

Hjalgrim H, Rostgaard K, Johnson PCD, Lake A, Shield L, Little A-M, Smedby KE, Adami HO, Glimelius B, Hamilton-Dutoit S, Kane E, Taylor GM, McConnachie A, Ryder LP, Sundstrom C, Andersen PA, Chang ET, Alexander FE, Melbye M, Jarrett RF. HLA-A alleles and infectious mononucleosis suggest a critical role for cytotoxic T-cell response in EBV-related Hodgkin lymphoma. Proceedings of the National Academy of Science 2010; 107(14): 6400-6405.

Gomez SL, Clarke CA, Shema SJ, Chang ET, Keegan TH, Glaser SL. Disparities in breast cancer survival among Asian women by ethnicity and immigrant status: a population-based study. American Journal of Public Health 2010; 100(5): 861-869.

Chao J, Chang ET, So SK. Hepatitis B and liver cancer knowledge and practices among healthcare and public health professionals in China: a cross-sectional study. BMC Public Health 2010; 10(1): 98.

Clarke CA, Miller T, Chang ET, Yin D, Cockburn MG, Gomez SL. Racial and social class gradients in life expectancy in contemporary California. Social Science and Medicine 2010; 70(9): 1373-1380.

Ellen Chang, Sc.D.
07/19   |   Page 13

Fernberg P, Chang ET, Duvefelt K, Hjalgrim H, Eloranta S, Sørensen KM, Porwit A, Humphreys K, Melbye M, Smedby KE. Genetic variation in chromosomal translocation breakpoint and immune function genes and risk of non-Hodgkin lymphoma. Cancer Causes & Control 2010; 21(5): 759-769.

Filion EJ, McClure LA, Huang D, Seng K, Kaplan MJ, Colevas AD, Gomez SL, Chang ET, Le QT. Higher incidence of head and neck cancers among Vietnamese American men in California. Head & Neck 2010; 32(10): 1336-1344.

Gomez SL, Quach T, Horn-Ross PL, Pham JT, Cockburn M, Chang ET, Keegan THM, Glaser SL, Clarke CA. Hidden breast cancer disparities in Asian women: Disaggregating incidence rates by ethnicity and migrant status. American Journal of Public Health 2010; 100 Suppl 1: s125-3.

Chang ET, Cronin-Fenton DP, Friis S, Hjalgrim H, Sørensen HT, Pedersen L. Aspirin and other nonsteroidal anti-inflammatory drugs in relation to Hodgkin lymphoma risk in Northern Denmark. Cancer Epidemiology, Biomarkers & Prevention 2010; 19(1): 59-64.

Prescott J, Lu Y, Chang ET, Sullivan-Halley J, Henderson KD, Clarke CA, Ma H, Templeman C, Deapen D, Bernstein L. Reproductive factors and non-Hodgkin lymphoma risk in the California Teachers Study. PLoS ONE 2009; 4(12): e8135.

West-Wright CN, Henderson KD, Sullivan-Halley J, Ursin G, Deapen D, Neuhausen S, Reynolds P, Chang E, Ma H, Bernstein L. Long-term and recent recreational physical activity and survival after breast cancer: The California Teachers Study. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(11): 2851-2859.

Lu Y, Sullivan-Halley J, Cozen W, Chang ET, Henderson K, Ma H, Deapen D, Clarke C, Reynolds P, Neuhausen SL, Anton-Culver H, Ursin G, West D, Bernstein L. Family history of haematopoietic malignancies and non-Hodgkin's lymphoma risk in the California Teachers Study. British Journal of Cancer 2009; 100(3): 524-526.

Lu Y, Prescott J, Sullivan-Halley J, Henderson KD, Ma H, Chang ET, Clarke CA, Horn-Ross PL, Ursin G, Bernstein L. Body size, recreational physical activity and B-cell non-Hodgkin lymphoma risk among women in the California Teachers Study. American Journal of Epidemiology 2009; 170(10): 1231-1240.

Chang ET, Shema SJ, Wakelee HA, Clarke CA, Gomez SL. Uncovering disparities in survival after nonsmall-cell lung cancer among Asian/Pacific Islander ethnic populations in California. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(8): 2248-2255.

Keegan THM, Clarke CA, Chang ET, Shema SJ, Glaser SL. Disparities in survival after Hodgkin lymphoma: a population-based study. Cancer Causes & Control 2009; 20(10): 1881-1892. NIHMSID153475.

Chao SD, Chang ET, So SK. Eliminating the threat of chronic hepatitis B in the Asian and Pacific Islander community: a call to action. Asian Pacific Journal of Cancer Prevention 2009; 10(3): 497-512.

Lin SY, Chang ET, So K. Stopping a silent killer in the underserved Asian and Pacific Islander community: A chronic hepatitis B and liver cancer prevention clinic by medical students. Asian Pacific Journal of Cancer Prevention 2009; 10(3): 383-386.

Hausauer AK, Keegan THM, Chang ET, Glaser SL, Howe H, Clarke CA. Recent trends in breast cancer incidence in US white women by urban/rural and poverty status. BMC Medicine 2009; 7: 31.

Ellen Chang, Sc.D.
07/19   |   Page 14

Phillips KA, Milne RL, West DW, Goodwin PJ, Giles GG, Chang ET, Figueiredo JC, Friedlander ML, Keegan THM, Glendon G, Apicella C, O'Malley FP, Southey MC, Andrulis IL, John EM, Hopper JL. Prediagnosis reproductive factors and all-cause mortality for women with breast cancer in the Breast Cancer Family Registry. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(6): 1792-1797.

Chang ET, Nguyen BH, So SK. Attitudes toward hepatitis B and liver cancer prevention among Chinese Americans in the San Francisco Bay Area. Asian Pacific Journal of Cancer Prevention 2008; 9(4): 605-613.

Chang ET, Birmann BM, Kasperzyk JL, Conti DV, Kraft P, Ambinder RF, Zheng T, Mueller NE. Polymorphic variation in aspirin-related genes and risk of Hodgkin lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(3): 976-986.

Chao SD, Chang ET, Le PV, Prapong W, Kiernan M, So SK. The Jade Ribbon Campaign: a model program for community outreach and education to prevent liver cancer in Asian Americans. Journal of Immigrant and Minority Health 2009; 11(4): 281-290.

Raz DJ, Gomez SL, Chang ET, Kim JY, Keegan THM, Pham J, Kukreja J, Hiatt RA, Jablons DM. Epidemiology of non-small cell lung cancer in Asian Americans: incidence patterns among six subgroups by nativity. Journal of Thoracic Oncology 2008; 3(12): 1391-1397.

Chang ET, Milne RL, Phillips K, Figueiredo JC, Sangaramoorthy M, Keegan THM, Andrulis IL, Hopper JL, Goodwin PJ, O'Malley FP, Weerasooriya N, Apicella C, Southey MC, Friedlander ML, Giles GG, Whittemore AS, West DW, John EM. Family history of breast cancer and all-cause mortality after breast cancer diagnosis in the Breast Cancer Family Registry. Breast Cancer Research and Treatment 2009; 117(1): 167-176.

Wiklund F, Lageros YT, Chang ET, Bälter KA, Stattin P, Adami HO, Grönberg H. Lifetime total physical activity and prostate cancer risk: a population-based case-control study in Sweden. European Journal of Epidemiology 2008; 23(11): 739-746.

Biggar RJ, Johansen JS, Smedby KE, Rostgaard K, Chang ET, Adami HO, Glimelius B, Molin D, Hamilton-Dutoit S, Melbye M, Hjalgrim H. Serum YKL-40 and interleukin 6 levels in Hodgkin lymphoma. Clinical Cancer Research 2008; 14(21): 6974-6978.

Chang ET, Sue E, Zola J, So SK. 3 For Life: A model program to prevent hepatitis B and liver cancer in Asian and Pacific Islander Americans. American Journal of Health Promotion 2009; 23(3): 176-181.

Glaser SL, Gulley ML, Clarke CA, Keegan THM, Chang ET, Shema SJ, Craig FE, DiGiuseppe JA, Dorfman RF, Mann RB, Anton-Culver H, Ambinder RF. Racial/ethnic variation in EBV-positive classical Hodgkin lymphoma in California populations. International Journal of Cancer 2008; 123(7): 1499-1507.

Henderson KD, Sullivan-Halley J, Reynolds P, Horn-Ross PL, Clarke CA, Chang ET, Neuhausen S, Ursin G, Bernstein L. Incomplete pregnancy is not associated with breast cancer risk: the California Teachers Study. Contraception 2008; 77(6): 391-396.

Schöllkopf C, Melbye M, Munksgaard L, Smedby KE, Rostgaard K, Glimelius B, Chang ET, Roos G, Hansen M, Adami HO, Hjalgrim H. Borrelia infection and risk of non-Hodgkin lymphoma. Blood 2008; 111(12): 5524-5529.

Chang ET, Lee VS, Canchola AJ, Dalvi TB, Clarke CA, Reynolds P, Purdie DM, Stram DO, West DW, Ziogas A, Bernstein L, Horn-Ross PL. Dietary patterns and risk of ovarian cancer in the California Teachers Study cohort. Nutrition and Cancer 2008; 60(3): 285-291.

Ellen Chang, Sc.D.
07/19   |   Page 15

Schöllkopf C, Smedby KE, Hjalgrim H, Rostgaard K, Jensen IP, Vinner L, Chang ET, Glimelius B, Porwit A, Sundström C, Hansen M, Adami HO, Melbye M. Hepatitis C infection and risk of malignant lymphoma. International Journal of Cancer 2008; 122(8): 1885-1890.

Chang ET, Lin SY, Sue E, Bergin M, Su J, So SK. Building partnerships with traditional Chinese medicine practitioners to increase hepatitis B awareness and prevention. Journal of Alternative & Complementary Medicine 2007; 13(10): 1125-1127.

Hausauer AK, Keegan THM, Chang ET, Clarke CA. Recent breast cancer trends among Asian/Pacific Islander, Hispanic, and African-American women in the US: Changes by tumor subtype. Breast Cancer Research 2007; 9(6):R90.

Keegan THM, Chang ET, John EM, Horn-Ross PL, Wrensch MR, Glaser SL, Clarke CA. Recent changes in breast cancer incidence and risk factor prevalence in San Francisco Bay Area women: 1988-2004. Breast Cancer Research 2007; 9(5):R62.

Smedby KE, Hjalgrim H, Chang ET, Rostgaard K, Glimelius B, Adami HO, Melbye M. Childhood social environment and risk of non-Hodgkin lymphoma in adults. Cancer Research 2007; 67(22): 11074-11082.

Czene K, Adami HO, Chang ET. Sex- and kindred-specific familial risk of non-Hodgkin lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2007; 16(11): 2496-2499.

Lin SY, Chang ET, So SK. Why we should routinely screen Asian American adults for hepatitis B: a cross-sectional study of Asians in California. Hepatology 2007; 46(4): 1034-1040.

Hjalgrim H, Smedby KE, Rostgaard K, Amini R-M, Molin D, Hamilton-Dutoit S, Schöllkopf C, Chang ET, Ralkiaer E, Adami HO, Glimelius B, Melbye M. Cigarette smoking and risk of Hodgkin lymphoma: a population-based case-control study. Cancer Epidemiology, Biomarkers & Prevention 2007; 16(8): 1561-1566.

Glaser SL, Chang ET, Horning SJ, Clarke CA. Understanding the validity of self-reported positive family history of lymphoma in extended families to facilitate genetic epidemiology and clinical practice. Leukemia & Lymphoma 2007; 48(6): 1110-1118.

Wu CA, Lin SY, So SK, Chang ET. Hepatitis B and liver cancer knowledge and preventive practices among Asian Americans in the San Francisco Bay Area, California. Asian Pacific Journal of Cancer Prevention 2007; 8(1): 127-134.

Chang ET, Keegan THM, Gomez SL, Le GM, Clarke CA, So SK, Glaser SL. The burden of liver cancer in Asians and Pacific Islanders the Greater San Francisco Bay Area, 1990 through 2004. Cancer 2007; 109(10): 2100-2108.

Alexander DD, Mink PJ, Adami HO, Chang ET, Cole P, Mandel JS, Trichopoulos D. The non-Hodgkin lymphomas: A review of the epidemiologic literature. International Journal of Cancer 2007; 120(S12): 1-39.

Hjalgrim H, Smedby KE, Rostgaard K, Molin D, Hamilton-Dutoit S, Chang ET, Ralkiaer E, Sundström C, Adami HO, Glimelius B, Melbye M. Infectious mononucleosis, childhood social environment and risk of Hodgkin lymphoma. Cancer Research 2007; 67(5): 2382-2388.

Wakelee HA, Chang ET, Gomez SL, Keegan THM, Feskanich D, Clarke CA, Holmberg L, Yong LC, Kolonel LN, Gould MK, West DW. Lung cancer incidence in never-smokers. Journal of Clinical Oncology 2007; 25(5): 472-478.

Ellen Chang, Sc.D.
07/19   |   Page 16

Melbye M, Smedby KE, Lehtinen T, Rostgaard K, Glimelius B, Munksgaard L, Schöllkopf C, Sundström C, Chang ET, Koskela P, Adami HO, Hjalgrim H. Atopy and risk of non-Hodgkin lymphoma. Journal of the National Cancer Institute 2007; 99(2): 158-166.

Chang ET, Lee VS, Canchola AJ, Clarke CA, Purdie DM, Reynolds P, Anton-Culver H, Bernstein L, Deapen D, Peel D, Pinder R, Ross RK, Stram DO, West DW, Wright W, Ziogas A, Horn-Ross PL. Diet and risk of ovarian cancer in the California Teachers Study cohort. American Journal of Epidemiology 2007; 165(7): 802-813.

Chang ET, Canchola AJ, Lee VS, Clarke CA, Purdie DM, Reynolds P, Bernstein L, Stram DO, Anton-Culver H, Deapen D, Mohrenweiser H, Peel D, Pinder R, Ross RK, West DW, Wright W, Ziogas A, Horn-Ross PL. Wine and other alcohol consumption and risk of ovarian cancer in the California Teachers Study cohort. Cancer Causes & Control 2007; 18(1): 91-103.

Hedelin M, Chang ET, Wiklund F, Bellocco R, Klint Å;, Adolfsson J, Shahedi K, Xu J, Adami HO, Grönberg H, Bälter KA. Association of frequent consumption of fatty fish with prostate cancer risk is modified by COX-2 polymorphism. International Journal of Cancer 2007; 120(2): 398-405.

Chang ET, Bälter KA, Torrång A, Smedby KE, Melbye M, Sundström C, Glimelius B, Adami HO. Nutrient intake and risk of non-Hodgkin's lymphoma. American Journal of Epidemiology 2006(12): 1222-1232.

Chang ET, Adami HO. The enigmatic epidemiology of nasopharyngeal carcinoma. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(10): 1765-1777.

Hedelin M, Bälter KA, Chang ET, Bellocco R, Klint Å;, Johansson J-E, Wiklund F, Thellenberg-Karlsson C, Adami HO, Grönberg H. Dietary intake of phytoestrogens, estrogen receptor-beta polymorphisms and the risk of prostate cancer. Prostate 2006; 66(14): 1512-1520.

Keegan THM, Glaser SL, Clarke CA, Dorfman RF, Mann RB, DiGuiseppe JA, Chang ET, Ambinder RF. Body size, physical activity and risk of Hodgkin's lymphoma in women. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(6): 1091-1101.

Nordenvall C, Chang ET, Adami HO, Ye W. Cancer risk among patients with condylomata acuminata. International Journal of Cancer 2006; 119(4): 888-893.

Smedby KE, Lindgren C, Hjalgrim H, Humphreys K, Schöllkopf C, Chang ET, Roos G, Falk K, Palmgren J, Melbye M, Glimelius B, Adami HO. Variation in DNA repair genes ERCC2, XRCC1, and XRCC3 and risk of follicular lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(2): 258-265.

Hedelin M, Klint Å;, Chang ET, Bellocco R, Johansson J-E, Andersson S-O, Heinonen S-M, Adlercreutz H, Adami HO, Grönberg H, Bälter KA. Dietary phytoestrogen, serum enterolactone and risk of prostate cancer: The Cancer Prostate Sweden Study. Cancer Causes & Control 2006; 17(2): 169-180.

Chang ET, Smedby KE, Hjalgrim H, Glimelius B, Adami HO. Reliability of self-reported family history of cancer in lymphoma cases and controls compared with Swedish Cancer Register data. Journal of the National Cancer Institute 2006; 98(1): 61-68.

Smedby KE, Hjalgrim H, Askling J, Chang ET, Gregersen H, Porwit-MacDonald A, Sundström C, Å;kerman M, Melbye M, Glimelius B, Adami HO. Autoimmune and chronic inflammatory disorders and risk of non-Hodgkin lymphoma by subtype. Journal of the National Cancer Institute 2006; 98(1): 51-60.

Chang ET, Smedby KE, Hjalgrim H, Porwit-MacDonald A, Roos G, Glimelius B, Adami HO. Family history of hematopoietic malignancy and risk of lymphoma. Journal of the National Cancer Institute 2005; 97(18): 1466-1474.

Ellen Chang, Sc.D.
07/19   |   Page 17

Chang ET, Smedby KE, Hjalgrim H, Schöllkopf C, Porwit-MacDonald A, Sundström C, Tani E, d'Amore F, Melbye M, Adami HO, Glimelius B. Medication use and risk of non-Hodgkin's lymphoma. American Journal of Epidemiology 2005; 162(10): 965-974.

Morton LM, Zheng T, Holford TR, Holly EA, Chiu BCH, Costantini AS, Stagnaro E, Willett EV, Dal Maso L, Serraino D, Chang ET, Cozen W, Davis S, Severson RK, Bernstein L, Mayne ST, Dee FR, Cerhan JR, Hartge P. Alcohol consumption and risk of non-Hodgkin lymphoma: A pooled analysis. Lancet Oncology 2005; 6(7): 469-476.

Chang ET, Hedelin M, Adami HO, Grönberg H, Bälter KA. Alcohol drinking and risk of localized versus advanced and sporadic versus familial prostate cancer in Sweden. Cancer Causes & Control 2005; 16(3): 275-284.

Chang ET, Blomqvist P, Lambe M. Seasonal variation in the diagnosis of Hodgkin lymphoma in Sweden. International Journal of Cancer 2005; 115(1): 127-130.

Chang ET, Smedby KE, Zhang SM, Hjalgrim H, Melbye M, Öst Å;, Glimelius B, Wolk A, Adami HO. Dietary factors and risk of non-Hodgkin lymphoma in men and women. Cancer Epidemiology, Biomarkers & Prevention 2005; 14(2): 512-520.

Chang ET, Hjalgrim H, Smedby KE, Å;kerman M, Tani E, Glimelius B, Adami HO, Melbye M. Body mass index and risk of malignant lymphoma in Scandinavian men and women. Journal of the National Cancer Institute 2005; 97(3): 210-218.

Chang ET, Smedby KE, Zhang SM, Hjalgrim H, Melbye M, Öst Å;, Wolk A, Adami HO, Glimelius B. Alcohol intake and risk of non-Hodgkin lymphoma in men and women. Cancer Causes & Control 2004; 15(10): 1067-1076.

Chang ET, Zheng T, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Childhood social environment and Hodgkin's lymphoma: New findings from a population-based case-control study. Cancer Epidemiology, Biomarkers & Prevention 2004; 13(8): 1361-1370.

Chang ET, Montgomery SM, Richiardi L, Ehlin A, Ekbom A, Lambe M. Number of siblings and Hodgkin's lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2004; 13(7): 1236-1243.

Chang ET, Zheng T, Lennette ET, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Heterogeneity of risk factors and antibody profiles in Epstein-Barr virus genome-positive and genomenegative Hodgkin's lymphoma. Journal of Infectious Diseases 2004; 189(12): 2271-2281.

Chang ET, Zheng T, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Aspirin and the risk of Hodgkin's lymphoma in a population-based case-control study. Journal of the National Cancer Institute 2004; 96(4): 305-315.

Chang CCY, Sakashita N, Ornvold K, Lee O, Chang ET, Dong R, Lin S, Lee CYG, Stron SC, Kashyap R, Fung JJ, Farese RV Jr., Patoiseau JF, Delhon A, Chang TY. Immunological quantitation and localization of ACAT-1 and ACAT-2 in human liver and small intestine. Journal of Biological Chemistry 2000; 275(36): 28083-28092.

Chang CCY, Lee CYG, Chang ET, Cruz JC, Levesque MC, Chang TY. Recombinant acyl-CoA:cholesterol acyltransferase-1 (ACAT-1) purified to essential homogeneity utilizes cholesterol in mixed micelles or in vesicles in a highly cooperative manner. Journal of Biological Chemistry 1998; 273(52): 35132-35141.

Ellen Chang, Sc.D.
07/19   |   Page 18

Lavan BE, Fantin VR, Chang ET, Lane WS, Keller SK, Lienhard GE. A novel 160-kDa phosphotyrosine protein in insulin-treated embryonic kidney cells is a new member of the insulin receptor substrate family. Journal of Biological Chemistry 1997; 274(34): 21403-21407.

## Book Chapters, Research Letters, and Invited Commentaries

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Re: "Diesel exhaust and lung cancer—aftermath of becoming an IARC group 1 carcinogen". American Journal of Epidemiology 2019; 188(2): 489-491.

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Chang et al. reply. American Journal of Epidemiology 2019; 188(2): 485-486.

Ong KL, Chang ET. The need for standardization, terminology, and interfacing retrieval analysis with registries. In: Beyond the Implant: Retrieval Analysis Methods for Implant Surveillance, ASTM STP1606. Mihalko WM, Lemons JE, Greenwald AS, Kurtz SM (eds), West Conshohocken, PA: ASTM International, 2018: 39-48.

Chang ET, Adami HO. Chapter 8: Nasopharyngeal carcinoma. In: Textbook of Cancer Epidemiology, 3rd edition. Adami HO, Hunter D, Lagiou P, Mucci L (eds), New York: Oxford University Press, 2018: 159-181.

Chang ET, Liu Z, Hildesheim A, Adami HO, Ye W. Five authors reply. American Journal of Epidemiology 2018; 187(2): 399.

Chang ET, Hildesheim A. Chapter 26. Nasopharyngeal cancer. In: Schottenfeld and Fraumeni: Cancer Epidemiology and Prevention, 4th edition. Thun MJ, Linet MS, Cerhan JR, Haiman CA, Schottenfeld D (eds), New York: Oxford University Press, 2017: 489-504.

Hjalgrim H, Chang ET, Glaser SL. Chapter 39. Hodgkin lymphoma. In: Schottenfeld and Fraumeni: Cancer Epidemiology and Prevention, 4th edition. Thun MJ, Linet MS, Cerhan JR, Haiman CA, Schottenfeld D (eds), New York: Oxford University Press, 2017: 745-765.

Moolgavkar SH, Chang ET, Mezei G, Mowat FS. Chapter 3. Epidemiology of mesothelioma. In: Asbestos and Mesothelioma. Testa JR (ed), Cham, Switzerland: Springer, 2017: 43-72.

Glaser SL, Chang ET, Clarke CA, Keegan TH. Chapter 1. Epidemiology. In: Hodgkin Lymphoma: A Comprehensive Overview, 2nd Edition. Engert A, Younes A (eds), New York: Springer, 2015: 3-26.

Chang ET and Barraj L. Chapter 3-7. Clinical Research for Medical Devices. In: Bringing Your Medical Device to Market. Reiss JB (ed), Washington, D.C.: The Food and Drug Law Institute 2013; 239-251.

Glaser SL, Chang ET, Clarke CA, Keegan THM. Chapter 1. Epidemiology. In: Hodgkin Lymphoma: A Comprehensive Update on Diagnostics and Clinics. Engert A, Horning S (eds), New York: Springer, 2010: 3-20.

Gomez SL, Lichtensztajn D, Kurian AW, Telli ML, Chang ET, Keegan THM, Glaser SL, Clarke CA. Increasing mastectomy rates for early-stage breast cancer? Population-based trends from California. Journal of Clinical Oncology 2010; 28(10): e155-157.

U.S. EXHIBIT 505.0182

Chang ET, So SK. Chapter 9. Chronic hepatitis B and liver cancer: The greatest health disparity between Asian and non-Asian Americans. In: Praeger Handbook of Asian American Health: Taking Notice and Taking Action. Bateman WB, Abesamis-Mendoza N, Ho-Asjoe H (eds), Santa Barbara, CA: ABC-CLIO, 2009: 177-199.

Wakelee HA, Gomez SL, Chang ET. Sex differences in lung cancer susceptibility: A smoke screen? Lancet Oncology 2008; 9(7): 609-610.

Chang ET, So SK. Re: "Ten largest racial and ethnic health disparities in the United States based on Healthy People 2010 objectives". American Journal of Epidemiology 2007; 166(9): 1105-1106.

Gomez SL, Clarke CA, Chang ET, Keegan THM, West DW, So SK, Glaser SL. Response to McCracken et al.: Cancer Surveillance Among Asian Americans, CA: A Cancer Journal for Clinicians 2007 Aug 28 (eLetter).

Chang ET, Adami HO. Chapter 8. Nasopharyngeal carcinoma. In: Textbook of Cancer Epidemiology, 2nd Edition. Adami HO, Hunter D, Trichopoulos D (eds), New York: Oxford University Press, 2008: 175-195.

Mueller NE, Grufferman S, Chang ET. Chapter 2. The epidemiology of Hodgkin lymphoma. In: Hodgkin Lymphoma, 2nd Edition. Hoppe RT, Armitage JO, Diehl V, Mauch PM, Weiss LM (eds), Philadelphia, PA: Lippincott Williams & Wilkins, 2007: 7-23.

Chang ET, Clarke CA, Glaser SL. Making sense of seasonal fluctuations in lymphoma diagnosis. Leukemia & Lymphoma 2007; 48(2): 223-224.

Chang ET, Hedelin M, Adami HO, Grönberg H, Bälter KA. Re: Zinc supplement use and risk of prostate cancer. Journal of the National Cancer Institute 2004; 96(14): 1108.

Birmann B, Chang ET, Mueller NE. Chapter 2. Epidemiology of lymphoma. In: Malignant Lymphomas. Grossbard ML (ed), Hamilton, Ontario: BC Decker, Inc., 2002: 31-46.

**Abstracts, Posters, and Presentations**

Chang ET. Epidemiology of cancer and inorganic arsenic in drinking water and the basis for estimated threshold of 100 µL. Presentation and panel discussion at The Toxicology Forum 45th Annual Summer Meeting, Alexandria, Virginia, July 8, 2019.

Chang ET. Separating association from causation using epidemiology. Webinar for DRI Toxic Torts and Environmental Law Committee, May 21, 2019.

Lewis RC, Chang ET. Beyond compliance: a greater understanding of exposure limits for informing risk communication. Webinar for PLAC, May 16, 2019.

Yeo YH, Le MH, Chang ET, Henry L, Nguyen MH. The majority of previously uninfected high-risk adults in the United States do not have immunity against hepatitis B virus: a population-based study. Abstract and presentation at AASLD The Liver Meeting, San Francisco, California, November 9-13, 2018.

Pace N, Chang ET. The epidemiology of chloroform exposure and developmental outcomes: a systematic review. Abstract and presentation at Teratology Society 58th Annual Meeting, Clearwater, Florida, June 23-27, 2018.

U.S. EXHIBIT 505.0183

McClellan RO, Chang ET, Lau EC, Van Landingham C, Crump KS, Moolgavkar SH. Case study in data access and reanalysis: Diesel engine exhaust and lung cancer mortality in the Diesel Exhaust in Miners (DEMS) cohort using alternative exposure estimates and radon adjustment. Abstract and presentation at Society for Risk Analysis 2017, Arlington, Virginia, December 10-14, 2017.

Kurtz SM, Lau E, Chang E, Son M, Zimmerli W, Parvizi J. Are we winning or losing the war with PJI: trends in PJI and mortality risk for the Medicare population. Abstract and presentation at The Knee Society 2017, Naples, Florida, September 14-16, 2017.

Chen VL, Podlaha O, Estevez J, Li B, Le A, Vutien P, Chang ET, Pflanz S, Jiang Z, Ge D, Gaggar A, Nguyen MH. High serum soluble intracellular adhesion molecule 1 (sICAM-1) concentration is assocated with hepatocellular carcinoma development in hepatitis B virus, hepatitis C virus, and non-viral liver disease: Multiplex analysis of 51 cytokines and other serum markers. Abstract and presentation at Digestive Disease Week 2016, San Diego, California, May 21-24, 2016.

Estevez J, Chen VL, Podlaha O, Li B, Le A, Vutien P, Chang ET, Jiang Z, Pflanz S, Ge D, Gaggar A, Nguyen MH. Differential cytokine profiles in patients with hepatocellular carcinoma related to hepatitis B virus (HBV) and hepatitis C virus (HCV) infection. Abstract and presentation at Digestive Disease Week 2016, San Diego, California, May 21-24, 2016.

Chang ET. Weight-of-evidence synthesis in epidemiology: What's the bottom line? Presentation at DRI Toxic Torts and Environmental Law Seminar, New Orleans, Louisiana, March 17-18, 2016.

Chen VL, Vutien P, Li B, Podlaha O, Chang ET, Jiang Z, Ge D, Gaggar A, Nguyen MH. Differential serum cytokine profiles in patients with hepatitis B virus (HBV), hepatitis C virus (HCV), and non-viral non-autoimmune liver disease, with or without hepatocellular carcinoma (HCC). Abstract and poster at AASLD The Liver Meeting 2015, San Francisco, California, November 13-17, 2015.

Plenary speaker. NPC international incidence and risk factors. 7th International Biannual Symposium on Nasopharyngeal Carcinoma 2015, Yogyakarta, Indonesia, June 3-6, 2015.

Session chair for plenary session on genetics and epigenetics of nasopharyngeal carcinoma. 7th International Biannual Symposium on Nasopharyngeal Carcinoma 2015, Yogyakarta, Indonesia, June 3-6, 2015.

Invited speaker. Reanalysis of the Diesel Exhaust in Miners Study (DEMS) cohort. Mario Negri Institute for Pharmacological Research, Milan, Italy, March 12, 2015.

Epstein MM, Chang ET, Zhang Y, Fung T, Batista JL, Ambinder RF, Zheng T, Mueller NE, Birmann BM. Diet patterns and risk of Hodgkin lymphoma in a population-based case-control study. Abstract and presentation at 2014 InterLymph Annual Meeting, Los Angeles, CA, June 17-20, 2014.

Hjalgrim H, Monnereau A, Glaser SL, Chang E. Risk factors for classical Hodgkin lymphoma. Presentation at 2013 InterLymph Annual Meeting, Dijon, France, June 24-26, 2013.

Birmann BM, Epstein MM, Chang ET, Zhang Y, Fung T, Kasperzyk J, Ambinder RF, Zheng T, Mueller NE. Dietary patterns and risk of Hodgkin lymphoma in a population-based case-control study [Abstract 491-S]. American Journal of Epidemiology 2013; 177(11Suppl): S123. Poster at 46th Annual Society for Epidemiologic Research (SER) Meeting, Boston, MA, June 18-21, 2013.

Gao L, Chang E, Nelson D, Vutien P, Rosenberg-Hassan Y, Nguyen MH. Serum cytokine profiles and hepatocellular carcinoma (HCC) in patients with chronic hepatitis C. Poster at Digestive Disease Week, Orlando, FL, May 18–21, 2013.

Ellen Chang, Sc.D.
07/19   |   Page 21

Vutien P, Chang E, Nelson D, Gao L, Rosenberg-Hassan Y, Nguyen MH. Serum cytokine profiles in patients with hepatitis B virus (HBV) infection and associated hepatocellular carcinoma (HCC). Poster at Digestive Disease Week, Orlando, FL, May 18–21, 2013.

Monnereau A, Glaser SL, Chang ET. Ultraviolet radiation (UVR) and risk of Hodgkin lymphoma: A pooled analysis. Presentation at InterLymph Consortium Annual Meeting, Washington, DC, June 7, 2012.

Invited speaker. Gastric cancer incidence patterns in California Hispanics. Northern California Cancer Registrars Association Conference, Fremont, CA, December 14, 2011.

Ai W, Chang E, Fu K, Fish K, Weisenburger DD, Keegan T. Racial/ethnic patterns of NK/T cell lymphoma in California: A population-based study. Abstract at International Conference on Malignant Lymphoma, Lugano, Switzerland, June 15-18, 2011.

Colevas AD, Clarke CA, Lichtensztajn D, Chang ET. A population-based evaluation of incidence trends in oropharynx cancer focusing on socioeconomic status, sex, and race/ethnicity. Poster at American Society of Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, June 4-8, 2010.

Clément-Duchêne C, Xu X, Gomez SL, Chang ET, West DW, Wakelee HA, Gould MK. Survival among never and ever smokers with lung cancer in the Cancer Care Outcomes Research and Surveillance Consortium (CanCORS) study. Poster at American Society of Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, June 4-8, 2010.

Chang ET. Ultraviolet radiation exposure & sensitivity and risk of Hodgkin lymphoma: A pooled analysis. Presentation at InterLymph Consortium 9th Annual Meeting, Washington, DC, April 15, 2010.

Chang ET, Nguyen BH, So SK. Motivations for hepatitis B and liver cancer prevention in Bay Area Chinese Americans. Poster at Stanford Cancer Center Members' Retreat, Menlo Park, CA, April 7, 2010.

Wakelee HA, Chang ET, Sherna SJ, Reynolds P, Clément-Duchêne C, Wiencke J, Gomez SL. Survival after non-small cell lung cancer in never-smoking Asian/Pacific Islander and Latina women. Journal of Thoracic Oncology 2009; 4(9 Suppl 1): s310 (Abstr#A7.6). Oral presentation at 13th World Conference on Lung Cancer, San Francisco, CA, July 31-August 4, 2009.

Chang ET, Kasperzyk JL, Birmann BM, Kraft P, Zheng T, Mueller NE. One-carbon metabolism nutrients and genes and Hodgkin lymphoma risk. Oral presentation at InterLymph Consortium 8th Annual Meeting, Vancouver, British Columbia, July 19-22, 2009.

Marshall SF, Chang ET, Clarke CA, Cress R, Deapen D, Horn-Ross PL, Largent J, Neuhausen S, Reynolds P, Templeman C, Bernstein L. Hormone therapy before diagnosis and breast cancer survival in the 10 California Teachers Study. Abstract at San Antonio Breast Cancer Symposium, San Antonio, TX, December 10-14, 2008.

Telli ML, Kurian AW, Chang ET, Keegan THM, McClure LA, Ford JM, Gomez SL. Differences in breast cancer subtype distribution exist among ethnic subgroups of Asian women in California. Abstract at San Antonio Breast Cancer Symposium, San Antonio, TX, December 10-14, 2008.

Telli ML, Kurian AW, Chang ET, Keegan THM, Ford JM, Gomez SL. Asian race and breast cancer subtypes: a study from the California Cancer Registry. Poster at 44th American Society for Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, May 30-June 3, 2008.

Invited speaker. Hepatitis B and liver cancer prevention in Asian/Pacific Islander Americans. Department of Epidemiology, Harvard School of Public Health, Boston, MA, April 1, 2008.

U.S. EXHIBIT 505.0185

Chen JJ, Bergin M, Chang ET, So SK. A model HBV catch-up immunization and education project in Qinghai, China. Workshop presentation at 42nd National Immunization Conference, Atlanta, GA, March 17-20, 2008.

Bergin M, Rao A, Chang ET, So SK. Motivating youth to take action in public health: 5th Annual Youth Leadership Conference on Asian and Pacific Islander Health. Poster at 42nd National Immunization Conference, Atlanta, GA, March 17-20, 2008.

Invited speaker. Integration of population sciences with clinical research. Cancer Clinical Trials Forum, Stanford University School of Medicine, Stanford, California, July 18, 2007.

Chang ET, Nguyen BH, So SK. Determinants of hepatitis B awareness and prevention in Chinese Americans. Poster and presentation at Stanford Cancer Center retreat, Menlo Park, CA, March 12, 2007.

Chang ET, Lin SY, So SK. The Jade Ribbon Campaign: Hepatitis B virus screening and education in Asian/Pacific Islander Americans. Presentation at 2006 National Asian American Pacific Islander Health Summit, San Jose, CA, September 15, 2006.

Chang ET, Canchola AJ, Lee VS, Clarke CA, Reynolds P, Horn-Ross PL, and the California Teachers Study Investigators. Wine and other alcohol consumption and risk of ovarian cancer in the California Teachers Study cohort. Abstract and poster at 2nd North American Congress of Epidemiology, Seattle, WA, June 21-24, 2006.

Invited speaker. The role of the Epstein-Barr virus in Hodgkin lymphoma. Viruses and Cancer Symposium, Harvard School of Public Health, Boston, MA, May 5, 2006.

Invited speaker. The changing racial/ethnic burden of liver cancer in the Greater San Francisco Bay Area. Greater Bay Area Cancer Registry Certified Tumor Registrars Meeting, Fremont, CA, April 5, 2006.

Invited speaker. The role of the Epstein-Barr virus in Hodgkin lymphoma. Department of Epidemiology, University of Michigan School of Public Health, Ann Arbor, MI, January 12, 2005.

Invited speaker. Department of Epidemiology, University of Washington School of Public Health and Community Medicine, and Seattle Epidemiologic Research and Information Center, Seattle, WA, August 17, 2004.

Levin LI, Lennette ET, Ambinder RF, Chang ET, Rubertone M, Mueller NE. Prediagnosis Epstein-Barr virus serologic patterns in relation to the molecular status of Hodgkin's lymphoma in young adults. Abstract and poster at American Association for Cancer Research International Conference on Molecular and Genetic Epidemiology of Cancer, Waikoloa, HI, January 18-23, 2003.

Chang ET, Ambinder RF, Weir EG, Borowitz M, Mann RB, Zheng T, Mueller NE. Inverse association between nursery school and Hodgkin's lymphoma, independent of EBV tumor status. Abstract and poster at 10th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, Cairns, Australia, July 16-21, 2002.

Levin LI, Lennette ET, Ambinder RF, Chang ET, Rubertone M, Mueller NE. Prediagnosis Epstein-Barr virus serologic patterns in EBV-positive and EBV-negative Hodgkin's lymphoma. Abstract and poster at 10th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, Cairns, Australia, July 16-21, 2002.

U.S. EXHIBIT 505.0186

Chang ET, Ambinder RF, Zheng T, Mueller NE. Inverse association between childhood history of nursery school and Hodgkin's lymphoma in a population-based case-control study. Leukemia & Lymphoma 2001; 42(Suppl 2): 39-40. Abstract and poster at 5th International Symposium on Hodgkin's Lymphoma, Cologne, Germany, September 22-25, 2001.

Chang ET, Ambinder RF, Zheng T, Mueller NE. Inverse association between aspirin use and Hodgkin's lymphoma in a population-based case-control study. Leukemia & Lymphoma 2001; 42(Suppl 2): 41. Abstract and poster at 5th International Symposium on Hodgkin's Lymphoma, Cologne, Germany, September 22-25, 2001.

Chang ET, Birmann B, Ambinder RF, Zheng T, Mueller NE. Serum sCD23 levels in Hodgkin's disease patients are higher in EBV genome-positive than EBV genome-negative cases. Abstract, poster, and presentation at 9th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, New Haven, Connecticut, June 22-27, 2000.

## Advisory Appointments

Steering Committee Member, Subcommittee on Application of Environmental Epidemiology for Risk Assessment and Decision Making, Health and Environmental Sciences Institute (HESI), 2019–present

Contributor, American Cancer Society *Cancer Facts & Figures*, 2014–2019

Member, Faculty of 1000 Medicine, 2007–2017

Steering Committee Member, California Teachers Study, 2007–2012

Scientific Member, Institutional Review Board, Cancer Prevention Institute of California, 2006–2012

Ad hoc member, ZRG1 PSE-P (02) M: NIH Special Emphasis Panel/Scientific Review Group for EPIC (Epidemiology of Cancer), March 2014

Ad hoc member, EPIC (Epidemiology of Cancer), NIH Population Sciences and Epidemiology Integrated Review Group, February and October 2010, June 2012

Ad hoc member, ZCA1 SRLB-3 (J1): NIH-Supported Centers for Population Health and Health Disparities Special Emphasis Panel, October 2009

Reviewer, Academia Sinica Investigator Award, 2009

## Peer Reviewer

Acta Oncologica

American Journal of Epidemiology

American Journal of Public Health

Annals of Epidemiology

Annals of Oncology

Ellen Chang, Sc.D.
07/19   |   Page 24

Blood

Breast Cancer Research

Cancer

Cancer Causes & Control

Cancer Epidemiology

Cancer Epidemiology, Biomarkers & Prevention

Cancer Research

Clinical Cancer Research

Critical Reviews in Toxicology

Environment International

Environmental Research

Epidemiology

European Journal of Epidemiology

Hepatology

International Journal of Cancer

JAMA

Journal of Medical Virology

Journal of the National Cancer Institute

Journal of the National Cancer Institute (JNCI) Cancer Spectrum

Leukemia Research

Molecular Carcinogenesis

Nutrition and Cancer

PLoS ONE

Risk Analysis

Social Science & Medicine

Ellen Chang, Sc.D.
07/19   |   Page 25

# Appendix B

## Testimony History

U.S. EXHIBIT 505.0189



Exponent
149 Commonwealth Drive
Menlo Park, CA 94025

telephone 650-326-9400
facsimile 650-326-8072
www.exponent.com

## Ellen Chang, Sc.D.

**Testifying history (last four years)**

Deposition testimony
Date: 11/15/2015
Case name: Whitlock et al. v. PepsiAmericas et al. (United States District Court for the
Northern District of California, Case No. C-08-2742 SI)

Deposition testimony
Date: 01/05/2016
Case name: Sanchez-Knutson v. Ford Motor Company (United States District Court for the
Southern District of Florida, Case No. 0:14-cv-61344)

Deposition testimony
Date: 10/27/2017
Case name: Lightfoot v. Georgia-Pacific Wood Products LLC, et al. (United States District
Court for the Eastern District of North Carolina, Southern Division, Case No. 7:16-cv-00244-
FL)

Deposition testimony
Date: 12/1/2017
Case name: Schmucker et al. v. Johnson Controls, Inc. and Tocon Holdings, LLC (United States
District Court for the Northern District of Indiana, South Bend Division, Cause No. 3:14-cv-
01593-JD-MGG)

Deposition testimony
Date: 12/7/2017
Case name: State of Minnesota et al. v. 3M Company (United States District Court, Fourth
Judicial District, State of Minnesota, County of Hennepin, Court File No. 27-CV-10-28862)

U.S. EXHIBIT 505.0190

Deposition testimony
Date: 12/21/2018
Case name: Elicia Cutsinger v. Gyrus ACMI, Inc., et al. (United States District Court, Eastern District of Missouri, Eastern Division, Cause No. 4:18-cv-00004)

Deposition testimony
Date: 5/1/2019
Case name: David O. Dorey and Rebecca L. Dorey v. Arconic, Inc., et al. (Superior Court of Washington for King County, No. 18-2-25220-2 SEA)

Deposition testimony
Date: 6/30/2019
Case name: Mamdouh Habib and Loris Attia v. Adco Cleaning Products, LLC, et al. (Superior Court of California, County of Los Angeles, Central District, Case No. BC 646594)

Deposition testimony
Date: 7/10/2019
Case name: Amos and Debbie Hostetler, et al. v. Johnson Controls, Inc., and Tocon Holdings, LLC (United States District Court for the Northern District of Indiana, South Bend Division, Cause No. 3:15-cv-00226-JD-MGG)

Deposition testimony
Date: 7/12/2019
Case name: Henry S. Eisler, Jr., v. Alcoa Corporation, et al. (Superior Court of Washington for King County, No. 17-2-32647-0 SEA)

U.S. EXHIBIT 505.0191

# Appendix C

## Introduction to Epidemiology

U.S. EXHIBIT 505.0192

# Introduction to Epidemiology

## Basic Epidemiological Principles

Epidemiology is the scientific study of the distribution and determinants of diseases in populations. Epidemiological research is required to measure disease occurrence, to identify the causes of specific health outcomes in humans, to assess the contribution of various causal factors to the occurrence of diseases that can be induced by multiple agents, and to determine exposure-response relationships between causes and human health effects.

This introductory section identifies and defines some technical terms that are used by epidemiologists to describe the design, results, and interpretation of epidemiological studies. Many of these terms are used later in this report to describe the results of epidemiological studies of fluoride exposure and neurodevelopmental outcomes.

### Measures of Disease Frequency

Epidemiologists use several standard measures to describe the frequency of occurrence of diseases and other health outcomes in populations; these measures are defined below.

*Incidence*: The occurrence of a new health event in an individual, or the risk of developing a specific health outcome during a given time period among individuals without a history of that health outcome; incidence is influenced by factors that cause a specific health outcome.

*Prevalence*: The existence of new and pre-existing health events, or the risk of having a specific health outcome at a moment or period in time; prevalence is influenced by factors that cause a specific health outcome and factors that affect the duration of the outcome (e.g., survival and treatment).

*Incidence rate*: The rate at which new health events arise in a population, i.e., the number of individuals who newly develop a specific health outcome in a given population during a given time interval, divided by the average number of persons at risk (i.e., without a history) of that health outcome in the population multiplied by the length of the specified time period.

*Mortality rate*: The rate at which deaths from all causes or from a specific cause occur in a population, i.e., the number of all or cause-specific deaths that occur in a given population

1

during a given time interval, divided by the average number of living persons in the population multiplied by the length of the specified time period.

*Prevalence proportion*: The percentage of people in a defined population who have a specific health outcome at a given time, i.e., the number of existing cases of a specific health outcome in a given population at a given moment or interval in time, divided by the total number of persons in the population at the time or midway through that time period.

## Epidemiological Study Designs

Epidemiologists use a variety of study designs to evaluate hypotheses regarding associations between specific exposures and health outcomes; these study designs are described below.[17]

*Ecological study*: A comparison between populations or groups, rather than individuals; this type of study generally is not relied upon for causal inference because associations observed at the group level may not be valid at the level of individual persons.

*Cross-sectional study*: A comparison of the prevalence of a specific health outcome across levels of a specific exposure in study subjects (or vice versa), with the exposure and outcome both measured at a given time, providing a "snapshot" of the association between the exposure and the health outcome at one time; this type of study cannot establish causal relationships because exposures and health outcomes are assessed simultaneously, such that the temporal sequence of a cause preceding an effect cannot be demonstrated.

*Case-control study*: A comparison of specific past exposures between study subjects with the health outcome of interest ("cases") and a suitable group of subjects without the disease ("controls"); in this type of study, exposure assessment usually (but not always) occurs after onset of the health outcome in cases, i.e., retrospectively.

*Cohort study*: A comparison of incidence or mortality rates of a specific health outcome between study subjects with various levels of a specific exposure who are observed over time, often for years; in this type of study, exposure assessment may be based on information collected prior to onset of the health outcome (prospectively) or reconstructed from existing information collected prior to the onset of the health outcome in most or all subjects (retrospectively).

---

[17] A *case report or case series* is a description of an individual or individuals with a specific exposure or health outcome. Case reports and case series are not analytic epidemiologic studies because they lack a comparison group and, therefore, cannot provide estimates of relative risk or risk differences. They can generate a hypothesis that an exposure may be related to a health outcome, but cannot test an association and cannot be used to establish causality due to the absence of a comparison group.

2

*Randomized controlled trial*: A comparison of health outcomes between participants who are randomly (by chance) assigned to receive one of two or more specific interventional exposures; this type of study generally is used to test the efficacy of a drug, medical device, surgical procedure, or public health intervention in a well-defined patient population; however, randomized controlled trials are logistically and/or ethically infeasible for many exposures of interest, and generally are restricted to narrowly defined exposures, short time periods, and highly selected populations.

## Measures of Association

Relative risk (RR) is a general term that refers to the ratio of the probability of a health outcome in subjects who are exposed, compared with those who are not (or, in a case-control study, the probability of exposure in cases compared with controls). Because the RR is a ratio, it can range between any positive value greater than 0 (e.g., 0.00001) and positive infinity. An RR equal to 1.0 signifies that the probability of the health outcome is equal in exposed and unexposed subjects; it can be referred to as "no association" or a "null association." An RR greater than 1.0 signifies that the probability of the health outcome is higher in exposed than unexposed subjects; it can be referred to as a "positive association." An RR less than 1.0 signifies that the probability of the health outcome is lower in exposed than unexposed subjects; it can be referred to as a "negative association" or an "inverse association." Measures of RR include odds ratios, prevalence ratios, hazard ratios, rate ratios, risk ratios, and standard incidence or mortality ratios, some of which are described below. Other statistical measures that typically accompany measures of risk are also described in this section.

Risk difference is another general term that refers to the absolute difference in the probability of a health outcome between subjects who are exposed and those who are not. Because the risk difference is an absolute value, it can range between negative infinity and positive infinity. A risk difference equal to 0 signifies that the probability of the health outcome is equal in exposed and unexposed subjects, i.e., a "null association." A risk difference greater than 0 signifies that the probability of the health outcome is higher in exposed than unexposed subjects (i.e., a "positive association"), whereas a risk difference less than 0 signifies that the probability of the health outcome is lower in exposed than unexposed subjects (i.e., a "negative association"). Typically, risk differences are reported less often than RRs in epidemiological studies.

*Odds ratio*: A measure of RR in a case-control study that compares the odds (probability divided by 1 – probability) of exposure vs. non-exposure between cases and controls.

*Prevalence ratio*: A measure of RR in a cross-sectional study that compares the prevalence of a health outcome in exposed and non-exposed groups.

3

U.S. EXHIBIT 505.0195

*Hazard ratio*: A measure of RR in a prospective cohort study that compares the instantaneous risk of a health event at a moment in time between exposed and non-exposed groups.

*Confidence interval*: A measure of variability or precision, that is, a margin of error around a point estimate; with repeated sampling of the same underlying study population and in the absence of bias (i.e., systematic, non-random error), contains the value of the point estimate of interest with a frequency no less than the stated confidence level (usually set at 95% by convention); the range of results expected 95% of the time if samples for new studies were repeatedly drawn from the underlying study population. By convention, a "statistically significant" result is one where the 95% confidence interval for an RR excludes the null value of 1.0; it does *not* provide the range in which the correct or true point estimate lies.

*P value*: The probability, in the absence of bias, of observing the result of a hypothesis test or a more extreme result if the null hypothesis is true (typically, that the exposure and health outcome of interest are not associated); the probability that the observed difference or a more extreme difference occurred due to chance. By convention, a "statistically significant" result is one where $p < 0.05$; a p value does *not* denote the probability that the study result is correct or true.

## Interpretation of Epidemiological Associations

The detection of a statistical association, even a statistically significant one, between a specific exposure and a specific health outcome in an epidemiological study does not necessarily indicate that the exposure caused the outcome. In other words, an association may not be due to causation. Causal inference based on statistical associations must take into account potential explanations for a spurious (non-causal) association, because two variables may be linked for a variety of reasons other than cause and effect. These alternative explanations, which include bias, confounding, and chance, are defined below.

*Bias*: Any methodological deviation from the truth in the design, conduct, or analysis of a study that can lead to invalid results; also referred to as systematic error.

*Selection bias*: A systematic difference between study participants and non-participants in characteristics that are associated with the exposure and health outcome of interest; in a case-control study, this bias results from a difference in study participation or data completeness between cases and controls due to reasons related to the exposure under investigation; in a cohort study, this bias results from a difference in study follow-up or data completeness between exposed and unexposed subjects due to reasons related to the health outcome under investigation.

4

U.S. EXHIBIT 505.0196

*Information bias*: A systematic difference in data quality or validity between comparison groups; this category includes *recall bias*, a systematic difference in accuracy or completeness of recollected or reported information (e.g., exposure history) between comparison groups (e.g., cases and controls); *interviewer bias*, a systematic difference in accuracy or completeness of data collection by study staff between comparison groups; and *response bias*, a systematic difference in the voluntary completion of survey data between comparison groups.

*Confounding*: A distortion of the estimated exposure-outcome association due to the influence of an additional factor, referred to as a confounder, that is associated with the exposure of interest, independently associated with the health outcome of interest, and not on the causal pathway (i.e., not an intermediate) between the exposure and the outcome of interest; a confounder is an alternative risk factor, but not necessarily a cause, that can create spurious associations between an exposure and an outcome if not measured in adequate detail and sufficiently controlled by statistical adjustment or study design restrictions.

*Chance*: Random error resulting from variability in sampling a finite number of study subjects from a complete underlying population or from imprecise measurement of exposures, outcomes, or confounders. The probability of chance as an explanation for a statistical association can be reduced, but not completely eliminated, by increasing study size, improving accuracy and precision of study measures, or increasing the number of measures taken.

A well-known contemporary example of confounding is that of a spurious protective association, reported in several large, carefully conducted epidemiological studies, between combined (estrogen and progesterone) menopausal hormone therapy and heart disease. This example helps to illustrate the pitfalls of drawing causal conclusions based largely on modest statistical associations from observational epidemiological studies. The reported inverse association, bolstered by a plausible biological hypothesis, was interpreted as causal and led postmenopausal hormone therapy to become one of the most prescribed therapies in the U.S. (Herrington and Howard 2003). However, subsequent large randomized trials, in which potential confounders are distributed equally between treatment groups, thus eliminating confounding, showed no protective effect of menopausal hormone therapy on heart disease. A likely explanation for the earlier findings in observational studies is residual confounding by lifestyle factors (Barrett-Connor 2004, Kuller 2004, Lawlor et al. 2004, Petitti 2004, Vandenbroucke 2004). That is, women who took menopausal hormone therapy were more likely to be affluent and have healthier lifestyles, and consequently had lower rates of heart disease, than women who did not take menopausal hormone therapy. Without controlling adequately for such lifestyle factors, a lower risk of heart disease might improperly be attributed to menopausal hormone therapy. Moreover, combined menopausal hormone therapy is known

5

to cause breast and endometrial cancers (IARC 2012), illustrating the potential public health risks of interpreting confounded associations as causal (Prentice 2014).

6

## Appendix D

## Articles Excluded from Literature Review

# Articles Excluded from Literature Review

DENTIST'S responsibility in the fluoridation of municipal waters. J Am Dent Assoc 1952;44(2):133-155.

ANNUAL survey shows more than 14 million persons in United States routinely drinking fluoridated water. J Am Dent Assoc 1953;47(3):336-338.

Total synthesis of crystalline glucagon by the method of solid phase condensation of fragments. Protein Synthesis Group, Shanghai Institute of Biochemistry, Academia Sinica. Sci Sin 1975;18(6):745-768.

Present day practice in infant feeding: 1980. Report of a Working Party of the Panel on Child Nutrition Committee on Medical Aspects of Food Policy. Rep Health Soc Subj (Lond) 1980;20:i-x, 1-52.

Organophosphorus Insecticide Poisoning. EJIFCC 1999;11(2):30-35.

Mandatory Public Health Measures. London: unless otherwise stated; 2005.

Global water fluoridation: what is holding us back? Reply. Altern Ther Health Med 2016;22(1):7.

Abboud TK, D'Onofrio L, Reyes A, et al. Isoflurane or halothane for cesarean section: comparative maternal and neonatal effects. Acta Anaesthesiol Scand 1989;33(7):578-581.

Abd El-Salam MM, El-Ghitany EM, Kassem MM. Quality of bottled water brands in egypt part I: physico-chemical analyses. J Egypt Public Health Assoc 2008;83(5-6):369-388.

Abou-Donia MB, Lapadula DM. Mechanisms of organophosphorus ester-induced delayed neurotoxicity: type I and type II. Annu Rev Pharmacol Toxicol 1990;30:405-440.

Abramowitz J, Iyengar R, Birnbaumer L. Guanyl nucleotide regulation of hormonally-responsive adenylyl cyclases. Mol Cell Endocrinol 1979;16(3):129-146.

Abrams WB, Solomon HM. The human platelet as a pharmacologic model for the adrenergic neuron. The uptake and release of norepinephrine. Clin Pharmacol Ther 1969;10(5):702-709.

Adali MK, Varol E, Aksoy F, et al. Impaired heart rate recovery in patients with endemic fluorosis. Biol Trace Elem Res 2013;152(3):310-315.

Addy M, Mostafa P. Dentine hypersensitivity. II. Effects produced by the uptake in vitro of toothpastes onto dentine. J Oral Rehabil 1989;16(1):35-48.

Adedara IA, Abolaji AO, Idris UF, et al. Neuroprotective influence of taurine on fluoride-induced biochemical and behavioral deficits in rats. Chem Biol Interact 2017;261:1-10.

Adedara IA, Olabiyi BF, Ojuade TD, et al. Taurine reverses sodium fluoride-mediated increase in inflammation, caspase-3 activity, and oxidative damage along the brain-pituitary-gonadal axis in male rats. Can J Physiol Pharmacol 2017;95(9):1019-1029.

Agarwal M, Chakravarty C. Waterlike structural and excess entropy anomalies in liquid beryllium fluoride. J Phys Chem B 2007;111(46):13294-13300.

Aghapour S, Bina B, Tarrahi MJ, et al. Distribution and health risk assessment of natural fluoride of drinking groundwater resources of Isfahan, Iran, using GIS. Environ Monit Assess 2018;190(3):137.

1

Aguilar-Diaz FC, Irigoyen-Camacho ME, Borges-Yanez SA. Oral-health-related quality of life in schoolchildren in an endemic fluorosis area of Mexico. Qual Life Res 2011;20(10):1699-1706.

Aguirre A. Recognizing and Managing the Oral Clues That Point to Sjogren's Syndrome. Medscape Womens Health 1997;2(9):2.

Aguirre MC, Armendariz M, Lupo M, et al. Mathematical model for the homeostasis of alpha-macroglobulins in the rat. Math Biosci 2011;234(1):17-24.

Aguirre-Sierra A, Alonso A, Camargo JA. Fluoride bioaccumulation and toxic effects on the survival and behavior of the endangered white-clawed crayfish Austropotamobius pallipes (Lereboullet). Arch Environ Contam Toxicol 2013;65(2):244-250.

Ahmed I, Sohail S, Hussain M, et al. MRI features of spinal Fluorosis: Results of an endemic community screening. Pak J Med Sci 2013;29(1):177-180.

Ahn JS. Geochemical occurrences of arsenic and fluoride in bedrock groundwater: a case study in Geumsan County, Korea. Environ Geochem Health 2012;34 Suppl 1:43-54.

Ahrens L, Yamashita N, Yeung LW, et al. Partitioning behavior of per- and polyfluoroalkyl compounds between pore water and sediment in two sediment cores from Tokyo Bay, Japan. Environ Sci Technol 2009;43(18):6969-6975.

Aimee NR, van Wijk AJ, Maltz M, et al. Dental caries, fluorosis, oral health determinants, and quality of life in adolescents. Clin Oral Investig 2017;21(5):1811-1820.

Akers HF, Armfield JM. Australian opinions on water fluoridation: do Queenslanders believe differently? J Investig Clin Dent 2010;1(2):65-73.

Akinrinade ID, Memudu AE, Ogundele OM. Fluoride and aluminium disturb neuronal morphology, transport functions, cholinesterase, lysosomal and cell cycle activities. Pathophysiology 2015;22(2):105-115.

Akinrinade ID, Memudu AE, Ogundele OM, et al. Interplay of glia activation and oxidative stress formation in fluoride and aluminium exposure. Pathophysiology 2015;22(1):39-48.

Akram M, Altaf M, Kabir ud D. Oxidative degradation of dipeptide (glycyl-glycine) by water-soluble colloidal manganese dioxide in the aqueous and micellar media. Colloids Surf B Biointerfaces 2011;82(1):217-223.

Alavi AA, Amirhakimi E, Karami B. The prevalence of dental caries in 5 - 18-year-old insulin-dependent diabetics of Fars Province, southern Iran. Arch Iran Med 2006;9(3):254-260.

Albertsson KW, van Dijken JW. Awareness of toothbrushing and dentifrice habits in regularly dental care receiving adults. Swed Dent J 2010;34(2):71-78.

al-Dashti AA, Williams SA, Curzon ME. Breast feeding, bottle feeding and dental caries in Kuwait, a country with low-fluoride levels in the water supply. Community Dent Health 1995;12(1):42-47.

Aleksejuniene J, Holst D, Eriksen HM. Patterns of dental caries and treatment experience in elderly Lithuanians. Gerodontology 2000;17(2):77-86.

Alemu S, Mulugeta E, Zewge F, et al. Water defluoridation by aluminium oxide-manganese oxide composite material. Environ Technol 2014;35(13-16):1893-1903.

Ali W, Aslam MW, Junaid M, et al. Elucidating various geochemical mechanisms drive fluoride contamination in unconfined aquifers along the major rivers in Sindh and Punjab, Pakistan. Environ Pollut 2019;249:535-549.

Ali-Khan Z, Quirion R, Robitaille Y, et al. Evidence for increased amyloid enhancing factor activity in Alzheimer brain extract. Acta Neuropathol 1988;77(1):82-90.

2

Alkattan R, Lippert F, Tang Q, et al. The influence of hardness and chemical composition on enamel demineralization and subsequent remineralization. J Dent 2018;75:34-40.

Alkhatib MN, Holt R, Bedi R. Aesthetically objectionable fluorosis in the United Kingdom. Br Dent J 2004;197(6):325-328; discussion 321.

Allain P, Gauchard F, Krari N. Enhancement of aluminum digestive absorption by fluoride in rats. Res Commun Mol Pathol Pharmacol 1996;91(2):225-231.

Allen KN, Lavie A, Farber GK, et al. Isotopic exchange plus substrate and inhibition kinetics of D-xylose isomerase do not support a proton-transfer mechanism. Biochemistry 1994;33(6):1481-1487.

Alley JW, Alderman EJ, Levy SM, et al. Dietary fluoride supplements for children--the role of the physician. J Med Assoc Ga 1989;78(9):629-632.

Allukian M, Jr., Carter-Pokras OD, Gooch BF, et al. Science, Politics, and Communication: The Case of Community Water Fluoridation in the US. Ann Epidemiol 2018;28(6):401-410.

Al-Mobeeriek AF, Al-Shamrani SM, Al-Hussyeen AJ, et al. Knowledge and attitude of dental health workers towards fluoride in Riyadh area. Saudi Med J 2001;22(11):1004-1007.

Alonso T, Srivastava S, Santos E. Alterations of G-protein coupling function in phosphoinositide signaling pathways of cells transformed by ras and other membrane-associated and cytoplasmic oncogenes. Mol Cell Biol 1990;10(6):3117-3124.

Alonso A, Camargo JA. Subchronic toxic effects of fluoride ion on the survival and behaviour of the aquatic snail Potamopyrgus antipodarum (Hydrobiidae, Mollusca). Arch Environ Contam Toxicol 2011;60(3):511-517.

Alonso A, Camargo JA. A video-based tracking analysis to assess the chronic toxic effects of fluoride ion on the aquatic snail Potamopyrgus antipodarum (Hydrobiidae, Mollusca). Ecotoxicol Environ Saf 2012;81:70-75.

Alsam S, Sissons J, Jayasekera S, et al. Extracellular proteases of Acanthamoeba castellanii (encephalitis isolate belonging to T1 genotype) contribute to increased permeability in an in vitro model of the human blood-brain barrier. J Infect 2005;51(2):150-156.

Alvesalo I, Reisine S, Hay J, et al. Effects of fluoride and regular dental care on personal dental expenditures of young adults in Finland. Community Dent Oral Epidemiol 1982;10(1):15-22.

Amadeu de Oliveira F, MacVinish LJ, Amin S, et al. The effect of fluoride on the structure, function, and proteome of intestinal epithelia. Environ Toxicol 2018;33(1):63-71.

Amick GD, Habben KH. Inhibition of ethanol production by Saccharomyces cerevisiae in human blood by sodium fluoride. J Forensic Sci 1997;42(4):690-692.

Amory A, Foury F, Goffeau A. The purified plasma membrane ATPase of the yeast Schizosaccharomyces pombe forms a phosphorylated intermediate. J Biol Chem 1980;255(19):9353-9357.

Anderson L, Martin NR, Flynn RT, et al. The importance of substate surveillance in detection of geographic oral health inequalities in a small state. J Public Health Manag Pract 2012;18(5):461-468.

Anderson EM, Davis JA. Field evaluation of the response of Aedes albopictus (Stegomyia albopicta) to three oviposition attractants and different ovitrap placements using black and clear autocidal ovitraps in a rural area of Same, Timor-Leste. Med Vet Entomol 2014;28(4):372-383.

Andreas M, Drauschke M, Knoch M, et al. [Fluoride metabolism in the rat. 3. Distribution in the gastrointestinal tract after oral application]. Stomatol DDR 1978;28(8):552-556.

3

Andres-Mach M, Zolkowska D, Barcicka-Klosowska B, et al. Effect of ACEA--a selective cannabinoid CB1 receptor agonist on the protective action of different antiepileptic drugs in the mouse pentylenetetrazole-induced seizure model. Prog Neuropsychopharmacol Biol Psychiatry 2012;39(2):301-309.

Antonio LS, Jeggle P, MacVinish LJ, et al. The effect of fluoride on the structure, function, and proteome of a renal epithelial cell monolayer. Environ Toxicol 2017;32(4):1455-1467.

Anzai T, Yoshikawa T, Baba A, et al. Myocardial sympathetic denervation prevents chamber-specific alteration of beta-adrenergic transmembrane signaling in rabbits with heart failure. J Am Coll Cardiol 1996;28(5):1314-1322.

Anzenbacher P, Jr., Liu Y, Palacios MA, et al. Leveraging material properties in fluorescence anion sensor arrays: a general approach. Chemistry 2013;19(26):8497-8506.

Archer NP, Napier TS, Villanacci JF. Fluoride exposure in public drinking water and childhood and adolescent osteosarcoma in Texas. Cancer Causes Control 2016;27(7):863-868.

Arif M, Husain I, Hussain J, et al. Assessment of fluoride level in groundwater and prevalence of dental fluorosis in Didwana block of Nagaur district, Central Rajasthan, India. Int J Occup Environ Med 2013;4(4):178-184.

Armstrong JA, Williams ER, Weller MT. Fluoride-rich, hydrofluorothermal routes to functional transition metal (Mn, Fe, Co, Cu) fluorophosphates. J Am Chem Soc 2011;133(21):8252-8263.

Arora A, Evans RW, Sivaneswaran S, et al. Parental support for water fluoridation in Lithgow, New South Wales. Aust Dent J 2010;55(4):417-422.

Artru AA, Lam AM, Johnson JO, et al. Intracranial pressure, middle cerebral artery flow velocity, and plasma inorganic fluoride concentrations in neurosurgical patients receiving sevoflurane or isoflurane. Anesth Analg 1997;85(3):587-592.

Aschengrau A, Zierler S, Cohen A. Quality of community drinking water and the occurrence of late adverse pregnancy outcomes. Arch Environ Health 1993;48(2):105-113.

Ashkenazi M, Cohen R, Levin L. Self-reported compliance with preventive measures among regularly attending pediatric patients. J Dent Educ 2007;71(2):287-295.

Ashkenazi M, Bidoosi M, Levin L. Factors associated with reduced compliance of children to dental preventive measures. Odontology 2012;100(2):241-248.

Astrom AN, Jakobsen R. Stability of dental health behavior: a 3-year prospective cohort study of 15-, 16- and 18-year-old Norwegian adolescents. Community Dent Oral Epidemiol 1998;26(2):129-138.

Atanasov VN, Stoykova S, Runiov A, et al. Stability of diazepam in blood samples at different storage conditions and in the presence of alcohol. Forensic Sci Int 2012;215(1-3):159-163.

Atlas D, Levitzki A. Probing of beta-adrenergic receptors by novel fluorescent beta-adrenergic blockers. Proc Natl Acad Sci U S A 1977;74(12):5290-5294.

Atmaca N, Atmaca HT, Kanici A, et al. Protective effect of resveratrol on sodium fluoride-induced oxidative stress, hepatotoxicity and neurotoxicity in rats. Food Chem Toxicol 2014;70:191-197.

Attali B, Saya D, Vogel Z. Kappa-opiate agonists inhibit adenylate cyclase and produce heterologous desensitization in rat spinal cord. J Neurochem 1989;52(2):360-369.

Auerbach KG, Walburn J. Nebraska family practitioners' infant feeding recommendations. Fam Pract Res J 1987;6(4):189-199.

4

U.S. EXHIBIT 505.0203

Awad MA, Hargreaves JA, Thompson GW. Dental caries and fluorosis in 7-9 and 11-14 year old children who received fluoride supplements from birth. J Can Dent Assoc 1994;60(4):318-322.

Awadia AK, Bjorvatn K, Birkeland JM, et al. Weaning food and magadi associated with dental fluorosis in Northern Tanzania. Acta Odontol Scand 2000;58(1):1-7.

Awadia AK, Birkeland JM, Haugejorden O, et al. Caries experience and caries predictors--a study of Tanzanian children consuming drinking water with different fluoride concentrations. Clin Oral Investig 2002;6(2):98-103.

Axelsson P, Buischi YA, Barbosa MF, et al. The effect of a new oral hygiene training program on approximal caries in 12-15-year-old Brazilian children: results after three years. Adv Dent Res 1994;8(2):278-284.

Aydogan A, Koca A, Sener MK, et al. EDOT-functionalized calix[4]pyrrole for the electrochemical sensing of fluoride in water. Org Lett 2014;16(14):3764-3767.

Baars AJ, van Beek H, Spierenburg TJ, et al. Environmental contamination by heavy metals and fluoride in the Saeftinge salt marsh (The Netherlands) and its effect on sheep. Vet Q 1988;10(2):90-98.

Baburao B, Visco DP, Jr. Isothermal compressibility maxima of hydrogen fluoride in the supercritical and superheated vapor regions. J Phys Chem B 2006;110(51):26204-26210.

Baburao B, Visco DP, Jr., Albu TV. Association patterns in (HF)(m)(H2O)(n) (m + n = 2-8) clusters. J Phys Chem A 2007;111(32):7940-7956.

Baca GM, Palmer GC. Presence of hormonally-sensitive adenylate cyclase receptors in capillary-enriched fractions from rat cerebral cortex. Blood Vessels 1978;15(5):286-298.

Bacquart T, Frisbie S, Mitchell E, et al. Multiple inorganic toxic substances contaminating the groundwater of Myingyan Township, Myanmar: arsenic, manganese, fluoride, iron, and uranium. Sci Total Environ 2015;517:232-245.

Bagh B, Breit NC, Harms K, et al. [1.1]Ferrocenophanes and bis(ferrocenyl) species with aluminum and gallium as bridging elements: synthesis, characterization, and electrochemical studies. Inorg Chem 2012;51(20):11155-11167.

Bagmut I, Kolisnyk I, Titkova A, et al. CONTENT OF CATECHOLAMINES IN BLOOD SERUM OF RATS UNDER FLUORIDE INTOXICATION. Georgian Med News 2018(280-281):125-129.

Bakalara N, Santarelli X, Davis C, et al. Purification, cloning, and characterization of an acidic ectoprotein phosphatase differentially expressed in the infectious bloodstream form of Trypanosoma brucei. J Biol Chem 2000;275(12):8863-8871.

Bakalian S, Lewis CW. Question from the clinician: fluoridated water. Pediatr Rev 2003;24(2):70.

Baker KA, Levy SM. Review of systemic fluoride supplementation and consideration of the pharmacist's role. Drug Intell Clin Pharm 1986;20(12):935-942.

Baker AM, Batchelor DC, Thomas GB, et al. Central penetration and stability of N-terminal tripeptide of insulin-like growth factor-I, glycine-proline-glutamate in adult rat. Neuropeptides 2005;39(2):81-87.

Baker SR. Editorial 'No simple solutions, no single ingredient': Systems orientated approaches for addressing Wicked Problems in population oral health. Community Dent Health 2019;36(1):3-4.

5

U.S. EXHIBIT 505.0204

Balaji B, Kumar EP, Kumar A. Evaluation of standardized Bacopa monniera extract in sodium fluoride-induced behavioural, biochemical, and histopathological alterations in mice. Toxicol Ind Health 2015;31(1):18-30.

Balangoda A, Deepananda K, Wegiriya HCE. Effects of Environmental Contamination and Acute Toxicity of N-Nitrate on Early Life Stages of Endemic Arboreal Frog, Polypedates cruciger (Blyth, 1852). Bull Environ Contam Toxicol 2018;100(2):195-201.

Balayssac D, Richard D, Authier N, et al. Absence of painful neuropathy after chronic oral fluoride intake in Sprague-Dawley and Lou/C rats. Neurosci Lett 2002;327(3):169-172.

Banala RR, Karnati PR. Vitamin A deficiency: An oxidative stress marker in sodium fluoride (NaF) induced oxidative damage in developing rat brain. Int J Dev Neurosci 2015;47(Pt B):298-303.

Banfi G. State of the art of preanalysis in laboratories in Italy performing endocrinological tests. Eur J Clin Chem Clin Biochem 1995;33(2):99-101.

Banji D, Banji OJ, Pratusha NG, et al. Investigation on the role of Spirulina platensis in ameliorating behavioural changes, thyroid dysfunction and oxidative stress in offspring of pregnant rats exposed to fluoride. Food Chem 2013;140(1-2):321-331.

Banoczy J, Scheinin A, Pados R, et al. Collaborative WHO xylitol field studies in Hungary. II. General background and control of the dietary regimen. Acta Odontol Scand 1985;43(6):349-357.

Baraka A, Wakid N, Noueihed R, et al. Pseudocholinesterase activity and atracurium v. suxamethonium block. Br J Anaesth 1986;58 Suppl 1:91S-95S.

Barberio AM. A Canadian population-based study of the relationship between fluoride exposure and indicators of cognitive and thyroid functioning: implications for community water fluoridation. Master's thesis. 2016.

Barberio AM, Hosein FS, Quinonez C, et al. Fluoride exposure and indicators of thyroid functioning in the Canadian population: implications for community water fluoridation. J Epidemiol Community Health 2017;71(10):1019-1025.

Barker E, Reisfeld RA. A mechanism for neutrophil-mediated lysis of human neuroblastoma cells. Cancer Res 1993;53(2):362-367.

Barker JC, Guerra C, Gonzalez-Vargas MJ, et al. Acceptability of Salt Fluoridation in a Rural Latino Community in the United States: An Ethnographic Study. PLoS One 2016;11(7):e0158540.

Barski D, Arndt C, Gerullis H, et al. Transvaginal PVDF-mesh for cystocele repair: A cohort study. Int J Surg 2017;39:249-254.

Bartos M, Gumilar F, Gallegos CE, et al. Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the alpha7 nicotinic receptor and oxidative stress. Reprod Toxicol 2018;81:108-114.

Basha PM, Madhusudhan N. Pre and post natal exposure of fluoride induced oxidative macromolecular alterations in developing central nervous system of rat and amelioration by antioxidants. Neurochem Res 2010;35(7):1017-1028.

Basha PM, Rai P, Begum S. Evaluation of fluoride-induced oxidative stress in rat brain: a multigeneration study. Biol Trace Elem Res 2011;142(3):623-637.

Basha PM, Rai P, Begum S. Fluoride toxicity and status of serum thyroid hormones, brain histopathology, and learning memory in rats: a multigenerational assessment. Biol Trace Elem Res 2011;144(1-3):1083-1094.

6

Basha PM, Sujitha NS. Combined impact of exercise and temperature in learning and memory performance of fluoride toxicated rats. Biol Trace Elem Res 2012;150(1-3):306-313.

Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Fluoride 2018;51(4):385.

Baskaradoss JK, Clement RB, Narayanan A. Prevalence of dental fluorosis and associated risk factors in 11-15 year old school children of Kanyakumari District, Tamilnadu, India: a cross sectional survey. Indian J Dent Res 2008;19(4):297-303.

Baskurt OK, Meiselman HJ. Activated polymorphonuclear leukocytes affect red blood cell aggregability. J Leukoc Biol 1998;63(1):89-93.

Bastos DC, Santos AE, da Silva ML, et al. Hydrophobic corn starch thermoplastic films produced by plasma treatment. Ultramicroscopy 2009;109(8):1089-1093.

Batheja K, Snha AK, Seth G, et al. Physico-chemical characteristics of groundwater at Churu tehsil, Rajasthan, India. J Environ Sci Eng 2007;49(3):203-206.

Bauer P, Binder K, Husinsky I, et al. [Determining the average posteruptive age of teeth from the results of cross-sectional studies (author's transl)]. Zahn Mund Kieferheilkd Zentralbl 1978;66(3):227-241.

Bavassano C, Marvaldi L, Langeslag M, et al. Identification of voltage-gated K(+) channel beta 2 (Kvbeta2) subunit as a novel interaction partner of the pain transducer Transient Receptor Potential Vanilloid 1 channel (TRPV1). Biochim Biophys Acta 2013;1833(12):3166-3175.

Bazrafshan E, Mohammadi L, Ansari-Moghaddam A, et al. Heavy metals removal from aqueous environments by electrocoagulation process- a systematic review. J Environ Health Sci Eng 2015;13:74.

Beck JD. The epidemiology of root surface caries: North American studies. Adv Dent Res 1993;7(1):42-51.

Bedos C, Brodeur JM. [Determinants of dental caries in Haitian schoolchildren and implications for public health]. Sante 2000;10(3):161-168.

Bei E, Wu X, Qiu Y, et al. A Tale of Two Water Supplies in China: Finding Practical Solutions to Urban and Rural Water Supply Problems. Acc Chem Res 2019;52(4):867-875.

Beildeck CL, Liu MJ, Brindza MR, et al. Solvation of p-nitrophenol at a water/alkane interface: the role of ionic strength and salt identity. J Phys Chem B 2005;109(30):14604-14610.

Bellinger DC. Environmental chemical exposures and neurodevelopmental impairments in children. Pediatr Med 2018;1(9):1-13.

Belojevic G, Jakovljevic B. [Aluminum and Alzheimer's disease]. Srp Arh Celok Lek 1998;126(7-8):283-289.

Beltran-Partida E, Valdez-Salas B, Moreno-Ulloa A, et al. Improved in vitro angiogenic behavior on anodized titanium dioxide nanotubes. J Nanobiotechnology 2017;15(1):10.

Benetato G, Giuran AM, Cirmaciu R, et al. [Effect of fluorine in drinking water on the metabolism of Ca and Mg and on neuromuscular excitability. (Experimental studies and clinical observations)]. Rev Roum Physiol 1970;7(4):335-352.

Bera I, Sabatini R, Auteri P, et al. Neurofunctional effects of developmental sodium fluoride exposure in rats. Eur Rev Med Pharmacol Sci 2007;11(4):211-224.

Berger ST, Ahmed S, Muntel J, et al. MStern Blotting-High Throughput Polyvinylidene Fluoride (PVDF) Membrane-Based Proteomic Sample Preparation for 96-Well Plates. Mol Cell Proteomics 2015;14(10):2814-2823.

7

Bernabe E, Marcenes W. Income inequality and tooth loss in the United States. J Dent Res 2011;90(6):724-729.

Bezacinsky M, Pilatova B, Jirele V, et al. To the problem of trace elements and hydrocarbons emissions from combustion of coal. J Hyg Epidemiol Microbiol Immunol 1984;28(2):129-138.

Bezkorovainy A. Ultracentrifugal behavior of transferrin in the presence of some anions. Biochim Biophys Acta 1966;126(2):286-291.

Bhagavatula P, Levy SM, Broffitt B, et al. Timing of fluoride intake and dental fluorosis on late-erupting permanent teeth. Community Dent Oral Epidemiol 2016;44(1):32-45.

Bhagavatula P, Curtis A, Broffitt B, et al. The relationships between fluoride intake levels and fluorosis of late-erupting permanent teeth. J Public Health Dent 2018;78(2):165-174.

Bhalani DV, Bera A, Chandel AK, et al. Multifunctionalization of Poly(vinylidene fluoride)/Reactive Copolymer Blend Membranes for Broad Spectrum Applications. ACS Appl Mater Interfaces 2017;9(3):3102-3112.

Bharti VK, Gupta M, Lall D. Ameliorative effects of boron on serum profile in buffalo (Bubalus bubalis) fed high fluoride ration. Trop Anim Health Prod 2008;40(2):111-116.

Bharti VK, Gupta M, Lall D. Effect of boron as an antidote on dry matter intake, nutrient utilization and fluorine balance in buffalo (Bubalus bubalis) exposed to high fluoride ration. Biol Trace Elem Res 2008;126 Suppl 1:S31-43.

Bharti VK, Srivastava RS. Effect of pineal proteins at different dose level on fluoride-induced changes in plasma biochemicals and blood antioxidants enzymes in rats. Biol Trace Elem Res 2011;141(1-3):275-282.

Bharti VK, Srivastava RS, Anand AK, et al. Buffalo (Bubalus bubalis) epiphyseal proteins give protection from arsenic and fluoride-induced adverse changes in acetylcholinesterase activity in rats. J Biochem Mol Toxicol 2012;26(1):10-15.

Bharti VK, Srivastava RS, Kumar H, et al. Effects of melatonin and epiphyseal proteins on fluoride-induced adverse changes in antioxidant status of heart, liver, and kidney of rats. Adv Pharmacol Sci 2014;2014:532969.

Bhatnagar M, Rao P, Sushma J, et al. Neurotoxicity of fluoride: neurodegeneration in hippocampus of female mice. Indian J Exp Biol 2002;40(5):546-554.

Bhoopathi V, Vishnevetsky A, Mirman J. Pediatric dentists who accept new Medicaid-enrolled children report higher willingness to advocate for community water Fluoridation. BMC Oral Health 2019;19(1):115.

Bile EG, Sassine R, Denicourt-Nowicki A, et al. New ammonium surfactant-stabilized rhodium(0) colloidal suspensions: influence of novel counter-anions on physico-chemical and catalytic properties. Dalton Trans 2011;40(24):6524-6531.

Billington RW, Hadley PC, Williams JA, et al. Kinetics of fluoride release from zinc oxide-based cements. Biomaterials 2001;22(18):2507-2513.

Bilotta F, Agati L, Fiorani L, et al. Pulmonary transit of echocontrast agents during mechanical ventilation: a clinical transthoracic echocardiographic study. Echocardiography 2005;22(5):395-401.

Birkeland JM, Tronstad L. Fluoride in an experimental cavity varnish. Scand J Dent Res 1976;84(4):200-203.

Bischoff M, Stenzel O, Friedrich K, et al. Plasma-assisted deposition of metal fluoride coatings and modeling the extinction coefficient of as-deposited single layers. Appl Opt 2011;50(9):C232-238.

8

U.S. EXHIBIT 505.0207

Bisone S, Gautier M, Chatain V, et al. Spatial distribution and leaching behavior of pollutants from phosphogypsum stocked in a gypstack: Geochemical characterization and modeling. J Environ Manage 2017;193:567-575.

Blackburn OA, Kenwright AM, Jupp AR, et al. Fluoride Binding and Crystal-Field Analysis of Lanthanide Complexes of Tetrapicolyl-Appended Cyclen. Chemistry 2016;22(26):8929-8936.

Blatnik M, Soderstrom CI, Dysinger M, et al. Prandial ghrelin attenuation provides evidence that des-acyl ghrelin may be an artifact of sample handling in human plasma. Bioanalysis 2012;4(20):2447-2455.

Blaylock RL. A possible central mechanism in autism spectrum disorders, part 3: the role of excitotoxin food additives and the synergistic effects of other environmental toxins. Altern Ther Health Med 2009;15(2):56-60.

Blinkhorn AS, Byun R, Mehta P, et al. A 4-year assessment of a new water-fluoridation scheme in New South Wales, Australia. Int Dent J 2015;65(3):156-163.

Bloj B, Morero RD, Farias RN, et al. Membrane lipid fatty acids and regulation of membrane-bound enzymes. Allosteric behaviour of erythrocyte Mg 2+ -ATPase, (Na + +K + )-ATPase and acetylcholinesterase from rats fed different fat-supplemented diets. Biochim Biophys Acta 1973;311(1):67-79.

Bobik A, Korner P. Cardiac beta adrenoceptors and adenylate cyclase in normotensive and renal hypertensive rabbits during changes in autonomic activity. Clin Exp Hypertens 1981;3(2):257-280.

Bokor D, Chambers JB, Rees PJ, et al. Clinical safety of SonoVue, a new contrast agent for ultrasound imaging, in healthy volunteers and in patients with chronic obstructive pulmonary disease. Invest Radiol 2001;36(2):104-109.

Bolin AK. Children's dental health in Europe. An epidemiological investigation of 5- and 12-year-old children from eight EU countries. Swed Dent J Suppl 1997;122:1-88.

Bonnotte B, Jolimoy C, Pacaud A, et al. [Factitious hyperchloremia disclosing bromide poisoning. 4 cases]. Presse Med 1997;26(18):852-854.

Boo C, Hong S, Elimelech M. Relating Organic Fouling in Membrane Distillation to Intermolecular Adhesion Forces and Interfacial Surface Energies. Environ Sci Technol 2018.

Borinskaia E, Davydov BN, Kushnir SM, et al. [Risk and prevention of teeth fluorosis in infants by feeding pattern changes]. Stomatologiia (Mosk) 2013;92(2):57-59.

Boriskin JM, Fine JI. Fluoridation election victory: a case study for dentistry in effective political action. J Am Dent Assoc 1981;102(4):486-491.

Borman B, Fyfe C. Fluoride and children's IQ. N Z Med J 2013;126(1375):111-112.

Bose S, Mok AC, Fallon JH, et al. Three-month change in cerebral glucose metabolism in patients with nonarteritic ischemic optic neuropathy. Graefes Arch Clin Exp Ophthalmol 2006;244(8):1052-1055.

Bost RO, Springfield A. Fatal hydrofluoric acid ingestion: a suicide case report. J Anal Toxicol 1995;19(6):535-536.

Bottenberg P, Declerck D, Martens L. [Fluorosis: diagnosis, risk assessment and epidemiology]. Rev Belge Med Dent (1984) 2001;56(4):291-309.

Boughton BJ. Compulsory health and safety in a free society. J Med Ethics 1984;10(4):186-190.

9

Bouziotis P, Gourni E, Patsis G, et al. Radiochemical and radiobiological assessment of a pyridyl-S-cysteine functionalized bombesin derivative labeled with the (99m)Tc(CO)3(+) core. Bioorg Med Chem 2013;21(21):6699-6707.

Branco AF, Sampaio SF, Wieckowski MR, et al. Mitochondrial disruption occurs downstream from beta-adrenergic overactivation by isoproterenol in differentiated, but not undifferentiated H9c2 cardiomyoblasts: differential activation of stress and survival pathways. Int J Biochem Cell Biol 2013;45(11):2379-2391.

Bratteb LE, Samuelson G, Sandhagen B, et al. Whole-body mineral measurements in Swedish adolescents at 17 years compared to 15 years of age. Acta Paediatr 2002;91(10):1031-1038.

Brehmer L, Kaminorz Y, Dietel R, et al. Studies on pyroelectric response of polymers modified with azobenzene moieties. EXS 1997;80:155-165.

Bress LE, Horowitz AM, Capobianco DM, et al. Assessing Dental Hygiene Students' and Community Caregivers' Knowledge of Strategies for Caries Prevention. J Dent Educ 2019;83(3):351-358.

Bridges FS. Age-adjusted rates of suicide and homicide and fluoride. Psychol Rep 2004;94(1):221-224.

Broadbent JM, Thomson WM, Poulton R. Oral health beliefs in adolescence and oral health in young adulthood. J Dent Res 2006;85(4):339-343.

Broadbent J. The potential for losing community water fluoridation. N Z Dent J 2014;110(1):30.

Broadbent J, Moffitt TE, Thomson WM, et al. Community water fluoridation and intelligence quotient (abstract). Fluoride 2014;47(3):272-273.

Broffitt B, Levy SM, Warren JJ, et al. Seasonal variation in fluoride intake: the Iowa fluoride study. J Public Health Dent 2004;64(4):198-204.

Broffitt B, Levy SM, Warren J, et al. Factors associated with surface-level caries incidence in children aged 9 to 13: the Iowa Fluoride Study. J Public Health Dent 2013;73(4):304-310.

Brookler KH, Glenn MB. Meniere's syndrome: an approach to therapy. Ear Nose Throat J 1995;74(8):534-538, 540, 542.

Brothwell DJ, Limeback H. Fluorosis risk in grade 2 students residing in a rural area with widely varying natural fluoride. Community Dent Oral Epidemiol 1999;27(2):130-136.

Brothwell D, Limeback H. Breastfeeding is protective against dental fluorosis in a nonfluoridated rural area of Ontario, Canada. J Hum Lact 2003;19(4):386-390.

Broughton JR, Person M, Maipi JT, et al. Ukaipo niho: the place of nurturing for oral health. N Z Dent J 2014;110(1):18-23.

Broustas CG, Hajra AK. Purification, properties, and specificity of rat brain cytosolic fatty acyl coenzyme A hydrolase. J Neurochem 1995;64(5):2345-2353.

Brown OA, Sosa YE, Dardenne M, et al. Growth hormone-releasing activity of thymulin on pituitary somatotropes is age dependent. Neuroendocrinology 1999;69(1):20-27.

Browne BA. Pumping-induced ebullition: a unified and simplified method for measuring multiple dissolved gases. Environ Sci Technol 2004;38(21):5729-5736.

Bruun C, Moe D, Madsen HE. Study on the dissolution behaviour of calcium fluoride. Scand J Dent Res 1983;91(4):247-250.

Buitron G, Moreno-Andrade I, Arellano-Badillo VM, et al. Membrane biofouling mechanism in an aerobic granular reactor degrading 4-chlorophenol. Water Sci Technol 2014;69(8):1759-1767.

10

Buonocore V, Poerio E, Silano V, et al. Physical and catalytic properties of alpha-amylase from Tenebrio molitor L. larvae. Biochem J 1976;153(3):621-625.

Burfeind O, Heuwieser W. Validation of handheld meters to measure blood L-lactate concentration in dairy cows and calves. J Dairy Sci 2012;95(11):6449-6456.

Burhani HA. Epidemiological study in child dental health--nutritional survey. Quintessence Int Dent Dig 1978;9(3):65-71.

Burt BA, Eklund SA, Landis R, et al. Diet and dental health, a study of relationships: United States, 1971-74. Vital Health Stat 11 1982(225):1-85.

Burt BA. Patterns of community-based prevention programs. Int Dent J 1984;34(1):41-48.

Butcher AH, Frank GC, Harsha DW, et al. Heart Smart: a school health program meeting the 1990 Objectives for the Nation. Health Educ Q 1988;15(1):17-34.

Butt C, Alptekin A, Shippenberg T, et al. Endogenous cannabinoid anandamide inhibits nicotinic acetylcholine receptor function in mouse thalamic synaptosomes. J Neurochem 2008;105(4):1235-1243.

Buttner C, Sadtler S, Leyendecker A, et al. Ubiquitination precedes internalization and proteolytic cleavage of plasma membrane-bound glycine receptors. J Biol Chem 2001;276(46):42978-42985.

Buydens R. [Behavior of fluorides in water]. Bull Acad R Med Belg 1954;19(5):217-242.

Buykx SE, van den Hoop MA, de Joode P. Simultaneous extraction of bromide, chloride, fluoride and sulfate from soils, waste- and building materials. J Environ Monit 2004;6(6):552-558.

Buzalaf MA, Levy SM. Fluoride intake of children: considerations for dental caries and dental fluorosis. Monogr Oral Sci 2011;22:1-19.

Caen JP, Drouet L, Bellanger R, et al. Thrombosis, platelet behaviour, fibrinolytic activity, and diet on the Andes plateau. Haemostasis 1973;2(1):13-20.

Cai L, Chin FT, Pike VW, et al. Synthesis and evaluation of two 18F-labeled 6-iodo-2-(4'-N,N-dimethylamino)phenylimidazo[1,2-a]pyridine derivatives as prospective radioligands for beta-amyloid in Alzheimer's disease. J Med Chem 2004;47(9):2208-2218.

Cai J, Burrow MF, Manton DJ, et al. Effects of silver diamine fluoride/potassium iodide on artificial root caries lesions with adjunctive application of proanthocyanidin. Acta Biomater 2019;88:491-502.

Caldeira EM, Osorio A, Oberosler EL, et al. Antimicrobial and fluoride release capacity of orthodontic bonding materials. J Appl Oral Sci 2013;21(4):327-334.

Calderón RL. The epidemiology of chemical contaminants of drinking water. Food Chem Toxicol 2000;38(1 Suppl):S13-20.

Calderone JJ, Levy SM, Kuthy RA. Dietary fluoride supplements for New Mexico's children--the role of the dentist. N M Dent J 1988;39(4):7-8, 10, 12-13 passim.

Calman K. Beyond the 'nanny state': stewardship and public health. Public Health 2009;123(1):e6-e10.

Camargo JA, Alonso A. Ecotoxicological assessment of the impact of fluoride (F(-)) and turbidity on the freshwater snail Physella acuta in a polluted river receiving an industrial effluent. Environ Sci Pollut Res Int 2017;24(18):15667-15677.

Cametti M, Rissanen K. Highlights on contemporary recognition and sensing of fluoride anion in solution and in the solid state. Chem Soc Rev 2013;42(5):2016-2038.

11

Campus G, Solinas G, Strohmenger L, et al. National pathfinder survey on children's oral health in Italy: pattern and severity of caries disease in 4-year-olds. Caries Res 2009;43(2):155-162.

Cao J, Bai X, Zhao Y, et al. The relationship of fluorosis and brick tea drinking in Chinese Tibetans. Environ Health Perspect 1996;104(12):1340-1343.

Cao J, Zhao Y, Li Y, et al. Fluoride levels in various black tea commodities: measurement and safety evaluation. Food Chem Toxicol 2006;44(7):1131-1137.

Cao T, Yang Y, Sun Y, et al. Biodistribution of sub-10 nm PEG-modified radioactive/upconversion nanoparticles. Biomaterials 2013;34(29):7127-7134.

Caprioli J, Sears M. The adenylate cyclase receptor complex and aqueous humor formation. Yale J Biol Med 1984;57(3):283-300.

Carcoba LM, Santiago M, Moss DE, et al. In utero methanesulfonyl fluoride differentially affects learning and maze performance in the absence of long-lasting cholinergic changes in the adult rat. Pharmacol Biochem Behav 2008;88(4):374-384.

Cardenas-Gonzalez M, Jacobo Estrada T, Rodriguez-Munoz R, et al. Sub-chronic exposure to fluoride impacts the response to a subsequent nephrotoxic treatment with gentamicin. J Appl Toxicol 2016;36(2):309-319.

Carson RE, Wu Y, Lang L, et al. Brain uptake of the acid metabolites of F-18-labeled WAY 100635 analogs. J Cereb Blood Flow Metab 2003;23(2):249-260.

Carstairs C. Cities without cavities: democracy, risk, and public health. J Can Stud 2010;44(2):146-170.

Cascales C, Paino CL, Bazan E, et al. Ultrasmall, water dispersible, TWEEN80 modified Yb:Er:NaGd(WO4)2 nanoparticles with record upconversion ratiometric thermal sensitivity and their internalization by mesenchymal stem cells. Nanotechnology 2017;28(18):185101.

Cascella R, Conti S, Mannini B, et al. Transthyretin suppresses the toxicity of oligomers formed by misfolded proteins in vitro. Biochim Biophys Acta 2013;1832(12):2302-2314.

Catalanotto F, Koppelman J, Haber J. Emerging Models of Dental Practice Aim at Addressing Needs of the Aged. Compend Contin Educ Dent 2017;38(9):606-610; quiz 613.

Cattarin S, Musiani MM. Kinetic effects of alcohol addition on the anodic behavior of silicon in acid fluoride media. J Phys Chem B 2006;110(5):2451-2457.

Cavaliere R, Vantini A. [STUDY OF THE BEHAVIOR OF DENTAL CARIES IN THE INHABITANTS OF 2 TERRITORIES OF S. AMBROGIO DI VALPOLICELLA (VERONA) WITH DRINKING WATER CONTAINING VARIOUS AMOUNTS OF FLUORINE]. Fracastoro 1963;56:423-430.

Chae GT, Yun ST, Mayer B, et al. Fluorine geochemistry in bedrock groundwater of South Korea. Sci Total Environ 2007;385(1-3):272-283.

Chakraborti D, Rahman MM, Chatterjee A, et al. Fate of over 480 million inhabitants living in arsenic and fluoride endemic Indian districts: Magnitude, health, socio-economic effects and mitigation approaches. J Trace Elem Med Biol 2016;38:33-45.

Chakraborty M, Saha JB, Bhattacharya RN, et al. Epidemiological correlates of dental caries in an urban slum of West Bengal. Indian J Public Health 1997;41(2):56-60, 67.

Chalansonnet M, Carabin N, Boucard S, et al. Study of potential transfer of aluminum to the brain via the olfactory pathway. Toxicol Lett 2018;283:77-85.

Chan WD, Yang L, Wan W, et al. Fluoride release from dental cements and composites: a mechanistic study. Dent Mater 2006;22(4):366-373.

12

Chang WG, Lim BS, Yoon TH, et al. Effects of salicylic-lactic acid conditioner on the shear bond strength of brackets and enamel surfaces. J Oral Rehabil 2005;32(4):287-295.

Chang HYH, Kuo YL, Liu JC. Fluoride at waste oyster shell surfaces - Role of magnesium. Sci Total Environ 2019;652:1331-1338.

Changaris DG, Keil LC, Severs WB. Angiotensin II immunohistochemistry of the rat brain. Neuroendocrinology 1978;25(5):257-274.

Chankanka O, Cavanaugh JE, Levy SM, et al. Longitudinal associations between children's dental caries and risk factors. J Public Health Dent 2011;71(4):289-300.

Chao J, Tillman DM, Wang MY, et al. Identification of a new tissue-kallikrein-binding protein. Biochem J 1986;239(2):325-331.

Chao J, Chao L. A major difference of kallikrein-binding protein in spontaneously hypertensive versus normotensive rats. J Hypertens 1988;6(7):551-557.

Chapple IL, Van der Weijden F, Doerfer C, et al. Primary prevention of periodontitis: managing gingivitis. J Clin Periodontol 2015;42 Suppl 16:S71-76.

Charney DS, Innis RB, Duman RS, et al. Platelet alpha-2-receptor binding and adenylate cyclase activity in panic disorder. Psychopharmacology (Berl) 1989;98(1):102-107.

Charriaut C, Barel M, Frade R. Behavior of soluble human 125I-labeled C3b, the third component of complement, after binding to human cells. Eur J Immunol 1982;12(4):289-294.

Chary-Valckenaere I, Blum A, Pere P, et al. Insufficiency fractures of the ilium. Rev Rhum Engl Ed 1997;64(10):542-548.

Chatterji DC, Greene RF, Gallelli JF. Mechanism of hydrolysis of halogenated nitrosoureas. J Pharm Sci 1978;67(11):1527-1532.

Cheesbrough TM, Kolattukudy PE. Purification and characterization of a fatty acyl-CoA hydrolase from the uropygial glands of Peking ducks (Anas domesticus). Arch Biochem Biophys 1985;237(1):208-216.

Chen J, Chen X, Yang K, et al. [Studies on DNA damage and apoptosis in rat brain induced by fluoride]. Zhonghua Yu Fang Yi Xue Za Zhi 2002;36(4):222-224.

Chen N, Zhang Z, Feng C, et al. An excellent fluoride sorption behavior of ceramic adsorbent. J Hazard Mater 2010;183(1-3):460-465.

Chen L, Lu L, Mo Y, et al. Electrogenerated chemiluminescence of anatase TiO(2) nanotubes film. Talanta 2011;85(1):56-62.

Chen L, Tian Y, Cao CQ, et al. Interaction energy evaluation of soluble microbial products (SMP) on different membrane surfaces: role of the reconstructed membrane topology. Water Res 2012;46(8):2693-2704.

Chen J, Shu C, Wang N, et al. Adsorbent synthesis of polypyrrole/TiO(2) for effective fluoride removal from aqueous solution for drinking water purification: Adsorbent characterization and adsorption mechanism. J Colloid Interface Sci 2017;495:44-52.

Chen JK, Nie GZ, Liu ZY, et al. [Performance of Polymer-based Titanium and Zirconium Oxides Composite Adsorbent for Simultaneous Removal of Phosphorus and Fluorine from Water]. Huan Jing Ke Xue 2017;38(5):1947-1956.

Chen KJ, Gao SS, Duangthip D, et al. Early childhood caries and oral health care of Hong Kong preschool children. Clin Cosmet Investig Dent 2019;11:27-35.

Cheng Y, Hu J, Zhang C, et al. Corrosion behavior of novel Ti-24Nb-4Zr-7.9Sn alloy for dental implant applications in vitro. J Biomed Mater Res B Appl Biomater 2013;101(2):287-294.

13

Cherot P, Fournie-Zaluski MC, Laval J. Purification and characterization of an enkephalin-degrading dipeptidyl-aminopeptidase from porcine brain. Biochemistry 1986;25(25):8184-8191.

Cheung JS, Chow AM, Guo H, et al. Microbubbles as a novel contrast agent for brain MRI. Neuroimage 2009;46(3):658-664.

Chi DL, Richman J, Senturia K, et al. Caregivers' understanding of fluoride varnish: implications for future clinical strategies and research on preventive care decision making. J Public Health Dent 2018;78(4):282-286.

Chieruzzi M, Miliozzi A, Crescenzi T, et al. A New Phase Change Material Based on Potassium Nitrate with Silica and Alumina Nanoparticles for Thermal Energy Storage. Nanoscale Res Lett 2015;10(1):984.

Chikte UM, Pochee E, Rudolph MJ, et al. Evaluation of stannous fluoride and chlorhexidine sprays on plaque and gingivitis in handicapped children. J Clin Periodontol 1991;18(5):281-286.

Chikte U, Brand AA. Attitudes to water fluoridation in South Africa 1998. Part I. Analysis by age, sex, population and province. SADJ 1999;54(11):537-543.

Chikte UM, Louw AJ, Stander I. Perceptions of fluorosis in northern Cape communities. SADJ 2001;56(11):528-532.

Chilvers CE. Controversies in cancer epidemiology. Stat Med 1995;14(2):151-159.

Chioca LR, Raupp IM, Da Cunha C, et al. Subchronic fluoride intake induces impairment in habituation and active avoidance tasks in rats. Eur J Pharmacol 2008;579(1-3):196-201.

Cho WK, Kang SM, Kim DJ, et al. Formation of superhydrophobic surfaces by biomimetic silicification and fluorination. Langmuir 2006;22(26):11208-11213.

Cho SY, Woo KH, Kim JS, et al. Acute Symptoms in Firefighters who Participated in Collection Work after the Community Hydrogen Fluoride Spill Accident. Ann Occup Environ Med 2013;25(1):36.

Cho HJ, Jin BH, Park DY, et al. Systemic effect of water fluoridation on dental caries prevalence. Community Dent Oral Epidemiol 2014;42(4):341-348.

Cho HJ, Lee HS, Paik DI, et al. Association of dental caries with socioeconomic status in relation to different water fluoridation levels. Community Dent Oral Epidemiol 2014;42(6):536-542.

Choi JJ, Wang S, Brown TR, et al. Noninvasive and transient blood-brain barrier opening in the hippocampus of Alzheimer's double transgenic mice using focused ultrasound. Ultrason Imaging 2008;30(3):189-200.

Choi AL, Grandjean P, Sun G, et al. Developmental fluoride neurotoxicity: Choi et al. Respond. Environ Health Perspect 2013;121(3):A70.

Choi AL, Zhang Y, Sun G, et al. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study (abstract). Fluoride 2015;48(2):179-180.

Choo-Wosoba H, Levy SM, Datta S. Marginal regression models for clustered count data based on zero-inflated Conway-Maxwell-Poisson distribution with applications. Biometrics 2016;72(2):606-618.

Chopra A. [(11)C]10-Methoxy-5-(2-propenyl)-2,5-dihydro-2,2,4-trimethyl-1H-[1]benzopyrano[3, 4-f]quinoline. Molecular Imaging and Contrast Agent Database (MICAD). Bethesda MD, 2004.

14

Chopra A. [N-Methyl-(11)C]-(11beta17alpha)-11-[4-(dimethylamino)phenyl]-17-hydroxy-21-[4-(m ethylsulfonyl)phenyl]-19-norpregna-4,9-dien-20-yn-3-one. Molecular Imaging and Contrast Agent Database (MICAD). Bethesda MD, 2004.

Chouhan S, Lomash V, Flora SJ. Fluoride-induced changes in haem biosynthesis pathway, neurological variables and tissue histopathology of rats. J Appl Toxicol 2010;30(1):63-73.

Chovanec GK, Majerus GJ, Duffy MB, et al. Dental hygienists' knowledge and opinions about fluorides and fluoridation. J Public Health Dent 1990;50(4):227-234.

Chowdhuri S, Chandra A. Dynamics of halide ion-water hydrogen bonds in aqueous solutions: dependence on ion size and temperature. J Phys Chem B 2006;110(19):9674-9680.

Chu H, Tang Y, Dong Q. Protection of granulocyte-colony stimulating factor to hemorrhagic brain injuries and its involved mechanisms: effects of vascular endothelial growth factor and aquaporin-4. Neuroscience 2014;260:59-72.

Chu HC, Lee HY, Huang YS, et al. Erythroid differentiation is augmented in Reelin-deficient K562 cells and homozygous reeler mice. FEBS Lett 2014;588(1):58-64.

Chumillas S, Maestro B, Feliu JM, et al. Comprehensive Study of the Enzymatic Catalysis of the Electrochemical Oxygen Reduction Reaction (ORR) by Immobilized Copper Efflux Oxidase (CueO) From Escherichia coli. Front Chem 2018;6:358.

Chun JH, Telu S, Lu S, et al. Radiofluorination of diaryliodonium tosylates under aqueous-organic and cryptand-free conditions. Org Biomol Chem 2013;11(31):5094-5099.

Chunhui L, Jin T, Puli Z, et al. Simultaneous removal of fluoride and arsenic in geothermal water in Tibet using modified yak dung biochar as an adsorbent. R Soc Open Sci 2018;5(11):181266.

Cicardo VH. [Inhibition of central and peripheral phosphodiesterase and arterial blood pressure in the dog]. Medicina (B Aires) 1980;40(4):423-427.

Cid FD, Anton RI, Pardo R, et al. Modelling spatial and temporal variations in the water quality of an artificial water reservoir in the semiarid midwest of Argentina. Anal Chim Acta 2011;705(1-2):243-252.

Cildir SK, Sandalli N. Fluoride release/uptake of glass-ionomer cements and polyacid-modified composite resins. Dent Mater J 2005;24(1):92-97.

Cioffi CL, Fisher SK. Reduction of muscarinic receptor density and of guanine nucleotide-stimulated phosphoinositide hydrolysis in human SH-SY5Y neuroblastoma cells following long-term treatment with 12-O-tetradecanoylphorbol 13-acetate or mezerein. J Neurochem 1990;54(5):1725-1734.

Ciuca A, Jucovski V. [Premature aging of the population in endemic goiter regions]. Z Alternsforsch 1964;17(3):269-283.

Clark DW. Genetically determined variability in acetylation and oxidation. Therapeutic implications. Drugs 1985;29(4):342-375.

Clark DC, Berkowitz J. The influence of various fluoride exposures on the prevalence of esthetic problems resulting from dental fluorosis. J Public Health Dent 1997;57(3):144-149.

Clark DC, Shulman JD, Maupome G, et al. Changes in dental fluorosis following the cessation of water fluoridation. Community Dent Oral Epidemiol 2006;34(3):197-204.

Claydon NC, Addy M. A 24-h regrowth study to evaluate the plaque inhibitory properties of a proprietary liquid dentifrice. J Clin Periodontol 1999;26(5):286-288.

U.S. EXHIBIT 505.0214

Cleveland JM, Rees TF, Nash KL. Plutonium speciation in water from mono lake, california. Science 1983;222(4630):1323-1325.

Codina J, Hildebrandt JD, Sekura RD, et al. Ns and Ni, the stimulatory and inhibitory regulatory components of adenylyl cyclases. Purification of the human erythrocyte proteins without the use of activating regulatory ligands. J Biol Chem 1984;259(9):5871-5886.

Collier DR, Light R, Levy SM, et al. Dietary fluoride supplements for Tennessee's children: the role of the physician. J Tenn Med Assoc 1989;82(2):71-73.

Collins TF, Sprando RL, Black TN, et al. Multigenerational evaluation of sodium fluoride in rats. Food Chem Toxicol 2001;39(6):601-613.

Collombet JM, Mourcin F, Grenier N, et al. Effect of soman poisoning on populations of bone marrow and peripheral blood cells in mice. Neurotoxicology 2005;26(1):89-98.

Conolly RB, Jaeger RJ. Acute hepatotoxicity of ethylene and halogenated ethylenes after PCB pretreatment. Environ Health Perspect 1977;21:131-135.

Conway DI, MacPherson LM, Stephen KW, et al. Prevalence of dental fluorosis in children from non-water-fluoridated Halmstad, Sweden: fluoride toothpaste use in infancy. Acta Odontol Scand 2005;63(1):56-63.

Cooper B. Diminished platelet adenylate cyclase activation by prostaglandin D2 in acute thrombosis. Blood 1979;54(3):684-693.

Coplan MJ, Patch SC, Masters RD, et al. Confirmation of and explanations for elevated blood lead and other disorders in children exposed to water disinfection and fluoridation chemicals. Neurotoxicology 2007;28(5):1032-1042.

Cordero SC, Goodhue WW, Splichal EM, et al. A fatality due to ingestion of hydrofluoric acid. J Anal Toxicol 2004;28(3):211-213.

Correas JM, Tranquart F, Claudon M. [Guidelines for contrast enhanced ultrasound (CEUS)--update 2008]. J Radiol 2009;90(1 Pt 2):123-138; quiz 139-140.

Cortes DE, Reategui-Sharpe L, Spiro Iii A, et al. Factors affecting children's oral health: perceptions among Latino parents. J Public Health Dent 2012;72(1):82-89.

Cousins MJ, Skowronski G, Plummer JL. Anaesthesia and the kidney. Anaesth Intensive Care 1983;11(4):292-320.

Cowdrey G, Gould B, Rees J, et al. The separation and detection of alkaline oligoclonal IgG bands in cerebrospinal fluid using immobilised pH gradients. Electrophoresis 1990;11(10):813-818.

Cox CP, Quissell DO. A novel platelet-activating protein derived from rat submandibular glands. Thromb Res 1985;39(3):343-353.

Creedon MI, O'Mullane DM. Factors affecting caries levels amongst 5-year-old children in County Kerry, Ireland. Community Dent Health 2001;18(2):72-78.

Creeth J, Zero D, Mau M, et al. The effect of dentifrice quantity and toothbrushing behaviour on oral delivery and retention of fluoride in vivo. Int Dent J 2013;63 Suppl 2:14-24.

Criscuolo GR, Merrill MJ, Oldfield EH. Further characterization of malignant glioma-derived vascular permeability factor. J Neurosurg 1988;69(2):254-262.

Crisp S, Lewis BG, Wilson AD. Glass ionomer cements: chemistry of erosion. J Dent Res 1976;55(6):1032-1041.

Crocombe LA, Brennan DS, Slade GD, et al. The effect of lifetime fluoridation exposure on dental caries experience of younger rural adults. Aust Dent J 2015;60(1):30-37.

Cronin SJ, Sharp DS. Environmental impacts on health from continuous volcanic activity at Yasur (Tanna) and Ambrym, Vanuatu. Int J Environ Health Res 2002;12(2):109-123.

16

Cui YS, Zhong Q, Li WF, et al. [Effects of fluoride exposure on thyroid hormone level and intelligence in rats]. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi 2017;35(12):888-892.

Cury JA, Del Fiol FS, Tenuta LM, et al. Low-fluoride dentifrice and gastrointestinal fluoride absorption after meals. J Dent Res 2005;84(12):1133-1137.

Cuttner J, Conjalka MS, Reilly M, et al. Association of monocytic leukemia in patients with extreme leukocytosis. Am J Med 1980;69(4):555-558.

Cvikl B, Dragic M, Franz A, et al. Long-term storage affects adhesion between titanium and zirconia using resin cements. J Adhes Dent 2014;16(5):459-464.

Czerwinska J, Parkin MC, Dargan PI, et al. Stability of mephedrone and five of its phase I metabolites in human whole blood. Drug Test Anal 2018.

Czerwinska J, Parkin MC, Dargan PI, et al. Stability of mephedrone and five of its phase I metabolites in human whole blood. Drug Test Anal 2019;11(4):586-594.

da Silva BA, dos Santos AL, Barreto-Bergter E, et al. Extracellular peptidase in the fungal pathogen Pseudallescheria boydii. Curr Microbiol 2006;53(1):18-22.

Dabeka RW, Karpinski KF, McKenzie AD, et al. Survey of lead, cadmium and fluoride in human milk and correlation of levels with environmental and food factors. Food Chem Toxicol 1986;24(9):913-921.

Dahlin J, Engfeldt M, Svedman C, et al. Chemical burns caused by trifluoroacetic acid. Contact Dermatitis 2013;69(3):176-180.

Dale O, Brown BR, Jr. Clinical pharmacokinetics of the inhalational anaesthetics. Clin Pharmacokinet 1987;12(3):145-167.

Danielson C, Lyon JL, Egger M, et al. Hip fractures and fluoridation in Utah's elderly population. JAMA 1992;268(6):746-748.

Dar MA, Sankar K, Dar IA. Fluorine contamination in groundwater: a major challenge. Environ Monit Assess 2011;173(1-4):955-968.

Dark EP. A CRITICISM OF "REPORT ON THE FLUORIDATION OF PUBLIC WATER SUPPLIES" BY M. J. FLYNN. Med J Aust 1964;2:892-893.

Das N, Pattanaik P, Das R. Defluoridation of drinking water using activated titanium rich bauxite. J Colloid Interface Sci 2005;292(1):1-10.

Das J, Roy A, Sil PC. Mechanism of the protective action of taurine in toxin and drug induced organ pathophysiology and diabetic complications: a review. Food Funct 2012;3(12):1251-1264.

Daus B, von Tumpling W, Wennrich R, et al. Removal of hexafluoroarsenate from waters. Chemosphere 2007;68(2):253-258.

Davenport DM, Gui M, Ormsbee LR, et al. Development of PVDF Membrane Nanocomposites via Various Functionalization Approaches for Environmental Applications. Polymers (Basel) 2016;8(2).

Davies RM, Holloway PJ, Ellwood RP. The role of fluoride dentifrices in a national strategy for the oral health of children. Br Dent J 1995;179(3):84-87.

Davies P, Landy M. Suxamethonium and mivacurium sensitivity from pregnancy-induced plasma cholinesterase deficiency. Anaesthesia 1998;53(11):1109-1111.

Davies RM, Ellwood RP, Davies GM. The rational use of fluoride toothpaste. Int J Dent Hyg 2003;1(1):3-8.

17

de Almeida BS, da Silva Cardoso VE, Buzalaf MA. Fluoride ingestion from toothpaste and diet in 1- to 3-year-old Brazilian children. Community Dent Oral Epidemiol 2007;35(1):53-63.

de Camargo AM, Merzel J. Histological and histochemical appearance of livers and kidneys of rats after long-term treatment with different concentrations of sodium fluoride in drinking water. Acta Anat (Basel) 1980;108(3):288-294.

de Carvalho CAP, de Carvalho FS, Grizzo LT, et al. Toenail fluride ion concentrations, dental fluorosis in the primary dentition, and various sociobehavioral factors in children living in a fluoridated city in Brazil. Fluoride 2017;50(2):269-275.

De Leonardis F, Pascali G, Salvadori PA, et al. On-chip pre-concentration and complexation of [(1)(8)F]fluoride ions via regenerable anion exchange particles for radiochemical synthesis of Positron Emission Tomography tracers. J Chromatogr A 2011;1218(29):4714-4719.

De Looff AJ, Dijkmans AP, Sorgdrager B. Histamine provocation test: an effective pre-employment selection method for aluminium workers. Med Lav 1992;83(5):422-427.

De Luca V, Vullo D, Del Prete S, et al. Cloning, characterization and anion inhibition studies of a new gamma-carbonic anhydrase from the Antarctic bacterium Pseudoalteromonas haloplanktis. Bioorg Med Chem 2015;23(15):4405-4409.

De Marchi A, Pozza S, Sutera R, et al. Study of neurinomas with ultrasound contrast media: review of a case series to identify characteristic imaging patterns. Radiol Med 2011;116(4):634-643.

de Menezes LM, de Sousa Mda L, Rodrigues LK, et al. [Self-perception of fluorosis due to fluoride exposure to drinking water and dentifrice]. Rev Saude Publica 2002;36(6):752-754.

de Silva-Sanigorski AM, Waters E, Calache H, et al. Splash!: a prospective birth cohort study of the impact of environmental, social and family-level influences on child oral health and obesity related risk factors and outcomes. BMC Public Health 2011;11:505.

De Sio SM, Wilson RE. EXAFS study of the speciation of protactinium(V) in aqueous hydrofluoric acid solutions. Inorg Chem 2014;53(23):12643-12649.

Dec K, Lukomska A, Maciejewska D, et al. The Influence of Fluorine on the Disturbances of Homeostasis in the Central Nervous System. Biol Trace Elem Res 2017;177(2):224-234.

Dec K, Lukomska A, Baranowska-Bosiacka I, et al. Pre-and postnatal exposition to fluorides induce changes in rats liver morphology by impairment of antioxidant defense mechanisms and COX induction. Chemosphere 2018;211:112-119.

Dec K, Lukomska A, Skonieczna-Zydecka K, et al. Long-term exposure to fluoride as a factor promoting changes in the expression and activity of cyclooxygenases (COX1 and COX2) in various rat brain structures. Neurotoxicology 2019;74:81-90.

Defterali C, Verdejo R, Majeed S, et al. In Vitro Evaluation of Biocompatibility of Uncoated Thermally Reduced Graphene and Carbon Nanotube-Loaded PVDF Membranes with Adult Neural Stem Cell-Derived Neurons and Glia. Front Bioeng Biotechnol 2016;4:94.

Dehbandi R, Moore F, Keshavarzi B. Geochemical sources, hydrogeochemical behavior, and health risk assessment of fluoride in an endemic fluorosis area, central Iran. Chemosphere 2018;193:763-776.

del Pino IG, Constanso I, Mourin LV, et al. Citric/citrate buffer: an effective antiglycolytic agent. Clin Chem Lab Med 2013;51(10):1943-1949.

18

Delacour H, Lushchekina S, Mabboux I, et al. Characterization of a novel BCHE "silent" allele: point mutation (p.Val204Asp) causes loss of activity and prolonged apnea with suxamethonium. PLoS One 2014;9(7):e101552.

Delacour H, Lushchekina S, Mabboux I, et al. Characterization of a novel butyrylcholinesterase point mutation (p.Ala34Val), "silent" with mivacurium. Biochem Pharmacol 2014;92(3):476-483.

Deliconstantinos G. Cortisol effect on (Na+ + K+)-stimulated ATPase activity and on bilayer fluidity of dog brain synaptosomal plasma membranes. Neurochem Res 1985;10(12):1605-1613.

Deliconstantinos G. Effect of rat serum albumin-cholesterol on the physical properties of biomembranes. Biochem Int 1987;15(2):467-474.

Deliconstantinos G, Kopeikina-Tsiboukidou L, Villiotou V. Evaluation of membrane fluidity effects and enzyme activities alterations in adriamycin neurotoxicity. Biochem Pharmacol 1987;36(7):1153-1161.

Delorme S, Krix M. Contrast-enhanced ultrasound for examining tumor biology. Cancer Imaging 2006;6:148-152.

Den Besten P. Fluoride animal neurotoxicity studies. R21 ES017813-01 and R21 ES017813-02. 2010-2012.

Derlin T, Wisotzki C, Richter U, et al. In vivo imaging of mineral deposition in carotid plaque using 18F-sodium fluoride PET/CT: correlation with atherogenic risk factors. J Nucl Med 2011;52(3):362-368.

Desire B, Saint-Andre S. Interaction of soman with beta-cyclodextrin. Fundam Appl Toxicol 1986;7(4):646-657.

Deutsch S. Effects of anesthetics on the kidney. Surg Clin North Am 1975;55(4):775-786.

Deutsch DG, Chin SA. Enzymatic synthesis and degradation of anandamide, a cannabinoid receptor agonist. Biochem Pharmacol 1993;46(5):791-796.

Dev B, Mishra GC. On the mode of blood-sucking by the Indian medicinal leech, Poecilobdella granulosa (Savigni, 1822) and its functional correlation with histoenzymatic and colorimetric studies of biting complex and coordinators. Acta Histochem 1972;42(1):15-28.

Dexter DL, Wolberg WH, Ansfield FJ, et al. The clinical pharmacology of 5-trifluoromethyl-2'-deoxyuridine. Cancer Res 1972;32(2):247-253.

Dick AE, Ford RP, Schluter PJ, et al. Water fluoridation and the sudden infant death syndrome. N Z Med J 1999;112(1093):286-289.

Dillenberg JS, Levy SM, Schroeder DC, et al. Arizona providers' use and knowledge of fluoride supplements. Clin Prev Dent 1992;14(5):15-26.

Dionizio AS, Melo CGS, Sabino-Arias IT, et al. Chronic treatment with fluoride affects the jejunum: insights from proteomics and enteric innervation analysis. Sci Rep 2018;8(1):3180.

Disanayake JK, Abeygunasekara A, Jayasekara R, et al. Skeletal fluorosis with neurological complications. Ceylon Med J 1994;39(1):48-50.

Dissanayake CB, Chandrajith R. Medical geology in tropical countries with special reference to Sri Lanka. Environ Geochem Health 2007;29(2):155-162.

Dixon S, Shackley P. Estimating the benefits of community water fluoridation using the willingness-to-pay technique: results of a pilot study. Community Dent Oral Epidemiol 1999;27(2):124-129.

U.S. EXHIBIT 505.0218

Domenech CE, Machado de Domenech EE, Balegno HF. Pesticide action and membrane fluidity. Allosteric behavior of rat erythrocyte membrane-bound acetylcholinesterase in the presence of organophosphorous compounds. FEBS Lett 1977;74(2):243-246.

Donaldson M, Goodchild JH. Oral health of the methamphetamine abuser. Am J Health Syst Pharm 2006;63(21):2078-2082.

Donnelly LE, Boyd RS, Williams RJ, et al. Inhibition of ADP-ribosyltransferase increases synthesis of Gs alpha in neuroblastoma x glioma hybrid cells and reverses iloprost-dependent heterologous loss of fluoride-sensitive adenylate cyclase. Biochem Pharmacol 1995;49(6):767-776.

D'Onofrio C, Paradisi F, Piccolo D. The influence of some metabolic inhibitors on in vitro phagocytizing macrophages. I. The behaviour of human macrophages. Med Microbiol Immunol 1977;163(3):195-207.

Doot RK, Muzi M, Peterson LM, et al. Kinetic analysis of 18F-fluoride PET images of breast cancer bone metastases. J Nucl Med 2010;51(4):521-527.

Doris MK, Otaki Y, Krishnan SK, et al. Optimization of reconstruction and quantification of motion-corrected coronary PET-CT. J Nucl Cardiol 2018.

Dousa TP, Walter R, Schwartz IL, et al. Role of cyclic AMP in the action of neurohypophyseal hormones on kidney. Adv Cyclic Nucleotide Res 1972;1:121-135.

Downer MC, Drugan CS, Foster GR, et al. Estimating the potential impact on dental caries in children of fluoridating a UK city. Community Dent Health 2011;28(1):34-39.

Downs RA. The dentist's responsibility in community water fluoridation programs. Am J Public Health Nations Health 1952;42(5 Pt 1):575-578.

Drisko CH. Nonsurgical periodontal therapy. Periodontol 2000 2001;25:77-88.

Droller MJ. Environment and the genitourinary tract. Otolaryngol Head Neck Surg 1996;114(2):248-252.

Droste DW, Metz RJ. Clinical utility of echocontrast agents in neurosonology. Neurol Res 2004;26(7):754-759.

Droste DW. Clinical utility of contrast-enhanced ultrasound in neurosonology. Eur Neurol 2008;59 Suppl 1:2-8.

Druchok M, Vlachy V, Dill KA. Explicit-water molecular dynamics study of a short-chain 3,3 ionene in solutions with sodium halides. J Chem Phys 2009;130(13):134903.

Du JF, Li W, Li L, et al. Regulating the coordination state of a heme protein by a designed distal hydrogen-bonding network. ChemistryOpen 2015;4(2):97-101.

Duan JD, Zhao MX, Wang LJ, et al. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Med J 1995;18(3):179-180.

Duan XQ, Li YH, Zhang XY, et al. Mechanisms of Intracellular Calcium Homeostasis in MC3T3-E1 Cells and Bone Tissues of Sprague-Dawley Rats Exposed to Fluoride. Biol Trace Elem Res 2016;170(2):331-339.

Dubey SP, Gopal K, Bersillon JL. Utility of adsorbents in the purification of drinking water: a review of characterization, efficiency and safety evaluation of various adsorbents. J Environ Biol 2009;30(3):327-332.

Dubowski KM, Gadsden RH, Sr., Poklis A. The stability of ethanol in human whole blood controls: an interlaboratory evaluation. J Anal Toxicol 1997;21(6):486-491.

Duckworth RM, Jones S. On the relationship between the rate of salivary flow and salivary fluoride clearance. Caries Res 2015;49(2):141-146.

20

Duncan ME, Hansen S, Zeleke A, et al. Health profile of highland Ethiopians in a small town in the south-western part of the country. Ethiop Med J 2007;45 Suppl 1:43-60.

Dwyer J. Nutritional support during pregnancy and lactation. Prim Care 1982;9(3):475-496.

Dzubiella J. Salt-specific stability and denaturation of a short salt-bridge-forming alpha-helix. J Am Chem Soc 2008;130(42):14000-14007.

Easa D, Harrigan R, Hammatt Z, et al. Addressing oral health disparities in settings without a research-intensive dental school: collaborative strategies. Ethn Dis 2005;15(2):187-190.

Easley MW, Levy SM, Kuthy RA. Dietary fluoride supplements: the Maryland physician's role. Md Med J 1989;38(6):493-496.

Easley MW, Levy SM, Kuthy RA. Dietary fluoride supplements for Maryland's children--the role of the dentist. J Md State Dent Assoc 1989;32(2):8-14.

Eftekhar B, Skini M, Shamohammadi M, et al. The Effectiveness of Home Water Purification Systems on the Amount of Fluoride in Drinking Water. J Dent (Shiraz) 2015;16(3 Suppl):278-281.

Eger EI, 2nd. Current and future perspectives on inhaled anesthetics. Pharmacotherapy 1998;18(5):895-910.

Eguchi K, Yoshioka Y, Yoshida H, et al. The Drosophila DOCK family protein sponge is involved in differentiation of R7 photoreceptor cells. Exp Cell Res 2013;319(14):2179-2195.

Eichler O. [CONSIDERATIONS ON THE PROBLEM OF PROPHYLAXIS]. Munch Med Wochenschr 1963;105:1661-1665.

Eimerl S, Neufeld G, Korner M, et al. Functional implantation of a solubilized beta-adrenergic receptor in the membrane of a cell. Proc Natl Acad Sci U S A 1980;77(2):760-764.

Eisenbrandt DL, Nitschke KD. Inhalation toxicity of sulfuryl fluoride in rats and rabbits. Fundam Appl Toxicol 1989;12(3):540-557.

Ekambaram P, Paul V. Calcium preventing locomotor behavioral and dental toxicities of fluoride by decreasing serum fluoride level in rats. Environ Toxicol Pharmacol 2001;9(4):141-146.

Ekambaram P, Paul V. Modulation of fluoride toxicity in rats by calcium carbonate and by withdrawal of fluoride exposure. Pharmacol Toxicol 2002;90(2):53-58.

Ekstrand J, Ehrnebo M. Influence of milk products on fluoride bioavailability in man. Eur J Clin Pharmacol 1979;16(3):211-215.

Ekstrand J, Hardell LI, Spak CJ. Fluoride balance studies on infants in a 1-ppm-water-fluoride area. Caries Res 1984;18(1):87-92.

Ekstrand J, Spak CJ. Fluoride pharmacokinetics: its implications in the fluoride treatment of osteoporosis. J Bone Miner Res 1990;5 Suppl 1:S53-61.

El-Badrawy WA, McComb D. Effect of home-use fluoride gels on resin-modified glass-ionomer cements. Oper Dent 1998;23(1):2-9.

Eldredge JB, Levy SM. The dental hygienist's role in recommending dietary fluoride supplements. Dent Hyg (Chic) 1988;62(8):385-388.

Ellwood RP, O'Mullane DM. Tooth brushing behaviour in twelve year old children and dental enamel. J Ir Dent Assoc 1994;40(1):12-15.

Ellwood RP, O'Mullane D. Enamel opacities and dental esthetics. J Public Health Dent 1995;55(3):171-176.

Ema M, Naya M, Yoshida K, et al. Reproductive and developmental toxicity of degradation products of refrigerants in experimental animals. Reprod Toxicol 2010;29(1):1-9.

21

Emamghoreishi M, Li PP, Schlichter L, et al. Associated disturbances in calcium homeostasis and G protein-mediated cAMP signaling in bipolar I disorder. Biol Psychiatry 2000;48(7):665-673.

Enwonwu CO. Socio-economic factors in dental caries prevalence and frequency in Nigerians. An epidemiological study. Caries Res 1974;8(2):155-171.

Enwonwu CO, Phillips RS, Ibrahim CD, et al. Nutrition and oral health in Africa. Int Dent J 2004;54(6 Suppl 1):344-351.

Ernst P, Thomas D, Becklake MR. Respiratory survey of North American Indian children living in proximity to an aluminum smelter. Am Rev Respir Dis 1986;133(2):307-312.

Ernstgard L, Andersen M, Dekant W, et al. Experimental exposure to 1,1,1,3,3-pentafluoropropane (HFC-245fa): uptake and disposition in humans. Toxicol Sci 2010;113(2):326-336.

Ernstgard L, Sjogren B, Dekant W, et al. Uptake and disposition of 1,1-difluoroethane (HFC-152a) in humans. Toxicol Lett 2012;209(1):21-29.

Estevez J, Barril J, Vilanova E. Kinetics of inhibition of soluble peripheral nerve esterases by PMSF: a non-stable compound that potentiates the organophosphorus-induced delayed neurotoxicity. Arch Toxicol 2012;86(5):767-777.

Evans FG, Wood JL. Mechanical properties and density of bone in a case of severe endemic fluorosis. Acta Orthop Scand 1976;47(5):489-495.

Evans RW, Lo EC. Effects of School Dental Care Service in Hong Kong--primary teeth. Community Dent Oral Epidemiol 1992;20(4):193-195.

Evans RW, Pakdaman A, Dennison PJ, et al. The Caries Management System: an evidence-based preventive strategy for dental practitioners. Application for adults. Aust Dent J 2008;53(1):83-92.

Ewoldsen N, Herwig L. Decay-inhibiting restorative materials: past and present. Compend Contin Educ Dent 1998;19(10):981-984, 986, 988 passim; quiz 992.

Eyding J, Krogias C, Wilkening W, et al. Detection of cerebral perfusion abnormalities in acute stroke using phase inversion harmonic imaging (PIHI): preliminary results. J Neurol Neurosurg Psychiatry 2004;75(6):926-929.

Facanha AR, Okorokova-Facanha AL. Inhibition of phosphate uptake in corn roots by aluminum-fluoride complexes. Plant Physiol 2002;129(4):1763-1772.

Fahey PJ, Boltri JM, Monk JS. Key issues in nutrition. From conception through infancy. Postgrad Med 1987;81(1):301-305, 308.

Fang F, Kong L, Huang J, et al. Removal of cobalt ions from aqueous solution by an amination graphene oxide nanocomposite. J Hazard Mater 2014;270:1-10.

Fantaye W, Anne A, Asgeir B, et al. Perception of dental fluorosis among adolescents living in urban areas of Ethiopia. Ethiop Med J 2003;41(1):35-44.

Farias PA, Ferreira SL, Ohara AK, et al. Adsorptive stripping voltammetric behaviour of copper complexes of some heterocyclic azo compounds. Talanta 1992;39(10):1245-1253.

Farkas AN, Wolf MS, Landzberg E, et al. Treatment of Ventricular Fibrillation Due to Ammonium Bifluoride Poisoning With Hemodialysis. Pediatrics 2018;142(3).

Felder CC, Jose PA, Axelrod J. The dopamine-1 agonist, SKF 82526, stimulates phospholipase-C activity independent of adenylate cyclase. J Pharmacol Exp Ther 1989;248(1):171-175.

22

Fera T, Abboud RT, Richter A, et al. Acute effect of smoking on elastaselike esterase activity and immunologic neutrophil elastase levels in bronchoalveolar lavage fluid. Am Rev Respir Dis 1986;133(4):568-573.

Fergusson DM, Horwood LJ, Shannon FT. Attitudes of mothers of five-year-old children to compulsory child health provisions. N Z Med J 1983;96(731):338-340.

Ferrer I, Sarmiento J. Nascent microglia in the developing brain. Acta Neuropathol 1980;50(1):61-67.

Festa R, Carta M, Ceriello A, et al. Time is glucose, can't miss gestational diabetes. Diabetes Technol Ther 2012;14(5):444-446.

Fidler Mis N, Kobe H, Stimec M. Dietary intake of macro- and micronutrients in Slovenian adolescents: comparison with reference values. Ann Nutr Metab 2012;61(4):305-313.

Fiege R, Shuvalov VA. Correlated behavior of the EPR signal of cytochrome b-559 heme Fe(III) ligated by OH- and the multiline signal of the Mn cluster in PS-II membrane fragments. FEBS Lett 1996;387(1):33-35.

Fielding JE, Marks JS, Myers BW, et al. How do we translate science into public health policy and law? J Law Med Ethics 2002;30(3 Suppl):22-32.

Figlie NB, Benedito-Silva AA, Monteiro MG, et al. Biological markers of alcohol consumption in nondrinkers, drinkers, and alcohol-dependent Brazilian patients. Alcohol Clin Exp Res 2002;26(7):1062-1069.

Finney WF, Wilson E, Callender A, et al. Reexamination of hexafluorosilicate hydrolysis by 19F NMR and pH measurement. Environ Sci Technol 2006;40(8):2572-2577.

Firoozmand LM, de Araujo MA. Water sorption, hardness and scanning electron microscopy evaluation of dental composite resins submitted to high-risk decay model and intensive treatment with fluoride. Acta Odontol Latinoam 2011;24(2):141-149.

Fisher BT, Hahn DW. Development and numerical solution of a mechanistic model for corneal tissue ablation with the 193 nm argon fluoride excimer laser. J Opt Soc Am A Opt Image Sci Vis 2007;24(2):265-277.

Flanders RA. Effectiveness of dental health educational programs in schools. J Am Dent Assoc 1987;114(2):239-242.

Flanders RA, Levy SM, Kuthy RA. Dietary fluoride supplements for Illinois' children--the role of the dentist. Ill Dent J 1988;57(7):590-593.

Flawia MM, Kornblihtt AR, Reig JA, et al. Reconstitution of a hormone-sensitive adenylate cyclase with membrane extracts from Neurospora and avian erythrocytes. J Biol Chem 1983;258(13):8255-8259.

Flood S, Asplund K, Hoffman B, et al. Fluoride Supplementation Adherence and Barriers in a Community Without Water Fluoridation. Acad Pediatr 2017;17(3):316-322.

Flora SJ, Mittal M, Mishra D. Co-exposure to arsenic and fluoride on oxidative stress, glutathione linked enzymes, biogenic amines and DNA damage in mouse brain. J Neurol Sci 2009;285(1-2):198-205.

Flora SJ, Pachauri V, Mittal M, et al. Interactive effect of arsenic and fluoride on cardio-respiratory disorders in male rats: possible role of reactive oxygen species. Biometals 2011;24(4):615-628.

Flores-Mendez M, Ramirez D, Alamillo N, et al. Fluoride exposure regulates the elongation phase of protein synthesis in cultured Bergmann glia cells. Toxicol Lett 2014;229(1):126-133.

23

Floris N, Muntoni S. [RESEARCH ON HYDROFLUOROSIS. BEHAVIOR OF VARIOUS TESTS OF SERUM LABILITY AND HEPATIC FUNCTION IN HYDROFLUOROTIC SUBJECTS]. Minerva Med 1963;54:3895-3898.

Fomon SJ, Ekstrand J. Fluoride intake by infants. J Public Health Dent 1999;59(4):229-234.

Fomon SJ, Ekstrand J, Ziegler EE. Fluoride intake and prevalence of dental fluorosis: trends in fluoride intake with special attention to infants. J Public Health Dent 2000;60(3):131-139.

Fontana M, Eckert GJ, Keels MA, et al. Fluoride Use in Health Care Settings: Association with Children's Caries Risk. Adv Dent Res 2018;29(1):24-34.

Forbes WF, Agwani N. A suggested mechanism for aluminum biotoxicity. J Theor Biol 1994;171(2):207-214.

Forbes WF, Gentleman JF, Maxwell CJ. Concerning the role of aluminum in causing dementia. Exp Gerontol 1995;30(1):23-32.

Forsman B, Ericsson Y. [Fluoride exposure from fluoride-rich drinking water and hot industrial environment in a Swedish glass-works]. Nord Hyg Tidskr 1973;54(1):6-11.

Forsman B. Dental fluorosis and caries in high-fluoride districts in Sweden. Community Dent Oral Epidemiol 1974;2(3):132-148.

Fowler JS, Ido T. Initial and subsequent approach for the synthesis of 18FDG. Semin Nucl Med 2002;32(1):6-12.

Fox JL, Yu D, Otsuka M, et al. Initial dissolution rate studies on dental enamel after CO2 laser irradiation. J Dent Res 1992;71(7):1389-1398.

Frada G, Di Blasi S, Pintacuda S. [Behavior of urinary hydroxyproline in human fluorosis]. Boll Soc Ital Biol Sper 1974;50(22):1956-1958.

Francischetti IM, Mather TN, Ribeiro JM. Tick saliva is a potent inhibitor of endothelial cell proliferation and angiogenesis. Thromb Haemost 2005;94(1):167-174.

Franz H, Haustein B, Geske K, et al. [Effect of protamine sulphate on erythrocyte agglutination by anti-rh antisera. Cause of time-dependence (author's transl)]. Z Immunitatsforsch Immunobiol 1976;151(4):350-358.

Franzman MR, Levy SM, Warren JJ, et al. Fluoride dentifrice ingestion and fluorosis of the permanent incisors. J Am Dent Assoc 2006;137(5):645-652.

Frattola L, Cerri C, Villani R, et al. On the role of cyclic nucleotides in tumor of human nervous tissue: an overview. J Neurosurg Sci 1979;23(4):257-263.

Frencken JE, Rugarabamu P, Mulder J. The effect of sugar cane chewing on the development of dental caries. J Dent Res 1989;68(6):1102-1104.

Frencken JE, Konig KG, Mulder J, et al. Exposure to low levels of fluoride and dental caries in deciduous molars of Tanzanian children. Caries Res 1992;26(5):379-383.

Frisardi V, Solfrizzi V, Capurso C, et al. Aluminum in the diet and Alzheimer's disease: from current epidemiology to possible disease-modifying treatment. J Alzheimers Dis 2010;20(1):17-30.

Frolkis VV, Tanin SA, Gorban YN. Age-related changes in axonal transport. Exp Gerontol 1997;32(4-5):441-450.

Fu HZ, Wang MH, Ho YS. Mapping of drinking water research: a bibliometric analysis of research output during 1992-2011. Sci Total Environ 2013;443:757-765.

Fuchs C, Dorn D, Fuchs CA, et al. Fluoride determination in plasma by ion selective electrodes: a simplified method for the clinical laboratory. Clin Chim Acta 1975;60(2):157-167.

U.S. EXHIBIT 505.0223

Fuchs C, Haase W, Maurer H. [Pharmacokinetics of a fluoride-calcium preparation for the treatment of osteoporosis]. Arzneimittelforschung 1984;34(7):832-835.

Fujita T, Zawawi KH, Kurihara H, et al. CD38 cleavage in fMLP- and IL-8-induced chemotaxis is dependent on p38 MAP kinase but independent of p44/42 MAP kinase. Cell Signal 2005;17(2):167-175.

Furukawa S, Hagiwara Y, Taguchi C, et al. Associations between oral health behavior and anxiety about water fluoridation and motivation to establish water fluoridation in Japanese residents. J Oral Sci 2011;53(3):313-319.

Gabovich RD. [On the problem of the effect of fluorine in drinking water on the functional state of the central nervous system]. Gig Sanit 1962;27:10-12.

Gamard A, Jousseaume B, Toupance T, et al. New Fluorinated Stannic Compounds as Precursors of F-Doped SnO(2) Materials Prepared by the Sol-Gel Route. Inorg Chem 1999;38(21):4671-4679.

Gambling DR, Sharma SK, White PF, et al. Use of sevoflurane during elective cesarean birth: a comparison with isoflurane and spinal anesthesia. Anesth Analg 1995;81(1):90-95.

Gan Y, Wang X, Zhang L, et al. Coagulation removal of fluoride by zirconium tetrachloride: Performance evaluation and mechanism analysis. Chemosphere 2019;218:860-868.

Gao Y, Heinemann A, Knott R, et al. Encapsulation of protein in silica matrices: structural evolution on the molecular and nanoscales. Langmuir 2010;26(2):1239-1246.

Gao X, Zhao T, Li Z. Controlling flow direction in nanochannels by electric field strength. Phys Rev E Stat Nonlin Soft Matter Phys 2015;92(2):023017.

Gao X, Hu Y, Li C, et al. Evaluation of fluorine release from air deposited coal spoil piles: A case study at Yangquan city, northern China. Sci Total Environ 2016;545-546:1-10.

Garcez RM, Buzalaf MA, de Araujo PA. Fluoride release of six restorative materials in water and pH-cycling solutions. J Appl Oral Sci 2007;15(5):406-411.

Garcia-Montalvo EA, Reyes-Perez H, Del Razo LM. Fluoride exposure impairs glucose tolerance via decreased insulin expression and oxidative stress. Toxicology 2009;263(2-3):75-83.

Garcia-Perez A, Irigoyen-Camacho ME, Borges-Yanez SA, et al. Impact of caries and dental fluorosis on oral health-related quality of life: a cross-sectional study in schoolchildren receiving water naturally fluoridated at above-optimal levels. Clin Oral Investig 2017;21(9):2771-2780.

Garcia-Sanchez MJ, Polo A, Peran F, et al. [Comparative study in pediatric inhalation anesthesia. Clinical characteristics and anesthetic complications with halothane and isoflurane]. Rev Esp Anestesiol Reanim 1992;39(5):285-288.

Garcia-Sanchez JJ, Solache-Rios M, Martinez-Miranda V, et al. Removal of fluoride ions from drinking water and fluoride solutions by aluminum modified iron oxides in a column system. J Colloid Interface Sci 2013;407:410-415.

Garlick JA, Levine P. Where civics meets science: building science for the public good through Civic Science. Oral Dis 2017;23(6):692-696.

Gatley SJ, Yu DW, Fowler JS, et al. Studies with differentially labeled [11C]cocaine, [11C]norcocaine, [11C]benzoylecgonine, and [11C]- and 4'-[18F]fluorococaine to probe the extent to which [11C]cocaine metabolites contribute to PET images of the baboon brain. J Neurochem 1994;62(3):1154-1162.

Gaugl JF, Wooldridge B. Cardiopulmonary response to sodium fluoride infusion in the dog. J Toxicol Environ Health 1983;11(4-6):765-782.

25

U.S. EXHIBIT 505.0224

Ge Y, Chen L, Yin Z, et al. Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. Chemosphere 2018;201:874-883.

Gemeiner M, Stockl W, Schuh M, et al. [Behavior of vitamin D and fluoride in the blood or cows before and after parturition and in newborn calves]. Z Tierphysiol Tierernahr Futtermittelkd 1977;39(1):3-8.

Geng Y, Savage SM, Razani-Boroujerdi S, et al. Effects of nicotine on the immune response. II. Chronic nicotine treatment induces T cell anergy. J Immunol 1996;156(7):2384-2390.

Gentzen I, Loffler HG, Schneider F. Aminoacylase from Aspergillus oryzae. Comparison with the pig kidney enzyme. Z Naturforsch C 1980;35(7-8):544-550.

Gerbert B, Bernzweig J, Bleecker T, et al. Risks of the "big three": what dentists and patients believe about dental amalgam, fluoride and HIV. J Am Dent Assoc 1992;123(3):82-88.

Gerisch S, Ullmann G, Stubenrauch K, et al. Enzymatic peptide synthesis in frozen aqueous systems: influence of modified reaction conditions on the peptide yield. Biol Chem Hoppe Seyler 1994;375(12):825-828.

Ghadery C, Koshimori Y, Coakeley S, et al. Microglial activation in Parkinson's disease using [(18)F]-FEPPA. J Neuroinflammation 2017;14(1):8.

Ghaffar A, Zhang L, Zhu X, et al. Porous PVdF/GO Nanofibrous Membranes for Selective Separation and Recycling of Charged Organic Dyes from Water. Environ Sci Technol 2018;52(7):4265-4274.

Ghanim AM, Manton DJ, Morgan MV, et al. Trends of oral health care and dental treatment needs in relation to molar incisor hypomineralisation defects: a study amongst a group of Iraqi schoolchildren. Eur Arch Paediatr Dent 2012;13(4):171-178.

Gharesi-Fard B, Zare M, Kamali-Sarvestani E. The Reaction of Placental GRP78 Protein with Sera from Women with Multiple Sclerosis. Iran J Immunol 2017;14(4):306-315.

Giachini M, Pierleoni F. [Fluoride toxicity]. Minerva Stomatol 2004;53(4):171-177.

Gibson LB, Blake M, Baker S. Inequalities in oral health: the role of sociology. Community Dent Health 2016;33(2):156-160.

Giesecke M, Meriguet G, Hallberg F, et al. Ion association in aqueous and non-aqueous solutions probed by diffusion and electrophoretic NMR. Phys Chem Chem Phys 2015;17(5):3402-3408.

Gift HC, Hoerman KC. Attitudes of dentists and physicians toward the use of dietary fluoride supplements. ASDC J Dent Child 1985;52(4):265-268.

Gill KK, Dumka VK. Biochemical alterations induced by oral subchronic exposure to fipronil, fluoride and their combination in buffalo calves. Environ Toxicol Pharmacol 2013;36(3):1113-1119.

Girlich C, Jung EM, Huber E, et al. Comparison between preoperative quantitative assessment of bowel wall vascularization by contrast-enhanced ultrasound and operative macroscopic findings and results of histopathological scoring in Crohn's disease. Ultraschall Med 2011;32(2):154-159.

Girouard H, Chulak C, LeJossec M, et al. Chronic antioxidant treatment improves sympathetic functions and beta-adrenergic pathway in the spontaneously hypertensive rats. J Hypertens 2003;21(1):179-188.

Giura P, Angelini R, Datchi F, et al. High frequency dynamics and structural relaxation process in liquid ammonia. J Chem Phys 2007;127(8):084508.

Glattre E, Wiese H. Inverse relationship between fluoride and cancer in mouth and throat? Acta Odontol Scand 1979;37(1):9-14.

26

Glykys J, Guadama M, Marcano L, et al. Inflammation induced increase of fluoride resistant acid phosphatase (FRAP) activity in the spinal dorsal horn in rats. Neurosci Lett 2003;337(3):167-169.

Gnedenkov AS, Sinebryukhov SL, Mashtalyar DV, et al. Corrosion of the Welded Aluminium Alloy in 0.5 M NaCl Solution. Part 2: Coating Protection. Materials (Basel) 2018;11(11).

Goddard-Borger ED, Tysoe C, Withers SG. Glycosynthase mediated synthesis of psychosine. Carbohydr Res 2016;435:97-99.

Goh EH, Neff AW. Effects of fluoride on Xenopus embryo development. Food Chem Toxicol 2003;41(11):1501-1508.

Goldemberg AL, Sanchez JJ, Garcia AM, et al. 4-Nitrophenylalkaline phosphatase inhibition in muscular dystrophy. Clin Chim Acta 1987;167(2):211-216.

Goldemberg AL, Garcia AM, Fernandez H, et al. Allosteric transition of erythrocyte alkaline phosphatase from Duchenne muscular dystrophy (DMD) patients and Duchenne muscular dystrophy carriers (Homo sapiens). Int J Biochem 1988;20(7):703-706.

Gong Y, Zheng Y, Jin B, et al. A portable and universal upconversion nanoparticle-based lateral flow assay platform for point-of-care testing. Talanta 2019;201:126-133.

Gonzalez Serrano A, Saiz Morejon J, Catano Villaneuva A, et al. [Fluoride versus the profession]. Rev Actual Estomatol Esp 1989;49(380):37-38, 41-32.

Gonzalez-Aguilar F. What do the synaptic vesicles contain? Neuroscience 1993;56(1):247-261.

Gonzalez-Horta C, Ballinas-Casarrubias L, Sanchez-Ramirez B, et al. A concurrent exposure to arsenic and fluoride from drinking water in Chihuahua, Mexico. Int J Environ Res Public Health 2015;12(5):4587-4601.

Gonzalez-Mancebo D, Becerro AI, Rojas TC, et al. Room temperature synthesis of water-dispersible Ln(3+):CeF3 (Ln=Nd, Tb) nanoparticles with different morphology as bimodal probes for fluorescence and CT imaging. J Colloid Interface Sci 2018;520:134-144.

Gonzalo EC, Sanjuan ML, Hoelzel M, et al. Synthesis and characterization of NaNiF3.3H2O: an unusual ordered variant of the ReO3 type. Inorg Chem 2015;54(7):3172-3182.

Goracci G, Colangelo G, Luzi V, et al. [Progressive impact of dental caries in the Somalian population]. Prev Stomatol 1982;8(2):27-38.

Gorbacheva LR, Storozhevykh TP, Pinelis VG, et al. Activated protein C via PAR1 receptor regulates survival of neurons under conditions of glutamate excitotoxicity. Biochemistry (Mosc) 2008;73(6):717-724.

Gouider M, Feki M, Sayadi S. Separative recovery with lime of phosphate and fluoride from an acidic effluent containing H3PO4, HF and/or H2SiF6. J Hazard Mater 2009;170(2-3):962-968.

Grandjean P, Choi AL. Community water fluoridation and intelligence. Am J Public Health 2015;105(4):e3.

Grandjean P, Herz KT. Trace elements as paradigms of developmental neurotoxicants: Lead, methylmercury and arsenic. J Trace Elem Med Biol 2015;31:130-134.

Grant SM, Dawson SK, Thomson WM. New Zealand dentists' views on community water fluoridation. N Z Dent J 2013;109(2):69-73.

Greer MH, Levy SM, Kuthym RA. Dietary fluoride supplements for Hawaii's children--the role of the dentist. Hawaii Dent J 1989;20(4):9-10, 17.

27

Grembowski D, Milgrom P, Fiset L. Factors influencing variation in dentist service rates. J Public Health Dent 1990;50(4):244-250.

Gries A, Motsch J, Ulmer HE, et al. [Emergency from anesthesia in small children. From laryngospasm to prolonged apnea]. Anaesthesist 2003;52(2):127-131.

Griffin SO, Beltran ED, Lockwood SA, et al. Esthetically objectionable fluorosis attributable to water fluoridation. Community Dent Oral Epidemiol 2002;30(3):199-209.

Griffin M, Shickle D, Moran N. European citizens' opinions on water fluoridation. Community Dent Oral Epidemiol 2008;36(2):95-102.

Griffiths PD, Davies D, Lehmann H. A second family demonstrating the homozygote for fluoride-resistant pseudocholinesterase variant. Br Med J 1966;2(5507):215-216.

Gruber M, Lindner R, Prasser C, et al. The effect of fluoride and hypothermia on the in vitro metabolism of mivacurium. Anesth Analg 2002;95(2):397-399, table of contents.

Grzyb T, Mrowczynska L, Szczeszak A, et al. Synthesis, characterization, and cytotoxicity in human erythrocytes of multifunctional, magnetic, and luminescent nanocrystalline rare earth fluorides. J Nanopart Res 2015;17(10):399.

Guan ZZ, Xiao KQ, Zeng XY, et al. Changed cellular membrane lipid composition and lipid peroxidation of kidney in rats with chronic fluorosis. Arch Toxicol 2000;74(10):602-608.

Guardiola S, Prades R, Mendieta L, et al. Targeted Covalent Inhibition of Prolyl Oligopeptidase (POP): Discovery of Sulfonylfluoride Peptidomimetics. Cell Chem Biol 2018;25(8):1031-1037 e1034.

Gui CZ, Ran LY, Li JP, et al. Changes of learning and memory ability and brain nicotinic receptors of rat offspring with coal burning fluorosis. Neurotoxicol Teratol 2010;32(5):536-541.

Guida A, Hill RG, Towler MR, et al. Fluoride release from model glass ionomer cements. J Mater Sci Mater Med 2002;13(7):645-649.

Guideri R, Cesari L, Burghesi R, et al. [Behavior of calcemia, phosphoremia, calciuria, phosphaturia and alkaline phosphatase in normal subjects treated with sodium fluoride (NaF)]. Boll Soc Ital Biol Sper 1966;42(22):1612-1615.

Guinement L, Marchesi V, Veres A, et al. [Development of external quality control protocol for CyberKnife beams dosimetry: preliminary tests multicentre]. Cancer Radiother 2013;17(4):288-296.

Gullick D, Popovici A, Young HC, et al. Determination of deltamethrin in rat plasma and brain using gas chromatography-negative chemical ionization mass spectrometry. J Chromatogr B Analyt Technol Biomed Life Sci 2014;960:158-165.

Guminska M, Niederwinski B, Krawecki T, et al. [Characteristics of the population of Chorzow living in polluted health-threatening environment]. Folia Med Cracov 1991;32(1-2):71-81.

Gun Y, Song GY, Quy VH, et al. Joint Effects of Photoactive TiO2 and Fluoride-Doping on SnO2 Inverse Opal Nanoarchitecture for Solar Water Splitting. ACS Appl Mater Interfaces 2015;7(36):20292-20303.

Guna Sherlin DM, Verma RJ. Vitamin D ameliorates fluoride-induced embryotoxicity in pregnant rats. Neurotoxicol Teratol 2001;23(2):197-201.

Guner S, Uyar-Bozkurt S, Haznedaroglu E, et al. Dental Fluorosis and Catalase Immunoreactivity of the Brain Tissues in Rats Exposed to High Fluoride Pre- and Postnatally. Biol Trace Elem Res 2016;174(1):150-157.

28

Guo Z, He YH, Zhu QX. Research on the neurobehavioral function of workers occupationally exposed to fluoride. Translated by Julian Brooke and published with the concurrence of Industrial Health and Occupational Diseases 2001;27(6):346-348. Fluoride 2001;41(2):152-155.

Guo G, Zhou H, Wang Q, et al. Nano-layered magnesium fluoride reservoirs on biomaterial surfaces strengthen polymorphonuclear leukocyte resistance to bacterial pathogens. Nanoscale 2017;9(2):875-892.

Gupta RK, Mildvan AS. Nuclear relaxation studies on human methemoglobin. Observation of cooperativity and alkaline Bohr effect with inositol hexaphosphate. J Biol Chem 1975;250(1):246-253.

Gussy MG, Waters EB, Riggs EM, et al. Parental knowledge, beliefs and behaviours for oral health of toddlers residing in rural Victoria. Aust Dent J 2008;53(1):52-60.

Gutierrez ML, Ferreri MC, Gravielle MC. GABA-induced uncoupling of GABA/benzodiazepine site interactions is mediated by increased GABAA receptor internalization and associated with a change in subunit composition. Neuroscience 2014;257:119-129.

Ha Y, Sung DH, Park Y, et al. Brachial Plexopathy due to Myeloid Sarcoma in a Patient With Acute Myeloid Leukemia After Allogenic Peripheral Blood Stem Cell Transplantation. Ann Rehabil Med 2013;37(2):280-285.

Hadjimarkos DM. Fluoride content of sea salt in dental caries prevention. Am J Clin Nutr 1972;25(2):123-124.

Hafizi S, Da Silva T, Gerritsen C, et al. Imaging Microglial Activation in Individuals at Clinical High Risk for Psychosis: an In Vivo PET Study with [(18)F]FEPPA. Neuropsychopharmacology 2017;42(13):2474-2481.

Hafizi S, Tseng HH, Rao N, et al. Imaging Microglial Activation in Untreated First-Episode Psychosis: A PET Study With [(18)F]FEPPA. Am J Psychiatry 2017;174(2):118-124.

Haimanot RT, Fekadu A, Bushra B. Endemic fluorosis in the Ethiopian Rift Valley. Trop Geogr Med 1987;39(3):209-217.

Haimanot RT. Neurological complications of endemic skeletal fluorosis, with special emphasis on radiculo-myelopathy. Paraplegia 1990;28(4):244-251.

Haliotis T, Trimble W, Chow S, et al. The cell biology of ras-induced transformation: insights from studies utilizing an inducible hybrid oncogene system. Anticancer Res 1988;8(5A):935-945.

Hallanger Johnson JE, Kearns AE, Doran PM, et al. Fluoride-related bone disease associated with habitual tea consumption. Mayo Clin Proc 2007;82(6):719-724.

Halstead SK, Kalna G, Islam MB, et al. Microarray screening of Guillain-Barre syndrome sera for antibodies to glycolipid complexes. Neurol Neuroimmunol Neuroinflamm 2016;3(6):e284.

Hamasha AA, Levy SM, Broffitt B, et al. Patterns of dietary fluoride supplement use in children from birth to 96 months of age. J Public Health Dent 2005;65(1):7-13.

Hamasha AA, Levy SM, Warren JJ. Patterns of fluoride mouthrinse and gel use by children 6 to 96 months of age. Pediatr Dent 2005;27(3):217-220.

Hamasha AA, Levy SM, Warren JJ. Dental visits and professional fluoride applications for children 72 to 108 months old. J Dent Child (Chic) 2006;73(1):20-24.

Hamasha AA, Warren JJ, Levy SM, et al. Oral health behaviors of children in low and high socioeconomic status families. Pediatr Dent 2006;28(4):310-315.

U.S. EXHIBIT 505.0228

Hamilton ME, Coulby WM. Oral health knowledge and habits of senior elementary school students. J Public Health Dent 1991;51(4):212-219.

Han L, Okamoto A, Fukushima M, et al. Evaluation of a new fluoride-releasing one-step adhesive. Dent Mater J 2006;25(3):509-515.

Han XR, Piao FY, Zhang YN, et al. [The differential expression of Stathmin in the spinal cord tissue of hens exposed to tri-o-cresyl phosphate]. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi 2011;29(12):917-920.

Han H, Du W, Zhou B, et al. Effects of chronic fluoride exposure on object recognition memory and mRNA expression of SNARE complex in hippocampus of male mice. Biol Trace Elem Res 2014;158(1):58-64.

Hardin JA, Kimm MH, Wirasinghe M, et al. Macromolecular transport across the rabbit proximal and distal colon. Gut 1999;44(2):218-225.

Hargreaves JA, Ingram GS, Wagg BJ. An extended excretion study on the ingestion of a monofluorophosphate toothpaste by children. Acta Med Acad Sci Hung 1970;27(4):413-419.

Harichandan R, Routroy S, Mohanty JK, et al. An assessment of heavy metal contamination in soils of fresh water aquifer system and evaluation of eco-toxicity by lithogenic implications. Environ Monit Assess 2013;185(4):3503-3516.

Harper NJ, Chadwick IS, Linsley A. Suxamethonium and atracurium: sequential and simultaneous administration. Eur J Anaesthesiol 1993;10(1):13-17.

Harrer JU, Valaikiene J, Koch H, et al. Transcranial perfusion sonography using a low mechanical index and pulse inversion harmonic imaging: reliability, inter-/intraobserver variability. Ultraschall Med 2011;32 Suppl 1:S95-101.

Harrison RL, MacNab AJ, Duffy DJ, et al. Brighter Smiles: Service learning, inter-professional collaboration and health promotion in a First Nations community. Can J Public Health 2006;97(3):237-240.

Harrris WE, Bursten SL. Lipid A stimulates phospholipase D activity in rat mesangial cells via a G-protein. Biochem J 1992;281 ( Pt 3):675-682.

Hasan A, Sidhu SK, Nicholson JW. Fluoride release and uptake in enhanced bioactivity glass ionomer cement ("glass carbomer") compared with conventional and resin-modified glass ionomer cements. J Appl Oral Sci 2019;27:e20180230.

Hattab FN, Angmar-Mansson B. Fluoride content in khat (Catha edulis) chewing leaves. Arch Oral Biol 2000;45(3):253-255.

Hawkins RL, Seeds NW. Effect of proteases and their inhibitors on neurite outgrowth from neonatal mouse sensory ganglia in culture. Brain Res 1986;398(1):63-70.

Hay DI, Moreno EC. Differential adsorption and chemical affinities of proteins for apatitic surfaces. J Dent Res 1979;58(Spec Issue B):930-942.

Hayes MP, Berrebi GA, Henkart PA. Induction of target cell DNA release by the cytotoxic T lymphocyte granule protease granzyme A. J Exp Med 1989;170(3):933-946.

Haysom L, Indig D, Byun R, et al. Oral health and risk factors for dental disease of Australian young people in custody. J Paediatr Child Health 2015;51(5):545-551.

Hayter J. Trace elements: implications for nursing. J Adv Nurs 1980;5(1):91-101.

Hazelrigg CO, Levy SM, Kuthy RA. Dietary fluoride supplements for Indiana's children: the role of the physician. Indiana Med 1989;82(11):882-885.

U.S. EXHIBIT 505.0229

He L, Dinger B, Sanders K, et al. Effect of p47phox gene deletion on ROS production and oxygen sensing in mouse carotid body chemoreceptor cells. Am J Physiol Lung Cell Mol Physiol 2005;289(6):L916-924.

He J, Cai X, Chen K, et al. Performance of a novelly-defined zirconium metal-organic frameworks adsorption membrane in fluoride removal. J Colloid Interface Sci 2016;484:162-172.

He J, Zhang K, Wu S, et al. Performance of novel hydroxyapatite nanowires in treatment of fluoride contaminated water. J Hazard Mater 2016;303:119-130.

He J, Chen K, Cai X, et al. A biocompatible and novelly-defined Al-HAP adsorption membrane for highly effective removal of fluoride from drinking water. J Colloid Interface Sci 2017;490:97-107.

He W, Zhu Y, Mu R, et al. A Jak2-selective inhibitor potently reverses the immune suppression by modulating the tumor microenvironment for cancer immunotherapy. Biochem Pharmacol 2017;145:132-146.

He J, Cui A, Ni F, et al. A novel 3D yttrium based-graphene oxide-sodium alginate hydrogel for remarkable adsorption of fluoride from water. J Colloid Interface Sci 2018;531:37-46.

Hehre EJ, Sawai T, Brewer CF, et al. Trehalase: stereocomplementary hydrolytic and glucosyl transfer reactions with alpha- and beta-D-glucosyl fluoride. Biochemistry 1982;21(13):3090-3097.

Heikens A, Sumarti S, van Bergen M, et al. The impact of the hyperacid Ijen Crater Lake: risks of excess fluoride to human health. Sci Total Environ 2005;346(1-3):56-69.

Heilman JR, Kiritsy MC, Levy SM, et al. Fluoride concentrations of infant foods. J Am Dent Assoc 1997;128(7):857-863.

Heilman JR, Kiritsy MC, Levy SM, et al. Assessing fluoride levels of carbonated soft drinks. J Am Dent Assoc 1999;130(11):1593-1599.

Heilman JR, Levy SM, Wefel JS, et al. Fluoride assay methodology for carbonated beverages. J Dent Child (Chic) 2006;73(3):136-139.

Heinze T, Koschella A. Water-soluble 3-O-(2-methoxyethyl)cellulose: synthesis and characterization. Carbohydr Res 2008;343(4):668-673.

Hejnova L, Skrabalova J, Novotny J. Prolonged Morphine Treatment Alters Expression and Plasma Membrane Distribution of beta-Adrenergic Receptors and Some Other Components of Their Signaling System in Rat Cerebral Cortex. J Mol Neurosci 2017;63(3-4):364-376.

Heller KE, Sohn W, Burt BA, et al. Water consumption in the United States in 1994-96 and implications for water fluoridation policy. J Public Health Dent 1999;59(1):3-11.

Hellstrom I. Studies on fluoride distribution in infants and small children. Scand J Dent Res 1976;84(3):119-136.

Hernandez AF, Pla A, Villanueva E. Decrease of phosphofructokinase activity in relation to the pathogenesis of triorthocresyl-phosphate-induced delayed neuropathy. Rev Esp Fisiol 1992;48(3):139-146.

Herzberg M, Sweity A, Brami M, et al. Surface properties and reduced biofouling of graft-copolymers that possess oppositely charged groups. Biomacromolecules 2011;12(4):1169-1177.

Heyda J, Hrobarik T, Jungwirth P. Ion-specific interactions between halides and basic amino acids in water. J Phys Chem A 2009;113(10):1969-1975.

31

Hillard CJ, Bloom AS, Houslay MD. Effects of delta 9-tetrahydrocannabinol on glucagon receptor coupling to adenylate cyclase in rat liver plasma membranes. Biochem Pharmacol 1986;35(16):2797-2803.

Hillard CJ, Edgemond WS, Campbell WB. Characterization of ligand binding to the cannabinoid receptor of rat brain membranes using a novel method: application to anandamide. J Neurochem 1995;64(2):677-683.

Hillier S, Cooper C, Kellingray S, et al. Fluoride in drinking water and risk of hip fracture in the UK: a case-control study. Lancet 2000;355(9200):265-269.

Hillmer AT, Wooten DW, Bajwa AK, et al. First-in-human evaluation of 18F-mefway, a PET radioligand specific to serotonin-1A receptors. J Nucl Med 2014;55(12):1973-1979.

Hine CH, Lyons J, Eisenlord GH, et al. Three-month inhalation exposure study with methane sulfonylfluoride. Am Ind Hyg Assoc J 1979;40(11):986-992.

Hirata R, Suhogusoff A, Fernandes A. Groundwater resources in the State of Sao Paulo (Brazil): the application of indicators. An Acad Bras Cienc 2007;79(1):141-152.

Hirzy JW, Connett P, Xiang Q, et al. Developmental neurotoxicity of fluoride: a quantitative risk analysis towards establishing a safe daily dose of fluoride for children. Fluoride 2016;49(4 Pt 1):379-400.

Ho KK, Lamoriniere S, Kalinka G, et al. Interfacial behavior between atmospheric-plasma-fluorinated carbon fibers and poly(vinylidene fluoride). J Colloid Interface Sci 2007;313(2):476-484.

Hobson WL, Knochel ML, Byington CL, et al. Bottled, filtered, and tap water use in Latino and non-Latino children. Arch Pediatr Adolesc Med 2007;161(5):457-461.

Hoffman PL, Glanz J, Tabakoff B, et al. Platelet adenylyl cyclase activity as a state or trait marker in alcohol dependence: results of the WHO/ISBRA Study on State and Trait Markers of Alcohol Use and Dependence. Alcohol Clin Exp Res 2002;26(7):1078-1087.

Hoffman BL, Felter EM, Chu KH, et al. It's not all about autism: The emerging landscape of anti-vaccination sentiment on Facebook. Vaccine 2019;37(16):2216-2223.

Hofft O, Borodin A, Kahnert U, et al. Surface segregation of dissolved salt ions. J Phys Chem B 2006;110(24):11971-11976.

Hoiseth G, Karinen R, Johnsen L, et al. Disappearance of ethyl glucuronide during heavy putrefaction. Forensic Sci Int 2008;176(2-3):147-151.

Hoiseth G, Fjeld B, Burns ML, et al. Long-term stability of morphine, codeine, and 6-acetylmorphine in real-life whole blood samples, stored at -20 degrees C. Forensic Sci Int 2014;239:6-10.

Holloway PJ, Levine RS. The value of self-applied fluorides at home. Int Dent J 1981;31(3):232-239.

Holt S, Rocksen D, Bucht A, et al. Lipopolysaccharide-induced pulmonary inflammation is not accompanied by a release of anandamide into the lavage fluid or a down-regulation of the activity of fatty acid amide hydrolase. Life Sci 2004;76(4):461-472.

Hong L, Levy SM, Broffitt B, et al. Timing of fluoride intake in relation to development of fluorosis on maxillary central incisors. Community Dent Oral Epidemiol 2006;34(4):299-309.

Hong L, Levy SM, Warren JJ, et al. Fluoride intake levels in relation to fluorosis development in permanent maxillary central incisors and first molars. Caries Res 2006;40(6):494-500.

32

Hong CH, Bagramian RA, Hashim Nainar SM, et al. High caries prevalence and risk factors among young preschool children in an urban community with water fluoridation. Int J Paediatr Dent 2014;24(1):32-42.

Hong J, Lin B, Hong GB, et al. Study on the methylene blue adsorption from wastewaters by pore-expanded calcium fluoride sludge adsorbent. J Nanosci Nanotechnol 2014;14(4):3247-3251.

Honkala E, Nyyssonen V, Rimpela A. Use of fluorides by Finnish adolescents. Scand J Dent Res 1984;92(6):517-523.

Hooker C, Capon A, Leask J. Communicating about risk: strategies for situations where public concern is high but the risk is low. Public Health Res Pract 2017;27(1).

Horowitz HS. The effectiveness of community water fluoridation in the United States. J Public Health Dent 1996;56(5 Spec No):253-258.

Horowitz AM, Kleinman DV, Wang MQ. What Maryland adults with young children know and do about preventing dental caries. Am J Public Health 2013;103(6):e69-76.

Horowitz AM, Kleinman DV, Child W, et al. Perspectives of Maryland adults regarding caries prevention. Am J Public Health 2015;105(5):e58-64.

Horst JA, Tanzer JM, Milgrom PM. Fluorides and Other Preventive Strategies for Tooth Decay. Dent Clin North Am 2018;62(2):207-234.

Hoshi H, McKeehan WL. Brain- and liver cell-derived factors are required for growth of human endothelial cells in serum-free culture. Proc Natl Acad Sci U S A 1984;81(20):6413-6417.

Hossain MM, Banik NL, Ray SK. N-Myc knockdown and apigenin treatment controlled growth of malignant neuroblastoma cells having N-Myc amplification. Gene 2013;529(1):27-36.

Hossny E, Reda S, Marzouk S, et al. Serum fluoride levels in a group of Egyptian infants and children from Cairo city. Arch Environ Health 2003;58(5):306-315.

Hou RF, Tu WC, Lee HH, et al. Elevation of plasminogen activators in cerebrospinal fluid of mice with eosinophilic meningitis caused by Angiostrongylus cantonensis. Int J Parasitol 2004;34(12):1355-1364.

House PM, Bruckner KE, Lohmann HH. Presurgical functional transcranial Doppler sonography (fTCD) with intravenous echo enhancing agent SonoVue enables determination of language lateralization in epilepsy patients with poor temporal bone windows. Epilepsia 2011;52(3):636-639.

Howard PS, Renfrow D, Schechter NM, et al. Mast cell chymase is a possible mediator of neurogenic bladder fibrosis. Neurourol Urodyn 2004;23(4):374-382.

Howat AP, Nunn JH. Fluoride levels in milk formulations. Supplementation for infants. Br Dent J 1981;150(10):276-278.

Howe-Davies S, Holman RR, Phillips M, et al. Home blood sampling for plasma glucose assay in control of diabetes. Br Med J 1978;2(6137):596-598.

Htun K, Peltzer K. Oral health-related quality of life among community dwelling middle-aged and older adults in an urban area in Magway region, Myanmar. Nagoya J Med Sci 2019;81(1):103-112.

Hu YH, Wu SS. Fluoride in cerebrospinal fluid of patients with fluorosis. J Neurol Neurosurg Psychiatry 1988;51(12):1591-1593.

Hu Y, Lu Y, Veeramasuneni S, et al. Electrokinetic Behavior of Fluoride Salts as Explained from Water Structure Considerations. J Colloid Interface Sci 1997;190(1):224-231.

33

Hu X, Yan X, Gong L, et al. Improved Piezoelectric Sensing Performance of P(VDF-TrFE) Nanofibers by Utilizing BTO Nanoparticles and Penetrated Electrodes. ACS Appl Mater Interfaces 2019;11(7):7379-7386.

Hu H, Peterson K. Fluoride neurotoxicity Mexico studies. R01 ES021446-01, R01 ES021446-02, R01 ES021446-03, R01 ES021446-04, and R01 ES021446-05. Ongoing.

Huang CC. Bone resorption in experimental otosclerosis in rats. Am J Otolaryngol 1987;8(5):332-341.

Huang YZ, Qian XC, Wang GQ, et al. Syndrome of endemic arsenism and fluorosis. A clinical study. Chin Med J (Engl) 1992;105(7):586-590.

Huang W, Moody DE, Andrenyak DM, et al. Simultaneous determination of delta9-tetrahydrocannabinol and 11-nor-9-carboxy-delta9-tetrahydrocannabinol in human plasma by solid-phase extraction and gas chromatography-negative ion chemical ionization-mass spectrometry. J Anal Toxicol 2001;25(7):531-537.

Huang X, Liu B, Zhuang RC, et al. Multiple Fluorine-Substituted Phosphate Germanium Fluorides and Their Thermal Stabilities. Inorg Chem 2016;55(23):12376-12382.

Huber AC, Mosler HJ. Determining behavioral factors for interventions to increase safe water consumption: a cross-sectional field study in rural Ethiopia. Int J Environ Health Res 2013;23(2):96-107.

Huber AC, Tobias R, Mosler HJ. Evidence-based tailoring of behavior-change campaigns: increasing fluoride-free water consumption in rural Ethiopia with persuasion. Appl Psychol Health Well Being 2014;6(1):96-118.

Hudnall TW, Chiu CW, Gabbai FP. Fluoride ion recognition by chelating and cationic boranes. Acc Chem Res 2009;42(2):388-397.

Huerta-Saenz L, Irigoyen M, Benavides J, et al. Tap or bottled water: drinking preferences among urban minority children and adolescents. J Community Health 2012;37(1):54-58.

Hughes SM, Hope KM, Xu JB, et al. Inhibition of storage pathology in prenatal CLN5-deficient sheep neural cultures by lentiviral gene therapy. Neurobiol Dis 2014;62:543-550.

Hull WE, Port RE, Herrmann R, et al. Metabolites of 5-fluorouracil in plasma and urine, as monitored by 19F nuclear magnetic resonance spectroscopy, for patients receiving chemotherapy with or without methotrexate pretreatment. Cancer Res 1988;48(6):1680-1688.

Hung CH, Lin YL, Young TH. The effect of chitosan and PVDF substrates on the behavior of embryonic rat cerebral cortical stem cells. Biomaterials 2006;27(25):4461-4469.

Hunter PB, Davis PB. Oral health care for Canterbury, New Zealand 13-14 year old students. Int Dent J 1976;26(3):334-339.

Hussien HM, Abd-Elmegied A, Ghareeb DA, et al. Neuroprotective effect of berberine against environmental heavy metals-induced neurotoxicity and Alzheimer's-like disease in rats. Food Chem Toxicol 2018;111:432-444.

Hyun S, Kwon O, Choi C, et al. Self-Positioned Nanosized Mask for Transparent and Flexible Ferroelectric Polymer Nanodiodes Array. ACS Appl Mater Interfaces 2016;8(40):27074-27080.

Ide H, Fujiya S, Asanuma Y, et al. [Mechanisms of high hemoglobin A1 in alcohol drinkers]. Hokkaido Igaku Zasshi 1984;59(5):643-649.

Igisu H, Matsumura H, Matsuoka M. [Acetylcholinesterase in the erythrocyte membrane]. J UOEH 1994;16(3):253-262.

U.S. EXHIBIT 505.0233

Iheozor-Ejiofor Z, Worthington HV, Walsh T, et al. Water fluoridation for the prevention of dental caries. Cochrane Database Syst Rev 2015(6):CD010856.

Ikemoto MJ, Murasawa Y, Wang PC. Pentylenetetrazol modulates redox system by inducing addicsin translocation from endoplasmic reticulum to plasma membrane in NG108-15 cells. Biochem Biophys Rep 2017;11:72-78.

Inaotombi S, Gupta PK. Fate of Metals in Relation to Water and Sediment Properties in a Subtropical Lake in Central Himalaya, India. Arch Environ Contam Toxicol 2017;72(3):391-401.

Intoccia AP, Hwang B, Joseph G, et al. The metabolism of l-N-benzyl- -methoxy-3-trifluoromethylphenethylamine hydrochloride in the rat, dog, monkey and man. Neuropharmacology 1972;11(6):761-775.

Iqbal J, Naeem K, Siddiqui R, et al. In vitro inhibition of protease-activated receptors 1, 2 and 4 demonstrates that these receptors are not involved in an Acanthamoeba castellanii keratitis isolate-mediated disruption of the human brain microvascular endothelial cells. Exp Parasitol 2014;145 Suppl:S78-83.

Isaacson RL, Varner JA, Jensen KF. Toxin-induced blood vessel inclusions caused by the chronic administration of aluminum and sodium fluoride and their implications for dementia. Ann N Y Acad Sci 1997;825:152-166.

Isaacson RL, Varner JA, Jensen KF. Toxin-induced blood vessel inclusions caused by the chronic administration of aluminum and sodium fluoride and their implications for dementia. Ann N Y Acad Sci 1997;825:152-166.

Ishihara H, Okuyama H, Ikezawa H, et al. Studies on lipase from Mucor javanicus. I. Purification and properties. Biochim Biophys Acta 1975;388(3):413-422.

Islam MS, Hernandez S, Wan H, et al. Role of membrane pore polymerization conditions for pH responsive behavior, catalytic metal nanoparticle synthesis, and PCB degradation. J Memb Sci 2018;555:348-361.

Ismail AI, Sohn W. The impact of universal access to dental care on disparities in caries experience in children. J Am Dent Assoc 2001;132(3):295-303.

Jabes BS, Nayar D, Dhabal D, et al. Water and other tetrahedral liquids: order, anomalies and solvation. J Phys Condens Matter 2012;24(28):284116.

Jacobs-Lorena M, Colombo B, Baglioni C. Inhibition of protein synthesis in reticulocytes by antibiotics. IV. Ribosome behaviour after puromycin release of growing peptide chains. Biochim Biophys Acta 1970;224(1):174-183.

Jacqmin-Gadda H, Fourrier A, Commenges D, et al. Risk factors for fractures in the elderly. Epidemiology 1998;9(4):417-423.

Jahreis G, Schone F, Ludke H, et al. Growth impairment caused by dietary nitrate intake regulated via hypothyroidism and decreased somatomedin. Endocrinol Exp 1987;21(3):171-180.

Jakmunee J, Patimapornlert L, Suteerapataranon S, et al. Sequential injection with lab-at-valve (LAV) approach for potentiometric determination of chloride. Talanta 2005;65(3):789-793.

Jalani G, Naccache R, Rosenzweig DH, et al. Photocleavable Hydrogel-Coated Upconverting Nanoparticles: A Multifunctional Theranostic Platform for NIR Imaging and On-Demand Macromolecular Delivery. J Am Chem Soc 2016;138(3):1078-1083.

35

U.S. EXHIBIT 505.0234

Jalevik B, Noren JG. Enamel hypomineralization of permanent first molars: a morphological study and survey of possible aetiological factors. Int J Paediatr Dent 2000;10(4):278-289.

Jankovic D, Vranjes-Djuric S, Djokic D, et al. 90Y-labeled tin fluoride colloid as a promising therapeutic agent: preparation, characterization, and biological study in rats. J Pharm Sci 2012;101(6):2194-2203.

Jara-Cortes J, Landeros-Rivera B, Hernandez-Trujillo J. Unveiling the role of intra and interatomic interactions in the energetics of reaction schemes: a quantum chemical topology analysis. Phys Chem Chem Phys 2018;20(43):27558-27570.

Jayarathna L, Bandara A, Ng WJ, et al. Fluoride adsorption on gamma - Fe2O3 nanoparticles. J Environ Health Sci Eng 2015;13:54.

Jedra M, Sawilska-Rautenstrauch D, Gawarska H, et al. [Fluorine content in total diets samples of small children in Poland]. Rocz Panstw Zakl Hig 2011;62(3):275-281.

Jenny J, Frazier J, Bagramian RA, et al. Dental health status of third grade children and their families within the context of a community's dental health care system. Med Care 1975;13(2):174-186.

Jensen O, Gabre P, Skold UM, et al. Is the use of fluoride toothpaste optimal? Knowledge, attitudes and behaviour concerning fluoride toothpaste and toothbrushing in different age groups in Sweden. Community Dent Oral Epidemiol 2012;40(2):175-184.

Jensen O, Moberg Skold U, Birkhed D, et al. Self-reported changes in using fluoride toothpaste among older adults in Sweden: an intervention study. Acta Odontol Scand 2015;73(1):48-56.

Jessell TM, Dodd J. Structure and expression of differentiation antigens on functional subclasses of primary sensory neurons. Philos Trans R Soc Lond B Biol Sci 1985;308(1136):271-281.

Jha SK, Mishra VK, Sharma DK, et al. Fluoride in the environment and its metabolism in humans. Rev Environ Contam Toxicol 2011;211:121-142.

Ji K, Xu H, Ma X, et al. Hyperbranched Poly(ether amine)@Poly(vinylidene fluoride) Hybrid Membrane with Oriented Nanostructures for Fast Molecular Filtration. Langmuir 2018;34(13):3787-3796.

Jian W, Edom R, Weng N, et al. Validation and application of an LC-MS/MS method for quantitation of three fatty acid ethanolamides as biomarkers for fatty acid hydrolase inhibition in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2010;878(20):1687-1699.

Jiang J, Zhu L, Zhu L, et al. Surface characteristics of a self-polymerized dopamine coating deposited on hydrophobic polymer films. Langmuir 2011;27(23):14180-14187.

Jiang C, Zhang S, Liu H, et al. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. Neuromolecular Med 2014;16(1):94-105.

Jiang EM, Lo EC, Chu CH, et al. Prevention of early childhood caries (ECC) through parental toothbrushing training and fluoride varnish application: a 24-month randomized controlled trial. J Dent 2014;42(12):1543-1550.

Jiang S, Su J, Yao S, et al. Fluoride and arsenic exposure impairs learning and memory and decreases mGluR5 expression in the hippocampus and cortex in rats. PLoS One 2014;9(4):e96041.

36

Jiang J, Li L, Xu M, et al. In Situ Packaging FeFx into Sack-like Carbon Nanoreactors: A Smart Way To Make Soluble Fluorides Applicable to Aqueous Batteries. ACS Appl Mater Interfaces 2016;8(6):3874-3882.

Jiang P, Li G, Zhou X, et al. Chronic fluoride exposure induces neuronal apoptosis and impairs neurogenesis and synaptic plasticity: Role of GSK-3beta/beta-catenin pathway. Chemosphere 2019;214:430-435.

Jimenez-Reyes M, Solache-Rios M. Sorption behavior of fluoride ions from aqueous solutions by hydroxyapatite. J Hazard Mater 2010;180(1-3):297-302.

Jin X, Wu H, Jiang X, et al. Effect of fluorine substitution on structures and reactivity of Keggin-Al13 in aqueous solution: an exploration of the fluorine substitution mechanism. Phys Chem Chem Phys 2014;16(22):10566-10572.

Jinn Y, Akizuki N, Ohkouchi M, et al. Acute lung injury after inhalation of water-proofing spray while smoking a cigarette. Respiration 1998;65(6):486-488.

Jodalli PS, Ankola AV, Hebbal M, et al. Aesthetic perceptions regarding fluorosis by children from an area of endemic fluorosis in India. Community Dent Health 2013;30(4):249-253.

Johansson BI, Bergman B. Corrosion of titanium and amalgam couples: effect of fluoride, area size, surface preparation and fabrication procedures. Dent Mater 1995;11(1):41-46.

John J, Hariharan M, Remy V, et al. Prevalence of skeletal fluorosis in fisherman from Kutch coast, Gujarat, India. Rocz Panstw Zakl Hig 2015;66(4):379-382.

John JR, Mannan H, Nargundkar S, et al. Predictors of dental visits among primary school children in the rural Australian community of Lithgow. BMC Health Serv Res 2017;17(1):264.

Johnstone RE, Kennell EM, Behar MG, et al. Increased serum bromide concentration after halothane anesthesia in man. Anesthesiology 1975;42(5):598-601.

Jolly SS, Singh BM, Mathur OC. Endemic fluorosis in Punjab (India). Am J Med 1969;47(4):553-563.

Jonca J, Zuk M, Wasag B, et al. New Insights into Butyrylcholinesterase Activity Assay: Serum Dilution Factor as a Crucial Parameter. PLoS One 2015;10(10):e0139480.

Jones RB, Levy SM, Kuthy RA. Dietary fluoride supplements for Wisconsin's children. Wis Dent Assoc J 1988;64(12):658-661.

Jones RB, Levy SM, Kuthy RA. Dietary fluoride supplements for children: what a physician needs to know. Wis Med J 1989;88(3):18-21.

Jones AW. Are changes in blood-ethanol concentration during storage analytically significant? Importance of method imprecision. Clin Chem Lab Med 2007;45(10):1299-1304.

Joshi N, Rajesh R, Sunitha M. Prevalence of dental caries among school children in Kulasekharam village: a correlated prevalence survey. J Indian Soc Pedod Prev Dent 2005;23(3):138-140.

Jothiramajayam M, Sinha S, Ghosh M, et al. Sodium fluoride promotes apoptosis by generation of reactive oxygen species in human lymphocytes. J Toxicol Environ Health A 2014;77(21):1269-1280.

Ju J, Wang C, Wang T, et al. Preparation and characterization of pH-sensitive and antifouling poly(vinylidene fluoride) microfiltration membranes blended with poly(methyl methacrylate-2-hydroxyethyl methacrylate-acrylic acid). J Colloid Interface Sci 2014;434:175-180.

37

Ju X, Brennan D, Parker E, et al. Efficacy of an oral health literacy intervention among Indigenous Australian adults. Community Dent Oral Epidemiol 2017;45(5):413-426.

Jungehulsing GJ, Brunecker P, Nolte CH, et al. Diagnostic transcranial ultrasound perfusion-imaging at 2.5 MHz does not affect the blood-brain barrier. Ultrasound Med Biol 2008;34(1):147-150.

Kadner RJ. Transport systems for L-methionine in Escherichia coli. J Bacteriol 1974;117(1):232-241.

Kagaya A, Mikuni M, Yamamoto H, et al. Heterologous supersensitization between serotonin2 and alpha 2-adrenergic receptor-mediated intracellular calcium mobilization in human platelets. J Neural Transm Gen Sect 1992;88(1):25-36.

Kalcher I, Dzubiella J. Structure-thermodynamics relation of electrolyte solutions. J Chem Phys 2009;130(13):134507.

Kalia LV, Lee L, Kalia SK, et al. Thoracic myelopathy from coincident fluorosis and epidural lipomatosis. Can J Neurol Sci 2010;37(2):276-278.

Kaljuste K, Unden A. A new general solid-phase method for the synthesis of backbone-to-backbone cyclized peptides. Int J Pept Protein Res 1994;43(5):505-511.

Kamat PK, Kalani A, Givvimani S, et al. Hydrogen sulfide attenuates neurodegeneration and neurovascular dysfunction induced by intracerebral-administered homocysteine in mice. Neuroscience 2013;252:302-319.

Kambalimath HV, Dixit UB, Thyagi PS. Salivary cortisol response to psychological stress in children with early childhood caries. Indian J Dent Res 2010;21(2):231-237.

Kamper EF, Siafaka J, Stavridis J. Modulation of rat brain synaptosomal plasma membrane achieved by atracurium and its metabolite laudanosine. Intensive Care Med 1998;24(5):519-525.

Kamppi A, Tanner T, Pakkila J, et al. Geographical distribution of dental caries prevalence and associated factors in young adults in Finland. Caries Res 2013;47(4):346-354.

Kanamori K, Nishida K, Miyata N, et al. Mononuclear and dinuclear monoperoxovanadium(v) complexes with a hetero ligand. 1.(1) Self-decomposition reaction, detection of reactive oxygen species, and oxidizing ability. Inorg Chem 2004;43(22):7127-7140.

Kanaparthi D, Reim A, Martinson GO, et al. Methane emission from feather moss stands. Glob Chang Biol 2017;23(11):4884-4895.

Kaneko Y, Tajiri N, Su TP, et al. Combination treatment of hypothermia and mesenchymal stromal cells amplifies neuroprotection in primary rat neurons exposed to hypoxic-ischemic-like injury in vitro: role of the opioid system. PLoS One 2012;7(10):e47583.

Kanfer JN, McCartney D, Singh IN, et al. Phospholipase D activity of rat brain neuronal nuclei. J Neurochem 1996;67(2):760-766.

Kaplan HM, Yee N, Glaczenski SS. TOXICITY OF FLUORIDE FOR FROGS. Lab Anim Care 1964;14:185-188.

Kaps M, Legemate DA, Ries F, et al. SonoVue in transcranial Doppler investigations of the cerebral arteries. J Neuroimaging 2001;11(3):261-267.

Kar E, Bose N, Dutta B, et al. Ultraviolet- and Microwave-Protecting, Self-Cleaning e-Skin for Efficient Energy Harvesting and Tactile Mechanosensing. ACS Appl Mater Interfaces 2019;11(19):17501-17512.

Karanian DA, Karim SL, Wood JT, et al. Endocannabinoid enhancement protects against kainic acid-induced seizures and associated brain damage. J Pharmacol Exp Ther 2007;322(3):1059-1066.

38

Karbalaei-Heidari HR, Shahbazi M, Absalan G. Characterization of a novel organic solvent tolerant protease from a moderately halophilic bacterium and its behavior in ionic liquids. Appl Biochem Biotechnol 2013;170(3):573-586.

Karege F, Bovier P, Rudolph W, et al. Platelet phosphoinositide signaling system: an overstimulated pathway in depression. Biol Psychiatry 1996;39(8):697-702.

Karimzade S, Aghaei M, Mahvi AH. IQ of 9–12-year-old children in high- and low-drinking water F areas in West Azerbaijan province, Iran: further information on the two villages in the study and the confounding factors considered (letter). Fluoride 2014;47(3):266-271.

Karramkam M, Dolle F, Valette H, et al. Synthesis of a fluorine-18-labelled derivative of 6-nitroquipazine, as a radioligand for the in vivo serotonin transporter imaging with PET. Bioorg Med Chem 2002;10(8):2611-2623.

Kataoka H, Matsumura Y, Fukui S, et al. Bacteriological and chemical evaluation of overseas mineral waters. Shokuhin Eiseigaku Zasshi 2011;52(6):354-362.

Kaur T, Bijarnia RK, Nehru B. Effect of concurrent chronic exposure of fluoride and aluminum on rat brain. Drug Chem Toxicol 2009;32(3):215-221.

Kawasaki N, Ogata F, Tominaga H, et al. Removal of fluoride ion by bone char produced from animal biomass. J Oleo Sci 2009;58(10):529-535.

Kay EJ, Blinkhorn AS. A study of mothers' attitudes towards the prevention of caries with particular reference to fluoridation and vaccination. Community Dent Health 1989;6(4):357-363.

Keller K, Buttner M, Ackermann-Liebrich U, et al. [Factors influencing dental caries in school children in a city with fluoridated water]. Soz Praventivmed 1980;25(4):173-174.

Kelsey JL. Risk factors for osteoporosis and associated fractures. Public Health Rep 1989;104 Suppl:14-20.

Kenk M, Selvanathan T, Rao N, et al. Imaging neuroinflammation in gray and white matter in schizophrenia: an in-vivo PET study with [18F]-FEPPA. Schizophr Bull 2015;41(1):85-93.

Kerdelhue B, Jones GS, Gordon K, et al. Activation of the hypothalamo-anterior pituitary corticotropin-releasing hormone, adrenocorticotropin hormone and beta-endorphin systems during the estradiol 17 beta-induced plasma LH surge in the ovariectomized monkey. J Neurosci Res 1995;42(2):228-235.

Kesharwani MK, Ganguly B. In silico studies toward the recognition of fluoride ion by substituted borazines. J Mol Graph Model 2012;38:363-368.

Kessabi M, Khouzaimi M, Braun JP, et al. Serum biochemical effects of fluoride on cattle in the Darmous area. Vet Hum Toxicol 1983;25(6):403-406.

Ketley CE, Lennon MA. Determination of fluoride intake from urinary fluoride excretion data in children drinking fluoridated school milk. Caries Res 2001;35(4):252-257.

Khairnar MR, Dodamani AS, Jadhav HC, et al. Mitigation of Fluorosis - A Review. J Clin Diagn Res 2015;9(6):ZE05-09.

Khami MR, Murtomaa H, Razeghi S, et al. Smoking and its determinants among Iranian dental students. Med Princ Pract 2010;19(5):390-394.

Khouw-Liu VH, Anstice HM, Pearson GJ. An in vitro investigation of a poly(vinyl phosphonic acid) based cement with four conventional glass-ionomer cements. Part 1: Flexural strength and fluoride release. J Dent 1999;27(5):351-357.

U.S. EXHIBIT 505.0238

Kidder LS, Klein GL, Stuart CA, et al. Skeletal effects of sodium fluoride during hypokinesia. Bone Miner 1990;11(3):305-318.

Kim HK, Ha YR, Yu HS, et al. Purification and characterization of a 33 kDa serine protease from Acanthamoeba lugdunensis KA/E2 isolated from a Korean keratitis patient. Korean J Parasitol 2003;41(4):189-196.

Kim HY, Preisser JS, Rozier RG, et al. Multilevel analysis of group-randomized trials with binary outcomes. Community Dent Oral Epidemiol 2006;34(4):241-251.

Kim DS, Chung YM, Jun M, et al. Selective colorimetric sensing of anions in aqueous media through reversible covalent bonding. J Org Chem 2009;74(13):4849-4854.

Kim KH, Susaya JP, Park CG, et al. Comprehensive monitoring of drinking well water quality in Seoul metropolitan city, Korea. Environ Monit Assess 2013;185(8):6353-6378.

Kim JH, Cho CH, Shin DH, et al. Abatement of fluorinated compounds using a 2.45GHz microwave plasma torch with a reverse vortex plasma reactor. J Hazard Mater 2015;294:41-46.

Kim HJ, Park SJ, Kim DI, et al. Moisture Effect on Particulate Matter Filtration Performance using Electro-Spun Nanofibers including Density Functional Theory Analysis. Sci Rep 2019;9(1):7015.

Kimura T, Hayakawa F, Yamamoto G, et al. Variation of the total amount of fluoride in blood of young women during the menstrual cycle. Int J Vitam Nutr Res 1998;68(1):63-67.

Kinawy AA, Al-Eidan AA. Impact of Prenatal and Postnatal Treatment of Sodium Fluoride and Aluminum Chloride on Some Hormonal and Sensorimotor Aspects in Rats. Biol Trace Elem Res 2018;186(2):441-448.

Kinkead ER, Culpepper BT, Henry SS, et al. The determination of the repeated oral toxicity of halocarbon oil, series 27-S. Toxicol Ind Health 1990;6(1):17-32.

Kiritsy MC, Levy SM, Warren JJ, et al. Assessing fluoride concentrations of juices and juice-flavored drinks. J Am Dent Assoc 1996;127(7):895-902.

Kirsch M, Schackert G, Salzer R, et al. Raman spectroscopic imaging for in vivo detection of cerebral brain metastases. Anal Bioanal Chem 2010;398(4):1707-1713.

Kisely S, Quek LH, Pais J, et al. Advanced dental disease in people with severe mental illness: systematic review and meta-analysis. Br J Psychiatry 2011;199(3):187-193.

Kiss Z, Luo Y, Vereb G. Catalytic unit-independent phosphorylation and dephosphorylation of type II regulatory subunit of cyclic AMP-dependent protein kinase in rat liver plasma membranes. Biochem J 1986;234(1):163-168.

Klasaer AE, Scalzo AJ, Blume C, et al. Marked hypocalcemia and ventricular fibrillation in two pediatric patients exposed to a fluoride-containing wheel cleaner. Ann Emerg Med 1996;28(6):713-718.

Kljucevsek D, Pecanac O, Tomazic M, et al. Potential causes of insufficient bladder contrast opacification and premature microbubble destruction during contrast-enhanced voiding urosonography in children. J Clin Ultrasound 2019;47(1):36-41.

Kluge S, Weston J. Can a hydroxide ligand trigger a change in the coordination number of magnesium ions in biological systems? Biochemistry 2005;44(12):4877-4885.

Knowles JA. Effects on the infant of drug therapy in nursing mothers. Drug Ther (NY) 1973;3(5):57-59, 65.

Knyihar-Csillik E, Szucs A, Csillik B. Iontophoretically applied microtubule inhibitors induce transganglionic degenerative atrophy of primary central nociceptive terminals and abolish chronic autochtonous pain. Acta Neurol Scand 1982;66(4):401-412.

40

Ko JH, Koshimori Y, Mizrahi R, et al. Voxel-based imaging of translocator protein 18 kDa (TSPO) in high-resolution PET. J Cereb Blood Flow Metab 2013;33(3):348-350.

Ko L, Thiessen KM. A critique of recent economic evaluations of community water fluoridation. Int J Occup Environ Health 2015;21(2):91-120.

Kobayashi S, Nagai Y. Human leucocyte neutral proteases, with special reference to collagen metabolism. J Biochem 1978;84(3):559-567.

Kobayashi T, Zinchuk VS, Okada T, et al. Intracellular dynamics of alkaline phosphatase-containing granules in electropermeabilized human neutrophils. Histochem Cell Biol 1998;110(4):395-406.

Kofke WA, Young RS, Davis P, et al. Isoflurane for refractory status epilepticus: a clinical series. Anesthesiology 1989;71(5):653-659.

Koles L, Garcao P, Zadori ZS, et al. Presynaptic TRPV1 vanilloid receptor function is age- but not CB1 cannabinoid receptor-dependent in the rodent forebrain. Brain Res Bull 2013;97:126-135.

Kommidi H, Tosi U, Maachani UB, et al. (18)F-Radiolabeled Panobinostat Allows for Positron Emission Tomography Guided Delivery of a Histone Deacetylase Inhibitor. ACS Med Chem Lett 2018;9(2):114-119.

Konig KG. Role of fluoride toothpastes in a caries-preventive strategy. Caries Res 1993;27 Suppl 1:23-28.

Konig KG. [New recommendations concerning the fluoride content of toddler toothpaste - consequences for systemic application of fluoride]. Gesundheitswesen 2002;64(1):33-38.

Kostka P, Barnett WH, Kwan CY. Identification and characterization of high-affinity Ca2(+)-ATPase associated with axonal plasma membranes of dog mesenteric nerves. Neurochem Res 1990;15(8):833-841.

Kotha SP, DePaula CA, Koike K, et al. Increased ash contents and estimation of dissolution from chemical changes due to in-vitro fluoride treatments. Connect Tissue Res 2002;43(1):8-21.

Koudih R, Kostikov A, Kovacevic M, et al. Automated radiosynthesis of N-succinimidyl 3-(di-tert-butyl[(18)F]fluorosilyl)benzoate ([(18)F]SiFB) for peptides and proteins radiolabeling for positron emission tomography. Appl Radiat Isot 2014;89:146-150.

Koussoroplis SJ, Heywood S, Uyttenhove C, et al. Production, purification and biological characterization of mono-PEGylated anti-IL-17A antibody fragments. Int J Pharm 2013;454(1):107-115.

Koves EM, Lawrence K, Mayer JM. Stability of diltiazem in whole blood: forensic implications. J Forensic Sci 1998;43(3):587-597.

Kraintz L. The effect of fluoride ingestion on the response of the rat to parathormone and calcitonin. Can J Physiol Pharmacol 1969;47(5):477-481.

Kramer MH, Herwaldt BL, Craun GF, et al. Surveillance for waterborne-disease outbreaks--United States, 1993-1994. MMWR CDC Surveill Summ 1996;45(1):1-33.

Kranz D, Poppei M, Wollenberger A, et al. [Metabolic processes in the heart and walls of blood vessels under the influence of stress]. Zh Vyssh Nerv Deiat Im I P Pavlova 1977;27(2):355-356.

Krokowski E. [Sodium fluoride in the therapy of osteoporosis]. Fortschr Med 1979;97(37):1635-1640.

U.S. EXHIBIT 505.0240

Krzykwa JC, Saeid A, Jeffries MKS. Identifying sublethal endpoints for evaluating neurotoxic compounds utilizing the fish embryo toxicity test. Ecotoxicol Environ Saf 2019;170:521-529.

Kuang L, Liu Y, Fu D, et al. FeOOH-graphene oxide nanocomposites for fluoride removal from water: Acetate mediated nano FeOOH growth and adsorption mechanism. J Colloid Interface Sci 2017;490:259-269.

Kuila A, Maity N, Chatterjee DP, et al. Phase Behavior of Poly(vinylidene fluoride)-graft-poly(diethylene glycol methyl ether methacrylate) in Alcohol-Water System: Coexistence of LCST and UCST. J Phys Chem B 2016;120(9):2557-2568.

Kulah E, Marot L, Steiner R, et al. Surface chemistry of rare-earth oxide surfaces at ambient conditions: reactions with water and hydrocarbons. Sci Rep 2017;7:43369.

Kumar H, Boban M, Tiwari M. Skeletal fluorosis causing high cervical myelopathy. J Clin Neurosci 2009;16(6):828-830.

Kumar JS, Walker M, Packiarajan M, et al. Radiosynthesis and in Vivo Evaluation of Neuropeptide Y5 Receptor (NPY5R) PET Tracers. ACS Chem Neurosci 2016;7(5):540-545.

Kumar M, Das A, Das N, et al. Co-occurrence perspective of arsenic and fluoride in the groundwater of Diphu, Assam, Northeastern India. Chemosphere 2016;150:227-238.

Kumari NR, Sheela S, Sarada PN. Knowledge and attitude on infant oral health among graduating medical students in Kerala. J Indian Soc Pedod Prev Dent 2006;24(4):173-176.

Kunzel W, Arnold A. [Influence of internal fluoride uptake on the eruption of deciduous teeth]. Zahn Mund Kieferheilkd Zentralbl 1977;65(2):168-175.

Kunzel W, Bluthner K. [Comparson of occlusal conditions in juveniles from residential areas with different drinking water fluoride contents (author's transl)]. Zahn Mund Kieferheilkd Zentralbl 1979;67(6):563-571.

Kunzel W. Effects of comprehensive preventive programmes on oral health in children and juveniles in congested industrial areas. Int Dent J 1984;34(3):161-165.

Kunzel W, Fischer T, Lorenz R, et al. Decline of caries prevalence after the cessation of water fluoridation in the former East Germany. Community Dent Oral Epidemiol 2000;28(5):382-389.

Kuthy RA, Quilty JF, Jr., Levy SM, et al. Dietary fluoride supplements for Ohio children--the role of the physician. Ohio Med 1990;86(8):613-615.

Kutty KM. Biological function of cholinesterase. Clin Biochem 1980;13(6):239-243.

Labajos-Broncano L, Antequera-Barroso JA, Gonzalez-Martin ML, et al. An experimental study about the imbibition of aqueous solutions of low concentration of a non-adsorbable surfactant in a hydrophilic porous medium. J Colloid Interface Sci 2006;301(1):323-328.

Labajos-Broncano L, Antequera-Barroso JA, Gonzalez-Martin ML, et al. Influence of the interfacial adsorptions on the imbibition of aqueous solutions of low concentration of the non-ionic surfactant Triton X-100 into calcium fluoride porous medium. J Colloid Interface Sci 2006;295(2):578-582.

Ladics GS, Stadler JC, Makovec GT, et al. Subchronic toxicity of a fluoroalkylethanol mixture in rats. Drug Chem Toxicol 2005;28(2):135-158.

U.S. EXHIBIT 505.0241

Ladner-Keay CL, Ross L, Perez-Pineiro R, et al. A simple in vitro assay for assessing the efficacy, mechanisms and kinetics of anti-prion fibril compounds. Prion 2018;12(5-6):280-300.

Lahti SM, Uusitalo U, Feskens E, et al. Fluoride and sugar intake among adults and youth in Mauritius: preliminary results. Adv Dent Res 1995;9(1):21-25.

Laisalmi M, Soikkeli A, Kokki H, et al. Fluoride metabolism in smokers and non-smokers following enflurane anaesthesia. Br J Anaesth 2003;91(6):800-804.

Laisalmi M, Kokki H, Soikkeli A, et al. Effects of cigarette smoking on serum fluoride concentrations and renal function integrity after 1 MAC-h sevoflurane anaesthesia. Acta Anaesthesiol Scand 2006;50(8):982-987.

Lajtman Z, Surina B, Bartolek D, et al. "Warning card" as a prevention of prolonged apnea in children. Coll Antropol 2002;26 Suppl:129-137.

Lakshmi MV, Tieszen KL, Hollis S, et al. 'Hospital hyperglycaemia'; perception or reality? Diabet Med 1995;12(1):74-76.

Lalloo R, Kisely S, Amarasinghe H, et al. Oral health of patients on psychotropic medications: a study of outpatients in Queensland. Australas Psychiatry 2013;21(4):338-342.

Lalonde CC, Mielke JG. Selective vulnerability of hippocampal sub-fields to oxygen-glucose deprivation is a function of animal age. Brain Res 2014;1543:271-279.

Lamberg M, Hausen H, Vartiainen T. Symptoms experienced during periods of actual and supposed water fluoridation. Community Dent Oral Epidemiol 1997;25(4):291-295.

Lambertz C, Farke-Rover A, Moors E, et al. Effects of castration and weaning conducted concurrently or consecutively on behaviour, blood traits and performance in beef calves. Animal 2015;9(1):122-129.

Lando G, Mosca A, Bonora R, et al. Frequency of butyrylcholinesterase gene mutations in individuals with abnormal inhibition numbers: an Italian-population study. Pharmacogenetics 2003;13(5):265-270.

Larraz E, Deb S, Elvira C, et al. A novel amphiphilic acrylic copolymer based on Triton X-100 for a poly(alkenoate) glass-ionomer cement. Dent Mater 2006;22(6):506-514.

Larsen MJ, Senderovitz F, Kirkegaard E, et al. Dental fluorosis in the primary and the permanent dentition in fluoridated areas with consumption of either powdered milk or natural cow's milk. J Dent Res 1988;67(5):822-825.

Larsson B, Johansson I, Hallmans G, et al. Relationship between dental caries and risk factors for atherosclerosis in Swedish adolescents? Community Dent Oral Epidemiol 1995;23(4):205-210.

Laschet JJ, Minier F, Kurcewicz I, et al. Glyceraldehyde-3-phosphate dehydrogenase is a GABAA receptor kinase linking glycolysis to neuronal inhibition. J Neurosci 2004;24(35):7614-7622.

Lau CE, Ma F, Falk JL. Simultaneous determination of cocaine and its metabolites with caffeine in rat serum microsamples by high-performance liquid chromatography. J Chromatogr 1990;532(1):95-103.

Laure J. [Status of dentition in Bolivia according to altitude, sex and age]. Arch Latinoam Nutr 1991;41(3):336-349.

Laurens JB, Sewell FJJ, Kock MM. Pre-analytical factors related to the stability of ethanol concentration during storage of ante-mortem blood alcohol specimens. J Forensic Leg Med 2018;58:155-163.

43

Laursen K, White TJ, Cresswell DJ, et al. Recycling of an industrial sludge and marine clay as light-weight aggregates. J Environ Manage 2006;80(3):208-213.

Leach RM, Jr., Nesheim MC. STUDIES ON CHLORIDE DEFICIENCY IN CHICKS. J Nutr 1963;81(3):193-199.

Leal DB, Streher CA, Neu TN, et al. Characterization of NTPDase (NTPDase1; ecto-apyrase; ecto-diphosphohydrolase; CD39; EC 3.6.1.5) activity in human lymphocytes. Biochim Biophys Acta 2005;1721(1-3):9-15.

Lebedev A, Miraghaie R, Kotta K, et al. Batch-reactor microfluidic device: first human use of a microfluidically produced PET radiotracer. Lab Chip 2013;13(1):136-145.

Lech T. Fatal cases of acute suicidal sodium and accidental zinc fluorosilicate poisoning. Review of acute intoxications due to fluoride compounds. Forensic Sci Int 2011;206(1-3):e20-24.

Lee YK, Lim BS, Kim CW. Effect of fluoride addition on the properties of dental alginate impression materials. J Mater Sci Mater Med 2004;15(3):219-224.

Lee JS, Kim GH, Hong SM, et al. Surface functionalization of a poly(vinylidene fluoride): effect on the adhesive and piezoelectric properties. ACS Appl Mater Interfaces 2009;1(12):2902-2908.

Lee JG, Messer LB. Intake of sweet drinks and sweet treats versus reported and observed caries experience. Eur Arch Paediatr Dent 2010;11(1):5-17.

Lee JG, Brearley Messer LJ. Contemporary fluid intake and dental caries in Australian children. Aust Dent J 2011;56(2):122-131.

Lee S, Lee Y, Park S, et al. Thermodynamic and spectroscopic identification of guest gas enclathration in the double tetra-n-butylammonium fluoride semiclathrates. J Phys Chem B 2012;116(30):9075-9081.

Lee JW, Jung J, Cho YH, et al. Fouling-tolerant nanofibrous polymer membranes for water treatment. ACS Appl Mater Interfaces 2014;6(16):14600-14607.

Lee JH, Kim EJ, Lopez-Arbeloa F, et al. Microporous aluminophosphates synthesized with 1,2,3-trimethylimidazolium and fluoride. Dalton Trans 2016;45(18):7616-7626.

Lee WW. Recent Advances in Nuclear Cardiology. Nucl Med Mol Imaging 2016;50(3):196-206.

Lee TY, Hong NM, Shih YT, et al. The sources of streamwater to small mountainous rivers in Taiwan during typhoon and non-typhoon seasons. Environ Sci Pollut Res Int 2017;24(35):26940-26957.

Lee YS, Chun JH, Hodoscek M, et al. Crystal Structures of Diaryliodonium Fluorides and Their Implications for Fluorination Mechanisms. Chemistry 2017;23(18):4353-4363.

Lee YS, Wu S, Arinzeh TL, et al. Enhanced noradrenergic axon regeneration into schwann cell-filled PVDF-TrFE conduits after complete spinal cord transection. Biotechnol Bioeng 2017;114(2):444-456.

Leili M, Naghibi A, Norouzi H, et al. The Assessment of Chemical Quality of Drinking Water in Hamadan Province, the West of Iran. J Res Health Sci 2015;15(4):234-238.

Lejus C, Le Roux C, Legendre E, et al. Fluoride excretion in children after sevoflurane anaesthesia. Br J Anaesth 2002;89(5):693-696.

Lejus C, Delaroche O, Trille E, et al. [Butyrylcholinesterase deficiency: how to analyse the cholinesterase activity in small children?]. Ann Fr Anesth Reanim 2006;25(6):657-660.

Lerer B, Ebstein RP, Shestatsky M, et al. Cyclic AMP signal transduction in posttraumatic stress disorder. Am J Psychiatry 1987;144(10):1324-1327.

44

Lerer B, Bleich A, Bennett ER, et al. Platelet adenylate cyclase and phospholipase C activity in posttraumatic stress disorder. Biol Psychiatry 1990;27(7):735-740.

Lescure B, Volfin P. Importance of Mn ++ in the regulation of gluconeogenesis in cellular and acellular kidney cortex systems: new data on mechanism of action of biguanides. Biochimie 1971;53(3):391-397.

Levallois P, Grondin J, Gingras S. Knowledge, perception and behaviour of the general public concerning the addition of fluoride in drinking water. Can J Public Health 1998;89(3):162-165.

Leveen HH, Giordano P, Johnson A. FLOCCULATION OF INTRAVENOUS FAT EMULSIONS. Am J Clin Nutr 1965;16:129-134.

Levesque L, Mizzen CA, McLachlan DR, et al. Ligand specific effects on aluminum incorporation and toxicity in neurons and astrocytes. Brain Res 2000;877(2):191-202.

Levey GS, Schmidt WM, Mintz DH. Activation of adenyl cyclase in a pancreatic islet cell adenoma by glucagon and tolbutamide. Metabolism 1972;21(2):93-98.

Levine KE, Redmon JH, Elledge MF, et al. Quest to identify geochemical risk factors associated with chronic kidney disease of unknown etiology (CKDu) in an endemic region of Sri Lanka-a multimedia laboratory analysis of biological, food, and environmental samples. Environ Monit Assess 2016;188(10):548.

Levy SM, Bawden JW, Bowden BS, et al. Fluoride analyses of patient water supplies requested by North Carolina health professionals. Am J Public Health 1984;74(12):1412-1414.

Levy SM, Bawden JW. Systemic fluoride supplements. Every patient who can benefit needs the proper dose. N C Dent Gaz 1985;7(1):11-14.

Levy SM, Bawden JW, Levine RH. The proper use of systemic fluoride supplements with children in medical and dental practices. N C Med J 1985;46(2):77-81.

Levy SM, Cipriano KB, Maurer WC. Systemic fluoride supplements for Iowa children. The dentist's role. Iowa Dent J 1985;71(4):33-37.

Levy SM. Expansion of the proper use of systemic fluoride supplements. J Am Dent Assoc 1986;112(1):30, 32, 34.

Levy SM, Rozier RG, Bawden JW. Determinants of requests for water fluoride assay among North Carolina dentists. J Dent Res 1986;65(1):71-74.

Levy SM. Systemic fluoride supplementation in an academic family practice setting. J Fam Pract 1987;24(5):532, 534, 536.

Levy SM, Carrell AF. Compliance by health care providers with recommended systemic fluoride supplementation protocol. Clin Prev Dent 1987;9(5):19-22.

Levy SM, Maurer WC, Cipriano KB. Systemic fluoride supplements for Iowa children: the physician's role. Iowa Med 1987;77(9):449-451.

Levy SM, Rozier RG, Bawden JW. Use of systemic fluoride supplements by North Carolina dentists. J Am Dent Assoc 1987;114(3):347-350.

Levy SM, Rozier RG, Bawden JW. Knowledge about systemic fluoride supplements among pediatric dentistry faculty and practitioners. ASDC J Dent Child 1987;54(2):101-105.

Levy SM. Dental hygiene and predoctoral dental curricula concerning dietary fluoride supplements. J Dent Educ 1988;52(5):250-254.

Levy SM, Shavlik DA. The status of water fluoride assay programs and implications for prescribing of dietary fluoride supplements. ASDC J Dent Child 1991;58(1):23-26.

Levy SM, Zarei MZ. Evaluation of fluoride exposures in children. ASDC J Dent Child 1991;58(6):467-473.

U.S. EXHIBIT 505.0244

Levy SM, Muchow G. Provider compliance with recommended dietary fluoride supplement protocol. Am J Public Health 1992;82(2):281-283.

Levy SM. A review of fluoride intake from fluoride dentifrice. ASDC J Dent Child 1993;60(2):115-124.

Levy SM, Maurice TJ, Jakobsen JR. Feeding patterns, water sources and fluoride exposures of infants and 1-year-olds. J Am Dent Assoc 1993;124(4):65-69.

Levy SM. New fluoride dosage schedule. Gen Dent 1994;42(6):496.

Levy SM. Review of fluoride exposures and ingestion. Community Dent Oral Epidemiol 1994;22(3):173-180.

Levy SM, Kiritsy MC, Warren JJ. Sources of fluoride intake in children. J Public Health Dent 1995;55(1):39-52.

Levy SM, Kohout FJ, Guha-Chowdhury N, et al. Infants' fluoride intake from drinking water alone, and from water added to formula, beverages, and food. J Dent Res 1995;74(7):1399-1407.

Levy SM, Kohout FJ, Kiritsy MC, et al. Infants' fluoride ingestion from water, supplements and dentifrice. J Am Dent Assoc 1995;126(12):1625-1632.

Levy SM, Kiritsy MC, Slager SL, et al. Patterns of fluoride dentifrice use among infants. Pediatr Dent 1997;19(1):50-55.

Levy SM, Kiritsy MC, Slager SL, et al. Patterns of dietary fluoride supplement use during infancy. J Public Health Dent 1998;58(3):228-233.

Levy SM, Guha-Chowdhury N. Total fluoride intake and implications for dietary fluoride supplementation. J Public Health Dent 1999;59(4):211-223.

Levy SM, Warren JJ, Davis CS, et al. Patterns of fluoride intake from birth to 36 months. J Public Health Dent 2001;61(2):70-77.

Levy SM, Hillis SL, Warren JJ, et al. Primary tooth fluorosis and fluoride intake during the first year of life. Community Dent Oral Epidemiol 2002;30(4):286-295.

Levy SM. An update on fluorides and fluorosis. J Can Dent Assoc 2003;69(5):286-291.

Levy SM, Broffitt B, Slayton R, et al. Dental visits and professional fluoride applications for children ages 3 to 6 in Iowa. Pediatr Dent 2003;25(6):565-571.

Levy SM, Warren JJ, Broffitt B. Patterns of fluoride intake from 36 to 72 months of age. J Public Health Dent 2003;63(4):211-220.

Levy SM, Warren JJ, Broffitt B, et al. Fluoride, beverages and dental caries in the primary dentition. Caries Res 2003;37(3):157-165.

Levy SM, Hong L, Warren JJ, et al. Use of the fluorosis risk index in a cohort study: the Iowa fluoride study. J Public Health Dent 2006;66(2):92-96.

Levy SM, Eichenberger-Gilmore J, Warren JJ, et al. Associations of fluoride intake with children's bone measures at age 11. Community Dent Oral Epidemiol 2009;37(5):416-426.

Levy SM, Broffitt B, Marshall TA, et al. Associations between fluorosis of permanent incisors and fluoride intake from infant formula, other dietary sources and dentifrice during early childhood. J Am Dent Assoc 2010;141(10):1190-1201.

Levy SM. Pit-and-fissure sealants are more effective than fluoride varnish in caries prevention on occlusal surfaces. J Evid Based Dent Pract 2012;12(2):74-76.

Levy SM, Warren JJ, Phipps K, et al. Effects of life-long fluoride intake on bone measures of adolescents: a prospective cohort study. J Dent Res 2014;93(4):353-359.

U.S. EXHIBIT 505.0245

Lex BW, Ellingboe J, LaRosa K, et al. Platelet adenylate cyclase and monoamine oxidase in women with alcoholism or a family history of alcoholism. Harv Rev Psychiatry 1993;1(4):229-237.

Li Y, Liang CK, Katz BP, et al. Long-term exposure to fluoride in drinking water and sister chromatid exchange frequency in human blood lymphocytes. J Dent Res 1995;74(8):1468-1474.

Li JY, Zhan L, Barlow J, et al. [Effect of tea polyphenol on the demineralization and remineralization of enamel in vitro]. Sichuan Da Xue Xue Bao Yi Xue Ban 2004;35(3):364-366.

Li XD, Masuda H, Liu CQ. Chemical and isotopic compositions of the Minjiang River, a headwater tributary of the Yangtze River. J Environ Qual 2008;37(2):409-416.

Li M, Hao ZH, Peng XN, et al. Controllable energy transfer in fluorescence upconversion of NdF3 and NaNdF4 nanocrystals. Opt Express 2010;18(4):3364-3369.

Li S, Smith KD, Davis JH, et al. Eukaryotic resistance to fluoride toxicity mediated by a widespread family of fluoride export proteins. Proc Natl Acad Sci U S A 2013;110(47):19018-19023.

Li Q, Lin HH, Wang XL. Preparation of Sulfobetaine-Grafted PVDF Hollow Fiber Membranes with a Stably Anti-Protein-Fouling Performance. Membranes (Basel) 2014;4(2):181-199.

Li TS, Yawata T, Honke K. Efficient siRNA delivery and tumor accumulation mediated by ionically cross-linked folic acid-poly(ethylene glycol)-chitosan oligosaccharide lactate nanoparticles: for the potential targeted ovarian cancer gene therapy. Eur J Pharm Sci 2014;52:48-61.

Li M, Gao Y, Cui J, et al. Cognitive Impairment and Risk Factors in Elderly People Living in Fluorosis Areas in China. Biol Trace Elem Res 2016;172(1):53-60.

Li A, Zhang Z, Li P, et al. Nitrogen dioxide radicals mediated mineralization of perfluorooctanoic acid in aqueous nitrate solution with UV irradiation. Chemosphere 2017;188:367-374.

Li L, Zhu J, Xu M, et al. In Situ Engineering Toward Core Regions: A Smart Way to Make Applicable FeF3@Carbon Nanoreactor Cathodes for Li-Ion Batteries. ACS Appl Mater Interfaces 2017;9(21):17992-18000.

Li T, Liu F, Zhang S, et al. Janus Polyvinylidene Fluoride Membrane with Extremely Opposite Wetting Surfaces via One Single-Step Unidirectional Segregation Strategy. ACS Appl Mater Interfaces 2018;10(29):24947-24954.

Li X, Zhang J, Niu R, et al. Effect of fluoride exposure on anxiety- and depression-like behavior in mouse. Chemosphere 2019;215:454-460.

Liang C. [Evaluation on the effects of water defluoridation measures in China. Research Group Evaluation on the Effects of Water Defluoridation Measures in China]. Wei Sheng Yan Jiu 1998;27(1):16-28.

Liang C, Ji R, Cao J, et al. [Relations between trace elements in drinking water and elderly residents' cognitive function]. Wei Sheng Yan Jiu 2003;32(5):436-440.

Liang S, Kang Y, Tiraferri A, et al. Highly hydrophilic polyvinylidene fluoride (PVDF) ultrafiltration membranes via postfabrication grafting of surface-tailored silica nanoparticles. ACS Appl Mater Interfaces 2013;5(14):6694-6703.

Liang Z, Wang X, Zhu W, et al. Upconversion Nanocrystals Mediated Lateral-Flow Nanoplatform for in Vitro Detection. ACS Appl Mater Interfaces 2017;9(4):3497-3504.

U.S. EXHIBIT 505.0246

Lieder PH, Chang SC, York RG, et al. Toxicological evaluation of potassium perfluorobutanesulfonate in a 90-day oral gavage study with Sprague-Dawley rats. Toxicology 2009;255(1-2):45-52.

Lin TK, Wang WK, Huang SY, et al. Comparison of Erosion Behavior and Particle Contamination in Mass-Production CF(4)/O(2) Plasma Chambers Using Y(2)O(3) and YF(3) Protective Coatings. Nanomaterials (Basel) 2017;7(7).

Liote F, Bardin C, Liou A, et al. Bioavailability of fluoride in postmenopausal women: comparative study between sodium fluoride and disodium monofluorophosphate-calcium carbonate. Calcif Tissue Int 1992;50(3):209-213.

Lipetz J. The use of fluoride in the UK's water supply has been shown to improve the health of children's teeth. Nurs Times 1998;94(11):45.

Liss J, Evenson P, Loewy S, et al. Changes in the prevalence of dental disease. Bureau of Economic and Behavioral Research, Council on Dental Health and Health Planning. J Am Dent Assoc 1982;105(1):75-79.

Liu WX. [Experimental study of behavior and cerebral morphology of rat pups generated by fluorotic female rat]. Zhonghua Bing Li Xue Za Zhi 1989;18(4):290-292.

Liu Y, Liu Y. Novel incineration technology integrated with drying, pyrolysis, gasification, and combustion of MSW and ashes vitrification. Environ Sci Technol 2005;39(10):3855-3863.

Liu E, Du X, Ge R, et al. Comparative toxicity and apoptosis induced by diorganotins in rat pheochromocytoma (PC12) cells. Food Chem Toxicol 2013;60:302-308.

Liu S, Park R, Conti PS, et al. "Kit like" (18)F labeling method for synthesis of RGD peptide-based PET probes. Am J Nucl Med Mol Imaging 2013;3(1):97-101.

Liu F, Ma J, Zhang H, et al. Fluoride exposure during development affects both cognition and emotion in mice. Physiol Behav 2014;124:1-7.

Liu Y, Liang X, Ren WW, et al. Expression of beta1- and beta2-adrenoceptors in different subtypes of interneurons in the medial prefrontal cortex of mice. Neuroscience 2014;257:149-157.

Liu Z, Pourghiasian M, Benard F, et al. Preclinical evaluation of a high-affinity 18F-trifluoroborate octreotate derivative for somatostatin receptor imaging. J Nucl Med 2014;55(9):1499-1505.

Liu R, Liu B, Zhu L, et al. Effects of fluoride on the removal of cadmium and phosphate by aluminum coagulation. J Environ Sci (China) 2015;32:118-125.

Liu G, Yu S, Yang H, et al. Molecular Mechanisms of Ultrafiltration Membrane Fouling in Polymer-Flooding Wastewater Treatment: Role of Ions in Polymeric Fouling. Environ Sci Technol 2016;50(3):1393-1402.

Liu C, Chen L, Zhu L. Fouling behavior of lysozyme on different membrane surfaces during the MD operation: An especial interest in the interaction energy evaluation. Water Res 2017;119:33-46.

Liu J, Yang S, Luo MJ, et al. Association of Dietary Carotenoids Intake with Skeletal Fluorosis in the Coal-burning Fluorosis Area of Guizhou Province. Biomed Environ Sci 2018;31(6):438-447.

Liu Y, Alahiri M, Ulloa B, et al. Adenosine A2A receptor agonist ameliorates EAE and correlates with Th1 cytokine-induced blood brain barrier dysfunction via suppression of MLCK signaling pathway. Immun Inflamm Dis 2018;6(1):72-80.

U.S. EXHIBIT 505.0247

Liz MA, Faro CJ, Saraiva MJ, et al. Transthyretin, a new cryptic protease. J Biol Chem 2004;279(20):21431-21438.

Llansola M, Ahabrach H, Errami M, et al. Impaired release of corticosterone from adrenals contributes to impairment of circadian rhythms of activity in hyperammonemic rats. Arch Biochem Biophys 2013;536(2):164-170.

Loc Giang D, Spencer AJ, Roberts-Thomson KF, et al. Oral health status of Vietnamese children: findings from the National Oral Health Survey of Vietnam 1999. Asia Pac J Public Health 2011;23(2):217-227.

Loe H. Forty years of progress. Adv Dent Res 1989;3(1):3-6.

Lohith TG, Tsujikawa T, Simeon FG, et al. Comparison of two PET radioligands, [(11)C]FPEB and [(11)C]SP203, for quantification of metabotropic glutamate receptor 5 in human brain. J Cereb Blood Flow Metab 2017;37(7):2458-2470.

Lombarte M, Fina BL, Lupo M, et al. Physical exercise ameliorates the toxic effect of fluoride on the insulin-glucose system. J Endocrinol 2013;218(1):99-103.

Long YG, Wang YN, Chen J, et al. Chronic fluoride toxicity decreases the number of nicotinic acetylcholine receptors in rat brain. Neurotoxicol Teratol 2002;24(6):751-757.

Lou DD, Zhang KL, Qin SL, et al. [Alteration of mitochondrial distribution and gene expression of fission 1 protein in cortical neurons of rats with chronic fluorosis]. Zhonghua Bing Li Xue Za Zhi 2012;41(4):243-247.

Lou DD, Guan ZZ, Liu YJ, et al. The influence of chronic fluorosis on mitochondrial dynamics morphology and distribution in cortical neurons of the rat brain. Arch Toxicol 2013;87(3):449-457.

Lou DD, Pan JG, Zhang KL, et al. [Changed expression of mito-fusion 1 and mitochondrial fragmentation in the cortical neurons of rats with chronic fluorosis]. Zhonghua Yu Fang Yi Xue Za Zhi 2013;47(2):170-174.

Lou DD, Zhang KL, Pan JG, et al. [Influence of chronic fluorosis on the expression of mitochondrial fission protein dynamin-related 1 in the cortical neurons of rats]. Zhonghua Yu Fang Yi Xue Za Zhi 2013;47(6):561-564.

Lou Y, Darvell BW, Botelho MG. Antibacterial Effect of Silver Diammine Fluoride on Cariogenic Organisms. J Contemp Dent Pract 2018;19(5):591-598.

Low YK, Zou X, Fang YM, et al. beta-Phase poly(vinylidene fluoride) films encouraged more homogeneous cell distribution and more significant deposition of fibronectin towards the cell-material interface compared to alpha-phase poly(vinylidene fluoride) films. Mater Sci Eng C Mater Biol Appl 2014;34:345-353.

Lowry RJ. What the papers say: how does the United Kingdom press treat water fluoridation and does it matter? Br Dent J 2000;189(1):14-18.

Lu FC, Grewal RS, Rice WB, et al. ACUTE TOXICITY OF SODIUM FLUORIDE FOR RHESUS MONKEYS AND OTHER LABORATORY ANIMALS. Acta Pharmacol Toxicol (Copenh) 1965;22:99-106.

Lu JC, Xu HR, Chen F, et al. Standardization and quality control for the determination of alpha-glucosidase in seminal plasma. Arch Androl 2006;52(6):447-453.

Lu Z, Wang S, Sun Z, et al. In vivo influence of sodium fluoride on sperm chemotaxis in male mice. Arch Toxicol 2014;88(2):533-539.

Lu S, Wang Y, Pei L, et al. A Study on DSLM Transporting the Rare Earth Metal La (III) with a Carrier of PC-88A. Int J Anal Chem 2018;2018:9427676.

U.S. EXHIBIT 505.0248

Lubkowska A, Chlubek D, Machoy-Mokrzynska A, et al. [Concentrations of fluorine, aluminum and magnesium in some structures of the central nervous system of rats exposed to aluminum and fluorine in drinking water]. Ann Acad Med Stetin 2004;50 Suppl 1:73-76.

Ludtke H. [Recommended alternatives to drinking water fluoridation. Field study for the determination of practicability and efficacy of various fluoride applications]. Zahnarztl Mitt 1979;69(18):1076-1078.

Luebke TE, Driskell JA. A group of Midwestern university students needs to improve their oral hygiene and sugar/pop consumption habits. Nutr Res 2010;30(1):27-31.

Lung SC, Hsiao PK, Chiang KM. Fluoride concentrations in three types of commercially packed tea drinks in Taiwan. J Expo Anal Environ Epidemiol 2003;13(1):66-73.

Luoma H, Meurman JH, Helminen SK, et al. Modification of dental caries and calculus in rats by fluoride and bicarbonate-phosphate-fluoride additions to dietary sugar. Arch Oral Biol 1972;17(5):821-828.

Luoma H, Nyman A, Toivonen A, et al. Effect of caries in mentally handicapped children of addition of fluoride and bicarbonate-phosphate to dietary sugar products. Scand J Dent Res 1979;87(3):197-207.

Luszczki JJ, Czuczwar P, Cioczek-Czuczwar A, et al. Arachidonyl-2'-chloroethylamide, a highly selective cannabinoid CB1 receptor agonist, enhances the anticonvulsant action of valproate in the mouse maximal electroshock-induced seizure model. Eur J Pharmacol 2006;547(1-3):65-74.

Luszczki JJ, Czuczwar P, Cioczek-Czuczwar A, et al. Effect of arachidonyl-2'-chloroethylamide, a selective cannabinoid CB1 receptor agonist, on the protective action of the various antiepileptic drugs in the mouse maximal electroshock-induced seizure model. Prog Neuropsychopharmacol Biol Psychiatry 2010;34(1):18-25.

Lv T, Ma W, Xin G, et al. Physicochemical characterization and sorption behavior of Mg-Ca-Al (NO3) hydrotalcite-like compounds toward removal of fluoride from protein solutions. J Hazard Mater 2012;237-238:121-132.

Lybecker H, Bach V, Ravlo O, et al. [Acute fluoride poisoning]. Ugeskr Laeger 1986;148(15):903-905.

Lyke K. Global water fluoridation: what is holding us back? Altern Ther Health Med 2016;22(1):6-7.

Lynch CJ, Steer ML, Connors MR, et al. Evidence for a decrease in the efficiency of beta-receptor coupling to adenylate cyclase in liver membranes from sucrose-fed rats. Biochem Pharmacol 1985;34(5):623-629.

Ma Y, Zheng YM, Chen JP. A zirconium based nanoparticle for significantly enhanced adsorption of arsenate: Synthesis, characterization and performance. J Colloid Interface Sci 2011;354(2):785-792.

Ma J, Liu F, Liu P, et al. Impact of early developmental fluoride exposure on the peripheral pain sensitivity in mice. Int J Dev Neurosci 2015;47(Pt B):165-171.

Maas RP, Patch SC, Christian AM, et al. Effects of fluoridation and disinfection agent combinations on lead leaching from leaded-brass parts. Neurotoxicology 2007;28(5):1023-1031.

Mabelya L, Konig KG, van Palenstein Helderman WH. Dental fluorosis, altitude, and associated dietary factors (short communication). Caries Res 1992;26(1):65-67.

U.S. EXHIBIT 505.0249

Mabelya L, van Palenstein Helderman WH, van't Hof MA, et al. Dental fluorosis and the use of a high fluoride-containing trona tenderizer (magadi). Community Dent Oral Epidemiol 1997;25(2):170-176.

Mabrouk R, Strafella AP, Knezevic D, et al. Feasibility study of TSPO quantification with [18F]FEPPA using population-based input function. PLoS One 2017;12(5):e0177785.

Mabruk ZA, Ahmed SBM, Thomas AC, et al. The role of the ShcD and RET interaction in neuroblastoma survival and migration. Biochem Biophys Rep 2018;13:99-108.

Machiulskiene V, Richards A, Nyvad B, et al. Prospective study of the effect of post-brushing rinsing behaviour on dental caries. Caries Res 2002;36(5):301-307.

Machoy-Mokrzynska A. [Fluorine as a factor in premature aging]. Ann Acad Med Stetin 2004;50 Suppl 1:9-13.

MacNeil S, Crawford A, Amirrasooli H, et al. Stimulation of hormone-responsive adenylate cyclase activity by a factor present in the cell cytosol. Biochem J 1980;188(2):393-400.

Macpherson LM, Conway DI, Gilmour WH, et al. Photographic assessment of fluorosis in children from naturally fluoridated Kungsbacka and non-fluoridated Halmstad, Sweden. Acta Odontol Scand 2007;65(3):149-155.

Mader JT, Shirtliff ME, Bergquist S, et al. Bone and joint infections in the elderly: practical treatment guidelines. Drugs Aging 2000;16(1):67-80.

Madhusudhan N, Basha PM, Rai P, et al. Effect of maternal fluoride exposure on developing CNS of rats: protective role of Aloe vera, Curcuma longa and Ocimum sanctum. Indian J Exp Biol 2010;48(8):830-836.

Maguire A, Walls R, Steen N, et al. Urinary fluoride excretion in 6- to 7-year-olds ingesting milk containing 0.5 or 0.9 mg fluoride. Caries Res 2013;47(4):291-298.

Mahadik DB, Rao AV, Rao AP, et al. Effect of concentration of trimethylchlorosilane (TMCS) and hexamethyldisilazane (HMDZ) silylating agents on surface free energy of silica aerogels. J Colloid Interface Sci 2011;356(1):298-302.

Mahajan G, Mutti NK, Jha P, et al. Evaluation of dormancy breaking methods for enhanced germination in four biotypes of Brassica tournefortii. Sci Rep 2018;8(1):17103.

Maji S, Sarkar PK, Aggarwal L, et al. Self-oriented beta-crystalline phase in the polyvinylidene fluoride ferroelectric and piezo-sensitive ultrathin Langmuir-Schaefer film. Phys Chem Chem Phys 2015;17(12):8159-8165.

Makishima A, Tanaka R, Nakamura E. Precise elemental and isotopic analyses in silicate samples employing ICP-MS: application of hydrofluoric acid solution and analytical techniques. Anal Sci 2009;25(10):1181-1187.

Malde MK, Zerihun L, Julshamn K, et al. Fluoride, calcium and magnesium intake in children living in a high-fluoride area in Ethiopia. Intake through food. Int J Paediatr Dent 2004;14(3):167-174.

Malik MN, Fenko MD, Sheikh AM. High molecular weight glycosylated protease in calf brain. Purification and partial characterization. J Biol Chem 1991;266(10):6594-6599.

Malin DH, Plotner RE, Radulescu SJ, et al. Chronic methanesulfonyl fluoride enhances one-trial per day reward learning in aged rats. Neurobiol Aging 1993;14(4):393-395.

Malin AJ, Riddell J, McCague H, et al. Fluoride exposure and thyroid function among adults living in Canada: effect modification by iron status. Fluoride 2018;51(4):383-384.

Malinova M. [Preoperative sonovue contrast color Doppler in patients with cervical cancer. Preliminary report]. Akush Ginekol (Sofiia) 2013;52 Suppl 1:11-16.

51

Maliyekkal SM, Sharma AK, Philip L. Manganese-oxide-coated alumina: a promising sorbent for defluoridation of water. Water Res 2006;40(19):3497-3506.

Mallik BS, Siepmann JI. Thermodynamic, structural and transport properties of tetramethyl ammonium fluoride: first principles molecular dynamics simulations of an unusual ionic liquid. J Phys Chem B 2010;114(39):12577-12584.

Maltese WA, Aprille JR, Green RA. Activity of 3-hydroxy-3-methylglutaryl-coenzyme A reductase does not respond to ubiquinone uptake in cultured cells. Biochem J 1987;246(2):441-447.

Malvitz DM, Barker LK, Phipps KR. Development and status of the National Oral Health Surveillance System. Prev Chronic Dis 2009;6(2):A66.

Mancini M, Di Donato O, Saldalamacchia G, et al. Contrast-enhanced ultrasound evaluation of peripheral microcirculation in diabetic patients: effects of cigarette smoking. Radiol Med 2013;118(2):206-214.

Mandema JW, Gubbens-Stibbe JM, Danhof M. Stability and pharmacokinetics of flumazenil in the rat. Psychopharmacology (Berl) 1991;103(3):384-387.

Mani V, Li WY, Gu JA, et al. Electrochemical OFF-ON ratiometric chemodosimeters for the selective and rapid detection of fluoride. Talanta 2015;131:121-126.

Manjare ST, Kim Y, Churchill DG. Selenium- and tellurium-containing fluorescent molecular probes for the detection of biologically important analytes. Acc Chem Res 2014;47(10):2985-2998.

Manji HK, Bitran JA, Masana MI, et al. Signal transduction modulation by lithium: cell culture, cerebral microdialysis and human studies. Psychopharmacol Bull 1991;27(3):199-208.

Manocha SL, Warner H, Olkowski ZL. Cytochemical response of kidney, liver and nervous system of fluoride ions in drinking water. Histochem J 1975;7(4):343-355.

Mansour HH, Tawfik SS. Efficacy of lycopene against fluoride toxicity in rats. Pharm Biol 2012;50(6):707-711.

Mantovani A. Reproductive risks from contaminants in drinking water. Ann Ist Super Sanita 1993;29(2):317-326.

Mao L, Yuan G, Niu J, et al. In vitro degradation behavior and biocompatibility of Mg-Nd-Zn-Zr alloy by hydrofluoric acid treatment. Mater Sci Eng C Mater Biol Appl 2013;33(1):242-250.

Mapengo MA, Marsicano JA, Garcia de Moura P, et al. Dental caries in adolescents from public schools in Maputo, Mozambique. Int Dent J 2010;60(4):273-281.

Margolis FJ, Burt BA, Schork MA, et al. Fluoride supplements for children. A survey of physicians' prescription practices. Am J Dis Child 1980;134(9):865-868.

Marino RJ, Khan AR, Morgan M. Systematic review of publications on economic evaluations of caries prevention programs. Caries Res 2013;47(4):265-272.

Mariri BP, Levy SM, Warren JJ, et al. Medically administered antibiotics, dietary habits, fluoride intake and dental caries experience in the primary dentition. Community Dent Oral Epidemiol 2003;31(1):40-51.

Markowitz K, Kim S. The role of selected cations in the desensitization of intradental nerves. Proc Finn Dent Soc 1992;88 Suppl 1:39-54.

Marotta E, Paradisi C, Scorrano G. An atmospheric pressure chemical ionization study of the positive and negative ion chemistry of the hydrofluorocarbons 1,1-difluoroethane (HFC-152a) and 1,1,1,2-tetrafluoroethane (HFC-134a) and of perfluoro-n-hexane (FC-72) in air plasma at atmospheric pressure. J Mass Spectrom 2004;39(7):791-801.

52

U.S. EXHIBIT 505.0251

Marshall TA, Levy SM, Warren JJ, et al. Associations between Intakes of fluoride from beverages during infancy and dental fluorosis of primary teeth. J Am Coll Nutr 2004;23(2):108-116.

Marshall TA, Eichenberger Gilmore JM, Broffitt B, et al. Relative validity of the Iowa Fluoride Study targeted nutrient semi-quantitative questionnaire and the block kids' food questionnaire for estimating beverage, calcium, and vitamin D intakes by children. J Am Diet Assoc 2008;108(3):465-472.

Marshall TA, Van Buren JM, Warren JJ, et al. Beverage Consumption Patterns at Age 13 to 17 Years Are Associated with Weight, Height, and Body Mass Index at Age 17 Years. J Acad Nutr Diet 2017;117(5):698-706.

Marshall TA, Curtis AM, Cavanaugh JE, et al. Description of Child and Adolescent Beverage and Anthropometric Measures According to Adolescent Beverage Patterns. Nutrients 2018;10(8).

Marthaler TM, Steiner M, Menghini G, et al. Urinary fluoride excretion in children with low fluoride intake or consuming fluoridated salt. Caries Res 1995;29(1):26-34.

Marthaler TM. Increasing the public health effectiveness of fluoridated salt. Schweiz Monatsschr Zahnmed 2005;115(9):785-792.

Martin M, Rosales G, Sandoval A, et al. What really happens in the home: a comparison of parent-reported and observed tooth brushing behaviors for young children. BMC Oral Health 2019;19(1):35.

Martinez MA, Ballesteros S, Piga FJ, et al. The tissue distribution of fluoride in a fatal case of self-poisoning. J Anal Toxicol 2007;31(8):526-533.

Martinez-Mier EA, Soto-Rojas AE, Urena-Cirett JL, et al. Fluoride intake from foods, beverages and dentifrice by children in Mexico. Community Dent Oral Epidemiol 2003;31(3):221-230.

Martinez-Mier EA, Cury JA, Heilman JR, et al. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res 2011;45(1):3-12.

Martinez-Salgado H, Tovar-Zamora E, Chavez-Villasana A, et al. [Family and individual consumption of table salt in the State of Mexico]. Salud Publica Mex 1993;35(6):630-636.

Marumo F, Li JP. [Renal disease and trace elements]. Nihon Rinsho 1996;54(1):93-98.

Maruyama E, Iwamatsu A, Takashima S. Purification and amino acid microsequencing of alkaline phosphodiesterase I from calf kidney. Biochem Mol Biol Int 1993;29(3):579-586.

Marxer EE, Brussler J, Becker A, et al. Development and characterization of new nanoscaled ultrasound active lipid dispersions as contrast agents. Eur J Pharm Biopharm 2011;77(3):430-437.

Mary C, Marois Y, King MW, et al. Comparison of the in vivo behavior of polyvinylidene fluoride and polypropylene sutures used in vascular surgery. ASAIO J 1998;44(3):199-206.

Maschauer S, Heilmann M, Wangler C, et al. Radiosynthesis and Preclinical Evaluation of (18)F-Fluoroglycosylated Octreotate for Somatostatin Receptor Imaging. Bioconjug Chem 2016;27(11):2707-2714.

Mashoto KO, Astrom AN, David J, et al. Dental pain, oral impacts and perceived need for dental treatment in Tanzanian school students: a cross-sectional study. Health Qual Life Outcomes 2009;7:73.

53

Masoy SE, Standal O, Nasholm P, et al. SURF imaging: in vivo demonstration of an ultrasound contrast agent detection technique. IEEE Trans Ultrason Ferroelectr Freq Control 2008;55(5):1112-1121.

Masson P, Goasdoue JL. Evidence that the conformational stability of 'aged' organophosphate-inhibited cholinesterase is altered. Biochim Biophys Acta 1986;869(3):304-313.

Masters RD, Coplan MJ, Hone BT, et al. Association of silicofluoride treated water with elevated blood lead. Neurotoxicology 2000;21(6):1091-1100.

Masumo R, Bardsen A, Mashoto K, et al. Prevalence and socio-behavioral influence of early childhood caries, ECC, and feeding habits among 6-36 months old children in Uganda and Tanzania. BMC Oral Health 2012;12:24.

Matee M, van't Hof M, Maselle S, et al. Nursing caries, linear hypoplasia, and nursing and weaning habits in Tanzanian infants. Community Dent Oral Epidemiol 1994;22(5 Pt 1):289-293.

Mateo J, Rotllan P, Marti E, et al. Diadenosine polyphosphate hydrolase from presynaptic plasma membranes of Torpedo electric organ. Biochem J 1997;323 ( Pt 3):677-684.

Matsuda Y, Katayama M, Hara I, et al. Inhibitors on an elastase-like enzyme activity catalyzing Suc-Ala-Ala-Pro-Leu-pNA amidolysis in human seminal plasma. Arch Androl 2000;44(1):1-9.

Mattheus D, Shannon M. Assessment, Education, and Access: Kona Hawai'i WIC Oral Health Pilot Project. Hawaii J Med Public Health 2018;77(9):220-225.

Matyas GR, Fishman PH. Lipid signalling pathways in normal and ras-transfected NIH/3T3 cells. Cell Signal 1989;1(4):395-404.

Maupome G, Clark DC, Levy SM, et al. Patterns of dental caries following the cessation of water fluoridation. Community Dent Oral Epidemiol 2001;29(1):37-47.

Maupome G, Shulman JD, Clark DC, et al. Tooth-surface progression and reversal changes in fluoridated and no-longer-fluoridated communities over a 3-year period. Caries Res 2001;35(2):95-105.

Maupome G, Shulman JD, Clark DC, et al. Socio-demographic features and fluoride technologies contributing to higher fluorosis scores in permanent teeth of Canadian children. Caries Res 2003;37(5):327-334.

McCarron JA, Pike VW, Halldin C, et al. The pyridinyl-6 position of WAY-100635 as a site for radiofluorination--effect on 5-HT1A receptor radioligand behavior in vivo. Mol Imaging Biol 2004;6(1):17-26.

McCaughey TJ, Dunkley M, Batra MS, et al. Effect of methoxyflurane on renal concentrating power. Can Anaesth Soc J 1975;22(1):61-69.

McClelland CM, Onuegbulem E, Carter NJ, et al. 99mTc-SnF2 colloid "LLK": particle size, morphology and leucocyte labelling behaviour. Nucl Med Commun 2003;24(2):191-202.

McGill PE. Endemic fluorosis. Baillieres Clin Rheumatol 1995;9(1):75-81.

McGovern-Gooch KR, Rodrigues T, Darling JE, et al. Ghrelin Octanoylation Is Completely Stabilized in Biological Samples by Alkyl Fluorophosphonates. Endocrinology 2016;157(11):4330-4338.

McGown EL, Suttie JW. Central nervous system mediation of fluoride hyperglycemia in the rat. Toxicol Appl Pharmacol 1979;48(2):205-211.

U.S. EXHIBIT 505.0253

McGrady MG, Ellwood RP, Goodwin M, et al. Adolescents' perceptions of the aesthetic impact of dental fluorosis vs. other dental conditions in areas with and without water fluoridation. BMC Oral Health 2012;12:4.

McGrady MG, Ellwood RP, Maguire A, et al. The association between social deprivation and the prevalence and severity of dental caries and fluorosis in populations with and without water fluoridation. BMC Public Health 2012;12:1122.

McGrady MG, Ellwood RP, Srisilapanan P, et al. Dental fluorosis in populations from Chiang Mai, Thailand with different fluoride exposures - paper 1: assessing fluorosis risk, predictors of fluorosis and the potential role of food preparation. BMC Oral Health 2012;12:16.

McKenzie FR, Milligan G. Prostaglandin E1-mediated, cyclic AMP-independent, down-regulation of Gs alpha in neuroblastoma x glioma hybrid cells. J Biol Chem 1990;265(28):17084-17093.

McMahon SB, Sykova E, Wall PD, et al. Neurogenic extravasation and substance P levels are low in muscle as compared to skin the rat hindlimb. Neurosci Lett 1984;52(3):235-240.

McMahon J, Parnell WR, Spears GF. Diet and dental caries in preschool children. Eur J Clin Nutr 1993;47(11):794-802.

McNulty JA, Fos PJ. The study of caries prevalence in children in a developing country. ASDC J Dent Child 1989;56(2):129-136.

McPherson CA, Zhang G, Gilliam R, et al. An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats. Neurotox Res 2018;34(4):781-798.

Medran-Navarrete V, Bernards N, Kuhnast B, et al. [18F]DPA-C5yne, a novel fluorine-18-labelled analogue of DPA-714: radiosynthesis and preliminary evaluation as a radiotracer for imaging neuroinflammation with PET. J Labelled Comp Radiopharm 2014;57(6):410-418.

Mehta D, Mondal P, Saharan VK, et al. Synthesis of hydroxyapatite nanorods for application in water defluoridation and optimization of process variables: Advantage of ultrasonication with precipitation method over conventional method. Ultrason Sonochem 2017;37:56-70.

Melbye ML, Armfield JM. The dentist's role in promoting community water fluoridation: a call to action for dentists and educators. J Am Dent Assoc 2013;144(1):65-75.

Melo CGS, Perles J, Zanoni JN, et al. Enteric innervation combined with proteomics for the evaluation of the effects of chronic fluoride exposure on the duodenum of rats. Sci Rep 2017;7(1):1070.

Mendoza-Schulz A, Solano-Agama C, Arreola-Mendoza L, et al. The effects of fluoride on cell migration, cell proliferation, and cell metabolism in GH4C1 pituitary tumour cells. Toxicol Lett 2009;190(2):179-186.

Meng Z, Meng H, Cao X. Sister-chromatid exchanges in lymphocytes of workers at a phosphate fertilizer factory. Mutat Res 1995;334(2):243-246.

Meng X, Donghui F, Chenguang G, et al. Fouling behaviour of membranes with different characteristics by urban wastewater secondary effluent. Environ Technol 2016;37(7):805-814.

Meng XR, Lu BX, Fu DH, et al. [Interfacial Property of Amphiphilic Copolymer Blending PVDF UF Membrane and Protein Anti-fouling]. Huan Jing Ke Xue 2016;37(6):2179-2186.

55

Menghini G, Steiner M, Imfeld T. [Early childhood caries--facts and prevention]. Ther Umsch 2008;65(2):75-82.

Menz DH, Feltgen N, Lechner T, et al. Hydrofluoric Acid and Other Impurities in Toxic Perfluorooctane Batches. Transl Vis Sci Technol 2019;8(3):24.

Meyburgh D, Malan L, Van Rooyen JM, et al. Cardiovascular, cortisol and coping responses in urban Africans: the SAPBA study. Cardiovasc J Afr 2012;23(1):28-33.

Miao R, Wang L, Lv Y, et al. Identifying polyvinylidene fluoride ultrafiltration membrane fouling behavior of different effluent organic matter fractions using colloidal probes. Water Res 2014;55:313-322.

Miao R, Wang L, Mi N, et al. Enhancement and Mitigation Mechanisms of Protein Fouling of Ultrafiltration Membranes under Different Ionic Strengths. Environ Sci Technol 2015;49(11):6574-6580.

Michalak I, Chojnacka K, Witek-Krowiak A. State of the art for the biosorption process--a review. Appl Biochem Biotechnol 2013;170(6):1389-1416.

Mieler I, Kittler G, Mieler W. [Behavior of the mitotic coefficient in interdental papillae following application of fluorides]. Dtsch Stomatol 1972;22(11):841-844.

Mikhailova NN, Anokhina AS, Ulanova EV, et al. [Experimental studies of pathogenesis of chronic fluoride intoxication]. Patol Fiziol Eksp Ter 2006;(3):19-21.

Milen A. Caries in deciduous teeth and public dental care in Finland. Proc Finn Dent Soc 1984;80 Suppl 7-8:1-49.

Miller ME, Myers K. Cellular deformability of the human peripheral blood polymorphonuclear leukocyte: method of study, normal variation and effects of physical and chemical alterations. J Reticuloendothel Soc 1975;18(6):337-345.

Milosev I, Kapun B, Selih VS. The effect of fluoride ions on the corrosion behaviour of Ti metal, and Ti6-Al-7Nb and Ti-6Al-4V alloys in artificial saliva. Acta Chim Slov 2013;60(3):543-555.

Miltonprabu S, Thangapandiyan S. Epigallocatechin gallate potentially attenuates Fluoride induced oxidative stress mediated cardiotoxicity and dyslipidemia in rats. J Trace Elem Med Biol 2015;29:321-335.

Mirzaei A, Yerushalmi L, Chen Z, et al. Enhanced photocatalytic degradation of sulfamethoxazole by zinc oxide photocatalyst in the presence of fluoride ions: Optimization of parameters and toxicological evaluation. Water Res 2018;132:241-251.

Miyake Y, Yamashita N, Rostkowski P, et al. Determination of trace levels of total fluorine in water using combustion ion chromatography for fluorine: a mass balance approach to determine individual perfluorinated chemicals in water. J Chromatogr A 2007;1143(1-2):98-104.

Miziara AP, Philippi ST, Levy FM, et al. Fluoride ingestion from food items and dentifrice in 2-6-year-old Brazilian children living in a fluoridated area using a semiquantitative food frequency questionnaire. Community Dent Oral Epidemiol 2009;37(4):305-315.

Mizrahi R, Rusjan PM, Kennedy J, et al. Translocator protein (18 kDa) polymorphism (rs6971) explains in-vivo brain binding affinity of the PET radioligand [(18)F]-FEPPA. J Cereb Blood Flow Metab 2012;32(6):968-972.

Mobley CC. Nutrition and dental caries. Dent Clin North Am 2003;47(2):319-336.

Moimaz SA, Saliba O, Marques LB, et al. Dental fluorosis and its influence on children's life. Braz Oral Res 2015;29.

U.S. EXHIBIT 505.0255

Molina-Frechero N, Nevarez-Rascon M, Nevarez-Rascon A, et al. Impact of Dental Fluorosis, Socioeconomic Status and Self-Perception in Adolescents Exposed to a High Level of Fluoride in Water. Int J Environ Res Public Health 2017;14(1).

Mooney JJ, Schatzberg AF, Cole JO, et al. Enhanced signal transduction by adenylate cyclase in platelet membranes of patients showing antidepressant responses to alprazolam: preliminary data. J Psychiatr Res 1985;19(1):65-75.

Mooney JJ, Samson JA, McHale NL, et al. Signal transduction by platelet adenylate cyclase: alterations in depressed patients may reflect impairment in the coordinated integration of cellular signals (coincidence detection). Biol Psychiatry 1998;43(8):574-583.

Moore D, Poynton M, Broadbent JM, et al. The costs and benefits of water fluoridation in NZ. BMC Oral Health 2017;17(1):134.

Moos DD. Sevoflurane and emergence behavioral changes in pediatrics. J Perianesth Nurs 2005;20(1):13-18.

Morero RD, Bloj B, Farias RN, et al. The allosteric transitions from membrane-bound enzymes: behavior of erythrocyte acetylcholinesterase from fat-deficient rats. Biochim Biophys Acta 1972;282(1):157-165.

Morgan MV, Wright FA, Matram ZN, et al. The oral health status and health behaviour of 12 and 15 year-old adolescents in Jakarta, Indonesia. Community Dent Health 1992;9(2):171-179.

Morin KH. What about water softeners and bottled water for babies? MCN Am J Matern Child Nurs 2007;32(1):57.

Moritz A, Gutknecht N, Schoop U, et al. The advantage of CO2-treated dental necks, in comparison with a standard method: results of an in vivo study. J Clin Laser Med Surg 1996;14(1):27-32.

Morris SA, Makman MH. Cell density and receptor-adenylate cyclase relationships in the C-6 astrocytoma cell. Mol Pharmacol 1976;12(3):362-372.

Morte MI, Carreira BP, Falcao MJ, et al. Evaluation of neurotoxic and neuroprotective pathways affected by antiepileptic drugs in cultured hippocampal neurons. Toxicol In Vitro 2013;27(8):2193-2202.

Mortensen E. Effect of storage on the apparent concentration of folate in erythrocytes, as measured by competitive protein binding radioassay. Clin Chem 1978;24(4):663-668.

Moshiri M, Darchini-Maragheh E, Balali-Mood M. Advances in toxicology and medical treatment of chemical warfare nerve agents. Daru 2012;20(1):81.

Moss DE, Perez RG, Kobayashi H. Cholinesterase Inhibitor Therapy in Alzheimer's Disease: The Limits and Tolerability of Irreversible CNS-Selective Acetylcholinesterase Inhibition in Primates. J Alzheimers Dis 2017;55(3):1285-1294.

Mount GJ. Buonocore Memorial Lecture. Glass-ionomer cements: past, present and future. Oper Dent 1994;19(3):82-90.

Moyer VA, Force USPST. Prevention of dental caries in children from birth through age 5 years: US Preventive Services Task Force recommendation statement. Pediatrics 2014;133(6):1102-1111.

Mrabet A, Fredj M, Ben Ammou S, et al. [Spinal cord compression in bone fluorosis. Apropos of 4 cases]. Rev Med Interne 1995;16(7):533-535.

Mueller JE. The politics of fluoridation in seven California cities. West Polit Q 1966(1):54-67.

U.S. EXHIBIT 505.0256

Muhoozi GKM, Atukunda P, Skaare AB, et al. Effects of nutrition and hygiene education on oral health and growth among toddlers in rural Uganda: follow-up of a cluster-randomised controlled trial. Trop Med Int Health 2018;23(4):391-404.

Mukherjee I, Singh UK. Groundwater fluoride contamination, probable release, and containment mechanisms: a review on Indian context. Environ Geochem Health 2018;40(6):2259-2301.

Mukhopadhyay D, Priya P, Chattopadhyay A. Sodium fluoride affects zebrafish behaviour and alters mRNA expressions of biomarker genes in the brain: Role of Nrf2/Keap1. Environ Toxicol Pharmacol 2015;40(2):352-359.

Mullenix PJ, Denbesten PK, Schunior A, et al. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 1995;17(2):169-177.

Mulyani D, McIntyre J. Caries inhibitory effect of fluoridated sugar in a trial in Indonesia. Aust Dent J 2002;47(4):314-320.

Murat I, Dubois MC, Piat V. [Sevoflurane]. Ann Fr Anesth Reanim 1995;14(6):489-501.

Musshoff F, Madea B. Cocaine and benzoylecgonine concentrations in fluorinated plasma samples of drivers under suspicion of driving under influence. Forensic Sci Int 2010;200(1-3):67-72.

Muthu Prabhu S, Meenakshi S. Defluoridation of water using dicarboxylic acids mediated chitosan-polyaniline/zirconium biopolymeric complex. Int J Biol Macromol 2016;85:16-22.

Muzardo GA, Machado RG, de Oliveira GH. Effects of calcium gluconate and PMSF in the treatment of acute intoxication of chicken by TOCP. Hum Exp Toxicol 2008;27(3):247-252.

Mwaniki DL, Courtney JM, Gaylor JD. Endemic fluorosis: an analysis of needs and possibilities based on case studies in Kenya. Soc Sci Med 1994;39(6):807-813.

Myklebust S, Espelid I, Svalestad S, et al. Dental health behavior, gastroesophageal disorders and dietary habits among Norwegian recruits in 1990 and 1999. Acta Odontol Scand 2003;61(2):100-104.

Na JY, Woo KH, Yoon SY, et al. Acute symptoms after a community hydrogen fluoride spill. Ann Occup Environ Med 2013;25(1):17.

Naasan MA, Watson TF. Conventional glass ionomers as posterior restorations. A status report for the American Journal of Dentistry. Am J Dent 1998;11(1):36-45.

Nabavi SF, Nabavi SM, Habtemariam S, et al. Neuroprotective effects of methyl-3-O-methyl gallate against sodium fluoride-induced oxidative stress in the brain of rats. Cell Mol Neurobiol 2013;33(2):261-267.

Nagant de Deuxchaisnes C, Devogelaer JP, Depresseux G, et al. Treatment of the vertebral crush fracture syndrome with enteric-coated sodium fluoride tablets and calcium supplements. J Bone Miner Res 1990;5 Suppl 1:S5-26.

Nagatsugi F, Inoue F, Sasaki S, et al. 18F-labeled octanoates as potential agents for cerebral fatty acid studies. The influence of 4-substitution and the fluorine position on biodistribution. Chem Pharm Bull (Tokyo) 1995;43(4):607-615.

Nagren K, Halldin C, Swahn CG, et al. [11C]metaraminol, a false neurotransmitter: preparation, metabolite studies and positron emission tomography examination in monkey. Nucl Med Biol 1996;23(3):221-227.

U.S. EXHIBIT 505.0257

Naguib M, Daoud W, el-Gammal M, et al. Enzymatic antagonism of mivacurium-induced neuromuscular blockade by human plasma cholinesterase. Anesthesiology 1995;83(4):694-701.

Nagy JI, Senba E. Neural relations of cremaster motoneurons, spinal cord systems and the genitofemoral nerve in the rat. Brain Res Bull 1985;15(6):609-627.

Naidu GM, Rahamthullah SA, Kopuri RK, et al. Prevalence and self perception of Dental Fluorosis among 15 year old school children in Prakasham district of south India. J Int Oral Health 2013;5(6):67-71.

Nainar SM, Mohummed S. Diet counseling during the infant oral health visit. Pediatr Dent 2004;26(5):459-462.

Nakagawa M, Matsuya S, Shiraishi T, et al. Effect of fluoride concentration and pH on corrosion behavior of titanium for dental use. J Dent Res 1999;78(9):1568-1572.

Nakagawa M, Matsuya S, Udoh K. Corrosion behavior of pure titanium and titanium alloys in fluoride-containing solutions. Dent Mater J 2001;20(4):305-314.

Nakagawa M, Matsuya S, Udoh K. Effects of fluoride and dissolved oxygen concentrations on the corrosion behavior of pure titanium and titanium alloys. Dent Mater J 2002;21(2):83-92.

Nakamoto T, Rawls HR. Fluoride Exposure in Early Life as the Possible Root Cause of Disease In Later Life. J Clin Pediatr Dent 2018;42(5):325-330.

Nakano M, Brewer CF, Kasumi T, et al. Steric course of the hydrolysis of alpha,alpha-trehalose and alpha-D-glucosyl fluoride catalyzed by pig kidney trehalase. Carbohydr Res 1989;194:139-144.

Narayanaswamy M, Piler MB. Effect of maternal exposure of fluoride on biometals and oxidative stress parameters in developing CNS of rat. Biol Trace Elem Res 2010;133(1):71-82.

Narsimha A, Sudarshan V. Drinking water pollution with respective of fluoride in the semi-arid region of Basara, Nirmal district, Telangana State, India. Data Brief 2018;16:752-757.

Naveed M, BiBi J, Kamboh AA, et al. Pharmacological values and therapeutic properties of black tea (Camellia sinensis): A comprehensive overview. Biomed Pharmacother 2018;100:521-531.

Nawn G, Vezzu K, Negro E, et al. Structural analyses of blended Nafion/PVDF electrospun nanofibers. Phys Chem Chem Phys 2019;21(20):10357-10369.

Nazita Y, Jaafar N, Doss JG, et al. Attitudes towards the use of fluorides for oral health among Islamic clerics in Kelantan Province, Malaysia. Community Dent Health 2013;30(1):30-33.

Neidell M, Herzog K, Glied S. The association between community water fluoridation and adult tooth loss. Am J Public Health 2010;100(10):1980-1985.

Neiderud J, Birkhed D, Neiderud AM. Dental health and dietary habits in Greek immigrant children in southern Sweden compared with Swedish and rural Greek children. Swed Dent J 1991;15(4):187-196.

Neilson JR, Kurzman JA, Seshadri R, et al. Ordering double perovskite hydroxides by kinetically controlled aqueous hydrolysis. Inorg Chem 2011;50(7):3003-3009.

Nelson JD, Spencer SM, Blake CE, et al. Elevating Oral Health Interprofessional Practice Among Pediatricians Through a Statewide Quality Improvement Learning Collaborative. J Public Health Manag Pract 2018;24(3):e19-e24.

U.S. EXHIBIT 505.0258

Neugebauer U, Clement JH, Bocklitz T, et al. Identification and differentiation of single cells from peripheral blood by Raman spectroscopic imaging. J Biophotonics 2010;3(8-9):579-587.

Newbrun E, Hoover C, Mettraux G, et al. Comparison of dietary habits and dental health of subjects with hereditary fructose intolerance and control subjects. J Am Dent Assoc 1980;101(4):619-626.

Newbrun E. The fluoridation war: a scientific dispute or a religious argument? J Public Health Dent 1996;56(5 Spec No):246-252.

Newman ME, Lerer B, Lichtenberg P, et al. Platelet adenylate cyclase activity in depression and after clomipramine and lithium treatment: relation to serotonergic function. Psychopharmacology (Berl) 1992;109(1-2):231-234.

Newton JN, Young N, Verne J, et al. Water fluoridation and hypothyroidism: results of this study need much more cautious interpretation. J Epidemiol Community Health 2015;69(7):617-618.

Newton JN, Verne J, Dancox M, et al. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? Comments on the authors' response to earlier criticism. J Epidemiol Community Health 2017;71(4):315-316.

Ni D, Shen Z, Zhang J, et al. Integrating Anatomic and Functional Dual-Mode Magnetic Resonance Imaging: Design and Applicability of a Bifunctional Contrast Agent. ACS Nano 2016;10(3):3783-3790.

Nichols EL, Nichols VN. Human milk: nutritional resource. Prog Clin Biol Res 1981;61:109-146.

Nicholson JW. Chemistry of glass-ionomer cements: a review. Biomaterials 1998;19(6):485-494.

Niedermoser S, Chin J, Wangler C, et al. In Vivo Evaluation of (1)(8)F-SiFAlin-Modified TATE: A Potential Challenge for (6)(8)Ga-DOTATATE, the Clinical Gold Standard for Somatostatin Receptor Imaging with PET. J Nucl Med 2015;56(7):1100-1105.

Niknahad H, Khan S, Sood C, et al. Prevention of cyanide-induced cytotoxicity by nutrients in isolated rat hepatocytes. Toxicol Appl Pharmacol 1994;128(2):271-279.

Nishioka K, Dobkin AB. [New fluoride inhalation anesthetic. Ethrane (Compound 347)]. Masui 1969;18(8):680-684.

Nishiyama T, Nagase M, Tamai H, et al. [Effects of inorganic fluoride, inhalation time and dosage of sevoflurane on renal function during sevoflurane anesthesia of long duration]. Masui 1994;43(12):1846-1850.

Nishiyama T, Toda N. Correlation between renal function and pharmacokinetic parameters of inorganic fluoride following sevoflurane anesthesia. J Anesth 1995;9(2):125-128.

Nishiyama T, Hanaoka K. Inorganic fluoride kinetics and renal and hepatic function after repeated sevoflurane anesthesia. Anesth Analg 1998;87(2):468-473.

Niu R, Sun Z, Cheng Z, et al. Decreased learning ability and low hippocampus glutamate in offspring rats exposed to fluoride and lead. Environ Toxicol Pharmacol 2009;28(2):254-258.

Niu R, Liu S, Wang J, et al. Proteomic analysis of hippocampus in offspring male mice exposed to fluoride and lead. Biol Trace Elem Res 2014;162(1-3):227-233.

Niu Q. Overview of the Relationship Between Aluminum Exposure and Health of Human Being. Adv Exp Med Biol 2018;1091:1-31.

U.S. EXHIBIT 505.0259

Nkpaa KW, Onyeso GI. Rutin attenuates neurobehavioral deficits, oxidative stress, neuro-inflammation and apoptosis in fluoride treated rats. Neurosci Lett 2018;682:92-99.

Nordstrom A, Birkhed D. Attitudes and behavioural factors relating to toothbrushing and the use of fluoride toothpaste among caries-active Swedish adolescents - a questionnaire study. Acta Odontol Scand 2017;75(7):483-487.

Normark S. Social indicators of dental caries among Sierra Leonean schoolchildren. Scand J Dent Res 1993;101(3):121-129.

Northup JK, Sternweis PC, Gilman AG. The subunits of the stimulatory regulatory component of adenylate cyclase. Resolution, activity, and properties of the 35,000-dalton (beta) subunit. J Biol Chem 1983;258(18):11361-11368.

Nourjah P, Horowitz AM, Wagener DK. Factors associated with the use of fluoride supplements and fluoride dentifrice by infants and toddlers. J Public Health Dent 1994;54(1):47-54.

NTP. Systematic literature review on the effects of fluoride on learning and memory in animal studies. NTP Research Report. Research Triangle Park, North Carolina: National Toxicology Program (NTP), 2016.

NTP. Protocol for systematic review of effects of fluoride exposure on neurodevelopment Research Triangle Park, North Carolina: National Toxicology Program (NTP), 2017.

Nyman JS, Reyes M, Wang X. Effect of ultrastructural changes on the toughness of bone. Micron 2005;36(7-8):566-582.

Oberwagner W, Sauer T, Hermann A, et al. Drug-induced endovesiculation of erythrocytes is modulated by the dynamics in the cytoskeleton/membrane interaction. Blood Cells Mol Dis 2017;64:15-22.

O'Connell J, Rockell J, Ouellet J, et al. Costs And Savings Associated With Community Water Fluoridation In The United States. Health Aff (Millwood) 2016;35(12):2224-2232.

Oettinger HF, Pasqualini R, Bernfield M. Recombinant peptides as immunogens: a comparison of protocols for antisera production using the pGEX system. Biotechniques 1992;12(4):544-549.

Ognibene M, Vanni C, Blengio F, et al. Identification of a novel mouse Dbl proto-oncogene splice variant: evidence that SEC14 domain is involved in GEF activity regulation. Gene 2014;537(2):220-229.

Oh HJ, Oh HW, Lee DW, et al. Chronologic Trends in Studies on Fluoride Mechanisms of Action. J Dent Res 2017;96(12):1353-1360.

Oka H. [Xanthine oxidoreductase activity in rat brain tissue: the changes after decapitation]. No To Shinkei 1989;41(6):575-581.

Okuji S, Kitazawa H, Takeda Y. Time of flight-secondary ion mass spectrometry analysis of protein adsorption on a polyvinylidene difluoride surface modified by ion irradiation. Colloids Surf B Biointerfaces 2016;148:249-254.

Olguin MT, Deng S. Ce-Fe-modified zeolite-rich tuff to remove Ba(2+)-like (226)Ra(2+) in presence of As(V) and F(-) from aqueous media as pollutants of drinking water. J Hazard Mater 2016;302:341-350.

Oliphant RC, Sharpe K, Smith MM, et al. A Longitudinal Study of Lung Function in Non-asthmatic Workers in an Aluminum Smelter. Int J Occup Environ Health 1997;3(1):13-19.

U.S. EXHIBIT 505.0260

Oliveira BH, Salazar M, Carvalho DM, et al. Biannual fluoride varnish applications and caries incidence in preschoolers: a 24-month follow-up randomized placebo-controlled clinical trial. Caries Res 2014;48(3):228-236.

Olsen GW, Church TR, Larson EB, et al. Serum concentrations of perfluorooctanesulfonate and other fluorochemicals in an elderly population from Seattle, Washington. Chemosphere 2004;54(11):1599-1611.

Onda K, LoBuglio J, Bartram J. Global access to safe water: accounting for water quality and the resulting impact on MDG progress. Int J Environ Res Public Health 2012;9(3):880-894.

Oremek GM, Gerstmeier F, Sauer-Eppel H, et al. Pre-analytical problems in the measurement of tumor type pyruvate kinase (tumor M2-PK). Anticancer Res 2003;23(2A):1127-1130.

O'Rourke CA, Attrill M, Holloway PJ. Cost appraisal of a fluoride tablet programme to Manchester primary schoolchildren. Community Dent Oral Epidemiol 1988;16(6):341-344.

Osborne MA, Eddleston JM, McNicoll W. Inorganic fluoride concentration after long-term sedation with isoflurane. Intensive Care Med 1996;22(7):677-682.

Osso D, Tinanoff N, Romberg E, et al. Relationship of naturally occurring fluoride in Carroll County, Maryland to aquifers, well depths, and fluoride supplementation prescribing behaviors. J Dent Hyg 2008;82(1):10.

Ostlund A, Linnarsson D, Lind F, et al. Relative narcotic potency and mode of action of sulfur hexafluoride and nitrogen in humans. J Appl Physiol (1985) 1994;76(1):439-444.

Ou-Yang W, Weis M, Lee K, et al. Dipolar electrostatic energy effect on relaxation process of monolayers at air-water interface: analysis of thermodynamics and kinetics. J Chem Phys 2009;131(24):244709.

Oweis RR, Levy SM, Eichenberger-Gilmore JM, et al. Fluoride intake and cortical and trabecular bone characteristics in adolescents at age 17: A prospective cohort study. Community Dent Oral Epidemiol 2018;46(6):527-534.

Owens J, Addy M, Faulkner J, et al. A short-term clinical study design to investigate the chemical plaque inhibitory properties of mouthrinses when used as adjuncts to toothpastes: applied to chlorhexidine. J Clin Periodontol 1997;24(10):732-737.

Oz M, Jaligam V, Galadari S, et al. The endogenous cannabinoid, anandamide, inhibits dopamine transporter function by a receptor-independent mechanism. J Neurochem 2010;112(6):1454-1464.

Pakhomov GN, Ivanova K, Moller IJ, et al. Dental caries-reducing effects of a milk fluoridation project in Bulgaria. J Public Health Dent 1995;55(4):234-237.

Palmeira VF, Kneipp LF, Alviano CS, et al. The major chromoblastomycosis fungal pathogen, Fonsecaea pedrosoi, extracellularly releases proteolytic enzymes whose expression is modulated by culture medium composition: implications on the fungal development and cleavage of key's host structures. FEMS Immunol Med Microbiol 2006;46(1):21-29.

Pandey GN, Ren X, Pandey SC, et al. Hyperactive phosphoinositide signaling pathway in platelets of depressed patients: effect of desipramine treatment. Psychiatry Res 2001;105(1-2):23-32.

Pang X, Li D, Peng A. Application of rare-earth elements in the agriculture of China and its environmental behavior in soil. Environ Sci Pollut Res Int 2002;9(2):143-148.

U.S. EXHIBIT 505.0261

Pang M, Liu D, Lei Y, et al. Rare-earth-doped bifunctional alkaline-earth metal fluoride nanocrystals via a facile microwave-assisted process. Inorg Chem 2011;50(12):5327-5329.

Pant N, Srivastava SP. Testicular and spermatotoxic effect of nitrate in mice. Hum Exp Toxicol 2002;21(1):37-41.

Papadopoulou F, Ntoulia A, Siomou E, et al. Contrast-enhanced voiding urosonography with intravesical administration of a second-generation ultrasound contrast agent for diagnosis of vesicoureteral reflux: prospective evaluation of contrast safety in 1,010 children. Pediatr Radiol 2014;44(6):719-728.

Papastoitsis G, Siman R, Scott R, et al. Identification of a metalloprotease from Alzheimer's disease brain able to degrade the beta-amyloid precursor protein and generate amyloidogenic fragments. Biochemistry 1994;33(1):192-199.

Pappalardo G. [Dental caries and the morbidity and mortality index in populations with endemic fluorosis]. Minerva Stomatol 1977;26(2):53-61.

Park JY, Byun HJ, Choi WH, et al. Cement paste column for simultaneous removal of fluoride, phosphate, and nitrate in acidic wastewater. Chemosphere 2008;70(8):1429-1437.

Park S, Lim D, Seo Y, et al. Incorporation of ammonium fluoride into clathrate hydrate lattices and its significance in inhibiting hydrate formation. Chem Commun (Camb) 2015;51(42):8761-8764.

Parkins FM, Tinanoff N, Moutinho M, et al. Relationships of human plasma fluoride and bone fluoride to age. Calcif Tissue Res 1974;16(4):335-338.

Parnell C, O'Mullane D. After-brush rinsing protocols, frequency of toothpaste use: fluoride and other active ingredients. Monogr Oral Sci 2013;23:140-153.

Partanen S. Alkaline fixation-resistant acid phosphatases in human tissues: histochemical evidence for a new type of acid phosphatase in endothelial, endometrial and neuronal sites. Histochem J 2001;33(7):387-395.

Pasqualetti S, Panteghini M. Clinical impact of glycolysis inhibition on plasma glucose results requires caution. Ann Clin Biochem 2017;54(2):302-303.

Patel SS, Goa KL. Sevoflurane. A review of its pharmacodynamic and pharmacokinetic properties and its clinical use in general anaesthesia. Drugs 1996;51(4):658-700.

Patel J, Durey A, Hearn L, et al. Oral health interventions in Australian Aboriginal communities: a review of the literature. Aust Dent J 2017;62(3):283-294.

Patil DA, Deshmukh PK, Fursule RA, et al. Geochemical studies of fluoride and other water quality parameters of ground water in Dhule region Maharashtra, India. J Nat Sci Biol Med 2010;1(1):9-11.

Paul V, Ekambaram P, Jayakumar AR. Effects of sodium fluoride on locomotor behavior and a few biochemical parameters in rats. Environ Toxicol Pharmacol 1998;6(3):187-191.

Paulus H, Schick J, Poirier JE. Assessment of dynamic surface leaching of monolithic surface road materials. J Environ Manage 2016;176:79-85.

Pecker F, Hanoune J. Activation of epinephrine-sensitive adenylate cyclase in rat liver by cytosolic protein-nucleotide complex. J Biol Chem 1977;252(8):2784-2786.

Peckham S, Lowery D, Spencer S. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. J Epidemiol Community Health 2015;69(7):619-624.

U.S. EXHIBIT 505.0262

Pendrys DG, Stamm JW. Relationship of total fluoride intake to beneficial effects and enamel fluorosis. J Dent Res 1990;69 Spec No:529-538; discussion 556-527.

Pendrys DG. Dental fluorosis in perspective. J Am Dent Assoc 1991;122(9):63-66.

Pendrys DG. The differential diagnosis of fluorosis. J Public Health Dent 1999;59(4):235-238.

Pendrys DG. Fluoride ingestion and oral health. Nutrition 2001;17(11-12):979-980.

Pereira M, Dombrowski PA, Losso EM, et al. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. Neurotox Res 2011;19(1):55-62.

Perez JJ, Francois NJ. Chitosan-starch beads prepared by ionotropic gelation as potential matrices for controlled release of fertilizers. Carbohydr Polym 2016;148:134-142.

Perharic L, Vracko P. Development of national human biomonitoring programme in Slovenia. Int J Hyg Environ Health 2012;215(2):180-184.

Perianes-Cachero A, Burgos-Ramos E, Puebla-Jimenez L, et al. Acute up-regulation of the rat brain somatostatin receptor-effector system by leptin is related to activation of insulin signaling and may counteract central leptin actions. Neuroscience 2013;252:289-301.

Perinetti G, Caputi S, Varvara G. Risk/prevention indicators for the prevalence of dental caries in schoolchildren: results from the Italian OHSAR Survey. Caries Res 2005;39(1):9-19.

Perrella AM, Kiss SJ. Risk perception, psychological heuristics and the water fluoridation controversy. Can J Public Health 2015;106(4):e197-203.

Perrin DM. [(18)F]-Organotrifluoroborates as Radioprosthetic Groups for PET Imaging: From Design Principles to Preclinical Applications. Acc Chem Res 2016;49(7):1333-1343.

Perumal E, Paul V, Govindarajan V, et al. A brief review on experimental fluorosis. Toxicol Lett 2013;223(2):236-251.

Petersen G. [High fluoride content in Greenlandic school children's teeth despite low fluoride content in drinking water]. Tandlaegebladet 1970;74(11):1215-1224.

Petersen PE, Phantumvanit P. Perspectives in the effective use of fluoride in Asia. J Dent Res 2012;91(2):119-121.

Peterson J. Solving the mystery of the Colorado Brown Stain. J Hist Dent 1997;45(2):57-61.

Petterson EO. [Social psychological aspects of the conflict about municipal water fluoridation]. Sver Tandlakarforb Tidn 1970;62(7):330-347.

Petterson EO. Attitudes concerning water fluoridation among Swedish dentists in 1975. Community Dent Oral Epidemiol 1981;9(3):117-121.

Pianou NK, Stavrou PZ, Vlontzou E, et al. More advantages in detecting bone and soft tissue metastases from prostate cancer using (18)F-PSMA PET/CT. Hell J Nucl Med 2019;22(1):6-9.

Piao FY, Xie XK, Yamamoto H, et al. Effect of phenylmethylsulfonyl fluoride administration prior to and following leptophos administration on electrolyte concentration and enzyme activity in hen serum. Environ Health Prev Med 1996;1(1):44-50.

Piau JP, Schapira G. Adenyl cyclase in normal and denervated skeletal muscles. Enzyme 1978;23(1):36-45.

Pierre F, Baruthio F, Diebold F, et al. Effect of different exposure compounds on urinary kinetics of aluminium and fluoride in industrially exposed workers. Occup Environ Med 1995;52(6):396-403.

Pignatti PF, Cavalli-Sforza LL. Serotonin binding proteins from human blood platelets. An experimental model system for studies on properties of synaptic vesicles. Neurobiology 1975;5(1):65-74.

U.S. EXHIBIT 505.0263

Pilinova A, Matejickova E, Lendova E, et al. Orofacial dysfunctions, drinking regimen and quality of life--long-term prospective study. Cent Eur J Public Health 2006;14(4):189-192.

Pitts N, Duckworth RM, Marsh P, et al. Post-brushing rinsing for the control of dental caries: exploration of the available evidence to establish what advice we should give our patients. Br Dent J 2012;212(7):315-320.

Plaka K, Ravindra K, Mor S, et al. Risk factors and prevalence of dental fluorosis and dental caries in school children of North India. Environ Monit Assess 2017;189(1):40.

Pliego JR, Jr., Pilo-Veloso D. Effects of ion-pairing and hydration on the SNAr reaction of the F- with p-chlorobenzonitrile in aprotic solvents. Phys Chem Chem Phys 2008;10(8):1118-1124.

Pocelinko R, Solomon HM. Accumulation of debrisoquin-14C by the human platelet. Biochem Pharmacol 1970;19(3):697-703.

Podgorny PC, McLaren L. Public perceptions and scientific evidence for perceived harms/risks of community water fluoridation: An examination of online comments pertaining to fluoridation cessation in Calgary in 2011. Can J Public Health 2015;106(6):e413-425.

Poinen K, Leung M, Wright AJ, et al. A vexing case of bone pain in a renal transplant recipient: Voriconazole-induced periostitis. Transpl Infect Dis 2018;20(5):e12941.

Poinern GE, Ghosh MK, Ng YJ, et al. Defluoridation behavior of nanostructured hydroxyapatite synthesized through an ultrasonic and microwave combined technique. J Hazard Mater 2011;185(1):29-37.

Poklis A, Mackell MA. Disposition of fluoride in a fatal case of unsuspected sodium fluoride poisoning. Forensic Sci Int 1989;41(1-2):55-59.

Pokorna S, Jurkiewicz P, Vazdar M, et al. Does fluoride disrupt hydrogen bond network in cationic lipid bilayer? Time-dependent fluorescence shift of Laurdan and molecular dynamics simulations. J Chem Phys 2014;141(22):22D516.

Polakoff PL, Busch KA, Okawa MT. Urinary fluoride levels in polytetrafluoroethylene fabricators. Am Ind Hyg Assoc J 1974;35(2):99-106.

Polet H. Endocytosed non-histone proteins translocate in part to the nucleus in lymphocytes. Exp Cell Res 1986;166(2):455-464.

Pollick HF. Concerns about water fluoridation, IQ, and osteosarcoma lack credible evidence. Int J Occup Environ Health 2006;12(1):91-94.

Pollo FE, Grenat PR, Otero MA, et al. Assessment in situ of genotoxicity in tadpoles and adults of frog Hypsiboas cordobae (Barrio 1965) inhabiting aquatic ecosystems associated to fluorite mine. Ecotoxicol Environ Saf 2016;133:466-474.

Pollo FE, Grenat PR, Salinas ZA, et al. Evaluation in situ of genotoxicity and stress in South American common toad Rhinella arenarum in environments related to fluorite mine. Environ Sci Pollut Res Int 2017;24(22):18179-18187.

Popp W, Vahrenholz C, Schmieding W, et al. Investigations of the frequency of DNA strand breakage and cross-linking and of sister chromatid exchange in the lymphocytes of electric welders exposed to chromium- and nickel-containing fumes. Int Arch Occup Environ Health 1991;63(2):115-120.

Popruzhenko TV, Terekhova TN. [Fluoride in children saliva with its natural low intake in cases of fluoridated salt or water consumption]. Stomatologiia (Mosk) 2008;87(6):63-66.

U.S. EXHIBIT 505.0264

Portioli C, Pedroni M, Benati D, et al. Citrate-stabilized lanthanide-doped nanoparticles: brain penetration and interaction with immune cells and neurons. Nanomedicine (Lond) 2016;11(23):3039-3051.

Posti JP, Piitulainen JM, Hupa L, et al. A glass fiber-reinforced composite - bioactive glass cranioplasty implant: A case study of an early development stage implant removed due to a late infection. J Mech Behav Biomed Mater 2015;55:191-200.

Postma J, Butterfield PW, Odom-Maryon T, et al. Rural children's exposure to well water contaminants: implications in light of the American Academy of Pediatrics' recent policy statement. J Am Acad Nurse Pract 2011;23(5):258-265.

Pouremad R, Bahk KD, Shen YJ, et al. Quantitative 19F NMR study of trifluorothymidine metabolism in rat brain. NMR Biomed 1999;12(6):373-380.

Poureslami HR, Horri A, Atash R. High fluoride exposure in drinking water: effect on children's IQ, one new report (abstract). Int J Pediatr Dent 2011;21(Suppl 1):47.

Powers JM, Ludema KC, Craig RG. Wear of fluorapatite single crystals. V. Influence of environment on frictional behavior and surface failure. J Dent Res 1973;52(5):1026-1031.

Pozo Devoto VM, Bogetti ME, Fiszer de Plazas S. Developmental and hypoxia-induced cell death share common ultrastructural and biochemical apoptotic features in the central nervous system. Neuroscience 2013;252:190-200.

Prada F, Perin A, Martegani A, et al. Intraoperative contrast-enhanced ultrasound for brain tumor surgery. Neurosurgery 2014;74(5):542-552; discussion 552.

Prasad KS, Amin Y, Selvaraj K. Defluoridation using biomimetically synthesized nano zirconium chitosan composite: kinetic and equilibrium studies. J Hazard Mater 2014;276:232-240.

Prasad VP, Wagner S, Keul P, et al. Synthesis of fluorinated analogues of sphingosine-1-phosphate antagonists as potential radiotracers for molecular imaging using positron emission tomography. Bioorg Med Chem 2014;22(19):5168-5181.

Preslar AT, Tantakitti F, Park K, et al. (19)F Magnetic Resonance Imaging Signals from Peptide Amphiphile Nanostructures Are Strongly Affected by Their Shape. ACS Nano 2016;10(8):7376-7384.

Price J. An immunohistochemical and quantitative examination of dorsal root ganglion neuronal subpopulations. J Neurosci 1985;5(8):2051-2059.

Puche RC, Rigalli A, Bocanera R, et al. A clinical test for calcium absorption in climacteric women. A two tracer, single blood sample procedure with corrections for body size and skeletal turnover. Medicina (B Aires) 1990;50(1):16-20.

Purg M, Elias M, Kamerlin SCL. Similar Active Sites and Mechanisms Do Not Lead to Cross-Promiscuity in Organophosphate Hydrolysis: Implications for Biotherapeutic Engineering. J Am Chem Soc 2017;139(48):17533-17546.

Qing-Feng S, Ying-Peng X, Tian-Tong X. Matrix metalloproteinase-9 and p53 involved in chronic fluorosis induced blood-brain barrier damage and neurocyte changes. Arch Med Sci 2019;15(2):457-466.

Quade D. Nonparametric analysis of covariance by matching. Biometrics 1982;38(3):597-611.

Quan JL, Teng BT, Wen XD, et al. Hydrogen fluoride adsorption and reaction on the alpha-Al2O3(0001) surface: a density functional theory study. J Chem Phys 2012;136(11):114701.

U.S. EXHIBIT 505.0265

Quinonez CR, Locker D. Public opinions on community water fluoridation. Can J Public Health 2009;100(2):96-100.

Quinonez C. Dental reform in Israel's National Health Insurance Law has helped children and their families, but what's next? Isr J Health Policy Res 2016;5:54.

Rackoff P. Skeletal fluorosis--a tricky diagnosis. Arthritis Rheumatol 2015;67(10):2701.

Rajerison RM, Butlen D, Jard S. Ontogenic development of antidiuretic hormone receptors in rat kidney: comparison of hormonal binding and adenylate cyclase activation. Mol Cell Endocrinol 1976;4(4):271-285.

Ramberg CF, Jr., Phang JM, Mayer GP, et al. Inhibition of calcium absorption and elevation of calcium removal rate from bone in fluoride-treated calves. J Nutr 1970;100(8):981-989.

Ramezani G, Valaie N, Rakhshan V. The effect of water fluoride concentration on dental caries and fluorosis in five Iran provinces: A multi-center two-phase study. Dent Res J (Isfahan) 2015;12(1):31-37.

Rami-Mark C, Zhang MR, Mitterhauser M, et al. [18F]FMeNER-D2: reliable fully-automated synthesis for visualization of the norepinephrine transporter. Nucl Med Biol 2013;40(8):1049-1054.

Rami-Mark C, Eberherr N, Berroteran-Infante N, et al. [(18)F]FMeNER-D2: A systematic in vitro analysis of radio-metabolism. Nucl Med Biol 2016;43(8):490-495.

Rango T, Vengosh A, Jeuland M, et al. Biomarkers of chronic fluoride exposure in groundwater in a highly exposed population. Sci Total Environ 2017;596-597:1-11.

Ranjan M, Singh PK, Srivastav AL. A review of bismuth-based sorptive materials for the removal of major contaminants from drinking water. Environ Sci Pollut Res Int 2019.

Rankin SJ, Levy SM, Warren JJ, et al. Relative validity of an FFQ for assessing dietary fluoride intakes of infants and young children living in Iowa. Public Health Nutr 2011;14(7):1229-1236.

Rankin SJ, Levy SM, Warren JJ, et al. Fluoride content of solid foods impacts daily intake. J Public Health Dent 2012;72(2):128-134.

Ranpariya VL, Parmar SK, Sheth NR, et al. Neuroprotective activity of Matricaria recutita against fluoride-induced stress in rats. Pharm Biol 2011;49(7):696-701.

Rao RV, Balasubramanian AS. The peptidase activity of human serum butyrylcholinesterase: studies using monoclonal antibodies and characterization of the peptidase. J Protein Chem 1993;12(1):103-110.

Rao NS. High-fluoride groundwater. Environ Monit Assess 2011;176(1-4):637-645.

Rasool K, Mahmoud KA, Johnson DJ, et al. Efficient Antibacterial Membrane based on Two-Dimensional Ti3C2Tx (MXene) Nanosheets. Sci Rep 2017;7(1):1598.

Rastogi A, Bhattacharya A, Prakash M, et al. Utility of PET/CT with fluorine-18-fluorodeoxyglucose-labeled autologous leukocytes for diagnosing diabetic foot osteomyelitis in patients with Charcot's neuroarthropathy. Nucl Med Commun 2016;37(12):1253-1259.

Raugei S, Klein ML. On the quantum nature of an excess proton in liquid hydrogen fluoride. Chemphyschem 2004;5(10):1569-1576.

Raviv Y, Bercovici T, Gitler C, et al. Selective photoinduced uncoupling of the response of adenylate cyclase to gonadotropins by 5-iodonaphthyl 1-azide. Biochemistry 1984;23(3):503-508.

67

Raynaud F, Bauvois B, Gerbaud P, et al. Characterization of specific proteases associated with the surface of human skin fibroblasts, and their modulation in pathology. J Cell Physiol 1992;151(2):378-385.

Ream LJ, Principato R. Glycogen accumulation in the parathyroid gland of the rat after fluoride ingestion. Cell Tissue Res 1981;220(1):125-130.

Reddy DR, Srikanth RD, Misra M. Fluorosis. Surg Neurol 1998;49(6):635-636.

Reddy PS, Pushpalatha T, Reddy PS. Suppression of male reproduction in rats after exposure to sodium fluoride during early stages of development. Naturwissenschaften 2007;94(7):607-611.

Reddy DR. Neurology of endemic skeletal fluorosis. Neurol India 2009;57(1):7-12.

Reddy KP, Sailaja G, Krishnaiah C. Protective effects of selenium on fluoride induced alterations in certain enzymes in brain of mice. J Environ Biol 2009;30(5 Suppl):859-864.

Reddy YP, Tiwari SK, Shaik AP, et al. Effect of sodium fluoride on neuroimmunological parameters, oxidative stress and antioxidative defenses. Toxicol Mech Methods 2014;24(1):31-36.

Reddy KVS, Mudumba VS, Tokala IM, et al. Ossification of posterior longitudinal ligament and fluorosis. Neurol India 2018;66(5):1394-1399.

Reese JH, Hoss W. Activation of fluoride-stimulated adenylate cyclase by phospholipase A2 in the caudate nucleus of the rat brain. Neurochem Res 1983;8(8):1059-1069.

Reeske G, Bradtmoller G, Schurmann M, et al. Solubilizing sodium fluoride in acetonitrile: synthesis, molecular structure, and complexation behavior of bis(organostannyl)methyl-substituted crown ethers. Chemistry 2007;13(36):10239-10245.

Rees-Roberts D, Mullen LM, Gounaris K, et al. Inactivation of the complement anaphylatoxin C5a by secreted products of parasitic nematodes. Int J Parasitol 2010;40(5):527-532.

Reid PC, Levy SM, Kuthy RA. Dietary fluoride supplements for Missouri's children--the role of the dentist. Mo Dent J 1989;69(2):16-17, 19, 21-12.

Reid MC, Jaffe PR. Gas-phase and transpiration-driven mechanisms for volatilization through wetland macrophytes. Environ Sci Technol 2012;46(10):5344-5352.

Reifsnider E, Dominguez A, Friesenhahn J, et al. Collaboration with city agencies: a winning approach to community assessment. J Nurs Educ 2005;44(7):323-325.

Reinvang I, Espeseth T, Westlye LT. APOE-related biomarker profiles in non-pathological aging and early phases of Alzheimer's disease. Neurosci Biobehav Rev 2013;37(8):1322-1335.

Rerhrhaye W, Bahije L, El Mabrouk K, et al. Degradation of the mechanical properties of orthodontic NiTi alloys in the oral environment: an in vitro study. Int Orthod 2014;12(3):271-280.

Restrepo D, Boyle AG. Stimulation of olfactory receptors alters regulation of [Cai] in olfactory neurons of the catfish (Ictalurus punctatus). J Membr Biol 1991;120(3):223-232.

Riess JG. Fluorinated vesicles. J Drug Target 1994;2(5):455-468.

Rietjens IM, Vervoort J. Bioactivation of 4-fluorinated anilines to benzoquinoneimines as primary reaction products. Chem Biol Interact 1991;77(3):263-281.

Rigalli A, Alloatti R, Puche RC. Measurement of total and diffusible serum fluoride. J Clin Lab Anal 1999;13(4):151-157.

Riley M, Locke AB, Skye EP. Health maintenance in school-aged children: Part II. Counseling recommendations. Am Fam Physician 2011;83(6):689-694.

U.S. EXHIBIT 505.0267

Riley M, Locke AB, Skye EP. Health maintenance in school-aged children: Part I. History, physical examination, screening, and immunizations. Am Fam Physician 2011;83(6):683-688.

Rimon G, Hanski E, Levitzki A. Temperature dependence of beta receptor, adenosine receptor, and sodium fluoride stimulated adenylate cyclase from turkey erythrocytes. Biochemistry 1980;19(19):4451-4460.

Riordan PJ. Perceptions of dental fluorosis. J Dent Res 1993;72(9):1268-1274.

Riordan PJ. Dental fluorosis, dental caries and fluoride exposure among 7-year-olds. Caries Res 1993;27(1):71-77.

Riordan PJ. Fluoride supplements in caries prevention: a literature review and proposal for a new dosage schedule. J Public Health Dent 1993;53(3):174-189.

Risby ED, Hsiao JK, Manji HK, et al. The mechanisms of action of lithium. II. Effects on adenylate cyclase activity and beta-adrenergic receptor binding in normal subjects. Arch Gen Psychiatry 1991;48(6):513-524.

Robertson B, Grant G. Immunocytochemical evidence for the localization of the GM1 ganglioside in carbonic anhydrase-containing and RT 97-immunoreactive rat primary sensory neurons. J Neurocytol 1989;18(1):77-86.

Robertson WH, Diken EG, Price EA, et al. Spectroscopic determination of the OH- solvation shell in the OH-.(H2O)n clusters. Science 2003;299(5611):1367-1372.

Rocha RA, Calatayud M, Devesa V, et al. Evaluation of exposure to fluoride in child population of North Argentina. Environ Sci Pollut Res Int 2017;24(27):22040-22047.

Rocha-Amador D, Navarro ME, Carrizales L, et al. Decreased intelligence in children exposed to fluoride and arsenic in drinking water (abstract). Fluoride 2007;40(4):256-257.

Rockerbie RA, Campbell DJ. Effect of specimen storage and preservation on toxicological analyses of urine. Clin Biochem 1978;11(3):77-81.

Rogalska A, Kuter K, Zelazko A, et al. Fluoride Alteration of [(3)H]Glucose Uptake in Wistar Rat Brain and Peripheral Tissues. Neurotox Res 2017;31(3):436-443.

Roige J, Canet J. [Desflurane: a new inhalation anesthetic]. Rev Esp Anestesiol Reanim 1996;43(7):249-254.

Rojas-Sanchez F, Kelly SA, Drake KM, et al. Fluoride intake from foods, beverages and dentifrice by young children in communities with negligibly and optimally fluoridated water: a pilot study. Community Dent Oral Epidemiol 1999;27(4):288-297.

Romero V, Norris FJ, Rios JA, et al. [The impact of tap water fluoridation on human health]. Rev Med Chil 2017;145(2):240-249.

Romundstad P, Haldorsen T, Andersen A. Cancer incidence and cause specific mortality among workers in two Norwegian aluminum reduction plants. Am J Ind Med 2000;37(2):175-183.

Rosa-Neto P, Wangler B, Iovkova L, et al. [18F]SiFA-isothiocyanate: a new highly effective radioactive labeling agent for lysine-containing proteins. Chembiochem 2009;10(8):1321-1324.

Rosen EB, Tomar SL. Perceived oral health status and unmet dental needs among adults in Union County. Todays FDA 2008;20(5):16-19.

Rosenblatt A, Zarzar P. Breast-feeding and early childhood caries: an assessment among Brazilian infants. Int J Paediatr Dent 2004;14(6):439-445.

Rosenfeld RD, Zeni L, Haniu M, et al. Purification and identification of brain-derived neurotrophic factor from human serum. Protein Expr Purif 1995;6(4):465-471.

69

Rossano MG, Mansfield LS, Kaneene JB, et al. Improvement of western blot test specificity for detecting equine serum antibodies to Sarcocystis neurona. J Vet Diagn Invest 2000;12(1):28-32.

Rotering S, Franke K, Zessin J, et al. Convenient recycling and reuse of bombarded [(1)(8)O]H(2)O for the production and the application of [(1)(8)F]F(-). Appl Radiat Isot 2015;101:44-52.

Rothen M, Cunha-Cruz J, Zhou L, et al. Oral hygiene behaviors and caries experience in Northwest PRECEDENT patients. Community Dent Oral Epidemiol 2014;42(6):526-535.

Rotton J, Tikofsky RS, Feldman HT. Behavioral effects of chemicals in drinking water. J Appl Psychol 1982;67(2):230-238.

Roussat N, Mehu J, Abdelghafour M, et al. Leaching behaviour of hazardous demolition waste. Waste Manag 2008;28(11):2032-2040.

Rouzade ML, Anton P, Fioramonti J, et al. Reduction of the nociceptive response to gastric distension by nitrate ingestion in rats. Aliment Pharmacol Ther 1999;13(9):1235-1241.

Rubin CH, Noji EK, Seligman PJ, et al. Evaluating a fluorosis hazard after a volcanic eruption. Arch Environ Health 1994;49(5):395-401.

Ruder C, Sauter T, Becker T, et al. Viability, proliferation and adhesion of smooth muscle cells and human umbilical vein endothelial cells on electrospun polymer scaffolds. Clin Hemorheol Microcirc 2012;50(1-2):101-112.

Rudolph MJ. Water fluoridation. Urban Health Newsl 1997(32):29-33.

Rugg-Gunn AJ, Hackett AF, Appleton DR, et al. The water intake of 405 Northumbrian adolescents aged 12-14 years. Br Dent J 1987;162(9):335-340.

Rugg-Gunn AJ, Villa AE, Buzalaf MR. Contemporary biological markers of exposure to fluoride. Monogr Oral Sci 2011;22:37-51.

Rumi G, Cataldi L, Loizzo S, et al. [Fluoride levels in mother's milk]. Stomatol Mediterr 1991;11(1):47-50.

Rumiantsev GI, Novikov SM, Levchenko NI, et al. [Experimental study of toxic properties of silicon tetrafluoride]. Gig Sanit 1991(5):31-33.

Rusjan PM, Wilson AA, Bloomfield PM, et al. Quantitation of translocator protein binding in human brain with the novel radioligand [18F]-FEPPA and positron emission tomography. J Cereb Blood Flow Metab 2011;31(8):1807-1816.

Russ TC, Killin LOJ, Hannah J, et al. Aluminium and fluoride in drinking water in relation to later dementia risk. Br J Psychiatry 2019:1-6.

Rustagi N, Rathore AS, Meena JK, et al. Neglected health literacy undermining fluorosis control efforts: A pilot study among schoolchildren in an endemic village of rural Rajasthan, India. J Family Med Prim Care 2017;6(3):533-537.

Rwenyonyi CM, Birkeland JM, Haugejorden O, et al. Dental caries among 10- to 14-year-old children in Ugandan rural areas with 0.5 and 2.5 mg fluoride per liter in drinking water. Clin Oral Investig 2001;5(1):45-50.

Ryhanen SJ, Saily VM, Kinnunen PK. Cationic lipid membranes-specific interactions with counter-ions. J Phys Condens Matter 2006;18(28):S1139-1150.

Ryu OH, Choi SJ, Firatli E, et al. Proteolysis of macrophage inflammatory protein-1alpha isoforms LD78beta and LD78alpha by neutrophil-derived serine proteases. J Biol Chem 2005;280(17):17415-17421.

U.S. EXHIBIT 505.0269

Ryu YH, Liow JS, Zoghbi S, et al. Disulfiram inhibits defluorination of (18)F-FCWAY, reduces bone radioactivity, and enhances visualization of radioligand binding to serotonin 5-HT1A receptors in human brain. J Nucl Med 2007;48(7):1154-1161.

Saana SB, Fosu SA, Sebiawu GE, et al. Assessment of the quality of groundwater for drinking purposes in the Upper West and Northern regions of Ghana. Springerplus 2016;5(1):2001.

Saba W, Peyronneau MA, Dolle F, et al. Difficulties in dopamine transporter radioligand PET analysis: the example of LBT-999 using [18F] and [11C] labelling Part I: PET studies. Nucl Med Biol 2012;39(2):227-233.

Sabour S, Ghorbani Z. Developmental fluoride neurotoxicity: clinical importance versus statistical significance. Environ Health Perspect 2013;121(3):A70.

Saemundsson SR, Slade GD, Spencer AJ, et al. The basis for clinicians' caries risk grouping in children. Pediatr Dent 1997;19(5):331-338.

Saftoiu A, Dietrich CF, Vilmann P. Contrast-enhanced harmonic endoscopic ultrasound. Endoscopy 2012;44(6):612-617.

Sagoschen I. [Dermal and inhalation poisoning. Rare guests in our intensive care units?]. Med Klin Intensivmed Notfmed 2013;108(6):476-483.

Saigal N, Pichika R, Easwaramoorthy B, et al. Synthesis and biologic evaluation of a novel serotonin 5-HT1A receptor radioligand, 18F-labeled mefway, in rodents and imaging by PET in a nonhuman primate. J Nucl Med 2006;47(10):1697-1706.

Sakai T, Takaori M. Biodegradation of halothane, enflurane and methoxyflurane. Br J Anaesth 1978;50(8):785-791.

Sakai H, Watanabe A, Fujita A, et al. Augmented bronchial smooth muscle contractility induced by aqueous cigarette smoke extract in rats. J Smooth Muscle Res 2014;50:39-47.

Sakizadeh M, Ahmadpour E, Sharafabadi FM. Spatial analysis of chromium in southwestern part of Iran: probabilistic health risk and multivariate global sensitivity analysis. Environ Geochem Health 2019.

Sala J, Guardia E, Marti J. Specific ion effects in aqueous eletrolyte solutions confined within graphene sheets at the nanometric scale. Phys Chem Chem Phys 2012;14(30):10799-10808.

Salesse R, Garnier J, Daveloose D. Modulation of adenylate cyclase activity by the physical state of pigeon erythrocyte membrane. 2. Fluidity-controlled coupling between the subunits of the adenylate cyclase system. Biochemistry 1982;21(7):1587-1590.

Salinas M, Fernandez T. Effects of chronic ingestion of alcohol in the pregnant rat on catecholamine-sensitive adenylate cyclase in the brain of mothers and their offspring. Neuropharmacology 1983;22(11):1283-1288.

Saltiel AR, Powel-Jones CH, Thomas CG, Jr., et al. Thyrotropin receptor-adenylate cyclase function in human thyroid neoplasms. Cancer Res 1981;41(6):2360-2365.

Sami E, Vichayanrat T, Satitvipawee P. Caries with Dental Fluorosis and Oral Health Behaviour Among 12-Year School Children in Moderate-Fluoride Drinking Water Community in Quetta, Pakistan. J Coll Physicians Surg Pak 2016;26(9):744-747.

Sampaio FC, Levy SM. Systemic fluoride. Monogr Oral Sci 2011;22:133-145.

Sanchez Campos S, Alza NP, Salvador GA. Lipid metabolism alterations in the neuronal response to A53T alpha-synuclein and Fe-induced injury. Arch Biochem Biophys 2018;655:43-54.

71

Sanchez-Yague J, Cabezas JA, Llanillo M. Subcellular distribution and characterization of acetylcholinesterase activities from sheep platelets: relationships between temperature-dependence and environment. Blood 1990;76(4):737-744.

Sandberg JA, Murphey LJ, Olsen GD. Pharmacokinetics and metabolism of cocaine in maternal and fetal guinea pigs. Neurotoxicology 1995;16(1):169-177.

Sandin J, Nylander I, Silberring J. Metabolism of beta-endorphin in plasma studied by liquid chromatography-electrospray ionization mass spectrometry. Regul Pept 1998;73(1):67-72.

Sano H, Omine K, Prabhakaran M, et al. Groundwater fluoride removal using modified mesoporous dung carbon and the impact of hydrogen-carbonate in borehole samples. Ecotoxicol Environ Saf 2018;165:232-242.

Santoro S, Vidorreta I, Coelhoso I, et al. Experimental Evaluation of the Thermal Polarization in Direct Contact Membrane Distillation Using Electrospun Nanofiber Membranes Doped With Molecular Probes. Molecules 2019;24(3).

Saridin CP, Raijmakers PG, Kloet RW, et al. No signs of metabolic hyperactivity in patients with unilateral condylar hyperactivity: an in vivo positron emission tomography study. J Oral Maxillofac Surg 2009;67(3):576-581.

Sarkozi K, Horvath E, Vezer T, et al. Behavioral and general effects of subacute oral arsenic exposure in rats with and without fluoride. Int J Environ Health Res 2015;25(4):418-431.

Sarvestani NN, Khodagholi F, Ansari N, et al. Involvement of p-CREB and phase II detoxifying enzyme system in neuroprotection mediated by the flavonoid calycopterin isolated from Dracocephalum kotschyi. Phytomedicine 2013;20(10):939-946.

Sato H, Hashimoto A, Yamagiwa J. [Pathological features of Osmose poisoning in the cow--neuro-pathological observation]. Nihon Juigaku Zasshi 1971;33(2):89-105.

Savolainen H. Isolation and separation of proteoglycans. J Chromatogr B Biomed Sci Appl 1999;722(1-2):255-262.

Sawicki LM, Lutje S, Baraliakos X, et al. Dual-phase hybrid (18) F-Fluoride Positron emission tomography/MRI in ankylosing spondylitis: Investigating the link between MRI bone changes, regional hyperaemia and increased osteoblastic activity. J Med Imaging Radiat Oncol 2018;62(3):313-319.

Sax JK. Biotechnology and Consumer Decision-Making. Seton Hall Law Rev 2017;47(2):433-486.

Saxegaard E. Alkali solubility of calcium fluoride pre-exposed to inorganic orthophosphate at pH 6.8. Acta Odontol Scand 1988;46(6):361-363.

Saxegaard E, Lagerlof F, Rolla G. Dissolution of calcium fluoride in human saliva. Acta Odontol Scand 1988;46(6):355-359.

Saxena S, Sahay A, Goel P. Effect of fluoride exposure on the intelligence of school children in Madhya Pradesh, India. Fluoride 2014;47(1):92.

Sayyedan FS, Fathi M, Edris H, et al. Fluoride release and bioactivity evaluation of glass ionomer: Forsterite nanocomposite. Dent Res J (Isfahan) 2013;10(4):452-459.

Schallig HD, Sassen MJ, Hordijk PL, et al. Trichobilharzia ocellata: influence of infection on the fecundity of its intermediate snail host Lymnaea stagnalis and cercarial induction of the release of schistosomin, a snail neuropeptide antagonizing female gonadotropic hormones. Parasitology 1991;102 Pt 1:85-91.

U.S. EXHIBIT 505.0271

Scheffler RM, Paringer L. A review of the economic evidence on prevention. Med Care 1980;18(5):473-484.

Schelper RL, Adrian EK, Jr. Non-specific esterase activity in reactive cells in injured nervous tissue labeled with 3H-thymidine or 125iododeoxyuridine injected before injury. J Comp Neurol 1980;194(4):829-844.

Scherzer T, Barker JC, Pollick H, et al. Water consumption beliefs and practices in a rural Latino community: implications for fluoridation. J Public Health Dent 2010;70(4):337-343.

Scheuerman EH. Suicide by exposure to sulfuryl fluoride. J Forensic Sci 1986;31(3):1154-1158.

Schindler E, Hempelmann G. [Perfusion and metabolism of liver and splanchnic nerve area under sevoflurane anesthesia]. Anaesthesist 1998;47 Suppl 1:S19-23.

Schmidt CW, Funke U. [Renal fluoride secretion following the drinking of black tea]. Z Arztl Fortbild (Jena) 1984;78(9):365-367.

Schmidt CW, Leuschke W. [Pseudofluorosis: psychologic aspects of environmental pollution]. Dtsch Med Wochenschr 1990;115(38):1436-1437.

Schmidt H, Schwenzer NF, Bezrukov I, et al. On the quantification accuracy, homogeneity, and stability of simultaneous positron emission tomography/magnetic resonance imaging systems. Invest Radiol 2014;49(6):373-381.

Schneider M, Broillet A, Tardy I, et al. Use of intravital microscopy to study the microvascular behavior of microbubble-based ultrasound contrast agents. Microcirculation 2012;19(3):245-259.

Scholler K, Baumann L, Hegemann D, et al. Preparation of light-responsive membranes by a combined surface grafting and postmodification process. J Vis Exp 2014(85).

Scholz LM, Kopittke PM, Menzies NW, et al. Use of fluoride-containing water for the irrigation of soil-plant systems. J Agric Food Chem 2015;63(19):4737-4745.

Schreyer AG, Landfried K, Jung EM, et al. Contrast-enhanced ultrasound for differential diagnosis of suspected GvHD in patients after allogeneic transplantation. Clin Hemorheol Microcirc 2011;49(1-4):129-136.

Schulze W, Will-Shahab L. [Behavior of adenylate cyclase in ischemic and necrotic myocardial tissue]. Acta Histochem Suppl 1984;30:157-165.

Schwarz E, Hansen ER. Public attitudes concerning water fluoridation in Denmark. Community Dent Oral Epidemiol 1976;4(5):182-185.

Schwarz D, Kuhne P, Dominok B, et al. [Alimentary intake of fluorides of artificially fed infants and effect on enamel tissue]. Z Gesamte Hyg 1990;36(12):646-648.

Schwarz E, Lo EC. Oral health and dental care in Hong Kong. Int Dent J 1995;45(3):169-176.

Schwendicke F, Doost F, Hopfenmuller W, et al. Dental caries, fluorosis, and oral health behavior of children from Herat, Afghanistan. Community Dent Oral Epidemiol 2015;43(6):521-531.

Scott RE. Effects of prostaglandins, epinephrine and NaF on human leukocyte, platelet and liver adenyl cyclase. Blood 1970;35(4):514-516.

Sebe F, Nishikawa K, Koga Y. Spectrum of excess partial molar absorptivity. Part II: a near infrared spectroscopic study of aqueous Na-halides. Phys Chem Chem Phys 2012;14(13):4433-4439.

Seetohul LN, De Paoli G, Drummond G, et al. Nefopam Hydrochloride: A Fatal Overdose. J Anal Toxicol 2015;39(6):486-489.

Segal W. Nutrition and family practice. Aust Fam Physician 1977;6(2):129-143.

73

Seitz RJ, Neuen-Jacob E, Wechsler W. Significance of lymphocytes and blood vessel changes for edema formation in polyradiculoneuritis. Acta Neuropathol 1988;76(6):564-573.

Selvaraj M, Rajalakshmi K, Nam YS, et al. On-off-on relay fluorescence recognition of ferric and fluoride ions based on indicator displacement in living cells. Anal Chim Acta 2019;1066:112-120.

Seo Y, Moon D, Lee C, et al. Equilibrium, Kinetics, and Spectroscopic Studies of SF6 Hydrate in NaCl Electrolyte Solution. Environ Sci Technol 2015;49(10):6045-6050.

Serwint JR, Mungo R, Negrete VF, et al. Child-rearing practices and nursing caries. Pediatrics 1993;92(2):233-237.

Seth PK, Bahl OP. Human choriogonadotropin-induced coupling of receptor and Gs protein and the effect of hormone deglycosylation. Mol Cell Endocrinol 1991;80(1-3):105-114.

Sgan-Cohen HD, Saadi S, Weissman A. Dental knowledge and attitudes among Arab schoolteachers in northern Israel. Int Dent J 1999;49(5):269-274.

Shaffer JR, Polk DE, Feingold E, et al. Demographic, socioeconomic, and behavioral factors affecting patterns of tooth decay in the permanent dentition: principal components and factor analyses. Community Dent Oral Epidemiol 2013;41(4):364-373.

Shaffer JR, Carlson JC, Stanley BO, et al. Effects of enamel matrix genes on dental caries are moderated by fluoride exposures. Hum Genet 2015;134(2):159-167.

Shah FA, Brauer DS, Wilson RM, et al. Influence of cell culture medium composition on in vitro dissolution behavior of a fluoride-containing bioactive glass. J Biomed Mater Res A 2014;102(3):647-654.

Shalini B, Sharma JD. Beneficial Effects of Emblica officinalis on Fluoride-induced Toxicity on Brain Biochemical Indexes and Learning-memory in Rats. Toxicol Int 2015;22(1):35-39.

Shamolina TA, Drachev VA, Svedas VK. Activity of penicillin acylase from E. coli in the reversed-micelle system AOT--H2O--octane. Biochemistry (Mosc) 1999;64(10):1186-1195.

Shan KR, Qi XL, Long YG, et al. Decreased nicotinic receptors in PC12 cells and rat brains influenced by fluoride toxicity--a mechanism relating to a damage at the level in post-transcription of the receptor genes. Toxicology 2004;200(2-3):169-177.

Shanklin DR. Cellular magnesium acquisition: an anomaly in embryonic cation homeostasis. Exp Mol Pathol 2007;83(2):224-240.

Shao Q, Wang Y, Guan Z. [Influence of free radical inducer on the level of oxidative stress in brain of rats with fluorosis]. Zhonghua Yu Fang Yi Xue Za Zhi 2000;34(6):330-332.

Shao QL, Wang YN, Li LW, et al. Initial study of cognitive function impairment as caused by chronic fluorosis. Chin J Endemiol 2003;22(4):336-338.

Shao Q, Huang L, Zhou J, et al. Molecular simulation study of temperature effect on ionic hydration in carbon nanotubes. Phys Chem Chem Phys 2008;10(14):1896-1906.

Sharma CM, Khandelwal DC, Kumawat BL, et al. Neurological picture. Fluorotic cervical myelopathy. J Neurol Neurosurg Psychiatry 2008;79(9):1021.

Sharma C, Suhalka P, Bhatnagar M. Curcumin and resveratrol rescue cortical-hippocampal system from chronic fluoride-induced neurodegeneration and enhance memory retrieval. Int J Neurosci 2018:1-15.

Shearer TR, Suttie JW. The effect of dietary fluoride on plasma free amino acid concentrations in the rat. Proc Soc Exp Biol Med 1971;138(2):661-664.

Sheiham A. Changing trends in dental caries. Int J Epidemiol 1984;13(2):142-147.

74

Shekar BR, Suma S, Kumar S, et al. Malocclusion status among 15 years old adolescents in relation to fluoride concentration and area of residence. Indian J Dent Res 2013;24(1):1-7.

Shen C, Autio-Gold J. Assessing fluoride concentration uniformity and fluoride release from three varnishes. J Am Dent Assoc 2002;133(2):176-182.

Shen QF, Li HN, Xu TT, et al. [Damage of blood brain barrier of spinal cord in rats with chronic fluorosis]. Zhonghua Yi Xue Za Zhi 2012;92(33):2357-2361.

Shen B, Park JH, Hjornevik T, et al. Radiosynthesis and First-In-Human PET/MRI Evaluation with Clinical-Grade [(18)F]FTC-146. Mol Imaging Biol 2017;19(5):779-786.

Sheng J, Tang K, Cheng W, et al. Controllable solvothermal synthesis and photocatalytic properties of complex (oxy)fluorides K2TiOF4, K3TiOF5, K7Ti4O4F7 and K2TiF6. J Hazard Mater 2009;171(1-3):279-287.

Sheppard MC. Therapeutic progress--review VII. The medical treatment of Paget's disease. J Clin Hosp Pharm 1983;8(1):35-44.

Shetty HU, Zoghbi SS, Simeon FG, et al. Radiodefluorination of 3-fluoro-5-(2-(2-[18F](fluoromethyl)-thiazol-4-yl)ethynyl)benzonitrile ([18F]SP203), a radioligand for imaging brain metabotropic glutamate subtype-5 receptors with positron emission tomography, occurs by glutathionylation in rat brain. J Pharmacol Exp Ther 2008;327(3):727-735.

Shim JJ, Lee JW, Jeon MH, et al. Recurrent surgical site infection of the spine diagnosed by dual (18)F-NaF-bone PET/CT with early-phase scan. Skeletal Radiol 2016;45(9):1313-1316.

Shima S, Okeyama N, Oikawa S, et al. Effects of chronic propranolol treatment on hepatic adenylate cyclase system in the rat. J Toxicol Sci 1987;12(3):309-319.

Shinkai M, Takayanagi I, Kato T. Contrasting effects of tachykinins and guanethidine on the acetylcholine output stimulated by nicotine from guinea-pig bladder [corrected]. Br J Pharmacol 1991;103(1):1191-1195.

Shinkai M, Takayanagi I. Effect of tachykinins on the acetylcholine output stimulated by nicotine from guinea-pig bladder. Regul Pept 1993;46(1-2):399-401.

Shivaprakash PK, Ohri K, Noorani H. Relation between dental fluorosis vs. IQ of chidlren of Bagalkot District, India (abstract). Fluoride 2011;44(4):260-261.

Shore D, Wyatt RJ. Aluminum and Alzheimer's disease. J Nerv Ment Dis 1983;171(9):553-558.

Shore D, Sprague SM, Mayor GH, et al. Aluminum-fluoride complexes: preclinical studies. J Environ Pathol Toxicol Oncol 1985;6(1):9-13.

Sibalic M, Perovic S. [Iodine and fluorine content in the drinking and surface waters in Serbia]. Glas Belgrad Hig Inst NR Srb 1954;3(1-2):64-73.

Sidhu SK, Watson TF. Resin-modified glass ionomer materials. A status report for the American Journal of Dentistry. Am J Dent 1995;8(1):59-67.

Siegel HN, Lukas RJ. Morphological and biochemical differentiation of the human medulloblastoma cell line TE671. Brain Res Dev Brain Res 1988;44(2):269-280.

Sigman ME, Armstrong PA, Macinnis JM, et al. Equilibrium partitioning model applied to RDX-halide adduct formation in electrospray ionization mass spectrometry. Anal Chem 2005;77(22):7434-7441.

Sikaris K. The correlation of hemoglobin A1c to blood glucose. J Diabetes Sci Technol 2009;3(3):429-438.

U.S. EXHIBIT 505.0274

Silverman AJ, Knigge KM, Peck WA. Transport capacity of median eminence. I. Amino acid transport. Neuroendocrinology 1972;9(2):123-132.

Silverman JD, Kruger L. Lectin and neuropeptide labeling of separate populations of dorsal root ganglion neurons and associated "nociceptor" thin axons in rat testis and cornea whole-mount preparations. Somatosens Res 1988;5(3):259-267.

Silverman JD, Kruger L. Selective neuronal glycoconjugate expression in sensory and autonomic ganglia: relation of lectin reactivity to peptide and enzyme markers. J Neurocytol 1990;19(5):789-801.

Silversin J, Kornacki MJ. Acceptance of preventive measures by individuals, institutions and communities. Int Dent J 1984;34(3):170-176.

Simeon FG, Brown AK, Zoghbi SS, et al. Synthesis and simple 18F-labeling of 3-fluoro-5-(2-(2-(fluoromethyl)thiazol-4-yl)ethynyl)benzonitrile as a high affinity radioligand for imaging monkey brain metabotropic glutamate subtype-5 receptors with positron emission tomography. J Med Chem 2007;50(14):3256-3266.

Simeon-Rudolf V, Kovarik Z, Skrinjaric-Spoljar M, et al. An explanation for the different inhibitory characteristics of human serum butyrylcholinesterase phenotypes deriving from inhibition of atypical heterozygotes. Chem Biol Interact 1999;119-120:159-164.

Simon C, Klein ML. Ab initio molecular dynamics simulation of a water-hydrogen fluoride equimolar mixture. Chemphyschem 2005;6(1):148-153.

Singer L, Armstrong WD, Lavender DR. Fluoride levels of plasma and cerebrospinal fluid. J Dent Res 1967;46(2):455.

Singer L, Armstrong WD, Ophaug RH. Effects of acute fluoride intoxication on rats. Proc Soc Exp Biol Med 1978;157(3):363-368.

Singh YN, Inman WD, Johnson A, et al. Studies on the muscle-paralyzing components of the juice of the banana plant. Arch Int Pharmacodyn Ther 1993;324:105-113.

Singh A, Trivedi DR. 'Naked-eye' detection of biologically important anions in aqueous media by colorimetric receptor and its real life applications. Spectrochim Acta A Mol Biomol Spectrosc 2017;179:95-103.

Sissons J, Alsam S, Goldsworthy G, et al. Identification and properties of proteases from an Acanthamoeba isolate capable of producing granulomatous encephalitis. BMC Microbiol 2006;6:42.

Sjaheim T, Kongerud J, Soyseth V. Blood eosinophils in workers with aluminum potroom asthma are increased to higher levels in non-smokers than in smokers. Am J Ind Med 2007;50(6):443-448.

Sjogren B. Fluoride exposure and respiratory symptoms in welders. Int J Occup Environ Health 2004;10(3):310-312.

Sjolander A, Gronroos E, Hammarstrom S, et al. Leukotriene D4 and E4 induce transmembrane signaling in human epithelial cells. Single cell analysis reveals diverse pathways at the G-protein level for the influx and the intracellular mobilization of Ca2+. J Biol Chem 1990;265(34):20976-20981.

Skillman SM, Doescher MP, Mouradian WE, et al. The challenge to delivering oral health services in rural America. J Public Health Dent 2010;70 Suppl 1:S49-57.

Skinner J, Johnson G, Blinkhorn A, et al. Factors associated with dental caries experience and oral health status among New South Wales adolescents. Aust N Z J Public Health 2014;38(5):485-489.

U.S. EXHIBIT 505.0275

Skirboll LR, Standaert FG, Dretchen KL. Effects of calcium on a cyclic nucleotide system in soleus motor nerve terminals. Eur J Pharmacol 1979;54(3):295-298.

Slack-Smith L, Colvin L, Leonard H, et al. Factors associated with dental admissions for children aged under 5 years in Western Australia. Arch Dis Child 2009;94(7):517-523.

Slack-Smith L, Colvin L, Leonard H, et al. Dental admissions in children under two years--a total-population investigation. Child Care Health Dev 2013;39(2):253-259.

Slade GD, Bailie RS, Roberts-Thomson K, et al. Effect of health promotion and fluoride varnish on dental caries among Australian Aboriginal children: results from a community-randomized controlled trial. Community Dent Oral Epidemiol 2011;39(1):29-43.

Slade GD, Sanders AE, Do L, et al. Effects of fluoridated drinking water on dental caries in Australian adults. J Dent Res 2013;92(4):376-382.

Slayton RL, Warren JJ, Levy SM, et al. Frequency of reported dental visits and professional fluoride applications in a cohort of children followed from birth to age 3 years. Pediatr Dent 2002;24(1):64-68.

Smart EJ, Ying YS, Anderson RG. Hormonal regulation of caveolae internalization. J Cell Biol 1995;131(4):929-938.

Smith ME. Neutral protease activity in lymphocytes of Lewis rats with acute experimental allergic encephalomyelitis. Neurochem Res 1979;4(6):689-702.

Soderholm KJ. Filler leachability during water storage of six composite materials. Scand J Dent Res 1990;98(1):82-88.

Sojka B, Kociolek D, Banski M, et al. Effects of surface functionalization of hydrophilic NaYF4 nanocrystals doped with Eu(3+) on glutamate and GABA transport in brain synaptosomes. J Nanopart Res 2017;19(8):275.

Sonbul H, Merdad K, Birkhed D. The effect of a modified fluoride toothpaste technique on buccal enamel caries in adults with high caries prevalence: a 2-year clinical trial. Community Dent Health 2011;28(4):292-296.

Sonego IL, Huber AC, Mosler HJ. Does the implementation of hardware need software? A longitudinal study on fluoride-removal filter use in Ethiopia. Environ Sci Technol 2013;47(22):12661-12668.

Song Z, Wang L, Hou S. A study of the chemiluminescence behavior of myoglobin with luminol and its analytical applications. Anal Bioanal Chem 2004;378(2):529-535.

Song R, Xia G, Xing X, et al. Modification of polymorphisms in polyvinylidene fluoride thin films via water and hydrated salt. J Colloid Interface Sci 2013;401:50-57.

Song E, Wang J, Shi J, et al. Highly Efficient and Thermally Stable K3AlF6:Mn(4+) as a Red Phosphor for Ultra-High-Performance Warm White Light-Emitting Diodes. ACS Appl Mater Interfaces 2017;9(10):8805-8812.

Song R, Yang S, Xu H, et al. Adsorption Behavior and Mechanism for the Uptake of Fluoride Ions by Reed Residues. Int J Environ Res Public Health 2018;15(1).

Sorensen LK, Hasselstrom JB. A hydrophilic interaction liquid chromatography electrospray tandem mass spectrometry method for the simultaneous determination of gamma-hydroxybutyrate and its precursors in forensic whole blood. Forensic Sci Int 2012;222(1-3):352-359.

Sorvari R. Effects of various sport drink modifications on dental caries and erosion in rats with controlled eating and drinking pattern. Proc Finn Dent Soc 1989;85(1):13-20.

Sowa AR, Brooks AF, Shao X, et al. Development of Positron Emission Tomography Radiotracers for the GABA Transporter 1. ACS Chem Neurosci 2018;9(11):2767-2773.

U.S. EXHIBIT 505.0276

Spencer GR, el-Sayed FI, Kroening GH, et al. Effects of fluoride, calcium, and phosphorus on porcine bone. Am J Vet Res 1971;32(11):1751-1774.

Spencer H, Osis D, Kramer L, et al. Effect of calcium and phosphorus on fluoride metabolism in man. J Nutr 1975;105(6):733-740.

Spencer AJ, Bailie R, Jamieson L. The Strong Teeth Study; background, rationale and feasibility of fluoridating remote Indigenous communities. Int Dent J 2010;60(3 Suppl 2):250-256.

Spencer AJ, Liu P, Armfield JM, et al. Preventive benefit of access to fluoridated water for young adults. J Public Health Dent 2017;77(3):263-271.

Spencer AJ, Do LG, Mueller U, et al. Understanding Optimum Fluoride Intake from Population-Level Evidence. Adv Dent Res 2018;29(2):144-156.

Spencer KF, Limeback H. Blood is thicker than water: Flaws in a National Toxicology Program study. Med Hypotheses 2018;121:160-163.

Spittle B. Psychopharmacology of fluoride: a review. Int Clin Psychopharmacol 1994;9(2):79-82.

Splieth CH, Christiansen J, Foster Page LA. Caries Epidemiology and Community Dentistry: Chances for Future Improvements in Caries Risk Groups. Outcomes of the ORCA Saturday Afternoon Symposium, Greifswald, 2014. Part 1. Caries Res 2016;50(1):9-16.

Sriraman NK, Patrick PA, Hutton K, et al. Children's drinking water: parental preferences and implications for fluoride exposure. Pediatr Dent 2009;31(4):310-315.

Stabeli RG, Amui SF, Sant'Ana CD, et al. Bothrops moojeni myotoxin-II, a Lys49-phospholipase A2 homologue: an example of function versatility of snake venom proteins. Comp Biochem Physiol C Toxicol Pharmacol 2006;142(3-4):371-381.

Staberg M, Noren JG, Johnson M, et al. Parental attitudes and experiences of dental care in children and adolescents with ADHD--a questionnaire study. Swed Dent J 2014;38(2):93-100.

Stanec Z, Halambek J, Maldini K, et al. Titanium Ions Release from an Innovative Titanium-Magnesium Composite: an in Vitro Study. Acta Stomatol Croat 2016;50(1):40-48.

Stankowska DL, Mueller BH, 2nd, Oku H, et al. Neuroprotective effects of inhibitors of Acid-Sensing ion channels (ASICs) in optic nerve crush model in rodents. Curr Eye Res 2018;43(1):84-95.

Stare FJ. Nutritional problems of affluent populations. S Afr Med J 1972;46(42):1575-1579.

Stefanis L, Troy CM, Qi H, et al. Inhibitors of trypsin-like serine proteases inhibit processing of the caspase Nedd-2 and protect PC12 cells and sympathetic neurons from death evoked by withdrawal of trophic support. J Neurochem 1997;69(4):1425-1437.

Steyn DG. CHRONIC FLUORINE POISONING CAUSED BY THE DRINKING OF SUBTERRANEAN WATERS CONTAINING EXCESSIVE QUANTITIES OF FLUORINE. Public Health 1963;63:34-38.

Still CN. Aluminum neurotoxicity and Alzheimer's disease. J S C Med Assoc 1994;90(11):560-564.

Stivaktakis P, Vlastos D, Giannakopoulos E, et al. Differential micronuclei induction in human lymphocyte cultures by imidacloprid in the presence of potassium nitrate. ScientificWorldJournal 2010;10:80-89.

Stookey GK. Current status of caries prevention. Compend Contin Educ Dent 2000;21(10A):862-867; quiz 868.

U.S. EXHIBIT 505.0277

Strosznajder J, Strosznajder RP. Guanine nucleotides and fluoride enhance carbachol-mediated arachidonic acid release from phosphatidylinositol. Evidence for involvement of GTP-binding protein in phospholipase A2 activation. J Lipid Mediat 1989;1(4):217-229.

Strothkamp KG, Lippard SJ. Anion binding to the four-copper form of bovine erythrocyte superoxide dismutase: Mechanistic implications. Biochemistry 1981;20(26):7488-7493.

Su C, Wang Y, Xie X, et al. An isotope hydrochemical approach to understand fluoride release into groundwaters of the Datong Basin, Northern China. Environ Sci Process Impacts 2015;17(4):791-801.

Su L, Zhang Z, Xiong Y. Water dispersed two-dimensional ultrathin Fe(iii)-modified covalent triazine framework nanosheets: peroxidase like activity and colorimetric biosensing applications. Nanoscale 2018;10(43):20120-20125.

Sudarshan V, Narsimha A, Das SVG. Geochemical behavior of fluoride-rich groundwater in Markapur, Andhra Pradesh, South India. Data Brief 2018;18:87-95.

Sueda ST. Hawaii's epidemic dental decay rate in children. Hawaii Dent J 2008;39(4):10-14, 16; quiz 21.

Suga S, Wada K, Taki Y, et al. Iron concentration in teeth of Tetra-odontiform fishes and its phylogenetic significance. J Dent Res 1989;68(6):1115-1123.

Sun Z, Niu R, Su K, et al. Effects of sodium fluoride on hyperactivation and $Ca2+$ signaling pathway in sperm from mice: an in vivo study. Arch Toxicol 2010;84(5):353-361.

Sun Y, Yu M, Liang S, et al. Fluorine-18 labeled rare-earth nanoparticles for positron emission tomography (PET) imaging of sentinel lymph node. Biomaterials 2011;32(11):2999-3007.

Sun Z, Zhang Y, Xue X, et al. Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. Hum Exp Toxicol 2018;37(1):87-93.

Suridjan I, Pollock BG, Verhoeff NP, et al. In-vivo imaging of grey and white matter neuroinflammation in Alzheimer's disease: a positron emission tomography study with a novel radioligand, [18F]-FEPPA. Mol Psychiatry 2015;20(12):1579-1587.

Susheela AK, Bhatnagar M. Reversal of fluoride induced cell injury through elimination of fluoride and consumption of diet rich in essential nutrients and antioxidants. Mol Cell Biochem 2002;234-235(1-2):335-340.

Susheela AK, Mondal NK, Tripathi N, et al. Early diagnosis and complete recovery from fluorosis through practice of interventions. J Assoc Physicians India 2014;62(7):572-579.

Swartz MM, Linn DM, Linn CL. Tropisetron as a neuroprotective agent against glutamate-induced excitotoxicity and mechanisms of action. Neuropharmacology 2013;73:111-121.

Szekely M, Banoczy J, Fazakas Z, et al. A comparison of two methods for the evaluation of the daily urinary fluoride excretion in Romanian pre-school children. Community Dent Health 2008;25(1):23-27.

Szyperska A, Machoy Z, Machalinski B. [Interactions of aluminofluoride complexes (ALFx) with high-energy compounds (ADP, ATP) as revealed by molecular modeling]. Ann Acad Med Stetin 2006;52 Suppl 1:103-107.

Tabakoff B, Hoffman PL, Lee JM, et al. Differences in platelet enzyme activity between alcoholics and nonalcoholics. N Engl J Med 1988;318(3):134-139.

U.S. EXHIBIT 505.0278

Tabatabaei-Moghaddam H, Sano Y, Mammen S. A case study in creating oral health messages for rural low-income families: a comparison to the cultural appropriateness framework. Health Promot Pract 2014;15(5):646-653.

Taivainen T, Tiainen P, Meretoja OA, et al. Comparison of the effects of sevoflurane and halothane on the quality of anaesthesia and serum glutathione transferase alpha and fluoride in paediatric patients. Br J Anaesth 1994;73(5):590-595.

Tajiri N, Acosta S, Glover LE, et al. Intravenous grafts of amniotic fluid-derived stem cells induce endogenous cell proliferation and attenuate behavioral deficits in ischemic stroke rats. PLoS One 2012;7(8):e43779.

Tajiri N, Kaneko Y, Shinozuka K, et al. Stem cell recruitment of newly formed host cells via a successful seduction? Filling the gap between neurogenic niche and injured brain site. PLoS One 2013;8(9):e74857.

Takeuti ML, Marquezan M, Rodrigues CR, et al. Inhibition of demineralization adjacent to tooth-colored restorations in primary teeth after 2 in vitro challenges. J Dent Child (Chic) 2007;74(3):209-214.

Takizawa S, Takeda T, Wongrueng A, et al. Child-education program for the reduction of health risks due to fluoride in water sources in the Chiang Mai Basin, Thailand. Water Sci Technol 2010;61(9):2391-2397.

Talbot NC, Worku M, Paape MJ, et al. Continuous cultures of macrophages derived from the 8-day epiblast of the pig. In Vitro Cell Dev Biol Anim 1996;32(9):541-549.

Talenti M. [Fluorine in the water supply of Rome and several other Italian cities]. Rass Odontotec 1954;35(3):232-234.

Tam LE, McComb D, Pulver F. Physical properties of proprietary light-cured lining materials. Oper Dent 1991;16(6):210-217.

Tan HY, Loke WK, Tan YT, et al. A lab-on-a-chip for detection of nerve agent sarin in blood. Lab Chip 2008;8(6):885-891.

Tan ML, Zhang M, Li F, et al. A three-dimensional printed electromembrane extraction device for capillary electrophoresis. J Chromatogr A 2019;1595:215-220.

Tanaka Y, Matsuwaki T, Yamanouchi K, et al. Increased lysosomal biogenesis in activated microglia and exacerbated neuronal damage after traumatic brain injury in progranulin-deficient mice. Neuroscience 2013;250:8-19.

Tang S, Wang W, Chen X, et al. Fluoridized iron phosphate as a novel adsorbent for selective separation/isolation of cytochrome c. Anal Bioanal Chem 2011;401(10):3283-3292.

Tang W, Kovalsky P, Cao B, et al. Investigation of fluoride removal from low-salinity groundwater by single-pass constant-voltage capacitive deionization. Water Res 2016;99:112-121.

Tang Y, Deng J, Li W, et al. Water-Soluble Sericin Protein Enabling Stable Solid-Electrolyte Interphase for Fast Charging High Voltage Battery Electrode. Adv Mater 2017;29(33).

Tao MM, Liu F, Xue LX. Poly(vinylidene fluoride) membranes by an ultrasound assisted phase inversion method. Ultrason Sonochem 2013;20(1):232-238.

Tao M, Xue L, Liu F, et al. An intelligent superwetting PVDF membrane showing switchable transport performance for oil/water separation. Adv Mater 2014;26(18):2943-2948.

Tao F, Zhang Y, Yin K, et al. Copper Sulfide-Based Plasmonic Photothermal Membrane for High-Efficiency Solar Vapor Generation. ACS Appl Mater Interfaces 2018.

Tapsoba H, Deschamps JP. [Promotion of orodental health in adolescents in Africa]. Promot Educ 1997;4(4):26-28.

80

Tarvonen PL, Sipila K, Ri YS, et al. Awareness of and compliance with healthy oral habits reported by children and their parents in Democratic People's Republic of Korea after a preventive programme. Acta Odontol Scand 2016;74(7):525-531.

Tasaki I, Singer I, Takenaka T. Effects of internal and external ionic environment on excitability of squid giant axon. A macromolecular approach. J Gen Physiol 1965;48(6):1095-1123.

Tattersall SF, Pereira RP, Hunter D, et al. Lung distensibility and airway function in intermediate alpha 1-antitrypsin deficiency (Pi MZ). Thorax 1979;34(5):637-646.

Tayanin GL, Ramanathan J, Bratthall D. Caries prevalence and some caries related factors for 12 year-old children from Vientiane and Luang Prabang provinces in Lao People's Democratic Republic. Odontostomatol Trop 2002;25(98):19-26.

Teixeira AK, Bezerra de Menezes LM, Dias AA, et al. [Analysis of protection or risk factors for dental fluorosis in 6 to 8 year-old children in Fortaleza, Brazil]. Rev Panam Salud Publica 2010;28(6):421-428.

Temesvari P, Abraham CS, Speer CP, et al. Escherichia coli 0111 B4 lipopolysaccharide given intracisternally induces blood-brain barrier opening during experimental neonatal meningitis in piglets. Pediatr Res 1993;34(2):182-186.

Teng Y, Zhang J, Zhang Z, et al. The Effect of Chronic Fluorosis on Calcium Ions and CaMKIIalpha, and c-fos Expression in the Rat Hippocampus. Biol Trace Elem Res 2018;182(2):295-302.

Tentscher PR, Arey JS. On the nature of interactions of radicals with polar molecules. J Phys Chem A 2013;117(47):12560-12568.

Terrin ML. Individual subject random assignment is the preferred means of evaluating behavioral lifestyle modification. Control Clin Trials 1997;18(6):500-505; discussion 514-506.

Teutli-Sequeira A, Solache-Rios M, Martinez-Miranda V, et al. Comparison of aluminum modified natural materials in the removal of fluoride ions. J Colloid Interface Sci 2014;418:254-260.

Thankamony RL, Li X, Fan X, et al. Preparation of Highly Porous Polymer Membranes with Hierarchical Porous Structures via Spinodal Decomposition of Mixed Solvents with UCST Phase Behavior. ACS Appl Mater Interfaces 2018.

Thenmozhi M, Suguna K, Sekar C. Influence of sodium fluoride (NaF) on the crystallization and spectral properties of L-tyrosine. Spectrochim Acta A Mol Biomol Spectrosc 2011;84(1):37-42.

Theriault GP, Tremblay CG, Armstrong BG. Risk of ischemic heart disease among primary aluminum production workers. Am J Ind Med 1988;13(6):659-666.

Thomas HA, Ling N, Wei ET, et al. Novel anti-inflammatory undecapeptides that contain anisolyated glutamic acid derivatives. J Pharmacol Exp Ther 1993;267(3):1321-1326.

Thompson JS, Kostiala AA. Immunological and ultrastructural characterization of true histiocytic lymphoma in the northern pike, Esox lucius L. Cancer Res 1990;50(17 Suppl):5668S-5670S.

Thylstrup A, Fejerskov O. Clinical appearance of dental fluorosis in permanent teeth in relation to histologic changes. Community Dent Oral Epidemiol 1978;6(6):315-328.

Tian P, Peng F, Wang D, et al. Corrosion behavior and cytocompatibility of fluoride-incorporated plasma electrolytic oxidation coating on biodegradable AZ31 alloy. Regen Biomater 2017;4(1):1-10.

81

Tian M, Liu F, Liu H, et al. Grape seed procyanidins extract attenuates Cisplatin-induced oxidative stress and testosterone synthase inhibition in rat testes. Syst Biol Reprod Med 2018;64(4):246-259.

Tian Y, Xiao Y, Wang B, et al. Vitamin E and lycopene reduce coal burning fluorosis-induced spermatogenic cell apoptosis via oxidative stress-mediated JNK and ERK signaling pathways. Biosci Rep 2018;38(4).

Tiano AV, Moimaz SA, Saliba O, et al. Dental caries prevalence in children up to 36 months of age attending daycare centers in municipalities with different water fluoride content. J Appl Oral Sci 2009;17(1):39-44.

Till C. Fluoride Canadian neurotoxicity studies. R21 ES027044-01, R21 ES027044-02, and R21 ES027044-02S1. 2010-2012.

Tipre DN, Zoghbi SS, Liow JS, et al. PET imaging of brain 5-HT1A receptors in rat in vivo with 18F-FCWAY and improvement by successful inhibition of radioligand defluorination with miconazole. J Nucl Med 2006;47(2):345-353.

Todor DR, Lewis I, Bruno G, et al. Identification of a serum gelatinase associated with the occurrence of cerebral aneurysms as pro-matrix metalloproteinase-2. Stroke 1998;29(8):1580-1583.

Todorovic-Tirnanic M, Kaemmerer D, Prasad V, et al. Intraoperative somatostatin receptor detection after peptide receptor radionuclide therapy with (177)Lu- and (90)Y-DOTATOC (tandem PRRNT) in a patient with a metastatic neuroendocrine tumor. Recent Results Cancer Res 2013;194:487-496.

Torii K, Takasaki Y, Iwata S, et al. Changes in blood osmolarity electrolytes, and metabolites among adult rats treated with a neurotoxic dose of MSG. Life Sci 1981;28(25):2855-2864.

Torres B, Ruoho AE. N-terminus regulation of VMAT2 mediates methamphetamine-stimulated efflux. Neuroscience 2014;259:194-202.

Toth K, Kerek G, Boda K, et al. [Consumption of drinking water by workers in a steel foundry during working hours in Hungary]. SSO Schweiz Monatsschr Zahnheilkd 1977;87(10):997-1003.

Toyota S. [Fluorine content in the urine and in the serum of hydrofluoric acid workers as an index of health administration (author's transl)]. Sangyo Igaku 1979;21(4):335-348.

Tralau T, Meyer-Hoffert U, Schroder JM, et al. Human leukocyte elastase and cathepsin G are specific inhibitors of C5a-dependent neutrophil enzyme release and chemotaxis. Exp Dermatol 2004;13(5):316-325.

Trautner K, Einwag J. Factors influencing the bioavailability of fluoride from calcium-rich, health-food products and CaF2 in man. Arch Oral Biol 1987;32(6):401-406.

Tredwin CJ, Young AM, Abou Neel EA, et al. Hydroxyapatite, fluor-hydroxyapatite and fluorapatite produced via the sol-gel method: dissolution behaviour and biological properties after crystallisation. J Mater Sci Mater Med 2014;25(1):47-53.

Trenin DS, Volodin VV. 20-hydroxyecdysone as a human lymphocyte and neutrophil modulator: In vitro evaluation. Arch Insect Biochem Physiol 1999;41(3):156-161.

Treshchinskii AI, Shplapak IP, Chepkii LP, et al. [Clinical picture and treatment of acute thallium poisoning]. Vrach Delo 1989(3):100-103.

Trivedi N, Mithal A, Gupta SK, et al. Reversible impairment of glucose tolerance in patients with endemic fluorosis. Fluoride Collaborative Study Group. Diabetologia 1993;36(9):826-828.

82

Trochimowicz HJ, Rusch GM, Chiu T, et al. Chronic inhalation toxicity/carcinogenicity study in rats exposed to fluorocarbon 113 (FC-113). Fundam Appl Toxicol 1988;11(1):68-75.

Tsakiris S, Deliconstantinos G. Influence of phosphatidylserine on (Na+ + K+)-stimulated ATPase and acetylcholinesterase activities of dog brain synaptosomal plasma membranes. Biochem J 1984;220(1):301-307.

Tsujikawa K, Kuwayama K, Miyaguchi H, et al. In vitro stability and metabolism of salvinorin A in rat plasma. Xenobiotica 2009;39(5):391-398.

Tsurumoto A, Wright FA, Kitamura T, et al. Cross-cultural comparison of attitudes and opinions on fluorides and fluoridation between Australia and Japan. Community Dent Oral Epidemiol 1998;26(3):182-193.

Tsutsui S, Anada T, Shiwaku Y, et al. Surface reactivity of octacalcium phosphate-derived fluoride-containing apatite in the presence of polyols and fluoride. J Biomed Mater Res B Appl Biomater 2018;106(6):2235-2244.

Tu W, Zhang Q, Liu Y, et al. Fluoride induces apoptosis via inhibiting SIRT1 activity to activate mitochondrial p53 pathway in human neuroblastoma SH-SY5Y cells. Toxicol Appl Pharmacol 2018;347:60-69.

Tu CL, He LL, Cui LF, et al. [Environmental and geochemical behaviors of fluorine and its impacts on ecological environment]. Ying Yong Sheng Tai Xue Bao 2019;30(1):21-29.

Tumshevits ON, Leont'ev VK, Kolesnik AG. [The effectiveness of caries prevention with fluorine during an unfavorable course of pregnancy]. Stomatologiia (Mosk) 1989;68(4):4-6.

Turini P, Kurooka S, Steer M, et al. The action of phenylmethylsulfonyl fluoride on human acetylcholinesterase, chymotyrpsin and trypsin. J Pharmacol Exp Ther 1969;167(1):98-104.

Turssi CP, de Magalhaes CS, Serra MC. Effect of fluoride gels on micromorphology of resin-modified glass-ionomer cements and polyacid-modified resin composites. Quintessence Int 2001;32(7):571-577.

Uceda PR, Sanzone LA, Phillips CL, et al. Fluoride Exposure, Caregiver Education, and Decayed, Missing, Filled Teeth (dmft) in 2-5 year-old English or Spanish Speaking Children. Open Dent J 2013;7:175-180.

Ueno M, Nishi N, Nakagawa T, et al. Immunoreactivity of glucose transporter 5 is located in epithelial cells of the choroid plexus and ependymal cells. Neuroscience 2014;260:149-157.

Uetrecht J, Wood AJ, Phythyon JM, et al. Contrasting effects on halothane hepatotoxicity in the phenobarbital-hypoxia and triiodothyronine model: mechanistic implications. Anesthesiology 1983;59(3):196-201.

Ullberg S, Appelgren LE, Clemedson CJ, et al. A COMPARISON OF THE DISTRIBUTION OF SOME HALIDE IONS IN THE BODY. Biochem Pharmacol 1964;13:407-412.

Usuda K, Kono K, Watanabe T, et al. Hemodialyzability of ionizable fluoride in hemodialysis session. Sci Total Environ 2002;297(1-3):183-191.

Vahidinia Z, Alipour N, Atlasi MA, et al. Gonadal steroids block the calpain-1-dependent intrinsic pathway of apoptosis in an experimental rat stroke model. Neurol Res 2017;39(1):54-64.

Vaidyanathan G, McDougald D, Koumarianou E, et al. Synthesis and evaluation of 4-[18F]fluoropropoxy-3-iodobenzylguanidine ([18F]FPOIBG): A novel 18F-labeled analogue of MIBG. Nucl Med Biol 2015;42(8):673-684.

U.S. EXHIBIT 505.0282

Valentini RF, Vargo TG, Gardella JA, Jr., et al. Electrically charged polymeric substrates enhance nerve fibre outgrowth in vitro. Biomaterials 1992;13(3):183-190.

Valentini RF, Vargo TG, Gardella JA, Jr., et al. Patterned neuronal attachment and outgrowth on surface modified, electrically charged fluoropolymer substrates. J Biomater Sci Polym Ed 1993;5(1-2):13-36.

Valeriano-Zapana JA, Segovia-Cruz FS, Rojas-Hualpa JM, et al. Functional and structural characterization of a new serine protease with thrombin-like activity TLBan from Bothrops andianus (Andean Lancehead) snake venom. Toxicon 2012;59(2):231-240.

van Adrichem RC, van der Lely AJ, Huisman M, et al. Plasma acylated and plasma unacylated ghrelin: useful new biomarkers in patients with neuroendocrine tumors? Endocr Connect 2016;5(4):143-151.

van der Schans MJ, Hulst AG, van der Riet-van Oeveren D, et al. New tools in diagnosis and biomonitoring of intoxications with organophosphorothioates: case studies with chlorpyrifos and diazinon. Chem Biol Interact 2013;203(1):96-102.

van Loveren C, van Palenstein Helderman W. EAPD interim seminar and workshop in Brussels May 9 2015 : Non-invasive caries treatment. Eur Arch Paediatr Dent 2016;17(1):33-44.

van Vliet EA, Otte WM, Wadman WJ, et al. Blood-brain barrier leakage after status epilepticus in rapamycin-treated rats I: Magnetic resonance imaging. Epilepsia 2016;57(1):59-69.

Van Winkle S, Levy SM, Kiritsy MC, et al. Water and formula fluoride concentrations: significance for infants fed formula. Pediatr Dent 1995;17(4):305-310.

Vance CS, Carter CR, Carter RJ, et al. Comparison of Immediate and Delayed Blood Alcohol Concentration Testing. J Anal Toxicol 2015;39(7):538-544.

Vargas G, Yeh TY, Blumenthal DK, et al. Common components of patch-clamp internal recording solutions can significantly affect protein kinase A activity. Brain Res 1999;828(1-2):169-173.

Varner JA, Horvath WJ, Huie CW, et al. Chronic aluminum fluoride administration. I. Behavioral observations. Behav Neural Biol 1994;61(3):233-241.

Varner JA, Horvath WJ, Huie CW, et al. Chronic aluminum fluoride administration. I. Behavioral observations. Behav Neural Biol 1994;61(3):233-241.

Varner JA, Jensen KF, Horvath W, et al. Chronic administration of aluminum-fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. Brain Res 1998;784(1-2):284-298.

Varner JA, Jensen KF, Horvath W, et al. Chronic administration of aluminum-fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. Brain Res 1998;784(1-2):284-298.

Vasant RA, Narasimhacharya AV. Ameliorative effect of tamarind leaf on fluoride-induced metabolic alterations. Environ Health Prev Med 2012;17(6):484-493.

Vaughn HS, Robinson PG. The oral health-related experiences, attitudes and behaviours of the carers of Aboriginal children of Groote Eylandt. Int Dent J 2003;53(3):132-140.

Vernigora AN, Shchetinina NV, Gengin MT. [Activity of PMSF-inhibited carboxypeptidase in brain tissues and regions of the European hedgehog (Erinaceus europaeus)]. Ukr Biokhim Zh (1978) 1997;69(1):87-89.

Verstraete R, Sijbom HF, Joos JJ, et al. Red Mn(4+)-Doped Fluoride Phosphors: Why Purity Matters. ACS Appl Mater Interfaces 2018;10(22):18845-18856.

Viby-Mogensen J. Succinylcholine neuromuscular blockade in subjects heterozygous for abnormal plasma cholinesterase. Anesthesiology 1981;55(3):231-235.

84

Vicenzini E, Puccinelli F, Ricciardi MC, et al. Contrast-enhanced transcranial color-coded duplex sonography versus computed tomography and magnetic resonance angiography in the follow-up of basilar stenting. J Ultrasound Med 2007;26(4):543-546.

Vieira VL, Morsch VM, Lermen CL, et al. ATP and ADP hydrolysis in the kidney and liver of fish, chickens and rats. Comp Biochem Physiol B Biochem Mol Biol 2004;139(4):713-720.

Vignarajah S, Williams GA. Prevalence of dental caries and enamel defects in the primary dentition of Antiguan pre-school children aged 3-4 years including an assessment of their habits. Community Dent Health 1992;9(4):349-360.

Vilca-Quispe A, Ponce-Soto LA, Winck FV, et al. Isolation and characterization of a new serine protease with thrombin-like activity (TLBm) from the venom of the snake Bothrops marajoensis. Toxicon 2010;55(4):745-753.

Villa A, Rosenkranz C, Garrido A. Fluoride absorption from disodium and calcium monofluorophosphates from the gastrointestinal tract of rats. Res Commun Chem Pathol Pharmacol 1993;81(1):53-67.

Villa AE, Guerrero S, Icaza G, et al. Dental fluorosis in Chilean children: evaluation of risk factors. Community Dent Oral Epidemiol 1998;26(5):310-315.

Vinegar A, Seckel CS, Pollard DL, et al. Polychlorotrifluoroethylene (PCTFE) oligomer pharmacokinetics in Fischer 344 rats: development of a physiologically based model. Fundam Appl Toxicol 1992;18(4):504-514.

Viswanathan N, Sundaram CS, Meenakshi S. Sorption behaviour of fluoride on carboxylated cross-linked chitosan beads. Colloids Surf B Biointerfaces 2009;68(1):48-54.

Viswanathan N, Meenakshi S. Development of chitosan supported zirconium(IV) tungstophosphate composite for fluoride removal. J Hazard Mater 2010;176(1-3):459-465.

Volden G. Acid hydrolases in blister fluid. I. Characterization and quantification of acid phosphatase. Br J Dermatol 1978;98(3):273-280.

von Fraunhofer JA, Coffelt MT, Orbell GM. The effects of artificial saliva and topical fluoride treatments on the degradation of the elastic properties of orthodontic chains. Angle Orthod 1992;62(4):265-274.

Vose SC, Holland NT, Eskenazi B, et al. Lysophosphatidylcholine hydrolases of human erythrocytes, lymphocytes, and brain: sensitive targets of conserved specificity for organophosphorus delayed neurotoxicants. Toxicol Appl Pharmacol 2007;224(1):98-104.

Wada O, Manabe S, Iwai H, et al. [Recent progress in the study of analytical methods, toxicity, metabolism and health effects of organotin compounds]. Sangyo Igaku 1982;24(1):24-54.

Wakselman C. [Fluorinated organic compounds: synthesis and biological applications]. Ann Pharm Fr 1999;57(2):108-115.

Wall CH. Oral health status and tradition in Australia. Int Dent J 1984;34(4):271-277.

Wallace CJ, Legett BJ, Retz PA. The influence of mass media on the public's attitude toward fluoridation of drinking water in New Orleans. J Public Health Dent 1975;35(1):40-46.

Wallin RF, Regan BM, Napoli MD, et al. Sevoflurane: a new inhalational anesthetic agent. Anesth Analg 1975;54(6):758-766.

Walls R, Zohoori V, Teasdale L, et al. Compliance with school F-milk and non-F milk intake in 3 to 4 and 6 to 7-year-old children. Community Dent Health 2012;29(2):188-192.

U.S. EXHIBIT 505.0284

Walton RI, Munn AS, Guillou N, et al. Uptake of liquid alcohols by the flexible Fe(III) metal-organic framework MIL-53 observed by time-resolved in situ X-ray diffraction. Chemistry 2011;17(25):7069-7079.

Waluyo I, Huang C, Nordlund D, et al. Increased fraction of low-density structures in aqueous solutions of fluoride. J Chem Phys 2011;134(22):224507.

Wan WM, Cheng F, Jakle F. A borinic acid polymer with fluoride ion- and thermo-responsive properties that are tunable over a wide temperature range. Angew Chem Int Ed Engl 2014;53(34):8934-8938.

Wand GS, Diehl AM, Levine MA, et al. Chronic ethanol treatment increases expression of inhibitory G-proteins and reduces adenylylcyclase activity in the central nervous system of two lines of ethanol-sensitive mice. J Biol Chem 1993;268(4):2595-2601.

Wang HF, Shortland P, Park MJ, et al. Retrograde and transganglionic transport of horseradish peroxidase-conjugated cholera toxin B subunit, wheatgerm agglutinin and isolectin B4 from Griffonia simplicifolia I in primary afferent neurons innervating the rat urinary bladder. Neuroscience 1998;87(1):275-288.

Wang D, Liu W, Liu J, et al. Molecular cloning and characterization of protein phosphatase 2C of vomeronasal sensory epithelium of garter snakes. Arch Biochem Biophys 2002;408(2):184-191.

Wang W, Kong L, Zhao H, et al. Thoracic myelopathy caused by ossification of ligamentum flavum of which fluorosis as an etiology factor. J Orthop Surg Res 2006;1:10.

Wang JQ, Tueckmantel W, Zhu A, et al. Synthesis and preliminary biological evaluation of 3-[(18)F]fluoro-5-(2-pyridinylethynyl)benzonitrile as a PET radiotracer for imaging metabotropic glutamate receptor subtype 5. Synapse 2007;61(12):951-961.

Wang W, Kong L, Zhao H, et al. Thoracic ossification of ligamentum flavum caused by skeletal fluorosis. Eur Spine J 2007;16(8):1119-1128.

Wang SX, Wang ZH, Cheng XT, et al. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin County, Shanxi Province, China (abstract). Fluoride 2007b;40(4):256.

Wang W, Cole RB. Enhanced collision-induced decomposition efficiency and unraveling of fragmentation pathways for anionic adducts of brevetoxins in negative ion electrospray mass spectrometry. Anal Chem 2009;81(21):8826-8838.

Wang H, Liu PX, Guo S, et al. A catheter side wall tactile sensor: design, modeling and experiments. Minim Invasive Ther Allied Technol 2010;19(1):52-60.

Wang HL, Wei JW. Effects of 2-azafluorenones on phosphatidyl-inositol specific phospholipase C activation in c6 glioma cells. Chin J Physiol 2012;55(2):101-107.

Wang X, Willing MC, Marazita ML, et al. Genetic and environmental factors associated with dental caries in children: the Iowa Fluoride Study. Caries Res 2012;46(3):177-184.

Wang L, Miao R, Wang X, et al. Fouling behavior of typical organic foulants in polyvinylidene fluoride ultrafiltration membranes: characterization from microforces. Environ Sci Technol 2013;47(8):3708-3714.

Wang Z, Wu L, Shen B, et al. Highly sensitive and selective cartap nanosensor based on luminescence resonance energy transfer between NaYF4:Yb,Ho nanocrystals and gold nanoparticles. Talanta 2013;114:124-130.

Wang XD, Zhou M, Meng XR, et al. [Adhesion Force Analysis of Protein Fouling of PVDF Ultrafiltration Membrane Using Atomic Force Microscope]. Huan Jing Ke Xue 2015;36(8):2900-2905.

U.S. EXHIBIT 505.0285

Wang Z, Tan L, Pan X, et al. Self-Powered Viscosity and Pressure Sensing in Microfluidic Systems Based on the Piezoelectric Energy Harvesting of Flowing Droplets. ACS Appl Mater Interfaces 2017;9(34):28586-28595.

Wang WK, Lin YX, Xu YJ. Structural and Fluorine Plasma Etching Behavior of Sputter-Deposition Yttrium Fluoride Film. Nanomaterials (Basel) 2018;8(11).

Wang X, Huang D, Cheng B, et al. New insight into the adsorption behaviour of effluent organic matter on organic-inorganic ultrafiltration membranes: a combined QCM-D and AFM study. R Soc Open Sci 2018;5(8):180586.

Wang M, Yang JY, He WY, et al. Vertical distribution of fluorine in farmland soil profiles around phosphorous chemical industry factories. Environ Sci Pollut Res Int 2019;26(1):855-866.

Wang Y, Yu R, Zhu G. Evaluation of Physicochemical Characteristics in Drinking Water Sources Emphasized on Fluoride: A Case Study of Yancheng, China. Int J Environ Res Public Health 2019;16(6).

Wanigasuriya K. Update on uncertain etiology of chronic kidney disease in Sri Lanka's north-central dry zone. MEDICC Rev 2014;16(2):61-65.

Wark JD. Osteoporotic fractures: background and prevention strategies. Maturitas 1996;23(2):193-207.

Warnakulasuriya KA, Balasuriya S, Perera PA. Prevalence of dental fluorosis in four selected schools from different areas in Sri Lanka. Ceylon Med J 1990;35(3):125-128.

Warnakulasuriya S, Harris C, Gelbier S, et al. Fluoride content of alcoholic beverages. Clin Chim Acta 2002;320(1-2):1-4.

Warner DR, Weng G, Yu S, et al. A novel mutation in the switch 3 region of Gsalpha in a patient with Albright hereditary osteodystrophy impairs GDP binding and receptor activation. J Biol Chem 1998;273(37):23976-23983.

Warren JJ, Levy SM. Systemic fluoride. Sources, amounts, and effects of ingestion. Dent Clin North Am 1999;43(4):695-711.

Warren JJ, Levy SM. A review of fluoride dentifrice related to dental fluorosis. Pediatr Dent 1999;21(4):265-271.

Warren JJ, Levy SM. Current and future role of fluoride in nutrition. Dent Clin North Am 2003;47(2):225-243.

Warren JJ, Levy SM, Broffitt B, et al. Considerations on optimal fluoride intake using dental fluorosis and dental caries outcomes--a longitudinal study. J Public Health Dent 2009;69(2):111-115.

Waugh DT, Potter W, Limeback H, et al. Risk Assessment of Fluoride Intake from Tea in the Republic of Ireland and its Implications for Public Health and Water Fluoridation. Int J Environ Res Public Health 2016;13(3).

Waugh DT. Fluoride Exposure Induces Inhibition of Sodium/Iodide Symporter (NIS) Contributing to Impaired Iodine Absorption and Iodine Deficiency: Molecular Mechanisms of Inhibition and Implications for Public Health. Int J Environ Res Public Health 2019;16(6).

Weckstrom K, Papageorgiou AC. Lower consolute boundaries of the nonionic surfactant C8E5 in aqueous alkali halide solutions: an approach to reproduce the effects of alkali halides on the cloud-point temperature. J Colloid Interface Sci 2007;310(1):151-162.

U.S. EXHIBIT 505.0286

Wei N, Dong YT, Deng J, et al. Changed expressions of N-methyl-d-aspartate receptors in the brains of rats and primary neurons exposed to high level of fluoride. J Trace Elem Med Biol 2018;45:31-40.

Weintraub JA, Connolly GN, Lambert CA, et al. What Massachusetts residents know about fluoridation. J Public Health Dent 1985;45(4):240-246.

Weir MD, Moreau JL, Levine ED, et al. Nanocomposite containing CaF(2) nanoparticles: thermal cycling, wear and long-term water-aging. Dent Mater 2012;28(6):642-652.

Weiss B, Crayton JW. Neural and hormonal regulation of pineal adenyl cyclase activity. Adv Biochem Psychopharmacol 1970;3:217-239.

Weiss RM, Vulliemoz Y, Verosky M, et al. Adenylate cyclase and phosphodiesterase activity in rabbit ureter. Invest Urol 1977;15(1):15-18.

Weizmann R, Gur E, Laor N, et al. Platelet adenylate cyclase activity in Israeli victims of Iraqi Scud missile attacks with post-traumatic stress disorder. Psychopharmacology (Berl) 1994;114(3):509-512.

Weston-Price S, Copley V, Smith H, et al. A multi-variable analysis of four factors affecting caries levels among five-year-old children; deprivation, ethnicity, exposure to fluoridated water and geographic region. Community Dent Health 2018;35(4):217-222.

Weyant RJ, Tracy SL, Anselmo TT, et al. Topical fluoride for caries prevention: executive summary of the updated clinical recommendations and supporting systematic review. J Am Dent Assoc 2013;144(11):1279-1291.

Whipple AC. 'Into every home, into every body': organicism and anti-statism in the British anti-fluoridation movement, 1952-1960. 20 Century Br Hist 2010;21(3):330-349.

Whitford GM, Pashley DH, Reynolds KE. Fluoride tissue distribution: short-term kinetics. Am J Physiol 1979;236(2):F141-148.

Whitford GM. The physiological and toxicological characteristics of fluoride. J Dent Res 1990;69 Spec No:539-549; discussion 556-537.

Whitford GM, Whitford JL, Hobbs SH. Appetitive-based learning in rats: lack of effect of chronic exposure to fluoride. Neurotoxicol Teratol 2009;31(4):210-215.

Whittaker M, Berry M. Plasma cholinesterase polymorphism in Down's syndrome. Hum Hered 1977;27(1):52-58.

Wieland DM, Kilbourn MR, Yang DJ, et al. NMDA receptor channels: labeling of MK-801 with iodine-125 and fluorine-18. Int J Rad Appl Instrum A 1988;39(12):1219-1225.

Wiener RC, Shen C, Findley P, et al. Dental Fluorosis over Time: A comparison of National Health and Nutrition Examination Survey data from 2001-2002 and 2011-2012. J Dent Hyg 2018;92(1):23-29.

Wiese J, Klug E. [Poisoning with a wood preservative]. Beitr Gerichtl Med 1989;47:103-106.

Wiesholler LM, Genslein C, Schroter A, et al. Plasmonic Enhancement of NIR to UV Upconversion by a Nanoengineered Interface Consisting of NaYF4:Yb,Tm Nanoparticles and a Gold Nanotriangle Array for Optical Detection of Vitamin B12 in Serum. Anal Chem 2018;90(24):14247-14254.

Wilharm E, Parry MA, Friebel R, et al. Generation of catalytically active granzyme K from Escherichia coli inclusion bodies and identification of efficient granzyme K inhibitors in human plasma. J Biol Chem 1999;274(38):27331-27337.

Willershausen B, Kroes H, Brandenbusch M. Evaluation of the contents of mineral water, spring water, table water and spa water. Eur J Med Res 2000;5(6):251-262.

U.S. EXHIBIT 505.0287

Williams JE, Zwemer JD. Community water fluoride levels, preschool dietary patterns, and the occurrence of fluoride enamel opacities. J Public Health Dent 1990;50(4):276-281.

Williams HC, Griendling KK. NADPH oxidase inhibitors: new antihypertensive agents? J Cardiovasc Pharmacol 2007;50(1):9-16.

Williamson JJ, Barrett MJ. Oral health of Australian aborigines: endemic dental fluorosis. Aust Dent J 1972;17(4):266-268.

Wilson AA, Garcia A, Parkes J, et al. Radiosynthesis and initial evaluation of [18F]-FEPPA for PET imaging of peripheral benzodiazepine receptors. Nucl Med Biol 2008;35(3):305-314.

Wimalawansa SJ. The role of ions, heavy metals, fluoride, and agrochemicals: critical evaluation of potential aetiological factors of chronic kidney disease of multifactorial origin (CKDmfo/CKDu) and recommendations for its eradication. Environ Geochem Health 2016;38(3):639-678.

Wold SJ, Brown CM, Chastain CE, et al. Going the extra mile: beyond health teaching to political involvement. Nurs Forum 2008;43(4):171-176.

Wolff LF, Pihlstrom BL, Bakdash MB, et al. Effect of toothbrushing with 0.4% stannous fluoride and 0.22% sodium fluoride gel on gingivitis for 18 months. J Am Dent Assoc 1989;119(2):283-289.

Wondwossen F, Astrom AN, Bjorvatn K, et al. Sociodemographic and behavioural correlates of severe dental fluorosis. Int J Paediatr Dent 2006;16(2):95-103.

Woo JH, Liu YY, Mathias A, et al. Gene optimization is necessary to express a bivalent anti-human anti-T cell immunotoxin in Pichia pastoris. Protein Expr Purif 2002;25(2):270-282.

Wood MC, Barker FP, Jr., Levy SM, et al. Dietary fluoride supplements for Massachusetts' children--the role of the dentist. J Mass Dent Soc 1989;38(4):187-189, 197-189.

Woods CJ, Camiolo S, Light ME, et al. Fluoride-selective binding in a new deep cavity calix[4]pyrrole: experiment and theory. J Am Chem Soc 2002;124(29):8644-8652.

Woods N, Whelton H, Kelleher V. Factors influencing the need for dental care amongst the elderly in the Republic of Ireland. Community Dent Health 2009;26(4):244-249.

Wright WE, Haller JM, Harlow SA, et al. An oral disease prevention program for patients receiving radiation and chemotherapy. J Am Dent Assoc 1985;110(1):43-47.

Wright JT, Grange DK, Fete M. Hypohidrotic Ectodermal Dysplasia. In: Adam MP, Ardinger HH, Pagon RA, et al., eds. GeneReviews((R)). Seattle WA: University of Washington, Seattle. GeneReviews is a registered trademark of the University of Washington, Seattle, 1993.

Wright R. Risk communication: how to answer tough patient questions. J Am Dent Assoc 1994;125(8):1131-1137.

Wright JV. Global water fluoridation: what is holding us back? Altern Ther Health Med 2016;22(1):6.

Wu SY, Casida JE. Subacute neurotoxicity induced in mice by potent organophosphorus neuropathy target esterase inhibitors. Toxicol Appl Pharmacol 1996;139(1):195-202.

Wu Y, Yang D, Kang X, et al. Core-shell structured luminescent and mesoporous beta-NaYF4:Ce3+/Tb3+@mSiO2-PEG nanospheres for anti-cancer drug delivery. Dalton Trans 2013;42(27):9852-9861.

Wu J, Wang N, Zhao Y, et al. Simple synthesis of smart magnetically driven fibrous films for remote controllable oil removal. Nanoscale 2015;7(6):2625-2632.

89

Wu J, Wang W, Liu Y, et al. Modifying Role of GSTP1 Polymorphism on the Association between Tea Fluoride Exposure and the Brick-Tea Type Fluorosis. PLoS One 2015;10(6):e0128280.

Wuttke S, Coman SM, Scholz G, et al. Novel sol-gel synthesis of acidic MgF(2-x)(OH)(x) materials. Chemistry 2008;14(36):11488-11499.

Xiang Q, Liang Y, Zhou MS, et al. Blood lead of children in Wamiao-Xinhuai intelligence study (letter). Fluoride 2003;36(3):198-199.

Xiang Q, Liang Y, Chen B. Retraction: Serum Fluoride Level and Children's Intelligence Quotient in Two Villages in China. Environ Health Perspect 2010.

Xiao Z, Zheng R, Liu Y, et al. Slippery for scaling resistance in membrane distillation: A novel porous micropillared superhydrophobic surface. Water Res 2019;155:152-161.

Xie YL, Zhang B, Jing L. MiR-125b blocks Bax/Cytochrome C/Caspase-3 apoptotic signaling pathway in rat models of cerebral ischemia-reperfusion injury by targeting p53. Neurol Res 2018;40(10):828-837.

Xing D, Chen P, Keil R, et al. Synthesis, biodistribution, and primate imaging of fluorine-18 labeled 2beta-carbo-1'-fluoro-2-propoxy-3beta-(4-chlorophenyl)tr opanes. Ligands for the imaging of dopamine transporters by positron emission tomography. J Med Chem 2000;43(4):639-648.

Xiong L, Feng J, Hu R, et al. Sensing in 15 s for aqueous fluoride anion by water-insoluble fluorescent probe incorporating hydrogel. Anal Chem 2013;85(8):4113-4119.

Xiong L, Sun WJ, Cai HY, et al. Correlation of enhancement degree on contrast-enhanced ultrasound with histopathology of carotid plaques and serum high sensitive C-reactive protein levels in patients undergoing carotid endarterectomy. J Huazhong Univ Sci Technolog Med Sci 2017;37(3):425-428.

Xiong Z, Lin H, Liu F, et al. Flexible PVDF membranes with exceptional robust superwetting surface for continuous separation of oil/water emulsions. Sci Rep 2017;7(1):14099.

Xu J, Lister T, Purcell WM, et al. Neurotoxic potentiation is related to a metabolic interaction between p-bromophenylacetylurea and phenylmethanesulfonyl fluoride. Toxicol Appl Pharmacol 1999;157(3):222-226.

Xu X, Lu Y, Zhang G, et al. Bisphenol A promotes dendritic morphogenesis of hippocampal neurons through estrogen receptor-mediated ERK1/2 signal pathway. Chemosphere 2014;96:129-137.

Xu Y, Wang S, Jiang L, et al. Identify Melatonin as a Novel Therapeutic Reagent in the Treatment of 1-Bromopropane(1-BP) Intoxication. Medicine (Baltimore) 2016;95(3):e2203.

Xu Z, Wu T, Shi J, et al. Manipulating Migration Behavior of Magnetic Graphene Oxide via Magnetic Field Induced Casting and Phase Separation toward High-Performance Hybrid Ultrafiltration Membranes. ACS Appl Mater Interfaces 2016;8(28):18418-18429.

Yajima D, Motani H, Kamei K, et al. Ethanol production by Candida albicans in postmortem human blood samples: effects of blood glucose level and dilution. Forensic Sci Int 2006;19(2-3):116-121.

Yamaguchi T, Sato T, Katoh M. Post-depositional changes in elemental leaching from recovered soils separated from disaster waste and tsunami deposits generated by the Great East Japan Earthquake and tsunami. J Environ Manage 2019;233:89-96.

U.S. EXHIBIT 505.0289

Yamamoto F, Oka H, Antoku S, et al. Synthesis and characterization of lipophilic 1-[18F]fluoroalkyl-2-nitroimidazoles for imaging hypoxia. Biol Pharm Bull 1999;22(6):590-597.

Yamazaki A, Nishizawa Y, Matsuura I, et al. Microtubule-associated protein tau in bovine retinal photoreceptor rod outer segments: comparison with brain tau. Biochim Biophys Acta 2013;1832(10):1549-1559.

Yan H, Li H, Tao X, et al. Rapid removal and separation of iron(II) and manganese(II) from micropolluted water using magnetic graphene oxide. ACS Appl Mater Interfaces 2014;6(12):9871-9880.

Yan N, Liu Y, Liu S, et al. Fluoride-Induced Neuron Apoptosis and Expressions of Inflammatory Factors by Activating Microglia in Rat Brain. Mol Neurobiol 2016;53(7):4449-4460.

Yan B, Liu Z, Huang R, et al. Optimization of the Determination Method for Dissolved Cyanobacterial Toxin BMAA in Natural Water. Anal Chem 2017;89(20):10991-10998.

Yang XF, Ye SJ, Bai Q, et al. A fluorescein-based fluorogenic probe for fluoride ion based on the fluoride-induced cleavage of tert-butyldimethylsilyl ether. J Fluoresc 2007;17(1):81-87.

Yang Y, Zhou CH, Xu S, et al. Optimization of a quasi-solid-state dye-sensitized solar cell employing a nanocrystal-polymer composite electrolyte modified with water and ethanol. Nanotechnology 2009;20(10):105204.

Yang H, Gabbai FP. Activation of a Hydroamination Gold Catalyst by Oxidation of a Redox-Noninnocent Chlorostibine Z-Ligand. J Am Chem Soc 2015;137(41):13425-13432.

Yang X, Deng S, Peng F, et al. A new adsorbent of Ce ion-implanted metal-organic framework (MIL-96) with high-efficiency Ce utilization for removing fluoride from water. Dalton Trans 2017;46(6):1996-2006.

Yang L, Jin P, Wang X, et al. Fluoride activates microglia, secretes inflammatory factors and influences synaptic neuron plasticity in the hippocampus of rats. Neurotoxicology 2018;69:108-120.

Yang M, Compton RG. A New Composite Electrode Applied for Studying the Electrochemistry of Insoluble Particles: alpha-HgS. Chemistry 2018.

Yang X, Liu Z, Zhang H, et al. Preclinical evaluation of an (18)F-trifluoroborate methionine derivative for glioma imaging. Eur J Nucl Med Mol Imaging 2018;45(4):585-592.

Yang Z, Zhang Y, Liu J, et al. Ultrastable Quantum Dot Composite Films under Severe Environments. ACS Appl Mater Interfaces 2018;10(18):15880-15887.

Yazdi SM, Sharifian A, Dehghani-Beshne M, et al. Effects of fluoride on psychomotor performance and memory of aluminum potroom workers. Fluoride 2011;44(3):158-162.

Yi XS, Shi WX, Yu SL, et al. Isotherm and kinetic behavior of adsorption of anion polyacrylamide (APAM) from aqueous solution using two kinds of PVDF UF membranes. J Hazard Mater 2011;189(1-2):495-501.

Yi X, Wang Y, Jin L, et al. Critical flux investigation in treating o/w emulsion by TiO2/Al2O3-PVDF UF membrane. Water Sci Technol 2017;76(9-10):2785-2792.

Yokosawa H, Miyata M, Sawada H, et al. Isolation and characterization of a post-proline cleaving enzyme and its inhibitor from sperm of the ascidian, Halocynthia roretzi. J Biochem 1983;94(4):1067-1076.

Yoshimori T, Keller P, Roth MG, et al. Different biosynthetic transport routes to the plasma membrane in BHK and CHO cells. J Cell Biol 1996;133(2):247-256.

91

Yoshioka M, Yamada K, Abu-Zeid MM, et al. Analyses of adenosine and adenine nucleotides in biological materials by fluorescence reaction-high-performance liquid chromatography. J Chromatogr 1987;400:133-141.

Younes M, Mahmoud I, Ben Othman M, et al. [Cervical myelopathy revealing bone fluorosis]. Rev Neurol (Paris) 2008;164(2):185-188.

Young KA, Bailey BJ, Devanathan T. Attenuation of sound due to bio-encapsulants in an electronic laryngeal prosthesis. Biomater Med Devices Artif Organs 1980;8(3):199-219.

Young KL, Levy SM, Kuthy RA. Dietary fluoride supplements for Nebraska's children--the role of the physician. Nebr Med J 1989;74(9):265-270.

Young CJ, Apfelbaum JL. Adult clinical experience with sevoflurane and pharmaco-economic aspects. Acta Anaesthesiol Belg 1996;47(1):29-42.

Young TH, Lin DT, Chen LY. Human monocyte adhesion and activation on crystalline polymers with different morphology and wettability in vitro. J Biomed Mater Res 2000;50(4):490-498.

Young TH, Lin UH, Lin DJ, et al. Immobilization of L-lysine on microporous PVDF membranes for neuron culture. J Biomater Sci Polym Ed 2009;20(5-6):703-720.

Yu S, Tajiri N, Franzese N, et al. Stem cell-like dog placenta cells afford neuroprotection against ischemic stroke model via heat shock protein upregulation. PLoS One 2013;8(9):e76329.

Yu J, Yin W, Peng T, et al. Biodistribution, excretion, and toxicity of polyethyleneimine modified NaYF4:Yb,Er upconversion nanoparticles in mice via different administration routes. Nanoscale 2017;9(13):4497-4507.

Yu Y, Zhou Z, Ding Z, et al. Simultaneous arsenic and fluoride removal using [201]TiO2-ZrO2: Fabrication, characterization, and mechanism. J Hazard Mater 2019;377:267-273.

Yuan SD, Song KQ, Xie QW, et al. [An experimental study of inhibition on lactation in fluorosis rats]. Sheng Li Xue Bao 1991;43(5):512-517.

Yuan LZ, Wang JN, Ma CY, et al. [Fluorine speciation in soil and the remediation of fluorine contaminated soil]. Ying Yong Sheng Tai Xue Bao 2019;30(1):10-20.

Yule B. Dental care in the NHS: reforms with teeth? Health Policy 1993;25(1-2):63-80.

Zachariassen KE, Flaten TP. Is fluoride-induced hyperthyroidism a cause of psychosis among East African immigrants to Scandinavia? Med Hypotheses 2009;72(5):501-503.

Zdanowski R, Lesniak M, Karczmarczyk U, et al. The Effects of Isopropyl Methylphosphono-Fluoridate (IMPF) Poisoning on Tumor Growth and Angiogenesis in BALB/C Mice. Ann Transplant 2018;23:105-111.

Zeedyk MS, Longbottom C, Pitts NB. Tooth-brushing practices of parents and toddlers: a study of home-based videotaped sessions. Caries Res 2005;39(1):27-33.

Zeng Q, Xu Y, Yu X, et al. Silencing GSK3beta instead of DKK1 can inhibit osteogenic differentiation caused by co-exposure to fluoride and arsenic. Bone 2019;123:196-203.

Zerez CR, Weiss RL, Franklin C, et al. The properties of arginine transport in vacuolar membrane vesicles of Neurospora crassa. J Biol Chem 1986;261(19):8877-8882.

Zero DT. Sugars - the arch criminal? Caries Res 2004;38(3):277-285.

Zervanos NJ. Dental care. J Fam Pract 1993;36(3):263-264.

Zhang Z, Shen X, Xu X. [Effects of selenium on the damage of learning-memory ability of mice induced by fluoride]. Wei Sheng Yan Jiu 2001;30(3):144-146.

Zhang Y, Jiang Z, Hu B. Determination of refractory elements in atmospheric particulates using slurry sampling electrothermal vaporization inductively coupled plasma optical emission

92

spectrometry and inductively coupled plasma mass spectrometry with polyvinylidene fluoride as chemical modifier. Rapid Commun Mass Spectrom 2006;20(14):2091-2098.

Zhang Y, Liu L, Cheng RB, et al. [Difference between dental caries and oral health behavior of family in primary dentition]. Hua Xi Kou Qiang Yi Xue Za Zhi 2008;26(1):67-69.

Zhang Y, Shuang S, Dong C, et al. Application of HPLC and MALDI-TOF MS for studying as-synthesized ligand-protected gold nanoclusters products. Anal Chem 2009;81(4):1676-1685.

Zhang Y, Dou XM, Yang M, et al. Removal of arsenate from water by using an Fe-Ce oxide adsorbent: effects of coexistent fluoride and phosphate. J Hazard Mater 2010;179(1-3):208-214.

Zhang J, Zhu WJ, Xu XH, et al. Effect of fluoride on calcium ion concentration and expression of nuclear transcription factor kappa-B rho65 in rat hippocampus. Exp Toxicol Pathol 2011;63(5):407-411.

Zhang D, Luo H, Zheng L, et al. Utilization of waste phosphogypsum to prepare hydroxyapatite nanoparticles and its application towards removal of fluoride from aqueous solution. J Hazard Mater 2012;241-242:418-426.

Zhang K, Lively RP, Noel JD, et al. Adsorption of water and ethanol in MFI-type zeolites. Langmuir 2012;28(23):8664-8673.

Zhang C, Ren C, Chen H, et al. The analog of Ginkgo biloba extract 761 is a protective factor of cognitive impairment induced by chronic fluorosis. Biol Trace Elem Res 2013;153(1-3):229-236.

Zhang D, Yang H, Martinez A, et al. N-heterocyclic carbene formation induced fluorescent and colorimetric sensing of fluoride using perimidinium derivatives. Chemistry 2014;20(51):17161-17167.

Zhang K, Wu S, Wang X, et al. Wide pH range for fluoride removal from water by MHS-MgO/MgCO(3) adsorbent: kinetic, thermodynamic and mechanism studies. J Colloid Interface Sci 2015;446:194-202.

Zhang KL, Lou DD, Guan ZZ. Activation of the AGE/RAGE system in the brains of rats and in SH-SY5Y cells exposed to high level of fluoride might connect to oxidative stress. Neurotoxicol Teratol 2015;48:49-55.

Zhang W, Zheng J, Zheng P, et al. Sludge-Derived Biochar for Arsenic(III) Immobilization: Effects of Solution Chemistry on Sorption Behavior. J Environ Qual 2015;44(4):1119-1126.

Zhang J, Li Z, Qie M, et al. Sodium fluoride and sulfur dioxide affected male reproduction by disturbing blood-testis barrier in mice. Food Chem Toxicol 2016;94:103-111.

Zhang J, Zhang Y, Liang C, et al. Choline supplementation alleviates fluoride-induced testicular toxicity by restoring the NGF and MEK expression in mice. Toxicol Appl Pharmacol 2016;310:205-214.

Zhang K, Wu S, He J, et al. Development of a nanosphere adsorbent for the removal of fluoride from water. J Colloid Interface Sci 2016;475:17-25.

Zhang J, He L, Chen P, et al. A silica-based SERS chip for rapid and ultrasensitive detection of fluoride ions triggered by a cyclic boronate ester cleavage reaction. Nanoscale 2017;9(4):1599-1606.

Zhang Q, Lu X, Yang S, et al. Preparation of anticoagulant polyvinylidene fluoride hollow fiber hemodialysis membranes. Biomed Tech (Berl) 2017;62(1):57-65.

U.S. EXHIBIT 505.0292

Zhang Y, Wang J, Gao F, et al. A comparison study: The different impacts of sodium hypochlorite on PVDF and PSF ultrafiltration (UF) membranes. Water Res 2017;109:227-236.

Zhang J, Bai HJ, Ren Q, et al. Extra Water- and Acid-Stable MOF-801 with High Proton Conductivity and Its Composite Membrane for Proton-Exchange Membrane. ACS Appl Mater Interfaces 2018;10(34):28656-28663.

Zhang T, Huang Y, Ma X, et al. Fluorinated Oligoethylenimine Nanoassemblies for Efficient siRNA-Mediated Gene Silencing in Serum-Containing Media by Effective Endosomal Escape. Nano Lett 2018;18(10):6301-6311.

Zhang C, Huo S, Fan Y, et al. Autophagy May Be Involved in Fluoride-Induced Learning Impairment in Rats. Biol Trace Elem Res 2019.

Zhang J, Kong Y, Yang Y, et al. Fast Capture of Fluoride by Anion-Exchange Zirconium-Graphene Hybrid Adsorbent. Langmuir 2019;35(21):6861-6869.

Zhang L, Wang Z, Xu X, et al. Insights into the phosphate adsorption behavior onto 3D self-assembled cellulose/graphene hybrid nanomaterials embedded with bimetallic hydroxides. Sci Total Environ 2019;653:897-907.

Zhang X, Lu E, Stone SL, et al. Dental Cleaning, Community Water Fluoridation and Preterm Birth, Massachusetts: 2009-2016. Matern Child Health J 2019;23(4):451-458.

Zhang Y, Qian Y, Li W, et al. Fluoride uptake by three lanthanum based nanomaterials: Behavior and mechanism dependent upon lanthanum species. Sci Total Environ 2019;683:609-616.

Zhao H, Zhao B, Yang W, et al. Effects of Ca2+ and Mg2+ on defluoridation in the electrocoagulation process. Environ Sci Technol 2010;44(23):9112-9116.

Zhao MX, Zhou GY, Zhu JY, et al. Fluoride Exposure, Follicle Stimulating Hormone Receptor Gene Polymorphism and Hypothalamus-pituitary-ovarian Axis Hormones in Chinese Women. Biomed Environ Sci 2015;28(9):696-700.

Zhao B, Li Y. Facile synthesis of near-infrared-excited NaYF4:Yb(3+), Tm(3+) nanoparticles for label-free detection of dopamine in biological fluids. Talanta 2018;179:478-484.

Zhao S, Shi L, Ma Y, et al. The model binary/ternary mixtures for actual EPS solution extracted from the activated sludge in MBR using dead-end membrane filtration cell. Water Sci Technol 2018;77(3-4):1015-1026.

Zhavoronkov AA. [Non-skeletal forms of fluorosis]. Arkh Patol 1977;39(3):83-91.

Zheng L, Eckerdal J, Dimitrijevic I, et al. Chemotactic peptide-induced activation of Ras in human neutrophils is associated with inhibition of p120-GAP activity. J Biol Chem 1997;272(37):23448-23454.

Zheng X, Sun Y, Ke L, et al. Molecular mechanism of brain impairment caused by drinking-acquired fluorosis and selenium intervention. Environ Toxicol Pharmacol 2016;43:134-139.

Zhou W, Scott SA, Shelton SB, et al. Cathepsin D-mediated proteolysis of apolipoprotein E: possible role in Alzheimer's disease. Neuroscience 2006;143(3):689-701.

Zhou H, Chen K, Yao Q, et al. Molecular cloning of Bombyx mori cytochrome P450 gene and its involvement in fluoride resistance. J Hazard Mater 2008;160(2-3):330-336.

Zhou Y, Xu ZL, Munib S, et al. Sustainable membrane operation design for the treatment of the synthetic coke wastewater in SMBR. Water Sci Technol 2009;60(8):2115-2124.

U.S. EXHIBIT 505.0293

Zhou JC, Yang ZL, Dong W, et al. Bioimaging and toxicity assessments of near-infrared upconversion luminescent NaYF4:Yb,Tm nanocrystals. Biomaterials 2011;32(34):9059-9067.

Zhou YY, Song EH, Deng TT, et al. Waterproof Narrow-Band Fluoride Red Phosphor K2TiF6:Mn(4+) via Facile Superhydrophobic Surface Modification. ACS Appl Mater Interfaces 2018;10(1):880-889.

Zhu LP, Yu JZ, Xu YY, et al. Surface modification of PVDF porous membranes via poly(DOPA) coating and heparin immobilization. Colloids Surf B Biointerfaces 2009;69(1):152-155.

Zhu W, Zhang J, Zhang Z. Effects of fluoride on synaptic membrane fluidity and PSD-95 expression level in rat hippocampus. Biol Trace Elem Res 2011;139(2):197-203.

Zhu YP, Xi SH, Li MY, et al. Fluoride and arsenic exposure affects spatial memory and activates the ERK/CREB signaling pathway in offspring rats. Neurotoxicology 2017;59:56-64.

Zhu YC, Jiang XZ, Bai QK, et al. Evaluating the Efficacy of Atorvastatin on Patients with Carotid Plaque by an Innovative Ultrasonography. J Stroke Cerebrovasc Dis 2019;28(3):830-837.

Zimmerman TS, Kolb WP. Human platelet-initiated formation and uptake of the C5-9 complex of human complement. J Clin Invest 1976;57(1):203-211.

Zohoori FV, Buzalaf MA, Cardoso CA, et al. Total fluoride intake and excretion in children up to 4 years of age living in fluoridated and non-fluoridated areas. Eur J Oral Sci 2013;121(5):457-464.

Zohouri FV, Rugg-Gunn AJ, Fletcher ES, et al. Changes in water intake of Northumbrian adolescents 1980 to 2000. Br Dent J 2004;196(9):547-552; discussion 537.

Zohouri FV, Maguire A, Moynihan PJ. Sources of dietary fluoride intake in 6-7-year-old English children receiving optimally, sub-optimally, and non-fluoridated water. J Public Health Dent 2006;66(4):227-234.

Zohouri FV, Swinbank CM, Maguire A, et al. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 2006;34(2):130-138.

Zraly Z, Bendova J, Svecova D, et al. Effects of oral intake of nitrates on reproductive functions of bulls. Vet Med (Praha) 1997;42(12):345-354.

Zuskin E, Mustajbegovic J, Doko Jelinic J, et al. [Effects of volcanic eruptions on environment and health]. Arh Hig Rada Toksikol 2007;58(4):479-486.

Zychar BC, Dale CS, Demarchi DS, et al. Contribution of metalloproteases, serine proteases and phospholipases A2 to the inflammatory reaction induced by Bothrops jararaca crude venom in mice. Toxicon 2010;55(2-3):227-234.

U.S. EXHIBIT 505.0294

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO.___505_____

Date
Admitted:_____

By:_____

Angella Meuleman, Deputy Clerk