E$^{x}$ponent®

**Expert Rebuttal Report of Joyce Tsuji**

*Food & Water Watch et al. v. U.S. Environmental Protection Agency, et al.*
*DJ #90-5-4-21106*



**U.S. EXHIBIT**
510
Food & Water v. EPA
3:17-cv-02162-EMC

U.S. EXHIBIT 510

E*ponent®

**Expert Rebuttal Report of
Joyce Tsuji**

*Food & Water Watch et al. v. U.S.
Environmental Protection Agency,
et al.
DJ #90-5-4-21106*

Prepared for

U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC  20044

Prepared by

Joyce Tsuji, Ph.D., DABT, Fellow ATS
Exponent
15375 SE 30th Place, Suite 250
Bellevue, WA  98007

August 1, 2019

© Exponent, Inc.

1809144 - 8962

# Contents

Page

**Acronyms and Abbreviations**  iv

**1   Introduction**  5

   1.1   Qualifications  5

   1.2   Report Focus  6

   1.3   Limitations and Reservations  6

**2   Summary of Opinions**  7

   2.1   Review of Plaintiffs' Experts' Opinions  7

   2.2   Main Opinions Regarding the Toxicology of Drinking Water Fluoridation  8

**3   Materials Considered**  11

**4   Basis of Opinions**  12

   4.1   Background on Toxicology and Animal Studies for Assessment of Chemical Health Effects  12

   4.2   Evaluation of Toxicology Studies  13

   4.3   Systematic Review and Study Quality Issues  14

   4.4   NTP 2016 Systematic Review of Neurotoxicology Testing of Fluoride  16

      4.4.1   Developmental Neurotoxicity Studies Reviewed by NTP  18

      4.4.2   Post-Weaning and Adult Animal Neurotoxicity Studies Reviewed by NTP  20

   4.5   Developmental Neurotoxicology Literature Published since the NTP 2016 Review  21

      4.5.1   NTP Developmental Neurotoxicology Study  21

      4.5.2   Other Recent Developmental Neurotoxicology Studies  26

      4.5.3   Summary of Evidence on Developmental Neurotoxicity  30

   4.6   Response to Critique of McPherson et al. (2018)  34

      4.6.1   Use of the Long Evans Hooded Rat Strain  34

      4.6.2   Use of Only Male Rats  35

      4.6.3   Dams Were Not Exposed during the First Trimester  36

      4.6.4   Low Exposure Prior to Weaning Compared to Formula-Fed Infants  37

      4.6.5   All Three Fluoridation Chemicals for Drinking Water Should Have Been Used Rather Than Just Sodium Fluoride  37

U.S. EXHIBIT 510.0003

|       | 4.6.6 | Slight Dental Fluorosis, Thereby Indicating Long Evans Rats Are Insensitive to Fluoride Toxicity | 38 |
|       | 4.6.7 | NTP Did Not Have the Capacity to Recreate All of the Animal Tests of Cognitive-Behavioral Impact | 38 |
|       | 4.6.8 | The NTP Study Did Not Consider Multigenerational Impacts | 39 |
|       | 4.6.9 | Unreliable Fluoride Dosing Based on Lower Levels in Plasma of G4 (20 mg/L Dose Group) Than G3 (10 mg/L Dose Group) | 39 |
|       | 4.6.10 | Ineffective Study Design Because Control Animals Had Some Fluoride in Their Diet | 40 |
| 4.7  | Recent Studies of Weanling and Adult Neurotoxicity since NTP (2016) | | 40 |
| 4.8  | Animal-to-Human Fluoride Dose and Water Concentration Comparisons | | 45 |
| 4.9  | Toxicity Factor Adjustment and Margin of Exposure for Risk Assessment | | 46 |
| 4.10 | Evidence from Epidemiological Studies | | 47 |
| 4.11 | Conclusions | | 49 |
| **5** | **References** | | **51** |

Appendix A: Curriculum Vitae
Appendix B: Testimony Experience and Compensation
Appendix C: Updated Literature Search Strategy and Results

U.S. EXHIBIT 510.0004

# Acronyms and Abbreviations

| | |
|---|---|
| EPA | U.S. Environmental Protection Agency |
| FDA | U.S. Food and Drug Administration |
| GD | gestational day |
| IOM | Institute of Medicine |
| IRIS | Integrated Risk Information System |
| LOAEL | lowest-observed-adverse-effect level |
| MCLG | maximum contaminant level goal |
| NAHMD | National Academies Health and Medicine Division |
| NAS | National Academy of Sciences |
| NOAEL | no-observed-adverse-effect level |
| NRC | National Research Council |
| NTP | National Toxicology Program |
| OHAT | Office of Health Assessment and Translation |
| PND | postnatal day |
| RNA | ribonucleic acid |
| SMCL | secondary maximum contaminant level |
| T3 | triiodothyronine |
| T4 | thyroxine |
| TSH | thyroid stimulating hormone |
| TSCA | Toxic Substances Control Act |
| USPHS | U.S. Public Health Service |

U.S. EXHIBIT 510.0005

# 1    Introduction

I have been requested to provide expert toxicology opinions on behalf of the U.S. Department of Justice and the U.S. Environmental Protection Agency (EPA) in response to Plaintiffs' experts regarding the alleged unreasonable risk of neurotoxicity posed by artificial fluoridation of drinking water to the U.S. population. Specifically, the Plaintiffs in this case allege that the U.S. EPA did not sufficiently consider the neurotoxicity of fluoride, including cognitive effects in children, particularly from *in utero* exposure, in responding to a Section 21 petition under the Toxic Substances Control Act (TSCA). This petition requested that EPA use its authority under TSCA Section 6 to "prohibit the purposeful addition of fluoridation chemicals to U.S. water supplies."

## 1.1    Qualifications

I am a toxicologist and am employed as a Principal Scientist at Exponent, a multidisciplinary sciences and engineering firm. I completed a Ph.D. focused in environmental physiology with postdoctoral research related to quantitative genetics in the Department of Zoology, University of Washington. I have been a Fellow of the Academy of Toxicological Sciences since 2007, and have been continuously certified by the American Board of Toxicology since 1992.

I have served on various expert scientific committees for the National Academy of Sciences (NAS)/National Research Council (NRC), Institute of Medicine (IOM), EPA, and the State of Washington. My relevant appointments for this matter include NAS/NRC's Board on Environmental Studies and Toxicology, Committee on Toxicology, Spacecraft Exposure Guidelines for chemicals in air and water (sponsored by the U.S. National Aeronautics and Space Administration), three committees on setting action levels for airborne chemicals (including hydrogen fluoride) in submarines (sponsored by the Navy), Standing Committee on Emerging Sciences in Health Decision Making (sponsored by the U.S. National Institute of Environmental Health Sciences), Committee on Copper in Drinking Water (sponsored by EPA), and peer reviewer of the 1999 NRC report on Arsenic in Drinking Water. I recently chaired the NAS organizing committee for a workshop on the Feasibility of Addressing Environmental and Occupational Health Exposure Questions Using Department of Defense Biorepositories. My current appointments include the National Academies Health and Medicine Division (NAHMD) Standing Committee on Medical and Epidemiological Aspects of Air Pollution on U.S. Government Employees and their Families (sponsored by the U.S. Department of State), NAHMD committee on Assessment of the Available Scientific Data Regarding the Safety and Effectiveness of Ingredients Used in Compounded Topical Pain Creams (sponsored by the U.S. Food and Drug Administration [FDA]), and the NAS organizing committee (sponsored by EPA) for workshops on topics related to improving the scientific rigor of toxicology reviews for EPA's Integrated Risk Information System (IRIS), the primary database for toxicity factors used in risk assessment of environmental chemicals. I was also a peer reviewer of two NAS reports reviewing EPA's IRIS process and progress in improving the program. My service on a number of these expert committees has involved working with other experts in assessing the quality of toxicological,

U.S. EXHIBIT 510.0006

epidemiological, and clinical studies for deriving health protective values for air or water or for other health-based decision making.

From 1987 until the present, I have worked as an environmental consultant conducting, overseeing, and reviewing human health risk assessments, exposure studies, and toxicology assessments. I am familiar with exposure and health effects of fluoride and neurotoxic inorganic chemicals from my service on expert committees and numerous risk assessment and toxicology projects, as noted in the section of my curriculum vitae. I have published in the peer-reviewed scientific literature on risk assessment, toxicology, biomonitoring, and exposure pathways to substances in the environment. My current curriculum vitae is attached as Appendix A and my testimony experience and compensation are provided in Appendix B.

## 1.2   Report Focus

This report focuses on Plaintiffs' experts'[1] opinions outlined in their reports that relate to the neurotoxicology of fluoride based on experimental animal studies, and in particular, the consistency of the evidence regarding developmental neurotoxicity (i.e., learning and memory) in laboratory animals with the epidemiological literature on the association of early-life fluoride exposure on IQ test scores of children. I also evaluate Plaintiffs' experts' interpretation and reliance on the available evidence from *in vitro* laboratory studies on isolated cultured cells, morphometric and biochemical studies in animals, as well as the experts' allegations regarding health-based limits for U.S. populations and implications for risk assessment. My evaluation of the epidemiological data relies on the detailed analysis of these studies by epidemiology expert, Dr. Ellen Chang.

## 1.3   Limitations and Reservations

This report summarizes work performed to date and presents the findings resulting from that work. The Complaint and Plaintiffs' experts' reports contain a large number of statements; my lack of mention of every detail covered in these documents should not be construed as agreement. The findings presented herein are made to a reasonable degree of scientific certainty. My investigation is ongoing and I reserve the right to supplement this declaration and to expand or modify opinions based on review of additional materials as they become available through ongoing discovery and/or through any additional work or review of work performed by others, including research performed by any party to this litigation.

---

[1]   Primarily Dr. Kathleen Thiessen and secondarily Dr. Philippe Grandjean

U.S. EXHIBIT 510.0007

# 2  Summary of Opinions

## 2.1  Review of Plaintiffs' Experts' Opinions

Dr. Thiessen concludes that fluoride poses a hazard to neurodevelopment in children and other potentially susceptible populations based on her review of the toxicology literature. Dr. Grandjean presents a limited summary of the toxicology literature, stating that the more recent toxicology literature appears to support the conclusion of NRC (2006) that "elevated fluoride is neurotoxic in animals." He notes that a critical assessment of the toxicology studies was beyond the scope of his analysis, and cites Dr. Thiessen's literature review for further details on the toxicology studies.

Nevertheless, the basis of the review and evaluation of the toxicology literature supporting the opinions of both experts appears to focus foremost on quantity of studies reporting positive findings. These experts accept these findings of effects without critically examining the scientific rigor of the study methods and results, nor do they assess the factors that contribute to bias and unreliability in the findings in many of these studies. Such a review is not in keeping with currently accepted standards and guidelines for systematic review.

Consequently, because of their focus on positive findings of effects or hazard, Drs. Thiessen and Grandjean rely on the weight of overwhelmingly poor quality studies on neurotoxicity, and in fact, downgrade the most rigorously conducted developmental neurotoxicity publication by the National Toxicology Program (NTP) that characterized the potential developmental neurotoxicity of fluoride at low doses of relevance to U.S. populations (McPherson et al. 2018). This publication by NTP investigators included multiple studies that were specifically designed and conducted in response to the poor quality of the available evidence as revealed by NTP's thorough systematic review. Drs. Thiessen and Grandjean's dismissal of this NTP 2018 publication lacks scientific justification. Dr. Thiessen also relies on the unscientific opinions of a commentary by a business consultant and a professor of dentistry, neither of whom have qualifications in toxicology.

Plaintiffs' experts also comment on susceptible populations for fluoride exposure, the most sensitive of which are early life stages. This population has been addressed by NTP in their 2016 review and in their 2018 publication, which focused on assessing developmental neurotoxicity using doses that include the high-end total fluoride exposures for 6-month old to 1-year old infants and adolescents.

Conclusions by Dr. Thiessen that regulatory values protective of the neurotoxicity of fluoride would need to be as much as 100 times lower than currently, likewise, are flawed by insufficient attention to data quality in assessing the toxicology literature for fluoride. In addition, her conclusion that artificial fluoridation poses an unreasonable risk if assessed similarly to other chemicals under the TSCA fails to consider the sufficiency of toxicology and epidemiology data for fluoride compared to paucity of data available for the chemical examples she cites. The

U.S. EXHIBIT 510.0008

available data for fluoride would allow for a much less stringent regulatory assessment than the less researched chemical examples.

These reports therefore do not credibly reflect the state of the science regarding the toxicology and risk assessment of fluoride.

## 2.2   Main Opinions Regarding the Toxicology of Drinking Water Fluoridation

My general opinions are summarized as follows:

- I concur with Dr. Grandjean's assessment that compared to common neurotoxic substances such as lead, fluoride has low toxicity. Drinking water exposures in the low milligrams per liter (mg/L) rather than 1,000 times lower (as for lead) are at issue for whether such permitted exposures might have subtle developmental neurotoxic effects.

- Contrary to opinions of Drs. Thiessen and Grandjean based on their superficial evaluation, a critical assessment of the animal neurotoxicology studies indicates that causal evidence is lacking for developmental neurotoxicity related to learning and memory at exposure levels associated with artificial drinking water fluoridation in the United States (i.e., 0.7 mg/L).

- I agree with Drs. Thiessen and Grandjean that most *in vitro* toxicology studies in cells and morphometric, histopathological, and biochemical studies of exposed laboratory animals involve unrealistically high doses. Many of these studies also appear to have high risk of bias. These types of studies were thus considered less useful for my assessment of the animal neurotoxicity evidence of relevance for cognitive effects in children. An ongoing NTP systematic review is evaluating the animal, human, and mechanistic evidence.

- The 2016 systematic review of the available neurotoxicology literature by the NTP (2016) provides a thorough and detailed analysis of the literature published at that time. This review concluded that the available developmental neurotoxicology studies constituted a low-level of evidence for potential cognitive effects of fluoride. The evidence was particularly limited at lower doses of relevance for fluoridation of drinking water in the U.S. population. Plaintiffs' experts focus on NTP's rating of "moderate level of evidence" for the hazard (regardless of dose) of neurotoxicity in weanling and adult animals rather than the "low level of evidence" for developmental neurotoxicity, which is more important regarding opinions on early life effects. These experts also seem to dismiss the clear problems noted by NTP with the available studies (e.g., poorly controlled and conducted, inability to distinguish learning and memory from sensory or motor effects, low numbers of animals, unrealistically high fluoride exposures in many studies, unknown

1809144 - 8062

8

contribution from diet, signs of internal issues affecting the results, and insufficient description of study details to judge the reliability of the data).

- Neurotoxicity studies published since the NTP 2016 review have similar problems with study quality and control for confounding factors and biases. Plaintiffs' experts appear to accept the positive findings of the effects of fluoride by these studies and largely ignore the most informative recent study—the NTP 2018 developmental neurotoxicology study. This study addressed many of the uncertainties and deficiencies of previous studies noted by NTP in 2016 by using more relevant exposures for U.S. populations, generally adhering to established protocols for conducting developmental neurotoxicity studies, controlling for important sources of variation and bias, examining a number of neurobehavioral test parameters, and evaluating signs of systemic toxicity as well as histopathology of the key areas of the brain and pathological assessment of other organs. This study did not find evidence of developmental neurotoxicity at doses similar to and higher than total fluoride doses in the U.S. population associated with the recommended drinking water fluoridation level (0.7 mg/L) and other sources of fluoride exposure, including for young children.

- My critical assessment of the neurobehavioral toxicology studies (which was not undertaken by Plaintiffs experts) reveals that, in spite of the limitations in most of these studies, developmental and adult neurotoxicity studies on learning and memory in animals show some consistency for effects at fluoride water exposure levels higher than those tested by the 2018 NTP study. However, apparent lack of control for study methodological factors and sources of variability and bias severely limit the reliability of most of these laboratory animal studies for identifying specific doses that would result in adverse effects and their equivalent exposures in humans. Moreover, frequent observations of reduced body weight gain, decreased water intake, and decreased milk production in the mother rodents are signs that the observed neurobehavioral effects in the offspring are not the result of direct neurotoxic effects on learning and memory, but rather result from general metabolic effects, reduced nutrition, or behavioral or other factors in these studies.

- I concur with and rely upon the assessment of epidemiology expert, Dr. Chang, regarding the overall poor reliability of the epidemiological literature for supporting causal inferences regarding cognitive effects in children from *in utero* or childhood exposure to fluoride. This evidence is consistent with the lack of clear neurotoxic effects on learning and memory in animal studies at exposure levels of relevance for artificial fluoridation in the United States.

- Moreover, unlike many of the animal studies, the epidemiological studies have not reported effects of fluoride on growth or body weight from *in utero* or early life exposure as observed in the animal studies at doses associated with neurobehavioral effects. This evidence seems inconsistent with Plaintiffs' experts' allegations that effects in these animal studies support the

9

U.S. EXHIBIT 510.0010

plausibility of developmental neurotoxicity in children and that neurotoxicity is a sensitive effect.

- With the large study size, rigorous protocols, and multiple different types of tests conducted by the 2018 NTP developmental neurotoxicology study, along with the availability of considerable evidence in human populations, derivation of regulatory levels for fluoride would not require large margins of exposure resulting in more stringent regulatory limits as for other TSCA chemicals with very little animal and human data (as cited by Dr. Thiessen).

- Both animal toxicology and the human epidemiological studies (according to Dr. Chang) do not provide sufficient evidence to conclude that the recommended drinking water fluoridation level of 0.7 mg/L would cause developmental neurotoxicity in the U.S. population. EPA should continue to monitor the scientific literature, including NTP's extension of its systematic review to the available human observational and mechanistic data regarding neurotoxicity and developmental neurotoxicity, in particular.

U.S. EXHIBIT 510.0011

# 3   Materials Considered

In addition to my education, experience, and training, and the publications and documents listed in the reference section, I have received and reviewed the following case materials:

- Citizen Petition Under Section 21 of TSCA, Regarding the Neurotoxic Risks Posed by Fluoride Chemicals in Drinking Water, by Michael Connett, Esq., Fluoride Action Network, November 22, 2016.

- Environmental Protection Agency, 40 CFR Chapter I, [EPA–HQ–OPPT–2016–0763; FRL–9959–74], Fluoride Chemicals in Drinking Water; TSCA Section 21 Petition; Reasons for Agency Response. Federal Register Vol. 82, No. 37, February 27, 2017, 11878–11890.

- Complaint, Food & Water Watch, et al. v. U.S. Environmental Protection Agency and Scott Pruit [sic], Case No. 4:17-cv-02162, U.S. District Court for the Northern District of California at San Francisco, filed April 18, 2017.

- Case Management and Pretrial Order for Bench Trial, Food & Water Watch, Inc., et al. v. United States Environmental Protection Agency, et al., Case No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California, filed April 19, 2018.

- Stipulation on Discovery Schedule, Food & Water Watch, Inc., et al. v. U.S. Environmental Protection Agency, et al., Case No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California, San Francisco Division, filed May 15, 2018.

- First Set of Requests for Production, Food & Water Watch, et al. v. U.S. Environmental Protection Agency, et al., Civil Action No. 4:17-cv-02162-EMC, U.S. District Court for the Central District of California, dated May 29, 2018.

- Plaintiffs' Responses to Defendants' First Set of Requests for Production, Food & Water Watch, et al. v. U.S. Environmental Protection Agency, et al., Civ. No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California at San Francisco, dated July 9, 2018.

- Plaintiffs' Supplemental Responses to Defendants' First Set of Requests for Production, Food & Water Watch, et al. v. U.S. Environmental Protection Agency, et al., Civ. No. 17-cv-02162-EMC, U.S. District Court for the Northern District of California at San Francisco, dated November 19, 2018.

- Deposition transcripts and exhibits of Edward Ohanian, Ph.D. (October 15, 2018) and Kristina Thayer, Ph.D. (May 17, 2019).

- Expert reports of Dr. Kathleen Thiessen and Dr. Philippe Grandjean.

U.S. EXHIBIT 510.0012

# 4    Basis of Opinions

## 4.1    Background on Toxicology and Animal Studies for Assessment of Chemical Health Effects

A primary focus of Plaintiffs' experts appears to be on the hazard of fluoride, which is typically interpreted as whether a substance at any dose can cause an effect, regardless of mechanism. This is a relatively easy criterion to meet regarding effecting basic physiological functions such as of the nervous system because excessively high doses of most any substance can disrupt metabolic functions and other organ systems and thereby harm the nervous system. For example, basic blood chemistry and nutrient levels must be maintained for proper development, maintenance, and functioning of the nervous system (Spencer and Palmer 2012). The body has compensatory mechanisms (e.g., buffering of pH in blood) for homeostatic regulation of these parameters; however, excessively high doses that cause general systemic toxicity will compromise these defenses. Such mechanisms also appear to be the case for higher doses of fluoride as indicated by effects on body weight in animal studies (see Section 4.4.1). Such a mode of action for fluoride affecting the nervous system would not occur at lower doses without these other effects, unlike a chemical that targets the nervous system at critical low doses.

The more relevant consideration for regulation of substances is not hazard, but the relationship between dose and potential health effects at relevant human exposures. This relationship is the central tenant of toxicology. Toxicology is the study of the potential of a substance to cause health effects depending on the dose or amount of exposure, the timing and nature of how the exposure occurs, and the susceptibility of the exposed subject (Eaton and Gilbert 2013). All substances have doses above which they can cause adverse health effects and below which the risk of such effects is negligible or non-existent. Observation of an increase in risk and severity of health effects with increase in dose reflects a "dose-response relationship" which is initial evidence that a chemical may be responsible for the observed health effects. On the other hand, an apparent dose-response relationship may arise for other reasons in toxicology studies, and the basis of such a relationship must be evaluated before concluding that the relationship is causal. Mechanistic studies indicating how a chemical might act in the body at different doses can provide additional information on the nature of the relationship. Both laboratory animal and mechanistic toxicology studies, however, can be affected by problems in study methodology, uncontrolled factors, investigator bias, or chance.

In addition to the magnitude of the dose, whether a substance causes a health effect is determined by whether the nature and pattern of exposure to this dose is sufficient to overwhelm the body's protective mechanisms. Brief infrequent exposures may therefore be tolerated without harm because of a recovery period compared to the same dose that is repeated daily over time resulting in accumulation of toxic effects. However, if the amount of substance that enters the body exceeds its ability to detoxify, eliminate the substance, and repair any harm, damage to cells, tissues, and organs can occur.

U.S. EXHIBIT 510.0013

An important aspect in considering chemical doses in animal toxicology studies or in humans is that a daily dose can be delivered in different ways. The daily dose may be received incrementally over a day if the substances is in drinking water or in food. Alternatively, the entire daily dose may be delivered all at one time or in a few instances each day through direct administration either through a stomach tube (gavage or bolus dosing) or through micropipette to the mouth in animals or infants. Injection or pills, likewise involve such dosing. In this situation, exposure to the entire daily dose all at one time can overwhelm regulatory mechanisms and result in toxicity, whereas the same daily dose delivered in smaller increments spread out over a day would be much more easily handled.

The susceptibility of the exposed subject will also affect whether a dose may or may not cause toxic effects. Early life stages including the *in utero* period are often considered potentially sensitive periods for chemical exposures, although this is not always the case. Chemical exposures may disrupt development or may interfere with growth. On the other hand, young animals may be more resilient to toxicants because of their rapid cellular growth and repair. Nevertheless, the effects of early life exposures, including for developmental neurotoxicity, are often the focus of chemical safety assessments. Among the possible sensitive populations raised by the Complaint and Plaintiffs' experts, early life exposures are appropriately the focus for concern, as has been investigated by the NTP.

## 4.2   Evaluation of Toxicology Studies

In considering the scientific literature on the neurotoxicology of fluoride, I first evaluated the recent NTP systematic review (NTP 2016) because of the breadth and depth of its coverage and assessment of the published literature, including foreign language articles. I updated this review by conducting a systematic search of the more recent literature from 2016 to January 2019 using the National Library of Medicine's PubMed database. I reviewed the titles and abstracts of the publications identified through this search to identify any additional relevant publications. In addition, because the Fluoride Journal is not listed in PubMed, I reviewed each issue from 2016 to January 2019. I also reviewed the materials produced in this case for articles published since the NTP 2016 review. I did not review recent foreign language articles, nor did I see any based on titles or abstracts in English that appeared to be of critical relevance for this review focused on cognitive effects of fluoride exposure in animals.

Appendix C lists the search terms that were used for the PubMed database search to locate articles on the neurotoxicology of fluoride with specific focus on developmental neurotoxicity. A total of 131 citations resulted from the search for which titles and abstracts were reviewed to identify potentially relevant studies for full text review. Twenty-five citations from the search and five additional citations identified by secondary review were included for full text review: 13 articles on learning and/or memory, 1 on anxiety or depression, 2 on sensory or motor effects, and 14 on morphological or mechanistic effects (see Appendix C for articles included and excluded).

An additional literature search was conducted on June 15, 2019 using the same search strategy as described in Appendix C, but covering the period from January 1 to June 15, 2019. The Fluoride Journal was also reviewed for relevant articles. Using the same review process, I identified 11

U.S. EXHIBIT 510.0014

additional articles for full text review, 5 of which involved testing of learning and/or memory, 1 involved sensory or motor effects, 1 on anxiety or depression , and 4 of which examined mechanistic or morphological changes with no tests of whole-animal neurological function. These additional articles are listed in Appendix C. I relied on the review of Dr. Chang to assess the relevant epidemiological literature.

All studies involving neurobehavioral testing of animal were included in the review of studies to evaluate the additional evidence for cognitive effects. I set aside studies on morphological or mechanistic effects of fluoride that did not also include testing of learning or memory or other neurobehavioral tests. Mechanistic studies of the effects of fluoride on isolated cells *in vitro* have limitations for assessing effect levels *in vivo* in animals or humans at relevant doses although they represent worse-case conditions (Hartung and Daston 2009). These studies typically use high chemical concentrations and conditions that are not representative of those in the body. As noted by Plaintiffs' experts, fluoride concentrations used in *in vitro* tests in the laboratory are often much higher than would occur in the body and brain from the ingestion of water from artificial fluoridation. *In vitro* laboratory studies also lack the dynamic conditions and normal physiological defense mechanisms for handling and eliminating fluoride.

Similarly, studies in animals on neurochemical effects or histopathological changes in the brain often involve exposure concentrations that are higher than levels of relevance for assessing exposures to U.S. populations. As I explain below, at higher fluoride exposure concentrations, the observed changes may be secondary to other systemic or behavioral effects, including decreased water consumption, which reduces food consumption, milk quality and quantity, nutrition, and in turn body weight gain. Other issues such as investigator blinding and other procedures to control for bias are a concern in many of these studies, most of which do not completely describe their methods.

Therefore, morphological and mechanistic studies were considered less useful within my current scope for assessing the dose-response for fluoride exposure and potential cognitive effects at relevant levels for artificial drinking water fluoridation in the United States. This evidence can be further considered once NTP finishes their ongoing systematic review of mechanistic studies of fluoride (NTP 2017).

## 4.3   Systematic Review and Study Quality Issues

Plaintiffs' experts give little consideration to the importance of systematic review and evaluation of study quality for fluoride. NTP conducted a comprehensive systematic review of animal neurotoxicology studies on fluoride (NTP 2016) using the NTP Office of Health Assessment and Translation (OHAT) systematic review methods (NTP 2015a). The OHAT methods are an outgrowth of a broader national and international recognition of the need for established systematic review methods that are scientifically reliable, transparent, efficient, and reproducible, with emphasis on evaluation of study quality for basing conclusions on the weight of the scientific evidence for health decision making on environmental chemicals (Birnbaum et al. 2013; Stephens et al. 2016).

U.S. EXHIBIT 510.0015

The need for rigorous systematic review methods in science and medicine in general has been fueled by recognition of the irreproducibility of much of the published scientific and biomedical research (Ioannidis 2005, 2014; Begley and Ellis 2012; Button et al. 2013; Munafo et al. 2017). A survey of 1,576 researchers by the journal *Nature* identified "selective reporting of results" followed by "the pressure to publish" as leading contributing factors to the irreproducibility crisis (Baker 2016). Study controls, investigator blinding to treatment groups, and reporting of all of the data are also key to reproducibility of results (Begley and Ellis 2012). Publication bias results from selective reporting and the reluctance of researchers to submit study results with negative (i.e., no effects) findings for publication, as well as from the tendency of journals and the peer review process to accept positive results as important findings and reject negative results as uninteresting or the result of insufficient study power (Cope and Allison 2010a, b; Mlinaric et al. 2017). Data "HARKing" (hypothesizing after the results are known) is another form of biased reporting in which post-hoc explanations are advanced to fit the data, consistent with the author's views, rather than objectively testing a priori hypotheses (Kerr 1998). In such a case, the study findings might support the researcher's views in that instance, but are not necessarily reproducible. Scientific reproducibility continues to be a topic of high concern as indicated in a recent special issue of *Nature* (18 October 2018).

Study reproducibility is particularly a high concern in China as well (He et al. 2018), with additional problems regarding study reliability, scientific misconduct, and peer review frauds, likely as a result of emphasis by the government and universities on quantity rather than quality of publications as metrics for awarding promotions and financial rewards (Xin 2009; Hvistendahl 2013). A number of Chinese studies have been withdrawn from journals because of plagiarism, fabrication, or republishing the same data (Xin 2009; Normile 2017). For example, the allegedly best available study on fluoride for risk assessment according to Hirzy et al. (2016) is an epidemiology study by Chinese researchers (Xiang et al. 2003). These authors attempted to republish this study as an original article in 2010. The manuscript was accepted for publication and made available online in prepublication form by the National Institutes of Environmental Health's journal, *Environmental Health Perspectives*, but then was withdrawn by the journal when it was learned that the data had been previously published in the Fluoride Journal (Xiang et al. 2003). The withdrawn paper still appears in its *Environmental Health Perspectives* pre-publication form on the online website ResearchGate, with no mention that it was withdrawn.[2] A note that this article had been retracted appears separately.[3] The reliability of this study is discussed in Section 4.10 and by Dr. Chang's expert rebuttal report.

For toxicology studies, Good Laboratory Practices and national and international testing guidelines, such as for neurodevelopmental toxicity testing (e.g., U.S. EPA 1997, 1998b; OECD 2007; FDA 2018) have been developed to ensure that data on industrial chemicals, pesticides, or drugs are scientifically sound and reliable for making regulatory decisions to protect public health. Academic research that is not being conducted for regulatory purposes, however, is not required to adhere to these practices or guidelines. While this may be appropriate for hypothesis generating studies rather than safety testing for regulatory approval, the results of such studies

---

[2]    https://www.researchgate.net/publication/268054104_Serum_Fluoride_Level_and_Children's_Intelligence_Quotient_in_Two_Villages_in_China (accessed July 31, 2019)

[3]    https://www.researchgate.net/publication/49701386_Retraction_Serum_Fluoride_Level_and_Children's_Intelligence_Quotient_in_Two_Villages_in_China (accessed July 31, 2019)

U.S. EXHIBIT 510.0016

often provide an insufficient basis for conclusions regarding a chemical's toxicity to support dose-response assessment. Academic investigators with a poor command of English or European languages may also not have access to these guidelines in addition to not being required to adhere to these guidelines to publish their research.

Consequently, review of study methods, conduct, and completeness of reporting is as important as study results in judging the weight of the scientific evidence.

## 4.4   NTP 2016 Systematic Review of Neurotoxicology Testing of Fluoride

Both Plaintiffs' experts appear to recognize the NTP 2016 systematic review as authoritative regarding studies on developmental neurotoxicology (involving exposure *in utero* and after birth to the offspring) and on neurotoxicology in adult animals, focusing on learning and memory. However, Plaintiffs' experts do not acknowledge the highly unusual nature of the toxicology literature on fluoride in that most of the studies have been conducted in China, with a few others in developing countries; many are of low quality with high risk of bias; and relatively few have been published in leading scientific journals. Several studies were only available in Chinese (26 percent of studies), whereas some had been translated into English and published in an advocacy journal (*Fluoride*) or website (Fluoride Action Network). NTP (2016) also noted instances in which the same data were presented in two different publications. NTP's review of study quality resulted in selection of a subset of articles for inclusion in evidence evaluation. However, NTP also presented the results of studies that were judged to have high risk of bias based on problems with the study design, conduct, or insufficient information to judge whether certain factors may have affected the results. Thus, although presented separately, information from these studies was available for consideration in the NTP review. This approach allows for transparency on which studies were selected as most reliable and which were not, the findings of studies even if not included, and the reasons studies were either upgraded for consideration or downgraded as less or unreliable (NTP 2015a). This process was consistent with NTP's systematic review methods for supporting evidence-based decision making using the most complete and reliable evidence. Such a clear and transparent presentation of the quality and confidence in the evidence is of particular importance for fluoride given the serious limitations of many of the studies.[4]

Chief concerns of NTP (2016) regarding study quality, which seem to be overlooked or dismissed by Plaintiffs' experts, included the insufficient characterization of the identity and purity of the test compound, unknown amount of fluoride in the rodent chow, indirectness of

---

[4]   In over 30 years of experience in risk assessment and toxicology of environmental chemicals, I have never seen a chemical with this amount of literature with poor study quality and potential for biased reporting of toxicological effects. The evidence that Dr. Chang provides regarding potential for bias in the epidemiological literature (see Editorial and Publication Bias in her expert rebuttal report) also applies to the toxicology literature, e.g., concerns for selective publication and translation of poor-quality foreign language articles that show a positive association between fluoride exposure and developmental neurotoxicity.

U.S. EXHIBIT 510.0017

some of the tests used for assessing learning and memory, and lack of control for various factors that could affect the results, such as:

- Non-randomization of administered dose or exposure level

- Inadequate concealment of allocation of animals to treatment groups

- Non-randomization of animals from different groups in testing

- Insufficient control for litter effects in developmental studies

- Low confidence in the exposure assessment

- No blinding of the test administrator to treatment group identity

- Incomplete reporting of outcome data due to attrition or exclusion from analysis

- Non-identical conditions among treatment and control groups

- Lack of key information on numbers of animal treated or sex

- Other potential threats to internal validity.

NTP judged studies with three or more serious deficiencies in study quality[5] to have a high risk of bias. However, this does not mean that studies without a high risk of bias were of high quality and reliability. The critical deficiencies identified by NTP, even individually, are known to produce unreliable results. For example, as noted by NTP in their review and others (U.S. EPA 1998a; Haseman et al. 2001), lack of control for litter effects has long been recognized for exaggerating the statistical significance of the results of developmental neurotoxicology studies (see Section 4.5.1.3). Investigator blinding (although rarely mentioned by fluoride studies) is also particularly important because of the influence of investigator expectation based on treatment group on the results of neurobehavioral tests, *in vitro* studies, or histopathology of organs and tissues. Lack of investigator blinding, in fact, was highlighted as one of the chief causes of the reproducibility crises for biomedical and scientific studies (Begley and Ellis 2012). Non-randomization in testing animals from different groups is also a high concern for creating potential differences in outcomes among groups that are not related to chemical exposure (Haseman et al. 2001; NTP 2016).

NTP (2016) assessed the confidence in the evidence supporting neurotoxicity as a hazard of fluoride based on factors such as the magnitude of the effect, dose-response (i.e., increasing effect with increasing dose), the effect of potential confounding factors, consistency in results, risk of study bias, publication bias, whether measures of effects were direct or indirect, and the amount of precision in measures. Dr. Thiessen appears to discount NTP's concerns regarding the fluoride literature, apparently considering that most of these deficiencies would have non-differential effects on the study results, and concluding that the introduction of such random

---

[5]   Randomization and blinding during outcome assessment, randomization to treatment group, control for litter effects, characterization of the administered chemical.

U.S. EXHIBIT 510.0018

variability will tend to result in bias to the null (i.e., resulting in no difference between fluoride exposed and control animals). Nevertheless, the introduction of error in the fluoride studies in some cases includes bias toward finding treatment effects versus controls (e.g., lack of investigator blinding). Bias away from the null is also a high concern from litter effects or lack of randomization in assigning animals to treatment groups or in testing (Haseman et al. 2001; NTP 2016), and even if non-differential, such error produces unreliable results. Publication bias, as noted in Section 4.3, will further promote the reporting of inflated, erroneous, positive treatment-related findings.

## 4.4.1   Developmental Neurotoxicity Studies Reviewed by NTP

Overall, NTP rated the evidence as low for supporting developmental neurotoxicity of fluoride on learning and memory, with a primary concern that the available tests were indirect and could not distinguish cognitive effects from those resulting from changes in motor or sensory function. The data were also insufficient to have confidence in the magnitude of effects, or points of departure for developing toxicity reference values for risk assessment (e.g., no-observed-adverse-effect levels, lowest-observed-adverse-effect levels, or benchmark doses).

NTP's assessment of study quality resulted in inclusion of six studies conducted in rats.[6] Four of these studies used the Morris water maze, the primary test used to assess learning and memory (Vorhees and Williams 2014; Vorhees et al. 2018), to test rats exposed *in utero* and after birth to fluoride drinking water exposure levels ranging from 11.3 to 45.2 mg/L (Gui et al. 2010; Jiang et al. 2014a; Wei et al. 2014; Dong et al. 2015b as cited in NTP 2016). With the exception of Jiang et al. (2014a), these studies were judged by NTP (2016) to have risk of bias deficiencies for concealment of allocation to study group and for blinding of study investigators to treatment group during the study. All of these studies were judged to have risk of bias concerns for potential threats to internal validity.

Performance in the six studies using the Morris water maze was reported to be decreased compared to controls at all doses tested. However, only one study (Jiang et al. 2014a) tested more than one treatment dose (11.3, 22.6, 45.2 mg/L) compared to the control (0.34 mg/L), and reported signs of a dose-response relationship (i.e., increasing effects with dose) for most parameters. This study did not report the acquisition of the task over the training days, which would have provided information on learning. In addition, a dose-related decrease in body weights and brain weights (statistically significant in 22.6 and 45.2 mg/L dose groups) was observed at the end of treatment on postnatal day 60 (Figure 1). Dose-related differences in body weight suggest that performance in the water maze test by the fluoride exposed groups was influenced by differences in health and body size or strength. Reasons for reduced growth may include general metabolic toxicity, uncontrolled factors, change in palatability of the water from the sodium fluoride which reduced food consumption, or underrepresented fluoride doses given the reduced body weight at relatively low fluoride water concentrations (e.g., 22.6 mg/L). The

---

[6]   Seven are listed in Table 4 of the NTP 2016 report, however, two studies by Dong et al., both published in 2015, were reported to present the same data.

U.S. EXHIBIT 510.0019

concentration of fluoride in the food was not reported. The evidence from this study is thus unclear for low-level effects of fluoride on learning and memory.



Note:
Significantly different than control (0.34 mg/L), *p<0.05, **p<0.01.
SD - standard deviation

**Figure 1.** **Differences in body weight in 2-month-old Sprague Dawley rats (6 male, 6 female per group) by fluoride exposure group (Jiang et al. 2014a).**

Reduced water consumption and lower body weight gain were reported in rats exposed to 67.9 mg/L fluoride (120 mg/L sodium fluoride) after weaning (Jiang et al. 2014b). Such indirect effects on nutrition and weight gain at higher fluoride exposure levels complicate assessments of direct effects on learning and memory versus those that are secondary to low weight gain, water intake, milk quality and quantity, and nutrition. Undernutrition has been shown to result in neurological effects in humans and animals (including reduced brain weight in animals) and exacerbation of neurotoxicity (Fraga et al. 2011; Spencer and Palmer 2012). However, the results of such studies at high doses are not relevant for lower exposures that do not affect water and food consumption, milk production, and body weight gain. The human epidemiological studies of fluoride exposure have not reported that the effect of fluoride on IQ is mediated through an effect of fluoride on growth reduction (e.g., Broadbent et al. 2015; Bashash et al. 2017; Green et al. 2019; Green et al. in press).

U.S. EXHIBIT 510.0020

As for the other neurodevelopmental studies, fluoride exposure levels tested (22.6 mg/L and higher in drinking water) were selected in some studies with the goal of causing fluorosis in the parental rats. Fluoride-exposed rats at these levels showed lower performance relative to the control group. Thus, little information can be obtained from these studies regarding developmental neurotoxicity at lower levels of exposure that are derived with the goal of minimizing fluorosis.

In studies using other types of tests,[7] El-Lethey et al. (2010) (as cited in NTP 2016) used a classic maze and observations of exploratory activity (drinking water fluoride of 22.6 or 45.2 mg/L) and reported decreased performance relative to the control at the higher dose for the longer exposure period (post-natal day 105 versus 30). Wang et al. (2004) reported more errors in passive avoidance tests compared to controls for rats exposed *in utero* and for 30 days post weaning to 45.2 mg/L fluoride in drinking water. The laboratory diet also contained an elevated amount fluoride (25.57 mg/kg). Similar to Jiang et al. (2014a), the fluoride-treated rats in Wang et al. (2004) had lower weight gain and were statistically significantly lighter than controls at postnatal day 10 and at 90 days. A study that was excluded by the NTP review because of high risk of bias (Wu et al. 2008) reported that six of the 18 dams in their 25 mg/L dose group (dietary fluoride levels were not reported) failed to produce sufficient milk, resulting in pups starving in these litters. The authors report this result as an effect of fluoride on milk production; however, they state that the other litters at this dose did not show differences in physical development compared to controls (data were not shown). Wu et al. also reported greater behavioral differences from the control group for rat offspring exposed through lactation only[8] (nursing mothers received 25 mg/L fluoride in drinking water), than for the 25 mg/L *in utero* exposure group. Similarly, the 25 mg/L post-birth exposure group also showed greater differences from controls in the time to platform test in the water maze. This study did not report data on water and food consumption.

Nine other studies (seven in rats and two in mice) were excluded by NTP because of concerns of an overall high risk of bias, although their results were summarized in the report (NTP 2016). Doses tested against controls ranged from one to 200 mg/L. Two studies used gavage dosing (forced-feeding or bolus dosing all at one time), which results in unrealistically high peak exposures in the body in comparison to administration via drinking water. Effects were observed at 13.6 mg/L and higher, whereas no effect levels when reported were at drinking water concentrations of 4.52 to 7 mg/L, with the exception of no effects in one test in mice at 68 mg/L.

### 4.4.2   Post-Weaning and Adult Animal Neurotoxicity Studies Reviewed by NTP

In animals exposed after weaning through adult, NTP (2016) concluded that a moderate-level of evidence supported effects on learning and memory based on the Morris water maze test conducted at exposure levels of 2.26 to 62.7 mg/L. This conclusion also had the same reservation regarding the inability to distinguish whether the effects observed were the result of cognitive

---

[7]   These two studies were judged to have risk of bias concerns for concealment of allocation to study group, investigator blinding, and confidence in the outcome assessment.

[8]   Fluoride exposure to the offspring should be lower during lactation than *in utero*.

U.S. EXHIBIT 510.0021

effects on learning and memory or were secondary to motor or sensory function, as well as little reporting of the amount of fluoride in animal chow. Studies using other test methods such as T or Y mazes, passive avoidance, or active avoidance were rated as providing a low-level of evidence because in addition to the indirectness of the measure for learning and memory, these studies also raised concerns regarding investigator blinding of the outcome assessment and characterization of the test compound. As noted previously, blinding in which the investigator does not know the treatment group of the test animals is necessary to control for observer bias.

For studies using the Morris water maze, evidence for effects were more consistent among studies at 22.6 mg/L and higher (although not entirely) than at 2.26 mg/L (NTP 2016). Six of the seven studies using a 2.26 mg/L exposure concentration were conducted by one research group at the Guiyang Medical University in China, with some studies reporting statistically significant effects at this concentration for some tests that were not found by other studies, including from the same research group (NTP 2016). Thus, the limited and inconsistent findings of an effect at a drinking water concentration of 2.26 mg/L is scientifically unreliable, particularly given the potential for uncontrolled variation and bias in these studies.

## 4.5  Developmental Neurotoxicology Literature Published since the NTP 2016 Review

Eleven developmental neurotoxicity studies were identified from my updated literature search and subsequent review of articles published since the 2016 NTP systematic review. Of these studies, Plaintiffs' experts do not fully consider the results of the most comprehensive and well-conducted and reported developmental neurotoxicity study of learning and memory (McPherson et al. 2018). This study was conducted by NTP researchers in follow-up to the literature uncertainties and deficiencies noted in their 2016 systematic review. The strengths and importance of this study are described below followed by the other available studies since NTP's 2016 review. I then respond (Section 4.6) to Plaintiffs' experts' rationale for discounting the 2018 NTP study (McPherson et al. 2018) in favor of the poorer quality and less reliable studies for assessing learning and memory.

### 4.5.1  NTP Developmental Neurotoxicology Study

The NTP (2016) systematic review identified key data gaps in the available data and the lack of comprehensive, well-conducted studies for assessing the dose-response at relevant human exposures, especially concerning the developmental neurotoxicity of fluoride. The study by **McPherson et al. (2018)** was conducted in response to this research need. This study used rigorous study methods in accordance with NTP's developmental neurotoxicology protocols (NTP 2015b), which are generally similar to the guidelines of other national and international programs (U.S. EPA 1998b; OECD 2007; NAFTA 2016), with some differences. The McPherson et al. study was specifically designed to address a number of key issues and data gaps that previously precluded interpretation of the existing animal studies. Therefore, some features of McPherson et al. may differ from those of the developmental neurotoxicity testing guidelines for registration of pesticides or industrial chemical. For example, a maximally

U.S. EXHIBIT 510.0022

tolerated dose was not included because of the focus of the study on relevant exposures for U.S. populations.

Overall strengths of this study include:

- Assessment of exposure to drinking water fluoride concentrations that were of relevance for bounding human exposures in communities with artificial drinking water fluoridation

- Multiple dose groups to examine dose response and exposure to fluoride in water and laboratory animal diet

- Much larger treatment group sizes than most other neurotoxicity studies of fluoride

- Control for litter effects by cross fostering pups and in assignment to tests

- Test protocols that specify counterbalanced randomization of dose groups during testing, experimenter blinding to treatment group, counter balancing multiple technicians (if needed) across dose groups, and requiring $\geq 80$ percent inter-reliability of technicians for observational studies

- Several tests of learning and memory and examination of a number of other neurobehavioral parameters for comparison to the results of previous studies

- Measurement of thyroid hormone levels and fluoride concentrations in plasma, urine, brain, and bone

- Histopathological examination of the brain and general pathology of other organs

- Detailed reporting of methods and results.

Because of the number of separate tests and endpoints examined and the rigorous methodology, the McPherson et al. study should not be counted as one study (as do Plaintiffs' experts) but as multiple high-quality studies.

### 4.5.1.1    Fluoride Exposure Groups

McPherson et al. (2018) used four treatment groups with different fluoride concentrations in diet and drinking water: 1) a standard rat diet (20.5 ppm fluoride) and reverse osmosis water, 2) low fluoride custom diet (3.24 ppm fluoride) and reverse osmosis water, 3) low fluoride diet and 10 mg/L fluoride in water, and 4) low fluoride diet and 20 mg/L fluoride in water. Dams (mother rats) were exposed from gestation day six, consistent with developmental neurotoxicity test guidelines (U.S. EPA 1998b; OECD 2007; NTP 2015b) through the end of lactation. Pups (offspring) also had access to the drinking water treatment and began drinking at postnatal day 14. After weaning, exposure to the diet/drinking water treatment continued until the end of the study.

U.S. EXHIBIT 510.0023

The drinking water concentrations used appear to account for the size-adjusted difference in exposure between rats and children and consideration of exposure to fluoride from other sources as discussed by NTP (2016; pp. 56–57) (McPherson et al. 2018). NTP (2016) based their exposure calculations not on the average drinking water intake in 0.5 to 1-[9] and 14-year-old children in the United States, but on the 90th percentile[10] drinking water intake rate for these age groups along with the higher average concentrations of fluoride reported in U.S. drinking water in 2002−2005 (0.87 mg/L; U.S. EPA 2010b). Assuming a 90th percentile consumption rate of water containing the higher average fluoride water concentration overestimates exposures for the U.S. population at a 0.7 mg/L of fluoride in water, the current U.S. Public Health Service recommendation (USPHS 2015). NTP (2016) also estimated total fluoride exposure from drinking water and other sources reported by U.S. EPA (2010b; Table 7-2 on page 98) of 1.2 and 2.41 mg/day for 0.5 to 1- and 14-year-olds, respectively (as shown in Table 1), to calculate equivalent rat water exposure concentrations, which were reported to be 9 to 29 mg/L (NTP 2016, p. 56). However, in calculating these rat drinking water exposure concentrations, NTP (2016) appears to have switched the age groups in the calculation and incorrectly paired the 1.2 mg/day (total fluoride intake for 0.5 to 1-year old children) with the 14-year-old children and the 2.41 mg/day (total fluoride intake for 14-year old children) with the 0.5 to 1-year-old children (Table 1). When calculated correctly, the equivalent rat drinking water concentrations are 14 and 18 mg/L for total fluoride exposure to 0.5 to 1- and 14-year-old children, respectively. These water concentrations are within the range of concentrations used by McPherson et al. (2018) (10 to 20 mg/L). The 20 mg/L drinking water concentration administered to rats in the McPherson et al. (2018) study therefore overestimates total fluoride exposures for the U.S. population with 0.7 mg/L in drinking water, including for other groups mentioned by Dr. Thiessen who might drink more water (e.g., diabetics). *In utero* and early childhood exposure has also been the focus for sensitive groups based on animal and human studies, whereas less scientific evidence is available to support susceptibility for different ethnic groups and the elderly.

---

[9]   Actually, EPA appears to maximize the early life intake by using parameters for young children 0.5 to 1-year old. Note in Table 1 the high drinking water intake (likely from formula) for this age group and inclusion of other sources of intake that younger infants would not have.

[10]  Drinking water intakes for the U.S. population are determined using a survey. The data distribution used includes only people who reported drinking water (consumers only) in the survey even though not everyone drinks tap water every day. A child with a 90th percentile drinking water intake rate, therefore was reported to drink more water per day than 90 percent of the other children in the survey who reported drinking water. High short-term water consumption may also not be sustainable over weeks, months, or years.

U.S. EXHIBIT 510.0024

**Table 1.    U.S. EPA (2010b) total fluoride intakes used in NTP (2016) calculations for 0.5 to 1-year-old and 14-year-old children (Reproduced from U.S. EPA 2010b).**

| Table 7-2.  Representative Values for Fluoride Intakes (Including Sulfuryl Fluoride) Used in Calculation of the Relative Source Contribution from Drinking Water | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age Group (years) | DWI[a] (mg/day) | FI (mg/day) | SuF (mg/day) | BI (mg/day) | TI (mg/day) | SI (mg/day) | Total (mg/day) | RSC (%) |
| 0.5 – <1 | 0.84 | 0.25[b] | 0.03 | -- | 0.07 | 0.02 | 1.21 | 70 |
| 1 – <4 | 0.63 | 0.16 | 0.05 | 0.36 | 0.34 | 0.04 | 1.58 | 40 |
| 4 – <7 | 0.82 | 0.35 | 0.06 | 0.54 | 0.22 | 0.04 | 2.03 | 40 |
| 7 – <11 | 0.86 | 0.41 | 0.07 | 0.60 | 0.18 | 0.04 | 2.16 | 40 |
| 11 – 14 | 1.23 | 0.47 | 0.09 | 0.38 | 0.20 | 0.04 | 2.41 | 51 |
| > 14 | 1.74[b] | 0.38 | 0.08 | 0.59 | 0.10[c] | 0.02 | 2.91 | 60 |

[a]Consumers only; 90th percentile intake except for >14 years. The > 14 year value is based on the OW policy of 2 L/day.
[b]Includes foods, F in powdered formula, and fruit juices; no allocation for other beverages.
[c]Assumed. 50% of the 11-14 year old age group.

DWI = Drinking Water Intake (see Table 6-3).
FI = Food Intake (Solid Foods) (see Table 6-1).
SuF = Sulfuryl Fluoride Intake (see Table 6-5)
BI = Beverage Intake (see Table 6-2).
TI = Toothpaste Intake (see Table 6-4).
SI = Soil Intake (see Section 6.4).

#### 4.5.1.2    Larger Sample Size

NTP (2015b) recommends ≥15 animals per dose group with a minimum of 10, whereas 20 animals are recommended by U.S. EPA (1998a) and OECD (2007). Most neurotoxicology studies of fluoride, however, have used 6 to 10 animals per dose group (NTP 2016; studies reported below). McPherson et al. (2018) used 17 to 23 pups per dose group for the main dose groups of the Morris water maze study (low-dietary fluoride control, 10 mg/L dose group, 20 mg/L dose group) and 15 pups for the standard diet dose group with a concentration of 20.5 mg/kg of fluoride in the diet. The number of animals appears to have been reduced for this group because several floated, and apparently did not try to swim to find the platform during the study and therefore did not complete the test appropriately.

Larger sample size increases the ability to statistically detect smaller differences between treatment and controls and by decreasing the potential variability, increasing the power to find statistically significant differences, and decreasing the possibility of erroneous chance findings (Haseman et al. 2001). Greater variability in results from small sample sizes also tends to exaggerate the size of effects (Button et al. 2013). Other factors that can further affect the reliability of results reported by underpowered studies with small sample sizes (in addition to lack of control for litter effects and lack of randomization of animals among groups) are the use of multiple comparisons among results searching for statistical significance, selective data analysis and reporting, and publication bias for studies that find adverse effects. Thus, although effects may be more difficult to detect statistically in underpowered studies, when they occur (which can also be due to chance and selective reporting), their effects are more likely to be overestimated, and various factors increase the prevalence of the reporting of these findings in the literature.

U.S. EXHIBIT 510.0025

### 4.5.1.3    Control for Litter Effects

McPherson et al. (2018) controlled for litter effects by cross fostering pups among dams within the treatment groups, thereby reducing differences among litters because of similar genetics combined with having the same dam during gestational and lactational periods. At postnatal day 4, pups were assigned to different dams within a treatment group to established litters of 10 pups (6 male and 4 female). No dam received any of her own pups. The males were randomly assigned to four neurobehavioral test cohorts involving different types of tests. Assignments were made such that only one male pup per gestational and postnatal litter was included for any one endpoint. Thus, for any one test, each pup used in testing represented a unique prenatal and a unique postnatal litter, such that each prenatal and each postnatal dam was represented only once (Harry 2019).

The importance of litter effects on study results has long been recognized in developmental toxicity testing of chemicals using rodents (U.S. EPA 1998b, a). Animals within a litter are more likely to respond similarly with each other and potentially differently from those of other litters, and treatment of littermates as independent observations can greatly exaggerate the statistical significance of the results (Haseman et al. 2001). Accordingly, developmental neurotoxicology test guidelines have specified controlling for litter effects (U.S. EPA 1998a, b; OECD 2007; NAFTA 2016). Most of the developmental neurotoxicity studies of fluoride do not provide sufficient detail on control for litter effects. McPherson et al. (2018) cross fostered and limited pups assigned to each endpoint to only one pup per gestational and per postnatal period, thereby reducing potential non-independence of individual pups within groups that could bias findings. No other study of the developmental neurotoxicity of fluoride has controlled for litter effects to this extent.

Dr. Thiessen dismisses control for litter effects as not important for study quality because she alleges the effects would be non-differential; however, she doesn't seem to recognize that lack of control for litter effects is not non-differential and is likely to cause groups to be different because of the greater similarity of animals within litters versus between litters (Haseman et al. 2001). Even for non-differential effects, repeated studies (including by the same research group in China for fluoride) in combination with sources of uncertainty and bias will likely produce spurious and exaggerated findings. Dr. Thiessen's views are not consistent with best practices and guidelines for developmental neurotoxicity testing.

### 4.5.1.4    Assessment Using a Number of Previous Tests and Rigorous Protocols

Most neurotoxicology studies have used one or a few tests and measures, which limits comparability of results. McPherson et al. (2018) examined a large number of such endpoints that have been used previously in studies of neurobehavioral toxicity of fluoride and other chemicals, including running wheel activity, elevated plus maze, locomotor activity, light/dark place preference, passive avoidance, hot-plate latency, startle response and pre-pulse startle inhibition, Morris water maze (including acquisition and reversal learning), and Y-maze. Additional tests were included to examine specific aspects of the elevated plus maze with a linear shadow (simulating a predator) to investigate the "cautious response" reported by Bartos et al. (2015), or examining several aspects of the Morris water maze performance in follow-up to effects reported for

U.S. EXHIBIT 510.0026

isolated measures by Dong et al. (2015a). Tests were conducted in general accordance with rigorous national and international study protocols for developmental neurotoxicity testing (NTP 2015b; U.S. EPA 1998b; OECD 2007; NAFTA 2016). Overall, no effects were found with increased fluoride exposure in these tests.

### 4.5.1.5   Investigation of Systemic and Organ Toxicity

In addition to the various neurobehavioral tests, McPherson et al. (2018) also reported on other indicators of exposure and health effects such as body weight; fluoride levels in plasma, urine, brain, and bone; thyroid hormone levels; histopathological examination of key areas of the brain; and general pathological examination of the kidney, liver, heart, and reproductive organs. Contrary to the other studies highlighted by Plaintiffs' experts with less rigorous methods (e.g., no mention of investigator blinding, randomization of groups in testing), McPherson et al. found no effects in these parameters that were attributed to fluoride exposure.

The NTP McPherson et al. (2018) study is the most comprehensive and well-conducted study that addresses many of the key data gaps in the literature on the relationship between fluoride exposure and developmental neurotoxicity. The results of this study are therefore the most reliable.

### 4.5.2   Other Recent Developmental Neurotoxicology Studies

Among the other recent developmental neurotoxicity studies, only three studies (Zhu et al. 2017; Bartos et al. 2018; Zhou et al. 2019) would have been included under NTP's systematic review methods, which screen studies according to study quality, risk of bias, and hence reliability for basing conclusions. However, even the most well conducted study among these three (Bartos et al. 2018), has serious limitations for quantifying the dose-response of fluoride exposure and developmental neurotoxicity. Unlike McPherson et al. (2018), none of the other recent studies reported the amount of fluoride in the diet. Numbers of animals per group in these studies were small. Mention of control for litter effects was also lacking, or in Bartos et al. (2018) and Zhu et al. (2017), less complete than in McPherson et al. (2018). Randomization of animals from treatment groups in testing and blinding of the investigator to exposure status were also not reported. Some studies including Bartos et al. (2018) also used tests that were indirect rather than direct measures of memory and learning. Several of the studies have a high risk of bias and poor reliability, mainly because of lack of information on study methods and controls for important sources of bias from lack of randomization, investigator blinding, and control for litter effects. Studies are summarized below.

**Bartos et al. (2018)** conducted a follow-up to an earlier study that examined the effects of fluoride exposure on locomotor activity and anxiety (Bartos et al. 2015). The recent study investigated the effects of fluoride exposure using passive avoidance tests and examination of neurochemical parameters in the brains of Wistar rats. The dams received exposure during pregnancy and during lactation to drinking water containing 5 and 10 mg/L of fluoride (0.6 and 1.2 mg/kg/day) compared to filtered water. Ten pregnant female rats were assigned to each control or treatment group. Litters appear to have been represented equally among the treatment groups, although pups were not cross fostered during lactation, which if done, would have

26

U.S. EXHIBIT 510.0027

reduced potential variability between pups from different litters due to similar gestational and lactational environment. At postnatal day (PND) 21, female offspring of each litter were "housed together according to treatment group" until testing at PND 90. No fluoride exposure to the offspring occurred after weaning. Female offspring were tested for learning and memory using a step-down inhibitory avoidance task (passive avoidance) in which a shock is delivered when the rat steps down from a platform during the training phase. Group sizes at 9 to 10 animals for these tests and 5 for examination of biochemical parameters were much smaller than recommended by NTP (2015b) (≥15 animals per dose group) and EPA (1998a) and OECD (2007) (20 animals per group), and the group sizes of McPherson et al. (2018) (17–23 animals per fluoride dose group).

Bartos et al. (2018) reported that the latency of stepping off the platform for rats exposed to 10 mg/L was shorter after 90 minutes as well as after 24 hours compared to controls. Latency for stepdown for the 5 mg/L group did not differ significantly from the control group at 90 minutes, but latency for this group was statistically significantly shorter compared to the control when tested at 24 hours, mainly because of a much greater increase in latency by the control group between 90 minutes and 24 hours. The reason for the magnitude of this increase is unclear. Because no shock was delivered during the testing at 90 minutes, no additional training or reinforcement occurred with this test to promote an increase in latency. A few differences were also reported in the limited testing of neurochemical parameters in the brain, but a clear dose-response was not indicated. Although this study was better conducted and reported than many of the fluoride neurotoxicity studies, it has a number of limitations. These include less complete control for litter effects, small numbers of animals within groups, no information on dietary fluoride, and the indirectness of passive avoidance tests for actually measuring learning and memory (NTP 2016).

Contrary to the increased latency with time in the control group reported by Bartos et al. (2018), the results of Wang et al. (2004) did not indicate as clear of an increase in latency in the passive avoidance test with time. In this study, exposure of Wistar rats to higher levels of fluoride for a longer period (*in utero*) and up to 30 days post weaning to 45.2 mg/L fluoride in water and 25.57 ppm in diet) resulted in statistically significant effects on passive avoidance at 30 days after cessation of fluoride exposure compared to the control group (about PND 81) but not at 60 or 90 days (about PND 111 or 141). However, small group sizes (N=6), high variability in responses, and reduced body weight gain in the fluoride-treated rats make the results of this study difficult to interpret.

**Chen et al. (2018)** examined developmental neurotoxicity in female Sprague Dawley rats using the Morris water maze. Treatment concentrations were 10, 50, and 100 mg/L sodium fluoride corresponding to (4.5, 22.6, and 45.2 mg/L fluoride ion) with 10 pregnant female rats per group. Exposure for the control group was reported as "filtered water." Numbers of offspring in the test groups were small (N=6 per group). Offspring were exposed to the fluoride treatment until six months after birth, at which time testing was conducted. The 4.5 mg/L dose group had similar performance as the control group in neurobehavioral testing and had relatively few changes in the neurochemical parameters evaluated in the hippocampus of the brain. The other dose groups showed inconsistent dose-response, with the 22.6 mg/L group showing more impairment than the 45.2 mg/L group for water maze performance. This study's evidence on developmental neurotoxicity of learning and memory would have likely been rated as moderate to high risk of bias by NTP (2016), given the lack of information on study methods such as on randomization of

U.S. EXHIBIT 510.0028

animals to dose groups and in testing, control for litter effects, blinding of outcome assessment, and consistency of experimental conditions across dose groups.

The developmental neurotoxicity study by **Cui et al. (2017)** published in English in a Chinese journal, suffers from lack of descriptive clarity. Four female and two male parental Sprague Dawley rats (randomly distributed by weight) were used for each of four dose groups (0.344, 10, 50, 100 mg/L sodium fluoride corresponding to 0.16, 4.5, 22.6, 45.2 mg/L fluoride). After weaning, 12 offspring of equivalent weight (6 of each sex) were selected from each dose group for continued fluoride exposure until postnatal day 60. At the end of exposure, the pups showed no differences in weight in relation to fluoride exposure. The medium and high dose groups (22.6 and 45.2 mg/L) showed statistically significantly longer swim times and distances in the Morris water maze. The probe test for memory of the location of the hidden platform indicated less time and percentage of the route in the target quadrant for all fluoride dose groups with inconsistent dose-response (the 22.6 mg/L dose group performed worse than the 45.2 mg/L dose group). No details were provided on how the treatment groups performed during the acquisition phase in which the rats were being trained. The medium and high dose groups showed lower levels of thyroid stimulating hormone (TSH) and free thyroxine (T4) than controls, but no effects on free triiodothyronine (T3). Biomarkers of mitochondria dynamics in peripheral blood lymphocytes were elevated in all fluoride dose groups but without a clear dose-response relationship. Primary concerns and limitations regarding this study are the small number of dams, insufficient information on adjustment of litter size during the lactation period, control for litter effects, blinding by those conducting the testing, and other details on testing of the groups that might have affected the outcome. The lack of clear dose-response and consistent effects in this study is indicative of possible random variation rather than a dose-related effect of fluoride.

The publication by **Ge et al. (2018)** also lacks clarity in writing and in presentation of the methods and findings. This study in mice used higher fluoride drinking water exposure concentrations than the other studies (0, 50, 100 mg/L) beginning one month before pregnancy and continuing through gestation until the offspring were tested at day 60 using the Morris water maze. Mice in the 50 mg/L group had a statistically significantly lower body weight than the control group on postnatal days 0, 10, 20, 30, and 90, but not at day 60. The 100 mg/L group had a statistically significantly higher body weight than the 50 mg/L group on postnatal days 0, 10, and 20. The average body weight of the high dose group was lower than the control group on all measurement dates; however, likely because of the high variability in the high dose group, this difference was statistically significance only on days 10 and 60. Brain weights on each of the measurement days also tended to be lower for the fluoride treated groups particularly at younger ages; however, few differences from controls were statistically significant. Of the limited information presented on performance in the Morris water maze, both fluoride-treated groups had similar longer escape latencies than the control and fewer number of platform crossings (but not statistically significant). The high dose group had a higher "velocity" (presumably swimming speed) than controls. The mice in the fluoride treated groups were reported to swim "frantically and erratically," whereas the control mice swam more methodically. An unstated number of mice from each group were sacrificed at each measurement period from 0 to 90 days for morphometric and histopathological assessment of the brain, and measurement of gene expression of synapse, cytoskeletal, and developmentally regulated brain proteins. Overall, some reductions were noted for some of these measures at different periods, although a clear dose response was not always evident (i.e., greater effect with higher dose). This study lacked

U.S. EXHIBIT 510.0029

considerable methodological information such as numbers of animals for different measurements (except for the Morris water maze; N=6), randomization of animals to treatment groups or in testing, investigator blinding, and control for litter effects. The high doses tested and effects on body weight also limit the usefulness of this study for assessing direct neurotoxic effects at relevant doses for humans.

In a study of sensory effects, **Sudhakar et al. (2018)** exposed an unreported number of pregnant rats to 11.3 mg/L of fluoride in drinking water or "tap water." Very little information was provided about the experimental methods and adherence to guidelines, such as adjusting litter size to be equal among groups, sex of pups, control for litter effects between groups, or blinding of observer during testing for withdrawal of the hind paw from a mechanical stimulus. Treated offspring tested at PND 21 and 30 showed a decrease in response relative to controls (six rats tested per group). This study does not reflect cognitive effects and has poor reliability given the lack of information on controls for important factors as well as small numbers per group.

**Sun et al. (2018)** assigned 24 pregnant mice into four dose groups (0, 25, 50, 100 mg/L sodium fluoride corresponding to 0, 11.3, 22.6, 45.2 mg/L fluoride) through pregnancy, delivery and lactation. After weaning, six offspring were tested per group. No differences among groups were observed for the open field test of spontaneous behavior. For the radial arm maze, no effects were observed for the 11.3 mg/L lowest fluoride dose compared to the control group. A dose-related increase in effects in both test parameters for this apparatus were noted for the 22.6 and 45.2 mg/L dose groups. Messenger RNA expression of six neurotransmitter receptors in the hippocampus showed dose-related decreases (indicative of depressive effects) for four receptors at the high dose, two at the middle dose, and one in the low dose group. In addition to the concerns regarding the small group sizes, this study would be rated as having a high risk of bias based on the very little information provided on the experimental methods, including sex of offspring tested, controls for litter effects, randomization of animals to groups or in testing, or experimenter blinding. This study also had small group sizes.

In a related study by the same investigators as Sun et al. (2018), **Wang et al. (2018b)** examined the neurobehavioral effects of fluoride exposure during gestation and lactation in mice also using the open field test and the radial arm maze (N=15 per group) as well as measuring changes in additional neurochemical regulators in the hippocampus (N=6 per group). Dose groups were 0, 25, 50, 100 mg/L sodium fluoride (0, 11.3, 22.6, 45.2 mg/L fluoride). Pups in the highest dose group showed lower body weight compared to the control group from PND 3 up to the time of weaning at day 21 (Sun et al. 2018 did not report body weights). Effects in the open field test were limited to the high dose group (in one of three measures); whereas, in the radial arm maze, the medium and high dose groups showed statistically significant dose-dependent differences from the control group. Examination of neurochemical regulators in the hippocampus of the brain indicated some changes primarily in the 45.2 mg/L dose group. This study has a high risk of bias given the lack of information on methods such as numbers of dams, randomization, sex of offspring tested, control for litter effects, experimenter blinding, and source and purity of the sodium fluoride. The reduced body weight in the high dose group suggests the effects observed may be secondary to systemic toxicity or some other influence.

**Zhao et al. (2019)** and **Zhou et al. (2019)** are studies by the same research group as Jiang et al. (2014a) that repeated the developmental neurotoxicity tests using the Morris water maze with a

1809144 - 8962

29

few differences.[11] These studies also investigated associations with potential mechanistic parameters. Both recent studies used drinking water fluoride dose groups of <1, 4.5, 22.6, and 45.2 mg/L, and found no differences from the control at 4.5 mg/L but decreases in spatial exploration performance at 22.6 and 45.2 mg/L, similar to effect levels in Jiang et al. (2014a). Unlike Jiang et al. (2014a), however, Zhao et al. found no effect on escape latency in the place navigation test at any dose, whereas Zhou et al. reported increased escape latency only at 22.6 and 45.2 mg/L. Neither Zhao et al. nor Zhou et al. reported on body weight gain, which Jiang et al. reported as statistically significantly decreased at 22.6 and 45.2 mg/L. These studies also lack mention of control for litter effects, experimenter blinding, randomization in testing (especially Zhao et al.), and had small group sizes.

**Zhu et al. (2017)** tested only one relatively high dose of fluoride (100 mg/L sodium fluoride, 45.2 mg/L fluoride) in Sprague Dawley rats. After exposure in utero and through lactation, offspring were provided with the same fluoride drinking water treatment after weaning until PND 42. This study provided more details on experimental methods than most of the other recent studies. For example, it states that litters were culled to 8 to 10 pups and "ten litters of pups in each group were randomly tested," although the methods are not entirely clear and offspring were also not cross fostered, nor did it describe other controls for litter effects or experimenter blinding. The focus of the study was on examining molecular mechanisms of toxicity in the brain and interactions with high arsenic levels in drinking water. The performance of the fluoride-exposed rats in the Morris water maze did not statistically differ from the control group. Fluoride exposed rats had reduced scores for one of the two tests of reflexive responses at PND 5 and 6 compared to the control group, but not when tested at PNDs 7 to 10, indicating a transient response or possibly random variation.

## 4.5.3    Summary of Evidence on Developmental Neurotoxicity

Among 11 animal studies published since NTP (2016) on developmental neurotoxicity testing, four studies would be considered by NTP's criteria to be without a high risk of bias (Table 2). Nevertheless, Dr. Thiessen appears to rely on all of these studies with the exception of Sudhakar et al. (2018) and the addition of Jiang et al. (2014a) for basing her evaluation of neurotoxicity effect levels (Table 6 of her report[12]), with no specific discussion of the quality and reliability of all of these studies.

The overall evidence indicates a lowest-observed-adverse-effect level (LOAEL)[13] for learning and memory that is likely greater than 20 mg/L of fluoride in drinking water, which is the no-observed-adverse-effect level (NOAEL) (Table 2). Exposure duration to fluoride in water after weaning did not appear to affect the outcomes. Bartos et al. (2018) and Cui et al. (2017) reported an effect in neurobehavioral testing at a lower exposure level. Bartos et al. (2018) tested the pups at weaning using the step-down passive avoidance test, a lesser quality, indirect measure for

---

[11]  For example, fewer animals per group than Jiang et al. (2014a), one sex tested, and a low dose group of 4.5 mg/L instead of 11.3 mg/L.

[12]  Table 6 in Dr. Thiessen's report lists this reference as Jiang et al. (2014b).

[13]  The lowest dose (fluoride drinking water concentration) at which adverse effects on learning and memory are reported to occur.

1809144 - 8962

30

assessing learning and memory. This study was otherwise generally well conducted and reported, although it is unclear whether the difference between the fluoride-exposed and control groups was an adverse effect of fluoride or chance variation given the small sample size. Cui et al. (2017) was a poor quality study with inconsistent findings that appear to be affected by random variation. Both Bartos et al. (2018) and Cui et al. (2017) had less complete control for litter effects than in McPherson et al. (2018), and did not report dietary fluoride levels. Therefore, comparisons of doses among the recent studies is inexact because McPherson et al. (2018) provided fluoride water concentrations with a custom low fluoride diet (3.24 ppm) and reported that the standard rodent diet in their study had a fluoride concentration of 20.5 ppm. The other recent studies and most previous studies did not report the concentration of fluoride in the diet. NTP (2016) noted variable fluoride concentrations in rodent diets of 10 ppm and up to 25.57 ppm. Thus, standard rodent diets have variable amounts of additional fluoride exposure, and studies that do not report this contribution have uncertain exposures.

U.S. EXHIBIT 510.0032

**Table 2.  Summary of recent developmental neurotoxicity studies**

| Study Country of Origin | Species Strain | Sex | High Risk of Bias[a] | Exposure groups (mg/L Fluoride) (Postnatal Exposure Days) | Tests (N per Group) | NOAEL (mg/L) | LOAEL (mg/L) |
|---|---|---|---|---|---|---|---|
| McPherson et al. (2018) United States | Rat, Long Evans | male | No | 0+low diet, 0+20.5 ppm diet, 10+low diet, 20+low diet (24−70, depending on test) | MWM (15-23), passive avoidance (13-14), open field (20-21), activity (16-17), see text for others | 20 | – |
| Bartos et al. (2018) Argentina | Rat, Wistar | female | No | Filtered tap, 5, 10 (21) | Passive avoidance (9-10) | – | 5 |
| Chen et al. (2018) China | Rat, Sprague Dawley | female | Yes | <1, 4.5, 22.6, 45.2 (183) | MWM (6) | 4.5 | 22.6 |
| Cui et al. (2017) China | Rat, Sprague Dawley | both | Yes | 0.16, 4.5, 22.6, 45.2 (60) | MWM (6 male, 6 female) | – | 4.5 |
| Ge et al. (2018) China | Mice ICR | both | Yes | 0, 50, 100 (60) | MWM (3 male, 3 female) | – | 50 |
| Sudhakar et al. (2018) India | Rat, Wistar | NS | Yes | Tap water, 11.3 (30) | Limb withdraw from mechanical stimulus[b] (6) | – | 11.3 |
| Sun et al. (2018) China | Mice, Kunming | NS | Yes | 0, 11.3, 22.6, 45.2 (21) | Open field and radial arm maze (6) | 11.3 | 22.6 |
| Wang et al. (2018a) China | Mice, ICR | NS | Yes | 0, 11.3, 22.6, 45.2 (21) | Open field (15) Radial arm maze (15) | 22.6 11.3 | 45.2 22.6 |
| Zhao et al. (2019) China | Rat, Sprague Dawley | NS | Yes | <1, 4.5, 22.6, 45.2 (60) | MWM (5) | 4.5 | 22.6 |
| Zhou et al. (2019) China | Rat, Sprague Dawley | female | No | <1, 4.5, 22.6, 45.2 (183) | MWM (6) | 4.5 | 22.6 |
| Zhu et al. (2017) China | Rats, Sprague Dawley | both | No | Tap water, 45.2 (42) | Surface righting (10) negative geotaxis (10) MWM (10) | 45.2 – 45.2 | – 45.2 |

U.S. EXHIBIT 510.0033

*Notes on following page.*

**Notes:** [a] Based on at least three deficiencies: e.g., lack of fluoride information (e.g., source, purity), exposure characterization concerns, randomization in allocation to group and in outcome assessment, investigator blinding in outcome assessment; incomplete outcome data due to attrition or exclusion from analysis, non-identical conditions among groups, lack of control for litter effects, other potential threats to internal validity (see Section 4.4).

[b] Not a test of learning and memory

LOAEL   - lowest-observed-adverse-effect level
MWM     - Morris water maze
NOAEL   - no-observed-adverse-effect level
NS      - not stated

1809144 - 8962

33

## 4.6   Response to Critique of McPherson et al. (2018)

Plaintiffs' experts Drs. Thiessen and Grandjean discount and largely ignore the findings of McPherson et al. (2018). Both experts allege that the strain of rat used by McPherson et al. (2018) (the Long Evans hooded rat) is an insensitive strain which therefore explains the lack of effects of fluoride at the exposure concentrations used. This comment and others were presented in a commentary relied upon by Dr. Thiessen, which was published in the *Journal of Medical Hypothesis*. This commentary claimed to have identified 10 flaws in the McPherson study (Spencer and Limeback 2018). Ms. Spencer lists her affiliation as Lesley University; however, this is not a faculty appointment, rather it appears that she received a master's of arts degree in "individual and organizational learning process" from this college.[14] Dr. Limeback is an emeritus professor of dentistry and was a member of the NAS fluoride committee (NRC 2006). Neither have background or credentials in toxicology. Their commentary does not conduct a critical review of the other developmental neurotoxicology studies on fluoride, which are of far lower quality and less comprehensive and scientifically rigorous than McPherson et al. (2018) (see above). Many of the "flaws" would also apply to animal developmental neurotoxicity studies in general or to the other such studies that have been conducted on fluoride. The criticisms of Spencer and Limeback (2018) regarding McPherson et al. (2018) have little scientific basis and contain a number of errors. No actual evidence indicates that the lack of statistically significant effects with fluoride exposure reported by McPherson et al. (2018) resulted because of the issues raised by Spencer and Limeback (2018).

I respond to the primary "flaws" below identified by Spencer and Limeback (2018) and Plaintiffs' experts.

### 4.6.1   Use of the Long Evans Hooded Rat Strain

Both Dr. Thiessen and Dr. Grandjean state that the McPherson NTP neurodevelopmental study used an insensitive rat strain and cite an earlier paper by Elliott (1967) in which no neurobehavioral effects were found in adult Long Evans rats exposed to 4.34 and 42.4 mg/L of fluoride in water. However, as noted by the NTP systematic review (NTP 2016 at p. 47), Elliott (1967) had a high risk of bias. Its lack of positive findings is thus unlikely to be related to the rat strain. In fact, two recent studies reported no effects of fluoride exposure on learning and memory in Wistar rats at even higher fluoride exposure levels (Pulungan et al. 2018; Yang et al. 2018). Dr. Grandjean also contradicts himself by citing a study in Long Evans rats (he doesn't mention the rat strain) that reported effects on the brain at a fluoride drinking water concentration as low as 1 mg/L (Varner et al. 1998). Studies by Varner and colleagues from the 1990's (1993, 1994, 1998) used Long Evans male rats and reported neurotoxicity from aluminum and fluoride. These studies, however, are difficult to interpret because of exposure to fluoroaluminum complexes ($AlF_3/AlF_4$), and at the lowest dose group of the fluoroaluminum compounds in drinking (0.5 mg/L) the rats paradoxically suffered greater illness and higher mortality than the dose groups with 10- and 100-times greater exposure. This effect in a subsequent study was not found to be associated with fluoride exposure at 2.1 mg/L sodium

---

[14]   http://www.karenfavazzaspencer.com/Karen_Favazza_Spencer/Professional.html

U.S. EXHIBIT 510.0035

fluoride (1 mg/L fluoride ion) without aluminum (stated to provide an equivalent amount of fluoride as the 0.5 mg/L $AlF_3$, $AlF_4$; Varner et al. 1998).

Spencer and Limeback (2018) likewise allege that the Long Evans hooded rat was identified by NTP's literature review as possessing a "particularly high tolerance to fluoride" and is "known to have different susceptibilities to teratogens than other strains" citing Kang et al. (1986). However, the NTP (2016) systematic review does not state that the Long Evans rat is a less sensitive rat strain than the Sprague Dawley or Wistar rat strains used in most of the studies of fluoride neurotoxicity. The article that Spencer and Limeback cite regarding different susceptibilities of rat strains to teratogens (Kang et al. 1986), likewise does not support their implication that Long Evans rats would be less susceptible than other strains to the developmental neurotoxicity of fluoride. Kang et al. (1986) examined developmental toxicology of nitrophen and reported that Long Evans and Sprague Dawley rats had similar total rates of malformations in offspring after *in utero* exposure. Some differences were observed in the patterns of organ malformations between the strains, but none of their results indicated that Long Evans rats would be less susceptible to developmental toxicity. In fact, while some malformations did occur with greater frequency in Sprague Dawley rats, other malformations occurred more frequently in Long Evans rats.

A study by Moser et al. (1991) evaluated differences in rat strains in their susceptibility to behavioral and neurological effects using the insecticide Amitraz. Dr. Moser has long been involved in neurotoxicity testing of chemicals and in developmental neurotoxicity test guidelines (e.g., Moser et al. 1997; NAFTA 2016). The main comparison in this study was between the Sprague Dawley rat (used in many behavioral studies) and the Fischer 344 rat (used extensively in carcinogenicity studies). The authors also included the Long Evans rat because they had used this strain in neurotoxicity studies for many years. Adult male rats of each strain were tested using a functional observational battery of behavioral and neurological tests. The primary findings were that the Long Evans rats showed more effects of the treatment than the other strains and that the Fischer 344 rats recovered more quickly. The Sprague Dawley rats showed the least effects overall, although they displayed greater sensorimotor responses to stimuli.

The EPA developmental neurotoxicity testing guidelines specify the use of rats, but not the Fischer rat strain (U.S. EPA 1998b). OECD (2007) specifies rats as the appropriate species with no mention of strains. Vorhees and Williams (2006), in describing Morris water maze protocols for testing of learning and memory, presents example data using the Long Evans rat. Thus, the assertion by Spencer and Limeback and Plaintiffs' experts that Long Evans rats are less sensitive to neurotoxicants, teratogens, or fluoride is entirely without support.

## 4.6.2    Use of Only Male Rats

McPherson et al. (2018) used only male offspring in their testing, similar to most of the neurotoxicology studies of weanling and adult rodents (NTP 2016; Table 3). Some other studies have used only female rodents or did not report the sex, and less often, studies have used both sexes (see Tables 2 and 3). Although Spencer and Limeback fault McPherson et al. for using only one sex because of uncertainty regarding whether the sexes differ in susceptibility, they do not have similar criticisms of the numerous other neurotoxicity studies that used only one sex

U.S. EXHIBIT 510.0036

(NTP 2016; see Tables 1 and 2). Moreover, although NTP (2016) noted that no studies have directly compared effects between the sexes for fluoride, the overall evidence from animal studies does not suggest that the sexes would differ materially in susceptibility to fluoride.

A publication cited by Spencer and Limeback to support another point, actually reported that male rats were more sensitive to neurotoxic effects when exposed *in utero* on gestational days 17−19 (dams were injected with sodium fluoride on days 14−18 or 17−19), and female rats were more sensitive when exposed later at weaning or as adults with no prior exposure (Mullenix et al. 1995). Fluoride doses in this study were relatively high (0.13 mg/kg body weight injected a total of 9 times for each gestational period; 0, 75, 100, 125 mg/L in drinking water for weanlings; 0 and 100 mg/L in water for adult offspring). Maternal injection of fluoride results in an unrealistically high bolus dose compared to more gradual exposure through drinking water over a day; peak plasma fluoride levels (0.15−0.20 mg/L) associated with the injections were about twice as high as measured in male and female rats after three weeks of drinking water exposure to 100 mg/L of fluoride in this study. Thus, the results of this high dose study have unclear relevance for lower doses such as used by McPherson et al. (2018).

Among the various uncertainties in the existing literature of developmental neurotoxicity, differences between sexes is a minor issue, particularly when compared to actual fluoride dose used in studies, study methods, and reporting.

### 4.6.3    Dams Were Not Exposed during the First Trimester

Many of the studies of developmental neurotoxicity of fluoride started their maternal dosing at gestational day 0 (GD0), which is at fertilization, rather than at GD6 as in the study by McPherson et al. (2018). However, the GD0 to GD6 period in rats is not equivalent to the first trimester in humans as asserted by Spencer and Limeback. GD6 is the recommended time to begin maternal dosing in a developmental neurotoxicity study (U.S. EPA 1998b; OECD 2007; NAFTA 2016). Before this period, the rat blastula is a freely floating collection of cells that is not implanted in the uterus. At GD6, the blastocyst implants in the uterine wall and some of the cells form the placenta and others the embryo. Prior to this time, placental exposure or neurodevelopment would not occur. Thus, beginning dosing at GD6 does not explain the lack of developmental neurotoxic effects observed by McPherson et al. (2018).

Regulatory guidelines for reproductive toxicity do involve earlier dosing, but assessment of reproductive toxicity is not the purpose of the McPherson et al. (2018) developmental neurotoxicity study. The OECD (2018) extended one-generation reproductive toxicity guideline includes neurotoxicological assessment of a subset of offspring within the larger study of reproductive toxicity. In accordance with the main purpose of reproductive toxicity testing, dosing includes two weeks prior to mating and from GD0 forward. Such early dosing allows the examination of effects of substance exposure on reproduction, including reproductive condition prior to mating, effects on egg and sperm, fertilization success, teratogenicity (birth defects), litter size, and morbidity and mortality of offspring. The developmental neurotoxicology component of the OECD test is limited by the small numbers of pups and is not intended to provide a full assessment of the developmental endpoint (NAFTA 2016; OECD 2018). Thus, these guidelines specify dosing before GD6 for examination of reproductive toxicity and not for

U.S. EXHIBIT 510.0037

developmental neurotoxicity. Reproductive toxicity has not been the focus of toxicity studies of fluoride.

### 4.6.4    Low Exposure Prior to Weaning Compared to Formula-Fed Infants

Spencer and Limeback fault McPherson et al. (2018) for not providing supplemental fluoride to the pups during the lactation period. However, they cite no published developmental neurotoxicity studies of fluoride in animals that has provided supplemental fluoride during the lactation period. They do cite an unpublished Ph.D. dissertation (Luke 1997) for a method used to dose gerbil pups, although this type of dosing results in intermittent bolus dosing and is not comparable to the delivery of fluoride with formula for a bottle-fed infant. A high bolus dose is potentially more harmful than the same dose delivered over time because of the higher internal dose to affect cells, tissues, and organs such as the brain, and greater amount that could accumulated in organs and bone. Moreover, Plaintiffs' experts do not considered that formula-fed infants would receive fluoridated water simultaneously and proportionately with milk containing protein and minerals such as calcium, and magnesium, which reduces fluoride absorption likely by formation of less soluble complexes or by increase in stomach pH by milk (Ekstrand and Ehrnebo 1979; NRC 2006). Experimental data from a limited number of formula-fed infants showed a relatively high bioavailability for fluoride in formula (90 percent); however, most of the fluoride was rapidly excreted in the urine (87.5 percent) (Ekstrand et al. 1994). Higher absorption occurred when a fluoride supplement was administered an hour before formula feeding on an empty stomach (96 percent) rather than when formula was given immediately after the supplement (89 percent). Compared to the low retention of the dose of fluoride from formula (12.5 percent), the supplement followed immediately with feeding had a retention 47.1 percent, whereas the supplement on an empty stomach an hour before feeding had a retention of 52.3 percent. The toxicological consequences of bolus dosing are thus likely greater than for lower doses spread out over a day, such as for infant formula.

Of note, the doses in mg/kg/day that Dr. Thiessen presents for 2 to 6-month-old bottle-fed infants (using drinking water with 0.7 mg/L of fluoride; Table 3 of her report) exceed EPA's proposed reference dose for dental fluorosis (U.S. EPA 2010a). These results are consistent with cautions by the Centers for Disease Control and Prevention regarding the use of fluoridated water in infant formula.[15]

Although developmental toxicology studies in animals have limitations for assessing exposure equivalent to bottle-fed infants, as noted by Dr. Grandjean based on the associations from epidemiological studies, the *in utero* period appears to be a critical period for fluoride exposure.

### 4.6.5    All Three Fluoridation Chemicals for Drinking Water Should Have Been Used Rather Than Just Sodium Fluoride

Animal studies of fluoride neurotoxicity have administered fluoride in water using sodium fluoride. Use of this same compound by McPherson et al. (2018) allows for direct comparison with these studies. The use of sodium fluoride is therefore not a "flaw" that undermines the

---

[15]   e.g., https://www.cdc.gov/fluoridation/faqs/infant-formula.html

U.S. EXHIBIT 510.0038

reliability of this study, but rather a strength for assessing the developmental neurotoxicity literature on fluoride. Sodium fluoride and the fluoridation chemicals are reported to similarly result in fluoride ions in water at relevant concentrations for water fluoridation (NRC 2006). A comparison of results of animal studies using other fluoridation chemicals did not find differences in toxicity among compounds at comparable fluoride levels (NIEHS 2001).

Spencer and Limeback (2018) also note, "We suggest that two 21st century studies that considered lead poisoning in relation to use of fluoridation chemicals were both more rational and more scientifically disciplined," citing a cross-sectional study of blood lead levels of children living in homes with different fluoridation chemicals (Macek et al. 2006) and a study of lead and fluoride exposure in rats using fluosilicic acid (Sawan et al. 2010). While the point of Spencer and Limeback's statement is vague and unclear, neither of these studies support a need for more research on different fluoridation chemicals in developmental neurotoxicology studies. Macek et al. (2006) concluded that, "Given these findings, our analyses, though not definitive, do not support concerns that silicofluorides in community water systems cause higher PbB [blood lead] concentrations in children. Current evidence does not provide a basis for changing water fluoridation practices, which have a clear public health benefit." Sawan et al. (2010) studied the effects of administering 100 mg/L fluoride in drinking water or 100 mg/L fluoride with 30 mg/L lead in drinking water. Both of these concentrations are orders of magnitude greater than the recommended level of fluoridation of drinking water (0.7 mg/L) or the action level for lead in water (0.015 mg/L). It is possible that such higher concentrations of fluosilicic acid may affect the water pH and thereby increase lead absorption in rats, but such conditions would be less relevant at much lower concentrations.

### 4.6.6 Slight Dental Fluorosis, Thereby Indicating Long Evans Rats Are Insensitive to Fluoride Toxicity

Spencer and Limeback describe the dental fluorosis in the 20 mg/L fluoride exposure group of McPherson et al. (2018) as slight and questionable, which allegedly validates their point that the Long Evans rat are insensitive and "not vulnerable to the most visible symptom of fluoride poisoning." They state that this is clearly evident by comparing the images of McPherson et al. (2018) to those of studies of Wistar rats. However, the studies they cite in support of their statement are the blood lead study of children by Macek et al. (2006) and the high dose fluoride and lead exposure study of Sawan et al. (2010). Sawan et al. used Wistar rats, but also used a fluoride exposure concentration of 100 mg/L and did not mention dental fluorosis nor present any images.

The images presented by McPherson et al. (2018) for the 20 mg/L group are similar to those presented by Catani et al. (2010) for Wistar rats exposed to 25 mg/L. Interestingly, Niu et al. (2008) did not observe dental fluorosis in Wistar rats exposed to 68 mg/L fluoride.

### 4.6.7 NTP Did Not Have the Capacity to Recreate All of the Animal Tests of Cognitive-Behavioral Impact

Spencer and Limeback present this statement as one of the "flaws" without additional explanation. However, they fail to acknowledge that 1) the McPherson et al. (2018) study

U.S. EXHIBIT 510.0039

included a large number of tests, including those that more directly measure learning and memory and were the most used in previously published developmental neurotoxicity studies, particularly for learning and memory; and 2) this study is the most comprehensive and rigorous that has been published on the developmental neurotoxicity of fluoride.

### 4.6.8    The NTP Study Did Not Consider Multigenerational Impacts

This "flaw" would apply to all other developmental neurotoxicity studies of fluoride and, in fact, neurotoxicity studies of all chemicals following established developmental neurotoxicology guidelines, which do not include a multigenerational component. It is unclear what multigenerational impacts on neurobehavior are asserted based on Spencer and Limeback's citation of Mullenix et al. (1995). This study did not examine multigenerational impacts on neurobehavior any more so than did McPherson et al. (2018) or any other developmental neurotoxicity study. Spencer and Limeback  also cite NRC (2006) for compounding effects of fluoride on many tissues including the endocrine organs, which can indirectly impact neurobehavior. Chief among the endocrine organs described by NRC (2006) and highlighted by Dr. Thiessen are effects on the thyroid; however, McPherson et al. (2018) analyzed the effect of fluoride exposure on thyroid hormones, finding no effects on levels of T3, T4, or TSH levels, other than lower levels of TSH of rats on the low fluoride rodent diet.

### 4.6.9    Unreliable Fluoride Dosing Based on Lower Levels in Plasma of G4 (20 mg/L Dose Group) Than G3 (10 mg/L Dose Group)

As in humans, the pharmacokinetics of fluoride in rats would result in variable plasma fluoride levels depending on when exposure last occurred and how much water or food containing fluoride was consumed (ATSDR 2003; NRC 2006). Therefore, it is not surprising given variation in measurement of plasma fluoride levels in animals of each dose group tested that the average plasma levels for the 20 mg/L dose group was not higher than the 10 mg/L dose group. These two dose groups had much higher plasma fluoride levels than the control groups. If multiple measurements were taken of plasma over a day, the results would be more representative of the dosing. The tissues with longer fluoride turnover rates than plasma (e.g., brain and femur) showed concentrations that were consistent with the dosing, thereby refuting Spencer and Limeback's assertion that the dosing was not as reported.

Spencer and Limeback also state that the amount of fluoride used was significantly less than used in studies with "more responsive animal strains" and that higher fluoride levels are required to produce blood plasma levels comparable to that in humans drinking 1 mg/L of fluoride in water. As noted above in Section 4.5.1.1, the fluoride doses selected by McPherson et al. overestimate total fluoride exposures from all sources for the U.S. population, even with dose conversion between rats and humans. Plasma levels of fluoride in humans also have low reliability as a biomarker of exposure because of the short half-life (NRC 2006). Spencer and Limeback do not state how much higher than 20 mg/L the fluoride level should have been for equivalence in humans; however, testing of rats and mice at higher doses (i.e., ≥22.6 mg/L) has resulted in reduced body weight gain, possibly related to reduced water and food consumption or other metabolic effects (Wang et al. 2004; Jiang et al. 2014a; Jiang et al. 2014b; Wang et al. 2018b; Yang et al. 2018; Lu et al. 2019; Yuan et al. 2019). As noted in Section 4.4.1, these

U.S. EXHIBIT 510.0040

studies do not distinguish whether the reduction in water consumption and thereby food consumption and weight gain is related to water palatability rather than toxicity. Exposure to 25 mg/L[16] by Wu et al. (2008) resulted in poor milk yield by dams and starvation in a third of the litters. Thus, one cannot conclude that fluoride had direct neurotoxic effects in these studies because of evidence other effects affecting nutrition and health.

### 4.6.10    Ineffective Study Design Because Control Animals Had Some Fluoride in Their Diet

Spencer and Limeback state that because control animals had some fluoride in their diet and the fluoride treatment groups had no visible dental fluorosis comparable to studies with Wistar rats (which is baseless), it is not surprising that McPherson et al. (2018) did not find microscopic brain changes. Thus, they conclude the test design was "ineffectual". Spencer and Limeback fail to recognize that McPherson et al. used a control that had a custom diet with low fluoride and reverse osmosis drinking water. By comparison, most neurotoxicology studies on fluoride have used standard rodent diets and have not reported the fluoride concentration of the diet. McPherson et al.'s conclusions regarding no effects of fluoride exposure were based on comparisons to the low fluoride diet and water control, not the control with the standard diet containing a much higher amount of fluoride. McPherson et al. also demonstrated that the 20 mg/L dose group showed dental fluorosis comparable to that reported in Wistar rats at 25 mg/L by Catani et al. (2010). As expected for this dose, the amount of fluorosis is less than might occur at 100 mg/L.

Overall, Spencer and Limeback's and Plaintiffs' experts' criticisms of McPherson et al. (2018) demonstrate a poor understanding of the study and established protocols for conducting developmental neurotoxicity studies, and are therefore without merit. Plaintiffs' experts fail to provide a similar level of detailed review of the many poorly conducted studies on the neurotoxicity of fluoride that they rely upon, apparently because these studies have positive findings that support their opinions.

## 4.7    Recent Studies of Weanling and Adult Neurotoxicity since NTP (2016)

Twelve neurotoxicity studies in weanling and adult animals were identified since the 2016 NTP systematic review. Eight of these studies involved test of learning and memory, although few of these studies included fluoride concentrations in drinking water below 20 mg/L (Table 3). The purpose in a number of studies appears to have been investigation of neurochemical or morphometric effects at higher exposure levels that previously resulted in effects in neurobehavioral testing (e.g., Zeng et al. 2019; Zhang et al. 2019). In the only test using the Morris water maze that included a drinking water level below 20 mg/L, Niu et al. (2018) reported no effects in female rats exposed to 4.52 mg/L and decreased performance at 22.6 mg/L. Other studies that reported effects on learning and memory did so at exposures of 22.6 mg/L and

---

[16]    It is also possible that this fluoride water concentration was inaccurately reported or this study had a high fluoride concentration in the rat diet.

U.S. EXHIBIT 510.0041

higher (Table 3). The concentration of fluoride in the diet of all of these studies (except for Zeng et al. 2019; <6 ppm) was not reported. Only Adedara et al. (2017) reported that animals were randomized in testing for the outcome assessment. None of the studies reported whether investigators were blinded to the identity of the group of the animal during testing. Most studies, however, had less than three risk of bias criteria that would have qualified them as high risk of bias according to NTP (2016) (Table 3).

At higher doses, the recent studies showed inconsistent results with some studies showing effects, whereas others show no effects (Table 3). For example, in a study using some of the highest exposures (60 and 120 mg/L), Wistar rats exposed for 4 weeks or 12 weeks showed relatively few and inconsistent effects in the Morris water maze test (Yang et al. 2018). Rats exposed for 4 weeks to 60 mg/L (but not to 120 mg/L) showed decreased performance for one measure compared to controls, but not for others. No differences in learning with the apparatus were observed during the acquisition phase. In rats exposed for 12 weeks, the high dose group showed slower performance during the first two days of training, but not in the last three days, and none of the dose groups showed statistically significant differences from the controls in their performance in the testing phase. In the open field test, the 60 and 120 mg/L groups differed from controls in having fewer number of instances of standing (statistically significant for both groups) and number of times crossing the center (statistically significant for high dose only), but not for two other measures. The 120 mg/L dose group also showed reduced body weight gain between 4 and 12 weeks of exposure compared to the 60 mg/L dose group and the control.

Lu et al. (2019) also reported reduced body weight gain of mice exposed to 50 mg/L fluoride in drinking water, beginning at 13 weeks of exposure (3 weeks of age) and lasting through the duration of the fluoride exposure (42 weeks). The fluoride-exposed mice also drank less water during the first week of exposure, but not thereafter. Statistically significant differences occurred in some behavioral tests (elevated plus maze), but not others (open field). There was no difference at 49 days of exposure between controls and fluoride-treated mice in the open field test, which assesses hyperactivity. In the elevated plus maze, statistical differences were observed in three of the four parameters at 49 days, which persisted in two of the three parameters when mice were retested at 161 days. Increases in blood and brain serotonin levels in mice at 50 mg/L were noted to be consistent with higher serotonin blood levels in 26 children who drank well water with a mean fluoride level of 2.5 mg/L compared to three children who were given bottled water (duration not specified) and two children from a different area with <0.5 mg/L fluoride in drinking water (Lu et al. 2019). However, the effect in the rats is complicated by the reduction in body weight and the results in the children are based on a small group sizes with no information on potential confounding factors.

Yuan et al. (2019) reported decreased performance of mice in the Y-maze for all fluoride treatment groups (90 days of exposure to drinking water fluoride levels of 22.6, 45.2, 67.8 mg/L compared to controls with distilled water). However, no clear dose-response relationship was observed among the treatment groups. Dose-dependent decreases in body weight and brain weight were also reported. The ratio of brain weight to body weight was statistically significantly lower than in control mice for the middle and high dose groups, although not in a dose-dependent manner.

1809144 - 8962

41

A study of locomotor activity and behavior reported a depressive effect on motor activity and increased grooming and fecal elimination for rats exposed to fluoride at 6.8 mg/L compared to controls; no other fluoride doses were tested and no information was reported on the fluoride concentration in the diet or in the control drinking water (Adedara et al. 2017). Another study in the same rat strain (Wistar) reported no motor effects at a much higher dose (Agustina et al. 2019; Table 3).

The results of more recent studies in animals exposed after weaning to adult therefore do not indicate effects on learning and memory at drinking water exposure concentrations below 20 mg/L.

U.S. EXHIBIT 510.0043

**Table 3.   Summary of recent weanling and adult neurotoxicity studies**

| Study Country of Origin | Species Strain | Sex | Age (days) | High risk of Bias[a] | Exposure groups (mg/L fluoride) (Exposure Duration, days) | Tests (N per Group) | NOAEL (mg/L) | LOAEL (mg/L) |
|---|---|---|---|---|---|---|---|---|
| Adedara et al. (2017) Nigeria | Rat, Wistar | male | adult | No | "drinking water", 6.8 (45) | Locomotor, exploratory behavior, grip strength, motor effects[b] (12) | – | 6.8 |
| Agustina et al. (2019) Indonesia | Rat, Wistar | male | 89–117 | No, but dosing is less relevant | <0.027, 13.3, 26.6, 53.2[c] (30) | Rotarod (motor coordination)[b] (8) Loss of Purkinje cells (24% and 25% at 26.6 and 53.2 mg/L, respectively) | 53.2 13.3 | – 26.6 |
| Dong et al. (2017) China | Rat, Sprague Dawley | both | 35 | Yes | <0.5, 50 (304) | MWM (10) | – | 50 |
| Jetti et al. (2016) India | Rat, Wistar | male | adult | Yes | 0.5,100 (30) | T-maze, passive avoidance (6) | – | 100 |
| Li et al. (2019) China | Mice, Kunming | NS | adult | Maybe | 0, 68 (90,120, 150) | Novel object, light/dark exploration, emergence, elevated zero maze, forced swim, tail suspension[b] (8) | 68 (90, 150 days) | 68 (120 days) |
| Lu et al. (2019) U.S., China, Turkey | Mice, C57BL/6J | female | 21 | No | 0, 50 (49, 161) | Open field test (35)[b] Elevated plus maze[b] 49 days (35) 161 days (20) | 50 – – | – 50 50 |
| Niu et al. 2018 China | Rat, Sprague Dawley | female | NS; 180–220 g BW | No | <1, 4.52, 22.6, 45.2 (61) | MWM (6) | 4.52 | 22.6 |
| Pulungan et al. (2018) Indonesia | Rat, Wistar | male | 89–117 | No, but dosing is less relevant | <0.027, 13.3, 26.6, 53.2 (30) | Y-maze (8) No loss of pyramidal neurons in the prefrontal cortex | 53.2 53.2 | – |
| Yang et al. (2018) China | Rat, Wistar | male | 42 | No | 0, 60, 120 (28, 84) | Open field (10) MWM (10) | 120 (28 days) 120 (28 days) | 60 (84 days) 60 (28 days)[d] |
| Yuan et al. (2019) China | Mice, Kunming | male | 56 | Maybe | 0, 22.6, 45.2, 67.8 (84) | Y-maze (12) However, no dose-response in fluoride exposed groups | – | 22.6 |
| Zeng et al. (2019) China | Rat, Sprague Dawley | both | NS; 120–150 g BW | No | <0.5, 50 (213) | MWM (8) | – | 50 |

U.S. EXHIBIT 510.0044

**Table 3.  (cont.)**

| Zhang et al. (2019) China | Rat, Wistar | both | 35 | Yes | <0.1, 25, 50, 100 (91) | MWM (15) | 50 | 100 |
|---|---|---|---|---|---|---|---|---|

Notes:   [a] Based on at least three deficiencies: e.g., lack of fluoride information (e.g., source, purity), exposure characterization concerns, randomization in allocation to group and in outcome assessment, investigator blinding in outcome assessment; incomplete outcome data due to attrition or exclusion from analysis, non-identical conditions among groups (see Section 4.4).

[b] Not a test of learning and memory

[c] Drinking water exposure concentration calculated from 5, 10, 20 mg/kg/day NaF by gavage; 2.26, 4.52, 9.05 mg/kg-day F; 12.0, 23.6, 46.9 mg/L, assuming 200 g approximate average body weight and 0.034 L/day water intake (NTP 2016) and 0.351 drinking water.

[d] Paradoxically, reduced performance for spatial memory occurred at 60 mg/L but not at 120 mg/L.

| | |
|---|---|
| BW | - body weight |
| LOAEL | - lowest-observed-adverse-effect level |
| MWM | - Morris water maze |
| NOAEL | - no-observed-adverse-effect level |
| NS | - not stated |

U.S. EXHIBIT 510.0045

## 4.8   Animal-to-Human Fluoride Dose and Water Concentration Comparisons

Plaintiffs' experts allege that high doses in animal studies are relevant for human exposures, perhaps implying that the doses used in McPherson et al. are too low for assessing exposures in U.S. populations. As noted above, the water exposure concentrations (i.e., 10 and 20 mg/L) used in the developmental neurotoxicity study by McPherson et al. (2018) were selected for relevance in evaluating total fluoride exposures for the U.S. population based on contribution from drinking water (at 0.87 mg/L), assuming a 90th percentile water intake rate, and other sources of fluoride exposure reported for 0.5- to 1-year-old and 14-year-old children (U.S. EPA 2010b; Table 1). Calculation of a drinking water equivalent concentration for rats was based on default assumptions in converting doses based on the assumption that pharmacokinetic differences with body size scale approximately as a function of the ¾ power of body mass (NTP 2016).

The same conversion can be used to examine rat drinking water fluoride exposure concentrations that would be equivalent to total fluoride exposures in humans assuming different fluoride water concentrations, including the USPHS current (0.7 mg/L) and previously (0.7−1.2 mg/L) recommended level for drinking water fluoridation, and the EPA secondary maximum contaminant level (SMCL) and the maximum contaminant level goal (MCLG) for fluoride in drinking water (4 mg/L) (Table 4).

**Table 4.   Equivalent fluoride water concentrations for a rat based on total dose of fluoride in a 0.5- to 1-year-old or 14-year-old child at different water concentrations based on calculations of NTP (2016)\***

| U.S. Drinking Water Concentration (mg/L) | Total dose for 0.5- to 1-year old (mg/day) | Total dose for 14-year old (mg/day) | Equivalent rat water concentration (mg/L) | |
|---|---|---|---|---|
| | | | 0.5 to 1-year old | 14-year old |
| 0.7 | 1.05 | 2.17 | 12 | 16 |
| 1.2 | 1.54 | 2.88 | 18 | 21 |
| 2 | 2.31 | 4.01 | 27 | 30 |
| 4 | 4.25 | 6.84 | 50 | 50 |

Notes:   \* Rat daily dose per body weight = human daily dose per body weight × (human body weight/rat body weight)$^{3/4}$; equivalent rat water concentration = rat dose per body weight × rat body weight (0.234 kg) / rat water intake (0.034 L/day); human body weight = 9 kg for 0.5 to 1-year-old and 60 kg for 14-year-old child.

Assuming the above dose conversion, total fluoride doses associated with the USPHS recommendations (0.7−1.2 mg/L) are equivalent approximately to rat water exposure concentrations tested by McPherson et al. (2018), for which the overall evidence does not indicate consistent effects on learning and memory in animals. Total doses associated with the

U.S. EXHIBIT 510.0046

EPA's SMCL based on mild dental fluorosis and the MCLG based on preventing serious skeletal fluorosis are approximately within ranges of drinking water concentrations in animal studies that have reported effects in some tests of learning and memory. The review by NRC (2006), however, noted that at 4 mg/L, the risk of severe dental fluorosis was an adverse effect, and that this level may not be sufficiently protective of skeletal fluorosis.

Concentrations above 20 mg/L for animals (equivalent to total fluoride exposures in humans with drinking water of 1.2 mg/L) have also resulted in effects on body weight, possibly related to metabolic or systemic effects, or reduction in water and food intake. Reductions in body weight gain have been reported at fluoride exposure levels of 22.6 mg/L (Jiang et al. 2014a), 45.2 mg/L (Jiang et al. 2014a; Wang et al. 2018b); 67.9 mg/L (and reduced water intake; Jiang et al. 2014b), and 120 mg/L (Yang et al. 2018). Reduced milk production by dams was reported at 25 mg/L (Wu et al. 2008). Thus, in addition to the inability of the neurobehavioral tests to distinguish sensory and motor effects from those related to learning and memory, the observed neurobehavioral effects at these higher fluoride concentrations may be secondary to other influences that are not relevant for the U.S. population.

It also must be recognized that these equivalent fluoride water concentrations for a rat assume no exposure from the laboratory diets, and accordingly could overestimate equivalent fluoride water exposures in studies that use rodent diets with considerable fluoride (NTP 2016; McPherson et al. 2018). Therefore, dose comparison between animals and human is highly uncertain for the large majority of animal studies, which have not quantified exposure from the diet.

## 4.9    Toxicity Factor Adjustment and Margin of Exposure for Risk Assessment

In using the animal data to estimate toxicity reference values for risk assessment, a LOAEL, NOAEL, or benchmark dose from an animal study is used as a point of departure for extrapolation to a health protective reference dose for humans. Dr. Thiessen notes various adjustments that are incorporated to account for potential differences between animals and humans and for differences among humans. The Complaint implies that the EPA neurotoxicity guidance specifies an additional extrapolation factor of 10 for this endpoint (U.S. EPA 1998a). This is not the case, nor do Plaintiffs' experts recommend such an additional factor. Uncertainty factors from one to 10 may be assigned for sources of uncertainty including extrapolations from a LOAEL to a NOAEL, animal to humans, and variation within the human population. Dr. Thiessen applies various largely default factors (e.g., interspecies, intra-species, LOAEL to NOAEL, subchronic to chronic, database uncertainty). For a constituent such as fluoride in water, however, which is well absorbed, is not metabolized to intermediates, appears to have similar pharmacodynamics among species, with considerable evidence from animal and human studies (Rao et al. 1995; ATSDR 2003; NRC 2006), fewer uncertainty factors are needed and less than default values are appropriate. Similarity in pharmacodynamics among species indicates an uncertainty factor at the low end of the range for this extrapolation from animals. Considering less than a factor of 10 for within human variation for a substance that is not metabolized is also appropriate. Thus, a default factor of 10 in addition to the standard factors that are incorporated according to the EPA guidelines is not warranted for the neurotoxicity

U.S. EXHIBIT 510.0047

endpoint. Dr. Thiessen also includes an uncertainty factor of 10 for subchronic to chronic exposure duration. However, such a factor is not warranted when the sensitive effect considered is a developmental endpoint, which occurs during early-life exposure. Review of EPA's IRIS database of reference doses for chemicals resulted in 26 chemicals in which the reference dose was based on a reproductive/developmental endpoint. Of these chemicals, only one, a polychlorinated biphenyl (Aroclor 2016) had an uncertainty factor adjustment (3) for study duration.

Dr. Thiessen also claims that margins of exposure between the point of departure dose from a toxicity study (e.g., NOAEL or LOAEL) and U.S. population exposures for other TSCA chemicals is much larger than for fluoride exposure. However, the TSCA chemicals she presents have much less human or animal data for characterizing their toxicity. In fact, for several of these chemicals, no appropriate studies were available and a toxicology study on analogous or a structurally similar chemical had to be used. Thus, it is entirely appropriate that much larger margins of exposure are used for these chemicals to protect the U.S. population compared to fluoride.

## 4.10 Evidence from Epidemiological Studies

As for the neurotoxicology studies, Plaintiffs' experts accept the findings and conclusions of the epidemiological studies as collectively demonstrating that fluoride is neurotoxic at environmentally relevant human exposure levels. Unlike toxicological studies that seek to define a no-effect level or effect level, or investigate the mechanism of toxic action of chemicals with dose, epidemiological studies are usually not specifically designed to define a threshold at which no risk is present. Rather, these studies typically calculate likelihood estimates or relative risks that compare disease rates between two different exposures or across incremental increases with continuous exposure data, assuming—but seldom verifying—an underlying linear relationship between exposure and response. Even when disease rates among multiple exposure categories or in the case of continuous data are examined, which might allow for a non-linear exposure-response relationship, measurement errors in exposure tend to linearize the relationship (Rhomberg et al. 2011a; Rhomberg et al. 2011b). The resulting dose-response relationship thereby may appear to be a continuous association down to low levels, even though the underlying association has a threshold below which no risk of disease occurs. Thus, a reported increased risk of health effects associated with increase in chemical exposure by some human observational studies, does not mean that such a risk can be applied to any dose of the chemical, or is even causal.

I rely upon and concur with the systematic review and critical assessment by Dr. Chang, regarding the epidemiological studies on early life fluoride exposure and cognitive outcomes in children. Such an assessment was not conducted by Plaintiffs' experts. Similar to the toxicology studies, the bulk of the human observational studies have been conducted in areas of China with naturally elevated levels of fluoride in groundwater, with a few studies in other developing countries such as India or Iran. Many of these studies have little to no individual-level correction for potential confounding factors, have little information on individual-level exposures (those that are ecological), often involve exposures much higher than in the United States, and generally lack sufficient information to evaluate the quality and reliability of the

U.S. EXHIBIT 510.0048

study. A few studies have adjusted for multiple potential confounding factors, such as age, sex, and parental education or family income (e.g., Xiang et al. 2003[17]); however, these adjustments fall short of the many other factors that may influence IQ such as parental IQ, educational environment of the home, tobacco use in the home, and nutrition (Kaufman 2001; Wasserman and Factor-Litvak 2001; Tsuji et al. 2015). As noted by these publications on other substances, lack of complete correction for these confounding factors tends to increase the association between chemical exposure and the effect on IQ. Thus, the effect of bias, confounding, and chance in these epidemiological studies on fluoride cannot be excluded.

As noted by the Complaint, rural populations in developing countries (e.g., China, India, or Turkey) may have less access to fluoridated toothpaste and other products than the U.S. population; however, these populations receive more exposure to elevated fluoride in water through locally growing crops (Arora and Bhateja 2014; Mondal and Gupta 2015; Das and Mondal 2016), and many have greater intake of staple dietary items that increase exposure to chemicals in water (e.g., cooking rice) or contain greater amounts of fluoride (e.g., tea) (ATSDR 2003; Jun-hua et al. 2016; Das et al. 2017; Koc et al. 2018). Other dietary items with elevated fluoride levels include some seafoods (ATSDR 2003).

The few recent epidemiological studies conducted in non-Chinese populations at more relevant exposures (some using higher quality study designs, e.g., prospective cohort studies[18]) have reported some associations of fluoride exposure with cognitive test scores in children, as well as some inconsistencies. Among the prospective cohort studies, a study in New Zealand reported no associations of cognitive scores with fluoride exposure (Broadbent et al. 2015), whereas a study in Mexico reported associations with *in utero* exposure, but not with concurrent childhood exposure (Bashash et al. 2017). A recent study in Canada reports associations with *in utero* exposures based on maternal urinary fluoride levels only in males, and with estimated maternal fluoride intake (based on community fluoride drinking water levels and self-reported water intake) in both sexes (Green et al. 2019; Green et al. in press).

Measures of fluoride exposure in these studies are fluoride concentrations in "spot" urine samples, meaning that they were measured in a single urine sample collected at some point during the day. The concentration of fluoride in urine is a short-term measure of exposure, reflecting exposure within a few hours (ATSDR 2003; NRC 2006), and thus is influenced by other factors (e.g., timing of sampling versus exposure, urine hydration state, and method used to correct for hydration state) that introduce variation and potential confounding depending on individual differences and health and disease states (Legge 1980; Barr et al. 2005; Tsuji et al. 2005; Camprubi Robles et al. 2015; Sajadi et al. 2016). Aylward et al. (2015) thus concluded that fluoride urinary concentrations were useful for evaluating overall population averages, but not for individual-specific exposure. Plaintiffs' experts do not appear to consider the low reliability of spot urine samples as a measure of individual exposure to fluoride in these studies,

---

[17]   This study was considered by Hirzy et al. (2016) to be the best available study for risk assessment of fluoride.

[18]   Cohort studies compare the rates of specific health outcomes between study subjects with various levels of a specific exposure over time. Prospective studies assess exposure based on information collected prior to onset of the health outcome, whereas retrospective studies assess exposure by reconstructing information collected prior to the onset of the health outcome (see expert report of Dr. Chang).

U.S. EXHIBIT 510.0049

which in turn results in low confidence in associations between fluoride exposure and reported outcomes.

As noted by Dr. Chang from her detailed review which was not conducted by Plaintiffs' experts, even in the recent, more well-conducted studies that find statistically significant associations, the correlation with fluoride exposure is poor. Specifically, fluoride exposure accounts for very little of the variation in cognitive outcomes among children (see also original and revised Figure 3 from Bashash et al. [2018] and original and revised and Figure 3 from Green et al. [in press] as presented in Dr. Chang's report). These studies do not find effects on birth weight or growth in children, unlike in many studies showing effects in the animal studies.

## 4.11 Conclusions

Plaintiffs' experts appear to acknowledge NTP's 2016 systematic review of the neurotoxicology literature, although they emphasize NTP's hazard evaluation of neurotoxicity in weanling and adult rodents as moderate, with less recognition of NTP's rating of the evidence from developmental neurotoxicity studies as low. Nevertheless, the developmental neurotoxicity studies in animals are more relevant for assessing the plausibility of associations reported in epidemiological studies for which the evidence has focused on *in utero* fluoride exposure and childhood cognitive outcomes.

Plaintiffs' experts appear to support their conclusions based on the quantity of studies reporting developmental neurotoxicity of fluoride without detailed examination of the quality and reliability of these studies. Many of the available developmental toxicology studies are poorly controlled and conducted, used low numbers of animals, often administered unrealistically high doses of fluoride, had signs of internal issues affecting the results, and lacked sufficient description of study details to judge the quality of the data, as previously noted by NTP (2016).

Most of the studies published since 2016 have similar deficiencies. However, a comprehensive study was published in 2018 by NTP researchers that was specifically designed to investigate the developmental effects of fluoride at lower doses on learning and memory and to address a number of deficiencies and uncertainties based on the existing literature (McPherson et al. 2018). This study found no adverse effects of fluoride at an exposure level that would overestimate total fluoride exposure in the U.S. population, including the currently recommended 0.7 mg/L drinking water level and other sources of fluoride exposure. The highest dose tested in this study is approximately equal to total fluoride exposures including fluoride in drinking water at the previous upper end of the range for artificial fluoridation recommended by USPHS (1.2 mg/L). Plaintiffs' experts, however, disregard the results of the 2018 NTP study (McPherson et al. 2018), and instead appear to base their opinions on the larger number of poorly conducted neurotoxicity studies as more compelling evidence for the effects of fluoride in humans.

The collective evidence from animal studies, which Plaintiffs' experts failed to critically evaluate, including early-life exposure or after weaning, shows some consistency in neurological effects on learning and memory at drinking water fluoride concentrations in excess of 20 mg/L. Even at these levels, however, the effects in the neurobehavioral tests are difficult

U.S. EXHIBIT 510.0050

to distinguish from motor or sensory effects on performance rather than cognitive effects. In addition, Plaintiffs' experts do not recognize that these exposure levels have been associated with reduced body weight gain, decreased water intake, and decreased milk production in dams. Whether effects on performance reported in these studies are mediated through more general effects of fluoride on health or other influences such as water palatability is unclear. Effects on performance in these neurobehavioral tests thus do not appear to result from direct neurotoxic effects on learning and memory. Moreover, lack of control for potential study methodological factors and unknown fluoride exposure from laboratory rodent diets severely limit the reliability of most laboratory animal studies for identifying specific doses associated with adverse effects, much less cognitive effects on learning and memory.

In combination with Dr. Chang's conclusions based on her evaluation of the epidemiological literature, the current evidence from animal toxicology studies and human populations is insufficient to support a causal relationship between fluoride in drinking water at 0.7 mg/L and cognitive neurodevelopmental effects in U.S. populations.

U.S. EXHIBIT 510.0051

# 5    References

Adedara, I. A., A. O. Abolaji, U. F. Idris, B. F. Olabiyi, E. M. Onibiyo, T. D. Ojuade, and E. O. Farombi. 2017. Neuroprotective influence of taurine on fluoride-induced biochemical and behavioral deficits in rats. Chemico-biological interactions 261:1-10.

Agustina, F., Z. M. Sofro, and G. Partadiredja. 2019. Subchronic Administration of High-Dose Sodium Fluoride Causes Deficits in Cerebellar Purkinje Cells But Not Motor Coordination of Rats. Biological trace element research 188(2):424-433.

Arora, G., and S. Bhateja. 2014. Estimating the fluoride concentration in soil and crops grown over it in and around Mathura, Uttar Pradesh, India. Am J Ethnomed 1(1):36-41.

ATSDR. 2003. Toxicological profile for fluorides, hydrogen fluoride, and fluorine. U.S. Department of Health and Human Services. Atlanta, GA.

Aylward, L. L., S. M. Hays, A. Vezina, M. Deveau, A. St-Amand, and A. Nong. 2015. Biomonitoring Equivalents for interpretation of urinary fluoride. Regul Toxicol Pharmacol 72(1):158-167.

Baker, M. 2016. 1,500 scientists lift the lid on reproducibility. Nature 533(7604):452-454.

Barr, D. B., L. C. Wilder, S. P. Caudill, A. J. Gonzalez, L. L. Needham, and J. L. Pirkle. 2005. Urinary creatinine concentrations in the U.S. population: implications for urinary biologic monitoring measurements. Environ Health Perspect 113(2):192-200.

Bartos, M., F. Gumilar, C. Bras, C. E. Gallegos, L. Giannuzzi, L. M. Cancela, and A. Minetti. 2015. Neurobehavioural effects of exposure to fluoride in the earliest stages of rat development. Physiol Behav 147:205-212.

Bartos, M., F. Gumilar, C. E. Gallegos, C. Bras, S. Dominguez, N. Monaco, M. D. C. Esandi, C. Bouzat, L. M. Cancela, and A. Minetti. 2018. Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the alpha7 nicotinic receptor and oxidative stress. Reproductive toxicology (Elmsford, N.Y.) 81:108-114.

Bashash, M., M. Marchand, H. Hu, C. Till, E. A. Martinez-Mier, B. N. Sanchez, N. Basu, K. E. Peterson, R. Green, L. Schnaas, A. Mercado-Garcia, M. Hernandez-Avila, and M. M. Tellez-Rojo. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12years of age in Mexico City. Environ Int 121(Pt 1):658-666.

Bashash, M., D. Thomas, H. Hu, E. A. Martinez-Mier, B. N. Sanchez, N. Basu, K. E. Peterson, A. S. Ettinger, R. Wright, Z. Zhang, Y. Liu, L. Schnaas, A. Mercado-Garcia, M. M. Tellez-Rojo, and M. Hernandez-Avila. 2017. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspect 125(9):097017.

Begley, C. G., and L. M. Ellis. 2012. Drug development: Raise standards for preclinical cancer research. Nature 483(7391):531-533.

Birnbaum, L. S., K. A. Thayer, J. R. Bucher, and M. S. Wolfe. 2013. Implementing systematic review at the National Toxicology Program: status and next steps. Environ Health Perspect 121(4):A108-109.

U.S. EXHIBIT 510.0052

Broadbent, J. M., W. M. Thomson, S. Ramrakha, T. E. Moffitt, J. Zeng, L. A. Foster Page, and R. Poulton. 2015. Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. Am J Public Health 105(1):72-76.

Button, K. S., J. P. Ioannidis, C. Mokrysz, B. A. Nosek, J. Flint, E. S. Robinson, and M. R. Munafo. 2013. Power failure: why small sample size undermines the reliability of neuroscience. Nat Rev Neurosci 14(5):365-376.

Camprubi Robles, M., C. Campoy, L. Garcia Fernandez, J. M. Lopez-Pedrosa, R. Rueda, and M. J. Martin. 2015. Maternal Diabetes and Cognitive Performance in the Offspring: A Systematic Review and Meta-Analysis. PLoS One 10(11):e0142583.

Catani, D. B., L. M. Tenuta, F. A. Andalo, and J. A. Cury. 2010. Fluorosis in rats exposed to oscillating chronic fluoride doses. Braz Dent J 21(1):32-37.

Chen, J., Q. Niu, T. Xia, G. Zhou, P. Li, Q. Zhao, C. Xu, L. Dong, S. Zhang, and A. Wang. 2018. ERK1/2-mediated disruption of BDNF-TrkB signaling causes synaptic impairment contributing to fluoride-induced developmental neurotoxicity. Toxicology 410:222-230.

Cope, M. B., and D. B. Allison. 2010a. White hat bias: a threat to the integrity of scientific reporting. Acta Paediatr 99(11):1615-1617.

Cope, M. B., and D. B. Allison. 2010b. White hat bias: examples of its presence in obesity research and a call for renewed commitment to faithfulness in research reporting. Int J Obes (Lond) 34(1):84-88; discussion 83.

Cui, Y. S., Q. Zhong, W. F. Li, Z. H. Liu, Y. Wang, and C. C. Hou. 2017. [Effects of fluoride exposure on thyroid hormone level and intelligence in rats]. Zhonghua lao dong wei sheng zhi ye bing za zhi = Zhonghua laodong weisheng zhiyebing zazhi = Chinese journal of industrial hygiene and occupational diseases 35(12):888-892.

Das, K., and N. K. Mondal. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. Environ Monit Assess 188(4):218.

Das, S., L. M. de Oliveira, E. da Silva, Y. Liu, and L. Q. Ma. 2017. Fluoride concentrations in traditional and herbal teas: Health risk assessment. Environmental pollution (Barking, Essex : 1987) 231(Pt 1):779-784.

Dong, Y., Y. Wang, N. Wei, and Z. Guan. 2015a. Expression of muscarinic acetylcholine receptors in the brain of rats with chronic fluorosis. Chi J Endemiol 34(2):84-88.

Dong, Y. T., Y. Wang, N. Wei, Q. F. Zhang, and Z. Z. Guan. 2015b. Deficit in learning and memory of rats with chronic fluorosis correlates with the decreased expressions of M1 and M3 muscarinic acetylcholine receptors. Archives of toxicology 89(11):1981-1991.

Dong, Y. T., N. Wei, X. L. Qi, X. H. Liu, D. Chen, X. X. Zeng, and Z. Z. Guan. 2017. Attenuating effect of Vitamin E on the defecit of learning and memory of rats with chronic fluorosis: The mechanism may involve muscarinic acetylcholine receptors. Fluoride 50(3):354-364.

Eaton, D. L., and S. G. Gilbert. 2013. Principles of toxicology. pp. 13-48. In: Casarett and Doull's toxicology, the basic science of poisons. C. D. Klaassen, editor. McGraw-Hill.

U.S. EXHIBIT 510.0053

Ekstrand, J., and M. Ehrnebo. 1979. Influence of milk products on fluoride bioavailability in man. European Journal of Clinical Pharmacology 16(3):211-215.

Ekstrand, J., E. E. Ziegler, S. E. Nelson, and S. J. Fomon. 1994. Absorption and Retention of Dietary and Supplemental Fluoride by Infants. Advances in Dental Research 8(2):175-180.

El-Lethey, H., M. Kamel, and I. B. Shaheed. 2010. Neurobehavioral toxicity produced by sodium fluoride in drinking water of laboratory rats. J Amer Sci 6(5):54-63.

Elliott, L. 1967. Lack of Effect of Administration of Fluoride on the Central Nervous System of Rats. Acta Pharmacologica et Toxicologica 25(3):323-328.

FDA. 2018. Good laboratory practice for nonclinical laboratory studies. Washington D.C.

Fraga, M. C., E. G. Moura, J. O. Silva, I. T. Bonomo, C. C. Filgueiras, Y. Abreu-Villaca, M. C. Passos, P. C. Lisboa, and A. C. Manhaes. 2011. Maternal prolactin inhibition at the end of lactation affects learning/memory and anxiety-like behaviors but not novelty-seeking in adult rat progeny. Pharmacol Biochem Behav 100(1):165-173.

Ge, Y., L. Chen, Z. Yin, X. Song, T. Ruan, L. Hua, J. Liu, J. Wang, and H. Ning. 2018. Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. Chemosphere 201:874-883.

Green, R., B. Lanphear, R. Hornung, D. Flora, A. Martinez-Mier, R. Neufeld, P. Ayotte, G. Muckle, and C. Till. (in press). Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. In press.

Green, R. R., B. P. Lanphear, D. Flora, R. Hornung, P. Ayotte, G. Muckle, E. A. Martinez-Mier, and C. Till. 2019. Effects of trimester-specific prenatal fluoride exposure and childhood IQ in a Canadian birth cohort [Abstract]. 59th Annual Teratology Society Meeting. Birth Defects Res 111:498.

Gui, C. Z., L. Y. Ran, J. P. Li, and Z. Z. Guan. 2010. Changes of learning and memory ability and brain nicotinic receptors of rat offspring with coal burning fluorosis. Neurotoxicol Teratol 32(5):536-541.

Harry, G. J. 2019. Personal communication (Clarification of cross-fostering in McPherson et al. 2018).

Hartung, T., and G. Daston. 2009. Are In Vitro Tests Suitable for Regulatory Use? Toxicological Sciences 111(2):233-237.

Haseman, J., J. Bailer, R. Kodell, R. Morris, and K. Portier. 2001. Statistical issues in the analysis of low-dose endocrine disruptor data. Toxicological Sciences 61(2):201-210.

He, Y., C. Yuan, L. Chen, Y. Liu, H. Zhou, N. Xu, and D. J. Liao. 2018. While it is not deliberate, much of today's biomedical research contains logical and technical flaws, showing a need for corrective action. Int J Med Sci 15(4):309-322.

Hirzy, J. W., P. Connett, Q. Xiang, B. J. Spittle, and D. C. Kennedy. 2016. Developmental neurotoxicity of fluoride: A quantitative risk analysis towards establishing a safe daily dose of fluoride for children. Fluoride 49(4 Pt. 1):379-400.

Hvistendahl, M. 2013. China's publication bazaar. Science 342(6162):1035-1039.

Ioannidis, J. P. 2005. Why most published research findings are false. PLoS Med 2(8):e124.

U.S. EXHIBIT 510.0054

Ioannidis, J. P.  2014.  How to make more published research true.  PLoS Med 11(10):e1001747.

Jetti, R., C. V. Raghuveer, and R. C. Mallikarjuna.  2016.  Protective effect of ascorbic acid and Ginkgo biloba against learning and memory deficits caused by fluoride.  Toxicology and industrial health 32(1):183-187.

Jiang, C., S. Zhang, H. Liu, Z. Guan, Q. Zeng, C. Zhang, R. Lei, T. Xia, Z. Wang, L. Yang, Y. Chen, X. Wu, X. Zhang, Y. Cui, L. Yu, and A. Wang.  2014a.  Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain.  Neuromolecular Med 16(1):94-105.

Jiang, S., J. Su, S. Yao, Y. Zhang, F. Cao, F. Wang, H. Wang, J. Li, and S. Xi.  2014b.  Fluoride and arsenic exposure impairs learning and memory and decreases mGluR5 expression in the hippocampus and cortex in rats.  PLoS One 9(4):e96041.

Jun-hua, W., Q. Ming, L. Dan-dan, Y. Dan, L. Bing-yun, L. Xiao-na, L. Mang, L. Yuan-yuan, Z. Wei, and G. Yan-hui.  2016.  Correlation analysis of urinary fluoride levels and the daily intake of fluoride in brick tea type fluorosis areas.  Fluoride 49(4 Pt. 1):449-457.

Kang, Y. J., L. Zolna, and J. M. Manson.  1986.  Strain differences in response of Sprague-Dawley and Long Evans Hooded rats to the teratogen nitrofen.  Teratology 34(2):213-223.

Kaufman, A. S.  2001.  Do low levels of lead produce IQ loss in children? A careful examination of the literature.  Arch Clin Neuropsychol 16(4):303-341.

Kerr, N. L.  1998.  HARKing: hypothesizing after the results are known.  Pers Soc Psychol Rev 2(3):196-217.

Koc, E., B. Karademir, N. Soomro, and F. Uzun.  2018.  The effects, both separate and interactive, of smoking and tea consumption on urinary fluoride levels.  Fluoride 51(1):84-96.

Legge, M.  1980.  Urinary creatinine excretion during pregnancy.  The New Zealand medical journal 91(655):175-176.

Li, X., J. Zhang, R. Niu, R. K. Manthari, K. Yang, and J. Wang.  2019.  Effect of fluoride exposure on anxiety- and depression-like behavior in mouse.  Chemosphere 215:454-460.

Lu, F., Y. Zhang, A. Trivedi, X. Jiang, D. Chandra, J. Zheng, Y. Nakano, D. Abduweli Uyghurturk, R. Jalai, S. G. Onur, A. Mentes, and P. K. DenBesten.  2019.  Fluoride related changes in behavioral outcomes may relate to increased serotonin.  Physiol Behav 206:76-83.

Luke, J. A.  1997.  The effect of fluoride on the physiology of the pineal gland.  School of Biological Sciences, University of Surrey, Guildford, UK.  278 pp.

Macek, M. D., T. D. Matte, T. Sinks, and D. M. Malvitz.  2006.  Blood lead concentrations in children and method of water fluoridation in the United States, 1988-1994.  Environ Health Perspect 114(1):130-134.

McPherson, C. A., G. Zhang, R. Gilliam, S. S. Brar, R. Wilson, A. Brix, C. Picut, and G. J. Harry.  2018.  An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats.  Neurotoxicity research 34(4):781-798.

U.S. EXHIBIT 510.0055

Mlinaric, A., M. Horvat, and V. Supak Smolcic. 2017. Dealing with the positive publication bias: Why you should really publish your negative results. Biochem Med (Zagreb) 27(3):030201.

Mondal, D., and S. Gupta. 2015. Influence of Fluoride Contaminated Irrigation Water on Biochemical Constituents of Different Crops and Vegetables with an Implication to Human Risk through Diet. J Mater Environ Sci 6(11):3134-3142.

Moser, V. C., G. C. Becking, R. C. MacPhail, and B. M. Kulig. 1997. The IPCS collaborative study on neurobehavioral screening methods. Fundam Appl Toxicol 35(2):143-151.

Moser, V. C., K. L. McDaniel, and P. M. Phillips. 1991. Rat strain and stock comparisons using a functional observational battery: baseline values and effects of amitraz. Toxicology and applied pharmacology 108(2):267-283.

Mullenix, P. J., P. K. Denbesten, A. Schunior, and W. J. Kernan. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17(2):169-177.

Munafo, M. R., B. A. Nosek, D. V. M. Bishop, K. S. Button, C. D. Chambers, N. Percie du Sert, U. Simonsohn, E. J. Wagonmakers, J. J. Ware, and J. P. A. Ioannidis. 2017. A manifesto for reproducible science. Nat Hum Behav 1:1-9.

NAFTA. 2016. Developmental neurotoxicity study guidance document. North American Free Trade Agreement (NAFTA), Technical Working Group on Pesticides (TWG).

NIEHS. 2001. Sodium Hexafluorosilicate [CASRN 16893-85-9] and Fluorosilicic Acid [CASRN 16961-83-4]. Review of Toxicological Literature. National Institute of Environmental and Health Sciences. Research Triangle Park, NC.

Niu, Q., J. Chen, T. Xia, P. Li, G. Zhou, C. Xu, Q. Zhao, L. Dong, S. Zhang, and A. Wang. 2018. Excessive ER stress and the resulting autophagic flux dysfunction contribute to fluoride-induced neurotoxicity. Environmental pollution (Barking, Essex : 1987) 233:889-899.

Niu, R., Z. Sun, J. Wang, Z. Cheng, and J. Wang. 2008. Effects of fluoride and lead on locomotor behavior and expression of NISSL body in brain of adult rats. Fluoride 41(4):276-282.

Normile, D. 2017. China cracks down on fraud. Science 357(6350):435.

NRC. 2006. Fluoride in drinking water : a scientific review of EPA's standards. National Academies Press, Washington, D.C. pp. xix, 507 p.

NTP. 2015a. Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. U.S. Department of Health and Human Services, National Toxiclogy Program.

NTP. 2015b. Neurobehavioral testing specifications. U.S. Department of Health and Human Services, National Toxiclogy Program.

NTP. 2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. NTP RR 1. National Toxicology Program, Research Triangle Park, N.C.

NTP. 2017. Protocol for systematic review of effects of fluoride exposure on neurodevelopment. Office of Health Assessment and Translation, Division of the National

1809144 - 8962

U.S. EXHIBIT 510.0056

Toxicology Program, National Institute of Environmental Health Sciences. National Toxicology Program, Research Triangle Park, N.C.

OECD. 2007. OECD Guideline for the Testing of Chemicals Developmental Neurotoxicity Study. TG 426. Organisation for Economic Co-operation and Development, Paris, France.

OECD. 2018. OECD Guideline for the Testing of Chemicals Extended One-Generation Reproductive Toxcity Study. TG 443. Organisation for Economic Co-operation and Development, Paris, France.

Pulungan, Z. S. A., Z. M. Sofro, and G. Partadiredja. 2018. Sodium fluoride does not affect the working memory and number of pyramidal cells in rat medial prefrontal cortex. Anatomical science international 93(1):128-138.

Rao, H. V., R. P. Beliles, G. M. Whitford, and C. H. Turner. 1995. A physiologically based pharmacokinetic model for fluoride uptake by bone. Regul Toxicol Pharmacol 22(1):30-42.

Rhomberg, L. R., J. K. Chandalia, C. M. Long, and J. E. Goodman. 2011a. Measurement error in environmental epidemiology and the shape of exposure-response curves. Crit Rev Toxicol 41(8):651-671.

Rhomberg, L. R., J. E. Goodman, L. T. Haber, M. Dourson, M. E. Andersen, J. E. Klaunig, B. Meek, P. S. Price, R. O. McClellan, and S. M. Cohen. 2011b. Linear low-dose extrapolation for noncancer heath effects is the exception, not the rule. Crit Rev Toxicol 41(1):1-19.

Sajadi, S., C. Yu, J. D. Sylvestre, K. J. Looper, M. Segal, and S. Rej. 2016. Does lower urine-specific gravity predict decline in renal function and hypernatremia in older adults exposed to psychotropic medications? An exploratory analysis. Clin Kidney J 9(2):268-272.

Sawan, R. M., G. A. Leite, M. C. Saraiva, F. Barbosa, Jr., J. E. Tanus-Santos, and R. F. Gerlach. 2010. Fluoride increases lead concentrations in whole blood and in calcified tissues from lead-exposed rats. Toxicology 271(1-2):21-26.

Spencer, K. F., and H. Limeback. 2018. Blood is thicker than water: Flaws in a National Toxicology Program study. Med Hypotheses 121:160-163.

Spencer, P. S., and V. S. Palmer. 2012. Interrelationships of undernutrition and neurotoxicity: food for thought and research attention. Neurotoxicology 33(3):605-616.

Stephens, M. L., K. Betts, N. B. Beck, V. Cogliano, K. Dickersin, S. Fitzpatrick, J. Freeman, G. Gray, T. Hartung, J. McPartland, A. A. Rooney, R. W. Scherer, D. Verloo, and S. Hoffmann. 2016. The Emergence of Systematic Review in Toxicology. Toxicol Sci 152(1):10-16.

Sudhakar, K., M. Nageshwar, and K. P. Reddy. 2018. Abelmoschus moschatus extract reverses altered pain and neurohistology of a rat with developmental exposure of fluoride. Journal of Applied Pharmaceutical Science 80(6):94-104.

Sun, Z., Y. Zhang, X. Xue, R. Niu, and J. Wang. 2018. Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. Human & experimental toxicology 37(1):87-93.

Tsuji, J. S., M. R. Garry, V. Perez, and E. T. Chang. 2015. Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. Toxicology 337:91-107.

U.S. EXHIBIT 510.0057

Tsuji, J. S., M. D. Van Kerkhove, R. S. Kaetzel, C. G. Scrafford, P. J. Mink, L. M. Barraj, E. A. Crecelius, and M. Goodman. 2005. Evaluation of exposure to arsenic in residential soil. Environ Health Perspect 113(12):1735-1740.

U.S. EPA. 1997. Good laboratory practice standards. Washington D.C.

U.S. EPA. 1998a. Guidelines for Neurotoxicity Risk Assessment. EPA/630/R-95/001F. United States Environmental Protection Agency, Risk Assessment Forum, Washington, D.C.

U.S. EPA. 1998b. Health Effects Test Guidelines OPPTS 870.6300 Developmental Neurotoxicity Study. EPA/712–C–98–239. United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances, Washington, D.C.

U.S. EPA. 2010a. Fluoride: Dose-response analysis for non-cancer effects. 820-R-10-019. United States Environmental Protection Agency, Health and Ecological Criteria Division, Office of Water, Washington, D.C.

U.S. EPA. 2010b. Fluoride: Exposure and relative source contribution analysis. 820-R-10-015. United States Environmental Protection Agency, Health and Ecological Criteria Division, Office of Water, Washington, D.C.

USPHS. 2015. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. U. S. Department of Health Human Services Federal Panel on Community Water, Fluoridation. Public Health Rep 130(4):318-331.

Varner, J. A., W. J. Horvath, C. W. Huie, H. R. Naslund, and R. L. Isaacson. 1994. Chronic aluminum fluoride administration. I. Behavioral observations. Behav Neural Biol 61(3):233-241.

Varner, J. A., C. W. Huie, W. J. Horvath, K. F. Jensen, and R. L. Isaacson. 1993. Chronic AlF3 administration: II. Selected histological observations. Brain Res Comm 13:99-104.

Varner, J. A., K. F. Jensen, W. Horvath, and R. L. Isaacson. 1998. Chronic administration of aluminum-fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. Brain Res 784(1-2):284-298.

Vorhees, C. V., J. N. Sprowles, S. L. Regan, and M. T. Williams. 2018. A better approach to in vivo developmental neurotoxicity assessment: Alignment of rodent testing with effects seen in children after neurotoxic exposures. Toxicology and applied pharmacology 354:176-190.

Vorhees, C. V., and M. T. Williams. 2006. Morris water maze: procedures for assessing spatial and related forms of learning and memory. Nat Protoc 1(2):848-858.

Vorhees, C. V., and M. T. Williams. 2014. Assessing spatial learning and memory in rodents. ILAR Journal 55(2):310-332.

Wang, C., C. Liang, J. Ma, R. K. Manthari, R. Niu, J. Wang, J. Wang, and J. Zhang. 2018a. Co-exposure to fluoride and sulfur dioxide on histological alteration and DNA damage in rat brain. Journal of biochemical and molecular toxicology 32(2).

Wang, G., Y. Ge, H. Ning, and S. Wang. 2004. Effects of high fluoride and low iodine on biochemical indexes of the brain and learning-memory of offspring rats. Fluoride 37(3):201-208.

U.S. EXHIBIT 510.0058

Wang, J., Y. Zhang, Z. Guo, R. Li, X. Xue, Z. Sun, and R. Niu. 2018b. Effects of perinatal fluoride exposure on the expressions of miR-124 and miR-132 in hippocampus of mouse pups. Chemosphere 197:117-122.

Wasserman, G. A., and P. Factor-Litvak. 2001. Methodology, inference and causation: environmental lead exposure and childhood intelligence. Arch Clin Neuropsychol 16(4):343-352.

Wei, N., Y. Dong, Y. Wang, and Z. Guan. 2014. Effects of chronic fluorosis on neurobehavioral development in offspring of rats and antagonistic effect of Vitamin E. Chi J Endemiol 33(2):125-128.

Wu, N., Z. Zhao, W. Gao, and X. Li. 2008. Behavioral teratology in rats exposed to fluoride. Fluoride 41(2):129-133.

Xiang, Q., Y. Liang, L. Chen, C. Wang, B. Chen, X. Chen, and M. Zhou. 2003. Effect of fluoride in drinking water on children's intelligence. Fluoride 36(2):84-94.

Xin, H. 2009. Scientific misconduct. Retractions put spotlight on China's part-time professor system. Science 323(5919):1280-1281.

Yang, L., P. Jin, X. Wang, Q. Zhou, X. Lin, and S. Xi. 2018. Fluoride activates microglia, secretes inflammatory factors and influences synaptic neuron plasticity in the hippocampus of rats. Neurotoxicology 69:108-120.

Yuan, J., Q. Li, R. Niu, and J. Wang. 2019. Fluoride exposure decreased learning ability and the expressions of the insulin receptor in male mouse hippocampus and olfactory bulb. Chemosphere 224:71-76.

Zeng, X. X., J. Deng, J. Xiang, Y. T. Dong, K. Cao, X. H. Liu, D. Chen, L. Y. Ran, Y. Yang, and Z. Z. Guan. 2019. Resveratrol attenuated the increased level of oxidative stress in the brains and the deficit of learning and memory of rats with chronic fluorosis. Fluoride 52(2):149-160.

Zhang, C., S. Huo, Y. Fan, Y. Gao, Y. Yang, and D. Sun. 2019. Autophagy May Be Involved in Fluoride-Induced Learning Impairment in Rats. Biological trace element research.

Zhao, Q., Q. Niu, J. Chen, T. Xia, G. Zhou, P. Li, L. Dong, C. Xu, Z. Tian, C. Luo, L. Liu, S. Zhang, and A. Wang. 2019. Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity: mechanisms of action in vitro and associations with cognition in rats and children. Archives of toxicology 93(3):709-726.

Zhou, G., S. Tang, L. Yang, Q. Niu, J. Chen, T. Xia, S. Wang, M. Wang, Q. Zhao, L. Liu, P. Li, L. Dong, K. Yang, S. Zhang, and A. Wang. 2019. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. Toxicology and applied pharmacology:114608.

Zhu, Y. P., S. H. Xi, M. Y. Li, T. T. Ding, N. Liu, F. Y. Cao, Y. Zeng, X. J. Liu, J. W. Tong, and S. F. Jiang. 2017. Fluoride and arsenic exposure affects spatial memory and activates the ERK/CREB signaling pathway in offspring rats. Neurotoxicology 59:56-64.

U.S. EXHIBIT 510.0059

## Appendix A

## Curriculum Vitae



Exponent
15375 SE 30th Place
Suite 250
Bellevue, WA 98007

telephone 425-519-8700
facsimile 425-519-8799
www.exponent.com

## Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
### Principal

### Professional Profile

Dr. Joyce Tsuji is a Principal Scientist within the Health Sciences practice of Exponent.  Dr. Tsuji is a board-certified toxicologist and a Fellow of the Academy of Toxicological Sciences. She specializes in assessing exposure and risks associated with chemicals, and in communication of scientific issues.  She has worked on projects in the United States and internationally for industry, trade associations, U.S. EPA and state agencies, the U.S. Department of Justice, the Australian EPA, municipalities, and private citizens.

Dr. Tsuji's experience includes human health and environmental toxicology related to a wide variety of chemicals in the environment, consumer products, and medical devices.  She has designed and directed dietary and environmental exposure studies and community programs involving health education and biomonitoring for populations potentially exposed to metals in the environment, including soil, water, and food-chain exposures.  She has also assessed exposure and health risks associated with chemical exposures from air, foods, medical devices, and a variety of consumer products (e.g., cleaners, air fresheners, cosmetics, personal care products, paints and coatings, carpets, glues, wood preservatives, building materials, and children's toys and play equipment), including those containing nanotechnology or nanomaterials.  Dr. Tsuji has served on expert panels on toxicology and health risks issues for the National Academies of Sciences, Engineering, and Medicine, National Research Council (including their Board on Environmental Studies and Toxicology), Institute of Medicine, and federal and state agencies.

### Academic Credentials and Professional Honors

Ph.D., Thesis Topic: Environmental Physiology, Department of Zoology, University of Washington, 1986 (National Science Foundation (NSF) Fellowship; NSF Dissertation Improvement Grant)
B.S., Biological Sciences, Stanford University, 1980 (Honors and Distinction; Phi Beta Kappa; Fox Fund Award for the Outstanding Stanford Graduate in Biological Sciences)
Other coursework:  Aquatic Toxicology, Hatfield Marine Sciences Center, Oregon; Mid-America Toxicology Course, Kansas; Tropical Ecology, Organization for Tropical Studies, Costa Rica

### Licenses and Certifications

Fellow of the Academy of Toxicological Sciences, 2007 (re-certified to 2023)
Diplomate of the American Board of Toxicology, 1992 (re-certified to 2022)

07/19

## Publications

Cohen SM, Arnold LL, Tsuji JS. Inorganic arsenic: a nongenotoxic threshold carcinogen. Curr. Opin. Toxicol. 2019. 14:8–13.

Tsuji JS, Chang ET, Gentry PR, Clewell HJ, Boffetta P, Cohen SM. Dose response for assessing the cancer risk of inorganic arsenic in drinking water: The scientific basis for use of a threshold approach. Crit. Rev. Toxicol. 2019. https://doi.org/10.1080/10408444.2019.1573804.

Kerger, BD, Gerads R, Gurleyuk H, Tsuji J. Metals measurement in body tissues and fluids: toxicological and clinical importance of standardizing quality analytical methods for differentiating cobalt partitioning on a molecular level. Pages 229-244 in Beyond the Implant: Retrieval Analysis Methods for Implant Surveillance. 2018. ASTM STP1606, WM Mihalko, JE Lemons, AS Greenwald, and SM Kurtz, Eds, ASTM International, West Conshohocken, PA. http://dx.doi.org/10.1520/STP160620170034.

Lemberg J, Guyer E, Seidel S, Garry M, Tsuji J, Valenty S. Utilizing a combination of TGA and GS-MS to estimate health-based risks from off-gassed volatile compounds. J. Fail. Anal. and Preven. 2018. 18(2):246-249. Editor's Choice Award for 2018.

Scrafford CG, Barraj LM, Tsuji JS. Considerations when using longitudinal cohort studies to assess dietary exposure to inorganic arsenic and chronic health outcomes. Food Chem Toxicol 2016. 93:111-118.

Tsuji JS, Garry MR, Perez V, Chang ET.  Low-level arsenic exposure and developmental neurotoxicity in children:  A systematic review and risk assessment.  Toxicology 2015; 337:91–107.

Tsuji JS, Perez V, Garry MR, Alexander DD.  Association of low-level arsenic exposure in drinking water with cardiovascular disease:  A systematic review and risk assessment.  Toxicology 2014; 323:78–94.

Tsuji JS, Alexander DD, Perez V, PJ Mink.  Arsenic exposure and bladder cancer:  Quantitative assessment of studies in human populations to detect risks at low doses.  Toxicology 2014; 317:17–30.

Garcia HD, Tsuji JS, James JT.  Establishment of exposure guidelines for lead in spacecraft drinking water.  Aviation, Space, and Environmental Medicine 2014; 85(7):715-20.

Garcia HD, Hays SM, Tsuji JS.  Modeling of blood lead levels in astronauts exposed to lead from microgravity-accelerated bone loss.  Aviation, Space, and Environmental Medicine 2013; 84(12):1229–1234.

Menzie CA, Ziccardi LM, Lowney YW, Fairbrother A, Shock SS, Tsuji JS, Hamai D, Proctor D, Henry E, Su SH, Kierski MW, McArdle ME, Yost LJ.  Importance of considering the

U.S. EXHIBIT 510.0062

framework principles in risk assessment for metals.  Environ Sci Technol 2009; 43(22):8478–8482.

Tsuji JS, Garry MR.  Advances in toxicity testing herald improvements and challenges for risk assessment.  Risk Anal 2009; 29(4):490–491.

Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS.  Low-level arsenic exposure in drinking water and bladder cancer:  A review and meta-analysis.  Regul Toxicol Pharmacol 2008; 52:299–310.

Tsuji JS, Yost LJ, Barraj LM, Scrafford CG, Mink PJ.  Use of background inorganic arsenic exposures to provide perspective on risk assessment results.  Regul Toxicol Pharmacol 2007; 48:59–68.  [One of Elsevier's Top 10 cited articles on Scopus[TM] 2007–2008].

Barraj LM, Tsuji JS, Scrafford CG.  The SHEDS-Wood Model:  Incorporation of observational data to estimate exposure to arsenic for children playing on CCA-treated wood structures.  Environ Health Perspect 2007; 115(5):781–786.

Barraj LM, Tsuji JS.  Letter to the editor.  Risk Anal 2007; 27(1):1–3.

Tsuji JS, Maynard AD, Howard PC, James JT, Lam C-W, Warheit DB, Santamaria AB.  Research strategies for safety evaluation of nanomaterials.  Part IV:  Risk assessment of nanoparticles.  Toxicol Sci 2006; 89(1):42–50.

Tsuji JS, Van Kerkhove MD, Kaetzel RS, Scrafford CG, Mink PJ, Barraj LM, Crecelius EA, Goodman M.  Evaluation of exposure to arsenic in residential soil.  Environ Health Perspect 2005; 113(12):1736–1740.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Response to additional support for derivation of an acute/subchronic reference level for arsenic.  Regul Toxicol Pharmacol 2004; 40:372.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Health effect levels for risk assessment of childhood exposure to arsenic.  Regul Toxicol Pharmacol 2004; 39:99–110.

Schoof RA, Tsuji JS, Benson R, Hook GC.  Response to Byrd et al. (2004) comment on health effect levels for risk assessment of childhood exposure to arsenic.  Regul Toxicol Pharmacol 2004; 40:374–375.

Yost LJ, Tao S-H, Egan SK, Barraj LM, Smith KM, Tsuji JS, Lowney YW, Schoof RA, Rachman NJ.  Estimation of dietary intake of inorganic arsenic in U.S. children.  Hum Ecol Risk Assess 2004; 10:473–483.

Massot M, Huey RB, Tsuji J, van Berkum FH.  Genetic, prenatal, and post natal correlates of dispersal in hatchling fence lizards.  Behav Ecol 2003; 14:650–655.

Tsuji JS, Williams PRD, Edwards MR, Allamneni KP, Kelsh MA, Paustenbach DJ, Sheehan PJ. Evaluation of mercury in urine as an indicator of exposure to low levels of mercury vapor. Environ Health Perspect 2003; 111(4):623–630.

Tsuji JS, Robinson S.  Separating potential source exposure from background exposure in subsistence populations in developing countries.  Toxicology 2002; 181–182:467–470.

Tsuji JS, Serl KM.  Current uses of the EPA lead model to assess health risk and action levels for soil.  Environ Geochem Health 1996; 18(1):25–33.

Kalvig BA, Maggio-Price L, Tsuji JS, Giddens WE.  Salmonellosis in laboratory-housed iguanid lizards (*Sceloporus* spp).  J Wildl Dis 1991; 27(4):551–556.

Tsuji JS, Huey RB, van Berkum FH, Garland Jr. T, Shaw RG.  Locomotor performance of hatchling fence lizards (*Sceloporus occidentalis*):  Quantitative genetics and morphological correlates.  Evolut Ecol 1989; 3:240–252.

van Berkum FH, Huey RB, Tsuji JS, Garland Jr. T.  Repeatability of individual differences in locomotor performance and body size during early ontogeny of the lizard *Sceloporus occidentalis* (Baird & Girard).  Funct Ecol 1989; 3:97–105.

Tsuji JS.  Seasonal profiles of standard metabolic rate of lizards (*Sceloporus occidentalis*) in relation to latitude.  Physiol Zool 1988; 61:230–240.

Tsuji JS.  Thermal acclimation of metabolism in *Sceloporus* lizards from different latitudes. Physiol Zool 1988; 61:241–253.

van Berkum FH, Tsuji JS.  Interfamilial differences in sprint speeds of hatchling *Sceloporus occidentalis* (Reptilia:  Iguanidae).  J Zool London 1987; 212:511–519.

Tsuji JS, Kingsolver JG, Watt WB.  The in-flight thermal physiological ecology of a butterfly (*Colias*).  Oecologia 1986; 69:161–170.

Stevenson RD, Peterson CR, Tsuji JS.  The thermal dependence of locomotion, tongue flicking, digestion and oxygen consumption in the wandering garter snake.  Physiol Zool 1985; 58:46–57.

Tracy CR, van Berkum FH, Tsuji JS, Stevenson RD, Nelson J, Barnes B, Huey RB.  Errors resulting from linear approximations of heat balance equations in biophysical ecology.  J Thermal Biol 1984; 9:261–264.

Feder ME, Gibbs AG, Griffith GA, Tsuji JS.  Thermal acclimation in salamanders:  Fact or artifact?  J Thermal Biol 1984; 9:255–260.

U.S. EXHIBIT 510.0064

**Books Chapters**

National Academies of Sciences, Engineering, Medicine, Health and Medicine Division. 2017. Assessment of the Department of Veterans Affairs airborne hazards and open burn pit registry. National Academy Press. Washington, D.C.  Co-authored with committee members.

Institute of Medicine.  2011.  Breast cancer and the environment:  A life course approach. National Academy Press. Washington, D.C. Co-authored with committee members.

Tsuji JS, Mowat FS, Donthu S, Reitman M.  Application of toxicology studies in assessing the health risks of nanomaterials in consumer products.  pp. 543–580.  In:  Nantoxicity: From In Vitro and In Vivo Models to Health Risks.  S.C. Sahu and D.A. Casciano (eds), John Wiley & Sons, Chichester, West Sussex, UK, 2009.

**Presentations**

Tsuji JS. Effect of individual-specific conditions on biomonitoring results: metals as case examples. Workshop on the Feasibility of Addressing Environmental and Occupational Health Exposure Questions Using Department of Defense Biorepositories.  National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  June 15, 2018. Washington, DC.

Tsuji JS.  Low dose arsenic risk versus benefits of rice consumption in U.S. populations. Invited presentation in session titled Overview on Sources of Exposure, Issues in Arsenic Risk Assessment. Toxicology Forum. Colorado Springs. CO. July 15, 2015.

Tsuji JS.  Risk/benefit analysis of rice consumption in the U.S.—Nutrition-related health benefits relative to risk.  ILSI Food Safety Case Study: Arsenic.  International Life Sciences Institute Annual Meeting, Southampton, Bermuda, January 21, 2014.

Tsuji JS.  Health risk evaluation of nanomaterial composites.  Invited speaker.  Life Cycle Considerations for Engineered Nanomaterials: Case Studies for Polymer-Based Nanomaterials. Society for the Advancement of Materials and Process Engineering (SAMPE) Conference, Long Beach, CA, May 8, 2013.

Tsuji JS, Eaton DL.  New directions for future research on environmental influences on breast cancer.  Presentation within the Symposium on Breast Cancer as a Multifactorial Disease: Interaction of Genetics, Life Stage, and the Environment.  Symposium organizer and co-chair with DL Eaton.  Annual Meeting of the Society of Toxicology, San Francisco, CA, March 12, 2012.

Tsuji JS.  Evaluation of nickel release from cardiovascular occlusion devices based on serum data in patients.  Invited presentation and panelist at the FDA Cardiovascular Metallic Implant Workshop, Silver Spring, MD, March 9, 2012.

U.S. EXHIBIT 510.0065

Tsuji JS, Bogen K.  Human biokinetic model of nickel release from medical devices.  Poster Presentation, 50th Annual Meeting of the Society of Toxicology, Washington, D.C., March 6–10, 2011.

Tsuji JS, Li AA.  Mechanism-based evaluation of xenobiotic toxicity:  Translation of National Academy of Sciences recommendations to practice.  Invited speaker.  8th International Conference on Early Toxicity Screening:  Mechanism-based Evaluation of Adverse Drug Effects:  Early Elimination of NCE [new chemical entity] with Hepatotoxicity and Idiosyncratic Toxicity:  Scientific Concepts, Challenges and Promising Approaches, Seattle, WA, June 17–18, 2010.

Tsuji JS.  Invited panel participant.  Product safety:  How companies can minimize their risk of product liability litigation.  Nanotech 2010 Conference sponsored by the Nano Science and Technology Institute, Anaheim, CA, June 21–24, 2010.

Tsuji JS, Hentz K, Rosenbloom, S.  Health risk of internal nickel exposure from medical devices.  Poster presentation.  Annual Meeting of the Society of Toxicology, Salt Lake City, UT, March 7–11, 2010.

Tsuji JS.  Health risks of nanotechnology in consumer products.  Invited speaker. Environmental Health and Safety:  Policy, Regulation, and Product Safety.  Nanotech 2009 Conference sponsored by the Nano Science and Technology Institute, Houston, TX, May 3–7, 2009.

Tsuji JS, Mowat FS.  Application of toxicity studies for risk assessment in the real world. Presentation within workshop on Agglomeration Versus Dispersion:  How Nanoparticle Behavior Affects Exposure and Toxicity *In Vitro, In Vivo*, and in the Real World.  Workshop organizer and chairperson.  Annual Meeting of the Society of Toxicology.  Baltimore, MD, March 15–19, 2009.

Tsuji JS.  Environmental health:  Nanomaterials: nifty or naughty?  Invited panel participant. Society for Environmental Journalists.  Stanford University, Stanford, CA, September 7, 2007.

Tsuji JS.  Background arsenic exposure from diet and water provide perspective for assessing arsenic exposure from other sources.  Invited speaker for session on Risk Characterization and Risk Assessment.  Conference on Urban Environmental Contamination and Health Under the Microscope:  The Aftermath of Hurricane Katrina.  The Society for Environmental Geochemistry and Health, New Orleans, LA, July 22–25, 2007.

Tsuji JS.  From slippery slope factor to drinking water standard:  How risk assessment affects the arsenic MCL.  Invited speaker for session on Natural Poisons and Unnatural Products. American Water Works Association Annual Conference, Toronto, Ontario, June 27, 2007.

Tsuji JS, Mowat FS.  Exposure and toxicology of nanomaterials.  Invited speaker for Nano Safety and Health Forum.  Society for the Advancement of Materials and Process Engineering (SAMPE) Conference, Baltimore, MD, June 6, 2007.

Tsuji JS, Mowat FS.  Health risks of carbon nanotubes:  What can we learn from mineral fibers or ultrafine particulates?  Workshop organizer and chairperson.  Annual Meeting of the Society of Toxicology.  Charlotte, NC, March 25–29, 2007.  Toxicologist 2007; 96(1):7.

Mowat FS, Tsuji JS.  Assessment of health risks of carbon nanotubes:  Where do we go from here?  Toxicologist 2007; 96(1):8.

Tsuji JS, Mowat FS, Kaetzel RS.  Approaches for risk assessment and risk management of nanomaterials: "Inert" metal oxides.  Toxicologist 2006; 90(1), Abstract 2201.  Society of Toxicology Annual Meeting.

Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS.  Meta-analysis of low level arsenic exposure and bladder cancer:  Implications for risk assessment in the United States.  Toxicologist 2006; 90(1), Abstract 2184.  Society of Toxicology Annual Meeting.

Yost LJ, Tsuji JS, Scrafford CG.  Implications of changes in the arsenic cancer slope factor for risk communication.  Toxicologist 2006; 90(1), Abstract 2180.  Society of Toxicology Annual Meeting.

Tsuji J, Mowat F.  Assessment of products containing nanomaterials.  Symposium entitled, "Regulating nanotechnology:  Developing stakeholder consensus for future rulemaking by EPA, FDA and OSHA."  Division of Chemistry and the Law of the 232nd American Chemical Society National Meeting.  San Francisco, CA, September 10–14, 2006.

Tsuji JS, Mowat FS.  Risk assessment of nanoscale metal particles.  Invited presentation at the Environmental Protection Agency (EPA) Region 5 Nanotechnology for Site Remediation Workshop.  Chicago, IL, September 6–7, 2006.

Mowat FS, Tsuji J.  Nanotechnology and the water market:  Applications and health effects.  Abstract 747.  Presented at 9th Annual NSTI Nanotechnology Conference and Trade Show.  Boston, MA, May 7–11, 2006.

Tsuji JS, Mowat FS.  Potential benefits and hazards of nanotechnology in water.  Session on Natural Poisons and Unnatural Products.  American Water Works Association Annual Conference.  San Francisco, CA, 2005.

Tsuji JS.  Emerging issues in risk assessment and risk perception of nanomaterials.  Symposium organizer and chairperson at the Society of Toxicology annual meeting, New Orleans, LA, 2005.  Toxicologist 2005; 78(1-S) Abstract 648.

Tsuji JS, Kerkhove MD, Scrafford CS, Kaetzel RS.  Biomonitoring of a community for soil arsenic exposure.  Toxicologist 2005; 78(1-S), Abstract 693.

U.S. EXHIBIT 510.0067

Tsuji JS.  Assessing children's exposure to arsenic treated wood.  Society of Toxicology continuing education course on Fundamentals of Risk Assessment and Applications of Recent Methods to Difficult Problems, Salt Lake City, UT, 2003.

Tsuji JS.  Childhood lead exposure pathways and risk factors for lead exposure at U.S. mining and smelting sites.  Plenary speaker for Local Solutions Smart Future Conference and Celebration, Working and Living with Lead, Port Pirie, South Australia, 2003.

Tsuji JS, Yost L, Barraj L.  Background inorganic arsenic exposures in children.  Session on CCA Treated Wood—Regulations, Science, and Risk Assessment.  The Annual International Conference on Soils Sediments and Water, University of Massachusetts, Amherst, MA, October 22, 2003.

Tsuji JS, Williams PR, Edwards MR, Avadhanam KP, Paustenbach DJ.  Is mercury in urine indicative of exposure to low levels of mercury vapor?  Toxicol Sci 2002; 66(1-S), Abstract 979.

Garry MR, Tsuji JS.  Evaluating lead exposure at mining sites with heterogeneous soil types and lead bioavailability.  Toxicol Sci 2002; 66(1-S), Abstract 500.

Tsuji JS, Williams P.  Use of biomonitoring versus risk assessment methods for evaluating human exposures.  Platform presentation at the Society of Risk Analysis Annual Meeting, New Orleans, LA, 2002.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Childhood Health Effect Levels for Arsenic.  Poster presentation at the 5th International Conference on Arsenic Exposure and Health Effects, San Diego, CA, 2002.

Tsuji JS, Robinson S.  Separating potential source exposure from background exposure in subsistence populations in developing countries.  Invited symposium presentation at the 9th International Congress of Toxicology Conference, Brisbane, Australia, 2001.

Tsuji JS, Schoof RA, Robinson S, Seidel P.  Dietary arsenic in subsistence populations from Indonesia.  Invited presentation at the 4th International Conference on Arsenic Exposure and Health Effects, San Diego, CA, 2000.

Tsuji JS, Garry MR.  Metals exposure from homegrown produce at mining and smelting sites.  Toxicol Sci 2001; 60(1–S): Abstract 95.

Garry MR, Lowney YW, Tsuji JS.  A critical analysis of assumptions used when evaluating intake of metals from homegrown vegetables.  Toxicol Sci 2001; 60(1–5): Abstract 2077.

Goodman M, Tsuji JS.  Is sulfate in drinking water a hazard for infants?  Toxicol Sci 2000; 54(1-S), Abstract 1174:250.

Schoof RA, Tsuji JS.  The role of outdoor dust in exposures to chemicals in soil:  Case studies for arsenic.  Toxicol Sci 2000; 54(1-S), Abstract 1168:249.

U.S. EXHIBIT 510.0068

Tsuji JS, Schoof RA, Hook GC.  Subchronic health effect levels for childhood exposure to arsenic.  Toxicol Sci 2000; 54(1-S), Abstract 346:73.

Tsuji JS, Serl KM.  Multipathway exposure and risks to mercury in soil.  Toxicol Sci 1998; 42(1-S), Abstract 1139:231.

Tsuji JS.  Chairman and introductory speaker for a session on community health monitoring and education programs.  National Environmental Policy Institute Conference on Lead in Soil and Blood Lead of Children, 1998.

Tsuji JS, Serl K, Fricke JR.  Predicted versus observed blood lead levels for a smelter site.  Fund Appl Toxicol 1997; 36(1): Part 2, Abstract 1706:336.

**Science Advisory Boards/Panels**

National Academies of Science, Engineering, and Medicine, Health and Medicine Division Committee on Assessment of the Available Scientific Data Regarding the Safety and Effectiveness of Ingredients Used in Compounded Topical Pain Creams. Sponsored by the U.S. Food and Drug Administration (2019–2020).

National Academies of Science, Engineering, and Medicine, Health and Medicine Division, Standing Committee on Medical and Epidemiological Aspects of Air Pollution on U.S. Government Employees and their Families. Sponsored by the U.S. Department of State (2017–2022).

National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  Organizing/planning committee member and session moderator for two workshop on topics pertinent to the development of draft toxicological reviews by the U.S. Environmental Protection Agency's Integrated Risk Information System (IRIS) program. Sponsored by the U.S. Environmental Protection Agency (2018−2019).

National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  Chair of the organizing/planning committee, session moderator, and speaker for the Workshop on the Feasibility of Addressing Environmental and Occupational Health Exposure Questions Using Department of Defense Biorepositories, sponsored by the U.S. Department of Defense. (June 14-15, 2018). Washington, DC.

Peer reviewer of the National Academies of Science, Engineering, and Medicine report, Progress Toward Transforming the IRIS Program: A 2018 Evaluation (2018).

National Ash Management Advisory Board, University of North Carolina, Charlotte.  Directed by UNC, Charlotte, Lee College of Engineering to advise Duke Energy on coal ash impoundment closure at Duke Energy facilities (2014–2018).

U.S. EXHIBIT 510.0069

Peer reviewer of the National Academies of Science, Engineering, and Medicine consensus study report, Environmental Chemicals, the Human Microbiome, and Health Risk—A Research Strategy (2017).

Institute of Medicine, Committee on the Assessment of the Department of Veterans Affairs Airborne Hazards and Open Burn Pit Registry. (2015−2016).

National Research Council, Committee on Spacecraft Exposure Guidelines. Sponsored by NASA (2015–2016).

National Academy of Sciences, Board on Environmental Studies and Toxicology (2010−2016).

National Academies Standing Committee on the Use of Emerging Science in Environmental Health Decisions, sponsored by the National Institute of Environmental Health Sciences (2011–2015). Served on the organizing committee and as a panel member for workshops on the potential use of microbiological platforms in health studies and on systems biology-informed risk assessment. Participated in workshops on individual susceptibility to environmental stressors, health risks of climate change, human genome plasticity to environmental stressors, and integration of health data to advance discovery.

National Research Council Standing Committee on Toxicology (2008−2014).

Peer reviewer of the National Research Council report, Review of the EPA Integrated Risk Information System Process (2014).

Peer reviewer of the National Research Council report, Exposure Science in the Twenty First Century (2012).

Peer reviewer of the report of the National Academies Committee to Review EPA's Draft IRIS Assessment of Formaldehyde (2011).

Institute of Medicine of the National Academies, Committee on Breast Cancer and the Environment: The Scientific Evidence, Research Methodology, and Future Directions. Sponsored by Susan G. Komen for the Cure (2010–2011).

Peer reviewer of the National Research Council report, Eighteenth Interim Report of the Committee on Acute Exposure Guideline Levels (2010).

National Research Council Standing Committee on Risk Analysis Issues and Reviews. Sponsored by EPA (2007–2010). Served on the organizing committee and/or as a panel member for workshops on various toxicological and risk assessment issues, including effects of receptor-mediated events on dose-response assessment, relevance of mouse liver tumors, exposure measurement error in epidemiological studies, interpretation of bioassay and human biomonitoring data for thyroid active chemicals, and exposure science in the 21st century. Chaired the organizing committee and moderated two workshops for EPA.

- Quantitative Approaches to Characterizing Uncertainty in Human Cancer Risk Assessment Based on Bioassay Results, June 2007.

- Characterizing the Potential Human Toxicity from Low Doses of Pharmaceuticals in Drinking Water: Are New Risk Assessment Methods or Approaches Required? December 2008.

National Research Council Ad hoc organizing committee member and panel participant in EPA's symposium, Toxicity Pathway-Based Risk Assessment: Preparing for Paradigm Change, May 11–13, 2009, Washington, DC.

Independent expert review panel for the Flin Flon, Manitoba, and Creighton, Saskatchewan Human Health Risk Assessment. Coordinated by Toxicology Excellence for Risk Assessment (2009).

National Research Council Subcommittee on Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants (development of health-protective short-term and long-term airborne levels for acetaldehyde, hydrogen chloride, hydrogen fluoride, hydrogen sulfide, and propylene glycol dinitrate). Wrote chapter on acetaldehyde for published report (2008–2009).

Independent expert review panel for the Sudbury Soils Study Ecological Risk Assessment. Sudbury Mining District, Ontario. Coordinated by Toxicology Excellence for Risk Assessment (2007).

National Research Council subcommittee commissioned by NASA to review and comment on Spacecraft Water and Air Exposure Guidelines for various organic and inorganic chemicals in spacecraft and space stations. Assisted the NASA contractor in modeling increases in blood lead levels due to bone loss in space (2001–2008).

Peer review of two National Institute for Occupational Safety and Health (NIOSH) research protocols designed to gather data for evaluating inhalation risks posed by nanoparticles and nanotubes. Coordinated by Toxicology Excellence for Risk Assessment (2007).

Independent expert review panel for the Sudbury Soils Study Human Health Risk Assessment. Sudbury Mining District, Ontario. Coordinated by Toxicology Excellence for Risk Assessment (2006).

National Research Council Subcommittee on Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants (development of health-protective short-term and long-term airborne levels for acrolein, carbon dioxide, carbon monoxide, formaldehyde, hydrazine, methanol, monoethanolamine, nitric oxide, nitrogen dioxide, oxygen, ammonia, benzene, 2,6-di-tert-butyl-4-nitrophenol, Freon 12, Freon 114, hydrogen, 2190 oil mist, ozone, toluene, xylene). Wrote chapters on formaldehyde and Freon 12 for published reports (2003–2007).

U.S. EXHIBIT 510.0071

Peer reviewer of the National Research Council subcommittee report that commented on the U.S. EPA Risk Assessment of the Coeur d' Alene Basin (2005).

State of Washington scientific panel to evaluate protective measures and remedies for area-wide soil contamination of arsenic and lead in the state resulting from past pesticide use, mining and smelting, and other sources. This panel was advisory to the state task force convened to reach practical and protective solutions for widespread areas of the state that exceed state standards for lead and arsenic in soil (2002).

National Research Council subcommittee to evaluate the health protectiveness of the Navy's proposed submarine escape action levels for carbon monoxide, hydrogen chloride, hydrogen cyanide, nitrogen dioxide, sulfur dioxide, hydrogen sulfide, chlorine, and ammonia. Toxic levels of these gases may be expected from fires associated with a disabled submarine. Wrote chapter on hydrogen sulfide for the published report (2001).

Expert review panel commissioned by the U.S. Army to review a risk assessment of closure of the Jefferson Proving Grounds in Indiana and reuse as a wildlife refuge. Metals and radionuclides were a primary concern (2001).

National Academy of Sciences subcommittee to evaluate the EPA drinking water level for copper. Coauthored the report *Copper in Drinking Water*, published by the National Research Council (1999–2000).

National Academy of Sciences peer reviewer of the National Research Council's drinking water document for arsenic (1998).

Washington State Department of Ecology technical committee on the human health-based surface water quality criteria for arsenic. The purpose of the committee was to determine whether new data existed of sufficient quantity and quality to merit changing the state human health-based surface water criteria for arsenic (1997–1998).

External expert panel to assess the relative importance of environmentally related human health problems in the State of Washington. This work was a part of EPA's Pilot Comparative Risk Project, Region 10 (1997).

**Prior Experience**

Regional Manager of Risk Assessment Practice, Foster Wheeler Environmental, 1998
Senior Toxicologist; Director of Risk Assessment and Toxicology, Kleinfelder, Inc., 1992–1997
Senior Scientist, Environmental Toxicology International, Inc., Program Director, 1987–1992
Post-doctorate research on quantitative genetics; teaching faculty for course on human physiology, University of Washington, 1986–1987

U.S. EXHIBIT 510.0072

**Selected Project Experience**

*Product Safety*

Assessed exposure and health risks of metals (e.g., aluminum, chromium, cobalt, iron, neodymium, nickel, titanium, tungsten, and vanadium) release from alloys used in various medical devices or instruments.  Projects involved potential device failures or surgical or patient-specific conditions, as well as assessments in support of FDA submissions for device approvals.  Types of devices included joint replacements; structural, fixation, drug delivery, bariatric, and cardiovascular devices; electronic components; and surgical instruments and devices.

Directed the development and application of a biokinetic model for internal nickel release to evaluate the representativeness of *in vitro* leaching tests based on clinical data on serum nickel levels.  Used the model to assess health risks of medical devices based on *in vitro* leaching data and clinical reports.  Served as the senior reviewer of a project to refine the nickel biokinetic model using additional human experimental data to inform the development of occupational biological exposure limits for nickel in urine.

Directed an assessment of the potential health risks from volatiles during use of a drug delivery device, as well as the applicability of Global Harmonization System classification and labeling requirements.

Served as senior reviewer for health evaluation of silver release from medical devices involving silver coatings and for the design of an animal study of an in-dwelling catheter.

Conducted an evaluation of potential health risks for organic chemicals identified from leaching and volatilization tests of a device and control unit intended to be implanted for nerve stimulation.  Commented on the implications of the test results for the intended application.  Provided perspective on potential exposures and toxicity given the intended use and other known and approved exposures to these chemicals.

Directed the development of toxicology reviews and health-protective exposure limits for residual levels of reagents and excipients in pharmaceutical products.

Served as the senior toxicologist for an assessment of trace levels of an impurity in a cosmetic product.  The report responded to concerns by a regulatory agency in China.

Conducted state-of-the-science reviews of potential exposure and health effects related to nanometal oxides, carbon nanotubes and nanofibers, and other nanomaterials proposed for use in several products with widespread consumer uses.  Evaluated exposure and health effects literature related to worker or consumer exposure and potential environmental effects.  Directed a team of material scientists and toxicologists to assess the potential for exposure and health risks to nanoparticles from these products during manufacture and consumer use.

U.S. EXHIBIT 510.0073

Served as the principal toxicologist and project director on an assessment of worker safety of nanomaterials used in semi-conductor manufacturing. The project team conducted a workplace safety audit and risk assessment using a control banding approach adapted for the specific nanomaterials. These efforts were used to guide risk management decisions for protection of workers.

Evaluated potential applications of nanotechnology and the available knowledge on health risks for home care and cleaning products.

Directed a literature review and assessment of studies of potential exposure and health effects associated with nanometal pigments used in sunscreen formulations. Provided senior review of a survey of toxicology studies on nanoscale silver and silver in general with relevance for use in personal care products.

Evaluated potential safety concerns of a sanitizing device on a water dispenser. The assessment included evaluation of the sanitizing agent as well as potential reaction byproducts depending on whether the water source was untreated water or treated (chlorinated or ozonated) water.

Provided toxicology and health risk support for assessment of chemical leaching results for various plumbing fixture parts.

Served as the senior toxicologist for several projects involving metals (e.g., lead, cadmium), phthalates, or other organic chemicals in toys or consumer products, including interpretation of the results of sampling and chemical analysis for potential exposure and health risks. Assisted a toy manufacturer with assessment of potential chemicals in their products that might be associated with reported dermatitis in children.

Conducted critical reviews of the literature on exposure and health effects of perfluorinated compounds, including perfluorooctanoic acid (PFOA), perfluorooctane sulfonate (PFOS), perfluorohexane sulfate (PFHxS), and others used in consumer products, fire-fighting foams, and industrial manufacturing. Assessed the potential sources, exposure, and health risks of levels of PFOS and other compounds in soil, groundwater, river sediments and fish tissue. Evaluated health risk assessments and health-based limits for perfluorinated compounds conducted by U.S. and international regulatory agencies. Contributed to public comments on the scientific-basis of regulatory assessments and criteria.

Investigated levels of brominated flame retardants and other chemicals in fabric used in children's products that might potentially be associated with reported skin reactions. Assessed potential exposures and health effects of brominated flame retardants in plastic housing of consumer electronics. Evaluated health risks of formaldehyde, 1,4-dioxane, parabens, and other chemicals reported in children's bath products and other personal care products.

Assessed the results of chemical testing of clothing and bedding materials for consumer exposure, health risk, and compliance with international regulatory guidance levels. Products included formaldehyde in bedding products (including the effects of laundering and different drying methods), and multiple types of uniforms and worker outerwear.

U.S. EXHIBIT 510.0074

Provided recommendations on assessment of residential exposure to formaldehyde from cabinets and evaluated potential health risks associated with exposure levels.

Evaluated the toxicology of cleaning and sanitizing agents for a Fortune 500 consumer product company negotiating backflow device requirements with health authorities. Communicated the nature of the toxicity of the ingredients and compared exposure during a backflow event with other dietary or cosmetic exposures to these chemicals.

Researched the toxicology of the more than 22 ingredients in carpet glue for a glue manufacturer who was sued along with the carpet manufacturer, carpet installers, and landlord of a retail space in which tenants claimed multiple chemical sensitivity and other long-term health effects from short-term exposure to a newly installed carpet.

Directed an assessment of exposure and health risks for chemicals associated with fragrances used in various consumer products. Evaluated the potential for certain compounds to react with ozone and assessed the toxicity of the reaction by-products. Compiled comprehensive literature summaries and identified data gaps and areas for additional research and investigation.

Provided senior direction for development of a framework to assess arsenic and chromium exposure and toxicity to children from chromated copper arsenic (CCA)-treated wood used for play equipment and residential decks. This project involved analysis of the available scientific data and identification of critical uncertainties for exposure parameters that would benefit most from additional research. Presented the analysis to the Agency for Toxic Substances and Disease Registry and EPA. Commented on EPA's deterministic risk assessment of CCA-treated wood and on the agency's probabilistic exposure model for assessing exposures to wood treatment chemicals. Testified at EPA's FIFRA Science Advisory Panel meetings and before the Consumer Product Safety Commission regarding background exposures to inorganic arsenic via diet and water in comparison to CCA exposures.

*Metals*

Served as the senior toxicologist for human health investigations of environmental and dietary exposures associated with a zinc-lead mine, haul road, and concentrate loading facility in northern Alaska. Native American concerns included air emissions and deposition, water discharges, soil contamination, and uptake of metals into berries, caribou muscle and organs, and fish. Reviewed data collection work plans and risk evaluations of environmental data. Provided expert testimony regarding potential health effects to downstream native populations based on levels of metals and other constituents in discharge monitoring reports from the mine area.

Assessed risks to cattle and horses from metals in alluvial sediments deposited in fields. Developed toxicity values and soil intake rates to assess potential exposures and risks to arsenic, cadmium, copper, lead, manganese, mercury, molybdenum, selenium, zinc. The assessment considered the differences in potential toxicity for ruminants versus non-ruminants and young

U.S. EXHIBIT 510.0075

versus adult animals, and the bioavailability of certain metals in soil based on *in vitro* bioaccessibility results, mineralogy, and possible interactions among metals.

Participated as the senior toxicologist in the development of technical guidance for conducting hazard and risk assessment of alloys suitable for meeting emerging international regulatory requirements for chemical risk assessment and classification schemes to protect human health. A key issue was the difference in bioavailability of metals in alloys compared to simple mixtures of metals.  Example metals in alloys included aluminum, chromium, cobalt, copper, iron, lead, manganese, nickel, and zinc.

Directed a team of scientists in conducting a quantitative analysis of the health benefits of consumption of rice and rice-related nutrients based on the epidemiological literature as well as in dietary studies of exposure to arsenic compounds from consumption of rice and rice products.

Assessed exposure and health risks of various metals in steel slag (e.g., chromium, manganese, cadmium) when reused as fill, railroad ballast, concrete aggregate, asphalt production, and road base.  Specific considerations including particle size and durability of the material, as well as leaching and bioassessibility of the metals.

Assessed potential health risks of metals in a river system as well as airborne exposures during cleanup after a coal fly ash impoundment failure at an electric power generation plant. `

Submitted comments to EPA regarding their derivation of a revised provisional peer-reviewed toxicity value for cobalt.  Discussed the toxicology, medical, and dietary literature for cobalt with EPA scientists.

Worked with a team of epidemiologists on a meta-analysis of low level arsenic exposures and cancer.  The results of the meta-analysis were submitted to the EPA Science Advisory Board (SAB) reviewing the cancer slope factor for arsenic and were published.  Also provided technical comments to the SAB regarding arsenic toxicology and nutrition, perspective on background exposure via diet and water, and information from health studies from a number of smelting sites.

As a part of an inter-disciplinary, international team, evaluated the health effects of metals and other constituents in tailings discharged into a river system from a copper mine in Irian Jaya. Served as the senior toxicologist for the human health risk assessment.  This risk assessment entailed designing a dietary, human exposure, and biomarker survey of subsistence populations in the area and overseeing the implementation of the survey at the site.  The survey information was used in both screening-level and detailed probabilistic assessments of risks to these populations.  Trained local scientists in how to conduct risk assessments and presented preliminary results to a government scientific review panel.

Provided comments on EPA's assessment of health risks and potential cleanup levels associated with arsenic, cobalt, and other metals in soil from a mining site near Salmon, Idaho.  This remote site included an inn and primitive campgrounds, and was located near two creeks. Stream-side tailings deposited on properties downstream of the site were also a concern.  Site-

U.S. EXHIBIT 510.0076

specific issues included the bioavailability of the ore and the amount of exposure associated with residential, recreational, or livestock use of the area. Worked with EPA scientists in developing risk assessment assumptions.

Analyzed news reports of health effects on dock workers from exposure to an arsenical wood-treating solution that leaked from shipping containers at an African port. Separated symptoms associated with arsenic poisoning from those possibly due to hemorrhagic fevers or other local health problems.

Served as the senior toxicologist for a probabilistic risk assessment of arsenic in soil in a community in Arizona that received historical flooding from a tailings impoundment. Provided arsenic toxicology expertise and scientific input on distributions of values for arsenic bioavailability and other inputs to the Monte Carlo risk assessment.

Participated in an EPA working group involving the Agency for Toxic Substances and Disease Registry, state and local health agencies, interested parties, and concerned residents of a Superfund and Environmental Justice site in Denver with elevated levels of arsenic and lead over a large residential area. A primary source of the elevated arsenic levels was found to be historic use of an herbicide for lawns. Attended monthly meetings over a 2.5-year period and provided comments on data collection, bioavailability of metals, biomonitoring, risk assessment, and the toxicology of arsenic and lead. Participated in focused technical meetings on the short-term toxicology of arsenic in children and pica soil ingestion by children.

Served as senior toxicologist on a case involving lead-containing brass in water meter parts for a water department of a large municipality in California. The water department was seeking cost recovery from a supplier that provided water meters and valves containing more lead than specified in the order. The water department also had concerns for public exposures. Our work involved evaluation of the leach test information and conducting various exposure simulations of the potential effect on blood lead levels of children.

Directed human health and ecological efforts to evaluate risks before and after reclamation of an abandoned mine site in a wildlife refuge in Northern California. These assessments were performed for the State Department of Fish and Wildlife. Features of the site included an acidic pit lake, tailings and waste rock piles, and mine drainage and mineralization of groundwater and a nearby creek.

Appointed as an expert for a U.S. district court on health risks related to lead, arsenic, and other inorganic and organic chemicals for an 11-mile$^2$ area of the city of Dallas, Texas. The study area included a former secondary lead smelter, several battery and metals reclamation facilities, numerous other industries, a large public housing project, single and multi-family private residents, and schools.

Conducted multiple risk assessments and health risk reviews and worked with federal and state regulators to evaluate various health issues in areas near a large open pit copper mine and smelter in Utah. The areas included residential and recreational area soils affected by past air emissions or by deposition of metals in tailings during flooding from a stream channel.

U.S. EXHIBIT 510.0077

Evaluated the results of an environmental exposure and biomonitoring program for lead and arsenic in children for use in assessing health risks and cleanup levels. Assessed drinking water exposure to sulfate and other inorganic constituents in groundwater. Provided a scientific review of the toxicity of sulfate to humans that U.S. EPA Region 8 relied on to set a site-specific action level for sulfate in groundwater used for drinking water. Assessed health risk and cleanup levels for arsenic and lead associated with tailings and waste rock drainage and flood events in offsite areas.

Directed the human health and ecological risk assessments for tailings and naturally mineralized soil at a former mill site in New Mexico. The primary site constituents were manganese and zinc in groundwater and lead, manganese, and arsenic in soil. Lead in soil was evaluated using EPA's adult and child lead models with site-specific assumptions when justified. Detailed site geochemistry studies and simulated gastrointestinal leaching tests indicated very low bioavail-ability of lead in soil. This work was conducted as a part of a voluntary removal action.

Evaluated claims by a couple in New Mexico that past weekend exposures to elevated levels of metals and fluoride in their drinking water put them at risk of future disease.

Retained as an expert in two separate legal suits at a mining site in Washington. One suit involved releases of acrylamide in drilling muds to groundwater; the other, cyanide and metals concentrations in surface water and groundwater near the gold mine. Assessed the potential health risks of chemical concentrations to populations in the vicinity. Testified before a jury in the latter case.

Provided toxicology and exposure assessment support for a litigation case involving a competitive shooter who alleged that his health effects and elevated blood lead level were caused by the conditions of an indoor firing range. Assessed lead data from range samples and designed an exposure study at an outdoor range to distinguish lead exposure from the shooting equipment and style of firing versus ventilation conditions of the range. Also evaluated whether the alleged health effects were related to the chelation therapy and whether this treatment was applied appropriately.

Retained by a county in Oregon to direct a risk assessment of elemental mercury and cinnabar ore in soil at the site of a former small-scale refining operation. The RI/FS was conducted under the state voluntary cleanup program and involved close coordination with state toxicologists. The risk assessment evaluated direct exposures to soil as well as mercury vapor emissions and potential effects on groundwater and migration to nearby rivers.

Conducted risk assessments for a former copper smelter in Tacoma, Washington. Risks were assessed for arsenic and lead in soil and slag in nearby residential areas and for more than eight metals, PAHs, PCBs, and aniline compounds in soil, slag, demolition debris, groundwater, and surface water on the smelter site. Risks of the site to aquatic life and fishermen were also considered. Participated in discussions of health issues with EPA; in risk communication at public meetings and with citizen groups; and in a technical work group with EPA, the state, NOAA, and other trustees to design and implement toxicity testing and assessment of sediment impacts.

U.S. EXHIBIT 510.0078

Directed a risk assessment of metal concentrations under baseline and post-mine-development conditions as a part of the permitting process for a gold mine in Montana. Because the mine site is located near the confluence of two rivers, fish consumption was a major pathway of exposure in addition to potential effects on groundwater. Assisted in risk communication.

Directed health risk assessments of lead smelter sites in Montana, Utah, and Washington. Reviewed and commented on the health risks of smelter sites in Kansas City, Idaho, Illinois, and Texas. Chemicals of concern included lead, arsenic, and cadmium. Evaluated blood lead and urinary arsenic concentrations of residents and environmental sampling data. Assessed impacts from air, water, soil, and dust using EPA's integrated exposure/uptake biokinetic (IEUBK) lead model for the Montana site.

Conducted a health risk assessment of a lead smelter site on the Missouri River in Omaha, Nebraska, that was proposed for brownfield redevelopment as a park. Assessed health risks during demolition and construction as well as afterwards to visitors and maintenance workers of the park. Also considered the potential impacts resulting from flooding of the site. Discussed health risk issues with the state regulators, and participated in public meetings. This work facilitated the cleanup and redevelopment of the site by addressing health risk concerns.

Served as project manager under a contract with EPA for conducting a risk assessment of a reservoir in Montana filled with sediments from upstream mining and smelting activities. The site covers hundreds of acres involving potential impacts to aquatic life, wetlands, bird life, and local drinking water wells. The risk assessment involved coordination among various agencies (EPA, the State of Montana, the U.S. Fish and Wildlife Service, the Montana State Department of Fish and Game), the public, and the principal responsible party.

Calculated health-based soil remediation goals in support of risk-based closure and commercial redevelopment of a zinc plant site in Oklahoma. Lead, arsenic, and cadmium in soil and smelter debris used as fill material were the primary health concerns.

Provided technical review and comments on an engineering evaluation/cost assessment for a zinc plant site in southern Illinois. Evaluated site-specific uses of EPA's IEUBK lead model for estimating lead risk for residential soil with isolated areas of lead-containing smelter debris for both sites. Also calculated lead risks to workers using an adult lead model.

At another zinc plant site in Oklahoma, directed screening-level assessments of exposure and risk and made recommendations for communicating the necessity of closing private wells because of potential risks associated with cadmium in groundwater.

Conducted focused health evaluations for zinc plants in Texas and Tasmania. Presented findings for the Texas site to the regulators and in a brief televised news interview.

Assessed the toxicity of mine tailings to cattle and food chain transfer of metals in tailings to humans consuming beef or beef liver. This study was a part of a successful project in Arizona to use cattle to revegetate and stabilize mine tailings slopes.

Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
Page 19
07/19

Reviewed the scoring of arsenic by the Canadian Government's Substance Selection Committee, which implemented the Ontario Ministry of the Environment Scoring System for Assessing Environmental Contaminants.  Provided technical comments on the environmental fate and persistence, aquatic toxicity, and carcinogenicity of different forms of arsenic.  Reviewed a draft Environment Canada report on the long-range transport of metals in the environment with specific focus on the sources and migration of mercury.

Provided health risk and toxicology expertise for an active cadmium refinery in Denver, Colorado.  Reviewed risk assessments, evaluated air emissions, interpreted health data of residents, discussed technical issues with the state agencies, and communicated risk to the public.  This site required environmental cleanup for cadmium, lead, and arsenic.

As an expert for the Environmental Protection Authority of Victoria, conducted a focused risk assessment of lead in soil from a past battery recycling plant in Melbourne, Australia.  Residential development had already commenced at the site without prior remediation.  This assessment was instrumental in justifying that health protective actions were necessary.

Reviewed the NPL ranking of a mine waste site in Idaho that received one of the highest scores.  Comments primarily focused on the lack of consideration of the bioavailability of arsenic and lead in the mine waste.  Provided senior toxicology input to the assessment of both human health and ecological impacts, wetland areas, and a nearby river.  Worked on behalf of the responsible parties to help ensure that up-to-date scientific methods and site-specific assumptions were considered.  Provided oversight on bioavailability and geochemical studies of the soils and waste rock.

Retained as the senior toxicologist for a risk evaluation of mine tailings in Coeur d'Alene River and Lake in Idaho.  Provided technical input and risk communication regarding the likelihood of adverse effects associated with exposure to metals in surface water, fish, and beach sediments resulting from tailings releases from upstream mining.  Communicated the findings of the risk evaluation at a press conference.  Later retained as an expert on human health issues in the natural resource damage suit.  Evaluated the available data relating various sources of environmental lead in the Coeur d'Alene basin to blood lead levels of children.

Assessed the bioavailability and adverse health effects of arsenic-containing ore and mercury contamination of an old gold mining site in Alaska that was turned into a children's playground.  Negotiated a site-specific approach for setting cleanup levels with the Alaska Department of Environmental Conservation.  This study developed a cleanup level for arsenic based on a health risk assessment that incorporated the low bioavailability of the ore form of arsenic.

Provided senior direction and review of an evaluation of thallium levels in cement kiln dust and exposures to workers at a cement plant in Florida.  Recommendations were made for reducing thallium levels to protect the health of workers.

Assessed exposure to lead and arsenic in soil from historic sandblasting and repainting of water tanks in residential neighborhoods in Seattle, Washington.

Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
Page 20
07/19

U.S. EXHIBIT 510.0080

*Medical/Biological Monitoring*

Assessed perfluorinated compound exposures based on serum biomonitoring data of communities in the United States and Sweden with environmental exposures from drinking water, crops, fish, air emissions, or consumer product uses. Conducted exposure assessments of PFOS and other perfluorinated compounds in fish tissue at multiple sites with numerous potential industrial and municipal sources.

Designed and directed an arsenic exposure investigation and biomonitoring study of more than 400 residents living near a pesticide manufacturing plant. The study included a detailed census of the community, public communications, administration of a survey of individual characteristics affecting exposure, and collection and reporting of biological samples (urine and toenails) and environmental samples (house dust, soil, vegetables) for arsenic analysis. The data collected were used in a cross-sectional statistical evaluation of soil arsenic exposure in the community.

Served as a toxicology and risk assessment expert in assessing claims that arsenic exposure, based on urinary biomonitoring data in a community, resulted in increased health effects in a coastal town in northern Chile. Arsenic exposure was alleged to have resulted from smelter process material from Sweden that was sent to Chile in the mid 1980's for extraction of metals for resale. Assessed the timing of exposure relative to biomonitoring, likely sources of inorganic arsenic and organic arsenic (from diet) that would have affected the test results, whether the patterns of elevated urinary arsenic were consistent with site exposure and windblown dispersion, and the validity of the health survey.

Evaluated potential for health effects and provided technical consulting pro bono to a homeowner who drank well water with elevated arsenic levels, including review of well water data, medical records and biomonitoring results.

Served as the senior toxicologist of a team that designed and conducted an environmental and dietary exposure study to assess potential metals exposure of highland, lowland, and estuarine populations living along a river that carried tailings from a mine and mill in Southeast Asia. This study also included biomonitoring of inorganic substances in blood, urine, and hair to correlate with other measures of exposure.

Assessed past exposures and potential health risks for arsenic and cobalt based on biomonitoring data in residents of a mining area with elevated metals concentrations in soil, dust, and well water.

Developed work plans for community protection measures programs to address residual risks to lead and arsenic in residential soil at a former smelting area in Utah and for several communities in the tri-state mining district in Oklahoma. The programs involved health education, blood lead and urinary arsenic monitoring, health intervention, and environmental abatement, if warranted. These programs were developed cooperatively with federal, state, and local health agencies. Worked with EPA and state and local health departments in interpreting blood lead

U.S. EXHIBIT 510.0081

and environmental lead data for risk management decisions at the Leadville, Colorado, mining and smelting site.

Served as a toxicology expert in legal cases involving children in Oklahoma. The families alleged that their children's prior blood lead levels resulted from wind-blown dust from mine waste piles and had caused behavioral and academic problems in school. Evaluated sources of exposure for each child and the potential effects associated with their blood lead levels.

For two residential areas in the Midwest involving releases of elemental mercury from gas meter regulators in homes, provided information on the toxicity of elemental mercury, biomonitoring of individuals for exposure, and background sources of elemental mercury. Provided risk communication and technical support in developing strategy for working with EPA Region 5 on what levels might constitute a concern in homes. Conducted a pooled analysis of studies examining the relationship between mercury levels in air and in urine. Based on this analysis, recommended limits to the usefulness of biomonitoring for mercury vapor.

Directed an evaluation of beryllium exposure in workers manufacturing aluminum alloy products. Reviewed air and wipe sample data and provided a review of the available scientific and medical information regarding the likelihood of disease and strengths and limitations of medical monitoring tests.

Retained as an expert on the toxicology and health risk of metals associated with contamination of private wells by acid mine drainage in Arizona. Served as the senior lead of the human health risk assessment team and worked with county and state health officials to assess and communicate to residents the potential health effects indicated by well water sampling results. Manganese was the primary chemical of concern. As a part of a settlement for a class action lawsuit, proposed an approach to exposure screening and medical monitoring and worked with plaintiffs' expert from a local university to develop a medical monitoring program for residents.

Provided testimony in a class action lawsuit in Washington State regarding the alleged need for medical monitoring for all residents in the vicinity of a smelter living on soil with arsenic and lead levels above background levels. Key issues included the lack of sensitivity of tests at these low exposure levels and the low risk of adverse effects.

*Risk Communication*

Evaluated residual lead levels in dust and cleanup efforts for a former printing facility building in Colorado that was converted for use as a charter school. Explained lead exposure and health issues at two town hall meetings for parents, teachers, and students.

Provided toxicological expertise and risk communication for a school district dealing with the issue of lead in drinking water of schools. Assessed the sampling data, recommended further testing and controls, and discussed the nature of the risks and solutions with school officials. Contributed to press releases and communication to parents.

Met with a daycare owner and concerned parents in a residential area near a former smelter to discuss their potential health concerns associated with soil sampling results for arsenic and lead on the property.

Participated in public meetings and news conferences as a health risk expert. Explained health issues to concerned parents at a daycare facility near a Superfund site. Evaluated and communicated potential health risks of a nearby hazardous waste site cleanup to the cast and crew of a television studio in California.

### *Air Toxics (see also Volatile Organic Compounds, Petroleum, Metals)*

Worked with air quality scientists and epidemiologists to conduct an evaluation of trends in exposures to fine particulate matter (PM10, PM2.5) and PM precursors in a western greater metropolitan area, along with a state-of-the-science review of the association of PM with various health effects. These efforts were conducted to examine the contribution of an industrial facility to local air pollution and health outcomes.

On behalf of the State of Washington and Labor Organizations, assessed health risks of worker exposures from short-term releases of volatile organic chemicals and mercury from tank farms at the Hanford Nuclear Reservation.

Evaluated health-based levels for short-term and long-term exposures to numerous inorganic and organic chemicals in air while serving on several expert committees for the National Research Council/National Academy of Sciences.

Conducted a state-of-the-science review of the toxicological basis for short-term and long-term air quality criteria for methylene chloride. Evaluate air guidelines developed by agencies in the United States, Canada, Europe, Israel, and by the World Health Organization. This project was followed by a review of the scientific basis supporting short-term and long-term exposure limits for airborne levels of 12 other chemicals.

Retained as the senior toxicologist on odor and health issues for a pulp mill in Camas, Washington, that had a release of hydrogen sulfide and mercaptans that reached a school. The strong odors at the school resulted in children feeling acutely ill with some being sent to the local hospital. Discussed the nature of the risk and latest scientific information with state and local health agencies to promote better risk communication and attended a public meeting.

Provided senior review of a health evaluation of workers exposed to hydrogen sulfide, mercaptans, and other sulfur compounds in air at a geothermal energy plant. Issues of concern also included potential toxic interactions among these compounds.

As an expert for a city, evaluated the potential health effects of odorous chemicals (primarily hydrogen sulfide and mercaptans) associated with emissions from a wastewater treatment plant. A critical issue was the distinction of odor levels that are a public nuisance, possibly resulting in subjective effects in some individuals, but that do not cause clinically defined adverse health effects.

U.S. EXHIBIT 510.0083

Retained by the U.S. Department of Justice as a toxicology expert to help assess cases involving enforcement actions by EPA for two sites with potential public exposures: one with chromium in groundwater, the other with accidental releases of hydrogen sulfide from a plant into a community. Testified on findings at an administrative hearing for the hydrogen sulfide case.

Evaluated the inhalation toxicology and health risks of criteria pollutants, metals, and silica for an application submitted to the Texas Air Board for permitting of modernized equipment at a copper smelter. The permit was approved.

Directed multipathway risk assessments of hazardous and municipal waste incinerators. Researched the health effects of incineration ash. Incineration sites included New Jersey, Kentucky, some midwestern states, and Seattle, Washington. Chemicals of primary concern for potential risks were metals, dioxins and furans, and polycyclic aromatic hydrocarbons (PAHs).

Served as senior reviewer of risk assessments and scientific reviews of the health risks associated with cement kilns burning hazardous waste. Participated in an investigation of occupational exposures and health and safety issues for cement kiln dust.

Assessed the nature of health risks associated with chemicals emitted by semiconductor industries (projects for four different companies) in Arizona. Chemicals emitted by operations were primarily acute toxicants, such as acids or bases and some solvents, rather than chemicals with potential long-term cumulative effects. Communicated risks to regulators and concerned citizens at a public hearing and assisted in preparing a corporate environmental report and other information for the public. The projects involved emissions from proposed facilities that were subsequently permitted; from operating facilities; and from a circuit-board manufacturing plant that had a fire.

Served as a toxicology and risk assessment expert in commenting on proposed hazardous air pollutant (HAP) rules for non-federal HAPs in the State of Arizona. Participated in a series of public hearings and communicated the latest scientific information to the Arizona Association of Industries (AAI), public interest groups, and the Arizona Department of Environmental Quality (ADEQ). Commended by ADEQ, AAI, and public representatives for scientific contributions to the process and facilitation of consensus.

Subsequently, commented on the revised HAPs program proposed by the State of Arizona. In addition to comments on the overall process, specific comments were submitted on the health-based methodology and use of the toxicological literature in developing short-term and long-term air criteria for individual chemicals.

Served as the senior toxicologist as a part of a team of industrial hygiene and air quality specialists investigating possible causes and remedies for various health complaints suffered by staff working in the neonatal intensive care unit of a hospital in Nevada. Possible causes investigated included re-entrainment of boiler exhaust, other problems with the ventilation system, or indoor sources of chemicals.

U.S. EXHIBIT 510.0084

Selected by a major cancer research facility and the local fire department to help settle a dispute regarding the acute inhalation toxicity of formalin and its classification according to the Uniform Fire Code. Strict interpretation would have required the facility to shut down because only a small amount of formalin would have been allowed per building. Provided the scientific interpretation on the toxicity of formalin versus formaldehyde that resolved the conflicting conclusions provided by experts for each of the parties, thereby allowing the facility to operate and the fire department to be confident that health would be protected in the event of a fire.

For a major health care organization, conducted an independent review of a risk assessment of benzene in air at a daycare facility located on petroleum-contaminated soil.

On behalf of the surviving family, provided a summary of opinion as a toxicology expert in a case involving the death of a refrigerator repairman by carbon dioxide poisoning from dry ice used in a broken freezer. The key issues considered were the physiological and toxicological effects of elevated carbon dioxide levels and whether the repairman would have been able to rescue himself from the situation.

*Pesticides and Herbicides*

Conducted detailed toxicology evaluations of ethylene dibromide, dibromochloropropane, 1,3-dichloropropene, 1,2-dichloropropane, 1,2,3-trichloropropane, and epichlorohydrin for cases involving alleged exposures to fumigants from drift off of fields and from groundwater contamination. Specifically evaluated the scientific evidence related to whether exposure to these chemicals would cause the alleged health effects.

Evaluated health risks associated with residential exposure to pesticides and herbicide releases as a result of a fire at a nearby grain silo and a warehouse in Oregon containing more than 100 agricultural chemicals. Emergency response action levels were developed to guide remediation of residential soil contaminated by surface runoff of water used in fighting the fire.

Retained specifically to resolve risk assessment and cleanup levels issues with the state regulatory agency for persistent pesticides and herbicides in soil at an agricultural chemical site in Oregon.

Provided senior oversight on an evaluation of health and environmental effects of pesticides and herbicides used by Northwest utilities on vegetation and on utility poles.

In support of a settlement for a major retailer, evaluated the toxicity of their waste stream (mostly cardboard, although damaged packages of pesticides, herbicides, or fertilizers were also alleged to have been contributed) relative to other wastes that were historically sent to a landfill in Washington that had accepted municipal, medical, and hazardous waste.

Conducted a risk assessment of residual levels of chlorinated organic pesticides in "clean" fill used for remediating a residential area in California. Evaluated direct exposure via ingestion of soil and indirect exposure from eating home vegetable gardens.

U.S. EXHIBIT 510.0085

Supervised expert toxicology work regarding a potential poisoning caused by an organophosphate pesticide and the use of pesticides on school buses and likely effects on children.

### Volatile Organic Compounds (see also Air Toxics)

Served as an expert for the State of Washington regarding worker safety from tank vapor releases at the Department of Energy Hanford Nuclear Site in Richland, Washington.

Served as an expert witness for a case involving a perchloroethylene (PCE) plume in groundwater attributed to a former laundry and drycleaning facility in Wyoming. Testified in court regarding the toxicology of PCE, health risks (via drinking water and volatilization in indoor air) to residents living over the plume, and effects on aquatic biota as a result of groundwater reaching a river. The court's decision regarding the lack of an imminent and substantial endangerment reflected this testimony.

Directed and peer-reviewed assessments of health and environmental impacts of chemicals in groundwater as a part of landfill closures and corrective actions at multiple landfill sites in California, Montana, Washington, and Arizona. The evaluations included potential effects on drinking water wells and irrigation water, soil vapor exposure, and migration of volatile organic chemicals (e.g., trichloroethylene (TCE), PCE, vinyl chloride, chloroform) in groundwater to surface water bodies with exposure to aquatic organisms and fishermen. Detailed analysis of the human toxicology of these chemicals was also conducted to assess the limitations of the regulatory criteria, which are largely based on animal data.

Assessed sources and likely exposures to TCE and its breakdown products, 1,2-dichloroethene and vinyl chloride, in groundwater, soil gas, and indoor air samples at an industrial plant and for nearby residential properties in western Washington. Soil gas and air samples also included other volatile chemicals. Conducted a screening of health risks for the site and provided comments on a health consultation by the state department of health.

Retained as a toxicology expert by a county in Arizona for pending litigation concerning a landfill. The landfill had received multiple waste streams over time, including both hazardous, municipal, and construction debris. Evaluated the site environmental data and exposures at nearby retail stores, a restaurant, and motel that had elevated levels of volatile organic compounds in their well water.

Evaluated concentrations of volatile organic chemicals in air within a commercial building in southern California to assess whether volatile chemicals in groundwater were migrating into the building at concentrations of health concern for workers. Exposures were found to be less than California worker health criteria.

Evaluated the potential health risks of groundwater containing volatile organic chemicals in support of a legal settlement for a property owner adjacent to a major Superfund site in Washington.

U.S. EXHIBIT 510.0086

Provided senior review for a facility in which workers received historical exposure to TCE in drinking water. This project included an evaluation of the scientific literature and current debates on the health risks of TCE and other volatile chlorinated compounds.

Worked with a team of epidemiology and toxicology experts to provide written comments on EPA's risk assessment of TCE.

Developed risk-based cleanup levels for acetone, methyl ethyl ketone, methylene chloride, and toluene in soil at an industrial facility in North Carolina. Modeled exposure by soil ingestion, dermal contact, and inhalation of volatile emissions.

### *PCBs*

Assessed the adverse effects of PCBs and priority pollutants in uplands soils and river sediments on the environment (including aquatic organisms and associated terrestrial wildlife) and on public health at a former utility substation on the Willamette River in Oregon that was to be redeveloped into a museum. Designed a tissue residue study of local fish and used the results to derive more realistic bioaccumulation rates for PCBs in sediment. Presented the risk assessment to the Oregon Department of Environmental Quality (ODEQ). The cleanup based on this risk assessment was approved by ODEQ.

Assessed possible changes in cleanup levels for PCBs in sediments of an urban waterway in Commencement Bay, Washington. Evaluated the recent toxicological literature, sediment concentrations, fish consumption rate studies, and changes in regulatory guidance.

Provided senior review for a remedial investigation and ecological and health risk assessment of marine sediments in an urban harbor in southern California. Project efforts included sampling of sediment chemistry and biota, as well as implementation of aquatic and sediment bioassays. The primary chemicals of concern were PAHs from petroleum solvents, metals, PCBs, and persistent pesticides.

Assessed the relative hazards posed by PCBs compared with those posed by PAHs at a coal gasification and metal recycling NPL site in Washington. The study supported a *de minimis* settlement by the utility companies that had contributed transformers with residual PCB oil.

### *Dioxins/Furans, Pentachlorophenol*

For a public housing authority, evaluated the potential for exposure to dioxin and furan compounds detected in soil of an apartment complex from past industrial uses of the site. Assessed patterns of exposure over the site, subpopulations with highest potential for exposure, and the feasibility and limitations of biomonitoring for dioxins and furans.

On behalf of a city in Washington State, commented on the proposed changes in the state cleanup level regulations for dioxins and furans in soil. Provided scientific input on the toxicological basis of such criteria. Also, on behalf of the city, provided comments on a remedial investigation report of a local pulp mill site with dioxins and furans in soil.

U.S. EXHIBIT 510.0087

Investigated potential exposures and health risks of dioxins and furans emitted by a cement plant in Arizona.  Supervised modeling and risk communication efforts.

Provided risk assessment input for a remedial investigation of a pole yard and wood products facility in Montana.  Helped design sampling to collect the necessary data for a risk assessment and provided technical input on the need for interim remedial actions.  The primary concern regarded pentachlorophenol and dioxins/furans released to soil and groundwater from former dip tanks for wood treatment.  Groundwater releases threatened a sole-source aquifer.  Reviewed and commented on the state's risk assessment work plan and risk assessment drafts.  Addressed issues of particular concern to the community such as the toxicity of dioxins/furans.

Conducted a RCRA evaluation of human health and ecological risks for a wood-treating facility bordering wetlands, a wildlife refuge, and a major tributary of the Columbia River.  Primary issues of concern were transport of copper, chromium, arsenic, pentachlorophenol, and PAHs to the wetlands via contaminated groundwater.  Soil sampling revealed these chemicals as well as petroleum hydrocarbons and dioxins.  The potential toxicity of sediment samples was also assessed.

Served as a toxicologist for EPA in evaluating effects to human health and aquatic organisms resulting from organic chemicals (pentachlorophenol, creosote, PAHs) and metals (copper, chromium, arsenic) in soil, groundwater, marine sediments, and surface water from a Pacific Northwest wood-treating facility.  Dioxins and furans were also elevated in soil as a result of a retort fire.

Retained as an expert witness in support of litigation regarding the potential health effects and cleanup levels at an industrial site in northern California involving various activities, including lumber storage, wood treatment, wood products manufacturing, and railroad engine construction.  Testified at two court hearings.

Provided senior oversight for risk assessment and risk communication about dioxins and PCBs in onsite and offsite residential soil at a pulp mill in Washington State.

*Petroleum Sites*

On behalf of a municipal water supplier, assessed health-protective levels and those associated with adverse odor or taste for mid-range total petroleum hydrocarbons in an aquifer affected by jet fuel contamination from a military base.  Provided assessments of health-protective levels for non-regulated drinking water chemicals.

Provided toxicology and health risk support to a city and affected residents following an oil spill in a river from a pipeline leak.  Provided recommendations on air sampling; assessed air exposures to those living along the river from volatile emissions; met with citizens regarding health effects and potential concerns; discussed health risks with county, state and national health authorities; and participated in focus group meetings with citizens and health agency representatives.

U.S. EXHIBIT 510.0088

Directed a health risk assessment of a fuel additive in sediments at an overseas offshore loading facility. The assessment evaluated the current literature on chemical toxicity and included design of site-specific data collection and analysis to quantify exposure. Assessed health risks via fish ingestion probabilistically using Monte Carlo techniques. Developed a survey of local practices related to fishing and designed experiments to quantify cooking loss of the additive. Educated scientific experts of the foreign court on health risk assessment and presented the risk assessment findings.

Conducted an evaluation of health and environmental effects at the site of a former Pacific Northwest boat repair and cannery site that was to be redeveloped into a resort. Issues of primary concern included petroleum hydrocarbons in soil and the aquatic toxicity of tributyltin in marine sediments and in groundwater that discharges to the surface water in the harbor. Evaluated the toxicity of tributyltin in sediments specifically to mussels and oysters. PAHs and lead were also elevated in subsurface soils and in groundwater. Potential human exposures included those of children playing on the beach and people eating seafood collected at the site.

Retained as a toxicology expert for property owners and tenants potentially affected by a groundwater plume of heating oil from a utility site in Spokane, Washington. Provided technical comments on site investigation plans and a risk assessment and assisted the citizens in understanding the health risks and state RI/FS process.

Reviewed and directed multiple risk assessments of petroleum hydrocarbons in soil and groundwater in Washington, Oregon, California, and Arizona. Most of these assessments were risk-based closures of underground storage tank sites in support of voluntary actions of two major oil companies or the U.S. Department of Defense. Also provided senior review of a risk-based remediation at a petroleum terminal site in Oregon.

Directed a risk assessment of petroleum compounds in soil and groundwater at a state Superfund site in Washington. Risks were considered for commercial use of the site as well as for potential exposure to nearby users of private wells. The assessment included a detailed toxicity evaluation of volatile and semivolatile chemicals in gasoline and diesel. Site-specific cleanup action levels were recommended depending on various engineering controls.

Assessed risks associated with PAHs and petroleum hydrocarbons in soil from underground storage tanks at an industrial site in Massachusetts. This risk assessment provided the state regulatory agency with scientific justification to approve a cleanup for the protection of workers.

For the City of Seattle, directed a review and assessment of risks to public health and aquatic life due to urban storm water discharges in the Seattle area. Lead and petroleum hydrocarbon compounds such as PAHs were the main concerns.

Provided senior direction and review of a contingency plan for incineration of oil-soaked waste and debris associated with oil spill cleanup in Alaska. This work was performed for a major petroleum consortium in response to regulatory requirements.

U.S. EXHIBIT 510.0089

*Multiple Chemical Sites/Issues*

Project manager for a contract with Oak Ridge National Laboratory to write toxicity review documents for chemicals in support of U.S. EPA Integrated Risk Information System database of toxicity criteria for risk assessment.

Directed a health risk assessment for the Queensland government in Queensland, Australia (of a high-profile site known as Australia's Love Canal), involving a residential area built over an area with previous mining and industrial and municipal disposal activities. The most visible source of concern was the appearance of acid oil sludge at the surface of yards built over mining pits filled with refinery wastes. Chemicals of concern included lead, PAHs, PCBs, cyanide, and chlorinated benzenes in groundwater, surface water, soil, and air.

Examined the nature and extent of underground contamination at an abandoned naval shipyard in northern California converted for residential use. Evaluated the potential for adverse health effects to future residents from long-term exposure to petroleum hydrocarbons, lead, and other metals. Developed and implemented surface flux chamber sampling to measure volatile chemical emissions from soil. Derived cost-effective, risk-based cleanup levels, which were approved by the California Department of Health Services.

Served as an expert for the State of New Jersey regarding health risks associated with a major urban park. Evaluated health risks associated with residual levels of chromium from chromite ore processing, petroleum-related chemicals, lead and other metals, PCBs, and pesticides. Effectively demonstrated the lack of a scientific basis for the opposing expert's report.

Directed human health and ecological risk assessment of lead, PAHs, and explosive chemicals at a former industrial munitions facility. The site encompassed a large woodland area, including small lakes and a salmon stream, and bordered a wildlife refuge and river delta. Ecological concerns included both potential aquatic effects and risks to burrowing animals in the upland areas.

Retained as an environmental toxicology expert by Whatcom County, Washington, in a legal action filed by the county to cease storage of hazardous and solid waste on a property located within a primary watershed. Evaluated the potential chemical hazards at the property that might threaten the watershed.

Directed projects for EPA's Technical Enforcement Support program. Responsibilities included direction of risk assessments for EPA and oversight of potentially responsible parties conducting risk assessments at various sites.

U.S. EXHIBIT 510.0090

**Professional Affiliations**

- Society of Toxicology
  - Member of Nanotoxicology, Risk Assessment, and Medical Device and Combination Product Specialty Sections
  - Awards Committee 2019-2021
  - Past- President, Nanotoxicology Specialty Section 2013–2014
  - President, Nanotoxicology Specialty Section 2012–2013
  - Vice President, Nanotoxicology Specialty Section 2011–2012
  - Chair of Program and Nominations Committees, Nanotoxicology Specialty Section 2011
  - Vice President Elect, Nanotoxicology Specialty Section 2010–2011
  - Webinar Committee; Nanotoxicology Specialty Section 2009–2010
  - Continuing Education Committee 2002–2004

U.S. EXHIBIT 510.0091

## Appendix B

## Testimony Experience and Compensation

U.S. EXHIBIT 510.0092

# Testimony Experience and Compensation of Joyce S. Tsuji

## Expert Testimony Experience within the Last Four Years

Tucker v. Wright Medical Technology, Inc.
No. BC575110
Superior Court of the State of California for the County of Los Angeles, Central Civil West
Deposition (10/29/15)

Washington v. Wright Medical Technology, Inc., et al.
No. BC576878
Superior Court of the State of California for the County of Los Angeles, Central Civil West
Deposition (7/28/16)

Deline v. Wright Medical Technology, Inc. et al.
No. 14SL-CC01443
Circuit Court of St. Louis County, State of Missouri
Trial (11/1/16)

McDonald v. Zimmer, Inc., et al.
No D-202-cv-2013-04060
Second Judicial District Court, County of Bernalillo, State of New Mexico
Deposition (11/22/16)

Arica Victims KB v. Boliden Mineral AB
District Court of Sweden for the District of Skellefta
Trial (11/29/17)

Diamond X Ranch, LLC. v. Atlantic Richfield Company v. Park Livestock Co.
Case No. 3:13-cv-00570-MMD-WGC
U.S. District Court, District of Nevada
Deposition (7/15/16)
Trial (6/6−7/18)

James Sampson, et al. v. SunCoke Energy, Inc., et al.
Case No. 1:17-cv-658
U.S. District Court, Southern District of Ohio, Western Division
Preliminary injunction hearing (9/14/18)

1

Mark Clinkenbeard and Dorothy Clinkenbeard v. Zimmer Holdings, Inc., et al.
Case No. 3:13-CV-01094 (WWE)
U.S. District Court, District of Connecticut
Deposition (2/26/19)

Joanne Mahler and Dave Mahler v. Biomet Orthopedics, Inc., et al.
Case No. 15SL-CC04011-01 Division 1
Circuit Court of St. Louis County, State of Missouri
Deposition (6/26/19)

## Compensation

Exponent is compensated in 2019 for Joyce Tsuji's work at a rate of $405/hour.

2

## Appendix C

## Updated Literature Search Strategy and Results

# Search Strategy for Updated Literature Search

Pubmed Literature Search

Search terms:

(Nervous system[mh] OR Nervous system physiological processes[mh] OR nervous-system[tiab] OR central-nervous[tiab] OR brain[tiab] OR blood-brain[tiab] OR brain-stem[tiab] OR cerebral[tiab] OR cortical[tiab] OR limbic OR amygdala OR hippocamp*[tiab] OR hypothalamus[tiab] OR parahippocamp*[tiab] OR perforant[tiab] OR mesencephalon OR prosencephalon OR rhombencephalon OR meninges OR dura-matter[tiab] OR spinal-cord[tiab] OR ganglia[tiab] OR ganglion[tiab] OR nerve[tiab] OR nervous[tiab] OR neural[tiab] OR neural-tube[tiab] OR afferent[tiab] OR auditory[tiab] OR olfactory[tiab] OR oculomotor [tiab] OR optic[tiab] OR retinal[tiab] OR efferent[tiab] OR perforant[tiab] OR neuroglia*[tiab] OR astrocyte*[tiab] OR microglia*[tiab] OR schwann-cell*[tiab] OR "myelin sheath"[tiab] OR neuron*[tiab] OR axon*[tiab] OR dendrit*[tiab] OR interneuron*[tiab] OR lewy-bod*[tiab] OR neurofibril*[tiab] OR purkinje-cell*[tiab] OR pyramidal-cell*[tiab] OR serotonergic[tiab] OR neuromuscular[tiab] OR neuroendocrine[tiab] OR neurosecret*[tiab] OR pituitary[tiab] OR pineal[tiab] OR synapse*[tiab] OR synaptic[tiab] OR presynaptic[tiab] OR postsynaptic[tiab] OR plasticity[tiab] OR hearing[tiab] OR vision[tiab] OR taste[tiab] OR smell[tiab] OR propriocept*[tiab] OR Nervous system diseases[mh] OR neurologic*[tiab] OR autonomic-nervous[tiab] OR central-nervous[tiab] OR demyelinat*[tiab] OR multiple-sclerosis[tiab] OR myasthenia-gravis[tiab] OR epilep*[tiab] OR encephalitis[tiab] OR meningitis[tiab] OR chronic-fatigue[tiab] OR dyskinesia*[tiab] OR dyston*[tiab] OR parkinson*[tiab] OR mobility[tiab] OR motor-control[tiab] OR motor-abilit*[tiab] OR motor-skill*[tiab] OR cranial-nerve[tiab] OR huntington*[tiab] OR tourette*[tiab] OR ataxia[tiab] OR hydranencephaly[tiab] OR neurofibra*[tiab] OR tauopath*[tiab] OR fibromyalgia[tiab] OR myopath*[tiab] OR neurodegenerat*[tiab] OR neuroimmunomodulat*[tiab] OR neuromuscular[tiab] OR neuropath*[tiab] OR neurosecret*[tiab] OR neurotox*[tiab] OR neurobehav*[tiab] OR dyslexi*[tiab] OR cognitive[tiab] OR cognition[tiab] OR intellect*[tiab] OR intelligence[tiab] OR mental-deficienc*[tiab] OR mental-deficit*[tiab] OR down-syndrome[tiab] OR rett-syndrome[tiab] OR memory-deficit*[tiab] OR memory-impair*[tiab] OR memory-loss*[tiab] OR Mental disorders[mh] OR Developmental disabilities[mh] OR developmental-delay*[tiab] OR developmental-disabilit*[tiab] OR anxiety[tiab] OR obsessive-compulsive[tiab] OR phobia*[tiab] OR phobic[tiab] OR antisocial[tiab] OR personality[tiab] OR schizophrenia[tiab] OR behavior[tiab] OR paranoid[tiab] OR paranoia[tiab] OR dementia[tiab] OR senile[tiab] OR senility[tiab] OR alzheimer[tiab] OR learning[tiab] OR aphasia[tiab] OR autism[tiab] OR autistic[tiab] OR attention-deficit[tiab])

AND

C-1

U.S. EXHIBIT 510.0096

(Fluorides[mh:noexp] OR fluorides, topical[mh] OR sodium fluoride[mh] OR fluorid*[tiab] OR flurid*[tiab] OR fluorin*[tiab] OR florin*[tiab]) NOT (18F[tiab] OR f-18[tiab] OR 19F[tiab] OR f-19[tiab] OR f-labeled[tiab] OR "fluorine-18"[tiab] OR "fluorine-19"[tiab] OR pet-scan[tiab] OR imaging[tiab] OR radioligand*[tiab])

AND

Filtered by Other Animals

AND

Filtered by date range of search

1809144 - 8962

U.S. EXHIBIT 510.0097

# Literature search results— January 9, 2019 search, included studies

PubMed Results – 131 citations (Literature Search, January 1, 2016 to January 9, 2019)

Total included for full text review – 30 (25 from PubMed review; 5 from secondary review).

## Learning/Memory

13 (10 from PubMed review; 3 from secondary review)

PubMed review

(Bartos et al., 2018; Cui et al., 2017; Ge et al., 2018; Jetti, Raghuveer, & Mallikarjuna, 2016; McPherson et al., 2018; Niu et al., 2018; Pulungan, Sofro, & Partadiredja, 2018; Sun, Zhang, Xue, Niu, & Wang, 2018; Wang et al., 2018; Zhu et al., 2017)

Secondary review

(Chen et al., 2018; Dong et al., 2017; Yang et al., 2018)

## Anxiety/Depression

1 citation (PubMed review)

(Li et al., 2019)

## Sensory/Motor

2 citations (1 from PubMed review; 1 from secondary review)

PubMed review

(Adedara et al., 2017)

Secondary review

(Sudhakar, Nageshwar, & Reddy, 2018)

## Morphology/Molecular

14 citations (13 from PubMed review; 1 from secondary review)

PubMed review

Adedara, Olabiyi, et al., 2017; Ameeramja, Raghunath, & Perumal, 2018; Guner, Uyar-Bozkurt, Haznedaroglu, & Mentes, 2016; Hussien et al., 2018; Khan, Raina, Dubey, & Verma, 2018; R. Niu et al., 2018; Rogalska et al., 2017; Y. Sun et al., 2017; Teng, Zhang, Zhang, & Feng, 2018; C. Wang et al., 2018; Wei et al., 2018; Yan et al., 2016; Zheng, Sun, Ke, Ouyang, & Zhang, 2016

Secondary review

(Jiang et al., 2019)

C-3

U.S. EXHIBIT 510.0098

## Included References

Literature search results—included studies

Pubmed literature and secondary review search results January 1, 2016 through January 9, 2019

Total Pubmed results – 131 citations

Total included results – 25 Pubmed citations + 5 secondary review results

Adedara, I. A., Abolaji, A. O., Idris, U. F., Olabiyi, B. F., Onibiyo, E. M., Ojuade, T. D., & Farombi, E. O. (2017). Neuroprotective influence of taurine on fluoride-induced biochemical and behavioral deficits in rats. *Chem Biol Interact, 261*, 1-10. doi:10.1016/j.cbi.2016.11.011

Bartos, M., Gumilar, F., Gallegos, C. E., Bras, C., Dominguez, S., Monaco, N., . . . Minetti, A. (2018). Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the alpha7 nicotinic receptor and oxidative stress. *Reprod Toxicol, 81*, 108-114. doi:10.1016/j.reprotox.2018.07.078

Chen, J., Niu, Q., Xia, T., Zhou, G., Li, P., Zhao, Q., . . . Wang, A. (2018). ERK1/2-mediated disruption of BDNF-TrkB signaling causes synaptic impairment contributing to fluoride-induced developmental neurotoxicity. *Toxicology, 410*, 222-230. doi:10.1016/j.tox.2018.08.009

Cui, Y. S., Zhong, Q., Li, W. F., Liu, Z. H., Wang, Y., & Hou, C. C. (2017). [Effects of fluoride exposure on thyroid hormone level and intelligence in rats]. *Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi, 35*(12), 888-892. doi:10.3760/cma.j.issn.1001-9391.2017.12.002

Dong, Y. T., Wei, N., Qi, X. L., Liu, X. H., Chen, D., Zeng, X. X., & Guan, Z. Z. (2017). Attenuating effect of Vitamin E on the defecit of learning and memory of rats with chronic fluorosis: The mechanism may involve muscarinic acetylcholine receptors. *Fluoride, 50*(3), 354-364.

Ge, Y., Chen, L., Yin, Z., Song, X., Ruan, T., Hua, L., . . . Ning, H. (2018). Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. *Chemosphere, 201*, 874-883. doi:10.1016/j.chemosphere.2018.02.167

Jetti, R., Raghuveer, C. V., & Mallikarjuna, R. C. (2016). Protective effect of ascorbic acid and Ginkgo biloba against learning and memory deficits caused by fluoride. *Toxicol Ind Health, 32*(1), 183-187. doi:10.1177/0748233713498460

Jiang, P., Li, G., Zhou, X., Wang, C., Qiao, Y., Liao, D., & Shi, D. (2019). Chronic fluoride exposure induces neuronal apoptosis and impairs neurogenesis and synaptic plasticity: Role of GSK-3beta/beta-catenin pathway. *Chemosphere, 214*, 430-435. doi:10.1016/j.chemosphere.2018.09.095

Li, X., Zhang, J., Niu, R., Manthari, R. K., Yang, K., & Wang, J. (2019). Effect of fluoride exposure on anxiety- and depression-like behavior in mouse. *Chemosphere, 215*, 454-460. doi:10.1016/j.chemosphere.2018.10.070

1809144 - 8962

U.S. EXHIBIT 510.0099

McPherson, C. A., Zhang, G., Gilliam, R., Brar, S. S., Wilson, R., Brix, A., . . . Harry, G. J. (2018). An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats. *Neurotox Res, 34*(4), 781-798. doi:10.1007/s12640-018-9870-x

Niu, Q., Chen, J., Xia, T., Li, P., Zhou, G., Xu, C., . . . Wang, A. (2018). Excessive ER stress and the resulting autophagic flux dysfunction contribute to fluoride-induced neurotoxicity. *Environ Pollut, 233*, 889-899. doi:10.1016/j.envpol.2017.09.015

Pulungan, Z. S. A., Sofro, Z. M., & Partadiredja, G. (2018). Sodium fluoride does not affect the working memory and number of pyramidal cells in rat medial prefrontal cortex. *Anat Sci Int, 93*(1), 128-138. doi:10.1007/s12565-016-0384-4

Sudhakar, K., Nageshwar, M., & Reddy, K. P. (2018). Abelmoschus moschatus extract reverses altered pain and neurohistology of a rat with developmental exposure of fluoride. *Journal of Applied Pharmaceutical Science, 80*(6), 94-104. doi:10.7324/JAPS.2018.8613

Sun, Z., Zhang, Y., Xue, X., Niu, R., & Wang, J. (2018). Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. *Hum Exp Toxicol, 37*(1), 87-93. doi:10.1177/0960327117693067

Wang, J., Zhang, Y., Guo, Z., Li, R., Xue, X., Sun, Z., & Niu, R. (2018). Effects of perinatal fluoride exposure on the expressions of miR-124 and miR-132 in hippocampus of mouse pups. *Chemosphere, 197*, 117-122. doi:10.1016/j.chemosphere.2018.01.029

Yang, L., Jin, P., Wang, X., Zhou, Q., Lin, X., & Xi, S. (2018). Fluoride activates microglia, secretes inflammatory factors and influences synaptic neuron plasticity in the hippocampus of rats. *Neurotoxicology, 69*, 108-120. doi:10.1016/j.neuro.2018.09.006

Zhu, Y. P., Xi, S. H., Li, M. Y., Ding, T. T., Liu, N., Cao, F. Y., . . . Jiang, S. F. (2017). Fluoride and arsenic exposure affects spatial memory and activates the ERK/CREB signaling pathway in offspring rats. *Neurotoxicology, 59*, 56-64. doi:10.1016/j.neuro.2017.01.006

1809144 - 8962

U.S. EXHIBIT 510.0100

## Excluded Studies

Total Excluded – 106 citations

(Abdul Manan et al., 2017; Andres-Mach et al., 2017; Antonio et al., 2017; Arai, Yamaguchi, & Ishibashi, 2017; Atherton, Burnell, & Mellor, 2016; Beltran-Partida et al., 2017; Berninger et al., 2018; Bolaina-Lorenzo et al., 2016; Borisova et al., 2017; Breuer et al., 2016; Camargo & Alonso, 2017; Canazza et al., 2016; Canazza et al., 2017; Chalansonnet et al., 2018; Chauhan, Chawla, Pundir, & Jain, 2017; Chen & Chang, 2017; Cheung, Mahmood, Kalathur, Liu, & Carlier, 2018; Chio et al., 2016; Cronin, Hall, Auker, & Mahon, 2018; Cuan et al., 2017; De la Fuente, Vazquez, Rocha, Devesa, & Velez, 2016; Di Capua et al., 2016; Ei et al., 2018; Erdeljac, Kehr, Ahlqvist, Knerr, & Gilmour, 2018; Espinoza et al., 2018; Esteves-Oliveira, El-Sayed, Dorfer, & Schwendicke, 2017; Farias de Lacerda et al., 2016; Fina, Lupo, Da Ros, Lombarte, & Rigalli, 2018; Gabr & Abdel-Raziq, 2018; Garrido-Acosta et al., 2016; "Global water fluoridation: what is holding us back? Reply," 2016; Guo et al., 2017; Ha, Sim, Lee, & Suh, 2016; Hagstrom et al., 2017; Hartung et al., 2016; Hitscherich et al., 2016; Hoop et al., 2017; Islam et al., 2016; Jantzen, Annunziato, Bugel, & Cooper, 2018; Jantzen, Annunziato, & Cooper, 2016; Jiang, Guo, Sun, Shan, & Teng, 2016; Jin et al., 2018; Ke, Zheng, Sun, Ouyang, & Zhang, 2016; Khatun, Mandi, Rajak, & Roy, 2018; Kong et al., 2018; Kosic et al., 2016; Krintel et al., 2016; Kumar et al., 2016; Lee, Wu, Arinzeh, & Bunge, 2017; X. Li et al., 2017; Z. Li, K. Jia, et al., 2017; Z. Li, S. Shizhao, et al., 2017; Liang, Zhao, Ock, Kim, & Cui, 2016; Lins et al., 2017; J. Liu, Rawlinson, Hill, & Fortune, 2016; X. Liu et al., 2018; Luessen et al., 2016; Luszczki et al., 2017; Lyke, 2016; Makkar et al., 2018; Mangas et al., 2017; Marcinkowska et al., 2016; Marcinkowska et al., 2017; Marques et al., 2016; Mayer et al., 2018; Melo et al., 2017; Moon et al., 2016; Moss, Perez, & Kobayashi, 2017; Nikolaeva et al., 2016; Nishida et al., 2017; Orta Yilmaz, Korkut, & Erkan, 2018; Pastoriza, Mesias, Cabrera, & Rufian-Henares, 2017; Philyppov et al., 2016; Piekielna-Ciesielska et al., 2018; Rami-Mark et al., 2016; Ribeiro et al., 2017; Rossato et al., 2018; Sakai, Sato, Kai, Chiba, & Narita, 2016; Samanta, Chanda, Bandyopadhyay, & Das, 2016; Sampaio et al., 2016; Shanmugam, Selvaraj, & Poomalai, 2016; Simon et al., 2016; Sloman et al., 2016; Strebl et al., 2016; Sun et al., 2016; Tanaka, Yoneyama, Shiba, Yamaguchi, & Ogita, 2016; Temp et al., 2017; Tian et al., 2018; Vahidinia et al., 2017; Wang et al., 2017; Wei et al., 2018; Wilkinson et al., 2017; Wright, 2016; Wu, Zhang, Huang, Ma, & Liu, 2018; Xie, Zhang, & Jing, 2018; Xu et al., 2016; Yadav et al., 2016; Yamazaki et al., 2017; Zayed et al., 2017; Zdanowski et al., 2018; C. Y. Zhang et al., 2017; J. Zhang et al., 2016; Zhang, Lu, Yang, Zhang, & Zhao, 2017; Z. Zhang et al., 2016; Zhou et al., 2017; Zhu, Wang, Sun, Xu, & Wu, 2016)

## Excluded References

Literature search results—excluded studies

Pubmed literature and secondary review search results January 1, 2016 through January 9, 2019

1809144 - 8962

Abdul Manan, M. A. F., Cordes, D. B., Slawin, A. M. Z., Buhl, M., Liao, V. W. Y., Chua, H. C., . . . O'Hagan, D. (2017). The Synthesis and Evaluation of Fluoro-, Trifluoromethyl-, and Iodomuscimols as GABA Agonists. *Chemistry, 23*(45), 10848-10852. doi:10.1002/chem.201701443

Andres-Mach, M., Zagaja, M., Haratym-Maj, A., Rola, R., Maj, M., Haratym, J., . . . Luszczki, J. J. (2017). A Long-Term Treatment with Arachidonyl-2'-Chloroethylamide Combined with Valproate Increases Neurogenesis in a Mouse Pilocarpine Model of Epilepsy. *Int J Mol Sci, 18*(5). doi:10.3390/ijms18050900

Antonio, L. S., Jeggle, P., MacVinish, L. J., Bartram, J. C., Miller, H., Jarvis, G. E., . . . Edwardson, J. M. (2017). The effect of fluoride on the structure, function, and proteome of a renal epithelial cell monolayer. *Environ Toxicol, 32*(4), 1455-1467. doi:10.1002/tox.22338

Arai, M. A., Yamaguchi, Y., & Ishibashi, M. (2017). Total synthesis of agalloside, isolated from Aquilaria agallocha, by the 5-O-glycosylation of flavan. *Org Biomol Chem, 15*(23), 5025-5032. doi:10.1039/c7ob01004d

Atherton, L. A., Burnell, E. S., & Mellor, J. R. (2016). Assessment of Methods for the Intracellular Blockade of GABAA Receptors. *PLoS One, 11*(8), e0160900. doi:10.1371/journal.pone.0160900

Beltran-Partida, E., Valdez-Salas, B., Moreno-Ulloa, A., Escamilla, A., Curiel, M. A., Rosales-Ibanez, R., . . . Bastidas, J. M. (2017). Improved in vitro angiogenic behavior on anodized titanium dioxide nanotubes. *J Nanobiotechnology, 15*(1), 10. doi:10.1186/s12951-017-0247-8

Berninger, M., Erk, C., Fuss, A., Skaf, J., Al-Momani, E., Israel, I., . . . Holzgrabe, U. (2018). Fluorine walk: The impact of fluorine in quinolone amides on their activity against African sleeping sickness. *Eur J Med Chem, 152*, 377-391. doi:10.1016/j.ejmech.2018.04.055

Bolaina-Lorenzo, E., Martinez-Ramos, C., Monleon-Pradas, M., Herrera-Kao, W., Cauich-Rodriguez, J. V., & Cervantes-Uc, J. M. (2016). Electrospun polycaprolactone/chitosan scaffolds for nerve tissue engineering: physicochemical characterization and Schwann cell biocompatibility. *Biomed Mater, 12*(1), 015008. doi:10.1088/1748-605x/12/1/015008

Borisova, T., Pozdnyakova, N., Shaitanova, E., Gerus, I., Dudarenko, M., Haufe, G., & Kukhar, V. (2017). Effects of new fluorinated analogues of GABA, pregabalin bioisosters, on the ambient level and exocytotic release of [(3)H]GABA from rat brain nerve terminals. *Bioorg Med Chem, 25*(2), 759-764. doi:10.1016/j.bmc.2016.11.052

Breuer, A., Haj, C. G., Fogaca, M. V., Gomes, F. V., Silva, N. R., Pedrazzi, J. F., . . . Guimaraes, F. S. (2016). Fluorinated Cannabidiol Derivatives: Enhancement of Activity in Mice Models Predictive of Anxiolytic, Antidepressant and Antipsychotic Effects. *PLoS One, 11*(7), e0158779. doi:10.1371/journal.pone.0158779

Camargo, J. A., & Alonso, A. (2017). Ecotoxicological assessment of the impact of fluoride (F(-)) and turbidity on the freshwater snail Physella acuta in a polluted river receiving an industrial effluent. *Environ Sci Pollut Res Int, 24*(18), 15667-15677. doi:10.1007/s11356-017-9208-x

Canazza, I., Ossato, A., Trapella, C., Fantinati, A., De Luca, M. A., Margiani, G., . . . Marti, M. (2016). Effect of the novel synthetic cannabinoids AKB48 and 5F-AKB48 on "tetrad", sensorimotor, neurological and neurochemical responses in mice. In vitro and in vivo

U.S. EXHIBIT 510.0102

pharmacological studies. *Psychopharmacology (Berl), 233*(21-22), 3685-3709. doi:10.1007/s00213-016-4402-y

Canazza, I., Ossato, A., Vincenzi, F., Gregori, A., Di Rosa, F., Nigro, F., . . . Marti, M. (2017). Pharmaco-toxicological effects of the novel third-generation fluorinate synthetic cannabinoids, 5F-ADBINACA, AB-FUBINACA, and STS-135 in mice. In vitro and in vivo studies. *Hum Psychopharmacol, 32*(3). doi:10.1002/hup.2601

Chalansonnet, M., Carabin, N., Boucard, S., Merlen, L., Melczer, M., Antoine, G., . . . Gagnaire, F. (2018). Study of potential transfer of aluminum to the brain via the olfactory pathway. *Toxicol Lett, 283*, 77-85. doi:10.1016/j.toxlet.2017.11.027

Chauhan, N., Chawla, S., Pundir, C. S., & Jain, U. (2017). An electrochemical sensor for detection of neurotransmitter-acetylcholine using metal nanoparticles, 2D material and conducting polymer modified electrode. *Biosens Bioelectron, 89*(Pt 1), 377-383. doi:10.1016/j.bios.2016.06.047

Chen, C. W., & Chang, C. Y. (2017). Peptide Scanning-assisted Identification of a Monoclonal Antibody-recognized Linear B-cell Epitope. *J Vis Exp*(121). doi:10.3791/55417

Cheung, J., Mahmood, A., Kalathur, R., Liu, L., & Carlier, P. R. (2018). Structure of the G119S Mutant Acetylcholinesterase of the Malaria Vector Anopheles gambiae Reveals Basis of Insecticide Resistance. *Structure, 26*(1), 130-136.e132. doi:10.1016/j.str.2017.11.021

Chio, C. C., Wei, L., Chen, T. G., Lin, C. M., Shieh, J. P., Yeh, P. S., & Chen, R. M. (2016). Neuron-derived orphan receptor 1 transduces survival signals in neuronal cells in response to hypoxia-induced apoptotic insults. *J Neurosurg, 124*(6), 1654-1664. doi:10.3171/2015.6.jns1535

Cronin, W. A., Hall, A. A., Auker, C. R., & Mahon, R. T. (2018). Perfluorocarbon in Delayed Recompression with a Mixed Gender Swine Model of Decompression Sickness. *Aerosp Med Hum Perform, 89*(1), 14-18. doi:10.3357/amhp.4925.2018

Cuan, Y., He, X., Zhao, Y., Yang, J., Bai, Y., Sun, Y., . . . Zheng, X. (2017). Anticonvulsant Activity of Halogen-Substituted Cinnamic Acid Derivatives and Their Effects on Glycosylation of PTZ-Induced Chronic Epilepsy in Mice. *Molecules, 23*(1). doi:10.3390/molecules23010076

De la Fuente, B., Vazquez, M., Rocha, R. A., Devesa, V., & Velez, D. (2016). Effects of sodium fluoride on immune response in murine macrophages. *Toxicol In Vitro, 34*, 81-87. doi:10.1016/j.tiv.2016.03.001

Di Capua, A., Sticozzi, C., Brogi, S., Brindisi, M., Cappelli, A., Sautebin, L., . . . Anzini, M. (2016). Synthesis and biological evaluation of fluorinated 1,5-diarylpyrrole-3-alkoxyethyl ether derivatives as selective COX-2 inhibitors endowed with anti-inflammatory activity. *Eur J Med Chem, 109*, 99-106. doi:10.1016/j.ejmech.2015.12.044

Ei, T. Z., Shimada, Y., Nakashima, S., Romero, M., Sumi, Y., & Tagami, J. (2018). Comparison of resin-based and glass ionomer sealants with regard to fluoride-release and anti-demineralization efficacy on adjacent unsealed enamel. *Dent Mater J, 37*(1), 104-112. doi:10.4012/dmj.2016-407

Erdeljac, N., Kehr, G., Ahlqvist, M., Knerr, L., & Gilmour, R. (2018). Exploring physicochemical space via a bioisostere of the trifluoromethyl and ethyl groups (BITE): attenuating lipophilicity in fluorinated analogues of Gilenya(R) for multiple sclerosis. *Chem Commun (Camb), 54*(85), 12002-12005. doi:10.1039/c8cc05643a

Espinoza, J., Urzua, A., Bardehle, L., Quiroz, A., Echeverria, J., & Gonzalez-Teuber, M. (2018). Antifeedant Effects of Essential Oil, Extracts, and Isolated Sesquiterpenes from

C-8

U.S. EXHIBIT 510.0103

Pilgerodendron uviferum (D. Don) Florin Heartwood on Red Clover Borer Hylastinus obscurus (Coleoptera: Curculionidae). *Molecules, 23*(6). doi:10.3390/molecules23061282

Esteves-Oliveira, M., El-Sayed, K. F., Dorfer, C., & Schwendicke, F. (2017). Impact of combined CO2 laser irradiation and fluoride on enamel and dentin biofilm-induced mineral loss. *Clin Oral Investig, 21*(4), 1243-1250. doi:10.1007/s00784-016-1893-1

Farias de Lacerda, A. J., Ferreira Zanatta, R., Crispim, B., Borges, A. B., Gomes Torres, C. R., Tay, F. R., & Pucci, C. R. (2016). Influence of de/remineralization of enamel on the tensile bond strength of etch-and-rinse and self-etching adhesives. *Am J Dent, 29*(5), 289-293.

Fina, B. L., Lupo, M., Da Ros, E. R., Lombarte, M., & Rigalli, A. (2018). Bone Strength in Growing Rats Treated with Fluoride: a Multi-dose Histomorphometric, Biomechanical and Densitometric Study. *Biol Trace Elem Res, 185*(2), 375-383. doi:10.1007/s12011-017-1229-2

Gabr, M. T., & Abdel-Raziq, M. S. (2018). Structure-Based Design and Synthesis of Fluorene Derivatives as Novel RORgammat Inverse Agonists. *Chem Biodivers, 15*(9), e1800244. doi:10.1002/cbdv.201800244

Garrido-Acosta, O., Meza-Toledo, S. E., Anguiano-Robledo, L., Soriano-Ursua, M. A., Correa-Basurto, J., Davood, A., & Chamorro-Cevallos, G. (2016). Anticonvulsant and Toxicological Evaluation of Parafluorinated/Chlorinated Derivatives of 3-Hydroxy-3-ethyl-3-phenylpropionamide. *Biomed Res Int, 2016*, 3978010. doi:10.1155/2016/3978010

Global water fluoridation: what is holding us back? Reply. (2016). *Altern Ther Health Med, 22*(1), 7.

Guo, G., Zhou, H., Wang, Q., Wang, J., Tan, J., Li, J., . . . Shen, H. (2017). Nano-layered magnesium fluoride reservoirs on biomaterial surfaces strengthen polymorphonuclear leukocyte resistance to bacterial pathogens. *Nanoscale, 9*(2), 875-892. doi:10.1039/c6nr07729c

Ha, Y., Sim, J., Lee, Y., & Suh, M. (2016). Insertable Fast-Response Amperometric NO/CO Dual Microsensor: Study of Neurovascular Coupling During Acutely Induced Seizures of Rat Brain Cortex. *Anal Chem, 88*(5), 2563-2569. doi:10.1021/acs.analchem.5b04288

Hagstrom, D., Hirokawa, H., Zhang, L., Radic, Z., Taylor, P., & Collins, E. S. (2017). Planarian cholinesterase: in vitro characterization of an evolutionarily ancient enzyme to study organophosphorus pesticide toxicity and reactivation. *Arch Toxicol, 91*(8), 2837-2847. doi:10.1007/s00204-016-1908-3

Hartung, I. V., Hammer, S., Hitchcock, M., Neuhaus, R., Scholz, A., Siemeister, G., . . . Puhler, F. (2016). Optimization of allosteric MEK inhibitors. Part 2: Taming the sulfamide group balances compound distribution properties. *Bioorg Med Chem Lett, 26*(1), 186-193. doi:10.1016/j.bmcl.2015.11.004

Hitscherich, P., Wu, S., Gordan, R., Xie, L. H., Arinzeh, T., & Lee, E. J. (2016). The effect of PVDF-TrFE scaffolds on stem cell derived cardiovascular cells. *Biotechnol Bioeng, 113*(7), 1577-1585. doi:10.1002/bit.25918

Hoop, M., Chen, X. Z., Ferrari, A., Mushtaq, F., Ghazaryan, G., Tervoort, T., . . . Pane, S. (2017). Ultrasound-mediated piezoelectric differentiation of neuron-like PC12 cells on PVDF membranes. *Sci Rep, 7*(1), 4028. doi:10.1038/s41598-017-03992-3

Islam, M. R., Yang, L., Lee, Y. S., Hruby, V. J., Karamyan, V. T., & Abbruscato, T. J. (2016). Enkephalin-Fentanyl Multifunctional Opioids as Potential Neuroprotectants for Ischemic

Stroke Treatment. *Curr Pharm Des, 22*(42), 6459-6468. doi:10.2174/1381612822666160720170124

Jantzen, C. E., Annunziato, K. A., Bugel, S. M., & Cooper, K. R. (2016). PFOS, PFNA, and PFOA sub-lethal exposure to embryonic zebrafish have different toxicity profiles in terms of morphometrics, behavior and gene expression. *Aquat Toxicol, 175*, 160-170. doi:10.1016/j.aquatox.2016.03.026

Jantzen, C. E., Annunziato, K. M., & Cooper, K. R. (2016). Behavioral, morphometric, and gene expression effects in adult zebrafish (Danio rerio) embryonically exposed to PFOA, PFOS, and PFNA. *Aquat Toxicol, 180*, 123-130. doi:10.1016/j.aquatox.2016.09.011

Jiang, Y., Guo, X., Sun, Q., Shan, Z., & Teng, W. (2016). Effects of Excess Fluoride and Iodide on Thyroid Function and Morphology. *Biol Trace Elem Res, 170*(2), 382-389. doi:10.1007/s12011-015-0479-0

Jin, J., Kurobe, T., Ramirez-Duarte, W. F., Bolotaolo, M. B., Lam, C. H., Pandey, P. K., . . . Teh, S. J. (2018). Sub-lethal effects of herbicides penoxsulam, imazamox, fluridone and glyphosate on Delta Smelt (Hypomesus transpacificus). *Aquat Toxicol, 197*, 79-88. doi:10.1016/j.aquatox.2018.01.019

Ke, L., Zheng, X., Sun, Y., Ouyang, W., & Zhang, Z. (2016). Effects of Sodium Fluoride on Lipid Peroxidation and PARP, XBP-1 Expression in PC12 Cell. *Biol Trace Elem Res, 173*(1), 161-167. doi:10.1007/s12011-016-0641-3

Khatun, S., Mandi, M., Rajak, P., & Roy, S. (2018). Interplay of ROS and behavioral pattern in fluoride exposed Drosophila melanogaster. *Chemosphere, 209*, 220-231. doi:10.1016/j.chemosphere.2018.06.074

Kong, D., Megone, W., Nguyen, K. D. Q., Di Cio, S., Ramstedt, M., & Gautrot, J. E. (2018). Protein Nanosheet Mechanics Controls Cell Adhesion and Expansion on Low-Viscosity Liquids. *Nano Lett, 18*(3), 1946-1951. doi:10.1021/acs.nanolett.7b05339

Kosic, M., Arsikin-Csordas, K., Paunovic, V., Firestone, R. A., Ristic, B., Mircic, A., . . . Harhaji-Trajkovic, L. (2016). Synergistic Anticancer Action of Lysosomal Membrane Permeabilization and Glycolysis Inhibition. *J Biol Chem, 291*(44), 22936-22948. doi:10.1074/jbc.M116.752113

Krintel, C., Francotte, P., Pickering, D. S., Juknaite, L., Pohlsgaard, J., Olsen, L., . . . Kastrup, J. S. (2016). Enthalpy-Entropy Compensation in the Binding of Modulators at Ionotropic Glutamate Receptor GluA2. *Biophys J, 110*(11), 2397-2406. doi:10.1016/j.bpj.2016.04.032

Kumar, M., Reed, N., Liu, R., Aizenman, E., Wipf, P., & Tzounopoulos, T. (2016). Synthesis and Evaluation of Potent KCNQ2/3-Specific Channel Activators. *Mol Pharmacol, 89*(6), 667-677. doi:10.1124/mol.115.103200

Lee, Y. S., Wu, S., Arinzeh, T. L., & Bunge, M. B. (2017). Enhanced noradrenergic axon regeneration into schwann cell-filled PVDF-TrFE conduits after complete spinal cord transection. *Biotechnol Bioeng, 114*(2), 444-456. doi:10.1002/bit.26088

Li, X., Huang, J., Kawamura, A., Funakoshi, R., Porcelli, S. A., & Tsuji, M. (2017). Co-localization of a CD1d-binding glycolipid with an adenovirus-based malaria vaccine for a potent adjuvant effect. *Vaccine, 35*(24), 3171-3177. doi:10.1016/j.vaccine.2017.04.077

Li, Z., Jia, K., Duan, Y., Wang, D., Zhou, Z., & Dong, S. (2017). Xanomeline derivative EUK1001 attenuates Alzheimer's disease pathology in a triple transgenic mouse model. *Mol Med Rep, 16*(5), 7835-7840. doi:10.3892/mmr.2017.7502

C-10

U.S. EXHIBIT 510.0105

Li, Z., Shizhao, S., Chen, M., Fahlman, B. D., Debao, L., & Bi, H. (2017). In vitro and in vivo corrosion, mechanical properties and biocompatibility evaluation of MgF2-coated Mg-Zn-Zr alloy as cancellous screws. *Mater Sci Eng C Mater Biol Appl, 75*, 1268-1280. doi:10.1016/j.msec.2017.02.168

Liang, S., Zhao, M. H., Ock, S. A., Kim, N. H., & Cui, X. S. (2016). Fluoride impairs oocyte maturation and subsequent embryonic development in mice. *Environ Toxicol, 31*(11), 1486-1495. doi:10.1002/tox.22153

Lins, L. C., Wianny, F., Livi, S., Dehay, C., Duchet-Rumeau, J., & Gerard, J. F. (2017). Effect of polyvinylidene fluoride electrospun fiber orientation on neural stem cell differentiation. *J Biomed Mater Res B Appl Biomater, 105*(8), 2376-2393. doi:10.1002/jbm.b.33778

Liu, J., Rawlinson, S. C. F., Hill, R. G., & Fortune, F. (2016). Fluoride incorporation in high phosphate containing bioactive glasses and in vitro osteogenic, angiogenic and antibacterial effects. *Dent Mater, 32*(10), e221-e237. doi:10.1016/j.dental.2016.07.003

Liu, X., Nie, Z. W., Gao, Y. Y., Chen, L., Yin, S. Y., Zhang, X., . . . Miao, Y. L. (2016). Sodium fluoride disturbs DNA methylation of NNAT and declines oocyte quality by impairing glucose transport in porcine oocytes. *Environ Mol Mutagen, 59*(3), 223-233. doi:10.1002/em.22165

Luessen, D. J., Hinshaw, T. P., Sun, H., Howlett, A. C., Marrs, G., McCool, B. A., & Chen, R. (2016). RGS2 modulates the activity and internalization of dopamine D2 receptors in neuroblastoma N2A cells. *Neuropharmacology, 110*(Pt A), 297-307. doi:10.1016/j.neuropharm.2016.08.009

Luszczki, J. J., Patrzylas, P., Zagaja, M., Andres-Mach, M., Zaluska, K., Kondrat-Wrobel, M. W., . . . Florek-Luszczki, M. (2017). Effects of arachidonyl-2'-chloroethylamide (ACEA) on the protective action of various antiepileptic drugs in the 6-Hz corneal stimulation model in mice. *PLoS One, 12*(8), e0183873. doi:10.1371/journal.pone.0183873

Lyke, K. (2016). Global water fluoridation: what is holding us back? *Altern Ther Health Med, 22*(1), 6-7.

Makkar, P., Kang, H. J., Padalhin, A. R., Park, I., Moon, B. G., & Lee, B. T. (2018). Development and properties of duplex MgF2/PCL coatings on biodegradable magnesium alloy for biomedical applications. *PLoS One, 13*(4), e0193927. doi:10.1371/journal.pone.0193927

Mangas, I., Radic, Z., Taylor, P., Ghassemian, M., Candela, H., Vilanova, E., & Estevez, J. (2017). Butyrylcholinesterase identification in a phenylvalerate esterase-enriched fraction sensitive to low mipafox concentrations in chicken brain. *Arch Toxicol, 91*(2), 909-919. doi:10.1007/s00204-016-1670-6

Marcinkowska, M., Kolaczkowski, M., Kaminski, K., Bucki, A., Pawlowski, M., Siwek, A., . . . Bienkowski, P. (2016). Design, synthesis, and biological evaluation of fluorinated imidazo[1,2-a]pyridine derivatives with potential antipsychotic activity. *Eur J Med Chem, 124*, 456-467. doi:10.1016/j.ejmech.2016.08.059

Marcinkowska, M., Kolaczkowski, M., Kaminski, K., Bucki, A., Pawlowski, M., Siwek, A., . . . Bienkowski, P. (2017). 3-Aminomethyl Derivatives of 2-Phenylimidazo[1,2-a]-pyridine as Positive Allosteric Modulators of GABAA Receptor with Potential Antipsychotic Activity. *ACS Chem Neurosci, 8*(6), 1291-1298. doi:10.1021/acschemneuro.6b00432

Marques, S. M., Rico, P., Carvalho, I., Gomez Ribelles, J. L., Fialho, L., Lanceros-Mendez, S., . . . Carvalho, S. (2016). MC3T3-E1 Cell Response to Ti1-xAgx and Ag-TiNx Electrodes

C-11

U.S. EXHIBIT 510.0106

Deposited on Piezoelectric Poly(vinylidene fluoride) Substrates for Sensor Applications. *ACS Appl Mater Interfaces, 8*(6), 4199-4207. doi:10.1021/acsami.5b11922

Mayer, F. P., Burchardt, N. V., Decker, A. M., Partilla, J. S., Li, Y., McLaughlin, G., . . . Sitte, H. H. (2018). Fluorinated phenmetrazine "legal highs" act as substrates for high-affinity monoamine transporters of the SLC6 family. *Neuropharmacology, 134*(Pt A), 149-157. doi:10.1016/j.neuropharm.2017.10.006

Melo, C. G. S., Perles, J., Zanoni, J. N., Souza, S. R. G., Santos, E. X., Leite, A. L., . . . Buzalaf, M. A. R. (2017). Enteric innervation combined with proteomics for the evaluation of the effects of chronic fluoride exposure on the duodenum of rats. *Sci Rep, 7*(1), 1070. doi:10.1038/s41598-017-01090-y

Moon, J., Ha, Y., Kim, M., Sim, J., Lee, Y., & Suh, M. (2016). Dual Electrochemical Microsensor for Real-Time Simultaneous Monitoring of Nitric Oxide and Potassium Ion Changes in a Rat Brain during Spontaneous Neocortical Epileptic Seizure. *Anal Chem, 88*(18), 8942-8948. doi:10.1021/acs.analchem.6b02396

Moss, D. E., Perez, R. G., & Kobayashi, H. (2017). Cholinesterase Inhibitor Therapy in Alzheimer's Disease: The Limits and Tolerability of Irreversible CNS-Selective Acetylcholinesterase Inhibition in Primates. *J Alzheimers Dis, 55*(3), 1285-1294. doi:10.3233/jad-160733

Nikolaeva, N. S., Sokolov, V. B., Aksinenko, A. Y., Ovchinnikov, R. K., Bachurin, S. O., & Kinzirskii, A. S. (2016). Psychotropic Activity of New Fluorinated Derivatives of Tetrahydrocarbasoles. *Bull Exp Biol Med, 160*(4), 455-458. doi:10.1007/s10517-016-3195-7

Nishida, H., Fujimori, I., Arikawa, Y., Hirase, K., Ono, K., Nakai, K., . . . Itoh, F. (2017). Exploration of pyrrole derivatives to find an effective potassium-competitive acid blocker with moderately long-lasting suppression of gastric acid secretion. *Bioorg Med Chem, 25*(13), 3447-3460. doi:10.1016/j.bmc.2017.04.034

Orta Yilmaz, B., Korkut, A., & Erkan, M. (2018). Sodium fluoride disrupts testosterone biosynthesis by affecting the steroidogenic pathway in TM3 Leydig cells. *Chemosphere, 212*, 447-455. doi:10.1016/j.chemosphere.2018.08.112

Pastoriza, S., Mesias, M., Cabrera, C., & Rufian-Henares, J. A. (2017). Healthy properties of green and white teas: an update. *Food Funct, 8*(8), 2650-2662. doi:10.1039/c7fo00611j

Philyppov, I. B., Golub Acapital A, C., Boldyriev, O. I., Shtefan, N. L., Totska, K., Voitychuk, O. I., & Shuba, Y. M. (2016). Myorelaxant action of fluorine-containing pinacidil analog, flocalin, in bladder smooth muscle is mediated by inhibition of L-type calcium channels rather than activation of KATP channels. *Naunyn Schmiedebergs Arch Pharmacol, 389*(6), 585-592. doi:10.1007/s00210-016-1228-4

Piekielna-Ciesielska, J., Mollica, A., Pieretti, S., Fichna, J., Szymaszkiewicz, A., Zielinska, M., . . . Janecka, A. (2018). Antinociceptive potency of a fluorinated cyclopeptide Dmt-c[D-Lys-Phe-p-CF3-Phe-Asp]NH2. *J Enzyme Inhib Med Chem, 33*(1), 560-566. doi:10.1080/14756366.2018.1441839

Rami-Mark, C., Eberherr, N., Berroteran-Infante, N., Vanicek, T., Nics, L., Lanzenberger, R., . . . Mitterhauser, M. (2016). [(18)F]FMeNER-D2: A systematic in vitro analysis of radio-metabolism. *Nucl Med Biol, 43*(8), 490-495. doi:10.1016/j.nucmedbio.2016.05.004

Ribeiro, D. A., Cardoso, C. M., Yujra, V. Q., M, D. E. B. V., Aguiar, O., Jr., Pisani, L. P., & Oshima, C. T. F. (2017). Fluoride Induces Apoptosis in Mammalian Cells: In Vitro and In Vivo Studies. *Anticancer Res, 37*(9), 4767-4777. doi:10.21873/anticanres.11883

C-12

U.S. EXHIBIT 510.0107

Rossato, M. F., Rigo, F. K., Oliveira, S. M., Guerra, G. P., Silva, C. R., Cunha, T. M., . . . Trevisan, G. (2018). Participation of transient receptor potential vanilloid 1 in paclitaxel-induced acute visceral and peripheral nociception in rodents. *Eur J Pharmacol, 828*, 42-51. doi:10.1016/j.ejphar.2018.03.033

Sakai, H., Sato, K., Kai, Y., Chiba, Y., & Narita, M. (2016). Denatonium and 6-n-Propyl-2-thiouracil, Agonists of Bitter Taste Receptor, Inhibit Contraction of Various Types of Smooth Muscles in the Rat and Mouse. *Biol Pharm Bull, 39*(1), 33-41. doi:10.1248/bpb.b15-00426

Samanta, A., Chanda, S., Bandyopadhyay, B., & Das, N. (2016). Establishment of drug delivery system nanocapsulated with an antioxidant (+)-catechin hydrate and sodium meta borate chelator against sodium fluoride induced oxidative stress in rats. *J Trace Elem Med Biol, 33*, 54-67. doi:10.1016/j.jtemb.2015.09.003

Sampaio, T. B., Da Rocha, J. T., Prigol, M., Saraiva, R. A., Nogara, P. F., Stein, A. L., . . . Nogueira, C. W. (2016). 4-Organoseleno-Isoquinolines Selectively and Reversibly Inhibit the Cerebral Monoamine Oxidase B Activity. *J Mol Neurosci, 59*(1), 135-145. doi:10.1007/s12031-016-0743-6

Shanmugam, T., Selvaraj, M., & Poomalai, S. (2016). Epigallocatechin gallate potentially abrogates fluoride induced lung oxidative stress, inflammation via Nrf2/Keap1 signaling pathway in rats: An in-vivo and in-silico study. *Int Immunopharmacol, 39*, 128-139. doi:10.1016/j.intimp.2016.07.022

Simon, M. J. K., Beil, F. T., Riedel, C., Lau, G., Tomsia, A., Zimmermann, E. A., . . . Oheim, R. (2016). Deterioration of teeth and alveolar bone loss due to chronic environmental high-level fluoride and low calcium exposure. *Clin Oral Investig, 20*(9), 2361-2370. doi:10.1007/s00784-016-1727-1

Sloman, D. L., Noucti, N., Altman, M. D., Chen, D., Mislak, A. C., Szewczak, A., . . . Stanton, M. G. (2016). Optimization of microtubule affinity regulating kinase (MARK) inhibitors with improved physical properties. *Bioorg Med Chem Lett, 26*(17), 4362-4366. doi:10.1016/j.bmcl.2016.02.003

Strebl, M. G., Wang, C., Schroeder, F. A., Placzek, M. S., Wey, H. Y., Van de Bittner, G. C., . . . Hooker, J. M. (2016). Development of a Fluorinated Class-I HDAC Radiotracer Reveals Key Chemical Determinants of Brain Penetrance. *ACS Chem Neurosci, 7*(5), 528-533. doi:10.1021/acschemneuro.5b00297

Sun, Z., Zhang, W., Xue, X., Zhang, Y., Niu, R., Li, X., . . . Wang, J. (2016). Fluoride decreased the sperm ATP of mice through inhibiting mitochondrial respiration. *Chemosphere, 144*, 1012-1017. doi:10.1016/j.chemosphere.2015.09.061

Tanaka, M., Yoneyama, M., Shiba, T., Yamaguchi, T., & Ogita, K. (2016). Protease-activated receptor-1 negatively regulates proliferation of neural stem/progenitor cells derived from the hippocampal dentate gyrus of the adult mouse. *J Pharmacol Sci, 131*(3), 162-171. doi:10.1016/j.jphs.2016.05.005

Temp, F. R., Marafiga, J. R., Milanesi, L. H., Duarte, T., Rambo, L. M., Pillat, M. M., & Mello, C. F. (2017). Cyclooxygenase-2 inhibitors differentially attenuate pentylenetetrazol-induced seizures and increase of pro- and anti-inflammatory cytokine levels in the cerebral cortex and hippocampus of mice. *Eur J Pharmacol, 810*, 15-25. doi:10.1016/j.ejphar.2017.05.013

Tian, M., Liu, F., Liu, H., Zhang, Q., Li, L., Hou, X., . . . Sun, Y. (2018). Grape seed procyanidins extract attenuates Cisplatin-induced oxidative stress and testosterone

C-13

U.S. EXHIBIT 510.0108

synthase inhibition in rat testes. *Syst Biol Reprod Med, 64*(4), 246-259. doi:10.1080/19396368.2018.1450460

Vahidinia, Z., Alipour, N., Atlasi, M. A., Naderian, H., Beyer, C., & Azami Tameh, A. (2017). Gonadal steroids block the calpain-1-dependent intrinsic pathway of apoptosis in an experimental rat stroke model. *Neurol Res, 39*(1), 54-64. doi:10.1080/01616412.2016.1250459

Wang, Y., Zhou, J., Liu, X., Zhao, L., Wang, Z., Zhang, X., . . . Wang, R. (2017). Structure-constrained endomorphin analogs display differential antinociceptive mechanisms in mice after spinal administration. *Peptides, 91*, 40-48. doi:10.1016/j.peptides.2017.03.009

Wei, Y., Zeng, B., Zhang, H., Chen, C., Wu, Y., Wang, N., . . . Shen, L. (2018). Comparative proteomic analysis of fluoride treated rat bone provides new insights into the molecular mechanisms of fluoride toxicity. *Toxicol Lett, 291*, 39-50. doi:10.1016/j.toxlet.2018.04.006

Wilkinson, S. M., Barron, M. L., O'Brien-Brown, J., Janssen, B., Stokes, L., Werry, E. L., . . . Kassiou, M. (2017). Pharmacological Evaluation of Novel Bioisosteres of an Adamantanyl Benzamide P2X7 Receptor Antagonist. *ACS Chem Neurosci, 8*(11), 2374-2380. doi:10.1021/acschemneuro.7b00272

Wright, J. V. (2016). Global water fluoridation: what is holding us back? *Altern Ther Health Med, 22*(1), 6.

Wu, H. X., Zhang, X. H., Huang, L., Ma, L. F., & Liu, C. J. (2018). Diblock Polymer Brush (PHEAA- b-PFMA): Microphase Separation Behavior and Anti-Protein Adsorption Performance. *Langmuir, 34*(37), 11101-11109. doi:10.1021/acs.langmuir.8b02584

Xie, Y. L., Zhang, B., & Jing, L. (2018). MiR-125b blocks Bax/Cytochrome C/Caspase-3 apoptotic signaling pathway in rat models of cerebral ischemia-reperfusion injury by targeting p53. *Neurol Res, 40*(10), 828-837. doi:10.1080/01616412.2018.1488654

Xu, Y., Wang, S., Jiang, L., Wang, H., Yang, Y., Li, M., . . . Xie, K. (2016). Identify Melatonin as a Novel Therapeutic Reagent in the Treatment of 1-Bromopropane(1-BP) Intoxication. *Medicine (Baltimore), 95*(3), e2203. doi:10.1097/md.0000000000002203

Yadav, N., Sharma, S., Sharma, K., Pandey, A., Pareek, P., & Sharma, S. (2016). Protective role of diet supplements Spirulina and Tamarind fruit pulp on kidney in sodium fluoride exposed Swiss albino mice: Histological and biochemical indices. *Indian J Exp Biol, 54*(1), 44-55.

Yamazaki, A., Obara, K., Tohgi, N., Shirai, K., Mii, S., Hamada, Y., . . . Amoh, Y. (2017). Implanted hair-follicle-associated pluripotent (HAP) stem cells encapsulated in polyvinylidene fluoride membrane cylinders promote effective recovery of peripheral nerve injury. *Cell Cycle, 16*(20), 1927-1932. doi:10.1080/15384101.2017.1363941

Zayed, M. F., Ihmaid, S. K., Ahmed, H. E., El-Adl, K., Asiri, A. M., & Omar, A. M. (2017). Synthesis, Modelling, and Anticonvulsant Studies of New Quinazolines Showing Three Highly Active Compounds with Low Toxicity and High Affinity to the GABA-A Receptor. *Molecules, 22*(2). doi:10.3390/molecules22020188

Zdanowski, R., Lesniak, M., Karczmarczyk, U., Saracyn, M., Bilski, M., Kiepura, A., . . . Lewicki, S. (2018). The Effects of Isopropyl Methylphosphono-Fluoridate (IMPF) Poisoning on Tumor Growth and Angiogenesis in BALB/C Mice. *Ann Transplant, 23*, 105-111.

1809144 - 8962

Zhang, C. Y., Chen, R., Wang, F., Ren, C., Zhang, P., Li, Q., . . . Liu, C. F. (2017). EGb-761 Attenuates the Anti-proliferative Activity of Fluoride via DDK1 in PC-12 Cells. *Neurochem Res, 42*(2), 606-614. doi:10.1007/s11064-016-2115-6

Zhang, J., Zhang, Y., Liang, C., Wang, N., Zheng, H., & Wang, J. (2016). Choline supplementation alleviates fluoride-induced testicular toxicity by restoring the NGF and MEK expression in mice. *Toxicol Appl Pharmacol, 310*, 205-214. doi:10.1016/j.taap.2016.09.018

Zhang, Q., Lu, X., Yang, S., Zhang, Q., & Zhao, L. (2017). Preparation of anticoagulant polyvinylidene fluoride hollow fiber hemodialysis membranes. *Biomed Tech (Berl), 62*(1), 57-65. doi:10.1515/bmt-2015-0149

Zhang, Z., Koh, C. Y., Ranade, R. M., Shibata, S., Gillespie, J. R., Hulverson, M. A., . . . Fan, E. (2016). 5-Fluoroimidazo[4,5-b]pyridine Is a Privileged Fragment That Conveys Bioavailability to Potent Trypanosomal Methionyl-tRNA Synthetase Inhibitors. *ACS Infect Dis, 2*(6), 399-404. doi:10.1021/acsinfecdis.6b00036

Zhou, Z., Wang, H., Zheng, B., Han, Z., Chen, Y., & Ma, Y. (2017). A Rat Experimental Study of the Relationship Between Fluoride Exposure and Sensitive Biomarkers. *Biol Trace Elem Res, 180*(1), 100-109. doi:10.1007/s12011-017-0984-4

Zhu, L., Wang, P., Sun, Y. J., Xu, M. Y., & Wu, Y. J. (2016). Disturbed phospholipid homeostasis in endoplasmic reticulum initiates tri-o-cresyl phosphate-induced delayed neurotoxicity. *Sci Rep, 6*, 37574. doi:10.1038/srep37574

1809144 - 8962

U.S. EXHIBIT 510.0110

# Literature search results – June 15, 2019 update, included studies

Literature Search, January 1, 2019 to June 15, 2019

Total included for full text review – 11 (10 from PubMed review; 1 from secondary review).

## Learning/Memory
5 (4 from PubMed review; 1 from secondary review)

PubMed review
(Yuan, Li, Niu, & Wang, 2019; Zhang et al., 2019; Zhao et al., 2019; Zhou et al., 2019)

Secondary review
(Zeng et al., 2019)

## Anxiety/Depression
1 citation (PubMed review)

(Lu et al., 2019)

## Sensory/Motor
1 citation (PubMed review)

(Agustina, Sofro, & Partadiredja, 2019)

## Morphology/Molecular
4 citations (PubMed review)

(Dec et al., 2019; Kinawy, 2019; Shenoy et al., 2019; Yu, Shao, Zhang, Ouyang, & Zhang, 2019)

## Included References
Literature search results—included studies

Pubmed literature and secondary review search results January 1, 2019 through June 15, 2019

Total included results – 10 Pubmed citations + 1 secondary review result

Agustina, F., Sofro, Z. M., & Partadiredja, G. (2019). Subchronic Administration of High-Dose Sodium Fluoride Causes Deficits in Cerebellar Purkinje Cells But Not Motor Coordination of Rats. *Biol Trace Elem Res, 188*(2), 424-433. doi:10.1007/s12011-018-1420-0

1809144 - 8962

U.S. EXHIBIT 510.0111

Dec, K., Łukomska, A., Skonieczna-Żydecka, K., Kolasa-Wołosiuk, A., Tarnowski, M., Baranowska-Bosiacka, I., & Gutowska, I. (2019). Long-term exposure to fluoride as a factor promoting changes in the expression and activity of cyclooxygenases (COX1 and COX2) in various rat brain structures. *Neurotoxicology, 74*, 81-90. doi:https://doi.org/10.1016/j.neuro.2019.06.001

Kinawy, A. A. (2019). Synergistic oxidative impact of aluminum chloride and sodium fluoride exposure during early stages of brain development in the rat. *Environmental Science and Pollution Research, 26*(11), 10951-10960. doi:10.1007/s11356-019-04491-w

Lu, F., Zhang, Y., Trivedi, A., Jiang, X., Chandra, D., Zheng, J., . . . DenBesten, P. K. (2019). Fluoride related changes in behavioral outcomes may relate to increased serotonin. *Physiol Behav, 206*, 76-83. doi:10.1016/j.physbeh.2019.02.017

Shenoy, P. S., Sen, U., Kapoor, S., Ranade, A. V., Chowdhury, C. R., & Bose, B. (2019). Sodium fluoride induced skeletal muscle changes: Degradation of proteins and signaling mechanism. *Environmental Pollution, 244*, 534-548. doi:https://doi.org/10.1016/j.envpol.2018.10.034

Yu, Q., Shao, D., Zhang, R., Ouyang, W., & Zhang, Z. (2019). Effects of drinking water fluorosis on L-type calcium channel of hippocampal neurons in mice. *Chemosphere, 220*, 169-175. doi:https://doi.org/10.1016/j.chemosphere.2018.12.078

Yuan, J., Li, Q., Niu, R., & Wang, J. (2019). Fluoride exposure decreased learning ability and the expressions of the insulin receptor in male mouse hippocampus and olfactory bulb. *Chemosphere, 224*, 71-76. doi:10.1016/j.chemosphere.2019.02.113

Zeng, X. X., Deng, J., Xiang, J., Dong, Y. T., Cao, K., Liu, X. H., . . . Guan, Z. Z. (2019). Resveratrol attenuated the increased level of oxidative stress in the brains and the deficit of learning and memory of rats with chronic fluorosis. *Fluoride, 52*(2), 149-160.

Zhang, C., Huo, S., Fan, Y., Gao, Y., Yang, Y., & Sun, D. (2019). Autophagy May Be Involved in Fluoride-Induced Learning Impairment in Rats. *Biol Trace Elem Res*. doi:10.1007/s12011-019-01735-1

Zhao, Q., Niu, Q., Chen, J., Xia, T., Zhou, G., Li, P., . . . Wang, A. (2019). Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity: mechanisms of action in vitro and associations with cognition in rats and children. *Arch Toxicol, 93*(3), 709-726. doi:10.1007/s00204-019-02390-0

Zhou, G., Tang, S., Yang, L., Niu, Q., Chen, J., Xia, T., . . . Wang, A. (2019). Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. *Toxicol Appl Pharmacol*, 114608. doi:10.1016/j.taap.2019.114608

1809144 - 8962

U.S. EXHIBIT 510.0112

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO.___510_____

Date
Admitted:_____

By:_____

Angella Meuleman, Deputy Clerk