# Tala R. Henry, Ph.D.
Curriculum Vitae

July 2019



**U.S. EXHIBIT**
511
Food & Water v. EPA
3:17-cv-02162-EMC

**TALA R. HENRY**

U.S. Environmental Protection Agency
Office of Chemical Safety and Pollution Prevention
Office of Pollution Prevention and Toxics
Risk Assessment Division
1200 Pennsylvania Ave., NW
Washington, DC 20460
202-564-2959
henry.tala@epa.gov

## EDUCATION

| Degree | Year | Major | Institution |
|--------|------|-------|-------------|
| Ph.D. | 1994 | Pharmacology | University of Minnesota, Minneapolis, MN |
| B.A.(cum laude) | 1985 | Biology / Chemistry minor | College of St. Scholastica, Duluth, MN |

## PROFESSIONAL EXPERIENCE

**Deputy Director, Office of Pollution Preventions and Toxics**

| Dates | Employer |
|-------|----------|
| 05/18-present | U.S. Environmental Protection Agency |
| | Office of Chemical Safety and Pollution Prevention |
| | Office of Pollution Prevention and Toxics |
| | Washington, DC |

Brief Description of Position: With the Office Director, lead and direct the Office of Pollution Prevention and Toxics (OPPT) in implementing Agency activities mandated by the Toxic Substances Control Act (TSCA). Provide vision, programmatic technical expertise and significant management oversight and direction for evolving the TSCA New Chemicals Program to meet mandatory obligations mandated by the 2016 Frank R. Lautenberg Chemical Safety for the 21st Century Act. Manage and oversee other high priority and time-sensitive programs and projects such as TSCA New Chemicals Program, expedited rulemaking on persistent, bioaccumulative and toxic chemicals, court-ordered rulemaking on lead dust hazard standards and high visibility projects such as OPPT lead manager on PFAS chemicals and fluoride section 21 petition litigation. Provide leadership to expand partnerships and collaborations on science, science policy, peer review and other science coordination activities with other EPA Offices (e.g., ORD, OSCP) and Federal agencies (e.g., OSHA, NIOSH, NTP, CPSC). Provide executive management and operational oversight for a full range of programmatic issues at the Office level.

**Director, Risk Assessment Division**

| Dates | Employer |
|-------|----------|
| 11/13-04/18 | U.S. Environmental Protection Agency |
| | Office of Chemical Safety and Pollution Prevention |
| | Office of Pollution Prevention and Toxics |

2

8/1/2019

U.S. EXHIBIT 511.0002

Washington, DC

Brief Description of Position: Led the Division's efforts to assess exposures, hazards and risks of new and existing chemicals under the Toxic Substances Control Act (TSCA). In June 2016, TSCA was amended thereby imposing numerous new assessment requirements, enforceable deadlines and scientific standards that must be met in conducting this work. In the first year of implementation, led the Division of approximately 70 to meet statutory deadlines to publish scopes for 10 chemical risk evaluations, assess approximately 100 new chemicals, develop risk evaluation guidance and an alternative testing strategy as required under the new law. Responsible for quality and timely completion of all Division products, which meet Office objectives and Agency goals. Direct all aspects of Division operations and management, including programs, finances, and human resources, including an annual extramural budget of approximately $5M. Supervise the Deputy Director and five Branch Chiefs and provide overall leadership, guidance and direction to the entire Division. The Division is made up of 67 Federal FTE and 6-10 post-doctoral fellows, student interns and visiting scholars; these employees represent diverse cultural backgrounds and experiences. Educational background and professional experiences of the division staff include: physical, biological and health scientists (e.g., chemists, biologists, toxicologists, epidemiologists), chemical and environmental engineers, statisticians and modelers, and information and administrative specialists. As a member of the Office's senior executive team, serve as liaison to management in other Divisions and the Office, as well as to political appointees within and outside the Office. Regularly interact with a variety of external stakeholders, including the regulated community, non-governmental agencies, the press, Congress, and the public. In addition to overseeing and managing a broad scope of scientific topics and analyses as the Division Director, maintain a professional scientific presence through membership in scientific societies, serving on editorial boards and peer reviewing journal articles, participating on steering committees and as an invited speaker for professional scientific symposia and workshops.

**Director, National Program Chemicals Division**

| Dates | Employer |
|---|---|
| 10/12-11/13 | U.S. Environmental Protection Agency |
| 04/11- 10/12 (Acting) | Office of Prevention Pesticides and Toxic Substances |
| | Office of Pollution Prevention and Toxics |
| | Washington, DC |

Brief Description of Position: Led the Division's efforts to develop regulatory and non-regulatory approaches to managing risks of chemicals of high priority to the Agency, including those that pose persistent risks due to legacy uses (e.g. lead, PCBs, mercury, and asbestos). Responsible for quality and timely completion of all Division products, which meet Office objectives and Agency goals. Directed all aspects of Division operations and management, including programs, finances, and human resources. Supervised the Deputy Director and three Branch Chiefs and provided overall leadership guidance and direction to the entire Division. The Division was made up of 41 Federal FTE and 6-10 visiting student interns and scholars; these employees represented a diverse cultural and educational backgrounds and experiences, including attorneys, scientists, engineers and administrative. Served as the Division's liaison to management in other Divisions and upper management within and outside our office. In addition, regularly interacted with a variety of external stakeholders, including the regulated community, non-governmental agencies, the press, Congress, and the public.

3

U.S. EXHIBIT 511.0003

**Acting Deputy Director/Associate Director, National Program Chemicals Division**

Dates                          Employer
07/09-04/11                    U.S. Environmental Protection Agency
                               Office of Prevention Pesticides and Toxic Substances
                               Office of Pollution Prevention and Toxics
                               Washington, DC

Brief Description of Position: Responsible for oversight of all Division financial and human resource management activities, including both intramural and extramural (contracts, grants, IAGs) resources. In addition, provided technical oversight and management to the Divisions' programs, which are focused on risk management (i.e., rule-making, voluntary programs and outreach) of legacy contaminants (i.e., asbestos, lead, mercury, and PCBs) and existing industrial chemicals of high priority to the Administrator. Supervised a diverse staff in the Division's Immediate Office, ranging from lower GS-level administrative staff, mid-GS-level administrative staff and a high GS-level special assistant.

**Senior Toxicologist; Risk Assessment Division**

Dates                          Employer
04/06-07/09                    U.S. Environmental Protection Agency
                               Office of Prevention Pesticides and Toxic Substances
                               Office of Pollution Prevention and Toxics
                               Washington, DC

Brief Description of Position: Provided technical and policy analysis and communication of technical and policy results of research and environmental results in either technical or layperson's terms. Integrated technical and regulatory assumptions used for formulating risk management solutions. Provided technical expertise and project management for assessing health and environmental hazards and risks of new and existing chemicals, prepared integrated hazard and risk assessment documents that support the full range of OPPT regulatory responsibilities. Worked with the Division Director to establish Division policies and objectives, formulated programs, allocated and managed resources and appraised and evaluated current programs. Participated or lead developing budget strategies and justifications. Represented the Division, EPA and the United States government at various task force, panel and committee meetings as a technical and policy expert, at all levels of governments on chemical activities (e.g., EPA Risk Assessment Forum, Organization for Economic Cooperation and Development (OECD) Existing Chemicals Task Force and QSAR Management Group, United Nations Persistent Organic Pollutants Treaty).

For 12 months, served as the program manager of a cross-Division, multi-disciplinary team that conducted assessments under the Chemical Assessment and Management Program (ChAMP). ChAMP was high priority program in OPPT and involved multi-disciplinary staff from three Divisions, working in multiple teams. Provided leadership in formulating and implementing the HPV chemical Hazard Characterization effort that preceded ChAMP as well as its evolution and expansion to ChAMP. As the ChAMP Coordinator, organized and facilitated significant changes to streamline and improve efficiencies as the program developed. Responsible for leading or coordinating all aspects of the program, including planning; creation, synthesis and review of technical documents; budget formulation, output tracking and communications.

4

8/1/2019

**Senior Toxicologist & Chemical Criteria Program Coordinator, Health & Ecological Criteria Division**

| Dates | Employer |
|---|---|
| 12/02-03/06 | U.S. Environmental Protection Agency |
| | Office of Water - Office of Science & Technology |
| | Washington, DC |

Brief Description of Position: Acted and eventually became permanent Program Manager/Coordinator of the Chemical Criteria Program. Provided leadership and authoritative technical advice and assistance to the Health and Ecological Division. Oversaw and conducted all aspects of Ambient Water Quality Criteria Program, including program planning, budget formulation and tracking, contract work assignment formulation monitoring progress of all on-going program projects. Managed/coordinated daily work of the chemical criteria team, guided and mentored junior staff, and provided technical expertise in the areas of human health and ecological toxicology and risk assessment to projects for which I was lead, as described below. Led Office of Water effort to revise the guidelines by which EPA derives ambient water quality criteria to incorporate state-of-the science risk assessment approaches, methods and models coordinated inter-office efforts to harmonize ecological risk assessment approaches, methods and models. Participated in or led several workgroups developing risk assessments or science policy issues related to health and ecological risk assessment and criteria development. Specific areas of technical expertise include toxicology and risk assessment of dioxin and related compounds, derivation of wildlife toxicity reference values (criteria) for persistent, bioaccumulative toxicants and risk assessment of chemical stressors, particularly in aquatic systems.

**Toxicologist, Detail Assignment**

| Dates | Employer |
|---|---|
| 09/02-12/02 | U.S. Environmental Protection Agency |
| | Office of Research & Development |
| | National Center for Environmental Assessment |
| | Washington, DC |

Brief Description of Position: Conducted collaborative ORD-OSWER project aimed at development of Contaminated Sediment Screening Levels (CSSLs) for use in Superfund and RCRA human health and ecological risk assessment processes. Activities were primarily focused on project scoping and planning. Specific responsibilities included cross program coordination with OERR senior process managers for contaminated sediments and risk assessment, providing knowledge of OSWER remedial program risk assessment policies and procedures, and providing knowledge and collating existing resources regarding risk screening approaches used within a regulatory context from international, federal, state or EPA sources.

**Toxicologist, Experimental Toxicology Division**

| Dates | Employer |
|---|---|
| 06/98-09/02 | U.S. Environmental Protection Agency |
| | Office of Research & Development |
| | National Health & Environmental Effects Research Laboratory |
| | Duluth, MN |

Brief Description of Position: Principal investigator on research projects to characterize receptor-based endocrine systems and endocrine disrupting chemicals and characterize modes of toxic action of reactive chemicals. Provided technical expertise on dioxins, PCBs and other

5

U.S. EXHIBIT 511.0005

bioaccumulative compounds to develop Agency-wide ecological risks assessment guidance for these compounds. Conducted research activities within the context of on-going interaction, coordination with Program and Regional offices in the areas of toxicology and ecological risk assessment of endocrine disruptors (OPPTS staff) and ecological risk assessment of dioxins, PCB and other bioaccumulative compounds (OSWER staff; Ecological Risk Assessment Forum). As the project leader/team leader for endocrine disruptor projects, formulated and wrote research plans, directed and oversaw project implementation by a staff of six biologists and chemists, set criteria for and evaluated data quality, established data collation and summary procedures and provided written and verbal reports of research results to Program and Regional office staff as well as peers in the research community. Research results and applications were presented at professional meetings, in scientific journals and at several Agency-sponsored Program/Regional Office meetings, workshops and symposia.

**Toxicologist, Hazardous Waste Program**

Dates:
12/96-05/98

Employer:
U.S. Environmental Protection Agency
Region VIII
Pollution Prevention & Hazardous Waste Program
Denver, CO

Brief Description of Position: Provided toxicology and risk assessment expertise to the Regional program and the Region VIII states (Colorado, Montana, North Dakota, South Dakota, Utah and Wyoming). Participated in, and often led, multi-disciplinary teams of scientists, engineers, regulators and the regulated sector to formulate and implement risk assessments for hazardous waste treatment, storage and disposal facilities and Superfund sites. Provided technical guidance for and performed review of screening-level and quantitative risk assessments for determining both human health and ecological impacts due to chemical stressors. Participated in various Regional and EPA-wide workgroups including Regional Science Council, risk assessment work groups that included representatives from the States, permitted industries, and Federal resource managers (e.g., Department of Interior/U.S. FWS & BLM). Provided training on toxicology and risk assessment to EPA staff, state and tribal staff and the public. Responded to public inquiries regarding toxicological hazards of chemicals.

**Post-Doctoral Research Associate, Department of Pharmacology, School of Pharmacy**

Dates:
12/94-12/96

Employer:
University of Wisconsin
Madison, WI

Brief Description of Position: Investigated the mechanism of developmental toxicity of polychlorinated dioxins, furans and biphenyls in zebrafish using molecular and cell culture techniques. Responsibilities included all aspects of research projects, including hypothesis generation, research project scoping, planning, and implementation and writing up research results. Teamwork and coordination with others were essential elements for project implementation as the research was performed within a laboratory where approximately ten other staff (research associates, technicians, post-docs, graduate students) were performing other projects. Directed and supervised activities of a laboratory technician and several student workers. Provided facilitation and mentoring for senior projects for two undergraduate students.

**Research Assistant, Department of Pharmacology, School of Medicine**

6

U.S. EXHIBIT 511.0006

Dates:                          Employer:
09/88-11/94                     University of Minnesota
                                Duluth, MN

Brief Description of Position: Dissertation research project was an investigation of the biochemical mechanism(s) of quinone-induced toxicity. Assessed the toxic effects of redox cycling and arylating quinones on hepatic mitochondrial functions and cell viability following *in vitro* and *in vivo* treatment. Mitochondrial calcium regulation, membrane potential and respiration were measured in isolated mitochondria and primary hepatocytes models using spectrophotometric, spectrofluorometric and polarographic techniques. Other experience related to dissertation research includes: neo-natal rat cardiomyocyte culture and HPLC analysis of glutathione and adenine and pyridine nucleotides.

**Biologist, On-site contractor, USEPA, Environmental Research Laboratory**
Dates:                          Employer:
12/86-09/88                     American Scientific International, Inc.
                                Duluth, MN 55804

Brief Description of Position: Investigated toxic mechanisms and toxicokinetics of xenobiotics in fish. As part of a team of scientists, assessed *in vivo* physiological and biochemical responses of rainbow trout to intoxication by industrial organic compounds and pesticides. Responsibilities included: technical supervision of blood chemistry laboratory, experimental planning and implementation, regulatory compliance for radioisotope tracking, handling and disposal, data analysis and written and oral presentation of research results.

**Biologist, On-site cooperative agreement, USEPA, Environmental Research Laboratory**
Dates:                          Employer:
09/85-12/86                     College of St. Scholastica
                                Duluth, MN

Brief Description of Position: Conducted experiments to characterize the *in vitro* binding of industrial organic compounds to rainbow trout and rat plasma proteins. With minimal supervision, planned and executed all experiments, summarized data. Co-authored a scientific journal article describing the work.

**Biological Laboratory Aide**
Dates:                          Employer:
04/83-09/85                     U.S. Environmental Protection Agency
                                Environmental Research Laboratory
                                Duluth, MN

Brief Description of Position: Provided biological and chemical support to a team of scientists conducting research projects characterizing toxic mechanisms of action of industrial organic compounds in fish. Responsibilities included: biological sampling (i.e. blood, urine, gill water), blood chemistry analyses, animal care and routine maintenance of laboratory equipment.

**Teaching Assistant; Departments of Biology and Chemistry**
Dates:                          Employer:
09/84-05/85                     College of St. Scholastica
                                Duluth, MN

Brief Description of Position: Instructor for general chemistry and anatomy/physiology

U.S. EXHIBIT 511.0007

laboratory classes. Taught and supervised laboratory classes, tutored students and graded lab assignments and tests.

8/1/2019

U.S. EXHIBIT 511.0008

## PROFESSIONAL ACTIVITIES/APPOINTMENTS

### Professional Society Memberships & Service

*Memberships & Offices Held*
Society of Environmental Toxicology & Chemistry, 1989-present
    National Meeting Organizing Committee, 2017
    National Meeting Session Chair, 2002, 2007, 2017
    Journal of Environmental Toxicology & Chemistry Editorial Board, 2003-2005
Society of Toxicology, 1993-present
    National Meeting Session Chair, 2000; 2001; 2002; 2004
Society of Toxicology-National Capital Area Chapter, 2003-present
Society of Toxicology-Northland Regional Chapter, 1999-2003; charter member;
    Secretary-Treasurer, 2001-2003;
    Councilor, 2000-2001;
    Membership Committee, 1998-2002
    Regional Chapter Meeting Program Committee, 1999; Chair, 2002
    Regional Chapter Meeting Organizing Committee, 1999; Chair, 2002
Society of Environmental Toxicology & Chemistry-Midwest Regional Chapter, 1995-1996; 1998-2003
    Treasurer, 1996
    Board of Directors, 2002
American Association for the Advancement of Science
Sigma Xi Scientific Research Society

*Workshops & Symposia*
Program Committee, *SETAC  38th Annual Meeting*
Steering Committee, *SETAC Pellston Workshop on Improving the Usability of Ecotoxicity Testing in Regulatory Decision-making*, August 30-September 4, 2015
Organizing Committee, *SETAC International Programs Committee Symposium, Application of Weight-of-Evidence in Risk-Based Ecological Assessment Frameworks*, SETAC-Europe, Barcelona, Spain, May 3, 2015
Steering Committee, *Expert Workshop on the Ecotoxicological on Risk Assessment of Ionizable Organic Chemicals*, Vancouver, Canada, November 5-7, 2014

### Editorial Board
Environmental Management, 2014-2016
Environmental Toxicology & Chemistry, 2003-2005
Nature, Readers Panel, 2010

### Technical Reviewer
*Journals*
American Chemical Society
Aquatic Toxicology
Ecotoxicology & Environmental Safety
Environmental Management
Environmental Science & Technology
Environmental Toxicology & Chemistry

9

U.S. EXHIBIT 511.0009

Regulatory Toxicology & Pharmacology
Toxicological Sciences
Toxicology & Applied Pharmacology
Toxicology

*Other*
Hudson River Foundation
National Research Council Report, *A Risk-Management Strategy for PCB-Contaminated Sediments*, contributed to USEPA/ORD review.
National Combustion Risk Assessment Guidance, *Screening-Level Ecological Risk Assessment Protocol for Hazardous Waste Combustion Facilities*, USEPA, Office of Solid Waste.
National Combustion Risk Assessment Guidance, *Human Health Risk Assessment Protocol for Hazardous Waste Combustion Facilities*, USEPA, Office of Solid Waste.
University of Milwaukee-Institute for Environmental Health

**Evaluation Surveys/Studies**
Reviewer, Canada's Chemicals Management Plan Evaluation Panel
Participant/Evaluator – USEPA Science Advisory Board Evaluation of Integration in Environmental Decision Making, 2009
Participant/Interviewee – Health/Environment Canada Chemical Management Plan Evaluation


**AGENCY SERVICE**
Member, Office of Personnel Management, SES Standing Qualifications Review Board, 2016.
Member, Office of Research and Development, Technical Qualifications Board, 2014, 2015.
Member, EPA Risk Assessment Forum, 2009-2017.
Member, Technical Panel, Recommended Toxicity Equivalence Factors (TEFs) for Human Health Risk Assessments of 2,3,7,8-Tetrachlorodibenzo-$p$-dioxin and Dioxin-Like Compounds, Risk Assessment Forum, 2010-2011.
Member, EPA Risk Assessment Forum, 2004-2008.
Member, EPA Risk Assessment Webpage Workgroup, 2006-present.
Member, Workgroup Co-Chair, Science Policy Council Nanotechnology White Paper, 2004-2005.
Member, Technical Workgroup, EPA Polybrominated Diphenyl Ethers (PBDE) Project Plan, 2004-2005.
Member, EPA Mercury Portal Workgroup, 2003-2005.
Contributor, Staff Paper, *An Examination of EPA Risk Assessment Principles and Practices*. 2004.
Member, Steering Committee, ORD-NCEA Workshop on Use of Genomic/Proteomic Data in Risk Assessment for Regulatory Decision-Making, 2003.
Technical Lead, Steering Committee, ORD/OSWER Scientist-to-Scientist Meeting on Use of PCB Congener Analysis in Risk Assessment & Risk Management, December 2002.
Technical Lead & Primary Author, White Paper: Ecological Effects of Non-Dioxin-Like PCBs in Wildlife, OSWER Ecological Risk Assessment Support Center, December 2002.
Member & Lead Author, ORD/Risk Assessment Forum TEF Workgroup, USEPA, 1999-present.
Panelist, National l Environmental Justice Advisory Council, Health & Research Subcommittee, December 2001.

U.S. EXHIBIT 511.0010

Member, ORD/NHEERL Risk Assessment Education Workgroup, 1998-1999.
Chair, NHEERL/MED Health and Safety Committee, 1998-present.
Member, NHEERL/MED Chemical Assessment Committee, 1998-present.
Member, Ecological Risk Assessment Forum, USEPA, OSWER/ORD/Regions, 1997-present.
Member, Dioxin Workgroup, USEPA, OSWER, 1997-1998.
Member, Waste Minimization Prioritization Tool Workgroup, USEPA, OSW, 1997-1998.
Member, Regional Science Council, USEPA, Region VIII, 1997-1998.
Chair, ORD Coordination Committee, Regional Science Council, USEPA, Region 8, 1997-1998.


## LEADERSHIP AND MANAGEMENT TRAINING
2018 – 360 Evaluation, EPA
2017 – Working Effectively with Tribal Governments, EPA
2017 – Prohibited Personnel Practices, EPA
2015 – Equal Employment Opportunity for Managers, EPA
2015 – Labor & Employee Relations, EPA
2015 – Working Effectively with Tribal Governments, EPA
2014 – Key Executive Leadership Program, American University
2014 – EPA's Scientific Integrity Policy, EPA
2014 – Introduction to Environmental Justice, EPA
2014 – Working Effectively with Tribal Governments, EPA
2012 – Labor-Management Relations, EPA
2011 – Office of Chief Financial Officer's Management Integrity for Senior Managers, EPA
2011 – Labor-Management Relations, The Graduate School (USDA)
2010 – Leadership for a Democratic Society, Federal Executive Institute
2010 – Performance Feedback and Coaching, Work Systems Affiliates International
2009 – Managing the Federal Employee, The Brookings Institution
2009 – Transformational Leadership: Finding Our Way in Uncertain Times, Kevin Cashman
2008 – Supervisory Leadership Seminar, Office of Personnel Management
2007 – Transformational Leadership: Seven Lessons for Leaders of the Future, David Gergen
2005 – Executive Assessment Program, Office of Personnel Management
2004 – Office of Water Program Leadership Training, Office of Personnel Management & EPA
2004 – Essentials of Communicating with Diplomacy and Professionalism, Skillpath
2004 – Conflict Management, EPA
2003 – Diversity Training, EPA
2003 – Introduction to Emotional Intelligence, EPA
1997 – Facilitation and Mediation Skills, EPA


## AWARDS AND HONORS
2019  – Special Act Award
2016 – Scientific and Technological Achievement Award–Level II, USEPA/ORD
2010 – Gold Medal, Chemical Action Plans, USEPA
2010 – James W. Akerman Award, Ecological Risk Assessment Colloquium, USEPA
2010 – Bronze Medal, Dioxin TEF Guidance, USEPA/ORD
2010 – Scientific and Technological Achievement Award–Level III, USEPA/ORD
2009 – Scientific and Technological Achievement Award–Level II, USEPA/ORD

11

U.S. EXHIBIT 511.0011

2009 – Silver Medal, Design for Environment–Safer Detergents Stewardship Initiative, USEPA
2009 – Bronze Medal, Chemical Assessment, USEPA/OPPTS
2009 – EPA Science and Technological Achievement Award-Chemistry, USEPA
2009 – Outstanding Leadership in Collaborative Problem-Solving, USEPA
2009 – Teamwork Award, USEPA/OPPTS
2008 – Silver Medal, EPA Nanotechnology White Paper, USEPA/OPPTS
2008 – Bronze Medal, High Production Volume Chemical Program, USEPA/OPPTS
2008 – Team Award, USEPA/OPPTS
2007 – OPPT Mission Award – POPs Team, USEPA/OPPTS
2007 – Scientific and Technological Achievement Award–Level III, USEPA/ORD
2005 – Scientific and Technological Achievement Award–Honorable Mention, USEPA/ORD
2005 – Silver Medal, Mercury Web Portal Team, USEPA/OEI
2005 – Team of the Quarter, Endangered Species Act Team, USEPA/OW
2004 – Scientific and Technological Achievement Award–Honorable Mention, USEPA/ORD
2004 – Scientific and Technological Achievement Award–Honorable Mention, USEPA/ORD
2004 – Science Communication Award, USEPA/ORD
2004 – Team Award, USEPA/OW
2003 – Team of the Quarter, Biosolids Team, USEPA/OW
2003 – Team Award, USEPA/OW
2002 – Team Award, USEPA/ORD
1994 – Third Place Award, Graduate Student Meritorious Research Award, Mechanisms Specialty Section of the Society of Toxicology.
1993 – National Finalist, Graduate Student Meritorious Research Award, Mechanisms Specialty Section of the Society of Toxicology.
1988 – Scientific and Technological Achievement Award, USEPA, Office of Research and Development, Environmental Research Laboratory, Duluth, MN.
1985 – Special Achievement Award, USEPA, Office of Research and Development, Environmental Research Laboratory, Duluth, MN.
1985 – Graduated cum laude, College of St. Scholastica.
1981-1985 – Benedictine Scholar, College of St. Scholastica.

12

## PUBLICATIONS

## Peer-Reviewed Journal Articles & Book Chapters/Symposium Proceedings/Reports:

1. Martin, O..V, Adams, J., Beasley, A., Belanger, S., Breton, R.L., Brock, T.C.M., Buonsante, V.A., Burgos, M.G., Green, J., Guiney, P.D., Hall, T., Hanson, M., Harris, M.J., Henry, T.R., Huggett, D., Junghans, M., Laskowski, R., Maack, G., Moermond, C.T.A., Panter, G., Pease, A., Poulsen, V., Roberts, M., Rudén, C., Schlekat, C.E., Schoeters, I., Solomon, K.R., Staveley, J., Stubblefield, B., Sumpter, J.P., Warne, M.S.J., Wentsel, R., Wheeler, J.R., Wolff, B.A., Yamazakiaj, K., Zahner, H., Ågerstrand, M. 2019. Improving Environmental Risk Assessments of Chemicals: Steps Towards Evidence-based Ecotoxicology. *Environ Internat* 128: 210–217.

2. Biales, A.D., Sappington, K., Henry, T.R., Gallagher, K. 2018. How Omics Technologies can Enhance Chemical Safety Regulation: Perspectives from Academia, Government and Industry. *Environ Toxicol Chem*, 37(5):1252-1259.

3. Ruden, C., Adams, J., Agerstrand, M., Brock, T.C.M., Poulson, V., Schlekat, C.E., Wheeler, J.R., Henry, T.R. 2016. Assessing the Relevance of Ecotoxicological Studies for Regulatory Decision Making. *Integ Environ Assess Manage*, 13(4):652-663.

4. Henry, T. 2015. Improving Research Quality to Increase Relevance and use in Regulatory Decision-Making: Government Perspective. *Environ Toxicol Chem*, 35(1):14-19.

5. Hornung, M.W., Tapper, M.S., J.S. Denny, J.S., Kolanczyk, R.C., Sheedy, B.R., Hartig, P.C., Aladjov, H., Henry, T.R., Schmieder, P.K. 2014. Effects-based chemical category approach for prioritization of low affinity estrogenic chemicals. *SAR and QSAR Environ Res*, 25(4):289–323.

6. Ela, W.P., Sedlak, D.L., Barlaz, M.A., Henry, H., Muir, D.C.G., Swackhamer, D.L., Weber, E.J., Arnold, R.G., Ferguson, P.L., Field, J.A., Furlong, E.T., Giesy, J.P., Halden, R.U., Henry, T., Hites, R.A., Hornbuckle, K.C., Howard, P.H., Luthy, R.G., Meyer, A.K., Saez, A.E., vom Saal, F.S., Vulpe, C.D., Wiesner, M.R. 2011. Identifying the next generation of Superfund and hazardous waste site contaminants. *Environ Health Perspect*, 119:6-10.

7. Dellarco, V., Henry, T., Sayre, P., Seed, J., Bradbury, S. 2010. Meeting the common needs of a more effective and efficient testing and assessment paradigm for chemical risk management. *J Toxicol Environ Health*, 13:347-360.

8. Judson, R., A., Dix, D., Houck, K., Martin, M., Kavlock, R., Dellarco, V., Henry, T., Holderman, T., Sayre, P., Tan, S., Carpenter, T., Smith, E. 2009. The toxicity data landscape for environmental chemicals. *Environ Health Perspect*, 117:685-695.

9. van Wijk, D., Chenier, R., Hernando, M., Henry, T., Schulte, C. 2008. Framework for identification and assessment of PBTs and POPs – results from a SETAC Pellston workshop. *Integ Environ Assess Manage*, 5:697-711.

13

U.S. EXHIBIT 511.0013

10. van Leeuwen, K., Schultz, T.W., Henry, T., Diderich, B., Veith, G. 2008. Using chemical categories to fill data gaps in hazard assessment. *SAR and QSAR in Environ Res*, 20:207-220.

11. Mount D. and Henry T.R. 2008. Ecological Risk Assessment. IN: *The Toxicology of Fishes*. R. DiGiulio & D. Hinton, Eds., pp.757 -778, Taylor & Francis, Boca Raton, FL.

12. Bradbury, S.P., Carlson, R.W., Henry, T.R., Padilla, S., Cowden, J. 2008. Toxic Responses of the Fish Nervous System. IN: *The Toxicology of Fishes*. R. DiGiulio and D. Hinton, Eds., pp. 417 – 456, Taylor & Francis, Boca Raton, FL.

13. U.S. EPA. 2008. Framework for Application of the Toxicity Equivalence Methodology for Polychlorinated Dioxins, Furans and Biphenyls in Ecological Risk Assessment. Office of Research and Development, Risk Assessment Forum, Washington, DC.

14. Denny, J.S., Tapper, M.A., Schmieder, P.K., Hornung, M.W., Jensen, K.M., Ankley, G.T., and Henry, T.R. 2005. Comparison of relative binding affinities of endocrine active to fathead minnow and rainbow trout estrogen receptors. *Environ Toxicol Chem*, 24:2948-2953.

15. Schmieder, P.K., Tapper, M.A., Denny, J.S., Kolanczyk, R.C., Sheedy, B.R., Henry, T.R., Veith, G.D. 2004. Use of trout liver slices to enhance mechanistic interpretation of estrogen receptor binding for cost-effective prioritization of chemicals within large inventories. *Environ Sci Tech*, 38:6333-6342.

16. Hornung, M.W., Jensen, K.M., Korte, J.J., Kahl, M., Durhan, E., Henry, T.R., Denny, J. and Ankley, G.T. 2003. Mechanistic basis for estrogenic effects in fathead minnow (*Pimephales promelas*) following exposure to the androgen 17α-methyltestosterone: conversion of 17α-methyltestosterone to 17α-methylestradiol. *Aquat Toxicol* 66:15-23.

17. Ankley, G.T., Jensen, K.M., Makynen, E.A., Kahl, M.D., Korte, J.J., Hornung, M.W., Henry, T.R., Denny, J.S., Leino, R. and Gray, L.E. 2003. Effects of the androgenic growth promotor 17β-trenbolone on fecundity and reproductive endocrinology of the fathead minnow. *Environ Toxicol Chem* 22:1350-1360.

18. Lazorchak, J.M., McCormick, F.H., Herlihy, A.T. and Henry, T.R. 2003. Fish tissue contamination in streams of the Mid-Atlantic states: An approach to regional indicator selection and problem formulation. *Environ Toxicol Chem* 22:545-553.

19. Henry, T.R. Cook, P.M., Cirone, P., DeVito, M., Duncan, B., Pepin, R., Schwenck, S., Wharton, S. 2003. Framework for Application of the Toxicity Equivalence Methodology for Polychlorinated Dioxins, Furans and Biphenyls in Ecological Risk Assessment. *Organohalogen Compounds*, 65:300-303, *Proceedings of Dioxin 2003, 23rd International Symposium on Halogenated Environmental Organic Pollutants and POPs*.

20. Cook, P.M. and Henry, T.R. 2003. A Conceptual Model for Evaluating Relative Potency Data for Use in Ecological Risk Assessments. *Organohalogen Compounds*, 65:304-307,

14

U.S. EXHIBIT 511.0014

*Proceedings of Dioxin 2003, 23rd International Symposium on Halogenated Environmental Organic Pollutants and POPs.*

21. Henry, T.R. and DeVito, M.J. 2003. Non-Dioxin-Like PCBs: Chemical Characterization, Effects and Consideration in Ecological Risk Assessment. NCEA-C-1340. Office of Research and Development, Ecological Risk Assessment Support Center, Cincinnati, OH.

22. Henry, T.R., Nesbit, D.J., and Peterson, R.E. 2001. Relative potency values (REPs) for polychlorinated dibenzo-p-dioxin, dibenzofuran and biphenyl congeners based on induction of cytochrome P4501A mRNA in a zebrafish liver cell lines (ZFL). *Environ Toxicol Chem* 20:1053-1058.

23. U.S. EPA. 2001. Workshop Report on the Application of 2,3,7,8-TCDD Toxicity Equivalence Factors to Fish and Wildlife. EPA/630/R-01/002. Office of Research and Development, Risk Assessment Forum, Washington, DC.

24. Ankley, G.T., Baker, J.P., Bradbury, S.P., Gleason, T.R., Henry, T.R., Heppell, S.S., Munns, W.R., Jr., Nichols, J.W., Schumaker, N.H., Trebitz, A.S. 2000. National Health and Environmental Effects Research Laboratory - Wildlife Research Strategy. U.S. Environmental Protection Agency, Office of Research and Development, Research Triangle Park, NC.

25. Peterson, R.E., Tanguay, R.L., Abnet, C.C., Hornung, M.W., Zabel, E.W., Andreasen, E.A., Henry, T.R., Guiney, P.D., Walker, M.K., Belair, C.D., Heideman, W., Pollenz, R.S., Spitsbergen, J.M., Cook, P.M. 1998. Fish as vertebrate models of dioxin toxicity. *Organohalogen Compounds*, 38:279-282, *Proceedings of Dioxin >98, 18th Symposium on Halogenated Environmental Organic Pollutants.*

26. Henry, T.R., Spitsbergen, J.M., Hornung, M.W., Abnet, C.C. and Peterson, R.E. 1997. Early life stage toxicity of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD) in zebrafish (*Danio rerio*). *Toxicol Appl Pharm* 142:56-68.

27. Henry, T.R. and Wallace, K.B. 1996. Differential mechanisms of cell killing by redox cycling and arylating quinones. *Arch Toxicol* 70:482-489.

28. Henry, T.R. and Wallace, K.B. 1995. The role of redox cycling versus arylation in quinone-induced mitochondrial dysfunction: A mechanistic approach in classifying reactive toxicants. *SAR QSAR Environ Res* 4:97-108.

29. Henry, T.R. and Wallace, K.B. 1995. Differential mechanisms of induction of the mitochondrial permeability transition by quinones of varying chemical reactivities. *Toxicol Appl Pharm* 134:195-203.

30. Henry, T.R., Solem, L.E., Wallace, K.B. 1995. Channel-specific induction of the cyclosporine A-sensitive mitochondrial permeability transition by menadione. *J Toxicol Environ Health* 45:489-504.

8/1/2019

U.S. EXHIBIT 511.0015

31. Saxena, K. Henry, T.R., Solem, L.E., Wallace, K.B. 1995. Enhanced induction of the mitochondrial permeability transition following acute menadione administration. *Arch Biochem Biophys* 317:79-84.

32. Solem, L.E., Henry, T.R. and Wallace, K.B. 1994. Disruption of mitochondrial calcium homeostasis following chronic doxorubicin administration. *Toxicol Appl Pharm* 129:214-222.

33. Bradbury, S.P., Carlson, R.W., Niemi, G.J., Henry, T.R. 1991. Use of respiratory cardiovascular responses of rainbow trout *(Onchorynchus mykiss)* in identifying acute toxicity syndromes in fish: Part 4. Central nervous system seizure agents. *Environ Toxicol Chem* 10:115-131.

34. Bradbury, S.P., Henry, T.R., Carlson, R.W. 1990. Fish acute toxicity syndromes in the development of mechanism specific QSARS. IN: *Practical Applications of Quantitative Structure Activity Relationships (QSARS) in Environmental Chemistry and Toxicology*. W. Karcher and J. DeVillers, Eds., pp. 295-315. Kluwer Academic Publishers, Dordrecht, The Netherlands.

35. Bradbury, S.P., Henry, T.R., Niemi, G.J., Carlson, R.W., Snarski, V.M. 1989. Use of respiratory-cardiovascular responses of rainbow trout *(Salmo gairdneri)* in identifying acute toxicity syndromes in fish: Part 3. Polar narcotics. *Environ Toxicol Chem* 8:247-261.

36. Bradbury, S.P., Carlson, R.W., Henry, T.R. 1989. Polar narcosis in aquatic organisms. IN: *Aquatic Toxicology and Hazard Assessment: Twelfth Symposium*. ASTM STP 1027. U.M. Cowgill and L.R. Williams, Eds., pp. 59-73. American Society for Testing and Materials, Philadelphia, PA.

37. Schmieder, P.K. and Henry, T.R. 1988. Plasma binding of n-butanol, phenol, nitrobenzene and pentachlorophenol in trout and rats. *Comp Biochem Physiol* 91C:413-419.

38. McKim, J.M., Schmieder, P.K., Niemi, G.J., Carlson, R.W., Henry, T.R. 1987. Use of respiratory-cardiovascular responses of rainbow trout *(Salmo gairdneri)* in identifying acute toxicity syndromes in fish: Part 2. Malathion, carbaryl, acrolein and benzaldehyde. *Environ Toxicol Chem* 6:313-328.

## ABSTRACTS

1. Henry, Tala R. 2017. Implementation of TSCA as Amended by the Frank R. Lauthenberg Chemical Safety for the 21st Century Act – Science Issues. *Society of Environmental Toxicology and Chemistry*. Minneapolis, MN, November 2107.

2. Babcock, A. and Henry, T.R. 2017. EPA Rules Under Amended TSCA: Prioritization Rule and Risk Evaluation Rule. *American Chemical Society*. Washington, DC, August 2017.

3. Henry, T.R., Schmit, R., Blair, S. Implementing Risk Assessment Provisions of the Toxic

16

U.S. EXHIBIT 511.0016

Substances Control Act (TSCA) as Amended by the Frank R. Lautenberg Chemical Safety for the 21st Century Act. *Society of Toxicology.* Baltimore, MD, March 2017.

4. Henry, T.R., Mayo, K., Lee, W., Selby-Mohamadu, Y. 2016. Overview of Risk Assessment under TSCA: New and Existing Chemicals. *American Chemical Society.* Philadelphia, PA, August 2016.

5. Henry, T.R., Camacho, I., Pagan-Rodriguez, D., Daiss, R., Gallagher, J., Eisenreich, K., Tobias, D., Laessig, S., Bjorkland, R., Mayo, K., Moss, K., Doa, M. 2016. U.S. New Chemicals Program: Approach to Read-Across for MWCNTs. *OECD Expert Meeting on Grouping and Read-Across for the Hazard Assessment of Manufactured Nanomaterials.* Brussels, Belgium, April 2016.

6. Henry, T.R. and Libelo, L. 2015. Assessment of Fluoro Compounds at USEPA. *FLUOROS 2015.* Denver, CO, July 2015. [Invited]

7. Henry, T.R., Scarano, L., Kim, A., Eisenreich, K. 2014. Challenges in Using Aquatic Test Data in Assessing Chemicals under the Toxic Substances Control Act. *Society of Environmental Toxicology and Chemistry.* Vancouver, Canada, November 2014. [Invited]

8. Escher, B., Brooks, B.W., Valenti, T.W., Embry, M., Henry, T.R. 2014. Experts Workshop on the Ecotoxicological Risk Assessment of Ionizable Organic Chemicals: Ecotoxicology. *Society of Environmental Toxicology and Chemistry.* Vancouver, Canada, November 2014. [Invited]

9. Henry, T.R., Anitole, K., Austin, K., Barone, S., Baier-Anderson, C., Benson, A., Camacho, I., Eisenreich, K., Laessing, S., Oxendine, S., Seed, J., Selby-Mohamadu, Y., Stedeford, T., Szilagyi, M., Townsend, M., Wong, E. 2014. Application of the Framework for Human Health Risk Assessment to Inform Decision Making in Conducting Chemical Risk Assessments under the Toxic Substances Control Act. *2015 Society for Risk Analysis.* Denver, CO, December 2014. [Invited]

10. Gimlin, P. and Henry, T. 2013. Regulatory Framework for Inadvertently Generated PCBs under the Toxic Substances Control Act. *American Chemical Society, 17th Annual Green Chemistry & Engineering Conference.* Bethesda, MD, June 2013. [Invited]

11. Lewandowski, T., Henry. T., Rusch, G., Votaw, J. 2011. Rountable: Reforming the Toxic Substances Control Act (TSCA): Challenges, Opportunities, Timing. *Society of Toxicology.* Washington, DC, March 2011. [Invited]

12. Dellarco, V., Henry, T., Kramek, N., McLain, J., Sayre, P., Seed, J., Bradbury, S. 2009. Strategic Direction and Application and of Computational Models, Omics and HTS Approaches for the Risk Assessment of Industrial and Pesticide Chemicals. *National Academy of Sciences Symposium On Toxicity Pathway-Based Risk Assessment.* Washington, DC, May 2009.

13. Henry, T. and Auer, C. Chemical Assessment and Management Program (ChAMP).

U.S. EXHIBIT 511.0017

*ChemCon Asia.* Kuala Lumpur, March 2009. [Invited]

14. van Wijk, D., Chenier, R., Henry, T., Hernando, M., Schulte, C. 2008. Development of guidance for integrating information on exposure as a result of direct releases and of long-range transport and adverse effect levels to assess the likelihood for significant adverse effects, *Society of Environmental Toxicology and Chemistry.* Tampa, FL, November 2008.

15. Henry, T., Mayo-Bean, K., Nabholz, J.V. U.S. EPA Use of QSAR and Category Approaches in Profiling Chemical Hazard of Industrial Chemicals, *The 13th International Workshop on QSARs in the Environmental Sciences.* Syracuse, NY, June 2008. [Invited]

16. Sonawane, M., Henry, T., Townsend, M., Hernandez, O. Screening-Level Hazard Characterization of High Production Volume Chemicals, *Society of Toxicology.* Seattle, WA, March 2008.

17. Szilagyi, M., Seed, J., Henry, T., Scarano, L., Nguyen, N., Locke, D., Fehrenbacher, C., Townsend, M., Hernandez, O. Development of Risk Characterizations under the U.S. High Production Volume (HPV) Challenge Program, *Society of Toxicology.* Seattle, WA, March 2008.

18. Henry, T.R., Cook, P., Cirone, P., DeVito, M., Duncan, B., Pepin, R., Schappelle, S., Wharton, S. Framework of Application of the Toxicity Equivalence Methodology for PCDDs, PCDFs, and PCBs in Ecological Risk Assessment, *Society of Environmental Toxicology and Chemistry.* Milwaukee, WI, November 2007.

19. Henry, T., Holmes, J. Utility of Genomics and High-Throughput Approaches for the Assessment of Industrial Chemicals and Pesticides, *Society of Environmental Toxicology and Chemistry.* Milwaukee, WI, November 2007. [Invited]

20. Suski, J., Northrop, R., Sonawane, M., Henry, T., Hernandez, O., Townsend, M. An Overview of U.S. EPA's High Production Volume Challenge Program, *Society of Environmental Toxicology and Chemistry.* Milwaukee, WI, November 2007.

21. Henry, T., Mayo-Bean, K., Nabholz, J.V, Sonawane, M., Hernandez, O. Computational Tools Used for Assessing Chemical Hazards and Risks in U.S. EPA's Office of Pollution Prevention and Toxics, *International Science Forum on Computational Toxicology.* Research Triangle Park, NC, May 2007.

22. Morris, J, Willis, J., Gallagher, K., Alwood, A., Bauer, D., Boethling, R, Brody, M., Burgin, D., Chow, F., Dreher, K., Fairbrother, A., Henry, T., Karn, B., Libelo, L., Lingle, S., Nabholz, J., Prothero, S., Savage, N., Sayre, P., Scalera, J., Schoepf, W., Street, A., Utterback, D., Williamson, T., Zepp, R. Nanotechnology: Environmental Decision Support Needs. *Society of Risk Analysis.* Baltimore, MD, December 2006.

23. Gallagher, K., Morris, J, Willis, J., Alwood, A., Bauer, D., Boethling, R, Brody, M., Burgin, D., Chow, F., Dreher, K., Fairbrother, A., Henry, T., Karn, B., Libelo, L., Lingle, S., Nabholz, J., Prothero, S., Savage, N., Sayre, P., Scalera, J., Schoepf, W., Street, A.,

Utterback, D., Williamson, T., Zepp, R. Nanotechnology: Environmental Opportunities and Challenges. *Society of Environmental Toxicology and Chemistry.* Montreal, Quebec, Canada, November 2006.

24. Sappington, K., Bennett, R., Henry, T. Development of a Framework for Tissue Residue-Based Water Quality Criteria at USEPA. *Society of Environmental Toxicology and Chemistry.* Montreal, Quebec, Canada, November 2006.

25. Henry, T.R., Cook, P., Burkhard, L., Endicott, D., Sappington, K., Winchester, E. U.S. EPA's Methodology for Developing National Bioaccumulation Factors. *Society of Environmental Toxicology and Chemistry.* Baltimore, MD, November 2005.

26. Thomson, B., Augspurger, T., Delos, C., Dillon, J., Dwyer, J., Erickson, R., Garrett, A., Henry, M., Henry, T., Huff, L., Johnson, C., Johnson-Hughes, C., Keating, J., Kubiak, T., Leutner, F., Mayer, F., Noguchi, G., Powell, D., Sobieck, S., Spehar, R., Swietlik, W., Tartara, C., Thomas, D. Overview of the Draft Methodology for Conducting Biological Evaluations of Aquatic Life Criteria. *Society of Environmental Toxicology and Chemistry.* Baltimore, MD, November 2005.

27. Bennett, R.S. and Henry, T.R. 2005. Approaches for Developing Tissue-based Criteria for Protection of Wildlife. *The Wildlife Society*, Madison, WI, September 2005.

28. Aquatic Life Criteria Guidelines Committee (Henry, T., primary author and presenter). Revising EPA's Guidelines for the Derivation of Aquatic Life Ambient Water Quality Criteria. *EPA Science Forum 2005: Collaboration Partnering to Protect Human Health and the Environment.* Washington, DC, May 2005.

29. Denny, J.S., Henry, T.R., Tapper, M.A., Hartig, P.C., and Schmieder, P.K. 2005. Chemical Binding To Engineered Rainbow Trout Estrogen Receptor (RtER) vs. Binding to RtER Isolated from Trout Liver. *Midwest Regional Society of Environmental Toxicology and Chemistry.* Madison, WI, April 2005.

30. Henry, T.R., Bell, H.E., Delos, C.G., Erickson, R.J., Kubena, K.M., Mayer, F.L., Sappington, K.G., and Stephan, C.E. 2004. Revising EPA's Guidelines for the Derivation of Aquatic Life Ambient Water Quality Criteria. *Society of Environmental Toxicology & Chemistry.* Portland, OR, November 2004.

31. Sappington, K.G. and Henry, T.R. 2004. Derivation of National Default Values of Lipid Fraction for Commonly Consumed Aquatic Organisms. *Society of Environmental Toxicology & Chemistry.* Portland, OR, November 2004.

32. Henry, T., Linton, T., Clement, W., McIntyre, D. and Abernathy, C. 2004. Updating U.S. EPA's Ambient Water Quality Criteria for Arsenic (As): Toxicity and Bioaccumulation. *Society of Toxicology.* Baltimore, MD, March 2004. *Toxicol Sci*

33. Henry, T., Burkhard, L., Cook, P., Sappington, K. and Winchester, E. 2003. Development of National Bioaccumulation Factors. *EPA Science Forum 2003: Partnering to Protect Human*

U.S. EXHIBIT 511.0019

*Health and the Environment.* Washington, DC, May 6-8, 2003.

34. Schmieder, P., Henry, T., Denny, J., Tapper, M., Kolanczyk, R., Sheedy, B., Hornung, M. and Veith, G. 2003. How Toxicity Pathways Become Virtual Screening Models. *EPA Science Forum 2003: Partnering to Protect Human Health and the Environment.* Washington, DC, May 6-8, 2003.

35. Denny, J.S. and Henry, T.R. 2003. Relative binding affinity of endocrine disrupting chemicals to estrogen receptor in two species of freshwater fish. *Society of Toxicology.* Salt Lake City, UT, March 2003. *Toxicol Sci* 72(1-S).

36. Henry, T.R., Denny, J.S., Tapper, M.A., Nedyalkova, Z., Mekenyan, O. and Schmieder, P.K. 2002. Inter-species comparisons and SAR modeling of estrogenicity using rainbow trout ER binding data. *Society of Environmental Toxicology and Chemistry.* Salt Lake City, UT, November 2002. [Invited]

37. Lazorchak, J.M., McCormick, F.H., Henry, T.R., Herlihy, A., Grimmett, P., Loebker, R.E., Hinners, T.A. 2002. Regional distribution of contaminants in whole fish from streams and rivers in the Mid-Atlantic States. *Society of Environmental Toxicology and Chemistry.* Salt Lake City, UT, November 2002.

38. Carney, S., Serrano, J., Schmieder, P.K. and Henry, T.R. 2002. Relationship of the single-electron potential of quinones to their ability to undergo redox cycling mediated by rainbow trout microsomal flavoproteins. *Society of Toxicology.* Nashville, TN, March 2002. *Toxicol Sci* 66(1-S):61.

39. Tapper, M.A., Kolanczyk, R., Denny, J., Henry, T.R. and Schmieder P.K. 2002. Effects of cytosolic conversion of estrone to estradiol on rainbow trout ER binding affinity. *Society of Toxicology.* Nashville, TN, March 2002. *Toxicol Sci* 66(1-S):256.

40.

41. Henry, T.R., Denny, J.S. and Schmieder, P.K. Relative binding affinity of alkylphenols to rainbow trout estrogen receptor. *Society of Toxicology.* San Francisco, CA, March 2001. *Toxicol Sci* 60 (Suppl):164.

42. McCormick, F.H., Lazorchak, J.M., Henry, T.R., Bradbury, S.P., Yeardley, R.B. Assessing fish tissue contamination on a regional scale. *International Congress on Ecosystem Health.* Sacramento, CA, August, 1999.

43. Henry, T.R., Hornung, M.W., Denny, J.S., Tapper, M., Sheedy, B.R., Schmieder, P.K. An *in vitro* approach for screening for environmental endocrine disruptors in rainbow trout. *Gordon Conference on Environmental Endocrine Disruptors.* Plymouth, NH, June 2000.

44. Henry, T.R. and Bennett, R.S. Fish tissue residue-based wildlife values for piscivorous wildlife: chlordane, DDT, dieldrin, endrin, hexachlorobenzene, mercury and PCBs. *Midwest Regional Society of Environmental Toxicology and Chemistry.* Bloomington, MN, April 2000.

20

U.S. EXHIBIT 511.0020

45. Bennett, R.S., Ankley, G.T., Baker, J.P., Bradbury, S.P., Gleason, T.R., Henry, T.R., Heppell, S.S., Munns, W.R., Jr., Nichols, J.W., Schumaker, N.H., Trebitz, A.S. Improving predictability of wildlife risk assessments. Midwest Regional *Society of Environmental Toxicology and Chemistry*. Bloomington, MN, April 2000.

46. Denny, J.S., Henry, T.R., Schmieder, P.K. Non-mammalian estrogenicity screen: rainbow trout estrogen receptor binding. *Midwest Regional Society of Environmental Toxicology and Chemistry*. Bloomington, MN, April 2000.

47. Henry, T.R., Denny, J.S., Schmieder, P.K. Non-mammalian estrogenicity screen: rainbow trout estrogen receptor binding. *Society of Toxicology*. Philadelphia, PA, March 2000. *Toxicol Sci* 54(Suppl):326.

48. Schmieder, P.K., Ankley, G.T., Henry, T.R., Hornung, M.W. An *in vitro* screening approach for environmental estrogens: from receptor to tissue. *Society of Environmental Toxicology and Chemistry*. Philadelphia, PA, November, 1999.

49. Henry, T.R. and Bradbury, S.P. Derivation of Tissue-Based Toxicity Reference Values (TRVs) for Chlordane, DDT, Dieldrin, Endrin, Hexachlorobenzene, Mercury and PCBs for Piscivorous Wildlife. *American Chemical Society*. New Orleans, LA, August 1999.

50. Henry, T.R., Johnson, R.D., Lothenbach, D.B., Schmieder, P.K. Autofluorescence in primary rainbow trout hepatocytes interferes with measurement of oxidative activity via the exogenous probe, DCF, but provides intrinsic measure of cellular oxidative state. *Society of Toxicology*. New Orleans, LA, March 1999.

51. Hornung, M.W., Tapper, M.A., Korte, J.J., Denny, J.S., Pasha, M.S., Henry, T.R., Schmieder, P.K., Ankley, G.T. Development of a Multi-level Environmental Estrogen Screen in Rainbow Trout. *Midwest Regional Society of Environmental Toxicology and Chemistry*. LaCrosse, WI, March, 1999.

52. Henningsen, G.M., Roy, R., Bradbury, S., Henry, T., Hoff, D.J. Dioxin analyses for ecological risk assessments: scientific approach and practical considerations. *Society of Environmental Toxicology and Chemistry*. Charlotte, SC, November, 1998.

53. Peterson, R.E., Henry, T.R., Hornung, M.W., Guiney, P.D., Abnet, C.C., Andreasen, E.A., Tanguay, R.L., Belair, C.D., Heideman, W. The developmental toxicity of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin in rainbow trout and zebrafish. *NIEHS Workshop on Unique Marine/Freshwater Models for Environmental Health Research*. NIEHS, Research Triangle Park, NC, April 1998.

54. Henry, T.R., Nesbit, D.J., Peterson, R.E. Toxic equivalency factors for polychlorinated dibenzo-p-dioxins, dibenzofurans and biphenyls in zebrafish liver cells. *Society of Environmental Toxicology and Chemistry*. Washington, DC, November 1996.

55. Henry, T.R., Heideman, W., Peterson, R.E. Early life stage toxicity of 2,3,7,8-tetrachloro-*p*-dioxin (TCDD) in zebrafish (*Danio rerio*). *Cold Spring Harbor Laboratory Symposium:*

8/1/2019

*Zebrafish Development and Genetics.* Cold Spring Harbor, NY, April 1996.

56. Henry, T.R., Miller, L.M., Peterson, R.E. Early life stage toxicity of 2,3,7,8-tetrachloro-*p*-dioxin (TCDD) in zebrafish (*Danio rerio*). *Midwest Regional Society of Environmental Toxicology and Chemistry.* Duluth, MN, April 1996.

57. Wallace, K.B., Henry, T.R., Solem, L.E., Palmeira, C.M.M. Quinone-induced interference with mitochondrial calcium regulation. Symposium on Mitochondrial-Mediated Cell Death. *Society of Toxicology.* Anaheim, CA, March, 1996. *Fund Appl Toxicol (Suppl)* 30:221.

58. Henry, T.R., Hornung, M.W., Abnet, C.C., Peterson, R.E. Early life stage toxicity of 2,3,7,8-tetrachloro-*p*-dioxin (TCDD) in zebrafish (*Danio rerio*). *Society of Environmental Toxicology and Chemistry.* Vancouver, British Columbia, Canada, November 1995.

59. Henry, T.R., Palmeira, C.M., Wallace, K.B. Differential mechanisms of cell killing by redox cycling and arylating quinones. *Society of Toxicology.* Baltimore, MD, March 1995. *The Toxicologist* 15:155.

60. Palmeira, C.M., Henry, T.R., Moreno, A.J., Madeira, V.M.C., Wallace, K.B. Measurement of mitochondrial membrane potential in isolated hepatocytes: a new approach. *Society of Toxicology.* Baltimore, MD, March 5-9, 1995. *The Toxicologist* 15:156.

61. Henry, T.R. and Wallace, K.B. The role of redox cycling versus arylation in quinone-induced mitochondrial dysfunction. *Sixth International Workshop on Quantitative Structure Activity Relationships (QSAR) in Environmental Sciences.* Belgirate, Italy, September 1994.

62. Henry, T.R. and Wallace, K.B. Redox cycling versus arylation in quinone-induced loss of mitochondrial calcium homeostasis. *Society of Toxicology.* Dallas, TX, March 1994. *The Toxicologist* 14:614.

63. Saxena, K., Henry, T.R., Wallace, K.B. Effects of *in vivo* menadione on mitochondrial respiration and calcium homeostasis. *Society of Toxicology.* Dallas, TX, March 13-17, 1994. *The Toxicologist* 14:617.

64. Henry, T.R. and Wallace, K.B. Selective stimulation of cyclosporine A-sensitive calcium release from mitochondria by menadione. *Workshop on New Perspectives in Mitochondrial Research. Satellite Meeting to the 2nd International Union of Biochemistry and Molecular Biology Conference on Biochemistry of Cell Membranes.* Padova, Italy, September 1993.

65. Henry, T.R. and Wallace, K.B. Calcium channel-specific effects of menadione in rat liver mitochondria. *Society of Toxicology.* New Orleans, LA, March 1993. *The Toxicologist* 13:1626.

66. Bradbury, S.P., Henry, T.R., Carlson, R.W., Snarski, V. Further assessment of fish acute toxicity syndromes. *Society of Environmental Toxicology and Chemistry.* Pensacola, FL, November 1987.

67. Henry, T.R. and Schmieder, P.K. Plasma binding of n-butanol, phenol, nitrobenzene and

22

U.S. EXHIBIT 511.0022

pentachlorophenol in trout and rats. *Lake Superior Biological Conference.* Duluth, MN, September 1987.

## INVITED PRESENTATIONS

TSCA: Three Years Later: Science Policy Issues. *Environmental Law Institute, Bergeson & Campbell, P.C., and the George Washington University Milken Institute School of Public Health Co-Sponsored Conference.* June 2019.

Risk Management under the Toxic Substances Control Act. *Helsinki Chemicals Forum.* May 2019.

Toxic Substances Control Act – Update on Implementation of 2016 Amendments. *Society for Chemical Hazard Communication.* September 2018.

Invited Expert Panelist. Priority Setting of Chemicals - Potential for Harmonisation and Synergies. *Helsinki Chemicals Forum.* June 2018.

Overview of Amendments to TSCA: Risk Assessment Focus. *Department of Environmental Science & Technology, University of Maryland.* College Park, MD, April 2018.

TSCA Workshop: Section 6: Pragmatic Tools Section. *Global Chem.* Washington, DC, February, 2018.

Toxic Substances Control Act: Prioritization and Risk Evaluation Rules Overview. *ChemCon The Americas.* New Orleans, LA, February, 2018.

TSCA Reform and EPA Requirements in Evaluation of Risk-Based Safety in Consideration of Vulnerable Populations. *Genetics and Environmental Mutagen Society.* Research Triangle Park, NC, November, 2017.

Advancing Risk Assessment methods and Practices in the Implementation of TSCA. *National Capitol Area Chapter of the Society of Toxicology.* Washington, DC, October 2017.

EPA TSCA Update. *NSF Council of Public Health Consultants.* Ann Arbor, MI, October, 2017.

Susceptible Subpopulationa and New Chemicals Risk Assessment. *National Tribal Toxics Council Fall Meeting*, via webinar, August 2017.

First 10 Chemical Risk Evaluations under TSCA. *Children's Health Protection Advisory Committee.* Washington, DC, July 2017.

Requirements for the Prioritization and Risk Evaluation Process. *Toxicology Forum.* Annapolis, MD, July 2017.

Scoping Documents for Ten Work Plan Chemicals. *National Tribal Toxics Council Monthly Meeting*, via webinar, July, 2017.

8/1/2019

U.S. EXHIBIT 511.0023

Keynote Address: Implementation of TSCA as Amended by the Frank R. Lautenberg Chemical Safety for the 21st Centry Act. *Chesapeake-Potomac Regional Chapter of the Society of Environmental Toxicology and Chemistry.* Annapolis, MD, April 2017.

National Academy of Sciences – BEST Meeting, Washington, DC, April 2017.

Tribal Exposures in Risk Evaluations Under TSCA. *National Tribal Toxics Council Monthly Meeting*, via webinar, April, 2017.

Implementation of TSCA as amended by the Frank R. Lautenberg Chemical Safety for the 21st Century Act. *University of Michigan School of Public Health & Wayne State Health Equity at Industrial Scale: Lautenberg Chemical Safely Act Conference.* Ann Arbor, MI, March, 2017.

Regulatory Cooperation Council – Chemicals Management Work Plan Update. *Global Chem.* Washington, DC, February, 2017.

Overview of Risk Assessment under TSCA: New and Existing Chemicals. 2016. *Department of Environmental Science & Technology, University of Maryland.* College Park, MD, April 2016.

Regulatory Cooperation Council – Chemicals Management Work Plan Update. 2016. *U.S. Council for International Business.* Washington, DC, April 2016.

US New Chemicals Program: Approach to Read-Across for MWCNTs. *OECD Expert Meeting on Grouping and Read Across for Nanomaterials.* Brussels, Belgium, April 2016.

Chemical Risk Assessment in EPA's Office of Pollution Prevention and Toxics. *USGS Patuxent Wildlife Research Center – Science Strategy Planning Workshop.* Beltsville, MD, November 2015.

Risk Assessment and Management of Fluoro Compounds at USEPA. 2015. *FLUOROS 2015.* Denver, CO, July 2015.

Invited Expert Panelist. *International Council of Chemical Association's (ICCA) Long-Range Research Initiative (LRI) Workshop on What Will Work? Application of New Approaches for Chemical Safety Assessment.* New Orleans, LA, June 2015.

USEPA's Chemical Assessments under the Toxic Substances Control Act: Applications of Weight of Evidence. *Society of Environmental Toxicology and Chemistry International Programs Committee Symposium, Application of Weight-of-Evidence in Risk-Based Ecological Assessment Frameworks,* SETAC-Europe, Barcelona, Spain, May 2015

Overview of Risk Assessmnt and Factors to Consider for Differing Regulatory Programmes. *Organization for Economic Cooperation and Development (OECD) Expert Workshop on Categorization of Manufactured Nanomaterials.* Crystal City, VA, September 2014.

Overview of the Final TCE Work Plan Risk Assessment. *EPA Workshop on Alternatives and*

U.S. EXHIBIT 511.0024

*Risk Reduction Approaches to Trichloroethylene (TCE) Use as a Degreaser.* Washington, DC, July 2014.

Testing of "Difficult-to-Test" PMN Chemical Substances/Mixtures. *U.S. EPA Workshop on Ecotoxicity Testing of "Difficult to Test" Substances in the Aquatic Environment: Evaluation and Testing of Poorly Water-Soluble Substances.* Crystal City, VA, September 2014.

EPA's TSCA Risk Assessment Program. *GlobalChem 2014.* Baltimore, MS, February 2014.

U.S. EPA's PCB Regulatory Program – Overview. *ECOS Cross-Media Committee Meeting.* Colorado Springs, CO, August 2012

U.S. EPA's Phthalates Action Plan, *Design for the Environment Program: Partnership on Alternatives to Certain Phthalates Kick-off Meeting.* Washington, DC, August 2011.

Global Regulation and Activities Related to HBCD, *Design for the Environment Program: Partnership on Flame Retardant Alternatives to HBCD Kick-off Meeting.* Washington, DC, April 2011.

Society of Toxicology Roundtable: Reforming the Toxic Substances Control Act (TSCA): Challenges, Opportunities, Timing. *Society of Toxicology.* Washington, DC, March 2011.

Chemical Assessment and Management Program (ChAMP). *ChemCon Asia.* Kuala Lumpur, Malaysia, March 2009.

Workshop on U.S. EPA's Chemical Assessment and Management Program (ChAMP). *Ministry of Environment Japan.* Tokyo, Japan, February 2009.

Chemical Assessment and Management Program (ChAMP). *Joint Meeting of the Association of Waste Management & American Institute of Chemical Engineer.* Pittsburgh, PA, January 2009.

Utility of Genomics and High-Throughput Approaches for the Assessment of Industrial Chemicals and Pesticides. *Society of Environmental Toxicology and Chemistry.* Milwaukee, WI, November 2007.

U.S. EPA QSAR and Expert System Tools for Predicting Toxicity. *Cal/EPA Symposium.* Sacramento, California, October 2007.

U.S. EPA Experiences Using Category Approaches. *International QSAR Foundation – McKim Conference.* Duluth, MN, September 2007.

U.S. EPA's Methodology for Developing National Bioaccumulation Factors. *Society of Environmental Toxicology and Chemistry.* Baltimore, MD, November 2005.

Inter-species comparisons and SAR modeling of estrogenicity using rainbow trout ER binding data. *Society of Environmental Toxicology and Chemistry.* Salt Lake City, UT, November 2002.

U.S. EXHIBIT 511.0025

Integrating Scientific Analysis, Science Policy & Risk Management: The National Water Quality Criteria Program. *Meeting of the Association for Science in the Public Interest.* Fairfax, VA, 2003.

Inter-species comparisons and SAR modeling of estrogenicity using rainbow trout ER binding data. *Society of Environmental Toxicology and Chemistry*, Salt Lake City, UT, November 2002.

Effects of Non-Dioxin-Like PCBs in Wildlife. *USEPA ORD/OSWER Scientist-to-Scientist Meeting.* Chicago, IL, December 4-5, 2002.

Bioassays: Development, Application, Use of Results. *USEPA ORD/Regional Workshop on Endocrine Disruptors.* Atlanta, GA, May 1-3, 2001.

Bioassays for Identification of Endocrine-Disrupting Chemicals in Fish. *USEPA ORD/Regional Workshop on Endocrine Disruptors.* Atlanta, GA, May 1-3, 2001.

Toxicity Equivalence Approach for Assessing Complex Mixtures. *USEPA Regional Risk Assessor's Annual Meeting.* Snowmass, CO, June 8, 2000.

Development of Screening Tools for Endocrine Disruptor Activity in Ecological Receptors. *USEPA Regional Risk Assessor's Annual Meeting.* Seattle, WA, May 5, 2000.

Application of WHO Toxic Equivalency Factors for Polychlorinated Dioxins, Furans and Biphenyls in Ecological Risk Assessment. *OSWER Ecological Risk Assessment Forum Annual Workshop.* Potomac, MD, January 11-15, 1999.

Introduction to Ecological Risk Assessment. *EPA-Region VIII and State of Utah Training Course.* Salt Lake City, UT. September 29, 1997.
Introduction to Ecological Risk Assessment. *EPA-Region VIII and State of Colorado Training Course.* Denver, CO, September 25, 1997.

Region 8 RCRA Ecological Risk Assessments: Requirements, Recommendations and Reality. *Tri-Services Ecological Risk Assessment Workgroup Meeting.* Colorado Springs, CO, August 27, 1997.

Risk Assessment and Risk Communication. *EPA Region 8 Environmental Institute for Teachers.* Denver, CO, July 11-20, 1997.

8/1/2019

U.S. EXHIBIT 511.0026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO.____511_____

Date
Admitted:_____

By:_____

Angella Meuleman, Deputy Clerk