OMB No. 0925-0001/0002 (Rev. 08/12 Approved Through 8/31/2015)

CV

# BIOGRAPHICAL SKETCH
Provide the following information for the Senior/key personnel and other significant contributors.

Follow this format for each person. DO NOT EXCEED FIVE PAGES.

U.S. EXHIBIT 643
Food & Water v. EPA
3:17-cv-02162-EMC

NAME: Thayer, Kristina

POSITION TITLE: Integrated Risk Information System (IRIS) Division Director

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Pennsylvania State University, State College, PA | BS | 05/1992 | Psychology |
| University of Missouri – Columbia, Columbia, MO (includes 1.5 year internship at World Wildlife Fund working with Theo Colborn, PhD) | PHD | 06/1999 | Biological Sciences |

## A. POSITIONS AND HONORS

### Positions and Employment

| | |
|---|---|
| 1998 - 1999 | Senior Fellow, Wildlife and Contaminants Program, World Wildlife Fund (WWF) |
| 1999 - 2001 | Postdoctoral Researcher, Department of Anatomy, University of California – San Francisco (UCSF), San Francisco, CA |
| 2001 - 2002 | Senior Scientist, Wildlife and Contaminants Program, World Wildlife Fund (WWF), Washington DC |
| 2002 - 2003 | Senior Scientist, Environmental Working Group (EWG), Washington DC |
| 2003 - 2006 | Staff Scientist, Office of Liaison and Scientific Review, NIEHS/NTP, Research Triangle Park, NC |
| 2006 - 2007 | Deputy Director, Office of Risk Assessment Research, NIEHS/NTP, Research Triangle Park, NC |
| 2007 - 2009 | Staff Scientist, Center for the Evaluation of Risk to Human Reproduction (CERHR), NIEHS/NTP, Research Triangle Park, NC |
| 2009 - 2010 | Director, Center for the Evaluation of Risks to Human Reproduction (CERHR), NIEHS/NTP, Research Triangle Park, NC |
| 2010 - 2017 | Director, Office of Health Assessment and Translation (OHAT), NIEHS/NTP, Research Triangle Park, NC |
| 2015 - 2017 | Deputy Division Director of Analysis, DNTP |
| 2017 - | IRIS Division Director, EPA (ORD/NCEA/IRIS) https://www.epa.gov/iris |

### Honors

EPA STAR Graduate Student Fellowship 1996-1999: "Low-Dose Reproductive Effects Resulting From Prenatal Exposure to Estrogen"

World Wildlife Fund (WWF) Graduate Student Internship 1998-1999: Wildlife and Contaminants Program

NIH National Research Service Award (NRSA) as a post-doctoral fellow at UCSF (1999-2001)

1



Updated May 2019

Fellow, Collegium Ramazzini (2015)

## B. PUBLICATIONS

### Journal Publications

1. Beller E, Clark J, Tsafnat G, Adams C, Diehl H, Lund H, et al. 2018. Making progress with the automation of systematic reviews: Principles of the international collaboration for the automation of systematic reviews (icasr). Systematic reviews 7:77.
2. Lalu MM, Fergusson DA, Cheng W, Avey MT, Corbett D, Dowlatshahi D, et al. 2019. Identifying stroke therapeutics from preclinical models: A protocol for a novel application of network meta-analysis. F1000Research 8:11.
3. Lam J, Howard BE, Thayer K, Shah RR. 2019. Low-calorie sweeteners and health outcomes: A demonstration of rapid evidence mapping (rem). Environment international 123:451-458.
4. Morgan RL, Florez I, Falavigna M, Kowalski S, Akl EA, Thayer KA, et al. 2018. Development of rapid guidelines: 3. Gin-mcmaster guideline development checklist extension for rapid recommendations. Health Res Policy Syst 16:63.
5. Morgan RL, Thayer KA, Santesso N, Holloway AC, Blain R, Eftim SE, et al. 2018. Evaluation of the risk of bias in non-randomized studies of interventions (robins-i) and the 'target experiment' concept in studies of exposures: Rationale and preliminary instrument development. Environment international 120:382-387.
6. Morgan RL, Whaley P, Thayer KA, Schunemann HJ. 2018. Identifying the peco: A framework for formulating good questions to explore the association of environmental and other exposures with health outcomes. Environment international 121:1027-1031.
7. Morgan RL, Thayer KA, Santesso N, Holloway AC, Blain R, Eftim SE, et al. 2019. A risk of bias instrument for non-randomized studies of exposures: A users' guide to its application in the context of grade. Environment international 122:168-184.
8. O'Connor AM, Tsafnat G, Gilbert SB, Thayer KA, Shemilt I, Thomas J, et al. 2019. Still moving toward automation of the systematic review process: A summary of discussions at the third meeting of the international collaboration for automation of systematic reviews (icasr). Systematic reviews 8:57.
9. Walker VR, Boyles AL, Pelch KE, Holmgren SD, Shapiro AJ, Blystone CR, et al. 2018. Human and animal evidence of potential transgenerational inheritance of health effects: An evidence map and state-of-the-science evaluation. Environment international 115:48-69.
10. Hooijmans, C. R., R. B. M. de Vries, M. Ritskes-Hoitinga, M. M. Rovers, M. M. Leeflang, J. IntHout, K. E. Wever, L. Hooft, H. de Beer, T. Kuijpers, M. R. Macleod, E. S. Sena, G. Ter Riet, R. L. Morgan, K. A. Thayer, A. A. Rooney, G. H. Guyatt, H. J. Schunemann, M. W. Langendam and G. W. Group Facilitating healthcare decisions by assessing the certainty in the evidence from preclinical animal studies. *PloS one* 2018, 13(1):e0187271.
11. Cuello, C. A., R. L. Morgan, J. Brozek, N. Santesso, J. Verbeek, K. Thayer, G. Guyatt and H. J. Schunemann (2018). "A Scoping Review and Survey Provides the Rationale, Perceptions, and Preferences for the Integration of Randomized and Non-Randomized Studies in Evidence Syntheses and GRADE Assessments." J Clin Epidemiol.
12. O'Connor, A. M., G. Tsafnat, S. B. Gilbert, K. A. Thayer and M. S. Wolfe (2018). "Moving toward the automation of the systematic review process: a summary of discussions at the second meeting of International Collaboration for the Automation of Systematic Reviews (ICASR)." Syst Rev 7(1): 3.
13. Schunemann, H. J., C. Cuello, E. A. Akl, R. A. Mustafa, J. J. Meerpohl, K. Thayer, R. L. Morgan, G. Gartlehner, R. Kunz, S. V. Katikireddi, J. Sterne, J. P. Higgins and G. Guyatt (2018). "GRADE Guidelines: 18. How ROBINS-I and other tools to assess risk of bias in non-randomized studies should be used to rate the certainty of a body of evidence." J Clin Epidemiol.

14. Rosofsky A, Janulewicz P, Thayer KA, McClean M, Wise LA, Calafat AM, Mikkelsen EM, Taylor KW, Hatch EE: Exposure to multiple chemicals in a cohort of reproductive-aged Danish women. *Environmental Research* 2017, 154:73-85.
15. Malloy, T. F., V. M. Zaunbrecher, C. M. Batteate, A. Blake, W. F. Carroll, Jr., C. J. Corbett, S. F. Hansen, R. J. Lempert, I. Linkov, R. McFadden, K. D. Moran, E. Olivetti, N. K. Ostrom, M. Romero, J. M. Schoenung, T. P. Seager, P. Sinsheimer and K. A. Thayer. Advancing Alternative Analysis: Integration of Decision Science. *Environmental health perspectives* 2017, 125(6):066001.
16. Malloy, T., V. Zaunbrecher, E. Beryt, R. Judson, R. Tice, P. Allard, A. Blake, I. Cote, H. Godwin, L. Heine, P. Kerzic, J. Kostal, G. Marchant, J. McPartland, K. Moran, A. Nel, O. Ogunseitan, M. Rossi, K. Thayer, J. Tickner, M. Whittaker and K. Zarker: Advancing alternatives analysis: The role of predictive toxicology in selecting safer chemical products and processes. *Integrated environmental assessment and management* 2017, 13(5):915-925.
17. Karystianis G, Thayer K, Wolfe M, Tsafnat G: Evaluation of a rule-based method for epidemiological document classification towards the automation of systematic reviews. *Journal of biomedical informatics* 2017, 70:27-34.
18. Grau-Pérez M, Kuo C-C, Spratlen M, Thayer KA, Mendez MA, Hamman RF, Dabelea D, Adgate JL, Knowler WC, Bell RA *et al*: The Association of Arsenic Exposure and Metabolism With Type 1 and Type 2 Diabetes in Youth: The SEARCH Case-Control Study. *Diabetes Care* 2016.
19. Cimino AM, Boyles AL, Thayer KA, Perry MJ: Effects of Neonicotinoid Pesticide Exposure on Human Health: A Systematic Review. *Environmental health perspectives* 2016.
20. Vandenberg L, Ågerstrand M, Beronius A, Beausoleil C, Bergman A, Bero L, Bornehag C, Boyer C, Cooper G, Cotgreave I, Gee D, Grandjean P, Guyton K, Hass U, Heindel J, Jobling S, Kidd K, Kortenkamp A, Macleod M, Martin O, Norinder U, Scheringer M, Thayer KA, Toppari J, Whaley P, Woodruff T, Rudén C. 2016. A proposed framework for the systematic review and integrated assessment (SYRINA) of endocrine disrupting chemicals. Environmental Health 15(74):DOI 10.1186/s12940-12016-10156-12946.
21. Thayer KA, Taylor KW, Garantziotis S, Schurman SH, Kissling GE, Hunt D, Herbert B, Church R, Jankowich R, Churchwell MI, Scheri RC, Birnbaum LS, Bucher JR. 2016. Bisphenol A, Bisphenol S, and 4-Hydroxyphenyl 4-Isprooxyphenylsulfone (BPSIP) in Urine and Blood of Cashiers. Environ Health Perspect. 124(4):437-444.
22. Thayer KA, Schunemann HJ. 2016. Using GRADE to respond to health questions with different levels of urgency. Environment international 92-93:585-589.
23. Thayer KA, Pelch KE, Birnbaum LS, Bucher JR. 2016. Bisphenols: More unnecessary surprises. Endocrine Disruptors 4(1):e1131032.
24. Rooney AA, Cooper GS, Jahnke GD, Lam J, Morgan RL, Boyles AL, Ratcliffe JM, Kraft AD, Schunemann HJ, Schwingl P, Walker TD, Thayer KA, Lunn RM. 2016. How credible are the study results? Evaluating and applying internal validity tools to literature-based assessments of environmental health hazards. Environment international 92-93:617-629.
25. Morgan RL, Thayer KA, Bero L, Bruce N, Falck-Ytter Y, Ghersi D, Guyatt G, Hooijmans C, Langendam M, Mandrioli D, Mustafa RA, Rehfuess EA, Rooney AA, Shea B, Silbergeld EK, Sutton P, Wolfe MS, Woodruff TJ, Verbeek JH, Holloway AC, Santesso N, Schunemann HJ. 2016. GRADE: Assessing the quality of evidence in environmental and occupational health. Environment international 92-93:611-616.
26. Howard BE, Phillips J, Miller K, Tandon A, Mav D, Shah MR, Holmgren S, Pelch KE, Walker V, Rooney AA, Macleod M, Shah RR, Thayer KA. 2016. SWIFT-Review: a text-mining workbench for systematic review. Systematic reviews 5(1):87.
27. Cote I, Andersen ME, Ankley GT, Barone S, Birnbaum LS, Boekelheide K, Bois FY, Burgoon LD, Chiu WA, Crawford-Brown D, Crofton KM, DeVito M, Devlin RB, Edwards SW, Guyton KZ, Hattis D, Judson RS, Knight D, Krewski D, Lambert J, Maull EA, Mendrick D, Paoli GM, Patel CJ, Perkins EJ, Poje G, Portier CJ, Rusyn I, Schulte PA, Simeonov A, Smith MT, Thayer KA, Thomas RS,

Thomas R, Tice RR, Vandenberg JJ, Villeneuve DL, Wesselkamper S, Whelan M, Whittaker C, White R, Xia M, Yauk C, Zeise L, Zhao J, DeWoskin RS. 2016. The next generation of risk assessment multiyear study- Highlights of findings, applications to risk assessment and future directions. Environ Health Perspect..

28. Boyles AL, Yetley EA, Thayer KA, Coates PM. 2016. Safe use of high intakes of folic acid: research challenges and paths forward. Nutrition reviews 74(7):469-474.
29. Auerbach S, Filer D, Reif D, Walker V, Holloway AC, Schlezinger J, Srinivasan S, Svoboda D, Judson R, Bucher JR, Thayer KA. 2016. Prioritizing environmental chemicals for obesity and diabetes outcomes research: A screening approach using ToxCast high throughput data. Environ Health Perspect..
30. Thayer KA, Doerge DR, Hunt D, Schurman SH, Twaddle NC, Churchwell MI, Garantziotis S, Kissling GE, Easterling MR, Bucher JR, Birnbaum LS. 2015. Pharmacokinetics of bisphenol A in humans following a single oral administration. Environment international 83:107-115.
31. Levine KE, Young DJ, Afton SE, Harrington JM, Essader AS, Weber FX, Fernando RA, Thayer KA, Hatch EE, Robinson VG, Waidyanatha S. 2015. Development, validation, and application of an ultra-performance liquid chromatography-sector field inductively coupled plasma mass spectrometry method for simultaneous determination of six organotin compounds in human serum. Talanta 140:115-121.
32. Grossman E, Vandenberg LN, Thayer KA, Birnbaum LS. 2015. Theodora (Theo) Colborn: 1927-2014. Environ Health Perspect. 123(3):A54.
33. Thayer KA, Wolfe MS, Rooney AA, Boyles AL, Bucher JR, Birnbaum LS. 2014. Intersection of systematic review methodology with the NIH reproducibility initiative. Environ Health Perspect. 122(7):A176-177.
34. Taylor KW, Hoffman K, Thayer KA, Daniels JL. 2014. Polyfluoroalkyl chemicals and menopause among women 20-65 years of age (NHANES). Environ Health Perspect. 122(2):145-150.
35. Rooney AA, Boyles AL, Wolfe MS, Bucher JR, Thayer KA. 2014. Systematic review and evidence integration for literature-based environmental health science assessments. Environ Health Perspect. 122(7):711-718.
36. Murray HE, Thayer KA. 2014. Implementing systematic review in toxicological profiles: ATSDR and NIEHS/NTP collaboration. Journal of environmental health 76(8):34-35.
37. Filer D, Patisaul HB, Schug T, Reif D, Thayer KA. 2014. Test driving ToxCast: endocrine profiling for 1858 chemicals included in phase II. Current opinion in pharmacology 19:145-152.
38. Taylor KW, Novak RF, Anderson HA, Birnbaum LS, Blystone C, Devito M, Jacobs D, Kohrle J, Lee DH, Rylander L, Rignell-Hydbom A, Tornero-Velez R, Turyk ME, Boyles AL, Thayer KA, Lind L. 2013. Evaluation of the association between persistent organic pollutants (POPs) and diabetes in epidemiological studies: a national toxicology program workshop review. Environ Health Perspect. 121(7):774-783.
39. Schug TT, Abagyan R, Blumberg B, Collins TJ, Crews D, DeFur PL, Dickerson SM, Edwards TM, Gore AC, Guillette LJ, Hayes T, Heindel JJ, Moores A, Patisaul HB, Tal TL, Thayer KA, Vandenberg LN, Warner J, Watson CS, Saal FS, Zoeller RT, O'Brien KP, Myers JP. 2013. Designing endocrine disruption out of the next generation of chemicals. Green chemistry : an international journal and green chemistry resource : GC 15(1):181-198.
40. Navas-Acien A, Maull EA, Thayer KA. 2013. Arsenic and diabetes: Navas-Acien et al. Respond. Environ Health Perspect. 121(3):A71-72.
41. Kuo CC, Moon K, Thayer KA, Navas-Acien A. 2013. Environmental chemicals and type 2 diabetes: an updated systematic review of the epidemiologic evidence. Current diabetes reports 13(6):831-849.
42. Birnbaum LS, Thayer KA, Bucher JR, Wolfe MS. 2013. Implementing systematic review at the National Toxicology Program: status and next steps. Environ Health Perspect. 121(4):A108-109.

Updated May 2019

U.S. EXHIBIT 643.0004

43. Behl M, Rao D, Aagaard K, Davidson TL, Levin ED, Slotkin TA, Srinivasan S, Wallinga D, White MF, Walker VR, Thayer KA, Holloway AC. 2013. Evaluation of the association between maternal smoking, childhood obesity, and metabolic disorders: a national toxicology program workshop review. Environ Health Perspect. 121(2):170-180.
44. Thayer KA, Heindel JJ, Bucher JR, Gallo MA. 2012. Role of environmental chemicals in diabetes and obesity: a National Toxicology Program workshop review. Environ Health Perspect. 120(6):779-789.
45. Maull EA, Ahsan H, Edwards J, Longnecker MP, Navas-Acien A, Pi J, Silbergeld EK, Styblo M, Tseng CH, Thayer KA, Loomis D. 2012. Evaluation of the association between arsenic and diabetes: a National Toxicology Program workshop review. Environ Health Perspect. 120(12):1658-1670.
46. Boekelheide K, Blumberg B, Chapin RE, Cote I, Graziano JH, Janesick A, Lane R, Lillycrop K, Myatt L, States JC, Thayer KA, Waalkes MP, Rogers JM. 2012. Predicting later-life outcomes of early-life exposures. Environ Health Perspect. 120(10):1353-1361.
47. Howard SG, Heindel JJ, Thayer KA, Porta M. 2011. Environmental pollutants and beta cell function: relevance for type 1 and gestational diabetes. Diabetologia 54(12):3168-3169.
48. Bucher JR, Thayer KA, Birnbaum LS. 2011. The Office of Health Assessment and Translation: a problem-solving resource for the National Toxicology Program. Environ Health Perspect. 119(5):A196-197.
49. Boyles AL, Harris SF, Rooney AA, Thayer KA. 2011. Forest Plot Viewer: a new graphing tool. Epidemiology (Cambridge, Mass.) 22(5):746-747.
50. Slotkin TA, MacKillop EA, Melnick RL, Thayer KA, Seidler FJ. 2008. Developmental neurotoxicity of perfluorinated chemicals modeled in vitro. Environ Health Perspect. 116(6):716-722.
51. Melnick RL, Thayer KA, Bucher JR. 2008. Conflicting views on chemical carcinogenesis arising from the design and evaluation of rodent carcinogenicity studies. Environ Health Perspect. 116(1):130-135.
52. Thayer KA, Foster PM. 2007. Workgroup report: National Toxicology Program workshop on Hormonally Induced Reproductive Tumors - Relevance of Rodent Bioassays. Environ Health Perspect. 115(9):1351-1356.
53. Dunnick JK, Thayer KA, Travlos GS. 2007. Inclusion of biomarkers for detecting perturbations in the heart and lung and lipid/carbohydrate metabolism in National Toxicology Program studies. Toxicological sciences : an official journal of the Society of Toxicology 100(1):29-35.
54. Thayer KA, Melnick R, Huff J, Burns K, Davis D. 2006. Hormesis: a new religion? Environ Health Perspect. 114(11):A632-633.
55. King-Herbert A, Thayer KA. 2006. NTP workshop: animal models for the NTP rodent cancer bioassay: stocks and strains--should we switch? Toxicologic pathology 34(6):802-805.
56. Thayer KA, Melnick R, Burns K, Davis D, Huff J. 2005. Fundamental flaws of hormesis for public health decisions. Environ Health Perspect. 113(10):1271-1276.
57. Welshons WV, Thayer KA, Judy BM, Taylor JA, Curran EM, vom Saal FS. 2003. Large effects from small exposures. I. Mechanisms for endocrine-disrupting chemicals with estrogenic activity. Environ Health Perspect. 111(8):994-1006.
58. Brucker-Davis F, Thayer KA, Colborn T, Fenichel P. 2002. Perchlorate: low dose exposure and susceptible populations. Thyroid : official journal of the American Thyroid Association 12(8):739; author reply 739-740.
59. Wang Y, Hayward S, Cao M, Thayer KA, Cunha G. 2001. Cell differentiation lineage in the prostate. Differentiation; research in biological diversity 68(4-5):270-279.
60. Thayer KA, Ruhlen RL, Howdeshell KL, Buchanan DL, Cooke PS, Preziosi D, Welshons WV, Haseman J, vom Saal FS. 2001. Altered prostate growth and daily sperm production in male mice exposed prenatally to subclinical doses of 17alpha-ethinyl oestradiol. Human reproduction (Oxford, England) 16(5):988-996.

Updated May 2019

U.S. EXHIBIT 643.0005

61. Brucker-Davis F, Thayer KA, Colborn T. 2001. Significant effects of mild endogenous hormonal changes in humans: considerations for low-dose testing. Environ Health Perspect. 109 Suppl 1:21-26.
62. Jarred RA, Cancilla B, Prins GS, Thayer KA, Cunha GR, Risbridger GP. 2000. Evidence that estrogens directly alter androgen-regulated prostate development. Endocrinology 141(9):3471-3477.
63. Colborn T, Thayer KA. 2000. Aquatic ecosystems: Harbingers of endocrine disruption. Ecological Applications 10(4):949-957.
64. Welshons WV, Nagel SC, Thayer KA, Judy BM, Vom Saal FS. 1999. Low-dose bioactivity of xenoestrogens in animals: fetal exposure to low doses of methoxychlor and other xenoestrogens increases adult prostate size in mice. Toxicology and industrial health 15(1-2):12-25.
65. Howdeshell KL, Hotchkiss AK, Thayer KA, Vandenbergh JG, vom Saal FS. 1999. Exposure to bisphenol A advances puberty. Nature 401(6755):763-764.
66. vom Saal FS, Cooke PS, Buchanan DL, Palanza P, Thayer KA, Nagel SC, Parmigiani S, Welshons WV. 1998. A physiologically based approach to the study of bisphenol A and other estrogenic chemicals on the size of reproductive organs, daily sperm production, and behavior. Toxicology and industrial health 14(1-2):239-260.
67. vom Saal FS, Timms BG, Montano MM, Palanza P, Thayer KA, Nagel SC, Dhar MD, Ganjam VK, Parmigiani S, Welshons WV. 1997. Prostate enlargement in mice due to fetal exposure to low doses of estradiol or diethylstilbestrol and opposite effects at high doses. Proceedings of the National Academy of Sciences of the United States of America 94(5):2056-2061.
68. Nagel SC, vom Saal FS, Thayer KA, Dhar MG, Boechler M, Welshons WV. 1997. Relative binding affinity-serum modified access (RBA-SMA) assay predicts the relative in vivo bioactivity of the xenoestrogens bisphenol A and octylphenol. Environ Health Perspect. 105(1):70-76.
69. McAllister RM, Delp MD, Thayer KA, Laughlin MH. 1995. Muscle blood flow during exercise in sedentary and trained hypothyroid rats. The American journal of physiology 269(6 Pt 2):H1949-1954.

## NTP Reports
70. [NTP] National Toxicology Program, Contributors:, Pelch KE, Shapiro AJ, Hsieh JH, Auerbach SA, Parham FM, Masten SA, Holmgren SD, WIgnall JA *et al*: Biological Activity of Bisphenol A (BPA) Structural Analogues and Functional Alternatives. https://ntp.niehs.nih.gov/ntp/results/pubs/rr/reports/rr04_508.pdf. In: *NTP Research Report.* vol. NTP RR 4; 2017.
71. [NTP] National Toxicology Program, Contributors: **Thayer KA**, Robinson VG, Waidyanatha S, Levine KE, Fernando RA, Caldwell KL, Young DJ, Afton SE, Harrington JM, Essader AS, Weber FX, Mikkelsen E, Ladegaard Wildenschild Nielsen C, Wise L, Hatch EE. 2016a. Organotin and Total Tin Levels in Danish Women of Reproductive Age. http://ntp.niehs.nih.gov/go/evals. NTP Research Report NTP RR 2.
72. [NTP] National Toxicology Program, Contributors: **Thayer KA**, Harry J, Behl M, Blaine R, Bucher JR, Byrd C, Carter G, Goldhaber S, Hartman P, Henning C, Holmgren S, Hong T, Hooijmans C, Kellar P, Luukinen B, Malloy M, Macleod M, Mitchell W, Rochester R, Shapiro A, Wolfe MS. 2016b. Systematic Literature Review on the Neurobehavioral Effects of Fluoride in Animal Studies. http://ntp.niehs.nih.gov/go/evals. NTP Research Report NTP RR 1.
73. [NTP] National Toxicology Program, Contributors: Rooney AA, Blystone C, Boyles AL, Cowden J, Germolec D, Holmgren S, Howdeshell KL, Parks C, Pelch K, Shapiro A, **Thayer KA**, Taylor KW, Walker VW, Maull EA, Addington J, Blain R, Hartman P, Ross P, Luukinen B, Harris A, Goldhaber S, Nguyen T, Jones K, Goldstone A, Eftim S, Fownes J, Dewitt J, Lau C, Fletcher T, Scherer R, Luebke R. 2016c. Draft NTP Monograph Systematic Review of Immunotoxicity Associated with

Exposure to PFOA (June 6, 2016). Available at http://ntp.niehs.nih.gov/pubhealth/hat/noms/pfoa/index.html. NTP Monograph.
74. [NTP] National Toxicology Program, Contributors: Boyles AL, Rooney AA, Walker VR, **Thayer KA**, Coates PM, Yetley EA, Holmgren SD, Shapiro A, Xie Y, Lasko D, Mosely AL, Wolfe MS, Gregorio CA, Choski NY, Skalla L, Sotherden GM, Jones AC, Yucel F, Dowling N, MacFarlane A, McCabe E, Meyers LD, Russel RM, Zang Y, Koehrn K, Kuszak AJ, Pelch KE, Thomas PR, Braun JM, Byers T, Clarke R, Gibson TM, Gregory JF, Jacques PF, Kim Y, Mason JB, Matsui E, Miller JW, Mills JL, Molloy AM, Morris MC, Rader JI, Shane B, Stover PJ, Styblo M, van Loveren H, Garza C. 2015. NTP Monograph: Identifying Research Needs for Assessing Safe Use of High Intakes of Folic Acid. 2015 Aug:1-51. http://ntp.niehs.nih.gov/ntp/ohat/folicacid/final_monograph_508.pdf
75. [NTP] National Toxicology Program. 2015. Handbook for Conducting a Literature-Based Health Assessment Using NTP Office of Health Assessment and Translation (OHAT) Approach for Systematic Review and Evidence Integration. http://ntp.niehs.nih.gov/go/38673.
76. [NTP] National Toxicology Program, Contributors: Howdeshell KL, Shelby MD, Walker VR, **Thayer KA**, Wolfe MS, D. A, Lasko D, Stevens J, Azim H, Cardonick E, Theriault R. 2013. NTP Monograph: Developmental Effects and Pregnancy Outcomes Associated With Cancer Chemotherapy Use During Pregnancy. Available at https://ntp.niehs.nih.gov/ntp/ohat/cancer_chemo_preg/chemopregnancy_monofinal_508.pdf. NTP Monograph 2:i-214.
77. [NTP] National Toxicology Program, Contributors: Rooney AA, Boyes AL, Taylor KW, Howdeshell KL, Walker VR, Shelby MD, **Thayer KA**, Wolfe MS, Andrews D, Lasko D, White L, Stevens J, Bellinger D, Lawrence D, Materna B, Navas-Acien A, Weaver V, Whelan EA. 2012. NTP Monograph on Health Effects of Low-Level Lead. NTP Monograph 1(1):xiii, xv-148.
78. [NTP] National Toxicology Program, Contributors: **Thayer KA**, Shelby MD. 2010. NTP-CERHR Monograph on Soy Infant Formula. NTP CERHR Monograph(23):i-661.
79. [NTP] National Toxicology Program, Contributors: **Thayer KA**, Shelby MD. 2008a. NTP-CERHR Monograph on the Potential Human Reproductive and Developmental Effects of Bisphenol A. NTP CERHR Monograph(22):v, vii-ix, 1-64 passim.
80. [NTP] National Toxicology Program, Contributors: Shelby MD, **Thayer KA**. 2008b. NTP-CERHR Monograph on the Potential Human Reproductive and Developmental Effects of Hydroxyurea. NTP CERHR Monograph(21):vii-viii, v, ix-III1.

## Other Reports and Book Chapters

81. La Merrill M, Taylor KW, Thayer KA, Birnbaum LS. 2014. Chemical Obesogens and Obesity (Chapter 36). In Textbook of Children's Environmental Health. Edited by Philip J. Landrigan and Ruth A. Etzel. Oxford University Press. ISBN: 978-0-19-992957-3.
82. Thayer K, Belcher S. 2011. Background Paper on Mechanisms of Action of Bisphenol A and Other Biochemical/Molecular Interactions. FAO/WHO Expert Meeting on Bisphenol A (BPA). Ottawa, Canada: WHO Press.
83. [EWG] Environmental Working Group. 2005. National Tap Water Quality Database (December 2005, last updated December 2009). http://www.ewg.org/tap-water/ [accessed November 22, 2014].
84. [EWG] Environmental Working Group. 2004. Asbestos: Think Again (March 4, 2004). http://www.ewg.org/research/asbestos-think-again [accessed November 22, 2014].
85. Thayer K, Houlihan J. 2003. Pesticides, human health, and the Food Quality Protection Act. William and Mary Environmental Law and Policy Review 28:257.
86. [EWG] Environmental Working Group. 2003a. PCBs in Farmed Salmon (July 31, 2003). http://www.ewg.org/research/pcbs-farmed-salmon [accessed November 22, 2014].
87. [EWG] Environmental Working Group. 2003b. Canaries in the Kitchen (May 15, 2003). http://www.ewg.org/research/canaries-kitchen [accessed November 22, 2014].

U.S. EXHIBIT 643.0007

88. [EWG] Environmental Working Group. 2003c. EWG TSCA 8(e) Petition: EPA probes DuPont birth defect study (April 11, 2003). http://www.ewg.org/release/ewg-tsca-8e-petition-epa-probes-dupont-birth-defect-study [accessed November 22, 2014].
89. [EWG] Environmental Working Group. 2003d. PFCs - A Family of Chemicals That Contaminate The Planet (April 3, 2003) http://www.ewg.org/research/pfcs-global-contaminants [accessed November 22, 2014].
90. [EWG] Environmental Working Group. 2003e. Body Burden: The Pollution in People (January 2003). http://www.ewg.org/sites/bodyburden1/ [accessed November 22, 2014].
91. [EWG] Environmental Working Group. 2002a. DuPont Hid Teflon Pollution For Decades (December 13, 2002). http://www.ewg.org/research/dupont-hid-teflon-pollution-decades [accessed November 22, 2014].
92. [EWG] Environmental Working Group. 2002b. Science Review Reveals West Virgina Agency Policy Contradicted by Fed, Industry Research (November 13, 2002). http://www.ewg.org/research/science-review-reveals-west-va-agency-policy-contradicted-fed-industry-research [accessed November 22, 2014].

## C. INVITED PRESENTATIONS & KEY MEETING PARTICIPATION (2011 - current)

University of Ottawa Workshop (December 16-17) on "Development of an Evidence Based Risk Assessment Framework" Invited Discussant.

Society of Risk Analysis (December 3-4, 2018). Speaker "Current Practices in Estimating Cancer Dose-Response and Estimating Potential Responses Below Observed Chemical-Specific Data"

Health Canada (December 6, 2018). Speaker "Systematic Review Approaches in Environmental Health Sciences

OECD Workshop (October 24, 2018). Speaker on systematic review to an Advisory Group on Endocrine Disrupters Testing and Assessment (EDTA) of the Test Guidelines Programme

BioEM (Piran, Portoroz, Slovenia, June 24-29,2018). Speaker "Systematic Review Approaches in Environmental Health Sciences

Society of Toxicology (San Antonio, TX, March 11-15, 2018). Speaker "Operationalizing Pragmatic Systematic Review in Support of Chemical Assessments"

NAS Workshop "Review of Advances Made to the IRIS Process" (Washington DC, February 1-2, 2018). Speaker and organizer. http://dels.nas.edu/Upcoming-Event/Review-Advances-Made/DELS-BEST-17-03

NAS Workshop "Informing Environmental Health Decisions Through Data Integration" (Washington DC, February 20-21,2018). Speaker: "Approaches for Integrating Evidence for Chemical Assessments: EPA's IRIS Program" http://nas-sites.org/emergingscience/meetings/data-integration/

EFSA Scientific Colloquium No. 23 – Joint EFSA and Evidence Based Toxicology Collaboration (EBTC) Colloquium: The science of combining apples and oranges: Joint EFSA/EBTC scientific colloquium on evidence integration in risk assessment (Lisbon, Portugal October 25-26,2017). Speaker "Integrating evidence within and across evidence streams using qualitative methods" https://www.efsa.europa.eu/en/events/event/171025-0

Society for Risk Analysis (SRA) (Arlington, VA, December 10-14, 2017) Roundtable Panelist: "Applications of Automation, Computational, and Informatic Tools to Operationalize Human Health Risk Assessments at EPA"

Institute for Laboratory Animal Research (ILAR) Roundtable Workshop on Advancing Disease Modeling in Animal-based Research in Support of Precision Medicine (Washington DC, October 5-6,2017). Speaker: "Approaches to Integrating Evidence from Animal and Human Studies in Chemical Assessments" http://nas-sites.org/ilar-roundtable/roundtable-activities/precision-medicine-workshop/

Third meeting of the International Collaboration for the Automation of Systematic Reviews (ICASR). (London, UK, October 17-18, 2017)

GRADE for modelled evidence (McMaster University. Hamilton, ON, May 16-17, 2017) Co-organizer.

Developing ROBINS-I for studies of exposures (ROBINS-E). (Bristol, UK, January 2017) Co-organizer.

Valuing the True Benefits of Regulating Toxic Chemicals (New York City, August 25-26, 2016). Discussant

SLIM Consortium for Automation of Systematic Reviews (London, August 31, 2016). Discussant

Agency for Healthcare Research and Quality (AHRQ) Evidence-based Practice Centers' Spring Meeting (Gaithersburg, MD, May 27, 2016). Presenter: "Evaluation of Automation in the Systematic Review Process"

Toxicology Forum 42nd Annual Summer Meeting (Salt Lake City, July 27, 2016). Presenter: "High-Throughput Screening Methods for Identifying and Prioritizing Chemicals As Metabolism Disruptors"

Collaborative Approach to Meta-Analysis and Review of Animal Data from Experimental Studies (CAMARADES) (Barcelona, October 22-25, 2015). Presenter

Cochrane Colloquium (Vienna, October 3-7, 2015). Presenter: "Application of text mining and machine learning for problem formulation in systematic reviews."

Environmental Defense Fund "Elucidating Environmental Dimensions of Neurological Disorders and Diseases: Understanding New Tools from Federal Chemical Testing Programs" (University of California-Davis, June 18-19, 2015). Presenter: "Using ToxCast and Tox21 to Prioritize Chemicals of Interest for Metabolic Disorders"

U.S. EXHIBIT 643.0009

European Food Safety Authority (EFSA) workshop "Workshop on Increasing Robustness, Transparency and Openness of Scientific Assessments", Brussels, June 29-30, 2015). Discussant.

Pediatric Environmental Health Specialty Units (PEHSU) Panel Discussion (presenter, CDC, June 2, 2015)

European Food Safety Authority (EFSA) meetings of the "Weight of Evidence" panel (invited hearing expert, ~ 4 meetings from March 2015 – December 2016).

"Future directions for application of transparent, consistent and systematic framework for risk assessment of endocrine disrupting chemicals" funded by the Swedish Foundation for Strategic Environmental Research (working group member; June 2-4, 2014 and January 20-22, 2015)

New York City Department Health & Mental Hygiene: Overview of the National Toxicology Program (New York City, New York, December 19, 2014).

Mt. Sinai Department Preventive Medicine: Office of Health Assessment & Translation (OHAT) (New York City, New York, December 18, 2014).

American Chemistry Council: Update on Activities at NIEHS/NTP on BPA & BPA Structural Analogs/Functional Alternatives (Washington DC, October 16, 2014).

EPA Integrated Risk Information System (IRIS) Workshop on the National Research Council (NRC) Recommendations (discussant, October 15, 2014)

The University of California Center for Environmental Implications of Nanotechnology and UCLA Sustainable Technology & Policy Program "Advancing Alternatives Analysis (A3) - Working Conference" (invited discussant, Los Angeles, October 9-10, 2014).

Collaborative on Health and the Environment (CHE) Partnership Presentation: Environmental Chemicals and Type 1 Diabetes (webinar, November 12, 2014).

World Health Organization (WHO): Implementation of Systematic Review by the National Toxicology Program Office of Health Assessment and Translation (OHAT) (Geneva, Switzerland, April 15, 2014).

GRADE in Environmental Health: Implementation of Systematic Review by the National Toxicology Program Office of Health Assessment and Translation (OHAT) (presentation and discussion group, Geneva, Switzerland, April 14, 2014).

International Agency for Research on Cancer (IARC): Systematic Review and Data Integration and Visualization Tools for Environmental Health Sciences (presentation, April 10-11, 2014)

OHAT Approach for Systematic Review and Evidence Integration for Literature-Based Health Assessments (presentation, University of Ottawa, April 1, 2014).

National Academy of Sciences Committee on the Design and Evaluation of Safer Chemical Substitutions: NTP Activities on BPA Analogues (webinar, February 9, 2014)

University of North Carolina Center for Environmental Health and Susceptibility (CEHS) Seminar Series: Role of Environmental Chemicals in the Development of Diabetes and Obesity (Chapel Hill, North Carolina, February 6, 2014).

Advancing Risk Assessment of Environmental Agents: OHAT Approach for Systematic Review and Evidence Integration for Literature-Based Health Assessments (presentation, Karolinska Institute, Stockholm Sweden, November 20, 2013).

International Agency for Research on Cancer (IARC): Advisory Group to Recommend on Quantitative Risk Characterization (advisory group member, Lyon, France November 18-19, 2013).

OpenTox USA: Implementation of Systematic Review by the National Toxicology Program Office of Health Assessment and Translation (OHAT) (presentation, Research Triangle Park, North Carolina, October 29-30, 2013).

National Science and Technology Council (NSTC) Committee on Environment, Natural Resources, and Sustainability (CENRS) Toxics & Risks (Subcommittee): Implementation of Systematic Review by the National Toxicology Program Office of Health Assessment and Translation (OHAT) (presentation, Washington DC, April 13, 2013).

National Research Council (NRC) Committee to Review the IRIS Process: Systematic Review and Evidence Integration for Literature-Based Assessments (invited discussant, Washington DC, March 27-28, 2013).

A Federal Summit on Evaluating and Synthesizing Evidence - Applying Systematic Review to Questions of the Health Effects of Chemical Exposures: Documenting the Process and Data Management in OHAT Framework (presentation, Research Triangle Park, North Carolina, February 27-28, 2013).

Environmental Defense Fund Chemical Testing in the 21st Century: Opportunities and Challenges; Identifying Environmental Chemicals To Test for Obesity and Diabetes Outcomes: Clues from Tox21 HTS Data (Washington DC, January 23-24, 2013)

38th Annual Winter Meeting of The Toxicology Forum: Non-Monotonic Dose-Response Curves: Consideration in Literature-Based Evaluations (Washington DC, January 30, 2013)

National Research Council (NRC) Committee to Review the IRIS Process: Systematic Review and Evidence Integration for Literature-Based Assessments (presentation, Irvine, California, December 13, 2012).

European Food Safety Authority (EFSA): Systematic Review and Evidence Integration for Literature-Based Assessments (presentation, Parma, Italy, December 4, 2012).

Childhood Obesity and the Environment Virtual Forum (November 29, 2012);

NEIHS Obesity/Diabetes/Metabolic Syndrome Grantee Meeting: Consideration of Tox21 High Throughput Screening Data for Obesity, Diabetes & Metabolic Disorders (Ann Arbor, Michigan October 3-4, 2012)

U.S. EXHIBIT 643.0011

"Non-monotonic dose responses: Relevance and implications for food" meeting co-sponsored by the journal Nature, the Institute of Food Technologists (IFT) and The Pew Health Group (invited discussant, Washington DC, April 20, 2012)

Molecular Sciences Seminar Series at Temple University: Role of Environmental Chemicals in the Development of Diabetes and Obesity (Philadelphia, PA, February 20, 2012)

Society of Environmental Journalists' 21st Annual Conference: Role of Environmental Chemicals in the Development of Diabetes and Obesity (Miami, Florida October 21, 2011)

New Horizons in Science/National Association of Science Writers: Role of Environmental Chemicals in the Development of Diabetes and Obesity (Flagstaff, Arizona, October 16-17, 2011)

American Chemical Society: BPA, Non-Linear Dose Response Curves, and Complex Receptor Interactions (Washington DC, June 22, 2011)

## E. PROFESSIONAL SERVICE

### Committee Activities
- Board of Trustees for the Evidence-based Toxicology Collaboration at the Center for Alternatives to Animal Testing at Johns Hopkins Bloomberg School of Public Health (EBTC) (2017 – present)
- Member of the Scientific Committee of the Ramazzini Institute (2013 – present)
- Co-chair GRADE Environmental Health Project Group (2015 – present)
- European Food Safety Authority (EFSA) meetings of the "Weight of Evidence" panel (invited hearing expert, 2015-2017)
- Board of Scientific Counselors for CDC National Center for Environmental Health (NCEH)/Agency for Toxic Substances and Disease Registry (ATSDR). Federal Liaison (2011 – present)

### Peer-Review

*Journals:* Basic & Clinical Pharmacology & Toxicology, British Medical Journal, Endocrine Reviews, Environmental Health Perspectives, Environment International, Environmental Research, Environmental Science & Technology, Journal of Clinical Endocrinology & Metabolism, Journal of Clinical Epidemiology, Journal of Endocrinological Investigation, Journal of Epidemiology & Community Health, International Journal of Fertility and Sterility, Nature, PLOS ONE, Toxicology and Applied Pharmacology, Toxicologic Pathology, Reproductive Toxicology

*Research Proposals*: Dutch Diabetes Research Foundation, California Breast Cancer Research Program

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO.____643_____

Date
Admitted:_____

By:_____

Angella Meuleman, Deputy Clerk