## CURRICULUM VITAE

**July 2023**
**David A. Savitz, Ph.D.**
Providence, RI 02912
401-863- 6090(Phone) 401-863-3713(Fax)
David_Savitz@Brown.edu

---

## EDUCATION

> **BA**, **Brandeis University,** Waltham, Massachusetts - 1971-1975
>
> **Ohio State University College of Medicine,** Columbus, Ohio
> (Passed Part I, National Boards)  - 1975-1976
>
> **MS**, **Ohio State University,** Department of Preventive Medicine
> Columbus, Ohio - 1976-1978
>
> **PhD, University of Pittsburgh,** Department of Epidemiology
> Graduate School of Public Health
> Pittsburgh, Pennsylvania - 1979-1982

## HONORS/AWARDS

| | |
|---|---|
| 1975 - | Highest Honors in Psychology<br>Brandeis University<br>B.A., summa cum laude<br>Brandeis University |
| 1983 - | Excellence in Teaching Award, Second Year Medical<br>Students, University of Colorado School of Medicine |
| 1999 - | Elected to American Epidemiological Society |
| | William R. Gemma Award, Outstanding Alumnus,<br>Department of Preventive Award, Ohio State University |
| 2003 - | Slone Memorial Lecturer, Slone Epidemiology Center at<br>Boston University |
| 2004 - | Advancing Knowledge Award, Coalition for Excellence in<br>Maternal and Child Health Epidemiology |
| | Distinguished Graduate Award, University of Pittsburgh<br>Graduate School of Public Health |
| 2007 - | Elected Member, National Academy of Medicine (formerly Institute of<br>Medicine) |
| 2011 - | Distinguished Lecturer, Occupational and Environmental<br>Epidemiology Branch, National Cancer Institute |



Trial Exhibit
650
Food & Water v. EPA
3:17-cv-02162-EMC

1

SAVITZ0000028

2019 – David Rall Medal for Distinguished Leadership as Chair of Study Committee,
National Academy of Medicine

2019 – John Snow Award, Epidemiology Section, American Public Health Association

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2010–Present | Professor of Epidemiology<br>School of Public Health<br>Professor of Obstetrics and Gynecology<br>Professor of Pediatrics<br>The Warren Alpert Medical School<br>Brown University<br>Providence, Rhode Island |
| 2023-Present | Adjunct Professor of Epidemiology<br>Dartmouth Geisel School of Medicine<br>Hanover, New Hampshire |
| 2022-Present | Adjunct Professor of Epidemiology<br>Boston University School of Public Health<br>Boston, Massachusetts |
| 2020<br>(July-Aug) | Interim Dean for the School of Public Health<br>School of Public Health<br>Brown University<br>Providence, Rhode Island |
| 2018-2019 | Associate Dean for Research<br>School of Public Health<br>Brown University<br>Providence, Rhode Island |
| 2013-2017 | Vice President for Research<br>Brown University<br>Providence, Rhode Island |
| 2006-2010 | Charles W. Bluhdorn Professor of Preventive Medicine<br>Director, Disease Prevention and Public Health Institute<br>Mount Sinai School of Medicine<br>New York, New York |
| 2003-2005 | Cary C. Boshamer Distinguished Professor<br>Department of Epidemiology<br>School of Public Health<br>University of North Carolina<br>Chapel Hill, North Carolina |
| 1999-2005<br>1996-2005 | Associate Director, Center for Infectious Diseases<br>Professor and Chair |

2

SAVITZ0000029

| 1993-1996 | Professor |
| 1992-2005 | Member, Lineberger Comprehensive Cancer Center |
| 1989-1992 | Associate Professor |
| 1986-2005 | Fellow, Carolina Population Center |
| 1985-1989 | Assistant Professor |

1981-1985     Assistant Professor
Department of Preventive Medicine and Biometrics
University of Colorado School of Medicine
Denver, Colorado

1979-1981     Public Health Service Trainee in Psychiatric Epidemiology
Department of Epidemiology
Graduate School of Public Health
University of Pittsburgh
Pittsburgh, Pennsylvania

1977-1979     Researcher (Epidemiology)
Ecology and Ecosystems Analysis Section
Battelle-Columbus Laboratories
Columbus, Ohio

## OTHER PROFESSIONAL APPOINTMENTS

### Elected Positions in Professional Societies

Society for Epidemiologic Research

| 1987-1991 | Secretary-Treasurer |
| 1994-1997 | Executive Committee Member |
| 1999-2000 | President-Elect |
| 2000-2001 | President |
| 2001-2002 | Past President |

International Epidemiological Association

| 1996-2001 | North American Regional Councilor |

Society for Pediatric and Perinatal Epidemiologic Research

| 2003-2004 | President-Elect |
| 2004-2005 | President |

International Society for Environmental Epidemiology

| 2012-2014 | Executive Council Member |

National Council on Radiation Protection

| 2022- Present | Council Member |

### Appointed Membership to Editorial Boards

| 1988-1990, 2010-Present | Associate Editor, American Journal of Epidemiology |
| 1990-1998 | Editor, American Journal of Epidemiology |
| 1989-1990 | Editorial Board, Bioelectromagnetics |
| 1993-1997, 2009-2023 | Editorial Board, Environmental Health Perspectives |
| 1996-2001 | Editorial Board, Japanese Journal of Epidemiology |
| 1998-2005 | Editorial Board, Pediatric and Perinatal Epidemiology |

3

SAVITZ0000030

| | |
|---|---|
| 2001-2013 | Editor, Epidemiology |
| 2005 | Editorial Board, Annual Reviews in Public Health |
| 2008-2012 | Editorial Board, Journal of Neurodevelopmental Disorders |

**Manuscript Review**

American Industrial Hygiene Association Journal
American Journal of Epidemiology
American Journal of Industrial Medicine
American Journal of Obstetrics and Gynecology
American Journal of Preventive Medicine
American Journal of Public Health
Annals of Epidemiology
Bioelectromagnetics
Birth Defects Research A
British Journal of Obstetrics and Gynecology
CA -- A Cancer Journal for Clinicians
Cancer Epidemiology Biomarkers and Prevention
Cancer Causes and Control
Cancer Research
Critical Reviews in Toxicology
Developmental Origins of Health and Disease
Drug Safety
Environment International
Environmental Health Perspectives
Environmental Research
Environmental Technology Letters
Epidemiology
Ethnicity and Diseases
International Journal of Epidemiology
Journal of the American Medical Association
Journal of Clinical Epidemiology
Journal of Exposure Analysis and Environmental Epidemiology
Journal of the National Cancer Institute
Journal of Occupational and Environmental Medicine
Journal of Pediatrics
Journal of Toxicology and Environmental Health
Journal of Urban Health
Mayo Clinic Proceedings
New England Journal of Medicine
Obstetrics and Gynecology
Occupational and Environmental Medicine
Occupational Hygiene
Pediatric and Perinatal Epidemiology
Pediatrics
PLOS One
Preventive Medicine
Reproductive Toxicology
Risk Analysis
Sleep
Teratology

**Intramural/Extramural Committees**

4

SAVITZ0000031

## University of Colorado

| | |
|---|---|
| 1982-1983 | Member, Faculty Senate |
| 1982-1985 | Member, Admissions Committee<br>Department of Preventive Medicine and Biometrics |
| 1983-1985 | Chairperson, Comprehensive Examination Committee<br>Department of Preventive Medicine and Biometrics |
| 1983-1985 | Member, Appointments and Promotions Committee<br>Department of Preventive Medicine and Biometrics |
| 1984-1985 | Director, Epidemiology Program<br>Community Health Section<br>Department of Preventive Medicine and Biometrics |

## University of North Carolina

| | |
|---|---|
| 1986-1992 | Chair, Seminar Committee<br>Department of Epidemiology |
| 1986-1989 | Member, Institutional Review Board on Research<br>Involving Human Subjects<br>School of Public Health |
| 1986-1991, 1994-1996 | Member, Admissions Committee<br>Department of Epidemiology |
| 1987-1996 | Member, Training Committee<br>Carolina Population Center |
| 1987-1990 | Co-Chairperson, Low Birth Weight Prevention<br>Task Force, Center for Health Promotion<br>and Disease Prevention |
| 1988-1990 | Member, Seminar Committee<br>Carolina Population Center |
| 1989-1990 | Alternate Member, University Faculty Council |
| 1989-1994 | Advisory Council, Carolina Population Center |
| 1989 | Member, Search Committee, Nutrition<br>Department Chair |
| 1990 | Member, Strategic Planning Task Force<br>School of Public Health |
| 1991-1993 | Member, Academic Programs Committee<br>School of Public Health |
| 1993-1996 | Member, Appointments and Promotions Committee<br>School of Public Health |
| 1994-1996 | Member, Advisory Committee for the Center for<br>Environmental Medicine and Lung Biology |
| 1996- 2004 | Member Advisory Board, Sheps Center for Health<br>Services Research |
| 1996-1997 | Member, Search Committee, Director of Lineberger<br>Cancer Center |
| 1997-1998 | Chair, Search Committee, Department of<br>Biostatistics Chair |
| 2002-2003 | Chair, Search Committee, Department of Maternal and<br>Child Health Chair |
| 2004-2005 | Chair, Advisory Board, Sheps Center for Health<br>Services Research |
| 2005 | Chair, Search Committee, Department of Nutrition Chair |

## Brown University

| | |
|---|---|
| 2010-2011 | Member, Admissions Committee |
| 2010-2012 | Chair, Search Committee, Environmental Epidemiology |

5

SAVITZ0000032

|  | Faculty Recruitment |
| 2012 | Chair, Methods Curriculum Review Committee |
| 2018-Present | Associate Director, Center for the Study of Children at Risk |
| 2018-Present | Chair, Internal Advisory Committee, Advance-CTR |
| 2020 | Chair, Search Committee for the Chair of Epidemiology, School of Public Health |

**Grant Review**

| 1983 | Grant Review, American Cancer Society New York, New York |
| 1983-1989 | Grant Review, National Science Foundation Washington, D.C. |
| 1984, 1986 | Grant Review, March of Dimes |
| 1985, 1988, 1991, 1993 | Member, Special NIH Study Section |
| 1986-1987 | Grant Review, Electric Power Research Institute |
| 1989 | Grant Review, National Institute of Environmental Health Sciences |
| 1989 | Grant Review, Health Effects Institute |
| 1989-1992 | Member, March of Dimes Research Advisory Committee on Reproductive Hazards in the Workplace, Home, Community and Environment |
| 1990, 1992, 1994 | Grant Review, Health and Welfare Canada |
| 1990 | Grant Review, U.S. Department of Energy |
| 1991-1993 | Special Reviewer, Epidemiology and Disease Control I Study Section, National Institutes of Health |
| 1994-1998 | Charter Member, Epidemiology and Disease Control I Study Section, National Institutes of Health |
| 1994 | Grant Review, Dutch Cancer Society |
| 1998 | Special Reviewer, Radiation Epidemiology Branch National Cancer Institute |
| 1999 | Special Reviewer, Occupational Epidemiology Branch National Cancer Institute, Johnson Foundation |
| 1989-1992 | Member, March of Dimes Research Advisory Committee on Reproductive Hazards in the Workplace, Home, Community and Environment |
| 1994-1998 | Charter Member, Epidemiology and Disease Control I Study Section, National Institutes of Health |
| 2005 | March of Dimes Birth Defects Foundation, Social and Behavioral Sciences Review Committee |
| 2005 | Young Epidemiology Scholars Program, Robert Ward |
| 2012 | Reviewer, Autism Networks and Center Programs Study Section, National Institutes of Health |
| 2012 | Ad Hoc Member, Infectious, Reproductive, Asthma, and Pulmonary Conditions Study Section, National Institutes of Health |
| 2012 | Reviewer, Core Infrastructure and Methodological Research for Cancer Epidemiology Cohorts Study Section |
| 2012 | Chair, Contract Review, Exposure to Contaminants in the Generation R Study, National Institute of Environmental Health Sciences |
| 2014-2019 | Member, National Institutes of Health Grant Review, Conflict/Special Study Sections (multiple) |

SAVITZ0000033

Trial Exhibit 650.006

| 2016, 2017 | Chair, GULF Synthesis Grants Review Committee, GULF Research Program, National Academies of Sciences, Engineering, and Medicine |
|---|---|

**Other Scientific Review Committees, Congressional Testimony, and Related Professional Activities**

| | |
|---|---|
| 1982-1983 | Member, Planning Committee Cancer Prevention Conference AMC Cancer Center and Penrose Hospital |
| 1983 | Member, Governor's Advisory Group on Rocky Flats, Colorado State Government |
| 1984 | Member, Extremely Low Frequency Electromagnetic Fields Bioeffects Review Committee American Institute for Biological Sciences |
| 1985-1986 | Expert Witness, Benzene Regulation Hearings U.S. Occupational Safety and Health Administration |
| 1986-1988 | Member, Family Health International Protection of Human Subjects Committee |
| 1986 | Member, Electric Power Research Institute Program Review on Non-Ionizing Radiation |
| 1986-1991 | Member, National Council on Radiation Protection and Measurements Scientific Committee 79 Extremely Low Frequency Electric and Magnetic Fields |
| 1987 | Testimony, U.S. House of Representatives Subcommittee on Water and Power Resources and Human Development Planning Conference |
| 1988 | Participant, National Institute for Child Health on the Reproductive Effects of Video Display Terminal Use |
| 1988 | Member, Ad Hoc Committee on Reproductive and Developmental Epidemiology U.S. Environmental Protection Agency |
| 1989-1992 | Member, Peer Review Committee Woburn Environment and Birth Study |
| 1989-1992 | Chair, Working Group on Electromagnetic Fields Environmental Epidemiology Planning Project Health Effects Institute |
| 1990 | Member, Planning Committee for International Symposium on Birth Defects Epidemiology March of Dimes Birth Defects Foundation |
| 1993-1996 | Vice Chairman, Committee on Possible Effects of Electromagnetic Fields on Biologic Systems National Research Council, National Academy of Sciences |
| 1994-1996 | Member, Committee to Review the Health Consequences of Service during the Persian Gulf War, Institute of Medicine, National Academy of Sciences |
| 1997-2001 | Member, Maternal and Fetal Medicine Network Advisory Committee, National Institute of Child Health and Human Development |
| 1999 | Member, Panel of Court Appointed Scientific Experts (CASE) for the American Association for the Advancement of Science (AAAS) |

7

SAVITZ0000034

| | |
|---|---|
| 1999-2004 | Member, Board of Scientific Counselors, National Cancer Institute |
| 1999 | Co-Chair, Scientific Organizing Committee, NIEHS Conference on Epidemiology in the Twenty-First Century |
| 1999-2000 | Member, External Advisory Board, The University of Iowa College of Public Health |
| 2000-2002 | Member, American Cancer Society Breast Cancer Prevention Forum |
| 2000-2013 | Member, Standing Committee on Epidemiology, International Commission on Non-Ionizing Radiation Protection |
| 2001 | Witness, Senate Cancer Coalition, Hearing on Cancer Clusters |
| 2001-2005 | Member, Advisory Committee for the Trucking Industry Particle Study, Harvard University |
| 2002 | Panel Member, Joint Science, Technology, and Law Program and American Law Institute, National Academy of Sciences |
| 2002 | Panelist, Health Canada Workshop Held to Identify Critical End Points for Assessment of the Health Risks Related to Trihalomethanes in Drinking Water |
| 2002-2003 | Member, Expert Panel on Risks and Benefits of Policies to Reduce Human Methyl Mercury Exposure through Fish Consumption, Harvard Center for Risk Analysis |
| 2002-2003 | Member, Advisory Panel on Health Effects of Blood Lead Levels <10μg/dl in Children, Centers for Disease Control and Prevention, National Center for Environmental Health Consultant, Case-Control Study of Gynecologic Cancers in Northern Vietnam, Family Health International |
| 2002 – 2012 | Member, Agricultural Health Study Advisory Committee |
| 2004 - 2005 | Armed Forces Epidemiologic Board |
| 2004 | Chair, National Children's Study Sampling Design Workshop |
| 2004-2005 | Member, Committee on EPA's Exposure and Human |
| 2004-2006 | Health Reassessment of TCDD and Related Compounds, Board on Environmental Studies and Toxicology, National Academy of Sciences |
| 2005-2006 | Member, Committee on Preterm Birth: Causes, Consequences, and Prevention, Institute of Medicine, National Academy of Sciences |
| 2006—2009 | Member, Advisory Panel on Research, Association of American Medical Colleges |
| 2006 – 2010 | Member, University of North Carolina School of Public Health External Advisory Board |
| 2006– 2008 | Chair, Committee on Making the Best Use of the Agent Orange Exposure Reconstruction Model, Institute of Medicine, National Academy of Sciences |
| 2007 – 2009 | Chair, Committee on Contaminated Drinking Water at Camp Lejeune, National Research Council, National Academy of Sciences |

8

SAVITZ0000035

| | |
|---|---|
| 2008 – 2009 | Member, Committee on Reexamination of IOM Pregnancy Weight Guidelines, Institute of Medicine, National Academy of Sciences |
| 2009 | Member, International Agency for International Research on Cancer, Monograph 100 Working Group |
| 2010 – 2011 | Member, Committee on Obesity Prevention Policies for Young Children, Institute of Medicine, National Academy of Sciences |
| 2010 | Member, Planning Committee for Institute of Medicine Workshop on Assessing the Effects of the Gulf of Mexico Oil Spill on Human Health |
| 2012 – 2014 | Member, Centre for Research in Environmental Epidemiology Scientific Advisory Committee |
| 2015 – Present | Co-Chair, External Advisory Committee, Barcelona Institute for Global Health (ISGlobal) |
| 2013-2014 | Chair, Committee to Review of EPA's Draft Paper on State of the Science on Nonmonotonic Dose Response, National Research Council |
| 2013 | Member, Advisory Council, Population Sciences and Epidemiology Integrated Review Group Evaluation, Center for Scientific Review, National Institutes of Health |
| 2014-2016 | Member, Board on the Health of Selected Populations, Institute of Medicine, National Academy of Sciences |
| 2015 | Chair, World Health Organization Workshop on the Effect of Maternal Influenza and Influenza Vaccination on the Developing Fetus, Montreal, Canada |
| 2015-2017 | Chair, Committee to Assess the Department of Veterans Affairs Airborne Hazards and Open Burn Pit Registry, National Academy of Medicine |
| 2017-2018 | Member, Committee on the Review of the Health Effects of Electronic Nicotine Delivery Systems (ENDS), National Academy of Medicine |
| 2017-2020 | Academic Advisor, Michigan PFAS Action Response Team |
| 2018-Present | Chair, Research Committee, Health Effects Institute |
| 2019-2020 | Chair, Committee to Review the Long-Term Effects of Antimalarial Drugs, National Academy of Medicine |
| 2019-2020 | Committee to Review NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects |
| 2020-2022 | Chair, Committee to Reassess the Department of Veterans Affairs Airborne Hazards and Open Burn Pit Registry, National Academy of Medicine |
| 2022-Present | Chair, Scientific Committee 8-1, NCRP Informational Webpages on Health Effects of Wireless Technology, National Council on Radiation Protection |
| 2022-Present | Chair, Program Area Committee 8, Nonionizing Radiation, National Council on Radiation Protection |
| 2022-Present | Chair, Committee on Complementary Feeding Interventions for Infants and Young Children under Age 2 |

9

SAVITZ0000036

**TRAINING RECORD AS PRIMARY ADVISOR TO MASTERS AND DOCTORAL STUDENTS**

### Masters

#### University of North Carolina

| | |
|---|---|
| 1988 | Lisa Feingold, MSPH |
| | Peter S. Kapernick, MPH |
| 1989 | Sally S. Harris, MPH |
| 1990 | Michael T. O'Shea, MPH |
| | Sara M. Sarasua, MSPH |
| 1991 | Kathryn M. Menard, MPH |
| 1992 | Josephine A. Evans, MPH |
| 1996 | Kurtis Andrews, MSPH |
| | Michael Gallagher, MSPH |
| | Gayle Shimokura, MSPH |
| 1997 | Valerie King, MPH |
| 2004 | Nora Franceschini, MPH |
| | Yevgeniy Sheyn,  MPH |
| 2005 | Cherrie Heller, MPH |
| 2010 | Michele La Merrill, MPH |

#### Brown University

| | |
|---|---|
| 2012 | Paul Davis, MPH |
| | Hannah Shamjii, MPH |

### Doctoral

#### University of North Carolina

| | |
|---|---|
| 1987 | Hillary Klonoff-Cohen, PhD |
| 1989 | Debora Barnes, PhD |
| 1990 | Ester John, PhD |
| 1991 | Katherine M. Brett, PhD |
| | Martha Ann Keels, PhD |
| | Howard Morrison, PhD |
| | Shao Lin, PhD |
| 1992 | Cheryl Blackmore, PhD |
| | Debra E. Irwin, PhD |
| 1993 | Elizabeth M. Barnett, PhD |
| 1994 | Tye E. Arbuckle, PhD |
| | Laurie Elam Evans, PhD |
| | Kristine-Anne ToloPhD |
| | Suzanne L. West, PhD |
| | Jun Zhang, PhD |
| 1996 | Cande Ananth, PhD |
| | Kathryn Curtis, PhD |
| | Linda, Kaste, PhD |
| 1997 | Linda Pastore, PhD |

SAVITZ0000037

| | |
|---|---|
| 1998 | Amy Sayle, PhD |
| 1999 | Katherine E. Hartmann, PhD |
| 2001 | Nancy Dole, PhD |
| | Rukmini Bagchee Balu, PhD |
| 2002 | Juan Yang, PhD |
| | Lisa Pompeii, PhD |
| 2004 | Sherry Farr, PhD |
| 2005 | Emily Harville, PhD |

### Brown University

| | |
|---|---|
| 2014 | Valery Danilack |
| 2017 | Kimberly Glazer |

## TEACHING ACTIVITIES

### University Courses

#### University of Colorado

| | |
|---|---|
| 1981-1985 | Discussion group leader, Epidemiology course for Medical Students – 12 contact hours each year |
| 1983 | Excellence in Teaching Award, Second Year Medical Students, University of Colorado School of Medicine |
| 1982-1984 | Introduction to Occupational and Environmental Health – 30 contact hours |
| 1984-1985 | Advanced Epidemiologic Methods – 30 contact hours |

#### University of North Carolina

| | |
|---|---|
| 1985-1996, 1998-2005 | Epidemiologic Research Methods – 35 contact hours |
| 1986-1994 | Reproductive Epidemiology – 26 contact hours |
| 1997 | Advanced Epidemiologic Methods – 30 contact hours |

#### Brown University

| | |
|---|---|
| 2011-2012 | Environmental and Occupational Epidemiology – 40 contact hours |
| 2011 | Critical Epidemiology – 40 contact hours |
| 2013, 2016-2017, 2019-2021 | Interpretation and Application of Epidemiology – 40 contact hours |
| 2018-2019 | Reproductive Epidemiology – 40 contact hours |

### Other Teaching

| | |
|---|---|
| 1988 | New England Epidemiology Institute Summer Program Course on Occupational and Environmental Epidemiology |
| 1991 | University of Michigan Summer Program in Epidemiology Course on Environmental Epidemiology |

11

SAVITZ0000038

1997                    Faculty for the Society for Epidemiologic Research
Student Workshop

## GRANT AND CONTRACT SUPPORT

### **Completed**

Reproductive Hazard Surveillance Among Oil, Chemical, and Atomic Workers Union Members (M. Orleans, Principal Investigator, D. Savitz, Co-Investigator) March of Dimes, $32,000, January 1, 1981-August 31, 1984.

Case-Control Study of Invasive Cervical Cancer (R.F. Hamman, Principal Investigator, D. Savitz, Project Director), National Cancer Institute through Westat Subcontract, $140,961, June 1, 1982-July 31, 1984.

Oil Shale Technology Health and Environmental Effects Risk Analysis (W. Marine, Principal Investigator, D. Savitz, Co-Investigator), U.S. Department of Energy, $20,723, September 1, 1982-August 31, 1983; $25,000, December 1, 1983-September 30, 1984.

Ethnicity and Cancer Risk in Colorado Hispanics (D. Savitz, Principal Investigator), Biomedical Research Assistance Committee, University of Colorado, $5,670, September 1, 1982-February 28, 1983.

Cancer Risk among Oil, Chemical, and Atomic Workers Exposed to Halogenated Hydrocarbons (D. Savitz, Principal Investigator), American Cancer Society Institutional Research Grant, $5,000, October 1, 1982-December 31, 1983.

Childhood Cancer and Electromagnetic Field Exposure (D. Savitz, Principal Investigator), Health Research, Incorporated, New York State Department of Health, $391,000, December 1, 1983-August 31, 1987.

Association of Parental Occupation with Late Fetal Mortality and Low Birth Weight (D. Savitz, Principal Investigator), March of Dimes, $50,000, January 1, 1986-November 30, 1987.

Low Birth Weight among Offspring of Smokeless Tobacco Users:  A Feasibility Study (D. Savitz, Principal Investigator), University of North Carolina Research Program, $1,500, January 1, 1987 - December 31, 1987.

Epidemiologic Study of Utility Workers Exposed to Electric and Magnetic Fields (D. Savitz, Principal Investigator), Electric Power Research Institute, $5,381,303, July 1, 1987 - December 31, 1997.

Adverse Pregnancy Outcomes among Cosmetologists.  (D. Savitz, Principal Investigator with doctoral student, E. John), National Institute for Occupational Safety and Health, $30,000, October 1, 1987-May 31, 1990.

Adverse Pregnancy Outcomes among Cosmetologists.  (D. Savitz, Principal Investigator with doctoral student, E. John), March of Dimes, $53,000, December 1, 1987-March 31, 1990.

Development of Capabilities for Microcomputer Data Analyses of Epidemiologic Data (D. Savitz, Principal Investigator), University of North Carolina Junior Faculty Development Award, $3,000, January 1, 1988-December 31, 1988.

Epidemiology of Pregnancy Outcome in a Textile Community (D. Savitz, Principal Investigator), National Institutes of Health, National Institute of Child Health and Development, $350,000, March 1, 1988-February 28, 1993.

SAVITZ0000039

Menstrual Cycle Patterns and Risk of Breast Cancer (D. Savitz, Principal Investigator with doctoral student, E. Whelan), National Institutes of Health, National Cancer Institute, $25,000, August 1, 1988-December 31, 1989.

The Effect of Exposure to Mercury Vapor and Nitrous Oxide on the Risk of Spontaneous Abortion among Female Dental Assistants (D. Savitz, Principal Investigator with doctoral student, A. Rowland), March of Dimes, $50,000, January 1, 1989-December 31, 1990.

Phenoxy Herbicides and Spontaneous Abortions in Ontario (D. Savitz, Principal Investigator with doctoral student, T. Arbuckle), National Institutes of Health, National Institute of Environmental Health Sciences, $404,982, May 15, 1991 - April 30, 1995.

Lead in Pregnancy, Hypertension, and Neonatal Health (I. Hertz-Picciotto, Principal Investigator, D. Savitz, Co-Investigator), National Institutes of Health, National Institute of Environmental Health Sciences, $855,694, August 1, 1991 - July 31, 1994.

Case-Control Study of Risk Factors in Neuroblastoma (A. Olshan, Principal Investigator, D. Savitz, Co-Investigator), National Institutes of Health, National Cancer Institute, $1,211,736, September 30, 1991 - August 31, 1997.

Genetic susceptibility and dietary factors in ovarian dysfunction: galactose consumption, metabolism, and reproductive impairment (D. Savitz, Principal Investigator with doctoral student, Glinda Cooper), March of Dimes Birth Defects Foundation, $39,216, January 1, 1992 - July 31, 1995.

Mercury and Reproductive Health in Women Dentists (D. Savitz, Principal Investigator, L. Kaste, Co-Investigator), National Institutes of Health, National Institute of Dental Research, $34,245, May 1, 1992 - April 30, 1993.

Parental Occupation and Pregnancy Outcome: Analysis of the National Maternal and Infant Health Survey (D. Savitz, Principal Investigator), March of Dimes Birth Defects Foundation, $54,285, April 1, 1993 - March 31, 1995.

Parents' Drinking, Toxicant Interactions, and Pregnancy (D. Savitz, Principal Investigator), National Institute of Alcoholism and Alcohol Abuse, $50,000, July 1, 1993 - June 30, 1995.

Psychosocial Risks and Preterm in African-American Women, (D. Savitz, Principal Investigator), Centers for Disease Control, $122,222 October 1, 1996 - September 30, 1998.

Cancer Mortality in Minority Workers (D. Loomis, Principal Investigator, D. Savitz, Co-Investigator), National Institute of Occupational and Statistical Health, $243,895, September 30, 1995 - September 29, 1997.

Epidemiology of Preterm Premature Rupture of Membranes (D. Savitz, Principal Investigator), National Institute of Child Health and Human Development, $1,182,246, January 1, 1995 - December 31, 1998.

Pesticides and Breast Cancer in North Carolina (D. Savitz, Principal Investigator), National Institute of Environmental Health Sciences, $883,813, January 1, 1995 - December 31, 1998.

Predictors of Urinary Tract Infection during Pregnancy, (L. Pastore, Principal Investigator, D. Savitz, Co-Investigator), Agency for Health Care and Policy Research, $20,000, September 1, 1995 - December 31, 1996.

Environment and Breast Cancer (D. Savitz, Principal Investigator), National Cancer Institute, $201,793, September 30, 1994 - September 29, 1998.

SAVITZ0000040

Trial Exhibit 650.013

Supplement to Epidemiology of Preterm Premature Rupture of the Membranes on Cocaine and Preterm Delivery, (D. Savitz, Principal Investigator), National Institute of Child Health and Human Development, $492,914, September 9, 1996 - December 31, 1998.

Research to Advance Environmental Epidemiology: Improving the Use of Human Data in Risk Assessment (D. Savitz, Principal Investigator), US Environmental Protection Agency, $1,584,928, July 1, 1992 - June 30, 1999.

Nutritional Biochemistry and Epidemiology of Cancer Training Grant (L. Kohlmeier, Principal Investigator), National Institute of Environmental Health Sciences, $423,297, July 1, 1997 – June 30, 2002.

Pfiesteria-Related Illness Surveillance and Prevention (C. Moe, Principal Investigator), North Carolina Department of Health and Human Services, $1,362,821, April 1, 1998 – March 31, 2001.

Influence of Iron, Zinc and Folate on Preterm Delivery (D. Savitz, Principal Investigator), National Institute of Child Health and Human Development, $1,405,542, January 1, 1999 – December 31, 2001.

Occupational Exertion and Preterm Delivery (D. Savitz, Principal Investigator), March of Dimes Birth Defects Foundation, $94,877, June 1, 1999 – May 31, 2000.

Psychosocial Factors in African-American and Preterm Birth, (D. Savitz, Principal Investigator), Association of Schools of Public Health/Centers for Disease Control and Prevention, $170,952, September 9, 1999 – September 8, 2002.

Community-Level Social Influences on Preterm Birth, (D. Savitz, Principal Investigator), Association of Schools of Public Health/Centers for Disease Control and Prevention, $196,791, October 1, 1999 – September 30, 2002.

ANCA Glomerulonephritis: From Molecules to Man (R. Falk, Principal Investigator, D. Savitz, Co-Investigator) National Institute of Diabetes and Digestive and Kidney Diseases $1,070,474, September 1, 2000 – August 31, 2005

Drinking Water Disinfection By-Products and Spontaneous Abortion (D. Savitz, Principal Investigator) American Water Works Association Foundation $3,500,000, November 1, 1999 – September 30, 2005

Reliability, Validity, and Variability in Behavioral Determinants of Drinking Water Disinfection By-Products Exposure (D. Savitz, Principal Investigator) US Environmental Protection Agency $471,000, September 15, 2001 – September 14, 2005

Drinking Water Disinfection By-Products and Male Reproductive Health: Semen Quality and Sperm Biomarkers (A. Olshan, Principal Investigator; D. Savitz, Co-Investigator) US Environmental Protection Agency $557,340, October 1, 2001 – September 30, 2005

Environmental Epidemiology and Exposure Assessment Training Grant Project (L. Kupper, Principal Investigator; D. Savitz, Co-Principal Investigator) National Institute of Environmental Health Sciences $5,642,423, July 1, 2002 – June 30, 2007

Epidemiology of Exertion, Stress, and Preterm Delivery Project (D. Savitz, Principal Investigator) National Institute of Child Health and Human Development $2,154,340, February 1, 2000 – January 31, 2006

SAVITZ0000041

Trial Exhibit 650.014

Placental Vascular Compromise and Preterm Delivery (J. Thorp, Principal Investigator, D. Savitz, Co-Principal Investigator) National Institute of Child Health and Human Development $2,281,788, September 1, 2001 – August 31, 2006

National Children's Study Duplin County Vanguard Center (B. Entwisle, Principal Investigator; D. Savitz, Original Principal Investigator, consultant).   National Institute of Child Health and Human Development $1,091,825, September 30, 2005 – September 29, 2008

Ethnicity and Birth Outcome in New York City (D. Savitz, Principal Investigator) National Institute of Child Health and Human Development, $275,000, January 1, 2006 – December 31, 2008

Risk Factors for Onset and Persistence of TMD (W. Maixner, Principal Investigator; D. Savitz, Co-Investigator through July 2009) National Institute of Dental and Craniofacial Research, $17,216,202, October 1, 2005 – July 31, 2012

National Children's Study Queens County Vanguard Center (P. Landrigan, Principal Investigator; D. Savitz, Co-Investigator).   National Institute of Child Health and Human Development $1,091,825, September 30, 2005 – September 29, 2008

C8 and Reproductive and Neurodevelopmental Outcomes (D. Savitz, Principal Investigator, Garden City Group, Inc., $605,693 September 1, 2010 – August 31, 2013

The Epidemiology of Hospitalized Postpartum Depression (D. Savitz, Principal Investigator, NIH 5R21HD0588111-02, $116,629, September 1, 2010 – March 31, 2014

The National Standard for Normal Fetal Growth (E. Chien, Principal Investigator, D. Savitz, Co-Investigator).  National Institute of Child Health and Human Development $8,815.  September 30, 2010 – December 31, 2011

Metals in Hair and Child Neurobehavioral Development (C. Stein, Principal Investigator; D. Savitz, Subcontract Principal Investigator), Mount Sinai/NIEHS, $41,517, September 1, 2011 – August 31, 2013

Air Pollution and Pregnancy Outcome in New York City (D. Savitz, Principal Investigator), NIH 1-R01 - ES019955, $339,071, April 1, 2011 – March 31, 2015

The Epidemiology of Postpartum Depression and Associated Childhood Outcomes (M. Silverman, Principal Investigator; D. Savitz, Co-Investigator) NIH 1R21HD073010, $24,308, August 1/13- July 31, 2015

Residential Air Pollution and Preeclampsia (D. Savitz, Co-Investigator), NIEHS 1R21ES023073, $204,778, July 1, 2013 – June 30, 2016

Marcellus Shale Development, Respiratory & Reproductive Outcomes in Pennsylvania (B. Schwartz, Principal Investigator; D. Savitz, Co-Investigator)) NIH 1R21ES023675, $11,748, December 1, 2013 – November 30, 2015

Residential Air Pollution and Preeclampsia (G. Wellenius, Principal Investigator, D. Savitz, Co-Investigator) R21ES023073-01, $160,035, August 9, 2013 – July 31, 2017.

Effect of Iatrogenic Delivery at 34-38 Weeks' Gestation on Pregnancy Outcome (D. Savitz, Principal Investigator) 1R01HD077592-01A1, $345,602, May 15, 2014 – April 30, 2019

SAVITZ0000042

Trial Exhibit 650.015

Children's Health Exposure Analysis Resource (CHEAR): Coordinating Center (U24) (B. O'Brien, Principal Investigator, D. Savitz, Co-Investigator) 1U24ES026539-01, $2,650,342, September 30, 2015 – August 31, 2019

**CURRENT SUPPORT**

Multi-Site Study of Health Implications of Exposure of PFAS-Contaminated Drinking Water – PA PFAS Study (L. Brown, Principal Investigator, D. Savitz, Co-Investigator) CDC ATSDR $41,186 10/01/2019 - 09/30/2020

The Prenatal and Childhood Mechanisms of Health Disparities: Protocol Development and Initial Recruitment and Attention (Disparities) (K. Batts, PI, D. Savitz, Co-Investigator) NICHD $119,803 10/01/2019 – 02/02/2021

Impact of Open Burn Pit Exposure on Respiratory and Cardiovascular Health among Military Veterans (D. Savitz, Principal Investigator) DOD IIRA $1,400,000 July 1, 2019 – June 30, 2022

Human Health Exposure Analysis Resource (HHEAR): Coordinating Center (B. O'Brien, PI, D. Savitz, Co-Investigator), NIEHS $817,221 September 5, 2019 – May 31, 2020

Neonatal Cry Acoustics and Neurobehavioral Characteristics as Early Markers of Risk for Autism Spectrum Disorder (S. Sheinkopf, PI, D. Savitz, Co-Investigator) NICHD $753,899 September 9, 2019 – June 30, 2024

Clinical Markers of Neonatal Opioid Withdrawal Syndrome: Onset severity and Longitudinal neurodevelopmental outcome (B. Lester, E. Conradt, Co-PIs, D. Savitz Co-Investigator) NICHD $801,638 April 1, 2020 – February 28, 2025

## PUBLICATIONS:

### Published Peer-Reviewed Articles including Research with Original Data, Reviews, and Commentaries

**1980**

1. Rogers SE, Savitz DA.  Toxic substances from coal:  Some policy implications for the future. Journal of Environmental Management 1980; 11:165-82.

**1984**

2. Savitz DA, Harley B, Krekel S, Marshall J, Bondy J, Orleans M.  Survey of reproductive hazards among Oil, Chemical, and Atomic Workers exposed to halogenated hydrocarbons.  American Journal of Industrial Medicine 1984; 6:253-64.

3. Savitz DA, Moure R.  Review of epidemiologic studies of cancer risk among oil refinery workers. Journal of Occupational Medicine 1984; 26:662-70.

**1985**

4. Savitz DA, Grace C.  Determinants of medical record access for an epidemiologic study. American Journal of Public Health 1985; 75:1425-6.

SAVITZ0000043

Trial Exhibit 650.016

5. Savitz DA, Redmond CK.  Screening for geographic heterogeneity of disease rates:  Application to cancer incidence in Allegheny County, Pennsylvania, 1969-71. Journal of Chronic Diseases 1985; 38:145-56.

**1986**

6. Brinton LA, Huggins GR, Lehman HF, Mallin K, Savitz DA, Trapido E, Rosenthal J, Hoover R.  Long-term use of oral contraceptives and risk of invasive cervical cancer.  International Journal of Cancer 1986; 38:339-44.

7. Brinton LA, Schairer C, Haenszel W, Stolley P, Lehman HF, Levine R, Savitz DA.  Smoking and invasive cervical cancer.  Journal of the American Medical Association 1986; 255:3265-69.

8. Savitz DA.  Changes in Spanish surname cancer rates relative to other Whites in the Denver area.  American Journal of Public Health 1986; 76:1210-15.

9. Savitz DA, Hamman RF, Grace C, Stroo K.  Respondents' attitudes regarding participation in an epidemiologic study.  American Journal of Epidemiology 1986; 123:362-6.

**1987**

10. Alderman BA, Baron AE, Savitz DA.  Maternal exposure to neighborhood carbon monoxide and risk of low infant birth weight.  Public Health Reports 1987; 102:410-4.

11. Brinton LA, Tashima KT, Lehman HF, Levin RS, Mallin, Savitz DA, Stolley PD, Fraumeni JF Jr.  Epidemiology of cervical cancer by cell type.  Cancer Research 1987; 47:1706-11.

12. Savitz DA, Calle EE.  Leukemia and occupational exposure to electromagnetic fields.  Review of epidemiologic surveys.  Journal of Occupational Medicine 1987; 29:47-51.

13. Savitz DA, Zuckerman DL.  Childhood cancer in the Denver metropolitan area, 1976-83.  Cancer 1987; 59:1539-42.

**1988**

14. Davis MD, Savitz DA, Graubard BI.  Infant feeding and childhood cancer.  Lancet 1988; 2:365-8.

15. Mayer EJ, Hamman RF, Gay EC, Lezotte DC, Savitz DA, Klingensmith GJ.  Reduced risk of insulin dependent diabetes mellitus among breast-fed children.  The Colorado IDDM Registry.  Diabetes 1988; 37:1625-32.

16. Savitz DA. Human studies of human health hazards - comparison of epidemiology and toxicology.  Statistical Science 1988; 3:306-13.

17. Savitz DA, Pierce NE.  Control selection with incomplete case ascertainment.  American Journal of Epidemiology 1988; 127:1109-17.

18. Savitz DA, Wachtel H, Barnes FA, John EM, Tvrdik JG.  Case-control study of childhood cancer and exposure to 60-Hz magnetic fields. American Journal of Epidemiology 1988; 128:21-38.

**1989**

SAVITZ0000044

19. Barnes F, Wachtel H, Savitz D, Fuller J.  The use of wiring configurations and wire codes for estimating externally-generated electric and magnetic fields.  Bioelectromagnetics 1989; 10:13-21.

20. Klonoff-Cohen HS, Savitz DA, Cefalo RC, McCann MF.  An epidemiologic study of contraception and pre-eclampsia.  Journal of the American Medical Association 1989; 262:3143-7 (Also published in French, Indian, and Japanese JAMA).

21. Narendrenathan M, Sandler RS, Suchindran CM, Savitz DA.  Male infertility in inflammatory bowel disease.  Journal of Clinical Gastroenterology 1989; 11:403-6.

22. Savitz DA, Baron AE.  Estimating and correcting for confounder misclassification.  American Journal of Epidemiology 1989; 129:1062-71.

23. Savitz DA, Feingold L.  Association of childhood cancer with residential traffic density.  Scandinavian Journal of Work, Environment and Health 1989; 15:360-3.

24. Savitz DA, Pearce NE, Poole C.  Methodological issues in the epidemiology of electromagnetic fields and cancer.  Epidemiologic Reviews 1989; 11:59-78.

25. Savitz DA, Whelan EA, Kleckner RC.  Effect of parents' occupational exposures on risk of stillbirth, preterm delivery, and small-for-gestational-age infants.  American Journal of Epidemiology 1989; 129:1201-18.

26. Savitz DA, Whelan EA, Kleckner RC.  Self-reported exposure to pesticides and radiation in relation to pregnancy outcome: Results from the National Natality and Fetal Mortality surveys.  Public Health Reports 1989; 104:473-7.

**1990**

27. Ad Hoc Working Group, International Agency for Research on Cancer.  Extremely low-frequency electric and magnetic fields and risk of human cancer.  Bioelectromagnetics 1990; 11:91-9.

28. Brenner H, Savitz DA.  The effects of sensitivity and specificity of case selection on validity, sample size, precision, and power in hospital-based case-control studies.  American Journal of Epidemiology 1990; 132:181-92

29. Dole N, Gleiter K, Savitz DA, Chimbira THK, Mbizvo MT.  Birth weight patterns in Harare, Zimbabwe.  International Journal of Epidemiology 1990; 1998-100.

30. Hildesheim A, Brinton LA, Mallin K, Lehman HF, Stolley P, Savitz D, Levine R.  Barrier and spermicidal contraceptive methods and risk of invasive cervical cancer.  Epidemiology 1990; 1:266-72.

31. Loomis DP, Savitz DA.  Brain cancer and leukemia among electrical workers.  British Journal of Industrial Medicine 1990; 47:633-8.

32. Savitz DA, Chen J.  Parental occupation and childhood cancer: Review of epidemiologic studies.  Environmental Health Perspectives 1990; 88:325-37.

33. Savitz DA, Greenland S, Stolley PD, Kelsey JL.  Scientific standards of criticism: A reaction to "Scientific standards in epidemiologic studies of the menace of daily life" by A.R. Feinstein.  Epidemiology 1990; 1:78-83.

SAVITZ0000045

34.   Savitz DA, John EM, Kleckner RC.  Magnetic field exposure from electric appliances and childhood cancer.  American Journal of Epidemiology 1990; 131:763-73.

35.   Savitz DA, Whelan EA, Rowland AS, Kleckner RC.  Maternal employment and reproductive risk factors.  American Journal of Epidemiology 1990; 132:933-45.

**1991**

36.   Albers LL, Savitz DA.  Hospital setting and fetal death during labor among low-risk women.  American Journal of Obstetrics and Gynecology 1991; 164:868-73.

37.   Albers LL, Savitz DA.  Hospital setting for birth and use of medical procedures in low-risk women.  Journal of Nurse-Midwifery 1991; 36:327-33.

38.   Checkoway H, Savitz DA, Heyer NJ.  Assessing the effects of nondifferential misclassification of exposures in occupational studies.  Applied Occupational and Environmental Hygiene 1991; 6:528-33.

39.   Chestnut LG, Schwartz J, Savitz DA, Burchfiel CM.  Pulmonary function and ambient particulate matter:  Epidemiological evidence from NHANES I.  Archives of Environmental Health 1991; 46:135-44.

40.   Flynn MR, West S, Kaune WT, Savitz DA, Chen C-C, Loomis DP.  Validation of expert judgment in assessing occupational exposure to magnetic fields in the utility industry.  Applied Industrial Hygiene 1991; 6:141-5.

41.   John EM, Savitz DA, Sandler DP.  Prenatal exposure to parents' smoking and childhood cancer.  American Journal of Epidemiology 1991; 133:123-32.

42.   Lasisse DL, Savitz DA, Hamman RF, Baron AE, Brinton LA, Levine RS.  Invasive cervical cancer and intrauterine device use.  International Journal of Epidemiology 1991; 20:865-70.

43.   Leeper E, Wertheimer N, Savitz D, Barnes F, Wachtel H.  Modification of the 1979 "Denver wire code" for different wire or plumbing types.  Bioelectromagnetics 1991; 12:315-8.

44.   Loomis DP, Savitz DA.  Occupation and leukemia mortality among men in 16 states.  American Journal of Industrial Medicine 1991; 19:509-21.

45.   Savitz DA, Blackmore CA, Thorp JM.  Epidemiology of preterm delivery: etiologic heterogeneity.  American Journal of Obstetrics and Gynecology 1991; 164:467-71.

46.   Savitz DA, Harlow SD.  Selection of reproductive health endpoints for environmental risk assessment.  Environmental Health Perspectives 1991; 90:159-64.

47.   Savitz DA, Schwingl PJ, Keels MA.  Influence of paternal age, smoking, and alcohol consumption on congenital anomalies.  Teratology 1991; 44:429-40.

**1992**

48.   Brenner H, Greenland S, Savitz DA.  The effects of nondifferential confounder misclassification in ecologic studies.  Epidemiology 1992; 5:456-9.

49.   Brenner H, Savitz DA, Jockel KH, Greenland S.  Effects of nondifferential exposure misclassification in ecologic studies.  American Journal of Epidemiology 1992; 135:85-95.

SAVITZ0000046

Trial Exhibit 650.019

50. Feingold L, Savitz DA, John EM. Use of a job-exposure matrix to evaluate parental occupation and childhood cancer. Cancer Causes and Control 1992; 3:161-9.

51. O'Shea M, Savitz DA, Hage ML, Feinstein KA. Perinatal events and the risk of subependymal/intraventricular hemorrhage in very low birth weight neonates. Paediatric and Perinatal Epidemiology 1992; 6:352-62.

52. Savitz DA, Zhang J. Pregnancy-induced hypertension in North Carolina, 1988-1989. American Journal of Public Health 1992; 82:675-9.

53. Savitz DA, Zhang J, Schwingl P, John EM. Association of paternal alcohol use with gestational age and birth weight. Teratology 1992; 46:465-71.

54. Zhang J, Savitz DA. Preterm birth subtypes among blacks and whites in North Carolina. Epidemiology 1992; 5:428-33.

55. Zhang J, Savitz DA, Schwingl PJ. Case-control study of paternal smoking and birth defects. International Journal of Epidemiology 1992; 21:273-8.

**1993**

56. Alderman BW, Baron AE, Savitz DA. Cautions in the use of antecedents as surrogates for confounders. American Journal of Epidemiology 1993; 137:1259-72.

57. Brenner H, Savitz DA, Gefeller O. The effects of joint misclassification of exposure and disease on epidemiologic measures of association. Journal of Clinical Epidemiology 1993; 46:1195-1202.

58. Dovan T, Kaune WT, Savitz DA. Repeatability of measurements of residential magnetic fields and wire codes. Bioelectromagnetics 1993; 14:145-59.

59. Evans JA, Savitz DA, Kanal E, Gillen J. Infertility and pregnancy outcome among MRI workers. Journal of Occupational Medicine 1993; 35:1191-5.

60. Kanal E, Gillen J, Evans JA, Savitz DA, Shellock FG. Survey of reproductive health among female MR workers. Radiology 1993; 187:395-9.

61. Klonoff-Cohen H, Edelstein S, Savitz D. Cigarette smoking and preeclampsia. American Journal of Obstetrics and Gynecology 1993; 81:541-4.

62. Morrison H, Savitz D, Semenciw R, Hulka B, Mao Y, Morison D, Wigle D. Farming and prostate cancer mortality. American Journal of Epidemiology 1993; 137:270-80.

63. Savitz DA. Epidemiologic studies of electric and magnetic fields and cancer: strategies for extending knowledge. Environmental Health Perspectives 1993; 101:83-91.

64. Savitz DA. Health effects of electric and magnetic fields: overview of research recommendations. Environmental Health Perspectives 1993; 101:71-2.

65. Savitz DA. Is significance testing useful in interpreting data? Reproductive Toxicology 1993; 7:95-100.

66. Savitz DA. Overview of epidemiologic research on electric and magnetic fields and cancer. American Industrial Hygiene Association Journal 1993; 54:197-204.

SAVITZ0000047

Trial Exhibit 650.020

67.   Savitz DA, Kaune WT.  Childhood cancer in relation to a modified residential wire code.  Environmental Health Perspectives 1993; 101:76-80.

68.   Savitz DA, Pearce N, Poole C.  Update on methodological issues in the epidemiology of electromagnetic fields and cancer.  Epidemiologic Reviews 1993; 15:558-66.

69.   Savitz DA, Thang NM, Swenson IE, Stone EM.  Infant and childhood mortality in relation to the Vietnam War.  American Journal of Public Health 1993; 83:1134-8.

70.   Wartenberg D, Savitz DA.  Evaluating exposure cutpoint bias in epidemiologic studies of electric and magnetic fields.  Bioelectromagnetics 1993; 14:237-45.

71.   Zhang J, Savitz DA.  Maternal age and placenta previa: a population-based case-control study.  American Journal of Obstetrics and Gynecology 1993; 168:641-5.


**1994**

72.   Ananth CV, Savitz DA.  Vaginal bleeding and adverse reproductive outcomes: a meta-analysis.  Paediatric and Perinatal Epidemiology 1994; 8:62-78.

73.   Andrews KW, Savitz DA, Hertz-Picciotto I.  Prenatal lead exposure in relation to gestational age and birth weight: a review of epidemiologic studies.  American Journal of Industrial Medicine 1994; 26:13-32.

74.   Cooper GS, Hulka BS, Baird DD, Savitz DA, Hughes CL Jr, Weinberg CR, Coleman RA, Shields JM.  Galactose consumption, metabolism, and follicle-stimulating hormone concentrations in women of late reproductive age.  Fertility and Sterility 1994; 62:1168-75.

75.   Dargent-Molina P, James SA, Strogatz DS, Savitz DA.  Association between maternal education and infant diarrhea in different household and community environments of Cebu, Philippines.  Social Science and Medicine 1994; 38:343-50.

76.   Henriksen TB, Savitz DA, Hedegaard M, Secher NJ.  Employment during pregnancy in relation to risk factors and pregnancy outcome.  British Journal of Obstetrics and Gynaecology 1994; 101:858-65.

77.   Irwin DE, Savitz DA, Hertz-Picciotto I, St. Andre KA.  The risk of pregnancy-induced hypertension: black/white differences in a military population.  American Journal of Public Health 1994; 84:1508-10.

78.   Irwin DE, Savitz DA, St. Andre KA, Hertz-Picciotto I.  Study of occupational risk factors for pregnancy-induced hypertension among active duty enlisted Navy personnel. American Journal of Industrial Medicine 1994; 25:349-59.

79.   John EM, Savitz DA.  Effect of a monetary incentive on response to a mail survey.  Annals of Epidemiology 1994; 4:231-5.

80.   John EM, Savitz DA, Shy CM.  Spontaneous abortions among cosmetologists.  Epidemiology 1994; 5:147-55.

81.   Kaune WT, Savitz DA.  Simplification of the Wertheimer-Leeper wire-code.  Bioelectromagnetics 1994; 15:275-82.

SAVITZ0000048

Trial Exhibit 650.021

82. Loomis DP, Kromhout H, Peipins LA, Kleckner RC, Iriye R, Savitz DA.  Sampling design and field methods of a large, randomized, multi-site survey of occupational magnetic field exposure.  Applied Occupational and Environmental Hygiene 1994; 9:49-52.

83. Loomis DP, Peipins LA, Browning SR, Howard RL, Savitz DA.  Organization and classification of work history data in industry-wide studies: an application to the electric power industry.  American Journal of Industrial Medicine 1994; 26:413-25.

84. Loomis DP, Savitz DA.  Effect of incomplete exposure assessment on epidemiologic dose-response analyses.  Scandinavian Journal of Work, Environment, and Health 1994; 20:200-5.

85. Loomis DP, Savitz DA, Ananth CV.  Breast cancer mortality among female electrical workers.  Journal of the National Cancer Institute 1994; 86:921-5.

86. Sarasua S, Savitz DA.  Cured and broiled meat consumption in relation to childhood cancer: Denver, Colorado (United States).  Cancer Causes and Control 1994; 5:141-8.

87. Savitz DA.  In defense of black box epidemiology.  Epidemiology 1994; 5:550-2.

88. Savitz DA, Ananth CV.  Birth characteristics of childhood cancer cases, controls, and their siblings.  Pediatric Hematology and Oncology 1994; 11:587-99.

89. Savitz DA, Ananth CV.  Residential magnetic fields, wire codes, and pregnancy outcome.  Bioelectromagnetics 1994; 15:271-3.

90. Savitz DA, Baird N, Dole N.  Agreement among textile industry exposures during pregnancy based on work description, job title, and self-report.  Journal of Exposure Analysis and Environmental Epidemiology 1994; 4:513-24.

91. Savitz DA, Boyle CA, Holmgreen P.  Prevalence of depression among electrical workers.  American Journal of Industrial Medicine 1994; 25:165-76.

92. Savitz DA, Brett KM, Evans LE, Bowes W.  Medically treated miscarriage among Black and White women in Alamance County, North Carolina, 1988-1991.  American Journal of Epidemiology 1994; 139:1100-6.

93. Savitz DA, Ohya T, Loomis DP, Senior RS, Bracken TD, Howard RL.  Correlations among indices of electric and magnetic field exposure in electric utility workers. Bioelectromagnetics 1994; 15:193-204.

94. Savitz DA, Sonnenfeld NL, Olshan AF.  Review of epidemiologic studies of paternal occupational exposure and spontaneous abortion.  American Journal of Industrial Medicine 1994; 25:361-83.

95. Savitz DA, Tolo K-A, Poole C.  Statistical significance testing in the American Journal of Epidemiology, 1970 to 1990.  American Journal of Epidemiology 1994; 139:1047-52.

96. Schober EA, Kusy RP, Savitz DA.  Resistance of fetal membranes to the concentrated application of force and reconciliation of puncture and burst testing.  Annals of Biomedical Engineering 1994; 22:540-8.

97. Schober EA, Kusy RP, Whitley JQ, Savitz DA.  Effect of thickness on the fracture characteristics of fetal membranes.  Journal of Materials Science: Materials in Medicine 1994; 5:130-7.

SAVITZ0000049

Trial Exhibit 650.022

98. West SL, Strom BL, Freundlich B, Normand E, Koch G, Savitz DA.  Completeness of prescription recording in outpatient medical records from a health maintenance organization. Journal of Clinical Epidemiology 1994; 47:165-71.

## 1995

99. Ananth CV, Peedicayil A, Savitz DA.  Effect of hypertensive diseases in pregnancy on birth weight, gestational duration, and small-for-gestational-age births.  Epidemiology 1995; 6:391-5.

100. Ananth CV, Savitz DA, Bowes WA Jr. Hypertensive diseases of pregnancy and stillbirth in North Carolina, 1988 to 1991.  Acta Obstetrica et Gynecologica Scandinavica 1995; 74:788-793.

101. Blackmore CA, Savitz DA, Edwards LJ, Harlow SD, Bowes WA Jr.  Racial differences in the patterns of preterm delivery in central North Carolina.  Paediatric and Perinatal Epidemiology 1995; 9:281-95.

102. Blair A, Burg J, Foran J, Gibb H, Greenland S, Morris R, Raabe G, Savitz D, Teta J, Wartenberg D, Wong O, Zimmerman R.  Guidelines for application of meta-analysis in environmental epidemiology.  Regulatory Toxicology and Pharmacology 1995; 22:189-97.

103. Cooper GS, Baird DD, Hulka BS, Weinberg CR, Savitz DA, Hughes CL.  Follicle-stimulating hormone concentrations in relation to active and passive smoking.  Obstetrics and Gynecology 1995; 85:407-11.

104. Kromhout H, Loomis DP, Mihlan GJ, Peipins LA, Kleckner RC, Iriye R, Savitz DA.  Assessment and grouping of occupational magnetic field exposure in five electric utility companies. Scandinavian Journal of Work, Environment and Health 1995; 21:43-50.

105. Leiss JK, Savitz DA.  Case-control study of home pesticide use and childhood cancer.  American Journal of Public Health 1995; 85:249-52.

106. Millikan R, DeVoto E, Newman B, Savitz D.  Studying environmental influences on breast cancer risk: suggestions for an integrated population-based approach.  Breast Cancer Research and Treatment 1995; 34:79-89.

107. Olshan AF, Ananth CV, Savitz DA.  Intrauterine growth retardation as an endpoint in mutation epidemiology: an evaluation based on paternal age.  Mutation Research 1995; 344:89-94.

108. Pastore LM, Savitz DA.  A case-control study of caffeinated beverages and preterm delivery. American Journal of Epidemiology 1995; 141:61-69.

109. Pearce N, Sanjose S, Boffetta P, Kogevinas M, Saracci R, Savitz D.  Limitations of biomarkers of exposure in cancer epidemiology.  Epidemiology 1995; 6:190-4.

110. Rowland AS, Baird DD, Shore DL, Weinberg CR, Savitz DA, Wilcox AJ.  Nitrous oxide and spontaneous abortion in female dental assistants.  American Journal of Epidemiology 1995; 141:531-8.

111. Savitz DA.  Exposure assessment strategies in epidemiological studies of health effects of electric and magnetic fields.  Science of the Total Environment 1995; 168:143-53.

112. Savitz DA.  Overview of occupational exposure to electric and magnetic fields and cancer: advancements in exposure assessment.  Environmental Health Perspectives 1995; 103(Suppl 2):69-74.

SAVITZ0000050

Trial Exhibit 650.023

113.  Savitz DA, Andrews KW, Brinton LA.  Occupation and cervical cancer.  Journal of Occupational and Environmental Medicine 1995; 37:357-61.

114.  Savitz DA, Andrews KW, Pastore LM.  Drinking water and pregnancy outcome in central North Carolina: source, amount, and trihalomethane levels.  Environmental Health Perspectives 1995; 103:592-6.

115.  Savitz DA, Loomis DP.  Magnetic field exposure in relation to leukemia and brain cancer mortality among electric utility workers.  American Journal of Epidemiology 1995; 141:123-34.  [Erratum: American Journal of Epidemiology 1996:144;205.]

116.  Savitz DA, Olshan AF.  Multiple comparisons and related issues in the interpretation of epidemiologic data.  American Journal of Epidemiology 1995; 142:904-8.

117.  Schnitzer PG, Olshan AF, Savitz DA, Erickson JD.  Validity of mother's report of father's occupation in a study of paternal occupation and congenital malformations.  American Journal of Epidemiology 1995; 141:872-7.

118.  Wertheimer N, Savitz DA, Leeper E.  Childhood cancer in relation to indicators of magnetic fields   from ground current sources.  Bioelectromagnetics 1995; 16:86-96.

119.  West SL, Savitz DA, Koch G, Strom BL, Guess H, Hartzema A.  Recall accuracy for prescription medications: self-report compared to database information.  American Journal of Epidemiology 1995; 142:1103-12.

## 1996

120.  Ananth CV, Savitz DA, Luther ER.  Maternal cigarette smoking as a risk factor for placental abruption, placenta previa, and vaginal bleeding in pregnancy.  American Journal of Epidemiology 1996; 144:881-9.

121.  Ananth CV, Savitz DA, Williams MA.   Placental abruption and its association with hypertension and prolonged rupture of the membranes: a methodological review and meta-analysis.  Obstetrics and Gynecology 1996; 88:309-18.

122.  Ananth CV, Wilcox AJ, Savitz, DA, Bowes WA, Luther ER.  Effect of maternal age and parity on the risk of uteroplacental bleeding disorders in pregnancy.  Obstetrics and Gynecology 1996; 88:511-16.

123.  Feychting M, Kaune WT, Savitz DA, Ahlbom A.  Estimating exposure in studies of residential magnetic fields and cancer -- importance of short-term variability, time interval between diagnosis and measurement, and distance to power lines.  Epidemiology 1996; 7:220-24.

124.  Irwin DE, Savitz DA, Bowes WA Jr, St Andre KA.  Race, age and cesarean delivery in a military population.  Obstetrics and Gynecology 1996; 88:530-3.

125.  Passaro KT, Little RE, Savitz DA, Noss J.  The effect of maternal drinking before conception and in early pregnancy on infant birth weight.  Epidemiology 1996; 7:377-83.

126.  Savitz DA, Brett KM, Baird N, Tse C-K.  Male and female employment in the textile industry in relation to miscarriage and preterm delivery.  American Journal of Industrial Medicine 1996; 30:307-16.

127.  Savitz DA, Olshan AF, Gallagher K.  Maternal occupation and pregnancy outcome.  Epidemiology 1996; 7:269-74.

SAVITZ0000051

128.    Sayle AE, Cooper GS, Savitz DA.  Menstrual and reproductive history of mothers of galactosemic children.  Fertility and Sterility 1996; 65:534-8.

129.    Zhang J, Savitz DA.  Exercise during pregnancy among U.S. women.  Annals of Epidemiology 1996; 6:53-9.

**1997**

130.    Ananth CV. Savitz DA, Bowes WA Jr, Luther ER.  Influence of hypertensive disorders during pregnancy on placental abruption and uterine bleeding during pregnancy.  British Journal of Obstetrics and Gynecology 1997; 104:572-8.

131.    Ananth CV, Savitz DA, Luther ER, Bowes WA Jr.  Pre-eclampsia and preterm birth subtypes in Nova Scotia, 1986 to 1992.  American Journal of Perinatology 1997; 14:17-23.

132.    Brett KM, Strogatz DS, Savitz DA.  Employment, job strain, and low birthweight delivery.  American Journal of Public Health 1997; 87:199-204.

133.    Curtis KM, Savitz DA.  Effects of cigarette smoking, caffeine consumption, and alcohol intake on fecundability.  American Journal of Epidemiology 1997; 146:32-41.

134.    Daniels JL, Olshan AF, Savitz DA.  Pesticides and childhood cancers.  Environmental Health Perspectives 1997; 105:1068-77.

135.    Kromhout H, Loomis DP, Kleckner RC, Savitz DA.  Sensitivity of the relation between cumulative magnetic field exposure and brain cancer mortality to choice of monitoring data grouping scheme.  Epidemiology 1997; 8:442-5.

136.    Loomis D, Browning SR, Schenck AP, Gregory E, Savitz DA.  Cancer mortality among electric utility workers exposed to polychlorinated biphenyls.  Occupational and Environmental Medicine 1997; 54:720-8.

137.    Passaro KT, Noss J, Savitz DA, Little RE, ALSPAC Study Team.  Agreement between self and partner reports of paternal smoking and drinking.  International Journal of Epidemiology 1997; 26:315-20.

138.    Savitz DA. The alternative to epidemiologic theory: whatever works. Epidemiology 1997; 8:210-2.

139.    Savitz DA, Ananth CV. Luther ER, Thorp JM.  Influence of gestational age on the time from spontaneous rupture of the chorioamniotic membranes to the onset of labor.  American Journal of Perinatology 1997; 14:129-33.

140.    Savitz DA, Andrews KW.  Review of epidemiologic evidence on benzene and lymphatic and hematopoietic cancers.  American Journal Industrial Medicine 1997; 31:287-95

141.    Savitz DA, Arbuckle T, Kaczor D, Curtis KM.  Male pesticide exposure and pregnancy outcome.  American Journal of Epidemiology 1997; 146:1025-36.

142.    Savitz DA, Bornschein RL, Amler RW, Bove FI, Edmonds LD, Hanson JW, Kaye WE, Khoury M, Kiely M, Lemasters GK, Sever LE, Shepard TH, Spengler RF, Steinberg KK, Yeargin-Allsopp M.  Assessment of reproductive disorders and birth defects in communities near hazardous chemical sites. I. Birth defects and developmental disorders.  Reproductive Toxicology 1997; 11:223-30.

25

SAVITZ0000052

143.   Savitz DA, Brett KM, Dole N, Tse C-K J.  Male and female occupation in relation to miscarriage and preterm delivery in central North Carolina.  Annals of Epidemiology 1997; 7:509-16.

144.   Savitz DA, Dufort V, Armstrong B, Theriault G.  Lung cancer in relation to employment in the electrical utility industry and exposure to magnetic fields.  Occupational and Environmental Medicine 1997; 54:396-402.

145.   Schroeder JC, Savitz DA.  Lymphoma and multiple myeloma mortality in relation to magnetic field exposure among electric utility workers.  American Journal of Industrial Medicine 1997; 32:392-402.

146.   Zohoori N, Savitz DA.  Econometric approaches to epidemiologic data: relating endogeneity and unobserved heterogeneity to confounding.  Annals of Epidemiology 1997; 17:251-7.

**1998**

147.   Berkowitz GS, Blackmore-Prince C, Lapinski RH, Savitz DA.  Risk factors for preterm birth subtypes.  Epidemiology 1998; 9:279-85.

148.   Gallagher MD, Nuckols JR, Stallones L, Savitz DA.  Exposure to trihalomethanes and adverse pregnancy outcomes.  Epidemiology 1998; 9:484-9.

149.   Kaune WT, Feychting M, Ahlbom A, Ulrich RM, Savitz DA.  Temporal characteristics of transmission-line loadings in the Swedish childhood cancer study.  Bioelectromagnetics 1998; 19:354-65.

150.   Loomis D, Kromhout H, Kleckner RC, Savitz DA.  Effects of the analytical treatment of exposure data on associations of cancer and occupational magnetic field exposure.  American Journal of Industrial Medicine 1998; 34:49-56.

151.   Marcus PM, Savitz DA, Millikan RC, Morgenstern H.  Female breast cancer and trihalomethane levels in drinking water in North Carolina.  Epidemiology 1998; 9:156-60.

152.   Millikan CR, Pittman GS, Tse C-K J, Duell E Newman B, Savitz D, Moorman PG, Boissy RJ, Bell DA.  Catechol-$O$-methyltransferase and breast cancer risk.  Carcinogenesis 1998; 19:1943-7.

153.   Millikan CR, Pittman GS, Newman B, Tse C-K J, Selmin O, Rockhill B, Savitz D, Moorman PG, Bell DA.  Cigarette smoking, $N$-acetyltransferases 1 and 2, and breast cancer risk.  Cancer Epidemiology, Biomarkers and Prevention 1998; 7:371-8.

154.   Passaro KT, Little RE, Savitz DA, Noss J, Alspac Study Team.  Effect of paternal alcohol consumption before conception on infant birth weight.  Teratology 1998; 57:294-301.

155.   Savitz DA, Checkoway H, Loomis DP.  Magnetic field exposure and neurodegenerative disease mortality among electric utility workers.  Epidemiology 1998; 9:398-404.

156.   Savitz DA, Koppelman LF.  Occupational and environmental influences on preterm birth.  Prenatal and Neonatal Medicine 1998; 3:25-8.

157.   Savitz DA, Loomis DP, Tse C-K J.  Electrical occupations and neurodegenerative disease: analysis of US mortality data.  Archives of Environmental Health 1998; 53:71-4.

158.   Savitz DA, Olshan AF.  Describing data requires no adjustment for multiple comparisons: a reply from Savitz and Olshan.  American Journal of Epidemiology 1998; 147:813-4.

SAVITZ0000053

Trial Exhibit 650.026

159.   Shimokura GH, Savitz DA, Symanski E.  Assessment of water use for estimating exposure to tap water contaminants.  Environmental Health Perspectives 1998; 106:55-9.

160.   Zaffanella LE, Savitz DA, Greenland S, Ebi KL.  The residential case-specular method to studywire codes, magnetic fields, and disease.  Epidemiology 1998; 9:16-20.

**1999**

161.   Ananth CV, Berkowitz TS, Savitz DA, Lapinski RL.  Placental abruption and adverse perinatal outcomes.  Journal of the American Medical Association 1999; 282:1646-51.

162.   Andrews KW, Savitz DA.  Accuracy of industry and occupation on death certificates of electric utility workers:  implications for epidemiologic studies of magnetic fields and cancer.  Bioelectromagnetics 1999; 0:512-18.

163.   Arbuckle TE, Savitz DA, Mery LS, Curtis KM.  Exposure to phenoxy herbicides and the risk of spontaneous abortion.  Epidemiology 1999; 10:752-60.

164.   Blackmore-Prince C, Harlow SD, Gargiullo P, Lee MA, Savitz DA.  Chemical hair treatments and adverse outcome among black women in central North Carolina.  American Journal of Epidemiology 1999; 149:712-6.

165.   Curtis KM, Savitz DA, Weinberg CR, Arbuckle TE.  The effect of pesticide exposure on time to pregnancy.  Epidemiology 1999; 10:112-117.

166.   Hartmann KE, Thorp JM, McDonald TL, Savitz DA, Granados JL. Cervical dimensions and risk of preterm birth: a prospective cohort study. Obstetrics and Gynecology 1999; 93:504-9.

167.   Kheifets LI, Gilbert ES, Sussman SS, Guénel P, Sahl JD, Savitz DA, Thériault G. Comparative analyses of the studies of magnetic fields and cancer in electric utility workers: studies from France, Canada, and the United States.  Occupational and Environmental Medicine 1999; 56:567-74.

168.   Pastore LM, Royce RA, Jackson TP, Thorp, Jr, JM, Savitz DA, Kreaden US.  Association between bacterial vaginosis and fetal fibronectin at 24-29 weeks' gestation.  Obstetrics and Gynecology 1999; 93:117-23.

169.   Royce RA, Jackson T, Thorp JM Jr, Hillier SL, Rabe LK, Pastore LM, Savitz DA. Race/ethnicity, vaginal flora patterns, and pH during pregnancy. Sexually Transmitted Diseases 1999; 26:96-102.

170.   Royce RA, Thorp J, Granados JL, Savitz DA.  Bacterial vaginosis associated with HIV infection in pregnant women from North Carolina.  Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology 1999; 20:382-6.

171.   Savitz DA, Dole N, Williams J, Thorp JM, McDonald T, Carter AC, Eucker B.  Determinants of participation in an epidemiologic study of preterm delivery.  Paediatric and Perinatal Epidemiology 1999; 13:114-25.

172.   Savitz DA, Liao D, Sastre A, Kleckner RC, Kavet R.  Magnetic field exposure and cardiovascular disease mortality among electric utility workers.  American Journal of Epidemiology 1999; 149:135-42.

173.   Savitz DA, Poole C, Miller WC.  Reassessing the role of epidemiology in public health.  American Journal of Public Health 1999; 89:1158-61.

SAVITZ0000054

Trial Exhibit 650.027

174.   Van Wijngaarden E, Savitz DA, Kleckner RC, Mihlan G, Nylander-French LA, Dufort V, Cai J, Loomis D, Kromhout H.  Refinements in magnetic field exposure assignment for a case-cohort study of electric utility workers.  Annals of Occupational Hygiene 1999; 43:485-92.

**2000**

175.   Carozza SE, Wrensch M, Miike R, Newman B, Olshan AF, Savitz DA, Yost M, Lee M. Occupation and adult gliomas.  American Journal of Epidemiology 2000; 152:838-46.

176.   Duell EJ, Millikan RC, Savitz DA, Newman B, Smith JC, Schell MJ, Sandler DP.  A population-based case-control study of farming and breast cancer in North Carolina.  Epidemiology 2000; 11:523-31.

177.   Millikan R, DeVoto E, Tse C-K, Duell E, Newman B, Moorman P, Savitz D.  DDE, PCBs and breast cancer: A case-control study of African-American and white women.  Cancer Epidemiology, Biomarkers and Prevention 2000; 9:1233-40.

178.   Millikan R, Pittman G, Tse C-K, Savitz DA, Newman B, Bell D.  Glutathione-s-transferases M1, T1, and P1 and breast cancer.  Cancer Epidemiology, Biomarker and Prevention 2000; 9:567-73

179.   Padungtod C, Savitz DA, Overstreet JW, Christiani DC, Ryan LM, Xu X.  Occupational pesticide exposure and semen quality among Chinese workers.  Journal of Occupational and Environmental Medicine 2000; 42:982-92.

180.   Pastore LM, Hartmann K, Thorp J, Royce R, Jackson T, Savitz DA.  Bacterial vaginosis and cervical dilation and effacement at 24-29 weeks gestation.  American Journal of Perinatology 2000; 17:83-8.

181.   Savitz DA, Ananth CV, Berkowitz GS, Lapinski R.  Concordance among measures of pregnancy outcome based on fetal size and duration of gestation.  American Journal of Epidemiology 2000; 151:627-33.

182.   Savitz DA, Cai J, Van Wijngaarden E, Loomis D, Mihlan G, Dufort V, Kleckner RC, Nylander-French L, Kromhout H, Zhou H.  Case-cohort analysis of brain cancer and leukemia in electric utility workers using a refined magnetic field job-exposure matrix.  American Journal of Industrial Medicine 2000; 38:417-25.

183.   Savitz DA. Failure to publish results of epidemiologic studies is unethical. Epidemiology 2000; 11:361-3.

184.   Van Wijngaarden E, Savitz DA.  Occupational sunlight exposure in relation to suicide among electric utility workers.  American Journal of Industrial Medicine 2000; 38:149-54.

185.   Van Wijngaarden E, Savitz DA, Kleckner RC, Cai J, Loomis D. Exposure to electromagnetic fields and suicide among electric utility workers:  a nested case-control study.  Occupational Environmental Medicine 2000; 57:258-63.

**2001**

186.   Ahlbom A, Cardis E, Green A, Linet M, Savitz D, Swerdlow A.  Review of the epidemiologic literature on EMF and health: ICNIRP (International Commission for Non-Ionizing Radiation Protection) standing committee on epidemiology.  Environmental Health Perspectives 2001; 109(s6):911-33.

SAVITZ0000055

Trial Exhibit 650.028

187.   DeRoos AJ, Teschke K, Savitz DA, Poole C, Grufferman S, Pollock BH, Olshan AF.  Parental occupational exposures to electromagnetic fields and radiation and the incidence of neuroblastoma in offspring.  Epidemiology 2001; 12:508-17.

188.   Daniels JL, Olshan AF, Teschke K, Hertz-Picciotto I, Savitz DA, Blatt J.  Comparison of assessment methods for pesticide exposure in a case-control interview study.  American Journal of Epidemiology 2001; 51:1227-32.

189.   Daniels JL, Olshan AF, Teschke K, Hertz-Picciotto I, Savitz DA, Blatt J, Bondy ML, Neglia JP, Pollock BH, Cohn SL, Look AT, Seege RC, Castleberry RP.  Residential pesticide exposure and neuroblastoma.  Epidemiology 2001; 12:20-7.

190.   DeRoos AJ, Olshan AF, Teschke K, Poole C, Savitz DA, Blatt J, Bondy ML, Pollock BH.  Parental occupational exposures to chemical and incidence of neuroblastoma in offspring.  American Journal of Epidemiology 2001;154:106-14

191.   Duell EJ, Millikan RC, Savitz DA, Schell MJ, Newman B, Tse C-K, Sandler DP.  Reproducibility of reported farming activities and pesticide use among breast cancer cases and controls:  A comparison of two modes of data collection.  Annals of Epidemiology 2001; 11:178-85.

192.   Hatcher JL, Baris D, Olshan AF, Inskip PD, Savitz DA, Swanson GM, Pottern LM, Greenberg RS, Schwartz AG, Schoenberg JB, Brown LM.  Diagnostic radiation and the risk of multiple myeloma (United States).  Cancer Causes and Control 2001; 12:755-61.

193.   Hudnell HK, House D, Schmid J, Koltai D, Stopford W, Wilkins J, Savitz DA, Swinker M, Music S.  Human visual function in the North Carolina clinical study on possible estuary-associated syndrome.  Journal of Toxicology and Environmental Health, Part A 2001; 62;575-94.

194.   McCurdy AL, Wijnberg L, Loomis D, Savitz DA, Nylander-French LA.  Exposure to low frequency magnetic fields among working women and homemakers.  Annals of Occupational Hygiene 2001; 45:643-50.

195.   Moe CL, Turf E, Oldach D, Bell P, Hutton S, Savitz DA, Koltai D, Turf M, Ingsrisawang L, Hart R, Ball JD, Stutts M, McCarter R, Wilson L, Haselow D, Grattan L, Morris JG, Weber DJ.  Cohort studies of health effects among people exposed to Estuarine Waters: North Carolina, Virginia, and Maryland.  Environmental Health Perspectives 2001;109(supplement 5):781-86

196.   Savitz, DA, Dole N, Terry, JW, Zhou H, Thorp JM.  Smoking and pregnancy outcome among African-American and White women in Central North Carolina.  Epidemiology 2001; 12:636-42.

197.   Savitz DA, Poole C.  Do studies of wire code and childhood leukemia point towards or away from magnetic fields as the causal agent?  Bioelectromagnetics 2001; 5:S69-S85.

198.   Sayle AE, Savitz DA, Thorp JM Jr, Hertz-Picciotto I, Wilcox AJ.  Sexual activity during late pregnancy and risk of preterm delivery.  Obstetrics and Gynecology 2001; 97:283-9.

199.   Shaw GM, Savitz DA, Nelson V, Thorp JM Jr.  Role of structural birth defects in preterm delivery.  Paediatric and Perinatal Epidemiology 2001; 15:106-9

200.   Siega-Riz AM, Herrmann TS, Savitz DA, Thorp JM.  Frequency of eating during pregnancy and its effect on preterm delivery.  American Journal of Epidemiology 2001; 153:647-52.

SAVITZ0000056

Trial Exhibit 650.029

201.    Van Wijngaarden E, Nylander-French L, Millikan RC, Savitz DA, Loomis D.  Population-based case-control study of occupational exposure to electromagnetic fields and breast cancer.  Annals of Epidemiology 2001; 11:297-03.

202.    Van Wijngaarden E, Savitz DA.  Occupational sunlight exposure and mortality from non-Hodgkins lymphoma among electric utility workers.  Journal of Occupational and Environmental Medicine 2001; 43:548-53.

203.    Van Wijngaarden E, Savitz DA, Kleckner RC, Kavet R, Loomis D.  Mortality patterns by occupation in a cohort of electric utility workers.  American Journal of Industrial Medicine 2001; 40:667-73.

204.    West SL, Yawn BP, Thorp JM, Korhonen MJH, Savitz DA, Guess HA.  Tocolytic therapy for preterm labor:  assessing its potential for reducing preterm delivery.  Paediatric and Perinatal Epidemiology 2001; 15:243-51.

205.    Yang J, Savitz DA. The effect of vaginal bleeding during pregnancy on preterm and small-for-gestational-age births:  US national maternal and infant health survey, 1988. Paediatric and Perinatal Epidemiology 2001; 15:34-9.

**2002**

206.    Balu RB, Savitz DA, Ananth CV, Hartmann KE, Miller WC, Thorp JM, Heine RP. Bacterial vaginosis and vaginal fluid defensins during pregnancy. American Journal of Obstetrics and Gynecology 2002; 187:1267-71.

207.    Calle EE, Frumkin H, Henley SJ, Savitz DA, Thun MJ. Organochlorines and breast cancer risk. CA: Cancer Journal for Clinicians 2002; 52:301-9.

208.    Cooper GS, Savitz DA, Milllikan R, Chiu Kit T.  Organochlorine exposure and age at natural menopause. Epidemiology 2002; 13:729-33.

209.    Evenson KR, Siega-Riz AM, Savitz DA, Leiferman JA, Thorp JM Jr. Vigorous leisure activity and pregnancy outcome: the Pregnancy, Infection, and Nutrition Study. Epidemiology 2002; 13:653-9.

210.    Kaune WT, Dovan T, Kavet RI, Savitz DA, Neutra RR. Study of high and low current configuration homes from the 1988 Denver Childhood Cancer Study. Bioelectromagnetics 2002; 23:177-88.

211.    Parks CG, Cooper GS, Nylander-French LA, Sanderson WT, Dement JM, Cohen PL, Dooley MA, Treadwell EL, St Clair EW, Gilkeson GS, Hoppin JA, Savitz DA. Occupational exposure to crystalline silica and risk of systemic lupus erythematosus: a population-based, case-control study in the southeastern United States. Arthritis and Rheumatism 2002; 46:1840-50.

212.    Pastore LM, Thorp JM Jr, Royce RA, Savitz DA, Jackson TP.  Risk score for antenatal bacterial vaginosis:  BV PIN points.  Journal of Perinatology 2002; 22:125-32.

213.    Peck JD, Hulka BS, Poole C, Savitz DA, Baird D, Richardson BE.  Steroid hormone levels during pregnancy and incidence of maternal breast cancer.  Cancer Epidemiology, Biomarkers, and Prevention 2002; 11:361-8.

214.    Savitz DA, Hertz-Picciotto I, Poole C, Olshan AF. Epidemiologic measures of the course and outcome of pregnancy. Epidemiologic Reviews 2002; 24:91-101.

SAVITZ0000057

Trial Exhibit 650.030

215. Savitz DA, Henderson L, Dole N, Herring A, Wilkins DG, Rollins D, Thorp JM Jr. Indicators of cocaine exposure and preterm birth. Obstetrics and Gynecology 2002; 99:458-65.

216. Savitz DA, Terry JW Jr, Dole N, Thorp JM Jr, Siega-Riz AM, Herring AH. Comparison of pregnancy dating by last menstrual period, ultrasound, and their combination. American Journal of Obstetrics and Gynecology 2002; 187:1660-6.

217. Siega-Riz AM, Bodnar LM, Savitz DA. What are pregnant women eating? Nutrient and food group differences by race. American Journal of Obstetrics and Gynecology 2002; 186:480-6.

**2003**

218. Balu RB, Savitz DA, Ananth CV, Hartmann KE, Miller WC, Thorp JM, Heine RP. Bacterial vaginosis, vaginal fluid neutrophil defensins and preterm birth. Obstetrics and Gynecology 2003; 101:862-8.

219. Dole N, Savitz DA, Hertz-Picciotto I, Siega-Riz AM, McMahon MJ, Buekens P. Maternal stress and preterm birth. American Journal of Epidemiology 2003; 157:14-24.

220. Kaufman JS, Dole N, Savitz DA, Herring AH. Modeling community-level effects on preterm birth. Annals of Epidemiology 2003; 13:377-84.

221. Peck JD, Hulka BS, Savitz DA, Baird D, Poole C, Richardson BE. Accuracy of fetal growth indicators as surrogate measures of steroid hormone levels during pregnancy. American Journal of Epidemiology 2003; 157:258-66.

222. Saldana TM, Siega-Riz AM, Adair LS, Savitz DA, Thorp JM Jr. The association between impaired glucose tolerance and birth weight among black and white women in central North Carolina. Diabetes Care 2003; 26:656-61.

223. Savitz DA. Paternal exposure to known mutagens and health of the offspring: ionizing radiation and tobacco smoke. Advances in Experimental Medicine and Biology 2003; 518:49-57.

224. Savitz DA. Epidemiologic evidence on the carcinogenicity of metal working fluids. Applied Occupational and Environmental Hygiene 2003; 18:913-20

225. Sayle AE, Savitz DA, Williams JF. Accuracy of reporting of sexual activity during late pregnancy. Paediatric and Perinatal Epidemiology 2003; 17:143-7.

226. Siega-Riz AM, Promislow JH, Savitz DA, Thorp JM Jr, McDonald T. Vitamin C intake and the risk of preterm delivery. American Journal of Obstetrics and Gynecaology 2003; 189:519-25.

227. Van Wijngaarden E, Stewart PA, Olshan Af, Savitz DA, Bunin GR. Parental occupational exposure to pesticides and childhood brain cancer. American Journal of Epidemiology 2003; 157:989-97.

**2004**

228. Cook MN, Olshan AF, Guess HA, Savitz DA, Poole C, Blatt J, Bondy ML, Pollock BH. Maternal medication use and neuroblastoma in offspring. American Journal of Epidemiology 2004; 159: 721-31.

229. Dole N, Savitz DA, Siega-Riz AM, Hertz-Picciotto I, McMahon MJ, Buekens P. Psychosocial factors and preterm birth among African-American and White women in Central North Carolina. American Journal of Public Health 2004; 94:1358-1365.

SAVITZ0000058

230. Evenson KR, Savitz DA, Huston SL. Leisure-time physical activity among pregnant women in the US. Paediatric and Perinatal Epidemiology 2004; 18:400-7.

231. Farr SL, Cooper GS, Cai J, Savitz DA, Sandler DP. Pesticide use and menstrual cycle characteristics among premenopausal women in the agricultural health study. American Journal of Epidemiology 2004; 160:194-204.

232. Nguyen N, Savitz DA, Thorp JM. Risk factors for preterm birth in Vietnam. International Journal of Gynecology and Obstetrics 2004; 86:70-8.

233. Promislow JH, Makarushka CM, Gorman JR, Howards PP, Savitz DA, Hartmann KE. Recruitment for a community-based study of early pregnancy: the Right From The Start study. Paediatric and Perinatal Epidemiology 2004; 18:143-52.

234. Savitz DA, Kaufman JS, Dole N, Siega-Riz AM, Thorp JM, Kaczor DT. Poverty, education, race and pregnancy outcome. Ethnicity and Disease 2004; 14:322-9.

235. Savitz DA, Kirby RS. Training the next generation of reproductive, perinatal and paediatric epidemiologists. Paediatric and Perinatal Epidemiology 2004; 18:240-2.

236. Siega-Riz AM, Savitz DA, Zeisel SH, Thorp JM, Herring A. Second trimester folate status and preterm birth. American Journal of Obstetrics and Gynecology 2004; 191:1851-7.

237. Symanski E, Savitz DA, Singer PC. Assessing spatial fluctuations, temporal variability, and measurement error in estimated levels of disinfection by-products in tap water: implications for exposure assessment. Occupational and Environmental Medicine 2004; 61:65-72.

238. Vahratian A, Zhang J, Troendle JF, Savitz DA, Siega-Riz AM. Maternal prepregnancy overweight and obesity and the pattern of labor progression in term nulliparous women. Obstetrics and Gynecology 2004; 104:943-51.

239. Vahratian A, Siega-Riz AM, Savitz DA, Thorp JM. Multivitamin use and the risk of preterm birth. American Journal of Epidemiology 2004; 160:886-92.

240. Vahratian A, Siega-Riz AM, Savitz DA, Zhang J. Maternal pre-pregnancy overweight and obesity and the risk of cesarean delivery in nulliparous women. Annals of Epidemiology 2005; 15:467-74

241. Yang J, Hartmann KE, Savitz DA, Herring AH, Dole N, Olshan AF, Thorp JM. Vaginal bleeding during pregnancy and preterm birth. American Journal of Epidemiology 2004; 160:118-25.

**2005**

242. Ananth CV, Platt RW, Savitz DA. Regression models for clustered binary responses: implications of ignoring the intracluster correlation in an analysis of perinatal mortality in twin gestations. Annals of Epidemiology 2005; 15:293-301.

243. Bouzan C, Cohen JT, Connor WE, Kris-Etherton PM, Gray GM, König A, Lawrence RS, Savitz DA, Teutsch SM. A quantitative analysis of fish consumption and stroke risk. American Journal of Preventive Medicine 2005; 29:347-352.

244. Cohen JT, Bellinger DC, Connor WE, Kris-Etherton PM, Lawrence RS, Savitz DA, Shaywitz BA, Teutsch SM, Gray GM. A quantitative risk-benefit analysis of changes in population fish consumption. American Journal of Preventive Medicine 2005; 29:325-334.

SAVITZ0000059

Trial Exhibit 650.032

245. König A, Bouzan C, Cohen JT, Connor WE, Kris-Etherton PM, Gray GM, Lawrence RS, Savitz DA, Teutsch SM. A quantitative analysis of fish consumption and coronary heart disease mortality. American Journal of Preventive Medicine 2005; 29:335-346.

246. Engel SM, Hans CE, Savitz DA, Thorp JM, Chanock SJ, Olshan AF. Risk of spontaneous preterm birth is associated with common pro-inflammatory cytokine polymorphisms. Epidemiology 2005; 16:46-77.

247. Engel SM, Olshan AF, Savitz DA, Thorp JM, Erichsen HC, Chanock SJ. Risk of small-for-gestational age is associated with common anti-inflammatory cytokine polymorphisms. Epidemiology 2005; 16:478-86.

248. Franceschini N, Savitz DA, Kaufman JS, Thorp JM. Maternal urine albumin excretion and pregnancy outcome. American Journal of Kidney Disorders 2005; 45:1010-8.

249. Gilboa SM, Mendola P, Olshan AF, Langlois PH, Savitz, DA, Loomis D, Herring AH, Fixler DE. Relation between ambient air quality and selected birth defects, seven county study, Texas, 1997 Epidemiology 2000.  American Journal of Epidemiology 2005; 162:238-52.

250. Hall SA, Kaufman J, Millikan R, Ricketts T, Herman, Savitz DA.  Urbanization and breast cancer Epidemiology incidence in North Carolina, 1995-1999.  Annals of Epidemiology 2005; 15:796-803

251. McPheeters ML, Miller WC, Hartmann KE, Savitz DA, Kaufman JS, Garrett JM, Thorp JM. The epidemiology of threatened preterm labor: A prospective cohort study. American Journal of Obstetrics and Gynecology 2005; 192:1325-9.

252. Messer LC, Dole N, Kaufman JS, Savitz, DA. Pregnancy intendedness, maternal psychosocial factors and preterm birth. Maternal and Child Health Journal 2005; 26:1-10.

253. Pompeii LA, Savitz DA, Evenson KR, Rogers B, McMahon M.  Physical exertion at work and the risk of preterm delivery and small-for-gestational-age birth.  Obstetrics and Gynecology 2005; 106:1279-88.

254. Sagiv SK, Mendola P, Loomis D, Herring AH, Neas LM, Savitz DA, Poole C. A time-series analysis of air pollution and preterm birth in Pennsylvania, 1997-2001. Environmental Health Perspectives 2005; 113:602-6.

255. Salafia CM, Maas E, Thorp JM, Eucker B, Pezzullo JC, Savitz DA.  Measures of placental growth in relation to birth weight and gestational age. American Journal of Epidemiology 2005; 162: 991-998.

256. Savitz DA, Dole N, Herring AM, Kaczor D, Murphy J, Siega-Riz AM, Thorp JM, MacDonald TL. Should spontaneous and medically indicated preterm births be separated for studying aetiology? Paediatric and Perinatal Epidemiology 2005; 19:97-105.

257. Savitz DA, Dole N, Siega-Riz AM, Kaczor DA, Kaufman J, Herring AH, Thorp JM. Probability samples of area births version clinic populations for reproductive epidemiology studies. Paediatric and Perinatal Epidemiology 2005; 19:315-322.

258. Strauss RA, Eucker B, Savitz DA, Thorp JM. Diagnosis of bacterial vaginosis from self-obtained vaginal swabs. Infectious Diseases in Obstetrics and Gynecology 2005; 13:31-35.

SAVITZ0000060

Trial Exhibit 650.033

259.   Vahratian A, Siega-Riz AM, Savitz DA, Zhang J. Maternal pre-pregnancy overweight and obesity and the risk of cesarean delivery in nulliparous women. Annals of Epidemiology 2005; 15:467-74.

260.   Yang J, Hartmann KE, Herring AH, Savitz DA. Reducing misclassification in assignment of timing of events during pregnancy. Epidemiology 2005; 16:121-3.

261.   Yang J, Savitz DA, Dole N, Hartmann KE, Herring AH, Olshan AF, Thorp JM. Predictors of vaginal bleeding during the first two trimesters of pregnancy. Paediatric and Perinatal Epidemiology 2005; 19:276-83.

**2006**

262.   Daniels JL, Savitz DA, Bradley C, Dole N, Evenson KR, Eucker B, Herring AH, Siega-Riz AM, Thorp JM.  Attitudes toward participation in a pregnancy and child cohort study. Paediatric and Perinatal Epidemiology 2006; 20:260-6.

263.   Engel SM, Olshan AF, Siega-Riz AM, Savitz DA, Chanock SJ. Polymorphisms in folate metabolizing genes and risk for spontaneous preterm and small-for-gestational age birth. American Journal of Obstetrics and Gynecology 2006; 195:1231.e1-11.

264.   Farr SL, Cai J, Savitz DA, Sandler DP, Hoppin JA, Cooper GS. Pesticide exposure and timing of menopause: The Agricultural Health Study. American Journal of Epidemiology 2006; 163:731-42

265.   Forssen UM, Lonn S, Ahlbom A, Savitz DA, Feychting M. Occupational magnetic field exposure and the risk of acoustic neuroma. American Journal of Industrial Medicine 2006; 49:112-8.

266.   Gilboa SM, Mendola P, Olshan AF, Harness C, Loomis D, Langlois PH, Savitz DA, Herring AH. Comparison of residential geocoding methods in population-based study of air quality and birth defects. Environmental Research 2006; 256-262.

267.   Gilboa SM, Mendola P, Olshan AF, Savitz DA, Herring AH, Loomis D, Langlois PH, Keating K. Characteristics that predict locating and interviewing mothers identified by a state birth defects registry and vital records.Birth Defects Research Part A: Clinical and Molecular Teratology 2006; 76:60-5.

268.   Howard DL, Marshall SS, Kaufman JS, Savitz DA.Variations in low birth weight and preterm delivery among blacks in relation to ancestry and nativity: New York City, 1998-2002. Pediatrics 2006; 118:e1399-405.

269.   Laraia BA, Messer L, Kaufmann JS, Dole N, Caughy M, O'Campo P, Savitz DA. Direct observation of neighborhood attributes in an urban area of the US south: characterizing the social context of pregnancy.  International Journal of Health Geography 2006; 17:5:11.

270.   Lindsay L, Jackson LA, Savitz DA, Weber DJ, Koch GG, Kong L, Guess HA.  Community influenza activity and risk of acute influenza-like illness episodes among healthy unvaccinated pregnant and postpartum women. American Journal of Epidemiology 2006; 163:838-48.

271.   Messer LC, Kaufman JS, Dole N, Savitz DA, Laraia BA. Neighborhood crime, deprivation and preterm birth. Annals of Epidemiology 2006; 16:455-462.

272.   Savitz DA, Dole N, Herring AH.  Methodologic issues in the design and analysis of epidemiologic studies of pregnancy outcome. Statistical Methods in Medical Research 2006; 15:93-102.

SAVITZ0000061

273.   Savitz DA, Herring AH, Mezei G, Evenson KR, Terry JW Jr., Kavet R.  Physical activity and magnetic field exposure in pregnancy.  Epidemiology 2006; 17:222-5.

274.   Savitz DA, Meyer RE, Tanzer JM, Mirvish SS, Lewin F. Public health implications of smokeless tobacco use as a harm reduction strategy. American Journal Public Health 2006; 96:1934-9.

275.   Savitz DA, Singer PC, Herring AH, Hartmann KE, Weinberg HS, Makarushka C. Exposure to drinking water disinfection by-products and pregnancy loss. American Journal of Epidemiolology 2006; 164:1043-51.

276.   Weinberg HS, Pereira VRPJ, Singer PC, Savitz DA.  Considerations for improving the accuracy of exposure to disinfection by-products by ingestion in epidemiologic studies.  Science of the Total Environment 2006; 354:35-42.

277.   Wright JM, Murphy PA, Nieuwenhuijsen MJ, Savitz DA. The impact of water consumption, point-of-use filtration and exposure categorization on exposure misclassification of ingested drinking water contaminants. Science of the Total Environment 2006; 366:65-73.

**2007**

278.   Forssén UM, Herring AH, Savitz DA, Nieuwenhuijsen MJ, Murphy PA, Singer PC, Wright JM. Predictors of use and consumption of public drinking water among pregnant women.  Journal of Exposure Science and Environmental Epidemiology 2007; 17:159-69. PMID: 16670711

279.   Harville EW, Savitz DA, Dole N, Herring AH, Thorp JM, Light KC. Patterns of salivary cortisol secretion in pregnancy and implications for assessment protocols. Biological Psychology 2007; 74:85-91. PMID: 16979811

280.   Harville EW, Savitz DA, Dole N, Thorp JM Jr, Herring AH.  Psychological and biological markers of stress and bacterial vaginosis in pregnant women. BJOG: An International Journal of Obstetrics and Gynaecology 2007; 114:216-23. PMID: 17305894

281.   Hogan SL, Cooper GS, Savitz DA, Nylander-French LA, Parks CG, Chin H, Jennette CE, Lionaki S, Jennette JC, Falk RJ. Association of silica exposure with anti-neutrophil cytoplasmic autoantibody small-vessel vasculitis: a population-based, case-control study. Clinical Journal of the American Society of Nephrology 2007; 2:290-9. PMID: 17699427

282.   Kheifets L, Ahlbom A, Johansen C, Feychting M, Sahl J, Savitz D.  Extremely low-frequency magnetic fields and heart disease.  Scandinavian Journal of Work, Environment and Health 2007; 33:5-12. PMID: 17353960

283.   Kwok RK, Mendola P, Liu ZY, Savitz DA, Heiss G, Ling HL, Xia Y, Lobdell D, Zeng D, Thorp JM Jr, Creason JP, Mumford JL.  Drinking water arsenic exposure and blood pressure in healthy women of reproductive age in Inner Mongolia, China. Toxicology Applied Pharmacology 2007; 222:337-43. PMID: 17509635

284.   Luben TJ, Olshan AF, Herring AH, Jeffay S, Strader L, Buus RM, Chan RL, Savitz DA, Singer PC, Weinberg HS, Perreault SD. The healthy men study: an evaluation of exposure to disinfection by-products in tap water and sperm quality. Environmental Health Perspectives 2007; 115:1169-76. PMCID: PMC1940094

285.   Olshan AF, Perreault SD, Bradley L, Buus RM, Strader LF, Jeffay SC, Lansdell L, Savitz DA, Herring A. The healthy men study: design and recruitment considerations for environmental epidemiologic studies in male reproductive health. Fertility and Sterility 2007; 87:554-64. PMID: 17140573.

35

SAVITZ0000062

**2008**

286. Daniels JL, Forssen U, Hultman CM, Cnattingius S, Savitz DA, Feychting M, Sparen P. Parental psychiatric disorders associated with autism spectrum disorders in the offspring. Pediatrics 2008; 121:e1357-62. PMID: 18450879

287. Elliott P, Savitz DA. Design issues in small-area studies of environment and health. Environmental Health Perspectives 2008; 116:1098-104. PMCID: PMC2516594

288. Harville EW, Savitz DA, Dole N, Herring AH, Thorp JM, Light KC. Stress and placental resistance measured by Doppler ultrasound in early and mid-pregnancy. Ultrasound in Obstetrics and Gynecology 2008; 32:23-30. PMID: 18546420

289. Hoffman CS, Mendola P, Savitz DA, Herring AH, Loomis D, Hartmann KE, Singer PC, Weinberg HS, Olshan AF. Drinking water disinfection by-product exposure and fetal growth. Epidemiology. 2008; 19:729-37. PMID: 18633330

290. Hoffman CS, Mendola P, Savitz DA, Herring AH, Loomis D, Hartmann KE, Singer PC, Weinberg HS, Olshan AF.  Drinking water disinfection by-product exposure and duration of gestation. Epidemiology 2008; 19:738-46. PMID: 18633329

291. Hoffman CS, Messer LC, Mendola P, Savitz DA, Herring AH, Hartmann KE. Comparison of gestational age at birth based on last menstrual period and ultrasound during the first trimester. Paediatric and Perinatal Epidemiology 2008; 22(6):587-596. PMID: 19000297

292. MacLehose RF, Savitz DA, Herring AH, Hartmann KE, Singer PC, Weinberg HS. Drinking water disinfection by-products and time to pregnancy. Epidemiology 2008; 19:451-8. PMID: 18379423

293. Nomura Y, Halperin JM, Newcorn JH, Davey C, Fifer WP, Savitz DA, Brooks-Gunn J. The risk for impaired learning-related abilities in childhood and educational attainment among adults born near-term. Journal of Pediatric Psychology 2008. PMCID: PMC2722131

294. Savitz DA, Chan RL, Herring AH, Howards PP, Hartmann KE. Caffeine and miscarriage risk. Epidemiology 2008; 19:55-62. PMID: 18091004

295. Savitz DA, Janevic TM, Engel SM, Kaufman JS, Herring AH. Ethnicity and gestational diabetes in New York City, 1995-2003. BJOG: An International Journal of Obstetrics and Gynaecology 2008; 115:969-78. PMID: 18651880

296. Savitz DA, Oxman RT, Metzger KB, Wallenstein S, Stein D, Moline JM, Herbert R. Epidemiologic research on man-made disasters: strategies and implications of cohort definition for World Trade Center worker and volunteer surveillance program. Mount Sinai Journal of Medicine 2008; 75:77-87. PMID: 18500709

297. Thorp JM Jr, Dole N, Herring AH, McDonald TL, Eucker B, Savitz DA, Kaczor D. Alteration in vaginal microflora, douching prior to pregnancy, and preterm birth. Paediatric and Perinatal Epidemiology 2008; 22(6):530-537. PMID: 19000290.

**2009**

298. Ahlbom A, Feychting M, Green A, Kheifets L, Savitz DA, Swerdlow AJ; ICNIRP (International Commission for Non-Ionizing Radiation Protection) Standing Committee on Epidemiology.

SAVITZ0000063

Trial Exhibit 650.036

Epidemiologic evidence on mobile phones and tumor risk: a review. Epidemiology 2009; 20:639-52. PMID: 19593153

299.   Chan RL, Olshan AF, Savitz DA, Herring AH, Daniels JL, Peterson HB, Martin SL. Maternal influences on nausea and vomiting in early pregnancy. Maternal Child Health Journal 2009. DOI 10.1007/s10995-009-0548-0. PMID: 20012346.

300.   Engel SM, Janevic TM, Stein CR, Savitz DA. Maternal smoking, preeclampsia, and infant health outcomes in New York City, 1995-2003. American Journal of Epidemiology 2009; 169(1):33-40. PMCID: PMC2720705

301.   Forssén UM, Wright JM, Herring AH, Savitz DA, Nieuwenhuijsen MJ, Murphy PA. Variability and predictors of changes in water use during pregnancy. Journal of Exposure Science and Environmental Epidemiology 2009; 19:593-602. PMID: 18830235

302.   Harville EW, Savitz DA, Dole N, Herring AH, Thorp JM. Stress questionnaires and stress biomarkers during pregnancy. Journal of Womens Health (Larchmount) 2009; 18:1425-33. PMCID: PMC2825685

303.   Hasan R, Olshan AF, Herring AH, Savitz DA, Siega-Riz AM, Hartmann KE.  Self-reported vitamin supplementation in early pregnancy and risk of miscarriage. American Journal of Epidemiology 2009; 169:1312-8. PMCID: PMC2727248

304.   Laughlin SK, Baird DD, Savitz DA, Herring AH, Hartmann KE. Prevalence of uterine leiomyomas in the first trimester of pregnancy: an ultrasound-screening study. Obstetrics & Gynecology 2009; 113(3):630-635. PMID: 19300327

305.   Moline JM, Herbert R, Crowley L, Troy K, Hodgman E, Shukla G, Udasin I, Luft B, Wallenstein S, Landrigan P, Savitz DA. Multiple myeloma in World Trade Center responders: a case series. Journal of Occupational and Environmental Medicine 2009; 51:896-902. PMID: 19620891

306.   Nomura Y, Halperin JM, Newcorn JH, Davey C, Fifer WP, Savitz DA, Brooks-Gunn J. The risk for impaired learning-related abilities in childhood and educational attainment among adults born near-term. Journal of Pediatric Psychology 2009; 34:406-18. PMCID: PMC2722131

307.   Stein CR, Ellis JA, Savitz DA, Vichinsky L, Perl SB.  Decline in smoking during pregnancy in New York City, 1995-2005.  Public Health Reports 2009; 124:841-9. PMCID: PMC2773948

308.   Stein CR, Savitz DA, Dougan M.   Serum levels of perfluorooctonoic acid and perfluorooctone sulfonate and pregnancy outcome.  American Journal of Epidemiology 2009; 170:837-46. PMID: 19692329

309.   Stein CR, Savitz DA, Janevic T, Ananth CV, Kaufman JS, Herring AH, Engel SM.  Maternal ethnic ancestry and adverse perinatal outcomes in New York City.  American Journal of Obstetrics and Gynecology 2009; 201:584.e1-9. PMCID: PMC2789914

310.   Trasande L, Lee M, Liu Y, Weitzman M, Savitz D. Incremental charges, costs, and length of stay associated with obesity as a secondary diagnosis among pregnant women. Medical Care 2009; 47:1046-52. PMID: 19820612

**2010**

311.   Chan RL, Olshan AF, Savitz DA, Herring AH, Daniels JL, Peterson HB, Martin SL. Severity and duration of nausea and vomiting symptoms in pregnancy and spontaneous abortion. Human Reproduction 2010 Nov; 25(11):2907-12. PMID: 20861299

SAVITZ0000064

312. Frisbee SJ, Shankar A, Knox SS, Steenland K, Savitz DA, Fletcher T, Ducatman AM. Perfluorooctanoic acid, perfluorooctanesulfonate, and serum lipids in children and adolescents: Results from the C8 Health Project.  Archives of Pediatric and Adolescent Medicine 2010; 164:860-9. PMID: 20819969

313. Janevic T, Borrell LN, Savitz DA, Herring AH, Rundle A. Neighborhood food environment and gestational diabetes in New York City. Paediatric and Perinatal Epidemiology 2010 May; 24(3):249-54.  PMID: 20415754

314. Janevic T, Stein CR, Savitz DA, Kaufman JS, Mason SM, Herring AH. Neighborhood deprivation and adverse birth outcomes among diverse ethnic groups. Annals of Epidemiology 2010 Jun; 20(6):445-51. PMID: 20470971

315. Laughlin SK, Herring AH, Savitz DA, Olshan AF, Fielding JR, Hartmann KE, Baird DD. Pregnancy-related fibroid reduction.  Fertility and Sterility 2010 Nov; 94(6):2421-3. PMID:20451187

316. Mason SM, Kaufman JS, Emch ME, Hogan VK, Savitz DA.  Ethnic density and preterm birth in African-, Caribbean-, and US-Born Non-Hispanic Black populations in New York City. American Journal of Epidemiology 2010 Oct 1; 172(7):800-8. PMID:20801865

317. Sakr CJ, Taiwo OA, Galusha DH, Slade MD, Fiellin MG, Bayer F, Savitz DA, Cullen MR. Reproductive outcomes among male and female workers at an aluminum smelter.  Journal of Occupational and Environmental Medicine 2010; 52:137-43. PMCID: PMC2830270

318. Savitz DA, Murnane P.  Behavioral influences on preterm birth: a review.  Epidemiology  2010; 21:291-9. PMID: 20386169

319. Steenland K, Fletcher T, Savitz DA.  Epidemiologic evidence on the health effects of perfluorooctanoic acid (PFOA).  Environmental Health Perspectives 2010; 118:1100-8. PMCID: PMC2920088

320. Wright JM, Hoffman CS, Savitz DA. The relationship between water intake and foetal growth and preterm delivery in a prospective cohort study. BMC Pregnancy & Childbirth 2010 Aug 24; 10:48.  PMCID: PMC2940790

321. Wright JM, Hoffman CS, Savitz DA. The relationship between water intake and foetal growth and preterm delivery in a prospective cohort study. BMC Pregnancy & Childbirth 2010; 10(1):48. PMCID: PMC2940790

## 2011

322. Chan RL, Olshan AF, Savitz DA, Herring DA, Daniels JL, Peterson HB, Martin SL.  Maternal influences on nausea and vomiting in early pregnancy.  Maternal and Child Health Journal 2011 Jan; 15(1):122-7.  PMID: 20012346

323. Horton BJ, Luben TJ, Herring AH, Savitz DA, Singer PC, Weinberg HS, Hartmann KE.  The effect of water disinfection by-products on pregnancy outcomes in two southeastern US communities.  Journal of Occupational and Environmental Medicine 2011 Oct; 53(10):1172-8. PMID: 21915074

324. Janevic T, Savitz DA, Janevic M.  Maternal education and adverse birth outcomes among immigrant women to the United States from Eastern Europe: a test of the healthy migrant hypothesis.  Social Science and Medicine 2011 Aug; 73(3):429-35.  PMID: 21724312

38

SAVITZ0000065

325.   Kaufman JS, MacLehose RF, Torrone EA, Savitz DA.  A flexible Bayesian hierarchical model of preterm birth risk among US Hispanic subgroups in relation to maternal nativity and education. BMC Medical Research Methodology 2011; 11:51. PMID: 21504612

326.   La Merril M, Stein CR, Landrigan P, Engel SM, Savitz DA. Prepregnancy body mass index, smoking during pregnancy, and infant birth weight. Annals of Epidemiology 2011Jun; 21(6):413-20. PMID: 21421328

327.   Mason SM, Kaufman JS, Daniels JL, Emch ME, Hogan VK, Savitz DA. Neighborhood ethnic density and preterm birth across seven ethnic groups in New York City. Health & Place 2011 Jan; 17(1):280-8. PMID: 21130677

328.   Mason SM, Kaufman JS, Daniels JL, Emch ME, Hogan VK, Savitz DA.  Black preterm birth risk in nonblack neighborhoods: effects of Hispanic, Asian, and non-Hispanic white ethnic densities. Annals of Epidemiology 2011 Aug; 21(8): 631-8.  PMID: 21737050

329.   Savitz DA, Stein CR, Siega-Riz AM, Herring AH.  Gestational weight gain and birth outcome in relation to prepregnancy body mass index and ethnicity. Annals of Epidemiology 2011 Feb; 21(2):78-85. PMID: 20702110

330.   Savitz DA, Stein CR, Ye F, Kellerman L, Silverman M.  The epidemiology of hospitalized postpartum depression in New York State, 1995-2004.  Annals of Epidemiology 2011 Jun; 21(6):399-406.  PMID: 21549277

331.   Stein CR, Savitz DA.  Serum perfluorinated compound concentration and attention deficit/hyperactivity disorder in children 5-18 years of age.  Environmental Health Perspectives 2011 Oct; 119(10):1466-71.  PMID: 21665566

332.   Swerdlow AJ, Feychting M, Green AC, Leeka Kheifets LK, Savitz DA.  Mobile phones, brain tumors, and the interphone study: where are we now?  Environmental Health Perspectives 2011 Nov; 119(11):1534-8.  PMID: 22171384

333.   Werner EF, Janevic TM, Illuzzi J, Funai EF, Savitz DA, Lipkind HS.  Mode of delivery in nulliparous women and neonatal intracranial injury.  Obstetrics and Gynecology 2011 Dec; 118(6):1239-46.  PMID: 22105252.

## 2012

334.   Edwards DR, Aldridge T, Baird DD, Funk MJ, Savitz DA, Hartmann KE. Periconceptional over-the-counter nonsteroidal anti-inflammatory drug exposure and risk for spontaneous abortion. Obstetrics and Gynecology 2012 Jul; 120(1):113-22. PMID: 22914399

335.   Gong J, Savitz DA, Stein CR, Engel SM.  Maternal ethnicity and pre-eclampsia in New York City, 1995-2003.  Pediatric and Perinatal Epidemiology 2012 Jan; 26(1):45-52.  PMID: 22150707

336.   Kim H, Herbert R, Landrigan P, Markowitz SB, Moline JM, Savitz DA, Todd AC, Udasin IG, Wisnivesky JP.  Increased rates of asthma among World Trade Center disaster responders. America Journal of Industrial Medicine 2012 Jan; 55(1):44-53.  PMID: 22068920

337.   Mocarski M, Savitz DA. Ethnic differences in the association between gestational diabetes and pregnancy outcome. Maternal and Child Health Journal 2012 Feb, 16(2):364-73 Mar.  PMID: 21365298

SAVITZ0000066

338.   Rivera-Núñez Z, Wright JM, Blount BC, Silva LK, Jones E, Chan RL, Pegram RA, Singer PC, Savitz DA. Comparison of trihalomethanes in tap water and blood: a case study in the United States. Environmental Health Perspectives 2012 May; 120(5):661-7. PMID: 22281753

339.   Savitz DA, Harmon Q, Siega-Riz AM, Herring AH, Dole N, Thorp JM Jr. Behavioral influences on preterm birth: integrated analysis of the pregnancy, infection, and nutrition study. Maternal Child    Health Journal 2012 Aug; 16(6):1151-63. PMID: 21989675

340.   Savitz DA, Harmon Q, Siega-Riz AM, Herring AH, Dole N, Thorp, JM.  Behavioral Influences on Preterm Birth: Integrated Analysis of the Pregnancy, Infection, and Nutrition Study.  Maternal Child Health Journal 2012 Aug; 16(6):1151-63 PMID: 21989675

341.   Savitz DA, Stein CR, Bartell SM, Elston B, Gong J, Shin HM, Wellenius GA. Perfluorooctanoic acid exposure and pregnancy outcome in a highly exposed community. Epidemiology 2012 May; 23(3):386-92. PMID: 22370857

342.   Savitz DA, Stein CR, Elston B, Wellenius GA, Bartell SM, Shin HM, Vieira VM, Fletcher T. Relationship of perfluorooctanoic Acid exposure to pregnancy outcome based on birth records in the mid-Ohio Valley. Environmental Health Perspectives 2012 Aug; 120(8):1201-7. PMID: 22450153

343.   Velez-Edwards DR, Baird DD, Hasan R, Savitz DA, Hartmann KE.  First-trimester bleeding characteristics associate with increased risk of preterm birth: data from a prospective pregnancy cohort.  Human Reproduction 2012 Jan; 27(1):54-60.  PMID: 22052384

344.   Werner EF, Savitz DA, Janevic TM, Ehsanipoor RM, Thung SF, Funai EF, Lipkind HS. Mode of delivery and neonatal outcomes in preterm, small-for-gestational-age newborns. Obstetrics and Gynecology 2012 Sep; 120(3):560-4.  PMID: 22914464

**2013**

345.   Engel SM, Scher E, Wallenstein S, Savitz DA, Alsaker ER, Trogstad L, Magnus P. Maternal active and passive smoking and hypertensive disorders of pregnancy: risk with trimester-specific exposures. Epidemiology 2013 May; 24(3):379-86. doi: 10.1097/EDE.0b013e3182873a73. PMID: 23429405 [PubMed - in process]

346.   Mukherjee S, Velez Edwards DR, Baird DD, Savitz DA, Hartmann KE. Risk of miscarriage among black women and white women in a U.S. Prospective Cohort Study. American Journal of Epidemiology 2013 Jun 1; 177(11):1271-8. PMID: 23558353

347.   Ness RB, Bodnar L, Holzman C, Platt RW, Savitz DA, Shaw GM, Klebanoff M. Thoughts on the future of reproductive and perinatal epidemiology. Paediatric and Perinatal Epidemiology 2013 Jan; 27(1):11-9.  PMID: 23215705

348.   Nguyen NC, Evenson KR, Savitz DA, Chu H, Thorp JM, Daniels JL. Physical activity and maternal-fetal circulation measured by Doppler ultrasound. Journal of Perinatology 2013 Feb; 33(2):87-93 . PMID: 22678142

349.   Savitz DA.  Reconciling theory and practice regarding p values.  Epidemiology 2013 Sep; 24(5):781-2. doi: 10.1097/EDE.0b013e31829f39d9. No abstract available.  PMID: 23903887 [PubMed - indexed for MEDLINE]

350.   Savitz DA, Bobb JF, Carr JL, Clougherty JE, Dominici F, Elston B, Ito K, Ross Z, Yee M, Matte TD.  Ambient fine particulate matter, nitrogen dioxide, and term birth weight in New York, New York. American Journal of Epidemiology 2014 Feb 15; 179(4):457-66. PMID: 24218031

SAVITZ0000067

Trial Exhibit 650.040

351.   Savitz DA, Danilack VA, Engel SM, Elston B, Lipkind HS. Descriptive Epidemiology of Chronic Hypertension, Gestational Hypertension, and Preeclampsia in New York State, 1995-2004. Maternal and Child Health Journal 2014 May; 18(4):829-38 PMID: 23793484

352.   Stein CR, Savitz DA, Bellinger DC. Perfluorooctanoate and neuropsychological outcomes in children. Epidemiology 2013 Jul; 24(4):590-9. doi: 10.1097/EDE.0b013e3182944432.  PMID: 23680941 [PubMed - in process]

353.   Stein CR, Savitz DA, Bellinger DC.  Perfluorooctanoate exposure in a highly exposed community and parent and teacher reports of behaviour in 6-12-year-old children. Paediatric and Perinatal Epidemiology 2014 Mar; 28(2):146-56. PMID: 24320613

354.   Trasande L, Wong K, Roy A, Savitz DA, Thurston G. Exploring prenatal outdoor air pollution, birth outcomes and neonatal health care utilization in a nationally representative sample. Journal of Exposure Science and Environmental Epidemiology 2013 May-Jun; 23(3):315-21.  PMID: 23340702

355.   Watkins DJ, Josson J, Elston B, Bartell SM, Shin HM, Vieira VM, Savitz DA, Fletcher T, Wellenius GA. Exposure to perfluoroalkyl acids and markers of kidney function among children and adolescents living near a chemical plant. Environmental Health Perspectives 2013 May; 121(5):625-30.  PMID: 23482063

356.   Werner EF, Han CS, Savitz DA, Goldshore M, Lipkind HS. Health outcomes for vaginal compared with cesarean delivery of appropriately grown preterm neonates. Obstetrics and Gynecology 2013 Jun; 121(6):1195-200. doi: 10.1097/AOG.0b013e3182918a7e.  PMID: 23812452 [PubMed - in process]

**2014**

357.   James-Todd T, Janevic T, Brown FM, Savitz DA.  Race/ethnicity, educational attainment, and pregnancy complications in New York City women with pre-existing diabetes. Paediatric and Perinatal Epidemiology 2014 Mar; 28(2):157-65. PMID: 24354778

358.   Michels KA, Velez Edwards DR, Baird DD, Savitz DA, Hartmann KE.  Uterine leiomyomata and cesarean birth risk: a prospective cohort with standardized imaging. Annals of Epidemiology 2014 Feb; 24(2):122-6.  PMID: 24321612

359.   McKenzie LM, Guo R, Witter RZ, Savitz DA, Newman LS, Adgate JL.  Birth outcomes and maternal residential proximity to natural gas development in rural Colorado.  Environmental Health Perspectives 2014 Apr; 122(4):412-7. PMID: 24474681

360.   Prasodjo A, Pfeiffer CM, Fazili Z, Xu Y, Liddy S, Yolton K, Savitz DA, Lanphear BP, Braun JM.  Serum cotinine and whole blood folate concentrations in pregnancy. Annals of Epidemiology 2014 Jul; 24(7):498-503.PMID: 24854185

361.   Romano ME Savitz DS, Braun JM.  Challenges and future directions to evaluating the association between prenatal exposure to endocrine-disrupting chemicals and childhood obesity.  Current Epidemiology Reports 2014 Jun; 1(2):57-66 PMID 25328860

362.   Savitz DA, Danilack VA, Elston B, Lipkind HS.  Pregnancy-induced hypertension and diabetes and the risk of cardiovascular disease, stroke, and diabetes hospitalization in the year following delivery. American Journal of Epidemiology 2014 Jul 1; 180(1):41-4 PMID: 24879314

SAVITZ0000068

Trial Exhibit 650.041

363. Savitz DA, Klebanoff MA, Wellenius GA, Jensen ET, Longnecker MP. Persistent organochlorines and hypertensive disorders of pregnancy.  Environmental Research 2014 Jul; 132:1-5 .PMID: 24742720

364. Stein CR, Savitz DA, Elston B, Thorpe PG, Gilboa SM.  Perfluorooctanoate Exposure and Major Birth Defects.  Reproductive Toxicology 2014 Aug; 47:15-20   PMID: 24803403

365. Stroustrup A, Plafkin C, Savitz DA.  Impact of physician awareness on diagnosis of fetomaternal hemorrhage. Neonatology 2014; 105(4):250-5. PMID: 24526231

## 2015

366. Avanasi R, Shin HM, Vieira VM, Savitz DA, Bartell SM.  Impact of exposure uncertainty on the association between perfluorooctanoate and preeclampsia in the C8 Health Project population. Environmental Health Perspectives 2016 Jan; 124(1):126-32. doi: 10.1289/ehp.1409044.

367. Lewis RC, Evenson KR, Savitz DA, Meeker JD.  Temporal variability of daily personal magnetic field exposure metrics in pregnant women. Journal of Exposure Science and Environmental Epidemiology 2015 Jan; 25(1):58-64. doi: 10.1038/jes.2014.18. Epub 2014 Apr 2. PMID: 24691007

368. Savitz DA, Elston B, Bobb JF, Clougherty JE, Dominici F, Ito K, Johnson S, McAlexander T, Ross Z, Shmool JL, Matte TD, Wellenius GA.  Ambient fine particulate matter, nitrogen dioxide, and hypertensive disorders of pregnancy in New York City.  Epidemiology 2015 Sep; 26(5):748-57. PMID: 26237745

369. Savitz DA, Fell DB, Ortiz JR, Bhat N.  Does influenza vaccination improve pregnancy outcome? Methodological issues and research needs. Vaccine. 2015 Aug 28. pii: S0264-410X(15)01168-8. doi: 10.1016/j.Vaccine 2015.08.041.  PMID: 26319740

370. Shmool JL, Bobb JF, Ito K, Elston B, Savitz DA, Ross Z, Matte TD, Johnson S, Dominici F, Clougherty JE.  Area-level socioeconomic deprivation, nitrogen dioxide exposure, and term birth weight in New York City.  Environmental Research 2015 Aug 26; 142:624-32. doi: 10.1016/j.envres.2015.08.019. PMID: 26318257

## 2016

371. Borrell LN, Rodriguez-Alvarez E, Savitz DA, Baquero MC. Parental race/ethnicity and adverse birth outcomes in New York City: 2000-2010.  American Journal of Public Health 2016 Aug; 106(8):1491-7. doi: 10.2105/AJPH.2016.303242. Epub 2016 Jun 16.

372. Casey JA, Savitz DA, Rasmussen SG, Ogburn EL, Pollak J, Mercer DG, Schwartz BS. Unconventional natural gas development and birth outcomes in Pennsylvania, USA. Epidemiology 2016 Mar; 27(2):163-72. doi: 10.1097/EDE.0000000000000387.  PMID: 26426945

373. Danilack VA, Muri JH, Savitz DA, Caldwell DL, Wood CL.  Hospital differences in special care nursery use for newborns of gestational diabetic mothers.  Journal of Maternal and Fetal Neonatal Medicine 2016 Sep; 29(18):3045-50. doi: 10.3109/14767058.2015.1114083. Epub 2015 Dec 23. PMID: 26700740

374. Danilack VA, Triche EW, Dore DD, Muri JH, Phipps MG, Savitz DA.  Comparing expectant management and spontaneous labor approaches in studying the effect of labor induction on cesarean delivery.  Annals of Epidemiology 2016 Jun; 26(6):405-11.e1. doi: 10.1016/j.annepidem.2016.04.009. Epub 2016 Apr 27.  PMID: 27211604

SAVITZ0000069

375.  Hutcheon JA, Fell DB, Jackson ML, Kramer MS, Ortiz JR, Savitz DA, Platt RW. Detectable risks in studies of the fetal benefits of maternal influenza vaccination. American Journal of Epidemiology 2016 Aug 1; 184(3):227-32. doi: 10.1093/aje/kww048. Epub 2016 Jun 30. PMID: 27365363

376.  Johnson S, Bobb JF, Ito K, Savitz DA, Elston B, Shmool JL, Dominici F, Ross Z, Clougherty JE, Matte T. Ambient fine particulate matter, nitrogen dioxide, and preterm birth in New York City. Environmental Health Perspectives 2016 Aug; 124(8):1283-90. doi: 10.1289/ehp.1510266. Epub 2016 Feb 5.  PMID: 26862865

377.  Savitz DA.  Commentary: response to environmental pollution: more research may not be needed.  Epidemiology 2016 Nov; 27(6):919-20. doi: 10.1097/EDE.0000000000000526. PMID: 27299193

378.  Stroustrup A, Plafkin C, Tran TA, Savitz DA.  Demographic and behavioral predictors of severe fetomaternal hemorrhage: a case-control study.  Neonatology 2016; 109(4):248-54. doi: 10.1159/000442082. Epub 2016 Feb 10.  PMID: 26859152

379.   Xia W, Hu J, Zhang B, Li Y, Wise JP Sr, Bassig BA, Zhou A, Savitz DA, Xiong C, Zhao J, du X, Zhou Y, Pan X, Yang J, Wu C, Jiang M, Peng Y, Qian Z, Zheng T, Xu S.  A case-control study of maternal exposure to chromium and infant low birth weight in China.  Chemosphere 2016 Feb; 144:1484-9. doi: 10.1016/j.chemosphere.2015.10.006. Epub 2015 Oct 23.  PMID: 26498095

**2017**

380.  Cheng L, Zhang B, Zheng T, Hu J, Zhou A, Bassig BA, Xia W, Savitz DA, Buka S, Xiong C, Braun JM, Zhang Y, Zhou Y, Pan X, Wu C, Wang Y, Qian Z, Yang A, Romano ME, Shi K, Xu S, Li Y.  Critical Windows of Prenatal Exposure to Cadmium and Size at Birth.  International Journal of Environmental Research and Public Health 2017 Jan 9; 14(1). pii: E58. doi: 10.3390/ijerph14010058.  PMID: 28075368

381.  Etzel TM, Calafat AM, Ye X, Chen A, Lanphear BP, Savitz DA, Yolton K, Braun JM.  Urinary triclosan concentrations during pregnancy and birth outcomes.  Environmental Research 2017 Jul; 156:505-511. doi: 10.1016/j.envres.2017.04.015. Epub 2017 Apr 26.  PMID: 28427038

382.  Fell DB, Azziz-Baumgartner E, Baker MG, Batra M, Beauté J, Beutels P, Bhat N, Bhutta ZA, Cohen C, De Mucio B, Gessner BD, Gravett MG, Katz MA, Knight M, Lee VJ, Loeb M, Luteijn JM, Marshall H, Nair H, Pottie K, Salam RA, Savitz DA, Serruya SJ, Skidmore B, Ortiz JR; WHO taskforce to evaluate influenza data to inform vaccine impact and economic modelling. Influenza epidemiology and immunization during pregnancy: Final report of a World Health Organization working group.  Vaccine 2017 Oct 13; 35(43):5738-5750. doi: 10.1016/j.vaccine.2017.08.037. Epub 2017 Sep 1.  PMID: 28867508

383.  Fell DB, Bhutta ZA, Hutcheon JA, Karron RA, Knight M, Kramer MS, Monto AS, Swamy GK, Ortiz JR, Savitz DA.  Report of the WHO technical consultation on the effect of maternal influenza and influenza vaccination on the developing fetus: Montreal, Canada, September 30-October 1, 2015.  Vaccine 2017 Apr 25; 35(18):2279-2287. doi: 10.1016/j.vaccine.2017.03.056. Epub 2017 Mar 24. PMID: 28343772

384.  Hartmann KE, Velez Edwards DR, Savitz DA, Jonsson-Funk ML, Wu P, Sundermann AC, Baird DD.  Prospective cohort study of uterine fibroids and miscarriage risk.  American Journal of Epidemiology 2017 Jun; 7:1-9. doi: 10.1093/aje/kwx062. [Epub ahead of print]  PMID: 2859

SAVITZ0000070

385.   Kingsley SL, Eliot MN, Glazer K, Awad YA, Schwartz JD, Savitz DA, Kelsey KT, Marsit CJ, Wellenius GA.  Maternal ambient air pollution, preterm birth and markers of fetal growth in Rhode Island: results of a hospital-based linkage study.  Journal of Epidemiology and Community Health 2017 Dec; 71(12):1131-1136. doi: 10.1136/jech-2017-208963. Epub 2017 Sep 25.  PMID: 28947670

386.   Romano ME, Hawley NL, Eliot M, Calafat AM, Jayatilaka NK, Kelsey K, McGarvey S, Phipps MG, Savitz DA, Werner EF, Braun JM.  Variability and predictors of urinary concentrations of organophosphate flame retardant metabolites among pregnant women in Rhode Island. Environmental Health 2017 Apr 11; 16(1):40. doi: 10.1186/s12940-017-0247-z.  PMID: 28399857

387.   Silverman ME, Reichenberg A, Savitz DA, Cnattingius S, Lichtenstein P, Hultman CM, Larsson H, Sandin S.  The risk factors for postpartum depression: A population-based study.  Depression and Anxiety 2017 Feb; 34(2):178-187. doi: 10.1002/da.22597. Epub 2017 Jan 18. PMID: 28098957

## **2018**

388.   Chenwi HF, Savitz DA.  Distribution of preventive dental care during pregnancy in Rhode Island, 2012 to 2015.  Rhode Island Medical Journal 2013;. 2018 Nov 1; 101(9):19-22.  PMID: 30384514

389.   Choe SA, Kauderer S, Eliot MN, Glazer KB, Kingsley SL, Carlson L, Awad YA, Schwartz JD, Savitz DA, Wellenius GA.  Air pollution, land use, and complications of pregnancy.  Science of the Total Environment 2018; Dec 15; 645:1057-1064. doi: 10.1016/j.scitotenv.2018.07.237. PMID: 30248831

390.   Glazer KB, Eliot MN, Danilack VA, Carlson L, Phipps MG, Dadvand P, Savitz DA, Wellenius GA.  Residential green space and birth outcomes in a coastal setting. Environmental Research 2018; May; 163:97-107. doi: 10.1016/j.envres.2018.01.006. Epub 2018 Feb 22.  PMID: 29433021

391.   Guelfo JL, Marlow T, Klein DM, Savitz DA, Frickel S, Crimi M, Suuberg EM.  Evaluation and management strategies for per- and polyfluoroalkyl substances (PFASs) in drinking water aquifers: perspectives from impacted U.S. northeast communities.  Environmental Health Perspectives 2018 Jun 15; 126(6):065001. doi: 10.1289/EHP2727. PMID: 29916808

392.   Katon JG, Zephyrin L, Meoli A, Hulugalle A, Bosch J, Callegari L, Galvan IV, Gray KE, Haeger KO, Hoffmire C, Levis S, Ma EW, Mccabe JE, Nillni YI, Pineles SL, Reddy SM, Savitz DA, Shaw JG, Patton EW.  Reproductive health of women Veterans: a systematic review of the literature from 2008 to 2017.   Seminars in Reprodive Medicine 2018 Nov; 36(6):315-322. doi: 10.1055/s-0039-1678750. Epub 2019 Apr 19. PMID: 31003246

393.   Mason SM, Schnitzer PG, Danilack VA, Elston B, Savitz DA.   Risk factors for maltreatment-related infant hospitalizations in New York City, 1995-2004. Annals of Epidemiology 2018 Sep; 28(9):590-596. doi: 10.1016/j.annepidem.2018.05.010. Epub 2018 Jun 2.  PMID: 30153909

394.   Savitz DA.  When is epidemiological research a helpful response to industrial contamination? Epidemiologia & Prevenzione 2018 Sep-Dec;42(5-6S1):89-92. doi: 10.19191/EP18.5-6.S1.P089.091.  PMID: 30322239

SAVITZ0000071

Trial Exhibit 650.044

395.   Steenland K, Barry V, Savitz D.  Serum perfluorooctanoic acid and birthweight: an updated meta-analysis with bias analysis. Epidemiology 2018 Nov; 29(6):765-776. doi: 10.1097/EDE.0000000000000903. PMID: 30063543

**2019**

396.   Bengtson AM, Sanfilippo AM, Hughes BL, Savitz DA.  Maternal immunisation to improve the health of HIV-exposed infants.  Lancet Infect Dis. 2019 Apr; 19(4):e120-e131. doi: 10.1016/S1473-3099(18)30545-0. PMID: 30529212

397.   Conradt E, Flannery T, Aschner JL, Annett RD, Croen LA, Duarte CS, Friedman AM, Guille C, Hedderson MM, Hofheimer JA, Jones MR, Ladd-Acosta C, McGrath M, Moreland A, Neiderhiser JM, Nguyen RHN, Posner J, Ross JL, Savitz DA, Ondersma SJ, Lester BM.  Prenatal opioid exposure: neurodevelopmental consequences and future research priorities.  Pediatrics. 2019 Sep; 144(3). pii: e20190128. doi: 10.1542/peds.2019-0128. PMID: 31462446

398.   Choe SA, Eliot MN, Savitz DA, Wellenius GA.  Ambient air pollution during pregnancy and risk of gestational diabetes in New York City.  Environmental Research 2019 Aug; 175:414-420. doi: 10.1016/j.envres.2019.04.030. Epub 2019 May 24. PMID: 31154231

399.   Danilack VA, Hutcheon JA, Triche EW, Dore DD, Muri JH, Phipps MG, Savitz DA. Development and validation of a risk prediction model for cesarean delivery after labor induction. J Womens Health (Larchmt). 2019 Oct 29. doi: 10.1089/jwh.2019.7822. PMID: 31657668

400.   Drucker AM, Li WQ, Savitz DA, Weinstock MA, Han J, Li T, Qureshi AA, Cho E.  Association between health maintenance practices and skin cancer risk as a possible source of detection bias. JAMA Dermatology 2019 Mar 1;155(3):353-357. doi: 10.1001/jamadermatol.2018.4216.  PMID: 30586131

401.   Lee HH, Hsieh YP, Murphy J, Tidey JW, Savitz DA.  Health research using Facebook to identify and recruit pregnant women who use electronic cigarettes: Internet-based nonrandomized pilot study.  JMIR Res Protoc. 2019 Oct 18; 8(10):e12444. doi: 10.2196/12444.  PMID: 31628785

402.   Lee YH, Cherkerzian S, Seidman LJ, Papandonatos GD, Savitz DA, Tsuang MT, Goldstein JM, Buka SL. Maternal bacterial infection during pregnancy and offspring risk of psychotic disorders: variation by severity of infection and offspring sex.  Am J Psychiatry. 2019 Oct 4:appiajp201918101206. doi: 10.1176/appi.ajp.2019.18101206.  PMID: 31581799

403.   Savitz DA, Eliot MN, Ito K, Johnson S, Manjourides J, Danilack VA, Wellenius GA. Should we adjust for delivery hospital in studies of air pollution and pregnancy outcomes? Environ Epidemiol. 2019 Oct 14;3(5):e064. doi: 10.1097/EE9.0000000000000064. PMID: 33195963; PMCID: PMC7608891.

404.   Savitz DA, Wellenius GA, Trikalinos TA.  The problem with mechanistic risk of bias assessments in evidence synthesis of observational studies and a practical alternative: assess the impact of specific sources of potential bias.  American Journal of Epidemiology 2019 May 30. pii: kwz131. doi: 10.1093/aje/kwz131. PMID: 31145434

**2020**

405.   Beninati MJ, Ramos SZ, Danilack VA, Has P, Savitz DA, Werner EF. Prediction model for vaginal birth after induction of labor in women with hypertensive disorders of pregnancy. Obstet Gynecol. 2020 Aug;136(2):402-410. doi: 10.1097/AOG.0000000000003938. PMID: 32649502.

Trial Exhibit 650.045

SAVITZ0000072

406.   Brunwasser SM, Snyder BM, Driscoll AJ, Fell DB, Savitz DA, Feikin DR, Skidmore B, Bhat N, Bont LJ, Dupont WD, Wu P, Gebretsadik T, Holt PG, Zar HJ, Ortiz JR, Hartert TV. Assessing the strength of evidence for a causal effect of respiratory syncytial virus lower respiratory tract infections on subsequent wheezing illness: a systematic review and meta-analysis. Lancet Respir Med. 2020 Aug;8(8):795-806. doi: 10.1016/S2213-2600(20)30109-0. Erratum in: Lancet Respir Med. 2021 Jan;9(1):e10. PMID: 32763206; PMCID: PMC7464591.

407.   Crawford KA, Hawley N, Calafat AM, Jayatilaka NK, Froehlich RJ, Has P, Gallagher LG, Savitz DA, Braun JM, Werner EF, Romano ME. Maternal urinary concentrations of organophosphate ester metabolites: associations with gestational weight gain, early life anthropometry, and infant eating behaviors among mothers-infant pairs in Rhode Island. Environ Health. 2020 Sep 11;19(1):97. doi: 10.1186/s12940-020-00648-0. PMID: 32917231; PMCID: PMC7488675.

408.   Danilack VA, Hutcheon JA, Triche EW, Dore DD, Muri JH, Phipps MG, Savitz DA. Development and validation of a risk prediction model for cesarean delivery after labor induction. J Womens Health (Larchmt). 2020 May;29(5):656-669. doi: 10.1089/jwh.2019.7822. Epub 2019 Oct 29.  PMID: 31657668

409.   Driscoll AJ, Arshad SH, Bont L, Brunwasser SM, Cherian T, Englund JA, Fell DB, Hammitt LL, Hartert TV, Innis BL, Karron RA, Langley GE, Mulholland EK, Munywoki PK, Nair H, Ortiz JR, Savitz DA, Scheltema NM, Simões EAF, Smith PG, Were F, Zar HJ, Feikin DR.  Does respiratory syncytial virus lower respiratory illness in early life cause recurrent wheeze of early childhood and asthma? Critical review of the evidence and guidance for future studies from a World Health Organization-sponsored meeting.  Vaccine. 2020 Mar 4; 38(11):2435-2448. doi: 10.1016/j.vaccine.2020.01.020. Epub 2020 Jan 20. PMID: 31974017

410.   Glazer KB, Danilack VA, Field AE, Werner EF, Savitz DA. Term labor induction and cesarean delivery risk among obese women with and without comorbidities. Am J Perinatol. 2020 Jul 28. doi: 10.1055/s-0040-1714422. Epub ahead of print. PMID: 32722823.

411.   Glazer KB, Danilack VA, Werner EF, Field AE, Savitz DA.  Elucidating the role of overweight and obesity in racial and ethnic disparities in cesarean delivery risk Ann Epidemiol. 2020 Feb; 42:4-11.e4. doi: 10.1016/j.annepidem.2019.12.012. Epub 2020 Jan 7.  PMID: 32005568

412.   Hu H, Zhao J, Savitz DA, Prosperi M, Zheng Y, Pearson TA.  An external exposome-wide association study of hypertensive disorders of pregnancy.  Environment International 2020 May 12; 141:105797. doi: 10.1016/j.envint.2020.105797.  PMID: 32413622

413.   Lee YH, Papandonatos GD, Savitz DA, Heindel WC, Buka SL.  Effects of prenatal bacterial infection on cognitive performance in early childhood.  Paediatr Perinat Epidemiol. 2020 Jan; 34(1):70-79. doi: 10.1111/ppe.12603. Epub 2019 Dec 13. PMID: 31837043

414.   Lewkowitz AK, López JD, Werner EF, Ranney ML, Macones GA, Rouse DJ, Savitz DA, Cahill AG. Effect of a novel smartphone application on breastfeeding rates among low-income, first-time mothers intending to exclusively breastfeed: secondary analysis of a randomized controlled trial. Breastfeed Med. 2021 Jan;16(1):59-67. doi: 10.1089/bfm.2020.0240. Epub 2020 Oct 20. PMID: 33085510; PMCID: PMC7826429.

415.   Malhamé I, Mehta N, Raker CA, Hardy EJ, Spalding H, Bouvier BA, Savitz DA, Danilack VA. Identifying cardiovascular severe maternal morbidity in epidemiologic studies.  Paediatr Perinat Epidemiol. 2020 Jan 23. doi: 10.1111/ppe.12571. Online ahead of print.  PMID: 31971615

416.   Savitz DA. Reconciling epidemiology's aspirations and capabilities. Am J Epidemiol. 2020 Dec 16:kwaa271. doi: 10.1093/aje/kwaa271. Epub ahead of print. PMID: 33324974.

SAVITZ0000073

Trial Exhibit 650.046

417.   Steenland K, Fletcher T, Stein CR, Bartell SM, Darrow L, Lopez-Espinosa MJ, Barry Ryan P, Savitz DA. Review: Evolution of evidence on PFOA and health following the assessments of the C8 Science Panel. Environ Int. 2020 Dec;145:106125. doi: 10.1016/j.envint.2020.106125. Epub 2020 Sep 18. PMID: 32950793.

## 2021

418.   Bengtson AM, Ramos SZ, Savitz DA, Werner EF. Risk factors for progression from gestational diabetes to postpartum Type 2 diabetes: a review. Clin Obstet Gynecol. 2021 Mar 1;64(1):234-243. doi: 10.1097/GRF.0000000000000585. PMID: 33306495; PMCID: PMC7855576.

419.   Dalla Zuanna T, Savitz DA, Barbieri G, Pitter G, Zare Jeddi M, Daprà F, Fabricio ASC, Russo F, Fletcher T, Canova C. The association between perfluoroalkyl substances and lipid profile in exposed pregnant women in the Veneto region, Italy. Ecotoxicol Environ Saf. 2021 Feb;209:111805. doi: 10.1016/j.ecoenv.2020.111805. Epub 2020 Dec 24. PMID: 33360787.

420.   Fell DB, Dimitris MC, Hutcheon JA, Ortiz JR, Platt RW, Regan AK, Savitz DA. Guidance for design and analysis of observational studies of fetal and newborn outcomes following COVID-19 vaccination during pregnancy. Vaccine. 2021 Apr 1;39(14):1882-1886. doi: 10.1016/j.vaccine.2021.02.070. Epub 2021 Mar 2. PMID: 33715900; PMCID: PMC7923848.

421.   Haviland MJ, Nillni YI, Fox MP, Savitz DA, Hatch EE, Rothman KJ, Hacker MR, Wang TR, Wise LA. Psychotropic medication use during pregnancy and gestational age at delivery. Ann Epidemiol. 2021 Jan;53:34-41.e2. doi: 10.1016/j.annepidem.2020.08.010. Epub 2020 Aug 22. PMID: 32835770; PMCID: PMC7736493.

422.   Savitz DA. Point: Reconciling Epidemiology's Aspirations and Capabilities. Am J Epidemiol. 2021 Jun 1;190(6):977-979. doi: 10.1093/aje/kwaa271. PMID: 33324974; PMCID: PMC8921614.

423.   Savitz DA. Epidemiology and biological plausibility in assessing causality. Environ Epidemiol. 2021 Nov 11;5(6):e177. doi: 10.1097/EE9.0000000000000177. PMID: 34909557; PMCID: PMC8663842.

424.   Savitz DA, Forastiere F. Do pooled estimates from meta-analyses of observational epidemiology studies contribute to causal inference? Occup Environ Med. 2021 Sep;78(9):621-622. doi: 10.1136/oemed-2021-107702. Epub 2021 Jun 22. PMID: 34158356.

425.   Savitz DA, Hu H. Ambient heat and stillbirth in Northern and Central Florida. Environ Res. 2021 May 8;199:111262. doi: 10.1016/j.envres.2021.111262. Epub ahead of print. PMID: 33974845.

426.   Sun S, Savitz DA, Wellenius GA. Changes in Adverse Pregnancy Outcomes Associated With the COVID-19 Pandemic in the United States. JAMA Netw Open. 2021 Oct 1;4(10):e2129560. doi: 10.1001/jamanetworkopen.2021.29560. PMID: 34652449; PMCID: PMC8520131.

427.   Viet SM, Falman JC, Merrill LS, Faustman EM, Savitz DA, Mervish N, Barr DB, Peterson LA, Wright R, Balshaw D, O'Brien B. Human Health Exposure Analysis Resource (HHEAR): A model for incorporating the exposome into health studies. Int J Hyg Environ Health. 2021 May 23;235:113768. doi: 10.1016/j.ijheh.2021.113768. Epub ahead of print. PMID: 34034040.

428.   Wise LA, Wang TR, Wesselink AK, Willis SK, Chaiyasarikul A, Levinson JS, Rothman KJ, Hatch EE, Savitz DA. Accuracy of self-reported birth outcomes relative to birth certificate data in an Internet-based prospective cohort study. Paediatr Perinat Epidemiol. 2021 May 6. doi: 10.1111/ppe.12769. Epub ahead of print. PMID: 33956369.

Trial Exhibit 650.047

SAVITZ0000074

**2022**

429. Gantenberg JR, van Aalst R, Zimmerman N, Limone B, Chaves SS, La Via WV, Nelson CB, Rizzo C, Savitz DA, Zullo AR. Medically Attended Illness due to Respiratory Syncytial Virus Infection Among Infants Born in the United States Between 2016 and 2020. J Infect Dis. 2022 Aug 15;226(Suppl 2):S164-S174. doi: 10.1093/infdis/jiac185. PMID: 35968869; PMCID: PMC9377038.

430. Gould AJ, Ding JJ, Recabo O, Has P, Savitz DA, Danilack VA, Lewkowitz AK. Risk factors for respiratory distress syndrome among high-risk early-term and full-term deliveries. J Matern Fetal Neonatal Med. 2022 Dec;35(26):10401-10405. doi: 10.1080/14767058.2022.2128657. Epub 2022 Oct 9. PMID: 36210090; PMCID: PMC9851950.

431. Malhamé I, Raker CA, Hardy EJ, Spalding H, Bouvier BA, Hurlburt H, Vrees R, Daskalopoulou SS, Nerenberg K, Savitz DA, Mehta N, Danilack VA. Development and Internal Validation of a Risk Prediction Model for Acute Cardiovascular Morbidity in Preeclampsia. Can J Cardiol. 2022 Oct;38(10):1591-1599. doi: 10.1016/j.cjca.2022.05.007. Epub 2022 Jun 13. PMID: 35709932.

432. Nulty AK, Bovbjerg ML, Savitz DA, Herring AH, Bradley CB, Evenson KR. Maternal Physical Activity at Term and Spontaneous Labor: A Case-Crossover Study. J Phys Act Health. 2022 Feb 1;19(2):99-107. doi: 10.1123/jpah.2021-0160. Epub 2022 Jan 8. PMID: 34998275.

433. Savitz DA, Danilack VA, Cochancela J, Hughes BL, Rouse DJ, Gutmann R. Health Outcomes Associated With Clinician-initiated Delivery for Hypertensive Disorders at 34-38 Weeks' Gestation. Epidemiology. 2022 Mar 1;33(2):260-268. doi: 10.1097/EDE.0000000000001442. PMID: 34799472; PMCID: PMC8810678.

434. Savitz DA, Wellenius GA. Can Cross-Sectional Studies Contribute to Causal Inference? It Depends. Am J Epidemiol. 2022 Mar 1:kwac037. doi: 10.1093/aje/kwac037. Epub ahead of print. PMID: 35231933.

435. Skarha J, Dominick A, Spangler K, Dosa D, Rich JD, Savitz DA, Zanobetti A. Provision of Air Conditioning and Heat-Related Mortality in Texas Prisons. JAMA Netw Open. 2022 Nov 1;5(11):e2239849. doi: 10.1001/jamanetworkopen.2022.39849. Erratum in: JAMA Netw Open. 2022 Dec 1;5(12):e2249232. PMID: 36322085; PMCID: PMC9631100.

436. Stein CR, Wu H, Bellinger DC, Smith DR, Wolff MS, Savitz DA. Exposure to metal mixtures and neuropsychological functioning in middle childhood. Neurotoxicology. 2022 Dec;93:84-91. doi: 10.1016/j.neuro.2022.09.003. Epub 2022 Sep 16. PMID: 36122627.

437. Wesselink AK, Wise LA, Hatch EE, Mikkelsen EM, Savitz DA, Kirwa K, Rothman KJ. A Prospective Cohort Study of Seasonal Variation in Spontaneous Abortion. Epidemiology. 2022 May 1;33(3):441-448. doi: 10.1097/EDE.0000000000001474. PMID: 35213511.

438. Yland JJ, Crowe HM, Hatch EE, Willis SK, Wang TR, Mikkelsen EM, Savitz DA, Walkey AJ, Rothman KJ, Wise LA. A prospective study of preconception asthma and spontaneous abortion. Ann Epidemiol. 2022 Feb 27:S1047-2797(22)00024-2. doi: 10.1016/j.annepidem.2022.02.006. Epub ahead of print. PMID: 35235814.

**2023**

SAVITZ0000075

Trial Exhibit 650.048

439. Bailey JM, Wang L, McDonald JM, Gray JS, Petrie JG, Martin ET, Savitz DA, Karrer TA, Fisher KA, Geiger MJ, Wasilevich EA. Immune response to COVID-19 vaccination in a population with a history of elevated exposure to per- and polyfluoroalkyl substances (PFAS) through drinking water. J Expo Sci Environ Epidemiol. 2023 Jun 19. doi: 10.1038/s41370-023-00564-8. Epub ahead of print. PMID: 37337047.

440. Peter-Marske KM, Hesketh KR, Herring AH, Savitz DA, Bradley CB, Evenson KR. Association Between Change in Physical Activity During Pregnancy and Infant Birth Weight. Matern Child Health J. 2023 Feb 4. doi: 10.1007/s10995-023-03604-9. Epub ahead of print. PMID: 36738421.

441. Polnaszek BE, Danilack VA, Has P, Russo M, Hamel M, Tuuli MG, Savitz DA, Lewkowitz AK. Risk of Spontaneous Obstetric Anal Sphincter Injury Following Non-Operative Vaginal Delivery in a High-Risk Cohort. R I Med J (2013). 2023 Mar 1;106(2):43-44. PMID: 36848543.

442. Ramos SZ, Has P, Gimovsky A, Danilack VA, Savitz D, Lewkowitz AK. Outcomes Among Neonates After a Diagnosis of Persistent or Transient Fetal Growth Restriction Delivered at Term. Am J Perinatol. 2023 Mar 9. doi: 10.1055/a-2051-3859. Epub ahead of print. PMID: 36894159.

443. Ramos SZ, Lewkowitz AK, Lord MG, Has P, Danilack VA, Savitz DA, Werner EF. Predicting primary cesarean delivery in pregnancies complicated by gestational diabetes mellitus. Am J Obstet Gynecol. 2023 Jun 7:S0002-9378(23)00371-X. doi: 10.1016/j.ajog.2023.06.002. Epub ahead of print. PMID: 37290567.

444. Savitz DA. Enhancing Epidemiology's Impact on Policy: Mediation by Expert Committees. Am J Epidemiol. 2023 Mar 31:kwad078. doi: 10.1093/aje/kwad078. Epub ahead of print. PMID: 37005087.

445. Savitz DA, Hattersley AM. Evaluating Chemical Mixtures in Epidemiological Studies to Inform Regulatory Decisions. Environ Health Perspect. 2023 Apr;131(4):45001. doi: 10.1289/EHP11899. Epub 2023 Apr 6. PMID: 37022726; PMCID: PMC10078806.

446. Skarha J, Spangler K, Dosa D, Rich JD, Savitz DA, Zanobetti A. Heat-related mortality in U.S. state and private prisons: A case-crossover analysis. PLoS One. 2023 Mar 1;18(3):e0281389. doi: 10.1371/journal.pone.0281389. PMID: 36857338; PMCID: PMC9976996.

447. Woskie SR, Bello A, Rennix C, Jiang L, Trivedi AN, Savitz DA. Burn Pit Exposure Assessment to Support a Cohort Study of U.S. Veterans of the Wars in Iraq and Afghanistan. J Occup Environ Med. 2023 Jan 11. doi: 10.1097/JOM.0000000000002788. Epub ahead of print. PMID: 36728333.


**BOOKS**

Bertollini R, Lebowitz MD, Saracci R, Savitz DA (editors).  Environmental epidemiology.  Exposure and disease.  Proceedings of an international workshop on priorities in environmental epidemiology.  Boca Raton, FL: Lewis Publishers, 1995.

Steenland K, Savitz DA (editors).  Topics in environmental epidemiology.  New York, NY: Oxford University Press, 1997.

Savitz DA. Interpreting epidemiologic evidence: strategies for study design and analysis. New York, NY: Oxford University Press, 2003.

SAVITZ0000076

Trial Exhibit 650.049

Savitz DA, Wellenius GA.  Interpreting epidemiologic evidence:  connecting research to applications, Second Edition.  New York, NY: Oxford University Press, 2016.

**Invited Editorials/Commentaries**

Savitz DA.  Measurements, estimates, and inferences in reporting study results.  American Journal of Epidemiology 1992; 135:223-4.

Savitz DA.  Health effects of low-frequency electric and magnetic fields.  Environmental Science and Technology 1993; 27:52-4.

Feychting M, Ahlbom A, Savitz D.  Electromagnetic fields and childhood leukemia.  Epidemiology 1998; 9:225-6.

Savitz DA.  Invited commentary:  what can we infer from author order in epidemiology?  American Journal of Epidemiology 1999; 149:401-3.

Savitz DA. Reply: comment by S. Milham. Bioelectromagnetics 2000; 21:412.

Savitz DA.  Commentary:  Prior specification of hypotheses:  cause or just a correlate of informative studies?  International Journal of Epidemiology 2001; 30:957-58.

Savitz DA.  Environmental exposure and childhood cancer:  Doing our best may not be good enough.  American Journal of Public Health 2001; 91:562-63.

Savitz DA.  Invited commentary:  Electromagnetic fields and cancer in railway workers.  American Journal of Epidemiology 2001; 153:836-38.

Savitz DA.  Occupational exposure to magnetic fields and brain cancer.  Occupational and Environmental Medicine 2001; 58:617-18.

Savitz DA.  Commentary:  Magnetic fields and miscarriage.  Epidemiology 2002; 13:1-3

Savitz, DA.  Commentary: Health effects of electric and magnetic fields:  Are we done yet?  Epidemiology 2003; 14:15-17.

Savitz, DA Commentary: Ethnic differences in gestational age exist, but are they 'normal'? International Journal of Epidemiology 2004; 33:114-5

Savitz DA. Mixed signals on cell phones and cancer. Epidemiology 2004; 15:651-2.

Savitz DA. Why senior epidemiologists should write and publish papers. Epidemiology 2004; 15:381-2.

Savitz DA. Delimiting the role of ethical reasoning in epidemiology. European Journal of Epidemiology 2007; 22:211- 3.

Savitz DA. Guest editorial: biomarkers of perfluorinated chemicals and birth weight. Environmental Health Perspectives 2007; 115:A528-9.

Savitz DA. Delimiting the role of ethical reasoning in epidemiology. European Journal of Epidemiology 2007; 22:211-3.

Savitz DA. Disaggregating preterm birth to determine etiology. American Journal of Epidemiology 2008; PMID: 18756017.

SAVITZ0000077

Savitz DA. Low prior + frightening implications = inflammatory epidemiology? Epidemiology 2008; 19:534-5.

Samet JM, Savitz DA. Education in epidemiology: "The times they are a-changin'". Epidemiology 2008; 19:345-6.

Savitz DA. How far can prenatal screening go in preventing birth defects? Journal of Pediatrics 2008; 152:3-4.

Wilcox AJ, Savitz DA, Samet JM. A tale of two toxicants: lessons from Minamata and Liaoning. Epidemiology 2008; 19:1-2.

Savitz DA.  Disaggregating preterm birth to determine etiology.  American Journal of Epidemiology 2008; 168:990-2.

Savitz DA, Ness RB. Saving the National Children's Study.  Epidemiology 2010; 21:598-601. PMID: 20631622

Savitz DA.  The etiology of epidemiologic perseveration: when enough is enough.  Epidemiology. 2010; 21:281-3. PMID: 20386168

Savitz DA, Engel LS.  Lessons for study of the health effects of oil spills. Annals of Internal Medicine. Oct 19; 153(8):540-1. PMID: 20733179

Savitz DA.  Biomarkers of exposure to drinking water disinfection by-products--are we ready yet? American Journal of Epidemiology 2011 Dec.  [Epub ahead of print] PMID:  22156021

Savitz DA.  Registration of observational studies does not enhance validity.  Clinical Pharmacology and Therapeutics 2011 Nov; 90, (5): 646-8.  PMID: 22012311

Savitz DA. Commentary: A niche for ecologic studies in environmental epidemiology. Epidemiology. 2012 Jan; 23(1):  53-4.  PMID: 22157303

Savitz DA. Invited commentary: biomarkers of exposure to drinking water disinfection by-products--are we ready yet?   American Journal of Epidemiology 2012 Feb; 15, 175(4): 276-8. PMID: 22156021

Savitz DA. Sample Selection for the National Children's Study: Form Must Follow Function. Paediatric and Perinatal Epidemiology 2013 Jan; 27(1): 31-3. PMID: 23215709

Savitz DA. Sample selection for the National Children's Study: form must follow function.  Paediatric and Perinatal Epidemiology 2013 Jan; 27(1):31-3. PMID: 23215709

Savitz DA. Commentary: reconciling theory and practice: what is to be done with P values? Epidemiology 2013 Mar; 24(2):212-4. PMID: 23377090

Hernán MA, Savitz DA.  From "big epidemiology" to "colossal epidemiology": when all eggs are in one basket.  Epidemiology 2013 May; 24(3):344-5. PMID: 23549177

Savitz DA. Invited commentary: interpreting associations between exposure biomarkers and pregnancy outcome. American Journal of Epidemiology 2014 Mar 1; 179(5):545-7. PMID: 24401560

Steenland K, Savitz DA, Fletcher T.  Commentary: class action lawsuits: can they advance epidemiologic research?  Epidemiology 2014 Mar; 25(2):167-9. PMID: 24487199

SAVITZ0000078

Trial Exhibit 650.051

Savitz DA, Werner EF.  Invited commentary: isolating preterm birth to assess its impact.  American Journal of Epidemiology 2015 Nov 1; 182(9):759-61. PMID: 26409236

Hutcheon JA, Savitz DA.  Invited Commentary: influenza, influenza immunization, and pregnancy - it's about time.  American Journal of Epidemiology 2016 Aug 1; 184(3):187-91.  PMID: 27449413

Savitz DA, Wellenius GA.  Exposure biomarkers indicate more than just exposure.  American Journal of Epidemiology 2017 Nov 16. doi: 10.1093/aje/kwx333. [Epub ahead of print]PMID: 29155925

Savitz DA, Westreich D.  Editorial: innovations in study design--a call for creative solutions. American Journal of Epidemiology 2017 Nov 1; 186(9):1024-1025. doi: 10.1093/aje/kwx320. PMID: 29040350

Savitz DA.  The epidemiology of e-cigarettes and reproductive health begins.  Am J Epidemiol. 2020 May 7:kwaa066. doi: 10.1093/aje/kwaa066. Online ahead of print. PMID: 32378706

Savitz DA. You can't always get what you want…: Ideal vs. operational measures in the study of COVID-19 and pregnancy. Paediatr Perinat Epidemiol. 2021 Aug 24. doi: 10.1111/ppe.12803. Epub ahead of print. PMID: 34431124.

Savitz DA. How could such a promising risk predictor as bacterial vaginosis not cause preterm birth? Paediatr Perinat Epidemiol. 2023 Feb 21. doi: 10.1111/ppe.12964. Epub ahead of print. PMID: 36806266.

## BOOK CHAPTERS

Cornaby BW, Savitz DA, Pomerantz L, Murthy KS.  Development of environmental objectives based on health and ecological effects. In C. Bliss (ed), Proceedings of the Fifth International Conference on Fluidized-Bed Combustion, Mitre Technical Document, 1978.

Savitz DA.  Potential uses of a Synthetic Fuels Worker Registry. In final report of the Committee on Synthetic Fuels Facilities Safety, Safety Issues Related to Synthetic Fuels Facilities, pp. 265-8. Washington, D.C.:  National Academy Press, 1982.

Savitz DA.  A critical review of the Hanford worker studies: Cancer risk and low-level radiation.  In Epidemiology Applied to Health Physics, Proceedings of the Sixteenth Midyear Topical Symposium of the Health Physics Society, CONF-830101, pp. 495-503. Albuquerque:  Health Physics Society, 1983.

Savitz DA, Marine WM, Gratt LB, Perry BW.  Hydrocarbon-induced cancer risks in oil shale Processing.  In JH Gary (ed), Seventeenth Oil Shale Symposium Proceedings, pp. 426-32.  Golden, Colorado:  Colorado School of Mines Press, 1984.

Gratt LB, Perry BW, Marine WM, Savitz DA.  High risk groups in an oil shale workforce.  In JH Gary (ed), Seventeenth Oil Shale Symposium Proceedings, pp. 403-13. Golden, Colorado: Colorado School of Mines Press, 1984.

Marine WM, Savitz DA, Gratt LB, Perry BW.  Risk of dust-induced lung disease in oil shale workers.  In JH Gary (ed), Seventeenth Oil Shale Symposium Proceedings, pp. 414-25.  Golden, Colorado: Colorado School of Mines Press, 1984.

Savitz DA.  The role of medical records in evaluating hazardous chemical exposures.  In J Saxena (ed), Hazard Assessment of Chemicals--Current Developments, Volume 3, pp. 111-39.  New York: Academic Press, 1984.

Savitz DA.  Basic concepts of epidemiology.  In WR Hendee (ed), The Health Effects of Low-Level Radiation Exposure, pp. 47-56. Norwalk, Connecticut:  Appleton-Century-Crofts, 1984.

SAVITZ0000079

Savitz DA.  Review of epidemiologic studies of Hanford workers: Cancer risk and low-level radiation.  In WR Hendee (ed), The Health Effects of Low-Level Radiation Exposure, pp. 57-76. Norwalk, Connecticut:  Appleton-Century-Crofts, 1984.

Savitz DA.  Childhood cancer.  In ZA Stein, MC Hatch (eds), Reproductive Problems in the Workplace, pp. 415-29.  Philadelphia: Hanley and Belfis, 1986.

Savitz DA.  Human health effects of extremely low frequency electromagnetic fields:  critical review of clinical and epidemiological studies.  IEEE Publication, 1986.

Savitz DA, Pearce NE.  Occupational leukemias and lymphomas.  In PW Brandt-Rauf (ed), Occupational Cancers.  Seminars in Occupational Medicine 1987; 2:283-9.

Savitz DA, Arbuckle TE, Harlow SD.  Epidemiologic considerations in conducting studies of reproductive effects and environmental exposures: study design and analysis.  EPA Reproductive Epidemiology Planning Workshop, U.S. EPA, Cincinnati, Ohio, 1988.

Savitz DA (Contributor).  U.S. Department of Health and Human Services.  The Health Benefits of Smoking Cessation.  U.S. DHHS, PHS, CDC, Office on Smoking and Health.  DHHS Publication No. (CDC) 90-8416, 1990.

Savitz DA.  The use of epidemiology for establishing hazards and risk.  IEEE Transactions on Education 1991; 34:211-5.

Savitz DA, Harris RP, Brownson RC.  Methods in chronic disease epidemiology.  In: Brownson RC, Remington PL, Davis JR (eds), Chronic disease epidemiology and control.  Washington, DC: American Public Health Association 1993; 19-36.

Savitz DA, Ahlbom A.  Epidemiologic evidence on cancer in relation to residential and occupational exposures.  In Carpenter DO, Ayrapetyan S (eds), Biological Effects of Electric and Magnetic Fields, Volume 2.  San Diego, CA: Academic Press, 1994:233-61.

Arbuckle T, Savitz DA.  The Ontario Farm Family Health Study: development of survey instruments.  In McDuffie HH, Dosman JA, Semchuk KM, Olenchock SA, Senthilselvan A (eds), Supplement to agricultural health and safety: workplace, environment, sustainability. Chelsea, Michigan: Lewis Publishers 1995; 149-155.

Savitz DA.  Overview of evidence and research needs concerning electromagnetic fields and health.  In Bertollini R, Lebowitz MD, Saracci R, Savitz DA (eds), Environmental Epidemiology.  Exposure and Disease.  Boca Raton, Florida: Lewis Publishers, 1995:99-112.

Savitz DA.  Residential magnetic fields and cancer: issues in exposure assessment.  In Steenland K, Savitz DA (eds), Topics in Environmental Epidemiology.  New York, NY.  Oxford University Press, 1997; 295-313.

Savitz DA, Moe C. Drinking water. In Steenland K, Savitz DA (eds), Topics in Environmental Epidemiology.  New York, NY.  Oxford University Press, 1997; 89-118.

Savitz DA, Pastore LM. Causes of prematurity. In McCormick MC, Siegel JE (eds.), Prenatal Care. Effectiveness and implementation.  Cambridge, University Press, UK 1999; 63-104.

Savitz DA, Trichopoulos D.  Brain cancer.  In Adami H-O, Hunter D, Trichopoulos D (eds.), Textbook of Cancer Epidemiology.  New York, NY. Oxford University Press 2002; 486-503.

SAVITZ0000080

Trial Exhibit 650.053

Savitz DA, Ahlbom A. Electromagnetic fields and radiofrequency radiation.  In Schottenfeld D, Fraumeni Jr JF (Eds.), Cancer Epidemiology and Prevention, Third Edition. New York, NY: Oxford University Press 2006; 3066-321.

## LETTERS

Savitz DA.  Methodological error cited in SIDS study. American Journal of Public Health 1979;69: 178-9.

Savitz DA.  Comment on principal component analysis of health indicators.  American Journal of Epidemiology 1980; 112:574-5.

Savitz DA.  Criteria for evaluating epidemiologic research.  Journal of Occupational Medicine 1983; 25:787-8.

Calle EG, Savitz DA.  Leukemia in occupational groups with the potential for electric and magnetic field exposure.  New England Journal of Medicine 1985; 313:1476-7.

Savitz DA, Moure R.  Authors Response to H. Checkoway "Identifying Unexposed Workers from Occupational Cohorts." Journal of Occupational Medicine 1985; 27:240.

Savitz DA.  Comments received on statistical testing and confidence intervals.  American Journal of Public Health 1987; 77:237-8.

Savitz DA, Moure R.  Treatment of subjects lost to follow-up: Effect on cancer risks.  Journal of Occupational Medicine 1988; 30:89-91.

Savitz DA, Kelsey JL.  Response to Feinstein.  Epidemiology 1991; 2:61-3.

Savitz DA.  Comment on "Associations are not effects."  American Journal of Epidemiology 1991; 134:442-3.

Whelan EA, Savitz DA.  Parental occupation and risk of prematurity.  Lancet 1991; 2:1082.

Stevens R, Savitz D.  Electromagnetic fields and cancer: is it an issue worthy of study?  Cancer 1992; 69:603-6.

Savitz DA.  Response to Mundt letter re: "Exposure to residential electric and magnetic fields and risk of childhood leukemia" and "Case-control study of childhood cancer and exposure to 60-Hz magnetic fields."  American Journal of Epidemiology 1992; 135:1071-3.

Savitz DA, Kaune WT.  Response: potential bias in Denver childhood cancer study.  Environmental Health Perspectives 1993; 101:369-70.

Savitz DA.  Re: Validation studies using an alloyed gold standard.  American Journal of Epidemiology 1994; 139:853-4.

Savitz DA, Swenson IE.  Response to Smith and Zaidi letter re: The possible effect of emigration on infant and child mortality from the Vietnam War."  American Journal of Public Health, 1994; 84:499-500.

Savitz DA, Ahlbom A.  Power lines, viruses, and childhood leukemia.  Cancer Causes and Control 1994; 5:589-80.

Savitz DA.  Re: "Breast cancer and serum organochlorines: a prospective study among white, black, and Asian women."  Journal of the National Cancer Institute 1994; 86:1255-6.

54

SAVITZ0000081

Loomis DP, Savitz DA, Ananth CV (Letter).  Re: Breast cancer mortality among female electrical workers in ther United States.  Journal of the National Cancer Institute 1994; 86:1801-1802.

Savitz DA, Sonnenfeld NL, Olshan AF.  Reply to Dr. Magos.  American Journal of Industrial Medicine 1995; 27:609-10.

Savitz DA, Sonnenfeld NL, Olshan AF.  Reply to Olsen, Ramlow, and Hearn.  American Journal of Industrial Medicine 1995; 27:615-6.

Savitz DA, Olshan AF.  Re: "Male and female factors in infertility."  American Journal of Epidemiology 1995; 141:1107-8.

Poole C, Savitz DA.  Response to Witte, Thomas, and Langholz letter re: Statistical significance testing in the American Journal of Epidemiology, 1970-1990."  American Journal of Epidemiology 1995; 142:102.

Savitz DA.  Response to Chiu and Bayliss letter re: "Black Box Epidemiology."  Epidemiology 1995; 6:464-5.

Olshan AF, Savitz DA.  Paternal smoking and low birthweight: the routes of exposure.  American Journal of Public Health 1995; 85:1169.

Leiss JK, Savitz DA.  Response to Bukowski and Meyer letter re: "Reevaluating the evidence on pesticide safety."  American Journal of Public Health, 1995 85:1587.

Pearce N, de Sanjose S, Boffetta P, Saracci R, Kogevinas M, Savitz D.  Response to Schulte, Rothman, Perera and Talaska letter re: "Biomarkers of exposure in cancer epidemiology."  Epidemiology 1995; 6:638.

Savitz DA, Andrews KW.  Re: "Risk of myelogenous leukemia and multiple myeloma in workers exposed to benzene." Occupational and Environmental Medicine 1996; 53:357.

Savitz DA, Olshan AF.  Re: "Multiple comparisons and related issues in the interpretation of epidemiologic data."  American Journal of Epidemiology 1997; 145:84-5.

Savitz DA, Curtis KM, Kaczor D.  Re: "Male pesticide exposure and pregnancy outcome."  American Journal of Epidemiology 1999; 149:291.

Savitz DA, Poole C, Miller WC.  Reassessing the role of epidemiology in public health.  American Journal of Public Health 1999; 89:1158-61.

Savitz DA.  Can children's health be predicted by perinatal health?  International Journal of Epidemiology 2000; 29:189.

Savitz DA.  Reply: Comment by S Milham.  Bioelectromagnetics 2000; 21:412.

Cohen JT, Bellinger DC, Connor WE, Kris-Etherton PM, Lawrence RS, Savitz DA, Shaywitz BA, Teutsch SM, Gray GM. Fish Consumption. Author's Response. American Journal of Prevevntive Medicine 2006; 30:441-3.

Savitz DA. Re: Moderate alcohol intake during pregnancy and risk of fetal death. International     Journal of Epidemiology 2012 Oct; [Epub ahead of print].  PMID: 23064503

SAVITZ0000082

Trial Exhibit 650.055

McKenzie LM, Guo R, Witter RZ, Savitz DA, Newman LS, Adgate JL. Birth outcomes and natural gas development: McKenzie et al. respond. Environ Health Perspect. 2014 Sep; 122(9):A232-3. doi: 10.1289/ehp.1408647R. No abstract available.  PMID: 25180489

## BOOK REVIEWS

Savitz DA.  Electric current and health.  Review of "Currents of Death: Power Lines, Computer Terminals, and the Attempt to Cover Up their Threat to Health" by Paul Brodeur.  Journal of the American Medical Association 1990; 264:636-7.

Savitz DA, McMahon MJ, Olshan AF.  Review of "Occupational and Environmental Reproductive Hazards: A Guide for Clinicians" edited by Maureen Paul.  New England Journal of Medicine 1993; 329:1588-9.

Savitz DA.  Review of "Basic Epidemiology" by Beaglehole, Bonita, and Kjellstrom.  Epidemiology 1994; 5:634-5.

Savitz DA.  Finding the Silver Lining:  Review of 'False Premises False Promises:  Selected Writings of Petr Skrabanek.  International Journal of Epidemiology 2001; 30:403-05.

Savitz DA.  Hyping Health Risks: Environmental Hazards in Daily Life and the Science of Epidemiology: By Goeffrey C. Kabat.  American Journal of Epidemiology 2009; 169:1039-41.


## INVITED LECTURES/PRESENTATIONS (Selected, 1985-Present)

### Invited Presentations in the United States

### Universities

Baylor College of Medicine
Boston University
Brown University
Dartmouth University
Drexel University
Eastern Virginia Medical School
Emory University
Harvard University
Johns Hopkins University
Memorial Sloan Kettering Cancer Center
Mount Sinai School of Medicine
Michigan State University
New York State Department of Health
Ohio State University
Oregon State University
Robert Wood Johnson Medical School
State University of New York School of Public Health
Texas A & M
University of Alabama at Birmingham
University of California, San Francisco
University of Buffalo
University of Chicago
University of Cincinnati

SAVITZ0000083

Trial Exhibit 650.056

University of Connecticut
University of Michigan
University of Minnesota
University of Pittsburgh
University of Texas
Vanderbilt University

**Other Organizations/Research Meetings**

American College of Epidemiology
American Conference of Governmental and Industrial Hygienists
Center for Urban Epidemiologic Studies
Health Effects Institute Annual Conference
International Society for Environmental Epidemiology
National Academy of Sciences
National Cancer Center
National Institute of Child Health and Human Development
National Institute of Occupational Safety and Health
Norwegian Epidemiological Society
Population Association of America
Society for Epidemiologic Research SERTalks
Teratology Society

**Invited International Presentations**

Electromagnetic Fields and Childhood Cancer.  Department of Environmental Epidemiology Seminar, Karolinska Institute, Stockholm, 1987

Epidemiologic Studies of Electromagnetic Fields and Cancer.  Plenary Presentation, International Society for Environmental Epidemiology, Stockholm, Sweden 1993

Epidemiology of Childhood Cancer, Central Pediatric Hospital, Mexico City, Mexico, 1995

Epidemiologic Research on Health Effects of Electric and Magnetic Fields.  Benelux Conference on Electromagnetic Fields, Brussels, Belgium, January 1997.

Methodologic Issues in Reproductive Epidemiology.  Department of Community Health, University of Newcastle School of Medicine, Newcastle-Upon-Tyne, England, September 1997

Epidemiologic Research on Health Effects of Electric and Magnetic Fields.  Workshop on Power Lines and Cancer, London, England, 1999

Health Effects of Electromagnetic Fields.  World Health Organization Conference, Florence, Italy, August 1999.

Paternal Exposure to Known Mutagens and Health of the Offspring: Ionizing Radiation and Tobacco Smoke.  Second International Conference on Male Mediated Developmental Toxicity, Montreal, Quebec, Canada, June 2001

Strengths and Limitations in Ecological Exposure Measures in Environmental Epidemiology.  International Conference on Spatial Epidemiology, London, England, May 2006

SAVITZ0000084

Trial Exhibit 650.057

Air Pollution and Preterm Birth, Seminar, Statens Serum Institut, Copenhagen, Denmark, December 2010

Does Influenza Vaccination Prevent Preterm Birth? Methodological Issues and Research Needs.  World Health Organization, March 2015

Influenza Vaccine:  Observational Studies Assessing Birth Outcome. Montreal, Canada, September 2015

Interpreting Epidemiologic Evidence:  The Art of Using Research Wisely.  Norwegian Epidemiology Society Annual Meeting, Bergen, Norway, September 2016

When Is Epidemiologic Research a Helpful Response to Environmental Pollution and When Is It Not?  First International Training School on Environmental Health in Industrially Contaminated Sites COST Action IS1408 Industrially Contaminated Sites and Health Network, February 2017

SAVITZ0000085

Trial Exhibit 650.058

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO._____**650**_____

Date
Admitted:_____

By:_____

Vicky Ayala, Courtroom Deputy

-----------------------------------------------