## _Jesús Mª Ibarluzea Maurolagoitia._

## CURRÍCULUM VITAE

Donostia- San Sebastian, 2023.



Trial Exhibit

652

Food & Water v. EPA
3:17-cv-02162-EMC

<u>MODELO DE FICHA DE MIEMBROS DEL GRUPO</u>

Nombre y apellidos: Jesús Ibarluzea Maurolagoitia

Categoría profesional: Investigador en BIODONOSTIA. Técnico de Salud Pública

Teléfono: 943 022749

Correo electrónico: mambien3-san@euskadi.eus

Direcciones web:

https://www.researchgate.net/profile/Jesus-Ibarluzea

https://orcid.org/0000-0002-6933-5373.

Datos académicos:

Licenciado en Ciencias Biología, UPV-EHU.

Licenciado en Psicología, UPV-EHU.

Master en Ciencias de Salud Ambiental (UPR- Recinto Ciencias Médicas. Puerto Rico).

Master in Ingeniería Ambiental. Escuela de Organización Industrial.

Doctor en Salud Pública (UPV-EHU)


**Resumen CV.**

Investigación del efecto de los factores ambientales en la salud, desarrollo físico y neuropsicológico, principalmente en la salud infanto-juvenil. Otros ámbitos de estudio son: a) efecto de las emisiones industriales potencialmente peligrosas en la salud de la población, b) efectos de los entornos urbanos en la salud y conductas saludables y c) la percepción de riesgos, estrategias de adecuación de las percepciones a los riegos "reales", así como el conocimiento en materia de salud ambiental por grupos profesionales y población general. Pertenezco al Instituto BIODONOSTIA, donde dirijo el Área de Epidemiología y Salud Pública, cuyo principal proyecto es INMA -Infancia y Medio Ambiente-  Soy investigador colaborador de la Facultad de Psicóloga de la UPV-EHU, profesor en la Universidad de Deusto e IP grupo 28 CIBERESP. 140 publicaciones de alto impacto (>80% en Q1 y más del 65% en decil 1; H Index = 43). Imparto docencia en los másteres de Salud Pública, Promoción de la Salud y Salud Comunitaria, Toxicología y Contaminación Ambiental, Psicología General Sanitaria de la Universidad del País Vasco (UPV-EHU). Docente asociado a la Universidad de Deusto, área de Ciencias de la Salud.

Nuestro grupo de investigación es multidisciplinar y multisectorial. Colabora y participa en varios proyectos europeos como: ESCAPE, HELIX, ATHLETE y PARC. Mantenemos contratos con la administración vasca (Consejería de la Salud y Viceconsejería de Medio Ambiente). Participo/ he participado en diferentes revistas como editor: Gaceta Sanitaria, Revista Española de Salud Ambiental, Frontiers in Epidemiology e IJERPH. Actuó como revisor de múltiples revistas de alto impacto: Env Res, STOTEN, Environmental International, Frontiers in Nutrition, IJERPH, JEHP o ENVPOL, entre otras.

He participado en la elaboración de documentos de consenso, planes estratégicos diferentes grupos y grupos de expertos organizados por diferentes organismos de las administraciones autonómicas (Comunidad autonómica del País Vasco) y estatales (Ministerio de Sanidad).

**SUMMARY OF JESÚS IBARLUZEA'S RESEARCH CAREER.**

My name is Jesús Ibarluzea Maurolagoitia. I have a degree in Biology (1981: UPV-EHU) and in Psychology (2012: UPV-EHU). I was awarded a scholarship to study Public Health in Puerto Rico (Master of Science in Environmental Health; School of Public Health: 1986-88). In addition, I have completed other postgraduate programs: Master in Environmental Engineering and Diploma in Epidemiology and Public Health and got a PhD in Public Health from the UPV-EHU (2004).

Professionally, I have developed my entire professional career as a Public Health Technician in the Basque Government Health Department since 1986.

Research: My main task is the investigation of the effect of environmental factors, broadly understood, on health, physical and neuropsychological development, mainly in infant-juvenile health. Other related areas of study are: a) the effect of potentially hazardous industrial emissions on the health of the general population, b) the study of urban environments and their characteristics on health and healthy behaviors, and c) the study of risk perception and environmental risk communication, as well as environmental health knowledge by professional groups and the general population. I belong to the BIODONOSTIA Health Research Institute, where I direct the Area of Epidemiology and Public Health and the Interdisciplinary and the cross-sector Group of Environmental Epidemiology, whose main project is INMA -Infancia y Medio Ambiente (Childhood and Environment)-. I am a collaborating researcher at the Faculty of Psychology of the UPV-EHU and the PI of group 28 of CIBERESP. I have directed three doctoral theses, 3 master thesis and I am currently directing four doctoral thesis. I have more than 140 publications in high impact international journals (>80 in Q1 and more than 65 in decile 1; h Index = 39).

Our research group collaborates and participates in several European projects such as: ESCAPE, HELIX, ATHLETE and PARC. We maintain contracts with different organizations of the Basque Administration (Health and Environment).

I participate/have participated in different journals as editor: Gaceta Sanitaria, Revista Española de Salud Ambiental, Frontiers in Epidemiology. He acted as reviewer of multiple high impact journals: Env Res, STOTEN, Environmental International, Frontiers in Nutrition, IJERPH, JEHP or ENVPOL, among others.

I teach in the Masters in Public Health and Health Promotion and Community Health, Toxicology and Environmental Pollution, General Health Psychology (UPV-EHU).

I have participated in the development of consensus documents, strategic plans and groups of experts organized by different agencies of regional and state administrations.

***PROYECTOS DE INVESTIGACIÓN/CONTRATOS.***

1.  Nombre del proyecto: La metilación del ADN como mediador de la exposición prenatal a contaminantes obesogénos en la infancia.

Entidad de realización: UPV-EHU

Ciudad entidad realización: Leioa, Bizkaia, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Amaia Irizar Lombide

Nº de investigadores/as: 5

Fecha de inicio-fin: 14/12/2018 - 31/10/2022

Cuantía total: 24.417. €

2.  Nombre del proyecto: El reto de laprevención del deteioro cognitivo: desde la exploración de las relaciones complejas de sus factores determnantes a la identificación de losperfiles de reisgo.

Entidad de realización: Departamento de Salud

Ciudad entidad realización: Leioa, Bizkaia, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Itziar Vergara Micheltorena

Nº de investigadores/as: 9

Fecha de inicio-fin: 01/06/2022 - 30/09/2023

Cuantía total: 24.417. €

3.  Nombre del proyecto: EPI (Embarazo y Primera Infancia) DATA

Entidad de realización: UPV-EHU Tipo de entidad: Universidad

Ciudad entidad realización: Leioa, Bizkaia, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Ana Esplugues Cebrian; Aitana Lertxundi Manterola; **Jesús Ibarluzea Maurolagoitia**; Ferran Ballester

Nº de investigadores/as: 5

Fecha de inicio-fin: 23/02/2022 - 31/12/2023

Cuantía total: 50.000 €

**4.** Nombre del proyecto: Infection acquisition in early life and health outcomes in childhood

Entidad de realización: ISGlobal Tipo de entidad: Centro de I+D

Ciudad entidad realización: Barcelona, Cataluña, España

Nombres investigadores principales (IP, Co-IP,...): Marina Vafeiadi; Marta Vidal; Marianna Karachaliou; Delphine Casabonne; Lucy Pembrey; John Wright; Lida Chazi; Maria José López; **Jesus Ibarluzea**; Martine Vrijheid; Jordi Sunyer; Ruth Aguilar; Mariona Bustamante; Emmanouil Kogevinas

Nº de investigadores/as: 14

Entidad/es financiadora/s:  TV3 Marato Tipo de entidad: televisión Autonomica

Ciudad entidad financiadora: Barcelona, Cataluña, España

Fecha de inicio-fin: 01/01/2019 - 31/12/2021

Cuantía total: 199.875 €

**5.** Nombre del proyecto: La metilación del ADN como mediador de la exposición prenatal a contaminantes obesógenos en la obesidad infantil

Entidad de realización: Biodonostia y Biocruces Tipo de entidad: Asociaciones y Agrupaciones

Ciudad entidad realización: San Sebastian y Bilbao, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Loreto Santa-Marina; Amaia Irizar; Ainara Andiarena; Ana Jimenez; **Jesus Ibarluzea**; Jose Ramon Bilbao; Ainara Castellanos; Ane Olazagoitia

Nº de investigadores/as: 8

Entidad/es financiadora/s: Departamento de salud del gbierno vasco Tipo de entidad: Departamento de salud autonomico

Ciudad entidad financiadora: Vitoria, País Vasco, España

Fecha de inicio-fin: 01/01/2019 - 31/12/2021

Cuantía total: 234.831 €

6. Nombre del proyecto: Medio ambiente urbano, entorno psicosocial y desarrollo neuropsicológico y salud mental en la infancia y preadolescencia

Entidad de realización: Biodonostia Tipo de entidad: Asociaciones y Agrupaciones

Ciudad entidad realización: san sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): ***Jesus Ibarluzea***; Joana Acha; Ruben Amoros;

Guillermo Fernandez; Manuel Sanchez de Miguel; Enrique Arranz; Juan Jose Aurrekoetxea; Aitana Lertxundi

Nº de investigadores/as: 8

Entidad/es financiadora/s: Instituto de Salud Carlos III Tipo de entidad: Organismo Público de

Investigación

Ciudad entidad financiadora: Majadahonda, Comunidad de Madrid, España

Fecha de inicio-fin: 01/01/2019 - 31/12/2021

Cuantía total: 32.670 €

**7.** Nombre del proyecto: Influencia del medio ambiente urbano construido, entorno verde y factores psicosociales en el ejercicio físico

Entidad de realización: Biodonostia Instituto Investigación Sanitaria

Ciudad entidad realización: Donostia-San Sebastián, País Vasco, España

Nombres investigadores principales: (IP) Aitana Lertxundi; (Co-IP): **Jesús Ibarluzea**; Loreto Santa Marina; Mikel Subiza; Asier Anabitarte; Itziar Ubillos; Amaia Molinuevo; Jon Irazusta

Fecha de inicio-fin: 18/05/2019 - 31/12/2020

Cuantía total: 64.037 €

**8.** Nombre del proyecto: Estudio Epidemiológico en relacion con la planta de Valoracion Energética que forma parte del Complejo Medioambiental de Gipuzkooa

Ámbito geográfico: Autonómica

Entidad de realización: BIODONOSTIA Tipo de entidad: Instituto Universitario de

Investigación

Ciudad entidad realización: San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): ***Jesús Ibarluzea* Maurolagoitia**; Aitana Lertxundi

Manterola; Jon Iñaki Alvarez Uriarte; Juan José Aurrekoetxea Agirre; Loreto Santa Marina Rodriguez

Nº de investigadores/as: 5

Entidad/es financiadora/s: DIPUTACION FORAL DE GIPUZKOA Tipo de entidad: Administración local

Ciudad entidad financiadora: San Sebastian, País Vasco, España

Cód. según financiadora: 2017/11-HH-ZE

Fecha de inicio-fin: 2017 - 2019 Duración: 3 años

Cuantía total: 544.500 €

**9.** Nombre del proyecto: Implicación del desarrollo y actividad de los ejes HPG y HPA en el desarrollo neuropsicológico: desarrollo de funciones cognitivas, trastorno de Déficit de Atención y/o Hiperactividad (TDAH), conductas Internalizantes y Externalizantes, así como en el acoso escolar o bullying.

Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad

Ciudad entidad realización: San Sebastian, País Vasco, España

Nº de investigadores/as: 5

Entidad/es financiadora/s: DIPUTACION FORAL DE GIPUZKOA Tipo de entidad: Administración local

Ciudad entidad financiadora: San Sebastian, País Vasco, España

Fecha de inicio-fin: 2017 - 2018

Cuantía total: 30.672 €

**10.** Nombre del proyecto: Exposición prenatal a flúor y manganeso y efectos en el desarrollo neuropsicológico en los niñ@s al año y medio, 4 y 8-9 años en las cohortes INMA-Gipuzkoa.

Entidad de realización: BIODONOSTIA Tipo de entidad: Instituto Universitario de

Investigación

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Aitana Lertxundi Manterola, ***Jesús Ibarluzea***,

Nº de investigadores/as: 8

Entidad/es financiadora/s: Departamento de Salud Gobierno vasco Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: VItoria, País Vasco, España

DIPUTACION FORAL DE GIPUZKOA Tipo de entidad: Administración local

Ciudad entidad financiadora: San Sebastian, País Vasco, España

Fecha de inicio-fin: 2017 - 2017

Cuantía total: 39.500 €

**11.** Nombre del proyecto: Exposición prenatal a flúor y manganeso y efectos en el desarrollo neuropsicológico en los niñ@s al año y medio, 4 y 8-9 años en las cohortes INMA-Gipuzkoa.

Entidad de realización: BIODONOSTIA

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Nerea Lertxundi; **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 7

Entidad/es financiadora/s: Diputación Foral Gipuzkoa Tipo de entidad: Organiso Publico Territorio histórico

Ciudad entidad financiadora: San Sebastián, País Vasco, España

Fecha de inicio-fin: 2016 - 2017

Cuantía total: 46.641 €

**12** Nombre del proyecto: Caracterización de la exposición a campos electromagnéticos de radiación no ionizante en los niños de la cohorte INMA-Gipuzkoa.

Entidad de realización: BIODONOSTIA

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 8

Entidad/es financiadora/s: Fonfo Investigación sanitaria FIS Tipo de entidad: Agencia Estatal

Ciudad entidad financiadora: Madrid, Comunidad de Madrid, España

Fecha de inicio-fin: 2013 - 2016

Cuantía total: 88.693 €

**13** Nombre del proyecto: Fase de seguimiento de los niñ@s INMA-Gipuzkoa a los 8 años de edad: desarrollo neuropsicológico y trastornos de la infancia (TDAH, conducta), obesidad y asma.

Entidad de realización: BIODONOSTIA Tipo de entidad: Instituto Universitario de Investigación

Ciudad entidad realización: San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): Itsaso Martin Maso; **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 9

Entidad/es financiadora/s: Departamento de Salud Gobierno Vasco Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: Vitoria, País Vasco, España

Fecha de inicio-fin: 2014 - 2015

Cuantía total: 29.500 €

**14.** Nombre del proyecto: Efectos de la exposición prenatal y postnatal a la contaminación ambiental en la función

Entidad de realización: Fundación Vasca de Innovación e Investigación Sanitarias / B+I+O eusko fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Bilbao, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 9

Entidad/es financiadora/s: Instituto de Salud Carlos III Tipo de entidad: Organismo Público de Investigación

Ciudad entidad financiadora: Majadahonda, Comunidad de Madrid, España

Fecha de inicio-fin: 2009 - 2012

Cuantía total: 215.380 €

**15** Nombre del proyecto: Seguimiento de los niños de la cohorte INMA-Gipuzkoa a los 2 años de edad.

Caracterización de del desarrollo físico y neuroconductual y su relación con exposiciones ambientales: contaminación atmosférica, compuestos organoclorados y metales pesados. Financiado en 2008 por la Diputación Foral de Gipuzkoa. Expediente: DFG08/001 Duración 3 años.

Entidad de realización: Fundación Vasca de

Innovación e Investigación Sanitarias / B+I+O eusko fundazioa

Tipo de entidad: Diputacion Foral de Gipuzkoa

Ciudad entidad realización: Donostia-San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): IP: **Jesús María Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Diputación Foral de Gipuzkoa Tipo de entidad: Diputación

Ciudad entidad financiadora: San Sebastian, País Vasco, España

Fecha de inicio-fin: 2008 - 2010

Cuantía total: 90.667 €

**16** Nombre del proyecto: Seguimiento de una cohorte de embarazadas y sus hijos hasta el primer año de vida en Gipuzkoa: caracterización de la exposición ambiental y medición del desarrollo general y neuroconductual. Proyectos de Investigación y Desarrollo de la Diputación Foral de Gipuzkoa 2006 (Proyecto DFG06/004):

Entidad de realización: Fundación Vasca de

Innovación e Investigación Sanitarias / B+I+O eusko fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Donostia San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús María Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Diputación Foral de Gipuzkoa Tipo de entidad: Organismo público Territorio Histórico

Ciudad entidad financiadora: Donostia San Sebastián, País Vasco, España

Fecha de inicio-fin: 2006 - 2009

Cuantía total: 7.536 €

**17** Nombre del proyecto: Seguimiento de una cohorte de embarazadas y sus hijos hasta el primer año de vidal: caracterización de la exposición ambiental y medición del desarrollo general y neuroconductual.

Financiado por El Fondo de Investigación sanitaria del Ministerio de Sanidad y Consumo 2006 para 3 año.

(Expediente PI06/0867): Duración 3 años.

Entidad de realización: Fundación Vasca de Innovación e Investigación Sanitarias / B+I+O eusko

fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Donostia-San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Instituto de Salud Carlos III Tipo de entidad: Organismo Público de Investigación

Ciudad entidad financiadora: Majadahonda, Comunidad de Madrid, España

Fecha de inicio-fin: 2006 - 2009

Cuantía total: 174.240 €

**18** Nombre del proyecto: Seguimiento de una cohorte de embarazadas y sus hijos hasta el primer año de

vida: caracterización de la exposición ambiental y medición del desarrollo general y neuroconductual.

Financiado por El Gobierno Vasco en la convocatoria de Proyectos de investigación sanitaria 2005. (expediente 20051110093). Duración 3 años (111093).

Entidad de realización: Fundación Vasca de Innovación e Investigación Sanitarias / B+I+O eusko

fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Donostia -San Sebastian, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús María Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Diputación Foral de Gipuzkoa Tipo de entidad: Pública del Territorio Histórico

Ciudad entidad financiadora: Donostia San Sebastián, País Vasco, España

Fecha de inicio-fin: 2005 - 2008

Cuantía total: 39.500 €

**19** Nombre del proyecto: Contaminación del aire interior en piscinas de Gipuzkoa y prevalencia de síntomas respiratorios en grupos de nadadores de competición. Convocatoria de Proyectos de Investigación y Desarrollo de la Diputación Foral de Gipuzkoa 2006 (Proyecto 06/002/C). El proyecto pretende caracterizar la contaminación de aire interior en piscinas cubiertas (trihalometanos, cloro y cloraminas) y estudiar la exposición y efectos, fundamentalmente respiratorios, en grupos de nadadores con alta exposición.

Varibales que más influencia tienen en la presencia de altos niveles de trihalometanos y derivados de cloro en el aire interior. El papel en el proyecto es el de diseño del estudio y analisis de resultados como investigador colaborador:

Entidad de realización: Fundación Vasca de

Innovación e Investigación Sanitarias / B+I+O eusko fundazioa

Tipo de entidad: Fundación

Ciudad entidad realización: Donostia-San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús María Ibarluzea Maurolagoitia**

Entidad/es financiadora/s: Diputación Foral de Gipuzkoa Tipo de entidad: Organismo público Territorio Histórico

Ciudad entidad financiadora: Donostia San Sebastián, País Vasco, España

Fecha de inicio-fin: 2006 - 2007

Cuantía total: 40.000 €

**20** Nombre del proyecto: Determinación de la carga estrogénica en cáncer de mama mediante ensayo biológico E-screen/modificado y MVLN-luciferesa. Identificación y cuantificación de los xenobióticos en sangre y tejido adiposo.

Entidad de realización: Hospital Virgen de las Nieves

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: Granada, Andalucía, España

Nombres investigadores principales (IP, Co-IP,...): Nicolás Olea Serrano; **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 8

Entidad/es financiadora/s: Fondo Investigacion Sanitaria FIS Tipo de entidad: Agencia Estatal

Ciudad entidad financiadora: Madrid, Comunidad de Madrid, España

Fecha de inicio-fin: 2003 - 2006

Cuantía total: 42.500 €

**21** Nombre del proyecto: Factores etiológico de cáncer de mama: Xenobióticos estrogénicos contenidos en tejido adiposo.

Entidad de realización: Hospital Virgen de las Nieves

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: Granada, Andalucía, España

Nombres investigadores principales (IP, Co-IP,...): NIcolás Olea Serrano; **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 8

Entidad/es financiadora/s: Instituto Salud Carlos III

Ciudad entidad financiadora: Madrid, Comunidad de Madrid, España

Fecha de inicio-fin: 1996 - 1998

Cuantía total: 87.000 €

**22** Nombre del proyecto: Evaluación de los riegos de exposición a PCBs y HCB.  IJERS4118: 1990.

tas. Fecha de inicio: 1990

Entidad de realización: Subdireccion Salud Pública Gipuzkoa

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea.**

Nº de investigadores/as: 6

Entidad/es financiadora/s: Departamento de Sanidad de y Consumo Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: San Sebastián, País Vasco, España

Fecha de inicio-fin: 1990 - 1992

Cuantía total: 14.000 €

     **23** Nombre del proyecto: Evaluación de la calidad de agua de baño en función del tratamiento en los distintos tipos de piscinas.

Entidad de realización: Subdireccion Salud Pública Gipuzkoa

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 4

Entidad/es financiadora/s: Departamento de Sanidad del Gobierno Vasco.

IJERS4123. 1990

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: San Sebastián, País Vasco, España

Fecha de inicio-fin: 1990 - 1991

Cuantía total: 10.500 €

     **24** Nombre del proyecto: Giardia lamblia. Estudio epidemiológico e población infantil.

Entidad de realización: Subdireccion Salud Pública Gipuzkoa

Tipo de entidad: Instituciones Sanitarias

Ciudad entidad realización: San Sebastián, País Vasco, España

Nombres investigadores principales (IP, Co-IP,...): **Jesús Ibarluzea Maurolagoitia**

Nº de investigadores/as: 6

Entidad/es financiadora/s: Departamento de Sanidad y Consumo Tipo de entidad: Instituciones Sanitarias

Ciudad entidad financiadora: San Sebastián, País Vasco, España

Fecha de inicio-fin: 1989 - 1990

Cuantía total: 7.200 €

     **25** Nombre del proyecto: PASSOS: PeAtones, Salud y SOStenibilidad Ciudad entidad realización: Barcelona, España

Nombres investigadores principales (IP, Co-IP,...): JM Ibarluzea; A Gutierrez; O Marquet; JA Soria-Lara; JM Chica; C Marmolejo; FJ Lamiquiz; T Ruiz; Carme Miralles-Guasch

Entidad/es financiadora/s: Ministerio de Ciencia e Innovación. Universidades Tipo de entidad: Ministerio Publico

Ciudad entidad financiadora: Madrid, Comunidad de Madrid, España

Cuantía total: 20.000 €

**CONTRATOS ADMINISTRACIONES:**

**1** Nombre del proyecto: Servicios especializados en epidemiologia durante los cuatro primeros años de funcionamineto del complejo Medioambiental de Gupuzkoa

Grado de contribución: Coordinador del proyecto total, red o consorcio

Nombres investigadores principales (IP, Co-IP,...): Jesús Ibarluzea Maurolagoitia; Ion Iñaki Alvarez; Amaia Irizar; Loreto Santa Marina Rodriguez; Asier Anabitarte; Aitana Lertxundi Manterola

Nº de investigadores/as: 6

Entidad/es participante/s: Diputación Foral de Gipuzkoa

Fecha de inicio: 22/06/2020 Duración: 4 años

Cuantía total: 1.495.999 €


**2** Nombre del proyecto: Estudio Epidemiológico en Relación con la planta de valorización energética que forma parte del complejo medioambiental de Gipuzkoa

Grado de contribución: Coordinador del proyecto total, red o consorcio

Nombres investigadores principales (IP, Co-IP,...): Jesús Ibarluzea Maurolagoitia; Ion Iñaki Alvarez;

Amaia Irizar; Loreto Santa Marina Rodriguez; Asier Anabitarte; Aitana Lertxundi Manterola

Nº de investigadores/as: 6

Entidad/es participante/s: Diputación Foral de Gipuzkoa

Fecha de inicio: 04/07/2017 Duración: 3 años

Cuantía total: 450.000 €

3.Nombre del proyecto: *EFECTO DEL NIVEL SOCIOECONÓMICO MATERNO EN LA SALUD DE RECIEN NACIDOS DE LAS COHORTES INMA: TRANSMISIÓN DE DESIGUALDADES SOCIALES EN SALUD. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia.25.000 €*

4.Nombre del proyecto: *EFECTO DE LA EXPOSICIÓN A COMPUESTOS ORGANOCLORADOS EN LAS MUJERES DE LA COHORTE INMA EN LAS  HORMONAS TIROIDEAS DEL RECIÉN NACIDO.  Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia.25.000 €.*

5.Nombre del proyecto: Exploración de la relación entre los niveles de $PM_{2.5}$ durante el embarazo y efectos en el neurodesarrollo al año y a los 4 años de edad. *Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia: 20.000 €*

6. Nombre del proyecto:  Caracterización de la exposición a campos electromagnéticos de radiofrecuencias (CEM-RF) y baja frecuencia (CEM-ELF) en viviendas, escuelas y parques públicos de Gipuzkoa. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia. 25.000 €

Trial Exhibit 652.012

7. Nombre del proyecto: Exposición a flúor en mujeres embarazadas y sus hijos a los 4 años de edad en Gipuzkoa. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia. 30.000 €

8. Nombre del proyecto: Análisis de la exposición al flúor y los posibles efectos en el neurodesarrollo en población infantil. Entidad. Direccion de Salud Publica del Departamento de Salud. Cuantia. 22.000 €

---

**ESTANCIAS:**

1. Entidad de realización: University of Texas. Tipo de entidad: Universidad, Facultad, instituto, centro: School of Public Health. Ciudad entidad realización: Houston, Estados Unidos de América. Fecha de inicio-fin: 08/03/2020 - 14/04/2020. Objetivos de la estancia: Invitado/a: Tareas contrastables: Diseño de estudio de las características urbanas y la actividad física en mujeres embarazadas y los efectos reproductivos. Colaboración en el diseño del Proyecto ONES convocatoria del NIH de Estados Unidos.

2. Entidad de realización: University of Texas. Tipo de entidad: Universidad Facultad, instituto, centro: School of Public Health. Ciudad entidad realización: Houston, Estados Unidos de América. Fecha de inicio-fin: 21/02/2018 - 20/06/2018. Objetivos de la estancia: Invitado/a: Tareas contrastables: Diseño de estudio de las características urbanas y la actividad física en mujeres embarazadas y los efectos reproductivos. Colaboración en el diseño del Proyecto ONES convocatoria del NIH de Estados Unidos.

3. Entidad de realización: ISGlobal Tipo de entidad: Organismo Público de Investigación Facultad, instituto, centro: ISGLOBAL. Ciudad entidad realización: Barcelona, Cataluña, España. Fecha de inicio-fin: 07/11/2016 - 02/12/2016 Duración: 1 mes.

**PUBLICACIONES.**

1. Arregi A, Lertxundi A, Vegas O, García-Baquero G, **Ibarluzea J**, Anabitarte A, Barroeta Z, Jimeno-Romero A, Subiza-Pérez M, Lertxundi N. Environmental Noise Exposure and Sleep Habits among Children in a Cohort from Northern Spain. Int J Environ Res Public Health. 2022 Dec 6;19(23):16321. doi: 10.3390/ijerph192316321. PMID: 36498392 Free PMC article.

2. Torres Toda M, Avraam D, James Cadman T, Fossati S, de Castro M, Dedele A, Donovan G, Elhakeem A, Estarlich M, Fernandes A, Gonçalves R, Grazuleviciene R, Harris JR, Harskamp-van Ginkel MW, Heude B, **Ibarluzea J**, Iñiguez C, Wv Jaddoe V, Lawlor D, Lertxundi A, Lepeule J, McEachan R, Moirano G, Lt Nader J, Nybo Andersen AM, Pedersen M, Pizzi C, Roumeliotaki T, Santos S, Sunyer J, Yang T, Vafeiadi M, Gm Vrijkotte T, Nieuwenhuijsen M, Vrijheid M, Foraster M, Dadvand P. Exposure to natural environments during pregnancy and birth outcomes in 11 European birth cohorts. Environ Int. 2022 Dec;170:107648. doi: 10.1016/j.envint.2022.107648. Epub 2022 Nov 19. PMID: 36436464 Free article.

3. Chen WJ, Rector AM, Guxens M, Iniguez C, Swartz MD, Symanski E, **Ibarluzea J**, Ambros A, Estarlich M, Lertxundi A, Riano-Galán I, Sunyer J, Fernandez-Somoano A, Chauhan SP, Ish J, Whitworth KW. Susceptible windows of exposure to fine particulate matter and fetal growth trajectories in the Spanish INMA (INfancia y Medio Ambiente) birth cohort. Environ Res. 2023 Jan 1;216(Pt 2):114628. doi: 10.1016/j.envres.2022.114628. Epub 2022 Oct 21. PMID: 36279916 Free article.

4. Compañ-Gabucio LM, Torres-Collado L, Garcia-de la Hera M, Fernández-Somoano A, Tardón A, Julvez J, Sunyer J, Rebagliato M, Murcia M, **Ibarluzea J**, Santa-Marina L, Vioque J. Association between the Use of Folic Acid Supplements during Pregnancy and Children's Cognitive Function at 7-9 Years of Age in the INMA Cohort Study. Int J Environ Res Public Health. 2022 Sep 25;19(19):12123. doi: 10.3390/ijerph191912123. PMID: 36231425 Free PMC article.

5. Torres Toda M, Estarlich M, Ballester F, De Castro M, Fernández-Somoano A, **Ibarluzea J**, Iñiguez C, Lertxundi A, Subiza-Perez M, Sunyer J, Tardón A, Foraster M, Dadvand P. Associations of residential greenspace exposure and fetal growth across four areas in Spain. Health Place. 2022 Nov;78:102912. doi: 10.1016/j.healthplace.2022.102912. Epub 2022 Sep 28. PMID: 36182749 Free article.

6. Ish J, Symanski E, Gimeno Ruiz de Porras D, Casas M, Delclos GL, Guxens M, **Ibarluzea JM**, Iñiguez C, Lertxundi A, Rebagliato M, Swartz MD, Whitworth KW. Correction: Maternal occupational exposure to chemicals and child cognitive function. Pediatr Res. 2022 Sep 22. doi: 10.1038/s41390-022-02300-8. Online ahead of print. PMID: 36138064 No abstract available.

7. Puig-Vallverdú J, Romaguera D, Fernández-Barrés S, Gignac F, **Ibarluzea J**, Santa-Maria L, Llop S, Gonzalez S, Vioque J, Riaño-Galán I, Fernández-Tardón G, Pinar A, Turner MC, Arija V, Salas-Savadó J, Vrijheid M, Julvez J. The association between maternal ultra-processed food consumption during pregnancy and child neuropsychological development: A population-based birth cohort study. Clin Nutr. 2022 Oct;41(10):2275-2283. doi: 10.1016/j.clnu.2022.08.005. Epub 2022 Aug 19. PMID: 36087519 Free article.

8. Babarro I, **Ibarluzea J**, Theodorsson E, Fano E, Lebeña A, Guxens M, Sunyer J, Andiarena A. <u>Hair cortisol as a biomarker of chronic stress in preadolescents: influence of school context and bullying.</u> Child Neuropsychol. 2022 Aug 28:1-18. doi: 10.1080/09297049.2022.2115991. Online ahead of print. PMID: 36036166

9. Akinci ZS, Delclòs-Alió X, Vich G, Salvo D, **Ibarluzea J**, Miralles-Guasch C. <u>How different are objective operationalizations of walkability for older adults compared to the general population? A systematic review.</u> BMC Geriatr. 2022 Aug 15;22(1):673. doi: 10.1186/s12877-022-03233-x. PMID: 35971086 Free PMC article.

10. Bosch de Basea M, Carsin AE, Abellan A, Cobo I, Lertxundi A, Marin N, Soler-Blasco R, **Ibarluzea J**, Vrijheid M, Sunyer J, Casas M, Garcia-Aymerich J. <u>Gestational phthalate exposure and lung function during childhood: A prospective population-based study.</u> Environ Pollut. 2022 Nov 1;312:119833. doi: 10.1016/j.envpol.2022.119833. Epub 2022 Aug 2. PMID: 35931390 Free article.

11. Konjevod M, Sáiz J, Barbas C, Bergareche A, Ardanaz E, Huerta JM, Vinagre-Aragón A, Erro ME, Chirlaque MD, Abilleira E, **Ibarluzea JM**, Amiano P. A Set of Reliable Samples for the Study of Biomarkers for the Early Diagnosis of Parkinson's Disease. Front Neurol. 2022 May 30;13:844841. doi: 10.3389/fneur.2022.844841. eCollection 2022. PMID: 35707037 Free PMC article.

12. Babarro I, Andiarena A, Fano E, García-Baquero G, Lebeña A, Arranz-Freijo EB, **Ibarluzea J**. <u>Do prepubertal hormones, 2D:4D index and psychosocial context jointly explain 11-year-old preadolescents' involvement in bullying?.</u> Biol Psychol. 2022 Jul;172:108379. doi: 10.1016/j.biopsycho.2022.108379. Epub 2022 Jun 8. PMID: 35690279 Free article.

13. Ish J, Symanski E, Gimeno Ruiz de Porras D, Casas M, Delclos GL, Guxens M, **Ibarluzea JM**, Iñiguez C, Lertxundi A, Rebagliato M, Swartz MD, Whitworth KW. <u>Maternal occupational exposure to chemicals and child cognitive function.</u> Pediatr Res. 2022 Oct;92(4):1153-1160. doi: 10.1038/s41390-022-02089-6. Epub 2022 May 16. PMID: 35578010

14. Ish J, Gimeno Ruiz de Porras D, Symanski E, Ballester F, Casas M, Delclos GL, Guxens M, **Ibarluzea J**, Iñiguez C, Santa-Marina L, Swartz MD, Whitworth KW. <u>Maternal occupational exposures and fetal growth in a Spanish birth cohort.</u> PLoS One. 2022 Apr 7;17(4):e0264530. doi: 10.1371/journal.pone.0264530. eCollection 2022. PMID: 35390005 Free PMC article.

15. Anabitarte A, **Ibarluzea J**, García-Baquero G, Santa Marina L, Fernández-Somoano A, Tardón A, Nieuwenhuijsen M, de Castro M, Dadvand P, Lertxundi A. <u>Effects of residential greenness on attention in a longitudinal study at 8 and 11-13 years.</u> Environ Res. 2022 Jul;210:112994. doi: 10.1016/j.envres.2022.112994. Epub 2022 Feb 25. PMID: 35227672 Free article.

16. Whitworth KW, Rector A, Ish J, Chauhan SPJ, **Ibarluzea J**, Guxens M, Swartz MD, Symanski E, Iñiguez C. <u>Identifying Sensitive Windows of Exposure to NO2 and Fetal Growth Trajectories in a Spanish Birth Cohort.</u> Epidemiology. 2022 May 1;33(3):318-324. doi: 10.1097/EDE.0000000000001468. PMID: 35213509 Free PMC article.

17. L. Luque-García; A. Corrales; A. Lertxundi; S. Díaz; J. **Ibarluzea.** Does exposure to greenness improve children's neuropsychological development and mental health? A Navigation Guide systematic review of observational evidence for associations. Environmental Research. 206, 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85121918854&doi=10.1016%2fj.envres.2021. Tipo de producción: Artículo científico Tipo de soporte: Revista

18. Cabré-Riera; L. van Wel; I. Liorni; M.E. Koopman-Verhoeff; L. Imaz; **J. Ibarluzea**; A. Huss; J. Wiart; R. Vermeulen; W. Joseph; M. Capstick; M. Vrijheid; E. Cardis; M. Röösli; M. Eeftens; A. Thielens; H. Tiemeier; M. Guxens. Estimated all-day and evening whole-brain radiofrequency electromagnetic fields doses, and sleep in preadolescents. Environmental Research. 204, 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85119441404&doi=10.1016%2fj.envres.2021. Tipo de producción: Artículo científico Tipo de soporte: Revista

19. F. Barreto-Zarza; M. Sánchez de Miguel; E.B. Arranz-Freijo; J. Acha; L. González; M. Rebagliato; **J. Ibarluzea**. Family Context and ADHD Symptoms in Middle Childhood: an Explanatory Model. Journal of Child and Family Studies. 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85123091277&doi=10.1007%2fs10826-021-02206-9&partnerID=40&md5=31318bf74de75fdf4a5a4c5bd74ef1f0>.

20. Tipo de producción: Artículo científico Tipo de soporte: Revista

21. J.O. Grimalt; M. Garí; L. Santa-Marina; **J. Ibarluzea**; J. Sunyer. Influence of gestational weight gain on the organochlorine pollution content of breast milk. Environmental Research. 209, 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85124912791&doi=10.1016%2fj. envres.2022.

22. 112783&partnerID=40&md5=df219d24f2fbeee7a064a3ad7dd5ee74>.

23. Tipo de producción: Artículo científico Tipo de soporte: Revista

24. **J. Ibarluzea**; M. Gallastegi; L. Santa-Marina; A. Jiménez Zabala; E. Arranz; A. Molinuevo; M.-J. Lopez-Espinosa; F. Ballester; C.M. Villanueva; I. Riano; J. Sunyer; A. Tardon; A. Lertxundi. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. Environmental Research. 207, 2022. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85117165643&doi=10.1016%2fj.envres.2021.112181&partnerID=40&md5=c336b6e b24520c97858c91db08d6cb54>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

25. Rammah; K.W. Whitworth; C.I. Amos; M. Estarlich; M. Guxens; **J. Ibarluzea**; C. Iñiguez; M. Subiza-Pérez; M. Vrijheid; E. Symanski. Air pollution, residential greenness and metabolic dysfunction during early pregnancy in the infancia y medio ambiente (Inma) cohort. International Journal of Environmental Research and Public Health. 18 - 17, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85114221987&doi=10.3390%2fijerph18179354&partnerID=40&md5=8fc2d9c1e43e af5776f8ad3a4e956939>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

26. Cabré-Riera A.; van Wel L.; Liorni I.; Birks L.E.; Pierotti L.; 0000-0002-8246-0793; Ibarluzea J.; Ferrero A.; 0000-0001-9268-1867; Wiart J.; Santa-Marina L.; Torrent M.; Vrijkotte T.; 0000-0002-5751-418X; Vermeulen R.; 0000-0002-7090-1758; Cardis E.; Röösli M.; Guxens M. Association between estimated whole-brain radiofrequency electromagnetic fields dose and cognitive function in preadolescents and adolescents. International Journal of Hygiene and Environmental Health. 231, 2021. ISSN 14384639. DOI: 10.1016/j.ijheh.2020.113659

27. Tipo de producción: Artículo científico Tipo de soporte: Revista

A. Irizar; A. Txintxurreta; A. Molinuevo; A. Jimeno-Romero; A. Anabitarte; J.I. Álvarez; M.D. Martínez; L. Santa-Marina; J. Ibarluzea; A. Lertxundi. Association between prenatal exposure to air pollutants and newborn thyroxine (T4) levels. Environmental Research. 197, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85104332490&doi=10.1016%2fj.envres.2021.111132&partnerID=40&md5=26de6237c56d3364153bc5ccd1408c6a>.

28. Tipo de producción: Artículo científico Tipo de soporte: Revista

L. Santa-Marina; N. Lertxundi; A. Andiarena; A. Irizar; J. Sunyer; A. Molinuevo; S. Llop; J. Julvez; A. Beneito; J. Ibarluzea; L. Imaz; M. Ferrin. Correction: Santa-marina et al. maternal ferritin levels during pregnancy and ADHD symptoms in 4-year-old children: Results from the INMA-INfancia y medio ambiente (environment and childhood) prospective birth cohort study. (Int. J. Environ. Res. Public Health 2020, 17, 7704). International Journal of Environmental Research and Public Health. 18 - 12, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85107500538&doi=10.3390%2fijerph18126283&partnerID=40&md5=a98c94755c73aaefa55456edb05dd707>.

29. Tipo de producción: Artículo científico Tipo de soporte: Revista

30. Molinuevo A.; Valvi D.; Gorostiaga A.; Balluerka N.; Shivappa N.; Hebert J.; Navarrete-Muñoz E.M.; Vioque J.; Tardón A.; Vrijheid M.; Roumeliotaki T.; Koutra K.; Chatzi L.; Ibarluzea J. Dietary inflammatory index of mothers during pregnancy and Attention Deficit-Hyperactivity Disorder symptoms in the child at preschool age: a prospective investigation in the INMA and RHEA cohorts. European Child and Adolescent Psychiatry. 2021. ISSN 10188827 DOI: 10.1007/s00787-020-01705-28882e2237d293ddac9da0a1d70c9a586 Tipo de producción: Artículo científico Tipo de soporte: Revista

31. M. Subiza-Pérez; G. García-Baquero; I. Babarro; A. Anabitarte; X. Delclòs-Alió; G. Vich; O. Roig-Costa; C. Miralles-Guasch; N. Lertxundi; J. Ibarluzea. Does the perceived neighborhood environment promote mental health during pregnancy? Confirmation of a pathway through social cohesion in two Spanish samples. Environmental Research. 197, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85104681032&doi=10.1016%2fj.envres.2021. Tipo de producción: Artículo científico Tipo de soporte: Revista

32. Barreto-Zarza F.; de Miguel M.S.; Ibarluzea J.; González-Safont L.; Rebagliato M.; Arranz-Freijo E.B.. Family context assessment in middle childhood: A tool supporting social, educational, and public health interventions. International Journal of

Environmental Research and Public Health. 18, pp. 1 - 17. 2021. ISSN 16617827. DOI: 10.3390/ijerph18031094

Tipo de producción: Artículo científico Tipo de soporte: Revista

33. M.L.C. Iurilli; B. Zhou; J.E. Bennett; R.M. Carrillo-Larco; M.K. Sophiea; A. Rodriguez-Martinez; H. Bixby; B.D. Solomon; C. Taddei; G. Danaei; M. Di Cesare; G.A. Stevens; L.M. Riley; S. Savin; M.J. Cowan; P. Bovet; A. Damasceno; A. Chirita-Emandi; A.J. Hayes; N. Ikeda; R.T. Jackson; Y.-H. Khang; A. Laxmaiah; J. Liu; J.J. Miranda; O. Saidi; S. Sebert; M. Sorić; G. Starc; E.W. Gregg; L. Abarca-Gómez; Z.A. Abdeen; S. Abdrakhmanova; S.A. Ghaffar; H.F.A. Rahim; N.M. Abu-Rmeileh; J.A. Garba; B. Acosta-Cazares; R.J. Adams; W. Aekplakorn;

34. K. Afsana; S. Afzal; I.A. Agdeppa; J. Aghazadeh-Attari; C.A. Aguilar-Salinas; C. Agyemang; M.H. Ahmad; N.A. Ahmad; A. Ahmadi; N. Ahmadi; S.H. Ahmed; W. Ahrens; G. Aitmurzaeva; K. Ajlouni; H.M. Al-Hazzaa; R. Al-Lahou; R. Al-Raddadi; M. Alarouj; F. AlBuhairan; S. AlDhukair; M.M. Ali; A. Alkandari; A. Alkerwi; K. Allin; M. Alvarez-Pedrerol; E. Aly; D.N. Amarapurkar; P. Amiri; N. Amougou; P. Amouyel; L.B. Andersen; S.A. Anderssen; L. Ängquist; R.M. Anjana; A. Ansari-Moghaddam; H. Aounallah-Skhiri; J. Araújo; I. Ariansen; T. Aris; R.E. Arku; N. Arlappa; K.K. Aryal; T. Aspelund; F.K. Assah; M.C.F. Assunção; M.S. Aung; J. Auvinen; Mária Avdicová; S. Avi; A. Azevedo; M. Azimi-Nezhad; F. Azizi; M. Azmin; B.V. Babu; M. Bæksgaard Jørgensen; A. Baharudin; S. Bahijri; J.L. Baker; N. Balakrishna; M. Bamoshmoosh; M. Banach; P. Bandosz; J.R. Banegas; J. Baran; C.M. Barbagallo; A. Barceló; A. Barkat; A.J.D. Barros; M.V.G. Barros; A. Basit; J.L.D. Bastos; I. Bata; A.M. Batieha; R.L. Batista; Z. Battakova; A. Batyrbek; L.A. Baur; R. Beaglehole; S. Bel-Serrat; A. Belavendra; H.B. Romdhane; J. Benedics; M. Benet; I.H. Bergh; S. Berkinbayev; A. Bernabe-Ortiz; G. Bernotiene; H. Bettiol; J. Bezerra; A. Bhagyalaxmi; S. Bharadwaj; S.K. Bhargava; Z.A. Bhutta; H. Bi; Y. Bi; D. Bia; E.C.B. Lele; M.M. Bikbov; B. Bista; D.J. Bjelica; P. Bjerregaard; E. Bjertness; M.B. Bjertness; C. Björkelund; K.V. Bloch; A. Blokstra; S. Bo; M. Bobak; L.M. Boddy; B.O. Boehm; H. Boeing; J.G. Boggia; E. Bogova; C.P. Boissonnet; S.E. Bojesen; M. Bonaccio; V. Bongard; A. Bonilla-Vargas; M. Bopp; H. Borghs; L. Braeckevelt; L. Braeckman; M.C.E. Bragt; I. Brajkovich; F. et al. Heterogeneous contributions of change in population distribution of body mass index to change in obesity and underweight. eLife. 10, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85103837539&doi=10.7554%2feLife. 60060&partnerID=40&md5=f038870d9ceaeb039fb90681324360db>.

Tipo de producción: Artículo científico Tipo de soporte: Revista

35. Anabitarte; G. García-Baquero; A. Andiarena; N. Lertxundi; N. Urbieta; I. Babarro; J. Ibarluzea; A. Lertxundi. Is brief exposure to green space in school the best option to improve attention in children?. International Journal of Environmental Research and Public Health. 18 - 14, 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-85109721029&doi=10.3390%2fijerph18147484&partnerID=40&md5=d360c57385a0f6a5f538dd0ede6f7066>.

Tipo de producción: Artículo científico Tipo de soporte: Revista

36. L. González; M. Estarlich; M. Murcia; F. Barreto-Zarza; L. Santa-Marina; S. Simó; M.I. Larrañaga; E. Ruiz-Palomino; J. Ibarluzea; M. Rebagliato. Poverty, social exclusion, and mental health: the role of the family context in children aged 7–11 years INMA mother-and-child cohort study. European Child and Adolescent Psychiatry. 2021. Disponible en Internet en: <https://www.scopus.com/inward/record.uri?eid=2-s2.0-

85111340855&doi=10.1007%2fs00787-021-01848-
w&partnerID=40&md5=f632bd0ac9a0060f879e28ae28ccfede).
Tipo de producción: Artículo científico Tipo de soporte: Revista

37. C. Carrizosa; M. Murcia; V. Ballesteros; O. Costa; C.B. Manzano-Salgado; J. Ibarluzea;
C. Iñiguez; M. Casas; A. Andiarena; S. Llop; A. Lertxundi; T. Schettgen; J. Sunyer; F.
Ballester; M. Vrijheid; M.-J. Lopez-Espinosa. Prenatal perfluoroalkyl substance
exposure and neuropsychological development throughout childhood: The INMA
Project. Journal of Hazardous Materials. 416, 2021. Disponible en Internet en:
<https://www.scopus.com/inward/record.uri?eid=2-s2.0-
85104322002&doi=10.1016%2fj.jhazmat.2021.125185&partnerID=40&md5=42961c
fe0049f6e2da2e55af2eec39da>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

38. M. Porta; J. Pumarega; L.A. Henríquez-Hernández; M. Gasull; X. Bartoll; J.P. Arrebola;
E. Morales; J. Ibarluzea; J. Alguacil; U. Bilal; O.P. Luzardo. Reductions in blood
concentrations of persistent organic pollutants in the general population of Barcelona
from 2006 to 2016. Science of the Total Environment. 777, 2021. Disponible en
Internet      en:      <https://www.scopus.com/inward/record.uri?eid=2-s2.0-
85102316251&doi=10.1016%2fj.scitotenv.2021.146013&partnerID=40&md5=c6d3b
eb67d1a2458b312c7e7cd151829>.
Tipo de producción: Artículo científico Tipo de soporte: Revista

39. Compañ Gabucio L.M.; García de la Hera M.; Torres Collado L.; Fernández-Somoano
A.; Tardón A.; Guxens M.; Vrijheid M.; Rebagliato M.; Murcia M.; Ibarluzea J.; Martí I.;
Vioque J.. The use of lower or higher than recommended doses of folic acid
supplements during pregnancy is associated with child attentional dysfunction at 4–5
years of age in the inma project. Nutrients. 13, pp. 1 - 16. 2021. DOI:
10.3390/nu13020327
Tipo de producción: Artículo científico Tipo de soporte: Revista

40. Lemonnier, Nathanael; Melen, Erik; Jiang, Yale; Joly, Stephane; Menard, Camille;
Aguilar, Daniel; Acosta-Perez, Edna; Bergstrom, Anna; Boutaoui, Nadia; Bustamante,
Mariona; Canino, Glorisa; Forno, Erick; Ramon Gonzalez, Juan; Garcia-Aymerich,
Judith; Gruzieva, Olena; Guerra, Stefano; Heinrich, Joachim; Kull, Inger; Ibarluzea
Maurolagoitia, Jesus; Santa-Marina Rodriguez, Loreto; Thiering, Elisabeth; Wickman,
Magnus; Akdis, Cezmi; Akdis, Mubeccel; Chen, Wei; Keil, Thomas; Koppelman, Gerard
H.; Siroux, Valerie; Xu, Cheng-Jian; Hainaut, Pierre; Standl, Marie; Sunyer, Jordi;
Celedon, Juan C.; Maria Anto, Josep; Bousquet, Jean. A novel whole blood gene
expression signature for asthma, dermatitis, and rhinitis multimorbidity in children
and adolescents.
ALLERGY. 2020. ISSN 0105-4538. DOI: 10.1111/all.14314
Tipo de producción: Artículo científico

41. Freire C.; Vela-Soria F.; Beneito A.; Lopez-Espinosa M.J.; Ibarluzea J.; Barreto F.B.;
Casas M.; Vrijheid M.; Riaño-Galan I.; Fernandez M.F.. Association of placental
concentrations of phenolic endocrine disrupting chemicals with cognitive functioning
in preschool children from the Environment and Childhood (INMA) Project.
International Journal of Hygiene and Environmental Health. 230, 2020. ISSN
143846398882e2237d293ddac9da0a1d70c9a586. DOI: 10.1016/j.ijheh.2020.113597
Tipo de producción: Artículo científico Tipo de soporte: Revista

42. Forns J.; Verner M.A.; Iszatt N.; Nowack N.; Bach C.C.; Vrijheid M.; Costa O.; Andiarena A.; Sovcikova E.; Høyer B.B.; Wittsiepe J.; Lopez-Espinosa M.J.; Ibarluzea J.; Hertz-Picciotto I.; Toft G.; Stigum H.; Guxens M.; Liew Z.; Eggesbø M.. Early life exposure to perfluoroalkyl substances (PFAS) and ADHD: A meta-analysis of nine European population-based studies. Environmental Health Perspectives. 128, 2020.
ISSN 00916765. DOI: 10.1289/EHP5444
Tipo de producción: Artículo científico Tipo de soporte: Revista

43. Subiza-Pérez M; Marina LS; Irizar A; Gallastegi M; Anabitarte A; Urbieta N; Babarro I; Molinuevo A; Vozmediano L; Ibarluzea J. Explaining social acceptance of a municipal waste incineration plant through sociodemographic and psycho-environmental variables. Environmental pollution (Barking, Essex : 1987). 263, pp. 114504. 2020. ISSN 0269-7491. DOI: 10.1016/j.envpol.2020.114504.
Tipo de producción: Artículo científico

44. Rodriguez-Martinez A.; Zhou B.; Sophiea M.K.; Bentham J.; Paciorek C.J.; Iurilli M.L.; Carrillo-Larco R.M.; Bennett J.E.; Di Cesare M.; Taddei C.; Bixby H.; Stevens G.A.; Riley L.M.; Cowan M.J.; Savin S.; Danaei G.; Chirita-Emandi A.; Kengne A.P.; Khang Y.H.; Laxmaiah A.; Malekzadeh R.; Miranda J.J.; Moon J.S.; Popovic S.R.; Sørensen T.I.; Soric M.; Starc G.; Zainuddin A.A.; Gregg E.W.; Bhutta Z.A.; Black R.; Abarca-Gómez L.; Abdeen Z.A.;  Abdrakhmanova S.; Abdul Ghaffar S.; Abdul Rahim H.F.; Abu-Rmeileh N.M.; Abubakar Garba
45. J.; Acosta-Cazares B.; Adams R.J.; Aekplakorn W.; Afsana K.; Afzal S.; Agdeppa I.A.; Aghazadeh-Attari J.; Aguilar-Salinas C.A.; Agyemang C.; Ahmad M.H.; Ahmad N.A.; Ahmadi A.; Ahmadi N.; Ahmed S.H.; Ahrens W.; Aitmurzaeva G.; Ajlouni K.; Al-Hazzaa H.M.; Al-Othman A.R.; Al-Raddadi R.; Alarouj M.; AlBuhairan F.; AlDhukair S.; Ali M.M.; Alkandari A.; Alkerwi A.; Allin K.; Alvarez-Pedrerol M.; Aly E.; Amarapurkar D.N.; Amiri P.; Amougou N.; Amouyel P.; Andersen L.B.; Anderssen S.A.; Ängquist L.; Anjana R.M.; Ansari-Moghaddam A.; Aounallah-Skhiri H.; Araújo J.; Ariansen I.; Aris T.; Arku R.E.; Arlappa N.; Aryal K.K.; Aspelund T.; Assah F.K.; Assunção M.C.F.; Aung M.S.; Auvinen J.; Avdicová M.; Azevedo A.; Azimi-Nezhad M.; Azizi F.; Azmin M.; Babu B.V.; Bæksgaard Jørgensen M.; Baharudin A.; Bahijri S.; Baker J.L.; Balakrishna N.; Bamoshmoosh M.. Height and body-mass index trajectories of school-aged children and adolescents from 1985 to 2019 in 200 countries and territories: a pooled analysis of 2181 population-based studies with 65 million participants. The Lancet. 396, pp. 1511 - 1524. 2020. ISSN 01406736.DOI: 10.1016/S0140-6736(20)31859-6
Tipo de producción: Artículo científico Tipo de soporte: Revista

46. Levie D; Bath SC; Guxens M; Korevaar TI; Dineva M; Fano E; Ibarluzea JM; Llop S; Murcia M; Rayman MP; Sunyer J; Peeters RP; Tiemeier H. Maternal Iodine Status During Pregnancy Is Not Consistently Associated with Attention-Deficit Hyperactivity Disorder or Autistic Traits in Children. The Journal of Nutrition. 2020. ISSN 0022-3166.
DOI: 10.1093/jn/nxaa051. PMID: 32171006
Tipo de producción: Artículo científico

47. Levie D.; Bath S.C.; Guxens M.; Korevaar T.I.M.; Dineva M.; Fano E.; Ibarluzea J.M.; Llop S.; Murcia M.; Rayman M.P.; Sunyer J.; Peeters R.P.; Tiemeier H.. Maternal Iodine Status during Pregnancy Is Not Consistently Associated with Attention-Deficit Hyperactivity Disorder or Autistic Traits in Children. Journal of Nutrition. 150, pp. 1516 - 1528. 2020. ISSN 00223166. DOI: 10.1093/jn/nxaa051
Tipo de producción: Artículo científico Tipo de soporte: Revista

48. Santa-Marina L.; Lertxundi N.; Andiarena A.; Irizar A.; Sunyer J.; Molinuevo A.; Llop S.; Julvez J.; Beneito A.; Ibarluzea J.; Imaz L.; Ferrin M.. Maternal ferritin levels during pregnancy and ADHD symptoms in 4-year-old children: Results from the INMA–infancia y medio ambiente (environment and childhood) prospective birth cohort study. International Journal of Environmental Research and Public Health. 17, pp. 1 - 17. 2020. ISSN 16617827. DOI: 10.3390/ijerph17217704
Tipo de producción: Artículo científico Tipo de soporte: Revista

49. Andiarena A; Irizar A; Molinuevo A; Urbieta N; Babarro I; Subiza-Pérez M; Santa-Marina L; Ibarluzea J; Lertxundi A. Prenatal Manganese Exposure and Long-Term Neuropsychological Development at 4 Years of Age in a Population-Based Birth Cohort. International journal of environmental research and public health. 17, 2020. ISSN 1661-7827. DOI: 10.3390/ijerph17051665. PMID: 32143391
Tipo de producción: Artículo científico

50. Soler-Blasco, Raquel; Murcia, Mario; Lozano, Manuel; Gonzalez-Safont, Llucia; Amoros, Ruben; Ibarluzea, Jesus; Broberg, Karin; Irizar, Amaia; Lopez-Espinosa, Maria-Jose; Lertxundi, Nerea; Santa Marina, Loreto; Ballester, Ferran; Llop, Sabrina. Prenatal manganese exposure and neuropsychological development in early childhood in the INMA cohort. INTERNATIONAL JOURNAL OF HYGIENE AND ENVIRONMENTAL HEALTH. 224, 2020. ISSN 1438-4639. DOI: 10.1016/j.ijheh.2019.113443
PMID: 31978738

51. Babarro I.; Andiarena A.; Fano E.; Lertxundi N.; Vrijheid M.; Julvez J.; Barreto F.B.; Fossati S.; Ibarluzea J. Risk and protective factors for bullying at 11 years of age in a spanish birth cohort study. International Journal of Environmental Research and Public Health. 17, pp. 1 - 19. 2020. ISSN 16617827. DOI: 10.3390/ijerph17124428
Tipo de producción: Artículo científico Tipo de soporte: Revista

52. Anabitarte A.; Subiza-Pérez M.; Ibarluzea J.; Azkona K.; García-Baquero G.; Miralles-Guasch C.; Irazusta J.; Whitworth K.W.; Vich G.; Lertxundi A. Testing the multiple pathways of residential greenness to pregnancy outcomes model in a sample of pregnant women in the metropolitan area of donostia-san sebastián. International Journal of Environmental Research and Public Health. 17, pp. 1 - 23. 2020. ISSN 16617827. DOI: 10.3390/ijerph17124520
Tipo de producción: Artículo científico Tipo de soporte: Revista

53. Castello, Adela; Perez-Gomez, Beatriz; Lora-Pablos, David; Lope, Virginia; Castano-Vinyals, Gemma; Vitelli-Storelli, Facundo; Dierssen-Sotos, Trinidad; Amiano, Pilar; Guevara, Marcela; Moreno, Victor; Lozano-Lorca, Macarena; Tardon, Adonina; Alguacil, Juan; Hernandez-Garcia, Marta; Marcos-Gragera, Rafael; Chirlaque Lopez, Maria Dolores; Ardanaz, Eva; Ibarluzea, Jesus; Gomez-Acebo, Ines; Molina, Antonio J.; O'Callaghan-Gordo, Cristina; Aragones, Nuria; Kogevinas, Manolis; Pollan, Marina; Garcia-Perez, Javier. Validation of self-reported perception of proximity to industrial facilities: MCC-Spain study. ENVIRONMENT INTERNATIONAL. 135, 2020.
ISSN 0160-4120. DOI: 10.1016/j.envint.2019.105316
Tipo de producción: Artículo científico

54. Mendinueta, Ana; Esnal, Haritz; Arrieta, Haritz; Arrue, Miren; Urbieta, Nerea; Ubillos, Itziar; Whitworth, Kristina W.; Delclos-Alio, Xavier; Vich, Guillem; Ibarluzea, Jesus. What Accounts for Physical Activity during Pregnancy?. A Study on the Sociodemographic Predictors of Self-Reported and Objectively Assessed Physical

Activity during the 1st and 2nd Trimesters of Pregnancy. INTERNATIONAL JOURNAL OF ENVIRONMENTAL RESEARCH AND PUBLIC HEALTH. 17, 2020. DOI: 10.3390/ijerph17072517. PMID: 32272617
Tipo de producción: Artículo científico

55. Lopez-Vicente, Monica; Sunyer, Jordi; Lertxundi, Nerea; Gonzalez, Llucia; Rodriguez-Dehli, Cristina; Espada Saenz-Torre, Mercedes; Vrijheid, Martine; Tardon, Adonina; Llop, Sabrina; Torrent, Maties; Ibarluzea, Jesus; Guxens, Monica. Maternal circulating Vitamin D-3 levels during pregnancy and behaviour across childhood. SCIENTIFIC REPORTS. 9, 15/10/2019. ISSN 2045-2322. DOI: 10.1038/s41598-019-51325-3. PMID: 31616023
Tipo de producción: Artículo científico Tipo de soporte: Revista

56. J Julvez; S Fernandez-Barrés; F Gignac; M Lopez-Vicente; M Bustamante; R Garcia-Esteban; J Vioque; S Llop; F Ballester; A Fernandez-Somoano; A Tardón; M Vrijheid; C Tonne; J Ibarluzea; A Irazabal; N Sebastian-Galles; M Burgaleta; D Romaguera; J Sunyer. Maternal seafood consumption during pregnancy and child attention outcomes: a cohort study with gene effect modification by PUFA-related genes. International Journal of Epidemiology. pp. 1 - 13. 02/10/2019. DOI: doi: 10.1093/ije/dyz197
Tipo de producción: Artículo científico Tipo de soporte: Revista

57. A Jorcano; MJ Lubczynska; L Pierotti; H Altug; F Ballester; G Cesaroni; H El Marroun; A Fernandez-Somoano; C Freire; W Hanke; G Hoek; J Ibarluzea; C Iñiguez; PW Jansen; J Lepeule; I Markevych; K Polanska; D Porta; T Schiwkosky; R Slama; M Standl; A Tardon; TGM Vrikkote; A Von Berg; H Tiemeir; J Sunyer; M Guxens. Prenatal and postnatal exposure to air pollution and emotional and aggressive symptoms in children from 8 European birth cohorts. Environment International. 131, 01/07/2019.
DOI: https://doi.org/10.1016/j.envint.2019.104927
Tipo de producción: Artículo científico Tipo de soporte: Revista

58. Florence Gignac; Dora Romaguera; Silvia Fernández Barrés; Claire Phillipat; Raquel Garcia Esteban; Mónica López Vicente; Jesus Vioque; Ana Fernández Somoano; Adonina Tardón; Carmen Iñiguez; Maria-Jose Lopez Espinosa; Manoli García de la Hera; Pilar Amiano; Jesús Ibarluzea; Mònica Guxens; Jordi Sunyer; Jordi Julvez. Maternal nut intake in pregnancy and child neuropsychological development up to 8 years old: a population-basedcohort study in Spain. European journal of epidemiology. 07/05/2019. ISSN 1573-7284
Tipo de producción: Artículo científico

59. Rising rural body-mass index is the main driver of the global obesity epidemic in adults. Nature. 569 - 7755, pp. 260 - 264. 05/2019. ISSN 1476-4687
Tipo de producción: Artículo científico

60. Aitana Lertxundi; Ainara Andiarena; María Dolores Martínez; Mikel Ayerdi; Mario Murcia; Marisa Estarlich; Monica Guxens; Jordi Sunyer; Jordi Julvez; Jesús Ibarluzea. Prenatal exposure to PM[2.5] and NO[2] and sex-dependent infant cognitive and motor development. Environmental research. 174, pp. 114 - 121. 08/04/2019. ISSN 1096-0953
Tipo de producción: Artículo científico

61. Mark J Nieuwenhuijsen; Lydiane Agier; Xavier Basagaña; Jose Urquiza; Ibon Tamayo Uria; Lise Giorgis Allemand; Oliver Robinson; Valérie Siroux; Léa Maitre; Montserrat de Castro; Antonia Valentin; David Donaire; Payam Dadvand; Gunn Marit Aasvang; Norun Hjertager Krog; Per E Schwarze; Leda Chatzi; Regina Grazuleviciene; Sandra Andrusaityte; Audrius Dedele; Rosie McEachan; John Wright; Jane West; Jesús Ibarluzea; Ferran Ballester; Martine Vrijheid; Rémy Slama. Influence of the Urban Exposome on Birth Weight. Environmental health perspectives. 127 - 4, pp. 47007. 04/2019. ISSN 1552-9924

Tipo de producción: Artículo científico

62. Deborah Levie; Tim I M Korevaar; Sarah C Bath; Mario Murcia; Mariana Dineva; Sabrina Llop; Mercedes Espada; Antonius E van Herwaarden; Yolanda B de Rijke; Jesús M Ibarluzea; Jordi Sunyer; Henning Tiemeier; Margaret P Rayman; Mònica Guxens; Robin P Peeters. Association of maternal iodine status with child IQ: a meta-analysis of individual-participant data. The Journal of clinical endocrinology and metabolism. 28/03/2019. ISSN 1945-7197

63. Mónica López Vicente; Núria Ribas Fitó; Natalia Vilor Tejedor; Raquel Garcia Esteban; Sílvia Fernández Barrés; Payam Dadvand; Mario Murcia; Marisa Rebagliato; Jesús Ibarluzea; Aitana Lertxundi; Ana Fernández Somoano; Adonina Tardón; M Carmen López Sabater; Dora Romaguera; Martine Vrijheid; Jordi Sunyer; Jordi Julvez. Prenatal Omega-6:Omega-3 Ratio and Attention Deficit and Hyperactivity Disorder Symptoms.The Journal of pediatrics. 22/03/2019. ISSN 1097-6833

64. Mariana Dineva; Margaret P Rayman; Deborah Levie; Mònica Guxens; Robin P Peeters; Jesus Vioque; Llúcia González; Mercedes Espada; Jesús Ibarluzea; Jordi Sunyer; Tim I M Korevaar; Sarah C Bath. Similarities and differences of dietary and other determinants of iodine status in pregnant women from three European birth cohorts. European journal of nutrition. (Alemania): 08/02/2019. ISSN 1436-6215

65. Mara Gallastegi; Ana Jiménez Zabala; Amaia Molinuevo; Juan J Aurrekoetxea; Loreto Santa Marina; Laura Vozmediano; Jesús Ibarluzea. Exposure and health risks perception of extremely low frequency and radiofrequency electromagnetic fields and the effect of providing information.Environmental research. 169, pp. 501- 509. 02/2019. ISSN 1096-0953

66. Arija, Victoria; Hernandez-Martinez, Carmen; Tous, Monica; Canals, Josefa; Guxens, Monica; Fernandez-Barres, Silvia; Ibarluzea, Jesus; Babarro, Izaro; Soler-Blasco, Raquel; Llop, Sabrina; Vioque, Jesus; Sunyer, Jordi; Julvez, Jordi. Association of Iron Status and Intake During Pregnancy with Neuropsychological Outcomes in Children Aged 7 Years: The Prospective Birth Cohort Infancia y Medio Ambiente (INMA) Study. NUTRIENTS. 11, 2019. DOI: 10.3390/nu11122999. PMID: 31817835

67. Tozzi, Viola; Lertxundi, Aitana; Ibarluzea, Jesus M.; Baccini, Michela. Causal Effects of Prenatal Exposure to PM2.5 on Child Development and the Role of Unobserved Confounding. INTERNATIONAL JOURNAL OF ENVIRONMENTAL RESEARCH AND PUBLIC HEALTH. 16, 2019.  ISSN 1661-7827. DOI: 10.3390/ijerph16224381

68. Dineva M; Rayman MP; Levie D; Guxens M; Peeters RP; Vioque J; González L; Espada M; Ibarluzea J; Sunyer J; Korevaar TIM; Bath SC. Similarities and differences of dietary and other determinants of iodine status in pregnant women from three European

birth cohorts. European journal of nutrition. 2019. ISSN 1436-6207. DOI: 10.1007/s00394-019-01913-w8882e2237d293ddac9da0a1d70c9a586
PMID: 30734058

69. Villanueva CM; Gracia-Lavedan E; Julvez J; Santa-Marina L; Lertxundi N; Ibarluzea J; Llop S; Ballester F; Fernández-Somoano A; Tardón A; Vrijheid M; Sunyer J. Drinking water disinfection by-products during pregnancy and child neuropsychological development in the INMA Spanish cohort study. Environment international. 01/2018. Disponible en Internet en: <http://europepmc.org/abstract/med/29107351>.

70. Villar M; Santa-Marina L; Murcia M; Amiano P; Gimeno S; Ballester F; Julvez J; Romaguera D; Fernández-Somoano A; Tardón A; Ibarluzea J. Social Factors Associated with Non-initiation and Cessation of Predominant Breastfeeding in a Mother-Child Cohort in Spain. Maternal and child health journal. 01/2018.
Disponible en Internet en: <http://europepmc.org/abstract/med/29349652>.

71. Murcia M; Espada M; Julvez J; Llop S; Lopez-Espinosa MJ; Vioque J; Basterrechea M; Riaño I; González L; Alvarez-Pedrerol M; Tardón A; Ibarluzea J; Rebagliato M. Iodine intake from supplements and diet during pregnancy and child cognitive and motor development: the INMA Mother and Child Cohort Study. Journal of epidemiology and community health. 12/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/29279360>.

72. NCD Risk Factor Collaboration (NCD-RisC). Worldwide trends in body-mass index, underweight, overweight, and obesity from 1975 to 2016: a pooled analysis of 2416 population-based measurement studies in 128·9 million children, adolescents, and adults. Lancet (London, England). 12/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/29029897>.

73. Matilla-Santander N; Valvi D; Lopez-Espinosa MJ; Manzano-Salgado CB; Ballester F; Ibarluzea J; Santa-Marina L; Schettgen T; Guxens M; Sunyer J; Vrijheid M. Exposure to Perfluoroalkyl Substances and Metabolic Outcomes in Pregnant Women: Evidence from the Spanish INMA Birth Cohorts. Environmental health perspectives. 11/2017.
Disponible en Internet en: <http://europepmc.org/abstract/med/29135438>.

74. Casas M; Forns J; Martínez D; Guxens M; Fernandez-Somoano A; Ibarluzea J; Lertxundi N; Murcia M; Rebagliato M; Tardon A; Sunyer J; Vrijheid M. Maternal pre-pregnancy obesity and neuropsychological development in pre-school children: a prospective cohort study. Pediatric research. 10/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28493861>.

75. Andiarena A; Balluerka N; Gorostiaga A; Ibarluzea J. Neuropsychological Assessment at Preschool Age: Adaptation and Validation of the McCarthy Scales of Children's Abilities to 4 Year-old Basque-speaking Children. The Spanish journal of psychology. 10/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/29056101>.

76. López-Vicente M; Garcia-Aymerich J; Torrent-Pallicer J; Forns J; Ibarluzea J; Lertxundi N; González L; Valera-Gran D; Torrent M; Dadvand P; Sunyer J. Are Early Physical Activity and Sedentary Behaviors Related to Working Memory at 7 and 14 Years of Age?. The Journal of pediatrics. 09/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28688631>.

77. Dadvand P; Tischer C; Estarlich M; Llop S; Dalmau-Bueno A; López-Vicente M; Valentín A; de Keijzer C; Fernández-Somoano A; Lertxundi N; Sunyer J. Lifelong Residential Exposure to Green Space and Attention: A Population-based Prospective Study.Environmental health perspectives. 09/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28934095>.

78. Sentís A; Sunyer J; Dalmau-Bueno A; Andiarena A; Ballester F; Cirach M; Estarlich M; Fernández-Somoano A; Ibarluzea J; Íñiguez C; Lertxundi A; INMA Project. Prenatal and postnatal exposure to NO2 and child attentional function at 4-5years of age. Environment international. 09/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28689118>.

79. Andiarena A; Balluerka N; Murcia M; Ibarluzea J; Glover V; Vegas O. Evening salivary cortisol and alpha-amylase at 14months and neurodevelopment at 4years: Sex differences. Hormones and behavior. 08/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28750755>.

80. Gallastegi M; Jiménez-Zabala A; Santa-Marina L; Aurrekoetxea JJ; Ayerdi M; Ibarluzea J; Kromhout H; González J; Huss A. Exposure to extremely low and intermediate-frequency magnetic and electric fields among children from the INMA-Gipuzkoa cohort. Environmental research. 08/2017.

81. Disponible en Internet en: <http://europepmc.org/abstract/med/28575784>.

82. Desirée Valera Gran; Eva M Navarrete Muñoz; Manuela Garcia de la Hera; Ana Fernández Somoano; Adonina Tardón; Jesús Ibarluzea; Nekane Balluerka; Mario Murcia; Llúcia González Safont; Dora Romaguera; Jordi Julvez; Jesús Vioque. Effect of maternal high dosages of folic acid supplements on neurocognitive development in children at 4-5 years of age: the prospective birth cohort Infancia y Medio Ambiente (INMA) study. The American Journal of Clinical Nutrition. 19/07/2017. ISSN 1938-3207

83. Zubero MB; Eguiraun E; Aurrekoetxea JJ; Lertxundi A; Abad E; Parera J; Goñi-Irigoyen F; Ibarluzea J. Changes in serum dioxin and PCB levels in residents around a municipal waste incinerator in Bilbao, Spain. Environmental Research. 07/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/28482295>.

84. Christina Tischer; Mireia Gascon; Ana Fernández Somoano; Adonina Tardón; Aitana Lertxundi Materola; Jesus Ibarluzea; Amparo Ferrero; Marisa Estarlich; Marta Cirach; Martine Vrijheid; Elaine Fuertes; Albert Dalmau Bueno; Mark J Nieuwenhuijsen; Josep M Antó; Jordi Sunyer; Payam Dadvand. Urban green and grey space in relation to respiratory health in children. The European respiratory journal. 49 - 6, 06/2017. ISSN 1399-3003

85. Ana Jiménez Zabala; Loreto Santa Marina; Mónica Otazua; Mikel Ayerdi; Ane Galarza; Mara Gallastegi; Enrique Ulibarrena; Amaia Molinuevo; Asier Anabitarte; Jesús Ibarluzea. [Fluoride intake through consumption of water from municipal network in the INMA-Gipuzkoa cohort]. Gaceta sanitaria. (España): 22/05/2017. ISSN 1578-1283

86. Boucher O; Julvez J; Guxens M; Arranz E; Ibarluzea J; Sánchez de Miguel M; Fernández-Somoano A; Tardon A; Rebagliato M; Garcia-Esteban R; O'Connor G; Sunyer J.

Association between breastfeeding duration and cognitive development, autistic traits and ADHD symptoms: a multicenter study in Spain.Pediatric research. 03/2017. Disponible en Internet en: <http://europepmc.org/abstract/med/27846197>.

87. Mireia Gascon; Mònica Guxens; Martine Vrijheid; Maties Torrent; Jesús Ibarluzea; Eduardo Fano; Sabrina Llop; Ferran Ballester; Mariana F Fernández; Adonina Tardón; Ana Fernández Somoano; Jordi Sunyer. The INMA-INfancia y Medio Ambiente-(Environment and Childhood) project: More than 10 years contributing to environmental and neuropsychological research. International journal of hygiene and environmental health. (Alemania): 28/02/2017. ISSN 1618-131X

88. Sabrina Llop; Ferran Ballester; Mario Murcia; Joan Forns; Adonina Tardon; Ainara Andiarena; Jesús Vioque; Jesús Ibarluzea; Ana Fernández Somoano; Jordi Sunyer; Jordi Julvez; Marisa Rebagliato; Maria-Jose Lopez Espinosa. Prenatal exposure to mercury and neuropsychological development in young children: the role of fish consumption. International journal of epidemiology. 17/11/2016. ISSN 1464-3685

89. Kogevinas M; Bustamante M; Gracia-Lavedán E; Ballester F; Cordier S; Costet N; Espinosa A; Grazuleviciene R; Danileviciute A; Ibarluzea J; Nieuwenhuijsen M. Drinking Water Disinfection By-products, Genetic Polymorphisms, and Birth Outcomes in a European Mother-Child Cohort Study.Epidemiology (Cambridge, Mass.). 11/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/27468006>.

90. Maitre L; Villanueva CM; Lewis MR; Ibarluzea J; Santa-Marina L; Vrijheid M; Sunyer J; Coen M; Toledano MB. Maternal urinary metabolic signatures of fetal growth and associated clinical and environmental factors in the INMA study. BMC medicine. 11/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/27814705>.

91. Jesús Ibarluzea; Juan José Aurrekoetxea; Miquel Porta; Jordi Sunyer; Ferran Ballester. [The biomonitoring of toxic substances in biological samples of general population]. Gaceta sanitaria. 30 Suppl 1, pp. 45 - 54. (España): 11/2016. ISSN 1578-1283

92. Merino S; Ibarluzea N; Maortua H; Prieto B; Rouco I; López-Aríztegui MA; Tejada MI. Associated Clinical Disorders Diagnosed by Medical Specialists in 188 FMR1 Premutation Carriers Found in the Last 25 Years in the Spanish Basque Country: A Retrospective Study. Genes. 10/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/27775646>.

93. den Dekker HT; Sonnenschein-van der Voort AMM; de Jongste JC; Anessi-Maesano I; Arshad SH; Barros H; Beardsmore CS; Bisgaard H; Phar SC; Craig L; Duijts L. Early growth characteristics and the risk of reduced lung function and asthma: A meta-analysis of 25,000 children. The Journal of allergy and clinical immunology. 04/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/26548843>.

94. Julvez J; Méndez M; Fernandez-Barres S; Romaguera D; Vioque J; Llop S; Ibarluzea J; Guxens M; Avella-Garcia C; Tardón A; Riaño I; Andiarena A; Sunyer J. Maternal Consumption of Seafood in Pregnancy and Child Neuropsychological Development: A Longitudinal Study Based on a Population With High Consumption Levels. American journal of epidemiology. 02/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/26740026>.

95. Guxens M; Ghassabian A; Gong T; Garcia-Esteban R; Porta D; Giorgis-Allemand L; Almqvist C; Aranbarri A; Beelen R; Badaloni C; Cesaroni G; Sunyer J. Air Pollution Exposure during Pregnancy and Childhood Autistic Traits in Four European Population-Based Cohort Studies: The ESCAPE Project. Environmental health perspectives. 01/2016. Disponible en Internet en: <http://europepmc.org/abstract/med/26068947>.


96. Gallastegi M; Guxens M; Jiménez-Zabala A; Calvente I; Fernández M; Birks L; Struchen B; Vrijheid M; Estarlich M; Fernández MF; Torrent M; Santa-Marina L. Characterisation of exposure to non-ionising electromagnetic fields in the Spanish INMA birth cohort: study protocol. BMC public health. 2016.
Disponible en Internet en: <http://europepmc.org/abstract/med/26892951>.

97. Mara Gallastegi; Ana Jimenez Zabala; Loreto Santa Marina; Juan J. Aurrekoetxea; Mikel Ayerdi; Aitana Lertxundi; Mikel Basterrechea; Jesus Ibarluzea. Perception of the risk to electromagnetic RF fields in INMA-Gipuzkoa cohort. REVISTA DE SALUD AMBIENTAL. 16 - 2, pp. 118 - 126. 2016. ISSN 1577-9572

98. Nadia Vilahur; Mariona Bustamante; Eva Morales; Valeria Motta; Mariana Fatima Fernandez; Lucas Andres Salas; Georgia Escaramis; Ferran Ballester; Mario Murcia; Adonina Tardon; Isolina Riano; Loreto Santa Marina; Jesus Ibarluzea; Juan Pedro Arrebola; Xavier Estivill; Valentina Bollati; Jordi Sunyer; Nicolas Olea. Prenatal exposure to mixtures of xenoestrogens and genome-wide DNA methylation in human placenta. EPIGENOMICS. 8 - 1, pp. 43 -54. 2016. ISSN 1750-1911.

99. Manzano-Salgado CB; Casas M; Lopez-Espinosa MJ; Ballester F; Martinez D; Ibarluzea J; Santa-Marina L; Schettgen T; Vioque J; Sunyer J; Vrijheid M. Variability of perfluoroalkyl substance concentrations in pregnant women by socio-demographic and dietary factors in a Spanish birth cohort. Environment international. 2016.
Disponible en Internet en: <http://europepmc.org/abstract/med/27132161>.

100.      Lertxundi A; Baccini M; Lertxundi N; Fano E; Aranbarri A; Martínez MD; Ayerdi M; Álvarez J; Santa-Marina L; Dorronsoro M; Ibarluzea J. Exposure to fine particle matter, nitrogen dioxide and benzene during pregnancy and cognitive and psychomotor developments in children at 15 months of age. Environment international. 07/2015.
Disponible en Internet en: <http://europepmc.org/abstract/med/25881275>.

101.      Villar-Vidal M; Amiano P; Rodríguez-Bernal C; Santa Marina L; Mozo I; Vioque J; Navarrete-Muñoz EM; Romaguera D; Valvi D; Fernández Samoano A; Ibarluzea J. Compliance of nutritional recommendations of Spanish pregnant women according to sociodemographic and lifestyle characteristics: a cohort study. Nutricion hospitalaria. 04/2015. Disponible en Internet en: <http://europepmc.org/abstract/med/25795974>.

102.      Zubero MB; Aurrekoetxea JJ; Murcia M; Ibarluzea JM; Goñi F; Jiménez C; Ballester F. Time trends in serum organochlorine pesticides and polychlorinated biphenyls in the general population of Biscay, Spain. Archives of Environmental Contamination and Toxicology. 04/2015. Disponible en Internet en: <http://europepmc.org/abstract/med/25612550>.

103.    Botton J; Kogevinas M; Gracia-Lavedan E; Patelarou E; Roumeliotaki T; Iñiguez C; Santa Marina L; Ibarluzea J; Ballester F; Mendez MA; Chatzi L; Villanueva CM. Postnatal weight growth and trihalomethane exposure during pregnancy. Environmental Research. 01/2015. Disponible en Internet en: <http://europepmc.org/abstract/med/25460647>.

104.    Madalen Oribe; Aitana Lertxundi; Mikel Basterrechea; Haizea Begiristain; Loreto Santa Marina; Maria Villar; Miren Dorronsoro; Pilar Amiano; Jesus Ibarluzea. Prevalence of factors associated with the duration of exclusive breastfeeding during the first 6 months of life in the INMA birth cohort in Gipuzkoa. GACETA SANITARIA. 29 - 1, pp. 4 - 9. 2015. ISSN 0213-9111

105.    Navarrete-Muñoz EM; Valera-Gran D; García de la Hera M; Gimenez-Monzo D; Morales E; Julvez J; Riaño I; Tardón A; Ibarluzea J; Santa-Marina L; INMA Project. Use of high doses of folic acid supplements in pregnant women in Spain: an INMA cohort study. BMJ open. 2015. Disponible en Internet en: <http://europepmc.org/abstract/med/26603248>.

106.    Oribe M; Lertxundi A; Basterrechea M; Begiristain H; Santa Marina L; Villar M; Dorronsoro M; Amiano P; Ibarluzea J. [Prevalence of factors associated with the duration of exclusive breastfeeding during the first 6 months of life in the INMA birth cohort in Gipuzkoa]. Gaceta sanitaria. 2015.
Disponible en Internet en: <http://europepmc.org/abstract/med/25258325>.

107.    Valera-Gran D; García de la Hera M; Navarrete-Muñoz EM; Fernandez-Somoano A; Tardón A; Julvez J; Forns J; Lertxundi N; Ibarluzea JM; Murcia M; Infancia y Medio Ambiente (INMA) Project. Folic acid supplements during pregnancy and child psychomotor development after the first year of life. JAMA pediatrics. 11/2014.
Disponible en Internet en: <http://europepmc.org/abstract/med/25365251>.

108.    Vilahur N; Fernández MF; Bustamante M; Ramos R; Forns J; Ballester F; Murcia M; Riaño I; Ibarluzea J; Olea N; Sunyer J. In utero exposure to mixtures of xenoestrogens and child neuropsychological development. Environmental research. 10/2014. Disponible en Internet en: <http://europepmc.org/abstract/med/25086706>.

109.    Liesbeth Duijts; Agnes M. M. Sonnenschein van der Voort; Johan C. de Jongste; Isabella Annessi Maesano; S. Hasan Arshad; Henrique Barros; Caroline S. Beardsmore; Hans Bisgaard; Leda Chatzi; Sofia Correia; Leone Craig; Graham Devereux; Kors van der Ent; Ana Esplugues; Maria P. Fantini; Claudia Flexeder; Urs Frey; Francesco Forastiere; Ulrike Gehring; Davide Gori; Anne C. van der Gugten; A. John Henderson; Barbara Heude; Jesus Ibarluzea; Hazel M. Inskip; Thomas Keil; Manolis Kogevinas; Eskil Kreiner Moller; Claudia E. Kuehni; Susanne Lau; Erik Men; Monique Mommers; Eva Morales; John Penders; Katy C. Pike; Daniela Porta; Graham Roberts; Anne Schmidt; Erica S. Schultz; Holger Schulz; Jordi Sunyer; Matias Torrent; Alet H. Wijga; Carlos Zabaleta; Vincent W. V. Jaddoe; Herman T. den Dekker. Preterm birth and early growth characteristics are associated with lower lung function in childhood: A meta-analysis of 24,000 Europe children. EUROPEAN RESPIRATORY JOURNAL. 44, 09/2014. ISSN 0903-1936

110.     Gascon M; Sunyer J; Casas M; Martínez D; Ballester F; Basterrechea M; Bonde JP; Chatzi L; Chevrier C; Eggesbø M; Esplugues A; Govarts E; Hannu K; Vrijheid M. Prenatal exposure to DDE and PCB 153 and respiratory health in early childhood: a meta-analysis. Epidemiology (Cambridge, Mass.). 07/2014.
Disponible en Internet en: <http://europepmc.org/abstract/med/24776790>.

111.     Forns J; Vegas O; Julvez J; Garcia-Esteban R; Rivera M; Lertxundi N; Guxens M; Fano E; Ferrer M; Grellier J; Ibarluzea J; Sunyer J. Association between child cortisol levels in saliva and neuropsychological development during the second year of life. Stress and health : journal of the International Society for the Investigation of Stress. 04/2014. Disponible en Internet en: <http://europepmc.org/abstract/med/23818417>.

112.     Villar-Vidal M; Lertxundi A; Martinez López de Dicastillo MD; Alvarez JI; Santa Marina L; Ayerdi M; Basterrechea M; Ibarluzea J. Air Polycyclic Aromatic Hydrocarbons (PAHs) associated with PM2.5 in a North Cantabric coast urban environment. Chemosphere. 03/2014. Disponible en Internet en: <http://europepmc.org/abstract/med/24331032>.

113.     Valvi D; Mendez MA; Garcia-Esteban R; Ballester F; Ibarluzea J; Goñi F; Grimalt JO; Llop S; Marina LS; Vizcaino E; Sunyer J; Vrijheid M. Prenatal exposure to persistent organic pollutants and rapid weight gain and overweight in infancy. Obesity (Silver Spring, Md.). 02/2014. Disponible en Internet en: <http://europepmc.org/abstract/med/23963708>.

114.     Basterrechea M; Lertxundi A; Iñiguez C; Mendez M; Murcia M; Mozo I; Goñi F; Grimalt J; Fernández M; Guxens M; INMA project. Prenatal exposure to hexachlorobenzene (HCB) and reproductive effects in a multicentre birth cohort in Spain. The Science of the total environment. 01/2014.
Disponible en Internet en: <http://europepmc.org/abstract/med/23973543>.

115.     Velasco D; Sánchez de Miguel M; Egurza M; Arranz E; Aranbarri A; Fano E; Ibarluzea J. Family context assessment in a public health study. Gaceta sanitaria. 2014. Disponible en Internet en: <http://europepmc.org/abstract/med/24929614>.

116.     Iñiguez C; Ballester F; Costa O; Murcia M; Souto A; Santa-Marina L; Aurrekoetxea JJ; Espada M; Vrijheid M; Alvarez-Avellón SM; Alvarez-Pedrerol M; INMA Study Investigators. Maternal smoking during pregnancy and fetal biometry: the INMA Mother and Child Cohort Study. American Journal of Epidemiology. 10/2013.
Disponible en Internet en: <http://europepmc.org/abstract/med/24008909>.

117.     Morales E; Gascon M; Martinez D; Casas M; Ballester F; Rodríguez-Bernal CL; Ibarluzea J; Marina LS; Espada M; Goñi F; Vizcaino E; Grimalt JO; INMA Project. Associations between blood persistent organic pollutants and 25-hydroxyvitamin D3 in pregnancy. Environment international. 07/2013. Disponible en Internet en: <http://europepmc.org/abstract/med/23651836>.

118.     Sabrina Llop; Jesus Ibarlucea; Jordi Sunyer; Ferran Ballester. Current dietary exposure to mercury during pregnancy and childhood, and public health recommendations. GACETA SANITARIA. 27 - 3, pp. 273 - 278. 2013. ISSN 0213-9111

119.     M. Villar Vidal; P. Amiano; L. Santa Marina; J. Vioque; E. Navarrete; C. Rodriguez Bernal; A. Tardon; A. Fernandez Somoano; D. Romaguera; V. Damaskini; J. Ibarluzea.

DIETARY INTAKE OF ANTIOXIDANTS AND INADEQUACIES IN DIET IN PREGNANT WOMEN IN SPAIN: INMA-ENVIRONMENT AND CHILDHOOD COHORT. ANNALS OF NUTRITION AND METABOLISM. 63, pp. 630 - 630. 2013. ISSN 0250-6807

120.     Mireia Gascon; Marc-André Verner; Mònica Guxens; Joan O Grimalt; Joan Forns; Jesús Ibarluzea; Nerea Lertxundi; Ferran Ballester; Sabrina Llop; S Haddad; Jordi Sunyer; Martine Vrijheid. Evaluating the neurotoxic effects of lactation al exposure to persistent organic pollutants (POPs) in Spanish children. Neurotoxicology. 18/10/2012. ISSN 1872-9711

121.     Morales E; Guxens M; Llop S; Rodríguez-Bernal CL; Tardón A; Riaño I; Ibarluzea J; Lertxundi N; Espada M; Rodriguez A; Sunyer J; INMA Project. Circulating 25-hydroxyvitamin D3 in pregnancy and infant neuropsychological development.Pediatrics. 10/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/22987876>.

122.     Joan Forns; Nerea Lertxundi; Aritz Aranbarri; Mario Murcia; Mireia Gascon; David Martinez; James Grellier; Aitana Lertxundi; Jordi Julvez; Eduardo Fano; Fernando Goni; Joan O. Grimalt; Ferran Ballester; Jordi Sunyer; Jesus Ibarluzea. Prenatal exposure to organochlorine compounds and neuropsychological development up to two years of life. ENVIRONMENT INTERNATIONAL. 45, pp. 72 - 77. 15/09/2012. ISSN 0160-4120

123.     Forns J; Lertxundi N; Aranbarri A; Murcia M; Gascon M; Martinez D; Grellier J; Lertxundi A; Julvez J; Fano E; Goñi F; Grimalt JO; Ballester F; Ibarluzea J. Prenatal exposure to organochlorine compounds and neuropsychological development up to two years of life. Environment international. 09/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/22575806>.

124.     Guxens M; Ballester F; Espada M; Fernández MF; Grimalt JO; Ibarluzea J; Olea N; Rebagliato M; Tardón A; Torrent M; Vioque J; Vrijheid M; Sunyer J; INMA Project. Cohort Profile: the INMA--INfancia y Medio Ambiente- -(Environment and Childhood) Project. International journal of epidemiology. 08/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/21471022>.

125.     Bustamante M; Danileviciute A; Espinosa A; Gonzalez JR; Subirana I; Cordier S; Chevrier C; Chatzi L; Grazuleviciene R; Sunyer J; Ibarluzea J; Kogevinas M. Influence of fetal glutathione S-transferase copy number variants on adverse reproductive outcomes.BJOG : an international journal of obstetrics and gynaecology. 08/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/22676722>.

126.     Sabrina Llop; Mònica Guxens; Mario Murcia; Aitana Lertxundi; Rosa Ramon; Isolina Riaño; Marisa Rebagliato; Jesus Ibarluzea; Adonina Tardon; Jordi Sunyer; Ferran Ballester. Prenatal exposure to mercury and infant neurodevelopment in a multicenter cohort in Spain: study of potential modifiers.American journal of epidemiology. 175 - 5, pp. 451 - 516. 01/03/2012. ISSN 1476-6256

127.     Morales E; Romieu I; Guerra S; Ballester F; Rebagliato M; Vioque J; Tardón A; Rodriguez Delhi C; Arranz L; Torrent M; Espada M; Basterrechea M; INMA Project. Maternal vitamin D status in pregnancy and risk of lower respiratory tract infections, wheezing, and asthma in offspring.Epidemiology (Cambridge, Mass.). 01/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/22082994>.

128.     Chatzi L; Mendez M; Garcia R; Roumeliotaki T; Ibarluzea J; Tardón A; Amiano P; Lertxundi A; Iñiguez C; Vioque J; Kogevinas M; Sunyer J; INMA and RHEA study groups. Mediterranean diet adherence during pregnancy and fetal growth: INMA (Spain) and RHEA (Greece) mother-child cohort studies. The British journal of nutrition. 01/2012. Disponible en Internet en: <http://europepmc.org/abstract/med/21733314>.

129.     Zubero MB; Aurrekoetxea JJ; Ibarluzea JM; Rivera J; Parera J; Abad E; Rodríguez C; Sáenz JR. Evolution of PCDD/Fs and dioxin-like PCBs in the general adult population living close to a MSW incinerator. The Science of the Total Environment. 12/2011. Disponible en Internet en: <http://europepmc.org/abstract/med/22000289>.

130.     Villanueva CM; Gracia-Lavedán E; Ibarluzea J; Santa Marina L; Ballester F; Llop S; Tardón A; Fernández MF; Freire C; Goñi F; Basagaña X; Kogevinas M; INMA (Infancia y Medio Ambiente) Project. Exposure to trihalomethanes through different water uses and birth weight, small for gestational age, and preterm delivery in Spain.Environmental health perspectives. 12/2011. Disponible en Internet en: <http://europepmc.org/abstract/med/21810554>.

131.     Tipo de producción: Artículo científico Tipo de soporte: Revista

132.     Llop S; Aguinagalde X; Vioque J; Ibarluzea J; Guxens M; Casas M; Murcia M; Ruiz M; Amurrio A; Rebagliato M; Marina LS; Fernandez-Somoano A; Tardon A; Ballester F. Prenatal exposure to lead in Spain: cord blood levels and associated factors.The Science of the total environment. 05/2011. Disponible en Internet en: <http://europepmc.org/abstract/med/21397928>.

133.     R Ramon; M Murcia; X Aguinagalde; A Amurrio; S Llop; J Ibarluzea; A Lertxundi; M Alvarez Pedrerol; M Casas; J Vioque; J Sunyer; A Tardon; B Martinez Arguelles; F Ballester. Prenatal mercury exposure in a multicenter cohort study in Spain. Environment international. 37 - 3, pp. 597 - 1201. 04/2011. ISSN 1873-6750

134.     J Ibarluzea; M Alvarez Pedrerol; M Guxens; L Santa Marina; M Basterrechea; A Lertxundi; A Etxeandia; F Goñi; J Vioque; F Ballester; J Sunyer. Sociodemographic, reproductive and dietary predictors of organochlorine compounds levels in pregnant

135.     Zubero MB; Aurrekoetxea JJ; Ibarluzea JM; Arenaza MJ; Rodríguez C; Sáenz JR. Heavy metal levels (Pb, Cd, Cr and Hg) in the adult general population near an urban solid waste incinerator. The Science of the total environment. 09/2010. Disponible en Internet en: <http://europepmc.org/abstract/med/20659760>.

136.     Miren Begoña Zubero; Juan José Aurrekoetxea; Jesús M Ibarluzea; Fernando Goñi; Raúl López; Arsenio Etxeandia; Carlos Rodríguez; José Ramón Sáenz. [Organochlorine pesticides in the general adult population of Biscay (Spain)]. Gaceta sanitaria / S.E.S.P.A.S. 24 - 4, pp. 274 - 355. 08/2010. ISSN 1578-1283.

137.     Aitana Lertxundi; Maria Dolores Martinez; Mikel Ayerdi; Jon Alvarez; Jesús María Ibarluzea. Air quality assessment in urban areas of Gipuzkoa (Spain). Gaceta sanitaria/ S.E.S.P.A.S. 24 - 3, pp. 187 - 279. 04/2010.  ISSN 1578-1283

138.     Rebagliato M; Murcia M; Espada M; Alvarez-Pedrerol M; Bolúmar F; Vioque J; Basterrechea M; Blarduni E; Ramón R; Guxens M; Foradada CM; Ballester F; Sunyer J. Iodine intake and maternal thyroid function during pregnancy.Epidemiology (Cambridge, Mass.). 01/2010. Disponible en Internet en:

<http://europepmc.org/abstract/med/19940773>.

139.     Alvarez-Pedrerol M; Guxens M; Ibarluzea J; Rebagliato M; Rodriguez A; Espada M; Goñi F; Basterrechea M; Sunyer J. Organochlorine compounds, iodine intake, and thyroid hormone levels during pregnancy. Environmental science & technology. 10/2009.       Disponible       en       Internet       en: <http://europepmc.org/abstract/med/19921913>.

140.     M B Zubero; J M Ibarluzea; J J Aurrekoetxea; J Rivera; J Parera; E Abad; F Goñi; R López; A Etxeandia; C Rodríguez; J R Sáenz. Serum levels of polychlorinated dibenzodioxins and dibenzofurans and PCBs in the general population living near an urban waste treatment plant in Biscay, Basque Country.Chemosphere. 76 - 6, pp. 784 - 875. 08/2009. ISSN 1879-1298

141.     Loreto Santa Marina; Jesús Ibarluzea; Mikel Basterrechea; Fernando Goñi; Enrique Ulibarrena; Juncal Artieda; Ibai Orruño. [Indoor air and bathing water pollution in indoor swimming pools in Guipúzcoa (Spain)]. Gaceta Sanitaria / S.E.S.P.A.S. 23 - 2, pp. 115 - 135. 03/2009. ISSN 0213-9111

142.     Sabrina Llop; Ferran Ballester; Marisa Estarlich; Jesús Ibarluzea; Agurtzane Manrique; Marisa Rebagliato; Ana Esplugues; Carmen Iñiguez. Urinary 1-hydroxypyrene, air pollution exposure and associated life style factors in pregnant women.Science of the total environment. 407 - 1, pp. 97 - 201. 15/12/2008. ISSN 0048-9697

143.     Rosa Ramón; Mario Murcia; Ferran Ballester; Marisa Rebagliato; Marina Lacasaña; Jesús Vioque; Sabrina Llop; Ascensión Amurrio; Xabier Aguinagalde; Alfredo Marco; Gemma León; Jesús Ibarluzea; Núria Ribas Fitó. Prenatal exposure to mercury in a prospective mother-infant cohort study in a Mediterranean area, Valencia, Spain. Science of the total environment. 392 - 1, pp. 69 - 147. 15/03/2008. ISSN 0048-9697

144.     Navarro Puerto MA; Ibarluzea IG; Ruiz OG; Alvarez FM; Herreros RG; Pintiado RE; Dominguez AR; León IM. Analysis of the quality of clinical practice guidelines on established ischemic stroke. International journal of technology assessment in health care.       2008.       Disponible       en       Internet       en: <http://europepmc.org/abstract/med/18601802>.

145.     Simpson S; Packer C; Carlsson P; Sanders JM; Ibarluzea IG; Fay AF; Norderhaug I. Early identification and assessment of new and emerging health technologies: actions, progress, and the future direction of an international collaboration- - EuroScan. International journal of technology assessment in health care. 2008.
Disponible en Internet en: <http://europepmc.org/abstract/med/18828949>.

146.     Jesus Maria Ibarluzea Maurolagoitia; Juan Jose Aurrekoetxea Agirre; Miren Begona Zubero Oleagoitia. Heavy Metals (Pb, Cd, Cr and Hg) in the General Adult Population Near an Urban Waste Treatment Plant in Biscay, Spain in 2006. REVISTA ESPANOLA DE SALUD PUBLICA Volume: 82 Issue: 5 Pages: 481-492 Published: SEP-OCT 2008. 82 - 5, pp. 481 - 492. 2008.
147.     Tipo de producción: Artículo científico Tipo de soporte: Revista

148.    Fernandez MF; Santa-Marina L; Ibarluzea JM; Exposito J; Aurrekoetxea JJ; Torne P; Laguna J; Rueda AI; Pedraza V; Olea N. Analysis of population characteristics related to the total effective xenoestrogen burden: a biomarker of xenoestrogen exposure in breast cancer. European journal of cancer (Oxford, England: 1990). 05/2007. Disponible en Internet en: <http://europepmc.org/abstract/med/17466515>.

149.    Fernandez MF; Molina-Molina JM; Lopez-Espinosa MJ; Freire C; Campoy C; Ibarluzea J; Torne P; Pedraza V; Olea N. Biomonitoring of environmental estrogens in human tissues. International journal of hygiene and environmental health. 05/2007. Disponible en Internet en: <http://europepmc.org/abstract/med/17296326>.

150.    Mariana F Fernandez; Jordi Sunyer; Joan Grimalt; Marisa Rebagliato; Ferran Ballester; Jesus Ibarluzea; Nuria Ribas Fitó; Adonina Tardon; Rosalia Fernandez Patier; Maties Torrent; Nicolas Olea. The Spanish Environment and Childhood Research Network (INMA study).International journal of hygiene and environmental health. 210 - 3-4, pp. 491 - 494. 05/2007. ISSN 1438-4639

151.    Cristina M Villanueva; Joan O Grimalt; Ferran Ballester; Jesús Ibarluzea; Maria Sala; Adonina Tardón; Elena Romero Aliaga; Marieta Fernández; Núria Ribas Fitó; Manolis Kogevinas. [Measurement of drinking wáter contaminants and water use activities during pregnancy in a cohort study in Spain]. Gaceta sanitaria / S.E.S.P.A.S. 20 Suppl 3, pp. 1 - 10. 12/2006. ISSN 0213-9111

152.    Cerrillo I; Olea-Serrano MF; Ibarluzea J; Exposito J; Torne P; Laguna J; Pedraza V; Olea N. Environmental and lifestyle factors for organochlorine exposure among women living in Southern Spain. Chemosphere. 03/2006. Disponible en Internet en: <http://europepmc.org/abstract/med/16153679>.

153.    Rivas A; Fernandez MF; Cerrillo I; Ibarluzea J; Olea-Serrano MF; Pedraza V; Olea N. Human exposure to endocrine disrupters: standardisation of a marker of estrogenic exposure in adipose tissue. APMIS: acta pathologica, microbiologica, et immunologica Scandinavica. 03/2001.
Disponible en Internet en: <http://europepmc.org/abstract/med/11430496>.

154.    Begiristain J; Elizalde B; Ibarluzea J; Mendicute J; Sola C. [Impact of 3 years of contract implementation on the quality of cataract surgery]. Gaceta sanitaria. 1999. Disponible en Internet en: <http://europepmc.org/abstract/med/10619873>.

155.    F Goñi; E Serrano; JM Ibarluzea; M Dorronsoro; LG Galdeano. Polychlorinated biphenyl residues in various fatty foods consumed in Guipúzcoa, the Basque Country (Spain). Food additives and contaminants. 11 - 3, pp. 387 - 395. 05/1994.

156.    Ibarluzea JM; Goñi F; Santamaría J. Trihalomethanes in water supplies in the San Sebastian area, Spain. Bulletin of environmental contamination and toxicology. 03/1994.    Disponible    en    Internet    en: <http://europepmc.org/abstract/med/8142713>.

157.    Serra JL; Ibarlucea JM; Arizmendi JM; Llama MJ. Purification and properties of the assimilatory nitrite reductase from barley Hordeum vulgare leaves.The Biochemical    journal.    01/1982.    Disponible    en    Internet    en: <http://europepmc.org/abstract/med/7082281>.

158.     Begoña Zubero Zubero; Jesús Ibarluzea; Juan José Aurrekoetxea Aurrekoetxea; Josep Rivera; Jordi Parera; Esteban Abad. Nuestra Contaminación Interna. Niveles de dioxina, bifenilos policlorados y otros compuestos organoclorados en la población general adulta próxima a una planta detratamiento dresiduos urbanos de Bizkaia. País Vasco. pp. 167 - 192.

159.     Jesús Ibarluzea Maurolagoitia; MIkel Bastererchea Irurzun. Incineración de residuos urbanos y salud pública. pp. 1.- 43. País Vasco(España): Servicio Central de Publicaciones del Gobierno Vasco, 2004. ISBN 84 457 2158-5. Depósito legal: VI 417 04

160.     Jesus Ibarluzea Maurolagoita; Maria José Gardeazabal; LOreto Santa Marina. Calidad del Agua del Baño de las playas del Pais Vasco. pp. 1 - 175. País Vasco (España): Servicio Central de Publicaciones del Gobierno Vasco,
ISBN 84-457-1565-8.Depósito legal: BI-1605-00

161.     Gallastegi, Mara; Huss, Anke; Santa-Marina, Loreto; Aurrekoetxea, Juan J.; Guxens, Monica; Ellen Birks, Laura; Ibarluzea, Jesus; Guerra, David; Roeoesli, Martin; Jimenez-Zabala, Ana. Children's exposure assessment of radiofrequency fields: Comparison between spot and personal measurements. ENVIRONMENT INTERNATIONAL. 118, 2018. ISSN 0160-4120. DOI: 10.1016/j.envint.2018.05.028. PMID: 29803802

162.     Villanueva, Cristina M.; Gracia-Lavedan, Esther; Julvez, Jordi; Santa-Marina, Loreto; Lertxundi, Nerea; Ibarluzea, Jess; Llop, Sabrina; Ballester, Ferran; Fernandez-Somoano, Ana; Tardon, Adonina; Vrijheid, Martine; Guxens, Monica; Sunyer, Jordi. Drinking water disinfection by-products during pregnancy and child neuropsychological development in the INMA Spanish cohort study. ENVIRONMENT INTERNATIONAL. 110, 2018. ISSN 0160-4120. DOI: 10.1016/j.envint.2017.10.017.PMID: 29107351

163.     Gallastegi M; Jiménez-Zabala A; Molinuevo A; Aurrekoetxea JJ; Santa-Marina L; Vozmediano L; Ibarluzea J. Exposure and health risks perception of extremely low frequency and radiofrequency electromagnetic fields and the effect of providing information. Environmental research. 169, pp. 501 - 509. 2018. ISSN 0013-9351. DOI: 10.1016/j.envres.2018.11.042. PMID: 30530090

164.     Jimenez-Zabala, Ana; Santa-Marina, Loreto; Otazua, Monica; Ayerdi, Mikel; Galarza, Ane; Gallastegi, Mara; Ulibarrena, Enrique; Molinuevo, Amaia; Anabitarte, Asier; Ibarluzea, Jesus. Fluoride intake through consumption of water from municipal network in the INMA-Gipuzkoa cohort. GACETA SANITARIA. 32, 2018. ISSN 0213-9111.DOI: 10.1016/j.gaceta.2017.02.008. PMID: 28545738

165.     Ferrer M; García-Esteban R; Iñiguez C; Costa O; Fernández-Somoano A; Rodríguez-Delhi C; Ibarluzea J; Lertxundi A; Tonne C; Sunyer J; Julvez J. Head circumference and child ADHD symptoms and cognitive functioning: results from a large population-based cohort study. European child & adolescent psychiatry. 2018. ISSN 1018-8827. DOI: 10.1007/s00787-018-1202-4. PMID: 30027417

166.    Maitre L; de Bont J; Casas M; Robinson O; Aasvang GM; Agier L; Andrušaityt? S; Ballester F; Basagaña X; Borràs E; Brochot C; Bustamante M; Carracedo A; de Castro M; Dedele A; Donaire-Gonzalez D; Estivill X; Evandt J; Fossati S; Giorgis-Allemand L; R Gonzalez J; Granum B; Grazuleviciene R; Bjerve Gützkow K; Småstuen Haug L; Hernandez-Ferrer C; Heude B; Ibarluzea J; Julvez J; Karachaliou M; Keun HC; Hjertager Krog N; Lau CE; Leventakou V; Lyon-Caen S; Manzano C; Mason D; McEachan R; Meltzer HM; Petraviciene I; Quentin J; Roumeliotaki T; Sabido E; Saulnier PJ; Siskos AP; Siroux V; Sunyer J; Tamayo I; Urquiza J; Vafeiadi M; van Gent D; Vives-Usano M; Waiblinger D; Warembourg C; Chatzi L; Coen M; van den Hazel P; Nieuwenhuijsen MJ; Slama R; Thomsen C; Wright J; Vrijheid M. Human Early Life Exposome (HELIX) study: a European population-based exposome cohort.BMJ open. 8, pp. e021311. 2018. DOI: 10.1136/bmjopen-2017-021311. PMID: 30206078

167.    Murcia, Mario; Espada, Mercedes; Julvez, Jordi; Llop, Sabrina; Lopez-Espinosa, Maria-Jose; Vioque, Jesus; Basterrechea, Mikel; Riano, Isolina; Gonzalez, Llucia; Alvarez-Pedrerol, Mar; Tardon, Adonina; Ibarluzea, Jesus; Rebagliato, Marisa. Iodine intake from supplements and diet during pregnancy and child cognitive and motor development: the INMA Mother and Child Cohort Study. JOURNAL OF EPIDEMIOLOGY AND COMMUNITY HEALTH. 72, 2018. ISSN 0143-005X. DOI: 10.1136/jech-2017-209830. PMID: 29279360

168.    Irizar A; Gil F; Lertxundi A; Martín-Domingo MC; Urbieta N; Molinuevo A; Ibarluzea J; Basterrechea M; Aurrekoetxea JJ; Jiménez-Zabala A; Santa-Marina L. Manganese levels in newborns' hair by maternal sociodemographic, dietary and environmental factors. Environmental research. 170, pp. 92 - 100. 2018.  ISSN 0013-9351. DOI: 10.1016/j.envres.2018.11.038. PMID: 30576994

169.    Larrañaga I; Santa-Marina L; Molinuevo A; Álvarez-Pedrerol M; Fernández-Somoano A; Jimenez-Zabala A; Rebagliato M; Rodríguez-Bernal CL; Tardón A; Vrijheid M; Ibarluzea J. Poor mothers, unhealthy children: the transmission of health inequalities in the INMA study, Spain. European journal of public health. 2018.  ISSN 1101-1262. DOI: 10.1093/eurpub/cky239. PMID: 30462218

170.    Forns J; Stigum H; Høyer BB; Sioen I; Sovcikova E; Nowack N; Lopez-Espinosa MJ; Guxens M; Ibarluzea J; Torrent M; Wittsiepe J; Govarts E; Trnovec T; Chevrier C; Toft G; Vrijheid M; Iszatt N; Eggesbø M. Prenatal and postnatal exposure to persistent organic pollutants and attention-deficit and hyperactivity disorder: a pooled analysis of seven European birth cohort studies. International journal of epidemiology. 47, pp. 1082 - 1097. 2018. ISSN 0300-5771. DOI: 10.1093/ije/dyy052. PMID: 29912347

171.    Villar, Maria; Santa-Marina, Loreto; Murcia, Mario; Amiano, Pilar; Gimeno, Silvia; Ballester, Ferran; Julvez, Jordi; Romaguera, Dora; Fernandez-Somoano, Ana; Tardon, Adonina; Ibarluzea, Jesus. Social Factors Associated with Non-initiation and Cessation of Predominant Breastfeeding in a Mother-Child Cohort in Spain. MATERNAL AND CHILD HEALTH JOURNAL. 22, 2018. ISSN 1092-7875. DOI: 10.1007/s10995-018-2441-1. PMID: 29349652

172.    Robinson O; Tamayo I; de Castro M; Valentin A; Giorgis-Allemand L; Hjertager Krog N; Marit Aasvang G; Ambros A; Ballester F; Bird P; Chatzi L; Cirach M; D?del? A; Donaire-Gonzalez D; Gražuleviciene R; Iakovidis M; Ibarluzea J; Kampouri M; Lepeule

J; Maitre L; McEachan R; Oftedal B; Siroux V; Slama R; Stephanou EG; Sunyer J; Urquiza J; Vegard Weyde K; Wright J; Vrijheid M; Nieuwenhuijsen M; Basagaña X. The Urban Exposome during Pregnancy and Its Socioeconomic Determinants.Environmental health perspectives. 126, pp. 077005. 2018. ISSN 0091-6765. DOI: 10.1289/EHP2862. PMID: 30024382

173.      Levie, Deborah; Korevaar, Tim I. M.; Bath, Sarah C.; Dalmau-Bueno, Albert; Murcia, Mario; Espada, Mercedes; Dineva, Mariana; Ibarluzea, Jesus M.; Sunyer, Jordi; Tiemeier, Henning; Rebagliato, Marisa; Rayman, Margaret P.; Peeters, Robin P.; Guxens, Monica. Thyroid Function in Early Pregnancy, Child IQ, and Autistic Traits: A Meta-Analysis of Individual Participant Data. JOURNAL OF CLINICAL ENDOCRINOLOGY & METABOLISM. 103, 2018. SSN 0021-972X. DOI: 10.1210/jc.2018-00224. PMID: 29757392

174.      Levie D; Korevaar TIM; Bath SC; Dalmau-Bueno A; Murcia M; Espada M; Dineva M; Ibarluzea JM; Sunyer J; Tiemeier H; Rebagliato M; Rayman MP; Peeters RP; Guxens M. Thyroid Function in Early Pregnancy, Child IQ, and Autistic Traits: A Meta-Analysis of Individual Participant Data.The Journal of clinical endocrinology and metabolism. 103, pp. 2967 - 2979. 2018.  ISSN 0021-972X. DOI: 10.1210/jc.2018-00224. PMID: 29757392

175.      Maitre L; Robinson O; Martinez D; Toledano MB; Ibarluzea J; Marina LS; Sunyer J; Villanueva CM; Keun HC; Vrijheid M; Coen M. Urine Metabolic Signatures of Multiple Environmental Pollutants in Pregnant Women: An Exposome Approach.Environmental science & technology. 52, pp. 13469 - 13480. 2018. ISSN 0013-936X. DOI: 10.1021/acs.est.8b02215. PMID: 30285427

176.      Ferran Ballester; Jesús Ibarlucea; Sabrina Llop; Jordi Sunyer. [Current dietary exposure to mercury during pregnancy and childhood, and public health recommendations.]. Gaceta sanitaria / S.E.S.P.A.S. 30/10/2012. ISSN 1578-1283

177.      Juan J Aurrekoetxea; José Expósito; Mariana F Fernández; Jesús m Ibarluzea Jm; Miguel Lorenzo; Nicolas Olea; Maria F Olea Serrano; Vicente Pedraza; Ana M Rivas; Loreto Santa Marina; Annie J Sasco; Pablo Torné; Mercedes Villalobos. Breast cancer risk and the combined effect of environmental estrogens.Cancer causes & control: CCC. 15 - 6, pp. 591 - 1191. 08/2004. ISSN 0957-5243

**TESIS DOCTORALES DIRIGIDAS/ EN DIRECCIÓN.**

1. Título del trabajo: Relación entre esteroides sexuales y cortisol y el desarrollo neuropsicológico: funciones ejecutivas, sintomatología de trastornos externalizantes (TDAH) y acoso escolar. Entidad de realización: Universidad País Vasco

**Alumno/a: Izaro Babarro Vélez. 17/11/2022**

2 Título del trabajo: Patrones de dolor cervical: asociación con las características clínicas y cambios radiológicos. Entidad de realización: Universidad del País Vasco: UPV-EHU.

**Alumno/a: Ana Lersundi Artamendi. En Progreso**

3. Título del trabajo: La influencia de los espacios verdes urbanos en la salud y la mediación entre ellas. Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad.
**Alumno/a: Asier Anabitarte Riol.**  30/03/2022

4. Título del trabajo: Greenness, contaminación atmosférica, ruido y entorno urbano, ¿cómo influye la exposición a estos factores sobre el desarrollo neuropsicológico de los niños? Una revisión sistemática. Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad

**Alumno/a: Leire Luque García. En progreso**

5. Título del trabajo: Efectos de la contaminación ambiental prenatal en el desarrollo neuropsicológico de la primera infancia. Seguimiento a los 26 meses. Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad.

**Alumno/a: Aritz Arambarri Paredes.** Fecha de defensa: 16/09/2014

6. Título del trabajo: Asociación entre factores conductuales, socioculturales y familiares, desarrollo neuropsicológico y niveles de exposición a compuestos organicos organoclorados durante el desarrollo intrauterino y primer año de vida.

Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad.

**Alumno/a: Nerea Lertxundi Iribar.** Fecha de defensa: 03/07/2012

7. Título del trabajo: Biomarcadores de exposición en los residentes del entorno de una incineradora. ESPOSIZIO BIOMARKATZAILEAK ERRAUSTEGIAREN INGURUKO BIZTANLEENGAN".

Entidad de realización: Universidad del País Vasco Tipo de entidad: Universidad

**Alumno/a: Begoña Zubero Oleagoitia.** Fecha de defensa: 10/12/2010

**DOCENCIA UNIVERSITARIA**

- *Profesor asociado de la Escuela Andaluza de Salud Pública: 1986-1994.*
- *Postgrado: master de Salud Pública (desde 2010), Master en Promoción de la Salud y Salud Comunitaria (desde 2021), Master en Contaminación y Toxicología Ambiental (desde 2018). UPV-EHU.*
- *Docencia externa: Curso de verano. Dime dónde vives y te diré a que estas expuesto. 2021. UPV-EHU.*
- *Profesor de la Universidad de Deusto. Campus Gipuzkoa. Introducción a la Investigacion y Salud Pública y Salud Pública. Desde enero 2023.*

**DIVULGACIÓN Y DIFUSIÓN**

- *Conferencias sobre aspectos de medio ambiente y salud a grupos profesionales, congresos, colectivos organizados. Grupos 55 + Medio Ambiente, Gupo 55 Plus UPV-EHU, OSI Goierri, Hostital Donostia, Hopsital de Zumarraga, Colegios de Enfermería, Medicina de Gipuzkoa y Bizkaia, BIODONOSTIA.*
- *Comité Organizador del VII Congreso de la Sociedad Española de Epidemiologia (SEE). Donostia-San Sebastán. 1987*
- *Organización del Congreso de la SEE (Primera Reunión Científica Virtual) y Portuguesa de Epiedmiología. Miembro comité organizador.  2020. Bilbao 2022.*
- *Organización del Congreso dela SEE (XL) y Portuguesa de Epiedmiología. Presdiente del Comité Organizador.  2022. septiembre 2022.*
- *Organización: Comité Organizador y Científico de las reuniones anuales del Proyecto INMA (Infancia Y Medio Ambiente). Aforo de 100 investigadores y técnicos de salud pública. Donostia-San sebastian: Años: 2007, 2013, 2018, 2021.*
- *Publicaciones en revistas en euskera: Ekaia, Elhuyar*
- *Notas prensa, articulos prensa, entrevistas científicas para prensa, Programas de radio, entrevistas TV locales y nacionales. Como ejemplo en el año 2022, se realizaron mas de 50 actividades correspondientes a este grupo de actividades, incluyendo medios-ámbitos locales, autonómicos y nacionales.*
-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO._____**652**_____

Date
Admitted:_____

By:_____

Vicky Ayala, Courtroom Deputy

-------------------------------------------------------