| Table 1. Summary of Methods in Key Studies of Fluoride Exposure and Neurodevelopment | | | |
|---|---|---|---|
| | **ELEMENT** | **MIREC** | **INMA** |
| Geographic setting | Mexico City | Canada: Vancouver, Montreal, Kingston, Toronto, Hamilton, Halifax | Gipuzkos, Spain |
| Key publications | Bashash et al., 2017; Bashash et al., 2018; Goodman et al., 2022 | Green et al., 2019; Till et al., 2020; Farmus et al., 2021 | Ibarluzea et al., 2022 Ibarluzea et al., 2023 |
| Population | Pregnant women recruited from hospitals caring for low to moderate income populations | Pregnant women at participating prenatal clinics | Pregnant women at public referral hospital |
| Source of fluoride exposure | Naturally occurring fluoride in water, fluoridated salt intake | Fluoridation of drinking water, use of bottled water, use of water-based infant formula | Fluoridation of drinking water, use of bottled water, amount of water consumed |
| **Fluoride in drinking water** | | | |
| Measures of prenatal exposure | Not assessed | Water fluoride concentration; daily fluoride intake based on tap water consumption and tea | Maternal report of water consumption at end of 1st trimester, 3rd trimester |
| Exposure mean and range | Estimated range in water of 0.15-1.38 mg/L | Estimated intake - 0.39 mg/day | Mean=0.81 mgL (standard deviation=0.15) in fluoridated water, <0.1 mg/L in non-fluoridated water |
| Measures of infant exposure | - | - | Not assessed |
| **Biomarker of fluoride exposure** | | | |
| Measures of prenatal exposure | Maternal urinary fluoride in 1st, 2nd, and 3rd trimesters as available | Maternal urinary fluoride in 1st, 2nd, and 3rd trimesters as available | Maternal urinary fluoride at end of 1st and 3rd trimesters as available |
| Exposure mean and range | Mean = 0.82 mg/L | Mean = 0.41 mg/L, 0.93 mg/L in fluoridated communities, 0.30 mg/L in nonfluoridated communities | Mean = 0.91 mg/L with fluoridated water, 0.43 mg/L with non-fluoridated water, 0.62 mg/L with bottled water |

Trial Exhibit 656
Food & Water v. EPA
3:17-cv-02162-EMC

SAVITZ0000021

| Measures of children's exposure | Spot measurement at 6-12 years | Not assessed | Not assessed |
|---|---|---|---|
| **Measure of outcome** | | | |
| Instrument & age at assessment | McCarthy at 4 years for general cognitive index, Wechsler at 6-12 years for verbal, performance, and full-scale IQ | Wechsler at 3-4 years | Bayley at 14.6 months, McCarthy at 4.4 years (average) |
| Number with complete data on exposure and outcome | 287 at 4 years, 211 at 6-12 years | 512 with maternal urinary fluoride, 400 with fluoride intake | 483 at 1 year, 379 at 4 years |
| | | | |
| **Analytic approach** | Regression models predicting score at ages 4 and 6-12; change per 0.5 mg/L urinary fluoride (approximate interquartile range) | Multiple linear regression predicting IQ per 1 mg/L and for interquartile range | Multiple linear regression predicting score at ages 1 and 4; change in score per 1 mg/L urinary fluoride |
| **Covariates considered** | Maternal age, education, marital status, child's age, birth order, birth weight, gestational age, maternal smoking, maternal IQ | Child sex, city, HOME score, maternal education, race/ethnicity, and environmental tobacco smoke | Maternal age, social class, education, country of birth, smoking, alcohol, diet, marker of maternal IQ, deprivation index, child's sex, birth order, preterm birth, weight, family context, neurotoxic chemicals |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO._____**656**_____

Date
Admitted:_____

By:_____

      Vicky Ayala, Courtroom Deputy

---------------------------------------------------------