| Table 2. Summary of Results in Key Studies of Fluoride Exposure and Neurodevelopment | | | |
|---|---|---|---|
|  | **ELEMENT** | **MIREC** | **INMA** |
| **Drinking water exposure** | Not reported |  | Not reported |
| Prenatal Exposure | | | |
|    Overall IQ |  | Age 4: -3.7 (-7.2, -0.2) per 1 mg/day<br>-2.3 (-4.5, -0.1) per interquartile range |  |
|    Performance IQ |  | -2.7 (-6.8, 1.3) per 1 mg/day |  |
|    Verbal IQ |  | -3.1 (-6.4, 0.3) per 1 mg/day |  |
| Postnatal exposure | | | |
|    Overall IQ |  | Till: Formula-fed infants: -4.4 (-8.3, -0.5) per 0.5 mg/L<br>Breastfed: -1.3 (-5.0, 2.4) per 0.5 mg/L |  |
|    Performance IQ |  | Till: Formula-fed infants: -9.3 (-13.8, -4.8) per 0.5 mg/L<br>Breastfed: -1.3 (-6.2, -10.5) per 0.5 mg/L |  |
|    Verbal IQ |  | Till: Formula-fed infants: 0.9 (-2.9, -4.7) per 0.5 mg/L<br>Breastfed: 3.1 (-0.5, 6.6) per 0.5 mg/L |  |
| **Biomarker of prenatal exposure** | | | |
| Time 1 assessment | | | |
|    Overall IQ | Bashash: Age 4: -3.2 (-5.4, -0.9) per 0.5 mg/L (McCarthy)<br>Goodman: Age 4 Full Scale IQ: -2.1 (-3.8, -0.4) per 0.5 mg/L | Age 4: -2.0 (-5.2, 1.8) per 1 mg/L<br>-0.6 (-1.7, 0.4) per interquartile range (Wechsler)<br>Boys: -4.5 (-8.4, -0.6) per 1 mg/L<br>Girls: 2.4 (-2.5, 7.3) per 1 mg/L | Age 1: 1.5 (-4.2, 7.2) per mg/L (Bayley) |
|    Performance IQ | Goodman: -3.1 (-4.7, -1.5) per 0.5 mg/L | -1.2 (-4.9, 2.4) per 1 mg/L |  |

|  |  |  |  |
|---|---|---|---|
| Verbal IQ | Goodman: -0.8 (-2.3, 0.7) per 0.5 mg/L | -1.6 (-4.7, 1.6) per 1 mg/L |  |
| Time 2 assessment |  |  |  |
| Overall IQ | Bashash: Age 6-12:-2.5 (-4.1, -0.6) per 0.5 mg/L (Wechsler) Goodman Age 6-12: -2.0 (-3.7, -0.5) per 0.5 mg/L | Not assessed | Age 4: 15.4 (6.3,24.5) per mg/L (McCarthy) |
| Performance IQ | Goodman: -1.8 (-3.4, -0.2) per 0.5 mg/L |  | 5.9 (0.3,11.4) per mg/L (McCarthy) |
| Verbal IQ | Goodman: -1.9 (-3.7, -0.2) per 0.5 mg/L |  | 13.9 (3.9,23.8) per mg/L (McCarthy) |
|  |  |  |  |
| **Biomarker of postnatal exposure** | Age 6-12: -0.9 (-2.6, 0.9) (Wechsler) | Not assessed | Not assessed |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO.____**657**____

Date
Admitted:_____

By:_____

       Vicky Ayala, Courtroom Deputy

-------------------------------------------------