C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
11601 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>　　　　　　　Defendants. | Civ. No. 17-CV-02162-EMC<br><br>**PLAINTIFFS' UNOPPOSED *NUNC PRO TUNC* MOTION TO AUTHORIZE THE VIDEO RECORDINGS OF TRIAL TO BE PART OF THE CAMERA IN COURTS PILOT PROJECT** |

# INTRODUCTION

Pursuant to Local Rule 7-11, Plaintiffs file this *Nunc Pro Tunc* motion to authorize the video recordings of the Phase 2 trial to become part of the Cameras in Court Pilot Project. Plaintiffs have conferred with EPA which has confirmed it **does not object** to the video recording of the Phase 2 Trial proceeding being part of the Cameras in Courts Pilot Project. Connett Decl. ¶ 1. EPA otherwise takes no position on this motion. *Id.* ¶ 2.

# FACTUAL BACKGROUND

Both parties in this case have consistently consented to requests to have the proceedings video recorded and made part of the Cameras in Court Pilot Project. The Phase 2 Trial was no exception. As stated in the parties' Ninth Joint Status Report, "EPA would not object to the proceeding being broadcast via videoconference (just as EPA has not objected to the ongoing request in this case for video recording under the Cameras in the Courtroom Pilot Project)." ECF No. 366 at 3:15-17.

The option of making the Phase 2 Trial part of the Cameras in Court program was a subject of discussion at the status conference on December 4, 2023. As noted in the minutes, "This Court participates in the Pilot Project and can tape and upload proceedings to the AO website, **with parties' written consent**." ECF No. 369 (emphasis added). On December 8, 2023, Plaintiffs' counsel emailed the Court stating that the parties had conferred and had no objections to the trial being video recorded. Exhibit 1. EPA's counsel was copied on the email. *Id*.

On December 11, 2023, the Clerk of Court filed a notice that a request to video record the trial was made and that consent will be presumed unless a party objects within seven days. ECF No. 370. The parties did not object. Thereupon, on December 19, 2023, the Clerk of Court filed notice that the Phase 2 Trial **"will be video recorded as part of the Pilot Project."** ECF No. 375 (emphasis added).

On January 18, 2024, Kevin Blumberg from the CAND Cameras Program confirmed, in response to a public inquiry, that video recordings would be made available of the trial. Exhibit 2. Mr. Blumberg wrote, "**This request was previously received and has already been approved for Recording**. . . . **Videos will be made available as soon as possible**, but the Court cannot provide exact dates or guarantee quality." *Id.* (emphasis added).

On February 2, 2024, two days after trial had commenced, a notice was entered onto the docket from the Clerk of Court stating that the proceeding "will not be video recorded."[1] ECF No. 394. Neither counsel for Plaintiffs nor EPA had requested this change. Connett Decl. ¶ 3.

During closing arguments, Plaintiffs' counsel sought clarity on whether the video recordings of the trial would be made available on the Court's website. ECF No. 427 at 1563:13-1564:23. The Court noted that no order had been made to disallow the video recordings from being part of the Cameras in Courts program. *Id. at 1563:17-22*. The Court invited Plaintiffs to confer with EPA and file a motion. *Id. at 1564:2-23*.

Pursuant to the Court's request, Plaintiffs have conferred with counsel for EPA. Connett Decl. ¶¶ 1-2. EPA has confirmed that it stands by its previous position and **does not object** to a video recording of the Phase 2 Trial proceeding being part of the Cameras in Courts Pilot Project. *Id.* ¶ 1. EPA also stated that it will take no position on this motion. *Id*. ¶ 2.

## AUTHORITY

General Order No 65 authorizes participating courts in the Northern District of California "to record proceedings and to post them on uscourts.gov" subject to the requirements of the Pilot Guidelines.[2] Under the Pilot Guidelines, the public posting of video recorded proceedings is "limited to civil proceedings in which the parties have consented to recording."[3] The Guidelines encourage participating courts to consider recording "different types of proceedings," including both "**trial** and non-trial proceedings," as well as "proceedings with varying levels of **expressed public interest**." *Id*. (emphases added).

Here, the Court's discretion to authorize the posting of the video recorded trial would harmonize with the considerations set forth in the Pilot Guidelines. First, this Court is a participating member of the Pilot Project. ECF No. 369. Second, the parties have consented to the recording. ECF No. 375.  Third, the Court has recognized that the subject of the trial (i.e., whether fluoride chemicals in drinking water pose a

---

[1]   While the notice is dated January 31, 2024, it was not entered into the docket until February 2, 2024. *See* Docket Entry for ECF No. 394 (stating that notice was "Entered: 02/02/2024").
[2]   *See* General Order No. 65, *available at* https://cand.uscourts.gov/wp-content/uploads/general-orders/GO_65_7-19-2016.pdf
[3]   *See* Cameras Pilot Guidelines, *available at* https://cand.uscourts.gov/about/court-programs/cameras/guidelines/

2
PLAINTIFFS' UNOPPOSED *NUNC PRO TUNC* MOTION TO AUTHORIZE THE VIDEO RECORDINGS OF TRIAL
TO BE PART OF THE CAMERA IN COURTS PILOT PROJECT

risk of harm to the public) is of substantial public interest. *See* https://www.cand.uscourts.gov/food-and-water-watch-v-us-epa/ ("Due to the level of interest in this case, this web page has been created to notify attorneys, journalists and interested members of the public of important news and information about access to proceedings and to case information.").

## CONCLUSION

For the reasons set forth above, and pursuant to the Clerk of Court's notice from December 19, 2023 (ECF No. 375), Plaintiffs respectfully request that the Court authorize the Cameras in Courts Pilot Project to post video recordings of the Phase 2 Trial on the uscourts.gov website.

March 15, 2024                                  Respectfully submitted,

                                                */s/ Michael Connett*
                                                MICHAEL CONNETT
                                                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 15th day of March, 2024, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT