C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) |
| | ) Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | ) |
| | ) **DECLARATION IN SUPPORT OF** |
| vs. | ) **PLAINTIFFS' UNOPPOSED *NUNC PRO*** |
| | ) ***TUNC* MOTION TO AUTHORIZE THE** |
| U.S. ENVIRONMENTAL PROTECTION | ) **VIDEO RECORDINGS OF TRIAL   TO** |
| AGENCY, et al. | ) **BE PART OF THE CAMERA IN** |
| | ) **COURTS PILOT PROJECT** |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

I am the lead attorney for Plaintiffs in the above-captioned case.  I make this statement based on personal knowledge and I am competent to testify to the matters stated herein.

1.      On February 21, 2024, and again on March 11, 2024, I spoke with lead counsel for EPA, Brandon Adkins, of my intention to file the instant motion. During these conversations, Mr. Adkins stated that EPA would stand by its previous position and not object to video recording the Phase 2 Trial proceeding as part of the Cameras in Courts Pilot Project.

2.      On March 15, 2024, I emailed a draft copy of the instant motion to Mr. Adkins. He confirmed that EPA stands by its position of not objecting to the video recording of the Phase 2 Trial being part of the Pilot Project. Mr. Adkins further stated that EPA takes no position on this motion.

3.      At no time has anyone from my office, including myself, asked the Court to rescind the December 19, 2023 notice from the Clerk of Court. Based on my discussions with EPA's counsel of record, I understand that EPA did not make such a request either.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of an email that I sent to the Court on December 8, 2023.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of an email from the CANDS Camera Program, dated January 18, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2024 in Exeter, New Hampshire.


*/s/ Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs

DECLARATION OF MICHAEL CONNETT

# Exhibit 1

**Friday, March 15, 2024 at 08:07:34 Pacific Daylight Time**

---

**Subject:** Re: 17-2162 Food & Water Watch, Inc. et al v. Environmental Protection Agency et al Trial Exhibits
**Date:** Friday, December 8, 2023 at 10:15:26 AM Pacific Standard Time
**From:** Michael Connett
**To:** EMC CRD, Adkins, Brandon (ENRD), paul.caintic@usdoj.gov
**Attachments:** image001.jpg, image686784.jpg

Ms. Ayala –

Thank you for sending this information. I wanted to follow-up with several questions related to video recording the trial.

First, the parties have conferred about videotaping the trial, and the parties have no objections to doing so. Is it sufficient to convey this to you via email, or will we need to submit a formal filing?

Second, my clients are currently trying to determine whether they should attend the trial in person, or watch the video feed. The key factor for most people I have talked to is what the lag time will be for making the daily video recordings available to the public. If the lag time is short (i.e., a day or so), most of my clients, and many members from the public, will choose to stay at home and watch remotely. However, if the lag time is long, many will wish to attend in person. Can you provide any clarity or guidance on what the lag time will be?

Third, several clients who attended the Motion to Dismiss and Motion for Summary Judgment hearings in this case had a hard time hearing some of the discussion by the attorneys and Court. Will there be any way at trial to increase the sound of the audio for the people sitting in the gallery?

Thank you for any information you can provide on these points.

Sincerely,
Michael Connett


**PLEASE NOTE NEW ADDRESS FOR THE LOS ANGELES OFFICE**

**waterskrauspaul**

**Michael Connett  | Partner**
11601 Wilshire Boulevard, Suite 1900 | Los Angeles, CA 90025
Toll Free 800-226-9880  | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskrauspaul.com

**From:** EMC CRD <EMCCRD@cand.uscourts.gov>
**Date:** Thursday, December 7, 2023 at 12:45 PM
**To:** Michael Connett <mconnett@waterskraus.com>, Adkins, Brandon (ENRD)
<Brandon.Adkins@usdoj.gov>, paul.caintic@usdoj.gov <paul.caintic@usdoj.gov>
**Subject:** 17-2162 Food & Water Watch, Inc. et al v. Environmental Protection Agency et al

Trial Exhibits

[CAUTION]: External Email

Good Morning Counsel,

Trial exhibits are due no later than December 26, 2023, (three weeks prior to the pretrial conference).  Each party shall submit one set of all trial exhibits in hard copy, in three ring binders tabbed with the exhibit numbers.  The binders shall have cover and spinal sheets with the case name, case number, plaintiffs or defendants trial exhibits and the exhibit numbers in each binder (please see attached example).  A USB of all trial exhibits shall also be submitted with the binders.  Parties are to use numbers only, no letters.  Plaintiffs will have a block of 1-500, defendants will begin at 600 depending on how many exhibits plaintiffs have.  All exhibits should be marked as Trial Ex. 1… in the lower right hand corner and should not cover any text.  Exhibits should not be identified by plaintiffs or defendants (only on the binder cover sheet).

Exhibits will be reconciled after each trial day (if I have no hearings that afternoon) or the next morning.  Please make sure to review Judge Chen's Standing Orders regarding Guidelines for Trials in Civil Cases and Civil Pretrial Instructions as well as the Civil Local Rules (procedures for trial exhibits have changed).  Additional discussion regarding trial exhibits will be discussed at the trial technology check.

There is a possibility the pretrial conference on 1/16/2024, will be moving to 9:00 AM.  As Judge Chen indicated in the last hearing, the trial technology check will also take place this day.  If the parties have trial techs, attorneys or paralegals that will be displaying documents for trial they should be present.

If you have questions, please do not hesitate to ask.

Thank you.


**Vicky L. Ayala**
Courtroom Deputy to the Honorable Edward M. Chen
United States District Court
Northern District of California
https://cand.uscourts.gov

 Office: 415-522-2034

# Exhibit 2

Begin forwarded message:

**From:** CAND Cameras <cameras@cand.uscourts.gov>
**Subject: RE: New Cameras in Courtrooms Recording Request**
**Date:** January 18, 2024 at 7:26:11 AM PST
**To:** CAND Cameras <cameras@cand.uscourts.gov>, "claricom@icloud.com" <claricom@icloud.com>

Good Morning!

Thank you for your request.  This request was previously received and has already been approved for Recording.  The bench trial will be recorded but is not a live stream.  The procedures for the Cameras in the Courtroom program can be found here.

After a proceeding is video recorded, it will be made available to the public on the U.S. Courts Cameras in Courts web page (USCourts.gov). Videos will be made available as soon as possible, but the Court cannot provide exact dates or guarantee quality.

Thank you,

Kevin Blumberg
For CAND Cameras Program

**From:** CAND Website candcrds@gmail.com
**Sent:** Wednesday, January 17, 2024 6:09 PM
**To:** CAND Cameras <cameras@cand.uscourts.gov>

**Subject:** New Cameras in Courtrooms Recording Request

**CAUTION - EXTERNAL:**

## Requester Info

Olemara Peters,   claricom@icloud.com,   425 885-9433

*Status:* Individual member of the public, *submitting request on behalf of:*  Washington Action for Safe Water

## Hearing Info

*Date & time:*  01/31/2024,  08:00 AM

*Case:*   Food & Water Watch v. EPA, 17-cv-02162-EMC, JudgeChen

*Hearing type:*  bench trial

*Portion requested:*  Not Answered

*Request date & time:*  2024-01-18T01:39:39+00:00