UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Civ. No. 17-CV-02162-EMC <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED *NUNC PRO TUNC* MOTION TO AUTHORIZE THE VIDEO RECORDINGS OF TRIAL TO BE PART OF THE CAMERA IN COURTS PILOT PROJECT** |

Having reviewed Plaintiffs' Unopposed *Nunc Pro Tunc* Motion to Authorize the Video Recordings of Trial to Be Part of the Camera in Courts Pilot Project, the Court GRANTS the motion.

IT IS SO ORDERED. Dated this ____ day of _____, 2024.

_____
HON. EDWARD M. CHEN
United States District Judge

[PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED *NUNC PRO TUNC* MOTION TO AUTHORIZE THE VIDEO RECORDINGS OF TRIAL TO BE PART OF THE CAMERA IN COURTS PILOT PROJECT